1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
   NEO4J, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 | NEO4J, INC., a Delaware corporation, | CASE NO.   5:18-cv-7182
14 |             Plaintiff,               | **PLAINTIFF NEO4J, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
15 |     v.                               |
16 | PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, |
17 |                                      |
18 |             Defendants.              |

842\3158609.1

PLAINTIFF NEO4J, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R.  CIV. P. 7.1

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for
2  Neo4j, Inc. ("Neo4j") certifies that Neo4j, Inc., as of this date, does not have a parent corporation
3  and that no publicly held corporation holds 10% or more of its stock.

Dated:  November 28, 2018              HOPKINS & CARLEY
                                       A Law Corporation


                                       By: */s/ Jeffrey M. Ratinoff*
                                           John V. Picone III
                                           Jeffrey M. Ratinoff
                                           Attorneys for Plaintiff
                                           NEO4J, INC.