John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.   5:18-cv-7182<br><br>**NOTICE OF APPEARANCE OF COUNSEL – JOHN V. PICONE III** |

614\3160246.1

NOTICE OF APPEARANCE OF COUNSEL – JOHN V. PICONE III

PLEASE TAKE NOTICE of the appearance of John V. Picone III of the firm of Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Plaintiff Neo4j, Inc. in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> John V. Picone III
> jpicone@hopkinscarley.com
> Hopkins & Carley, a Law Corporation
> 70 South First Street
> San Jose, CA 95113
> Telephone: (408) 286-9800
> Facsimile (408) 998-4790

Dated: November 28, 2018

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Plaintiff
NEO4J, INC.

614\3160246.1

NOTICE OF APPEARANCE OF COUNSEL – JOHN V. PICONE III