# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) | |
|---|---|---|
| NEO4J, INC., a Delaware corporation | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 5:18-cv-7182 **EJD** |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    John Mark Suhy
    4202 Adrienne Drive
    Alexandria, VA 22309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John V. Picone III
Jeffrey M. Ratinoff
Hopkins & Carley, a Law Corporation
70 S. First Street
San Jose, CA 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            *CLERK OF COURT*
                                                            *Susan Y. Soong*

Date: **11/28/18**                                                        *Cindy Hernandez*
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

## United States District Court Northern District of California

NEO4J, Inc., a Delaware corporation

    Plaintiff(s),

vs.

PureThink, LLC, a Delaware limited liability company, et al

    Defendant(s).

Attorney: John V. Picone, III

Hopkins & Carley
PO Box 1469
San Jose CA 95109

*235794*

**Case Number: 5:18-cv-07182-EJD**

Legal documents received by Same Day Process Service, Inc. on **11/28/2018** at **7:24 PM** to be served upon **John Mark Suhy, an individual at 4202 Adrienne Dr., Alexandria, VA 22309**

I, **Rene Rivas**, swear and affirm that on **November 30, 2018** at **1:05 AM**, I did the following:

**Personally** Served **John Mark Suhy, an individual** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Civil Case Cover Sheet; Complaint for: (1) Trademark Infringement; (2) False Designation of Origin; (3) False Advertising; (4) Federal and State Unfair Competition; (5) Breach of Contract; and (6) Invasion of Privacy; Order Setting Initial Case Management Conference and ADR Deadlines; Alternative Dispute Resolution Procedures Handbook; Judge Edward Davila Standing Orders ; Magistrate Judge Susan van Keulen Standing Orders; Consent or Declination to Magistrate Judge Jurisdiction at 4202 Adrienne Dr. , Alexandria, VA 22309**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:235794

District of Columbia: SS
Subscribed and Sworn to before me this 3rd day of December, 2018

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023