1
2
3
4
5

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

6
7
8

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

9
10
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

12
13

NEO4J, INC., a Delaware corporation,
Plaintiff,

CASE NO. 5:18-cv-7182

14
15

v.

**STIPULATION TO EXTEND
TIME TO RESPOND TO
COMPLAINT**

16
17
18

PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a
Virginia corporation, and JOHN MARK
SUHY, an individual,
Defendants.

19
20
21
22
23
24
25

1      Pursuant to Northern District Local Rule 6-1(a), the parties hereby

2  stipulate to extend the date for Defendants to respond to the complaint filed

3  in this action from December 21, 2018 to January 11, 2019.

4

5  Dated: December 21, 2018

6

7                                    /s/ Adron G. Beene
                                     Adron W. Beene SB# 129040
8                                    Adron G. Beene SB# 298088
                                     Attorney At Law
9                                    1754 Technology Drive, Suite 228
                                     San Jose, CA 95110
10                                   Tel: (408) 392-9233
                                     Fax: (866) 329-0453
11                                   adron@adronlaw.com

12                                   Attorney for Defendants
                                     PURETHINK LLC, a Delaware limited
13                                   liability company, IGOV INC., a Virginia
                                     corporation, and JOHN MARK SUHY
14

15

16                                     /s/ Jeffrey M. Ratinoff
                                     John V. Picone III (State Bar No. 187226)
17                                   jpicone@hopkinscarley.com
                                     Jeffrey M. Ratinoff (State Bar No. 197241)
18                                   jratinoff@hopkinscarley.com
                                     HOPKINS & CARLEY
19                                   A Law Corporation
                                     The Letitia Building
20                                   70 South First Street
                                     San Jose, CA  95113-2406
21
                                     Attorney for Plaintiff
22                                   NEO4J, INC.

23

24

25

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
842\3175505.1                                                              2

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's local rule 5-1(i)(3), I, Adron G. Beene, the filer of this document hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories on this document.

_/s/ Adron G. Beene_____
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adronjr@adronlaw.com

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
842\3175505.1                                                     3