Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants. | CASE NO. 5:18-cv-7182<br><br>**NOTICE OF APPEARANCE OF COUNSEL –ADRON G. BEENE** |

    PLEASE TAKE NOTICE of the appearance of Adron G. Beene, Attorney At Law, as counsel of record for and on behalf of Defendants PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices pertaining to the above-entitled action not otherwise filed through the

1 Court's electronic filing system should be forwarded to counsel at the
2 following address:

Adron G. Beene<br>
Attorney At Law<br>
1754 Technology Drive Suite 228<br>
San Jose, CA 95110<br>
Telephone: (408) 392-9233<br>
Facsimile (866)329-0453

Dated: 12/21/18

       /s/ Adron G. Beene
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY