Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, Plaintiff, <br><br> v. <br><br> PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, Defendants. | CASE NO. 5:18-cv-7182 <br><br> **NOTICE OF APPEARANCE OF COUNSEL –ADRON W. BEENE** |

PLEASE TAKE NOTICE of the appearance of Adron W. Beene, Attorney At Law, as counsel of record for and on behalf of Defendants PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and

1  notices pertaining to the above-entitled action not otherwise filed through the

2  Court's electronic filing system should be forwarded to counsel at the

3  following address:

Adron W. Beene
Attorney At Law
1754 Technology Drive Suite 228
San Jose, CA 95110
Telephone: (408) 392-9233
Facsimile (866)329-0453

Dated: 12/21/18

      /s/ Adron W. Beene_____
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

NOTICE OF APPEARANCE OF COUNSEL-ADRON W. BEENE