1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
   NEO4J, INC.
10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13 | NEO4J, INC., a Delaware corporation, | CASE NO.  5:18-cv-07182-EJD
14 |         Plaintiff,                   | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND IGOV, INC.'S COUNTERCLAIMS**
15 |     v.                               |
16 | PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, |
17 |
18 |         Defendants.                  |
19 |
20 | PURETHINK LLC, a Delaware limited liability company, IGOV, INC., a Virginia corporation, |
21 |
22 |         Counterclaimants,            |
23 |     v.                               |
24 | NEO4J, INC., a Delaware corporation, |
25 |         Counter-defendant.           |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3195749.1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND
IGOV, INC.'S COUNTERCLAIMS                                    5:18-CV-07182-EJD

WHEREAS, Defendants and Counterclaimants Purethink LLC and iGov, Inc. (collectively "Counterclaimants") filed their Counterclaim against Plaintiff Neo4j, Inc. ("Neo4j") on January 9, 2019;

WHEREAS, Neo4j's response to the Counterclaim is presently due on January 30, 2019;

WHEREAS, Neo4j has requested and Counterclaimants have agreed that Neo4j may have a twenty-one (21) day extension to respond to the Counterclaim;

WHEREAS, N.D. Cal. L. R. 6-1(a) provides that a response date to a pleading may be extended by written stipulation without Court order provided the change will not alter the date of any event or deadline already affixed by the Court; and

WHEREAS, extending the deadline for Neo4j to respond to the Counterclaims will not have an adverse effect on the schedule of this case.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that Neo4j's time to respond to the Counterclaim is extended to February 21, 2019.

Dated: January 25, 2019         HOPKINS & CARLEY
                                A Law Corporation


                                By: */s/ Jeffrey M. Ratinoff*
                                    Jeffrey M. Ratinoff
                                    Attorneys for Plaintiff and Counter-
                                    Defendant NEO4J, INC.


Dated: January 25, 2019


                                By: */s/ Adron W. Beene*
                                    Adron W. Beene
                                    Adron G. Beene
                                    Attorneys for Defendants and
                                    Counterclaimants
                                    PURETHINK LLC, IGOV INC., and
                                    JOHN MARK SUHY

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3195749.1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND
IGOV, INC.'S COUNTERCLAIMS                                    5:18-CV-07182-EJD

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: January 25, 2019

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    Jeffrey M. Ratinoff
    Attorneys for Plaintiff and Counter-Defendant NEO4J, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3195749.1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND IGOV, INC.'S COUNTERCLAIMS

5:18-CV-07182-EJD