John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

APPROVED
Judge Edward J. Davila
1/28/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>           Defendants.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV, INC., a Virginia corporation,<br><br>           Counterclaimants,<br><br>      v.<br><br>NEO4J, INC., a Delaware corporation,<br><br>           Counter-defendant. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND IGOV, INC.'S COUNTERCLAIMS** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3195749.1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND
IGOV, INC.'S COUNTERCLAIMS                                          5:18-CV-07182-EJD

1   WHEREAS, Defendants and Counterclaimants Purethink LLC and iGov, Inc.
2   (collectively "Counterclaimants") filed their Counterclaim against Plaintiff Neo4j, Inc. ("Neo4j")
3   on January 9, 2019;

4   WHEREAS, Neo4j's response to the Counterclaim is presently due on January 30, 2019;

5   WHEREAS, Neo4j has requested and Counterclaimants have agreed that Neo4j may have
6   a twenty-one (21) day extension to respond to the Counterclaim;

7   WHEREAS, N.D. Cal. L. R. 6-1(a) provides that a response date to a pleading may be
8   extended by written stipulation without Court order provided the change will not alter the date of
9   any event or deadline already affixed by the Court; and

10   WHEREAS, extending the deadline for Neo4j to respond to the Counterclaims will not
11   have an adverse effect on the schedule of this case.

12   IT IS HEREBY STIPULATED by and between the parties through their respective
13   counsel of record that Neo4j's time to respond to the Counterclaim is extended to February 21,
14   2019.

15   Dated: January 25, 2019                HOPKINS & CARLEY
                                            A Law Corporation
16

17

18                                          By: */s/ Jeffrey M. Ratinoff*
                                                Jeffrey M. Ratinoff
                                                Attorneys for Plaintiff and Counter-
19                                              Defendant NEO4J, INC.

20

21   Dated: January 25, 2019

22                                          By: */s/ Adron W. Beene*
                                                Adron W. Beene
23                                              Adron G. Beene
                                                Attorneys for Defendants and
24                                              Counterclaimants
                                                PURETHINK LLC, IGOV INC., and
25                                              JOHN MARK SUHY

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3195749.1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND
IGOV, INC.'S COUNTERCLAIMS                                              5:18-CV-07182-EJD

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  January 25, 2019

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    Jeffrey M. Ratinoff
    Attorneys for Plaintiff and Counter-Defendant NEO4J, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3195749.1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PURETHINK LLC AND IGOV, INC.'S COUNTERCLAIMS

5:18-CV-07182-EJD