UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NEO4J, INC.,

    Plaintiff,

v.

PURETHINK, LLC, et al.,

    Defendants.

Case No. 5:18-cv-07182-EJD

**CASE MANAGEMENT ORDER**

Re: Dkt. No. 31

This case is scheduled for a Case Management Conference on February 28, 2019. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the parties shall comply with the discovery limits agreed upon in their Joint Case Management Statement. Dkt. No. 31. To the extent the parties are not in agreement on any limitation on discovery, the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall be limited to one *Daubert* motion per side.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Last Day to Amend Pleadings to Add Parties, Claims and Counterclaims | October 30, 2019 |
| Fact Discovery Cutoff | February 28, 2020 |
| Deadline(s) for Filing Fact Discovery Motions | March 6, 2020 |
| Designation of Opening Experts with Reports | April 1, 2020 |
| Designation of Rebuttal Experts with Reports | May 1, 2020 |
| Expert Discovery Cutoff | June 1, 2020 |
| Deadline for Filing Dispositive[1] and *Daubert* Motions | July 17, 2020 |
| Last Day to File Oppositions to Dispositive and *Daubert* Motions | August 17, 2020 |
| Last Day to File Replies to Dispositive and *Daubert* Motions | September 4, 2020 |
| Hearing on Anticipated Dispositive and *Daubert* Motions | 9:00 a.m. on October 29, 2020 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on January 30, 2020 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | January 21, 2020 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: February 22, 2019

EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2
Case No.: 5:18-cv-07182-EJD
CASE MANAGEMENT ORDER