John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff and Counter-Defendant
NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Neo4j, Inc. ("Neo4j USA" or "Plaintiff") and Defendants PureThink LLC, iGov Inc., and John Mark Suhy (collectively "Defendants") submit the following Joint Stipulation and request that the Court grant Neo4j USA leave to file the First Amended Complaint attached hereto as **Exhibit A** pursuant to Rules 15(a) and 20(a) of the Federal Rules of Civil Procedure:

WHEREAS, Neo4j USA filed the Complaint in this action on November 28, 2018 (Dkt. No. 1);

WHEREAS, the deadline to file amended pleadings in the above-entitled action is currently October 30, 2019 (*See* Dkt. No. 32);

WHEREAS Plaintiff seeks to file a First Amended Complaint that, *inter alia*, (a) sets forth additional factual allegations supporting its claims asserted under the Lanham Act and California's Unfair Competition Law; and (b) adds a new claim alleging that Defendant John Mark Suhy violated the Digital Millennium Copyright Act ("DMCA") and Neo4j USA suffered injury as a result thereof, which is based on evidence discovered after the filing of the original Complaint in this Action;

WHEREAS Plaintiff seeks to file a First Amended Complaint where Neo4j Sweden AB ("Neo4j Sweden") joins in the new DMCA claim pursuant to Federal Rule of Civil Procedure 20(a)(1) because (a) it has the right to seek relief as the underlying copyright owner; (b) the alleged violations of the DMCA arise out of the same series of transactions and occurrences as the other claims asserted in the First Amended Complaint; and (c) questions of law and fact common to all plaintiffs will arise in relation thereto;

WHEREAS a copy of Neo4j USA and Neo4j Sweden's proposed First Amended Complaint attached hereto as **Exhibit A**; and

WHEREAS, Defendants shall have twenty-one (21) days to respond to the First Amended Complaint from the date of the filing of this stipulation.

/ / /

/ / /

/ / /

/ / /

1   WHEREAS, the filing of this stipulation constitutes notice and service of the First
2   Amended Complaint on Defendants who shall have twenty-one (21) days to respond thereto from
3   the date of the filing of this stipulation.

4   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
5   through their respective attorneys of record that:

6   (1)   Neo4j USA and Neo4j Sweden may, pursuant to Rule 15(a) of the Federal Rules
7   of Civil Procedure, file an amended complaint in the form of the First Amended Complaint
8   attached hereto as Exhibit A;

9   (2)   Neo4j Sweden may join in the First Amended Complaint pursuant to Rule 20(a)(1)
10  of the Federal Rules of Civil Procedure; and

11  (3)   Defendants shall have twenty-one (21) days to respond to Plaintiff's First
12  Amended Complaint from the date of the filing of this stipulation.

13  Dated:  October 22, 2019                HOPKINS & CARLEY
                                            A Law Corporation

16                                          By: */s/ Jeffrey M. Ratinoff*
                                                Jeffrey M. Ratinoff
17                                              Attorneys for Plaintiff and Counter-
                                                Defendant NEO4J, INC.

19  Dated:  October 22, 2019                By: */s/ Adron W. Beene*
                                                Adron W. Beene
20                                              Adron G. Beene
21                                              Attorneys for Defendants and
                                                Counterclaimants PURETHINK LLC,
22                                              IGOV INC., and JOHN MARK SUHY

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated: _____
                                            _____
26                                          Hon. Edward J. Davila
                                            U.S. DISTRICT COURT JUDGE

**FILER'S ATTESTATION**

I, Jeffrey M. Ratinoff, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated:  October 22, 2019　　　　　　　　　　HOPKINS & CARLEY
　　　　　　　　　　　　　　　　　　　　　　A Law Corporation


　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey M. Ratinoff*
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Ratinoff
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counter-
　　　　　　　　　　　　　　　　　　　　　　　　Defendant NEO4J, INC.