| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
| | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
| | jratinoff@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
| | A Law Corporation |
| 4 | The Letitia Building |
| | 70 South First Street |
| 5 | San Jose, CA  95113-2406 |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO.   5:18-cv-07182-EJD |
| Plaintiffs, | **PLAINTIFF NEO4J SWEDEN AB'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |

842\3382843.1

PLAINTIFF NEO4J SWEDEN AB'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R.  CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Neo4j Sweden AB ("Neo4j Sweden") certifies that Neo4j, Inc. is its parent corporation and that no publicly held corporation holds 10% or more of Neo4j Sweden's stock.

Dated: October 24, 2019

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs
    NEO4J, INC. and NEO4J SWEDEN AB