| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
|   | jratinoff@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 4 | The Letitia Building |
|   | 70 South First Street |
| 5 | San Jose, CA  95113-2406 |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC., NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation, | CASE NO.  5:18-cv-07182-EJD |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL – CARY CHIEN** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |

PLEASE TAKE NOTICE of the appearance of Cary Chien of the firm of Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Plaintiffs Neo4j, Inc. and Neo4j Sweden AB in the above-entitled matter.  Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Cary Chien
> cchien@hopkinscarley.com
> Hopkins & Carley, a Law Corporation
> 70 South First Street
> San Jose, CA 95113
> Telephone: (408) 286-9800
> Facsimile (408) 938-6226

Dated:  October 28, 2019

HOPKINS & CARLEY
A Law Corporation

By: */s/ Cary Chien*
Cary Chien
Attorneys for Plaintiff
NEO4J, INC.