1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff and Counter-Defendant
   NEO4J, INC.

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  NEO4J, INC., a Delaware corporation,        CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN AB, a Swedish
14  corporation,                                **DECLARATION OF CARY CHIEN IN
                                                SUPPORT OF PLAINTIFF'S
15                                              STIPULATED ADMINISTRATIVE
                        Plaintiff,              MOTION TO CONSIDER WHETHER
16                                              CASES SHOULD BE RELATED**
17           v.                                 (Civil L.R. 3-12(b) and 7-11)

18  PURETHINK LLC, a Delaware limited
    liability company, IGOV INC., a Virginia
19  corporation, and JOHN MARK SUHY, an
    individual,
20
                        Defendants.
21
22  AND RELATED COUNTERCLAIM.                   **JURY TRIAL DEMANDED**

23

24       I, Cary Chien, declare:

25       1.    I am an attorney at law and duly licensed to practice before all courts of the State

26  of California, and am an attorney with Hopkins & Carley, a Law Corporation, attorneys of record

27  for Plaintiffs and Counter-Defendant Neo4j, Inc. and Neo4j Sweden AB ("Plaintiffs" or "Neo4j").

28  I make this declaration in support of Plaintiff's Stipulated Administrative Motion to Consider

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3379033.1
DECLARATION OF CARY CHIEN IN SUPPORT OF PLAINTIFF'S STIPULATED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED                    5:18-CV-07182-EJD

1   Whether Cases Should Be Related.  The facts stated herein are based on my personal knowledge

2   and if called upon to testify as a witness in this matter, I could and would do so competently.

3       2.     Attached as **Exhibit 1** is a true and correct copy of the Complaint in the *Neo4j,*

4   *Inc. v. Graph Foundation, Inc.*, Case No. 3:19-cv-6226 (Dkt. No. 1).

5       3.     Attached as **Exhibit 2** are true and correct copies of:

6        •  an online post from the website www.github.com titled "Modifying the AGPL

7          License by adding restrictions is not allowed #11821" stating "We already formed

8          a non-profit called the GraphFoundation (https://graphfoundation.org), with an

9          apache like governance model, which ensures no single company or person(s)

10         control the future direction" printed on or around September 26, 2019; and

11       •  a webpage from The Graph Foundation website

12         www.graphfoundation.org/foundation showing John Mark Suhy as a director of

13         the board of The Graph Foundation, printed on or around September 24, 2019.

14      4.     Attached as **Exhibit 3** is a true and correct copy of a webpage from Defendant

15  John Mark Suhy's Twitter account showing a re-tweet of a post by The Graph Foundation about

16  ONgDB, printed on or around October 14, 2019.

17      I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct and that this declaration was executed on this 28th day of October

19  2019, at San Jose, California.

20

21                        */s/ Cary Chien*

22                        Cary Chien

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3379033.1         - 2 -

DECLARATION OF CARY CHIEN IN SUPPORT OF PLAINTIFF'S STIPULATED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED        5:18-CV-07182-EJD

# Exhibit 1

1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
   NEO4J, INC.

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13 | NEO4J, INC., a Delaware corporation | CASE NO.  5:19-cv-6226 |
14 | Plaintiff, | **COMPLAINT FOR: (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION** |
15 | v. | |
16 | GRAPH FOUNDATION, INC., an Ohio corporation, | |
17 | Defendant. | **DEMAND FOR JURY TRIAL** |
18 | | |

19

20     Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j") hereby brings the present action against

21 Defendant Graph Foundation ("Defendant" or "Graph Foundation") and alleges as follows:

22                        **NATURE OF ACTION**

23     1.     This is an action for damages and injunctive relief arising out of Defendant's

24 infringement of Plaintiff's federally-registered trademark under Section 32(1) of the Lanham Act,

25 15 U.S.C. § 1114(1), for unfair competition, false advertising and false designation of origin

26 under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and for substantial and related

27 claims of unfair competition under the State of California's Unfair Competition Laws, all arising

28 / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND
(3) FEDERAL AND STATE UNFAIR COMPETITION

from the Defendant's unauthorized use of Plaintiff's NEO4J® trademark in connection with the distribution, advertising, promotion, offering, and/or sale of Defendant's goods or services.

## THE PARTIES

2.     Plaintiff is a corporation organized under the laws of the State of Delaware with its principal place of business in San Mateo, California. Plaintiff originally incorporated as Neo Technology, Inc. and then changed its name to Neo4j, Inc. in or about July 2017. Plaintiff is the graph company behind the number one database, and surrounding platform, for connected data, marketed and sold under the trademark NEO4J®. The NEO4J® graph database platform helps organizations make sense of their data by revealing how people, processes and digital systems are interrelated. This connections-first approach powers intelligent applications tackling challenges such as artificial intelligence, fraud detection, real-time recommendations and master data.

3.     Plaintiff boasts the world's largest dedicated investment in native graph technology. It has more than 300 commercial customers, including global enterprises like Walmart, Comcast, Cisco, eBay, and UBS use NEO4J® to create a competitive advantage from connections in their data. Plaintiff also does substantial business with government agencies, including agencies within the United States Government.

4.     Plaintiff is informed and believes, and thereon alleges, that Defendant Graph Foundation is a corporation that is incorporated in Ohio and has its principal place of business in Wooster, Ohio.  Plaintiff is informed and believes, and thereon alleges, that Defendant purports to be a not for profit corporation and open source software development company that offers graph platform software, which competes with the NEO4J® graph platform.

## JURISDICTION AND VENUE

5.     The jurisdiction of this Court over the subject matter of this action is predicated, pursuant to 28 U.S.C. § 1331, on the fact that Plaintiff presents a civil action arising under the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. § 1051 et seq.  The remainder of Plaintiff's claims are subject to the jurisdiction of this Court, pursuant to 28 U.S.C. §§ 1338(b) and 1367, because the claims are joined with one or more substantial and related claims under the Lanham Act.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5                                                    - 1 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND
(3) FEDERAL AND STATE UNFAIR COMPETITION

6.      This action arises out of wrongful acts committed by Defendant in California and this District, which acts subject Defendant to the personal jurisdiction of this Court. Plaintiff is informed and believes, and based thereon alleges that Defendant specifically targets consumers and derives substantial revenue within California and this District, and expects its actions to have consequences within California and this District.  For all of these reasons, personal jurisdiction over Defendant exists.

7.      Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391, in that a substantial part of the events or omissions giving rise to the claim occurred in this District. In addition, Defendant has on a continual basis committed the wrongful acts alleged below within this District, in business interactions purposely elicited by Defendant with or directed to residents of the District, all of which has harmed and continues to harm Plaintiff within this District.

## INTRADISTRICT ASSIGNMENT

8.      Pursuant to Northern District Local Rule 3-2(c) and Northern District General Order 44, venue in this action is proper in any Courthouse in this District because this case is brought under the Lanham Act and involves intellectual property rights.

## PLAINTIFF AND THE NEO4J® BRAND

9.      Plaintiff was formed after its founders encountered performance problems with relational database management systems (RDMS).  Plaintiff then developed a graph database management system developed under the NEO4J® brand and quickly became the industry leader in graph database solutions and software.

10.      In conjunction with its business, Plaintiff filed for and obtained several federally registered trademarks.  Specifically, Plaintiff is the owner of U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" covering the following goods and services (the "NEO4J® Mark"):

- (IC 009) Computer programs for managing, storing, and accessing data from a database, analyzing data in computer databases for business purposes, processing in the nature of updating data in computer databases, and visualizing in the nature

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

of creating graphs from data stored in databases; computer programs for storing, managing, and querying data from databases on computers, computer networks, and global computer networks.

- (IC 035) Consulting services and advice in the field of updating and maintenance of data in computer databases.

- (IC 041) Educational services, namely, conducting training classes, certification training, workshops, tutorial sessions, and online classes in the fields of designing computer databases and updating and maintenance of data in computer databases, and distributing course materials in connection therewith; providing training services in the fields of designing computer databases and updating and maintenance of data in computer databases, and distributing course materials in connection therewith.

- (IC 042) Providing a web site featuring technology that enables end users to store, manage, and query data from databases on computers, computer networks, and global computer networks; cloud computing featuring software for use in managing, storing, and accessing data from a database, analyzing data in computer databases for business purposes, processing in the nature of updating data in computer databases, and visualizing in the nature of creating graphs from data stored in databases; Technical support services, namely, installation, administration, and troubleshooting of database applications; Computer services, namely, providing consultation services and advice in the fields of designing computer databases.

- (IC 045) Consulting services and advice in the field of maintaining the security and integrity of databases.

11.     Plaintiff first used the NEO4J® Mark in June 2006 and first used that mark in commerce in May 2007, and has continually used the NEO4J® Mark since being published by the USPTO in May 2015 and issued on August 4, 2015.  A true and correct copy of U.S. Trademark Registration No. 4,784,280 is attached hereto as **Exhibit 1**.

12.     Plaintiff has spent considerable effort and investment in the NEO4J® Mark and brand, which as a result have become widely known and are closely identified with Plaintiff and represent substantial, valuable goodwill.

## THE EVOLUTION OF NEO4J'S LICENSING MODEL FOR NEO4J® SOFTWARE

13.     Prior to November 2018, Neo4j's business model was to offer a free open source version of its primary software offering, NEO4J® Community Edition ("Community Edition"), under the GPLv3 license. This edition is limited in its feature set and offers no support.  Users requiring additional features for more advanced commercial operation, together with support, licensed its NEO4J® Enterprise Edition ("NEO4J® EE") under commercial terms.  NEO4J® EE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

is a full superset of Neo4j® Community Edition, containing significant additional functionality

intended for commercial use.

14.     Plaintiff originally offered the NEO4J® EE under both a paid for commercial

license and the free GNU Affero General Public License, version 3 ("AGPLv3").   A commercial

license to NEO4J® EE entitled the purchaser to use it in a proprietary setting with industry

standard terms, receive support or professional services from Plaintiff, and the right to receive

software updates, which included feature updates, bug fixes and assistance.  Purchasing a

commercial license at a fair price supported the continued development and improvement of

NEO4J® software.

15.     In May 2018, Plaintiff released NEO4J® EE version 3.4, which it continued to

offer under a proprietary commercial license.  However, it replaced the AGPLv3 with a stricter

license, the AGPLv3 with Commons Clause.  This new license, while allowing code to be

publicly viewable and used within a certain limited scope of usage, is generally recognized in the

software industry not to qualify as open source, as it prohibits all third-party resale and services

activity.  Plaintiff added the Commons Clause to its license for NEO4J® EE to prevent third

parties, such as Defendant, from monetizing such software while not contributing back to the

companies who are producers of the software.

16.     In November 2018, Plaintiff released version 3.5 of NEO4J® EE solely under a

commercial license, while it continued to offer the Community Edition as open source software.

This meant that Plaintiff was no longer publishing source code for NEO4J® EE on open source

terms.  This was done to simplify its licensing model, as well as prevent bad actors (such as

Defendant) from willfully misrepresenting the AGPLv3 with Commons Clause and profiting by

providing commercial support services in closed, proprietary projects.

17.     All versions of NEO4J® software are subject to Neo4j's Trademark Policy found

on its website, which states in relevant part:

> Although some Neo4j projects may be available under free and open
> licenses, those licenses cover copyright only and do not include any express
> or implied right to use our trademarks. Neo4j does not allow third parties to
> use its trademarks without a written agreement or express permission. Thus,
> Neo4j projects that are available under open source licenses may be copied,

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5                                    - 4 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND
(3) FEDERAL AND STATE UNFAIR COMPETITION

modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name. This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j. This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.

\* \* \*

Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us.

A true and correct copy of Plaintiff's Trademark Guidelines (https://neo4j.com/trademark-policy) is attached hereto as **Exhibit 2**.

## DEFENDANT'S INFRINGEMENT OF THE NEO4J® MARK

18.     Plaintiff is informed and believes, and based thereon alleges that Defendant Graph Foundation was formed on or around June 21, 2018 in response to Plaintiff's decision to only offer NEO4J® EE under a commercial license and to evade the restrictions imposed thereon. Defendant admits as much on its website (https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/):

We started Graph Foundation, Inc. (referred to as The Graph Foundation) in June 2018 when we noticed Neo4j's position beginning to change and the implications of this for the community and ecosystem. The Graph Foundation is a nonprofit with 501(c)(3) status and ***its goal is to take over neo4j enterprise development*** ...

A true and correct copy of this statement located on Graph Foundation's website is attached hereto as **Exhibit 3** (emphasis added).

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5

- 5 -

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

19.     Defendant offers ONgDB graph database software, which it describes on its website (https://www.graphfoundation.org/projects/ongdb/) as the "free and open source Neo4j Enterprise project," and "a non-restrictive fork of Neo4j, the world's leading Graph Database." A true and correct copy of this webpage is attached hereto as **Exhibit 4**.  Defendant even admits that the name of its software is derived from the NEO4J® Mark: "we decided on the name ONgDB (oh-n-gee-db) which stands for Open Native Graph DB but also ONgDB's Neo4j Graph DB." *See* Exhibit 3.

20.     Defendant does not have a trademark license from Plaintiff.  Thus, not only are such statements in violation of Plaintiff's Trademark Guidelines, but also create consumer confusion that Defendant is offering a current authorized version of NEO4J® EE or that ONgDB is otherwise endorsed by Plaintiff.

21.     Defendant deceptively markets ONgDB as being the equivalent of Plaintiff's current version of NEO4J® EE that is only available via a commercial license.  For example, Graph Foundation states on its website that "ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number."  *See* Exhibit 4.

22.     Plaintiff is informed and believes, and based thereon alleges that ONgDB is actually compiled from a patchwork of source code from older versions of official NEO4J® software, and includes source code authored by Defendant, while being passed off by Defendant as identical to Neo4j's current commercial-only releases of NEO4J® EE.

23.     By recompiling older releases of NEO4J® source code that is frozen in time, Defendant is creating software that is not of the same quality as if were compiled by Plaintiff. This is because Defendant is not using Plaintiff's build infrastructure, which carries out tens of thousands of functional, performance, load, stress, and other tests to ensure quality.  ONgDB also does not include critical fixes nor does it contain any other ongoing improvements made by Plaintiff to NEO4J® EE. Further, because Defendant introduced its own modifications in recompiling ONgDB from various iterations of NEO4J® software, this increases the potential for stability and compatibility issues with ONgDB.  As a result, Defendant is misleading consumers

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3351764.5                                          - 6 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

1  into believing they are downloading an exact copy of Plaintiff's current commercial-only releases

2  of NEO4J® EE from Graph Foundation's website, which in actuality they are receiving an

3  inferior product that is not a true "drop in" replacement.

4        24.    Additionally, the ONgDB download available on Graph Foundation's website at

5  https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.4-windows.zip contains

6  numerous executable files which are called "neo4j" that clearly infringes on the NEO4J® Mark:



Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5

- 7 -

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND
(3) FEDERAL AND STATE UNFAIR COMPETITION

25.     Defendant also plagiarized the nearly exact wording from Plaintiff's license files included with its official NEO4J® software. As seen in the README.asciidoc license and attribution files for NEO4J® software, Plaintiff describes its platform as follows:

> Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

A true and correct copy of Plaintiff's README.asciidoc license is attached hereto as **Exhibit 5**.

26.     Defendant only made minor modifications and used substantially the whole text in describing ONgDB on its website:

> Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

*See* Exhibit 4. Thus, further falsely and misleadingly suggesting that ONgDB is the equivalent of an authorized version of NEO4J® EE or is otherwise endorsed by Plaintiff.

27.     Defendant's GitHub repository for ONgDB's source code (https://github.com/graphfoundation/ongdb), which Plaintiff is informed and believes and based thereon alleges is located in San Francisco, California, also contains false and misleading statements concerning the nature of ONgDB, as well as the wide-spread misuse of the NEO4J® Mark.  A true and correct print-out of this Github webpage is attached hereto as **Exhibit 6**.

28.     At the top of Defendant's Github repository page, it states that "ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo."  *See* Exhibit 6.  Below that heading, Defendant prominently states:

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5                                    - 8 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

*See* Exhibit 6.  The foregoing statement is identical to the aforementioned NEO4J®

README.asciidoc license and attribution files.  *See* Exhibit 5.  It is also virtually identical to

Plaintiff's Github repository page:

# Neo4j: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

A true and correct print-out of this webpage is attached hereto as **Exhibit 7**.

  29. Plaintiff is informed and believes, and based thereon alleges that Defendant's use

of "Neo4j Enterprise," prominent use of embedded "Neo4j" links to Plaintiff's website and

Github repository based in this District, and suggesting that ONgDB is "synced" with Plaintiff's

current commercial-only releases of NEO4J® EE misleads consumers into believing they are

downloading an exact copy of Plaintiff's current commercial-only release of NEO4J® EE.

  30. In addition, Defendant does not use its own support documentation for ONgDB,

but instead relies upon and hotlinks to Plaintiff's official documentation located on Plaintiff's

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

1    Github repository: "To build the documentation see the Neo4j documentation."  *See* Exhibit 6.

2    Defendant also hotlinks to Plaintiff's official documentation, including operation manuals,

3    located on Plaintiff's corporate website: "Look for 3.5 Operations manual here."  *See* Exhibit 8.

4    This documentation is subject to a separate license, which has a non-commercial restriction.

5           31.    Despite Defendant's use of ONgDB to refer to its unauthorized hybrid "Neo4j

6    Enterprise" offering, they have misleadingly matched the version numbers of such offerings to

7    the equivalent genuine NEO4J® EE version, while falsely maintaining ONgDB is identical to

8    Plaintiff's official offerings and failing to use proper trademark notices after the NEO4J® Mark.

9    The few statements by Defendant that disclaim a relationship or affiliation with Plaintiff are

10   undermined by their misinformation campaign to confuse customers as to the actual differences in

11   its "forked" version of ONgDB that they often refer to as Neo4j Enterprise.  Defendant's

12   prominent display of the NEO4J® Mark in a repetitive manner without proper trademark notices,

13   use of "Neo4j" and interchangeable use of "Neo4j Enterprise" with "ONgDB" on Defendant's

14   website and Github repository, again without proper trademark notices, is a clear attempt to

15   confuse customers as to the source, origin or affiliate of the parties' respective offerings.

16          32.    Defendant's actions described above constitute unauthorized use of the NEO4J®

17   Mark in commerce in connection with the distribution, offering, or promotion of the Defendant's

18   ONgDB software is likely to cause and has caused consumer confusion.  Such actions were made

19   with an intent to deceive consumers, which interferes with Neo4j's ability to differentiate its

20   NEO4J® offerings from those of Defendant's unauthorized hybrid ONdGB offering.

21          33.    On March 21, 2019, Defendant boasted the following on its website

22   (https://www.graphfoundation.org/1000th-ongdb-open-neo4j-enterprise-3-5-download-

23   iequoh3ja/) while continuing to misuse the NEO4J® Mark and mislead consumers by

24   mischaracterizing ONgDB 3.5 as "Neo4j Enterprise:"

25          We are excited to announce today that we have reached our **1,000th
            download of ONgDB 3.5**, the Open Neo4j Enterprise project!

26                                      * * *

27          We are proud of this community that has worked to keep Neo4j Enterprise
            3.5 open source. Building an open native graph database to reach the masses

28

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

1    is our mission and reaching the 1000th download is a sign that we are
2    succeeding in our mission to put a scalable graph to work for everyone.

3   A true and correct copy of this portion of Defendant's website is attached hereto as **Exhibit 9**.

4        34.    Plaintiff is informed and believes, and based thereon alleges that Defendant's

5   actions described above have caused actual consumer confusion.  For example, users have

6   expressed uncertainty and confusion over license obligations, as well as encountered

7   compatibility issues resulting from downloading ONgDB:

8        Do the terms of use for "neo4j Desktop" apply to the ONGDB server which
9        I downloaded under AGPLv3 license? I read the Desktop terms carefully
         and they refer everywhere to "neo4j Desktop software". Has anybody
10       encountered this issue? I am feeling really stupid for not thinking this
         through before downloading the Desktop Software, especially as database
11       authentication keeps failing. Before I spend any more time troubleshooting,
         could someone indicate any features of Desktop that are really worth it
         (other than UI)? I am planning production, so the license is important to me.

12  A true and correct copy of the foregoing post on the Neo4j Online Community is attached hereto

13  as **Exhibit 10**.

14       35.    Defendant impermissibly and repeatedly uses the NEO4J® Mark as a hashtag to

15  represent its software:

16
17  **The Graph Foundation** @GraphFoundation · Mar 21
    #**ONgDB**, Open #Neo4j Enterprise, marches on with 1,000th download. Read
18  more:

19       **1,000th ONgDB (Open Neo4j Enterprise) 3.5 Downl...**
20       We are excited to announce today that we have reached
         our 1,000th download of ONgDB 3.5, the Open Neo4j
21       Enterprise project!

22       graphfoundation.org

23
24       💬          ⟲ 3            2

25  **The Graph Foundation** @GraphFoundation · Mar 21
    Our #**ONgDB**/#Neo4j Enterprise CI server is up and running builds at
26  bamboo.graphfoundation.org/browse/GF

27       💬          ⟲              1

28

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND
(3) FEDERAL AND STATE UNFAIR COMPETITION

Such use implies sponsorship or endorsement by Plaintiff as there are generic words that Defendant may use to describe its graph software especially when Defendant uses Plaintiff's NEO4J® Mark to refer to its *own* ONgDB software, not Plaintiff's software. And, Defendant uses more of the NEO4J® Mark than is reasonably necessary to identify the product. A true and correct copy of Graph Foundation's tweets using #ongdb in conjunction with #neo4j is attached hereto as **Exhibit 11**.

36.     Plaintiff is informed and believes, and based thereon alleges that consumers that have downloaded ONgDB rather than official NEO4J® software have experienced issues that Neo4j would have been able to address for licensed users with authorized support services and/or may not have occurred at all had such users downloaded official NEO4J® Software rather than ONgDB. True and correct copies of printouts from third party websites www.stackoverflow.com and www.xbuba.com illustrating these issues are attached hereto as **Exhibits 12-16**.

37.     Plaintiff is informed and believes, and based thereon alleges that Defendant continues to extenuate such issues and causes consumer confusion by engaging in the above-described unauthorized use of the NEO4J® Mark and making the foregoing false and misleading statements in connection with the distribution, offering, and promotion of its ONgDB software.

## FIRST CAUSE OF ACTION

## TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114

## (Against Graph Foundation Inc.)

38.     Plaintiff incorporates and realleges the allegations set forth in paragraphs 1 through 37 of this Complaint as though fully set forth herein.

39.     Plaintiff has been actively using the NEO4J® Mark in interstate commerce since at least as early as 2007. Plaintiff's graph database solutions and software and related supported services offered under the NEO4J® Mark has enjoyed and continues to enjoy extensive recognition among customers, reviewers and industry professionals in the marketplace.

40.     Plaintiff currently offers, and has a long and established history of offering graph database solutions and software and related services, both directly and through authorized NEO4J® Solution Partners under the distinctive NEO4J® Mark. Through favorable acceptance

Hopkins & Carley
Attorneys At Law
San Jose • Palo Alto

842\3351764.5

- 12 -

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

and recognition by customers, reviewers and industry professionals, the NEO4J® Mark has come to be associated in the public with Plaintiff, have become an asset of substantial value to Plaintiff, and a symbol of its high quality, industry leading graph database solutions and software and related services, as garnered substantial goodwill.

41.     Plaintiff's graph database solutions and software and related services offered under the NEO4J® Mark are advertised via print publications, over the Internet through Plaintiff's website and through third-party websites and blogs, paid advertising on LinkedIn, Twitter, Facebook, and elsewhere, as well as via mobile applications and publications, physical billboards, and signage at both company-branded and third-party events.

42.     Plaintiff has expended considerable time, money and effort in advertising and promoting its graph database solutions and software and related support services under the NEO4J® Mark among consumers and authorized NEO4J® Solution Partners.  Consequently, Plaintiff has developed substantial and exclusive goodwill and reputation in connection with the NEO4J® Mark for its graph database solutions and software and related support services.

43.     As a result of these expenditures, combined with substantial sales of Plaintiff's graph database solutions and software and related support services under the NEO4J® Mark, the relevant consuming public and likely customers have come to recognize the NEO4J® Mark as favorably distinguishing Plaintiff's graph database solutions and software and related support services from those of its competitors.

44.     Due to this widespread public use and recognition, the NEO4J® Mark has become an asset of significant value and goodwill, and a successful indicator of the source of Plaintiff's graph database solutions and software and related support services.

45.     Defendant's software and related services directly compete with Plaintiff's graph database solutions and software and related services offered and sold under Plaintiff's NEO4J® Mark.  The customers and users, and potential users and consumers of Plaintiff's graph database solutions and software and related services offered and sold under Plaintiff's NEO4J® Mark are identical to the user and customers and potential users and customers of Defendant's ONgDB graph database software and related services.

842\3351764.5

- 13 -

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

46.     Defendant has actual knowledge of Plaintiff's rights in the NEO4J® Mark and is willfully infringing and intentionally adopted and used these marks in commerce without Plaintiff's consent in connection with the sale, offering for sale, distribution and advertising of competing graph database solutions and software and related support services.  Defendant's software and related services have been disseminated and distributed through various means including, without limitation, sales and solicitations through Defendant's Internet interactive website, Github.com and other third party websites, including within this District.

47.     Defendant's willful, intentional and unauthorized use of the NEO4J® Mark in conjunction with the sale and advertising of Defendant's graph database solutions and software and related support services is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of Plaintiff's graph database solutions and software and related support services.

48.     Defendant's activities constitute willful trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

49.     The injuries and damages sustained by Plaintiff have been directly and proximately caused by Defendant's wrongful sale, offering for sale, distribution, or advertising of its products or services in conjunction with their unauthorized use of Plaintiff's NEO4J® Mark. Specifically, Plaintiff has been damaged in an amount according to proof at trial.

50.     Defendant's acts are likely to continue, the award of money damages alone will not adequately compensate Plaintiff.  By its unauthorized use of the NEO4J® Mark and refusal to cease such use, Defendant has caused, and will continue to cause irreparable harm, damages and injury to Plaintiff.  Plaintiff's injuries will continue unless restrained by order of this Court. Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief.

## SECOND CAUSE OF ACTION

**FALSE DESIGNATION OF ORIGIN AND FALSE ADVERTISING – 15 U.S.C. § 1125(a)**

**(Against Graph Foundation)**

51.     Plaintiff incorporates and realleges the allegations set forth in paragraphs 1 through 50 of this Complaint as though fully set forth herein.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3351764.5

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

52.     Defendant's actions constitute a false designation of origin and false advertising under 15 U.S.C. § 1125(a), which is likely to cause confusion, mistake and/or to deceive consumers and has confused and deceived consumers into believing that Defendant's goods and services are affiliated with, sponsored by, or somehow connected with Plaintiff and/or Plaintiff's NEO4J® Mark, and, as a consequence, are likely to divert customers away from Plaintiff and/or its authorized NEO4J® Solution Partners.

53.     Defendant's unlawful activities reflect adversely on Plaintiff because it has no control over the nature and quality of the services and products advertised and sold by Defendant, and as the believed source of origin, Plaintiff's efforts to continue to protect its reputation for high quality graph database solutions and software and related support services sold under the NEO4J® Mark will be hampered, resulting in the loss of goodwill and sales, to the irreparable harm of Plaintiff.

54.     Further, any failure, neglect, or default by Defendant in providing authorized NEO4J® products and services will continue to reflect adversely on Plaintiff as the believed source of origin thereof, hampering efforts by Plaintiff to continue to protect its outstanding reputation for high quality graph database solutions and software and software-related services, resulting in loss of customers and partners, as well as the loss of goodwill and sales, all to the irreparable harm of Plaintiff.

55.     The actions of Defendant as alleged herein constitute intentional, willful, knowing and deliberate false designation of origin and false advertising pursuant to 15 U.S.C. § 1125(a).

56.     Defendant's willful, intentional and unauthorized use of the NEO4J® Mark is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of Defendant's software products and software-related services.

57.     The injuries and damages sustained by Plaintiff have been directly and proximately caused by Defendant's wrongful and misleading sale, offering for sale, distribution, or advertising of its software products and software-related services.  Specifically, Plaintiff has been damaged in an amount according to proof at trial.

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3351764.5                                   - 15 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

58.     As Defendant's acts are likely to continue, the award of money damages alone will not adequately compensate Plaintiff.  By their false designation of origin and false advertising, and refusal to cease the use of Plaintiff's NEO4J® Mark, Defendant has caused, and will continue to cause irreparable harm, damages and injury to Plaintiff.  Plaintiff's injuries will continue unless restrained by order of this Court.  Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief.

## THIRD CAUSE OF ACTION

## UNFAIR COMPETITION – 15 U.S.C. § 1125(a)

## (Against Graph Foundation)

59.     Plaintiff incorporates and realleges the allegations set forth in paragraphs 1 through 58 of this complaint as though fully set forth herein.

60.     Defendant's conduct described and alleged in this complaint constitutes unfair competition and fraudulent business practices in violation of 15 U.S.C. § 1125.  Defendant is deliberately, intentionally and unlawfully exploiting Plaintiff's NEO4J® Mark and consumer goodwill for the benefit of Defendant's own software and related services.

61.     Defendant's use of the NEO4J® Mark in conjunction with its business constitutes the use of a word, term, name, or any combination thereof, that is likely to cause confusion, mistake, or deception as to the affiliation, connection, origin, sponsorship, approval and/or association of Defendant and its software products and software-related services with Plaintiff, within the meaning of 15 U.S.C. § 1125(a)(1).

62.     In addition, Defendant's use of the NEO4J® Mark constitutes a commercial use that causes actual and/or likely dilution of the distinctive quality of Plaintiff's NEO4J® Mark by lessening the capacity of the NEO4J® Mark to identify Plaintiff, and distinguish its software products and software-related services.  Defendant knowingly traded on Plaintiff's reputation and goodwill after Plaintiff's NEO4J® Mark had become well known.

63.     As a direct and proximate result of Defendant's acts and misconduct, Plaintiff is informed and believes, and thereon alleges, that customers and prospective customers have been confused and misled, deceived and mistaken as to the source or sponsorship of Defendant's

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5                                          - 16 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

unauthorized software products and software-related services, and have been deterred from purchasing Plaintiff's graph database solutions and software and related support services, in disruption of Plaintiff's business activities.

64.     Plaintiff has therefore been damaged and is likely to suffer further damage in an amount to be proven at trial, but in excess of the minimum jurisdiction of this Court.  In particular, Plaintiff is entitled to, without limitation, damages for its loss of sales and goodwill, as well as recovery of any and all profit derived by Defendant through its wrongful acts in an amount according to proof at trial.

65.     As Defendant's wrongful acts are likely to continue, the award of money damages alone will not adequately compensate Plaintiff.  By their use of the NEO4J® Mark, Defendant has caused, and will continue to cause irreparable harm, damages and injury to Plaintiff.  Plaintiff's injuries will continue unless restrained by order of this Court.  Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief.

## FOURTH CAUSE OF ACTION

### UNFAIR COMPETITION – Cal. Bus. Prof. Code §§ 17200 et seq.

### (Against Graph Foundation)

66.     Plaintiff incorporates and realleges the allegations set forth in paragraphs 1 through 65 of this complaint as though fully set forth herein.

67.     Plaintiff is informed and believes, and thereon alleges, that Defendant conducts business within California, including, without limitation, the advertising and distribution of Defendant's products and services, including over Defendant's interactive internet website and its Github repository on the internet.

68.     Defendant's conduct described and alleged in this Complaint constitutes unfair, unlawful, and fraudulent business practices in violation of California Business & Professions Code §§ 17200 et seq.

69.     Defendant knew or reasonably should have known that use of NEO4J® Mark deceives and/or confuses customers into believing that Defendant's software and software related services are produced, endorsed, affiliated and/or associated with Plaintiff.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3351764.5
- 17 -
COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

70.     Plaintiff is informed and believes, and thereon alleges, that Defendant's misuse of the NEO4J® Mark was an intentional and deliberate attempt to trade on the Plaintiff's goodwill.

71.     As a direct and proximate result of Defendant's wrongful acts, Plaintiff is informed and believes, and thereon alleges, that customers and prospective customers have been confused and misled, deceived and mistaken as to the source or sponsorship of Defendant's unauthorized software products and services, and have been deterred from purchasing and/or using Plaintiff's NEO4J® software and services, in disruption of Plaintiff's business activities. Plaintiff has therefore been damaged and is likely to suffer further damage, and is entitled to the remedies available under Cal. Bus. & Prof. Code § 17200 et seq., including but not limited to injunctive relief and restoration of money or property acquired as a result of Defendant's wrongful acts.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.     For compensatory damages in an amount to be proven at trial, and that the amount of damages for infringement of Plaintiff's NEO4J® Mark be increased by a sum not exceeding three times the amount thereof as provided by 15 U.S.C. § 1117;

2.     For an award of all profits heretofore realized by Defendant during its infringing use of the NEO4J® Mark pursuant to 15 U.S.C. § 1117 and other applicable laws and statutes;

3.     For reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117 as this is an exceptional case and/or 18 U.S.C. § 2520(b)(3);

4.     Disgorgement and restitution of Defendant's ill-gotten gains;

5.     For a preliminary and permanent injunction restraining Defendant, its officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by through, under, or in active concert with them temporarily, preliminarily, and permanently enjoined and restrained from use of the NEO4J® Mark;

6.     For interest as allowed by law;

7.     For cost of suit herein incurred; and

/ / /

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3351764.5

- 18 -

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

1         8.       For such other and further relief as this Court may deem proper.

2  Dated: October 1, 2019

                                          HOPKINS & CARLEY
                                          A Law Corporation

                                          By: */s/ Jeffrey M. Ratinoff*
                                            John V. Picone III
                                            Jeffrey M. Ratinoff
                                          Attorneys for Plaintiff
                                          NEO4J, INC.

842\3351764.5

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

## DEMAND FOR JURY TRIAL

Plaintiff Neo4j, Inc. hereby demands trial by jury for all causes of action presented herein pursuant to Fed. R. Civ. P. 38.

Dated: October 1, 2019

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiff
NEO4J, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3351764.5

- 20 -

COMPLAINT FOR (1) TRADEMARK INFRINGEMENT; (2) FALSE ADVERTISING AND FALSE DESIGNATION OF ORIGIN; AND (3) FEDERAL AND STATE UNFAIR COMPETITION

EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# NEO4J

**Reg. No. 4,784,280**

**Registered Aug. 4, 2015**

**Int. Cls.: 9, 35, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEO TECHNOLOGY (DELAWARE CORPORATION)
111 E. 5TH AVE.
SAN MATEO, CA 94401

FOR: COMPUTER PROGRAMS FOR MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; COMPUTER PROGRAMS FOR STORING, MANAGING, AND QUERYING DATA FROM DATABASES ON COMPUTERS, COMPUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF UPDATING AND MAIN-TENANCE OF DATA IN COMPUTER DATABASES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING TRAINING CLASSES, CERTI-FICATION TRAINING, WORKSHOPS, TUTORIAL SESSIONS, AND ONLINE CLASSES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTEN-ANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; PROVIDING TRAINING SERVICES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES END USERS TO STORE, MANAGE, AND QUERY DATA FROM DATABASES ON COMPUTERS, COM-PUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,784,280**

DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; TECHNICAL SUPPORT SERVICES, NAMELY, INSTALLATION, ADMINISTRATION, AND TROUBLESHOOTING OF DATABASE APPLICATIONS; COMPUTER SERVICES, NAMELY, PROVIDING CONSULTATION SERVICES AND ADVICE IN THE FIELDS OF DESIGNING COMPUTER DATABASES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF MAINTAINING THE SECURITY AND INTEGRITY OF DATABASES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-267,006, FILED 4-30-2014.

SIMON TENG, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

EXHIBIT 2



Company  ▾      Support      Contact Us

PRODUCTS      SOLUTIONS      CUSTOMERS      PARTNERS      RESOURCES

▾              ▾              ▾      DEVELOPERS      DOWNLOAD NEO4J

# Trademark Guidelines

## Legal Notices

Terms
California Privacy Rights
Privacy Policy
Trademark Policy

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

9/26/2019                                          Neo4j® Trademark and Brand Policy - Neo4j Graph Database Platform                                        2/5

Case 5:18-cv-07182-EJD   Document 112-1   Filed 10/28/19   Page 31 of 114
Case 5:19-cv-06226   Document 1-1   Filed 10/01/19   Page 3 of 6

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

### Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™
   Neo Technology®



2. Our logos (the "Logos")



3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version

9/26/2019                                                Trademark Policy - Neo4j Graph Database Platform

Case 5:18-cv-07182-EJD  Document 113-1  Filed 10/18/19  Page 32 of 114
Case 5:17-cv-00220-LHK  Document 132  Filed 10/01/19  Page 4 of 114

of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

<u>Always use the Marks in their Exact Form and Distinguishable from Other Text.</u> Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

|                     CORRECT                     |                     INCORRECT                     |
|:-----------------------------------------------:|:-------------------------------------------------:|
|                                                 | NEO4J                                             |
|                                                 | Neo-4j                                            |
| Neo4j®                                          | neo4j                                             |
|                                                 | n4j                                               |
|                                                 | Neo                                               |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

|                     CORRECT                     |                     INCORRECT                     |
|:-----------------------------------------------:|:-------------------------------------------------:|

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph platform is widely used in many industries. | Neo4j® is widely used. |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | We use the Neo4j. |
| | I use Cypher. |
| I downloaded the Neo4j® database from neo4j.com. | I load data into and out of Neo4j. |
| Cypher® query language | |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

<u>Do Not Use Marks in the Plural Form.</u> Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

<u>Do Not Use Marks to Suggest Endorsement by Neo4j.</u>

| CORRECT | INCORRECT |
|---|---|
| | "Open Neo4j" |
| graph database software | XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

<u>Use of Logos</u>

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

<u>Mark Attribution and Notices</u>

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

<u>Possible Infringement</u>

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

<u>Updates</u>

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they as they are posted on this page.

<u>Further Information</u>

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please <u>contact us</u>.

*Updated April 3, 2019*

- *<u>PRODUCTS</u>*
- *<u>SOLUTIONS</u>*
- *<u>PARTNERS</u>*

- *<u>CUSTOMERS</u>*
- *<u>LEARN</u>*
- *<u>DEVELOPERS</u>*

- *<u>Why Graph Databases?</u>*
- *<u>Graph Databases vs RDBMS</u>*
- *<u>What's New in Neo4j</u>*
- *<u>Graphdatabases.com</u>*

- *<u>Company</u>*
- *<u>News</u>*
- *<u>Awards</u>*
- *<u>Careers</u>*
- *<u>Staff</u>*

    

*© 2019 Neo4j, Inc.*
*<u>Terms</u> | <u>Privacy</u> | <u>Sitemap</u>*

*Neo4j®, Neo Technology® and Cypher®*
*are registered trademarks*
*of Neo4j, Inc.*

**<u>Contact Us →</u>**

*US: 1-855-636-4532*
*Sweden +46 171 480 113*
*UK: +44 20 3868 3223*
*France: +33 (0) 8 05 08 03 44*
*Germany: +49 (0)89 26204 6300*

<u>Contact Sales: 1.855.636.4532</u>   <u>Email a graph expert</u>

EXHIBIT 3

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/30/19   Page 36 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 2 of 9

# The Graph Foundation

Open Graph Technology for Public Good

Menu

---

## Neo4j is Open Core – Now What?

**31** **JAN 2019**

**1 COMMENT**

---

The word responsibility can be thought of in a simple way. If you have an *ability* what is your *response* to that ability? If there's a need and you're able to meet it, what is your response? Will you act and use your ability to improve the situation for the betterment of everyone? If keeping the best open source graph database on the market today fully open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization then keep reading through to the end. If you care but don't need to know all the details right now then skip down to the TL;DR.

We've been in the graph community for a while now (circa 2011) and we know a bit about the origins of the open source neo4j graph database. We've seen first-hand the powerful transformation that graph brings to organizations and its potential to enhance the way complex data is stored, processed and queried now and in the future. We know that the success of an open source database goes well beyond the commits made to the repository. Engineering is important, yes, and there is plenty of that needed when building a database, but it's not the only contributing factor to enabling a great open source database, especially in the emerging graph database space. There are many key roles including entrepreneurs to build supporting businesses and ecosystem products, early customer adopters, implementations that stress and push the technology to the edge, testing and reporting defects from usage, promotion, discussion and exposure at events, meetups and conferences, community support, training and skill building across the user base, a sharing of vision and community involvement and likely many more that we don't even see.

The open source neo4j graph database (hereafter the lowercase "neo4j") has thrived since 2011 because it has been fully open source. In the very early days it's difficult to get adoption of a new database technology, especially one that is closed source. Many organizations have open source initiatives, especially around databases, to avoid the lock-in and closed ecosystems that occur with relational databases from Oracle, SAP and Microsoft. The open stack initiative was born out the need to scale database technologies to achieve business solutions without facing unknown and often staggering licensing costs. The Open Source Initiative created momentum around the adoption of open source databases and neo4j has benefitted from this by being fully open source.

Case 5:18-cv-07182-EJD Document 4-1 Filed 10/29/19 Page 37 of 114
Case 5:19-cv-06226 Document 1-3 Filed 10/01/19 Page 3 of 5

Unfortunately neo4j has always had a split licensing personality. In the early days, Emil (founder and CEO of Neo Technology, Inc.) faced challenges in how to commercialize neo4j and figure out what features were enterprise vs. community. In the end, the line was drawn to designate clustering, backups, restore, monitoring, metrics, security, constraints, scalable database format for big graphs, and enhance cypher as *enterprise* features while the core kernel, cypher and server capabilities would be designated as *community*. With the separate designations for enterprise and community came separate licenses AGPLv3 and GPLv3 respectively. Why Emil chose these licenses stems from the beginning when neo4j was mostly used as an embedded database and the less permissible enterprise AGPLv3 license would have required some projects embedding neo4j enterprise to be open source or get a commercial license (in the early days we worked on some of these embedded cases).

When server mode emerged in 1.8 (2012) and folks stopped embedding neo4j, the AGPLv3 open source license allowed usage of the standalone server without a commercial license. The introduction of server mode was essential and if the license had changed at that time to restrict enterprise features (such as clustering in server mode), it would have greatly impacted the adoption of still very immature database. Instead, what followed was the start of Neo Technology's split licensing personality. On the one hand, if you visited the Github neo4j open source project you would see an AGPLv3 license that allowed enterprise usage and at the major Graph Connect conference Neo Technology would promote these enterprise features and the open source contribution of them. On the other hand, sales and marketing would create confusion among commercial users that neo4j enterprise needed a license to avoid open sourcing their project code (which was only true for embedded use cases of which there are only a handful still to date).

It was only recently that Neo4j, Inc. came into existence. Before that it was Neo Technology, Inc. and the commercial license was so appropriately called the Neo Technology Commercial License (NTCL). This meant community and enterprise could be used as-is without warranty under GPLv3 and AGPLv3 respectively or exclusively enterprise supported under the NTCL. Any neo4j users had the freedom to checkout neo4j community and enterprise source under one GitHub repository, compile and run all the tests, see the open development of the project, report issues and build distributions of both community and enterprise under GPLv3 and AGPLv3 respectively. This was good for community as it showed a vibrant ecosystem where everyone understood that core freedoms were being promoted and Neo Technology was able to commercialize enterprise under NTCL for enterprise customers that needed support.

At some point in neo4j's growth and adoption, around year 2015, neo4j became a clearly viable database – this wasn't the case from 2011-2015 when it suffered heavily from failed deployments as the result of scalability and reliability issues for many now common use cases. With neo4j becoming increasingly popular and more commercial licenses in hand, Neo Technology accelerated commercialization efforts around neo4j enterprise which included an increase in marketing rhetoric that focused on commercial customers needing a license (NTCL) to use enterprise. At the same time, Neo Technology continued to promote the open source nature and contributions of the company. This dual position led to confusion in the community and frustrations among commercial neo4j users but ultimately allowed Neo Technology to grow its commercial customer base while appealing to open source communities giving it all the benefits of riding the open source wave.

9/25/2019                                    Neo4j is Open Core now - What Ugah 7ein 5mis?

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/30/19   Page 38 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 4 of 8

It was between 2016-2018 that Neo Technology made the big changes. Unknown to the community they acquired trade marks on Neo4j and Cypher (both were commons usage until that point) and Neo Technology, Inc. changed its name to Neo4j, Inc. The build tooling that had allowed neo4j enterprise users to build enterprise distributions was removed from the open source repository. The enterprise license changed from AGPLv3 to AGPLv3 + Commons Clause and was applied to the then mainline 3.4 release and backported to patch releases for 3.2 and 3.3 to attempt a block at subsequent patch releases. And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules including tools and tests from open source and declare publicly that Neo4j, Inc. is now an Open Core organization leaving neo4j community alone as open source.

So why does it matter so much that the enterprise features were taken closed? Well for any like-minded architects out there with open source initiatives we know that a database we choose needs to be open source so we can see it, build it, know there is a community engaged around it and good commercial support so that our organization has the option to reduce risk and improve business continuity as desired. We also know that any viable database needs to be performant (enhanced cypher runtime), vertical and horizonal scale (clustering, sharding, query parallelization), operational and administration ease (backups, restore, monitoring, metrics, logging), security to lock it down and constraints to ensure integrity. All of these are core features for a modern database to be in a modern data architecture. It was the enterprise features and the fact they were open that enabled neo4j to enter the modern architecture. The reason we say modern architecture is because it's not just an enterprise architecture. Any more these days, any initiative worth undertaking requires a scalable architecture. Any product or platform worth building demands an underlying scalable foundation and very often an open source architecture in addition. The remaining community features do not meet these needs and while enterprise features can still be access through Neo4j, Inc. they are propriety and do not meet open initiative requirements.

Organizations that adopt a proprietary enterprise should be aware of the specialized data format in enterprise today. The database format for building large graphs (bigger than 34 billion nodes/relationships) was designated as an enterprise feature and is required when using enterprise. When users move from community to enterprise there is a data format migration performed that is irreversible. This means that all enterprise users today, after they upgrade to 3.5 will be using a proprietary data format that will forever have them locked-in. Based on Neo4j, Inc.'s trajectory, this may be intentional so they can continue to move closer to their vision of becoming the Oracle of graph databases as they think of it.

We see a bigger vision for graph unfolding where there is going to be a much bigger need for scalability, performance and compute in a distributed manner as graphs begin to play a central role in machine learning, artificial intelligence and the new age definitions of both as they will be continue to be redefined to move beyond the definitions from the 60's. The way we see it, clustering, sharding, parallel cypher and big graph performance will be essential in this coming age and cannot be proprietary, closed source enterprise features. Every organization has a vested interest in this future mission and it's essential that the handling of this critical component is done in the open for everyone.

The only way for neo4j enterprise users and those community users needing enterprise features is to make a bold move to The Graph Foundation. We started Graph Foundation, Inc. (referred to as The Graph Foundation) in June 2018 when we noticed Neo4j's position beginning to change and the implications of this for the community and ecosystem. The Graph Foundation is a nonprofit with 501(c)(3) status and its goal is to take over neo4j enterprise development and continue forward under a model that closely resembles that of The Linux Foundation.

We see that one of the most important aspect about neo4j is that it's an open source native graph database. We call it native to separate from other graph layers built on RDBMS and NoSQL databases that use indexes or joins to form relationships while native graphs like neo4j store nodes and relationships as fast mapped pointers at a store level giving peak performance when traversing complex, densely connected data. In 2003, we were obsessed with learning about open source and the world that it had created. As a big users of Linux we learned of the efforts of the Free Software Foundation that gave us not only the freedoms we came to know and love but the tools to build and thrive without limitations. As a throwback to those early days and our beginnings on GNU (remember GNU's Not Unix), we decided on the name ONgDB (oh-n-gee-db) which stands for Open Native Graph DB but also ONgDB's Neo4j Graph DB. We just couldn't resist the double meaning and the shout out to those that have come before us in pioneering the Free Open Source Software movement.

In order to move ONgDB forward in a significant way, we're going to need a lot of help. If keeping the best graph database on the market today open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization, there are a few things you can do to be an activist in this mission and help the cause.

First, help spread the word and make every individual and organization aware of what's happening. Don't let the conversation end at a press release from Neo4j, Inc. This is bigger than that and Neo4j does not represent the collective voice of the graph community now or those that will need an open community and its solutions in the future. The fate of many is incorrectly in the hands of a few that do not seek interests in the best alignment for the future in store for us all.

Second, if you have the skill, ability or just sheer passion for learning and working with a foundation of inspiring individuals ready to teach and help you grow, this is one of the greatest technology initiative of your time to be part of in ushering in a change for the ages. We are going to take graph to the next level and you will be part of this historical movement.

Third, if you have open initiatives for data architecture at your organization then you need to cut your licenses from Neo4j, Inc. Don't invest monetarily in a proprietary future. If you need commercial support beyond the community, and many organizations will, The Graph Foundation has commercial sponsors working and contributing to the open source initiative and you should contact us for those commercial sponsors that will work with you to give you the support, liability and warranty you need to succeed. Many of the engineers working on ONgDB alongside foundation engineers are coming from commercial sponsors that are donating time and resource to move the mission forward. Sponsors such as GraphGrid,

9/25/2019       Neo4j is open core now. What will you do? The Graph Foundation

Case 5:18-cv-07182-EJD Document 4-1 Filed 10/29/69 Page 40 of 114
Case 5:19-cv-06226 Document 1-3 Filed 10/01/19 Page 6 of 7

the top contributor to date have the most talented pool of engineers and commercial momentum to give enterprise customers the best choice for commercial support.

Lastly, The Graph Foundation does have operating costs and is being donated to heavily by sponsors like GraphGrid. In order for the foundation to move forward we need to have more capacity within the foundation to continue on development and road mapping. Our desire is to have many commercial entities influencing the future decisions of The Graph Foundation. The Graph Foundation is a 501(c)(3) which has nonprofit status from the IRS so any donations are tax deductible by any enterprise that makes a donation. Corporate sponsorship will help ensure The Graph Foundation thrives and has the backing to correctly move the broader graph vision forward in a way that serves those most invested in the future of graph.

We see the future ahead; it's connected and built on graph. We want to connect with you, right now to ensure that this future remains free and open to all. To this end we will not stop to until we have brought to fruition this vision which stands before us all. Will you join this mission?


TL;DR

Neo4j, Inc. made key performance, scalability and security features proprietary as of 3.5

We must protect the freedoms of neo4j enterprise users by keeping enterprise open source to ensure a vibrant future for everyone, not the few

Under current enterprise designations, the biggest gains in big graphs to power AI/ML/DeepGL, distributed/parallel Cypher and large clusters with sharding will be Neo4j Enterprise Edition features and require lock-in to a proprietary database

The Graph Foundation, a nonprofit 501(c)(3), is taking over enterprise open source development and with the help of sponsors and the community will push forward a vision of graph that will be for everyone

The Graph Foundation needs help! Consider sponsoring and getting commercial support from approved commercial sponsors to ensure enterprise development continues forward


 Brad Nussbaum

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

NEXT

# 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

9/25/2019
Neo4j is Open Core now… What? | Graph Foundation

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/28/09   Page 41 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 7 of 9

## 1 Comment

Pingback: 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

## Pages

9/25/2019  Neo4j is Open Core now - what ...
Case 5:18-cv-07182-EJD  Document 41-1  Filed 10/30/19  Page 42 of 114
Case 5:19-cv-06226  Document 1-3  Filed 10/01/19  Page 8 of 9

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall

- Open Native Graph DB (ONgDB)

  - ONgDB Releases

    - ONgDB 3.4.11

    - ONgDB 3.4.12

    - ONgDB 3.4.9

    - ONgDB 3.5.1

    - ONgDB 3.5.3

    - ONgDB 3.5.4

Support TGF

- Donations

- Sponsorship

- Thanks

The Graph Foundation

- Public Records

  - Articles of Incorporation

  - Code of Regulations

---

# Site Search

Search ...

Search

---

# Support GF Today!

9/25/2019
Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/29/69   Page 43 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 9 of 9



Copyright © 2019 Graph Foundation, Inc.

Case 5:19-cv-06226   Document 1-41   Filed 10/03/19   Page 1 of 4

EXHIBIT 4

9/25/2019

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/30/19   Page 45 of 114
Case 5:19-cv-06226   Document 4-1   Filed 10/01/19   Page 2 of 4

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# Open Native Graph DB (ONgDB)

**The free and open source Neo4j Enterprise project**

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

## Licensing

ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number.

## Latest Release

ONgDB **3.5.8** is expected to be out shortly. We skipped a few versions to allow Neo4j to fix some bugs in previous versions.

# ONgDB 3.5.4

**10 May 2019:** Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub |

9/25/2019 ONgDB - Graph Foundation, Inc. — Neo Technology is Neo4j and a Graph Foundation

Case 5:18-cv-07182-EJD Document 41-1 Filed 10/30/19 Page 46 of 114
Case 5:19-cv-06226 Document 1-1 Filed 10/01/19 Page 3 of 4

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5


Go to:  http://localhost:7474
```

## Recent Releases

- ONgDB 3.5.3
- ONgDB 3.5.1
- ONgDB 3.4.12
- ONgDB 3.4.11

## Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

9/25/2019

Case 5:18-cv-07182-EJD Document 41-1 Filed 10/30/19 Page 47 of 114
Case 5:19-cv-06226 Document 1-4 Filed 10/01/19 Page 4 of 4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search …

Search

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

**EXHIBIT 5**

9/25/2019

Case 5:18-cv-07182-EJD   Document 153-1   Filed 10/29/19   Page 49 of 114
Case 5:19-cv-06226   Document 1-5   Filed 10/01/19   Page 2 of 4

## Join GitHub today

GitHub is home to over 40 million developers
working together to host and review code,
manage projects, and build software together.

Sign up

Dismiss

Branch: 3.5 ▾

Find file   Copy path

**neo4j** / README.asciidoc



**jimwebber** Removed reference to Enterprise AGPL post open-core.

873a0b4   on Mar 13

**21 contributors** 

Raw   Blame   History

73 lines (41 sloc)   3.56 KB

# Neo4j: Graphs for Everyone

[Neo4j](#) is the world's leading Graph Database. It is a high performance graph store
with all the features expected of a mature and robust database, like a friendly query
language and ACID transactions. The programmer works with a flexible network
structure of nodes and relationships rather than static tables — yet enjoys all the
benefits of enterprise-quality database. For many applications, Neo4j offers orders
of magnitude performance benefits compared to relational DBs.

Learn more on the [Neo4j website](#).

## Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You
can [download](#) or [try online](#).

9/25/2019       neo4j/README.asciidoc at 3.5 · neo4j/neo4j · GitHub
Case 5:18-cv-07182-EJD    Document 131-3   Filed 10/29/19   Page 50 of 114
Case 5:19-cv-06226    Document 1-5   Filed 10/01/19   Page 3 of 9

# Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Deskto
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_
dpkg -i install4j_linux_6_1_4.deb
```

## Building Neo4j



Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](Neo4j documentation).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j or one of its affiliates.

# EXHIBIT 6

9/25/2019　GitHub - GraphFoundation/ongdb: ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the…

Case 5:18-cv-00228 (Document 4-1 - Filed 10/28/19 - Page 54 of 114
Case 5:19-cv-00228 (Document 4-1 - Filed 10/03/19 - Page 2 of 49



README.asciidoc

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
| --- | --- |

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

Case 5:18-cv-07182-EJD   Document 115-1   Filed 10/28/19   Page 56 of 114

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

EXHIBIT 7

9/26/2019

Case5:18-cv-07182-EJD   Document41-14 Filed 10/28/19   Page 58 of 114
Case 5:19-cv-06226   Document 1-7   Filed 10/01/19   Page 2 of 4



# Neo4j: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

## Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

## Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"` .

9/26/2019

Case 5:18-cv-07182-EJD   Document 41-14   Filed 10/28/19   Page 59 of 114
Case 5:19-cv-06226   Document 17-4   Filed 10/01/19   Page 3 of 4

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building Neo4j

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

9/26/2019

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j or one of its affiliates.

EXHIBIT 8

9/26/2019

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/30/19   Page 62 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 2 of 4

# The Graph Foundation

Open Graph Technology for Public Good

Menu

## ONgDB 3.5.4

### RELEASE DATE: 5 APRIL 2019

ONgDB 3.5.4 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub <br><br><br>```docker run \    --publish=7474:7474 --publish=7687:7687 \    --volume=$HOME/neo4j/data:/data \    graphfoundation/ongdb:3.5.4    Go to:  http://localhost:7474``` |

## Highlights

- Three improvements around uniqueness constraint creation: (1) Indexes of type UNIQUE without a constraint can be dropped using DROP INDEX ON :Label(key). (2) Uniqueness constraint creation will not be subject to the dbms.transaction.timeout timeout. (3) Uniqueness constraint creation transaction will notice termination, e.g. termination using killQuery/killTransaction procedures will actually terminate it.

- Show query termination message when closing frame that has an active query

9/26/2019

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/30/19   Page 63 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 3 of 4

- Only print number of commands in toString() of PhysicalTransactionRepresentation

- ClusterBinding Shutdown

- Fix rare bug in slotted runtime which would manifest as an exception with the message Tried to copy more data into less in Cypher queries with execution plans containing an Apply with a Optional and a Distinct on its right hand side

- BlockBasedIndexPopulator uniqueness check handle false negatives

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall

- Open Native Graph DB (ONgDB)

  - ONgDB Releases

    - ONgDB 3.4.11

    - ONgDB 3.4.12

    - ONgDB 3.4.9

    - ONgDB 3.5.1

    - ONgDB 3.5.3

    - ONgDB 3.5.4

Support TGF

- Donations

- Sponsorship

- Thanks

The Graph Foundation

- Public Records

  - Articles of Incorporation

Case 5:18-cv-07182-EJD   Document 141-1   Filed 10/30/19   Page 64 of 114
Case 5:19-cv-06226   Document 1-3   Filed 10/01/19   Page 4 of 4

- Code of Regulations

---

# Site Search

Search ...

**Search**

---

# Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

EXHIBIT 9

# The Graph Foundation

Open Graph Technology for Public Good

<div>Menu</div>

## 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

**21** **MAR 2019**

**ADD A COMMENT**

We are excited to announce today that we have reached our **1,000th download of ONgDB 3.5**, the Open Neo4j Enterprise project!

Up until 3.5, Neo4j Enterprise had always been an open source project managed by Neo4j, Inc. After Neo4j, Inc. raised an 80M Series E round in October 2018, it quickly closed the open source code and removed it entirely from the neo4j GitHub project. This sudden shock to the community was swiftly responded to by The Graph Foundation to organize a community that will keep the original vision of a developing a native, scalable open source graph database alive. You can learn more about the Neo4j, Inc. shift to Open Core in this article.

We are proud of this community that has worked to keep Neo4j Enterprise 3.5 open source. Building an open native graph database to reach the masses is our mission and reaching the 1000th download is a sign that we are succeeding in our mission to put a scalable graph to work for everyone. We are excited to be on this journey with you all and to keep this project advancing in the open for all to see, experience and build exciting businesses and products around. For more information on the ONgDB project and access to downloads visit the ONgDB Project page.

Thank you all and hope to see you around in the community!

 **Brad Nussbaum**

Tags: **FOSS** , **Neo4j** , **ONgDB**

### PREVIOUS

## Neo4j is Open Core – Now What?

9/25/2019

Case 5:18-cv-07182-EJD Document 114-9 Filed 10/28/19 Page 67 of 114
Case 5:19-cv-06226 Document 1-9 Filed 10/01/19 Page 3 of 4
1,000th ongDB open neo4j enterprise 3 5 download | ownCompany

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

9/25/2019

Case 5:18-cv-07182-EJD Document 110-1 Filed 10/28/19 Page 68 of 114
Case 5:19-cv-06226 Document 1-9 Filed 10/01/19 Page 4 of 4

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF
- Donations
- Sponsorship
- Thanks

The Graph Foundation
- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search …

Search

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

EXHIBIT 10

9/13/2019
Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/29/19   Page 70 of 114
Case 5:19-cv-06226   Document 1-10   Filed 10/01/19   Page 2 of 3

# Neo4j Desktop vs Neo4j Server

**Neo4j Graph Platform**

---

**stephanie** (Stephanie) #1  November 16, 2018, 7:31pm

Do the terms of use for "neo4j Desktop" apply to the ONGDB server which I downloaded under AGPLv3 license? I read the Desktop terms carefully and they refer everywhere to "neo4j Desktop software". Has anybody encountered this issue? I am feeling really stupid for not thinking this through before downloading the Desktop Software, especially as database authentication keeps failing. Before I spend any more time troubleshooting, could someone indicate any features of Desktop that are really worth it (other than UI)? I am planning production, so the license is important to me. Thank you!

---

**andrew.bowman** (Andrew Bowman) #2  November 16, 2018, 10:47pm

Hi Stephanie,

You may want to review our **licensing page**. In particular, for Neo4j Desktop:

> Neo4j Desktop is the new mission control center for Developers. It's free with registration, and it includes a **free** development license for Enterprise Edition **allowing you to use Neo4j Enterprise on your local desktop for developing applications** .

Basically it's for local development only, Neo4j Desktop isn't intended or licensed for deployment or usage as a server version (we have the server versions of Neo4j Community and Enterprise for that instead). It can freely be used as a client to connect to a separate server deployment, however.

You may want to review the rest of the licensing page, as there are various scenarios which will allow free Neo4j Enterprise usage (see the FAQ for details).

---

**stephanie** (Stephanie) #3  November 17, 2018, 7:27pm

9/13/2019

Case 5:18-cv-07182-EJD   Document 41-4   Filed 10/29/19   Page 71 of 114
Case 5:19-cv-06226   Document 1-10   Filed 10/01/19   Page 3 of 3

Thanks! I will try to get the Desktop version working a bit longer before I entirely give up!

**EXHIBIT 11**

9/27/2019 #ongdb hashtag on Twitter

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/29/19   Page 73 of 114
Case 5:19-cv-06226   Document 1-11   Filed 10/01/19   Page 2 of 6

  Home    ⚡ Moments                           #ongdb            🔍      Have an account? **Log in** ⌄

# #ongdb

**Top**   Latest   People   Photos   Videos   News   Broadcasts                                        ⋮

**Search filters** · Show



## Want to take advantage of all the new Twitter features?

It's simple – just log in.

[ Log in ]

**Sign up**

---

### Worldwide trends

**Spidey**
38K Tweets

**#SpiderMan**
50.6K Tweets

**#FridayFeeling**
76.1K Tweets

**Kevin Gates**
🎧 Hear what's here this new music Friday 🎧

**#ChickenNoodleSoup**
BTS' J-Hope and Becky G teamed up on new track Chicken Noodle Soup

**Liddle**
'Liddle,' hyphens and apostrophes: Dissecting Trump's latest criticism of the media

**#FridayThoughts**
31.1K Tweets

**Bojack**
7,763 Tweets

**#FridayMotivation**
29.5K Tweets

© 2019 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

---

 **The Graph Foundation** @GraphFoundation · Mar 21          ⌄
#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more:

> **1,000th ONgDB (Open Neo4j Enterprise) 3.5 Downl...**
> We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
> graphfoundation.org

💬        ⟳ 3              2

 **The Graph Foundation** @GraphFoundation · Mar 21          ⌄
Our #ONgDB/#Neo4j Enterprise CI server is up and running builds at bamboo.graphfoundation.org/browse/GF

💬        ⟳              1

 **The Graph Foundation** @GraphFoundation · 27 Sep 2018      ⌄
Nasty move by Oracle but expected. We advise you use OpenJDK when running OpenNeo4j distributions from us. If you're using our docker images they are running OpenJDK already and our distributions always use an open source license. #ongdb #neo4j

> **Stephen Colebourne** @jodastephen
> [blog] Do not fall into Oracle's Java 11 trap. Use an OpenJDK build, not Oracle JDK: blog.joda.org/2018/09/do-not...

💬        ⟳ 1

 **The Graph Foundation** @GraphFoundation · May 10        ⌄
#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out:

> **ONgDB - Open Neo4j Enterprise - The Graph Found...**
> The Graph Foundation develops and distributes ONgDB releases of the open source Neo4j Enterprise codebase under the AGPLv3 License.
> graphfoundation.org

💬        ⟳ 3              2

 **The Graph Foundation** @GraphFoundation · 25 Oct 2018    ⌄
Latest #ONgDB 3.4.9 support release is out with important security fixes for LDAP integrations. graphfoundation.org/projects/ongdb/

💬        ⟳ 1

 **GraphGrid** @graphgrid · Jan 7                        ⌄
#GraphCloud delivers crucial features to developers and operators in unified manners that capture, manage and analyze large and diverse collections of

9/27/2019                                                #ongdb

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/29/19   Page 74 of 114
Case 5:19-cv-06226   Document 1-11   Filed 10/01/19   Page 3 of 6

🐦 **Home**      ⚡ **Moments**                    🔍 #ongdb                    Have an account? **Log in** ▾

## #ongdb

**Top**  |  Latest  |  People  |  Photos  |  Videos  |  News  |  Broadcasts                    ⋮

On another note - Neo has some major competition from TigerGraph which is impressive  from what I have seen so far!

💬            🔁                              1

 **The Graph Foundation** @GraphFoundation · 13 Oct 2018                    ⌄
The @neo4j community needs to prevent this from happening to us. Fact is that neo4j does not become the most popular graph without GPL/AGPL #OSS license.
#StopCommonsClause #Neo4j use **#ONgDB**

> **OpenSourceInitiative** ✔ @OpenSourceOrg
> "[@RedisLabs is] now selling licenses of their software which includes #opensource contributions...I bet they knew, many people wouldn't have contributed if they had this #CommonClause from the beginning." -@vruizext,  Redis contributor

💬            🔁 2                            2

 **John Mark Suhy** @jmsuhy · Feb 23                    ⌄
Replying to @chpanto @akchux @neo4j
If you ever want to use causal clustering while staying 100% open source,  you can do so with **#ONgDB**
(Neo4j core + enterprise features they removed when they closed Neo4j Enterprise edition at 3.5).
Just ensure you use the same version number as your current Neo4j version.

💬 2          🔁                              1

 **GraphGrid** @graphgrid · 21 Nov 2018                    ⌄
GraphGrid #GovCloud customers can run Multi-Region **#ONgDB**/#Neo4j graph deployments to satisfy Disaster Recovery requirements while achieving regional availability with geo-replication and latency based routing. #AWS #reInvent2018

> **AWS for Government** ✔ @AWS_Gov
> Introducing AWS GovCloud (US-East) – Both GovCloud Regions are staffed with US citizens on US soil to address compliance with FedRAMP High, DOD SRG IL 2, 4 & 5, CJIS & ITAR requirements. Learn more. amzn.to/2Bic3Ti

💬            🔁                              4

 **John Mark Suhy** @jmsuhy · 26 Oct 2018                    ⌄
Replying to @Htbaa @graph_stack
#ONgDB is a straight fork.   There are no additional features, it does add back the code that Neo tried to remove to make into a paid feature.

9/27/2019 #ongdb

Case 5:18-cv-07182-EJD Document 41-1 Filed 10/29/19 Page 75 of 114
Case 5:19-cv-06226 Document 1-11 Filed 10/01/19 Page 4 of 6

   

🐦 Home   ⚡ Moments

#ongdb 🔍

Have an account? **Log in ▾**

## #ongdb

**Top**   Latest   People   Photos   Videos   News   Broadcasts   ⋮



💬   🔁 1

 **GraphGrid** @graphgrid · 6 Nov 2018   ⌄

Get building your next app on #Neo4j/#ONgDB 3.4 for as low $7/mo. Start small and scale as you grow with on-demand cloud pricing. We mirror #AWS scalability and pricing to give you the best rates with availability in 15 Regions including #GovCloud.



💬   🔁       1

 **John Mark Suhy** @jmsuhy · 25 Oct 2018   ⌄

Replying to @codek1

Just use Neo4j Enterprise under it's open source license, or the #ONgDB enterprise fork.   I would bet  they are going to go the closed source route starting at  3.5.

Case 5:18-cv-07182-EJD   Document 41-11   Filed 10/29/19   Page 76 of 114
Case 5:19-cv-06226   Document 1-11   Filed 10/01/19   Page 5 of 6

🐦 **Home**    ⚡ **Moments**

#ongdb    🔍

Have an account? **Log in** ⌄

# #ongdb

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ⋮

💬 1    🔁    1

**Bradley Nussbaum** @bradnussbaum · Mar 13    ⌄
The Graph Foundation is continuing forward development of open source #Neo4j
Enterprise under the #ONgDB Project. You can read TGF response to @neo4j
taking enterprise closed here:

💬 1    🔁    2

Show this thread

**Bradley Nussbaum** @bradnussbaum · 21 Sep 2018    ⌄
Excited to help @GraphGrid customer deployments expand #graphcloud
capabilities in Tokyo with @GraphFoundation support of #ongdb 🙇

💬    🔁 1    1

**Bradley Nussbaum** @bradnussbaum · 20 Dec 2018    ⌄
Graph Hack Exclusive to start off the New Year. If you're already building with
graph (#ONgDB/#Neo4j) or interested in creating an app you don't want to miss
this! meetup.com/Graph-Database... #Meetup #SantaMonica



**EXHIBIT 12**

9/26/2019
Case 5:18-cv-07182-EJD   Document 141-11   Filed 10/30/19   Page 79 of 114
Case 5:19-cv-06226   Document 1-12   Filed 10/01/19   Page 2 of 6

# Errors while building ONgDB

Asked 7 months ago   Viewed 34 times











Github Soruce: https://github.com/GraphFoundation/ongdb/tree/3.2.3

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

I did a cd to `ongdb-3.2.3/enterprise/neo4j-enterprise` and did a mvn install but its failing

```
sudo mvn clean install -Dlicense.skip=true -Dmaven.test.skip=true -e -U
[INFO] Error stacktraces are turned on.
[INFO] Scanning for projects...
[WARNING]
[WARNING] Some problems were encountered while building the effective model for
org.neo4j:neo4j-enterprise:jar:3.2.3-SNAPSHOT
[WARNING] Reporting configuration should be done in <reporting> section, not in maven-
site-plugin <configuration> as reportPlugins parameter.
[WARNING]
[WARNING] It is highly recommended to fix these problems because they threaten the
stability of your build.
[WARNING]
[WARNING] For this reason, future Maven versions might no longer support building such
malformed projects.
[WARNING]
[INFO]
[INFO] ------------------------------------------------------------------------
[INFO] Building Neo4j - Enterprise 3.2.3-SNAPSHOT
[INFO] ------------------------------------------------------------------------
Downloading from central:
...A bunch of downloads...

[INFO] ------------------------------------------------------------------------
[INFO] BUILD FAILURE
[INFO] ------------------------------------------------------------------------
[INFO] Total time: 01:03 min
[INFO] Finished at: 2019-02-13T15:07:11+05:30
[INFO] Final Memory: 16M/226M
[INFO] ------------------------------------------------------------------------
[ERROR] Failed to execute goal on project neo4j-enterprise: Could not resolve
dependencies for project org.neo4j:neo4j-enterprise:jar:3.2.3-SNAPSHOT: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
(http://m2.neo4j.org/content/repositories/snapshots/) -> [Help 1]
org.apache.maven.lifecycle.LifecycleExecutionException: Failed to execute goal on
project neo4j-enterprise: Could not resolve dependencies for project neo4j:neo4j-
enterprise:jar:3.2.3-SNAPSHOT: The following artifacts could not be resolved:
org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-query-logging:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-causal-clustering:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-enterprise:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-cluster:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-enterprise-
kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-consistency-check:jar:tests:3.2.3-
SNAPSHOT: Could not find artifact org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-
repository (http://m2.neo4j.org/content/repositories/snapshots/)
    at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:249)
    at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
    at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
    at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
    at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
    at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:146)
    at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:117)
    at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:81)
    at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
    at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
(LifecycleStarter.java:128)
    at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:309)
    at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:194)
    at org.apache.maven.DefaultMaven.execute (DefaultMaven.java:107)
    at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
    at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
    at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
    at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
    at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
    at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
    at java.lang.reflect.Method.invoke (Method.java:498)
    at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
    at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
    at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
    at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.apache.maven.project.DependencyResolutionException: Could not resolve
dependencies for project org.neo4j:neo4j-enterprise:jar:3.2.3-SNAPSHOT: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-cluster:jar:tests:3.2.3-
SNAPSHOT, org.neo4j:neo4j-enterprise-kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-
consistency-check:jar:tests:3.2.3-SNAPSHOT: Could not find artifact
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our
Terms of Service.

```
        at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:223)
        at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
        at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:146)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:117)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:81)
        at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
        at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
(LifecycleStarter.java:128)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:309)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:194)
        at org.apache.maven.DefaultMaven.execute (DefaultMaven.java:107)
        at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
        at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
        at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
        at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
        at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
        at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
        at java.lang.reflect.Method.invoke (Method.java:498)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
        at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
        at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.eclipse.aether.resolution.DependencyResolutionException: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-cluster:jar:tests:3.2.3-
SNAPSHOT, org.neo4j:neo4j-enterprise-kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-
consistency-check:jar:tests:3.2.3-SNAPSHOT: Could not find artifact
org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-repository
(http://m2.neo4j.org/content/repositories/snapshots/)
        at org.eclipse.aether.internal.impl.DefaultRepositorySystem.resolveDependencies
(DefaultRepositorySystem.java:355)
        at org.apache.maven.project.DefaultProjectDependenciesResolver.resolve
(DefaultProjectDependenciesResolver.java:202)
        at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:223)
        at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
        at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

9/26/2019　　　　　　　　errors while building ongdb - Stack Overflow

Case 5:18-cv-07182-EJD　Document 141-1　Filed 10/09/19　Page 82 of 114
Case 5:19-cv-06226　Document 1-12　Filed 10/01/19　Page 3 of 6

```
(LifecycleModuleBuilder.java:81)
    at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
    at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
(LifecycleStarter.java:128)
    at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:309)
    at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:194)
    at org.apache.maven.DefaultMaven.execute (DefaultMaven.java:107)
    at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
    at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
    at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
    at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
    at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
    at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
    at java.lang.reflect.Method.invoke (Method.java:498)
    at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
    at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
    at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
    at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.eclipse.aether.resolution.ArtifactResolutionException: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-cluster:jar:tests:3.2.3-
SNAPSHOT, org.neo4j:neo4j-enterprise-kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-
consistency-check:jar:tests:3.2.3-SNAPSHOT: Could not find artifact
org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-repository
(http://m2.neo4j.org/content/repositories/snapshots/)
    at org.eclipse.aether.internal.impl.DefaultArtifactResolver.resolve
(DefaultArtifactResolver.java:422)
    at org.eclipse.aether.internal.impl.DefaultArtifactResolver.resolveArtifacts
(DefaultArtifactResolver.java:224)
    at org.eclipse.aether.internal.impl.DefaultRepositorySystem.resolveDependencies
(DefaultRepositorySystem.java:338)
    at org.apache.maven.project.DefaultProjectDependenciesResolver.resolve
(DefaultProjectDependenciesResolver.java:202)
    at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:223)
    at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
    at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
    at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
    at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
    at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:146)
    at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:117)
    at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:81)
    at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
    at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our
Terms of Service.

```
       at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
       at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
       at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
       at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
       at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
       at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
       at java.lang.reflect.Method.invoke (Method.java:498)
       at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
       at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
       at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
       at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.eclipse.aether.transfer.ArtifactNotFoundException: Could not find
artifact org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-repository
(http://m2.neo4j.org/content/repositories/snapshots/)
       at org.eclipse.aether.connector.basic.ArtifactTransportListener.transferFailed
(ArtifactTransportListener.java:48)
       at org.eclipse.aether.connector.basic.BasicRepositoryConnector$TaskRunner.run
(BasicRepositoryConnector.java:365)
       at org.eclipse.aether.util.concurrency.RunnableErrorForwarder$1.run
(RunnableErrorForwarder.java:75)
       at java.util.concurrent.ThreadPoolExecutor.runWorker (ThreadPoolExecutor.java:1149)
       at java.util.concurrent.ThreadPoolExecutor$Worker.run (ThreadPoolExecutor.java:624)
       at java.lang.Thread.run (Thread.java:748)
[ERROR]
[ERROR] Re-run Maven using the -X switch to enable full debug logging.
[ERROR]
[ERROR] For more information about the errors and possible solutions, please read the
following articles:
[ERROR] [Help 1]
http://cwiki.apache.org/confluence/display/MAVEN/DependencyResolutionException
```

maven

asked Feb 13 at 10:22



Srinath Ganesh
1,174   14   32

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our
Terms of Service.

**EXHIBIT 13**

9/26/2019
Case 5:19-cv-08228 Document 1-15 Filed 10/01/19 Page 85 of 114
Case 5:18-cv-07182-EJD Document 41-1 Filed 10/09/18 Page 25 of

# Gremlin-server not starting with ongdb

Asked 7 months ago    Viewed 92 times



0



I am trying to start the Gremlin server with ONgDB. I am using Gremlin Server (v3.4.0) and ONgDB (v3.2.3). Following the conf changes, I made

## neo4j-empty.properties

```
gremlin.graph=org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph
gremlin.neo4j.directory=/home/rgupta/Documents/Gremlin-db/neo4j.server1
gremlin.neo4j.conf.ha.server_id=1
gremlin.neo4j.conf.ha.initial_hosts=localhost:5001\,localhost:5002\,localhost:5003
gremlin.neo4j.conf.ha.host.coordination=localhost:5001
gremlin.neo4j.conf.ha.host.data=localhost:6001
```

## gremlin-server-neo4j.yaml

```
host: localhost
port: 8182
scriptEvaluationTimeout: 30000
channelizer: org.apache.tinkerpop.gremlin.server.channel.WebSocketChannelizer
graphs: {
  graph: conf/neo4j-empty.properties}
scriptEngines: {
  gremlin-groovy: {
    plugins: { org.apache.tinkerpop.gremlin.server.jsr223.GremlinServerGremlinPlugin:
{},
              org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin: {},
              org.apache.tinkerpop.gremlin.jsr223.ImportGremlinPlugin: {classImports:
[java.lang.Math], methodImports: [java.lang.Math#*]},
              org.apache.tinkerpop.gremlin.jsr223.ScriptFileGremlinPlugin: {files:
[scripts/empty-sample.groovy]}}}}
serializers:
    - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}
# application/vnd.gremlin-v3.0+gryo
    - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { serializeResultToString: true }}
# application/vnd.gremlin-v3.0+gryo-stringd
    - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphSONMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}        #
application/json
    - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphBinaryMessageSerializerV1
}
# application/vnd.graphbinary-v1.0
processors:
    - { className: org.apache.tinkerpop.gremlin.server.op.session.SessionOpProcessor,
config: { sessionTimeout: 28800000 }}
    - { className: org.apache.tinkerpop.gremlin.server.op.traversal.TraversalOpProcessor,
config: { cacheExpirationTime: 600000, cacheMaxSize: 1000 }}
metrics: {
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
      slf4jReporter: {enabled: true, interval: 180000}}
  strictTransactionManagement: false
  idleConnectionTimeout: 0
  keepAliveInterval: 0
  maxInitialLineLength: 4096
  maxHeaderSize: 8192
  maxChunkSize: 8192
  maxContentLength: 65536
  maxAccumulationBufferComponents: 1024
  resultIterationBatchSize: 64
  writeBufferLowWaterMark: 32768
  writeBufferHighWaterMark: 65536
  ssl: {
    enabled: false}
```

At the time of running the gremlin server, I get the following error:

```
[INFO] GremlinServer - 3.4.0
         \,,,/
         (o o)
-----oOOo-(3)-oOOo-----

[INFO] GremlinServer - Configuring Gremlin Server from conf/gremlin-server-neo4j.yaml
[INFO] MetricManager - Configured Metrics ConsoleReporter configured with report
interval=180000ms
[INFO] MetricManager - Configured Metrics CsvReporter configured with report
interval=180000ms to fileName=/tmp/gremlin-server-metrics.csv
[INFO] MetricManager - Configured Metrics JmxReporter configured with domain= and
agentId=
[INFO] MetricManager - Configured Metrics Slf4jReporter configured with
interval=180000ms and
loggerName=org.apache.tinkerpop.gremlin.server.Settings$Slf4jReporterMetrics
[WARN] DefaultGraphManager - Graph [graph] configured at [conf/neo4j-empty.properties]
could not be instantiated and will not be available in Gremlin Server.  GraphFactory
message: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
java.lang.RuntimeException: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
    at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:63)
    at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:104)
    at
org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.lambda$new$0(DefaultGraphMana

    at java.util.LinkedHashMap$LinkedEntrySet.forEach(LinkedHashMap.java:671)
    at org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.<init>
(DefaultGraphManager.java:55)
    at sun.reflect.NativeConstructorAccessorImpl.newInstance0(Native Method)
    at
sun.reflect.NativeConstructorAccessorImpl.newInstance(NativeConstructorAccessorImpl.java:6

    at
sun.reflect.DelegatingConstructorAccessorImpl.newInstance(DelegatingConstructorAccessorImp

    at java.lang.reflect.Constructor.newInstance(Constructor.java:423)
    at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our
Terms of Service.

9/26/2019
Case 5:18-cv-07182-EJD Document 81-3 Filed 10/09/19 Page 87 of 114
Case 5:19-cv-06226 Document 1-15 Filed 10/01/19 Page 4 of 4

```
[INFO] ServerGremlinExecutor - Initialized Gremlin thread pool. Threads in pool named
with pattern gremlin-*
Exception in thread "main" java.lang.IllegalStateException:
java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
    at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

    at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:108)
    at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:77)
    at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor$Builder.create(GremlinExecutor.

    at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
(ServerGremlinExecutor.java:128)
    at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:122)
    at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:86)
    at org.apache.tinkerpop.gremlin.server.GremlinServer.main(GremlinServer.java:345)
Caused by: java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
    at java.net.URLClassLoader.findClass(URLClassLoader.java:381)
    at java.lang.ClassLoader.loadClass(ClassLoader.java:424)
    at sun.misc.Launcher$AppClassLoader.loadClass(Launcher.java:349)
    at java.lang.ClassLoader.loadClass(ClassLoader.java:357)
    at java.lang.Class.forName0(Native Method)
    at java.lang.Class.forName(Class.java:264)
    at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

    ... 7 more
[INFO] OpLoader - Adding the standard OpProcessor.
[INFO] OpLoader - Adding the session OpProcessor.
[INFO] OpLoader - Adding the traversal OpProcessor.
[INFO] GremlinServer - Shutting down OpProcessor[]
[INFO] GremlinServer - Shutting down OpProcessor[session]
[INFO] GremlinServer - Shutting down OpProcessor[traversal]
[INFO] GremlinServer - Shutting down thread pools.
Exception in thread "gremlin-server-shutdown" java.lang.NullPointerException
    at org.apache.tinkerpop.gremlin.server.GremlinServer.stop(GremlinServer.java:255)
    at
org.apache.tinkerpop.gremlin.server.GremlinServer.lambda$new$0(GremlinServer.java:103)
    at java.lang.Thread.run(Thread.java:748)
```

I also tried ONgdb (neo4j) with different gremlin server versions like v3.3.0 and v3.3.1

python    neo4j    gremlin-server

edited Feb 27 at 15:27                                    asked Feb 21 at 8:41

     Radostin Nanov                                          Ravindra Gupta

     **132**    1    5                                        **368**   1    20

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our
Terms of Service.

**EXHIBIT 14**

# Loading large cypher file in Neo4J

Asked 7 months ago     Active 7 months ago     Viewed 196 times



0





I'm having some difficulty loading a Cypher file into Neo4J in Windows 10. The file in question is a 175 Mb .cql file filled with more than a million lines of nodes and edges (separated by semicolons) in the Cypher language -- CREATE [node], that sort of thing. For smaller items, I have been using an APOC command in the web browser:

```
call apoc.cypher.runFile('file:///<file path>')
```

but this is too slow for a million+ query file. I've created indexes for the nodes, and am currently running it through a command:

```
neo4j-shell -file <file path> -path localhost
```

but this is still slow. I was wondering, is there any way to speed up the intake?

Also, note that I am using a recent ONGDB build, rather than straight Neo4J; I do not believe this will make any substantial difference.

`performance`   `neo4j`   `cypher`

edited Jan 16 at 20:14

asked Jan 16 at 19:45
tq343
45 ● 8

## 2 Answers

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service. ✕

9/13/2019

Case 5:18-cv-07182-EJD Document 41-4 Filed 10/29/19 Page 90 of 114
Case 5:19-cv-06226 Document 1-24 Filed 10/01/19 Page 3 of 3



2  If you are ingesting into a new neo4j DB, you should consider refactoring the data out of it and using the import command of neo4j-admin tool to efficiently ingest the data.

If you are ingesting into an existing DB, you should consider refactoring the data and logic out of the CQL file and using LOAD CSV.

answered Jan 16 at 20:50

cybersam
45.3k ● 5 ● 35 ● 58

 I ended up ingesting it using cypher-shell. It's still slow, but at least it does finish. Using it requires one to first open a Neo4J console then, in a second command line, use:

```
type <filepath>\data.cql | bin\cypher-shell.bat -a localhost -u <user> -p <password> --
fail-at-end
```

 This works for Windows 10, although it does take a while.

answered Jan 22 at 14:56

 tq343
45 ● 8

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service. ✕

Case 5:19-cv-06226   Document 1-15   Filed 10/21/19   Page 1 of 2

**EXHIBIT 15**

Case 5:18-cv-07182-EJD Document 44-5 Filed 10/30/19 Page 93 of 114
Case 5:19-cv-06226 Document 15 Filed 10/01/19 Page 2 of 2

# Unable to connect to Neo4J/ONgDB Browser when port forwarding

Asked 7 months ago    Active 7 months ago    Viewed 115 times





**0**



1

I am running the ONgDB container as per [their Docker run command](#).
I have tested this locally on my laptop and it worked before, I was able to navigate to the graph browser and log in.

Now I am running this Graph in a server.
I did port forwarding to my laptop successfully, and am able to see ONgDB Browser in my laptop.
However I am unable to log in, I get the error: `ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...`

I found [Neo4J article](#) on how to resolve it.
I entered the ONgDB container filesystem and opened the .conf file, but there was no line to uncomment.
I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it does not work as well.

How can I enable ONgDB Docker container for remote access?

`neo4j`

asked Feb 18 at 4:10

cryanbhu
**834**   7   15

## 1 Answer



0



I figured out the problem, in Neo4J/ONgDB browser, it fills the database host with `localhost` by default.
You just have to fill it in with the server's IP there and it works.

Also, you can connect using a desktop Neo4J/ONgDB browser to a remote graph, its just like a database (RDBMS) where you can connect to it from a client running locally.

answered Feb 18 at 5:05

cryanbhu
**834**   7   15

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

**EXHIBIT 16**

# Unable to connect to Neo4J / ONgDB browser when port forwarding

`Neo4j`

I run the ONgDB container according to their Docker run command .
I have tested locally on my laptop and it worked before, I was able to navigate to the graphical browser and log in.

Now I am running this Graph on the server.
I successfully forwarded the port to my laptop and was able to see the ONgDB browser on my laptop. But I can't log in, I get the error: <span style="color:red">ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...</span>

I found a Neo4J article on how to fix it .
I entered the ONgDB container filesystem and opened the .conf file, but there are no rows to uncomment.
I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it doesn't work.

How do I enable the ONgDB Docker container for remote access?

| Author: cryanbhu | source |

Posted by: February 18, 2019

Talk To An Expert With Weebly
Customer Service.
广告
Email, Phone, and Live Chat Available
Your Site!
www.Weebly.com
Learn more

## Response 1

I figured out the problem, in the Neo4J / ONgDB browser, it `localhost` populates the database host by default.
You only need to fill it in the server's IP.

In addition, you can connect to remote graphics using the desktop Neo4J / ONgDB browser, which is like a database (RDBMS), which you can connect to from a locally running client.

| Author: cryanbhu |

Posted by: February 18, 2019

# Exhibit 2

# The Graph Foundation

Open Graph Technology for Public Good

<div style="float:right">

**Menu**

</div>

---

# The Graph Foundation

The mission of Graph Foundation, a not for profit corporation, is to further, at no charge, the Open Source development and distribution of graph technology in the areas of software, storage, networking, clustering, parallel and distributed computation, query processing, analytics, visualization, machine learning, artificial intelligence and cloud accessibility, while serving the community with mentoring, leadership and vision for a healthy graph ecosystem.

## WHAT IS THE GRAPH FOUNDATION?

Established in 2018, The Graph Foundation is a US 501(c)(3) charitable organization, funded by individual donations and corporate sponsors. Our all-volunteer board oversees leading graph Open Source projects, including ONgDB — the world's most popular graph database.

The Graph Foundation provides an established framework for intellectual property and financial contributions that simultaneously limits potential legal exposure for our project committers. Through The Graph Foundation's meritocratic process, individual Members and Committers can successfully collaborate to develop freely available enterprise-grade software, benefiting users worldwide through software solutions distributed under Open Source Licenses; and the community actively participates in mailing lists, mentoring initiatives, conferences and user trainings.

## HOW WILL THE GRAPH FOUNDATION GROW?

The Graph Foundation was incorporated in 2018 as a membership-based, not-for-profit corporation in order to ensure that Graph Foundation projects continue to exist beyond the participation of individual volunteers. Individuals who have demonstrated a commitment to collaborative open-source software development, through sustained participation and contributions within the Foundation's projects, are eligible for membership in The Graph Foundation. An individual is awarded membership after nomination and approval by a majority of the existing Graph Foundation members. Thus, The Graph Foundation is governed by the community it most directly serves — the people collaborating within its projects.

# HOW ARE GRAPH FOUNDATION PROJECTS GOVERNED?

The Graph Foundation members periodically elect a Board of Directors to manage the organizational affairs of the Foundation, as accorded by The Graph Foundation Bylaws. The Board, in turn, appoints a number of officers to oversee the day-to-day operations of the Foundation. A number of public records of our operation are made available to the community. A more detailed explanation of How The Graph Foundation works in terms of day to day operations is available, and the Community Development projects are planned to help newcomers learn more about The Graph Foundation.

Individual Graph Foundation projects are in turn governed directly by Project Management Committees (PMC) made up of individuals who have shown merit and leadership within those projects. There are detailed descriptions of Graph Foundation and project governance models.

# WHO RUNS THE GRAPH FOUNDATION?

The membership of The Graph Foundation elects the board to run the Foundation and to set and ensure policy. The directors of the board are:

| Bradley Nussbaum | Benjamin Nussbaum | John Mark Suhy |
| --- | --- | --- |

The Board has appointed the following corporate officers of The Graph Foundation:

| Office | Individual |
| --- | --- |
| Chairman | Bradley Nussbaum |
| Vice Chairman | Benjamin Nussbaum |
| President | Bradley Nussbaum |
| Vice President | Benjamin Nussbaum |
| Secretary | Joan Nussbaum |
| Assistance Secretary | Ray Nussbaum |
| Treasurer | Joan Nussbaum |
| Assistant Treasurer | Ray Nussbaum |

The Graph Foundation is a collaborative effort of our Members. Our goal is to build and sustain the literal foundation upon which our open-source software projects are based.

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search …


Search

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/28/19   Page 100 of 114

 neo4j / **neo4j**

---

# Modifying the AGPL License by adding restrictions is not allowed #11821

[ New issue ]

[ ⊘ Closed ]   **jmsuhy** opened this issue on May 18, 2018 · 12 comments

---

**jmsuhy** commented on May 18, 2018 · edited ▾

The AGPL license files had a restrictions added to it which I am pretty sure is not allowed by AGPL.
So it seems that you have either just made Neo4j Enterprise closed source - i.e. no longer AGPL - or
you've made a mistake and accidentally added restrictions to it.

I am pretty sure the community would like to know what is going on with this.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-enterprise/LICENSE.txt

"Commons Clause" License Condition

The Software is provided to you by the Licensor under the License, as
defined below, subject to the following condition. Without limiting
other conditions in the License, the grant of rights under the License
will not include, and the License does not grant to you, the right to
Sell the Software. For purposes of the foregoing, "Sell" means
practicing any or all of the rights granted to you under the License
to provide to third parties, for a fee or other consideration,
a product or service that consists, entirely or substantially,
of the Software or the functionality of the Software. Any license
notice or attribution required by the License must also include
this Commons Cause License Condition notice.

👍 1

---

🏷   **eebus** added the   operability   label on May 21, 2018

---

**xizhao** commented on May 21, 2018

To try to get ahead of any misunderstandings, the AGPL doesn't "disable-itself" if exceptions are added
from the original licensor. It simply becomes a new license.

The scope of license alteration restrictions (as well as these kinds of restrictions in all OSS licenses) is to
disable the ability for "man-in-the-middle" sub-licensing, effectively ensuring that the license grant
comes from the original copyright holder no matter how the software is conveyed. However, as the
original copyright holder of the codebase is Neo, they can add whatever terms or exceptions best fit
their original licensing intent for their commercial product -- the protections in the original AGPL
prevents third parties from altering or sub-licensing those terms.

We're not dealing with a copy of the software here -- the whole file is the original license document
provided by Neo. Sure it's not the original AGPL, but there's no way I'd call it "Enterprise closed source".

👎 1

---

**jmsuhy** commented on May 21, 2018 · edited ▾                              [ Author ]

---

### Assignees

No one assigned

### Labels

operability

### Projects

None yet

### Milestone

No milestone

### 10 participants

     

The issue at hand that you can not add restrictions to AGPL then misguide the community and committers as to what is happening.

Not only does AGPL forbid this, it is not fair to committers and the community as a whole.

If your intention was to keep Neo4j free and open, then you should know your restrictions are not allowed by AGPL and we can continue the 'debate' in that direction.

I think you should be upfront with the community that helped make Neo4j what it is today.

 1

---

 **digitalstain** commented on May 22, 2018                    Member

Neo4j is a broad church. We have to balance the interests of our amazing community, our customers and the company too. We've done a lot of thinking about how to best align those interests in our licensing and made a choice to add the Commons Clause to the AGPL license. We think this is the best way we can ensure the long term viability of neo4j as both an open source project and as a commercial endeavour to keep that open source flowing.

Github issues probably aren't the best place to have detailed licensing discussions, and much as we appreciate the input and enthusiasm of the participants we're going to close it now. This is clearly deserving of a longer piece on why the license is changing and we'll get that published as soon as we can.

Thanks to everyone for sharing your views!

 2    3    1

---

 **digitalstain** closed this on May 22, 2018

---

 **digitalstain** referenced this issue on May 22, 2018

 Updates enterprise LICENSE.txt and NOTICE.txt  ⋯                    6558e5e

---

 **Zappes** commented on Aug 23, 2018

I would expect the text of a a License to be subject to copyright, and the author probably has the right to forbid changes to the text. Without being a legal expert, I can't say if you may perhaps be allowed to copy the AGPL, add your clause and use the license under a different name like Neo4jPL - but I am quite sure that you can't change the text and re-publish it using the same name, i.e. "AGPL".

 1

---

 **akhmerov** commented on Aug 23, 2018

@Zappes it's more strict than it just being not allowed to call the license AGPL. The header of AGPL clearly states that modifying it is a violation of the FSF copyright:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but **changing it is not allowed.**

Therefore even using significant parts of AGPL is a copyright violation.

 6



**lsmith77** commented on Aug 23, 2018

also whatever the copyright situation might be, its important to communicate clearly, which I think is what the issue creator is asking for. if you want to use the AGPL, then use it without modification. if you want a mix of the AGPL and common clause, then make sure you do so in a clear and transparent manner.

 5

---



**greve** commented on Aug 23, 2018

I've given my take on the Commons Clause at https://twitter.com/ggreve/status/1032520322170462208 and https://twitter.com/ggreve/status/1032657522400866305.

TL;DR: This turns anything licensed under it into proprietary software with a very vague, wide reaching license that establishes serious legal liability for all developers and users. It is the end of the commons that is formed by an Open Source community, project and companies.

I assume the CLA will cover this, but at the very least I would assume developers did not expect a

> "Haha, we're taking this proprietary and by the way we're reserving the right to sue you in case you work with Neo4j professionally"

kind of move when they signed the CLA.

Yet that is precisely what this change seems to represent.

 1

---



**jmsuhy** commented on Aug 23, 2018                                    Author

I wanted to chime in too. When the ticket was closed the way it was, I just gave up on it.

**@greve** , the other companies who adopted the 'commons clause' do not have AGPL licenses like Neo4j adopted for the enterprise edition, and which the clause was added to.

The other companies who adopted this 'commons clause' have non GPL licenses.

Redis: BSD
dGraph: Apache 2

The AGPL license states: **If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term.**

We contacted the free software foundation as well, I made sure to do my homework before submitting the original ticket.

Neo's intentions around this clause seem obvious to me. Their government sales team have already been trying to scare agencies from using neo4j enterprise under the open source license by referencing the commons clause. I'll write a blog post on this since most are not aware of some of this behavior.

I started working with the guys from GraphGrid on a way of ensuring Neo4j stays free and open to the community.

We already formed a non-profit called the GraphFoundation (https://graphfoundation.org), with an apache like governance model, which ensures no single company or person(s) control the future direction.

We invite the community to help us with this 'labor of love'.

I have nothing but respect for what Neo has built, they have a very talented team!

Case 5:18-cv-07182-EJD   Document 41-1   Filed 10/28/19   Page 103 of 114

If more people call them out on this behavior, maybe things can change and they can embrace open source and support the community that made them who they are.

Just my 2 cents...

👍 8    👎 1

  **jmsuhy** referenced this issue on Sep 10, 2018

**license additions ineffective** #12027     ⓘ Open

**MrBerg** added a commit to MrBerg/neo4j that referenced this issue on Oct 15, 2018

 `Mention Commons Clause more in README`   …    ✓ Verified   205a00a

 **MrBerg** referenced this issue on Oct 15, 2018

**Mention Commons Clause once more in README** #12052    ⤳ Closed

 **belarm** commented on Nov 4, 2018

"Github issues probably aren't the best place to have detailed licensing discussions"

Then where is, exactly?

 **heathermeeker** commented on Nov 13, 2018

The provision in AGPL about removing restrictions (Section 7) does not conflict with Commons Clause, if the author of the AGPL code applies Commons Clause. There may seem to be a conflict, but only when Section 7 is read out of context.

In AGPL, "you" refers to the recipient of the code, in other words, the licensee. (See Section 0, which says, "Each licensee is addressed as "you".") Section 7 is about what terms recipients -- meaning licensees -- of AGPL code can and cannot add when they redistribute the code to others. Section 7 starts by saying, "When you convey a copy of a covered work, you may at your option..." The entire Section was written to govern the actions of licensees only. The "conflicting" clause in Section 7 says, "If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term." This is not a limitation on the licensor, who is not referred to as "you" anywhere in the document.

To be clear, I represent Neo4j and I am responding on behalf of Neo4j at their request.

👍 2

  **akhmerov** commented on Nov 13, 2018 • edited ▾

@heathermeeker can you please also comment on the statement in the preface of AGPL:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but changing it is not allowed.

In your opinion, does the addition of the commons clause constitute a violation of FSF copyright? If not, can you please explain why?

Regarding the clause in Section 7: in your opinion, does "this License" refer to AGPL or AGPL + commons clause? The latter seems to contradict the definition in Section 0.

If "this License" does indeed refer to AGPL alone, do you disagree that Section 7 permits the licensees to remove the commons clause?

To me it seems to be the case because: the program as you (the licensee) received it contains contains a notice (the notice at the header of the document) stating that it is governed by this License along with a term that is a further restriction (commons clause) you may remove that term.

Please let me know what this interpretation misses.

 3

---

 **belarm** commented on Nov 23, 2018

Granted in all cases, but I believe you've missed something:
"If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term."

If 'you' in this sentence refers to the licensee, as you claim, then *I* (the licensee) am free to remove that clause.
...

 2

# Exhibit 3

John Mark Suhy (@jmsuhy) / Twitter

🐦 **Home**          ⚡ **Moments**                    Search Twitter          Have an account? **Log in** ▾

---

Tweets **293**    Following **242**    Followers **60**    Likes **176**          ( **Follow** )

### John Mark Suhy
@jmsuhy

software developer / enterprise architect,
entrepreneur, and amateur angler.

📍 Mount Vernon, VA
📅 Joined July 2011

---

**Tweets**          **Tweets & replies**          **Media**

↻ John Mark Suhy Retweeted

 **The Graph Foundation** @GraphFoundation · Oct 9          ▾
#ONgDB 3.5.11 support release is out: graphfoundation.org/projects/ongdb/

What is ONgDB?
Open Native Graph DB is an open source fork of #Neo4j, that picks up prior to
Neo4j, Inc.'s removal of enterprise code from the main Github repository.

> **ONgDB - Open Neo4j Enterprise - The Graph Found...**
> The Graph Foundation develops and distributes ONgDB
> releases of the open source Neo4j Enterprise codebase
> under the AGPLv3 License.
> graphfoundation.org

💬          ↻ 1          1

**John Mark Suhy** @jmsuhy · Sep 27          ▾
When you finish a PhD in computer science, they take you to a special room and
explain that you must never use recursion in real life. Its only purpose is to make
programming hard for undergrads.

> **Josh Long** (龙之春, जोश, Джош Лонг, جوش لونق) ✓ @starbuxman
> When you finish a PhD in computer science, they take you to a special room
> and explain that you must never use recursion in real life. Its only purpose is
> to make programming hard for undergrads. twitter.com/rakyll/status/...

💬          ↻

**John Mark Suhy** @jmsuhy · Sep 25          ▾

**TigerGraph raises $32 million for graph database tools**



Home Moments Search Twitter Have an account? **Log in**

venturebeat.com

**John Mark Suhy** @jmsuhy · Sep 25

**Graph Data Modeling Tips & Tricks**
One of the first things we have to do when working with Neo4j is figuring out how to model our data. This session will teach you what to keep in mind
neo4j.com

**John Mark Suhy** @jmsuhy · Sep 25

**Amazon's Alexa will soon add Samuel L. Jackson's voice**
Finally, a virtual Sam Jackson for your home.
mashable.com

**John Mark Suhy** @jmsuhy · Sep 25

🐦 **Home**    ⚡ **Moments**          Search Twitter          Have an account? **Log in** ▾

**This AI reads privacy policies so you don't have to**
Guard is an AI that reads privacy policies and uncovers their hidden dangers
— but you still might want to do your own research.
thenextweb.com

💬          ⟲

**John Mark Suhy** @jmsuhy · Sep 25          ⌄

**This AI reads privacy policies so you don't have to**
Guard is an AI that reads privacy policies and uncovers their hidden dangers
— but you still might want to do your own research.
thenextweb.com

💬          ⟲

**John Mark Suhy** @jmsuhy · Sep 25          ⌄

**Google Says Malicious Websites Have Been Quietly Hacking iPhones…**
It may be the biggest attack against iPhone users yet.
vice.com

💬          ⟲

**John Mark Suhy** @jmsuhy · Sep 25          ⌄

Case 5:18-cv-07182-EJD    Document 41-1    Filed 10/28/19    Page 109 of 114

🐦   **Home**    ⚡ Moments       Search Twitter    🔍    Have an account? **Log in** ▾

**Court Rules That 'Scraping' Public Website Data Isn't Hacking**

The Ninth Circuit Court of Appeals shot down LinkedIn's claim that a company that was using its public facing data was violating the Computer

vice.com

💬    ♻

**John Mark Suhy** @jmsuhy · Sep 25     ⌄

**Linux Foundation exec believes edge computing will be more import…**

According to Arpit Joshipura, The Linux Foundation's general manager of networking, edge computing will overtake cloud computing by 2025.

zdnet.com

💬    ♻

♻ John Mark Suhy Retweeted

**Kendall Miller** @blatanterror · Sep 19     ⌄
Open Core is not Open Source. Don't confuse the two. - Deborah Bryant from Red Hat.

And a slide about the dangers of open core. #opencoresummit

John Mark Suhy @jmsuhy | @jmsuhy | Twitter

🐦 **Home**　⚡ **Moments**

Search Twitter 🔍

Have an account? **Log in** ⌄

John Mark Suhy @jmsuhy · Sep 22

I wonder if I should/could design a hat that uses a laser, or lighting (oled, etc) to project patterns on your face that confuses facial recognition algs... I am going to dive into this subject when I have more time...

**India Is Planning a Huge China-Style Facial Recognition Program**
India is planning to set up one of the world's largest facial recognition systems, potentially a lucrative opportunity for surveillance companies and ...
bloomberg.com

💬　　🔁

John Mark Suhy @jmsuhy · Sep 22 ⌄
Oops..

**Home Depot and Lowe's are sued for secretly using facial recognition**
Home Depot and Lowe's are accused of secretly using facial recognition technology to track customers in violation of Illinois privacy laws, according
dailymail.co.uk

💬　　🔁

🔁 John Mark Suhy Retweeted

**Matt Raible** ✔ @mraible · May 23 ⌄
To to help celebrate @java's 24th birthday, I wrote a tutorial on how to develop Java Microservices with @springboot, @springsecurity, @springcloud config, & @java_hipster. I hope you enjoy it! 🎉

🤓 developer.okta.com/blog/2019/05/2...

#java #microservices #springcloudconfig #jhipster

🐦 **Home**    ⚡ **Moments**          Search Twitter    🔍      Have an account? **Log in ▾**

**Java Microservices with Spring Cloud Config and JHipster**
This tutorial shows you how to build a microservices architecture with Spring
Boot and Spring Cloud Config using JHipster.
developer.okta.com

💬 3          ↻ 74          210

**John Mark Suhy** @jmsuhy · May 15                                      ⌄

💬          ↻

**John Mark Suhy** @jmsuhy · May 15                                      ⌄

💬          ↻

↻ John Mark Suhy Retweeted



✅ Add multiple variables in a #Cypher, #Gremlin or SPARQL query
✅ Save and share those query as template buttons
✅ Use #Neo4j 3.5 Search 🔍
✅ Deploy on Docker 📦
✅ Run the best hierarchical layout in town ✨

**Linkurious** @Linkurious
We are excited to announce that the latest release of
Linkurious Enterprise is out! 🚀 It ships with new data
#investigation features, #Docker support and more!
buff.ly/2LyCMCk

💬         ⟲ 5              14

⟲ John Mark Suhy Retweeted

**The Graph Foundation** @GraphFoundation · May 10
#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out:

💬         ⟲ 3              3

**John Mark Suhy** @jmsuhy · May 8

💬         ⟲

🐦 **Home**　⚡ **Moments**　　　　　Search Twitter　🔍　　Have an account? **Log in ▾**

jhipster.tech/2019/05/02/jhi...
This has taken several months of work, from several hundreds of contributors, so congrats to everyone who participated!!
And don't forget @jhipsterconf our annual conference where we will all meet and cheer!

💬 3　　🔁 100　　　　172



## Want to take advantage of all the new Twitter features?

It's simple – just log in.

Log in

**Sign up**



**You may also like · Refresh**

 **The Graph F...**
@GraphFou...

 **MD Zaman**
@MDZaman...

 **Bideep Bezb...**
@BideepBez...

 **Neo4j Com...**
@Neo4jCom...

 **Arbutus Aus...**
@Arbutus_S...

## Worldwide trends

**Lions**
70.4K Tweets

**Aaron Jones**
5,086 Tweets

**Stafford**
11.8K Tweets

**#DETvsGB**
15.3K Tweets

**#OnePride**



9,606 Tweets

**#DeleteFacebook**
47.2K Tweets

**Andrade**
14.8K Tweets

**Kevin King**
1,204 Tweets

**#Packers**
5,763 Tweets

© 2019 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info