John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC., NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**PROOF OF SERVICE** |

815\3385738.1

PROOF OF SERVICE

# PROOF OF SERVICE

I, Gloria Cordova, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406.

On October 28, 2019, I electronically filed the attached documents:

1. **NOTICE OF APPEARANCE OF COUNSEL – CARY CHIEN**

2. **STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED**

3. **DECLARATION OF CARY CHIEN IN SUPPORT OF PLAINTIFF'S STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

4. **PLAINTIFF'S STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

And I hereby do certify that I placed the document(s) listed above in a sealed *Federal Express* envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a *Federal Express* agent for delivery to the following non CM/ECF participants:

> Defendant Graph Foundation, Inc.
> c/o Jeffrey D. Musselman, Agent for Service of Process
> 140 W. Liberty Street
> Wooster, OH 44691

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 28, 2019, at San Jose, California.

*/s/ Gloria Cordova*
Gloria Cordova

815\3385738.1

PROOF OF SERVICE