John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:      (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff and Counter-Defendant
NEO4J, INC., NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED** |
| AND RELATED COUNTERCLAIM. | |
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendants. | [PROPOSED] RELATED TO CASE NO. 3:19-cv-6226 |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

The parties in this case, by and through their counsel of record, hereby stipulate that a subsequent case is and ought to be related to this action as follows:

WHEREAS, Plaintiffs in this action entitled *Neo4j, Inc, Neo4j Sweden AB v. PureThink LLC et al.* Case No. 5:18-cv-07182-EJD, filed the Complaint on November 28, 2018 (Dkt. No. 1) and subsequently filed an Amended Complaint on October 22, 2019 (Dkt. No. 35) ("PureThink Action");

WHEREAS, Plaintiff in the action entitled *Neo4j, Inc. v. Graph Foundation, Inc.* Case No. 3:19-cv-06226-JSC filed the Complaint on October 1, 2019 (Dkt. No. 1) ("Graph Foundation Action");

WHEREAS, on October 28, 2019, Plaintiff filed a Stipulated Administrative Motion to Consider Whether Cases Should be Related in the PureThink Action, Pursuant to Northern District Civil Local Rules 3-12 and 7-11 (the "Motion to Relate Cases");

WHEREAS, the parties in this case have now agreed that the two actions should be deemed "related" pursuant to Local Rule 3-12, and as set forth in the Motion to Relate Cases, because (a) the two actions concern substantially similar issues, some of the same parties, property, transactions and events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense, and a risk of conflicting results if the cases are conducted before different judges; and

WHEREAS, the parties agree that once the Graph Foundation Action is deemed related to the PureThink Action, the Graph Foundation Action should be transferred and reassigned to the Honorable Edward J. Davila for all purposes;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

(1)     That the Graph Foundation Action be deemed related to the PureThink Action;

(2)     The Graph Foundation Action should be transferred and reassigned to the Honorable Edward J. Davila for all purposes.

SO STIPULATED.

1

Dated:  October 28, 2019                    HOPKINS & CARLEY
                                            A Law Corporation

2

3

4                                           By: _/s/ Jeff Ratinoff_____
                                                Jeffrey M. Ratinoff
                                                Attorneys for Plaintiffs and Counter-
5                                               Defendants NEO4J, INC., and NEO4J
                                                Sweden AB

6

7

8   Dated:  October 28, 2019                By: _/s/ Adron Beene_____
                                                Adron W. Beene
9                                               Adron G. Beene
                                                Attorneys for Defendants and
                                                Counterclaimants PURETHINK LLC,
10                                              IGOV INC., and JOHN MARK SUHY

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13

14  Dated:  _____          _____
                                            Hon. Edward J. Davila
15                                          U.S. DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Jeffrey M. Ratinoff, am the ECF user whose credentials were utilized in the electronic

filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest

that all signatories hereto concur in this filing.

Dated: October 28, 2019

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and Counter-
Defendants NEO4J, INC., NEO4J
SWEDEN AB