UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PURETHINK, LLC, et al.,<br><br>    Defendants. | Case No. 5:18-cv-07182-EJD<br><br>**ORDER DENYING ADMINSTRATIVE MOTION AND STIPULATION**<br><br>Re: Dkt. Nos. 41, 42 |

Plaintiff filed an administrative motion to relate this case to another case—*Neo4j, Inc. v. Graph Foundation, Inc.*, Case No. 3:19-cv-06226-JSC—and a few hours later the parties here stipulated to relating the two cases. Dkt. Nos. 41, 42. The cases have different defendants. The defendant in the other case, Graph Foundation, did not join the stipulation. The stipulation denied. Civil Local Rule 3-12(b) provides that a party moving to relate cases must serve a copy of the motion on all parties to both cases. While Plaintiff provides a certificate of service for Graph Foundation, Graph Foundation has not appeared in that case. The court finds it prudent to wait to consider relating these cases until Graph Foundation has had an adequate opportunity to respond the administrative motion. The administrative motion is denied without prejudice. Plaintiff may re-file the administrative motion once Graph Foundation appears and notices counsel in the other case.

**IT IS SO ORDERED.**

Dated: October 29, 2019

                                                    EDWARD J. DAVILA
                                                  United States District Judge