John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:      (408) 286-9800
Facsimile:       (408) 998-4790

Attorneys for Plaintiff and Counter-Defendant
NEO4J, INC., NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**JOINT STIPULATION FOR LEAVE TO FILE PLAINTIFF AND COUNTER-DEFENDANT'S FIRST AMENDED ANSWER**<br><br>APPROVED<br>Judge Edward J. Davila<br>10/31/2019 |

Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs/Counter-Defendants") and Defendants PureThink LLC, iGov Inc., and John Mark Suhy (collectively "Defendants") submit the following Joint Stipulation and request that the Court grant Plaintiffs/Counter-Defendants leave to file its Amended Answer attached hereto as **Exhibit A** pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

WHEREAS, Defendants PureThink LLC and iGov Inc. filed their Counterclaim in this

action against Neo4j, Inc. on January 9, 2019 (Dkt. No. 22);

WHEREAS, Neo4j, Inc. filed its Answer to the Counterclaim on February 21, 2019 (Dkt. No. 30);

WHEREAS, the deadline to file amended pleadings to add parties, claims and counterclaims in the above-entitled action is currently October 30, 2019 (Dkt. No. 32);

WHEREAS, it is unclear whether this deadline also extends to amendments to a party's answer;

WHEREAS, out of an abundance of caution, Plaintiffs/Counter-Defendants seek to file its Amended Answer to add an additional affirmative defense; and

WHEREAS a copy of Plaintiffs/Counter-Defendants' proposed Amended Answer is attached hereto as Exhibit A.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record Plaintiffs/Counter-Defendants may, pursuant to Federal Rule of Civil Procedure 15(a), file an amended answer in the form attached hereto as Exhibit A;

Dated: October 30, 2019

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiff and Counter-Defendant NEO4J, INC.

Dated: October 30, 2019

By: */s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counterclaimants PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 31, 2019

Hon. Edward J. Davila
U.S. DISTRICT COURT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3386399.2

- 2 -

JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED ANSWER

5:18-CV-07182-EJD