Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendant and Counter Claimant:
JOHN MARK SUHY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J Sweden AB<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV, INC. a Virginia corporation, John Mark Suhy<br>Counter Claimants<br><br>v.<br><br>NEO4J, INC. a Delaware corporation,<br>Counter Defendant. | CASE NO. 5:18-cv-7182 EJD<br><br>**DEFENDANT JOHN MARK SUHY'S COUNTERCLAIM AGAINST NEO4J, INC. FOR**<br>1) Cancellation Of Trademark Procured By Fraud<br>2) Declaratory Relief (Abandonment of Trademark)<br><br>**DEMAND FOR JURY TRIAL** |

Counter Claimant JOHN MARK SUHY alleges against NEO4J, Inc. as follows:

## I.     Jurisdiction

1. This is a compulsory counterclaim under Federal Rule of Civil Procedure §13(a). This Court has supplemental jurisdiction under 28 USC § 1367(a).

## II.     Parties

2. Counter Claimant John Mark Suhy ("Suhy") is an individual.
3. Counter Defendant NEO4J, Inc. ("Neo4J USA") is a Delaware corporation.

## III.     Counterclaims
## First Cause of Action
## Cancellation of Trademark 15 U.S.C. §1119
## (Against Neo4J, Inc.)

4. Suhy reincorporates the allegations in paragraph 1-3 as alleged above.
5. The Registered Trademark for NEO4J, Reg. No. 4,784,280, was procured by fraud as the representation to the PTO was that Neo Technology (a Delaware corporation) (changed to Neo4J, Inc.) first used the trademark in 6-4-2006 and in commerce in 5-28-2007.
6. These statements are knowingly false and material to the decision to grant the registration application as Neo Technology did not exist on those dates as the company was formed 7-7-2011 in Delaware under File Number 5007564.

7. Because the registration was procured by fraud, the registration to the NEO4J trademark should be cancelled pursuant to 15 U.S.C. §1119.

## Second Cause of Action
## Declaratory Relief
## (Abandonment of Trademark)
## (Against Neo4J, Inc.)

8. Suhy reincorporates the allegations in paragraph 1-7 as alleged above.

9. There is a present controversy where Neo4J, USA claims it has the right to use and enforce the Neo4j trademark. Suhy claims there is confusion whether Neo4j is a company name trademark or product name trademark. This confusion is exacerbated by Neo4j Sweden's open source license for a product called Neo4J. Neo4j Sweden's license states: "The software ("Software") is developed and owned by Neo4j Sweden AB (referred to in this notice as "Neo4j")… . Neo4j Sweden asserts they own the software-and not Neo4J USA - and Neo4J USA use the Neo4j name as part of the company name and call the open source software product Neo4j too. As the Neo4j trademark is used and licensed as open source software there is no ability to maintain quality control over the software product called Neo4j as any licensees may modify combine the software with other code and distributed or convey Neo4j without required quality control by Neo4J USA

10. Suhy requests declaratory relief that the Neo4j registered trademark be abandoned under the doctrine of Naked License.

# IV. Prayer for Relief

Wherefore PureThink and iGOV request judgment against Neo4J Inc. as follows:

1. The Neo4J trademark registration be cancelled pursuant to 15 U.S.C. 1119 as the registration was procured by fraud;
2. The Neo4j registered trademark be abandoned under the doctrine of Naked License
3. That Counter Claimants recover costs and attorneys fees as permitted by law; and
4. And for such other relief as the Court deems just.

Dated: Nobember 13, 2019

      /s/ Adron G. Beene
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorney for Counter Claimant
John Mark Suhy

## DEMAND FOR JURY TRIAL

Counter Claimant John Mark Suhy hereby demands a trial by jury.

      /s/ Adron G. Beene
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233

Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Counter Claimant
John Mark Suhy