John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB,<br><br>                   Plaintiffs,<br><br>         v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>                   Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**PLAINTIFF AND COUNTER-DEFENDANT NEO4J, INC.'S ANSWER TO DEFENDANT JOHN MARK SUHY'S COUNTERCLAIM**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3401455.3

PLAINTIFF AND COUNTER-DEFENDANT NEO4J, INC.'S ANSWER TO DEFENDANT
JOHN MARK SUHY'S COUNTERCLAIM                                                                          5:18-CV-07182-EJD

Plaintiff and Counter-defendant Neo4j, Inc. ("Neo4j USA" or "Counter-Defendant") responds to the Counterclaim, Dkt. No. 48 (the "Counterclaim"), filed by Defendant and Counterclaimant John Mark Suhy ("Counterclaimant" or "Suhy"), as follows:

## ANSWER TO COUNTERCLAIM

### I.   Jurisdiction

1. The allegations in Paragraph 1 call for a legal conclusion; therefore no response is required. To the extent an answer is required, Neo4j USA denies the allegations contained in this paragraph.

### II.   Parties

2. Neo4j USA admits the allegations in Paragraph 2.

3. Neo4j USA admits the allegations in Paragraph 3.

### III.   Counterclaims

#### First Cause of Action

#### Cancellation of Trademark 15 U.S.C. §1119

#### (Against Neo4J, Inc.)

4. Neo4j USA incorporates by reference its responses to Paragraphs 1 through 3 of the Counterclaim as though fully set forth herein.

5. Neo4j USA denies the allegations contained in Paragraph 5.

6. Neo4j USA denies the allegations contained in Paragraph 6.

7. Neo4j USA denies the allegations contained in Paragraph 7.

#### Second Cause of Action

#### Declaratory Relief - Abandonment of Trademark)

#### (Against Neo4J, Inc.)

8. Neo4j USA incorporates by reference its responses to Paragraphs 1 through 7 of the Counterclaim as though fully set forth herein.

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3401455.3

PLAINTIFF AND COUNTER-DEFENDANT NEO4J, INC.'S ANSWER TO DEFENDANT
JOHN MARK SUHY'S COUNTERCLAIM                                              5:18-CV-07182-EJD

9. The allegations in Paragraph 9 are vague and unintelligible, and therefore Neo4j USA cannot form a belief about the truth of the allegations in this paragraph and on that basis denies them. To the extent an answer is required, Neo4j USA denies the allegations contained in this paragraph.

10. The allegations in Paragraph 10 call for a legal conclusion; therefore no response is required. To the extent an answer is required, Neo4j USA denies the allegations contained in this paragraph.

### IV.   Prayer for Relief

Neo4j USA denies that Suhy is entitled to any relief as to any claim or counterclaim, and specifically denies any and all allegations and prayers for relief contained in Paragraphs 1 through 4 of the "Prayer for Relief" section of the Counterclaim.

WHEREFORE, Neo4j USA prays for relief, as follows:

1. That Suhy take nothing by the Counterclaims;

2. To the extent there is any basis for declaratory relief, a declaratory judgment in favor of Neo4j; and

3. For such other and further relief as the Court deems just and proper.

### **AFFIRMATIVE DEFENSES**

Neo4j USA alleges the following affirmative defenses:

### **FIRST AFFIRMATIVE DEFENSE**
### **(Failure to State a Claim)**

The Counterclaim fails to state a claim upon which relief may be granted.

### **SECOND AFFIRMATIVE DEFENSE**
### **(Lack of Jurisdiction)**

The Court lacks jurisdiction over Suhy's cause of action for Declaratory Judgment as there is no actual case and controversy.

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3401455.3                                          - 3 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J, INC.'S ANSWER TO DEFENDANT
JOHN MARK SUHY'S COUNTERCLAIM                                        5:18-CV-07182-EJD

### THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

The claims as alleged in the Counterclaim are barred by the doctrine of estoppel. In particular, Suhy was fully advised of the nature of the transactions and agreements subject to the parties' dispute, including entering into a limited, non-exclusive license for the trademark at issue, and with full knowledge thereof voluntarily participated in said transactions and agreed to the terms thereof, and as such Counterclaimant is estopped from obtaining the relief prayed for in the Counterclaims.

### FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

The claims as alleged in the Counterclaim are barred by the doctrine of waiver, as alleged in the foregoing affirmative defenses and incorporated herein by reference.

### FIFTH AFFIRMATIVE DEFENSE

### (Acquiescence)

The claims as alleged in the Counterclaim are barred by the doctrine of acquiescence. Suhy was fully advised of the nature of the transactions and agreements subject to the parties' dispute. Via Purethink LLC, Suhy received a limited, non-exclusive license from Neo4j for the NEO4J® trademark during the course of this relationship, during which Purethink LLC and Suhy had no objection to the validity of the NEO4J® trademark or to Neo4j's use, ownership and rights in the NEO4J® trademark. As a result, the claims as alleged in the Counterclaim are barred, in whole or in part, by the equitable doctrine of acquiescence.

### SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Neo4j alleges that any recovery on the claims asserted in the Counterclaim is barred by reason of Suhy's unclean hands based on their wrongdoing as set forth in Neo4j's Second Amended Complaint.

/ / /

/ / /

# **JURY DEMAND**

Neo4j USA demands a jury trial on all issues related to Suhy's Counterclaims that are triable by jury.

Dated:  December 4, 2019					HOPKINS & CARLEY
								A Law Corporation


								By: */s/ Jeffrey M. Ratinoff*
								    John V. Picone III
								    Jeffrey M. Ratinoff
								    Attorneys for Plaintiffs
								    NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3401455.3 - 5 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J, INC.'S ANSWER TO DEFENDANT
JOHN MARK SUHY'S COUNTERCLAIM                                              5:18-CV-07182-EJD