1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 NEO4J, INC., a Delaware corporation,          CASE NO.  5:18-cv-07182-EJD
   NEO4J SWEDEN AB, a Swedish
15 corporation                                   **DECLARATION OF JEFFREY M.
                                                 RATINOFF IN SUPPORT OF NEO4J,
16                    Plaintoiffs,                INC.'S MOTION FOR JUDGMENT ON
                                                 THE PLEADINGS**
17          v.
                                                 Date:    May 7, 2020
18 PURETHINK LLC, a Delaware limited             Time:    9:00 a.m.
   liability company, IGOV INC., a Virginia      Dept.:   Courtroom 4, 5th Floor
19 corporation, and JOHN MARK SUHY, an           Judge:   Hon. Edward J. Davila
   individual,
20
                      Defendants.
21

22

23         I, Jeffrey M. Ratinoff, declare as follows:

24         1.      I am an attorney at law, duly licensed to practice before all courts of the State of

25 California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for

26 Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j USA") in the above-referenced matter.  I make this

27 declaration in support of Neo4j USA's Motion for Judgment on the Pleadings filed herewith in

28 the above-captioned matter.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

894\3455774.2

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC.'S MOTION FOR JUDGMENT
ON THE PLEADINGS; CASE NO.  5:18-CV-07182-EJD

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a printout from the State of Delaware Department of State, Division of Corporation's website showing Neo4j, Inc., originally incorporated as Neo Technology Inc. (File No. 5007564) on July 7, 2011.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a Trademark Assignment filed by Neo4j USA with the USPTO on June 21, 2017, attaching the State of Delaware Secretary of State Certification of Certificate of Amendment changing "Neo Technology, Inc." name to "Neo4j, Inc." This document is available and was downloaded from the USPTO's Trademark Status and Document Retrieval (TSDR) system.

5. Attached hereto as **Exhibit 3**, is a true and correct copy of the Trademark Registration Certificate for the "Neo4j" trademark, Registration No. 4,784,280, dated August 4, 2015, which was downloaded from the USPTO's Trademark Status and Document Retrieval (TSDR) system.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Neo4j USA's webpage, http://www.neotechnology.com, archived on August 23, 2011, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

7. Attached hereto as **Exhibit 5** is a true and correct copy of Neo4j USA's webpage, http://neotechnology.com/products/price-list/, archived on August 23, 2011, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

8. Attached hereto as **Exhibit 6** is a true and correct copy of Neo4j USA's webpage, http://neotechnology.com/neo4j-graph-database/, archived on March 26, 2014, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

/ / /

/ / /

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS; CASE NO.  5:18-CV-07182-EJD

1       9.      Attached hereto as **Exhibit 7** is a true and correct copy of Neo4j USA's webpage,

2  http://neotechnology.com/products/price-list/, archived on March 26, 2014, which was

3  downloaded from the Wayback Machine website, a digital archive of the World Wide Web

4  (https://web.archive.org).

5       10.     Attached hereto as **Exhibit 8** is a true and correct copy of the website domain

6  registration page for Neo4j USA's URL http://www.neo4j.org showing the domain was created

7  on June 4, 2006, from the WHOIS lookup service, a publicly accessible database containing

8  ownership and registration information for domain names.

9       I declare under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct and that this declaration was executed on this 11th day of February

11  2020, at San Jose, California.

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC.'S MOTION FOR JUDGMENT
ON THE PLEADINGS; CASE NO.  5:18-CV-07182-EJD

# Exhibit 1

Delaware.gov                                                        Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

Allowable Characters

| | |
|---|---|
| **HOME** | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Related Links | |
| Frequent Questions | |
| Contact Us | |
| Office Location | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| Loading... | |

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **5007564** | Incorporation Date / Formation Date: | **7/7/2011** (mm/dd/yyyy) |
| Entity Name: | **NEO4J, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **COGENCY GLOBAL INC.** | | |
| Address: | **850 NEW BURTON ROAD SUITE 201** | | |
| City: | **DOVER** | County: | **Kent** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | **800-483-1140** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Exhibit 2

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM432098

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Neo Technology, Inc. | | 06/15/2017 | Corporation: |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Neo4j, Inc. |
| Street Address: | 111 East 5th Avenue |
| City: | San Mateo |
| State/Country: | CALIFORNIA |
| Postal Code: | 94401 |
| Entity Type: | Corporation: DELAWARE |

## PROPERTY NUMBERS Total: 4

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86266998 | CYPHER |
| Serial Number: | 86267006 | NEO4J |
| Serial Number: | 86281593 | NEO TECHNOLOGY |
| Serial Number: | 87254288 | |

## CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 6504345641 |
| Email: | chiara@paradigmcounsel.com |
| Correspondent Name: | Chiara Portner |
| Address Line 1: | 2625 Middlefield Road, 800 |
| Address Line 4: | Palo Alto, CALIFORNIA 94306 |

| NAME OF SUBMITTER: | Chiara Portner |
|---|---|
| SIGNATURE: | /Chiara Portner/ |
| DATE SIGNED: | 06/21/2017 |

**Total Attachments: 2**
source=2017-06-15 - Certificate of Amendment of the AR COI (Name Change)#page1.tif
source=2017-06-15 - Certificate of Amendment of the AR COI (Name Change)#page2.tif

OP  $115.00  86266998



Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF AMENDMENT OF "NEO TECHNOLOGY, INC.",
CHANGING ITS NAME FROM "NEO TECHNOLOGY, INC." TO "NEO4J, INC.",
FILED IN THIS OFFICE ON THE FIFTEENTH DAY OF JUNE, A.D. 2017,
AT 6:52 O`CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE
KENT COUNTY RECORDER OF DEEDS.

Jeffrey W. Bullock, Secretary of State

5007564  8100
SR# 20174785290

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202728310
Date: 06-17-17

**TRADEMARK**
**REEL: 006089 FRAME: 0129**

**CERTIFICATE OF AMENDMENT**
**OF THE**
**AMENDED AND RESTATED CERTIFICATE OF INCORPORATION**
**OF**
**NEO TECHNOLOGY, INC.**

Neo Technology, Inc. a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), hereby certifies as follows:

1.      Article FIRST of the Corporation's Amended and Restated Certificate of Incorporation (the "Restated Certificate") is hereby amended and restated in its entirety to read as follows:

"FIRST:        The name of the corporation is Neo4j, Inc. (the "**Corporation**")."

2.      The foregoing Certificate of Amendment to the Restated Certificate has been duly approved by the Board of the Directors of the Corporation in accordance with the provisions of Sections 141 and 242 of the General Corporation Law of Delaware.

3.      The foregoing Certificate of Amendment to the Corporation's Restated Certificate shall be effective on and as of the date of filing of this Certificate of Amendment with the Secretary of State of the State of Delaware.

IN WITNESS WHEREOF, said corporation has caused this certificate to be signed this 17th day of May, 2017.

By: _____
    DocuSigned by:
    Emil Eifrem
    Emil Eifrem
    Chief Executive Officer

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:52 PM 06/15/2017
FILED 06:52 PM 06/15/2017
SR 20174785290 - File Number 5007564

WEST\276243622.3

**TRADEMARK**
**REEL: 006089 FRAME: 0130**

**RECORDED: 06/21/2017**

# Exhibit 3

# United States of America
## United States Patent and Trademark Office

# NEO4J

**Reg. No. 4,784,280**

**Registered Aug. 4, 2015**

**Int. Cls.: 9, 35, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEO TECHNOLOGY (DELAWARE CORPORATION)
111 E. 5TH AVE.
SAN MATEO, CA 94401

FOR: COMPUTER PROGRAMS FOR MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; COMPUTER PROGRAMS FOR STORING, MANAGING, AND QUERYING DATA FROM DATABASES ON COMPUTERS, COMPUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF UPDATING AND MAIN-TENANCE OF DATA IN COMPUTER DATABASES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING TRAINING CLASSES, CERTI-FICATION TRAINING, WORKSHOPS, TUTORIAL SESSIONS, AND ONLINE CLASSES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTEN-ANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; PROVIDING TRAINING SERVICES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES END USERS TO STORE, MANAGE, AND QUERY DATA FROM DATABASES ON COMPUTERS, COM-PUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,784,280** DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; TECHNICAL SUPPORT SERVICES, NAMELY, INSTALLATION, ADMINISTRATION, AND TROUBLESHOOTING OF DATABASE APPLICATIONS; COMPUTER SERVICES, NAMELY, PROVIDING CONSULTATION SERVICES AND ADVICE IN THE FIELDS OF DESIGNING COMPUTER DATABASES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF MAINTAINING THE SECURITY AND INTEGRITY OF DATABASES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-267,006, FILED 4-30-2014.

SIMON TENG, EXAMINING ATTORNEY

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Exhibit 4

http://neotechnology.com/    Go

**673 captures**
19 May 2001 - 6 Nov 2019

JUL **AUG** SEP
◄ **23** ►
2010 **2011** 2012

About this capture

Contact Us   |   Blog

HOME  |  SOLUTIONS  |  PRODUCT  |  SERVICES  |  CUSTOMERS  |  COMMUNITY  |  ABOUT US

# The Leader in Graph Databases

## The World's Leading NOSQL Graph Database

Neo4j is the world's leading high performance, scalable graph database. Based on more than 8 years of R&D, it has been in 24/7 production since 2003. Neo4j scales to billions of entities on a single machine, with searches up to 1000 times faster than traditional relational databases.

**Learn More**



**Upcoming Webinar**

Introduction to graph databases

**Join Us**



**New Releases**

Neo4j 1.4.1 "Kiruna Stol"

**Get the Details**



**Announcing**

Spring Data Graph

**Learn More**

| Products & Solutions | Community | About Us | Subscribe to our Newsletter |
|---|---|---|---|
| Solutions | Neo4j.org | Overview | Your email address |
| Neo4j Executive Overview | Download Neo4j | Company Blog | Subscribe |
| Product Guide | Neo4j Blog | Press Page | Contact Us for Information |
| Price List | Discussion Forums | Jobs | |
| | Documentation | | |
| | Wiki | | |

Copyright © 2011 - Neo Technology | Site Credits

Exhibit 5

http://neotechnology.com/products/price-list/    Go

84 captures
23 Aug 2011 - 20 May 2014

JUL **AUG** SEP
◀ **23** ▶
2010 **2011** 2012

About this capture



Contact Us | Blog

| HOME | SOLUTIONS | PRODUCT | SERVICES | CUSTOMERS | COMMUNITY | ABOUT US |

Executive Overview     Product Licensing Guide     Price List

## Neo4j Price List

### Price List

Neo Technology offers two commercial editions based on the Neo4j open source graph database.

Both commercial editions can be used in closed-source environments. They are available under a subscription model. Prices are per instance. New releases are included as long as the subscription or annual support and maintenance fees are paid.

| Feature | Neo4j Community | Neo4j Advanced | Neo4j Enterprise |
|---|---|---|---|
| **Licensing** | | | |
| License | Open source (GPLv3) | Commercial and AGPL | Commercial and AGPL |
| Can be used with closed source software | Yes, except OEM | Yes, with commercial license | Yes, with commercial license |
| **Functionality** | | | |
| Neo4j high performance graph database | Yes | Yes | Yes |
| Batch inserter for bulk uploads | Yes | Yes | Yes |
| Shell for console access | Yes | Yes | Yes |
| Graph algorithm package | Yes | Yes | Yes |
| Native language bindings[1] | Yes | Yes | Yes |
| Web frameworks integration[2] | Yes | Yes | Yes |
| Neo4j Server | Yes | Yes | Yes |
| **Operations and Monitoring** | | | |
| SNMP & JMX monitoring | | Yes | Yes |
| Neo4j Web Management console | Basic | Full | Enterprise |
| **High load & high availability** | | | |
| Online backup of running instance | | | Yes |
| Online failover to warm spare | | | Yes |
| Read slave replication | | | Yes |
| Read/write slave replication | | | Yes |
| High availability with master failover | | | Yes |
| **Support & Services** | | | |
| Support hours | | 5x10 | 7x24 |
| Response time | | 24h | 1h |
| Communication channel | | Email | Phone |
| Technical alerts | | Yes | Yes |



| OEM and Volume discount: | Contact Sales | Contact Sales | Contact Sales |

1 Native bindings to Ruby, Python, Scala, Clojure and Groovy

2 Integration with Spring Framework, Grails, Rails, Django, PHP and more

3 Available to Early Access Program customers

### Products & Solutions
Solutions
Neo4j Executive Overview
Product Guide
Price List

### Community
Neo4j.org
Download Neo4j
Neo4j Blog
Discussion Forums
Documentation
Wiki

### About Us
Overview
Company Blog
Press Page
Jobs

### Subscribe to our Newsletter
Your email address
Subscribe

Contact Us for Information

Copyright © 2011 - Neo Technology | Site Credits

Exhibit 6



FEB **MAR** MAY
◀ **26** ▶
2013 **2014** 2015

63 captures
13 Jan 2013 - 4 May 2017

About this capture

NEOTECHNOLOGY.COM  |  NEO4J.ORG  |  GRAPHCONNECT.COM


**neo**technology  graphs are everywhere

| NEO4J GRAPH DB | CUSTOMERS | PARTNERS | EVENTS | COMMUNITY | ABOUT | CONTACT US |



# Neo4j
## World's Leading Graph Database

Neo4j is a robust and proven database technology built from the ground up for use in mission-critical systems with highly inter-connected data models.



**Curses!**
This video can't be played with your current setup.

Intro to Neo4j (38:14)

## Key benefits of Neo4j

☐ Minutes-to-Milliseconds Performance

Over relational database and other NOSQL alternatives, Neo4j turns complex joins into simple & fast graph traversals.

☐ Fully ACID, Robust & Scalable

Neo4j is an enterprise database with full ACIDity, support for high-availability clustering, and transaction support.

☐ Drastically-Accelerated Development Cycles

Thanks to its flexible data model and Cypher, an intuitive graph query language, Neo4j is easy to use.

☐ Extreme Business Responsiveness

Schemaless, unlike relational, Neo4j is flexible, yet, unlike other NOSQL databases, offers structure and meaning.

## Neo4j Enterprise Edition

Neo4j Enterprise Edition is built to perform at scale for startups to enterprise implementations. Commercial subscriptions include the permission to integrate the enterprise editions in closed-source software products, service and support by Neo Technology.

Learn more about Neo4j's Commercial Subscriptions »

### Latest Neo4j News

Neo4j 2.0.1 Community Released on Windows Azure VM Depot

We have released a Linux distribution of Neo4j 2.0.1 community on Windows Azure's VM Depot website. Users of Windows Azure are now able to copy a platform image of Neo4j 2.0.1 directly from the VM Depot. Once provisioned, a fresh Neo4j database instance is made available via HTTP through port 7474. Check out the slides below for instructions on

### Neo4j White Papers



Graph Databases: The Super Fast New Way to Access Social Data

A new type of database significantly changes the standard direction taken by NOSQL. Graph databases, unlike their NOSQL and relational brethren, are designed for lightning-fast access

how to setup and provision the virtual machine

Read More »

to complex data found in social networks, recommendation engines and networked systems. Get the White Paper »



## NoSQL, Big Data, and Graphs

It used to be that databases were just tasked with digitizing forms and automating business processes. The data was often tabular – take an accounting ledger, for example –and the processes being modeled were reasonably static. Today, the types of data that we are interested in are much more diverse and dynamic. Get the White Paper »

© 2014 Neo Technology Inc.
All Rights Reserved
Privacy Policy
Terms

**PRODUCTS**
Neo4j Executive Overview
Neo4j Use Cases
Services
Price List
Resources
Hardware Sizing Calculator
Download Neo4j

**RELATED SEARCHES**
Graph Databases
Customer Stories
Press Release
Video
German Edition
French Edition

**ABOUT US**
About Neo Technology
Jobs
Staff
Book Store
Press

**USA:** 1-855-636-4532   **UK:** +44 808 189 0493   **GERMANY:** +49 800 010 1090   **FRANCE:** +33 (0)8 05 08 00 31

Exhibit 7



128 captures
27 Feb 2010 - 9 Nov 2017

FEB **MAR** MAY
◀ **26** ▶
2013 **2014** 2015

About this capture

NEOTECHNOLOGY.COM  |  NEO4J.ORG  |  GRAPHCONNECT.COM



**neo**technology  graphs are everywhere

| NEO4J GRAPH DB | CUSTOMERS | PARTNERS | EVENTS | COMMUNITY | ABOUT | CONTACT US |

# Neo4j Commercial Subscriptions

**Need help deciding?**
**Contact Sales**

– Neo4j Commercial Subscriptions –

| | Community | Personal | Startups | Business & Enterprise |
|---|---|---|---|---|
| | Open Source | Startups with up to 3 employees and $100K in annual revenue<br><br>Free | < $10M in funding < $5M in annual revenue<br><br>$12K / €12K | Medium Business to Global 2000<br><br>Contact Sales |
| **Graph Database Features** | | | | |
| Property Graph Model | ✓ | ✓ | ✓ | ✓ |
| Native Graph Processing | ✓ | ✓ | ✓ | ✓ |
| Native Graph Storage | ✓ | ✓ | ✓ | ✓ |
| ACID | ✓ | ✓ | ✓ | ✓ |
| Cypher – Graph Query Language | ✓ | ✓ | ✓ | ✓ |
| Language Drivers (most popular languages) | ✓ | ✓ | ✓ | ✓ |
| REST API | ✓ | ✓ | ✓ | ✓ |
| High-Performance Native API | ✓ | ✓ | ✓ | ✓ |
| HTTPS (via Plug-in) | ✓ | ✓ | ✓ | ✓ |
| **Performance & Scalability** | | | | |
| High-Performance Cache | – | ✓ | ✓ | ✓ |
| Clustering | – | ✓ | ✓ | ✓ |
| Online Backup | – | ✓ | ✓ | ✓ |
| Advanced Monitoring | – | ✓ | ✓ | ✓ |
| **Maintenance** | | | | |

| | | | | |
|---|---|---|---|---|
| Certified for Windows | – | ✓ | ✓ | ✓ |
| Certified for Linux | – | ✓ | ✓ | ✓ |
| Maintenance Releases & Schedules Fixes | ✓ | ✓ | ✓ | ✓ |
| Emergency Patches | – | – | – | Available |
| **Support** | | | | |
| Community Support | ✓ | ✓ | ✓ | ✓ |
| Commercial Email Support | – | – | ✓ | ✓ |
| Commercial Phone Support | | | – | ✓ |
| Support Hours | – | – | 10 x 5 | Up to 24 x 7 |
| **License** | | | | |
| Commercial License | – | ✓ | ✓ | ✓ |
| Production Instances | – | 3* | 3* | 3+ |
| Test Instances | – | 3* | 3* | 3+ |
| # of Developers | – | up to 2 developers | 2 developers* | 3+ developers |

**PRICES ABOVE ARE QUOTED IN US DOLLARS FOR THE US AND CANADIAN MARKETS; FOR PRICING OUTSIDE THESE AREAS PLEASE CONTACT SALES.**

*Contact Neo about larger clusters, or more developers.

Join the **Partner Graph**

If you are looking to embed & redistribute Neo4j with your software, please Contact Us.

© 2014 Neo Technology Inc.
All Rights Reserved
Privacy Policy
Terms

**PRODUCTS**
Neo4j Executive Overview
Neo4j Use Cases
Services
Price List
Resources
Hardware Sizing Calculator
Download Neo4j

**RELATED SEARCHES**
Graph Databases
Customer Stories
Press Release
Video
German Edition
French Edition

**ABOUT US**
About Neo Technology
Jobs
Staff
Book Store
Press

**USA:** 1-855-636-4532   **UK:** +44 808 189 0493   **GERMANY:** +49 800 010 1090   **FRANCE:** +33 (0)8 05 08 00 31

Exhibit 8

WHAT'S NEW ▶    Read the article!         ✕

## WHOIS

HOME ❯ GET .ORG ❯ FIND MY .ORG ❯ WHOIS

**Search for .ORG, .NGO, .ONG, .OPR, .संगठन or .机构**

> neo4j.org

I'm not a robot

reCAPTCHA
Privacy - Terms

FIND YOUR DOMAIN

# WHOIS Search Results for Domain Name: NEO4J.ORG Registry

Domain ID: D123843482-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.whois.godaddy.com
Updated Date: 2018-05-10T01:00:16Z
Creation Date: 2006-06-04T23:20:54Z
Registry Expiry Date: 2023-06-04T23:20:54Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:

We use cookies that are required to make our website function properly for you. We also use cookies to provide third-party (Google) analytics to help us improve our website. You may disable both types of cookies via your browser settings. For more information see the Cookie section of our Privacy Notice.

Ok   No   Privacy policy

Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Registrant Organization: Neo Technology
Registrant State/Province: California
Registrant Country: US
Name Server: NS57.DOMAINCONTROL.COM
Name Server: NS58.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form
https://www.icann.org/wicf/)
>>> Last update of WHOIS database: 2020-02-06T23:20:58Z <<<


For more information on Whois status codes, please visit
https://icann.org/epp


Access to Public Interest Registry WHOIS information is
provided to assist persons in determining the contents of a
domain name registration record in the Public Interest
Registry registry database. The data in this record is
provided by Public Interest Registry for informational
purposes only, and Public Interest Registry does not
guarantee its accuracy. This service is intended only for
query-based access. You agree that you will use this data
only for lawful purposes and that, under no circumstances
will you use this data to (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile
of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic
processes that send queries or data to the systems of
Registry Operator, a Registrar, or Afilias except as
reasonably necessary to register domain names or modify
existing registrations. All rights reserved. Public Interest
Registry reserves the right to modify these terms at any

We use cookies that are required to make our website function properly for you. We also use cookies to provide third-party (Google) analytics to help us improve our website. You may disable both types of cookies via your browser settings. For more information see the Cookie section of our Privacy Notice.

Ok        No        Privacy policy

an RDDS service that can be queried for additional
information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.



BECOME A REGISTRAR    FIND A REGISTRAR    POLICIES    GLOSSARY

PIR CAREERS    CONTACT US    PIR PRIVACY NOTICE

We use cookies that are required to make our website function properly for you. We also use cookies to provide third-party (Google) analytics to help us improve our website. You may disable both types of cookies via your browser settings. For more information see the Cookie section of our Privacy Notice.

Ok    No    Privacy policy