John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation<br><br>Plainotiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>Date:     August 13, 2020<br>Time:    9:00<br>Dept.:    Courtroom 4, 5th Floor<br>Judge:   Hon. Edward J. Davila |

I, Cary Chien, declare as follows:

1.  I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j USA") in the above-referenced matter.  I make this declaration in support of Neo4j USA's Motion to Strike and Motion to Dismiss for Failure to State a Claim filed herewith in the above-captioned matter.

894\3555772.1

DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE AND MOTION TO DISMISS; CASE NO.  5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Neo4j USA's webpage dated October 13, 2015, (http://www.neo4j.com/trademark-policy), archived on July 10, 2017, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

4. Attached hereto as **Exhibit 2** is a true and correct copy of Neo4j USA's webpage dated April 3, 2019 (http://www.neo4j.com/trademark-policy), which was downloaded from Neo4j's current website. This exhibit is also attached as Exhibit 2 to Plaintiffs' Second Amended Complaint. Dkt. No. 50, ¶ 28.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 19th day of June 2020, at San Jose, California.

By: */s/ Cary Chien*
Cary Chien

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

894\3555772.1
- 2 -
DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE AND MOTION TO DISMISS; CASE NO.  5:18-CV-07182-EJD