1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Plaintiffs and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 NEO4J, INC., a Delaware corporation,          CASE NO.  5:18-cv-07182-EJD
   NEO4J SWEDEN, AB,
15                                               **PLAINTIFF AND COUNTER-**
                                                 **DEFENDANT NEO4J SWEDEN AB'S**
16                Plaintiffs,                     **ANSWER TO DEFENDANTS**
                                                 **PURETHINK LLC, IGOV, INC. AND**
17         v.                                    **JOHN MARK SUHY'S SECOND**
                                                 **AMENDED COUNTERCLAIM**
18 PURETHINK LLC, a Delaware limited
   liability company, IGOV INC., a Virginia      **DEMAND FOR JURY TRIAL**
19 corporation, and JOHN MARK SUHY, an
   individual,

20                Defendants.

21
   AND RELATED COUNTERCLAIMS.
22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

Plaintiff and Counter-Defendant Neo4j Sweden AB ("Neo4j Sweden") responds to Defendants and Counterclaimants PureThink, LLC ("PureThink"), iGov, Inc. ("iGov") and John Mark Suhy ("Suhy") (collectively, "Counterclaimants") Second Amended Counterclaim, Dkt. No. 72 (the "Counterclaims"), as follows:

## ANSWER TO COUNTERCLAIM

### I.    Jurisdiction

1.    The allegations in Paragraph 1 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

### II.    Parties

2.    Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 and on that basis denies them.

3.    Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3 and on that basis denies them.

4.    Neo4j Sweden admits that John Mark Suhy is an individual and admits the Second Amended Counterclaim is the operative counterclaim.

5.    On information and belief, Neo4j Sweden admits that Neo4j, Inc. is a Delaware corporation.

6.    Neo4j Sweden admits that it is a Swedish corporation.

### III.    Introduction

7.    Neo4j Sweden admits that the GNU General Public License "GPL" license has several distinct versions.  Neo4j Sweden further admits that GNU Affero General Public License "AGPL" license has several distinct versions.  The remaining allegations lack specificity and are vague as to the particular software and version thereof, as well as which particular license applies a particular version of software, and on that basis Neo4j Sweden denies the allegations in Paragraph 7.  Except as expressly admitted, Neo4j Sweden denies the remaining allegations contained in Paragraph 7.

/ / /

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3542846.5
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

8.     Neo4j Sweden admits that Github.com is an open source software repository.  The allegations in Paragraph 8 lack specificity and are vague as to the particular software and version thereof referenced as "Neo4j open source software," and on that basis Neo4j Sweden denies the allegations related thereto in Paragraph 8.  Except as expressly admitted, Neo4j Sweden denies the remaining allegations contained in Paragraph 8.

9.     The allegations in Paragraph 9 lack specificity and are vague as to which version or versions of the GPL and/or AGPL license, as well as which version or versions of "the Neo4j source code" and "source code" are referred to therein, and on that basis Neo4j Sweden denies the allegations related thereto in Paragraph 9.  Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and on that basis denies them.

10.    The allegations in Paragraph 10 lack specificity and are vague as to which version or versions of the NEO4J® software and GPL and AGPL licenses are being referred to, and on that basis Neo4j Sweden denies the allegations related thereto in Paragraph 10.  Neo4j Sweden denies the remaining allegations contained in Paragraph 10.

11.    Neo4j Sweden denies the allegations contained in Paragraph 11.

12.    Neo4j Sweden denies the allegations contained in Paragraph 12.

13.    The allegations in Paragraph 13 call for a legal conclusion; therefore no response is required.  To the extent any further answer is required, however, Neo4j Sweden denies the allegations contained in Paragraph 13.

14.    On information and belief, Neo4j Sweden admits that during 2014 Neo4j USA was in discussions with the Maryland Procurement Office (MPO) about NEO4J® software products.  Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 14 and on that basis denies them.

15.    On information and belief, Neo4j Sweden admits that Neo4j USA signed a NEO4J® Solution Partner Agreement with Neo Technology, Inc., effective 9-30-2014.   On information and belief, Neo4j Sweden admits that Exhibit B appears to be a copy of the NEO4J® Solution Partner Agreement, which Counterclaimants attached to their Counterclaim in complete

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3542846.5

- 3 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1  disregard and breach of the confidentiality provision contained therein.

2          16.      On information and belief, Neo4j Sweden admits that John Mark Suhy had

3  discussions with Lars Nordwall concerning obtaining business with entities within the United

4  State Government.  Neo4j Sweden denies the remaining allegations in Paragraph 16.

5          17.      Neo4j Sweden denies the allegations in Paragraph 17.

6          18.      On information and belief, Neo4j Sweden admits that PureThink provided

7  NEO4J® Enterprise Edition subscriptions to the Maryland Procurement Office, Sandia National

8  Laboratories, and the FBI at one time with Neo4j USA's approval.  Based on public filings, it

9  appears that PureThink provided NEO4J® Enterprise Edition subscriptions to the IRS without the

10  authorization of Neo4j.  Neo4j Sweden denies the remaining allegations in Paragraph 18.

11          19.      Neo4j Sweden denies the allegations contained in Paragraph 19.

12          20.      On information and belief, Neo4j Sweden admits that PureThink breached the

13  NEO4J® Solution Partner Agreement in conjunction with PureThink's dealings with IRS.  Neo4j

14  Sweden denies the remaining allegations in Paragraph 20.

15          21.      Neo4j Sweden admits that John Mark Suhy and PureThink formed iGov to evade

16  PureThink's obligations under the NEO4J® Solution Partner Agreement.  On information and

17  belief, Neo4j Sweden admits that Exhibit D appears to contain, in part, a July 11, 2017 email sent

18  by Jason Zagalsky of Neo4j USA to Michael Dunn of the IRS that speaks for itself.  Neo4j

19  Sweden denies Counterclaimants' interpretation thereof and denies the remaining allegations in

20  Paragraph 21.

21                                    **IV.     Counterclaims**

22                                **First Cause of Action**

23              **Interference With Prospective Economic Advantage**

24                                **(Against NEO4J, Inc.)**

25          22.      This cause of action is not asserted against Neo4j Sweden, and therefore no

26  response is required.  To the extent that any response is required, however, Neo4j Sweden

27  incorporates by reference its responses to Paragraphs 1 through 21 of the Counterclaims as

28  though fully set forth herein.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3542846.5                                    - 4 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

23.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

24.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

25.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

26.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

27.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

28.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

29.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

30.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

31.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5

- 5 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

32.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

33.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

34.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

**Second Cause of Action**

**Interference With Contract**

**(Against NEO4J, Inc.)**

35.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 34 of the Counterclaims as though fully set forth herein.

36.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

37.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

38.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

39.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

40.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

41.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

42.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

43.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

**Third Cause of Action**

**Breach of Contract**

**(Against NEO4J, Inc.)**

44.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 43 of the Counterclaims as though fully set forth herein.

45.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

46.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

47.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5

- 7 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

**Fourth Cause of Action**

**Breach of Exclusive Contract to Government**

**(Against NEO4J, Inc.)**

48.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 47 of the Counterclaims as though fully set forth herein.

49.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

50.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

51.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

52.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

53.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

**Fifth Cause of Action**

**Declaratory Relief**

**(Void Restrictions)**

**(Against NEO4J, Inc.)**

54.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

1   incorporates by reference its responses to Paragraphs 1 through 53 of the Counterclaims as

2   though fully set forth herein.

3        55.     This cause of action is not asserted against Neo4j Sweden, and therefore no

4   response is required.  To the extent that any response is required, however, Neo4j Sweden denies

5   the allegations contained in this paragraph.

6        56.     This cause of action is not asserted against Neo4j Sweden, and therefore no

7   response is required.  To the extent that any response is required, however, Neo4j Sweden denies

8   the allegations contained in this paragraph.

9        57.     This cause of action is not asserted against Neo4j Sweden, and therefore no

10   response is required.  To the extent that any response is required, however, Neo4j Sweden denies

11   the allegations contained in this paragraph.

12   **Sixth Cause of Action**

13   **Declaratory Relief**

14   **(Restrictions Violate AGPL License)**

15   **(Against NEO4J, Inc.)**

16        58.     This cause of action is not asserted against Neo4j Sweden, and therefore no

17   response is required.  To the extent that any response is required, however, Neo4j Sweden

18   incorporates by reference its responses to Paragraphs 1 through 57 of the Counterclaims as

19   though fully set forth herein.

20        59.     This cause of action is not asserted against Neo4j Sweden, and therefore no

21   response is required.  To the extent that any response is required, however, Neo4j Sweden denies

22   the allegations contained in this paragraph.

23        60.     This cause of action is not asserted against Neo4j Sweden, and therefore no

24   response is required.  To the extent that any response is required, however, Neo4j Sweden denies

25   the allegations contained in this paragraph.

26        61.     This cause of action is not asserted against Neo4j Sweden, and therefore no

27   response is required.  To the extent that any response is required, however, Neo4j Sweden denies

28   the allegations contained in this paragraph.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3542846.5
- 9 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

**Seventh Cause of Action**

**Declaratory Relief**

**(Commons Clause in AGPL is void)**

**(Against NEO4J SWEDEN AB)**

62.     Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 61 of the Counterclaims as though fully set forth herein.

63.     Neo4j Sweden denies that there is a present controversy as alleged in this paragraph and that Counterclaimants lack standing to seek declaratory relief based thereon.  To the extent an answer is required, Neo4j Sweden denies the remaining allegations contained in this paragraph.

64.     The Commons Clause License Condition to the license governing certain NEOJ4® software speaks for itself.  To the extent an answer is required, Neo4j Sweden denies the remaining allegations contained in this paragraph.

65.     The allegations in Paragraph 65 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

66.     The allegations in Paragraph 66 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

67.     The allegations in Paragraph 67 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

68.     The allegations in Paragraph 68 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

69.     The allegations in Paragraph 69 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3542846.5

- 10 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

**Eighth Cause of Action**

**Declaratory Relief**

**(The Commons Clause in AGPL does not apply to Professional**

**Services for the open source versions of Neo4j)**

**(Against NEO4J SWEDEN AB)**

70.     Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 69 of the Counterclaims as though fully set forth herein.

71.     Neo4j Sweden denies that there is a present controversy as alleged in this paragraph and that Counterclaimants lack standing to seek declaratory relief based thereon.  To the extent an answer is required, Neo4j Sweden denies the remaining allegations contained in this paragraph.

72.     Neo4j Sweden denies that there is a present controversy as alleged in this paragraph and that Counterclaimants lack standing to seek declaratory relief based thereon.  To the extent an answer is required, Neo4j Sweden denies the remaining allegations contained in this paragraph.

73.     The allegations in Paragraph 73 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

74.     The allegations in Paragraph 74 call for a legal conclusion; therefore no response is required.  Neo4j Sweden is also unable to verify the source or authenticity of the contents of this paragraph from the allegations made therein, and it does not appear that the statements referred to therein were made on behalf of either Neo4j USA or Neo4j Sweden.  It also does not appear that the cited statement is not in reference to the specific license or licenses identified in this cause of action.  Therefore Neo4j, denies the allegations contained in this paragraph.

75.     The allegations in Paragraph 75 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

76.     The allegations in Paragraph 76 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

77.     The allegations in Paragraph 77 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

**Ninth Cause of Action**

**Declaratory Relief**

**(Users may use a fork content NEO4J SWEDEN put on a public GitHub repository)**

**(Against NEO4J SWEDEN AB)**

78.     Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 77 of the Counterclaims as though fully set forth herein.

79.     Neo4j Sweden denies that there is a present controversy as alleged in this paragraph and that Counterclaimants lack standing to seek declaratory relief based thereon.  To the extent an answer is required, Neo4j Sweden denies the remaining allegations contained in this paragraph.

80.     The allegations in Paragraph 80 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

81.     The allegations in Paragraph 81 call for a legal conclusion; therefore no response is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

82.     The allegations in Paragraph 82 call for a legal conclusion; therefore no response is required.  Neo4j Sweden is also unable to verify the source or authenticity of the contents of this paragraph from the allegations made therein, and it does not appear that the statements referred to therein were made on behalf of either Neo4j USA or Neo4j Sweden.  Therefore Neo4j, denies the allegations contained in this paragraph.

/ / /

Hopkins & Carley
Attorneys At Law
San Jose ◆ Palo Alto

842\3542846.5                                      - 12 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1      83.     The allegations in Paragraph 83 call for a legal conclusion; therefore no response

2  is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained

3  in this paragraph.

4                                    **Tenth Cause of Action**

5                                    **Declaratory Relief**

6                              **(Abandonment of Trademark)**

7                                 **(Against NEO4J USA)**

8      84.     This cause of action is not asserted against Neo4j Sweden, and therefore no

9  response is required.  To the extent that any response is required, however, Neo4j Sweden

10  incorporates by reference its responses to Paragraphs 1 through 83 of the Counterclaims as

11  though fully set forth herein.

12      85.     This cause of action is not asserted against Neo4j Sweden, and therefore no

13  response is required.  To the extent that any response is required, however, Neo4j Sweden denies

14  the allegations contained in this paragraph.

15      86.     This cause of action is not asserted against Neo4j Sweden, and therefore no

16  response is required.  To the extent that any response is required, however, Neo4j Sweden denies

17  the allegations contained in this paragraph.

18      87.     This cause of action is not asserted against Neo4j Sweden, and therefore no

19  response is required.  To the extent that any response is required, however, Neo4j Sweden denies

20  the allegations contained in this paragraph.

21      88.     This cause of action is not asserted against Neo4j Sweden, and therefore no

22  response is required.  To the extent that any response is required, however, Neo4j Sweden denies

23  the allegations contained in this paragraph.

24      89.     This cause of action is not asserted against Neo4j Sweden, and therefore no

25  response is required.  To the extent that any response is required, however, Neo4j Sweden denies

26  the allegations contained in this paragraph.

27  / / /

28  / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5                                   - 13 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

90.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

91.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

92.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

93.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

94.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

95.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

96.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

97.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

98.     This cause of action is not asserted against Neo4j Sweden, and therefore no response is required.  To the extent that any response is required, however, Neo4j Sweden denies the allegations contained in this paragraph.

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3542846.5

- 14 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1

**Eleventh Cause of Action**

2        No response required as the claim was dismissed with prejudice (Dkt. No. 70), and thus

3    omitted by Counterclaimants.

4

**Twelfth Cause of Action**

5

**Unfair Business Practices**

6

**(Against NEO4J SWEDEN and NEO4J USA)**

7        99.      Neo4j Sweden incorporates by reference its responses to Paragraphs 1 through 98

8    of the Counterclaims as though fully set forth herein.

9        100.     Neo4j Sweden denies the allegations contained in Paragraph 100.

10       101.     Neo4j Sweden denies the allegations contained in Paragraph 101.

11       102.     It is unclear what Counterclaimants mean by "people who contributed to the

12   development of the Neo4J open source software" and "there have been 183 contributors to

13   Neo4J" as alleged in this paragraph, and on that basis Neo4j Sweden denies the allegations

14   contained in Paragraph 102.

15       103.     Neo4j Sweden denies the allegations contained in Paragraph 103.

16       104.     Neo4j Sweden denies the allegations contained in Paragraph 104.

17       105.     The allegations in Paragraph 105 call for a legal conclusion; therefore no response

18   is required.  To the extent an answer is required, Neo4j Sweden denies the allegations contained

19   in this paragraph.

20       106.     The allegations in Paragraph 106 lack specificity and are vague as to which

21   versions of NEO4J® software and the AGPL license are being referred to therein, and on that

22   basis Neo4j Sweden denies the allegations in this paragraph.

23       107.     Neo4j Sweden admits the allegations contained in Paragraph 107.

24       108.     Neo4j Sweden denies the allegations contained in Paragraph 108.

25       109.     Neo4j Sweden denies the allegations contained in Paragraph 109.

26       110.     Neo4j Sweden lacks knowledge or information sufficient to form a belief about the

27   truth of the allegations in Paragraph 110 and on that basis denies them.

28       111.     Neo4j Sweden denies the allegations contained in Paragraph 111.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5
- 15 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

112.   Neo4j Sweden denies the allegations contained in Paragraph 112.

113.   Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113 and on that basis denies them.

114.   The allegations in Paragraph 114 are unintelligible, and therefore Neo4j Sweden cannot form a belief about the truth of the allegations in this paragraph and on that basis denies them.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

115.   The allegations in Paragraph 115 lack specificity and are vague as to whether it is referring to Neo4j USA or Neo4j Sweden in reference to user preferences, and on that basis Neo4j Sweden denies such allegations.  Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 115 and on that basis denies them.

116.   Neo4j Sweden denies the allegations contained in Paragraph 116.

117.   Neo4j Sweden denies the allegations contained in Paragraph 117.

118.   Neo4j Sweden lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 118.

119.   The allegations in Paragraph 119 are unintelligible, and therefore Neo4j cannot form a belief about the truth of the allegations in this paragraph and on that basis denies them.  To the extent an answer is required, Neo4j Sweden denies the allegations contained in this paragraph.

120.   Neo4j Sweden denies the allegations contained in Paragraph 120

121.   Neo4j Sweden denies the allegations contained in Paragraph 121.

122.   Neo4j Sweden denies the allegations contained in Paragraph 122.

123.   Neo4j Sweden denies the allegations contained in Paragraph 123.

124.   Neo4j Sweden denies the allegations contained in Paragraph 124.

125.   Neo4j Sweden denies the allegations contained in Paragraph 125.

126.   Neo4j Sweden denies the allegations contained in Paragraph 126.

127.   Neo4j Sweden denies that Counterclaimants are entitled to the injunctive relief requested in Paragraph 127 and 127(a) (i)-(iv) inclusive therein.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5

- 16 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

128.    Neo4j Sweden denies that Counterclaimants are entitled to the relief and remedy requested in Paragraph 128.

**V.    Prayer for Relief**

Neo4j Sweden denies that Counterclaimants are entitled to any relief as to any claim or counterclaim, and specifically denies any and all allegations and prayers for relief contained in Paragraphs 1 through 7 (and sub-paragraphs therein) of the "Prayer for Relief" section of the Counterclaims.

WHEREFORE, Neo4j Sweden prays for relief, as follows:

1.    That Counterclaimants take nothing by the Counterclaims;

2.    To the extent there is any bases for declaratory relief, a declaratory judgment in favor of Neo4j Sweden; and

3.    For such other and further relief as the Court deems just and proper.

**AFFIRMATIVE DEFENSES**

Neo4j Sweden alleges the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Counterclaims fail to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Jurisdiction)**

The Court lacks subject matter jurisdiction over Counterclaimants' causes of action for Declaratory Judgement as there is no actual case and controversy.

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Standing re AGPL version 3)**

Counterclaimants' declaratory relief claim relating to the AGPL version 3 is barred, in whole or in part, on the grounds that they lack standing to create a justiciable controversy over a third party license agreement and/or a copyright owned by a third party.

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5

- 17 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FOURTH AFFIRMATIVE DEFENSE**

**(Lack of Standing re GitHub Terms of Service)**

Counterclaimants' declaratory relief claim relating to GitHub's terms of service is barred, in whole or in part, on the grounds that they lack standing to create a justiciable controversy over a third party agreement.

**FIFTH AFFIRMATIVE DEFENSE**

**(Lack of Standing re Partner Solution Agreement)**

To the extent iGov claims that it is not subject to the NEO4J® Partner Solution Agreement, it lacks standing to assert the causes of action contained in the Counterclaim.

**SIXTH AFFIRMATIVE DEFENSE**

**(Lack of Privity re Partner Solution Agreement)**

To the extent iGov claims that it is not subject to the NEO4J® Partner Solution Agreement, it lacks privity to assert the causes of action contained in the Counterclaim.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The claims as alleged in the Counterclaim are barred by the applicable statutes of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Counterclaimants have unreasonably failed to mitigate, prevent and/or or reduce their alleged damages and injuries, if any of which Neo4j Sweden denies.

**NINTH AFFIRMATIVE DEFENSE**

**(Intervening Cause/Lack of Causation)**

The damages claimed in the Counterclaim, if any be found, are barred by the reason of the acts of others which proximately caused said damages. Counterclaimants cannot demonstrate that they suffered any losses as a result of any alleged wrongful conduct. Further, any injuries sustained by Counterclaimants were the results of its own acts or omissions and/or the acts or omissions of its agents, employees, managers, officers and directors, as well as any number of

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5

- 18 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1   intervening and superseding causes, including the acts of Counterclaimants' agents, employees,

2   managers, officers and directors.

3                       **TENTH AFFIRMATIVE DEFENSE**

4                               **(Laches)**

5        The claims as alleged in the Counterclaim are barred by the doctrine of laches in that

6   Counterclaimants either knew or should have known about the alleged wrongdoing by Neo4j

7   Sweden well before the filing of the Counterclaim in this action, but unreasonably delayed in

8   bringing said claims and severely prejudiced Neo4j Sweden by doing so.

9                      **ELEVENTH AFFIRMATIVE DEFENSE**

10                              **(Estoppel)**

11       The claims as alleged in the Counterclaim are barred by the doctrine of estoppel.  In

12  particular, Counterclaimants' claims are based upon a failure to comply with their obligations

13  under the NEO4J® Partner Solution Agreement and their attempts to circumvent the licensing

14  restrictions on certain NEO4J® software, and thus are estopped from claiming any alleged

15  damages resulting therefrom.  Further, Counterclaimants are estopped from asserting their claims

16  because they have wrongfully withheld monies due and owing under the NEO4J® Partner

17  Solution Agreement.  Finally, Counterclaimants are estopped from asserting that any provision in

18  the NEO4J® Partner Solution Agreement allegedly violates Bus. & Prof. Code § 16600 as they

19  were fully advised of the nature of the transaction and with full knowledge thereof voluntarily

20  participated in said transaction and agreed to the terms thereof, and as such Counterclaimants are

21  estopped from obtaining the relief prayed for in the Counterclaims.

22                      **TWELFTH AFFIRMATIVE DEFENSE**

23                          **(Licensee Estoppel)**

24       The claims as alleged in the Counterclaim are barred, in whole or in part, by the doctrine

25  of licensee estoppel.  In particular, Counterclaimants' trademark abandonment claim is based

26  upon alleged naked licensing that occurred while the NEO4J® Partner Solution Agreement,

27  which contained a trademark license, was in effect.  As a result, Counterclaimants are estopped

28  from claiming any alleged naked licensing occurred before and up to the time Neo4j USA

Hopkins & Carley
Attorneys At Law
San Jose ◆Palo Alto

842\3542846.5

- 19 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1  terminated that agreement and the underlying trademark license.

2  **THIRTEENTH AFFIRMATIVE DEFENSE**

3  **(Unclean Hands)**

4  Neo4j Sweden alleges that any recovery on the claims asserted in the Counterclaims is

5  barred by reason of Counterclaimants' unclean hands based on their wrongdoing as set forth in

6  Neo4j's Sweden Second Amended Complaint, which Neo4j Sweden incorporates herein by

7  reference.

8  **FOURTEENTH AFFIRMATIVE DEFENSE**

9  **(Waiver)**

10  The claims as alleged in the Counterclaim are barred by the doctrine of waiver, as alleged

11  in the foregoing affirmative defenses and incorporated herein by reference.

12  **FIFTEENTH AFFIRMATIVE DEFENSE**

13  **(Negligence)**

14  Neo4j Sweden alleges that Counterclaimants were careless and negligent in and about the

15  matters referred to in the Counterclaim and that such negligence and carelessness on the part of

16  Counterclaimants proximately caused and contributed to the damages complained of, if any.

17  **SIXTEENTH AFFIRMATIVE DEFENSE**

18  **(Set-Off)**

19  To the extent Counterclaimants have suffered any alleged damages, which Neo4j Sweden

20  specifically denies, any alleged damages suffered by Counterclaimants must be set-off by (1) the

21  amounts Counterclaimants are wrongfully withholding from Neo4j Sweden; (2)

22  Counterclaimants' ill-gotten gains from their wrongful conduct; and/or (3) the damages suffered

23  by Neo4j Sweden as a result of Counterclaimants' acts and/or omissions as alleged in the

24  Complaint.

25  **SEVENTEENTH AFFIRMATIVE DEFENSE**

26  **(Unjust Enrichment)**

27  Neo4j Sweden alleges that the causes of action alleged in the Counterclaim are barred, in

28  whole or in part, as Counterclaimants would be unjustly enriched if allowed to recover any of the

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3542846.5
- 20 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1   sums alleged in the Counterclaim because they have wrongfully withheld funds and/or payments

2   due and owing to Neo4j USA under the NEO4J® Partner Solution Agreement, as well as profited

3   off the infringement of Neo4j USA's trademark and goodwill and from removing Neo4j

4   Sweden's copyright management information from copies of Neo4j Sweden's copyrighted

5   software.  Counterclaimants have wrongfully withheld payments from Neo4j USA in amounts

6   similar to what they have claimed as their alleged damages.  As a result, Counterclaimants

7   suffered no damages and would be unjustly enriched if they were to recover on their

8   counterclaims.

9                           **EIGHTEENTH AFFIRMATIVE DEFENSE**

10                              **(Performance of Contract Excused)**

11       Neo4j Sweden alleges that Neo4j USA performance under the NEO4J® Partner Solution

12   Agreement was excused and/or prevented by the acts and omissions of Counterclaimants, their

13   non-performance under the NEO4J® Partner Solution Agreement, and Counterclaimant's

14   material breaches thereof as alleged in the Complaint.

15                          **NINETEENTH AFFIRMATIVE DEFENSE**

16                                 **(Privilege/Justification)**

17       The claims as alleged in the Counterclaim are based, in whole or in part, on acts that are

18   and were privileged and/or justified, and, therefore, not actionable.  In particular, to the extent

19   Neo4j Sweden purportedly interfered Counterclaimants' alleged prospective economic

20   relationships, which Neo4j specifically denies, there can be no intentional interference therewith

21   because Neo4j Sweden acted only to protect its legitimate business and financial interests, and/or

22   in furtherance of lawful competition.  Likewise, to the extent Neo4j purportedly interfered

23   Counterclaimants' contractual relationships, which Neo4j specifically denies, there was no

24   intentional interference therewith because Neo4j acted only to protect its legitimate business and

25   financial interests, and/or in furtherance of lawful competition.

26                           **TWENTIETH AFFIRMATIVE DEFENSE**

27                            **(First Amendment Freedom of Petition)**

28       The claims as alleged in the Counterclaim are based, in whole or in part, on acts that are

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3542846.5                                - 21 -

PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD

1   and were subject to Neo4j Sweden's constitutional right of freedom to petition under the First

2   Amendment, U.S. Const. amend. I, and the *Noerr-Pennington* doctrine based thereon, and,

3   therefore, not actionable.

4                          **TWENTY-FIRST AFFIRMATIVE DEFENSE**

5                                   **(Speculative Damages)**

6          Neo4j Sweden alleges that the purported causes of action in the Counterclaim are barred,

7   in whole or in part, because the Counterclaimants' purported damages are speculative and

8   uncertain and there is no reasonable basis to assume any of the alleged prospective economic

9   relationships were allegedly disrupted by Neo4j USA and/or would otherwise been consummated.

10  Counterclaimants' damages theories also fail because they are based upon uncertain future

11  benefits that are too speculative to be ascertainable.

12                       **TWENTY-SECOND AFFIRMATIVE DEFENSE**

13                               **(Extent of Punitive Damages)**

14         The Counterclaim fails to state a cause of action for recovery or punitive damages.  To the

15  extent the amount of punitive damages sought by Counterclaimants is unconstitutionally

16  excessive under the United States Constitution, it violates Excessive Fines Clause of the Eighth

17  Amendment, U.S. Const. amend. VIII, and the Due Process Clause of the Fourteenth

18  Amendment, U.S. Const. amend. XIV, Section 1.

19

20                                  <u>**JURY DEMAND**</u>

21         Neo4j Sweden demands a jury trial on all issues related to these counterclaims that are

22  triable by jury.

23  Dated:  June 19, 2020                         HOPKINS & CARLEY
                                                  A Law Corporation
24
                                                  By: */s/ Cary Chien*
25                                                    John V. Picone III
                                                      Jeffrey M. Ratinoff
26                                                    Cary Chien
                                                      Attorneys for Plaintiffs and
27                                                    Counter-Defendants
                                                      NEO4J, INC. and NEO4J SWEDEN AB
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3542846.5                              - 22 -
PLAINTIFF AND COUNTER-DEFENDANT NEO4J SWEDEN AB'S ANSWER TO SECOND AMENDED COUNTERCLAIM
5:18-CV-07182-EJD