Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NEO4J, INC., and NEO4J SWEDEN
AB,

     Plaintiff(s),

  v.

PURETHINK LLC, IGOV INC., and
JOHN MARK SUHY,

     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 5:18-cv-07182-E

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Richard E. Starr , an active member in good standing of the bar of Virginia , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Adron W. Beene , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>2503 Childs Lane<br>Alexandria, VA 22308 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1754 Technology Drive, Suite 228<br>San Jose, CA 95110 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(703) 780-3330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 392-9233 |
| MY EMAIL ADDRESS OF RECORD:<br>RichardEStarr@StarrLaw.Biz | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>adron@adronlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 32319 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 06/22/20

           Richard E. Starr
            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Richard E. Starr is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

           UNITED STATES DISTRICT/MAGISTRATE JUDGE