1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Plaintiffs

11

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14 NEO4J, INC., a Delaware corporation,        CASE NO.  5:18-cv-07182-EJD
   NEO4J SWEDEN AB, a Swedish
15 corporation                                 **REPLY DECLARATION OF CARY
                                               CHIEN IN SUPPORT OF NEO4J, INC.'S
16                 Plaintiffs,                  MOTION TO STRIKE AND MOTION TO
                                               DISMISS**
17      v.
                                               Date:      August 13, 2020
18 PURETHINK LLC, a Delaware limited           Time:      9:00 a.m.
   liability company, IGOV INC., a Virginia    Dept.:     Courtroom 4, 5th Floor
19 corporation, and JOHN MARK SUHY, an         Judge:     Hon. Edward J. Davila
   individual,
20
                   Defendants.
21

22

23      I, Cary Chien, declare as follows:

24      1.     I am an attorney at law, duly licensed to practice before all courts of the State of

25 California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for

26 Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j USA") in the above-referenced matter.  I make this

27 declaration in support of Neo4j USA's reply brief filed in support of its Motion to Strike and

28 Motion to Dismiss for Failure to State a Claim filed herewith in the above-captioned matter.

---

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3569314.1

REPLY DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE AND
MOTION TO DISMISS; CASE NO.  5:18-CV-07182-EJD

2.      The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Defendant PureThink LLC's webpage from Wayback Machine archival website (URL: https://archive.org/) archived on November 1, 2017, which can be downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org) and was produced by Defendants in this litigation.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the relevant pages from a Dun & Bradstreet Comprehensive Report for Neo4j, Inc. prepared by and obtained from Dun & Bradstreet, Inc., which I understand to be an independent public corporate reporting service, reflecting that Neo4j Sweden AB is a subsidiary of Neo4j, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 13th day of July 2020, at San Jose, California.

By: */s/ Cary Chien*
_____
Cary Chien

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3569314.1

- 2 -

REPLY DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE AND MOTION TO DISMISS; CASE NO.  5:18-CV-07182-EJD