# Exhibit B

# dun & bradstreet

## NEO4J, INC.
D-U-N-S®  07-846-4859  Single  
111 E 5th Ave,  
San Mateo, CA 94401  
Phone  855 636-4532

**Comprehensive Report**  
Purchase Date: 03/02/2020  
Last Update Date: 02/04/2020  
Attention: Paul

## Executive Summary

### Company Info
| | | | |
|---|---|---|---|
| Year Started | 2011 | CEO | EMIL EIFREM, CEO |
| Control Year | 2011 | Employees | 8 |

### D&B Rating
| D&B Rating | -- |
|---|---|

### D&B PAYDEX®



### Predictive Analytics

#### Financial Stress Class



The Financial Stress Class of 3 for this company shows that firms with this class had a failure rate of 0.24% (24 per 10,000).

| | |
|---|---:|
| Financial Stress Class | 3 |
| Financial Stress Score | 1,507 |
| Highest Risk | 1,001 |
| Lowest Risk | 1,875 |

#### Credit Score Class



The Credit Score class of 2 for this company shows that 2.50% of firms with this classification paid one or more bills severely delinquent.

| | |
|---|---:|
| Credit Score Class | 2 |
| Credit Score | 556 |
| Highest Risk | 101 |
| Lowest Risk | 670 |

### Credit Limit Recommendation

### D&B Viability Rating



## Business History

| | |
|---|---|
| **Officers** | EMIL EIFREM, CEO;<br>MIKE ASHER, CFO |
| **Directors** | THE OFFICER(S) and Denise Persson. |
| As of 02/04/2020 | |

The Delaware Secretary of State's business registrations file showed that Neo Technology, Inc., was registered as a Corporation on July 7, 2011, under file registration number 5007564. The name was changed from Neo Technology, Inc. to Neo4J, Inc. by charter amendment on August 7, 2017.

Business started 2011.

Exact date is undetermined. Since D&B can confirm ongoing operation from outside sources as of 2012, a reference start date of 2012 will be presented.

EMIL EIFREM. Antecedents are unknown.

MIKE ASHER. Antecedents were not available.

Exact date is undetermined. Since D&B can confirm ongoing operation from outside sources as of 2012, a reference start date of 2012 will be presented.

Business address has changed from 37 E 4th Ave, Ste 1, San Mateo, CA, 94401 to 111 E 5th Ave, San Mateo, CA, 94401.

## Business Registration

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE AS OF Oct 22 2011:

| | | | | | |
|---|---|---|---|---|---|
| **Registered Name** | NEO TECHNOLOGY, INC. | **Registration ID** | 5007564 | **Filing Date** | 07/07/2011 |
| **Business Type** | CORPORATION | **Status** | STATUS NOT AVAILABLE | **Registered Agent** | NATIONAL CORPORATE RESEARCH, LTD.<br>615 SOUTH DUPONT HWY,<br>DOVER, DE 199010000 |
| **Corporation Type** | NOT AVAILABLE | **Where Filed** | SECRETARY OF STATE/CORPORATIONS DIVISION , DOVER , DE | | |
| **Incorporated Date** | 07/07/2011 | | | | |
| **State of Incorporation** | DELAWARE | | | | |

## Government Activity Summary

| Activity Summary | | Possible candidate for socioeconomic program consideration | |
|---|---|---|---|
| Borrower | No | Labor Surplus Area | N/A |
| Administrative Debt | No | Small Business | YES (2020) |
| Grantee | No | Women Owned | N/A |
| Party Excluded from Federal Programs | No | Minority Owned | N/A |
| Public Company | N/A | | |
| Contractor | No | | |
| Importer/Exporter | N/A | | |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

## Operations Data

As of 02/04/2020

| | |
|---|---|
| Description: | Provides computer programming services, specializing in software development (100%). |
| | Terms are Net 30 days. Sells to undetermined. |
| Employees: | 8 which includes officer(s). |
| Facilities: | Occupies premises in building. |



## Special Events

As of 12/14/2018
**OFFICER CHANGE:** According to published reports, Neo4j announced that Mike Asher has joined as the company's chief financial officer.

**BOARD OF DIRECTORS UPDATE:** According to published reports, Neo4j announced that Denise Persson has joined the company's Board of Directors.

As of 11/02/2018
**FUNDING/INVESTMENT:** According to published reports, Neo4j, DUNS 078464859, (San Mateo, CA) announced that it has closed an $80 million Series E funding round led by One Peak Partners and Morgan Stanley Expansion Capital including existing investors Creandum, Eight Roads and Greenbridge Partners.

As of 08/31/2017
Business name changed from Neo Technology, Inc. to Neo4j, Inc..

As of 11/10/2016
**FUNDING/INVESTMENT:** According to published reports, Neo Technology, DUNS 078464859, (San Mateo, CA) announced that it has secured $36 million in new funding.

As of 11/23/2015
Business address has changed from 37 E 4th Ave, Ste 1, San Mateo, CA, 94401 to 111 E 5th Ave, San Mateo, CA, 94401.

## Industry Data

| SIC | | NAICS | |
|---|---|---|---|
| Code | Description | Code | Description |
| 73710301 | Computer software development | 541511 | Custom Computer Programming Services |

## Family Tree

### Subsidiaries Global

Neo4j Sweden AB
(D-U-N-S®:77-516-1834)
Nordenskiöldsgatan 24,
Malmö, 211 19,
SE

This list is limited to the first 25 branches, subsidiaries, divisions and affiliates, both domestic and international. Please use the Global Family Linkage Link above to view the full listing.