John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER MODIFICATION OF CASE MANAGEMENT SCHEDULE** |
| AND RELATED COUNTERCLAIMS. | |
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendant. | CASE NO.  5:19-cv-06226-EJD |

842\3569393.2

STIPULATION AND [PROPOSED] ORDER FOR FURTHER MODIFICATION OF CASE MANAGEMENT SCHEDULE
CASE NOS. 5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

# STIPULATION

Plaintiff and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC and iGov, Inc. and Defendant John Mark Suhy (collectively the "PureThink Defendants") in the action entitled *Neo4j, Inc. et al v. PureThink LLC et al*. Case No. 5:18-cv-07182-EJD ("PureThink Action") and Neo4j, Inc. and Defendant Graph Foundation, Inc. ("GFI") in the related action entitled *Neo4j, Inc. v. Graph Foundation, Inc.*, Case No. 3:19-cv-06226-EJD ("GFI Action"), by and through the parties' respective attorneys, hereby submit this stipulation regarding the case schedule as follows:

1. On April 10, 2020, the Court granted the parties' stipulation concerning the claims, counterclaims and affirmative defenses ("Phase 1 Issues") that would be subject to the first motions for summary judgment/adjudication filed by each party. *See* CASE NO. 5:18-cv-07182-EJD, Dkt. No. 58; CASE NO. 5:19-cv-06226-EJD, Dkt. No. 45.

2. Despite their prior meet and confer efforts, however, the parties were in disagreement as to where the unclean hands affirmative defenses asserted by the PureThink Defendants and GFI in their respective operative answers, which are based on similar factual allegations, directly pertain to Lanham Act and UCL claims asserted by Neo4j USA against them.

3. After further meet and confer, the parties have reached an agreement that the unclean hands defenses asserted by PureThink Defendants and GFI in their respective operative answers will not be addressed by the parties in the Phase 1 motions for summary judgment and/or adjudication. Instead, the unclean hands defenses asserted by PureThink Defendants and GFI will be addressed by the parties in Phase 2. The parties reserve all rights in litigating their respective positions concerning the scope and merits of Defendants' unclean hands defenses to the claims asserted by Plaintiffs.

4. The parties further agree that because Neo4j USA's pending motion to dismiss challenging the viability of PureThink Defendants' trademark abandonment counterclaim and affirmative defense based on the theory of naked licensing is not being be heard until August 8, 2020, the case management schedule for Phase 1 should be modestly extended to allow the Court time to rule that motion and for the parties to settle the pleadings, if necessary, thereafter.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3569393.2

STIPULATION AND [PROPOSED] ORDER FOR FURTHER MODIFICATION OF CASE MANAGEMENT SCHEDULE
CASE NOS. 5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

5.  In light of the foregoing, the Parties respectfully request that the Court enter the following case schedule in both the PureThink Action and GFI Action:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff for Phase 1 Issues | August 14, 2020 | September 14, 2020 |
| Last Day to File Fact Discovery Motions for Phase 1 Issues | August 21, 2020 | September 21, 2020 |
| Last Day for Neo4j USA to file its combined motion for summary judgment, partial summary judgment and/or summary adjudication for Phase 1 Issues in the PureThink and GFI Actions | September 25, 2020 | October 26, 2020 |
| Last Day for Defendants to file their combined opening motion for summary judgment, partial summary judgment and/or summary adjudication and opposition for Phase 1 Issues in the PureThink and GFI Actions | October 23, 2010 | November 23, 2010 |
| Last Day for Neo4j USA to file its combined opposition/reply in the PureThink and GFI Actions | November 16, 2020 | December 23, 2020 |
| Last Day for Defendants to file their combined reply brief in the PureThink and GFI Actions | December 2, 2020 | January 15, 2020 |
| Hearing on motions for summary judgment, partial summary judgment and/or summary adjudication and a further Case Management Conference to set the schedule for Phase 2 in the PureThink and the GFI Actions | December 17, 2020, or the earliest available date thereafter | January 28, 2021, ~~or the earliest available date thereafter~~ at 9:00 A.M. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3569393.2 - 3 -
STIPULATION AND [PROPOSED] ORDER FOR FURTHER MODIFICATION OF CASE MANAGEMENT SCHEDULE
CASE NOS. 5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

| | |
|---|---|
| Dated:  July 15, 2020 | HOPKINS & CARLEY<br>A Law Corporation<br><br>By: */s/ Jeffrey M. Ratinoff*<br>Jeffrey M. Ratinoff<br>Attorneys for Plaintiffs and<br>Counter-Defendants<br>NEO4J, INC. and NEO4J SWEDEN AB |
| Dated:  July 15, 2020 | */s/ Adron W. Beene*<br>Adron W. Beene<br>Attorneys for Defendants PURETHINK LLC, IGOV INC., and JOHN MARK SUHY |
| Dated:  July 15, 2020 | BERGESON, LLP<br><br>By: */s/ John D. Pernick*<br>John D. Pernick<br>Attorneys for Defendant<br>GRAPH FOUNDATION, INC. |

**IT IS SO ORDERED.**

Dated:   July 16, 2020

EDWARD J. DAVILA
United States District Court Judge