| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
|   | jratinoff@hopkinscarley.com |
| 3 | Cary Chien, Bar No. 274078 |
|   | cchien@hopkinscarley.com |
| 4 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 5 | The Letitia Building |
|   | 70 South First Street |
| 6 | San Jose, CA  95113-2406 |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, | CASE NO.  5:18-cv-07182-EJD |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |

AND RELATED COUNTERCLAIMS.

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB ("Plaintiffs") hereby request the Court remove attorney Cary Chien as counsel of

///

///

///

815\3572546.1

NOTICE OF WITHDRAWAL OF COUNSEL                                           5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

record in this matter. Plaintiffs respectfully request that the Court remove Cary Chien from the service list. All other listed counsel of record for Plaintiffs will remain the same.

Dated: July 24, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ Cary Chien*
    John V. Picone III
    Jeffrey M. Ratinoff
    Cary Chien
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

815\3572546.1

- 2 -

NOTICE OF WITHDRAWAL OF COUNSEL

5:18-CV-07182-EJD