1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:     (408) 286-9800
   Facsimile:     (408) 998-4790
8
   Attorneys for Plaintiffs and Counter-Defendants
9  NEO4J, INC. and NEO4J SWEDEN AB

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12  NEO4J, INC., a Delaware corporation, and          CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN, AB, a Swedish
13  corporation,                                      **DECLARATION OF JEFFREY M.
                                                      RATINOFF IN SUPPORT OF
14                    Plaintiffs,                      STIPULATION AND [PROPOSED]
                                                      ORDER FOR SECOND MODIFICATION
15  v.                                                OF THE PHASE 1 CASE SCHEDULE**

16  PURETHINK LLC, a Delaware limited
    liability company, IGOV INC., a Virginia
17  corporation, and JOHN MARK SUHY, an
    individual,
18
                      Defendants.
19

20  AND RELATED COUNTERCLAIMS.

21  NEO4J, INC., a Delaware corporation, and          CASE NO.  5:19-cv-06226-EJD
    NEO4J SWEDEN AB, a Swedish
22  corporation,

23                    Plaintiffs,

24        v.

25  GRAPH FOUNDATION, INC., an Ohio
    corporation, GRAPHGRID, INC., an Ohio
26  corporation, and ATOMRAIN INC., a
    Nevada corporation,
27
                      Defendants.
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

842\3603851.1

1        I, Jeffrey M. Ratinoff, declare as follows:

2        1.     I am an attorney duly licensed to practice law before all courts in the State of

3   California.  I am an attorney with Hopkins & Carley, a Law Corporation, counsel of record for

4   Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively, "Plaintiffs" or

5   "Neo4j").  I make this declaration in support of the Stipulation and [Proposed] Order for Second

6   Modification of the Phase 1 Case Schedule.

7        2.     I have personal knowledge of the matters set forth herein except as to those

8   matters set forth on information and belief, and as to those, I am informed and believe them to be

9   true, and could and would competently testify thereto.  By making the statements in this

10   declaration, neither Plaintiffs nor I intend to waive the protections of the attorney-client privilege

11   or attorney work product doctrine.

12        3.     On December 5, 2019, the Court ordered the above-captioned actions be related.

13   *See* PureThink Action, Dkt. No. 53.

14        4.     At the March 5, 2020 Joint Case Management Conference for both actions, the

15   Parties discussed with the Court a proposal to allow the parties to focus on completing discovery

16   and filing dispositive motions on their respective trademark-related claims, counterclaims and

17   defenses in both actions.  In doing so, the parties would be allowed to depart from the Court's

18   one-summary judgment motion rule in both actions.   That same day the Court vacated the then-

19   existing case schedule in the PureThink Action.  *See* PureThink Action, Dkt. No. 66.

20        5.     On April 10, 2020, the Court granted the parties' stipulation concerning the claims,

21   counterclaims and affirmative defenses ("Phase 1 Issues") that would be subject to the first

22   motions for summary judgment/adjudication filed by each party.  *See* PureThink Action, Dkt. No.

23   68; GFI Action, Dkt. No. 45.   This stipulation also set forth the case schedule for Phase 1 in both

24   the GFI Action and PureThink Action.  *See id.*

25        6.     On July 16, 2020, the Court granted the parties' stipulation adjusting the Phase 1

26   schedule to allow the Court sufficient time to rule on Neo4j USA's motion to dismiss challenging

27   the viability of PureThink Defendants' trademark abandonment counterclaim and affirmative

28   defense.  *See* PureThink Action, Dkt. No. 82; GFI Action, Dkt. No. 63.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

842\3603851.1                    - 2 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR
SECOND MODIFICATION OF THE PHASE 1 CASE SCHEDULE     5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

7.     On August 21, 2020, the Defendants in the GFI Action filed motions to dismiss certain claims asserted against them in the FAC.  See GFI Action, Dkt. Nos. 74-75.  These motions are currently set to be heard by this Court on October 29, 2020, which is three days after the deadline for Plaintiffs to file their consolidated motion for summary judgment on the Phase 1 Issues.  *See* PureThink Action, Dkt. No. 82; *see also* GFI Action, Dkt. No. 63.

8.     Because the Court's ruling on GFI's pending motion to dismiss may affect the scope of the Phase 1 Issues, the parties have agreed that the briefing schedule and hearing for Phase 1 should be modestly extended to allow the Court time to rule on GFI's motion and for the parties to settle the pleadings, if necessary, thereafter.  The parties have further agreed that such an extension is in the interest of judicial economy because it may potentially streamline the Phase 1 Issues subject to the Phase 1 summary judgement proceedings.

9.     The parties also have agreed that because several outstanding Phase 1 fact discovery issues remain unresolved, the September 21, 2020 deadline for the parties to seek any necessary relief via discovery motions should be extended.  Likewise, the parties have agreed to allow Plaintiffs to schedule the previously noticed Rule 30(b)(6) depositions of GFI and iGov Inc. after the September 14, 2020 fact discovery cutoff, and that the depositions shall be scheduled and completed by October 23, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of September, 2020 at San Jose, California.


/s/ Jeffrey M. Ratinoff
Jeffrey M. Ratinoff

842\3603851.1

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR
SECOND MODIFICATION OF THE PHASE 1 CASE SCHEDULE          5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK