John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

***mailing address:***
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:      (408) 286-9800
Facsimile:       (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**<br><br>Date:        February 11, 2021<br>Time:       9:00 a.m.<br>Dept.:       Courtroom 4, 5th Floor<br>Judge:      Hon. Edward J. Davila |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3636263.1

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE;
CASE NO.  5:18-CV-07182-EJD

1      I, Jeffrey M. Ratinoff, declare as follows:

2          1.      I am an attorney at law, duly licensed to practice before all courts of the State of

3   California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for

4   Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j USA") in the above-referenced matter.  I make this

5   declaration in support of Neo4j USA's Motion for Judgment on the Pleadings filed herewith in

6   the above-captioned matter.

7          2.      The facts stated herein are based on my personal knowledge, except with respect

8   to those matters stated to be on information and belief, and as to those matters, I believe them to

9   be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

10         3.      Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange

11  between myself and counsel for Defendants, Adron Beene, spanning October 19 and 20, 2020.

12         4.      Attached hereto as **Exhibit 2** is a true and correct copy of a second email exchange

13  between myself and counsel for Defendants, Adron Beene, spanning October 19 and 30, 2020.

14         5.      Attached hereto as **Exhibit 3**, is a true and correct copy of the Trademark

15  Registration Certificate for the "NEO4J" trademark, Registration No. 4,784,280, dated August 4,

16  2015, which was downloaded from the USPTO's Trademark Status and Document Retrieval

17  (TSDR) system.

18         6.      Attached hereto as **Exhibit 4** is a true and correct copy of Neo4j USA's webpage,

19  http://www.neotechnology.com, archived on August 23, 2011, which was downloaded from the

20  Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

21         7.      Attached hereto as **Exhibit 5** is a true and correct copy of Neo4j USA's webpage,

22  http://neotechnology.com/products/price-list/, archived on August 23, 2011, which was

23  downloaded from the Wayback Machine website, a digital archive of the World Wide Web

24  (https://web.archive.org).

25         8.      Attached hereto as **Exhibit 6** is a true and correct copy of Neo4j USA's webpage,

26  http://neotechnology.com/neo4j-graph-database/, archived on March 26, 2014, which was

27  downloaded from the Wayback Machine website, a digital archive of the World Wide Web

28  (https://web.archive.org).

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3636263.1

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE;
CASE NO.  5:18-CV-07182-EJD

9.     Attached hereto as **Exhibit 7** is a true and correct copy of Neo4j USA's webpage, http://neotechnology.com/products/price-list/, archived on March 26, 2014, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 30th day of October 2020, at San Jose, California.

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3636263.1

- 3 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE;
CASE NO.  5:18-CV-07182-EJD

**EXHIBIT 1**

**Jeffrey M. Ratinoff**

| | |
|---|---|
| **From:** | Jeffrey M. Ratinoff |
| **Sent:** | Tuesday, October 20, 2020 7:02 PM |
| **To:** | 'Adron Beene'; richardestarr@starrlaw.biz |
| **Cc:** | Adron Jr.; John V. Picone III |
| **Subject:** | RE: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint |

Adron,

The court struck the affirmative defenses in question *with prejudice*.  The two defenses in question are based on the same/facts theories as in the answer to the second amended complaint. Notably, defendants conceded their fraud defense was not viable.  Please provide legal authority to support you position that Defendants can revive two trademark defenses that were found to be insufficient as a matter of law simply because Plaintiffs filed an amended complaint that asserted a new claim that is not related to the prior trademark claim.

Thanks,
Jeff

**From:** Adron Beene <adron@adronlaw.com>
**Sent:** Tuesday, October 20, 2020 6:56 PM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>; richardestarr@starrlaw.biz
**Cc:** Adron Jr. <adronjr@adronlaw.com>; John V. Picone III <jpicone@hopkinscarley.com>
**Subject:** Re: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

The prior court's ruling did not apply to the Third Amended Complaint.

Adron W. Beene
Attorney at Law
7960 Soquel Drive
Ste B #296
Aptos CA 95003
(408) 392-9233



This email, if sent to a client, is confidential. No tax or securities advice is provided or may be relied on.

**From:** "Jeffrey M. Ratinoff" <jratinoff@hopkinscarley.com>
**Date:** Tuesday, October 20, 2020 at 5:55 PM
**To:** Adron Beene <adron@adronlaw.com>, Richard Starr <richardestarr@starrlaw.biz>
**Cc:** Adronjr Beene <adronjr@adronlaw.com>, "John V. Picone III" <jpicone@hopkinscarley.com>
**Subject:** RE: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Counsel,

Please confirm that Defendants will withdraw their Answer to the Third Amended Complaint and refile an answer that comports to the Court's prior rulings.

Thank you.

-Jeff

---

**From:** Jeffrey M. Ratinoff
**Sent:** Monday, October 19, 2020 7:13 PM
**To:** 'Adron Beene' <adron@adronlaw.com>; 'richardestarr@starrlaw.biz' <richardestarr@starrlaw.biz>
**Cc:** 'Adron Jr.' <adronjr@adronlaw.com>; 'jpicone@hopkinscarley.com' <jpicone@hopkinscarley.com>
**Subject:** FW: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Counsel,

We are in receipt of Defendants' answer to the Third Amended Complaint, which impermissibly includes a Seventh Affirmative Defense for Cancellation of Trademark Procured by Fraud and Ninth Affirmative Defense for Naked License Abandonment of Trademark.  Notably, the Court granted Neo4j's motion for judgment on the pleadings in relation to Defendants' counterclaim and affirmative defense seeking cancellation of the Neo4j® Mark based on alleged fraud on May 21, 2020.  *See* Dkt. No. 70.  Likewise, the Court also issued its order dismissing Defendants' naked licensing counterclaim and striking the identical affirmative defense on August 20, 2020.  *See* Dkt. No. 85.  Please confirm that Defendants will immediately file an amended answer omitting these defenses.

Thanks,
Jeff

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Monday, October 19, 2020 3:28 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered by Beene, Adron on 10/19/2020 at 3:27 PM and filed on 10/19/2020
**Case Name:**       Neo4j, Inc. v. PureThink, LLC et al

Case Number:     5:18-cv-07182-EJD
Filer:           PureThink, LLC
                 John Mark Suhy
                 iGov, Inc.
Document Number: 91


**ANSWER to Amended Complaint byPureThink, LLC, John Mark Suhy, iGov, Inc.. (Beene, Adron) (Filed on 10/19/2020)**


**5:18-cv-07182-EJD Notice has been electronically mailed to:**

Adron Gustav Beene     adronjr@adronlaw.com

Adron W. Beene     adron@adronlaw.com

Jeffrey Michael Ratinoff     jratinoff@hopkinscarley.com, dhodges@hopkinscarley.com, veronica.ramirez@neotechnology.com

John V. Picone , III     jpicone@hopkinscarley.com, dhodges@hopkinscarley.com

Richard Edward Starr     Pacer@RStarr.biz

**5:18-cv-07182-EJD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Defendants' Answer to TAC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/19/2020] [FileNumber=17438486-0
] [8c8ad28aa2b762fe4fce0b7de9be94354272d289f852decb8b1f195ef78ef29b14a
a94e952ad46f7182d1c75663b4388118862be01e6b4654c6a0b322bda61be]]

_____

Any tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto. For more information about Hopkins & Carley, visit us at http://www.hopkinscarley.com/.

**EXHIBIT 2**

## Jeffrey M. Ratinoff

| | |
|---|---|
| **From:** | Jeffrey M. Ratinoff |
| **Sent:** | Friday, October 30, 2020 3:51 PM |
| **To:** | 'Adron Beene' |
| **Cc:** | Adron Jr.; richardestarr@starrlaw.biz; John V. Picone III; Arthur E. Rothrock |
| **Subject:** | RE: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint |

Adron,

The issue is that the Third Amended Complaint does not assert any new trademark claims that would allow the reassertion of now-dismissed counterclaims under the guise of the defenses in question. Neo4j Sweden produced that agreement back in March, so Defendants had ample opportunity to allege the ownership issue in its various amended counterclaims and answers to the SAC, and as a basis to seek leave to amend in opposition to Neo4j's motion for judgment on the pleadings. Defendants finally did so, albeit unsuccessfully, in opposition to Neo4j's most recent motion to dismiss/strike.

Defendants thus cannot claim that the agreement is a new fact or theory that is only now germane to the TAC or would otherwise warrant reconsideration of the Court's prior orders. *See Synopsys, Inc. v. Magma Design Automation, Inc.*, 2005 WL 8153035, at *3 (N.D. Cal. Oct. 19, 2005) ("an answer containing new defenses or counterclaims 'may be filed without leave only when the amended complaint changes the theory or scope of the case, and then, the breadth of the changes in the amended response must reflect the breadth of the changes in the amended complaint'") (citation omitted). Even if Defendants could do so, Neo4j USA and Neo4j Sweden are related companies under the Lanham Act making Neo4j USA's ownership status immaterial. *See Hokto Kinoko Co. v. Concord Farms*, Inc., 738 F.3d 1085 (9th Cir. 2013).

Both the doctrines of claim preclusion after a dismissal with prejudice via a Rule 12(b)(6) motion and the law of the case preclude Defendants from attempting to circumvent the Court's prior consideration of this same issue and ruling denying leave to amend. I note that you have still not provided any legal authority supporting your position to the contrary, which suggests there is none and what the Defendants are doing violates the Court's orders and Rule 11.

What you also have not explained is why Defendants have inexplicably re-alleged the same fraud on the PTO theory based on first use dates, which they previously conceded was unmeritorious. Likewise, it is unclear how Defendants can re-allege the same open source naked license theory that the Court expressly held was not legally viable. Since the Court dismissed Defendants' counterclaims and defenses based on these theories **with prejudice**, and they cannot be reasserted irrespective of Neo4j filing an amended complaint.

As for Phase 1 summary judgment, the two defenses in question are related to the viability of the trademark. So, it's unclear why you mean by all issues not being resolved unless you are saying Defendants do not intend to move for summary judgment on those defenses during Phase 1.

Thanks,
Jeff

---

**From:** Adron Beene <adron@adronlaw.com>
**Sent:** Thursday, October 29, 2020 12:06 PM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Cc:** Adron Jr. <adronjr@adronlaw.com>; richardestarr@starrlaw.biz; John V. Picone III <jpicone@hopkinscarley.com>;

Arthur E. Rothrock <arothrock@hopkinscarley.com>
**Subject:** Re: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Jeffrey,
For clarity, we are not reviving the affirmative defenses to the Second Amended Complaint. We believe defendants are allowed to state affirmative defenses to the Third Amended Complaint. You will also note, the affirmative defenses allege different facts based on the evidence produced by Neo4J Sweden regarding the non-exclusive license of the trademark to Neo4J USA and ownership of the trademark in Neo4J Sweden. We feel then we have the right to assert affirmative defenses to the new pleadings you elected to file. We are not aware of any authority to support the proposition that defendants are barred from asserting affirmative defenses to all claims made in an amended pleading.

But your request was about procedures. As the Phase 1 summary judgment schedules cannot resolve all issues with the trademark claim, since the unclean hands has been shifted to the second phase, we see no reason to worry about timing. The February 11, 2021 date is fine and if you want to see if the Court would have an urgent need to move that up, we will work with you on that. It would seem to me a simple matter for you to state, as you have stated below, the affirmative defenses cannot be stated given the Court's rulings based on the Second Amended Complaint. We can then explain the allegations and that the affirmative defenses are to the Third Amended Complaint. The Court could then decide what it wants to do.

Adron W. Beene
Attorney at Law
7960 Soquel Drive
Ste B #296
Aptos CA 95003
(408) 392-9233



This email, if sent to a client, is confidential. No tax or securities advice is provided or may be relied on.

**From:** "Jeffrey M. Ratinoff" <jratinoff@hopkinscarley.com>
**Date:** Thursday, October 29, 2020 at 11:02 AM
**To:** Adron Beene <adron@adronlaw.com>
**Cc:** Adronjr Beene <adronjr@adronlaw.com>, Richard Starr <richardestarr@starrlaw.biz>, "John V. Picone III" <jpicone@hopkinscarley.com>, "Arthur E. Rothrock" <arothrock@hopkinscarley.com>
**Subject:** RE: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Adron,

Since Defendants have not provide a legal basis to revive their Seventh and Ninth Affirmative Defenses, and believe none exist, we intend to file a motion to strike those defenses. The first available hearing date is February 11. I assume the court will take the motion under submission, but we still need to confirm that date. Since the court is taking most motions under submissions, and we'd prefer to have this issue resolved before the Phase 1 summary judgment briefing concludes, please also let me know if you will join in (or not oppose) a motion to have it heard sooner.

Thanks,
Jeff

**From:** Jeffrey M. Ratinoff
**Sent:** Wednesday, October 21, 2020 4:28 PM
**To:** Adron Beene <adron@adronlaw.com>
**Cc:** Adron Jr. <adronjr@adronlaw.com>; richardestarr@starrlaw.biz; John V. Picone III <jpicone@hopkinscarley.com>; Arthur E. Rothrock <arothrock@hopkinscarley.com>
**Subject:** RE: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Adron,

The issue of whether Defendants could assert procurement by fraud and naked licensing defenses based on Neo4j Inc. not allegedly owning the trademark rights to the Neo4j mark in the United States was conclusively resolved via Neo4j's Motion for Judgment on the Pleadings and Subsequent Motion to Dismiss/Strike.

Recall that Plaintiffs moved on Defendants' Seventh Affirmative Defense for Cancellation of Trademark Procured by Fraud asserted in their original answer to the SAC. *See* Dtk. No. 54 at 18:20-19:3. One of the arguments Plaintiffs made in support of that motion was that it is a related company to Neo4j Sweden pursuant to 15 U.S. Code § 1127 and 15 U.S.C. § 1055. These statutes make clear that when a mark sought to be registered is used legitimately by related companies, *i.e.* Neo4j Sweden, such use shall inure to the benefit of the registrant or applicant for registration, *i.e.* Neo4j USA, and such use shall not affect the validity of such mark or of its registration. *See* Dkt. No. 60 at 10:11-11:24.

In their opposition, Defendants did not substantively address the foregoing argument, and instead, conceded that their fraud on the PTO defense was not viable. *See* Dkt. No. 63 at 3:7-25. Defendants also did not propose to save their fraud defense by alleging that "Neo4j USA is not the owner of the trademark. Neo4J USA is only a non-exclusive licensee of the mark and the ownership of the mark is owned by Neo4J Sweden" as they now allege in their revived Seventh Affirmative Defense. *See* Dkt. No. 91 at 20:16-19. Even if they had, the related company provisions in 15 U.S.C. § 1127 and 15 U.S.C. § 1055 would have negated that defense as previously argued by Neo4j. As a result, the Court accepted this concession: "Defendants effectively conceded that the Cancellation Arguments fail to establish a legally plausible claim or defense. Given this concession, the Court finds that amendment would be futile. [] Accordingly, the Court **GRANTS** the Motion as to the Cancellation Arguments and **DISMISSES** these claims with prejudice." Dkt. No. 70 at 8:4-18 (emphasis in original).

Defendants also raised Neo4j USA's alleged lack of ownership of the mark in their opposition to Plaintiffs' motion to dismiss/strike their naked licensing counterclaim/defense:

> ***There is no allegation that Neo4J USA owns all the intellectual property rights to Neo4J*** and can control Neo4J Sweden. When Neo4J USA obtained rights to the Neo4J trademark years later, the Neo4J trademark was already abandoned by Neo4J Sweden's lack of contractual and actual and adequate quality control for third party's extensive use of the Neo4J trademark. ¶86 Likewise, Plaintiff's claim Neo4J Sweden is the predecessor-in-interest (Dkt. No. 73 pg.2:17-21; pg.10:19) is a matter of proof as it is not in the pleadings. ***And the claim is not supported by the agreement between the Neo4J Sweden and Neo4J USA***.

Dkt. No. 78 at 5:1-9, (emphasis added).

Defendants then sought leave to amend to assert the same lack of ownership theory that it now asserts in its Seventh Affirmative Defense:

> If the court considers plaintiff's assertions that do not appear supported by the allegations in the SAC, for example, that plaintiff owns the Neo4J trademark-as opposed to the registration, Neo4J USA is the successor-in-interest to Neo4J Sweden, or has granted a license to Neo4J Sweden's for its use of the trademark, ***defendants request they be permitted to amend to allege Neo4J***

*Sweden is the owner of the Neo4J trademark which was licensed to Neo4J USA on a non-exclusive basis. This would eliminate any of the suggestions of control, and successor-in-interest*. Neo4J Sweden controls Neo4J USA from a licensing perspective.

Dkt. No. 78 at 9:3-13 (emphasis added).

In their Reply, Plaintiffs specifically addressed this argument:

> Defendants ask that the Court grant them leave to amend to "allege Neo4J Sweden is the owner of the Neo4J trademark which was licensed to Neo4J USA on a non-exclusive basis" and that this would somehow "eliminate any of the suggestions of control, and successor-in-interest. Neo4J Sweden controls Neo4J USA from a licensing perspective." As discussed in Plaintiffs' moving papers the Court should deny leave to amend where the "allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency." *Telesaurus VPC, LLC v. Power*, 623 F.3d 998, 1003 (9th Cir. 2010).
>
> Defendants' proposed amendment fails to cure the deficiencies in their naked licensing defense discussed above. First, Defendants do not explain how this would alter the relationship between Neo4j USA and Neo4j Sweden as "related companies" under the Lanham Act and the presumption that their continued combined use of the NEO4J® mark "shall not affect the validity of such mark." 15 U.S.C. § 1055.

Dkt. No. 79 at 9:16-28; *see also* 5:15-6:19 ("Defendants fail to cite to any allegations in either pleading at issue that overcome the legal presumption that at Neo4j USA and Neo4j Sweden continue to operate as 'related companies' under 15 U.S.C. § 1127 and their continued combined use of the NEO4J® mark 'shall not affect the validity of such mark.' 15 U.S.C. § 1055.").

After considered the foregoing arguments, the Court determined that "Defendants having already amended their pleadings on this issue, the Court finds that further leave to amend would be futile." Dkt. No. 85 at 11:23-24. Thus, Defendants are not entitled to second bite at the apple. Defendants had multiple opportunities to allege and argue the ownership issue, which was fully litigated by the parties and considered by the Court via the foregoing motions. As a result, Defendants are estopped from attempting to re-allege the same fraud/abandonment theory based on Neo4j USA alleged not being the owner of the Neo4j mark. Again, Plaintiffs respectfully request that Defendants immediately file an amended answer removing the two defenses in question that were *dismissed with prejudice* to avoid unnecessary motion practice.

Thanks,
Jeff

---

**From:** Adron Beene <adron@adronlaw.com>
**Sent:** Wednesday, October 21, 2020 10:25 AM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>; richardestarr@starrlaw.biz
**Cc:** Adron Jr. <adronjr@adronlaw.com>; John V. Picone III <jpicone@hopkinscarley.com>
**Subject:** Re: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Mr. Ratinoff,

Can you please confirm Neo4j, Inc. will be dismissing its trademark claims as it was never the owner of the trademark and non-exclusive licensees have no standing to sue.

Adron W. Beene

Attorney at Law
7960 Soquel Drive
Ste B #296
Aptos CA 95003
(408) 392-9233



This email, if sent to a client, is confidential. No tax or securities advice is provided or may be relied on.

**From:** "Jeffrey M. Ratinoff" <jratinoff@hopkinscarley.com>
**Date:** Tuesday, October 20, 2020 at 5:55 PM
**To:** Adron Beene <adron@adronlaw.com>, Richard Starr <richardestarr@starrlaw.biz>
**Cc:** Adronjr Beene <adronjr@adronlaw.com>, "John V. Picone III" <jpicone@hopkinscarley.com>
**Subject:** RE: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Counsel,

Please confirm that Defendants will withdraw their Answer to the Third Amended Complaint and refile an answer that comports to the Court's prior rulings.

Thank you.

-Jeff

**From:** Jeffrey M. Ratinoff
**Sent:** Monday, October 19, 2020 7:13 PM
**To:** 'Adron Beene' <adron@adronlaw.com>; 'richardestarr@starrlaw.biz' <richardestarr@starrlaw.biz>
**Cc:** 'Adron Jr.' <adronjr@adronlaw.com>; 'jpicone@hopkinscarley.com' <jpicone@hopkinscarley.com>
**Subject:** FW: Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

Counsel,

We are in receipt of Defendants' answer to the Third Amended Complaint, which impermissibly includes a Seventh Affirmative Defense for Cancellation of Trademark Procured by Fraud and Ninth Affirmative Defense for Naked License Abandonment of Trademark.  Notably, the Court granted Neo4j's motion for judgment on the pleadings in relation to Defendants' counterclaim and affirmative defense seeking cancellation of the Neo4j® Mark based on alleged fraud on May 21, 2020.  *See* Dkt. No. 70.  Likewise, the Court also issued its order dismissing Defendants' naked licensing counterclaim and striking the identical affirmative defense on August 20, 2020.  *See* Dkt. No. 85.  Please confirm that Defendants will immediately file an amended answer omitting these defenses.

Thanks,
Jeff

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Monday, October 19, 2020 3:28 PM

**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al Answer to Amended Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Beene, Adron on 10/19/2020 at 3:27 PM and filed on 10/19/2020

| | |
|---|---|
| **Case Name:** | Neo4j, Inc. v. PureThink, LLC et al |
| **Case Number:** | 5:18-cv-07182-EJD |
| **Filer:** | PureThink, LLC |
| | John Mark Suhy |
| | iGov, Inc. |
| **Document Number:** | 91 |

**ANSWER to Amended Complaint byPureThink, LLC, John Mark Suhy, iGov, Inc.. (Beene, Adron) (Filed on 10/19/2020)**

**5:18-cv-07182-EJD Notice has been electronically mailed to:**

Adron Gustav Beene     adronjr@adronlaw.com

Adron W. Beene     adron@adronlaw.com

Jeffrey Michael Ratinoff     jratinoff@hopkinscarley.com, dhodges@hopkinscarley.com, veronica.ramirez@neotechnology.com

John V. Picone , III     jpicone@hopkinscarley.com, dhodges@hopkinscarley.com

Richard Edward Starr     Pacer@RStarr.biz

**5:18-cv-07182-EJD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Defendants' Answer to TAC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/19/2020] [FileNumber=17438486-0
] [8c8ad28aa2b762fe4fce0b7de9be94354272d289f852decb8b1f195ef78ef29b14a
a94e952ad46f7182d1c75663b4388118862be01e6b4654c6a0b322bda61be]]

---

Any tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto. For more information about Hopkins & Carley, visit us at http://www.hopkinscarley.com/.

**EXHIBIT 3**

# United States of America
## United States Patent and Trademark Office

# NEO4J

**Reg. No. 4,784,280**

**Registered Aug. 4, 2015**

**Int. Cls.: 9, 35, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEO TECHNOLOGY (DELAWARE CORPORATION)
111 E. 5TH AVE.
SAN MATEO, CA 94401

FOR: COMPUTER PROGRAMS FOR MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; COMPUTER PROGRAMS FOR STORING, MANAGING, AND QUERYING DATA FROM DATABASES ON COMPUTERS, COMPUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF UPDATING AND MAIN-TENANCE OF DATA IN COMPUTER DATABASES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING TRAINING CLASSES, CERTI-FICATION TRAINING, WORKSHOPS, TUTORIAL SESSIONS, AND ONLINE CLASSES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTEN-ANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; PROVIDING TRAINING SERVICES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES END USERS TO STORE, MANAGE, AND QUERY DATA FROM DATABASES ON COMPUTERS, COM-PUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,784,280**  DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; TECHNICAL SUPPORT SERVICES, NAMELY, INSTALLATION, ADMINISTRATION, AND TROUBLESHOOTING OF DATABASE APPLICATIONS; COMPUTER SERVICES, NAMELY, PROVIDING CONSULTATION SERVICES AND ADVICE IN THE FIELDS OF DESIGNING COMPUTER DATABASES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF MAINTAINING THE SECURITY AND INTEGRITY OF DATABASES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-267,006, FILED 4-30-2014.

SIMON TENG, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**EXHIBIT 4**

http://neotechnology.com/    [Go]

JUL   **AUG**   SEP
◀ **23** ▶
2010   **2011**   2012

**673 captures**
19 May 2001 - 6 Nov 2019

About this capture

Contact Us  |  Blog

HOME  |  SOLUTIONS  |  PRODUCT  |  SERVICES  |  CUSTOMERS  |  COMMUNITY  |  ABOUT US

# The Leader in Graph Databases

## The World's Leading NOSQL Graph Database

Neo4j is the world's leading high performance, scalable graph database. Based on more than 8 years of R&D, it has been in 24/7 production since 2003. Neo4j scales to billions of entities on a single machine, with searches up to 1000 times faster than traditional relational databases.

**Learn More**



**Upcoming Webinar**

Introduction to graph databases

**Join Us**



**New Releases**

Neo4j 1.4.1 "Kiruna Stol"

**Get the Details**



**Announcing**

Spring Data Graph

**Learn More**

**Products & Solutions**
Solutions
Neo4j Executive Overview
Product Guide
Price List

**Community**
Neo4j.org
Download Neo4j
Neo4j Blog
Discussion Forums
Documentation
Wiki

**About Us**
Overview
Company Blog
Press Page
Jobs

**Subscribe to our Newsletter**
[Your email address]
[Subscribe]
Contact Us for Information

Copyright © 2011 - Neo Technology | Site Credits

**EXHIBIT 5**

http://neotechnology.com/products/price-list/    Go

84 captures
23 Aug 2011 - 20 May 2014

JUL **AUG** SEP
◀ **23** ▶
2010 **2011** 2012



About this capture

Contact Us  |  Blog

| HOME | SOLUTIONS | PRODUCT | SERVICES | CUSTOMERS | COMMUNITY | ABOUT US |

Executive Overview     Product Licensing Guide     Price List

## Neo4j Price List

### Price List

Neo Technology offers two commercial editions based on the Neo4j open source graph database.

Both commercial editions can be used in closed-source environments. They are available under a subscription model. Prices are per instance. New releases are included as long as the subscription or annual support and maintenance fees are paid.

| Feature | Neo4j Community | Neo4j Advanced | Neo4j Enterprise |
|---|---|---|---|
| **Licensing** | | | |
| License | Open source (GPLv3) | Commercial and AGPL | Commercial and AGPL |
| Can be used with closed source software | Yes, except OEM | Yes, with commercial license | Yes, with commercial license |
| **Functionality** | | | |
| Neo4j high performance graph database | Yes | Yes | Yes |
| Batch inserter for bulk uploads | Yes | Yes | Yes |
| Shell for console access | Yes | Yes | Yes |
| Graph algorithm package | Yes | Yes | Yes |
| Native language bindings1 | Yes | Yes | Yes |
| Web frameworks integration2 | Yes | Yes | Yes |
| Neo4j Server | Yes | Yes | Yes |
| **Operations and Monitoring** | | | |
| SNMP & JMX monitoring | | Yes | Yes |
| Neo4j Web Management console | Basic | Full | Enterprise |
| **High load & high availability** | | | |
| Online backup of running instance | | | Yes |
| Online failover to warm spare | | | Yes |
| Read slave replication | | | Yes |
| Read/write slave replication | | | Yes |
| High availability with master failover | | | Yes |
| **Support & Services** | | | |
| Support hours | | 5x10 | 7x24 |
| Response time | | 24h | 1h |
| Communication channel | | Email | Phone |
| Technical alerts | | Yes | Yes |

http://neotechnology.com/products/price-list/    Go

JUL **AUG** SEP

◄ **23** ►

2010 **2011** 2012

84 captures

23 Aug 2011 - 20 May 2014

| OEM and Volume discount: | Contact Sales | Contact Sales | Contact Sales |

1 Native bindings to Ruby, Python, Scala, Clojure and Groovy
2 Integration with Spring Framework, Grails, Rails, Django, PHP and more
3 Available to Early Access Program customers



### Products & Solutions
Solutions
Neo4j Executive Overview
Product Guide
Price List

### Community
Neo4j.org
Download Neo4j
Neo4j Blog
Discussion Forums
Documentation
Wiki

### About Us
Overview
Company Blog
Press Page
Jobs

### Subscribe to our Newsletter
Your email address

Subscribe

Contact Us for Information

Copyright © 2011 - Neo Technology | Site Credits

**EXHIBIT 6**



63 captures
13 Jan 2013 - 4 May 2017

FEB | MAR | MAY
◄ | 26 | ►
2013 | 2014 | 2015

○ ▢ ▢
f
About this capture

NEOTECHNOLOGY.COM | NEO4J.ORG | GRAPHCONNECT.COM

 **neotechnology** graphs are everywhere

| **NEO4J GRAPH DB** | CUSTOMERS | PARTNERS | EVENTS | COMMUNITY | ABOUT | CONTACT US |

# Neo4j
## World's Leading Graph Database

Neo4j is a robust and proven database technology built from the ground up for use in mission-critical systems with highly inter-connected data models.



**Curses!**
This video can't be played with your current setup.

Intro to Neo4j(38:14)

## Key benefits of Neo4j

▢ **Minutes-to-Milliseconds Performance**

Over relational database and other NOSQL alternatives, Neo4j turns complex joins into simple & fast graph traversals.

▢ **Fully ACID, Robust & Scalable**

Neo4j is an enterprise database with full ACIDity, support for high-availability clustering, and transaction support.

▢ **Drastically-Accelerated Development Cycles**

Thanks to its flexible data model and Cypher, an intuitive graph query language, Neo4j is easy to use.

▢ **Extreme Business Responsiveness**

Schemaless, unlike relational, Neo4j is flexible, yet, unlike other NOSQL databases, offers structure and meaning.

## Neo4j Enterprise Edition

Neo4j Enterprise Edition is built to perform at scale for startups to enterprise implementations. Commercial subscriptions include the permission to integrate the enterprise editions in closed-source software products, service and support by Neo Technology.

Learn more about Neo4j's Commercial Subscriptions »

### Latest Neo4j News

**Neo4j 2.0.1 Community Released on Windows Azure VM Depot**

We have released a Linux distribution of Neo4j 2.0.1 community on Windows Azure's VM Depot website. Users of Windows Azure are now able to copy a platform image of Neo4j 2.0.1 directly from the VM Depot. Once provisioned, a fresh Neo4j database instance is made available via HTTP through port 7474. Check out the slides below for instructions on

### Neo4j White Papers



**Graph Databases: The Super Fast New Way to Access Social Data**

A new type of database significantly changes the standard direction taken by NOSQL. Graph databases, unlike their NOSQL and relational brethren, are designed for lightning-fast access

how to setup and provision the virtual machine

Read More »

to complex data found in social networks, recommendation engines and networked systems. Get the White Paper »



## NoSQL, Big Data, and Graphs

It used to be that databases were just tasked with digitizing forms and automating business processes. The data was often tabular – take an accounting ledger, for example –and the processes being modeled were reasonably static. Today, the types of data that we are interested in are much more diverse and dynamic. Get the White Paper »

---

**© 2014 Neo Technology Inc.**

All Rights Reserved

Privacy Policy

Terms

**PRODUCTS**

Neo4j Executive Overview

Neo4j Use Cases

Services

Price List

Resources

Hardware Sizing Calculator

Download Neo4j

**RELATED SEARCHES**

Graph Databases

Customer Stories

Press Release

Video

German Edition

French Edition

**ABOUT US**

About Neo Technology

Jobs

Staff

Book Store

Press

**USA:** 1-855-636-4532    **UK:** +44 808 189 0493    **GERMANY:** +49 800 010 1090    **FRANCE:** +33 (0)8 05 08 00 31

**EXHIBIT 7**



128 captures
27 Feb 2010 - 9 Nov 2017

FEB **MAR** MAY
◀ **26** ▶
2013 **2014** 2015

About this capture

NEOTECHNOLOGY.COM | NEO4J.ORG | GRAPHCONNECT.COM



**neo**technology  graphs are everywhere

| NEO4J GRAPH DB | CUSTOMERS | PARTNERS | EVENTS | COMMUNITY | ABOUT | CONTACT US |

# Neo4j Commercial Subscriptions

**Need help deciding?**
**Contact Sales**

| | Community | Personal | Startups | Business & Enterprise |
|---|---|---|---|---|
| | Open Source | Startups with up to 3 employees and $100K in annual revenue | < $10M in funding < $5M in annual revenue | Medium Business to Global 2000 |
| | | Free | $12K / €12K | Contact Sales |
| **Graph Database Features** | | | | |
| Property Graph Model | ✓ | ✓ | ✓ | ✓ |
| Native Graph Processing | ✓ | ✓ | ✓ | ✓ |
| Native Graph Storage | ✓ | ✓ | ✓ | ✓ |
| ACID | ✓ | ✓ | ✓ | ✓ |
| Cypher – Graph Query Language | ✓ | ✓ | ✓ | ✓ |
| Language Drivers (most popular languages) | ✓ | ✓ | ✓ | ✓ |
| REST API | ✓ | ✓ | ✓ | ✓ |
| High-Performance Native API | ✓ | ✓ | ✓ | ✓ |
| HTTPS (via Plug-in) | ✓ | ✓ | ✓ | ✓ |
| **Performance & Scalability** | | | | |
| High-Performance Cache | – | ✓ | ✓ | ✓ |
| Clustering | – | ✓ | ✓ | ✓ |
| Online Backup | – | ✓ | ✓ | ✓ |
| Advanced Monitoring | – | ✓ | ✓ | ✓ |
| **Maintenance** | | | | |

*– Neo4j Commercial Subscriptions –*

| | | | | |
|---|---|---|---|---|
| Certified for Windows | – | ✓ | ✓ | ✓ |
| Certified for Linux | – | ✓ | ✓ | ✓ |
| Maintenance Releases & Schedules Fixes | ✓ | ✓ | ✓ | ✓ |
| Emergency Patches | – | – | – | Available |
| **Support** | | | | |
| Community Support | ✓ | ✓ | ✓ | ✓ |
| Commercial Email Support | – | – | ✓ | ✓ |
| Commercial Phone Support | – | – | – | ✓ |
| Support Hours | – | – | 10 x 5 | Up to 24 x 7 |
| **License** | | | | |
| Commercial License | – | ✓ | ✓ | ✓ |
| Production Instances | – | 3* | 3* | 3+ |
| Test Instances | – | 3* | 3* | 3+ |
| # of Developers | – | up to 2 developers | 2 developers* | 3+ developers |

**PRICES ABOVE ARE QUOTED IN US DOLLARS FOR THE US AND CANADIAN MARKETS; FOR PRICING OUTSIDE THESE AREAS PLEASE CONTACT SALES.**

*Contact Neo about larger clusters, or more developers.

Join the **Partner Graph**

If you are looking to embed & redistribute Neo4j with your software, please Contact Us.

© 2014 Neo Technology Inc.
All Rights Reserved
Privacy Policy
Terms

**PRODUCTS**
Neo4j Executive Overview
Neo4j Use Cases
Services
Price List
Resources
Hardware Sizing Calculator
Download Neo4j

**RELATED SEARCHES**
Graph Databases
Customer Stories
Press Release
Video
German Edition
French Edition

**ABOUT US**
About Neo Technology
Jobs
Staff
Book Store
Press

**USA:** 1-855-636-4532   **UK:** +44 808 189 0493   **GERMANY:** +49 800 010 1090   **FRANCE:** +33 (0)8 05 08 00 31