Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-cv-7182 EJD<br><br>**DECLARATION OF ADRON W. BEENE IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT**<br><br>Date: February 11, 2021<br>Time: 9:00 a.m.<br>Dept. Courtroom 4, 5th floor<br>Judge: Hon. Edward J. Davila |

I, Adron G. Beene, declare:

1. I am an attorney for defendants and counter claimants in this action licensed to practice law in the State of California. I have personal knowledge of the facts set forth in this declaration.

2. On February 25, 2020 I filed an opposition to Plaintiff"s 12(c) Motion, Docket number 63 ("Prior Opposition").

3. The Prior Opposition conceded to "Neo4j USA's position that any prior use of the mark negates a fraud on the PTO claim even when the stated prior use was false." (Dkt. No. 63, Pg. 3:6-25).

4. On January 13, 2020, I served Purethink LLC, IGOV Inc. and John Mark Suhy's First Set Of Requests for Production of Documents to Neo4j, Sweden AB ("Request"). Request for production number 1 to the Request is:

> **REQUEST FOR PRODUCTION NO. 1:**
> All DOCUMENTS related to all trademark agreements sales, assignments, licenses or grants between YOU and Neo4J, Inc. of or related to the Neo4J trademark.

5. On March 30, 2020, Neo4J Sweden AB produced documents in response to the Request.

6. The production had no trademark assignment and only two copies of a non exclusive license agreement between Neo4J Sweden and Neo4j USA that covers trademarks. The agreement is designated AEO under the protective order in this case ("AEO License Agreement").

7. The AEO Licence Agreement, produced after the Prior Opposition, provides a good faith basis for defendants to state the affirmative defenses of fraud on the PTO.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 13, 2020 in Kenwood, California.

_____
Adron G. Beene