John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO. 5:18-CV-07182-EJD<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL**<br><br>[CIVIL L.R. 7-11 and 79-5] |
| AND RELATED COUNTERCLAIM. | |
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | CASE NO.  5:19-CV-06226-EJD |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3660272.3

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

I, Jeffrey M. Ratinoff, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned matters. I make this declaration in Support of Plaintiffs' Administrative Motion to File Portions Of and Exhibits to Motion for Summary Judgment and Supporting Declarations Under Seal (the "Motion to Seal").

2. As part of Plaintiffs' Consolidated Motion for Summary Judgment, Plaintiffs are filing documents as evidentiary support thereto that contain Plaintiffs' private, confidential, and commercially sensitive business information as follows:

   (a) **Exhibit 6** to the Declaration of Jeffrey M. Ratinoff in support of Plaintiffs' Motion for Summary Judgment ("Ratinoff MSJ Declaration");

   (b) **Exhibit 7** to Ratinoff MSJ Declaration;

   (c) **Exhibit 27** to Ratinoff MSJ Declaration;

   (d) **Exhibit 126** to Ratinoff MSJ Declaration;

   (e) **Exhibit 3** to the Declaration of John Broad in support of Plaintiffs' Motion for Summary Judgment ("Broad MSJ Declaration");

   (f) **Exhibit 12** to the Broad MSJ Declaration; and

   (g) **Exhibit 13** to the Broad MSJ Declaration.

3. In addition, Plaintiffs are seeking to seal the following portions of their Motion for Summary Judgment, which that contains information drawn from these confidential documents:

   (a) Page 6, Lines 9-11 (citing to Exhibit 6 to the Ratinoff MSJ Declaration); and

   (b) Page 6, Lines 14-15 (citing to Exhibit 7 to the Ratinoff MSJ Declaration);

Only these portions are being redacted in the publicly filed version of the Motion.

4. I have taken affirmative steps to minimize the evidence supporting their Motion for Summary Judgment that Plaintiffs seek to file under seal, and as a result Plaintiffs only seeking to seal a small amount of documentary evidence underlying its motion and seeking to redact a fraction of the Motion. I believe that this request is narrowly tailored to only seek the sealing of confidential

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3660272.3 - 1 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

and proprietary material that must be sealed to prevent substantial competitive harm to Plaintiffs, while at the same time taking into account the public's right of access to the Court's records.

5.  In addition, Plaintiffs are preliminarily lodging documents produced by Defendants Purethink LLC, iGov Inc. and John Mark Suhy (collectively the "PT Defendants") in discovery, which they have designated as "Confidential" under the Protective Order (PT Dkt. No. 34) entered in *Neo4j, Inc., et al. v. PureThink LLC., et al.*, Civil Case No. 5:18-cv-07182-EJD pursuant to Civil Local Rule 79-5(e). These documents include:

   (a)  **Exhibit 55** to the Ratinoff MSJ Declaration;
   (b)  **Exhibit 126** to the Ratinoff MSJ Declaration;
   (c)  **Exhibit 130** to the Ratinoff MSJ Declaration;
   (d)  **Exhibit 131** to the Ratinoff MSJ Declaration;
   (e)  **Exhibit 132** to the Ratinoff MSJ Declaration;
   (f)  **Exhibit 133** to the Ratinoff MSJ Declaration;
   (g)  **Exhibit 134** to the Ratinoff MSJ Declaration; and
   (h)  **Exhibit 135** to the Ratinoff MSJ Declaration.

6.  In addition, Plaintiffs conditionally redacted **Page 12, Lines 9-12** in their Motion for Summary Judgment, which that contains information quoted from **Exhibit 55** to the Ratinoff MSJ Declaration.

7.  These documents and a quote therefrom are cited as evidence supporting Plaintiffs' Motion for Summary Judgment. Plaintiffs do not concur with, agree or concede the appropriateness of Defendants' aforementioned confidentiality designations, and only are conditionally lodging them under seal as required by the Protective Order and Civil Local rule 79-5.

8.  In addition, Plaintiffs request to preliminarily lodge **Exhibit 3** to the Ratinoff MSJ Declaration under seal in the interest of caution. **Exhibit 3** constitutes excerpts from the deposition transcription from the October 22, 2020 Rule 30(b)(6) deposition of Defendant iGov Inc. During the deposition, PT Defendants conditionally designated this transcript under Section 5.2(b) of the Protective Order with the understanding that they would review and specifically designate the portions of the transcript they believed warranted protection under the Protective Order.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3660272.3
- 2 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

9. Although I believed that counsel for the PT Defendants had already received the transcript for the Rule 30(b)(6) deposition of Defendant iGov Inc. as we had already received our copy, I provided a copy of the transcript to counsel for the PT Defendants on November 13, 2020, requesting that they provide the appropriate designations (if any) in a timely manner.  As a result, the deadline to provide specific designations was December 4, 2020 pursuant to Section 5.2(b) of the Protective Order.

10. My colleague John Picone and I made several written requests – both before and after the expiration of the deadline – that the PT Defendants provide their designations ahead of the filing of Plaintiffs' Motion for Summary Judgment.  As of the time of this declaration, PT Defendants failed to provide their specific designations.

11. While I believe Defendants waived their right to designate any portion of the transcript under the Protective Order, and none of the excerpts contain any confidential information, Plaintiffs are conditionally lodging these excerpts under seal in the interest of caution.

12. This Declaration is being served on counsel for the PT Defendants as required by Civil Local rule 79-5(e) thereby giving them notice that Defendants must file a declaration in support of sealing these documents if they wish to avoid their disclosure to the public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 11th day of December, 2020, at San Jose, California.

                                      */s/ Jeffrey M. Ratinoff*
                                      Jeffrey M. Ratinoff

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3660272.3                      - 3 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD