1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:      (408) 286-9800
8  Facsimile:      (408) 998-4790

9  Attorneys for Plaintiff and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO.  5:18-cv-07182-EJD |
| 14 | **DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT** |
| 15              Plaintiffs, | |
| 16        v. | |
| 17  PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | Date:      March 25, 2021 |
| 18 | Time:      9:00 a.m. |
| | Dept.:      Courtroom 4, 5th Floor |
| | Judge:      Hon. Edward J. Davila |
| 19              Defendants. | |
| 20  AND RELATED COUNTERCLAIM. | |
| 21 | |
| 22  NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO.  5:19-CV-06226-EJD |
| 23 | |
| 24              Plaintiffs, | |
| 25        v. | |
| 26  GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation, | **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |
| 27 | |
| 28              Defendants. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3639273.4

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

I, Jeffrey M. Ratinoff, declare as follows:

1.     I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiff Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned matter.  I make this declaration in support of Plaintiffs' Consolidated Motion for Summary Judgment concurrently filed herewith.

2.     The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the Trademark Registration Certificate for the "Neo4j" trademark, Registration No. 4,784,280, dated August 4, 2015, which I downloaded from the USPTO's Trademark Status and Document Retrieval (TSDR) system and bears the Bates No. N4J_000001-N4J_000003.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of an October 28, 2020 capture of PureThink LLC's "About PureThink" webpage, http://purethink.com/company.html, which I downloaded from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org) and bears the Bates No. N4J_019932-N4J_019933.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of relevant pages from the transcript for the Deposition of PureThink LLC taken on October 22, 2020.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of the Neo4j Solution Partner Agreement entered into by Neo4j Inc. and PureThink LLC, signed by John Mark Suhy on behalf of PureThink, which bears the Bates No. N4J_000004- N4J_000008 and was marked as Exhibit 5 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 58:22-59:12; *see also* Exhibit 13 [RFA No. 2].

7.     Attached hereto as **Exhibit 5** is a true and correct copy of a July 14, 2015 email sent by John Mark Suhy to David Fauth of Neo4j USA, which was produced by Defendants in this litigation with the Bates No. 00003677.

/ / /

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                    - 1 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a July 29, 2015 email sent by John Mark Suhy to Charles Fischer of Neo4j USA, which was produced by Defendants in this litigation with the Bates No. 00001047-00001048.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.  Plaintiffs have designated this email as "Confidential" under the Protective Order as it contains their confidential and proprietary business information.

9.      Attached hereto as **Exhibit 7**, is a true and correct copy of an August 16, 2016 email sent by John Mark Suhy to Ginger Sanfilippo, which was produced by Defendants in this litigation with the Bates No. 00006480-00006483. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.  Plaintiffs have designated this email as "Confidential" under the Protective Order as it contains their confidential and proprietary business information.

10.     Attached hereto as **Exhibit 8**, is a true and correct copy of a May 12, 2017 email sent by John Mark Suhy to Philip Rathle of Neo4j USA, which was produced by Defendants in this litigation with the Bates No. 00004185-00004185.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

11.     Attached hereto as **Exhibit 9**, is a true and correct copy of a May 30, 2017 letter from Lars Nordwall of Neo4j USA to John Mark Suhy of PureThink LLC, which was produced by Defendants in this litigation during discovery with the Bates No. 000226.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

12.     Attached hereto as **Exhibit 10**, is a true and correct copy of the Articles of Incorporation for iGov Inc., dated June 23, 2017, which was marked as Exhibit 2 during the Rule 30(b)(6) deposition of iGov (*see* Exhibit 3 at 21:20-22:22) and the authenticity was admitted by iGov in response to Neo4j Sweden's Request for Admission No. 2 (*see* Exhibit 13).

13.     Attached hereto as **Exhibit 11**, is a true and correct copy of a March 14-15, 2017 email exchange between John Mark Suhy and John Broad of Neo4j USA, which was produced by Defendants in this litigation with the Bates No. 00004046-00004047. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3639273.5                                      - 2 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

14.     Attached hereto as **Exhibit 12**, is a true and correct copy of a July 11, 2017 letter from Lars Nordwall of Neo4j USA to John Mark Suhy of PureThink LLC, which was produced by Defendants in this litigation with the Bates No. 000245.

15.     Attached hereto as **Exhibit 13**, is a true and correct copy of iGov's verified Fourth Amended Response to Neo4j Sweden AB's Request for Admissions, Set One.

16.     Attached hereto as **Exhibit 14**, is a true and correct copy of a November 1, 2017 capture of PureThink LLC's webpage, http://purethink.com/, from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org).  This was produced by Defendants in this litigation with the Bates No. 00020015-00020021, and marked as Exhibit 4 to during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 47:20-48:8.

17.     Attached hereto as **Exhibit 15**, is a true and correct copy of a printout of iGov's https://igovsol.com/about.html webpage as it existed on January 13, 2018.  This was originally produced by Defendants in this litigation in html format in this litigation on July 1, 2019, and marked as Exhibit 3 to the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 39:6-40:3.  Its authenticity was also admitted by iGov in response to Neo4j Sweden's Request for Admission No. 28.  *See* Exhibit 13.

18.     Attached hereto as **Exhibit 16**, is a true and correct copy of a printout of iGov's https://igovsol.com/download.html webpage as it existed on January 13, 2018.  This was originally produced by Defendants in this litigation in html format in this litigation on July 1, 2019.  Its authenticity was admitted by iGov in response to Neo4j Sweden's Request for Admission No. 33.  *See* Exhibit 13.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

19.     Attached hereto as **Exhibit 17**, is a true and correct copy of a printout of iGov's https://igovsol.com/neo4j.html webpage as it existed on January 13, 2018.  This was originally produced by Defendants in this litigation in html format in this litigation on July 1, 2019, and marked as Exhibit 11 to the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 39:6-40:3.  Its authenticity was also admitted by iGov in response to Neo4j Sweden's Request for Admission No. 37.  *See* Exhibit 13.  The portions referenced by and/or that are most relevant to Plaintiffs'

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3639273.5
- 3 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

Motion are highlighted.

20.     Attached hereto as **Exhibit 18**, is a true and correct copy of a printout of iGov's https://igovsol.com/index.html webpage as it existed on January 13, 2018.  This was originally produced by Defendants in this litigation in html format in this litigation on July 1, 2019. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

21.     Attached hereto as **Exhibit 19**, is a true and correct copy of a September 8, 2017 email sent by John Mark Suhy to Carol Sinnard of the National Geospatial-Intelligence Agency (NGA), which was produced by Defendants in this litigation with the Bates No. 000036000-000036007.

22.     Attached hereto as **Exhibit 20**, is a true and correct copy of an November 14, 2017 iGov blog entry located at https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html, which I printed out on October 2, 2019 and produced in this litigation bearing the Bates No. N4J_018852-N4J_018855.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

23.     Attached hereto as **Exhibit 21**, is a true and correct copy of an August 25, 2018 capture of iGov's https://igovsol.com/index.html webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on August 12, 2020 and bears Bates No. N4J_018822-N4J_018823.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

24.     Attached hereto as **Exhibit 22**, is a true and correct copy of a March 26, 2018 email sent by John Mark Suhy to Benjamin Nussbaum and Brad Nussbaum, which was produced by the PureThink Defendants and bears the Bates No.  IGOV0001570252.  This was also marked as Exhibit 9 during the Rule 30(b)(6) deposition of iGov (*see* Exhibit 3 at 86:20-87:23) and as Exhibit 19 during the Rule 30(b)(6) deposition of GFI (*see* Exhibit 31 at 147:2-23).

25.     Attached hereto as **Exhibit 23**, is a true and correct copy of a May 21, 2018 email sent by John Mark Suhy to Benjamin Nussbaum and Brad Nussbaum, which was produced by the PureThink Defendants and bears the Bates No. IGOV0001570192.  This was also marked as Exhibit 10 during the Rule 30(b)(6) deposition of iGov (*see* Exhibit 3 at 92:10-93:1) and as

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3639273.5                                         - 4 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

Exhibit 4 during the Rule 30(b)(6) deposition of GFI (*see* Exhibit 31 at 30:3-32:25).

26.     Attached hereto as **Exhibit 24**, is a true and correct copy of a July 9, 2018 email exchange between John Mark Suhy and Mariano Lopez spanning July 6, 2018 and July 9, 2018, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001573221.0001- IGOV0001573221.0002. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

27.     Attached hereto as **Exhibit 25**, is a true and correct copy of an August 10, 2018 email from John Mark Suhy to Brian Rodrigue, which was produced by the PureThink Defendants on November 19, 2019  and bears the Bates No. IGOV0001570129. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

28.     Attached hereto as **Exhibit 26**, is a true and correct copy of an August 28, 2018 email from John Mark Suhy to A-Sun Truth, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001570120.0001.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

29.     Attached hereto as **Exhibit 27**, is a true and correct copy of a May 2018 email exchange between John Mark Suhy to Philip Rathle (without attachments), which was produced by the PureThink Defendants in this litigation and bears the Bates No. IGOV00000298.0001- IGOV00000298.0006. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow. Plaintiffs have designated portions of this email as "Confidential" under the Protective Order, which are highlighted in blue.

30.     Attached hereto as **Exhibit 28** is a true and correct copy of a July 2018 email exchange between GFI and Bob Trudeau produced by GFI, and originally forwarded from iGov, which bears the Bates No. GFI000287- GFI000288.  This was also marked as Exhibit 14 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 83:22-84:7. GFI designated this document as "Confidential" when originally produced, but subsequently agreed that they did not need to be filed under seal.

31.     Attached hereto as **Exhibit 29**, is a true and correct copy of a July 25, 2018 email from John Mark Suhy to Benjamin Nussbaum, which was produced by the PureThink Defendants

on November 19, 2019 and bears the Bates No. IGOV0001570130.0001-IGOV0001570130.0002. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

32.     Attached hereto as **Exhibit 30**, is a true and correct copy of the Articles of Incorporation for Graph Foundation Inc., dated June 22, 2018, which was produced by GFI in this litigation with the Bates No. GFI000001- GFI000004.  This was also marked as Exhibit 3 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 24:19-25:22.  GFI designated this document as "Confidential" when originally produced, but subsequently agreed that they did not need to be filed under seal.

33.     Attached hereto as **Exhibit 31** is a true and correct copy of pages from the transcript for the Rule 30(b)(6) Deposition of Graph Foundation Inc. taken on October 16, 2020 that have been citing in this declaration and/or Plaintiffs' Motion for Summary Judgment.

34.     Attached hereto as **Exhibit 32** is a true and correct copy of an email exchange between John Mark Suhy and Donald Robertson occurring between May 19 and May 22, 2018, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001570187.001- IGOV0001570187.002.  This was also marked as Exhibit 22 during the Rule 30(b)(6) deposition of iGov. *See* Exhibit 3 at 169:10-170:3.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

35.     Attached hereto as **Exhibit 33** is a true and correct copy of an email exchange, namely between John Mark Suhy and Benjamin Nussbaum occurring on May 22, 2018, which was produced by the PureThink Defendants on November 19, 2019  and bears the Bates No. IGOV0001570185.001- IGOV0001570185.003.  This was also marked as Exhibit 15 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 97:1-9, 98:24-99:5.

36.     Attached hereto as **Exhibit 34** is a true and correct copy of a further email exchange between John Mark Suhy and Donald Robertson occurring between June 20 and August 21, 2018, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001570125.001- IGOV0001570125.002.  This was also marked as Exhibit 24 during the Rule 30(b)(6) deposition of iGov (Exhibit 3 at 192:18-193:2) and as Exhibit 16 during the Rule 30(b)(6) deposition of GFI (Exhibit 31 at 108:13-109:11).  The portions referenced by

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5

- 6 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

and/or that are most relevant to Plaintiffs' Motion are highlighted.

37.    Attached hereto as **Exhibit 35**, is a true and correct copy of an issue posted on GFI's GitHub repository on February 13, 2019 that I printed out on June 10, 2020, which was produced with the Bates No. N4J_018645 - N4J_018647.  This was also marked as Exhibit 24 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 183:14-184:24.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

38.    Attached hereto as **Exhibit 36**, is a true and correct copy of an issue posted on GFI's GitHub repository on June 27, 2019, which I printed out on June 10, 2020 and was produced with the Bates No. N4J_019439- N4J_019443.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

39.    Attached hereto as **Exhibit 37**, is a true and correct copy of a blog post titled "Neo 4j  is Open Core – Now What?" posted on GFI's website on January 31, 2019, which I printed out on September 24, 2019 and produced bearing the Bates No. N4J-GFI_000078- N4J-GFI_000085. This document was marked as Exhibit 23 to the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 177:10-178:18.  It was attached as Exhibit K to Neo4j Inc.'s First Set of Requests for Admissions and its authenticity was admitted by GFI in response to RFA No. 137.  *See* Exhibits 128-129. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

40.    Attached hereto as **Exhibit 38**, is a true and correct copy of Defendant iGov Inc.'s Amended Response to Neo4j Sweden AB's Second Set of Interrogatories to iGov Inc. Inc. and John Mark Suhy's verification thereof.

41.    Attached hereto as **Exhibit 39**, is a true and correct copy of a printout of a March 1, 2019 commit titled "Updated the LICENSE.txt file to be pure AGPL as to not violate the fsf copyright and to be in linse with the AGPL license" by John Mark Suhy to GFI's GitHub repository for ONgDB v3.5, which shows the replacement of the Neo4j Sweden Software License with the AGPLv3.  This document was produced bearing the Bates No. N4J_019041- N4J_019417.

42.    Attached hereto as **Exhibit 40**, is a true and correct copy of an email exchange

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5

between John Mark Suhy and Joerg Bacch spanning November 9, 2018 and January 18, 2019, which was produced by the PureThink Defendants on November 19, 2019  and bears the Bates No. IGOV0001570039.0001- IGOV0001570039.0002.  This was also marked as Exhibit 28 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 213:3-19.

43.     Attached hereto as **Exhibit 41** is a true and correct copy of a September 30, 2020 capture of GFI's GitHub landing page for the ONgDB repository, https://github.com/graphfoundation/ongdb, which I downloaded from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org) and bears the Bates No. N4J_019940-N4J_019944.

44.     Attached hereto as **Exhibit 42** is a true and correct copy of an email exchange between John Mark Suhy and Robin Witherspoon of Perspecta Engineering Inc. spanning March 12, 2019 and March 26, 2019, which was produced by the PureThink Defendants on November 19, 2019, and bears the Bates No. IGOV0001573351.0001- IGOV0001573351.0004.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

45.     Attached hereto as **Exhibit 43** is a true and correct copy of two successive emails sent by John Mark Suhy to steins@sec.gov on May 1 and May 7, 2019, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001573343.0001- IGOV0001573343.0003.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

46.     Attached hereto as **Exhibit 44** is a true and correct copy of a May 29, 2019 email exchange between John Mark Suhy and Ken Woo of Northwestern University, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001573337.0001 - IGOV0001573337.0002.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

47.     Attached hereto as **Exhibit 45** is a true and correct copy of a March 29, 2019 email from John Mark Suhy to Patrick Widener of Sandia National Laboratories, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001570021.

48.     Attached hereto as **Exhibit 46** is a true and correct copy of an email exchange

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                                  - 8 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

between John Mark Suhy and Colleen Delawder at the US Army's National Ground Intelligence Center (NGIC) spanning August 6 and August 8, 2019, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001573310.0001 - IGOV0001573310.0003.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

49.     Attached hereto as **Exhibit 47** is a true and correct copy of an October 22, 2018 email exchange between John Mark Suhy and Shahak Nagiel of Next Century Corp., which was produced by the PureThink Defendants on November 19, 2019  and bears the Bates No. IGOV0001573500.0001 - IGOV0001573500.0002.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

50.     Attached hereto as **Exhibit 48** is a true and correct copy of a February email exchange between Brad Nussbaum and Shahak Nagiel of Next Century Corp., which is a continuation of a prior email exchange between John Mark Suhy and Shahak Nagiel, and produced by GFI with the Bates No. GFI000071-73.  This was also marked as Exhibit 32 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 204:23-205:12.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted. GFI designated this document as "Confidential" when originally produced, but subsequently agreed that they did not need to be filed under seal.

51.     Attached hereto as **Exhibit 49** is a true and correct copy of a February 19, 2019 email exchange between Brad Nussbaum and Shahak Nagiel of Next Century Corp., which is a continuation of a prior email exchange between John Mark Suhy and Shahak Nagiel, and produced by GFI with the Bates No. GFI000068-70.  This was also marked as Exhibit 33 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 204:23-205:12.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.  GFI designated this document as "Confidential" when originally produced, but subsequently agreed that they did not need to be filed under seal.

52.     Attached hereto as **Exhibit 50** is a true and correct copy of the continuation of the February 19, 2019 email exchange between Brad Nussbaum and Shahak Nagiel of Next Century

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                  - 9 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1    Corp, and produced by GFI with the Bates No. GFI000067.  This was also marked as Exhibit 34

2    during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 218:21-219:11.  GFI designated

3    this document as "Confidential" when originally produced, but subsequently agreed that they did

4    not need to be filed under seal.

5            53.     Attached hereto as **Exhibit 51** is a true and correct copy of the continuation of the

6    February 19, 2019 email exchange between Brad Nussbaum and Shahak Nagiel of Next Century

7    Corp, and produced by GFI foundation with the Bates No. GFI000065.  This was also marked as

8    Exhibit 35 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 226:19-227:10. The

9    portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.  GFI

10   designated this document as "Confidential" when originally produced, but subsequently agreed

11   that they did not need to be filed under seal.

12           54.     Attached hereto as **Exhibit 52** is a true and correct copy of a February 11, 2020

13   email exchange between Brad Nussbaum and Michal Komorowski, which was produced by GFI

14   with the Bates No. GFI000114-115.  The portions referenced by and/or that are most relevant to

15   Plaintiffs' Motion are highlighted.  GFI designated this document as "Confidential" when

16   originally produced, but subsequently agreed that they did not need to be filed under seal.

17           55.     Attached hereto as **Exhibit 53** is a true and correct copy of an email exchange

18   between Brad Nussbaum, first from his GFI email account and then from his GraphGrid account,

19   and Michał Komorowski of AdForm, spanning between February 14 and 19, 2019 which was

20   produced by GFI with the Bates No. GFI000116-118.  This was also marked as Exhibit 30 during

21   the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 200:15-202:9.  The portions referenced by

22   and/or that are most relevant to Plaintiffs' Motion are highlighted.  GFI designated this document

23   as "Confidential" when originally produced, but subsequently agreed that they did not need to be

24   filed under seal.

25           56.     Attached hereto as **Exhibit 54** is a true and correct copy of an August 22, 2018

26   email from John Mark Suhy to Lee Smales at the Department of the Air Force, which was

27   produced by the PureThink Defendants on November 19, 2019 and bears the Bates No.

28   IGOV0001573588.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                    - 10 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1    are highlighted.

2        57.    Attached hereto as **Exhibit 55** is a true and correct copy of a Global Supply Chain

3    Request for Quotation issued to iGov on February 17, 2020, which was produced by the

4    PureThink Defendants and bears the Bates No. IGOV0002851527.001- IGOV0002851527.005.

5    This was also marked as Exhibit 36 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at

6    235:21-236:17. The PureThink Defendants designated this document as "Confidential" under the

7    Protective Order.

8        58.    Attached hereto as **Exhibit 56** is a true and correct copy of an email exchange

9    between John Mark Suhy and Donald Robertson occurring between May 19 and June 20, 2018,

10   which was produced by the PureThink Defendants on November 19, 2019, and bears the Bates

11   No. IGOV0001570157.001- IGOV0001570157.004.  This was also authenticated and marked as

12   Exhibit 15 during the Rule 30(b)(6) deposition of GFI (Exhibit 31 at 157:10-17) and Exhibit 23

13   during the Rule 30(b)(6) deposition of iGov (Exhibit 3 at 189:1-190:6).

14       59.    Attached hereto as **Exhibit 57** is a true and correct copy of a printout of GFI's

15   webpage, https://www.graphfoundation.org/projects/ongdb/ as it appeared on September 24, 2019

16   and was produced by Plaintiffs with the Bates No. N4J-GFI_000092- N4J-GFI_000094.  This

17   was also authenticated and marked as Exhibit 21 during the Rule 30(b)(6) deposition of GFI.  *See*

18   Exhibit 31 at 157:10-17.  The portions referenced by and/or that are most relevant to Plaintiffs'

19   Motion are highlighted.

20       60.    Attached hereto as **Exhibit 58** is a true and correct copy of the landing page for

21   GFI's GitHub repository for ONgDB, https://www.graphfoundation.org/projects/ongdb/ as it

22   existed on September 25, 2019, which I printed out that day and produced by Plaintiffs with the

23   Bates No. N4J-GFI_000297- N4J-GFI_000299.  It was also attached as Exhibit E to Neo4j Inc.'s

24   First Set of Requests for Admissions and its authenticity was admitted by GFI in response to RFA

25   No. 73.  *See* Exhibits 128-129.  The portions referenced by and/or that are most relevant to

26   Plaintiffs' Motion are highlighted.

27       61.    Attached hereto as **Exhibit 59** is a true and correct copy of the landing page for

28   Plaintiffs' GitHub repository for Neo4j® Software, https://github.com/neo4j/neo4j as it existed

842\3639273.5                                        - 11 -

1   on September 26, 2019, which I printed out on that day and produced by Plaintiffs with the Bates

2   No. N4J_019038 - N4J_019040.  The portions referenced by and/or that are most relevant to

3   Plaintiffs' Motion are highlighted.

4          62.     Attached hereto as **Exhibit 60** is a true and correct copy of the landing page for

5   GFI's GitHub repository for ONgDB, https://www.graphfoundation.org/projects/ongdb/ as it

6   existed on November 9, 2020, which I printed out that day and produced by Plaintiffs with the

7   Bates No. N4J_019945-N4J_019948.  The portions referenced by and/or that are most relevant to

8   Plaintiffs' Motion are highlighted.

9          63.     Attached hereto as **Exhibit 61** is a true and correct copy of a January 31, 2019

10  tweet issued from GFI's Twitter account, which I printed out on July 19, 2020 and produced in

11  this litigation with the Bates No. N4J_018667- N4J_018668.  This was authenticated and marked

12  as Exhibit 22 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 169:13-170:25.

13         64.     Attached hereto as **Exhibit 62**, is a true and correct copy of an December 4, 2018

14  capture of iGov's https://igovsol.com/neo4j.html webpage from the Wayback Machine, a digital

15  archive of the World Wide Web (https://web.archive.org), which I printed out on August 12, 2020

16  and produced in this litigation bearing the Bates No. N4J_018824 - N4J_018833.  The portions

17  referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

18         65.     Attached hereto as **Exhibit 63**, is a true and correct copy of a capture of iGov's

19  https://igovsol.com/neo4j.html webpage that reveals some embedded html links, which I printed

20  out on October 2, 2019 and was produced bearing the Bates No. N4J_018842-N4J_018851.  This

21  was marked as Exhibit 13 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 114:9-22.

22  This same capture was also produced with the Bates No. N4J_013010 N4J_013019 and its

23  authenticity was admitted by iGov in response to Neo4j Sweden's Request for Admission No. 4.

24  *See* Exhibit 13.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are

25  highlighted.

26         66.     Attached hereto as **Exhibit 64**, is a true and correct copy of a capture of iGov's

27  https://igovsol.com/neo4j.html webpage that reveals some embedded html links, which I printed

28  out on July 27, 2020 and was produced bearing the Bates No. N4J_018892- N4J_018900.  This

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3639273.5                                              - 12 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1   was also marked as Exhibit 14 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at

2   116:20-118:10.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are

3   highlighted.

4        67.     Attached hereto as **Exhibit 65**, is a true and correct copy of a graphical capture of

5   iGov's https://igovsol.com/neo4j.html webpage, which I printed out on July 27, 2020 and was

6   produced bearing the Bates No. N4J_018901- N4J_018910. The portions referenced by and/or

7   that are most relevant to Plaintiffs' Motion are highlighted.

8        68.     Attached hereto as **Exhibit 66**, is a true and correct copy of an October 22, 2020

9   capture of iGov's https://igovsol.com/graph.html webpage from the Wayback Machine, a digital

10   archive of the World Wide Web (https://web.archive.org), which I printed out on November 11,

11   2020 and bears Bates No. N4J_019949-N4J_019958.  The portions referenced by and/or that are

12   most relevant to Plaintiffs' Motion are highlighted.

13        69.     Attached hereto as **Exhibit 67**, is a true and correct copy of an July 5, 2019

14   capture of iGov's https://igovsol.com/downloads.html webpage from the Wayback Machine, a

15   digital archive of the World Wide Web (https://web.archive.org), which I printed out on

16   November 11, 2020 and bears Bates No. N4J_019959-N4J_019963.  The portions referenced by

17   and/or that are most relevant to Plaintiffs' Motion are highlighted.

18        70.     Attached hereto as **Exhibit 68**, is a true and correct copy of a capture of iGov's

19   https://igovsol.com/downloads.html webpage that reveals some embedded html links, which I

20   printed out on October 2, 2019 and was produced bearing the Bates No. N4J_018836 -

21   N4J_018841.  This same capture was also produced with the Bates No. N4J_013010 N4J_013019

22   and its authenticity was admitted by iGov in response to Neo4j Sweden's Request for Admission

23   No. 10 (Exhibit C thereto).  *See* Exhibit 13.  The portions referenced by and/or that are most

24   relevant to Plaintiffs' Motion are highlighted.

25        71.     Attached hereto as **Exhibit 69**, is a true and correct copy of a capture of iGov's

26   https://igovsol.com/downloads.html webpage that reveals some embedded html links, which I

27   printed out on July 27, 2020 and was produced bearing the Bates No. N4J_018884 - N4J_018887.

28   The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                                 - 13 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

72.     Attached hereto as **Exhibit 70**, is a true and correct copy of an October 22, 2020 capture of iGov's https://igovsol.com/downloads.html webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on November 11, 2020, and bears Bates No. N4J_019964-N4J_019967.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

73.     Attached hereto as **Exhibit 71**, is a true and correct copy of an July 5, 2019 capture of iGov's https://igovsol.com/index.html webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on November 11, 2020, and bears Bates No. N4J_019968-N4J_019969.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

74.     Attached hereto as **Exhibit 72**, is a true and correct copy of a capture of iGov's https://igovsol.com/index.html webpage that reveals some embedded html links, which I printed out on October 1, 2019 and was produced bearing the Bates No. N4J_018834-N4J_018835.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

75.     Attached hereto as **Exhibit 73**, is a true and correct copy of a capture of iGov's https://igovsol.com/index.html webpage that reveals some embedded html links, which I printed out on July 27, 2020 and was produced bearing the Bates No. N4J_018890-N4J_018891.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

76.     Attached hereto as **Exhibit 74**, is a true and correct copy of an October 22, 2020 capture of iGov's https://igovsol.com/index.html webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on November 11, 2020, and bears Bates No. N4J_019970-N4J_019971.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

77.     Attached hereto as **Exhibit 75**, is a true and correct copy of an September 13, 2020 capture of iGov's https://graphstack.io/webpage/ from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on October 22, 2020 and bears the Bates No. N4J_018816-N4J_018818.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

78.     Attached hereto as **Exhibit 76** is a true and correct copy of an email exchange between John Mark Suhy and Jyothi Viswanadham at Daytona Technologies Ltd. between March 8 and March 10, 2019, which was produced by the PureThink Defendants on November 19, 2019 and bears the Bates No. IGOV0001573375.0001 - IGOV0001573375.0002.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

79.     Attached hereto as **Exhibit 77** is a true and correct copy of a January 25, 2019 email from John Mark Suhy to Ron Turner of XpressRules, which was produced by the PureThink Defendants on November 19, 2019, and bears the Bates No. IGOV0001573421.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

80.     Attached hereto as **Exhibit 78** is a true and correct copy of a January 10, 2019 capture of Neo4j's https://neo4j.com/docs/developer-manual/3.4/ webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on October 13, 2020, and was produced with the Bates No. N4J_019917.

81.     Attached hereto as **Exhibit 79** is a true and correct copy of Neo4j USA's https://neo4j.com/docs/developer-manual/3.4/ webpage that I printed out on October 13, 2020, and was produced with the Bates No. N4J_019916.

82.     Attached hereto as **Exhibit 80** is a true and correct copy of a January 10, 2019 capture of Neo4j USA's https://neo4j.com/docs/operations-manual/3.4/ webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on October 13, 2020 and was produced with the Bates No. N4J_019934-N4J_019935.

83.     Attached hereto as **Exhibit 81** is a true and correct copy of Neo4j USA's https://neo4j.com/docs/operations-manual/3.4/ webpage that I printed out on October 13, 2020 and was produced with the Bates No. N4J_019910-N4J_019911.

84.     Attached hereto as **Exhibit 82** is a true and correct copy of an August 20, 2019 capture of Neo4j USA's https://neo4j.com/docs/operations-manual/3.5/ webpage from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org), which I printed out on October 13, 2020 and was produced with the Bates No. N4J_019932-N4J_019933.

85.     Attached hereto as **Exhibit 83** is a true and correct copy of Neo4j USA's

1   https://neo4j.com/docs/operations-manual/3.5/ webpage that I printed out on October 13, 2020

2   and was produced with the Bates No. N4J_019906-N4J_019907.

3          86.     Attached hereto as **Exhibit 84** is a true and correct copy of a September 30, 2020

4   capture of GFI's ONgDB 3.5 Changelog located at

5   https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.5-Changelog, which I downloaded

6   from the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org),

7   bearing Bates No. N4J_019972-N4J_019973.

8          87.     Attached hereto as **Exhibit 85** is a true and correct copy of an August 20, 2019

9   capture of Neo4j USA's https://neo4j.com/docs/license/ webpage from the Wayback Machine, a

10  digital archive of the World Wide Web (https://web.archive.org), which I printed out on October

11  13, 2020.  This was also authenticated and marked as Exhibit 46 during the Rule 30(b)(6)

12  deposition of GFI.  *See* Exhibit 31 at 286:2-.287:16.

13         88.     Attached hereto as **Exhibit 86** is a true and correct copy of an October 25, 2018,

14  tweet issued from GFI's Twitter account, which I printed out on November 12, 2020, and bears

15  Bates No. N4J_019976-N4J_019976.

16         89.     Attached hereto as **Exhibit 87** is a true and correct copy of a series of November

17  17, 2018 tweets issued from GFI's Twitter account, which I printed out on May 20, 2020 and was

18  produced with the Bates No. N4J_018661- N4J_018662.  This was also authenticated and marked

19  as Exhibit 18 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 137:10-138:1.

20         90.     Attached hereto as **Exhibit 88** is a true and correct copy of a January 23, 2019,

21  tweet issued from GFI's Twitter account, which I printed out on May 20, 2020 and was produced

22  with the Bates No. N4J_018663.

23         91.     Attached hereto as **Exhibit 89** is a true and correct copy of a March 17, 2019 tweet

24  issued from GFI's Twitter account, which I printed out on August 13, 2020 and was produced

25  with the Bates No. N4J_018664.  This was also authenticated and marked as Exhibit 38 during

26  the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 233:11-24.

27         92.     Attached hereto as **Exhibit 90** is a true and correct copy of a March 21, 2019 tweet

28  issued from GFI's Twitter account, which I printed out on November 5, 2020, and bears Bates

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                          - 16 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

No. N4J_019977-N4J_019977.

93.     Attached hereto as **Exhibit 91** is a true and correct copy of a March 21, 2019 tweet issued from GFI's Twitter account, which I printed out on August 13, 2020 and was produced with the Bates No. N4J_018665.

94.     Attached hereto as **Exhibit 92** is a true and correct copy of a May 10, 2019 tweet issued from GFI's Twitter account, which I printed out on August 13, 2020 and was produced with the Bates No. N4J_018666.  This was also authenticated and marked as Exhibit 39 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 240:12-24.

95.     Attached hereto as **Exhibit 93** is a true and correct copy of an October 9, 2019 tweet issued from GFI's Twitter account, which I printed out on October 13, 2020 and was produced with the Bates No. N4J_019695.  This was also authenticated and marked as Exhibit 40 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 243:23-244:14.

96.     Attached hereto as **Exhibit 94** is a true and correct copy of a November 27, 2019 tweet issued from GFI's Twitter account, which I printed out on August 13, 2020 and was produced with the Bates No. N4J_018671.  This was also authenticated and marked as Exhibit 41 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 245:13-246:4.

97.     Attached hereto as **Exhibit 95** is a true and correct copy of a January 18, 2020 tweet issued from GFI's Twitter account, which I printed out on August 13, 2020 and was produced with the Bates No. N4J_018672.  This was also authenticated and marked as Exhibit 42 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 247:23-248:4.

98.     Attached hereto as **Exhibit 96** is a true and correct copy of a May 19, 2020 tweet issued from GFI's Twitter account, which I printed out on August 13, 2020 and was produced with the Bates No. N4J_018673.  This was also authenticated and marked as Exhibit 43 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 249:9-249:20.

99.     Attached hereto as **Exhibit 97** is a true and correct copy of is a true and correct copy of a September 25, 2019 tweet issued from John Mark Suhy's Twitter account in response to several other tweets, which I printed out on October 19, 2020.  This was also authenticated and marked as Exhibit 37 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 246:5-12.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                - 17 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted

100.    Attached hereto as **Exhibit 98** is a true and correct copy of is a true and correct copy of a December 5, 2019 tweet issued from John Mark Suhy's Twitter account in response to several other tweets, which I printed out on May 18, 2020 and was produced with the Bates No. N4J_018946- N4J_018948.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

101.    Attached hereto as **Exhibit 99** is a true and correct copy of is a true and correct copy of a December 15, 2019 tweet issued from John Mark Suhy's Twitter account in response to several other tweets, which I printed out on May 19, 2020 and was produced with the Bates No. N4J_018949- N4J_018950.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

102.    Attached hereto as **Exhibit 100** is a true and correct copy of is a true and correct copy of a January 10, 2020 tweet issued from John Mark Suhy's Twitter account in response to another tweet, which I printed out on October 19, 2020.  This was also authenticated and marked as Exhibit 39 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 250:1-24. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

103.    Attached hereto as **Exhibit 101** is a true and correct copy of is a true and correct copy of January 24, 2020 tweets and a January 29, 2020 tweet issued from John Mark Suhy's Twitter account, which I printed out on October 19, 2020.  This was also authenticated and marked as Exhibit 38 during the Rule 30(b)(6) deposition of iGov.  *See* Exhibit 3 at 248:9-249:16.

104.    Attached hereto as **Exhibit 102** is a true and correct copy of is a true and correct copy of an April 2, 2020 tweet issued from John Mark Suhy's Twitter account in response to several other tweets, which I printed out on May 20, 2020 and was produced with the Bates No. N4J_018989-N4J_018990. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

105.    Attached hereto as **Exhibit 103** is a true and correct copy of is a true and correct copy of two August 22, 2020 tweets issued from John Mark Suhy's Twitter account in response to several other tweets, which I printed out on August 22, 2020 and was produced with the Bates

No. N4J_019019-N4J_019020. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

106.   Attached hereto as **Exhibit 104** is a true and correct copy of is a true and correct copy of a February 23, 2019 tweet issued from John Mark Suhy's Twitter account in response to several other tweets, which I printed out on October 2, 2019 and was produced with the Bates No. N4J_018927.

107.   Attached hereto as **Exhibit 105** is a true and correct copy of a January 23, 2019, tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with the Bates No. N4J_018921-N4J_018922.

108.   Attached hereto as **Exhibit 106** is a true and correct copy of a January 31, 2019, tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with the Bates No. N4J_018923-N4J_018924.

109.   Attached hereto as **Exhibit 107** is a true and correct copy of a March 17, 2019, tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with the Bates No. N4J_018928-N4J_018929. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

110.   Attached hereto as **Exhibit 108** is a true and correct copy of a March 21, 2019, tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with the Bates No. N4J_018930-N4J_018931.

111.   Attached hereto as **Exhibit 109** is a true and correct copy of a May 10, 2019, tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with the Bates No. N4J_018934-N4J_018935.

112.   Attached hereto as **Exhibit 110** is a true and correct copy of a November 27, 2019,

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                                    - 19 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1  tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being

2  retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with

3  the Bates No. N4J_018942-N4J_018943.

4       113.    Attached hereto as **Exhibit 111** is a true and correct copy of a January 18, 2020,

5  tweet issued from GFI's Twitter account that appeared in John Mark Suhy's twitter feed as being

6  retweeted (highlighted for reference), which I printed out on July 19, 2020 and was produced with

7  the Bates No. N4J_018965-N4J_018966.

8       114.    Attached hereto as **Exhibit 112** is a true and correct copy of a printout GFI's

9  webpage https://www.graphfoundation.org/1000th-ongdb-open-neo4j-enterprise-3-5-download-

10  iequoh3ja/ as it appeared on September 25, 2019 that I printed out and was produced by Plaintiffs

11  with the Bates No. N4J_018701-N4J_018703.

12       115.    Attached hereto as **Exhibit 113** is a true and correct copy of a printout of GFI's

13  webpage https://www.graphfoundation.org/projects/ongdb/ as it appeared on June 10, 2020 that I

14  printed out and was produced by Plaintiffs with the Bates No. N4J_018732-N4J_018736.  This

15  was also authenticated and marked as Exhibit 26 during the Rule 30(b)(6) deposition of GFI.  *See*

16  Exhibit 31 at 190:2-16.

17       116.    Attached hereto as **Exhibit 114** is a true and correct copy of a printout of GFI's

18  webpage https://www.graphfoundation.org/projects/ongdb/ as it appeared on December 9, 2020

19  that I printed out and bears the Bates No. N4J_019978-N4J_019981.  The portions referenced by

20  and/or that are most relevant to Plaintiffs' Motion are highlighted.

21       117.    Attached hereto as **Exhibit 115** is a true and correct copy of a printout of an issued

22  raised on the Neo4j Online Community, which can be found at

23  https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066/ via Neo4j USA's webpage

24  https://community.neo4j.com/, which I printed out on September 13, 2019 and was produced by

25  Plaintiffs with the Bates No. N4J-GFI_000008-N4J-GFI_000009.  This was also authenticated

26  and marked as Exhibit 36 during the Rule 30(b)(6) deposition of GFI (*see* Exhibit 31 at 229:1-7,

27  229:23-232:4 and Exhibit 116) and as Exhibit 27 during the Rule 30(b)(6) deposition of iGov (*see*

28  Exhibit 3 at 208:14-209:6).

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5

- 20 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

118.     Attached hereto as **Exhibit 116** is a true and correct copy of a January 9, 2019 email exchange between John Mark Suhy and Benjamin Nussbaum, copying Brad Nussbaum, which was produced by Defendants in this litigation and bears the Bates No. IGOV0001570054. This email exchange contains the url address, https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066, that matches Exhibit 115 hereto.   This was also authenticated and marked as Exhibit 37 during the Rule 30(b)(6) deposition of GFI (*see* Exhibit 31 at 229:1-7, 229:23-232:4 and Exhibit 116) and as Exhibit 26 during the Rule 30(b)(6) deposition of iGov (*see* Exhibit 3 at 207:7-209:6).

119.     Attached hereto as **Exhibit 117**, is a true and correct copy of Issue #11821 opened on May 19, 2018 on Plaintiffs GitHub repository, https://github.com/neo4j/neo4j/issues/11821 , by John Mark Suhy, which I printed out on June 10, 2020 and was produced with the Bates No. N4J_01944-N4J_019452.  This was also authenticated and marked as Exhibit 25 during the Rule 30(b)(6) deposition of iGov. *See* Exhibit 3 at 201:18-203:3.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

120.     Attached hereto as **Exhibit 118** is a true and correct copy of a continued July 2018 email exchange between GFI and Bob Trudeau produced by GFI bearing the Bates No. GFI000284-286. *See* Exhibit 28; s*ee also* Exhibit 31 at 83:22-84:7.  GFI designated this document as "Confidential" when originally produced, but subsequently agreed that they did not need to be filed under seal.

121.     Attached hereto as **Exhibit 119**, is a true and correct copy of a July 9, 2018 email exchange between John Mark Suhy, and Lewis Lu and Keshav Nagpal of Gravity iLabs spanning December 4 and 5, 2018, which was produced by the PureThink Defendants on November 19, 2019  and bears the Bates No. IGOV0001573440.0001- IGOV0001573440.0002.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

122.     Attached hereto as **Exhibit 120** is a true and correct copy of a January 22, 2020 email from Michael Smolyak of Next Century Corp., copying John Mark Suhy and Shahak Nagiel, and produced by GFI with the Bates No. GFI000047.  This was also marked as Exhibit 28 during the Rule 30(b)(6) deposition of GFI.  *See* Exhibit 31 at 198:3-198:24.  GFI designated this

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5

- 21 -

1   document as "Confidential" when originally produced, but subsequently agreed that they did not

2   need to be filed under seal..

3       123.    Attached hereto as **Exhibit 121** is a true and correct copy of a question posted on

4   Stack Overflow, https://stackoverflow.com/company, a self-described "public platform [that] is

5   used by nearly everyone who codes to learn, share their knowledge, collaborate, and build their

6   careers," at https://stackoverflow.com/questions/54740366/unable-to-connect-to-neo4j-ongdb-

7   browser-when-port-forwarding as it appeared on September 26, 2019 and was produced by

8   Plaintiffs with the Bates No. N4J_019552.

9       124.    Attached hereto as **Exhibit 122** is a true and correct copy of a question posted on

10  Stack Overflow, https://stackoverflow.com/company, a self-described "public platform [that] is

11  used by nearly everyone who codes to learn, share their knowledge, collaborate, and build their

12  careers," at https://stackoverflow.com/questions/61497333/ongdb-neo4j-not-starting-up as it

13  appeared on June 10, 2020 and was produced by Plaintiffs with the Bates No. N4J_019553.

14      125.    Attached hereto as **Exhibit 123** is a true and correct copy of a question posted on

15  Stack Overflow, https://stackoverflow.com/company, a self-described "public platform [that] is

16  used by nearly everyone who codes to learn, share their knowledge, collaborate, and build their

17  careers," at https://stackoverflow.com/questions/54802647/gremlin-server-not-starting-with-

18  ongdb as it appeared on September 26, 2019 and was produced by Plaintiffs with the Bates No.

19  N4J_019544- N4J_019546.  This has also been captured by the Wayback Machine at

20  https://web.archive.org/web/20190515022009/https://stackoverflow.com/questions/54802647/gre

21  mlin-server-not-starting-with-ongdb.

22      126.    Attached hereto as **Exhibit 124** is a true and correct copy of a question posted on

23  Stack Overflow, https://stackoverflow.com/company, a self-described "public platform [that] is

24  used by nearly everyone who codes to learn, share their knowledge, collaborate, and build their

25  careers," at https://stackoverflow.com/questions/54224244/loading-large-cypher-file-in-neo4j as

26  it appeared on September 13, 2020 and was produced by Plaintiffs with the Bates No.

27  N4J_019550.

28      127.    Attached hereto as **Exhibit 125**, is a true and correct copy of Issue #4 opened on

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3639273.5                                    - 22 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION
FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

May 26, 2019 on GFI's GitHub repository, https://github.com/graphfoundation/ongdb/issues/4, by John Mark Suhy, which I printed out on November 11, 2020 and bears the Bates No. N4J_0199812-N4J_019983.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

128.    Attached hereto as **Exhibit 126** is a true and correct copy of a February 19, 2020 email exchange between John Mark Suhy and Keoni Gasparat of Neo4j, which was produced by the PureThink Defendants and bears the Bates No. IGOV0002851597.0001 - IGOV0002851597.0003. Plaintiffs and the PureThink Defendants have designated this email as "Confidential" under the Protective Order.

129.    Attached hereto as **Exhibit 127** is a true and correct copy of an August 2018 email email exchange between John Mark Suhy and Michael Dunn of the Internal Revenue Service, copying Linkavan Manoharan, Lisa Rosenmerkel and GuoqingWeng, which was produced by the PureThink Defendants on November 19, 2019, and bears the Bates No. IGOV0001573217.0001 - IGOV0001573217.0003

130.    Attached hereto as **Exhibit 128**, is a true and correct copy of Plaintiff Neo4j, Inc.'s Request for Admission, Set One, to Defendant Graph Foundation, Inc.

131.    Attached hereto as **Exhibit 129**, is a true and correct copy of Graph Foundation, Inc.'s Supplemental Objections and Responses to Neo4j, Inc.'s First Set of Requests For Admission.

132.    Attached hereto as **Exhibit 130** is a true and correct copy of a July 3, 2018 email from John Mark Suhy (without attachment), which was produced by the PureThink Defendants as "email-20" and designated by them as Confidential under the Protective Order.

133.    Attached hereto as **Exhibit 131** is a true and correct copy of a February 17, 2020 email to John Mark Suhy and one of the referenced attachments, T001 Request for Quotation Template.docx, which was produced by the PureThink Defendants as "email-11" and designated by them as Confidential under the Protective Order.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

134.    Attached hereto as **Exhibit 132** is a true and correct copy of a February 19-20,

2020 email exchange and the referenced attachment, Outward-Pricing-Breakdown-NGC-v1.pdf, which was produced by the PureThink Defendants and designated by them as Confidential under the Protective Order.

135.    Attached hereto as **Exhibit 133** is a true and correct copy of a January 23-24, 2020 email exchange, which was produced by the PureThink Defendants with the Bates No. 06-2020-000044 and designated by them as Confidential under the Protective Order. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

136.    Attached hereto as **Exhibit 134** is a true and correct copy of an April 9-10, 2020 email exchange, which was produced by the PureThink Defendants with the Bates No. 06-2020-000047-06-2020-000049 and designated by them as Confidential under the Protective Order. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

137.    Attached hereto as **Exhibit 135** is a true and correct copy of a May 4-5, 2020 email exchange, which was produced by the PureThink Defendants with the Bates No. 06-2020-000050-06-2020-000053 and designated by them as Confidential under the Protective Order.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 11th day of December 2020, at San Jose, California.


 */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF NEO4J, INC. AND NEO4J SWEDEN AB'S CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

**EXHIBIT 1**

# United States of America
## United States Patent and Trademark Office

# NEO4J

**Reg. No. 4,784,280**

**Registered Aug. 4, 2015**

**Int. Cls.: 9, 35, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEO TECHNOLOGY (DELAWARE CORPORATION)
111 E. 5TH AVE.
SAN MATEO, CA 94401

FOR: COMPUTER PROGRAMS FOR MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; COMPUTER PROGRAMS FOR STORING, MANAGING, AND QUERYING DATA FROM DATABASES ON COMPUTERS, COMPUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING TRAINING CLASSES, CERTIFICATION TRAINING, WORKSHOPS, TUTORIAL SESSIONS, AND ONLINE CLASSES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; PROVIDING TRAINING SERVICES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES END USERS TO STORE, MANAGE, AND QUERY DATA FROM DATABASES ON COMPUTERS, COMPUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

N4J_000001

**Reg. No. 4,784,280**   DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; TECHNICAL SUPPORT SERVICES, NAMELY, INSTALLATION, ADMINISTRATION, AND TROUBLESHOOTING OF DATABASE APPLICATIONS; COMPUTER SERVICES, NAMELY, PROVIDING CONSULTATION SERVICES AND ADVICE IN THE FIELDS OF DESIGNING COMPUTER DATABASES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF MAINTAINING THE SECURITY AND INTEGRITY OF DATABASES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-267,006, FILED 4-30-2014.

SIMON TENG, EXAMINING ATTORNEY

N4J_000002

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at**  http://www.uspto.gov.

N4J_000003

**EXHIBIT 2**

PureThink

Call Us: 703-348-3968  |  Contact Us



HOME     CAPABILITIES     CONSULTING     COMPANY

## About PureThink

PureThink is a software and information technology services company focusing on government consulting / contracting. Our team is experienced and innovative and this reflects on the overall quality of our products and services.

| About Us | NAICS & SIC Codes | |
|---|---|---|

## Philosophy

To help you succeed, we believe in working closely and cooperatively. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

PureThink provides strategic consulting, business systems development and integration, technology solutions, and managed services to federal government agencies, Non Profits and commercial companies. We collaboratively help our clients achieve results by identifying mission critical issues and implementing innovative and customized solutions that achieve create value and desired business results - productivity, speed, margins, technology and relationships. Over the years, we have earned a solid reputation for combining our strategic consulting, technology, functional and vertical market expertise and innovative delivery model into practical solutions that deliver results. Our flexible yet structured approach and integrated methodologies enable us to structure engagements to best meet our clients' specific needs. In short, we do what it takes to get the job done - on time and on budget.

## Results

## Contact

### Main Office
1902 Campus Commons Drive
Suite 101
Reston, VA 20191

Phone: 703-348-3968

Email: info@purethink.com.

N4J_019932

Our mission is to bring the greatest value to our clients globally by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with. We tailor solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

## Distinguishers

* Past performance in Federal, DOD, and commercial spaces (from small to enterprise) .
* Our management team is comprised of highly experienced technology professionals.
* No off-shoring : our resources are all located in the USA.
* Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.
* Security focused. All of our software development professionals must go through security training. We were 2011 RSA speakers on security in the cloud.
* Our company is profitable with zero debt.
* Our core team has been working together for over 10 years.

N4J_019933

# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**EXHIBIT 4**

DocuSign Envelope ID: 41331AB3-36EE-4B2C-BB85-AC039E73A2D0

neotechnology graphs are everywhere

# NEO4J SOLUTION PARTNER AGREEMENT

| Partner: | PureThink LLC | Neo Representative: | Erik Nolten;<br>erik.nolten@neotechnology.com<br>Phone: +31 652 721 808 |
|---|---|---|---|
| Address: | 4202 Adrienne Dr | Address: | Neo Technology, Inc.<br>111 East 5th Avenue<br>San Mateo, CA 94401 |
| Contact Name: | John Mark Suhy Jr | Phone: | 1-855-636-4532 |
| Contact Phone: | 703-348-3968 x 101 | Web: | www.neotechnology.com |
| Contact Email: | jmsuhy@purethink.com | E-mail: | accounting@neotechnology.com |

| Support contact 1 | | Support contact 2 | |
|---|---|---|---|
| Name: | John Mark Suhy | Name: | Nikhil Budhiraja |
| Email: | jmsuhy@purethink.com | Email: | nikhil@purethink.com |
| Mobile: | 703-348-3968 x 101 | Mobile: | 703-348-3968 x 109 |

| Payment Information | Wire payment information:<br>Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara,<br>CA 95054, USA | Routing and Transit #:  121140399<br>SWIFT code: SVBKUS6S<br>Credit Account #: 330072 6656 | |
|---|---|---|---|
| Neo4j Solution Partner Program Fee: | | | |
| Agreement Period | 1 Year | Annual fees: | USD 1,995.00 |
| Special condition: Fee is payable with the first Product order/referral. | | | |

**Territory.**  Subject to the terms and conditions of this Agreement, Partner may sell the Products in the following "Territory" (check all that apply). Applicable territories: \_\_\_X\_\_North America; \_\_\_\_\_ Central and South America; \_\_\_\_\_Europe; \_\_\_\_\_Middle Eastern; \_\_\_\_\_Africa; \_\_\_\_\_Japan; \_\_\_\_\_ India; \_\_\_\_ Australia and New Zealand; \_\_\_\_\_Asia Pacific excluding Australia, New Zealand, Japan and India; _____ (Other).

By signing below, "Partner" shall be entitled to the benefits set forth on Exhibit A and Partner acknowledges and agrees to the terms and conditions of the Partner Terms attached hereto as Exhibit B effective as of \_\_\_\_09-30-2014\_\_\_\_\_ ("Effective Date"), by and between Neo Technology, Inc. ("Neo Technology"), a corporation having its principal place of business at 111 East Fifth Ave., First Floor, San Mateo, CA 94401 ("Neo Technology") and the "Partner" below.

| Partner: | | Neo Technology, Inc. | |
|---|---|---|---|
| Name: | PureThink LLC | Name: | LARS NORDWALL |
| Title: | CTO / Director | Title: | COO |
| Date: | 09-30-2014 | Date: | 10/6/2014 |
| Signature: | | Signature: | DocuSigned by:<br>LARS NORDWALL<br>5E9692354E8643E... |



Witness:
John Mark Suhy
**Exhibit 05**
10/22/2020  B Gerald

N4J_000004

DocuSign Envelope ID: 41331AB3-36EE-4B2C-BB85-AC039E73A2D0

**neotechnology** graphs are everywhere

# NEO4J SOLUTION PARTNER AGREEMENT

**Exhibit A**
Benefits

In consideration for Partner's pre-payment of applicable fees and ongoing compliance with all of the other terms and conditions of this Agreement, and any Exhibits hereto, Neo Technology agrees to offer Partner the non-exclusive benefits described below.

| NEO4J SOLUTION PARTNER BENEFIT & QUALIFICATION TABLE | |
|---|---|
| Revenue sharing on sold subscriptions based on price list | 25% or as otherwise mutually agreed in an order form |
| Referral fee on sold new subscription | optional |
| Internal use of Neo4j for training and demo purposes | ✓ |
| Press release support for customer case studies | ✓ |
| Invitation to Neo events (fees may apply) | ✓ |
| Neo4j Partner Logo Usage | ✓ |
| Invitation to Product Roadmap Discussions | ✓ |
| Strategic Account Support | ✓ |
| Listing on Partner Page | ✓ |
| Access to training and certification program subject to execution of Authorized Training Partner Addendum | |
| Partner Portal Access | ✓ |
| Access to Neo4j Support | ✓ |
| Training discount | 20% |
| **Qualification and Partner Guidelines** | |
| Proven ability to commit and deliver on consulting engagements with high success rate | ✓ |
| Complete and submit Neo Partner Agreement | ✓ |
| 2 or more Certified Neo Consultants | ✓ |
| Joint Business & Marketing Plan for Territory | ✓ |
| Generate Case study(s) for joint customer | ✓ |
| Two Annual new customer acquisition target | ✓ |
| Organize Neo4j events | ✓ |

N4J_000005

DocuSign Envelope ID: 41331AB3-36EE-4B2C-BB85-AC039E73A2D0

 graphs are everywhere

# NEO4J SOLUTION PARTNER AGREEMENT

### Exhibit B
### Partner Terms

**1. PARTNER PROGRAM AND ORDERS.** In exchange for the payment of applicable fees, Partner will be entitled to the benefits of the Partner Program for described on Exhibit A. Partner may submit orders for Products to Neo Technology from time to time. All orders must be consistent with the terms of this Agreement and are subject to Neo Technology's acceptance or rejection. If accepted, Partner shall execute the Neo Technology Order Form and shall: (i) shall cause the applicable End User to execute Neo Technology's Acknowledgement Form as Neo Technology provides to Partner from time to time or (ii) Partner hereby agrees to be responsible and jointly and severally liable for all of the End User/Licensee obligations found at http://www.neotechnology.com/terms/enduser-partner-us/ with respect to (a) the State of Maryland as the End User/Licensee under such terms and (b) with respect to any other governmental entity that Neo Technology approves of in a mutually agreed upon Neo Technology Order Form. All licenses to use the Products will be between Neo Technology and the applicable End User. Partner will inform Neo Technology of the status of each Product order renewal in writing at least thirty (30) days before the expiration date of each End User's subscription license period. In the event Partner fails to notify Neo Technology within the thirty (30) day period described above, Neo Technology may, in its sole discretion, renew the Product subscription directly with the End User.

**2. PAYMENTS AND FEES.**

**2.1 Partner Program Fees.** During the term of this Agreement, Partner will pay to Neo Technology the annual Partner Program fees as specified on the front page of this Agreement. The first year's annual Program fees are due on the Effective Date of this Agreement. Thereafter, the annual Program fees for renewal years will be invoiced at the then current annual Partner Program fees and such renewal Partner Program fees will be invoiced annually in advance on each anniversary of the Effective Date of this Agreement.

**2.2 Product Orders and Fees.** Fees for orders for subscriptions to the Products, including for renewals subject to Section 1, will be at the discounted prices set forth in Exhibit A and will be invoiced in advance after Neo Technology's Acknowledgement Form is executed by Partner and the End User or as otherwise set forth in Section 1. Partner shall not enable any End User to download, install or use the Products unless and until the End User has duly executed Neo Technology's Acknowledgement Form or as otherwise set forth in Section 1. Neo Technology shall have the right to modify the discounted prices set forth in Exhibit A at any time. Neo Technology will provide the renewal amount to Partner for each End User renewal within a reasonable period of time after Partner informs Neo Technology of the status of each Product order renewal as set forth in Section 1 above.

**2.3 Taxes/Duties.** All fees and charges payable by Partner under this Agreement are exclusive of any (a) duties or (b) present or future sales, use, value added, excise, or other governmental or similar taxes applicable to this Agreement. Neo Technology will separately itemize any applicable taxes and duties of which it is aware on each invoice, unless Partner furnishes Neo Technology with a properly executed tax exemption certificate certifying that it does not owe such taxes and duties. Partner will be responsible for paying any applicable taxes and duties currently or hereafter assessed by a government agency, other than taxes based on Neo Technology's net income. If all or any part of any payment owed to Neo Technology under this Agreement is withheld, based upon a claim that such withholding is required pursuant to the tax laws of any country or its political subdivisions and/or any tax treaty between the U.S. and any such country, such payment shall be increased by the amount necessary to result in a net payment to Neo Technology of the amounts otherwise payable under this Agreement.

**2.4 Payment.** Unless otherwise indicated in addendums to this Agreement, payments of all invoices: (a) will be paid within thirty (30) days of the date of the invoice; and (b) will be made in EUROS or U.S. dollars as set forth on the front page of this Agreement or as Neo Technology otherwise specifies without right of set off or chargeback. All fees are non-refundable. All amounts not paid when due are subject to a late fee of the lesser of one percent (1%) per month or the maximum amount allowable by law.

**2.5 Notification of Changes.** Neo Technology will provide Partner with sixty (60) days written notice of any changes in the Partner program benefits set forth on Exhibit A.

**2.6 Audit Rights.** Partner will, during this Agreement and for a period of one (1) year after termination, maintain records relating to its performance under this Agreement. Partner agrees that Neo Technology, upon at least ten (10) days prior written notice during business hours may at its own cost and expense directly or through an agent inspect such accounts, records and other information as may be required to verify Partner's compliance with this Agreement. The cost of the audit will be borne by Neo Technology unless the audit reveals an underpayment by Partner to Neo Technology, in which case Partner will immediately pay the amount of the underpayment and will pay for the cost of the audit.

**3. CONFIDENTIALITY.** Each party acknowledges that it acquires only the right to use the other party's Confidential Information under the terms and conditions of this Agreement and does not acquire any rights of ownership or title in the other party's Confidential Information. Each party will hold in confidence any Confidential Information received by it from the other and will protect the confidentiality of such with the same degree of care that it exercises with respect to its own information of like import, but in no event less than reasonable care, for a period of five (5) years from receipt. Each party will only disclose Confidential Information to its employees, agents, representatives and authorized contractors (collectively "Representatives") having a need to know for the purposes of this Agreement. Each party will notify and inform such Representatives of each party's limitations, duties, and obligations regarding use, access to, and nondisclosure of Confidential Information and will obtain or have obtained from its Representatives' agreements to comply with such limitations, duties, and obligations insofar as such Confidential Information no less restrictive than those contained herein. Each party is liable for all acts and omissions of the Representatives related to the other party's Confidential Information. Each party agrees to give notice to the other party immediately after learning of or having reason to suspect a breach of any of the proprietary restrictions set forth in this Section. In the event that a party is required to disclose Confidential Information pursuant to any applicable statute, regulation or order of a court of competent jurisdiction, that party will use commercially reasonable efforts to notify the other party of the required disclosure.

**4. LICENSES AND OWNERSHIP.**

**4.1 Licenses.** Neo Technology hereby grants to Partner a non-exclusive, non-transferable limited license during the term of this Agreement to: (i) use the Products solely to demonstrate the Products to potential customers in connection with its performance under this Agreement; (ii) provided that Partner has executed an Authorized Training Partner Addendum, use the Products to provide training and Level 1 and Level 2 Support to End Users that have licensed the Products from Neo Technology, with all such Support as described on Exhibit C; (iii) use the Neo Technology trademarks solely to market and promote the Products in accordance with the terms of this Agreement, and to market and resell licenses to the Products (in object code only) to End Users to use by End Users for their internal business purposes and subject to the End Users' agreement to Neo Technology's Acknowledgement Form and license agreement or as otherwise set forth in Section 1. Partner will use Neo Technology trademarks only in accordance with Neo Technology's then-current trademark usage guidelines. Any use by Partner of Neo Technology trademarks will inure to the benefit of Neo Technology. Neo Technology will provide Partner with Level 3 Support as described on Exhibit C.

**4.2 Pre-Existing Technology.** Each party acknowledges and agrees that, as between the parties, each party is and will remain the sole and exclusive owner of all right, title, and interest in and to its pre-existing technology, and all associated Intellectual Property Rights, and that this Agreement does not affect such ownership. Each party acknowledges that it acquires no rights under this Agreement to the other party's pre-existing technology other than the limited rights specifically granted in this Agreement. Neo Technology will own all right, title, and interest in and to all Products and derivative works of the Products and all associated Intellectual Property Rights. If Partner acquires any rights, including any Intellectual Property Rights, in the Products or derivative works thereof, Partner hereby assigns and agrees to assign to Neo Technology all such rights.

**4.3 Modifications to Pre-Existing Technology.** Each party acknowledges and agrees that, as between the parties, each party is and will remain the sole and exclusive owner of all right, title, and interest in and to any modifications and/or derivative works to its pre-existing technology regardless of who created such modifications and/or derivative works, and all associated Intellectual Property Rights. Each party acknowledges that it acquires no rights under this Agreement to the modifications and/or derivative works of the other party's pre-existing technology other than the limited rights specifically granted in this Agreement.

**4.3 Restrictions.**

**4.3.1** During the term of this Agreement, Partner may not use or run on any of Partner's hardware, or have deployed for internal use, any Neo Technology Community Edition Products for commercial or production use. In no event shall Partner reverse engineer, distribute or otherwise use the Products for its own internal use. There are no implied rights. Partner will not fork or bifurcate the source code for any Neo Technology Community Edition Products into a separately maintained source code repository so that development done on the original code requires manual work to be transferred to the forked software or so that the forked software starts to have features not present in the original software.

**4.3.2** During the term of this Agreement and up until thirty six (36) months after the termination or expiration of this Agreement, Partner may not develop, market, distribute or offer any services related to any Neo Technology Community Edition Products, derivative works of such products, or any Partner software code made to work with Neo Technology Community Edition Products (including, without limitation, hosting services, training, technical support, configuration and customization services, etc.).

**4.3.3** During the term of this Agreement, Partner will not accept work, enter into a contract or accept an obligation inconsistent or incompatible with Partner's obligations, or the scope of services to be rendered for Neo Technology, under this Agreement. Partner warrants that, to the best of Partner's knowledge, there is no other existing contract or duty on Partner's part than conflicts with or is inconsistent with this Agreement. Partner agrees to indemnify and hold harmless Neo Technology from any and all losses and liabilities incurred or suffered by Neo Technology by reason of the alleged breach by Partner of any services agreement between Partner and any third party.

**4.3.4** Partner shall conduct and perform its obligations under this Agreement in a manner that reflects favorably on Neo Technology at all times. Partner shall not make any representations or warranties regarding Neo Technology or the Products. Partner agrees to indemnify, defend and hold harmless Neo Technology from any and all claims arising from any representations or warranties made by Partner regarding Neo Technology and/or Product(s) and/or Neo Technology. Partner may not approach any End Users who purchased Products directly from Neo Technology for the purpose of renewing or upgrading the End User's subscription to the Products through Partner.

**5. DISCLAIMER.** NEO TECHNOLOGY MAKES NO WARRANTIES REGARDING THE PRODUCTS OR ANY INFORMATION PROVIDED BY NEO TECHNOLOGY HEREUNDER, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE.

**6. LIMITATION OF LIABILITY.** NEO TECHNOLOGY WILL NOT BE LIABLE FOR ANY INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGE IN CONNECTION WITH OR ARISING OUT OF OR RELATED TO THIS AGREEMENT (INCLUDING LOSS OF BUSINESS, REVENUE, PROFITS, USE, DATA, OR OTHER ECONOMIC ADVANTAGE), HOWEVER IT ARISES, WHETHER FOR BREACH OR IN TORT (INCLUDING NEGLIGENCE), EVEN IF NEO TECHNOLOGY HAS BEEN PREVIOUSLY ADVISED OF THE

DocuSign Envelope ID: 41331AB3-36EE-4B2C-BB85-AC039E73A2D0

 graphs are everywhere

# NEO4J SOLUTION PARTNER AGREEMENT

POSSIBILITY OF SUCH DAMAGE. NEO TECHNOLOGY'S AGGREGATE CUMULATIVE LIABILITY FOR CLAIMS RELATING TO THIS AGREEMENT, WHETHER FOR BREACH OR IN TORT, WILL BE LIMITED TO THE AMOUNT PAID BY PARTNER TO NEO TECHNOLOGY UNDER THIS AGREEMENT IN THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE ACT OR OMISSION FIRST GIVING RISE TO THE CLAIM.    LIABILITY FOR DAMAGES WILL BE LIMITED AND EXCLUDED, EVEN IF ANY EXCLUSIVE REMEDY PROVIDED FOR IN THIS AGREEMENT FAILS OF ITS ESSENTIAL PURPOSE.

**7.     TERM AND TERMINATION.**

**7.1         Term.** This Agreement will commence on the Effective Date, and remain in effect for a period of one (1) year.  Thereafter, this Agreement will automatically renew at additional one (1) year periods unless either party provides at least sixty (60) days prior written notice to the other party of its intent not to renew.

**7.2         Termination.** This Agreement may be terminated by a party for cause immediately if (a) the other ceases to do business, or otherwise terminates its business operations; or (b) the other materially breaches any material provision of this Agreement and fails to cure such breach within thirty (30) days of written notice describing the breach. In addition, Neo Technology may terminate this Agreement at any time by providing Partner with ninety (90) days prior written notice.  This Agreement may be terminated as set forth on Exhibit C.

**7.3         Effect of Termination.** Upon termination of this Agreement by either party (a) all rights and licenses of Partner hereunder will terminate  and Partner shall cease all communications with End Users regarding the Products; and (b) each party will immediately return to the other party all Confidential Information in its possession, custody or control in whichever form held (including all copies or embodiments of the Confidential Information) and will cease using any trademarks, service marks and other designations of the other party; and (c) Partner shall pay to Neo Technology all outstanding fees. To remove all doubt, except as set forth in this Agreement, it is hereby clarified that Partner will not be entitled to any additional remuneration, or reimbursement of any expenses based on the expiration or termination of this Agreement.  An addendum to this Agreement may specify additional effects of termination of this Agreement.  After any termination of this Agreement, Neo Technology shall not be restricted in any manner from licensing or contracting with End Users.

**7.4         Survival.** In addition to any provisions set forth on an addendum to this Agreement that expressly survive termination or expiration of this Agreement, any definitions any payment obligations that accrued prior to the effective termination or expiration date and Sections 2.6, 3, 4.2, 4.3.2 (as set forth therein), 4.3.4, 5, 6, 7, 8, 10 and 11 will survive the expiration or termination of this Agreement.
**8.         INDEMNITY.**  Partner will indemnify, defend and hold harmless Neo Technology from and against any and all third party claims, suits, actions, demands and proceedings against Neo Technology and all losses, costs and liabilities related thereto arising out of or related to any negligence by Partner or any other act or omission of Partner, including without limitation any breach of this Agreement by Partner.
**9.         MARKETING**
**9.1   Marketing.**  Provided that Partner complies with all of the obligations herein, Neo Technology will include the Partner company logo and profile on the Neo Technology website.  Partner will include the Neo Technology company logo on Partner website in accordance with the Neo Technology trademark usage guidelines.  Each party may issue a press release announcing that Partner is a Partner as the other party approves in writing.  Each party will provide a quote from an executive to support the other party's press release.  All marketing activities are subject to approval by both Partner and Neo Technology.
**9.2         Surveys.**  Neo Technology may issues surveys to Partner once per quarter in an effort to improve customer satisfaction.  Partner will provide responses within ten (10) business days of receipt of each survey.

**10.     GENERAL TERMS.**

**10.1   Force Majeure.** A party is not liable under this Agreement for non-performance caused by events or conditions beyond that party's control if the party makes reasonable efforts to perform.

**10.2   Relationship of Parties.** This Agreement is not intended to create a relationship such as a partnership, franchise, joint venture, agency, or employment relationship.  Neither party may act in a manner which expresses or implies a relationship other than that of independent contractor, nor bind the other party.

**10.3   Notices.** All written notices required by this Agreement must be delivered to the addresses specified above, either in person or by a means evidenced by a delivery receipt.  All notices will be effective upon receipt.

**10.4   Assignment.** Neither party may assign or otherwise transfer any of its rights or obligations under this Agreement, without the prior written consent of the other party; provided, however, either party may assign this Agreement without the other party's consent to a parent or subsidiary of such party or in the case of a merger or sale of all or substantially all of its assets or stock.

**10.5   Waiver or Delay.** Any express waiver or failure to exercise promptly any right under this Agreement will not create a continuing waiver or any expectation of non-enforcement.

**10.6   Provisions Found Invalid.** If any term or provision of this Agreement is found to be invalid under any applicable statute or rule of law then, that provision notwithstanding, this Agreement will remain in full force and effect and such provision will be deemed omitted; provided, however, in lieu of such omitted provision there will be added to this Agreement a valid provision which is as nearly identical to the omitted provision as possible.

**10.7   Construction.** This Agreement has been negotiated by the parties, each of which has been represented by counsel.  This Agreement will be fairly interpreted in accordance with its terms, without any strict construction in favor of or against either party.

**10.8   Governing Law.** Any action related to this Agreement will be governed by the laws of California without regard for its choice of law provisions.  The United Nations Convention on Contracts for the International Sale of Goods will not apply.

**10.9   Venue.** Except as set forth below, the courts seated in San Mateo, California, will have sole and exclusive jurisdiction for all purposes in connection with any action or proceeding that arises from, or relates to, this Agreement, and each party hereby irrevocably waives any objection to such exclusive jurisdiction.  Notwithstanding anything in this Agreement to the contrary, Neo Technology may seek injunctive or other equitable relief in any court of competent jurisdiction to protect any actual or threatened misappropriation or infringement of its intellectual property rights or those of its licensors, and Partner hereby submits to the exclusive jurisdiction of such courts and waives any objection thereto on the basis of improper venue, inconvenience of the forum or any other grounds.

**10.10   Export.**  Partner will not export the Products in violation of the export laws of the United States or of any other country.

**10.11   Non-solicitation.** During the term of this Agreement and for a period of one (1) year thereafter Partner will not directly or indirectly, either alone or in association with others, (a) solicit, or permit any of its affiliates to solicit, any employee of Neo Technology or its affiliates to leave the employ of Neo Technology or any of its affiliates, or (b) solicit for employment, hire, or engage as an independent contractor, or permit any of its affiliates to solicit for employment, hire, or engage as an independent contractor, any person who was employed by Neo Technology or its affiliates; provided, that this clause (b) will not apply to any individual whose employment with Neo Technology or any of its affiliates has been terminated for a period of six (6) months or longer and provided further that this Section 10.11 will not prohibit general advertisement of employment opportunities not specifically targeting any employee(s) of Neo Technology or its affiliates.

**10.13   Other.** This Agreement and attached Exhibit(s) is the entire agreement between the parties.  This Agreement supersedes and cancels any prior documents or agreements, whether written or oral, regarding the subject matter addressed in this Agreement and attached Exhibit(s).  If any terms on Partner's orders conflict with the terms of this Agreement, the conflicting terms of this Agreement shall control. Any preprinted terms on Partner's purchase order or similar ordering or other document are hereby rejected.

**11.     DEFINITIONS.**

"Confidential Information" means information which has value because it is not generally known and which the disclosing party uses reasonable means to protect and includes without limitation any information designated as confidential or proprietary by either party to this Agreement upon disclosure.  Confidential Information may include proprietary information of third parties who have granted licenses to or have contractual relationships with the disclosing party.  Confidential Information excludes information that receiving party can clearly establish by written evidence: (a) was in the possession of, or was known by, receiving party prior to its receipt from disclosing party; (b) is or becomes generally known to the public without violation of this Agreement; (c) is obtained by receiving party from a third party not under any obligation of confidentiality; or (d) is independently developed by receiving party without use of Confidential Information. Furthermore, disclosure of Confidential Information will not be prohibited if disclosure is required by law, regulation or order of a court of competent jurisdiction.

"End User" means an end customer that may use the Products for their own internal use and not for resale or distribution.

"Intellectual Property Rights" means all intellectual property rights worldwide arising under statutory or common law or by contract and whether or not perfected, now existing or hereafter filed, issued, or acquired, including all: (a) patent rights; (b) rights associated with works of authorship including copyrights and mask work rights; (c) rights relating to the protection of trade secrets and confidential information; (d) trademarks, service marks, trade dress and trade names; and (e) any right analogous to those set forth in this Agreement and any other proprietary rights relating to intangible property.

"Neo Technology Community Edition Product" means an open source version of a Neo Technology software product.

"Products" means the Neo4J commercial software provided by Neo Technology and licensed to the End User.

"Support" refers generally to the provision of support as described in Exhibit C of this Agreement.

N4J_000007

DocuSign Envelope ID: 41331AB3-36EE-4B2C-BB85-AC039E73A2D0

 *graphs are everywhere*

# NEO4J SOLUTION PARTNER AGREEMENT

### Exhibit C
### Support

**1. Introduction**.  This Support Summary is an attachment to the Partner Agreement between Neo Technology and the applicable Partner and is automatically deemed part of, and governed by, the Partner Agreement. Unless otherwise defined in this Support Summary, any capitalized term used in this Support Summary will have the meaning given it in the Partner Agreement.

**2. Partner's Support Obligations**.  Partner will provide First and Second Line Support to End User(s) for the Products. This First  and Second Line Support shall be provided in accordance with Neo Technology's standard Support Terms, available at http://neotechnology.com/support-terms, and be provided in the time zone and local language of End User(s) unless agreed otherwise with End User(s) and Neo Technology. Additionally, Partner commits to agreeing with End User(s) on the manner in which Partner will provide First and Second Line Support, including the minimum response time(s). Partner will provide for any First and Second Line Support request by End User(s), and will provide Neo Technology with a summary of each such agreement.

**3. Deficiencies**.  In the event an End User is dissatisfied with Partner's Support, or Neo Technology otherwise reasonably believes that Partner is not providing such Support in accordance with accepted industry standards, then Neo Technology will notify Partner in writing and both parties will work together in good faith to resolve the deficiencies. If within thirty (30) days, Neo Technology does not believe, in its sole discretion, that such deficiencies have been resolved, Neo Technology may require that Partner cease the provision of Support and allow Neo Technology, or a nominated representative of Neo Technology, to provide such Support directly to the applicable End User(s). In such event, Partner agrees to provide reasonable cooperation in the transition of Support to Neo Technology, or the nominated representative of Neo Technology, and, if Partner was paid in advance for future Support, Partner will pay Neo Technology agreed-to amounts for the period of Support to be provided by Neo Technology or its nominated representative.

**4. Partner Certification**.  Partner must meet any certification requirements specified by Neo Technology from time to time in writing, including, without limitation, the requirement to have on Partner's staff at least two (2) Neo Technology certified engineers within six (6) months of the Effective Date. Neo Technology will offer, and Partner may order, training programs in accordance with Neo Technology's then-current program rates or as agreed by the parties in writing. In addition, Partner will comply with any additional certification and training requirements established by Neo Technology from time to time, with ninety (90) days notice from Neo Technology. Support certification is based on a combination of performance-based tests and attended training days that measure competency on Products.

**5. Neo Technology's Support Obligations**.  For the purposes of Support, Neo Technology will consider Partner as a customer and provide Partner with Second Line Support in accordance with Neo Technology's standard Support Terms, available at http://neotechnology.com/support-terms. Partner will meet all obligations of a customer described in the Support Terms. Partner agrees to contact Neo Technology for Second Line Support only when, after reasonable commercial efforts, Partner has identified an issue related specifically to Product and is unable to determine a resolution.  If any terms of the Support Terms at http://neotechnology.com/support-terms conflict with any terms of this Exhibit C, the conflicting terms of this Exhibit C shall control.

**6. Cooperation**.  Partner will cooperate with and provide assistance to Neo Technology as Neo Technology may reasonably request in connection with Neo Technology's Support obligations, including, without limitation, the following:

   *6.1. Test Code*.  Partner will use its best efforts to provide Neo Technology functioning test code that reproduces and isolates the issue in Product. Such test code must be reproducible using systems and tooling available to Neo Technology. In addition, Partner will remove extraneous comments and code from the test code provided and to the extent possible, such code will be fully self-contained, automated and will demonstrate the precise issue reported rather than other possible problems. If Partner cannot provide test code that reproduces the issue, Partner acknowledges that Neo Technology may be unable to provide a resolution to the issue. In such cases, Neo Technology will work with Partner to assist in the development of a test case.

   *6.2. Access*.  Partner will use its best efforts to provide Neo Technology with access (via remote telecommunications and, if applicable, on-site access at the End User's or Partners premises) to the extent reasonably necessary to allow Neo Technology to provide Support. If Partner cannot provide remote access, Neo Technology may be unable to provide a resolution to the issue.

   *6.3. Assistance*.  Partner will provide Neo Technology with a continually-available engineer who will promptly assist Neo Technology with data gathering, testing, and applying all fixes to the applicable environment for Severity Level 1 and Severity Level 2 issues.

**7. Data**.  In connection with any activities provided hereunder, Partner will only share or otherwise disclose data to Neo Technology for which Partner has obtained the rights, and express consent of the data subject, to disclose to Neo Technology.

**8. Reporting**.  Partner will provide Neo Technology with a monthly report detailing the status of all Severity Level 1 and Severity Level 2 Support cases, as defined in the Support Terms, provided to each End User, including all information reasonably requested by Neo Technology.  Such reports will be provided on the first Friday of every month and cover the previous month's activities. Partner acknowledges that Neo Technology may change the reporting obligations described in this Section, and Partner will comply with any new reporting obligations within thirty (30) days of Neo Technology's request.  The Support report will provide the following:

- Case number (provided by Partner to End User)
- Partner ID (provided by Neo Technology)
- End user name and contact details
- Status (e.g. new, open, hold, solved, closed)
- Severity Level, based on the categories defined in Neo Technology's standard Support Terms.
- Initial response time; opened and closed date
- Responsible support representative
- Product
- Issue description and type, and root cause description

**9. Exclusions**.  Neo Technology will not be obliged to provide Support to Partner for any issue arising out of any of the following events:

- A failure of hardware, equipment or programs not provided by Neo Technology
- Support for any versions of the Product that are not obtained by Partner via the Neo Technology Customer Support Portal
- Use in a Production Environment of versions of the Product not marked as 'Generally Available'
- Support for any version of the Product in production more than two years from the date of its general availability
- Any cause or causes beyond the reasonable control of Neo Technology (e.g. floods, fires, loss of electricity or other utilities)
- Partner's or End User's failure to comply with operating instructions contained in the Product documentation
- Any modification, enhancement or customization of the Product by anyone other than Neo Technology
- APIs, interfaces, web services or data formats other than those included with the Product

**10. Other Terms**.  Neo Technology may modify its processes and requirements from time to time upon reasonable written notice to Partner; provided that any such changes will apply only prospectively.

**11. Termination**.  Neo Technology reserves the right, at any time, to withdraw the availability of Support for a Product with twelve (12) months prior written notice.

N4J_000008

**EXHIBIT 5**



**From:** **John Mark Suhy** jmsuhy@purethink.com
**Subject:** Gov Edition Update
**Date:** July 14, 2015 at 3:37 PM CDT
**To:** David Fauth david.fauth@neotechnology.com

I am going to send you a breakdown of why we created the Government Edition - since it may not be apparent without an explanation.

I will send you the high level overview so it all makes sense.

In a nutshell - it was put together specifically for US government procurements to help with sole source, GSA pricing negotiations (As no commercial sales and more features for pricing justification), and so that price publications to public that are common in govt contracting don't alienate other commercial clients or other country government clients.

Right now for example - with GSA prices public for Enterprise edition it may upset other countries and clients who would also want 18% discount.  The gov edition addresses all these editions.

will send details today.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 7

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**EXHIBIT 8**

00004185

**From:** **John Mark Suhy** jmsuhy@purethink.com
**Subject:** Updated to 3.2
**Date:** May 12, 2017 at 3:17 AM CDT
**To:** Philip Rathle philip@neotechnology.com



Congrats on product launch! I am running a very large import for IRS on it - just to see how it does. I will let you know how it does.

I will keep you updated.    Dave Fauth finally got access after all this time. We put him as a team member so you guys have more access.  We still haven't done a purchase order with Neo because of an issue with the partner agreement hopefully that will be resolved soon.   (Some parts of Treasury use  Neo4j Enterprise under AGPL which will violate their agreement once signed. You wouldn't see it via UdC because those pings never get out past firewalls.)

On another note - Treasury's laptops use a locked down version of Internet Explorer which won't let bolt run. (Websocket errors).  This is the case for gov agencies as well so be aware that 3.2's browser won't function in those cases.

In the next few weeks I can show you what I built for them if you are imterested in seeing it.


Talk to you later

John Mark

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
https://purethink.com

**EXHIBIT 9**

000226



111 East Fifth Avenue.
San Mateo, CA 94401
(855) 636 - 4532

May 30, 2017

PureThink LLC
4202 Adrienne Dr.
Alexandria, VA 22309
Attn: John Mark Suhy Jr.

To Mr. Suhy:

Re: PureThink LLC's ("PureThink") breach of Neo4j Solution Partner Agreement with Neo Technology, Inc. ("Neo Technology") dated September 30, 2014 ("Agreement")

I am writing on behalf of Neo Technology. As we have discussed and as you know, PureThink is prohibited from using any Neo Technology open source products and from developing, marketing distributing or offering any services related to any Neo Technology open source products as set forth in Section 4.3 of the Agreement. From your own admissions in conversations with both John Broad and Jason Zagalsky, PureThink uses Neo Technology open source products and has distributed and performed services on, and continues to perform services on, Neo Technology open source products for the Internal Revenue Service. PureThink has also stated its intent to market and create a consulting business around Neo Technology open source products.

Thus, the purpose of this letter is to provide PureThink with a formal notification of PureThink's material breach of the Agreement under Section 7.2 of the Agreement. If PureThink fails to cure this breach within thirty (30) days of the date of this letter by both: (i) entering into an order form for the Internal Revenue Service's use of Neo4j software with Neo Technology in the form provided by Neo Technology and paying the applicable fees to Neo Technology, (ii) executing the proposed amendment to the Agreement and (iii) ceasing all use of all Neo Technology open source products and ceasing all marketing, distribution, development and services of or for any Neo Technology open source products to Neo Technology's satisfaction except as expressly set forth in the proposed amendment to the Agreement, then the Agreement is and will be automatically terminated. Such termination will be effective on the thirtieth day after the date of this letter (whether or not Neo Technology provides a subsequent termination notice to PureThink).

If the Agreement terminates as set forth herein, we would like to remind you of your continuing obligations under the Agreement as set forth in Section 7.4 of the Agreement.

Neo Technology further reserves all of its rights and remedies at law and equity under the Agreement and does not waive any rights under the Agreement.

If you have any questions regarding this letter, please contact John Broad at john.broad@neotechnology.com.

Sincerely,

*LARS NORDWALL*
5E06835E45B643E...

Neo Technology, Inc.

By: LARS NORDWALL

**EXHIBIT 10**



1707521347

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 23, 2017

JOHN MARK  SUHY JR
4202 ADRIENNE DR.
ALEXANDRIA, VA 22309

**RECEIPT**

RE: iGov Inc.

ID: 08198210

DCN: 17-06-23-5846

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 23, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM


Witness:
John Mark Suhy
**Exhibit 02**
10/22/2020  B Gerald

N4J_000156

1707521347

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 23, 2017

The State Corporation Commission has found the accompanying articles submitted on behalf of

iGov Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective June 23, 2017.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
17-06-23-5846

N4J_000157

eFile

1707521347

## ARTICLES OF INCORPORATION
## OF
## IGOV INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is iGov Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 1,500 shares of common stock.

4.   The name of the corporation's initial registered agent is John Mark  Suhy Jr.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 4202 Adrienne Dr., Alexandria, VA 22309.  The initial registered office is located in Fairfax County, Virginia.

6.   The following individual is to serve as the initial director of the corporation:

| Name | Address |
| --- | --- |
| John Mark  Suhy Jr | 4202 Adrienne Dr. |
| | Alexandria, VA 22309 |

7.   The address of the corporation's principal office is 1902 Campus Commons Drive , Suite 101, Reston, VA 20191.

INCORPORATOR:

/s/      CARRI BROWN   Date: June 23, 2017
         CARRI BROWN

N4J_000158

**EXHIBIT 11**

From: **John Mark Suhy** jmsuhy@purethink.com
Subject: Re: Follow up
Date: March 15, 2017 at 3:35 PM CDT
To: John Broad john.broad@neotechnology.com



If we wanted to not be a partner any more - it would be because of something such as the partnership not being profitable, which could be resolved with some collaboration.  Having that 3 year lockout clause removed would mean we can have a fair and more equal discussion on the topic , if it ever came up.

It would simply make it more likely for Neo (or purchaser of Neo) to work with us if you consider us valuable.  The key is - you would have the ability to decide if we are worth it.

Leaving it in there provides a mechanism for you to keep in legal Limbo.  I could go into many scenarios where it could be used against a partner - such as raising partner fees to $100k and then canceling contract for cause when a partner could not pay it.

These are just examples of things I could see Oracle doing.

I would think your legal team understands that since everything is open source and that someone can start a new company to get around this would make this a simple negotiating point that does no harm dropping.

It does not effect non disclosures, etc.  If it was important I would think they would have made it apply to specific people or corporate officers to prevent them from simply starting another company to pass it.

Also - I could understand it if we were dealing with highly secretive technology or if we were more interconnected as partners - it just doesn't fit in the overall context of being a partner.

Anyway, that is my view.  I feel pretty strong about that one as having it removed means we don't have to worry about the other ones as much.  IE : makes it simple so we can finish and get this past us.

Talk to you later


On Wed, Mar 15, 2017, 10:21 John Broad <john.broad@neotechnology.com> wrote:
Please propose what would be a reasonable and keep in mind that this would be waived if Neo (or any acquiring party) terminated WITHOUT cause.

John

On Wed, Mar 15, 2017 at 6:54 AM John Mark Suhy <jmsuhy@purethink.com> wrote:
I slept on it - I don't think this agreement is very balanced even with our additions. The 36 month statement needs to be out if you want this resolved - I am fine with the others.  I want to save you time and let you know I have no plans on being flexible on that as I have the others.

If we ever decided we wanted to leave it would be because of lack of revenue , etc and you would have the opportunity to make us not want to leave some way.

Other than that I think we look good..

John Mark Suhy
PureThink
jmsuhy@purethink.com
703.862.7780
https://purethink.com

On Mar 14, 2017 23:37, "John Broad" <john.broad@neotechnology.com> wrote:

Thank you, John Mark.  It was indeed good to speak today.

I sent instruction to Chiara this evening to draft language for 4.3.2 and make edits to 7.3 as we discussed this afternoon.

One potential motivation for the 36 month period: without the 36 month period, there is no deterrent if you decide that you want to break the agreement by deliberately operating in breach AND Neo decides to terminate with cause, which would protect the brand and assets of Neo Technology.

I do think that your suggestion, ensures balanced protection for both parties and intend to advocate for this internally.

That said, please do sleep on all of what we discussed.  I hope to have an amendment for you to review tomorrow.

Thank you again and take care.

John

On Tue, Mar 14, 2017 at 8:21 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:

It was good talking with you today.  I will wait for you to come back with the items we spoke about.

I think we are on the right track.  The only item I am not sure about ,and need to sleep on, is the sentence around the 3-year lockout if we are no longer partners.   I am not sure if I would want any terms around that clause saying it is only applicable for termination by cause.   In other words - if we are not under a partner agreement anymore (for whatever reason) - that 3 year lockout clause would not be applicable.

Let me sleep on that but I wanted to let you know before you spend time one just on that specific item.

Have a good night.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
https://purethink.com

--
John

**EXHIBIT 12**



111 East Fifth Avenue
San Mateo, CA 94401
(855) 636 - 4532

July 11, 2017

PureThink LLC
Attn: John Mark Suhy Jr.
4202 Adrienne Dr.
Alexandria, VA 22309

To Mr. Suhy:

Re:     Termination of Neo4j Solution Partner Agreement between PureThink LLC ("PureThink") and Neo4j, Inc. formerly
        Neo Technology, Inc. ("Neo ") dated September 30, 2014 ("Agreement") due to PureThink's uncured breach

Neo hereby notifies PureThink that the Agreement is immediately terminated pursuant to Section 7.2 of the Agreement.
As you are aware, PureThink failed to timely cure its numerous material breaches set forth in our letter dated May 30,
2017 ("Breach Notice") or to otherwise respond to Neo's attempts to delay termination of the Agreement.

With the termination of the Agreement, Neo would like to remind PureThink of its continuing obligations as set forth in
Section 7.4 of the Agreement.  Critically, as PureThink's rights and licenses under the Agreement have terminated,
PureThink must immediately cease representing that it is an authorized partner or reseller of Neo, including without
limitation, ceasing all references to Government Edition of Neo4j, soliciting any current, former, or prospective End Users
(including Sandia National Lab, IRS, MPO and FBI), assisting in the procurement or renewal of any of Neo's products,
solutions, or services, or providing any procurement support, FISMA services, software development services, or training
services to Neo's existing or prospective End Users.

Additionally, as set forth in the Agreement, for thirty six (36) months after the termination of this Agreement, PureThink
must not develop, market, distribute or offer any services related to any Neo Technology Community Edition Products
(defined in the Agreement as an open source version of a Neo software product, which includes, but is not limited to, GPL
v3 licensed Neo4j Community Edition and AGPL v3 licensed Neo4j Enterprise Edition), derivative works of such products,
or any PureThink software code made to work with Neo Technology Community Edition Products (including, without
limitation, hosting services, training, technical support, configuration and customization services, etc.).

PureThink must also return all Confidential Information in its possession, custody, and control and cease using Neo's
trademarks, service marks, and other designations.  Neo therefore demands that PureThink immediately cease and desist
all uses of, and remove from PureThink's website(s) and marketing materials, Neo's trademarks and tradenames,
including, without limitation, Neo4j.  PureThink has no rights to use Neo's trademarks or tradenames and continued use of
such trademarks and/or tradenames will constitute trademark infringement.

Neo further reserves all of its rights and remedies at law and equity under the Agreement, including without limitation
invoking its audit rights under the Agreement.  Neo does not waive any rights under the Agreement, and this termination is
not intended to and does not affect any prior or other termination rights or notices provided under the Agreement.

If you have any questions regarding this letter, please contact John Broad at john.broad@neotechnology.com.

Sincerely,

DocuSigned by:

LARS NORDWALL

5E9692354E8643E...

Neo4j, Inc.
By:_____
        LARS NORDWALL

**EXHIBIT 13**

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants and Counter
Claimant:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB<br><br>        Plaintiffs,<br><br>    v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**DEFENDANT IGOV INC.'S FOURTH AMENDED RESPONSE PLAINTIFF NEO4J SWEDEN AB'S REQUEST FOR ADMISSION, SET ONE TO DEFENDANT IGOV INC.** |

     **PROPOUNDING PARTY:  Plaintiff and Counter-Defendant Neo4j Sweden AB**

     **RESPONDING PARTY:     Defendant and Counterclaimant iGov Inc.**

     **DISCOVERY:          Request for Admissions**

     **SET NO.:             One**

IGOV INC. responds to Plaintiff and Counter-Defendant Neo4j Sweden AB's Requests for Admission as follows:

## RESPONSE TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that iGov Inc. does not have a license from Neo4j, Inc. to use U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" (the "NEO4J® Mark").

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 2:**

Admit that attached hereto as **Exhibit A** is a true and correct copy of the Neo4j Solution Partner Agreement entered into between Neo Technology, Inc. (now Neo4j, Inc.) and PureThink LLC.

**Response:**

Admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that iGov Inc. was incorporated to avoid the restrictions imposed on PureThink LLC by the Neo4j Solution Partner Agreement attached hereto as **Exhibit A**.

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 4:**

Admit that **Exhibit B** attached hereto is a printout of iGov Inc.'s webpage https://igovsol.com/neo4j.html as it existed on October 2, 2019.

**Response:**

Admitted.

1

2    **REQUEST FOR ADMISSION NO. 5:**

3        *Admit that iGov Inc. continued to use the NEO4J® Mark in its web address*

4    *https://igovsol.com/neo4j.html as of August 14, 2020.*

5        **Response:**

6        Denied. Responding party used the Neo4J product name for open source version of the

7    Neo4J licensed by Neo4J Sweden and the Neo4J product name and Neo4J, Inc. company name

8    for comparative advertisement. Neo4J®, after a reasonable search, does not appear on the graph

9    packages page and that is shown as of the date of this response.

10       Subject to the foregoing response, Responding Party admits that sometime after July 15,

11   2020, iGov, Inc. removed some references to "Neo4j" and replaced them with "ONgDB" and

12   removed the "neo4j@igovsol.com" email link and replaced it with  info@igovsol.com and

13   Admits that the website at the URL https://www.igovsol.com/neo4j.html existed as of July 15,

14   2020.

15

16   **REQUEST FOR ADMISSION NO. 6:**

17       *Admit that Neo4j, Inc. did not authorize iGov Inc.'s use of the NEO4J® Mark in iGov*

18   *Inc.'s web address https://igovsol.com/neo4j.html.*

19       **Response:**

20       DENIED.

21

22   **REQUEST FOR ADMISSION NO. 7:**

23       *Admit that iGov Inc. controls the email address neo4j@igovsol.com.*

24       ADMITTED.

25

26   **REQUEST FOR ADMISSION NO. 8:**

27       *Admit that when user that clicks on "Request Procurement Document Package" link in*

28   ***Exhibit B*** *creates an email with neo4j@igovsol.com as the recipient.*

- 3 -

1      **Response:**

2             Admitted that prior to August 2020, when a user clicked on "Request Procurement

3      Document Package," an email was created with neo4j@igovsol.com as the recipient.  Denied as

4      the current website provides the email info@igovsol.com when the "Request Procurement

5      Document Package" link is clicked.

6

7

8      **REQUEST FOR ADMISSION NO. 9:**

9             *Admit that as of August 14, 2020, a user that clicks on "Request Procurement Document*

10     *Package" link located on https://igovsol.com/neo4j.html creates an email with*

11     *neo4j@igovsol.com as the recipient.*

12            **Response:**

13            Admit that as the website existed on July 5th, 2019, when a user clicked on "Request

14     Procurement Document Package" link located on https://igovsol.com/neo4j.html,  an email was

15     created with neo4j@igovsol.com as the recipient.  After a reasonable inquiry, no information is

16     readily obtainable to verify if this statement was true for August 14th, 2020 and on that basis

17     Responding Party denies.

18

19     **REQUEST FOR ADMISSION NO. 10:**

20            *Admit that **Exhibit C** attached hereto is a printout of Gov Inc.'s webpage*

21     *https://igovsol.com/downloads.html as it existed on October 2, 2019.*

22            **Response:**

23            Admitted.

24

25     **REQUEST FOR ADMISSION NO. 11:**

26            *Admit that as of August 14, 2020, iGov Inc.'s webpage located*

27     *https://igovsol.com/downloads.html stated "If you have a question for us, please email us at*

28     *neo4j@igovsol.com."*

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

1    **Response:**

2         Admit that as of July 5th, 2019, iGov Inc.'s webpage located

3    https://igovsol.com/downloads.html stated "If you have a question for us, please email us at

4    neo4j@igovsol.com."  through July or August 2020. After a reasonable inquiry, no information is

5    readily obtainable to verify if this statement was true for August 14th, 2020 and on that basis

6    Responding Party denies.

7

8    **REQUEST FOR ADMISSION NO. 12:**

9         *Admit that iGov Inc. uses the NEO4J® Mark in its email address neo4j@igovsol.com.*

10        **Response:**

11        DENIED.

12

13   **REQUEST FOR ADMISSION NO. 13:**

14        *Admit that Neo4j, Inc. did not authorize iGov Inc.'s use of the NEO4J® Mark in iGov*

15   *Inc.'s email address "neo4j@igovsol.com" on iGov Inc.'s webpage*

16   *https://igovsol.com/downloads.html.*

17        **Response:**

18        DENIED.

19

20   **REQUEST FOR ADMISSION NO. 14:**

21        *Admit that as of August 14, 2020, the "Neo4j Enterprise Open Source Frequently Asked*

22   *Questions" section on iGov Inc.'s webpage located "https://igovsol.com/downloads.html"*

23   *contains a hyperlink titled "Download Neo4j Enterprise" that redirects consumers to download*

24   *links for ONgDB.*

25        **Response:**

26        Admit that as of July 5, 2019, the "Neo4j Enterprise Open Source Frequently Asked

27   Questions" section on iGov Inc.'s webpage located https://igovsol.com/downloads.html contained

28   a hyperlink titled "Download Neo4j Enterprise" that redirects consumers to download links for

1  ONgDB. After a reasonable inquiry, no information is readily obtainable to verify if this

2  statement was true for August 14th, 2020 and on that basis Responding Party denies.

3

4  **REQUEST FOR ADMISSION NO. 15:**

5  *Admit that **Exhibit D** is a printout of Neo4j, Inc.'s Trademark Guidelines as they existed*

6  *on September 26, 2019.*

7     **Response:**

8     Admitted.

9

10  **REQUEST FOR ADMISSION NO. 16:**

11  *Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit D** were attached as an exhibit*

12  *to Neo4j, Inc.'s Second Amended Complaint.*

13     **Response:**

14     ADMITTED.

15  **REQUEST FOR ADMISSION NO. 17:**

16  *Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit D** as of*

17  *December 9, 2019 when you filed your answer to Neo4j, Inc.'s Second Amended Complaint.*

18     **Response:**

19     Responding Party admits that on December 9, 2019, when it filed the answer to the

20  Neo4J, Inc. Second Amended Complaint, it was aware of Neo4J, Inc's Trademark Guidelines.

21

22  **REQUEST FOR ADMISSION NO. 18:**

23  *Admit that iGov Inc.'s use of "Neo4j Enterprise" in **Exhibit B** violates Neo4j, Inc.'s*

24  *Trademark Guidelines attached hereto as **Exhibit D.***

25     **Response:**

26     DENIED.

27

28

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

**REQUEST FOR ADMISSION NO. 19:**

Admit that iGov Inc.'s use of "Neo4j Enterprise open source licensed distributions" in *Exhibit B* violates Neo4j, Inc.'s Trademark Guidelines attached hereto as *Exhibit D.*

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 20:**

Admit that iGov Inc.'s use of the NEO4J® Mark in *Exhibit B* was not authorized by Neo4j, Inc.

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 21:**

Admit that iGov Inc.'s use of "Neo4j Enterprise" in *Exhibit C* violates Neo4j, Inc.'s Trademark Guidelines attached hereto as *Exhibit D.*

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 22:**

Admit that iGov Inc.'s use of "Neo4j Enterprise" in *Exhibit C* without proper trademark notices violates Neo4j Inc.'s Trademark Guidelines attached hereto as *Exhibit D*.

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 23:**

Admit that iGov Inc.'s use of "Neo4j Enterprise open source licensed distributions" in *Exhibit C* without proper trademark notices violates Neo4j Inc.'s Trademark Guidelines attached hereto as *Exhibit D*.

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 24:**

Admit that iGov Inc.'s use of the NEO4J® Mark in **Exhibit C** was not authorized by Neo4j, Inc.

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 25:**

Admit that attached hereto as **Exhibit E** is a printout of the webpage https://neo4j.com/trademark-policy/ captured by the Internet Archive on July 10, 2017.

**Response:**

ADMITTED.

**REQUEST FOR ADMISSION NO. 26:**

Admit that the Trademark Policy in **Exhibit E** was in effect on January 13, 2018.

**Response:**

Responding Party lacks information and is therefore is unable to verify Neo4j, Inc.'s Trademark Guidelines as of January 13, 2018 and on that basis DENIES.

**REQUEST FOR ADMISSION NO. 27:**

Admit that the Trademark Policy in **Exhibit E** was publicly available at the web address https://neo4j.com/trademark-policy/ on January 13, 2018.

**Response:**

Responding Party lacks information and is therefore is unable to verify the Trademark Policy as of January 13, 2018 and on that basis DENIES.

**REQUEST FOR ADMISSION NO. 28:**

Admit that **Exhibit F** attached hereto is a printout of iGov Inc.'s "about" webpage as it existed on January 13, 2018, which was produced in this litigation by your counsel in html format on July 1, 2019.

**Response:**

ADMITTED.


**REQUEST FOR ADMISSION NO. 29:**

Admit that iGov Inc.'s use of "Government Package for Neo4j" in **Exhibit F** violated Neo4j, Inc.'s Trademark Policy that was in effect on January 13, 2018.

**Response:**

DENIED.


**REQUEST FOR ADMISSION NO. 30:**

Admit that iGov Inc.'s use of "Government Package for Neo4j" in **Exhibit F** violated Neo4j, Inc.'s Trademark Policy set forth in **Exhibit E**.

**Response:**

DENIED.


**REQUEST FOR ADMISSION NO. 31:**

Admit that iGov Inc.'s use of "Government Package for Neo4j" in **Exhibit F** without proper trademark notices violates Neo4j Inc.'s Trademark Policy attached hereto as **Exhibit E**.

**Response:**

DENIED.


**REQUEST FOR ADMISSION NO. 32:**

Admit that iGov Inc.'s use of the NEO4J® Mark iGov Inc.'s "about" webpage as it existed on January 13, 2018 was not authorized by Neo4j, Inc.

- 9 -

1    **Response:**

2    DENIED.

3

4    **REQUEST FOR ADMISSION NO. 33:**

5    Admit that **Exhibit G** attached hereto is a printout of iGov Inc.'s "downloads" webpage

6    as it existed on January 13, 2018, which was produced in this litigation by your counsel in html

7    format on July 1, 2019.

8    **Response:**

9    ADMITTED.

10

11   **REQUEST FOR ADMISSION NO. 34:**

12   Admit that **Exhibit G** contains the statement "If you have a question for us, please email

13   us at neo4j@igovsol.com."

14   **Response:**

15   ADMITTED.

16

17   **REQUEST FOR ADMISSION NO. 35:**

18   Admit that Neo4j, Inc. did not authorize iGov Inc.'s use of the NEO4J® Mark in iGov

19   Inc.'s email address "neo4j@igovsol.com" as reflected in **Exhibit G.**

20   **Response:**

21   DENIED.

22

23   **REQUEST FOR ADMISSION NO. 36:**

24   Admit that iGov Inc.'s use of the NEO4J® Mark on iGov Inc.'s "downloads" webpage as

25   it existed on January 13, 2018 was not authorized by Neo4j, Inc.

26   **Response:**

27   DENIED.

28

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

**REQUEST FOR ADMISSION NO. 37:**

Admit that **Exhibit H** attached hereto is a printout of iGov Inc.'s "neo4j" webpage as it existed on January 13, 2018, which was produced in this litigation by your counsel in html format on July 1, 2019.

**Response:**

ADMITTED.

**REQUEST FOR ADMISSION NO. 38:**

Admit that iGov Inc.'s use of "Government Development Packages for Neo4j" in **Exhibit H** violated Neo4j, Inc.'s Trademark Policy set forth in **Exhibit E**.

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 39:**

Admit that iGov Inc.'s use of the NEO4J® Mark in **Exhibit H** was not authorized by Neo4j, Inc.

**Response:**

DENIED.

**REQUEST FOR ADMISSION NO. 40:**

Admit that iGov Inc. controls the content on website located at www.graphstack.io.

**Response:**

ADMITTED.

**REQUEST FOR ADMISSION NO. 41:**

Admit that **Exhibit I** attached hereto is a true and correct printout of the webpage located at www.graphstack.io as it existed on October 2, 2019.

**Response:**

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

1       Admit that Exhibit I is a true and correct printout of the webpage located at

2  www.graphstack.io as it existed on September 13, 2019. After a reasonable inquiry, no

3  information is readily obtainable to verify if Exhibit I is true and correct as the webpage existed

4  on October 2, 2019.

5

6  **REQUEST FOR ADMISSION NO. 42:**

7       Admit that the www.graphstack.io webpage attached hereto as **Exhibit I** contains a

8  hyperlink within "Neo4j's Release Notes" that redirect users to https://neo4j.com/release-

9  notes/neo4j-3-5-3/.

10      **Response:**

11      Admitted.

12

13  **REQUEST FOR ADMISSION NO. 43:**

14       Admit that the www.graphstack.io webpage attached hereto as **Exhibit I** contains a

15  hyperlink within "Neo4j's Whats New Page" that redirect users to https://neo4j.com/whats-new-

16  in-neo4j/.

17      **Response:**

18      Admitted.

19

20  **REQUEST FOR ADMISSION NO. 44:**

21       Admit that **Exhibit J** is a printout of Neo4j, Inc.'s Trademark Guidelines as they existed

22  on August 13, 2020.

23      **Response:**

24       Admitted that Exhibit J is a true and correct printout of Neo4j, Inc.'s Trademark

25  Guidelines as it existed on August 5th, 2020. After a reasonable inquiry, no information is readily

26  obtainable to verify if Exhibit J is true and correct as of August 13, 2020, and on that basis

27  Responding party denies.

28

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

1

**REQUEST FOR ADMISSION NO. 45:**

2   Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit J** have been in effect since

3   April 3, 2019.

4   **Response:**

5   Admit that Neo4j, Inc.'s Trademark Guidelines in Exhibit J were posted since April 14th,

6   2020. After a reasonable inquiry, no information is readily obtainable to verify if Exhibit J were

7   posted since April 3, 2019, and on that basis Responding party denies.

8   Dated:  October 29, 2020

9
     ___/s/ Adron G. Beene_____
     Adron W. Beene Sb# 129040

10   Adron G. Beene Sb# 298088
     Attorney At Law

11   1754 Technology Drive, Suite 228
     San Jose, CA 95110

12   Tel: (408) 392-9233
     Fax: (866) 329-0453
     adron@adronlaw.com

13

14   Attorney For Defendants and Counter
     Claimant PURETHINK LLC, a Delaware

15   Limited Liability Company, IGOV INC., a
     Virginia Corporation, and JOHN MARK
     SUHY

16

17

18

19

20

21

22

23

24

25

26

27

28

IGOV INC'S FOURTH AMENDED RESPONSE TO NEO4J SWEDEN AB FIRST SET OF RFA

1

## Verification

2

3

I, John Mark Suhy, am a defendant, and an officer for defendants Purethink LLC and IGOV Inc. in the above cause of action. I have read the following:

4

5

**1. DEFENDANT IGOV INC.'S FOURTH AMENDED RESPONSE TO PLAINTIFF NEO4J SWEDEN AB'S REQUEST FOR ADMISSION, SET ONE TO DEFENDANT IGOV INC.**

6

7

8

9

I am familiar with the contents of the above.

10

11

    I declare under penalty of perjury under the laws of the United Stated of America that the

12

foregoing responses are true and correct, except as to those matters which are therein stated to be

13

on information or belief, and as to those matters, I believe them to be true.

14

15

16

17

Signed in Alexandria, Virginia, on October 29, 2020

                      John Mark Suhy

18

19

20

21

22

23

24

25

26

27

28

VERIFICATION

**EXHIBIT 14**



119 captures
14 Dec 2001 – 8 Jun 2019

# Neo4j Government Edition News

If your agency was planning on procuring Neo4j Government Edition, then please checkout iGov Inc's new **Government Package** for Neo4j.

PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal agencies has ceased their partnership with Neo Technology and Neo4j Government Edition has been retired.

The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because iGov Inc is not a solution partner, it can offer packages at great cost savings to US Government Agencies as it has no restrictions on working with Neo4j Enterprise open source licenses!

iGov Inc and the new **Government Package** for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

iGov Inc's new **Government Package** for Neo4j can be added to any Neo4j instance making it a "Government Edition". By default, all Government Packages for Neo4j now comes with Neo4j Enterprise included under it's open source license!

Learn More about iGov Inc and it's new Government Package for Neo4j

## **WHO** WE ARE

PureThink is a software development company established in 2002 and located in Reston, Va. It is part of the Dulles High Tech corridor and Washington, DC Metro area.

## DISTINGUISHERS



Witness:
John Mark Suhy
**Exhibit 04**
10/22/2020  B Gerald

- Solid past performance in Federal, DOD, and commercial spaces.
- Our management team is comprised of highly experienced technology professionals.
- No off-shoring : Because we focus on the US Government exclusively, our resources are all located in the USA and have the ability to be cleared or already hold clearances.
- Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.
- Security focused. All of our software development professionals must go through security training. We were 2011 RSA speakers regarding continuous monitoring and the cloud.
- Our company is well established with over 12 years in business.

## General Contact

(703) 348-3968

☐ info@purethink.com

☐ 1902 Campus Commons Drive Suite 101 Reston, VA 20191

## Customer Support

Toll Free: **+1 (855) 979-7771**

☐ support@purethink.com

See our support page for more information.

# PHILOSOPHY

To help you succeed, we believe in working closely and cooperatively with our clients. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

# RESULTS

Our mission is to bring the greatest value to our clients by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with whom we tailor

solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

## DUNS & CAGE Information

- DUNS: 147591627
- CAGE Code: 5KLU9

## NAICS Codes

- 511210 Software Reseller
- 541511 Software Development
- 541512 Systems Integration / CAD / CAM / LAN
- 541519 Software Installation / Disaster Recover
- 611420 Software Training
- 541330 Engineering Services

## SIC Codes

- 5045 Computers and Computer Peripheral Equipment and Software
- 7371 Computer Programming Services
- 7372 Prepackaged Software
- 7373 Computer Integrated Systems Design
- 7378 Computer Maintenance and Repair
- 7379 Computer Related Services, Not Elsewhere Classified

## About PureThink

PureThink is a software development company established in 2002 and located in Reston, Va. We focus on bringing innovative technologies to US Federal and State government agencies.

### CONTACT US

**(703) 348-3968**

info@purethink.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2017 PureThink Corp All Rights Reserved.

PureThink    00020019

OCT   AUG   SEP

◀    **19**    ▶

2016   **2018**   201     About this capture

33 captures
10 Feb 2003 – 19 Aug 2018

○  ☐  ☐
f

# Bringing  technologies to the government.

PureThink focuses on bringing innovative, emerging technologies to the US Government.

### Join Our Team!

## WHO WE ARE

PureThink is a software development company established in 2002 and located in Reston, Va. It is part of the Dulles High Tech corridor and Washington, DC Metro area.

## DISTINGUISHERS

- Solid past performance in Federal, DOD, and commercial spaces.
- Our management team is comprised of highly experienced technology professionals.
- No off-shoring : Because we focus on the US Government exclusivly, our resources are all located in the USA and have the ability to be cleared or already hold clearances.
- Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.
- Security focused. All of our software development professionals must go through security training. We were 2011 RSA speakers regarding continuous monitoring and the cloud.
- Our company is well established with over 12 years in business.

### General Contact

(703) 348-3968

☐ info@purethink.com

☐ 1902 Campus Commons Drive Suite 101 Reston, VA 20191

00020019

Customer Support

Toll Free: **+1 (855) 979-7771**

☐ support@purethink.com

See our support page for more information.

# PHILOSOPHY

To help you succeed, we believe in working closely and cooperatively with our clients. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

# RESULTS

Our mission is to bring the greatest value to our clients by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with whom we tailor solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

## DUNS & CAGE Information

- DUNS: 147591627
- CAGE Code: 5KLU9

## NAICS Codes

- 511210 Software Reseller
- 541511 Software Development
- 541512 Systems Integration / CAD / CAM / LAN
- 541519 Software Installation / Disaster Recover
- 611420 Software Training
- 541330 Engineering Services

## SIC Codes

- 5045 Computers and Computer Peripheral Equipment and Software
- 7371 Computer Programming Services
- 7372 Prepackaged Software
- 7373 Computer Integrated Systems Design
- 7378 Computer Maintenance and Repair
- 7379 Computer Related Services, Not Elsewhere Classified

## About PureThink

PureThink is a software development company established in 2002 and located in Reston, Va. We focus on bringing innovative technologies to US Federal and State government agencies.

CONTACT US

**(703) 348-3968**

info@purethink.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191

## PURETHINK

© 2018 PureThink Corp All Rights Reserved.

[Neo4j] is a trademark of Neo Technology, Inc.

**EXHIBIT 15**



Witness:
John Mark Suhy
**Exhibit 03**
10/22/2020  B Gerald



# Bringing  open source technologies to the government.

iGov focuses on building innovative opening source based solutions for the US Government.

## **WHO** WE ARE

iGov is a Virginia software development company located in Reston, Va. iGov Inc is located in the Dulles High Tech corridor and Washington, DC Metro area.

The principle behind PureThink and the developer of the retired Neo4j Government Edition has created iGov Inc, which is not a Neo4j Solution Partner. Every US Federal government procurement of Neo4j was through PureThink and supported by our team. Now we can offer packages that allow US Federal agencies to gain all the benefits they had from our team's experience and past performance with the ability to apply it to Neo4j Enterprise using its free open source license!

What sets iGov Inc apart, is the past performance and experience our team brings to the table as well as the ability to develop solutions and support Neo4j Enterprise open source licenses. You will find this is a rare combination especially considering the fact that we can now support Neo4j Enterprise open source licenses.

Neo4j Government Edition has been retired by Neo4j Inc..

PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal agencies has ceased their partnership with Neo4j Inc.. The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because we are not a solution partner, we are not under the extremely restrictive terms dealing with services around Neo4j open source licenses which applies to partners. With iGov Inc, we can offer packages that allow US Federal agencies to gain all the benefits they have from our team's experience and past performance we've gained, but now with the ability to apply it to Neo4j Enterprise open source licenses! Before now, the only option for development or non-critical system support was the extremely costly commercial production support packages. Things have changed, and US Federal agencies are going to benefit from huge savings related to

Neo4j and Neo4j solutions.

iGov Inc and the Government Package for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

The new **Government Package for Neo4j** can be added to any Neo4j instance making it a "Government Edition".

By default, **all Government Packages for Neo4j now comes with Neo4j Enterprise** included under its open source license!

Once ready for production, agencies can choose to have either iGov Inc, a Neo4j Solution partner of their choice, or their own team handle production support. This allows agencies to decide what best fits their production and system needs.

iGov Inc and its partners offered production support packages that cover complex big data architectures that usually make up a Neo4j solution not just Neo4j itself. Ex: ElasticSearch, Apache Kafka, and more.

Please contact us for past performance references, and current Federal agency customer references to find out more about our team and offerings.

Procurement offices can reach out to us for necessary paperwork, documentation, and more needed to make smart procurement decisions. It's simple, if your agency is in development, then procuring a Neo4j Enterprise commercial package is likely not in the best interest of your agency.

Please contact neo4j@igovsol.com for more information.

# DISTINGUISHERS

- Our team has solid Neo4j solutions development and support past performance in Federal government.
- Our management team is comprised of highly experienced technology professionals.
- No off-shoring : Because we focus on the US Government exclusively, our resources are all located in the USA and have the ability to be cleared or already hold clearances.
- Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.

General Contact

(703) 862-7780

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191

Customer Support

Toll Free: **+1 (855) 979-7771**

support@igovsol.com

See our support page for more information.

# PHILOSOPHY

To help you succeed, we believe in working closely and cooperatively with our clients. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

# RESULTS

Our mission is to bring the greatest value to our clients by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with whom we tailor solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

## DUNS & CAGE Information Given upon request.

## NAICS Codes

- 511210 Software Reseller

- 541511 Software Development
- 541512 Systems Integration / CAD / CAM / LAN
- 541519 Software Installation / Disaster Recover
- 611420 Software Training
- 541330 Engineering Services

## SIC Codes

- 5045 Computers and Computer Peripheral Equipment and Software
- 7371 Computer Programming Services
- 7372 Prepackaged Software
- 7373 Computer Integrated Systems Design
- 7378 Computer Maintenance and Repair
- 7379 Computer Related Services, Not Elsewhere Classified

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 16**



# Downloads

iGov Inc is now the only US Federal contractor who compiles enterprise packages directly from the official Neo4j source code. These packages are open source and have none of the restrictions the commercial version have. To get an idea of just how much you are saving by using Neo4j Enterprise under the open source license - check out this blog post.

As of November 2017, Neo4j Inc removed the free open source Neo4j Enterprise downloads from it's distribution site. We stepped up and started compiling the package and making the binaries available for all. These binaries are under the standard AGPLv3 license.

See our blog post to learn more

iGov Inc has no relationship with Neo4j Inc. Since Neo4j Inc has removed their open source binaries from their download sites, we have to compile the packages below. All the downloads on this page are compiled directly from the official neo4j source code repositories located at https://github.com/neo4j. There are no modifications to the code.

iGov Inc and it's founders are US citizens focusing solely on US Federal government consulting and professional services . Please contact us for past performance references or if you would like to be connected with the US Federal agencies currently using the open source packaged Neo4j Enterprise binaries.

The packages below were compiled by iGov Inc from official Neo4j source code repositories. If you would like us to compile a specific version of Neo4j for you (ex: 3.2.1), please contact us.

Neo4j Enterprise Commercial Prices Blog Post

Neo4j open source FAQs

The packages on this page are compiled by iGov Inc using the official Neo4j source code repositories located at https://github.com/neo4j. We do not modify the source code.

If you are a federal client and want to download a package that has the FISMA framework modules bundled in which turn on intra-cluster encryption and provide other security controls, then please login to the support portal to find those download links or email support@igovsol.com.

We do not provide Neo4j Community Edition binaries simply because it makes no sense for federal agencies to use them when they have the ability to use Neo4j Enterprise for free under it's AGPLv3 open source license.

This download page is kept up to date with the current Neo4j versions for each branch. If you would like an older version of Neo4j Enterprise, simply email us and we will package it and make it available to the public.

Neo4j open source FAQs

# NEW!! Newest 3.3.x Version: (Currently 3.3.1)

**Compiled from Neo4j Git Tag 3.3.1 (Neo4j Enterprise 3.3.1)**

[Unix/Linux/OSX Download]    [Windows Download]

# Newest 3.2.x Version: (Currently 3.2.8)

**Compiled from Neo4j Git Tag 3.2.8 (Neo4j Enterprise 3.2.8)**

[Unix/Linux/OSX Download]    [Windows Download]

# Newest 3.1.x Version (3.1.7)

**Compiled from Neo4j Git Tag 3.1.7 (Neo4j Enterprise 3.1.7)**

[Unix/Linux/OSX Download]    [Windows Download]

# Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com.

| Is Neo4j Enterprise Really Open Source?                     ⌄ |

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software

| ...se use?                     ▸ |

Neo4j Enterprise can be used for free under the Free Software Foundation's **GNU AFFERO GENERAL PUB…**

| | ▶ |
| --- | --- |
| ...rise binaries? | |

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get …

| | ▶ |
| --- | --- |
| ...? | |

You can get all the Neo4j Enterprise source code at the official **Neo4j GitHub Repositories**.

| | ▶ |
| --- | --- |
| ...o worry about them? | |

There simply are none that we've ever run into.

| | ▶ |
| --- | --- |
| ...roduction? | |

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply …

| | ▶ |
| --- | --- |
| ...rictions above the AGPLv3 open source license? | |

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by th…

| | ▶ |
| --- | --- |
| ...PLv3 and Neo4j Enterprise Trial? | |

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will …

# Neo4j Enterprise Commercial & Open Source
# **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses!
Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

**Neo4j Enterprise open**              **Neo4j Enterprise**

| License | source license | commercial license |
|---|---|---|
| Can use in any environment for any purpose? | **YES** | **YES** |
| Can I use this with any amount of cores without incurring additional costs? | **YES** | **NO** |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | colspan | |

<center>

**YES** for both

*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

</center>

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 17**





Witness:
John Mark Suhy
**Exhibit 11**
10/22/2020  B Gerald

## US Federal Government Packages for Neo4j Solutions
If your agency is planning on building a solution around Neo4j, then this package provides the best value over a commercial subscription.

Request Procurement Document Package

# Government Development Packages for **Neo4j**

iGov Inc's development packages for Neo4j are a better value than Neo4j Enterprise commercial support subscriptions for US federal agencies currently developing Neo4j solutions. Spend your budget building a solution instead of unnecessary production support for something not yet built!

Its that simple!

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

## NEO4J INC. COMMERCIAL SUBSCRIPTION
# $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

| |
|---|
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

## IGOV INC. GOVERNMENT DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

| |
|---|
| Neo4j Enterprise Software |
| Only available through iGov Inc |
| No annual subscription, you are free to do whatever you want in the future. |
| Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc. |
| Defaults Neo4j Enterprise Open Source license. |
| No limitations on usage, instances or cores - cost goes 100% to solutions development |
| FISMA and 508 Toolkit and Services |
| Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. |

## OPEN SOURCE

## FREE

There is no reason you should be using Neo4j Community Edition.

Neo4j Enterprise Software (Same physical software as commercial package)

No limitations on usage, can be used in production with as many instances and cores as you want.

Standard GNU AGPL v3.0 Open source License.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW        **PRICE COMPARISON**        PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your

dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.



# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |

| | |
|---|---|
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

### $25,000+

100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO**<br>*The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO**<br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES**<br>*\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES**<br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO**<br>*\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |
| Can I create custom derivative versions of | **YES** | **YES** | **YES** |

| Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | | | |
|---|---|---|---|
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

○

# Why iGov Inc ?

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

iGov Inc's new Government Package can be used as a direct replacement for the now retired Neo4j Government Edition. iGov Inc is the only vendor providing this package. Even more, this package includes Neo4j Enterprise under its open source license!

**How is this possible?** Read below to learn more....

**Neo4j Government Edition** has been retired by Neo4j Inc..

PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal

agencies has ceased their partnership with Neo4j Inc.. The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because we are not a solution partner, we are not under the extremely restrictive terms dealing with services around Neo4j open source licenses which applies to partners. With iGov Inc, we can offer packages that allow US Federal agencies to gain all the benefits they have from our team's experience and past performance we've gained, but now with the ability to apply it to Neo4j Enterprise open source licenses! Before now, the only option for development or non-critical system support was the extremely costly commercial production support packages. Things have changed, and US Federal agencies are going to benefit from huge savings related to Neo4j and Neo4j solutions.

iGov Inc and the Government Package for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

The new **Government Package for Neo4j** can be added to any Neo4j instance making it a "Government Edition".

By default, **all Government Packages for Neo4j now comes with Neo4j Enterprise** included under its open source license!

Once ready for production, agencies can choose to have either iGov Inc, a Neo4j Solution partner of their choice, or their own team handle production support. This allows agencies to decide what best fits their production and system needs.

iGov Inc and its partners offered production support packages that cover complex big data architectures that usually make up a Neo4j solution not just Neo4j itself. Ex: ElasticSearch, Apache Kafka, and more.

Please contact us for past performance references, and current Federal agency customer references to find out more about our team and offerings.

Procurement offices can reach out to us for necessary paperwork, documentation, and more needed to make smart procurement decisions. It's simple, if your agency is in development, then procuring a Neo4j Enterprise commercial package is not likely in the best interest of your agency.

Please contact **neo4j@igovsol.com** for more information.

iGov Inc is the only US Federal vendor whose team has proven past performance supporting and developing innovative solutions around Neo4j and the ability to work with Neo4j Enterprise open source licenses!

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 18**



iGov Inc is now the only US Federal contractor providing Neo4j Enterprise binaries packaged with it's free *Open Source* license!

As of November 2017, Neo4j Inc removed the free open source Neo4j Enterprise downloads from it's distribution site making iGov Inc the only place where you can down load it.

**Learn More**

## Introducing Gov Development Packages for **Neo4j**

US Federal agencies developing Neo4j solutions now have a cost effective development package for Neo4j. Spend your budget building a solution instead of unnecessary production support! If you are looking at making a Neo4j Enterprise procurement, then you should be aware of this new Package as in a majority of the cases, it offers a better value than Neo4j Inc.'s commercial subscriptions.

US Federal Agencies and Government Package for Neo4j Procurements

**Learn More**

Please contact us for more information. The new iGov Inc
packages offer a better value to US Federal government agencies
in a majority of the cases.

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 19**

**From:** **John Mark Suhy** jmsuhy@igovsol.com 
**Subject:** Neo4j Procurement Follow up and guidance on your EULA
**Date:** September 8, 2017 at 1:53 PM
**To:** Carol.E.Sinnard@nga.ic.gov
**Cc:** carol.e.sinnard@nga.mil

Hello Carol,

We spoke on the phone.  I just wanted to reach out to you and send you some information you can forward to the end-users at your agency for next year.     Unfortunately you may have
procured a package that isn't in your best interest, but you will be more informed next year.

I setup a page to help explain all your options   https://igovsol.com/neo4j.html

I also attached the PDF version of the page.

I want to give you some guidance on your EULA before you sign anything.

You will be asked to sign a 3-way form binding you to the commercial EULA.   You want them to remove the term in the EULA that forbids you from using open source licenses next to commercial licenses.

If you do not ask them to remove that term - your agency could be on the hook for a lot of money if you have other teams using Neo4j under it's free open source license as you would have to convert them to commercial.

Until we broke away from Neo4j Inc last month, we sold every Neo4j subscription to the US federal government under our other company PureThink.  I am the core developer who created the Neo4j Government Edition which was retired by Neo last month.

I hope I can help next year.

Have a great weekend,

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com



neo4j-gov-dev-
overview-v1.pdf

# Government Development Packages for **Neo4j**

iGov Inc's development packages for Neo4j are a better value than Neo4j Enterprise commercial support subscriptions for US federal agencies currently developing Neo4j solutions. Spend your budget building a solution instead of unnecessary production support for something not yet built!
Its that simple!

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

| COMMERCIAL PACKAGE | GOVERNMENT DEVELOPMENT PACKAGES | OPEN SOURCE |
|---|---|---|
| **$29K - $MILLIONS+** | **$25K+** | **FREE** |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! | 100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!. | There is no reason you should be using Neo4j Community Edition. |
| Neo4j Enterprise Software | Neo4j Enterprise Software | Neo4j Enterprise Software (Same physical software as commercial package) |
| Available through Neo4j Inc. and all Neo4j Solution Partners | Only available through iGov Inc | No limitations on usage, can be used in production with as many instances and cores as you want. |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. | No annual subscription, you are free to do whatever you want in the future. | Standard GNU AGPL v3.0 Open source License. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. | Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc. | |
| Commercial License (Most government agencies do not need.) | Defaults Neo4j Enterprise Open Source license. | |
| Cost is based on number of instances and cores. (See below) | No limitations on usage, instances or cores - cost goes 100% to solutions development | |
| | FISMA and 508 Toolkit and Services | |
| | Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. | |

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

 ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

 ## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.
You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

 ## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc) UI and visualization components and more.

 ## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

 ## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

 ## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

 ## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

    

# Pricing Comparison

Below is a price comparison for a 3x8 core yearly production support subscription. The commercial package is not perpetual, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription.

## Neo4j Enterprise Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited production instances. It is open source!
- b. Unlimited of course
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. Unlimited number of licensed developers.

## $25,000+

### 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

| LCAT | Rate |
|---|---|
| Project Manager | $104.89 |
| UI/Web Designer 1 | $83.35 |
| Principle Enterprise Application Modeler/Developer | $127.50 |
| Senior Enterprise Application Modeler/Developer | $116.52 |
| Enterprise Application Modeler/Developer | $87.39 |
| Sr. Graph Database Management Spec. | $100.47 |
| Mid-Test Engineer | $71.40 |
| Jr. Test Engineer | $52.02 |
| Training Specialist | $66.30 |

# Development vs Commercial Support Package Comparison

So what exactly do you get with a commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO<br>*The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO<br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES<br>*\*Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES<br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br>*\*The cost of a commercial support subscription is based on the cores and instances you use.* | YES |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES | YES |
| Does Neo4j Inc. provide official email and phone production support? | No\*<br>*Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | YES | NO |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | YES for all<br>*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

## Why iGov Inc ?

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

iGov Inc's new Government Package can be used as a direct replacement for the now retired Neo4j Government Edition. iGov Inc is the only vendor providing this package. Even more, this package includes Neo4j Enterprise under its open source license!

**How is this possible?** Read below to learn more....

**Neo4j Government Edition** has been retired by Neo4j Inc..

PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal agencies has ceased their partnership with Neo4j Inc.. The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because we are not a solution partner, we are not under the extremely restrictive terms dealing with services around Neo4j open source licenses which applies to partners. With iGov Inc, we can offer packages that allow US Federal agencies to gain all the benefits they have from our team's experience and past performance we've gained, but now with the ability to apply it to Neo4j Enterprise open source licenses! Before now, the only option for development or non-critical system support was the extremely costly commercial production support packages. Things have changed, and US Federal agencies are going to benefit from huge savings related to Neo4j and Neo4j solutions.

iGov Inc and the Government Package for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

The new **Government Package for Neo4j** can be added to any Neo4j instance making it a "Government Edition".

By default, **all Government Packages for Neo4j now comes with Neo4j Enterprise** included under its open source license!

Once ready for production, agencies can choose to have either iGov Inc, a Neo4j Solution partner of their choice, or their own team handle production support. This allows agencies to decide what best fits their production and system needs.

iGov Inc and its partners offered production support packages that cover complex big data architectures that usually make up a Neo4j solution not just Neo4j itself. Ex: ElasticSearch, Apache Kafka, and more.

Please contact us for past performance references, and current Federal agency customer references to find out more about our team and offerings.

Procurement offices can reach out to us for necessary paperwork, documentation, and more needed to make smart procurement decisions. It's simple, if your agency is in development, then procuring a Neo4j Enterprise commercial package is not likely in the best interest of your agency.

Please contact **neo4j@igovsol.com** for more information.

iGov Inc is the only US Federal vendor whose team has proven past performance supporting and developing innovative solutions around Neo4j and the ability to work with Neo4j Enterprise open source licenses!

# iGov

**John Mark Suhy**
CTO

iGov is a Virginia software development company located in Reston, Va. iGov Inc is located in the Dulles High Tech corridor and Washington, DC Metro area.

What sets iGov Inc apart, is the past performance and experience our team brings to the table as well as the ability to develop solutions and support Neo4j Enterprise open source licenses. You will find this is a rare combination especially considering the fact that we can now support Neo4j Enterprise open source licenses.

Contact us for more information.

**Address:** 1902 Campus Commons Drive Suite 101 Reston, VA 20191

**Phone:** (703) 862-7780

**Email:** jmsuhy@igovsol.com

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

✉ info@igovsol.com

📍 1902 Campus Commons Drive Suite 101
Reston, VA 20191



© 2017 iGov Inc. All Rights Reserved.

**EXHIBIT 20**

🏠 (https://blog.igovsol.com🔊)    November 14, 2017 (/)    10 min read

# Neo4j 3.3.0 is out, but where are the open source enterprise binaries?

Neo4j Enterprise is still open source under it's AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html). However you may have noticed that you can no longer build the enterprise package binary from the source code or download the enterprise package binary with it's free AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html) from dist.neo4j.org. Furthermore, if you use docker, you must now accept a 'commercial agreement' before proceeding (https://github.com/neo4j/docker-neo4j-publish/commit/aa31654ee8544cd544b369d2646cf372086f7b70). In other words, official Neo4j docker images are no longer packaged with the free AGPLv3 (https://www.gnu.org/licenses/agpl-3.0.en.html) licensed binaries.

Neo4j Enterprise 'binaries' are simply the compiled and packaged Neo4j distributions you download and run on your computer, server, container, etc.

For the 3.3.0 release the enterprise binary package file names would be neo4j-enterprise-3.3.0-unix.tar.gz (https://dist.igovsol.com/neo4j-enterprise-3.3.0-unix.tar.gz) for the linux package and neo4j-enterprise-3.3.0-windows.zip (https://dist.igovsol.com/neo4j-enterprise-3.3.0-windows.zip) for the windows package. (The links above point to the binaries iGov Inc compiled and packaged using the source code found at the Neo4j Github repository. By default it is packaged with the AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html).)

Why has Neo4j Inc made it harder to access the open source enterprise binaries?

If they are going to take the trouble to make Neo4j Enterprise more inaccessible to the public, why not just take Neo4j closed source before releasing 3.3.0?

Only Neo4j Inc can answer these questions, and I feel they owe an explanation to the open source community which has made Neo4j what it is today.

With ambitions of an IPO, it would be an extremely risky maneuver to attempt taking Neo4j closed source. It could backfire and be disastrous if the community revolted and creates a more successful Neo4j fork. Even the perceived threat of this sort of behavior could trigger a revolt and fork.

As a reference, look no further than MySQL and MariaDB (https://mariadb.org/about/) , the more popular fork of MySQL, and you can see what could happen (https://www.zdnet.com/article/open-source-mariadb-a-mysql-fork-challenges-oracle/).

It looks like Neo4j Inc does not want to tempt fate with a closed source move just yet. Instead another path was taken which makes it very hard to get ahold of the enterprise packaged binaries with the free AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html). As a passionate advocate of both open source software and Neo4j, this does not sit well with me.

Federal agencies have already invested in the adoption and use of Neo4j Enterprise and many are using it's free AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html). Luckily, iGov Inc builds the Neo4j binaries from the source code and makes it available via a distribution site we setup (https://igovsol.com/downloads.html).

Back to the core of this post. So what has Neo4j Inc done to limit your access to Neo4j Enterprise binaries packaged with the free open source AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html)?

N4J_018852

**Action 1**: The enterprise packaging build instructions were removed from the code base (https://github.com/neo4j/neo4j/commit/affe1a0b4ab47c9d4673bfa507868ccd03c48ddd). Until the 3.3.0 release, anyone could have checked out the Neo4j source code from github (https://github.com/neo4j/neo4j), and run a few simple commands to build the Neo4j Enterprise binaries complete with the AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html). That's not the case anymore. If you run the build commands on the 3.3.0 branch you will notice that only the Neo4j Community Edition binary is present after the build process completes. Who really uses Neo4j Community Edition once they realized Neo4j Enterprise edition is also free?

The packaging system simply provides the instructions on how to 'build' the Neo4j Enterprise distribution binary, much like the instructions you get with furniture purchased at IKEA. All the artifacts that are used to build the Neo4j Enterprise binary are all open source, but the instructions explaining how to put together these artifacts have disappeared.



**Action 2**: Neo4j Inc slipped a commercial license into the official binaries found on their distribution site that is used for docker images. Until now, if you wanted to download the Neo4j Enterprise binary from Neo4j Inc directly, you could have done so using the distribution site which is publically available. It just isn't advertised for obvious reasons.

==Those who were using the official docker images or downloading the enterprise binary directly from dist.neo4j.org were in for a surprise when they were forced to accept commercial terms in order to access the distributions.==

Want to see for yourself - download the Neo4j Enterprise binary (http://dist.neo4j.org/neo4j-enterprise-3.3.0-unix.tar.gz) which Neo4j Inc packages and take a look at the LICENSE.txt file.

Instead of the standard AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html) which used to be there, the LICENSE.txt file now says:

```
Network Engine for Objects in Lund AB. 2017.
All Rights Reserved. Use of this Software without
a proper commercial license with Neo4j, Inc. or its affiliates
is prohibited.
```

==As copyright holders, Neo4j Inc has the right to add any license they want for the binary distributions they build, package, and make available for download themselves. If anyone else packages the enterprise binary distribution like we do, you must simply make sure the LICENSE.txt file is the AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html). That is exactly what we do.==

**Action 3**: ==Neo4j Inc kept causal cluster communication encryption (Intra-cluster encryption) off by default. They then created a 'proprietary module' that turns it on.==

==Of course you can get intra-cluster encryption turned back on by purchasing a costly commercial package.==

This move was referenced in the 3.3.0 release changelog (https://neo4j.com/release-notes/neo4j-3-3-0/). They justified this change with the following blurb:

N4J_018853

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 116 of 1198

Neo4j 3.3.0 is out but where are the open source enterprise binaries?

```
Neo4j Enterprise Edition binaries now include new proprietary
add-ons. Intra-cluster encryption is the first of these.
Consequently Neo4j Enterprise Edition can no longer be
distributed under a dual license but the source is still
available under AGPLv3.
```

Of course Neo4j Enterprise can still be distributed under the AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html). Simply provide a binary download without the 'proprietary add-ons' that turn on intra-cluster encryption. The Neo4j Enterprise binaries we make available to the public are proof that this can be done.

I believe that security critical components of Neo4j should remain open source, security by obscurity has proven not to be a good strategy in the past. Currently, the security components of Neo4j Enterprise are still open source. In the case of intra-cluster encryption (causal clustering) - it is just not initialized.

Right now the only difference between the paid Neo4j Enterprise (commercial) binary and Neo4j Enterprise (open source) binary (we compile from source) is that intra-cluster encryption is still off by default in the AGPLv3 version.

We turn it back on for our federal customers via a new component in our FISMA framework, which will be available on github for everyone to use soon.

How many of you are actually using causal clustering in production? Well - if you upgrade to 3.3.0 and don't turn it back on yourself , you may be a little less secure assuming you aren't using encrypted tunnels / vpn, etc between your cluster nodes.

Look for yourself:

3.2 release code (https://github.com/neo4j/neo4j/blob/3.2/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/HazelcastClientConnector.java) : The sslPolicy initialized in the code.

```
HazelcastClientConnector( Config config, LogProvider logProvider, SslPolicy sslPolicy,
        HostnameResolver hostnameResolver )
    {
        this.config = config;
        this.logProvider = logProvider;
        this.sslPolicy = sslPolicy;
        this.hostnameResolver = hostnameResolver;
    }
```

3.3 release code (https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/HazelcastClientConnector.java) : The sslPolicy initialization has disappeared.

```
    HazelcastClientConnector( Config config, LogProvider logProvider, HostnameResolver
hostnameResolver )
        {
            this.config = config;
            this.logProvider = logProvider;
            this.hostnameResolver = hostnameResolver;
        }
```

These three actions effectively made it impossible to get Neo4j Enterprise binaries with the open source AGPLv3 license (https://www.gnu.org/licenses/agpl-3.0.en.html) from Neo4j Inc starting with the 3.3.0 release.

N4J_018854

10/2/2019                    Neo4j 3.3.0 is out but where are the open source enterprise binaries?

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 117 of 1198

As a consulting company offering software development and support for Neo4j Enterprise open source licenses to the US federal government, we have been building the binaries ourselves for some time.

As part of the Neo4j open source community, we've decided to absorb the hosting costs and make these distributions available to the general public, not just US federal agencies. We've setup a distribution site that can be used to download Neo4j Enterprise directly, or use use with docker compose.

We will have docker images up as well complete with the AGPLv3 (https://www.gnu.org/licenses/agpl-3.0.en.html) licensed packages.

We will also have the FISMA framework modules on GitHub soon, one of which turns back on intra-cluster encryption.

You can download the Neo4j Enterprise binaries with the open source license from our website at https://igovsol.com/downloads.html (https://igovsol.com/downloads.html).

We compile and package these using the source code from the official Neo4j GitHub repositories.

Federal agencies should email us at support@igovsol.com (mailto:support@igovsol.com) to get their AWS GovCloud download links which should be whitelisted for most agencies.

If you would were not aware that Neo4j Enterprise is open source just like it's sibling 'Neo4j Community Edition', you can learn more here (https://igovsol.com/downloads.html#neo4j-os-faqs).

If you are not happy with Neo4j Inc's behavior, then please reach out to Neo4j Inc and voice your concerns.

Feel free to contact me directly via email at jmsuhy@igovsol.com (mailto:jmsuhy@igovsol.com) if you have questions, comments, or just want to talk about Neo4j in general. We are always available.

 ()

💬 Comment on Twitter (https://twitter.com/share?text=Neo4j%203.3.0%20is%20out%2C%20but%20where%20are%20the%20open%20source%20

---

🔊 (https://blog.igovsol.com/rss)

(https://blog.igo

**John Mark**

**(https://blog.igovsol.com/author/jmsuhy/)**

Alexandria, VA

igovsol.com (https://igovsol.com)

Senior software developer and enterprise architect with a focus on introducing innovative open source technologies into the US federal government.

**EXHIBIT 21**



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers.

# July 2018 News: Neo4j 3.4.4 has been released!

Get the open source licensed **Neo4j Enterprise** distributions we package for our government customers from our downloads page. These are 100% free and open source, with all the enterprise features. They have no restrictions on the number of cluster instances or cores that the commercial licensed packages impose!

We compile and packaged the open source licenced distributions from the same official Neo4j Github Repositories as Neo4j Inc uses for their paid commercial licensed builds.

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_018822

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 111-B Alexandria, VA 22306



© 2018 iGov Inc. All Rights Reserved.

N4J_018823

**EXHIBIT 22**

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**         Benjamin Nussbaum (ben@atomrain.com), Brad Nussbaum (brad@atomrain.com)
**CC:**
**BCC:**
**Subject:**    graphstack.io - avoid trademark issues
**Attachments:**
**Sent:**       03/26/2018 01:18:42 PM -0700 (PST)

I added you as admins to graphstack.io repos.

Incase you are wondering what this is - graphstack.io is the website I will have completed soon that will be used to provide Neo4j Enterprise open source packages for downloads without infringing on Neo4j's trademarks.

It is the only name I could find that was open.

I.E.  I can get away with allowing downloads of Neo4j on the site that have no code modifications or plugins but as soon as we add apoc or something else - the nominative trademark protection does not apply as easily.
So:     Neo4j Enterprise AGPL + APOC (and other plugins) = GraphStack

When you download it and extract it - it is /neo4j-enterprise-x.x.x   same as before.





IGOV0001570252

**EXHIBIT 23**

**From:**    John Mark Suhy (jmsuhy@purethink.com)
**To:**      Benjamin Nussbaum (ben@atomrain.com), Brad Nussbaum (brad@atomrain.com)
**CC:**
**BCC:**
**Subject:**    Quick Notes on fork
**Attachments:**
**Sent:**       05/21/2018 11:24:17 AM -0700 (PST)

---

Just comments That may be good to think about on your end.

When I spoke about setting up a non profit for a fork - it makes other kernel devs more inclined to be part of it - if they are truely open source advocates. I would think that they would be wary going with another 'neo situation'.  Assume that Steve baker and team are doing another fork in parallel - would be better to work all together I would think.

But being on the board of this new none profit is a big piece of the pie - if a fork became popular - GraphGrid is what makes it a viable alternative to adopt for agencies / companies who want production support.   IE - if done right - it would allow you to hit Neo from many different angles - weakening their hold.  We will get US agencies using this fork right away so it has past performance.

Just something to think about - I could literally reach out to MariaDB.org and ask them if they can give you copy of their bylaws so there would be hardly any upfront effort.  That may be enough to just let people know we are planning...

Worst case - you spend under $1000 for an org that you close without traction.  You dont have to setup org until you are ready.

Borrow everything from:

https://mariadb.org/about/governance/

I already know we could get several large companies to sponsor it in terms of names : Maybe not money to start.  But we would ask ASR, and kther top analytic companies we work with to sponsor it. Including sheila's companies and of course all of our companies.  (That is a big list already)

Do you want me to take a stab at rebrading Neo4j Enterprise dist - besides the documentation, and misc stuff in distribution? This would be a prppf of concept to see just how hard it would be to do a complete automated rebrand from all current code. the biggest visible part would be for a new logo in Neo4j Browser.

Technically the way they license browser, etc - you could technically use Neo4j browser without rebrand - but why not see how it would look with different brand name.

Make sure openneo4j won't be something Neo comes after you around trademark on.  I would ask your lawyers since I know it can be a hit if you build that brand and only have to start over if Neo hits with trademark.

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com





IGOV0001570192

**EXHIBIT 24**

**From:**      John Mark Suhy (jmsuhy@egovsol.com)
**To:**        Mariano Lopez (mariano.lopez@analytica.net)
**CC:**
**BCC:**
**Subject:**   Re: GraphFoundation
**Attachments:**
**Sent:**      07/09/2018 10:37:59 AM -0700 (PST)

---

We can add you as a sponsor without you contributing, but if you would
like to make a donation you can do so at:
https://www.graphfoundation.org/support/donations/

If you want to have a call later today or anytime this week, ==I can
explain why the foundation was created and how we package Neo4j
Enterprise (We call ONgDB) distributions that are being adopted at IRS
and most likely DHS as they are already using the open source
distributions we packaged before we assigned them to the foundation.==

Do you happen to have a good LOGO we can use or can I just grab one
from your website?


John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com


On Mon, Jul 9, 2018 at 8:33 AM, Mariano Lopez
wrote:
> Hi John Mark –
>
> Definitely and would be willing to contribute. If we were to contribute
> $500 how would I do this, process, etc?
>
>
>
> From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
> Sent: Friday, July 06, 2018 9:59 AM
> To: Mariano Lopez
> Subject: GraphFoundation
>
>
>
> Hello Mariano,
>
>
>
> I wanted to ask you if you would like us to list Analytica as a sponsor of
> the GraphFoundation. https://graphfoundation.org
>
>
>
> It is free for you, you can ignore the sponsorship prices page.

>
>
>
> IRS is adopting the open source Neo4j Enterprise distributions we are
> transfered to the GraphFoundation, and I think having our team members all
> involved in it could help give an advantage in the BPA Award. I can explain
> more on a call if you would like.
>
>
> Let me know if I can add you to the sponsorship page:
>
> https://www.graphfoundation.org/support/thanks/
>
>
> On another note, let me know if you would like to meet up for coffee or
> lunch sometime.
>
>
> Talk to you later,
>
>
> John Mark
>
>
> --
>
> John Mark Suhy
> eGovernment Solutions Inc
> jmsuhy@egovsol.com
> 703-862-7780
> https://egovsol.com

**EXHIBIT 25**

**From:**     John Mark Suhy (jmsuhy@purethink.com)
**To:**       Brian Rodrigue (brian.rodrigue@excella.com)
**CC:**
**BCC:**
**Subject:**  Checking In
**Attachments:**
**Sent:**     08/10/2018 08:09:41 AM -0700 (PST)

Good Morning Brian,

I just wanted to check in as we have not talked for a while.

I hope all is well.

If you have time next week, I can give you an update on our Neo4j activities.

We created a non profit with an Apache like governance model to ensure Neo4j stays open source incase Neo decides to take it closed source anytime in the future.

Check out https://graphfoundation.org

All the Neo4j enterprise distributions we package from now on will come from the foundation and have the standard vanilla AGPLv3 open source license.

Treasury and a bunch of analytic companies in the area now use these.

I figured you would want to know because Neo4j Inc has been trying to scare companies lately telling them they will close source, etc.

Most recently, they tried adding a 'commons clause' to the AGPL license , trying to precent companies from selling (and competing against them on procurements)

The free software foundation guidamce was to ignore it as it was invalid because restrictions like this, cant be added to the AGPL license, but it doesn't stop them from trying to use it to cause confusion.

Anyway, the foundation was actually setup because of this behavior.

On another note, how is your wife's cyber focus coming?

Have you been working with any interesting texhnology lately?

Have a good weekend,

John Mark

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

IGOV0001570129

**EXHIBIT 26**

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**         A-Sun Truth (asuntzu@gmail.com)
**CC:**
**BCC:**
**Subject:**    EMAIL
**Attachments:** micro-service-architecture-with-graphstack.pdf;
**Sent:**       08/28/2018 07:06:58 PM -0700 (PST)

---

I apologize for taking so long to get back to you. We have a large
deployment coming up in Sept for a government contract we are priming
on - so it's been taking all my available bandwidth.

I wanted to send you the links we spoke about so you can understand
more about what we are doing in the graph / analytics space.

I manage the Neo4j Enterprise open source distributions used by the
Treasury, DHS, etc.
If you don't know about Neo4j - here is their website: http://neo4j.com

Our open-source fork we manage can be found at https://graphfoundation.org

Our focus is on 'connected data' which leverages several different
technologies to collect, and connect data from different data sources.

Attached is a diagram of the high level overview of the platform.

We leverage Neo4j, ElasticSearch, Kafka, Apache Spark, and a suite of
services (All Java - Spring Boot for the most part)

Here are some white papers that can tell you more about Neo4j - which
we use as the 'system of record' for our connected data. We did not
write these - but they do a good job of explaining the technology.

https://drive.google.com/drive/folders/0B7w76NCg0bmVdmZoZTJQaGl4Vnc?usp=sharing

What we have is not something we sell right now - it is the platform
that we use for any of our graph analytics projects - that is how
everything originally came together.

One way I could see us working together is to work on your data
integration platform assuming you don't already have one. Everything
from AI, to enrichment, to services that utilize this data would use
the platform.

For example - if you want to create a sentiment analysis service, or
some other service (micro-service architecture) for leveraging natural
language processing - then it may involve creating a service that
takes 1) data from the graph , 2) uses the 'bus' (kafka) to push data
to spark to do sentiment analysis, etc , 3) Takes the new data
generated and augments the graph.

I.E. This would be a central part of your data integration strategy I
would think.

Let me know if this information is useful.

IGOV0001570120.0001

# EXHIBIT 27

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**         Philip Rathle (philip@neo4j.com)
**CC:**
**BCC:**
**Subject:**    Re: Touching base
**Attachments:** purethink Mail - IRS breakdown.pdf; april-2016-email-number-5-agreement.pdf;
**Sent:**       05/21/2018 02:46:30 PM -0700 (PST)

---

Please give me some time to digest your proposal and see if this makes
sense from a business perspective for us. I probably will have some
questions, In fact I have one right offhand.

Question:

If we were to consider what you proposed, would you require us to
waive our right to pursue our claims, such as tortious interference
against Neo4j Inc in the
future? I believe we can work together moving forward, and in
parallel let the courts decide what is fair for the past. We have
invested quite a bit of time and money into preparation based on the
statute of limitations, and I would think that you would also say it
is fair to let the courts work out what is right - if we agree to
accept the court's decision and move on.

Beyond that question,

In order to trust us, I think based on your email response, you should
really just peak at the attachments I re-attached to this email. Not
to prove anything, but to show that you should be wary of taking one
side of the story from John and Jason.
These attachments are just so you keep an open mind when working with
us. Please read them - they are attached, short and can help our
relationship. I highlighted them to make it quick.

On another note, regarding the licensing, you may want to consider the
implications of going closed source right now.

I completely understand where you are coming from, and you have a
tough decision to make. I wouldn't want to be in your position
regarding that topic, so I respect that you are in a precarious
position and have to make a decision.

My biggest worry does not have to do with you going closed source, but
with how the community reacts. As you can imagine, there will be
probably be several community forks of Neo4j if you go the closed
source router. An unorganized fork without the proper governance
model can lead to the community being in the same situation as they
would be with you if you do go closed source. It would force us to do
a proper fork that addresses governance, meaning spending time I
don't feel like spending. But it would be needed for the Government.

I've already done the preparation to create non profit organization
with the necessary bylaws and governance model for a community fork of
Neo4j to get things started, and to ensure it's long term success (if
adopted).

CONFIDENTIAL

We took guidance from MariaDb and my mentors on how to do it right and for the community, I am very confident that this will benefit the community.

By design, if we do launch this community fork and re-brand , it won't be something I can stop once the legal entity is in place and launched, which is the point of ensuring the community has control. I am not sure how it would effect our working together, but as you can guess - it could actually hurt us all if we end up making this partnership work and this fork becomes popular.

Let me know if there is a time Friday that you want to catch up for a call.

Have a good day,

Sincerely,


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com



REDACTED - CONFIDENTIAL

IGOV00000298.0002

REDACTED - CONFIDENTIAL



CONFIDENTIAL



REDACTED - CONFIDENTIAL

IGOV00000298.0004

REDACTED - CONFIDENTIAL

CONFIDENTIAL

IGOV00000298.0005

REDACTED - CONFIDENTIAL

CONFIDENTIAL

IGOV00000298.0006

**EXHIBIT 28**

| | |
|---|---|
| **From:** | Graph Foundation Admin |
| **To:** | btrudeau@micron.com |
| **Subject:** | Re: GraphStack Neo4j Question |
| **Date:** | Monday, July 16, 2018 6:52:30 AM |

Hi Bob,

I received your question from iGov. We're consolidating support of the open source neo4j graph database distributions under a non-profit organization: Graph Foundation - www.graphfoundation.org

I can help you answer your questions.

The naming you'll see for the build on the foundation site is ONgDB - this is a fully AGPL fork of the open source Neo4j Github repository with all restrictive marks from Neo4j, Inc. removed. We've taken the necessary steps make sure we keep the repository fully AGPL which is the license that Neo4j, Inc has released it under, but then added additional sections to the AGPL license, which in our conversations with FSF (Free Software Foundation) is not legal to do when using the AGPL license.

If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid. I can put you in contact with them if that full shield is of interest.

If it makes sense to have a call or if you have specific references that would help your organization assess the validity of it, please let us know and we can try to accommodate.

Thanks You,
GF


---------- Forwarded message ---------
From: **Bob Trudeau (btrudeau)** <btrudeau@micron.com>
Date: Wed, Jul 11, 2018 at 11:47 AM
Subject: GraphStack Neo4j Question
To: info@igovsol.com <info@igovsol.com>


To:     iGov Information (info@igovsol.com)
From:   Bob Trudeau (Micron Technology, Inc.)
Date:   Wednesday, July 11, 2018


I am currently evaluating potential Neo4j options other than a commercial license. The availability of a free, open-source version of Neo4j Enterprise from GraphStack is of obvious interest.


As an employee of Micron I need to ensure that I am operating with integrity and complying with all legal requirements in the procurement and use of software such as Neo4j.

**CONFIDENTIAL**



GFI000287

What references and/or other information can GraphStack provide to assist me in confirming the legality of the GraphStack Neo4j Enterprise software?


Regards,


Bob Trudeau

Enterprise Architect
IT Enterprise Analytics & Data
Micron Technology, Inc.

Office +1 (916) 458-3277
btrudeau@micron.com

**EXHIBIT 29**

**From:**      John Mark Suhy (jmsuhy@purethink.com)
**To:**        Benjamin Nussbaum (ben@atomrain.com)
**CC:**
**BCC:**
**Subject:**   Neo4j Procurement
**Attachments:**
**Sent:**      07/25/2018 08:48:04 AM -0700 (PST)

---

https://www.fbo.gov/index?s=opportunity&mode=form&id=02e83be8f7f905fff05de915b30d3418&tab=core&_cview=1

**Quick Summary:**

- Airforce wants Neo4j Enterprise.
They do not realize that Neo4j Enterprise is dual licensed and therefore unique for procurement.

 People can pay money for a restrictive commercial license, or use Neo4j Enterprise for free under it's open source license. The open source licensed version has no restrictions on number of cluster instances or cores.   This fact is very counterintuitive.    What the commercial 'subscription' really offers is support, because it's better to use the open source license than the commercial license in this case.

- We are quite sure that only one Neo4j partner will be able to bid on this because of Neo4j Inc's partner rules requiring registration of a lead.

- We have an idea about what the quote will be, since Neo4j Inc commercial price lists were placed on GSA for a short time.
 ($29,000)
https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html


**Proposed Approach:**

1) You quote for $25,000.
   AirForce gets the Neo4j Enterprise open source distributions we package for the government already.

2) We would manage all support with our existing infrastructure for you. (Managed support).
   Required support to meet AF needs would be:
   Phone support normal business hours Monday-Friday.  24 hour turn around on all support  tickets.  $200 / month or $2400

We will ensure all the SLA's and requirements specified are met with our existing infrastructure and team.    We can fully manage support for you using our support system that can be branded with your information.  Ex:  Email: support@fedstore.com   Online:  https://support.fedstore.com
If you have your own - we can use yours too. Whatever works.

So you would make:  $25,000 - $2400 : $22,600


3) The software (supply) is unlimited, because these are simply open and free neo4j distributions that are downloadable from the distribution sites.  Your company can even become a mirror - i .e.  https://dist.fedstore.com/neo4j/neo4j-enterprise-3.4.4-unix.tar.gz


**Up sell:**

IGOV0001570130.0001

-Neo4j packages are yearly subscription models, so this has high potential to be reoccurring.

- Once you are supporting Airforce with Neo4j, then there is a large potential for custom software development services. Since Neo4j partners are usually forbidden from using Neo4j under it's open source license - this puts you in a very unique position for anyone who wants custom Neo4j development.   We could support you on all development tasks, and bring past performance from our other federal Neo4j projects.

**Possible Scenarios / Risks:**

- Neo4j Inc will protest, and try to prevent this from happening through bullying tactics with the AirForce.  They tried this with Treasury which delayed one of our awards for 8 months and their behavior really upset Treasury.   This was the catalyst for the creation of the GraphFoundation https://graphfoundation.org - which ensures Neo4j stays free and open.

- US Treasury legal precedent is what we use when Neo4j tried to interfere with other agencies.  Treasury / IRS POCs are happy to talk with other agencies to

Links:

1) What I sent to airforce just to let them know there were other options so the competition could be more competitive. (See attached PDF).

 2) https://igovsol.com/downloads.html -> The open source Neo4j Enterprise distributions we package for government agencies.

3) Blog posts that show commercial prices, and will give more information about Neo4j's bad behavior:
 https://blog.igovsol.com

Our team:  iGov Inc, GraphGrid (https://graphgrid.com), and AtomRain (https://atomrain.com).   We work together as one company.  We all are the founders of the GraphFoundation.  https://graphfoundation.org

IGOV0001570130.0002

**EXHIBIT 30**

# ARTICLES OF INCORPORATION OF
# GRAPH FOUNDATION, INC.

The undersigned, desiring to form a corporation not for profit under the Non-Profit Corporation Law of Ohio, do hereby certify:

FIRST:  The name of said corporation shall be Graph Foundation, Inc.

SECOND:  The place in Ohio where the principal office of the corporation is to be located is the City of Wooster, Wayne County, Ohio.

THIRD: The corporation is organized exclusively for charitable, religious, educational and scientific purposes including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code, or the corresponding provision of any future federal tax code.  The charitable purposes of the corporation include the following:

(a) to further, at no charge, the Open Source development and distribution of graph technology in the areas of software, storage, networking, clustering, parallel and distributed computation, query processing, analytics, visualization, machine learning, artificial intelligence and cloud accessibility, while serving the community with mentoring, leadership and vision for a healthy graph ecosystem;

(b) to receive and administer funds for the benefit of the corporation, or its successor, and to that end to take and hold, by bequest, devise, gift, purchase or lease, either absolutely or in trust, any property, real, personal or mixed, without limitation as to amount or value, except such limitations, if any, as may be imposed by law;

(c) to sell, lease, borrow, encumber, exchange, subdivide, convey and dispose of any such property and to invest and reinvest principal and income thereof and to deal with and expend principal and income therefrom for the purposes set forth in this Article Third without limitation, except such limitations, if any, as may be contained in the instrument under which such property is received or such limitations, if any, as may be imposed by law;

(d) to borrow money and issue evidence of indebtedness in furtherance of the charitable purposes of this corporation and to secure same by mortgage, pledge, or other lien on property;

(e) to own, use, buy, sell, mortgage or encumber real and personal property as will tend to promote the objects of this corporation and the doing of all things necessary or incident to the purposes of this corporation; and

GFI 30(b)(6)
Brad Nussbaum

**Ex 3**

10/16/2020  D Myers

(f) to do such other lawful acts or activities to accomplish its charitable purposes as contemplated by Section 501(c)(3) of the Internal Revenue Code, or the corresponding provision of any future federal tax code, and the nonprofit corporation laws of the State of Ohio;

FOURTH: The following persons shall serve said corporation as directors until the first annual meeting or other meeting called to elect directors:

1. Bradley Nussbaum, President;

2. Benjamin Nussbaum, Vice President.

FIFTH: No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Third hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these Articles, the corporation shall not, except to an unsubstantiated degree, engage in any activities or exercise any powers that are not in furtherance of the purposes of this corporation.

SIXTH: The corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to tax on undistributed income imposed by Section 4942 of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

SEVENTH: The corporation shall not engage in any act of self-dealing as defined in Section 4941(d) of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

EIGHTH: The corporation shall not retain any excess business holdings as defined in Section 4943(c) of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

NINTH: The corporation shall not make any investments in such a manner as to subject it to tax under Section 4944 of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

TENTH: The corporation shall not make any taxable expenditures as defined in Section 4945(d) of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

ELEVENTH: Any person, his heirs, executors or administrators, may be indemnified or reimbursed by the organization for reasonable expenses actually incurred (including attorney's fees, judgments, fines and amounts paid in settlement) in connection with any action, suit or proceeding, civil or criminal, to which he or they shall be made a party by reason of being or having been a member of the Board of Directors, officer, employee or member of the organization if such person

acted in good faith and in the manner he reasonably believed to be in or not opposed to the best interests of the organization or (with respect to any criminal action or proceeding) he had no reasonable cause to believe his conduct was unlawful.

The foregoing rights of indemnification or reimbursement shall not be exclusive of other rights to which such person, his heirs, executors or administrators may be entitled as a matter of law or equity.

TWELFTH: Notwithstanding any other provision of these Articles of Incorporation, the corporation shall not conduct or carry on any activities not permitted to be conducted or carried on by any organization exempt from taxation under Section 501(c)(3) of the Internal Revenue Code and its Regulations as they now exist or as they may hereafter be amended, or by an organization, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code and Regulations as they now exist or as they may hereafter be amended.

THIRTEENTH: Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

IN WITNESS WHEREOF, we have hereunto subscribed our names this __22__ of June, 2018.

_____
Bradley Nussbaum

_____
Benjamin Nussbaum

## ORIGINAL APPOINTMENT OF AGENT

Know all men by these presents, that Jeffrey D. Musselman of 140 West Liberty St., Wooster, OH 44691, a natural person and a resident of the State of Ohio, is hereby appointed as the person on whom process, tax notice, and demands against said Graph Foundation, Inc., may be served and shall serve as incorporator for Graph Foundation, Inc. on behalf of the undersigned.

Graph Foundation, Inc.

_____
Bradley Nussbaum

_____
Benjamin Nussbaum

GFI000004

**EXHIBIT 31**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware          ) CASE NO.
corporation, and NEO4J           ) 5:19-CV-06226-EJD
SWEDEN AB, a Swedish             )
corporation,                     )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )
                                 )
GRAPH FOUNDATION, INC., an       )
Ohio corporation,                )
GRAPHGRID, INC., an Ohio         )
corporation, and ATOMRAIN        )
INC., a Nevada corporation,      )
                                 )
          Defendants.            )


REMOTE VIA ZOOM


30(b)(6) DEPOSITION OF NEO4J INC


BY BRAD NUSSBAUM


_____
                 9:17 A.M. PDT
           FRIDAY, OCTOBER 16, 2020
   _____



By:  Denise Myers Byrd, CSR 8340, RPR

1

1    maybe touch on a few things later when Jeff gets on

2    board.

3    BY MR. RATINOFF:

4        Q.  Okay.  Let me go ahead and move on to Topic 1

5    on the formation of Graph Foundation.

6        Do you recall when you formed Graph Foundation

7    or when -- let me strike that.

8        When was Graph Foundation founded?

9        A.  Yeah, I think I looked this up, and I'm pretty

10   sure we have it everywhere as June 2018.  I can pull up

11   the exact incorporation document.

12       Q.  I'll do that, actually.  Thank you, though.  I

13   appreciate that.

14       A.  All right.  I have some of these in front of me

15   because, honestly, I'm not going to remember this stuff

16   exactly.

17       Q.  Well, that's -- I'm going to ask you questions.

18   If you don't remember --

19       A.  Yeah, I have effective June 21, 2018.

20       Q.  Okay.  And so I just put up Tab 2 so we'll mark

21   that as Exhibit 3.

22       (WHEREUPON, Exhibit 3 was marked for

23       identification.)

24   BY MR. RATINOFF:

25       Q.  Why don't you take a quick look at that time

24

1    and let me know if that's what you had in mind as the

2    founding document.

3         A.  Seems to be pretty big.  It's taking a while.

4    If it says State of Ohio corporate registration,

5    that's --

6         Q.  It's actually -- the title of the document

7    should be in your chat as Tab 2.  It's the Articles of

8    Incorporation of Graph Foundation Inc.

9              Do you see that?

10        A.  Oh, okay.  Yeah, okay.  So 22nd of June, okay.

11   So I guess my State of Ohio certificate is June 21st and

12   this is signed June 22nd.  I'm not exactly sure which

13   one.

14        Q.  You recognize the document?

15        A.  Yes.  Yeah, this is what our lawyer here in

16   Ohio drafted.

17        Q.  And then what's -- the signature page -- I

18   think it's the third page -- you see there's two

19   signatures there?

20        A.  Yes.

21        Q.  The date?

22        A.  My signature and Ben's signature, yeah.

23        Q.  Okay.  All right.  Thank you.

24             Leading up to the formation, did you have any

25   discussions with anybody about forming Graph Foundation,

25

Q.  I'm just asking yes or no.

Did you talk to Mr. Suhy about forming Graph
Foundation prior to forming Graph Foundation?

A.  I mean, I guess it feels vague to me because
forming is a very vague word.  So he was -- so to answer
specifically, we did not consult him about how to
structure the foundation as a nonprofit with any of
these articles here; that came just from our lawyer.  We
did not consult him about any of the mission.  So when
we filed for a nonprofit status with the IRS and we
posted a mission and what we were about, we did not
consult him about any of those things.  So he was not
consulted, I guess, in any material way about, like,
what you could call the actual formation of the corp.

Q.  Who -- what led you to form Graph Foundation?
Strike that.

When did you come up with the idea to form
Graph Foundation?

A.  Must have been, like, early 2018, maybe late
2017, but probably early 2018.

Q.  Whose idea was it to form Graph Foundation?

A.  Primarily mine, but Ben was also very on board
with it.

Q.  Why did you decide to form Graph Foundation?

A.  I think we see a strong need for graph

27

1    technology to be open and available to a broader

2    community.  I think that we both, you know, sort of come

3    up through a lot of the open source world where, you

4    know, the Linux Foundations, the Apache Foundations, the

5    Free Software Foundations of the world have sort of

6    shaped and enabled everybody to do really great things.

7    And I think being in the graph space we see, you know,

8    just the potential for greater work to be done by having

9    technology that's developed and opened collaboratively.

10   I think that's what led us to write the mission

11   statement that we did about generally making graph

12   technology available.  We see a lot of avenues where

13   that can be applied.

14       Q.  Was there a specific graph technology that you

15   had in mind?

16       A.  I think generally, you know, there's a lot of

17   years to be played out, so, you know, Ben and I see that

18   there are many different technologies, graph

19   technologies that this may be applicable to.  I think we

20   listed several in our mission statement.

21           But, you know, there's certainly areas in data

22   processing and algorithms in -- you know, especially in

23   AI.  There's a lot of capabilities that I think we see

24   graph having a big impact, and so we see the foundation

25   as being a place that, you know, may one day be able to

28

1  provide an overall benefit to humanity through those

2  things.

3      Q.  Was Neo4j the primary driver for forming Graph

4  Foundation?

5      A.  Neo4j was definitely one driver.  We see an

6  open source database, certainly something that can store

7  data as a graph, as being a key part and it's definitely

8  where we put a lot of our time and effort in the early

9  days.

10     Q.  And did you discuss with Mr. Suhy about forming

11 Graph Foundation to promote open source Neo4j?

12         MR. PERNICK:  Objection; vague as to time.

13 BY MR. RATINOFF:

14     Q.  Prior to the formation of Graph Foundation.

15     A.  I mean, discuss is a very broad word so could

16 you be more specific?

17     Q.  Did you talk to Mr. Suhy within three months of

18 forming Graph Foundation about forming Graph Foundation?

19     A.  I mean, there must have been some conversations

20 about it, but I don't really think he was very -- I'm

21 not really sure what he offered, if anything, toward

22 like the overall -- I don't think he offered anything in

23 the discussions.  I don't remember him really having

24 much of a drive on the open source side.  I remember

25 him -- you know, he's very practical when it comes to

29

1   business, so I think the foundation has always just

2   been, you know, really for me and Ben to decide on.

3            MR. RATINOFF:  I would like to upload a

4   document.  This is going to be Tab 4.

5            (WHEREUPON, Exhibit 4 was marked for

6        identification.)

7   BY MR. RATINOFF:

8        Q.  Let me know when that's up on your chat.

9            Do you see this document that I put up?  It

10  should be an email from John Mark Suhy dated

11  May 5th -- I'm sorry -- May 21, 2018.  Do you see that?

12       A.  Yeah.

13       Q.  "Subject:  Quick Notes on fork."

14       A.  Yeah, I see it.

15       Q.  And looking at the "to" line, there's a Brad

16  Nussbaum, brad@atomrain.com.  Do you see that email

17  address?

18       A.  Yep.  Yep.

19       Q.  Is that an email address that you use

20  currently?

21       A.  Yes.

22       Q.  And were you using that email address back in

23  2018, in May?

24       A.  Yes.

25       Q.  And the other address, Benjamin Nussbaum,

30

1    that's your brother Ben?

2        A.  Yes.

3        Q.  And that's his email address, ben@atomrain.com?

4        A.  Yes.

5        Q.  Prior to forming Graph Foundation, when you

6    were in the preformation stage, were you using your

7    AtomRain account to communicate about forming Graph

8    Foundation?

9        A.  We've -- we've spoken with John Mark with our

10   AtomRain accounts.

11       Q.  So the answer is --

12       A.  I don't know if it's --

13       Q.  Sometimes I'm asking very simple yes-or-no

14   questions, and I appreciate you wanting to elaborate,

15   but I think it will go a lot smoother if you just answer

16   my questions as they're asked.  I'm going to ask it one

17   more time.

18           Did you use your AtomRain email address to

19   discuss forming Graph Foundation with John Mark?

20       A.  You're saying like prior to us ever having a

21   Graph Foundation email?

22       Q.  Yes.

23       A.  I mean, prior to having a Graph Foundation

24   email and prior to Graph Foundation existing, John Mark

25   and, you know, Ben and I communicated with our AtomRain

31

1    emails as the main form, I would say.

2        Q.  At this time in May of 2018, were you an

3    employee of AtomRain?

4        A.  Yes.

5        Q.  And what was your -- what was your position at

6    AtomRain at that time?

7        A.  I was the CEO.

8        Q.  Do you still hold that position at AtomRain?

9        A.  Yes.

10       Q.  And was Ben also an employee of AtomRain at

11   that time in May 2018?

12       A.  Yes.

13       Q.  What was his role at that time?

14       A.  He's the CTO.

15       Q.  And is he still the CTO?

16       A.  Yes.

17       Q.  Were you also employed by anyone else at that

18   time besides AtomRain in May of 2018?

19       A.  No.

20       Q.  Okay.  Turning back to this email, which I

21   believe would be Exhibit 4.

22           MR. RATINOFF:  Mark this as Exhibit 4.  It's

23   got the Bates number IGOV0001570192, and I'll represent

24   this is produced by iGov in the related litigation.  It

25   was not produced by your attorney.

                                                        32

1    accurate.

2         Q.  Looking at the blue section, it says JMSuhy

3    initial commit.  Do you see that?

4         A.  Yes.

5         Q.  And do you know -- do you understand who

6    JM Suhy is?

7         A.  Yes.

8         Q.  And who is JM Suhy?

9         A.  To my knowledge, that's John Mark's user on

10   GitHub.

11        Q.  And you see there's a date there on August 29,

12   2018?

13        A.  August, yeah, 29, yeah.

14        Q.  So is it fair to say that Graph Foundation had

15   a GitHub account as of August 29, 2018?

16        A.  Well, yeah, I think that's how those commits

17   are tracked.  There's a difference between the actual

18   commit that goes to get repo and what shows up in

19   GitHub, but I think that date is when it's actually

20   merged into GitHub.

21        Q.  But in order to be merged in the Graph

22   Foundation's GitHub, Graph Foundation would have to have

23   a GitHub account, correct?

24        A.  Right.  Yeah.

25        Q.  All right.  And does this at all refresh your

81

1          What specifically are you looking for?

2          Q.  Well, did he start up the ONgDB fork on

3     GitHub's repository?

4          A.  Well, if what we're looking at here, Neo4j-OE

5     or something, that's not the ONgDB fork.  This doesn't

6     look like much of anything.  I don't even think there's

7     about more than seven files here.  I'm pretty sure ONgDB

8     is well over a million.

9          Q.  Okay, let's go ahead and move on, then.

10          MR. RATINOFF:  All right.  I'm going to drop

11     another.  It should be Tab 46, and this should be

12     Exhibit 14.

13          (WHEREUPON, Exhibit 14 was marked for

14          identification.)

15     BY MR. RATINOFF:

16          Q.  We'll mark this Exhibit 14.  And the Bates

17     number starting with GFI000287 which was produced by

18     your counsel.

19          Do you have the document in front of you,

20     Exhibit 14?

21          A.  Yes.

22          Q.  Looking at Exhibit 14, there's an HTML address.

23     You have to hover your cursor over it, but if you -- it

24     says Graph Foundation admin.  When you hover over that,

25     it should say admin@graphfoundation.org.



83

1    A.  Uh-huh.  Yeah.

2    Q.  That's a Graph Foundation email that Graph

3    Foundation owns?

4    A.  Correct.  Yes.

5    Q.  Does Graph Foundation still use that email

6    address?

7    A.  Yes.

8    Q.  And you searched for documents in this case in

9    that email account?

10   A.  Yes.

11   Q.  So looking at the date of this email, it says

12   July 16, 2018.  Do you see that?

13   A.  Yes.

14   Q.  Does that help refresh your recollection as to

15   whether Graph Foundation had their own ONgDB up on

16   GitHub at that time?

17   A.  Did we?

18   Q.  I'm asking you.

19   A.  I don't think this gives me anything to

20   refresh.  Sorry, what do you mean by get up on GitHub?

21   You mean like does this help establish a date point in

22   time when the ONgDB repository was created?

23   Q.  Yes.

24   A.  No, this would not do that.

25   Q.  All right.  Let's go to the bottom, looking at

84

1    Q.  It's fair to say it says forwarded message, so

2    this is forwarded from iGov to Graph Foundation?

3    A.  Right.

4    Q.  Do you have an understanding of why it was

5    forwarded to Graph Foundation?

6    A.  They must have felt we could better answer or

7    give better details than they could.

8    Q.  About GraphStack?

9    A.  I'm assuming about the state of, like, an

10   open source version of Neo.  It looks like they want to

11   get information like -- it looks like they're

12   redirecting them to the root source of, like, how to

13   best get involved with the open source project.

14   Q.  Okay.  So then looking at the first paragraph

15   of the top email, that's the July 16, 2018, email, it

16   says:

17               "I received your question from

18          iGov.  We're consolidating support of

19          the open source Neo4j graph database

20          distributions under a nonprofit

21          organization:  Graph Foundation."

22          Do you see that?

23   A.  Right.  Yes.

24   Q.  And then the next paragraph, "I can help you

25   answer your questions."  And then I want you to take a



87

1    look at the following paragraph that says:

2              "The naming you'll see for the

3         build on the foundation site is ONgDB.

4         This is a fully AGPL fork of the open

5         source Neo4J GitHub repository with

6         all restrictive marks from Neo4j Inc.

7         removed."

8         Do you see that?

9    A.   Yes.

10   Q.   So at this point is Graph Foundation saying

11   that there's a fork of Neo4j called ONgDB available as

12   of July 16, 2018?

13   A.   I'm not sure what the state was on this site

14   then that we were directing them to.  It would seem that

15   there was something there.  I don't know what the state

16   was.  Maybe we had pre-built -- there was a point in

17   time where we were -- I don't know, I don't know when

18   that was.  Yeah, I don't know.  There must be something

19   up there for him then.  I'm not sure what was up there.

20   Q.   What do you mean by this is a fully AGPL fork

21   of the open source Neo4j GitHub repository with all

22   restrictive marks from Neo4j removed?

23   A.   I think it was, like, in January or March 2018

24   when the Commons Clause came in to, like, 3.4, something

25   like that.  I don't know the exact date.  So I think

                                                           88

1    this is when some of the Commons Clause stuff was going

2    on.  So I think all -- all that would mean by

3    restrictive marks is that we were conveying the

4    open source code as the pure open source under AGPL.

5        Q.  So with an AGPL license without the

6    Commons Clause?

7        A.  Right.  Yeah.  Because I think we -- yeah, we

8    had removed the Commons Clause I think at this point.

9        Q.  Is that what you're saying in the next

10   sentence?

11               "We've taken the necessary steps

12           to make sure we keep the repository

13           fully AGPL which is the license that

14           Neo4j has released it under, but then

15           added additional sections to the AGPL

16           license."

17       Are you referring to the Commons Clause there?

18       A.  Yeah, we're referring to Neo4j Inc. adding the

19   Commons Clause in to the AGPL license, yeah.

20       Q.  It says:

21               "Which in our conversations with

22           FSF (Free Software Foundation) is not

23           legal to do when using the AGPL

24           license."

25       Do you see that?

                                                              89

1    A.  Yeah.  I think our understanding of this, you

2    know --

3    Q.  I'm just asking you --

4    A.  -- has evolved since then, but, yeah, I see

5    this.  I see this, yeah.

6    Q.  So as of July 16, 2018, had you had any

7    conversations with the Free Software Foundation

8    regarding Neo4j adding the Commons Clause to AGPL?

9    A.  We did not, no, not the Graph Foundation.

10   Q.  Did you personally have any conversations with

11   the Free Software Foundation whether it was legal for

12   Neo4j to add the Commons Clause to the AGPL?

13   A.  No.  I think I saw a conversation about it, but

14   we did not.

15   Q.  Saw, what do you mean by saw a conversation?

16   A.  I think I saw an email about a conversation.

17   I'm not sure how I saw that.

18   Q.  You don't remember who that email was from?

19   A.  I remember there was a conversation.  I'm not

20   sure what we were telling them, though.  I never spoke

21   to the Free Software Foundation direct.

22   Q.  Have you ever spoken to the Free Software

23   Foundation about whether Neo4j was able to add the

24   Commons Clause, quote, unquote, legally?

25   A.  I have not, no.

90

1           (WHEREUPON, Exhibit 15 was marked for

2      identification.)

3  BY MR. RATINOFF:

4      Q.  So we'll mark this document which was produced

5  by iGov.  Do you have what's Tab 56 in front of you?

6      A.  Yes.

7      Q.  Okay.  And so we'll call this Exhibit 15 now.

8  It's got the Bates number IGOV0001570185.001 on the

9  first page.  So again, this is dated May 22, 2018.  I

10  think that was around the same time we looked at that

11  earlier email and you had mentioned that Graph

12  Foundation wasn't in existence yet officially, correct?

13      A.  Sorry, that was too much.  What are you asking?

14      Q.  You see the date May 22, 2018?

15      A.  Yes.

16      Q.  So you didn't have a Graph Foundation email at

17  this point, right?

18      A.  I don't think Graph Foundation was formed so

19  definitely no.

20      Q.  And we looked at a prior email where you were

21  discussing forming Graph Foundation, correct, around

22  this time?

23      A.  I would say I don't think --

24           MR. PERNICK:  Objection, misstates testimony.

25           THE WITNESS:  I don't think we were doing that.

                                                    97

1    I don't think that's quite the right way to say that.

2           MR. RATINOFF:  Well, let's go back to -- I know

3    your counsel made an objection, and just make sure you

4    let me finish my question, give like a slight pause, let

5    Mr. Pernick have a chance to object if he needs to.

6           MR. PERNICK:  Especially since I generally have

7    to press my unmute button so it takes a little bit

8    longer.

9           The objection is misstates testimony.

10          MR. RATINOFF:  I'm going to strike the

11   testimony -- there was a lot of talk over -- so I'll

12   start over again.  In case he wants to object, just give

13   him a second.

14          JOHN PICONE:  Jeff -- Mr. Pernick, if you have

15   your spacebar, if you press it, it will unmute

16   temporarily.  I found that's an effective method.

17          MR. PERNICK:  I wasn't able to get that to work

18   in our test run, but it is working now.

19          JOHN PICONE:  As long as your cursor is on the

20   Zoom application it will work.

21          MR. PERNICK:  Thank you.

22          MR. RATINOFF:  Technology is great.

23   BY MR. RATINOFF:

24      Q.  Let's look again -- I think we looked at this

25   email address before, brad@atomrain.com.  That's your



                                                              98

1    email address, right?

2         A.  Yes.

3         Q.  You have no reason to believe you didn't

4    receive this email?

5         A.  No.  I received it, yeah.

6         Q.  And looking over this email, is this the email

7    you referenced from -- maybe seen from John Mark

8    earlier?

9         A.  It sounds about right.  This seems like an

10   email that came from Free Software Foundation discussing

11   this topic, yes.  I forget what they said, but yes.

12        Q.  Do you see anywhere in here where Free Software

13   Foundation's giving legal advice to Mr. Suhy?

14        A.  I think my view on that was that they -- I

15   think they didn't -- I don't think they could give us

16   legal advice or I don't think they said it was legal

17   advice.  I think it was, like, an opinion.  So I

18   don't -- you know, giving legal advice is not something

19   that they would do so I don't think that makes sense,

20   but I don't see what they're saying here.  I would have

21   to read it.

22        Q.  Okay.  Well, why don't you go ahead and do

23   that.

24        A.  I think they're giving us advice on the further

25   restrictions clause in Section 7, and I think they're

                                                          99

1   that I ever saw.  I think there was only ever one.

2           MR. PERNICK:  Jeff, we've been going for about

3   an hour and a half.  Can we take a brief five-minute

4   break.

5           MR. RATINOFF:  Sure.  Let me show one more

6   document.

7           MR. PERNICK:  Okay, no problem.  Nothing dire.

8           MR. RATINOFF:  Thank you for the reminder,

9   though.

10          (WHEREUPON, Exhibit 16 was marked for

11      identification.)

12  BY MR. RATINOFF:

13      Q.  Do you have that in front of you?  So this

14  would be the document produced by iGov, Bates number

15  IGOV0001570125.001, and this is Exhibit 16.

16          And do you recognize this email?

17      A.  Yes.

18      Q.  So you've seen this email before?

19      A.  I'm sorry.  I thought you meant do I know

20  what's in front of me.  You're asking if I -- I'm sorry.

21  What are you asking me?

22      Q.  I'm asking whether you've seen this email

23  before.

24      A.  This looks like a conversation happening with

25  the Free Software Foundation by John Mark.

108

 1       Q.  And this is the same Donald Robertson that we

 2  saw to your knowledge in the last email that we were

 3  looking at?

 4       A.  Yeah, it looks like it.

 5       Q.  And then -- but you don't know -- you don't

 6  know whether you've seen this email or not, before or

 7  not?

 8       A.  This may have been, like, one of the other

 9  emails I mentioned; like, it was probably forwarded to

10  me at one point, but I don't know.  I'd have to go find

11  it.

12       Q.  Okay.  Maybe we'll have you do that after the

13  deposition.  But for the time being, we have this email

14  from the Free Software Foundation to John Mark which you

15  see here.

16           Looking at first where it says "snip" under

17  June 20th, do you see that?

18       A.  Yes, uh-huh.

19       Q.   "1) As the copyright holder,

20           is Neo4j Inc. allowed to add the

21           specific additional terms mentioned

22           above to the license.txt file

23           (containing the AGPL license terms)

24           and enforce these new additions?"

25           Do you see is that?

                                                          109

1      Q.  Yeah.

2      A.  I mean, I guess because our goal is to make

3  ONgDB available publicly, so 3.5 was the next version.

4      Q.  And that's because Neo4j released its

5  Version 3.5?

6      A.  Are you asking a question about our versioning?

7      Q.  Well, is there a significant difference between

8  version -- I'm sorry -- Neo4j 3.4 and 3.5?

9      A.  I mean, there are definitely differences.

10         MR. RATINOFF:  Okay.  I'm going to put Tab 13

11  back up.  So this will be Exhibit 18.

12         (WHEREUPON, Exhibit 18 was marked for

13         identification.)

14  BY MR. RATINOFF:

15     Q.  Do you have Tab 13 up on your screen?

16     A.  Yes, I have it up.

17     Q.  And this again was produced with the Bates

18  number N4J_018661.  It was printed out from the

19  internet, from Twitter's website, on 5/20/2020.

20         This is, again, I believe Graph Foundation's

21  Twitter account, correct?

22     A.  Yes, this is our Twitter account.

23     Q.  Do you have any reason to believe these tweets

24  that are included in this document are accurate as far

25  as being from Graph Foundation's account?

137

1        A.   They look accurate to me.

2        Q.   Do you see the first tweet right here at the

3    top?  It says:

4                  "It's official:  #Neo4j

5             Enterprise is closed source.  As of

6             November 2, 2018, Neo4j Inc. has

7             moved all enterprise modules of the

8             3.5 release to a private repository."

9        A.   Yep.

10        Q.   Do you see that?

11        A.   I see that.

12        Q.   What did that mean?

13        A.   I think exactly what it says.

14        Q.   Why did Graph Foundation tweet that?

15        A.   I think it's a factual statement.  Enterprise

16    is closed source.  I think that's true.  There were

17    commits that I know that I reversed as of November 2nd,

18    2018, that removed all the enterprise code and all the

19    enterprise modules, yeah, to the private repository, so

20    that's true.  And, yeah, they even announced I think

21    that they were open core.

22        Q.   Was there a prior release Version 3.5 that had

23    enterprise modules that were not part of the enterprise

24    repository?

25        A.   Was there a prior release.  Like -- well, so

138

1      A.  Yeah.  Yeah.

2          MR. RATINOFF:  I'm going to put up another

3      document.  This is -- Tab 25 will be Exhibit 19.

4          (WHEREUPON, Exhibit 19 was marked for

5      identification.)

6      BY MR. RATINOFF:

7      Q.  Let me know if you have that up.

8      A.  Yep, I've got it.

9      Q.  So looking at this email, it shows ben@atomrain

10     and brad@atomrain.com.  Do you see those two email

11     addresses?

12     A.  Yes.

13     Q.  Those are the email addresses we discussed

14     earlier that belong to you and your brother, correct?

15     A.  Yes.

16     Q.  This is johnmarksuhy@purethink.com.  I don't

17     know if we've seen that address before.  Do you

18     recognize it?

19     A.  Yeah.  Yeah.

20     Q.  So this is a document that was produced by

21     Mr. Suhy's counsel.  And do you have any reason to

22     believe this isn't an accurate email that you received?

23     A.  No, no reason.

24     Q.  Do you see the subject there, graphstack.io -

25     avoid trademark issues?

147

1    good way, and I don't think Neo was too receptive of

2    being in a position of wanting to help find a solution,

3    kind of filed a lawsuit against us, so I don't think

4    there was really much opportunity to discuss it.

5         MR. RATINOFF:  Okay.  So let me move on to

6    another exhibit.

7         (WHEREUPON, Exhibit 21 was marked for

8         identification.)

9    BY MR. RATINOFF:

10        Q.  This will be Exhibit 21, I believe.  This was

11   produced as Bates number N4J-GFI_000092.  This is a

12   printout from Graph Foundation's website as of

13   September 24, 2019.

14        Do you have any reason to believe this isn't a

15   correct printout of what was on Graph Foundation's

16   website as of that date?

17        A.  No reason, no.

18        Q.  And looking at Licensing, do you see that

19   heading right there?

20        A.  Yes.

21        Q.  And it says:

22             "ONgDB distributions are

23             licensed under AGPLv3 as a free and

24             open drop-in replacements of Neo4j

25             Enterprise commercial licensed

                                                         157

1          distributions with the same version

2          number."

3          Do you see that?

4     A.   Yes.

5     Q.   What did Graph Foundation mean by drop-in

6  replacement?

7     A.   I think we provided an explanation of this.

8  Drop-in, I think as everybody understands it in

9  development, you know, essentially functions

10 equivalently from one version to another.  So if you

11 took a Neo4j Enterprise version, let's say 3.5.4, the

12 database format that it creates would work with ONgDB

13 3.5.4, so you can essentially write your data, and with

14 Neo4j Enterprise, you can use that same data with ONgDB.

15    Q.   And just to clarify, that's Graph Foundation's

16 understanding of drop-in replacement?

17    A.   Yeah.  Yeah, that's on our site, so.

18    Q.   And as of ONgDB Version 3.5.4, it's Graph

19 Foundation's belief at that time it was a hundred

20 percent identical to Neo4j Enterprise 3.5.4?

21    A.   No, it was not one -- I mean, it couldn't be

22 100 percent identical because Neo4j was close source as

23 of 3.5.0-RC1, and so any time after that there have to

24 be some differences.  And so drop-in does not mean

25 identical; it refers more to compatibility.

                                                         158

1    Q.  Okay.  You mentioned release I guess -- let me

2    start over.

3         You mentioned Neo4j 3.5.0-RC1.  Is that a

4    pre-release version of Neo4j 3.5?

5    A.  Yes, it's a release candidate.

6    Q.  And that was available on Neo4j's GitHub?

7    A.  Yes.

8    Q.  And was Neo4j 3.5.0-RC1, was that released

9    under the AGPL plus Commons Clause by Neo4j?

10   A.  Yes.

11   Q.  Is that -- is 3.5.0-RC1, is that the code base

12   that ONgDB 3.5.4 is based on?

13   A.  What do you mean by based on?

14   Q.  Well, you mentioned that it couldn't be

15   identical because the last version that was available

16   before one closed was 3.5.0-RC1.

17   A.  Right.

18   Q.  So ONgDB 3.5.4 isn't 100 percent identical to

19   Neo4j 3.5.4, correct?

20   A.  Correct, they're not 100 percent identical.

21   Q.  So if they're not 100 percent identical, what

22   is -- what is the same between ONgDB 3.5.4 and Neo4j

23   3.5.4?

24   A.  It's a great question.  Neo4j source is closed

25   so we don't know.

159

1    Q.  So as of ONgDB 3.5.4, Graph Foundation had no

2  way of knowing whether that was identical to Neo4j's

3  3.5.4, correct?

4    A.  Yeah, there's no way to know that they're

5  100 percent identical, correct.

6    Q.  How is Graph Foundation able to represent that

7  3.5.4 was a drop-in replacement, ONgDB, that is, for

8  Neo4j 3.5.4?

9    A.  I think I described it earlier.  Drop-in

10  replacement refers more to compatibility of features, so

11  we were able to take a Neo4j 3.5.4 version, create a

12  database and just show that it worked with ONgDB at that

13  same version.  So I think that's exactly what we

14  described, and I think that's exactly what we did.

15  That's the only thing that we can really do absent

16  having the source code is just show that they are

17  compatible, they can both read the same database format

18  which is one of the most essential things to make it

19  drop-in.

20    Q.  Did the Graph Foundation do one for one -- let

21  me strike that.

22    So with ONgDB -- do you mind if I leave out the

23  dots -- it's a mouthful -- and just say 3-5-4 is easier?

24    A.  That's fine.

25    Q.  So ONgDB 3.5.4, does that -- did that contain

160

additional or different source code from Neo4j 3.5.4?

A.  We have no way of knowing, but we assume that they were different.  Neo4j could have used our code because it's open, but we could not have used their code because it's closed.  So they could have used our code to make their release.  We assume that they didn't, but we can't see their code.

Q.  So ONgDB 3.5.4 contains source code that's not authored by Neo4j, correct?

A.  Yes, that's correct.

Q.  Do you understand what the term glue code is?

A.  Yes.

Q.  What's your understanding of glue code?

A.  That it's mostly code that's used to maintain compatibility between interfaces.

Q.  So ONgDB 3.5.4 contains glue code.  Is that a fair statement?

A.  It certainly contains some code that's needed to maintain compatibility with core, which we bring in, which is part of common, so it does contain some of that for shifting interfaces as well as fixes and enhancements.

Q.  So how did -- how did you, meaning Graph Foundation, create 3.5.4 if Neo4j was no longer releasing its code at that time?

161

1    A.  We merged in all of the core commits for 3.5.4,

2    so that's everything for community, and then, based on

3    whatever feedback was given from the community,

4    developed any of the fixes that we could for releasing

5    the enterprise code.

6    Q.  Okay.  So the fixes that you put into 3.5.4,

7    they were authored by non-Neo4j coders; is that correct?

8    A.  Yes.

9    Q.  And so -- and Graph Foundation would have no

10   way for certain to know whether it actually included

11   every fix that Neo4j put in its Neo4j 3.5.4, correct?

12   A.  I'm sorry.  Could you repeat.

13   Q.  Sure.  So Graph Foundation would have no way to

14   know for certain whether -- strike that.

15   Graph Foundation -- you mentioned fixes for the

16   community, and in reference to that, you did not include

17   patches that came from Neo4j per se, correct?

18   A.  We did not include patches that came -- are you

19   asking if we have code?  What do you mean by we did not

20   include patches that came from Neo4j?

21   Q.  You mentioned there were fixes that were put in

22   place through ONgDB repository, correct?

23   A.  Yes.

24   Q.  And where did those fixes come from?

25   A.  Oh, from community contributors.

162

1    Q.  And Graph Foundation would have no way of

2    knowing whether there were patches included in Neo4j's

3    close portion of enterprise 3.5.4, correct?

4    A.  Right.  We wouldn't know what code changes

5    they're making to their source because it's private.

6    Q.  So the only way you would understand what the

7    potential fixes there were would be looking at Neo4j's

8    changelog for each version?

9    A.  We could use what was reported on GitHub, so

10   some people report issues on GitHub still.  We can use

11   what our community users report to us, and we can

12   include fixes that are in core.

13   Q.  So you mention there was enterprise features

14   that were taken to be closed after 3.5.  Which features

15   were those?

16   A.  I'm sorry.  What did you say I mentioned?

17   Q.  You said that when Neo4j took its enterprise

18   portion of the software to close core or private, I

19   guess was maybe the word you used, which features were

20   taken private?

21   A.  Everything in the enterprise directory.

22   Q.  Were there key features in the enterprise

23   software that were taken private in your mind?

24   A.  Yes.

25   Q.  What were those key features?

163

1    A.  Causal clustering, backups, restore,

2    monitoring, security, advanced Cypher.  You know, that's

3    about -- I think that's the list.

4    Q.  So ONgDB 3.5.4 had those features in it,

5    correct?

6    A.  Yes.

7    Q.  And -- but those weren't necessarily the same

8    exact code for those features in Neo4j 3.5.4, correct?

9    A.  That's right, they wouldn't have been a hundred

10   percent identical.

11   Q.  Where did the code for those features in ONgDB

12   3.5.4 come from?

13   A.  They started out open source and then changes

14   in enhancements would have been made thereafter by

15   commits to Graph Foundation.

16   Q.  Okay.  But the base code of those features came

17   from Neo4j 3.5.0-RC1?

18   A.  That would have been I suspect the start of it.

19       MR. RATINOFF:  I'm sorry.  Can you read that

20   answer back, please.

21       (Record Read.)

22   BY MR. RATINOFF:

23   Q.  What do you mean by the start of it?

24   A.  I mean that that's -- that that was like the

25   state of the code as of 3.5.0-RC1 was the last time that

164

1    Neo made any public contribution, so thereafter

2    everything would have been from the open source

3    community.

4         Q.  For those particular enterprise features that

5    you mentioned?

6         A.  Yes.

7         Q.  Give me one second.  You mentioned

8    contributions from the community.  So Graph Foundation

9    relied on open source contributors to fix issues with

10   various versions of ONgDB?

11        A.  Yes.

12        Q.  And were those -- when you say open source

13   community, does that include Neo4j contributors?

14        A.  Yes.

15        Q.  And that would also include Graph Foundation

16   contributors?

17        A.  Yes.

18        Q.  So you would have to go to Neo4j's GitHub

19   repository to find the open source contributions to

20   Neo4j's software?

21        A.  You can see it on our repo too.

22        Q.  You would be able to see Neo4j contributors'

23   open source contribution on Graph Foundation's GitHub?

24        A.  Yeah, because it's a fork.

25        Q.  What do you mean by that?

                                                        165

1    and the release repository links to the distributions on

2    the CDN.

3         Q.  Does the testing include a function that

4    includes function testing?

5         A.  Yes.

6         Q.  It includes performance testing?

7         A.  Yes.

8         Q.  And what other type of testing is done before

9    it's released, a particular version?

10        A.  Integration testing, stress testing, integrity

11   of the packaging.

12        Q.  That's all done by Graph Foundation?

13        A.  Yes.

14        Q.  And do you have any idea of what type of

15   testing Neo4j uses on its coded versions of Neo4j

16   software?

17        A.  Only the stuff that was public is what we would

18   know about.  We wouldn't know anything about their

19   private testing.

20        Q.  For example, Neo4j 3.5.4, you wouldn't have any

21   idea what testing is done before Neo4j released that

22   software?

23        A.  We know of all the tests that are committed

24   that are open source so there's quite a few.  The

25   open source code base contains tests.

                                                        168

     Q.  But you wouldn't have any insight into the
testing that's done on the closed source components of
Neo4j 3.5.4?

     A.  Correct.  If it's closed source, we don't
know -- we don't have the code and we don't know their
methods.

          MR. RATINOFF:  Okay.  Let me see.  I want to
put this exhibit up.  Hopefully I will guess the right
number.

          (WHEREUPON, Exhibit 22 was marked for
     identification.)

BY MR. RATINOFF:

     Q.  So we'll mark Tab 21 as Exhibit 22.  This is --
first page bearing Bates number N4J_018667, and this is
a printout from Graph Foundation's Twitter account dated
7/19/2020.

          Do you have this document in front of you?  Do
you recognize this document?

     A.  Yep.

     Q.  What is it?

     A.  It's a tweet from our account.

     Q.  "Our" being Graph Foundation?

     A.  Yeah, Graph Foundation account.

     Q.  It says:

          "Please report all #Neo4j

                                                      169

1          Enterprise 3.5 issues to the ONgDB

2          GitHub."

3          Do you see that?

4      A.  Yep.

5      Q.  And continues after the web address:

6              "...so we can more effectively

7          track bugs related to open source

8          enterprise code versus open core

9          community."

10     A.  Right.

11     Q.  Why did Graph Foundation tweet this?

12     A.  Yeah, so a lot of -- a lot of users tend

13 to -- you know, in the past have reported issues to

14 Neo4j's repo that affected enterprise and community code

15 because it was open source, they were both open source,

16 but as soon as Neo4j took enterprise away, there's no

17 longer an open source project there so they kind of left

18 a hole and users didn't really know where to be

19 redirected to to report enterprise issues on

20 open source.  So this was to try to redirect them, to

21 inform them where open source development was being

22 maintained and where they can track bugs.

23     Q.  So you're asking Neo4j users to go to ONgDB's

24 GitHub repository to report bugs?

25     A.  That are related to enterprise, yeah.

170

1    Q.  Neo4j Enterprise, correct?

2    A.  The -- yeah, as we understand it, the

3    enterprise -- open source enterprise, yeah.

4    Q.  You don't think that's confusing the customers

5    out there to redirect Neo4j bugs to -- I'm sorry -- to

6    Graph Foundation's GitHub repository?

7         MR. PERNICK:  Objection; vague.  Can you

8    restate that.

9         MR. RATINOFF:  Sure.

10   BY MR. RATINOFF:

11   Q.  So did you think that your tweet would confuse

12   anyone as to where to report bugs to Neo4j software?

13        MR. PERNICK:  Objection; vague; calls for

14   speculation.

15        THE WITNESS:  Yeah, I can't speak to other

16   people's -- how they would interpret this.  I can see

17   what my intent with it was which is what I think I said.

18   BY MR. RATINOFF:

19   Q.  I'm asking you I guess what -- I appreciate

20   your prior testimony, but what I'm asking you is did it

21   occur to you when tweeting this that it may confuse

22   Neo4j users to report their bugs to Graph Foundation's

23   GitHub repository rather than Neo4j's repository?

24        MR. PERNICK:  Objection; vague.

25        THE WITNESS:  I felt that it was fairly clear

171

1    that enterprise no longer existed, open source, and that

2    was the sole reason that anybody would report an

3    enterprise issue on Neo4j's GitHub.  If enterprise is no

4    longer open source, there's no reason to report anything

5    on their GitHub, so I feel like it's very clear to

6    redirect open source enterprise users to the right

7    place.

8    BY MR. RATINOFF:

9        Q.  The right place being Graph Foundation's

10   GitHub?

11       A.  Yeah, where open source enterprise was being

12   worked on.

13       Q.  Okay.  So you're basically soliciting users of

14   Neo4j Enterprise, which is closed, to report their

15   issues to Graph Foundation's GitHub repository, correct?

16           MR. PERNICK:  Objection; vague.

17   BY MR. RATINOFF:

18       Q.  Strike that question.  Let me ask another

19   question.

20           I noticed you use Neo4j hashtag there.  Do you

21   see that?

22       A.  Yeah.

23       Q.  Why would you use a Neo4j hashtag there?

24       A.  It's a topic relevant to Neo4j users.

25       Q.  Okay.  So you use the hashtag to raise the

172

1    A.  Did you want me to restate what we're doing?

2    Q.  Sure, if it answers the question.

3    A.  Maybe you have to re-ask your question, then.

4         MR. RATINOFF:  Can you please read my question

5    back.

6         (Record Read.)

7         MR. PERNICK:  Objection; vague.

8         THE WITNESS:  Can you just ask that as a

9    question.

10   BY MR. RATINOFF:

11   Q.  I'll strike the question.  I didn't quite hear

12   all of it, but it didn't sound like -- there was some

13   extra word in there.

14        So let me ask you this:  Do you understand what

15   hashtags are?

16   A.  I understand that a hashtag is used to make or

17   create a topic so that people that want to go read about

18   a topic or, you know, look at things that are related to

19   a certain topic, yeah, it's a way to tag things.

20   Q.  So by tagging Neo4j, if someone's searching

21   Twitter for #Neo4j, it would be more likely this tweet

22   would come up, correct?

23   A.  Yes, if they're interested in -- if they're a

24   Neo4j user or if they're looking at, you know, things

25   relating to Neo4j that are happening, this would be

174

1    something that's happening around Neo4j.

2        Q.  And I notice there's no hashtag next to ONgDB.

3    Why is that?

4        A.  I'm not sure.

5        Q.  So you use the #Neo4j to make it more likely

6    for a person interested in Neo4j Enterprise to have seen

7    this tweet, correct?

8            MR. PERNICK:  Objection; vague.

9            THE WITNESS:  I think like what I said, we use

10   the hashtag so that Neo4j users can be informed.

11   BY MR. RATINOFF:

12       Q.  So my question is it's more likely that a Neo4j

13   user will find this tweet because he used the hashtag

14   Neo4j, correct?

15           MR. PERNICK:  Same objection; vague.

16           THE WITNESS:  I mean, that assumes -- yeah,

17   that assumes that Neo4j users are looking at that

18   hashtag, but anybody that is looking at the Neo4j

19   hashtag can become informed and that includes Neo4j

20   users.

21   BY MR. RATINOFF:

22       Q.  So it's more likely that a Neo4j user would

23   find this tweet by using the Neo4j hashtag versus using

24   just the word Neo4j, correct?

25           MR. PERNICK:  Objection; vague; calls for

                                                          175

1    speculation.

2           THE WITNESS:  I mean, we can't -- I mean, we

3    can't really speculate about how people find us.  I

4    mean, what we can do is try to give information to as

5    many places as possible.

6    BY MR. RATINOFF:

7       Q.  I understand that, but what I'm saying is is

8    you've already explained your understanding of what a

9    hashtag is.  What I'm asking you is by using a hashtag

10   with Neo4j, it's raising the prominence of this tweet to

11   people looking for Neo4j versus had you simply

12   referenced Neo4j without the hashtag, correct?

13      A.  It places that tweet in a topic so it is

14   possible that more people would see it as a result.

15      Q.  So you used the hashtag Neo4j to make it more

16   likely that this tweet would be seen by Neo4j users,

17   correct?

18      A.  Yes because our objective is to inform.  We

19   want Neo4j users to be informed about their options.

20      Q.  But you're not giving an option here.  You're

21   just asking to report bugs in Neo4j Enterprise to Graph

22   Foundation, correct?

23           MR. PERNICK:  Objection; vague.  The document

24   speaks for itself.

25           THE WITNESS:  So the option that they knew of

                                                          176

1    today was one.  Prior to this, they only had one option

2    which was the Neo4j repo, so in our mind we were giving

3    them a second option which is to inform them that

4    there's another place that they can report open source

5    enterprise issues, and I think that's exactly what we

6    said, effectively track bugs related to open source

7    enterprise, and that would no longer apply to Neo4j's

8    code base because it was no longer open source

9    enterprise.  So I think that's clear.

10            MR. RATINOFF:  Let me put up Tab 23.  And this

11   was attached as Exhibit K to the first set of RFAs,

12   John, so I just wanted to let you know.  So I'm only

13   going to ask a couple questions about this since it's

14   already been subject to RFAs and been authenticated.

15            (WHEREUPON, Exhibit 23 was marked for

16   identification.)

17   BY MR. RATINOFF:

18       Q.  So this starts with the Bates number

19   N4J-GFI_000078, and this is a printout from the Graph

20   Foundation website dated September 24, 2019.

21            Do you recognize this document?

22       A.  Yes.

23       Q.  Okay.  What is it?

24       A.  It's a blog post.

25       Q.  Did you author this blog post?

                                                            177

1    A.  Yes.

2    Q.  Why did you put this post up on Graph

3  Foundation's website?

4    A.  Because it's relevant to Graph Foundation.

5    Q.  Other than being relevant, was there a specific

6  reason why you drafted this post?

7    A.  Well, I mean, I think the post speaks for

8  itself.  It's informative, I think it's an informative

9  post so to inform people.

10    Q.  Okay.  I'm asking the reason why you did it,

11  not what it does to people.  So I'll ask it a different

12  way.

13        Why did you author this post and put it up on

14  Graph Foundation's website at this time, which is

15  January 31, 2019?

16    A.  To inform people of the changes that happened

17  and to let them know what was happening in the community

18  in response to it.

19    Q.  And when you came up with the name ONgDB, it

20  stood for not just Open Native Graph Database, but in

21  your mind did it also stand for open Neo4j graph

22  database?

23    A.  It stood for Open Native Graph DB, and then I

24  think there was an early version of this blog that

25  included some developer humor as a throwback to GNU and

178

1    the Free Software Foundation and its recursive name that

2    I think was cited as part of the original claim that I

3    guess was offensive to Neo, and so we decided, like,

4    that joke might have been in bad taste so we removed it.

5        Q.  Okay.  So in other words, it was just a joke

6    that you -- and you can look at the specific page.  It's

7    4 out of 8 and it's in the second paragraph at the end.

8        A.  Yeah.

9        Q.  It says:

10            "As a throwback to those early

11            days and our beginnings on GNU

12            (remember GNU's not Unix), we decided

13            on the name ONgDB."

14            That's -- do you see where I'm at?

15       A.  Yes, I see where you're at.

16       Q.  The last part of that says "but also ONgDB's

17   Neo4j Graph DB"?

18       A.  Correct.

19       Q.  So that was just a joke?

20       A.  Yes.  We apparently should have resisted the

21   double meaning because it was a bad joke in bad taste.

22           The thing that we cared about was -- it stands

23   for Open Native Graph DB.  That's what we always cared

24   about.  We felt like it needed to be open and it needed

25   to be native and it was a graph.

179

1    Q.  Did Graph Foundation change the way it was

2    referring to Neo4j based on those guidelines?

3         MR. PERNICK:  Objection; asked and answered.

4         THE WITNESS:  I don't think the guidelines

5    actually give us a way to talk about the open source

6    Neo4j graph database, do they?  I think it just says you

7    can't do that.  I don't think it -- I don't know.  Do

8    they actually give you a way to do that?

9         MR. RATINOFF:  You reviewed them so you can

10   tell me.  I can bring the exhibit back up.  We'll move

11   on.  If I have time I'll come back to that.

12        Let's go ahead and put this one up here.  This

13   should be Tab 31.

14        (WHEREUPON, Exhibit 24 was marked for

15        identification.)

16   BY MR. RATINOFF:

17   Q.  Let me know when you've got that.  Do you have

18   Tab 31 in front of you?

19   A.  Yes.

20   Q.  So this was printed out on June 10, 2020, from

21   Graph Foundation's GitHub.  You can see that down at the

22   footer there.  And right next to that is Bates number

23   N4J_018645.  Do you see that?

24   A.  Yes.

25   Q.  Do you have any reason to believe this isn't an

183

1    accurate printout from Graph Foundation's GitHub

2    repository?

3         A.  No reason.  It looks right.

4         Q.  All right.  Let's mark this as Exhibit 24.

5             And then looking at the second text box here,

6    it says "Brad Nussbaum commented February 13th."

7             Is that you?

8         A.  Yes.

9         Q.  So -- and that's your user name on GitHub?

10        A.  Yes.

11        Q.  Okay.  Moving down, it says -- you have an

12   entry here on April 13, 2020.  Do you see that?

13        A.  Yes.

14        Q.  It says:

15            "The Graph Foundation can only

16            change the license of source code

17            where it holds the copyright."

18        A.  Yes.

19        Q.  So you understand that only a licensor can

20   change the source code -- I'm sorry -- change the

21   license for its source code, correct?

22        A.  I understand that the Graph Foundation can only

23   change the license of the source code that it holds the

24   copyright to.

25            MR. RATINOFF:  Okay, I'm just trying to skip a

                                                          184

1    A.  Yes, I see that.

2    Q.  So what Graph Foundation means by that is it's

3  made fixes that it's aware of in the open -- strike

4  that.

5        Previously you testified that the fixes would

6  come from the community.  Is that also true with

7  Version 3.5.14?

8    A.  Yes.

9    Q.  And was ONgDB 3.5.14 a drop-in replacement for

10  Neo4j 3.5.14?

11    A.  I don't know -- I don't know.  It might -- it

12  might still be.  I'd have to go back and look at the

13  list.  Some of these we stopped noting -- if it was, we

14  noted it as such or the language on the site was as

15  such.

16    Q.  But there's no -- there's no way to know

17  whether the important improvements and fixes in 3.5.14

18  were made in Neo4j's 3.5.14, assuming there is a 3.5.14?

19    A.  Sorry.  No way to know what?

20        MR. PERNICK:  Can you restate that, Jeff.

21        MR. RATINOFF:  Thank you.  That was my --

22  strike that.

23  BY MR. RATINOFF:

24    Q.  What's the -- what's the last version of ONgDB



25  that Graph Foundation believes is a drop-in replacement

186

1    for a closed version of Neo4j?

2        A.  I mean, I think we changed it pretty early on

3    in the 3.5 cycle because after some period of time it

4    gets harder and harder to verify that just because the

5    source code can drift more and more.  So I have to go

6    back and look at what exact date we took that language

7    off of the site, but it's no longer on our current site

8    to describe ONgDB that way.  We changed it to be an

9    open source alternative, so yeah.

10       Q.  You can't pinpoint which version that occurred?

11       A.  I mean, it must have been some time

12   between -- I don't know.  I don't know when it was, when

13   that changed.  I could try to find out, but I don't

14   know.  I'm sure it was between 3.5.4 and 3.5.11.  I

15   think that those are -- yeah, 3.5.4 might have been the

16   last time that we referred to it that way.

17       Q.  But you're not sure?

18       A.  Actually, it's probably pretty close because

19   3.5.4 was October 2019.  Yeah, I don't think we were

20   referring to it all the way then, so by 3.5.11 we

21   weren't.  I think 3.5.4 was the last release I see on

22   here that probably had it.

23       Q.  So looking at the bottom of Tab 39, you see

24   there's a list of different versions of ONgDB.

25       A.  Yes.

187

1     Q.  So as of versions listed here starting

2  after -- I'm sorry, which version was it where you

3  believe -- 3.5.11?

4     A.  It would have been after 3.5.4, I think.

5     Q.  3.5.4.  So after 3.5.4, all these subsequent

6  versions that Graph Foundation no longer referred to

7  ONgDB as a drop-in replacement for the equivalent

8  version of Neo4j?

9     A.  So the statement about it being drop-in

10  replacement was on the main page describing it and we

11  would have taken that language down at a point in time,

12  and that point in time is probably when we felt like

13  it -- we no longer could, you know, maybe reliably

14  guarantee that it was a drop-in replacement.  So the

15  language did get dropped, and I think it's somewhere

16  around the time where we either felt it could no longer

17  be reliably described that way, yeah.

18     Q.  And that was sometime between 3.5.4 and 3.5.11?

19     A.  Well, yeah, yeah.

20     Q.  Yes, it was sometime between --

21     A.  Yeah.  Yes, sometime between that period, I

22  believe.

23     Q.  Why couldn't Graph Foundation continue to refer

24  to ONgDB as a drop-in replacement for Neo4j?

25     A.  I think for the same reasons we said that it

188

1    could be and that, you know, we think it can be a

2    drop-in replacement as long as the compatibility is

3    there and other systems can integrate with it on its

4    interfaces effectively.  I think at some point we become

5    less and less sure as time moves on and we don't see the

6    source code from Neo and there's possible drift, so

7    we -- early on we were able to do, you know, some degree

8    of testing, although we dropped it into existing 3.5.4

9    releases.

10        I don't think we -- we had a desire to do that

11   testing for every single release, and so I think for us,

12   later on, it just -- it felt like a harder thing to try

13   to guarantee, and what we wanted to focus on was telling

14   folks that this is going to be divergent and it's going

15   to be forking and not always have to guarantee that it's

16   going to be a drop-in replacement.

17        I mean, just to fast forward, like 4.0, we've

18   seen -- you know, there's so many changes that have

19   happened to core in 4.0 that the odds of ONgDB's 4.0

20   being a drop-in are just very small.  So I think early

21   on, in the early days, we used it because we could

22   demonstrate it and it was true, and as things move on we

23   dropped it because it's just too hard to demonstrate.

24        Q.  Well, I don't want you to guess when that was.

25   If you want, on a break, if it's okay with your counsel,

189

1    you're welcome to confirm what version that was at.

2            MR. RATINOFF:  But that being said, I'm going

3    to go ahead and drop in this next exhibit.  I believe

4    it's going to be Exhibit 26.  You should see Tab 41.

5            (WHEREUPON, Exhibit 26 was marked for

6        identification.)

7    BY MR. RATINOFF:

8        Q.  Do you see that?  It should have a Bates number

9    at the bottom, N4J_018732.  It's a printout dated

10   6/10/2020 from the Graph Foundation's website.

11           Do you see that?

12       A.  Yes.

13       Q.  And this is the page for ONgDB 3.6.0-RC1,

14   correct?

15       A.  Yeah.  This is the landing page for ONgDB,

16   yeah.

17       Q.  And so there is no Neo4j 3.6, correct?

18       A.  To our knowledge, correct.  Neo4j's never

19   released a 3.6 version.

20       Q.  So at this point, ONgDB 3.6.0, this is in your

21   mind a divergent fork of Neo4j?

22       A.  Most definitely.

23       Q.  And it wouldn't be accurate to describe it as a

24   drop-in replacement at this point?

25       A.  3.6 is definitely not a drop-in replacement.

                                                        190

1       Q.  And you wouldn't describe 4.0 as a drop-in

2   replacement either?

3       A.  I mean, because Neo4j has released a 4.0, it's

4   possible that it can be, but it's very unlikely.  I

5   don't know that we want to take the effort to prove it

6   so that we can say it is such.

7       Q.  Okay.  Do you know offhand which entities are

8   using ONgDB currently?

9           MR. PERNICK:  I'm going to object; vague.

10          Are you asking him whether he knows every

11  entity or what entities he knows?

12          MR. RATINOFF:  What entity.

13          MR. PERNICK:  So --

14  BY MR. RATINOFF:

15      Q.  Let me ask the question:  Which entities are

16  you aware of that are currently using ONgDB?

17      A.  I think we know that there are -- that the IRS

18  is using it.  I think what we sent in some emails, I

19  think Tufin is using it.  There's handfuls of

20  individuals.  I think, like, our one donor, Liquan I

21  think is his name, I think he's using it.  He donated.

22  I think I had a small conversation with him about it.

23  There's various people in the Slack channel that we have

24  that are using it.

25      Q.  Okay.  Actually, before we -- I'm going to show

                                                        191

1   and accurate printout from AtomRain's website?

2          MR. PERNICK:  So Mr. Nussbaum is not here to

3   testify on behalf of AtomRain.

4          MR. RATINOFF:  I understand.  I'm asking him

5   whether -- he's got his own personal knowledge since he

6   works for AtomRain, so to the extent he knows

7   personally, I think that's fairly imputed on Graph

8   Foundation.  I'm not going to be asking questions from

9   AtomRain's perspective.

10         MR. PERNICK:  Okay.

11         THE WITNESS:  Yes, this appears to be a

12   printout of AtomRain's site.

13   BY MR. RATINOFF:

14      Q.  And AtomRain, is that a company that utilizes

15   ONgDB?

16      A.  To the best of my knowledge, does work --

17   consulting work that involves Neo4j and ONgDB.

18      Q.  So I'm just going to run through these various

19   entities here.  I'll start with Sony pictures.  Do you

20   know if Sony pictures is using ONgDB?

21      A.  No.  And I doubt any of these -- most of these

22   companies are probably not.  A few of them might be.

23      Q.  Okay.  So which ones do you understand are

24   using ONgDB?

25      A.  I think Tufin and the IRS, yeah.

                                                      194

1    Q.  The Department of Defense?

2    A.  I don't think so, no.

3    Q.  No entities fall within the Department of

4    Defense?

5    A.  I'm sorry.  No what?

6    Q.  No entities or agencies fall within the

7    Department of Defense?

8    A.  No.

9    Q.  US Air Force using ONgDB to your knowledge?

10   A.  Not that I know of.

11   Q.  UBS, are they using ONgDB?

12   A.  No.

13   Q.  WiserCare, are they using ONgDB?

14   A.  Again, none of these except for Tufin and IRS

15   are the ones that I know are.  Oh, yeah, and Cyber GRX

16   is on this list.

17   Q.  Cyber GRX?

18   A.  Yeah.

19   Q.  Where is that?  Okay, I see.  They've got the

20   little logo in the middle there.

21        I think you had mentioned some other entities

22   that aren't on here.  Do you know who Next Century is?

23   A.  Next Century?

24   Q.  Yeah.

25   A.  Like, do I personally know who they are as a

                                                      195

1    company, or are you asking if I know that they're using

2    ONgDB?

3        Q.  Do you know -- well, I guess one follows the

4    other.  Do you know who at Next Century is, as a

5    company?

6        A.  The name sounds familiar.  I think there was an

7    email or something from them.  Are they a gov company or

8    something?

9        Q.  I don't know.  I'm just asking if you know who

10   they are.

11           Do you know if they're a user of ONgDB?

12       A.  I don't, no.

13       Q.  AdForm, do you know who AdForm is?

14       A.  I think I had one email with them, yes.  I

15   mean, I know they are a company.

16       Q.  Are they using ONgDB?

17       A.  I don't know.

18       Q.  How about Soft Strategy, do you know who

19   Soft Strategy is?

20       A.  Soft Strategy, the name sounds familiar.  I

21   don't know them deeply or anything.

22       Q.  Okay.  I've lost my chat apparently so I'm just

23   going to throw this up again.  And this was previously

24   marked as Exhibit -- unfortunately, I don't have the

25   exhibit number.  Tab 10 was previously marked as

                                                          196

1   Exhibit 9.  I just re-dropped it here for your

2   convenience.  And I'll direct your attention to page 17

3   out of 180.  Are you there?

4        A.  Yes.

5        Q.  It states toward the bottom of the page:

6                 "GFI has identified the

7             following entities or individuals

8             that may have downloaded ONgDB."

9             Do you see that?

10       A.  Yes.

11       Q.  So there's -- Next Century is listed there,

12  Soft Strategy, AdForm.  Do you see those three names?

13       A.  Yes.

14       Q.  Does that refresh your recollection as to

15  whether they're using ONgDB?

16       A.  So these are individuals that we -- that we've

17  shared emails with, so I mean, I think our assumption is

18  that they're using ONgDB still, but GFI doesn't track

19  that usage.  So at some point in time they've contacted

20  us or made it seem like they would use it.

21       Q.  Then you already mentioned Tufin, I believe you

22  testified, is using ONgDB and so is the US Department of

23  Treasury, correct?

24       A.  Yeah.  Yes.

25       Q.  Is there any other government agencies that

197

1   you're aware of that are using ONgDB?

2      A.  No.

3      MR. RATINOFF:  Okay.  Let me go ahead and jump

4  ahead here.  I'm going to go ahead and drop in another

5  exhibit.

6      (WHEREUPON, Exhibit 28 was marked for

7      identification.)

8  BY MR. RATINOFF:

9      Q.  Do you see this email?

10     A.  Yes.

11     Q.  It looks like it's an email to you.

12     A.  Yes.

13     Q.  It says "Hello Brad."  I'm going to skip to the

14  second sentence.  It says:

15        "I am currently leading the

16        Graph Database team responsible for

17        deploying an ONgDB-based solution

18        into production."

19      Do you see that?

20     A.  Yes.

21     Q.  Does that refresh your recollection as to

22  whether Next Century is using ONgDB?

23     A.  I mean, I guess that's what he said so I assume

24  that's correct.  I assume they are.

25     Q.  Have you had any further correspondence with

1     Q.  So you never had, like, a video conference or

2  telephone call after COVID hit?

3     A.  No.

4          MR. PERNICK:  Can you restate -- were you

5  asking just with respect to him or with anyone ever?

6          MR. RATINOFF:  Well, with AdForm.  I'll ask the

7  question to be clearer.

8  BY MR. RATINOFF:

9     Q.  After this email, you never had any telephone

10  calls or Zoom conferences with AdForm?

11     A.  No.  I don't remember -- this one I just

12  remember kind of dying somewhere around that time, but

13  there might have been, like, one or two more exchanges,

14  but I think it just kind of died at some point.

15          MR. RATINOFF:  Okay, I'm just going to drop

16  this next one in.  It's Tab 103.  Mark this as

17  Exhibit 30.

18          (WHEREUPON, Exhibit 30 was marked for

19          identification.)

20  BY MR. RATINOFF:

21     Q.  Do you recognize this as Exhibit 30?  Sir?  Are

22  you still reading the document?  Sorry.

23     A.  Yes.  Yep, I've got it.

24     Q.  Actually, if you hover your cursor over your

25  name at the top there, it should be a hyperlink.  If you

200

1    hover over there, it should say -- I'll just do a screen

2    share so we'll be on the literal same page.

3         A.  Yeah.

4         Q.  So you should be seeing the same email now.

5         A.  Yes.

6         Q.  And if I hover over your name there, it says

7    mailto:brad@graphgrid.com.

8         A.  Yes.

9         Q.  Do you see that?

10        A.  Yes.

11        Q.  Below your email address is

12   brad@graphfoundation.org.  Do you see that?

13        A.  Yes.

14        Q.  Do you use your GraphGrid email sometimes to

15   communicate about Graph Foundation business?

16        A.  No.

17        Q.  So why is there a graphfoundation.org address

18   on that prior email and you've got your response from

19   brad@graphgrid?

20        A.  Because I think we answered all the questions

21   they had that were about open source and they wanted

22   help with a five-day boot camp, I think.  They wanted

23   some kind of services and the foundation doesn't offer

24   any services.

25        Q.  So that would be GraphGrid that offers that

                                                      201

1    services?

2        A.  Yeah, GraphGrid does offer services like that

3    so it was a redirect.

4        Q.  You didn't forward this email to your GraphGrid

5    account, though, right?

6        A.  I believe it was, yeah.

7        Q.  Oh, okay.  Does it say forward?

8        A.  It was included or sent in there.  I don't -- I

9    don't know.

10       Q.  Did this training ever happen, this boot camp?

11       A.  No.  No, it didn't.

12       MR. RATINOFF:  Okay.  Let me go ahead and mark

13   the next exhibit.  This is Tab 48 which I'll mark as

14   Exhibit 31.  So my screen share should stop.  You should

15   be able to download this new document.

16       (WHEREUPON, Exhibit 31 was marked for

17       identification.)

18   BY MR. RATINOFF:

19       Q.  Can you see this document?  It should be an

20   email that's from Benjamin Nussbaum to John Mark Suhy

21   and cc'd to Bradley Nussbaum.  Do you see that?

22       A.  Yes.

23       Q.  And again, these are your AtomRain email

24   addresses.  Is there any reason to believe you didn't

25   receive this email in your AtomRain email account?

                                                          202

1    Q.  Did AtomRain -- did you at AtomRain ever hand

2    off potential users to Graph Foundation?

3           MR. PERNICK:  Objection; vague.

4           THE WITNESS:  What do you mean by hand off

5    potential users?

6    BY MR. RATINOFF:

7    Q.  Well, I'll use the words -- I'm using the words

8    in the email that was sent to you which you said you

9    received.

10          So what did you understand "To continue the

11   conversation, do you want to hand off to someone at the

12   foundation," what did you understand that to mean?

13          MR. PERNICK:  Objection; vague; calls for

14   speculation.

15          THE WITNESS:  I think at times we tried to

16   figure out whether or not -- because, obviously, all of

17   us are wearing a lot of hats, so I think if a

18   conversation was better to be handled by somebody from

19   the foundation, I think that's -- that's all that was

20   intended was to say should somebody from the foundation

21   be contacting them about discussing the open source

22   project.

23          MR. RATINOFF:  Okay.  I'm going to drop another

24   document in here.  This is Tab 50, and I'm going to mark

25   this as Exhibit 32.

                                                    204

1          (WHEREUPON, Exhibit 32 was marked for

2       identification.)

3   BY MR. RATINOFF:

4       Q.  Do you have this open?  This is an email that

5   was produced by your attorney.  It's dated February 19,

6   2019, and the beginning Bates number GFI000071.

7          Do you recognize this email?

8       A.  Yes.

9       Q.  I'm hovering over your email address.  It looks

10  to be from your Graph Foundation email account; is that

11  correct?

12      A.  Yes.

13      Q.  You can scroll down.  This is a pretty lengthy

14  email chain so kind of takes off from where the other

15  one ended.  So I'm going to have you scroll down to your

16  email that you sent on February 19, 2019, at 9:07.

17          Do you see that?

18      A.  Okay.

19      Q.  It says:

20          "Our intent is to move ONgDB

21          forward in a fully open source

22          manner governed by The Graph

23          Foundation (nonprofit)."

24          Do you see that?

25      A.  Yes.

205

```
 1        Q.  Has Graph Foundation applied for a copyright

 2   for any source code that's in ONgDB?

 3        A.  Have we applied for a copyright?  What do you

 4   mean by that?

 5        Q.  Literally filing a copyright application for

 6   source code for ONgDB.

 7        A.  Oh, no, we have not filed a copyright

 8   application.  I'm not sure if we would need to file

 9   that.

10        Q.  Moving up to the next email -- this would be

11   from Shahak Nagiel -- I hope I said his name

12   correctly -- February 19, 2019, at 10:46.

13            Do you see that?

14        A.  Yes.

15        Q.  He says:

16            "Nice to meet you as well.

17            Could you please elaborate on this

18            sentence:  'And when Neo4j realized

19            that the additional Commons Clause

20            didn't prevent usage of enterprise

21            features, it made the ultimate

22            decision to remove all enterprise

23            modules.'"

24            Do you see that?

25        A.  Yes.
```

207

1      Q.  And what did you understand that to mean?

2      A.  I think that's a quote that's taken from my

3   blog post, but I'm not sure.  I'm not sure where that's

4   from, actually, but -- actually, I'm not sure where that

5   came from.

6          I think -- I think it means that at some point

7   I believe that Neo4j realized that a developer had just

8   put in the Commons Clause and didn't really understand

9   licensing and they were still hoping to appear

10  open source and deceive the community, because I think

11  open source has gained them a lot, but then at some

12  point they kind of realized that, you know, they

13  couldn't pretend to be under AGPL any more and still

14  secretively, like, try to tack on the Commons and

15  somehow be closed.  So this is just a simplified way of

16  saying that they realized it didn't work and so they

17  close-sourced it.

18     Q.  You're just speculating why Neo4j went close

19  core, correct?

20     A.  Not why they went close core, but I would say

21  speculating -- yeah, yeah, I would say speculating.

22  That was our belief that they realized it must not have

23  worked.

24     Q.  So you have no personal knowledge as to why

25  Neo4j added the Commons Clause?

208

1          A.   No.

2          Q.   You have no personal knowledge as to why Neo4j

3     went open core with its community and closed on

4     enterprise?

5          A.   No, not more than what they said publicly.

6     Yeah, we speculated that it was because of that.

7          Q.   So then the last would be the top, the last

8     email in the string says:

9                    "The Free Software Foundation,

10               which owns the rights to AGPLv3

11               license and its use, reviewed the

12               Commons Clause that had been added

13               and determined that it was not valid.

14               AGPLv3 has clauses preventing

15               additional clauses from being added

16               and still licensing under the AGPLv3

17               license."

18               Do you see that?

19          A.   Yes.

20          Q.   The Free Software Foundation didn't actually

21     determine that the Commons Clause was improperly added,

22     correct?

23          A.   No, I think they determined that.

24          Q.   They didn't give a legal opinion.  That was

25     your prior testimony.

                                                          209

1    A.  Correct.  I don't think I told him that they

2    gave a legal opinion, did I?

3    Q.  You're just extrapolating?

4    A.  Yeah, correct.  I think I'm surmising the

5    response that was given to us.

6    Q.  They never expressly stated that the

7    Commons Clause not to be valid, correct?

8    A.  They never expressed a legal opinion.

9    Q.  Is there an email anywhere where the Free

10   Software Foundation made a determination that the

11   Commons Clause added to the Neo4j AGPL was invalid?

12       MR. PERNICK:  Objection; asked and answered.

13       THE WITNESS:  Yeah, I think I answered.  I

14   think what they responded stands on its own.

15       MR. RATINOFF:  Can you please read back the

16   question.  I'm entitled to an answer.  It's actually a

17   different question because he's using the word valid.

18   I'm just using the language.

19       (Record Read.)

20       MR. PERNICK:  Objection; asked and answered and

21   vague.

22       THE WITNESS:  Yeah, I mean, this is obviously a

23   way of giving a summary that's maybe more plain

24   language.  So the Free Software Foundation did not use

25   those exact words, but the answer they did give us

                                                          210

1    might have something in another one that he forwarded,

2    I'm not sure.  It may have been something that I just

3    heard over the phone too.  I heard of a discussion that

4    happened.

5           So of my present knowledge, I'm aware of a

6    discussion that happened within the IRS and that they

7    went through a process and they ultimately determined

8    that they could use ONgDB.

9        Q.  How did you learn that?

10       A.  I think, like I said, it was either through a

11   series of calls and/or there may have been an email

12   forwarded to some account.  I personally learned about

13   it in some way.

14       Q.  How did you personally learn it?  Was it from

15   John Mark?

16       A.  I believe he was one of the individuals that

17   was involved in the discussions.  I don't know if it was

18   him that actually forwarded things out or I was talking

19   with on calls.  I'm not sure.  Maybe I learned of it

20   secondhand through Ben, but I became aware of it.

21          MR. RATINOFF:  So then I'm going to go ahead

22   and drop down Tab 53, and this will be Exhibit 34.

23          (WHEREUPON, Exhibit 34 was marked for

24       identification.)

25   BY MR. RATINOFF:



218

1      Q.  I'll just represent this was produced by your

2   counsel.  And it's cut off the rest of the trailing

3   email here, but if you look at the -- if you look at the

4   date and timestamp in the words there, do you agree it

5   matches up to the prior Exhibit 33?  That would be

6   Tab 51 in your chat.

7      A.  Yeah, this looks like my response to him.  Yes.

8      Q.  You have no reason to believe it's not your

9   response to the prior email asking for an additional

10  opinion?

11     A.  No.

12     Q.  And here you state:

13             "ONgDB is currently in use

14          at US Treasury (IRS).  Their legal

15          counsel conducted a thorough

16          evaluation of the licensing

17          situation and arrived at the

18          conclusion that Graph Foundation

19          distributions of ONgDB could be used

20          without needing a Neo4j Inc. license."

21          Do you see that?

22     A.  Yes.

23     Q.  So you just said at this time you didn't have

24  any personal knowledge of that opinion, correct?

25     A.  No.  I think I said I did, I heard of it.

                                                      219

1    Q.  Right, but you never heard directly from the

2    IRS that -- about their conclusion that Graph Foundation

3    distributions of ONgDB could be used without needing a

4    Neo4j Inc. license, correct?

5    A.  I -- no.  I mean, I heard the general

6    conclusion that I stated right in here.  This is the

7    conclusion that I heard.

8    Q.  But you didn't hear that from the IRS?

9    A.  Sorry.  What are you getting at?  I mean, I

10   heard it through individuals that were in the

11   conversations.

12       So what are you trying to say, that that's not

13   good enough or --

14   Q.  I'm just asking a question.  I don't need to

15   explain what the purpose of my question is.

16   A.  Okay.

17   Q.  Let me ask you the question again.

18   A.  Okay.

19   Q.  Did you directly receive a communication from

20   the IRS expressing that the IRS could use ONgDB without

21   needing a license from Neo4j?

22   A.  I personally do not recall receiving a direct

23   communication from my Graph Foundation email from the

24   IRS.

25   Q.  Okay.  I'm not asking about your Graph

220

1    answer without it being couched in a different way.  I

2    mean my question is being misstated.  I didn't say

3    direct communication, I didn't say email.  I said simply

4    personally communicated with.  That can mean email,

5    telephone or whatever.

6            MR. PERNICK:  We understand the question.  Did

7    he have a communication from an IRS person with this

8    information, whether in an email, a cc of an email,

9    anything.  The answer right now is he doesn't recall.

10           MR. RATINOFF:  Well, I want to hear his answer.

11   I would like to have the question read back and then

12   I'll get his answer, now that you've completely coached

13   him.

14           (Record Read.)

15           THE WITNESS:  Based on what I recall, no, I did

16   not directly communicate with them.  I believe it came

17   through a forward from or a conversation through some

18   other person that was directly there.

19           MR. RATINOFF:  Okay, I'm going to put up the

20   next exhibit.  This is Tab 54 which would be Exhibit 35.

21           (WHEREUPON, Exhibit 35 was marked for

22       identification.)

23   BY MR. RATINOFF:

24       Q.  Do you see this email?  It should end with the

25   email at the top February 19, 2019, 11:57:33 a.m.

                                                          226

 1          Do you see that?

 2      A.  It's coming up.  Okay.

 3      Q.  So let's go ahead and go down to the second

 4  email in this chain.  It's on February 19, 2019, at

 5  15:04.  Do you see that?

 6      A.  Okay.

 7      Q.  Is it fair to say that this is the direct

 8  response to the last email we were discussing,

 9  Exhibit 33 -- I'm sorry -- Exhibit 34?  Yes?

10      A.  Yes.

11      Q.  And Shahak says:

12          "Aha, any chance I could get

13          a copy of that?"

14          Do you see that?

15      A.  Yes.

16      Q.  Your response is:

17          "It was an internal review so

18          there isn't a document that can be

19          distributed."

20          Do you see that?

21      A.  Yes.

22      Q.  And then is that statement it was an internal

23  review based on your knowledge gained through someone

24  else other than the IRS?

25      A.  More than likely yes.  As per what we just said

                                                        227

1    before, I think yeah.

2        Q.  You said there might be an email, and now that

3    you're saying in this email, Exhibit 35, it was an

4    internal review so there isn't a document that can be

5    distributed.  So you never received an actual written

6    evaluation from the IRS, either directly or indirectly,

7    about whether they could use ONgDB without any Neo4j

8    license, correct?

9        A.  This statement simply means that the decision

10   that the IRS made, they determined -- they did so

11   internally and those conversations are not intended for

12   public distribution or just generally to be re-sent.

13       Q.  And you weren't privy to those conversations

14   with the IRS, correct?

15       A.  What do you mean by I was privy to them?  I

16   think we've established that I did know these

17   conversations were happening and I understood the

18   outcome.

19       Q.  Right.  My question is you didn't participate

20   personally in the internal IRS discussions regarding

21   evaluating whether ONgDB could be used without a Neo4j

22   license, correct?

23       A.  Correct.  I did not participate in the

24   discussions.

25       Q.  Okay.  Thank you.

                                                      228

1          MR. RATINOFF:  Let me go ahead and drop the

2    next Tab 44.

3          (WHEREUPON, Exhibit 36 was marked for

4      identification.)

5    BY MR. RATINOFF:

6      Q.  Do you see Tab 44?  We'll mark this as

7    Exhibit 36.

8      A.  Before we move on, just for the record, when

9    you say participate, I want to make sure that it's very

10   clear that you meant, like, actively participating in

11   the discussion, not participating in the extent we were

12   just discussing about receiving information that we

13   still need to confirm.

14     Q.  Okay, I'm going to strike that.  There's no

15   question pending so the record will say what the record

16   says.

17         THE WITNESS:  John, can you make a note that to

18   maybe go back and look at that.

19         MR. PERNICK:  Brad, if we need to clarify a

20   question, I can address it or we can address it in

21   review.

22   BY MR. RATINOFF:

23     Q.  So you should be looking at a printout from

24   community.neo4j.com.  Do you see what's in front of you?

25   The first Bates number page would be N4J-GFI_00008.

1          Do you see that?

2     A.  I'm sorry.  Where are we at?

3     Q.  It should be Tab 44 in the chat.

4     A.  Yes, I have that open.

5     Q.  Do you recognize this document?

6     A.  Not immediately.

7     Q.  Take a second to review it and let me know when

8  you're finished.

9     A.  Okay.  Yeah, all right.

10    Q.  You're done looking at it?

11    A.  Yes.

12    Q.  Do you recognize Exhibit 36?

13    A.  Yes.

14    Q.  What is Exhibit 36?

15    A.  I think this is a conversation that is taken

16  from the Neo4j online community site.

17    Q.  And how did you come to learn of this?

18    A.  I think this was shared in the case at some

19  point.

20         MR. RATINOFF:  And let me go ahead and mark the

21  next exhibit.  It should be Tab 45 coming up on your

22  chat.

23         (WHEREUPON, Exhibit 37 was marked for

24      identification.)

25  BY MR. RATINOFF:

                                                        230

1    Q.  And then I'll mark this as Exhibit 37.  This

2  was produced by iGov, and it's got the Bates number

3  IGOV0001570054.  And I'll direct you to the top cc line.

4  It says Brad Nussbaum and it's brad@atomrain.com.

5        Do you see that email?

6    A.  Yes.

7    Q.  Do you have any reason to believe you didn't

8  receive this email in your AtomRain account?

9    A.  No.

10    Q.  And if you go ahead and look down at the web

11  address in the bottom email, do you see that?

12    A.  Yes.

13    Q.  And so this -- let's go back to Exhibit -- the

14  prior exhibit here, the Neo4j Desktop versus Neo4j

15  Server.  Do you see that?

16        Would you agree, other than the last portion of

17  the web address in the prior exhibit, it's the same

18  address, web address?

19    A.  It appears to be the same.

20    Q.  If you're not comfortable, feel free to click

21  on it.

22    A.  Yes, it looks the same.

23    Q.  So you said it was produced in the case, but do

24  you believe now that you received this -- reviewed this

25  posting on Neo4j's community site via this email?

231

1    A.  I received this email.  This would have come

2    into my account.  I see Ben responded to it.  I'm not

3    sure if this is one I missed.  I probably saw it.  I

4    don't know, is this something I responded to?

5    Q.  Going back to the Neo4j Desktop versus Neo4j

6    Server, the prior exhibit, do you see where it says "Do

7    the terms of use for 'Neo4j Desktop' apply to the ONgDB

8    server which I downloaded under AGPLv3 license"?  Do you

9    see that?

10   A.  Yes.

11   Q.  What -- what do you understand that to mean?

12   A.  I think they're asking whether they can use the

13   Neo4j desktop tool, which is a tool, as I understand it.

14   I think they're trying to figure out if they can use

15   that with ONgDB.

16   Q.  Is there an ONgDB server?

17   A.  ONgDB is a server application.

18   Q.  So there's not -- I'm sorry.  Go ahead.

19   A.  Just like Neo4j is a server.

20   Q.  It's not a stand-alone ONgDB server that

21   someone or anyone can use, you actually have to create

22   your own using the software?

23   A.  No, there's a stand-alone server.  That's what

24   we distribute.  That's the same as the Neo4j server.

25   They're both server technologies.

232

1      Q.  As of November 16, 2018, did Graph Foundation

2  have an ONgDB desktop application?

3      A.  No, Graph Foundation does not have a Neo4j -- a

4  desktop application.

5      Q.  Has Graph Foundation ever tested to see whether

6  the Neo4j desktop application would work with ONgDB?

7      A.  I don't think I have ever tested that, no.

8      Q.  When you say I, you mean Graph Foundation?

9      A.  Yeah, Graph Foundation has not tested that.

10  No, that's not something we support currently.

11          MR. RATINOFF:  Okay.  Let me go ahead and put

12  the next exhibit up.  It should be Exhibit 38.  Tab 58

13  is Exhibit 38.

14          (WHEREUPON, Exhibit 38 was marked for

15      identification.)

16  BY MR. RATINOFF:

17      Q.  Let me know when you've had a chance to review

18  Exhibit 38.

19      A.  I've got it.

20      Q.  Do you recognize this printout?

21      A.  Yes.

22      Q.  Is this a tweet that was put out by the Graph

23  Foundation on March 17, 2019?

24      A.  Yes.

25      Q.  Okay.  Looking at the tweet here, there's -- it

                                                      233

1    says #ONgDB, then in parens it's #FOSS.  What does FOSS

2    stand for?

3         A.  Free open source software.

4         Q.  Then there's a #Neo4j Enterprise.

5         A.  Yes.

6         Q.  So are you using that hashtag to refer to the

7    Neo4j's Enterprise Edition?

8              MR. PERNICK:  Objection; vague.

9              THE WITNESS:  I'm sorry.  What?  I think we're

10   including hashtags again because there's topics ONgDB

11   free open source software and Neo4j in this tweet.

12   BY MR. RATINOFF:

13        Q.  So you're referring to ONgDB Version 3.5.3 in

14   this tweet?

15        A.  ONgDB 3.5.3.  Yeah, it's a support release.

16        Q.  And you're not referring to Neo4j Enterprise

17   3.5.3?

18        A.  Correct.

19        Q.  Why did you use a hashtag in the middle of

20   ONgDB 3.5.3?

21             MR. PERNICK:  I'm sorry.  Can you repeat that.

22             THE WITNESS:  What do you mean in the middle

23   of --

24   BY MR. RATINOFF:

25        Q.  You've got ONgDB -- let me ask the question

                                                            234

1   again.

2       So you see it says ONgDB and there's the parens

3   with Neo4j hashtag and then after the close parens it's

4   3.5.3.  Do you see that?

5       A.  Uh-huh.

6       Q.  Why are you referring to Neo4j Enterprise in

7   the middle of ONgDB 3.5.3?

8       A.  To help give people that don't know what ONgDB

9   is an opportunity to learn about it and learn more, to

10  get a quick idea of what it is.

11      Q.  So you're using the Neo4j hashtag to draw

12  attention to ONgDB 3.5.3?

13      MR. PERNICK:  Objection; vague; misstates

14  testimony.

15      THE WITNESS:  I think what I said is that it's

16  a topic that Neo4j users may be interested in to see

17  that there are -- there are releases coming out

18  consistently of ONgDB.  That's how users know that

19  software is being maintained.

20      MR. RATINOFF:  That wasn't my question.  I'll

21  ask it again.  Actually, why don't you go ahead and read

22  it back, please.

23      (Record Read.)

24      MR. PERNICK:  Objection; misstates testimony.

25      THE WITNESS:  I don't think that's a question.

235

BY MR. RATINOFF:

Q.  Well, actually, it is, and I'll just ask it
again.

So are you using Neo4j -- the Neo4j hashtag to
draw users to ONgDB 3.5.3?

A.  I think the answer I've given applies.  We're
using the Neo4j hashtag to inform users about ONgDB,
Neo4j users that may be interested in understanding that
there's a free open-source version that's being
maintained and released.  That's something generally
that people in the open source community want to know.

Q.  Could you have referred to Neo4j Enterprise
without the hashtag?

A.  Is it possible to write a tweet without a
hashtag, yes.

Q.  That's not my question.

Would it have been sufficient to put this tweet
out with using Neo4j Enterprise without the hashtag?

MR. PERNICK:  Objection; vague.

THE WITNESS:  The Neo4j hashtag is a hashtag
that has been used for many years for people in the
Neo4j community and around the project to see important
things around the project.

BY MR. RATINOFF:

Q.  You're not directing people to Neo4j, you're

1   directing people to ONgDB with the Neo4j hashtag,

2   correct?

3        A.  The Neo4j hashtag is a topic.  Neo4j is a topic

4   in this case, so we're directing people that are

5   interested in that topic to ONgDB and the support

6   release.

7        Q.  I'm sorry.  Go ahead.

8        A.  No, that was it.

9        Q.  You understand Neo4j is a trademark of Neo4j

10  Inc., correct?

11       A.  I think we've established that I understand now

12  that Neo4j is a trademark, yes.

13       Q.  I think we established you knew that before the

14  lawsuit, too, so let me ask that again.

15            You understood at this time of this tweet that

16  Neo4j was a trademark owned by Neo4j Inc., correct?

17       A.  Yes.  Yes, Neo4j is a trademark, yes, of Neo4j

18  Inc.

19       Q.  And you knew that at the time you made this

20  tweet on March 17, 2019, correct?

21       A.  Yes.

22       Q.  And I know you keep changing my question.  What

23  do you mean it's a topic of discussion?  Neo4j hashtag

24  is a topic of discussion, what do you mean by that?

25       A.  Do you see on the left how it says # Explore?

237

1    On Twitter's site, you use hashtags to explore topics of
2    interest.  You hashtag something when you want to be
3    able to find topics of interest.  So Neo4j for a long
4    time has been understood by the community as a topic on
5    Twitter.  People talk about what they're doing in the
6    community by hashtagging Neo4j in their tweets.
7         Q.  In order for someone to search this topic,
8    would they tag just Neo4j in the search Twitter window
9    right here?  I'm looking right above where you're
10   referring to.
11        A.  There are a lot of ways that people can search
12   Twitter and find information.  Tagging is one way that
13   you can help surface information that's relevant to the
14   right people, as I understand it.
15        Q.  So would I have to type in #Neo4j to search
16   Twitter to come up with this tweet?
17        A.  You could just be looking at all -- a lot of
18   the tweets that are under that hashtag.  I don't know
19   all the ways that Twitter surfaces what you do when
20   you -- you know, you put a hashtag in something, but it
21   uses it to help direct people to relevant information.
22        Q.  So if I click on the Neo4j hashtag, is it your
23   understanding that would just bring up all the tweets
24   that have Neo4j hashtag in it?
25        A.  I think that's roughly how that works.  It

238

1    might be filtered based on preferences and stuff.  I

2    don't think it's the exact, like, time list or anything.

3         Q.  So if you use Neo4j without the hashtag and

4    someone in another tweet clicked on #Neo4j, it wouldn't

5    necessarily pull up this tweet, right?

6         A.  Without doing a hashtag, it would just be a

7    text field.

8         Q.  Is there anything in this tweet that

9    differentiates ONgDB from -- I'm sorry, strike that.

10         Is there anything in this tweet that

11    differentiates ONgDB 3.5.3 from Neo4j Enterprise?

12         MR. PERNICK:  Object.  The document speaks for

13    itself.

14         THE WITNESS:  What we've linked here says it's

15    open source.  I think it's free open source.  I think,

16    you know, it's different and it says ONgDB so it looks

17    to me like it's different.  It's talking about ONgDB

18    3.5.3.

19    BY MR. RATINOFF:

20         Q.  That's in the link, but in the top here there's

21    nothing that suggests Neo4j Enterprise is a separate

22    product from ONgDB 3.5.3, right?

23         MR. PERNICK:  Objection; misstates the

24    document.  The document speaks for itself.

25         MR. RATINOFF:  He can speak to what the

239

1    document means to him.

2           THE WITNESS:  To me, I read the document and it

3    says ONgDB 3.5.3, so I think it's talking about ONgDB

4    3.5.3, and then in parentheses saying this is free

5    open source Neo4j Enterprise.  So if you look at other

6    tweets and if you look at the site, you can get an idea

7    more about what's there.  Not every tweet is meant to be

8    self-encompassing in every way.  If you look at the

9    Graph Foundation Twitter feed in context, you'll see

10   other tweets about changes that have been happening, so

11   this naturally rolls out in that story.

12          MR. RATINOFF:  Let me go ahead and mark -- the

13   next exhibit will be Exhibit 39.  It will be Tab 60.

14          (WHEREUPON, Exhibit 39 was marked for

15      identification.)

16   BY MR. RATINOFF:

17      Q.  Do you have that?  Do you have Tab 60 which

18   is -- I'm going to mark as Exhibit 39 in front of you?

19      A.  Okay, I see it.

20      Q.  So this is a printout from Twitter, a tweet

21   from the Graph Foundation dated May 10, 2019.  Do you

22   have any reason to believe this wasn't sent out at that

23   point?

24      A.  No.

25      Q.  And again, this looks like a very similar tweet

                                                          240

1    to the one we just looked at in Exhibit 38.  It seems to

2    be referencing just a different version of ONgDB.

3            Is that fair?

4        A.  Yes.

5        Q.  And so again, you're using a Neo4j hashtag in

6    between words -- or ONgDB and 3.5.4, correct?

7        A.  Yes.

8        Q.  And why are you using a Neo4j hashtag in this

9    tweet?

10       A.  I think this -- so this is just a template for

11   how we send out our releases.  Again, support releases

12   are something that shows activity on a project, so this

13   is consistently drawing everybody and bringing awareness

14   that the project is being maintained and developed.

15       Q.  Is it fair to say, though, you could have drawn

16   attention to ONgDB without #Neo4j?

17       A.  I think the three things that we decided we

18   wanted to try to raise awareness in was ONgDB as our

19   main tag, free open source software as a tag that people

20   look at when they're just looking for FOSS, because it's

21   a thing, and then to everybody in the Neo4j community,

22   so those three things are things that we felt, you know,

23   for people on Twitter we wanted to try to raise

24   awareness to the maintenance of the project and that it

25   existed and that it was being developed.

241

Q.  So you believe that ONgDB wasn't really readily identifiable at this point as a standalone product?

A.  I mean, ONgDB has -- you know, like anything, it was -- it's newly created and so you -- you know, you have to let people know that it exists, just like -- just like anything so people that are in the community that -- there's a lot of people in the community that didn't -- that may to this day still don't know that they have options and they have choice.  You know, it's a sad thing that Neo has never told anybody they have a choice, so we do what we can to try to tell people they have choice and freedom.

Q.  Although -- strike that.

Let me ask this question:  So by using a Neo4j hashtag, you were hoping to draw more attention to the ONgDB; is that correct?

MR. PERNICK:  Objection; vague.

THE WITNESS:  I think you've asked that before.

BY MR. RATINOFF:

Q.  Different document.

A.  I think the answer is the same.

Q.  Okay.  Well, let me ask the question again because this is a new document.

So it's Exhibit 39.  You're using the Neo4j hashtag to draw more attention to ONgDB's new release,

242

1    correct?

2         A.  I think I've given a description of why we use

3    hashtags.  We use hashtags so that people that are

4    looking at that hashtag that are interested in Neo4j can

5    also learn about ONgDB and the support releases that

6    we're making so that they can see an actively maintained

7    project.

8         MR. RATINOFF:  Can you read my question back

9    because I don't think that was an answer.

10         (Record Read.)

11         MR. PERNICK:  I believe he's answered the

12    question, Jeff.

13         MR. RATINOFF:  I'll ask a new question.

14    BY MR. RATINOFF:

15         Q.  So using -- by using the #Neo4j, Graph

16    Foundation's would make it more likely that this tweet

17    would come up under a search for Neo4j, correct?

18         A.  Based on my understanding of Twitter, somebody

19    that is looking for Neo4j directly or has interest in

20    Neo4j through related things would be able to become

21    aware of this tweet by hashtagging it.

22         Q.  Thank you.

23         MR. RATINOFF:  The next is Exhibit 61.  Tab 61.

24    I apologize.  And this will be marked as Exhibit 40.

25    ///

                                                              243

1          (WHEREUPON, Exhibit 40 was marked for

2      identification.)

3  BY MR. RATINOFF:

4      Q.  Let me know when you've had a chance to review

5  it.

6      A.  Okay, I have it.

7      Q.  Do you recognize this document?

8      A.  Yes.

9      Q.  What is it?

10     A.  It's a tweet from the Graph Foundation.

11     Q.  Do you have any reason to believe this isn't an

12  accurate printout of Graph Foundation tweet from

13  October 9, 2019?

14     A.  No.

15     Q.  So looking at this tweet, is it fair to say

16  it's different than the last two we looked at?

17     A.  Yes.

18     Q.  And is it fair to say in the body of the tweet,

19  this one uses the Neo4j hashtag in a different way?

20     A.  Yes.

21     Q.  And how is it different?

22     A.  I mean, hashtags are often used in sentences,

23  so it's used in a different part of a sentence than the

24  previous one.

25     Q.  You're not using the Neo4j hashtag format in

244

1    ONgDB in 3.5.11, correct?

2        A.  Correct, we did not use this exact same format

3    as the previous ones.

4        Q.  And then below you're saying "What is ONgDB?"

5    Do you see that?

6        A.  Yes.

7        Q.  "Open Native Graph DB is an open source fork of

8    Neo4j," right?

9        A.  Yes.

10       Q.  And that's the main difference in the use of

11   the hashtag?

12       A.  Yeah.  It's a completely different tweet.

13           MR. RATINOFF:  Okay.  I'm going to mark the

14   next exhibit.  This is Tab 62.  You should get this in

15   your chat here momentarily.  This will be Exhibit 41.

16           (WHEREUPON, Exhibit 41 was marked for

17       identification.)

18           MR. RATINOFF:  Let me know when you've had a

19   chance to download it.

20           THE WITNESS:  I have it.

21   BY MR. RATINOFF:

22       Q.  This is a printout of a tweet dated

23   November 27, 2019, on the Graph Foundation Twitter

24   account.  Is that a fair description?

25       A.  Yes.

245

1    Q.  Do you have any reason to believe this tweet

2    wasn't sent out by the Graph Foundation on November 27,

3    2019?

4    A.  No.

5    Q.  And is it fair to say this tweet reverted back

6    to the prior format in Exhibits 38 and 39?

7    A.  This appears to be a condensed format that we

8    use.

9    Q.  So again, you're using Neo4j hashtag -- I'm

10   sorry -- #Neo4j in the middle of ONgDB 3.5.12?

11   A.  In this template, yes.

12   Q.  There's no reference to Neo4j -- I'm sorry,

13   strike that.

14        And there's no reference in the top of this

15   tweet stating that ONgDB is a fork in the Neo4j

16   Enterprise, correct?

17        MR. PERNICK:  Objection; misstates the

18   document.  The document speaks for itself.

19        THE WITNESS:  This tweet has what it has.

20   BY MR. RATINOFF:

21   Q.  Okay.  So it's got the Neo4j hashtag next to

22   the word Enterprise and it's right in the middle of

23   #ONgDB 3.5.12, correct?

24   A.  The hashtag is in, yes, in parentheses in

25   between, sure, yes.

246

1    Q.  Again, you're using the hashtag here to allow

2    people to search for Neo4j hashtag to find this tweet,

3    correct?

4    A.  I think it's the same as the other -- it's the

5    same answer as the other ones.  This is essentially the

6    same document.  I don't know what we answered the other

7    ones.  This is no different than the other two.  These

8    are all the same template.

9    Q.  Understood.  So you're using in this particular

10   tweet the #Neo4j to bring people's attention to ONgDB

11   3.5.12?

12   A.  Yes, we are using -- we are using this tweet to

13   bring awareness to the latest release that -- the

14   support release that came out and including the tags

15   that we have in our condensed version on topics that we

16   want people that are interested to be able to see.

17          MR. RATINOFF:  I'm going to mark Exhibit 63

18   [sic].  I'm sorry, it's getting late.  I know it's later

19   there for you so thanks for hanging with us.

20          (WHEREUPON, Exhibit 42 was marked for

21       identification.)

22   BY MR. RATINOFF:

23   Q.  And I'll mark this as Exhibit 42.  This is a

24   printout of a tweet from the Graph Foundation account

25   dated January 18, 2020.



247

1          Do you have any reason to believe this isn't a

2     correct copy of the tweet that was issued by the Graph

3     Foundation on this date?

4          A.  No.

5          MR. RATINOFF:  I'm sorry.  Denise, did you get

6     that?

7          THE REPORTER:  I did.

8     BY MR. RATINOFF:

9          Q.  And this is again following the same format as

10    the prior Exhibit 41 that we just discussed, correct?

11         A.  Yes.

12         Q.  And again, the #Neo4j has been inserted between

13    ONgDB and 3.5.14?

14         A.  Yes.

15         Q.  And the reason why you're using the hashtag

16    Neo4j is to get those who are interested in Neo4j to

17    find ONgDB?

18         A.  I'm sorry.  Can you repeat this?  What was it?

19         MR. RATINOFF:  Can you read the question back,

20    please.

21          (Record Read.)

22         THE WITNESS:  I don't know if that's exactly

23    how I said it, but I mean, that's -- that's roughly

24    right.  We want to enable -- we want to make aware -- we

25    want to enable Neo4j users to become aware that there is

                                                        248

 1   another option that's open source and that is
 2   maintained.
 3            MR. PERNICK:  Jeff, can we take a quick break.
 4            MR. RATINOFF:  Yeah, let me just do one more
 5   document and then I think I want to have a quick
 6   discussion off the record.  I'm kind of at a stopping
 7   point not necessarily for the day, but --
 8            MR. PERNICK:  Okay.
 9            MR. RATINOFF:  Then this is Exhibit -- I'm
10   sorry -- Tab 64, which you'll get momentarily, which
11   I'll mark as Exhibit 43.  Let me know when you've had a
12   chance to review it.
13            (WHEREUPON, Exhibit 43 was marked for
14        identification.)
15   BY MR. RATINOFF:
16        Q.  And this is a tweet from May 19, 2020, from a
17   Graph Foundation Twitter account.  Do you have any
18   reason to believe this isn't an accurate and correct
19   printout of this tweet?
20        A.  No.
21        Q.  And in this particular tweet I note there's a
22   Neo4j hashtag which is in a different format than the
23   last one, correct?
24        A.  Correct.
25        Q.  And the Neo4j hashtag here is just by itself,

1                    COURT REPORTER'S CERTIFICATE

2

3          I, DENISE MYERS BYRD, CA CSR 8340, RPR, the officer

4     before whom the foregoing proceeding was conducted, do hereby

5     certify that the witness whose testimony appears in the

6     foregoing proceeding was duly sworn by me; that the testimony

7     of said witness was taken down by me in stenotype to the best

8     of my ability and thereafter transcribed under my supervision;

9     and that the foregoing pages, inclusive, constitute a true and

10    accurate transcription of the testimony of the witness.

11          Before completion of the deposition, review of the

12    transcript [X] was [ ] was not requested.  If requested, any

13    changes made by the deponent (and provided to the reporter)

14    during the period allowed are appended hereto.

15          I further certify that I am neither counsel for,

16    related to, nor employed by any of the parties to this action,

17    and further, that I am not a relative or employee of any

18    attorney or counsel employed by the parties thereof, nor

19    financially or otherwise interested in the outcome of said

20    action.  Signed this 9th day of October 2020.

21

22

23          *Denise Myers Byrd*
            Denise Myers Byrd

24          CSR 8340, RPR, CLR 102409-02

25

                                                              253

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware
corporation; and NEO4J SWEDEN
AB, a Swedish corporation,

          Plaintiffs,

vs.                              CASE NO.
                                 5:19-cv-06226-EJD

GRAPH FOUNDATION, INC., an
Ohio corporation; GRAPHGRID,
INC., an Ohio corporation;
and ATOMRAIN, INC., a Nevada
corporation,

          Defendants.
_____/

REMOTE VIDEOTAPED DEPOSITION OF
BRAD NUSSBAUM
as representative of GRAPH FOUNDATION, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)


VOLUME II


DATE:          November 9, 2020

TIME:          10:03 a.m.

LOCATION:      via videoconference


REPORTED BY:   BENJAMIN GERALD
               California CSR No. 14203
               Washington CSR No. 3468

256

1    Q.  Okay.  So similar question:  One of the things

2    that you had said you would check into after your last

3    deposition is whether there were any other

4    communications by you with other customers besides

5    Next Century regarding the Free Software Foundation's

6    alleged determination that the Commons Clause was an

7    improper addition to the AGPL.

8         Do you recall that?

9    A.  I didn't recall anything about looking for

10   other customers, though I don't believe that there -- I

11   mean, I'm not sure what even you mean by "customers,"

12   but I don't -- I don't think from the Foundation's

13   standpoint there were other organizations that we -- we

14   talked to about this.

15        What I recall from our past conversation was

16   looking into what information we received in dialog from

17   the IRS about the AGPL.

18   Q.  Okay.  But you didn't go and look to see

19   whether there was any other communications about the IRS

20   opinion?

21        MR. PERNICK:  You mean the IRS now, or the Free

22   Software Foundation?

23        MR. RATINOFF:  Well, he just mentioned IRS, so

24   I'm --

25        MR. PERNICK:  Okay.  I just wanted to make

266

1    sure.

2              THE WITNESS:  Yeah.  From our last

3    conversation, I -- I did discuss with Ben, because he

4    was the one involved, how the conversations occurred

5    within the IRS.

6    BY MR. RATINOFF:

7         Q.  And what did you learn?

8         A.  I learned that there was one call that he was

9    on where the IRS lawyers asked him some questions,

10   mostly a conversation with John Mark, and I think he got

11   asked maybe -- or he answered maybe one question, he had

12   said.  Yeah.

13        Q.  When did that call --

14        A.  It was also not --

15        Q.  Sorry.  Go ahead.

16        A.  It was also not a conversation that was under

17   any capacity as the Foundation at that time.  He had

18   said that the conversation was because we were --

19   because AtomRain was doing consulting work inside of the

20   IRS.

21        Q.  Okay.  Do you know when that conversation

22   occurred?

23        A.  I don't.  It was by phone, and I think Ben said

24   he took it from a tree stand while he was hunting

25   sometime in the fall, so...

267

1     Q.  Good way to scare away the deer.

2     A.  I don't know how he does it.  He manages to

3  pull it off somehow.

4     Q.  Good stuff.  Okay.

5     You said IRS counsel; do you recall, or did Ben

6  tell you who from the IRS was on that call?

7     A.  No, he didn't mention any names.

8     Q.  And you said John -- there was a conversation

9  with John Mark; are you referring to the same telephone

10  call with the IRS?

11     A.  Yeah.  John Mark was -- I think he had

12  organized the call because he was leading those

13  discussions there.

14     Q.  Okay.  But -- but Ben was not attending that

15  call on behalf of Graph Foundation, correct?

16     A.  No.  He was attending it because of the work

17  done through AtomRain.

18     Q.  And did Ben tell you when the IRS conveyed on

19  that call?

20     A.  They didn't convey anything.  They asked

21  questions.  There were no conclusions that were stated

22  on that particular call.  It was more of a fact-finding

23  call or just information gathering.  And then they

24  ultimately, you know, made their -- their decisions and

25  their -- their decisions afterwards.

268

1     Q.  Okay.  But you weren't privy to -- strike that.

2          Graph Foundation wasn't privy to those

3     decisions made by the IRS, correct?

4     A.  We learned about the decisions, you know,

5     following that call and the eventual use of ONgDB by the

6     IRS.  So the Graph Foundation found out about it because

7     of our relationship with AtomRain.

8     Q.  Okay.  And what did Graph Foundation find out?

9     A.  That the IRS decided to move forward with using

10    ONgDB, and they accepted their use was under AGPL.

11    Q.  Graph Foundation was never privy to the actual

12    internal deliberations of the IRS, correct?

13    A.  What does it mean to be "privy to the internal

14    deliberations"?

15    Q.  Did Graph Foundation have any inside

16    information -- sorry.  Strike that.

17         Graph Foundation didn't have any insight into

18    the IRS' deliberative process on whether they could use

19    ONgDB under the AGPL, correct?

20    A.  Correct.  They -- they conducted whatever

21    internal process that they did with their legal counsel

22    and came to their conclusions.

23    Q.  Okay.  And then going back to the original

24    question on this Exhibit 32, was there any other

25    communications that you were able to locate from Graph

269

1   apparently, it wasn't.  Okay.

2           So this will be Tab 40, and we'll go ahead and

3   mark this as Exhibit 45.

4           (Exhibit 45 was marked for identification.)

5   BY MR. RATINOFF:

6       Q.  Let me know when you have a chance to open this

7   and take a look at it.

8       A.  Yup.  I've got it.

9       Q.  Okay.  So this is a printout, you can see down

10  at the -- the gutter, from Graph Foundation's website on

11  October 13, 2020.

12          Do you see that?

13      A.  Yes.

14      Q.  Okay.  And do you have any reason to believe

15  this printout is -- is not a true and accurate

16  representation of this page on Graph Foundation's

17  website as of that date?

18      A.  No.

19      Q.  Okay.  ONgDB 3.5.19, is that the last 3.5

20  version that Graph Foundation published?

21      A.  I think it might be the latest one on the

22  site --

23      Q.  And --

24      A.  -- as of today.

25      Q.  And was there, to your knowledge, a Neo4j

276

1    Enterprise 3.5.19, as well?

2         A.  Yes.

3         Q.  Okay.  So I am going to go ahead and share this

4    now.  So I want to cover a couple of things on it and

5    make sure this gets captured.  You can keep looking -- I

6    think this is going to pull up on your screen over

7    your -- what you're looking at, so I want you to refer

8    to the screen share.  All right.  You should be able to

9    see -- should -- you should see Exhibit 45 on my screen

10   as I scroll.

11        Do you see that?

12        A.  Uh-huh.

13        Q.  Okay.  So I'm going to go ahead and hover over

14   this docs, HTML link; do you see that?

15        A.  Yes.

16        Q.  And that leads to

17   github.com/graphfoundation/ongdb/wiki/ongdb-3.5-docs.

18        Do you see that?

19        A.  Yes.

20        Q.  I'm going to go ahead and click on that.  It's

21   going to bring up my browser.  I'm going to have to

22   switch over.  Give me one second here to switch over.

23        Okay.  You should now be looking at the target

24   site, which should be

25   github.com/graphfoundation/ongdb/wiki.

277

1        Do you see that?

2    A.  Yes.

3    Q.  All right.  I've overcome that technological

4    challenge.  Now I'm going to go ahead and click on the

5    number one line here, "ONgDB Docs."  I'm going to go

6    ahead and click on that, and we're going to go to what

7    appears to be a web page with the title "Docs."  The

8    address is github.com/graphfoundation/ongdb/wiki/docs.

9        Do you see that?

10   A.  Yes.

11   Q.  Okay.  And this is -- sorry.  Strike that.

12       What are we looking at now?

13   A.  A wiki page for finding docs for ONgDB.

14   Q.  Is this essentially a document repository on

15   Graph Foundation's GitHub repository?

16   A.  It's a wiki page with a location to find docs

17   for ONgDB.

18   Q.  All right.  So I'm going to go ahead and click

19   on this link under -- it says "LTS release."

20       Do you see that?

21   A.  Yes.

22   Q.  And then underneath it's a hyperlink, which

23   doesn't bring up what it is, but it's ONgDB 3.5.

24   A.  Yes.

25   Q.  I'm going to go ahead and click on that.

278

1        And can you tell me what we just went to after

2   clicking that hyperlink?

3        A.  The site title is called "Neo4j Operations

4   Manual v3.5."

5        MR. RATINOFF:  And that -- for the record,

6   that's -- the web address we just went to is

7   neo4j.com/docs/operations-manual/3.5/, correct?

8        THE WITNESS:  Yes.

9   BY MR. RATINOFF:

10       Q.  So we're not looking at the

11  Graph-Foundation-generated document, correct?

12       A.  Correct.

13       Q.  This -- this wasn't an operations manual that

14  Graph Foundation created, correct?

15       A.  Correct.

16       Q.  And do you recall, at our last deposition, we

17  were talking about the Creative Commons license?

18       A.  Vaguely, yes.

19       Q.  And what's your understanding of the Creative

20  Commons license?

21       A.  I'm not sure I have a very thorough one.

22       Q.  Do you recall we had a discussion about

23  commercial restrictions in the Creative Commons license?

24       A.  I remember -- I remember you mentioned it, yes.

25       Q.  Well, let me just ask you this:  What's your

                                                      279

1    that.

2         Let me go ahead and go back to -- we're going

3    to go back to the

4    github.com/graphfoundation/ongdb/wiki/docs.  I'm just

5    going to go ahead and go down to where it says "Older

6    Releases."

7         Do you see that?

8    A.   Yes.

9    Q.   I'm going to go ahead and click on that.  And

10   if you see that link I clicked took us to

11   neo4j.com/docs/operations manual -- I'm sorry.  Let me

12   re-read that.

13        neo4j.com/docs/operations-manual/3.4/.

14        Do you see that?

15   A.   Yes.

16   Q.   And what is at that URL address?

17   A.   What is the URL address?

18   Q.   What -- what did the URL address take us to?

19   A.   The Neo4j operations manual 3.4.

20   Q.   And do you see where it says, "This is the

21   operations manual for Neo4j version 3.4, authored by the

22   Neo4j team"?

23   A.   Yes, I see that.

24   Q.   So this manual was authored by Neo4j, correct?

25   A.   As stated by the site.

                                                    284

1    Q.  Sorry.  Graph Foundation didn't author an

2    operations manual for ONgDB version 3.4, correct?

3    A.  Based on how we established authoring last

4    time, yes, that's correct.

5    Q.  And then you'll see there's a link here again

6    to the Creative Commons 4.0.

7    Do you see that?

8    A.  Yes.

9    Q.  And we'll go to that license again.  It takes

10   us back to neo4j.com/docs/license/.

11   Do you see that?

12   A.  Yes.

13   Q.  Okay.  And can we agree this is the same

14   license we were just looking at?

15   A.  Yes.

16   Q.  And then under "non-commercial," it says, "You

17   may not use the material for commercial purposes"?

18   A.  Yes.

19   Q.  Okay.  Just give me one second here.  I'll go

20   ahead and stop sharing.

21   MR. RATINOFF:  I'm just going to go ahead and

22   drop a new exhibit in.  I just wanted to make sure we

23   have an exhibit to mark for the Creative Commons

24   license.  So let me know when you see what should be

25   Tab 91.1.

285

1          THE VIDEOGRAPHER:  And this would be

2    Exhibit 46?

3          MR. RATINOFF:  Correct.  So I'd like to mark

4    this as Exhibit 46.

5          (Exhibit 46 was marked for identification.)

6    BY MR. RATINOFF:

7       Q.  Let me know when you have that in front of you.

8          Mr. Nussbaum?  Are you able to look at --

9       A.  I have it.

10      Q.  Okay.  Thank you.  All right.

11          Can you go ahead and look at this and look at

12   the bottom in the gutter there?  It's -- this is a web

13   archive capture.  You can see the dates 2019-08-2018.

14          Do you see that?  I'm sorry.  Strike that?

15          It's 2019-08-20; do you see that?

16      A.  Yes.

17      Q.  I'll represent to you this was printed out from

18   the web archive, and this is a capture that was on

19   August 20, 2019, from -- which I believe is the same

20   page we were looking at, neo4j.com/docs/license.

21          Do you see that?

22      A.  Yes.

23          MR. PERNICK:  Objection.

24          Okay.  I didn't understand that question, but

25   Brad, if you did, that's fine.

                                                        286

1          THE WITNESS:  I think he was just saying it's

2    from the Neo4j site as of that date.

3          MR. PERNICK:  Okay.  Got it.

4          THE WITNESS:  Did I understand it wrong?

5    BY MR. RATINOFF:

6      Q.  No, I think -- I think you got it.

7          MR. PERNICK:  All right.  Thank you.

8    BY MR. RATINOFF:

9      Q.  Can we agree that this is the same license we

10   were just looking at live on Neo4j's website?

11         MR. PERNICK:  I'm going to object to the extent

12   you're asking him to review it word for word, but he can

13   give you his understanding without having a

14   word-for-word comparison.

15         THE WITNESS:  I generally see the same

16   structure and content, the same sections.

17   BY MR. RATINOFF:

18     Q.  So I'm going to try to narrow down -- you

19   mentioned that you had spoken to counsel about this

20   license, and I'm not asking about those communications,

21   but was it prior to August 2019 that you had

22   conversations with counsel regarding the Creative

23   Commons license?

24     A.  Any conversations we had would have gone back

25   to the formation, prior to formation when we reviewed

                                                        287

```
1                          CERTIFICATE

2        I, BENJAMIN GERALD, Certified Shorthand Reporter,

3   Certificate No. 14203, for the State of California do

4   hereby certify:

5        That prior to being examined, the witness named in

6   the foregoing deposition was by me duly sworn to testify

7   to the truth, the whole truth, and nothing but the truth

8   in the within-entitled cause;

9        That said deposition was taken shorthand at the

10  time and place herein named;

11       That the deposition is a true record of the

12  witness's testimony as reported to the best of my

13  ability by me, and was thereafter transcribed to

14  typewriting by computer under my direction;

15       That request [X] was [ ] was not made to read and

16  correct said deposition.

17       I further certify that I am not interested in

18  the outcome of said action, nor am I connected with, nor

19  related to any of the parties in said action, nor to

20  their respective counsel.

21       Witness my hand this 11th day of October, 2020.

22

23

24
                          BENJAMIN GERALD

25                        CSR No. 14203


                                                        308
```

**EXHIBIT 32**

**From:**      Donald R Robertson III via RT (licensing@fsf.org)
**To:**        jmsuhy@purethink.com
**CC:**
**BCC:**
**Subject:**   [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
**Attachments:**
**Sent:**      05/22/2018 08:38:28 AM -0700 (PST)

---

On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license. It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file. The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition
> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10. If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."



If the distribution includes code that is copyright to someone else, then you can follow the instructions at for filing a violation report with the copyright holder. ==Only the copyright holder has the power to enforce the terms of the license.==

IGOV0001570187.001

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

IGOV0001570187.002

**EXHIBIT 33**

**From:** Benjamin Nussbaum (ben@atomrain.com)
**To:** John Mark Suhy (jmsuhy@purethink.com)
**CC:** Brad Nussbaum (brad@atomrain.com)
**BCC:**
**Subject:** Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
**Attachments:**
**Sent:** 05/22/2018 09:09:53 AM -0700 (PST)

Good to have that confirmation. We can keep that as our advantage and decide if/when we make it known to Neo4j Inc that we received that answer.

--

**Benjamin Nussbaum**
President and Chief Technology Officer

Phone: (310) 433-9305
Email: ben@atomrain.com

AtomRain | Innovation for a Connected World

On May 22, 2018, at 11:41 AM, John Mark Suhy <jmsuhy@purethink.com> wrote:

I just got this - I just said this in slack an hour ago too....

---------- Forwarded message ---------
From: John Mark Suhy <jmsuhy@purethink.com>
Date: Tue, May 22, 2018 at 11:40 AM
Subject: Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
To: <licensing@fsf.org>

This helps, thank you for your time.

Respectfully,

John Mark Suhy

On Tue, May 22, 2018 at 11:38 AM Donald R Robertson III via RT <licensing@fsf.org> wrote:
On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license.  It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file.  The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition



GFI 30(b)(6)
Brad Nussbaum
**Ex 15**
10/16/2020  D Myers

> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at
<https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright
holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com
--
John Mark Suhy

IGOV0001570185.002

PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

IGOV0001570185.003

**EXHIBIT 34**

**Witness:**
**John Mark Suhy**
**Exhibit 24**
10/22/2020  B Gerald

| | |
|---|---|
| **From:** | Donald R Robertson III via RT (licensing-comment@fsf.org) |
| **To:** | |
| **CC:** | jmsuhy@purethink.com |
| **BCC:** | |
| **Subject:** | [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license. |
| **Attachments:** | |
| **Sent:** | 08/21/2018 08:50:57 AM -0700 (PST) |

I apologize for the delay in responding here, as a small non-profit we are sometimes overwhelmed with the requests for our services. ==Also, I want to preface the following by stating that we cannot provide you with legal advice. The information we provide is hopefully useful, but if you need legal advice, you'll have to talk with legal counsel.==

On Wed Jun 20 17:51:51 2018, jmsuhy@purethink.com wrote:
> Good evening Donald,
>
[snip]
>
> 1) As the copyright holder, is Neo4j Inc allowed to add the specific
> additional terms mentioned above to the License.txt file (containing
> the
> AGPL license terms) and enforce these new additions?
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/
> neo4j-enterprise/LICENSE.txt

==The copyright holder on a work is the one with the power to enforce the terms of the license. So when the copyright holder fails to uphold the terms of the license, there unfortunately isn't anyone to turn to in order to force their hand in a legal sense.== But the community can work to persuade them to do the right thing. And if the copyright holder won't do the right thing, then the community should simply avoid their work.

>
> 2) In our fork, are we allowed to remove the additional terms and
> comments
> they have added to the License.txt files that go beyond the standard
> AGPL
> v3 license content?
> Neo4j Inc is telling us that we can not change these License.txt
> files,
> i.e. we must leave these additional restrictions and content in the
> AGPL
> License.txt files of our forked code.
> They then reference them to cause legal uncertainty.
>
>

==If a work was previously available under a free license, and later that license is changed, users can always use that earlier version under the terms of the free license.== Also, as noted before, the GPL and AGPL also both have this provision:

"All other non-permissive additional terms are considered "further restrictions" within the meaning of section 10. If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term."

**GFI 30(b)(6)**
**Brad Nussbaum**
**Ex 16**
10/16/2020  D Myers

==Unfortunately, I cannot give you legal advice as to how that would work for your particular situation,== but I hope that this information proves useful to you.

IGOV0001570125.001

[snip]

--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

**EXHIBIT 35**

graphfoundation / ongdb

Sign up

Code   Issues ●   Pull requests ●   Projects ●   Actions   Wiki   Security   Pulse

# Status of Project Post Open Core Licensing Model #3

New issue

**Closed**   jgupta opened this issue Feb 13, 2019 · 6 comments



**jgupta** commented Feb 13, 2019

What is status of this project post Open Core Licensing Model?

I do see releases of v3.5.2 and v3.5.3 in last commit but it would be good to know status of this project and how change in Neo4j liceancing model changes things.



**bradnussbaum** commented Feb 13, 2019

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. contributions will continue to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

3



**jgupta** commented Feb 13, 2019

We will be using ONgDB

● 

jgupta closed this Feb 13, 2019

GFI 30(b)(6)
Brad Nussbaum
**Ex 24**
10/16/2020  D Myers

N4J_018645



 **bradnussbaum** mentioned this issue Mar 13, 2019

Did you remove the enterprise edition code? #12178



 **renannprado** commented Apr 13, 2020

@bradnussbaum any news about this?

 **bradnussbaum** commented Apr 13, 2020

@renannprado You can find the latest releases on the repo all under AGPLv3. The current 3.6 release branch has reached milestone 1, the latest maintenance branch is 3.5.17 and 4.0 development is in progress.

 **renannprado** commented Apr 13, 2020

@bradnussbaum sorry I believe I was not clear.

I meant news about changing the license to Apache 2.0 like you suggested, any news about it?

 **bradnussbaum** commented Apr 13, 2020

@renannprado The Graph Foundation can only change the license of source code where it holds the copyright. There will be a substantial amount in 4.0 but for 3.5 and 3.6 there are still many classes that Neo Technology Sweden holds copyright over. The goal of moving to Apache 2 is a very long term goal that will be achieved gradually throughout future releases.

**Sign up for free** to join this conversation on GitHub. Already have an account?

N4J_018646

Sign in to comment

Assignees

No one assigned

Labels

None yet

Projects

None yet

Milestone

No milestone

Linked pull requests

Successfully merging a pull request may close this issue.

None yet

3 participants

© 2020 GitHub, Inc.

Terms

Privacy

Security

Status

Help

Contact GitHub

Pricing

API

Training

Blog

About

N4J_018647

**EXHIBIT 36**

neo4j / neo4j

Sign up

Code    Issues     Pull requests ●    Projects ●    Actions    Wiki    Security    Pulse

# Why neo4j clustering is not part of open source? #12237

New issue

**Open**    kant111 opened this issue Jun 27, 2019 · 13 comments



kant111 commented Jun 27, 2019

Why neo4j clustering is not part of open source? A lot of databases like
Cassandra, Hbase etc..all offer to clustering out of the box.

Without clustering, it is very hard to prove that neo4j would scale for any
use case specific workloads.

 kant111 added the `feature` label Jun 27, 2019



nicorikken commented Jun 27, 2019

Neo4j as a query engine and GUI is nice, but Neo4j as a database is quite
immature compared to other products. And so they probably need an
income to improve their database features like clustering. Pretty much a
business decision I'd say.



kant111 commented Jun 27, 2019 • edited

@nicorikken what are the other graphdb products that are mature and
opensource?



bradnussbaum commented Jun 27, 2019

@kant111 Neo4j Enterprise was closed source as of 3.5. Open source

N4J_019439

development continues under The Graph Foundation.

Open source project with clustering here:
https://github.com/graphfoundation/ongdb

Download for distirbutions are here:
https://www.graphfoundation.org/projects/ongdb/



**kant111** commented Jun 27, 2019

@bradnussbaum When you say open source you mean it's AGPL? is clustering AGPL?



**bradnussbaum** commented Jun 27, 2019

@kant111 Yes, it has same AGPLv3 license that it's had since 2008.



**kant111** commented Jun 28, 2019

okies we treat AGPL as closed source and we stay away from it as far as possible. Thanks for your response.



**bradnussbaum** commented Jun 28, 2019 • edited

@kant111 completely agree that AGPLv3 is not the right license and any contributions by the Graph Foundation will be going in under Apache2. We cannot change the AGPL license on any code where we don't hold a copy-right. As the foundation projects move forward it will get more open from contributors, not less.



**kant111** commented Jun 28, 2019

"We cannot change the AGPL license on any code where we don't hold a copy-right." I would think it would be better to write from scratch. Also ongdb has lot of references to neo4j including the binary names etc to the point where it confuses me if I am using neo4j or ongdb.

N4J_019440

openCypher is great work! Love the language. not sure if I can say the same with neo4j.



VeryHardWorker commented Jul 1, 2019

@bradnussbaum I don't see graphfoundation named here [https://www.pacermonitor.com/public/case/26298162/Neo4j,_Inc_v_PureThink,_LLC_et_al] but is graphfoundation affected?



nicorikken commented Jul 3, 2019 • edited

> @nicorikken what are the other graphdb products that are mature and opensource?

@kant111 I don't know the whole space of graphdb products. I do know that database like MariaDB and PostgreSQL are much more mature in their operational features. Sure, that has been built up over time, but Neo4j is lacking here. I expect more. That's what I'm referring to. For example AgensGraph and JanusGraph stand on the shoulders of database giants, and I therefore assume they'll do a better job of features like scaling. To be fair, I haven't tried any of them, and Neo4j is still on top of most graphDB lists.
So I hope it's a matter of time until Neo4j will open up more features, but I think that'll take 1 or 2 years at least.



kant111 commented Jul 3, 2019

@nicorikken Thanks for the response! I am new to Neo4j and I like it. Any idea why all of a sudden Neo4j went closed source? and what is the point of going closed source now and opening up in the future? Answers to this will help us(our team) pick the right tech stack so please let me know



nicorikken commented Jul 3, 2019

@kant111 I don't know, but I assume it is a similar situation as other database projects like MongoDB and Redis. AWS started offering their project as a hosted service, not giving back improvements, and thereby stripping the project from a revenue-stream. Neo4j enterprise can be found in the AWS Marketplace, but in that case the revenue-stream flows

N4J_019441

back to the Neo4j project.

This is also why I'm in favor of the AGPL licence: it prevents cloud providers keeping improvements for themselves and not giving back to the upstream project. And complying with AGPL in deployments is reasonable in most user contexts. This is better than the custom license Redis introduced, which doesn't even comply with the Open Source Initiative definition for Open Source software.

 **kant111** commented Jul 8, 2019 • edited

@nicorikken I am not sure if anyone in the community appreciates MongoDB's move! But I certainly think other projects were able to solve this problem better. A notable example would be https://www.confluent.io/blog/license-changes-confluent-platform

If the problem is about SaaS providers then the solution should be targeted towards that but not everyone else!

Now speaking of Neo4j I believe its a pretty good database. It just needs to offer Clustering and other features that can showcase scalability such that more people will be inclined to use it. And there is also a lot of competition in this space like Dgraph, Cayley, JanusGraph etc which are all Apache 2.0 License and claim they are 100X faster than Neo4j or whatever. This would make Neo4j a secondary choice over others which in my opinion shouldn't be the case because for FWIW, Neo4j 3,5 does a decent Job!

**Sign up for free** to join this conversation on GitHub. Already have an account?
Sign in to comment

Assignees

No one assigned

Labels

`feature`

Projects

None yet

N4J_019442

Milestone

No milestone

Linked pull requests

Successfully merging a pull
request may close this issue.

None yet

4 participants



© 2020 GitHub, Inc.

Terms

Privacy

Security

Status

Help

Contact GitHub

Pricing

API

Training

Blog

About

N4J_019443

**EXHIBIT 37**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 280 of 1198

# The Graph Foundation

Open Graph Technology for Public Good



## Neo4j is Open Core – Now What?

| | |
|---|---|
| **31** JAN 2019 | **1 COMMENT** |

The word responsibility can be thought of in a simple way. If you have an *ability* what is your *response* to that ability? If there's a need and you're able to meet it, what is your response? Will you act and use your ability to improve the situation for the betterment of everyone? If keeping the best open source graph database on the market today fully open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization then keep reading through to the end. If you care but don't need to know all the details right now then skip down to the TL;DR.

We've been in the graph community for a while now (circa 2011) and we know a bit about the origins of the open source neo4j graph database. We've seen first-hand the powerful transformation that graph brings to organizations and its potential to enhance the way complex data is stored, processed and queried now and in the future. We know that the success of an open source database goes well beyond the commits made to the repository. Engineering is important, yes, and there is plenty of that needed when building a database, but it's not the only contributing factor to enabling a great open source database, especially in the emerging graph database space. There are many key roles including entrepreneurs to build supporting businesses and ecosystem products, early customer adopters, implementations that stress and push the technology to the edge, testing and reporting defects from usage, promotion, discussion and exposure at events, meetups and conferences, community support, training and skill building across the user base, a sharing of vision and community involvement and likely many more that we don't even see.

The open source neo4j graph database (hereafter the lowercase "neo4j") has thrived since 2011 because it has been fully open source. In the very early days it's difficult to get adoption of a new database technology, especially one that is closed source. Many organizations have open source initiatives, especially around databases, to avoid the lock-in and closed ecosystems that occur with relational databases from Oracle, SAP and Microsoft. The open stack initiative was born out the need to scale database technologies to achieve business solutions without facing unknown and often staggering licensing costs. The Open Source Initiative created momentum around the adoption of open source databases and neo4j has benefitted from this by being fully open source.

GFI 30(b)(6)
Brad Nussbaum
**Ex 23**
10/16/2020  D Myers

N4J-GFI_000078

Unfortunately neo4j has always had a split licensing personality. In the early days, Emil (founder and CEO of Neo Technology, Inc.) faced challenges in how to commercialize neo4j and figure out what features were enterprise vs. community. In the end, the line was drawn to designate clustering, backups, restore, monitoring, metrics, security, constraints, scalable database format for big graphs, and enhance cypher as *enterprise* features while the core kernel, cypher and server capabilities would be designated as *community*. With the separate designations for enterprise and community came separate licenses AGPLv3 and GPLv3 respectively. Why Emil chose these licenses stems from the beginning when neo4j was mostly used as an embedded database and the less permissible enterprise AGPLv3 license would have required some projects embedding neo4j enterprise to be open source or get a commercial license (in the early days we worked on some of these embedded cases).

When server mode emerged in 1.8 (2012) and folks stopped embedding neo4j, the AGPLv3 open source license allowed usage of the standalone server without a commercial license. The introduction of server mode was essential and if the license had changed at that time to restrict enterprise features (such as clustering in server mode), it would have greatly impacted the adoption of still very immature database. Instead, what followed was the start of Neo Technology's split licensing personality. On the one hand, if you visited the Github neo4j open source project you would see an AGPLv3 license that allowed enterprise usage and at the major Graph Connect conference Neo Technology would promote these enterprise features and the open source contribution of them. On the other hand, sales and marketing would create confusion among commercial users that neo4j enterprise needed a license to avoid open sourcing their project code (which was only true for embedded use cases of which there are only a handful still to date).

It was only recently that Neo4j, Inc. came into existence. Before that it was Neo Technology, Inc. and the commercial license was so appropriately called the Neo Technology Commercial License (NTCL). This meant community and enterprise could be used as-is without warranty under GPLv3 and AGPLv3 respectively or exclusively enterprise supported under the NTCL. Any neo4j users had the freedom to checkout neo4j community and enterprise source under one GitHub repository, compile and run all the tests, see the open development of the project, report issues and build distributions of both community and enterprise under GPLv3 and AGPLv3 respectively. This was good for community as it showed a vibrant ecosystem where everyone understood that core freedoms were being promoted and Neo Technology was able to commercialize enterprise under NTCL for enterprise customers that needed support.

At some point in neo4j's growth and adoption, around year 2015, neo4j became a clearly viable database – this wasn't the case from 2011-2015 when it suffered heavily from failed deployments as the result of scalability and reliability issues for many now common use cases. With neo4j becoming increasingly popular and more commercial licenses in hand, Neo Technology accelerated commercialization efforts around neo4j enterprise which included an increase in marketing rhetoric that focused on commercial customers needing a license (NTCL) to use enterprise. At the same time, Neo Technology continued to promote the open source nature and contributions of the company. This dual position led to confusion in the community and frustrations among commercial neo4j users but ultimately allowed Neo Technology to grow its commercial customer base while appealing to open source communities giving it all the benefits of riding the open source wave.

N4J-GFI_000079

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 282 of 1198

It was between 2016-2018 that Neo Technology made the big changes. Unknown to the community they acquired trade marks on Neo4j and Cypher (both were commons usage until that point) and Neo Technology, Inc. changed its name to Neo4j, Inc. The build tooling that had allowed neo4j enterprise users to build enterprise distributions was removed from the open source repository. The enterprise license changed from AGPLv3 to AGPLv3 + Commons Clause and was applied to the then mainline 3.4 release and backported to patch releases for 3.2 and 3.3 to attempt a block at subsequent patch releases. And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules including tools and tests from open source and declare publicly that Neo4j, Inc. is now an Open Core organization leaving neo4j community alone as open source.

So why does it matter so much that the enterprise features were taken closed? Well for any like-minded architects out there with open source initiatives we know that a database we choose needs to be open source so we can see it, build it, know there is a community engaged around it and good commercial support so that our organization has the option to reduce risk and improve business continuity as desired. We also know that any viable database needs to be performant (enhanced cypher runtime), vertical and horizonal scale (clustering, sharding, query parallelization), operational and administration ease (backups, restore, monitoring, metrics, logging), security to lock it down and constraints to ensure integrity. All of these are core features for a modern database to be in a modern data architecture. It was the enterprise features and the fact they were open that enabled neo4j to enter the modern architecture. The reason we say modern architecture is because it's not just an enterprise architecture. Any more these days, any initiative worth undertaking requires a scalable architecture. Any product or platform worth building demands an underlying scalable foundation and very often an open source architecture in addition. The remaining community features do not meet these needs and while enterprise features can still be access through Neo4j, Inc. they are propriety and do not meet open initiative requirements.

Organizations that adopt a proprietary enterprise should be aware of the specialized data format in enterprise today. The database format for building large graphs (bigger than 34 billion nodes/relationships) was designated as an enterprise feature and is required when using enterprise. When users move from community to enterprise there is a data format migration performed that is irreversible. This means that all enterprise users today, after they upgrade to 3.5 will be using a proprietary data format that will forever have them locked-in. Based on Neo4j, Inc.'s trajectory, this may be intentional so they can continue to move closer to their vision of becoming the Oracle of graph databases as they think of it.

We see a bigger vision for graph unfolding where there is going to be a much bigger need for scalability, performance and compute in a distributed manner as graphs begin to play a central role in machine learning, artificial intelligence and the new age definitions of both as they will be continue to be redefined to move beyond the definitions from the 60's. The way we see it, clustering, sharding, parallel cypher and big graph performance will be essential in this coming age and cannot be proprietary, closed source enterprise features. Every organization has a vested interest in this future mission and it's essential that the handling of this critical component is done in the open for everyone.

N4J-GFI_000080

The only way for neo4j enterprise users and those community users needing enterprise features is to make a bold move to The Graph Foundation. We started Graph Foundation, Inc. (referred to as The Graph Foundation) in June 2018 when we noticed Neo4j's position beginning to change and the implications of this for the community and ecosystem. The Graph Foundation is a nonprofit with 501(c)(3) status and its goal is to take over neo4j enterprise development and continue forward under a model that closely resembles that of The Linux Foundation.

We see that one of the most important aspect about neo4j is that it's an open source native graph database. We call it native to separate from other graph layers built on RDBMS and NoSQL databases that use indexes or joins to form relationships while native graphs like neo4j store nodes and relationships as fast mapped pointers at a store level giving peak performance when traversing complex, densely connected data. In 2003, we were obsessed with learning about open source and the world that it had created. As a big users of Linux we learned of the efforts of the Free Software Foundation that gave us not only the freedoms we came to know and love but the tools to build and thrive without limitations. As a throwback to those early days and our beginnings on GNU (remember GNU's Not Unix), we decided on the name ONgDB (oh-n-gee-db) which stands for Open Native Graph DB but also ONgDB's Neo4j Graph DB. We just couldn't resist the double meaning and the shout out to those that have come before us in pioneering the Free Open Source Software movement.

In order to move ONgDB forward in a significant way, we're going to need a lot of help. If keeping the best graph database on the market today open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization, there are a few things you can do to be an activist in this mission and help the cause.

First, help spread the word and make every individual and organization aware of what's happening. Don't let the conversation end at a press release from Neo4j, Inc. This is bigger than that and Neo4j does not represent the collective voice of the graph community now or those that will need an open community and its solutions in the future. The fate of many is incorrectly in the hands of a few that do not seek interests in the best alignment for the future in store for us all.

Second, if you have the skill, ability or just sheer passion for learning and working with a foundation of inspiring individuals ready to teach and help you grow, this is one of the greatest technology initiative of your time to be part of in ushering in a change for the ages. We are going to take graph to the next level and you will be part of this historical movement.

Third, if you have open initiatives for data architecture at your organization then you need to cut your licenses from Neo4j, Inc. Don't invest monetarily in a proprietary future. If you need commercial support beyond the community, and many organizations will, The Graph Foundation has commercial sponsors working and contributing to the open source initiative and you should contact us for those commercial sponsors that will work with you to give you the support, liability and warranty you need to succeed. Many of the engineers working on ONgDB alongside foundation engineers are coming from commercial sponsors that are donating time and resource to move the mission forward. Sponsors such as GraphGrid,

N4J-GFI_000081

the top contributor to date have the most talented pool of engineers and commercial momentum to give enterprise customers the best choice for commercial support.

Lastly, The Graph Foundation does have operating costs and is being donated to heavily by sponsors like GraphGrid. In order for the foundation to move forward we need to have more capacity within the foundation to continue on development and road mapping. Our desire is to have many commercial entities influencing the future decisions of The Graph Foundation. The Graph Foundation is a 501(c)(3) which has nonprofit status from the IRS so any donations are tax deductible by any enterprise that makes a donation. Corporate sponsorship will help ensure The Graph Foundation thrives and has the backing to correctly move the broader graph vision forward in a way that serves those most invested in the future of graph.

We see the future ahead; it's connected and built on graph. We want to connect with you, right now to ensure that this future remains free and open to all. To this end we will not stop to until we have brought to fruition this vision which stands before us all. Will you join this mission?

TL;DR

Neo4j, Inc. made key performance, scalability and security features proprietary as of 3.5

We must protect the freedoms of neo4j enterprise users by keeping enterprise open source to ensure a vibrant future for everyone, not the few

Under current enterprise designations, the biggest gains in big graphs to power AI/ML/DeepGL, distributed/parallel Cypher and large clusters with sharding will be Neo4j Enterprise Edition features and require lock-in to a proprietary database

The Graph Foundation, a nonprofit 501(c)(3), is taking over enterprise open source development and with the help of sponsors and the community will push forward a vision of graph that will be for everyone

The Graph Foundation needs help! Consider sponsoring and getting commercial support from approved commercial sponsors to ensure enterprise development continues forward

 **Brad Nussbaum**

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

**NEXT**

# 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

## 1 Comment

Pingback: 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

## Pages

N4J-GFI_000083

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall

- Open Native Graph DB (ONgDB)

  - ONgDB Releases

    - ONgDB 3.4.11

    - ONgDB 3.4.12

    - ONgDB 3.4.9

    - ONgDB 3.5.1

    - ONgDB 3.5.3

    - ONgDB 3.5.4

Support TGF

- Donations

- Sponsorship

- Thanks

The Graph Foundation

- Public Records

  - Articles of Incorporation

  - Code of Regulations

# Site Search

Search …

Search

# Support GF Today!

N4J-GFI_000084

9/24/2019 Neo4j is Open Core. Now What? – The Graph Foundation

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 287 of 1198



Copyright © 2019 Graph Foundation, Inc.

**EXHIBIT 38**

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants and Counter Claimant:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**DEFENDANT IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S SECOND SET OF INTERROGATORIES TO IGOV INC.** |
| AND RELATED COUNTERCLAIM. | |

**PROPOUNDING PARTY:  Plaintiff and Counter-Defendant NEO4J SWEDEN AB.**

**RESPONDING PARTY:**    **Defendant and Counter-Claimant IGOV INC.**

**DISCOVERY:**         **Response to Interrogatories**

**SET NO.:**          **One**

DEFENDANT IGOV INC. responds to Plaintiff and Counter-Defendant NEO4J

SWEDEN AB's Second set of Interrogatories as follows:

1

**OBJECTIONS TO DEFINITIONS**

2        1.        Responding party objects to the definition of "YOU," or "YOUR" as they are

3    overbroad. Defendant and Counter-Claimant John Mark Suhy will provide information in his

4    custody and control and without distinguishing between which party may or may not have

5    specific information regarding the responses.

6        2.        Responding parties object to the definition "IDENTIFY" and "IDENTITY" as it is

7    overbroad and overly burdensome, and plaintiffs may review the same documents and

8    information to derive the information. Responding parties will meet and confer over specific

9    requests if required.

10

11                    **RESPONSE TO INTERROGATORIES**

12    **INTERROGATORY NO. 1:**

13        *Describe in detail each feature, function, and/or capability in which YOU contend*

14    *ONgDB software differs from NEO4J SOFTWARE, including but not limited to any source code*

15    *implementing that capability and corresponding reference within Graph Foundation's*

16    *repositories for ONgDB (i.e. GitHub, Docker), and IDENTIFY all DOCUMENTS that evidence*

17    *each such feature, function, and/or capability.*

18        **Response:**

19            This request asks respondent to review third party open source software from

20        ONgDB with Neo4J, Inc. software, which respondent does not have, and detail every

21        feature, function and/or capability it contends is different. Propounding Party can do this

22        themselves such that the interrogatory is improper. "They have within their own

23        knowledge all the information from which to draw the same conclusions, comparisons,

24        contentions, and opinions they ask the plaintiffs to draw concerning the relationship of the

25        prior structure with the claims in suit." *Besly-Welles Corp. v. Balax, Inc.* (E.D. Wis. 1968)

26        43 F.R.D. 368, 373 Responding Party objects this request is overly broad, harassing,

27        oppressive and burdensome as it requests a source code level review and comparison of

28        "NEO4J SOFTWARE" which is defined very broadly as "Plaintiff's software, namely

1   NEO4J® Community Edition, NEO4J® Enterprise Edition and their pre-releases, betas,

2   source code files, readme files, license files, APIs, and other files that constitute the

3   software" without reference to a particular version and which is not available to

4   Responding Party, to a third parties ONgDB software, without reference to version. This

5   would require Responding Party to have access to all version of plaintiff Neo4J, Inc.'s

6   versions of Neo4J software in source, which it does not have, and would represent a

7   massive undertaking and software engineering effort which would take several months,

8   and represents a burdensome request on Responding Party who is a one person company

9   and cannot undertake this detailed investigation on a reasonable basis. As Propounding

10  Party most likely has access to Neo4J Inc.'s source code of that software and can get

11  OMgDB as it is publicly available, Propounding Party has the ability to make this

12  determination.

13       Responding Party objects to this request as it is compound. Responding Party

14  objects that the electronically stored "NEO4J SOFTWARE" is not reasonably accessible

15  to Responding Party. Responding Party objects to this request as it is not relevant to

16  Propounding Party's claims or defenses in this litigation nor likely to lead to discovery of

17  admissible evidence. It appears Propounding Party is attempting to use discovery that is

18  limited to 25 questions FRCP Rule 33 (a)(1) to ask questions for another party which

19  should not be allowed. Defendants are three parties with one person. Plaintiffs are trying

20  to extend the 25 interrogatory limit by asking Mr. Suhy to answer questions from 2

21  plaintiffs through three defendants which could be a total of 150 interrogatories which

22  certainly is not the import of the limitations on discovery.

23       Responding party objects to the instructions for this request as the instructions

24  exceed what is required under the federal rules. Responding party objects to the definition

25  of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

26  Responding Party only.

27  Subject to and without waiver of the foregoing objections, Responding Party responds as

28  follows:

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1

2      Mr Suhy is an open source committer to the ONgDB project who has made substantial

3      contributions to it. However, this question should be aimed at the GraphFoundation.

4      Furthermore, in order to respond to this interrogatory Mr. Suhy will need full access to the

5      current Neo4j Enterprise source code for each version that should be compared.   As

6      ONgDB extends Neo4j's core code from github, it has at least everything Neo4j core has.

7      To identify documents and Pursuant to Rule 33(d), the answer to this interrogatory may be

8      determined by examining, auditing, compiling, abstracting, or summarizing business

9      records and the burden to Propounding party is at least substantially the same to that of

10      Responding Party. Responding party identifies the records as: "NEO4J SOFTWARE" as

11      defined by, and in the possession and control of Propounding Party; and "ONgDB

12      software" in the possession and control of a party in a related action, Graph Foundation, as

13      made publicly accessible by them.

14

15      To meet and confer, without waiver of the foregoing, Responding Party provides a general

16  comparison of features as follows:

17

18  **Facts**

19  ONgDB is a superset of Neo4j core for each released version.

20  Neo4j Enterprise Commercial packages released by Neo4j Inc are a superset of Neo4j core.

21  This means that both ONgDB and Neo4j Enterprise are supersets of Neo4j core.  I.E.  they both
22  contain all the features of Neo4j core and add additional features beyond core.

23  Unit and Integration tests that ensure the quality and functionality of the software are built into
    the project. All these tests must pass in order to package a distribution of the software.  For
24  example – there are 10s of thousands of tests built into Neo4j core.

25  ONgDB is continuously synced with Neo4j's github repositories on a regular basis.

26  The versioning of Neo4j software uses the Semantic Versioning approach to versioning software.

27

28  Given a version number MAJOR.MINOR.PATCH, increment the:

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

MAJOR version when you make incompatible API changes,

MINOR version when you add functionality in a backwards compatible manner, and

PATCH version when you make backwards compatible bug fixes.

**Comparison:**

Because both ONgDB and Neo4j Enterprise are both supersets of Neo4j Core (also called Neo4j Community Edition), that means that all the standard features that make up Neo4j Core are the same for both distributions.

The enterprise features are found under the enterprise folder in the project.  Without having access to neo4j enterprise source code, we can only give a high level comparison of known features:

| Enterprise Feature | ONgDB 3.5.x | Neo4j EE 3.5.x |
|---|---|---|
| Causal Clustering | X | X |
| Akka Based Clustering Implementation | | X |
| Backup | X | X |
| Enterprise Cypher | X | X |
| Metrics | X | X |
| Query-logging | X | X |
| Security | X | X |
| Enterprise Management | X | X |
| Kerberos Plugin | | X |

| Enterprise Feature | ONgDB 3.6.x | Neo4j EE 3.5.x |
|---|---|---|
| Causal Clustering | X | X |
| Akka Based Clustering Implementation | | X |
| Backup | X | X |
| Enterprise Cypher | X | X |
| Metrics | X | X |
| Query-logging | X | X |
| Security | X | X |
| Enterprise Management | X | X |
| Kerberos Plugin | | X |

- 5 -

| Single Property Sort on Multi-Property Sorted Node | X | |
|---|---|---|
| Result Count on Full-text Indexes | X | |
| Full-text search for numeric properties | X | |

| Enterprise Feature | ONgDB 3.6.x | Neo4j EE 4.1.x |
|---|---|---|
| Causal Clustering | X | X |
| Akka Based Clustering Implementation | | X |
| Backup | X | X |
| Enterprise Cypher | X | X |
| Metrics | X | X |
| Query-logging | X | X |
| Security | X | X |
| Enterprise Management | X | X |
| Kerberos Plugin | | X |
| Multi-database | | X |
| Cypher Parallel Runtime | | X |
| Cypher Pipelined Runtime | | X |
| Fabric | | X |
| Single Property Sort on Multi-Property Sorted Node | X | |
| Result Count on Full-text Indexes | X | |
| Full-text search for numeric properties | X | |
| schema-based security model | | X |
| Reactive Architecture | | X |

**INTERROGATORY NO. 2:**

IDENTIFY and describe in detail the NEO4J SOFTWARE source code, function and/or feature which has been incorporated into ONgDB software that YOU contend Neo4j Sweden AB improperly released subject to the GNU Affero General Public License version 3 ("AGPLv3") with the Commons Clause that had not been previously released under either the AGPLv3 or GNU General Public License version 3 ("GPLv3"), and IDENTIFY all DOCUMENTS that

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

*evidence such source code, function and/or feature.*

**Response:**

This request asks respondent to review third party open source software from ONgDB with Neo4J, Sweden's open source software in different versions and detail every feature, function and/or capability it contends is different. Propounding Party can do this themselves such that the interrogatory is improper. "They have within their own knowledge all the information from which to draw the same conclusions, comparisons, contentions, and opinions they ask the plaintiffs to draw concerning the relationship of the prior structure with the claims in suit." *Besly-Welles Corp. v. Balax, Inc.* (E.D. Wis. 1968) 43 F.R.D. 368, 373. Responding Party objects this request as compound, is overly broad, harassing, oppressive and burdensome as it requests a source code level review and comparison of open source versions NEO4J software to ONgDB software, which is also available to Propounding Party as open source software, without reference to version. This would represent a massive undertaking and software engineering effort by Responding Party who is a one-person company which could not be reasonably done.  Responding Party objects to this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to discovery of admissible evidence. Responding party objects to the instructions for this request as the instructions exceed what is required under the federal rules. Responding party objects to the definition of  "YOU," or "YOUR" as vague and overbroad, and responds to this request as the Responding Party only.

Subject to and without waiver of the foregoing objections, Responding Party responds as follows:

To identify documents and Pursuant to Rule 33(d), the answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records and the burden to Propounding Party is at least substantially the same to that of Responding Party. Responding party identifies the records as: NEO4J Sweden's open source software it has loaded to the Github repository and in the possession and control of Propounding Party, including under the packaging and enterprise directories of the Neo4j

repository located at https://github.com/neo4j/neo4j; and "ONgDB software" in the possession and control of a party in a related action, Graph Foundation, as made publicly accessible by them.

To meet and confer, without waiver of the foregoing, Responding Party provides as follows:

The following files were released improperly having not had a previous release under AGPLv3 only:

enterprise/backup/src/main/java/org/neo4j/backup/impl/BackupPageCacheContainer.java

enterprise/backup/src/main/java/org/neo4j/backup/impl/BackupProtocolServiceFactory.java

enterprise/backup/src/test/java/org/neo4j/backup/OnlineBackupExtensionFactoryTest.java

enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupPageCacheContainerTest.java

enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupProtocolServiceFactoryTest.java

enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupProtocolServiceTest.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/BoundedPriorityQueue.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/DiscoveryType.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/consensus/protocol/v2/RaftProtocolClientInstallerV2.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/consensus/protocol/v2/RaftProtocolServerInstallerV2.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/replication/LeaderProvider.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/ByteArrayReplicatedTransaction.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/ChunkedTransaction.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/TransactionRepresentationExtractor.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/TransactionRepresentationReplicatedTransaction.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/diagnostics/CoreMonitor.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/AbstractCoreTopologyService.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/DiscoveryServiceFactorySelector.java

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1
2 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/EnterpriseDiscoveryServiceFactorySelector.java

3 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/InitialDiscoveryMembersResolver.java

4 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/KubernetesResolver.java

5 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/RemoteMembersResolver.java

6 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/RetryingHostnameResolver.java

7 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/SecurePassword.java

8 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/KubernetesType.java

9 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/ObjectMetadata.java

10 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/ServiceList.java

11
12 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/Status.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/helper/Limiters.java

13 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/ChunkingNetworkChannel.java

14
15 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ByteArrayChunkedEncoder.java

16
17 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ChunkedReplicatedContent.java

18 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/Codec.java

19 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ContentBuilder.java

20
21 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/CoreReplicatedContentMarshal.java

22
23 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/InputStreamReadableChannel.java

24 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/Marshal.java

25 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/MaxTotalSize.java

26
27 enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/OutputStreamWritableChannel.java

28

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1<br>2 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ReplicatedContentHandler.java |
| 3 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/ContentType.java |
| 4<br>5 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ContentTypeDispatcher.java |
| 6<br>7 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/DecodingDispatcher.java |
| 8 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/RaftLogEntryTermsDecoder.java |
| 9<br>10 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/RaftMessageComposer.java |
| 11<br>12 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/RaftMessageDecoder.java |
| 13 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ReplicatedContentChunkDecoder.java |
| 14<br>15 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ReplicatedContentDecoder.java |
| 16<br>17 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/ContentTypeEncoder.java |
| 18 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/RaftLogEntryTermsSerializer.java |
| 19<br>20 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/RaftMessageContentEncoder.java |
| 21<br>22 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/RaftMessageEncoder.java |
| 23 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/BoundedPriorityQueueTest.java |
| 24 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/replication/LeaderProviderTest.java |
| 25<br>26 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/state/machines/tx/TransactionRepresentationReplicatedTransactionTest.java |
| 27 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/diagnostics/CoreMonitorTest.java |
| 28 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/discovery/EnterpriseCluster.java |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1<br>2 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/discovery/InitialDiscoveryMembersResolverTest.java |
| 3 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/helper/LimitersTest.java |
| | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/helpers/Buffers.java |
| 4 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/identity/ClusterIdMarshalTest.java |
| 5<br>6 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/ChunkingNetworkChannelTest.java |
| 7 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/ByteArrayChunkedEncoderTest.java |
| 8<br>9 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/ByteBufChunkHandlerTest.java |
| 10<br>11 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/ChunkedReplicatedContentTest.java |
| 12 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/v2/CoreReplicatedContentMarshallingTest.java |
| 13<br>14 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/v2/RaftMessageEncoderDecoderTest.java |
| 15<br>16 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ClusterIdAwareMessageComposerTest.java |
| 17 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseClusterIpFamilyIT.java |
| 18 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseClusterOverviewIT.java |
| 19 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseDiscoveryServiceType.java |
| 20 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseMultiClusterRoutingIT.java |
| 21<br>22 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseMultiClusteringIT.java |
| 23 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/HazelcastCoreTopologyServiceIT.java |
| | enterprise/cypher/acceptance-spec-suite/src/test/resources/blacklists/compatibility-34.txt |
| 24 | enterprise/cypher/acceptance-spec-suite/src/test/resources/blacklists/cost-morsel.txt |
| 25 | enterprise/cypher/acceptance-spec-suite/src/test/scala/cypher/features/CostMorselAcceptanceTests.scala |
| 26<br>27 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/IndexWithProvidedOrderAcceptanceTest.scala |
| 28 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/IndexWithValuesAcceptanceTest.scala |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/ListExpressionAcceptanceTest.scala |
| 2 3 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/MorselRuntimeAcceptanceTest.scala |
| 4 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/NullListAcceptanceTest.scala |
| 5 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/OrderAcceptanceTest.scala |
| 6 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/PlannerRobustnessAcceptanceTest.scala |
| 7 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/ResourceTracking.scala |
| 8 9 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/UnsupportedFeaturesAcceptanceTest.scala |
| 10 | enterprise/cypher/compatibility-spec-suite/src/test/resources/blacklists/cost-morsel.txt |
| 11 | enterprise/cypher/compatibility-spec-suite/src/test/scala/cypher/features/CostSlottedWithCompiledExpressionsTCKTests.scala |
| 12 | enterprise/cypher/compiled-expressions/src/main/java/org/neo4j/cypher/internal/runtime/compiled/expressions/CompiledHelpers.java |
| 13 14 | enterprise/cypher/compiled-expressions/src/main/java/org/neo4j/cypher/internal/runtime/compiled/expressions/CompiledProjection.java |
| 15 16 | enterprise/cypher/compiled-expressions/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/CodeGeneration.scala |
| 17 | enterprise/cypher/compiled-expressions/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/IntermediateCodeGeneration.scala |
| 18 19 | enterprise/cypher/compiled-expressions/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/IntermediateRepresentation.scala |
| 20 21 | enterprise/cypher/compiled-expressions/src/test/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/CodeGenerationDbAccessTest.scala |
| 22 23 | enterprise/cypher/compiled-expressions/src/test/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/CodeGenerationTest.scala |
| 23 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/CompiledRuntime.scala |
| 24 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/EnterpriseCompilerFactory.scala |
| | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/EnterpriseRuntimeFactory.scala |
| 25 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/MorselRuntime.scala |
| 26 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/SlottedRuntime.scala |
| 27 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/CompiledExecutionResult.scala |
| 28 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/RunnablePlan.scala |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1    enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/codegen/ir/expressions/Pow.scala

2    enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/projectIndexProperties.scala

3    enterprise/cypher/cypher/src/test/java/org/neo4j/cypher/internal/javacompat/ExpressionEngineConfigurationTest.java

4    enterprise/cypher/cypher/src/test/java/org/neo4j/cypher/internal/javacompat/MorselRuntimeStressIT.java

5    enterprise/cypher/cypher/src/test/scala/org/neo4j/cypher/internal/runtime/compiled/projectIndexPropertiesTest.scala

6    enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/CsvStdOutDataWriter.scala

7    

8    enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/DataPoint.scala

9    enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/DataPointSchedulerTracer.scala

10   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/Scheduler.scala

11   

12   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/SchedulerTracer.scala

13   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/SimpleScheduler.scala

14   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/SingleThreadScheduler.scala

15   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/ThreadSafeDataWriter.scala

16   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/Dispatcher.scala

17   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/Pipeline.scala

18   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/StreamingOperator.scala

19   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/MorselSorting.scala

20   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexContainsScanOperator.scala

21   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexOperator.scala

22   

23   enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexScanOperator.scala

24   

25   enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/parallel/SchedulerTest.scala

26   enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/parallel/ThreadSafeDataWriterTest.scala

27   

28   

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 2 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/AllNodeScanOperatorTest.scala |
| 3 4 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/ArgumentOperatorTest.scala |
| 5 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexContainsScanOperatorTest.scala |
| 6 7 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexScanOperatorTest.scala |
| 8 9 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexSeekOperatorTest.scala |
| 10 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/PhysicalPlanningAttributes.scala |
| 11 12 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/SlottedIndexedProperty.scala |
| 13 14 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/GetDegreePrimitive.scala |
| 15 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/IdFromSlot.scala |
| 16 17 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/IsPrimitiveNull.scala |
| 18 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/NodeFromSlot.scala |
| 19 20 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/NodeProperty.scala |
| 21 22 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/PrimitiveEquals.scala |
| 23 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/ReferenceFromSlot.scala |
| 24 25 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/RelationshipFromSlot.scala |
| 26 27 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/RuntimeExpression.scala |
| 28 | |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 2 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/RuntimeVariable.scala |
| 3 4 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/CompiledExpressionConverter.scala |
| 5 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/SlottedCachedNodeProperty.scala |
| 6 7 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/SlottedCommandProjection.scala |
| 8 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/CreateSlottedPipe.scala |
| 9 10 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/DistinctSlottedPrimitivePipe.scala |
| 11 12 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/DistinctSlottedSinglePrimitivePipe.scala |
| 13 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/EagerAggregationSlottedPrimitivePipe.scala |
| 14 15 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/IndexSlottedPipeWithValues.scala |
| 16 17 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeHashJoinSlottedPrimitivePipe.scala |
| 18 19 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/CompiledExpressionConverterTest.scala |
| 20 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/EagerAggregationSlottedPipeTest.scala |
| 21 22 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/EagerAggregationSlottedPrimitivePipeTest.scala |
| 23 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeHashJoinSlottedPrimitivePipeTest.scala |
| 24 25 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeIndexScanSlottedPipeTest.scala |
| 26 27 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeIndexSeekSlottedPipeTest.scala |
| 28 | |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1

enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/SlottedPipeTestHelper.scala

2

enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/api/security/provider/EnterpriseNoAuthSecurityProvider.java

3

enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/builtinprocs/ConnectionTerminationFailedResult.java

4

enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/builtinprocs/ConnectionTerminationResult.java

5

enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/builtinprocs/ListConnectionResult.java

6

enterprise/kernel/src/main/java/org/neo4j/kernel/impl/net/DefaultNetworkConnectionTracker.java

7

enterprise/kernel/src/main/java/org/neo4j/kernel/impl/pagecache/monitor/PageCacheWarmerLoggingMonitor.java

8

enterprise/kernel/src/main/resources/META-INF/services/org.neo4j.kernel.impl.constraints.ConstraintSemantics

9

enterprise/kernel/src/test/java/org/neo4j/kernel/impl/enterprise/BatchInserterEnterpriseConstraintIT.java

10

enterprise/kernel/src/test/java/org/neo4j/kernel/impl/net/DefaultNetworkConnectionTrackerTest.java

11

enterprise/metrics/src/main/java/org/neo4j/metrics/output/PrometheusHttpServer.java

12

enterprise/metrics/src/test/java/org/neo4j/metrics/source/Neo4jMetricsBuilderTest.java

13

enterprise/neo4j-harness-enterprise/src/test/java/org/neo4j/harness/PortAuthorityPortPickingStrategy.java

14

enterprise/server-enterprise/src/main/java/org/neo4j/server/database/EnterpriseGraphFactory.java

enterprise/server-enterprise/src/main/java/org/neo4j/server/rest/EnterpriseDiscoverableURIs.java

15

enterprise/server-enterprise/src/main/java/org/neo4j/server/rest/causalclustering/ClusterStatusResponse.java

16

enterprise/server-enterprise/src/test/java/org/neo4j/server/enterprise/OpenEnterpriseNeoServerTest.java

17

enterprise/server-enterprise/src/test/java/org/neo4j/server/rest/EnterpriseDiscoverableURIsTest.java

18

enterprise/server-enterprise/src/test/java/org/neo4j/server/rest/causalclustering/FakeTopologyService.java

19

enterprise/server-enterprise/src/test/java/org/neo4j/server/rest/causalclustering/FakeTransactionIdStore.java

20

tools/src/main/java/org/neo4j/tools/dbstructure/DbStructureTool.java

21

tools/src/main/java/org/neo4j/tools/dump/inconsistency/Inconsistencies.java

tools/src/main/java/org/neo4j/tools/dump/inconsistency/ReportInconsistencies.java

22

tools/src/test/java/org/neo4j/kernel/impl/util/dbstructure/GraphDbStructureGuideTest.java

23

tools/src/test/java/org/neo4j/tools/org/neo4j/index/GBPTreePlayground.java

tools/src/test/resources/neostore

24

25

**INTERROGATORY NO. 3:**

26

    *Describe in detail each feature, function, and/or capability in which YOU contend makes*

27

*ONgDB software to make it a drop in replacement for an existing commercial licensed Neo4j®*

28

1  *Enterprise Edition distribution of the same version number.*

2  **Response:**

3  Responding Party objects this request is harassing, oppressive and burdensome.

4  Responding Party objects to this request as it is compound. Responding Party objects to

5  this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

6  discovery of admissible evidence. Responding party objects to the instructions for this

7  request as the instructions exceed what is required under the federal rules. Responding

8  party objects to the definition of  "YOU," or "YOUR" as vague and overbroad, and

9  responds to this request as the Responding Party only.

10  Subject to and without waiver of the foregoing objections, Responding Party responds as

11  follows:

12  ONgDB is a fork of Neo4j core.   Neo4j Enterprise is also built on-top of Neo4j Core in a

13  similar manner.  The underlying storage and kernel mechanisms both come from the same

14  Neo4j core.

15  Further, no claim is made that ONgDB matches every feature of Neo4j Enterprise Edition.

16  "Drop-in replacement" as used by responding party means the ability for a user to copy

17  their data from a neo4j instance and place into an ONgDB instance of the same version

18  and have it function with ONgDB using the cypher language version defined in neo4j core

19  for that version.

20  To identify documents and Pursuant to Rule 33(d), the answer to this interrogatory may be

21  determined by examining, auditing, compiling, abstracting, or summarizing business

22  records and the burden to Propounding party is at least substantially the same to that of

23  Responding Party. Responding party identifies the records as: "NEO4J SOFTWARE" as

24  defined by, and in the possession and control of Propounding Party, including under the

25  packaging and enterprise directories of the Neo4j repository located at

26  https://github.com/neo4j/neo4j; and "ONgDB software" in the possession and control of a

27  party in a related action, Graph Foundation, as made publicly accessible by them.

28

1  **INTERROGATORY NO. 4:**

2  *Describe in detail the quality control procedures and assurance YOU put in place for*

3  *ONgDB software to make it a drop in replacement for an existing commercial licensed Neo4j®*

4  *Enterprise Edition distribution of the same version number, including the build infrastructure,*

5  *testing methods for function, performance, load, stress, and any other tests to ensure quality and*

6  *consistency in ONgDB.*

7  **Response:**

8  Responding Party objects this request is harassing, oppressive and burdensome.

9  Responding Party objects to this request as it is compound. Responding Party objects to

10  this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

11  discovery of admissible evidence. Responding party objects to the instructions for this

12  request as the instructions exceed what is required under the federal rules. Responding

13  party objects to the definition of  "YOU," or "YOUR" as vague and overbroad, and

14  responds to this request as the Responding Party only.

15

16  Subject to and without waiver of the foregoing objections, Responding Party responds as

17  follows:

18  ONgDB is a superset of Neo4j Core.

19  Neo4j Enterprise commercial packages are also a superset of Neo4j core.

20

21  The neo4j software repository has integration and unit tests build into the actual project

22  and source code.  When building the package using Maven software, 1000s of tests that

23  exist in the project source code are run.  In order to build the entire distribution package,

24  all the tests must pass.   Running:  mvn verify  will ensure all the tests are run and reports

25  on failures will be provided if there are any.

26

27  The same tests in neo4j core which ensure the quality of and consistency for Neo4j

28  community and enterprise are all run inside ONgDB when packaging.

1

2   Further, no claim is made that ONgDB matches every feature of Neo4j Enterprise Edition.

3   "Drop-in replacement" as used by responding party means the ability for a user to copy

4   their data from a neo4j instance and place into an ONgDB instance of the same version

5   and have it function with ONgDB using the cypher language version defined in neo4j core

6   for that version.

7   Defendants did not place any quality control procedures or assurance into ONgDB that

8   were not already in the code base.

9   Mr Suhy is an open source committer to the ONgDB project and is not responsible for the

10   quality control procedures which the GraphFoundation implements. This question should

11   be asked to the GraphFoundation.   However, all the testing infrastructure that is present

12   inside the Neo4j core code base is also part of the ONgDB code base and is run as part of

13   the build process.   Building the software runs these tests that number in the thousands.

14   Further, quality control mechanisms are not related to the "drop-in replacement" ability.

15   No claim is made that ONgDB matches every feature of Neo4j Enterprise Edition. "Drop-

16   in replacement" as used by responding party means the ability for a user to copy their data

17   from a neo4j instance and place into an ONgDB instance of the same version and have it

18   function with ONgDB.

19

20   **INTERROGATORY NO. 5:**

21   *IDENTIFY each PERSON that YOU have solicited or encouraged to use ONgDB, and all*

22   *DOCUMENTS and COMMUNICATIONS reflecting where YOU have recommended, solicited or*

23   *encouraged to use ONgDB software thereto.*

24   **Response:**

25   Responding Party objects this request is harassing, oppressive and burdensome.

26   Responding Party objects to this request as it is compound. Responding Party objects to

27   this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

28   discovery of admissible evidence. Responding Party objects to the request to the extent it

- 19 -

1   seeks information protected by the attorney client privilege and work product doctrine.

2   Responding Party objects to the request as the information sought is subject to privacy

3   rights. Responding party objects to the instructions for this request as the instructions

4   exceed what is required under the federal rules Responding party objects to the definition

5   of  "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

6   Responding Party only.

7   Subject to and without waiver of the foregoing objections, Responding Party responds as

8   follows:

9

10   Mr. Suhy and iGov Inc recommends that anyone using Neo4j should consider switching

11   to ONgDB because of the past history of deception and fraud perpetrated by Neo4j Inc.

12   Mr Suhy also believes that investing in Neo4j branded software at this time is inherently

13   risky as he believes the deception and fraud perpetrated by Neo4j Inc may directly affect

14   its long term viability and initial public offering, which has high standards to ensure the

15   investing public is protected.  Mr. Suhy believes that Neo4j Inc has a high potential to fail

16   if funding dries up, and an IPO or future investment round does not come to fruition.  This

17   directly effects the agencies and people who invested in adoption of Neo4j.  Furthermore,

18   Mr. Suhy believes that there is a possibility that Neo4j Inc closes the source of Neo4j Core

19   the way they did with the enterprise code, and this would also negatively affect the

20   community who adopted the technology because it was open source.

21   Below is a list of companies and people that iGov Inc. has recommended use of ONgDB

22   to:

23   Northrop Grumman

24   Internal Revenue Service

25   US Postal Service

26   Department of Homeland Security

27   Sandia National Laboratories

28   Federal Bureau of Investigation

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1    National Security Agency

2    eGovernment Solutions

3    Anyone who talks to Mr. Suhy about Neo4j or asks for recommendations.

4    Anyone reading iGov Inc's twitter page

5    Anyone reading iGov Inc's website

6    Anyone who emails iGov Inc asking about graph topics.

7    Anyone who wants to verbally discuss graph topics with iGov Inc.

8    Anyone who discussed any graph topics with iGov Inc. or Mr. Suhy.

9    See email documents under IGOV-ROG1-AMMENDED/INTERROGATORY-5/emails

10   See twitter documents under IGOV-ROG1-Ammended/INTERROGATORY-5/tweets/

11

12   **INTERROGATORY NO. 6:**

13   *IDENTIFY each PERSON that YOU have solicited or encouraged to use YOUR services*

14   *in relation to ONgDB, and all DOCUMENTS and COMMUNICATIONS reflecting where YOU*

15   *have recommended, solicited or encouraged to use ONgDB software thereto.*

16   **Response:**

17   Responding Party objects this request is harassing, oppressive and burdensome.

18   Responding Party objects to this request as it is compound. Responding Party objects to

19   this request as it is not relevant to Neo4J Inc.'s claims or defenses nor likely to lead to

20   discovery of admissible evidence. Responding Party objects to the request to the extent it

21   seeks information protected by the attorney client privilege and work product doctrine.

22   Responding Party objects to the request as the information sought is subject to privacy

23   rights. Responding party objects to the instructions for this request as the instructions

24   exceed what is required under the federal rules. Responding party objects to the definition

25   of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

26   Responding Party only. Responding Party objects that this interrogatory has been asked

27   and answered.

28   Subject to and without waiver of the foregoing objections, Responding Party responds as

- 21 -

1  follows:

2  Interrogatory No. 5 and Interrogatory No 7 together identify each PERSON that

3  Responding Party has solicited or encouraged to use its services in relation to ONgDB,

4  and all DOCUMENTS and COMMUNICATIONS reflecting where it has recommended,

5  solicited or encouraged to use ONgDB software thereto.

6

7  **INTERROGATORY NO. 7:**

8  *IDENTIFY each instance where YOU have proposed, offered, solicited or encouraged the*

9  *use of ONgDB software or YOUR services in relation to ONgDB software, including all bids and*

10  *responses to requests for quotes (RFQs), requests for proposals (RFPs), invitations for bids*

11  *(IFBs) and all other procurement opportunities, and all DOCUMENTS and*

12  *COMMUNICATIONS evidencing or relating thereto.*

13  **Response:**

14  Responding Party objects this request is harassing, oppressive and burdensome.

15  Responding Party objects to this request as it is compound. Responding Party objects to

16  this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

17  discovery of admissible evidence. Responding Party objects to the request to the extent it

18  seeks information protected by the attorney client privilege and work product doctrine.

19  Responding Party objects to the request as the information sought is subject to privacy

20  rights. Responding party objects to the instructions for this request as the instructions

21  exceed what is required under the federal rules. Responding party objects to the definition

22  of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

23  Responding Party only. Responding Party objects that this interrogatory has been asked

24  and answered.

25  Subject to and without waiver of the foregoing objections, Responding Party responds as

26  follows:

27

28

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

National Geospatial-Intelligence Agency: (NGA) – iGov Inc. was an interested vendor in providing a support subscription for an NGA Neo4j procurement that was advertised and which did not have proper brand name justification.

US Airforce: (Airforce) – iGov Inc. was an interested vendor in providing a support subscription for an Airforce Neo4j procurement that was advertised and which did not have proper brand name justification.

Northrup Grumman – iGov Inc. was asked to quote a graph solution for Northrup Grumman which leveraged Neo4j Enterprise under the free open source AGPL license.

Accenture - iGov Inc. was working with DHS USCIS and their Accenture backed team on a potential opportunity that was different than the DHS deal which PureThink is owed the commission on.

eGovernment Solutions for one IRS project.
Internal Revenue Service
iGov Inc Protested awards involving GAO and IRS.

See documents under IGOV-ROG1-Ammended/INTERROGATORY-7

**INTERROGATORY NO. 8:**

*IDENTIFY each PERSON that is using ONgDB software to whom YOU previously provided or currently provide services or support in relation to ONgDB software.*

**Response:**

Responding Party objects this request is harassing, oppressive and burdensome.

Responding Party objects to this request as it is compound. Responding Party objects to this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to discovery of admissible evidence. Responding Party objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. Responding Party objects to the request as the information sought is subject to privacy rights. Responding party objects to the instructions for this request as the instructions exceed what is required under the federal rules. Responding Party objects to the definition of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the Responding Party only.

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

Without waiver of objections, Responding Party responds as follows:

- US Treasury Internal Revenue Service (IRS) :  2018-current

- eGovernment Solutions: May 24, 2018 - current


Dated:  October 26, 2020                    ___/s/ Adron G. Beene_____
                                            Adron W. Beene Sb# 129040
                                            Adron G. Beene Sb# 298088
                                            Attorney At Law
                                            1754 Technology Drive, Suite 228
                                            San Jose, CA 95110
                                            Tel: (408) 392-9233
                                            Fax: (866) 329-0453
                                            adron@adronlaw.com

                                            Attorney For Defendants and Counter
                                            Claimant PURETHINK LLC, a Delaware
                                            Limited Liability Company, IGOV INC., a
                                            Virginia Corporation, and JOHN MARK
                                            SUHY

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1

## Verification

2

3

I, John Mark Suhy, am a defendant, and an officer for defendants Purethink LLC and IGOV Inc. in the above cause of action. I have read the following:

4

**1. DEFENDANT PURETHINK LLC'S SECOND AMENDED RESPONSE TO PLAINTIFF NEO4J SWEDEN AB'S REQUEST FOR ADMISSION, SET ONE TO DEFENDANT PURETHINK LLC**

5

6

**2. DEFENDANT IGOV INC.'S AMENDED RESPONSE TO PLAINTIFF NEO4J SWEDEN AB'S REQUEST FOR ADMISSION, SET ONE TO DEFENDANT IGOV INC.**

7

8

9

I am familiar with the contents of the above.

10

11

I declare under penalty of perjury under the laws of the United Stated of America that the

12

foregoing responses are true and correct, except as to those matters which are therein stated to be

13

on information or belief, and as to those matters, I believe them to be true.

14

15

16

17

Signed in Alexandria, Virginia, on October 26, 2020

John Mark Suhy

18

19

20

21

22

23

24

25

26

27

28

VERIFICATION

**EXHIBIT 39**



N4J_019041

```
46  + users of that server.  Therefore, public use of a modified version, on
47  + a publicly accessible server, gives the public access to the source
48  + code of the modified version.
49  +
50  + An older license, called the Affero General Public License and
51  + published by Affero, was designed to accomplish similar goals.  This is
52  + a different license, not a version of the Affero GPL, but Affero has
53  + released a new version of the Affero GPL which permits relicensing under
54  + this license.
55  +
56  + The precise terms and conditions for copying, distribution and
57  + modification follow.
58  +
59  + TERMS AND CONDITIONS
60  +
61  + 0. Definitions.
62  +
63  + "This License" refers to version 3 of the GNU Affero General Public License.
64  +
65  + "Copyright" also means copyright-like laws that apply to other kinds of
66  + works, such as semiconductor masks.
67  +
68  + "The Program" refers to any copyrightable work licensed under this
69  + License.  Each licensee is addressed as "you".  "Licensees" and
70  + "recipients" may be individuals or organizations.
71  +
72  + To "modify" a work means to copy from or adapt all or part of the work
73  + in a fashion requiring copyright permission, other than the making of an
74  + exact copy.  The resulting work is called a "modified version" of the
75  + earlier work or a work "based on" the earlier work.
76  +
77  + A "covered work" means either the unmodified Program or a work based
78  + on the Program.
79  +
80  + To "propagate" a work means to do anything with it that, without
81  + permission, would make you directly or secondarily liable for
82  + infringement under applicable copyright law, except executing it on a
83  + computer or modifying a private copy.  Propagation includes copying,
84  + distribution (with or without modification), making available to the
85  + public, and in some countries other activities as well.
86  +
87  + To "convey" a work means any kind of propagation that enables other
88  + parties to make or receive copies.  Mere interaction with a user through
89  + a computer network, with no transfer of a copy, is not conveying.
90  +
91  + An interactive user interface displays "Appropriate Legal Notices"
92  + to the extent that it includes a convenient and prominently visible
93  + feature that (1) displays an appropriate copyright notice, and (2)
94  + tells the user that there is no warranty for the work (except to the
95  + extent that warranties are provided), that licensees may convey the
96  + work under this License, and how to view a copy of this License.  If
97  + the interface presents a list of user commands or options, such as a
98  + menu, a prominent item in the list meets this criterion.
99  +
100 + 1. Source Code.
101 +
102 + The "source code" for a work means the preferred form of the work
103 + for making modifications to it.  "Object code" means any non-source
104 + form of a work.
105 +
106 + A "Standard Interface" means an interface that either is an official
107 + standard defined by a recognized standards body, or, in the case of
108 + interfaces specified for a particular programming language, one that
```

N4J_019042

```
109  + is widely used among developers working in that language.
110  +
111  + The "System Libraries" of an executable work include anything, other
112  + than the work as a whole, that (a) is included in the normal form of
113  + packaging a Major Component, but which is not part of that Major
114  + Component, and (b) serves only to enable use of the work with that
115  + Major Component, or to implement a Standard Interface for which an
116  + implementation is available to the public in source code form.  A
117  + "Major Component", in this context, means a major essential component
118  + (kernel, window system, and so on) of the specific operating system
119  + (if any) on which the executable work runs, or a compiler used to
120  + produce the work, or an object code interpreter used to run it.
121  +
122  + The "Corresponding Source" for a work in object code form means all
123  + the source code needed to generate, install, and (for an executable
124  + work) run the object code and to modify the work, including scripts to
125  + control those activities.  However, it does not include the work's
126  + System Libraries, or general-purpose tools or generally available free
127  + programs which are used unmodified in performing those activities but
128  + which are not part of the work.  For example, Corresponding Source
129  + includes interface definition files associated with source files for
130  + the work, and the source code for shared libraries and dynamically
131  + linked subprograms that the work is specifically designed to require,
132  + such as by intimate data communication or control flow between those
133  + subprograms and other parts of the work.
134  +
135  + The Corresponding Source need not include anything that users
136  + can regenerate automatically from other parts of the Corresponding
137  + Source.
138  +
139  + The Corresponding Source for a work in source code form is that
140  + same work.
141  +
142  + 2. Basic Permissions.
143  +
144  + All rights granted under this License are granted for the term of
145  + copyright on the Program, and are irrevocable provided the stated
146  + conditions are met.  This License explicitly affirms your unlimited
147  + permission to run the unmodified Program.  The output from running a
148  + covered work is covered by this License only if the output, given its
149  + content, constitutes a covered work.  This License acknowledges your
150  + rights of fair use or other equivalent, as provided by copyright law.
151  +
152  + You may make, run and propagate covered works that you do not
153  + convey, without conditions so long as your license otherwise remains
154  + in force.  You may convey covered works to others for the sole purpose
155  + of having them make modifications exclusively for you, or provide you
156  + with facilities for running those works, provided that you comply with
157  + the terms of this License in conveying all material for which you do
158  + not control copyright.  Those thus making or running the covered works
159  + for you must do so exclusively on your behalf, under your direction
160  + and control, on terms that prohibit them from making any copies of
161  + your copyrighted material outside their relationship with you.
162  +
163  + Conveying under any other circumstances is permitted solely under
164  + the conditions stated below.  Sublicensing is not allowed; section 10
165  + makes it unnecessary.
166  +
167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
168  +
169  + No covered work shall be deemed part of an effective technological
170  + measure under any applicable law fulfilling obligations under article
171  + 11 of the WIPO copyright treaty adopted on 20 December 1996, or
```

N4J_019043

```
172  + similar laws prohibiting or restricting circumvention of such
173  + measures.
174  +
175  + When you convey a covered work, you waive any legal power to forbid
176  + circumvention of technological measures to the extent such circumvention
177  + is effected by exercising rights under this License with respect to
178  + the covered work, and you disclaim any intention to limit operation or
179  + modification of the work as a means of enforcing, against the work's
180  + users, your or third parties' legal rights to forbid circumvention of
181  + technological measures.
182  +
183  + 4. Conveying Verbatim Copies.
184  +
185  + You may convey verbatim copies of the Program's source code as you
186  + receive it, in any medium, provided that you conspicuously and
187  + appropriately publish on each copy an appropriate copyright notice;
188  + keep intact all notices stating that this License and any
189  + non-permissive terms added in accord with section 7 apply to the code;
190  + keep intact all notices of the absence of any warranty; and give all
191  + recipients a copy of this License along with the Program.
192  +
193  + You may charge any price or no price for each copy that you convey,
194  + and you may offer support or warranty protection for a fee.
195  +
196  + 5. Conveying Modified Source Versions.
197  +
198  + You may convey a work based on the Program, or the modifications to
199  + produce it from the Program, in the form of source code under the
200  + terms of section 4, provided that you also meet all of these conditions:
201  +
202  + a) The work must carry prominent notices stating that you modified
203  + it, and giving a relevant date.
204  +
205  + b) The work must carry prominent notices stating that it is
206  + released under this License and any conditions added under section
207  + 7.  This requirement modifies the requirement in section 4 to
208  + "keep intact all notices".
209  +
210  + c) You must license the entire work, as a whole, under this
211  + License to anyone who comes into possession of a copy.  This
212  + License will therefore apply, along with any applicable section 7
213  + additional terms, to the whole of the work, and all its parts,
214  + regardless of how they are packaged.  This License gives no
215  + permission to license the work in any other way, but it does not
216  + invalidate such permission if you have separately received it.
217  +
218  + d) If the work has interactive user interfaces, each must display
219  + Appropriate Legal Notices; however, if the Program has interactive
220  + interfaces that do not display Appropriate Legal Notices, your
221  + work need not make them do so.
222  +
223  + A compilation of a covered work with other separate and independent
224  + works, which are not by their nature extensions of the covered work,
225  + and which are not combined with it such as to form a larger program,
226  + in or on a volume of a storage or distribution medium, is called an
227  + "aggregate" if the compilation and its resulting copyright are not
228  + used to limit the access or legal rights of the compilation's users
229  + beyond what the individual works permit.  Inclusion of a covered work
230  + in an aggregate does not cause this License to apply to the other
231  + parts of the aggregate.
232  +
233  + 6. Conveying Non-Source Forms.
234  +
```

N4J_019044

```
235  + You may convey a covered work in object code form under the terms
236  + of sections 4 and 5, provided that you also convey the
237  + machine-readable Corresponding Source under the terms of this License,
238  + in one of these ways:
239  +
240  + a) Convey the object code in, or embodied in, a physical product
241  + (including a physical distribution medium), accompanied by the
242  + Corresponding Source fixed on a durable physical medium
243  + customarily used for software interchange.
244  +
245  + b) Convey the object code in, or embodied in, a physical product
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
282  + from the Corresponding Source as a System Library, need not be
283  + included in conveying the object code work.
284  +
285  + A "User Product" is either (1) a "consumer product", which means any
286  + tangible personal property which is normally used for personal, family,
287  + or household purposes, or (2) anything designed or sold for incorporation
288  + into a dwelling.  In determining whether a product is a consumer product,
289  + doubtful cases shall be resolved in favor of coverage.  For a particular
290  + product received by a particular user, "normally used" refers to a
291  + typical or common use of that class of product, regardless of the status
292  + of the particular user or of the way in which the particular user
293  + actually uses, or expects or is expected to use, the product.  A product
294  + is a consumer product regardless of whether the product has substantial
295  + commercial, industrial or non-consumer uses, unless such uses represent
296  + the only significant mode of use of the product.
297  +
```

N4J_019045

```
298    + "Installation Information" for a User Product means any methods,
299    + procedures, authorization keys, or other information required to install
300    + and execute modified versions of a covered work in that User Product from
301    + a modified version of its Corresponding Source.  The information must
302    + suffice to ensure that the continued functioning of the modified object
303    + code is in no case prevented or interfered with solely because
304    + modification has been made.
305    +
306    + If you convey an object code work under this section in, or with, or
307    + specifically for use in, a User Product, and the conveying occurs as
308    + part of a transaction in which the right of possession and use of the
309    + User Product is transferred to the recipient in perpetuity or for a
310    + fixed term (regardless of how the transaction is characterized), the
311    + Corresponding Source conveyed under this section must be accompanied
312    + by the Installation Information.  But this requirement does not apply
313    + if neither you nor any third party retains the ability to install
314    + modified object code on the User Product (for example, the work has
315    + been installed in ROM).
316    +
317    + The requirement to provide Installation Information does not include a
318    + requirement to continue to provide support service, warranty, or updates
319    + for a work that has been modified or installed by the recipient, or for
320    + the User Product in which it has been modified or installed.  Access to a
321    + network may be denied when the modification itself materially and
322    + adversely affects the operation of the network or violates the rules and
323    + protocols for communication across the network.
324    +
325    + Corresponding Source conveyed, and Installation Information provided,
326    + in accord with this section must be in a format that is publicly
327    + documented (and with an implementation available to the public in
328    + source code form), and must require no special password or key for
329    + unpacking, reading or copying.
330    +
331    + 7. Additional Terms.
332    +
333    + "Additional permissions" are terms that supplement the terms of this
334    + License by making exceptions from one or more of its conditions.
335    + Additional permissions that are applicable to the entire Program shall
336    + be treated as though they were included in this License, to the extent
337    + that they are valid under applicable law.  If additional permissions
338    + apply only to part of the Program, that part may be used separately
339    + under those permissions, but the entire Program remains governed by
340    + this License without regard to the additional permissions.
341    +
342    + When you convey a copy of a covered work, you may at your option
343    + remove any additional permissions from that copy, or from any part of
344    + it.  (Additional permissions may be written to require their own
345    + removal in certain cases when you modify the work.)  You may place
346    + additional permissions on material, added by you to a covered work,
347    + for which you have or can give appropriate copyright permission.
348    +
349    + Notwithstanding any other provision of this License, for material you
350    + add to a covered work, you may (if authorized by the copyright holders of
351    + that material) supplement the terms of this License with terms:
352    +
353    + a) Disclaiming warranty or limiting liability differently from the
354    + terms of sections 15 and 16 of this License; or
355    +
356    + b) Requiring preservation of specified reasonable legal notices or
357    + author attributions in that material or in the Appropriate Legal
358    + Notices displayed by works containing it; or
359    +
360    + c) Prohibiting misrepresentation of the origin of that material, or
```

N4J_019046

```
361  + requiring that modified versions of such material be marked in
362  + reasonable ways as different from the original version; or
363  +
364  + d) Limiting the use for publicity purposes of names of licensors or
365  + authors of the material; or
366  +
367  + e) Declining to grant rights under trademark law for use of some
368  + trade names, trademarks, or service marks; or
369  +
370  + f) Requiring indemnification of licensors and authors of that
371  + material by anyone who conveys the material (or modified versions of
372  + it) with contractual assumptions of liability to the recipient, for
373  + any liability that these contractual assumptions directly impose on
374  + those licensors and authors.
375  +
376  + All other non-permissive additional terms are considered "further
377  + restrictions" within the meaning of section 10.  If the Program as you
378  + received it, or any part of it, contains a notice stating that it is
379  + governed by this License along with a term that is a further
380  + restriction, you may remove that term.  If a license document contains
381  + a further restriction but permits relicensing or conveying under this
382  + License, you may add to a covered work material governed by the terms
383  + of that license document, provided that the further restriction does
384  + not survive such relicensing or conveying.
385  +
386  + If you add terms to a covered work in accord with this section, you
387  + must place, in the relevant source files, a statement of the
388  + additional terms that apply to those files, or a notice indicating
389  + where to find the applicable terms.
390  +
391  + Additional terms, permissive or non-permissive, may be stated in the
392  + form of a separately written license, or stated as exceptions;
393  + the above requirements apply either way.
394  +
395  + 8. Termination.
396  +
397  + You may not propagate or modify a covered work except as expressly
398  + provided under this License.  Any attempt otherwise to propagate or
399  + modify it is void, and will automatically terminate your rights under
400  + this License (including any patent licenses granted under the third
401  + paragraph of section 11).
402  +
403  + However, if you cease all violation of this License, then your
404  + license from a particular copyright holder is reinstated (a)
405  + provisionally, unless and until the copyright holder explicitly and
406  + finally terminates your license, and (b) permanently, if the copyright
407  + holder fails to notify you of the violation by some reasonable means
408  + prior to 60 days after the cessation.
409  +
410  + Moreover, your license from a particular copyright holder is
411  + reinstated permanently if the copyright holder notifies you of the
412  + violation by some reasonable means, this is the first time you have
413  + received notice of violation of this License (for any work) from that
414  + copyright holder, and you cure the violation prior to 30 days after
415  + your receipt of the notice.
416  +
417  + Termination of your rights under this section does not terminate the
418  + licenses of parties who have received copies or rights from you under
419  + this License.  If your rights have been terminated and not permanently
420  + reinstated, you do not qualify to receive new licenses for the same
421  + material under section 10.
422  +
423  + 9. Acceptance Not Required for Having Copies.
```

N4J_019047

```
424  +
425  + You are not required to accept this License in order to receive or
426  + run a copy of the Program.  Ancillary propagation of a covered work
427  + occurring solely as a consequence of using peer-to-peer transmission
428  + to receive a copy likewise does not require acceptance.  However,
429  + nothing other than this License grants you permission to propagate or
430  + modify any covered work.  These actions infringe copyright if you do
431  + not accept this License.  Therefore, by modifying or propagating a
432  + covered work, you indicate your acceptance of this License to do so.
433  +
434  + 10. Automatic Licensing of Downstream Recipients.
435  +
436  + Each time you convey a covered work, the recipient automatically
437  + receives a license from the original licensors, to run, modify and
438  + propagate that work, subject to this License.  You are not responsible
439  + for enforcing compliance by third parties with this License.
440  +
441  + An "entity transaction" is a transaction transferring control of an
442  + organization, or substantially all assets of one, or subdividing an
443  + organization, or merging organizations.  If propagation of a covered
444  + work results from an entity transaction, each party to that
445  + transaction who receives a copy of the work also receives whatever
446  + licenses to the work the party's predecessor in interest had or could
447  + give under the previous paragraph, plus a right to possession of the
448  + Corresponding Source of the work from the predecessor in interest, if
449  + the predecessor has it or can get it with reasonable efforts.
450  +
451  + You may not impose any further restrictions on the exercise of the
452  + rights granted or affirmed under this License.  For example, you may
453  + not impose a license fee, royalty, or other charge for exercise of
454  + rights granted under this License, and you may not initiate litigation
455  + (including a cross-claim or counterclaim in a lawsuit) alleging that
456  + any patent claim is infringed by making, using, selling, offering for
457  + sale, or importing the Program or any portion of it.
458  +
459  + 11. Patents.
460  +
461  + A "contributor" is a copyright holder who authorizes use under this
462  + License of the Program or a work on which the Program is based.  The
463  + work thus licensed is called the contributor's "contributor version".
464  +
465  + A contributor's "essential patent claims" are all patent claims
466  + owned or controlled by the contributor, whether already acquired or
467  + hereafter acquired, that would be infringed by some manner, permitted
468  + by this License, of making, using, or selling its contributor version,
469  + but do not include claims that would be infringed only as a
470  + consequence of further modification of the contributor version.  For
471  + purposes of this definition, "control" includes the right to grant
472  + patent sublicenses in a manner consistent with the requirements of
473  + this License.
474  +
475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
476  + patent license under the contributor's essential patent claims, to
477  + make, use, sell, offer for sale, import and otherwise run, modify and
478  + propagate the contents of its contributor version.
479  +
480  + In the following three paragraphs, a "patent license" is any express
481  + agreement or commitment, however denominated, not to enforce a patent
482  + (such as an express permission to practice a patent or covenant not to
483  + sue for patent infringement).  To "grant" such a patent license to a
484  + party means to make such an agreement or commitment not to enforce a
485  + patent against the party.
486  +
```

N4J_019048

```
487   + If you convey a covered work, knowingly relying on a patent license,
488   + and the Corresponding Source of the work is not available for anyone
489   + to copy, free of charge and under the terms of this License, through a
490   + publicly available network server or other readily accessible means,
491   + then you must either (1) cause the Corresponding Source to be so
492   + available, or (2) arrange to deprive yourself of the benefit of the
493   + patent license for this particular work, or (3) arrange, in a manner
494   + consistent with the requirements of this License, to extend the patent
495   + license to downstream recipients.  "Knowingly relying" means you have
496   + actual knowledge that, but for the patent license, your conveying the
497   + covered work in a country, or your recipient's use of the covered work
498   + in a country, would infringe one or more identifiable patents in that
499   + country that you have reason to believe are valid.
500   +
501   + If, pursuant to or in connection with a single transaction or
502   + arrangement, you convey, or propagate by procuring conveyance of, a
503   + covered work, and grant a patent license to some of the parties
504   + receiving the covered work authorizing them to use, propagate, modify
505   + or convey a specific copy of the covered work, then the patent license
506   + you grant is automatically extended to all recipients of the covered
507   + work and works based on it.
508   +
509   + A patent license is "discriminatory" if it does not include within
510   + the scope of its coverage, prohibits the exercise of, or is
511   + conditioned on the non-exercise of one or more of the rights that are
512   + specifically granted under this License.  You may not convey a covered
513   + work if you are a party to an arrangement with a third party that is
514   + in the business of distributing software, under which you make payment
515   + to the third party based on the extent of your activity of conveying
516   + the work, and under which the third party grants, to any of the
517   + parties who would receive the covered work from you, a discriminatory
518   + patent license (a) in connection with copies of the covered work
519   + conveyed by you (or copies made from those copies), or (b) primarily
520   + for and in connection with specific products or compilations that
521   + contain the covered work, unless you entered into that arrangement,
522   + or that patent license was granted, prior to 28 March 2007.
523   +
524   + Nothing in this License shall be construed as excluding or limiting
525   + any implied license or other defenses to infringement that may
526   + otherwise be available to you under applicable patent law.
527   +
528   + 12. No Surrender of Others' Freedom.
529   +
530   + If conditions are imposed on you (whether by court order, agreement or
531   + otherwise) that contradict the conditions of this License, they do not
532   + excuse you from the conditions of this License.  If you cannot convey a
533   + covered work so as to satisfy simultaneously your obligations under this
534   + License and any other pertinent obligations, then as a consequence you may
535   + not convey it at all.  For example, if you agree to terms that obligate you
536   + to collect a royalty for further conveying from those to whom you convey
537   + the Program, the only way you could satisfy both those terms and this
538   + License would be to refrain entirely from conveying the Program.
539   +
540   + 13. Remote Network Interaction; Use with the GNU General Public License.
541   +
542   + Notwithstanding any other provision of this License, if you modify the
543   + Program, your modified version must prominently offer all users
544   + interacting with it remotely through a computer network (if your version
545   + supports such interaction) an opportunity to receive the Corresponding
546   + Source of your version by providing access to the Corresponding Source
547   + from a network server at no charge, through some standard or customary
548   + means of facilitating copying of software.  This Corresponding Source
549   + shall include the Corresponding Source for any work covered by version 3
```

N4J_019049

```
550   + of the GNU General Public License that is incorporated pursuant to the
551   + following paragraph.
552   +
553   + Notwithstanding any other provision of this License, you have
554   + permission to link or combine any covered work with a work licensed
555   + under version 3 of the GNU General Public License into a single
556   + combined work, and to convey the resulting work.  The terms of this
557   + License will continue to apply to the part which is the covered work,
558   + but the work with which it is combined will remain governed by version
559   + 3 of the GNU General Public License.
560   +
561   + 14. Revised Versions of this License.
562   +
563   + The Free Software Foundation may publish revised and/or new versions of
564   + the GNU Affero General Public License from time to time.  Such new versions
565   + will be similar in spirit to the present version, but may differ in detail to
566   + address new problems or concerns.
567   +
568   + Each version is given a distinguishing version number.  If the
569   + Program specifies that a certain numbered version of the GNU Affero General
570   + Public License "or any later version" applies to it, you have the
571   + option of following the terms and conditions either of that numbered
572   + version or of any later version published by the Free Software
573   + Foundation.  If the Program does not specify a version number of the
574   + GNU Affero General Public License, you may choose any version ever published
575   + by the Free Software Foundation.
576   +
577   + If the Program specifies that a proxy can decide which future
578   + versions of the GNU Affero General Public License can be used, that proxy's
579   + public statement of acceptance of a version permanently authorizes you
580   + to choose that version for the Program.
581   +
582   + Later license versions may give you additional or different
583   + permissions.  However, no additional obligations are imposed on any
584   + author or copyright holder as a result of your choosing to follow a
585   + later version.
586   +
587   + 15. Disclaimer of Warranty.
588   +
589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
590   + APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
591   + HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
592   + OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
593   + THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
594   + PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
595   + IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
596   + ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
597   +
598   + 16. Limitation of Liability.
599   +
600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
601   + WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
602   + THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
603   + GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
604   + USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
605   + DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
606   + PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
607   + EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
608   + SUCH DAMAGES.
609   +
610   + 17. Interpretation of Sections 15 and 16.
611   +
612   + If the disclaimer of warranty and limitation of liability provided
```

N4J_019050

```
613  + above cannot be given local legal effect according to their terms,
614  + reviewing courts shall apply local law that most closely approximates
615  + an absolute waiver of all civil liability in connection with the
616  + Program, unless a warranty or assumption of liability accompanies a
617  + copy of the Program in return for a fee.
618  +
619  + END OF TERMS AND CONDITIONS
620  +
621  + How to Apply These Terms to Your New Programs
622  +
623  + If you develop a new program, and you want it to be of the greatest
624  + possible use to the public, the best way to achieve this is to make it
625  + free software which everyone can redistribute and change under these terms.
626  +
627  + To do so, attach the following notices to the program.  It is safest
628  + to attach them to the start of each source file to most effectively
629  + state the exclusion of warranty; and each file should have at least
630  + the "copyright" line and a pointer to where the full notice is found.
631  +
632  + <one line to give the program's name and a brief idea of what it does.>
633  + Copyright (C) <year>  <name of author>
634  +
635  + This program is free software: you can redistribute it and/or modify
636  + it under the terms of the GNU Affero General Public License as published by
637  + the Free Software Foundation, either version 3 of the License, or
638  + (at your option) any later version.
639  +
640  + This program is distributed in the hope that it will be useful,
641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
643  + GNU Affero General Public License for more details.
644  +
645  + You should have received a copy of the GNU Affero General Public License
646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
647  +
648  + Also add information on how to contact you by electronic and paper mail.
649  +
650  + If your software can interact with users remotely through a computer
651  + network, you should also make sure that it provides a way for users to
652  + get its source.  For example, if your program is a web application, its
653  + interface could display a "Source" link that leads users to an archive
654  + of the code.  There are many ways you could offer source, and different
655  + solutions will be better for different programs; see section 13 for the
656  + specific requirements.
657  +
658  + You should also get your employer (if you work as a programmer) or school,
659  + if any, to sign a "copyright disclaimer" for the program, if necessary.
660  + For more information on this, and how to apply and follow the GNU AGPL, see
661  + <https://www.gnu.org/licenses/>.
```

486 ■■■■■ enterprise/auth-plugin-api/LICENSE.txt

```
...  ...       @@ -1,51 +1,35 @@
1             - NOTICE
2             - This package contains software licensed under different
3             - licenses, please refer to the NOTICE.txt file for further
4             - information and LICENSES.txt for full license texts.
        1     + GNU AFFERO GENERAL PUBLIC LICENSE
        2     +    Version 3, 19 November 2007
5       3
6             - Neo4j Enterprise object code can be licensed independently from
7             - the source under separate commercial terms. Email inquiries can be
8             - directed to: licensing@neo4j.com. More information is also
```

N4J_019051

```
  9            - available at:https://neo4j.com/licensing/
         4     + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
         5     + Everyone is permitted to copy and distribute verbatim copies
         6     + of this license document, but changing it is not allowed.
 10      7
 11            - The software ("Software") is developed and owned by Neo4j Sweden AB
 12            - (referred to in this notice as "Neo4j") and is subject to the terms
 13            - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
         8     + Preamble
 14      9
 15            -
 16            -
 17            -                  GNU AFFERO GENERAL PUBLIC LICENSE
 18            -                    Version 3, 19 November 2007
 19            -
 20            -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21            -  Everyone is permitted to copy and distribute verbatim copies
 22            -  of this license document, but changing it is not allowed.
 23            -
 24            -                          Preamble
 25            -
 26            -   The GNU Affero General Public License is a free, copyleft license
 27            - for software and other kinds of works, specifically designed to ensure
        10     + The GNU Affero General Public License is a free, copyleft license for
        11     + software and other kinds of works, specifically designed to ensure
 28      12      cooperation with the community in the case of network server software.
 29      13
 30            -   The licenses for most software and other practical works are
 31            - designed to take away your freedom to share and change the works.  By
 32            - contrast, our General Public Licenses are intended to guarantee your
 33            - freedom to share and change all versions of a program--to make sure it
 34            - remains free software for all its users.
        14     + The licenses for most software and other practical works are designed
        15     + to take away your freedom to share and change the works.  By contrast,
        16     + our General Public Licenses are intended to guarantee your freedom to
        17     + share and change all versions of a program--to make sure it remains free
        18     + software for all its users.
 35      19
 36            -   When we speak of free software, we are referring to freedom, not
        20     + When we speak of free software, we are referring to freedom, not
 37      21      price.  Our General Public Licenses are designed to make sure that you
 38      22      have the freedom to distribute copies of free software (and charge for
 39      23      them if you wish), that you receive source code or can get it if you
 40      24      want it, that you can change the software or use pieces of it in new
 41      25      free programs, and that you know you can do these things.
 42      26
 43            -   Developers that use our General Public Licenses protect your rights
        27     + Developers that use our General Public Licenses protect your rights
 44      28      with two steps: (1) assert copyright on the software, and (2) offer
 45      29      you this License which gives you legal permission to copy, distribute
 46      30      and/or modify the software.
 47      31
 48            -   A secondary benefit of defending all users' freedom is that
        32     + A secondary benefit of defending all users' freedom is that
 49      33      improvements made in alternate versions of the program, if they
 50      34      receive widespread use, become available for other developers to
 51      35      incorporate.  Many developers of free software are heartened and
 55      39      letting the public access it on a server without ever releasing its
 56      40      source code to the public.
 57      41
 58            -   The GNU Affero General Public License is designed specifically to
        42     + The GNU Affero General Public License is designed specifically to
 59      43      ensure that, in such cases, the modified source code becomes available
```

N4J_019052

```
60   44        to the community.  It requires the operator of a network server to
61   45        provide the source code of the modified version running there to the
62   46        users of that server.  Therefore, public use of a modified version, on
63   47        a publicly accessible server, gives the public access to the source
64   48        code of the modified version.
65   49

66        -   __An older license, called the Affero General Public License and
     50   + An older license, called the Affero General Public License and
67   51        published by Affero, was designed to accomplish similar goals.  This is
68   52        a different license, not a version of the Affero GPL, but Affero has
69   53        released a new version of the Affero GPL which permits relicensing under
70   54        this license.
71   55

72        -   __The precise terms and conditions for copying, distribution and
     56   + The precise terms and conditions for copying, distribution and
73   57        modification follow.
74   58

75        -                         TERMS AND CONDITIONS
     59   + TERMS AND CONDITIONS
     60   +
     61   + 0. Definitions.
76   62

77        -   __0. Definitions.
     63   + "This License" refers to version 3 of the GNU Affero General Public License.
78   64

79        -   "This License" refers to version 3 of the GNU Affero General Public
80        - License.
     65   + "Copyright" also means copyright-like laws that apply to other kinds of
     66   + works, such as semiconductor masks.
81   67

82        -   "Copyright" also means copyright-like laws that apply to other kinds
83        - of works, such as semiconductor masks.
84        -
85        -   "The Program" refers to any copyrightable work licensed under this
     68   + "The Program" refers to any copyrightable work licensed under this
86   69        License.  Each licensee is addressed as "you".  "Licensees" and
87   70        "recipients" may be individuals or organizations.
88   71

89        -   __To "modify" a work means to copy from or adapt all or part of the work
     72   + To "modify" a work means to copy from or adapt all or part of the work
90   73        in a fashion requiring copyright permission, other than the making of an
91   74        exact copy.  The resulting work is called a "modified version" of the
92   75        earlier work or a work "based on" the earlier work.
93   76

94        -   __A "covered work" means either the unmodified Program or a work based
     77   + A "covered work" means either the unmodified Program or a work based
95   78        on the Program.
96   79

97        -   __To "propagate" a work means to do anything with it that, without
     80   + To "propagate" a work means to do anything with it that, without
98   81        permission, would make you directly or secondarily liable for
99   82        infringement under applicable copyright law, except executing it on a
100  83        computer or modifying a private copy.  Propagation includes copying,
101  84        distribution (with or without modification), making available to the
102  85        public, and in some countries other activities as well.
103  86

104       -   __To "convey" a work means any kind of propagation that enables other
     87   + To "convey" a work means any kind of propagation that enables other
105  88        parties to make or receive copies.  Mere interaction with a user through
106  89        a computer network, with no transfer of a copy, is not conveying.
107  90

108       -   __An interactive user interface displays "Appropriate Legal Notices"
     91   + An interactive user interface displays "Appropriate Legal Notices"
```

N4J_019053

```
109   92          to the extent that it includes a convenient and prominently visible
110   93          feature that (1) displays an appropriate copyright notice, and (2)
111   94          tells the user that there is no warranty for the work (except to the
114   97          the interface presents a list of user commands or options, such as a
115   98          menu, a prominent item in the list meets this criterion.
116   99

117      -  __1. Source Code.
      100  +  1. Source Code.
118   101

119      -  __The "source code" for a work means the preferred form of the work
      102  +  The "source code" for a work means the preferred form of the work
120   103          for making modifications to it.  "Object code" means any non-source
121   104          form of a work.
122   105

123      -  __A "Standard Interface" means an interface that either is an official
      106  +  A "Standard Interface" means an interface that either is an official
124   107          standard defined by a recognized standards body, or, in the case of
125   108          interfaces specified for a particular programming language, one that
126   109          is widely used among developers working in that language.
127   110

128      -  __The "System Libraries" of an executable work include anything, other
      111  +  The "System Libraries" of an executable work include anything, other
129   112          than the work as a whole, that (a) is included in the normal form of
130   113          packaging a Major Component, but which is not part of that Major
131   114          Component, and (b) serves only to enable use of the work with that
136   119          (if any) on which the executable work runs, or a compiler used to
137   120          produce the work, or an object code interpreter used to run it.
138   121

139      -  __The "Corresponding Source" for a work in object code form means all
      122  +  The "Corresponding Source" for a work in object code form means all
140   123          the source code needed to generate, install, and (for an executable
141   124          work) run the object code and to modify the work, including scripts to
142   125          control those activities.  However, it does not include the work's
149   132          such as by intimate data communication or control flow between those
150   133          subprograms and other parts of the work.
151   134

152      -  __The Corresponding Source need not include anything that users
      135  +  The Corresponding Source need not include anything that users
153   136          can regenerate automatically from other parts of the Corresponding
154   137          Source.
155   138

156      -  __The Corresponding Source for a work in source code form is that
      139  +  The Corresponding Source for a work in source code form is that
157   140          same work.
158   141

159      -  __2. Basic Permissions.
      142  +  2. Basic Permissions.
160   143

161      -  __All rights granted under this License are granted for the term of
      144  +  All rights granted under this License are granted for the term of
162   145          copyright on the Program, and are irrevocable provided the stated
163   146          conditions are met.  This License explicitly affirms your unlimited
164   147          permission to run the unmodified Program.  The output from running a
165   148          covered work is covered by this License only if the output, given its
166   149          content, constitutes a covered work.  This License acknowledges your
167   150          rights of fair use or other equivalent, as provided by copyright law.
168   151

169      -  __You may make, run and propagate covered works that you do not
      152  +  You may make, run and propagate covered works that you do not
170   153          convey, without conditions so long as your license otherwise remains
171   154          in force.  You may convey covered works to others for the sole purpose
172   155          of having them make modifications exclusively for you, or provide you
177   160          and control, on terms that prohibit them from making any copies of
```

N4J_019054

```
178   161         your copyrighted material outside their relationship with you.

179   162

180         -   __Conveying under any other circumstances is permitted solely under
      163   +   Conveying under any other circumstances is permitted solely under

181   164         the conditions stated below.  Sublicensing is not allowed; section 10
182   165         makes it unnecessary.

183   166

184         -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167   +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

185   168

186         -   __No covered work shall be deemed part of an effective technological
      169   +   No covered work shall be deemed part of an effective technological

187   170         measure under any applicable law fulfilling obligations under article
188   171         11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172         similar laws prohibiting or restricting circumvention of such
190   173         measures.

191   174

192         -   __When you convey a covered work, you waive any legal power to forbid
      175   +   When you convey a covered work, you waive any legal power to forbid

193   176         circumvention of technological measures to the extent such circumvention
194   177         is effected by exercising rights under this License with respect to
195   178         the covered work, and you disclaim any intention to limit operation or
196   179         modification of the work as a means of enforcing, against the work's
197   180         users, your or third parties' legal rights to forbid circumvention of
198   181         technological measures.

199   182

200         -   __4. Conveying Verbatim Copies.
      183   +   4. Conveying Verbatim Copies.

201   184

202         -   __You may convey verbatim copies of the Program's source code as you
      185   +   You may convey verbatim copies of the Program's source code as you

203   186         receive it, in any medium, provided that you conspicuously and
204   187         appropriately publish on each copy an appropriate copyright notice;
205   188         keep intact all notices stating that this License and any
206   189         non-permissive terms added in accord with section 7 apply to the code;
207   190         keep intact all notices of the absence of any warranty; and give all
208   191         recipients a copy of this License along with the Program.

209   192

210         -   __You may charge any price or no price for each copy that you convey,
      193   +   You may charge any price or no price for each copy that you convey,

211   194         and you may offer support or warranty protection for a fee.

212   195

213         -   __5. Conveying Modified Source Versions.
      196   +   5. Conveying Modified Source Versions.

214   197

215         -   __You may convey a work based on the Program, or the modifications to
      198   +   You may convey a work based on the Program, or the modifications to

216   199         produce it from the Program, in the form of source code under the
217   200         terms of section 4, provided that you also meet all of these conditions:

218   201

219         -   ___a) The work must carry prominent notices stating that you modified
220         -   ___it, and giving a relevant date.
      202   +   a) The work must carry prominent notices stating that you modified
      203   +   it, and giving a relevant date.

221   204

222         -   ___b) The work must carry prominent notices stating that it is
223         -   ___released under this License and any conditions added under section
224         -   ___7.  This requirement modifies the requirement in section 4 to
225         -   ___"keep intact all notices".
      205   +   b) The work must carry prominent notices stating that it is
      206   +   released under this License and any conditions added under section
      207   +   7.  This requirement modifies the requirement in section 4 to
      208   +   "keep intact all notices".
```

N4J_019055

Update ... ONgdbSExDie to document also not violated ... graph foundation/ongdb c0b23b · GitHub

```
226  209
227       -   c) You must license the entire work, as a whole, under this
228       -   License to anyone who comes into possession of a copy.  This
229       -   License will therefore apply, along with any applicable section 7
230       -   additional terms, to the whole of the work, and all its parts,
231       -   regardless of how they are packaged.  This License gives no
232       -   permission to license the work in any other way, but it does not
233       -   invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235       -   d) If the work has interactive user interfaces, each must display
236       -   Appropriate Legal Notices; however, if the Program has interactive
237       -   interfaces that do not display Appropriate Legal Notices, your
238       -   work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240       -   A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224      works, which are not by their nature extensions of the covered work,
242  225      and which are not combined with it such as to form a larger program,
243  226      in or on a volume of a storage or distribution medium, is called an
247  230      in an aggregate does not cause this License to apply to the other
248  231      parts of the aggregate.
249  232
250       -   6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -   You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236      of sections 4 and 5, provided that you also convey the
254  237      machine-readable Corresponding Source under the terms of this License,
255  238      in one of these ways:
256  239
257       -   a) Convey the object code in, or embodied in, a physical product
258       -   (including a physical distribution medium), accompanied by the
259       -   Corresponding Source fixed on a durable physical medium
260       -   customarily used for software interchange.
261       -
262       -   b) Convey the object code in, or embodied in, a physical product
263       -   (including a physical distribution medium), accompanied by a
264       -   written offer, valid for at least three years and valid for as
265       -   long as you offer spare parts or customer support for that product
266       -   model, to give anyone who possesses the object code either (1) a
267       -   copy of the Corresponding Source for all the software in the
268       -   product that is covered by this License, on a durable physical
269       -   medium customarily used for software interchange, for a price no
270       -   more than your reasonable cost of physically performing this
271       -   conveying of source, or (2) access to copy the
272       -   Corresponding Source from a network server at no charge.
273       -
274       -   c) Convey individual copies of the object code with a copy of the
275       -   written offer to provide the Corresponding Source.  This
276       -   alternative is allowed only occasionally and noncommercially, and
277       -   only if you received the object code with such an offer, in accord
```

N4J_019056

```
278          -  ___with subsection 6b.
279          -
280          -  ___d) Convey the object code by offering access from a designated
281          -  ___place (gratis or for a charge), and offer equivalent access to the
282          -  ___Corresponding Source in the same way through the same place at no
283          -  ___further charge.  You need not require recipients to copy the
284          -  ___Corresponding Source along with the object code.  If the place to
285          -  ___copy the object code is a network server, the Corresponding Source
286          -  ___may be on a different server (operated by you or a third party)
287          -  ___that supports equivalent copying facilities, provided you maintain
288          -  ___clear directions next to the object code saying where to find the
289          -  ___Corresponding Source.  Regardless of what server hosts the
290          -  ___Corresponding Source, you remain obligated to ensure that it is
291          -  ___available for as long as needed to satisfy these requirements.
292          -
293          -  ___e) Convey the object code using peer-to-peer transmission, provided
294          -  ___you inform other peers where the object code and Corresponding
295          -  ___Source of the work are being offered to the general public at no
296          -  ___charge under subsection 6d.
297          -
298          -  __A separable portion of the object code, whose source code is excluded
        240  + a) Convey the object code in, or embodied in, a physical product
        241  + (including a physical distribution medium), accompanied by the
        242  + Corresponding Source fixed on a durable physical medium
        243  + customarily used for software interchange.
        244  +
        245  + b) Convey the object code in, or embodied in, a physical product
        246  + (including a physical distribution medium), accompanied by a
        247  + written offer, valid for at least three years and valid for as
        248  + long as you offer spare parts or customer support for that product
        249  + model, to give anyone who possesses the object code either (1) a
        250  + copy of the Corresponding Source for all the software in the
        251  + product that is covered by this License, on a durable physical
        252  + medium customarily used for software interchange, for a price no
        253  + more than your reasonable cost of physically performing this
        254  + conveying of source, or (2) access to copy the
        255  + Corresponding Source from a network server at no charge.
        256  +
        257  + c) Convey individual copies of the object code with a copy of the
        258  + written offer to provide the Corresponding Source.  This
        259  + alternative is allowed only occasionally and noncommercially, and
        260  + only if you received the object code with such an offer, in accord
        261  + with subsection 6b.
        262  +
        263  + d) Convey the object code by offering access from a designated
        264  + place (gratis or for a charge), and offer equivalent access to the
        265  + Corresponding Source in the same way through the same place at no
        266  + further charge.  You need not require recipients to copy the
        267  + Corresponding Source along with the object code.  If the place to
        268  + copy the object code is a network server, the Corresponding Source
        269  + may be on a different server (operated by you or a third party)
        270  + that supports equivalent copying facilities, provided you maintain
        271  + clear directions next to the object code saying where to find the
        272  + Corresponding Source.  Regardless of what server hosts the
        273  + Corresponding Source, you remain obligated to ensure that it is
        274  + available for as long as needed to satisfy these requirements.
        275  +
        276  + e) Convey the object code using peer-to-peer transmission, provided
        277  + you inform other peers where the object code and Corresponding
        278  + Source of the work are being offered to the general public at no
        279  + charge under subsection 6d.
        280  +
        281  + A separable portion of the object code, whose source code is excluded
```

N4J_019057

```
299  282      from the Corresponding Source as a System Library, need not be
300  283      included in conveying the object code work.
301  284

302        -  __A "User Product" is either (1) a "consumer product", which means any
     285  +  A "User Product" is either (1) a "consumer product", which means any
303  286      tangible personal property which is normally used for personal, family,
304  287      or household purposes, or (2) anything designed or sold for incorporation
305  288      into a dwelling.  In determining whether a product is a consumer product,
312  295      commercial, industrial or non-consumer uses, unless such uses represent
313  296      the only significant mode of use of the product.
314  297

315        -  __"Installation Information" for a User Product means any methods,
     298  +  "Installation Information" for a User Product means any methods,
316  299      procedures, authorization keys, or other information required to install
317  300      and execute modified versions of a covered work in that User Product from
318  301      a modified version of its Corresponding Source.  The information must
319  302      suffice to ensure that the continued functioning of the modified object
320  303      code is in no case prevented or interfered with solely because
321  304      modification has been made.
322  305

323        -  __If you convey an object code work under this section in, or with, or
     306  +  If you convey an object code work under this section in, or with, or
324  307      specifically for use in, a User Product, and the conveying occurs as
325  308      part of a transaction in which the right of possession and use of the
326  309      User Product is transferred to the recipient in perpetuity or for a
331  314      modified object code on the User Product (for example, the work has
332  315      been installed in ROM).
333  316

334        -  __The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318      requirement to continue to provide support service, warranty, or updates
336  319      for a work that has been modified or installed by the recipient, or for
337  320      the User Product in which it has been modified or installed.  Access to a
338  321      network may be denied when the modification itself materially and
339  322      adversely affects the operation of the network or violates the rules and
340  323      protocols for communication across the network.
341  324

342        -  __Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326      in accord with this section must be in a format that is publicly
344  327      documented (and with an implementation available to the public in
345  328      source code form), and must require no special password or key for
346  329      unpacking, reading or copying.
347  330

348        -  __7. Additional Terms.
     331  +  7. Additional Terms.
349  332

350        -  __"Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334      License by making exceptions from one or more of its conditions.
352  335      Additional permissions that are applicable to the entire Program shall
353  336      be treated as though they were included in this License, to the extent
356  339      under those permissions, but the entire Program remains governed by
357  340      this License without regard to the additional permissions.
358  341

359        -  __When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348
```

| 366 | | - __Notwithstanding any other provision of this License, for material you |
| | 349 | + Notwithstanding any other provision of this License, for material you |
| 367 | 350 | add to a covered work, you may (if authorized by the copyright holders of |
| 368 | 351 | that material) supplement the terms of this License with terms: |
| 369 | 352 | |
| 370 | | - ____a) Disclaiming warranty or limiting liability differently from the |
| 371 | | - ____terms of sections 15 and 16 of this License; or |
| | 353 | + a) Disclaiming warranty or limiting liability differently from the |
| | 354 | + terms of sections 15 and 16 of this License; or |
| 372 | 355 | |
| 373 | | - ____b) Requiring preservation of specified reasonable legal notices or |
| 374 | | - ____author attributions in that material or in the Appropriate Legal |
| 375 | | - ____Notices displayed by works containing it; or |
| | 356 | + b) Requiring preservation of specified reasonable legal notices or |
| | 357 | + author attributions in that material or in the Appropriate Legal |
| | 358 | + Notices displayed by works containing it; or |
| 376 | 359 | |
| 377 | | - ____c) Prohibiting misrepresentation of the origin of that material, or |
| 378 | | - ____requiring that modified versions of such material be marked in |
| 379 | | - ____reasonable ways as different from the original version; or |
| | 360 | + c) Prohibiting misrepresentation of the origin of that material, or |
| | 361 | + requiring that modified versions of such material be marked in |
| | 362 | + reasonable ways as different from the original version; or |
| 380 | 363 | |
| 381 | | - ____d) Limiting the use for publicity purposes of names of licensors or |
| 382 | | - ____authors of the material; or |
| | 364 | + d) Limiting the use for publicity purposes of names of licensors or |
| | 365 | + authors of the material; or |
| 383 | 366 | |
| 384 | | - ____e) Declining to grant rights under trademark law for use of some |
| 385 | | - ____trade names, trademarks, or service marks; or |
| | 367 | + e) Declining to grant rights under trademark law for use of some |
| | 368 | + trade names, trademarks, or service marks; or |
| 386 | 369 | |
| 387 | | - ____f) Requiring indemnification of licensors and authors of that |
| 388 | | - ____material by anyone who conveys the material (or modified versions of |
| 389 | | - ____it) with contractual assumptions of liability to the recipient, for |
| 390 | | - ____any liability that these contractual assumptions directly impose on |
| 391 | | - ____those licensors and authors. |
| | 370 | + f) Requiring indemnification of licensors and authors of that |
| | 371 | + material by anyone who conveys the material (or modified versions of |
| | 372 | + it) with contractual assumptions of liability to the recipient, for |
| | 373 | + any liability that these contractual assumptions directly impose on |
| | 374 | + those licensors and authors. |
| 392 | 375 | |
| 393 | | - __All other non-permissive additional terms are considered "further |
| | 376 | + All other non-permissive additional terms are considered "further |
| 394 | 377 | restrictions" within the meaning of section 10.  If the Program as you |
| 395 | 378 | received it, or any part of it, contains a notice stating that it is |
| 396 | | - governed by this License along with a term that is a further restriction, |
| 397 | | - you may remove that term.  If a license document contains a further |
| 398 | | - restriction but permits relicensing or conveying under this License, you |
| 399 | | - may add to a covered work material governed by the terms of that license |
| 400 | | - document, provided that the further restriction does not survive such |
| 401 | | - relicensing or conveying. |
| 402 | | - |
| 403 | | - __If you add terms to a covered work in accord with this section, you |
| | 379 | + governed by this License along with a term that is a further |
| | 380 | + restriction, you may remove that term.  If a license document contains |
| | 381 | + a further restriction but permits relicensing or conveying under this |
| | 382 | + License, you may add to a covered work material governed by the terms |
| | 383 | + of that license document, provided that the further restriction does |
| | 384 | + not survive such relicensing or conveying. |

N4J_019059

```
385   +
386   + If you add terms to a covered work in accord with this section, you
404   387   must place, in the relevant source files, a statement of the
405   388   additional terms that apply to those files, or a notice indicating
406   389   where to find the applicable terms.
407   390
408   -   __Additional terms, permissive or non-permissive, may be stated in the
      391   + Additional terms, permissive or non-permissive, may be stated in the
409   392   form of a separately written license, or stated as exceptions;
410   393   the above requirements apply either way.
411   394
412   -   __8. Termination.
      395   + 8. Termination.
413   396
414   -   __You may not propagate or modify a covered work except as expressly
      397   + You may not propagate or modify a covered work except as expressly
415   398   provided under this License.  Any attempt otherwise to propagate or
416   399   modify it is void, and will automatically terminate your rights under
417   400   this License (including any patent licenses granted under the third
418   401   paragraph of section 11).
419   402
420   -   __However, if you cease all violation of this License, then your
      403   + However, if you cease all violation of this License, then your
421   404   license from a particular copyright holder is reinstated (a)
422   405   provisionally, unless and until the copyright holder explicitly and
423   406   finally terminates your license, and (b) permanently, if the copyright
424   407   holder fails to notify you of the violation by some reasonable means
425   408   prior to 60 days after the cessation.
426   409
427   -   __Moreover, your license from a particular copyright holder is
      410   + Moreover, your license from a particular copyright holder is
428   411   reinstated permanently if the copyright holder notifies you of the
429   412   violation by some reasonable means, this is the first time you have
430   413   received notice of violation of this License (for any work) from that
431   414   copyright holder, and you cure the violation prior to 30 days after
432   415   your receipt of the notice.
433   416
434   -   __Termination of your rights under this section does not terminate the
      417   + Termination of your rights under this section does not terminate the
435   418   licenses of parties who have received copies or rights from you under
436   419   this License.  If your rights have been terminated and not permanently
437   420   reinstated, you do not qualify to receive new licenses for the same
438   421   material under section 10.
439   422
440   -   __9. Acceptance Not Required for Having Copies.
      423   + 9. Acceptance Not Required for Having Copies.
441   424
442   -   __You are not required to accept this License in order to receive or
      425   + You are not required to accept this License in order to receive or
443   426   run a copy of the Program.  Ancillary propagation of a covered work
444   427   occurring solely as a consequence of using peer-to-peer transmission
445   428   to receive a copy likewise does not require acceptance.  However,
448   431   not accept this License.  Therefore, by modifying or propagating a
449   432   covered work, you indicate your acceptance of this License to do so.
450   433
451   -   __10. Automatic Licensing of Downstream Recipients.
      434   + 10. Automatic Licensing of Downstream Recipients.
452   435
453   -   __Each time you convey a covered work, the recipient automatically
      436   + Each time you convey a covered work, the recipient automatically
454   437   receives a license from the original licensors, to run, modify and
455   438   propagate that work, subject to this License.  You are not responsible
456   439   for enforcing compliance by third parties with this License.
```

N4J_019060

| 457 | 440 | | |
|---|---|---|---|
| 458 | | - | __An "entity transaction" is a transaction transferring control of an |
| | 441 | + | An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | | organization, or merging organizations.  If propagation of a covered |
| 461 | 444 | | work results from an entity transaction, each party to that |
| 465 | 448 | | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | | |
| 468 | | - | __You may not impose any further restrictions on the exercise of the |
| | 451 | + | You may not impose any further restrictions on the exercise of the |
| 469 | 452 | | rights granted or affirmed under this License.  For example, you may |
| 470 | 453 | | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | | sale, or importing the Program or any portion of it. |
| 475 | 458 | | |
| 476 | | - | __11. Patents. |
| | 459 | + | 11. Patents. |
| 477 | 460 | | |
| 478 | | - | __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + | A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | | License of the Program or a work on which the Program is based.  The |
| 480 | 463 | | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | | |
| 482 | | - | __A contributor's "essential patent claims" are all patent claims |
| | 465 | + | A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | | this License. |
| 491 | 474 | | |
| 492 | | - | __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + | Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | | patent license under the contributor's essential patent claims, to |
| 494 | 477 | | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | | propagate the contents of its contributor version. |
| 496 | 479 | | |
| 497 | | - | __In the following three paragraphs, a "patent license" is any express |
| | 480 | + | In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | | sue for patent infringement).  To "grant" such a patent license to a |
| 501 | 484 | | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | | patent against the party. |
| 503 | 486 | | |
| 504 | | - | __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + | If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | | publicly available network server or other readily accessible means, |
| 515 | 498 | | in a country, would infringe one or more identifiable patents in that |
| 516 | 499 | | country that you have reason to believe are valid. |
| 517 | 500 | | |
| 518 | | - | __If, pursuant to or in connection with a single transaction or |
| | 501 | + | If, pursuant to or in connection with a single transaction or |
| 519 | 502 | | arrangement, you convey, or propagate by procuring conveyance of, a |
| 520 | 503 | | covered work, and grant a patent license to some of the parties |
| 521 | 504 | | receiving the covered work authorizing them to use, propagate, modify |
| 522 | 505 | | or convey a specific copy of the covered work, then the patent license |
| 523 | 506 | | you grant is automatically extended to all recipients of the covered |

```
524  507        work and works based on it.
525  508

526        -     __A patent license is "discriminatory" if it does not include within
     509  +  A patent license is "discriminatory" if it does not include within
527  510        the scope of its coverage, prohibits the exercise of, or is
528  511        conditioned on the non-exercise of one or more of the rights that are
529  512        specifically granted under this License.  You may not convey a covered
538  521        contain the covered work, unless you entered into that arrangement,
539  522        or that patent license was granted, prior to 28 March 2007.
540  523

541        -     __Nothing in this License shall be construed as excluding or limiting
     524  +  Nothing in this License shall be construed as excluding or limiting
542  525        any implied license or other defenses to infringement that may
543  526        otherwise be available to you under applicable patent law.
544  527

545        -     __12. No Surrender of Others' Freedom.
     528  +  12. No Surrender of Others' Freedom.
546  529

547        -     __If conditions are imposed on you (whether by court order, agreement or
     530  +  If conditions are imposed on you (whether by court order, agreement or
548  531        otherwise) that contradict the conditions of this License, they do not
549  532        excuse you from the conditions of this License.  If you cannot convey a
550  533        covered work so as to satisfy simultaneously your obligations under this
554  537        the Program, the only way you could satisfy both those terms and this
555  538        License would be to refrain entirely from conveying the Program.
556  539

557        -     __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559        -     __Notwithstanding any other provision of this License, if you modify the
     542  +  Notwithstanding any other provision of this License, if you modify the
560  543        Program, your modified version must prominently offer all users
561  544        interacting with it remotely through a computer network (if your version
562  545        supports such interaction) an opportunity to receive the Corresponding
567  550        of the GNU General Public License that is incorporated pursuant to the
568  551        following paragraph.
569  552

570        -     __Notwithstanding any other provision of this License, you have permission
571        -  to link or combine any covered work with a work licensed under version 3
572        -  of the GNU General Public License into a single combined work, and to
573        -  convey the resulting work.  The terms of this license will continue to
574        -  apply to the part which is the covered work, but the work with which it is
575        -  combined will remain governed by version 3 of the GNU General Public
576        -  License.
577        -
578        -     __14. Revised Versions of this License.
579        -
580        -     __The Free Software Foundation may publish revised and/or new versions of
581        -  the GNU Affero General Public License from time to time.  Such new
582        -  versions will be similar in spirit to the present version, but may differ
583        -  in detail to address new problems or concerns.
584        -
585        -     __Each version is given a distinguishing version number.  If the
586        -  Program specifies that a certain numbered version of the GNU Affero
587        -  General Public License "or any later version" applies to it, you have
588        -  the option of following the terms and conditions either of that
589        -  numbered version or of any later version published by the Free
590        -  Software Foundation.  If the Program does not specify a version number
591        -  of the GNU Affero General Public License, you may choose any version
592        -  ever published by the Free Software Foundation.
593        -
594        -     __If the Program specifies that a proxy can decide which future
595        -  versions of the GNU Affero General Public License can be used, that
```

N4J_019062

```
596        - proxy's public statement of acceptance of a version permanently
597        - authorizes you to choose that version for the Program.
598        -
599        - __Later license versions may give you additional or different
     553   + Notwithstanding any other provision of this License, you have
     554   + permission to link or combine any covered work with a work licensed
     555   + under version 3 of the GNU General Public License into a single
     556   + combined work, and to convey the resulting work.  The terms of this
     557   + License will continue to apply to the part which is the covered work,
     558   + but the work with which it is combined will remain governed by version
     559   + 3 of the GNU General Public License.
     560   +
     561   + 14. Revised Versions of this License.
     562   +
     563   + The Free Software Foundation may publish revised and/or new versions of
     564   + the GNU Affero General Public License from time to time.  Such new versions
     565   + will be similar in spirit to the present version, but may differ in detail to
     566   + address new problems or concerns.
     567   +
     568   + Each version is given a distinguishing version number.  If the
     569   + Program specifies that a certain numbered version of the GNU Affero General
     570   + Public License "or any later version" applies to it, you have the
     571   + option of following the terms and conditions either of that numbered
     572   + version or of any later version published by the Free Software
     573   + Foundation.  If the Program does not specify a version number of the
     574   + GNU Affero General Public License, you may choose any version ever published
     575   + by the Free Software Foundation.
     576   +
     577   + If the Program specifies that a proxy can decide which future
     578   + versions of the GNU Affero General Public License can be used, that proxy's
     579   + public statement of acceptance of a version permanently authorizes you
     580   + to choose that version for the Program.
     581   +
     582   + Later license versions may give you additional or different
600  583     permissions.  However, no additional obligations are imposed on any
601  584     author or copyright holder as a result of your choosing to follow a
602  585     later version.
603  586
604        - __15. Disclaimer of Warranty.
     587   + 15. Disclaimer of Warranty.
605  588
606        - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615        - __16. Limitation of Liability.
     598   + 16. Limitation of Liability.
616  599
617        - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608     SUCH DAMAGES.
626  609
627        - __17. Interpretation of Sections 15 and 16.
     610   + 17. Interpretation of Sections 15 and 16.
628  611
```

N4J_019063

```
629   612   -   If the disclaimer of warranty and limitation of liability provided
      612   + If the disclaimer of warranty and limitation of liability provided
630   613     above cannot be given local legal effect according to their terms,
631   614     reviewing courts shall apply local law that most closely approximates
632   615     an absolute waiver of all civil liability in connection with the
633   616     Program, unless a warranty or assumption of liability accompanies a
634   617     copy of the Program in return for a fee.
635   618
636         -                     END OF TERMS AND CONDITIONS
      619   + END OF TERMS AND CONDITIONS
637   620
638         -             How to Apply These Terms to Your New Programs
      621   + How to Apply These Terms to Your New Programs
639   622
640         -   If you develop a new program, and you want it to be of the greatest
      623   + If you develop a new program, and you want it to be of the greatest
641   624     possible use to the public, the best way to achieve this is to make it
642   625     free software which everyone can redistribute and change under these terms.
643   626
644         -   To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628     to attach them to the start of each source file to most effectively
646   629     state the exclusion of warranty; and each file should have at least
647   630     the "copyright" line and a pointer to where the full notice is found.
648   631
649         -     <one line to give the program's name and a brief idea of what it does.>
650         -     Copyright (C) <year>  <name of author>
      632   + <one line to give the program's name and a brief idea of what it does.>
      633   + Copyright (C) <year>  <name of author>
651   634
652         -     This program is free software: you can redistribute it and/or modify
653         -     it under the terms of the GNU Affero General Public License as
654         -     published by the Free Software Foundation, either version 3 of the
655         -     License, or (at your option) any later version.
      635   + This program is free software: you can redistribute it and/or modify
      636   + it under the terms of the GNU Affero General Public License as published by
      637   + the Free Software Foundation, either version 3 of the License, or
      638   + (at your option) any later version.
656   639
657         -     This program is distributed in the hope that it will be useful,
658         -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659         -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660         -     GNU Affero General Public License for more details.
      640   + This program is distributed in the hope that it will be useful,
      641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   + GNU Affero General Public License for more details.
661   644
662         -     You should have received a copy of the GNU Affero General Public License
663         -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648     Also add information on how to contact you by electronic and paper mail.
666   649
667         -   If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651     network, you should also make sure that it provides a way for users to
669   652     get its source.  For example, if your program is a web application, its
670   653     interface could display a "Source" link that leads users to an archive
671   654     of the code.  There are many ways you could offer source, and different
672   655     solutions will be better for different programs; see section 13 for the
673   656     specific requirements.
```

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 339 of 1198
Update ongdb LICENSE due to Commons Clause license · not violated · Issue #1 · graphfoundation/ongdb · GitHub

| 674 | 657 | | |
|---|---|---|---|
| 675 | | - |   __You should also get your employer (if you work as a programmer) or school, |
| | 658 | + | You should also get your employer (if you work as a programmer) or school, |
| 676 | 659 | | if any, to sign a "copyright disclaimer" for the program, if necessary. |
| 677 | 660 | | For more information on this, and how to apply and follow the GNU AGPL, see |
| 678 | | - | <http://www.gnu.org/licenses/>. |
| 679 | | - | |
| 680 | | - | |
| 681 | | - | "Commons Clause" License Condition |
| 682 | | - | |
| 683 | | - | The Software is provided to you by the Licensor under the License, as |
| 684 | | - | defined below, subject to the following condition. Without limiting |
| 685 | | - | other conditions in the License, the grant of rights under the License |
| 686 | | - | will not include, and the License does not grant to you, the right to |
| 687 | | - | Sell the Software.  For purposes of the foregoing, "Sell" means |
| 688 | | - | practicing any or all of the rights granted to you under the License |
| 689 | | - | to provide to third parties, for a fee or other consideration, |
| 690 | | - | a product or service that consists, entirely or substantially, |
| 691 | | - | of the Software or the functionality of the Software. Any license |
| 692 | | - | notice or attribution required by the License must also include |
| 693 | | - | this Commons Cause License Condition notice. |
| | 661 | + | <https://www.gnu.org/licenses/>. |

---

▽ 486 ■■■■ enterprise/backup/LICENSE.txt 📋

| ... | ... | | @@ -1,51 +1,35 @@ |
|---|---|---|---|
| 1 | | - | NOTICE |
| 2 | | - | This package contains software licensed under different |
| 3 | | - | licenses, please refer to the NOTICE.txt file for further |
| 4 | | - | information and LICENSES.txt for full license texts. |
| | 1 | + | GNU AFFERO GENERAL PUBLIC LICENSE |
| | 2 | + | Version 3, 19 November 2007 |
| 5 | 3 | | |
| 6 | | - | Neo4j Enterprise object code can be licensed independently from |
| 7 | | - | the source under separate commercial terms. Email inquiries can be |
| 8 | | - | directed to: licensing@neo4j.com. More information is also |
| 9 | | - | available at:https://neo4j.com/licensing/ |
| | 4 | + | Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | 5 | + | Everyone is permitted to copy and distribute verbatim copies |
| | 6 | + | of this license document, but changing it is not allowed. |
| 10 | 7 | | |
| 11 | | - | The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | - | (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | - | of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows: |
| | 8 | + | Preamble |
| 14 | 9 | | |
| 15 | | - | |
| 16 | | - | |
| 17 | | - | GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | - | Version 3, 19 November 2007 |
| 19 | | - | |
| 20 | | - | Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | - | Everyone is permitted to copy and distribute verbatim copies |
| 22 | | - | of this license document, but changing it is not allowed. |
| 23 | | - | |
| 24 | | - | Preamble |
| 25 | | - | |
| 26 | | - | The GNU Affero General Public License is a free, copyleft license |
| 27 | | - | for software and other kinds of works, specifically designed to ensure |
| | 10 | + | The GNU Affero General Public License is a free, copyleft license for |
| | 11 | + | software and other kinds of works, specifically designed to ensure |
| 28 | 12 | | cooperation with the community in the case of network server software. |
| 29 | 13 | | |

N4J_019065

```
30    -    The licenses for most software and other practical works are
31    - designed to take away your freedom to share and change the works.  By
32    - contrast, our General Public Licenses are intended to guarantee your
33    - freedom to share and change all versions of a program--to make sure it
34    - remains free software for all its users.
   14 + The licenses for most software and other practical works are designed
   15 + to take away your freedom to share and change the works.  By contrast,
   16 + our General Public Licenses are intended to guarantee your freedom to
   17 + share and change all versions of a program--to make sure it remains free
   18 + software for all its users.
35 19
36    -    When we speak of free software, we are referring to freedom, not
   20 + When we speak of free software, we are referring to freedom, not
37 21   price.  Our General Public Licenses are designed to make sure that you
38 22   have the freedom to distribute copies of free software (and charge for
39 23   them if you wish), that you receive source code or can get it if you
40 24   want it, that you can change the software or use pieces of it in new
41 25   free programs, and that you know you can do these things.
42 26
43    -    Developers that use our General Public Licenses protect your rights
   27 + Developers that use our General Public Licenses protect your rights
44 28   with two steps: (1) assert copyright on the software, and (2) offer
45 29   you this License which gives you legal permission to copy, distribute
46 30   and/or modify the software.
47 31
48    -    A secondary benefit of defending all users' freedom is that
   32 + A secondary benefit of defending all users' freedom is that
49 33   improvements made in alternate versions of the program, if they
50 34   receive widespread use, become available for other developers to
51 35   incorporate.  Many developers of free software are heartened and
55 39   letting the public access it on a server without ever releasing its
56 40   source code to the public.
57 41
58    -    The GNU Affero General Public License is designed specifically to
   42 + The GNU Affero General Public License is designed specifically to
59 43   ensure that, in such cases, the modified source code becomes available
60 44   to the community.  It requires the operator of a network server to
61 45   provide the source code of the modified version running there to the
62 46   users of that server.  Therefore, public use of a modified version, on
63 47   a publicly accessible server, gives the public access to the source
64 48   code of the modified version.
65 49
66    -    An older license, called the Affero General Public License and
   50 + An older license, called the Affero General Public License and
67 51   published by Affero, was designed to accomplish similar goals.  This is
68 52   a different license, not a version of the Affero GPL, but Affero has
69 53   released a new version of the Affero GPL which permits relicensing under
70 54   this license.
71 55
72    -    The precise terms and conditions for copying, distribution and
   56 + The precise terms and conditions for copying, distribution and
73 57   modification follow.
74 58
75    -                       TERMS AND CONDITIONS
   59 + TERMS AND CONDITIONS
   60 +
   61 + 0. Definitions.
76 62
77    -   0. Definitions.
   63 + "This License" refers to version 3 of the GNU Affero General Public License.
78 64
79    -    "This License" refers to version 3 of the GNU Affero General Public
80    - License.
```

N4J_019066

```diff
 65  +  "Copyright" also means copyright-like laws that apply to other kinds of
 66  +  works, such as semiconductor masks.
     67
 82  -     "Copyright" also means copyright-like laws that apply to other kinds
 83  -  of works, such as semiconductor masks.
 84  -
 85  -     "The Program" refers to any copyrightable work licensed under this
     68  +  "The Program" refers to any copyrightable work licensed under this
 86      69  License.  Each licensee is addressed as "you".  "Licensees" and
 87      70  "recipients" may be individuals or organizations.
 88      71
 89  -     __To "modify" a work means to copy from or adapt all or part of the work
     72  +  To "modify" a work means to copy from or adapt all or part of the work
 90      73  in a fashion requiring copyright permission, other than the making of an
 91      74  exact copy.  The resulting work is called a "modified version" of the
 92      75  earlier work or a work "based on" the earlier work.
 93      76
 94  -     __A "covered work" means either the unmodified Program or a work based
     77  +  A "covered work" means either the unmodified Program or a work based
 95      78  on the Program.
 96      79
 97  -     __To "propagate" a work means to do anything with it that, without
     80  +  To "propagate" a work means to do anything with it that, without
 98      81  permission, would make you directly or secondarily liable for
 99      82  infringement under applicable copyright law, except executing it on a
100      83  computer or modifying a private copy.  Propagation includes copying,
101      84  distribution (with or without modification), making available to the
102      85  public, and in some countries other activities as well.
103      86
104  -     __To "convey" a work means any kind of propagation that enables other
     87  +  To "convey" a work means any kind of propagation that enables other
105      88  parties to make or receive copies.  Mere interaction with a user through
106      89  a computer network, with no transfer of a copy, is not conveying.
107      90
108  -     __An interactive user interface displays "Appropriate Legal Notices"
     91  +  An interactive user interface displays "Appropriate Legal Notices"
109      92  to the extent that it includes a convenient and prominently visible
110      93  feature that (1) displays an appropriate copyright notice, and (2)
111      94  tells the user that there is no warranty for the work (except to the
114      97  the interface presents a list of user commands or options, such as a
115      98  menu, a prominent item in the list meets this criterion.
116      99
117  -     __1. Source Code.
     100  +  1. Source Code.
118      101
119  -     __The "source code" for a work means the preferred form of the work
     102  +  The "source code" for a work means the preferred form of the work
120      103  for making modifications to it.  "Object code" means any non-source
121      104  form of a work.
122      105
123  -     __A "Standard Interface" means an interface that either is an official
     106  +  A "Standard Interface" means an interface that either is an official
124      107  standard defined by a recognized standards body, or, in the case of
125      108  interfaces specified for a particular programming language, one that
126      109  is widely used among developers working in that language.
127      110
128  -     __The "System Libraries" of an executable work include anything, other
     111  +  The "System Libraries" of an executable work include anything, other
129      112  than the work as a whole, that (a) is included in the normal form of
130      113  packaging a Major Component, but which is not part of that Major
131      114  Component, and (b) serves only to enable use of the work with that
136      119  (if any) on which the executable work runs, or a compiler used to
137      120  produce the work, or an object code interpreter used to run it.
```

N4J_019067

```
138  121
139        - __The "Corresponding Source" for a work in object code form means all
     122  + The "Corresponding Source" for a work in object code form means all
140  123    the source code needed to generate, install, and (for an executable
141  124    work) run the object code and to modify the work, including scripts to
142  125    control those activities.  However, it does not include the work's
149  132    such as by intimate data communication or control flow between those
150  133    subprograms and other parts of the work.
151  134
152        - __The Corresponding Source need not include anything that users
     135  + The Corresponding Source need not include anything that users
153  136    can regenerate automatically from other parts of the Corresponding
154  137    Source.
155  138
156        - __The Corresponding Source for a work in source code form is that
     139  + The Corresponding Source for a work in source code form is that
157  140    same work.
158  141
159        - __2. Basic Permissions.
     142  + 2. Basic Permissions.
160  143
161        - __All rights granted under this License are granted for the term of
     144  + All rights granted under this License are granted for the term of
162  145    copyright on the Program, and are irrevocable provided the stated
163  146    conditions are met.  This License explicitly affirms your unlimited
164  147    permission to run the unmodified Program.  The output from running a
165  148    covered work is covered by this License only if the output, given its
166  149    content, constitutes a covered work.  This License acknowledges your
167  150    rights of fair use or other equivalent, as provided by copyright law.
168  151
169        - __You may make, run and propagate covered works that you do not
     152  + You may make, run and propagate covered works that you do not
170  153    convey, without conditions so long as your license otherwise remains
171  154    in force.  You may convey covered works to others for the sole purpose
172  155    of having them make modifications exclusively for you, or provide you
177  160    and control, on terms that prohibit them from making any copies of
178  161    your copyrighted material outside their relationship with you.
179  162
180        - __Conveying under any other circumstances is permitted solely under
     163  + Conveying under any other circumstances is permitted solely under
181  164    the conditions stated below.  Sublicensing is not allowed; section 10
182  165    makes it unnecessary.
183  166
184        - __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168
186        - __No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174
192        - __When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182
200        - __4. Conveying Verbatim Copies.
```

N4J_019068

```diff
  183  + 4. Conveying Verbatim Copies.
  184
- 202    - __You may convey verbatim copies of the Program's source code as you
  185  + You may convey verbatim copies of the Program's source code as you
  203  186    receive it, in any medium, provided that you conspicuously and
  204  187    appropriately publish on each copy an appropriate copyright notice;
  205  188    keep intact all notices stating that this License and any
  206  189    non-permissive terms added in accord with section 7 apply to the code;
  207  190    keep intact all notices of the absence of any warranty; and give all
  208  191    recipients a copy of this License along with the Program.
  209  192
- 210    - __You may charge any price or no price for each copy that you convey,
  193  + You may charge any price or no price for each copy that you convey,
  211  194    and you may offer support or warranty protection for a fee.
  212  195
- 213    - __5. Conveying Modified Source Versions.
  196  + 5. Conveying Modified Source Versions.
  214  197
- 215    - __You may convey a work based on the Program, or the modifications to
  198  + You may convey a work based on the Program, or the modifications to
  216  199    produce it from the Program, in the form of source code under the
  217  200    terms of section 4, provided that you also meet all of these conditions:
  218  201
- 219    - ____a) The work must carry prominent notices stating that you modified
- 220    - ____it, and giving a relevant date.
  202  + a) The work must carry prominent notices stating that you modified
  203  + it, and giving a relevant date.
  221  204
- 222    - ____b) The work must carry prominent notices stating that it is
- 223    - ____released under this License and any conditions added under section
- 224    - ____7.  This requirement modifies the requirement in section 4 to
- 225    - ____"keep intact all notices".
  205  + b) The work must carry prominent notices stating that it is
  206  + released under this License and any conditions added under section
  207  + 7.  This requirement modifies the requirement in section 4 to
  208  + "keep intact all notices".
  226  209
- 227    - ____c) You must license the entire work, as a whole, under this
- 228    - ____License to anyone who comes into possession of a copy.  This
- 229    - ____License will therefore apply, along with any applicable section 7
- 230    - ____additional terms, to the whole of the work, and all its parts,
- 231    - ____regardless of how they are packaged.  This License gives no
- 232    - ____permission to license the work in any other way, but it does not
- 233    - ____invalidate such permission if you have separately received it.
  210  + c) You must license the entire work, as a whole, under this
  211  + License to anyone who comes into possession of a copy.  This
  212  + License will therefore apply, along with any applicable section 7
  213  + additional terms, to the whole of the work, and all its parts,
  214  + regardless of how they are packaged.  This License gives no
  215  + permission to license the work in any other way, but it does not
  216  + invalidate such permission if you have separately received it.
  234  217
- 235    - ____d) If the work has interactive user interfaces, each must display
- 236    - ____Appropriate Legal Notices; however, if the Program has interactive
- 237    - ____interfaces that do not display Appropriate Legal Notices, your
- 238    - ____work need not make them do so.
  218  + d) If the work has interactive user interfaces, each must display
  219  + Appropriate Legal Notices; however, if the Program has interactive
  220  + interfaces that do not display Appropriate Legal Notices, your
  221  + work need not make them do so.
  239  222
- 240    - __A compilation of a covered work with other separate and independent
  223  + A compilation of a covered work with other separate and independent
```

N4J_019069

```
241  224    works, which are not by their nature extensions of the covered work,
242  225    and which are not combined with it such as to form a larger program,
243  226    in or on a volume of a storage or distribution medium, is called an
247  230    in an aggregate does not cause this License to apply to the other
248  231    parts of the aggregate.
249  232

250     -  __6. Conveying Non-Source Forms.
     233 +  6. Conveying Non-Source Forms.
251  234

252     -  __You may convey a covered work in object code form under the terms
     235 +  You may convey a covered work in object code form under the terms
253  236    of sections 4 and 5, provided that you also convey the
254  237    machine-readable Corresponding Source under the terms of this License,
255  238    in one of these ways:
256  239

257     -  ____a) Convey the object code in, or embodied in, a physical product
258     -  ____(including a physical distribution medium), accompanied by the
259     -  ____Corresponding Source fixed on a durable physical medium
260     -  ____customarily used for software interchange.
261     -

262     -  ____b) Convey the object code in, or embodied in, a physical product
263     -  ____(including a physical distribution medium), accompanied by a
264     -  ____written offer, valid for at least three years and valid for as
265     -  ____long as you offer spare parts or customer support for that product
266     -  ____model, to give anyone who possesses the object code either (1) a
267     -  ____copy of the Corresponding Source for all the software in the
268     -  ____product that is covered by this License, on a durable physical
269     -  ____medium customarily used for software interchange, for a price no
270     -  ____more than your reasonable cost of physically performing this
271     -  ____conveying of source, or (2) access to copy the
272     -  ____Corresponding Source from a network server at no charge.
273     -

274     -  ____c) Convey individual copies of the object code with a copy of the
275     -  ____written offer to provide the Corresponding Source.  This
276     -  ____alternative is allowed only occasionally and noncommercially, and
277     -  ____only if you received the object code with such an offer, in accord
278     -  ____with subsection 6b.
279     -

280     -  ____d) Convey the object code by offering access from a designated
281     -  ____place (gratis or for a charge), and offer equivalent access to the
282     -  ____Corresponding Source in the same way through the same place at no
283     -  ____further charge.  You need not require recipients to copy the
284     -  ____Corresponding Source along with the object code.  If the place to
285     -  ____copy the object code is a network server, the Corresponding Source
286     -  ____may be on a different server (operated by you or a third party)
287     -  ____that supports equivalent copying facilities, provided you maintain
288     -  ____clear directions next to the object code saying where to find the
289     -  ____Corresponding Source.  Regardless of what server hosts the
290     -  ____Corresponding Source, you remain obligated to ensure that it is
291     -  ____available for as long as needed to satisfy these requirements.
292     -

293     -  ____e) Convey the object code using peer-to-peer transmission, provided
294     -  ____you inform other peers where the object code and Corresponding
295     -  ____Source of the work are being offered to the general public at no
296     -  ____charge under subsection 6d.
297     -

298     -  __A separable portion of the object code, whose source code is excluded
     240 +  a) Convey the object code in, or embodied in, a physical product
     241 +  (including a physical distribution medium), accompanied by the
     242 +  Corresponding Source fixed on a durable physical medium
     243 +  customarily used for software interchange.
     244 +

     245 +  b) Convey the object code in, or embodied in, a physical product
```

N4J_019070

```
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302  - __A "User Product" is either (1) a "consumer product", which means any
285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315  - __"Installation Information" for a User Product means any methods,
298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323  - __If you convey an object code work under this section in, or with, or
306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
```

N4J_019071

```
333  316
334      -   The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318      requirement to continue to provide support service, warranty, or updates
336  319      for a work that has been modified or installed by the recipient, or for
337  320      the User Product in which it has been modified or installed.  Access to a
338  321      network may be denied when the modification itself materially and
339  322      adversely affects the operation of the network or violates the rules and
340  323      protocols for communication across the network.
341  324

342      -   Corresponding Source conveyed, and Installation Information provided,
     325  + Corresponding Source conveyed, and Installation Information provided,
343  326      in accord with this section must be in a format that is publicly
344  327      documented (and with an implementation available to the public in
345  328      source code form), and must require no special password or key for
346  329      unpacking, reading or copying.
347  330

348      -   7. Additional Terms.
     331  + 7. Additional Terms.
349  332

350      -   "Additional permissions" are terms that supplement the terms of this
     333  + "Additional permissions" are terms that supplement the terms of this
351  334      License by making exceptions from one or more of its conditions.
352  335      Additional permissions that are applicable to the entire Program shall
353  336      be treated as though they were included in this License, to the extent
356  339      under those permissions, but the entire Program remains governed by
357  340      this License without regard to the additional permissions.
358  341

359      -   When you convey a copy of a covered work, you may at your option
     342  + When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348

366      -   Notwithstanding any other provision of this License, for material you
     349  + Notwithstanding any other provision of this License, for material you
367  350      add to a covered work, you may (if authorized by the copyright holders of
368  351      that material) supplement the terms of this License with terms:
369  352

370      -     a) Disclaiming warranty or limiting liability differently from the
371      -       terms of sections 15 and 16 of this License; or
     353  + a) Disclaiming warranty or limiting liability differently from the
     354  + terms of sections 15 and 16 of this License; or
372  355

373      -     b) Requiring preservation of specified reasonable legal notices or
374      -       author attributions in that material or in the Appropriate Legal
375      -       Notices displayed by works containing it; or
     356  + b) Requiring preservation of specified reasonable legal notices or
     357  + author attributions in that material or in the Appropriate Legal
     358  + Notices displayed by works containing it; or
376  359

377      -     c) Prohibiting misrepresentation of the origin of that material, or
378      -       requiring that modified versions of such material be marked in
379      -       reasonable ways as different from the original version; or
     360  + c) Prohibiting misrepresentation of the origin of that material, or
     361  + requiring that modified versions of such material be marked in
     362  + reasonable ways as different from the original version; or
380  363

381      -     d) Limiting the use for publicity purposes of names of licensors or
382      -       authors of the material; or
     364  + d) Limiting the use for publicity purposes of names of licensors or
```

N4J_019072

```
365  + authors of the material; or
383  366
384      -    e) Declining to grant rights under trademark law for use of some
385      -    trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387      -    f) Requiring indemnification of licensors and authors of that
388      -    material by anyone who conveys the material (or modified versions of
389      -    it) with contractual assumptions of liability to the recipient, for
390      -    any liability that these contractual assumptions directly impose on
391      -    those licensors and authors.
     370  + f) Requiring indemnification of licensors and authors of that
     371  + material by anyone who conveys the material (or modified versions of
     372  + it) with contractual assumptions of liability to the recipient, for
     373  + any liability that these contractual assumptions directly impose on
     374  + those licensors and authors.
392  375
393      -    All other non-permissive additional terms are considered "further
     376  + All other non-permissive additional terms are considered "further
394  377    restrictions" within the meaning of section 10.  If the Program as you
395  378    received it, or any part of it, contains a notice stating that it is
396      - governed by this License along with a term that is a further restriction,
397      - you may remove that term.  If a license document contains a further
398      - restriction but permits relicensing or conveying under this License, you
399      - may add to a covered work material governed by the terms of that license
400      - document, provided that the further restriction does not survive such
401      - relicensing or conveying.
402      -
403      -    If you add terms to a covered work in accord with this section, you
     379  + governed by this License along with a term that is a further
     380  + restriction, you may remove that term.  If a license document contains
     381  + a further restriction but permits relicensing or conveying under this
     382  + License, you may add to a covered work material governed by the terms
     383  + of that license document, provided that the further restriction does
     384  + not survive such relicensing or conveying.
     385  +
     386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408      -    Additional terms, permissive or non-permissive, may be stated in the
     391  + Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
410  393    the above requirements apply either way.
411  394
412      -    8. Termination.
     395  + 8. Termination.
413  396
414      -    You may not propagate or modify a covered work except as expressly
     397  + You may not propagate or modify a covered work except as expressly
415  398    provided under this License.  Any attempt otherwise to propagate or
416  399    modify it is void, and will automatically terminate your rights under
417  400    this License (including any patent licenses granted under the third
418  401    paragraph of section 11).
419  402
420      -    However, if you cease all violation of this License, then your
     403  + However, if you cease all violation of this License, then your
421  404    license from a particular copyright holder is reinstated (a)
422  405    provisionally, unless and until the copyright holder explicitly and
423  406    finally terminates your license, and (b) permanently, if the copyright
424  407    holder fails to notify you of the violation by some reasonable means
```

N4J_019073

```
425   408                    prior to 60 days after the cessation.
426   409

427         -  __Moreover, your license from a particular copyright holder is
      410   +  Moreover, your license from a particular copyright holder is
428   411      reinstated permanently if the copyright holder notifies you of the
429   412      violation by some reasonable means, this is the first time you have
430   413      received notice of violation of this License (for any work) from that
431   414      copyright holder, and you cure the violation prior to 30 days after
432   415      your receipt of the notice.
433   416

434         -  __Termination of your rights under this section does not terminate the
      417   +  Termination of your rights under this section does not terminate the
435   418      licenses of parties who have received copies or rights from you under
436   419      this License.  If your rights have been terminated and not permanently
437   420      reinstated, you do not qualify to receive new licenses for the same
438   421      material under section 10.
439   422

440         -  __9. Acceptance Not Required for Having Copies.
      423   +  9. Acceptance Not Required for Having Copies.
441   424

442         -  __You are not required to accept this License in order to receive or
      425   +  You are not required to accept this License in order to receive or
443   426      run a copy of the Program.  Ancillary propagation of a covered work
444   427      occurring solely as a consequence of using peer-to-peer transmission
445   428      to receive a copy likewise does not require acceptance.  However,
448   431      not accept this License.  Therefore, by modifying or propagating a
449   432      covered work, you indicate your acceptance of this License to do so.
450   433

451         -  __10. Automatic Licensing of Downstream Recipients.
      434   +  10. Automatic Licensing of Downstream Recipients.
452   435

453         -  __Each time you convey a covered work, the recipient automatically
      436   +  Each time you convey a covered work, the recipient automatically
454   437      receives a license from the original licensors, to run, modify and
455   438      propagate that work, subject to this License.  You are not responsible
456   439      for enforcing compliance by third parties with this License.
457   440

458         -  __An "entity transaction" is a transaction transferring control of an
      441   +  An "entity transaction" is a transaction transferring control of an
459   442      organization, or substantially all assets of one, or subdividing an
460   443      organization, or merging organizations.  If propagation of a covered
461   444      work results from an entity transaction, each party to that
465   448      Corresponding Source of the work from the predecessor in interest, if
466   449      the predecessor has it or can get it with reasonable efforts.
467   450

468         -  __You may not impose any further restrictions on the exercise of the
      451   +  You may not impose any further restrictions on the exercise of the
469   452      rights granted or affirmed under this License.  For example, you may
470   453      not impose a license fee, royalty, or other charge for exercise of
471   454      rights granted under this License, and you may not initiate litigation
472   455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456      any patent claim is infringed by making, using, selling, offering for
474   457      sale, or importing the Program or any portion of it.
475   458

476         -  __11. Patents.
      459   +  11. Patents.
477   460

478         -  __A "contributor" is a copyright holder who authorizes use under this
      461   +  A "contributor" is a copyright holder who authorizes use under this
479   462      License of the Program or a work on which the Program is based.  The
480   463      work thus licensed is called the contributor's "contributor version".
481   464

482         -  __  A contributor's "essential patent claims" are all patent claims
```

N4J_019074

```
483  465  + A contributor's "essential patent claims" are all patent claims
     466    owned or controlled by the contributor, whether already acquired or
484  467    hereafter acquired, that would be infringed by some manner, permitted
485  468    by this License, of making, using, or selling its contributor version,
489  472    patent sublicenses in a manner consistent with the requirements of
490  473    this License.
491  474
492       -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  +   __Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476    patent license under the contributor's essential patent claims, to
494  477    make, use, sell, offer for sale, import and otherwise run, modify and
495  478    propagate the contents of its contributor version.
496  479
497       -   __In the following three paragraphs, a "patent license" is any express
     480  +   __In the following three paragraphs, a "patent license" is any express
498  481    agreement or commitment, however denominated, not to enforce a patent
499  482    (such as an express permission to practice a patent or covenant not to
500  483    sue for patent infringement).  To "grant" such a patent license to a
501  484    party means to make such an agreement or commitment not to enforce a
502  485    patent against the party.
503  486
504       -   __If you convey a covered work, knowingly relying on a patent license,
     487  +   __If you convey a covered work, knowingly relying on a patent license,
505  488    and the Corresponding Source of the work is not available for anyone
506  489    to copy, free of charge and under the terms of this License, through a
507  490    publicly available network server or other readily accessible means,
515  498    in a country, would infringe one or more identifiable patents in that
516  499    country that you have reason to believe are valid.
517  500
518       -   __If, pursuant to or in connection with a single transaction or
     501  +   __If, pursuant to or in connection with a single transaction or
519  502    arrangement, you convey, or propagate by procuring conveyance of, a
520  503    covered work, and grant a patent license to some of the parties
521  504    receiving the covered work authorizing them to use, propagate, modify
522  505    or convey a specific copy of the covered work, then the patent license
523  506    you grant is automatically extended to all recipients of the covered
524  507    work and works based on it.
525  508
526       -   __A patent license is "discriminatory" if it does not include within
     509  +   __A patent license is "discriminatory" if it does not include within
527  510    the scope of its coverage, prohibits the exercise of, or is
528  511    conditioned on the non-exercise of one or more of the rights that are
529  512    specifically granted under this License.  You may not convey a covered
538  521    contain the covered work, unless you entered into that arrangement,
539  522    or that patent license was granted, prior to 28 March 2007.
540  523
541       -   __Nothing in this License shall be construed as excluding or limiting
     524  +   __Nothing in this License shall be construed as excluding or limiting
542  525    any implied license or other defenses to infringement that may
543  526    otherwise be available to you under applicable patent law.
544  527
545       -   __12. No Surrender of Others' Freedom.
     528  +   12. No Surrender of Others' Freedom.
546  529
547       -   __If conditions are imposed on you (whether by court order, agreement or
     530  +   __If conditions are imposed on you (whether by court order, agreement or
548  531    otherwise) that contradict the conditions of this License, they do not
549  532    excuse you from the conditions of this License.  If you cannot convey a
550  533    covered work so as to satisfy simultaneously your obligations under this
554  537    the Program, the only way you could satisfy both those terms and this
555  538    License would be to refrain entirely from conveying the Program.
556  539
557       -   __13. Remote Network Interaction; Use with the GNU General Public License.
```

N4J_019075

```
540    + 13. Remote Network Interaction; Use with the GNU General Public License.
558    541
559          -    __Notwithstanding any other provision of this License, if you modify the
       542    + Notwithstanding any other provision of this License, if you modify the
560    543      Program, your modified version must prominently offer all users
561    544      interacting with it remotely through a computer network (if your version
562    545      supports such interaction) an opportunity to receive the Corresponding
567    550      of the GNU General Public License that is incorporated pursuant to the
568    551      following paragraph.
569    552
570          -    __Notwithstanding any other provision of this License, you have permission
571          - to link or combine any covered work with a work licensed under version 3
572          - of the GNU General Public License into a single combined work, and to
573          - convey the resulting work.  The terms of this License will continue to
574          - apply to the part which is the covered work, but the work with which it is
575          - combined will remain governed by version 3 of the GNU General Public
576          - License.
577          -
578          -    __14. Revised Versions of this License.
579          -
580          -    __The Free Software Foundation may publish revised and/or new versions of
581          - the GNU Affero General Public License from time to time.  Such new
582          - versions will be similar in spirit to the present version, but may differ
583          - in detail to  address new problems or concerns.
584          -
585          -    __Each version is given a distinguishing version number.  If the
586          - Program specifies that a certain numbered version of the GNU Affero
587          - General Public License "or any later version" applies to it, you have
588          - the option of following the terms and conditions either of that
589          - numbered version or of any later version published by the Free
590          - Software Foundation.  If the Program does not specify a version number
591          - of the GNU Affero General Public License, you may choose any version
592          - ever published by the Free Software Foundation.
593          -
594          -    If the Program specifies that a proxy can decide which future
595          - versions of the GNU Affero General Public License can be used, that
596          - proxy's public statement of acceptance of a version permanently
597          - authorizes you to choose that version for the Program.
598          -
599          -    __Later license versions may give you additional or different
       553    + Notwithstanding any other provision of this License, you have
       554    + permission to link or combine any covered work with a work licensed
       555    + under version 3 of the GNU General Public License into a single
       556    + combined work, and to convey the resulting work.  The terms of this
       557    + License will continue to apply to the part which is the covered work,
       558    + but the work with which it is combined will remain governed by version
       559    + 3 of the GNU General Public License.
       560    +
       561    + 14. Revised Versions of this License.
       562    +
       563    + The Free Software Foundation may publish revised and/or new versions of
       564    + the GNU Affero General Public License from time to time.  Such new versions
       565    + will be similar in spirit to the present version, but may differ in detail to
       566    + address new problems or concerns.
       567    +
       568    + Each version is given a distinguishing version number.  If the
       569    + Program specifies that a certain numbered version of the GNU Affero General
       570    + Public License "or any later version" applies to it, you have the
       571    + option of following the terms and conditions either of that numbered
       572    + version or of any later version published by the Free Software
       573    + Foundation.  If the Program does not specify a version number of the
       574    + GNU Affero General Public License, you may choose any version ever published
       575    + by the Free Software Foundation.
```

N4J_019076

```
  576    +
  577    + If the Program specifies that a proxy can decide which future
  578    + versions of the GNU Affero General Public License can be used, that proxy's
  579    + public statement of acceptance of a version permanently authorizes you
  580    + to choose that version for the Program.
  581    +
  582    + Later license versions may give you additional or different
600  583      permissions.  However, no additional obligations are imposed on any
601  584      author or copyright holder as a result of your choosing to follow a
602  585      later version.
603  586
604        -  __15. Disclaimer of Warranty.
     587    + 15. Disclaimer of Warranty.
605  588
606        -  __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589    + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590      APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591      HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592      OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595      IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596      ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615        -  __16. Limitation of Liability.
     598    + 16. Limitation of Liability.
616  599
617        -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600    + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601      WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602      THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603      GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607      EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608      SUCH DAMAGES.
626  609
627        -  __17. Interpretation of Sections 15 and 16.
     610    + 17. Interpretation of Sections 15 and 16.
628  611
629        -  __If the disclaimer of warranty and limitation of liability provided
     612    + If the disclaimer of warranty and limitation of liability provided
630  613      above cannot be given local legal effect according to their terms,
631  614      reviewing courts shall apply local law that most closely approximates
632  615      an absolute waiver of all civil liability in connection with the
633  616      Program, unless a warranty or assumption of liability accompanies a
634  617      copy of the Program in return for a fee.
635  618
636        -  _____END OF TERMS AND CONDITIONS
     619    + END OF TERMS AND CONDITIONS
637  620
638        -  _____How to Apply These Terms to Your New Programs
     621    + How to Apply These Terms to Your New Programs
639  622
640        -  __If you develop a new program, and you want it to be of the greatest
     623    + If you develop a new program, and you want it to be of the greatest
641  624      possible use to the public, the best way to achieve this is to make it
642  625      free software which everyone can redistribute and change under these terms.
643  626
644        -  __To do so, attach the following notices to the program.  It is safest
     627    + To do so, attach the following notices to the program.  It is safest
645  628      to attach them to the start of each source file to most effectively
646  629      state the exclusion of warranty; and each file should have at least
647  630      the "copyright" line and a pointer to where the full notice is found.
648  631
649        -  ____<one line to give the program's name and a brief idea of what it does.>
650        -  ____Copyright (C) <year>  <name of author>
```

```
       632    + <one line to give the program's name and a brief idea of what it does.>
       633    + Copyright (C) <year>  <name of author>
651    634
652           -     This program is free software: you can redistribute it and/or modify
653           -     it under the terms of the GNU Affero General Public License as
654           -     published by the Free Software Foundation, either version 3 of the
655           -     License, or (at your option) any later version.
       635    + This program is free software: you can redistribute it and/or modify
       636    + it under the terms of the GNU Affero General Public License as published by
       637    + the Free Software Foundation, either version 3 of the License, or
       638    + (at your option) any later version.
656    639
657           -     This program is distributed in the hope that it will be useful,
658           -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659           -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660           -     GNU Affero General Public License for more details.
       640    + This program is distributed in the hope that it will be useful,
       641    + but WITHOUT ANY WARRANTY; without even the implied warranty of
       642    + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       643    + GNU Affero General Public License for more details.
661    644
662           -     You should have received a copy of the GNU Affero General Public License
663           -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
       645    + You should have received a copy of the GNU Affero General Public License
       646    + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664    647
665    648      Also add information on how to contact you by electronic and paper mail.
666    649
667           -   If your software can interact with users remotely through a computer
       650    + If your software can interact with users remotely through a computer
668    651      network, you should also make sure that it provides a way for users to
669    652      get its source.  For example, if your program is a web application, its
670    653      interface could display a "Source" link that leads users to an archive
671    654      of the code.  There are many ways you could offer source, and different
672    655      solutions will be better for different programs; see section 13 for the
673    656      specific requirements.
674    657
675           -   You should also get your employer (if you work as a programmer) or school,
       658    + You should also get your employer (if you work as a programmer) or school,
676    659      if any, to sign a "copyright disclaimer" for the program, if necessary.
677    660      For more information on this, and how to apply and follow the GNU AGPL, see
678           - <http://www.gnu.org/licenses/>.
679           -
680           -
681           - "Commons Clause" License Condition
682           -
683           - The Software is provided to you by the Licensor under the License, as
684           - defined below, subject to the following condition. Without limiting
685           - other conditions in the License, the grant of rights under the License
686           - will not include, and the License does not grant to you, the right to
687           - Sell the Software.  For purposes of the foregoing, "Sell" means
688           - practicing any or all of the rights granted to you under the License
689           - to provide to third parties, for a fee or other consideration,
690           - a product or service that consists, entirely or substantially,
691           - of the Software or the functionality of the Software. Any license
692           - notice or attribution required by the License must also include
693           - this Commons Cause License Condition notice.
       661    + <https://www.gnu.org/licenses/>.
```

▽  486 ■■■■■  enterprise/causal-clustering/LICENSE.txt

```
...    ...      @@ -1,51 +1,35 @@
1             - NOTICE
```

N4J_019078

```
  2        - This package contains software licensed under different
  3        - licenses, please refer to the NOTICE.txt file for further
  4        - information and LICENSES.txt for full license texts.
      1    + GNU AFFERO GENERAL PUBLIC LICENSE
      2    +   Version 3, 19 November 2007
  5   3
  6        - Neo4j Enterprise object code can be licensed independently from
  7        - the source under separate commercial terms. Email inquiries can be
  8        - directed to: licensing@neo4j.com. More information is also
  9        - available at:https://neo4j.com/licensing/
      4    + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5    + Everyone is permitted to copy and distribute verbatim copies
      6    + of this license document, but changing it is not allowed.
 10   7
 11        - The software ("Software") is developed and owned by Neo4j Sweden AB
 12        - (referred to in this notice as "Neo4j") and is subject to the terms
 13        - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8    + Preamble
 14   9
 15        -
 16        -
 17        -                 GNU AFFERO GENERAL PUBLIC LICENSE
 18        -                    Version 3, 19 November 2007
 19        -
 20        -   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21        -   Everyone is permitted to copy and distribute verbatim copies
 22        -   of this license document, but changing it is not allowed.
 23        -
 24        -                     Preamble
 25        -
 26        -    The GNU Affero General Public License is a free, copyleft license
 27        - for software and other kinds of works, specifically designed to ensure
     10    + The GNU Affero General Public License is a free, copyleft license for
     11    + software and other kinds of works, specifically designed to ensure
 28  12      cooperation with the community in the case of network server software.
 29  13
 30        -   The licenses for most software and other practical works are
 31        - designed to take away your freedom to share and change the works.  By
 32        - contrast, our General Public Licenses are intended to guarantee your
 33        - freedom to share and change all versions of a program--to make sure it
 34        - remains free software for all its users.
     14    + The licenses for most software and other practical works are designed
     15    + to take away your freedom to share and change the works.  By contrast,
     16    + our General Public Licenses are intended to guarantee your freedom to
     17    + share and change all versions of a program--to make sure it remains free
     18    + software for all its users.
 35  19
 36        -   When we speak of free software, we are referring to freedom, not
     20    + When we speak of free software, we are referring to freedom, not
 37  21      price.  Our General Public Licenses are designed to make sure that you
 38  22      have the freedom to distribute copies of free software (and charge for
 39  23      them if you wish), that you receive source code or can get it if you
 40  24      want it, that you can change the software or use pieces of it in new
 41  25      free programs, and that you know you can do these things.
 42  26
 43        -   Developers that use our General Public Licenses protect your rights
     27    + Developers that use our General Public Licenses protect your rights
 44  28      with two steps: (1) assert copyright on the software, and (2) offer
 45  29      you this License which gives you legal permission to copy, distribute
 46  30      and/or modify the software.
 47  31
 48        -   A secondary benefit of defending all users' freedom is that
     32    + A secondary benefit of defending all users' freedom is that
```

N4J_019079

Update ownership to file to point to ongdb and not neo4j · graphfoundation/ongdb@c0b23b2 · GitHub

```
49  33        improvements made in alternate versions of the program, if they
50  34        receive widespread use, become available for other developers to
51  35        incorporate.  Many developers of free software are heartened and
55  39        letting the public access it on a server without ever releasing its
56  40        source code to the public.
57  41
58      -    __The GNU Affero General Public License is designed specifically to
    42  +    The GNU Affero General Public License is designed specifically to
59  43        ensure that, in such cases, the modified source code becomes available
60  44        to the community.  It requires the operator of a network server to
61  45        provide the source code of the modified version running there to the
62  46        users of that server.  Therefore, public use of a modified version, on
63  47        a publicly accessible server, gives the public access to the source
64  48        code of the modified version.
65  49
66      -    __An older license, called the Affero General Public License and
    50  +    An older license, called the Affero General Public License and
67  51        published by Affero, was designed to accomplish similar goals.  This is
68  52        a different license, not a version of the Affero GPL, but Affero has
69  53        released a new version of the Affero GPL which permits relicensing under
70  54        this license.
71  55
72      -    __The precise terms and conditions for copying, distribution and
    56  +    The precise terms and conditions for copying, distribution and
73  57        modification follow.
74  58
75      -                       TERMS AND CONDITIONS
    59  +    TERMS AND CONDITIONS
    60  +
    61  +    0. Definitions.
76  62
77      -    __0. Definitions.
    63  +    "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79      -    __"This License" refers to version 3 of the GNU Affero General Public
80      -    License.
    65  +    "Copyright" also means copyright-like laws that apply to other kinds of
    66  +    works, such as semiconductor masks.
81  67
82      -    "Copyright" also means copyright-like laws that apply to other kinds
83      -    of works, such as semiconductor masks.
84      -
85      -    "The Program" refers to any copyrightable work licensed under this
    68  +    "The Program" refers to any copyrightable work licensed under this
86  69        License.  Each licensee is addressed as "you".  "Licensees" and
87  70        "recipients" may be individuals or organizations.
88  71
89      -    __To "modify" a work means to copy from or adapt all or part of the work
    72  +    To "modify" a work means to copy from or adapt all or part of the work
90  73        in a fashion requiring copyright permission, other than the making of an
91  74        exact copy.  The resulting work is called a "modified version" of the
92  75        earlier work or a work "based on" the earlier work.
93  76
94      -    __A "covered work" means either the unmodified Program or a work based
    77  +    A "covered work" means either the unmodified Program or a work based
95  78        on the Program.
96  79
97      -    __To "propagate" a work means to do anything with it that, without
    80  +    To "propagate" a work means to do anything with it that, without
98  81        permission, would make you directly or secondarily liable for
99  82        infringement under applicable copyright law, except executing it on a
100 83        computer or modifying a private copy.  Propagation includes copying,
101 84        distribution (with or without modification), making available to the
```

N4J_019080

```
102   85         public, and in some countries other activities as well.
103   86
104              - __To "convey" a work means any kind of propagation that enables other
      87         + To "convey" a work means any kind of propagation that enables other
105   88           parties to make or receive copies.  Mere interaction with a user through
106   89           a computer network, with no transfer of a copy, is not conveying.
107   90
108              - __An interactive user interface displays "Appropriate Legal Notices"
      91         + An interactive user interface displays "Appropriate Legal Notices"
109   92           to the extent that it includes a convenient and prominently visible
110   93           feature that (1) displays an appropriate copyright notice, and (2)
111   94           tells the user that there is no warranty for the work (except to the
114   97           the interface presents a list of user commands or options, such as a
115   98           menu, a prominent item in the list meets this criterion.
116   99
117              - __1. Source Code.
      100        + 1. Source Code.
118   101
119              - __The "source code" for a work means the preferred form of the work
      102        + The "source code" for a work means the preferred form of the work
120   103          for making modifications to it.  "Object code" means any non-source
121   104          form of a work.
122   105
123              - __A "Standard Interface" means an interface that either is an official
      106        + A "Standard Interface" means an interface that either is an official
124   107          standard defined by a recognized standards body, or, in the case of
125   108          interfaces specified for a particular programming language, one that
126   109          is widely used among developers working in that language.
127   110
128              - __The "System Libraries" of an executable work include anything, other
      111        + The "System Libraries" of an executable work include anything, other
129   112          than the work as a whole, that (a) is included in the normal form of
130   113          packaging a Major Component, but which is not part of that Major
131   114          Component, and (b) serves only to enable use of the work with that
136   119          (if any) on which the executable work runs, or a compiler used to
137   120          produce the work, or an object code interpreter used to run it.
138   121
139              - __The "Corresponding Source" for a work in object code form means all
      122        + The "Corresponding Source" for a work in object code form means all
140   123          the source code needed to generate, install, and (for an executable
141   124          work) run the object code and to modify the work, including scripts to
142   125          control those activities.  However, it does not include the work's
149   132          such as by intimate data communication or control flow between those
150   133          subprograms and other parts of the work.
151   134
152              - __The Corresponding Source need not include anything that users
      135        + The Corresponding Source need not include anything that users
153   136          can regenerate automatically from other parts of the Corresponding
154   137          Source.
155   138
156              - __The Corresponding Source for a work in source code form is that
      139        + The Corresponding Source for a work in source code form is that
157   140          same work.
158   141
159              - __2. Basic Permissions.
      142        + 2. Basic Permissions.
160   143
161              - __All rights granted under this License are granted for the term of
      144        + All rights granted under this License are granted for the term of
162   145          copyright on the Program, and are irrevocable provided the stated
163   146          conditions are met.  This License explicitly affirms your unlimited
164   147          permission to run the unmodified Program.  The output from running a
165   148          covered work is covered by this License only if the output, given its
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374                                                11/37

N4J_019081

```
166   149         content, constitutes a covered work.  This License acknowledges your
167   150         rights of fair use or other equivalent, as provided by copyright law.
168   151

169       -   __You may make, run and propagate covered works that you do not
      152   + You may make, run and propagate covered works that you do not
170   153         convey, without conditions so long as your license otherwise remains
171   154         in force.  You may convey covered works to others for the sole purpose
172   155         of having them make modifications exclusively for you, or provide you
177   160         and control, on terms that prohibit them from making any copies of
178   161         your copyrighted material outside their relationship with you.
179   162

180       -   __Conveying under any other circumstances is permitted solely under
      163   + Conveying under any other circumstances is permitted solely under
181   164         the conditions stated below.  Sublicensing is not allowed; section 10
182   165         makes it unnecessary.
183   166

184       -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167   + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185   168

186       -   __No covered work shall be deemed part of an effective technological
      169   + No covered work shall be deemed part of an effective technological
187   170         measure under any applicable law fulfilling obligations under article
188   171         11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172         similar laws prohibiting or restricting circumvention of such
190   173         measures.
191   174

192       -   __When you convey a covered work, you waive any legal power to forbid
      175   + When you convey a covered work, you waive any legal power to forbid
193   176         circumvention of technological measures to the extent such circumvention
194   177         is effected by exercising rights under this License with respect to
195   178         the covered work, and you disclaim any intention to limit operation or
196   179         modification of the work as a means of enforcing, against the work's
197   180         users, your or third parties' legal rights to forbid circumvention of
198   181         technological measures.
199   182

200       -   __4. Conveying Verbatim Copies.
      183   + 4. Conveying Verbatim Copies.
201   184

202       -   __You may convey verbatim copies of the Program's source code as you
      185   + You may convey verbatim copies of the Program's source code as you
203   186         receive it, in any medium, provided that you conspicuously and
204   187         appropriately publish on each copy an appropriate copyright notice;
205   188         keep intact all notices stating that this License and any
206   189         non-permissive terms added in accord with section 7 apply to the code;
207   190         keep intact all notices of the absence of any warranty; and give all
208   191         recipients a copy of this License along with the Program.
209   192

210       -   __You may charge any price or no price for each copy that you convey,
      193   + You may charge any price or no price for each copy that you convey,
211   194         and you may offer support or warranty protection for a fee.
212   195

213       -   __5. Conveying Modified Source Versions.
      196   + 5. Conveying Modified Source Versions.
214   197

215       -   __You may convey a work based on the Program, or the modifications to
      198   + You may convey a work based on the Program, or the modifications to
216   199         produce it from the Program, in the form of source code under the
217   200         terms of section 4, provided that you also meet all of these conditions:
218   201

219       -   ____a) The work must carry prominent notices stating that you modified
220       -   ____it, and giving a relevant date.
      202   + a) The work must carry prominent notices stating that you modified
      203   + it, and giving a relevant date.
```

N4J_019082

```
221  204
222       -    ___b) The work must carry prominent notices stating that it is
223       -    ___released under this License and any conditions added under section
224       -    ___7.  This requirement modifies the requirement in section 4 to
225       -    ___"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227       -    ___c) You must license the entire work, as a whole, under this
228       -    ___License to anyone who comes into possession of a copy.  This
229       -    ___License will therefore apply, along with any applicable section 7
230       -    ___additional terms, to the whole of the work, and all its parts,
231       -    ___regardless of how they are packaged.  This License gives no
232       -    ___permission to license the work in any other way, but it does not
233       -    ___invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235       -    ___d) If the work has interactive user interfaces, each must display
236       -    ___Appropriate Legal Notices; however, if the Program has interactive
237       -    ___interfaces that do not display Appropriate Legal Notices, your
238       -    ___work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240       -    __A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224     works, which are not by their nature extensions of the covered work,
242  225     and which are not combined with it such as to form a larger program,
243  226     in or on a volume of a storage or distribution medium, is called an
247  230     in an aggregate does not cause this License to apply to the other
248  231     parts of the aggregate.
249  232
250       -    __6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -    __You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236     of sections 4 and 5, provided that you also convey the
254  237     machine-readable Corresponding Source under the terms of this License,
255  238     in one of these ways:
256  239
257       -    ___a) Convey the object code in, or embodied in, a physical product
258       -    ___(including a physical distribution medium), accompanied by the
259       -    ___Corresponding Source fixed on a durable physical medium
260       -    ___customarily used for software interchange.
261       -
262       -    ___b) Convey the object code in, or embodied in, a physical product
263       -    ___(including a physical distribution medium), accompanied by a
264       -    ___written offer, valid for at least three years and valid for as
265       -    ___long as you offer spare parts or customer support for that product
266       -    ___model, to give anyone who possesses the object code either (1) a
267       -    ___copy of the Corresponding Source for all the software in the
268       -    ___product that is covered by this License, on a durable physical
```

N4J_019083

```
269   -    ____medium customarily used for software interchange, for a price no
270   -    ____more than your reasonable cost of physically performing this
271   -    ____conveying of source, or (2) access to copy the
272   -    ____Corresponding Source from a network server at no charge.
273   -
274   -
275   -    ____c) Convey individual copies of the object code with a copy of the
276   -    ____written offer to provide the Corresponding Source.  This
277   -    ____alternative is allowed only occasionally and noncommercially, and
278   -    ____only if you received the object code with such an offer, in accord
279   -    ____with subsection 6b.
280   -
281   -    ____d) Convey the object code by offering access from a designated
282   -    ____place (gratis or for a charge), and offer equivalent access to the
283   -    ____Corresponding Source in the same way through the same place at no
284   -    ____further charge.  You need not require recipients to copy the
285   -    ____Corresponding Source along with the object code.  If the place to
286   -    ____copy the object code is a network server, the Corresponding Source
287   -    ____may be on a different server (operated by you or a third party)
288   -    ____that supports equivalent copying facilities, provided you maintain
289   -    ____clear directions next to the object code saying where to find the
290   -    ____Corresponding Source.  Regardless of what server hosts the
291   -    ____Corresponding Source, you remain obligated to ensure that it is
292   -    ____available for as long as needed to satisfy these requirements.
293   -
294   -    ____e) Convey the object code using peer-to-peer transmission, provided
295   -    ____you inform other peers where the object code and Corresponding
296   -    ____Source of the work are being offered to the general public at no
297   -    ____charge under subsection 6d.
298   -
      -
      -    __A separable portion of the object code, whose source code is excluded
240   + a) Convey the object code in, or embodied in, a physical product
241   + (including a physical distribution medium), accompanied by the
242   + Corresponding Source fixed on a durable physical medium
243   + customarily used for software interchange.
244   +
245   + b) Convey the object code in, or embodied in, a physical product
246   + (including a physical distribution medium), accompanied by a
247   + written offer, valid for at least three years and valid for as
248   + long as you offer spare parts or customer support for that product
249   + model, to give anyone who possesses the object code either (1) a
250   + copy of the Corresponding Source for all the software in the
251   + product that is covered by this License, on a durable physical
252   + medium customarily used for software interchange, for a price no
253   + more than your reasonable cost of physically performing this
254   + conveying of source, or (2) access to copy the
255   + Corresponding Source from a network server at no charge.
256   +
257   + c) Convey individual copies of the object code with a copy of the
258   + written offer to provide the Corresponding Source.  This
259   + alternative is allowed only occasionally and noncommercially, and
260   + only if you received the object code with such an offer, in accord
261   + with subsection 6b.
262   +
263   + d) Convey the object code by offering access from a designated
264   + place (gratis or for a charge), and offer equivalent access to the
265   + Corresponding Source in the same way through the same place at no
266   + further charge.  You need not require recipients to copy the
267   + Corresponding Source along with the object code.  If the place to
268   + copy the object code is a network server, the Corresponding Source
269   + may be on a different server (operated by you or a third party)
270   + that supports equivalent copying facilities, provided you maintain
271   + clear directions next to the object code saying where to find the
272   + Corresponding Source.  Regardless of what server hosts the
```

```
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302      - __A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315      - __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323      - __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334      - __The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
341  324
342      - __Corresponding Source conveyed, and Installation Information provided,
     325  + Corresponding Source conveyed, and Installation Information provided,
343  326    in accord with this section must be in a format that is publicly
344  327    documented (and with an implementation available to the public in
345  328    source code form), and must require no special password or key for
346  329    unpacking, reading or copying.
347  330
348      - __7. Additional Terms.
     331  + 7. Additional Terms.
349  332
350      - __"Additional permissions" are terms that supplement the terms of this
     333  + "Additional permissions" are terms that supplement the terms of this
351  334    License by making exceptions from one or more of its conditions.
352  335    Additional permissions that are applicable to the entire Program shall
353  336    be treated as though they were included in this License, to the extent
356  339    under those permissions, but the entire Program remains governed by
357  340    this License without regard to the additional permissions.
```

N4J_019085

```
358  341
359            -   When you convey a copy of a covered work, you may at your option
     342    + When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348
366            -   Notwithstanding any other provision of this License, for material you
     349    + Notwithstanding any other provision of this License, for material you
367  350      add to a covered work, you may (if authorized by the copyright holders of
368  351      that material) supplement the terms of this License with terms:
369  352
370            -   a) Disclaiming warranty or limiting liability differently from the
371            -   terms of sections 15 and 16 of this License; or
     353    + a) Disclaiming warranty or limiting liability differently from the
     354    + terms of sections 15 and 16 of this License; or
372  355
373            -   b) Requiring preservation of specified reasonable legal notices or
374            -   author attributions in that material or in the Appropriate Legal
375            -   Notices displayed by works containing it; or
     356    + b) Requiring preservation of specified reasonable legal notices or
     357    + author attributions in that material or in the Appropriate Legal
     358    + Notices displayed by works containing it; or
376  359
377            -   c) Prohibiting misrepresentation of the origin of that material, or
378            -   requiring that modified versions of such material be marked in
379            -   reasonable ways as different from the original version; or
     360    + c) Prohibiting misrepresentation of the origin of that material, or
     361    + requiring that modified versions of such material be marked in
     362    + reasonable ways as different from the original version; or
380  363
381            -   d) Limiting the use for publicity purposes of names of licensors or
382            -   authors of the material; or
     364    + d) Limiting the use for publicity purposes of names of licensors or
     365    + authors of the material; or
383  366
384            -   e) Declining to grant rights under trademark law for use of some
385            -   trade names, trademarks, or service marks; or
     367    + e) Declining to grant rights under trademark law for use of some
     368    + trade names, trademarks, or service marks; or
386  369
387            -   f) Requiring indemnification of licensors and authors of that
388            -   material by anyone who conveys the material (or modified versions of
389            -   it) with contractual assumptions of liability to the recipient, for
390            -   any liability that these contractual assumptions directly impose on
391            -   those licensors and authors.
     370    + f) Requiring indemnification of licensors and authors of that
     371    + material by anyone who conveys the material (or modified versions of
     372    + it) with contractual assumptions of liability to the recipient, for
     373    + any liability that these contractual assumptions directly impose on
     374    + those licensors and authors.
392  375
393            -   All other non-permissive additional terms are considered "further
     376    + All other non-permissive additional terms are considered "further
394  377      restrictions" within the meaning of section 10.  If the Program as you
395  378      received it, or any part of it, contains a notice stating that it is
396          - governed by this License along with a term that is a further restriction,
397          - you may remove that term.  If a license document contains a further
398          - restriction but permits relicensing or conveying under this License, you
399          - may add to a covered work material governed by the terms of that license
400          - document, provided that the further restriction does not survive such
```

N4J_019086

```
401                - relicensing or conveying.
402                -
403                - __If you add terms to a covered work in accord with this section, you
     379        + governed by this License along with a term that is a further
     380        + restriction, you may remove that term.  If a license document contains
     381        + a further restriction but permits relicensing or conveying under this
     382        + License, you may add to a covered work material governed by the terms
     383        + of that license document, provided that the further restriction does
     384        + not survive such relicensing or conveying.
     385        +
     386        + If you add terms to a covered work in accord with this section, you
404  387          must place, in the relevant source files, a statement of the
405  388          additional terms that apply to those files, or a notice indicating
406  389          where to find the applicable terms.
407  390
408                - __Additional terms, permissive or non-permissive, may be stated in the
     391        + Additional terms, permissive or non-permissive, may be stated in the
409  392          form of a separately written license, or stated as exceptions;
410  393          the above requirements apply either way.
411  394
412                - __8. Termination.
     395        + 8. Termination.
413  396
414                - __You may not propagate or modify a covered work except as expressly
     397        + You may not propagate or modify a covered work except as expressly
415  398          provided under this License.  Any attempt otherwise to propagate or
416  399          modify it is void, and will automatically terminate your rights under
417  400          this License (including any patent licenses granted under the third
418  401          paragraph of section 11).
419  402
420                - __However, if you cease all violation of this License, then your
     403        + However, if you cease all violation of this License, then your
421  404          license from a particular copyright holder is reinstated (a)
422  405          provisionally, unless and until the copyright holder explicitly and
423  406          finally terminates your license, and (b) permanently, if the copyright
424  407          holder fails to notify you of the violation by some reasonable means
425  408          prior to 60 days after the cessation.
426  409
427                - __Moreover, your license from a particular copyright holder is
     410        + Moreover, your license from a particular copyright holder is
428  411          reinstated permanently if the copyright holder notifies you of the
429  412          violation by some reasonable means, this is the first time you have
430  413          received notice of violation of this License (for any work) from that
431  414          copyright holder, and you cure the violation prior to 30 days after
432  415          your receipt of the notice.
433  416
434                - __Termination of your rights under this section does not terminate the
     417        + Termination of your rights under this section does not terminate the
435  418          licenses of parties who have received copies or rights from you under
436  419          this License.  If your rights have been terminated and not permanently
437  420          reinstated, you do not qualify to receive new licenses for the same
438  421          material under section 10.
439  422
440                - __9. Acceptance Not Required for Having Copies.
     423        + 9. Acceptance Not Required for Having Copies.
441  424
442                - __You are not required to accept this License in order to receive or
     425        + You are not required to accept this License in order to receive or
443  426          run a copy of the Program.  Ancillary propagation of a covered work
444  427          occurring solely as a consequence of using peer-to-peer transmission
445  428          to receive a copy likewise does not require acceptance.  However,
448  431          not accept this License.  Therefore, by modifying or propagating a
449  432          covered work, you indicate your acceptance of this License to do so.
```

| 450 | 433 | |
|-----|-----|---|
| 451 | | - __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | |
| 453 | | - __Each time you convey a covered work, the recipient automatically |
| | 436 | + Each time you convey a covered work, the recipient automatically |
| 454 | 437 | receives a license from the original licensors, to run, modify and |
| 455 | 438 | propagate that work, subject to this License. You are not responsible |
| 456 | 439 | for enforcing compliance by third parties with this License. |
| 457 | 440 | |
| 458 | | - __An "entity transaction" is a transaction transferring control of an |
| | 441 | + An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | organization, or merging organizations. If propagation of a covered |
| 461 | 444 | work results from an entity transaction, each party to that |
| 465 | 448 | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | |
| 468 | | - __You may not impose any further restrictions on the exercise of the |
| | 451 | + You may not impose any further restrictions on the exercise of the |
| 469 | 452 | rights granted or affirmed under this License. For example, you may |
| 470 | 453 | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | sale, or importing the Program or any portion of it. |
| 475 | 458 | |
| 476 | | - __11. Patents. |
| | 459 | + 11. Patents. |
| 477 | 460 | |
| 478 | | - __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based. The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | - __A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | - __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | patent license under the contributor's essential patent claims, to |
| 494 | 477 | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | propagate the contents of its contributor version. |
| 496 | 479 | |
| 497 | | - __In the following three paragraphs, a "patent license" is any express |
| | 480 | + In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | sue for patent infringement). To "grant" such a patent license to a |
| 501 | 484 | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | patent against the party. |
| 503 | 486 | |
| 504 | | - __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | publicly available network server or other readily accessible means, |
| 515 | 498 | in a country, would infringe one or more identifiable patents in that |

N4J_019088

10/2/2019                Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 363 of 1198 · GitHub

update-v0.0.8: Exclude the License to accompany - add on not violated 1.2.5 upon ongdb from graphfoundation/ongdb · GitHub

```
516  499       country that you have reason to believe are valid.

517  500

518      -     - __If, pursuant to or in connection with a single transaction or
     501 +     + If, pursuant to or in connection with a single transaction or
519  502       arrangement, you convey, or propagate by procuring conveyance of, a
520  503       covered work, and grant a patent license to some of the parties
521  504       receiving the covered work authorizing them to use, propagate, modify
522  505       or convey a specific copy of the covered work, then the patent license
523  506       you grant is automatically extended to all recipients of the covered
524  507       work and works based on it.

525  508

526      -     - __A patent license is "discriminatory" if it does not include within
     509 +     + A patent license is "discriminatory" if it does not include within
527  510       the scope of its coverage, prohibits the exercise of, or is
528  511       conditioned on the non-exercise of one or more of the rights that are
529  512       specifically granted under this License.  You may not convey a covered
538  521       contain the covered work, unless you entered into that arrangement,
539  522       or that patent license was granted, prior to 28 March 2007.

540  523

541      -     - __Nothing in this License shall be construed as excluding or limiting
     524 +     + Nothing in this License shall be construed as excluding or limiting
542  525       any implied license or other defenses to infringement that may
543  526       otherwise be available to you under applicable patent law.

544  527

545      -     - __12. No Surrender of Others' Freedom.
     528 +     + 12. No Surrender of Others' Freedom.

546  529

547      -     - __If conditions are imposed on you (whether by court order, agreement or
     530 +     + If conditions are imposed on you (whether by court order, agreement or
548  531       otherwise) that contradict the conditions of this License, they do not
549  532       excuse you from the conditions of this License.  If you cannot convey a
550  533       covered work so as to satisfy simultaneously your obligations under this
554  537       the Program, the only way you could satisfy both those terms and this
555  538       License would be to refrain entirely from conveying the Program.

556  539

557      -     - __13. Remote Network Interaction; Use with the GNU General Public License.
     540 +     + 13. Remote Network Interaction; Use with the GNU General Public License.

558  541

559      -     - __Notwithstanding any other provision of this License, if you modify the
     542 +     + Notwithstanding any other provision of this License, if you modify the
560  543       Program, your modified version must prominently offer all users
561  544       interacting with it remotely through a computer network (if your version
562  545       supports such interaction) an opportunity to receive the Corresponding
567  550       of the GNU General Public License that is incorporated pursuant to the
568  551       following paragraph.

569  552

570      -     - __Notwithstanding any other provision of this License, you have permission
571      -     - to link or combine any covered work with a work licensed under version 3
572      -     - of the GNU General Public License into a single combined work, and to
573      -     - convey the resulting work.  The terms of this License will continue to
574      -     - apply to the part which is the covered work, but the work with which it is
575      -     - combined will remain governed by version 3 of the GNU General Public
576      -     - License.

577      -     -

578      -     - __14. Revised Versions of this License.

579      -     -

580      -     - __The Free Software Foundation may publish revised and/or new versions of
581      -     - the GNU Affero General Public License from time to time.  Such new
582      -     - versions will be similar in spirit to the present version, but may differ
583      -     - in detail to address new problems or concerns.

584      -     -

585      -     - __Each version is given a distinguishing version number.  If the
586      -     - Program specifies that a certain numbered version of the GNU Affero
```

N4J_019089

```
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation.  If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    -    If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    -    Later license versions may give you additional or different
   553 + Notwithstanding any other provision of this License, you have
   554 + permission to link or combine any covered work with a work licensed
   555 + under version 3 of the GNU General Public License into a single
   556 + combined work, and to convey the resulting work.  The terms of this
   557 + License will continue to apply to the part which is the covered work,
   558 + but the work with which it is combined will remain governed by version
   559 + 3 of the GNU General Public License.
   560 +
   561 + 14. Revised Versions of this License.
   562 +
   563 + The Free Software Foundation may publish revised and/or new versions of
   564 + the GNU Affero General Public License from time to time.  Such new versions
   565 + will be similar in spirit to the present version, but may differ in detail to
   566 + address new problems or concerns.
   567 +
   568 + Each version is given a distinguishing version number.  If the
   569 + Program specifies that a certain numbered version of the GNU Affero General
   570 + Public License "or any later version" applies to it, you have the
   571 + option of following the terms and conditions either of that numbered
   572 + version or of any later version published by the Free Software
   573 + Foundation.  If the Program does not specify a version number of the
   574 + GNU Affero General Public License, you may choose any version ever published
   575 + by the Free Software Foundation.
   576 +
   577 + If the Program specifies that a proxy can decide which future
   578 + versions of the GNU Affero General Public License can be used, that proxy's
   579 + public statement of acceptance of a version permanently authorizes you
   580 + to choose that version for the Program.
   581 +
   582 + Later license versions may give you additional or different
600 583   permissions.  However, no additional obligations are imposed on any
601 584   author or copyright holder as a result of your choosing to follow a
602 585   later version.
603 586
604    -    15. Disclaimer of Warranty.
   587 + 15. Disclaimer of Warranty.
605 588
606    -    THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
   589 + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607 590   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608 591   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609 592   OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612 595   IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613 596   ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614 597
615    -    16. Limitation of Liability.
   598 + 16. Limitation of Liability.
616 599
617    -    IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
   600 + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
```

```
618   601         WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602         THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603         GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607         EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608         SUCH DAMAGES.
626   609
627       -   __17. Interpretation of Sections 15 and 16.
      610   + 17. Interpretation of Sections 15 and 16.
628   611
629       -   __If the disclaimer of warranty and limitation of liability provided
      612   + If the disclaimer of warranty and limitation of liability provided
630   613         above cannot be given local legal effect according to their terms,
631   614         reviewing courts shall apply local law that most closely approximates
632   615         an absolute waiver of all civil liability in connection with the
633   616         Program, unless a warranty or assumption of liability accompanies a
634   617         copy of the Program in return for a fee.
635   618
636       -   _____END OF TERMS AND CONDITIONS
      619   + END OF TERMS AND CONDITIONS
637   620
638       -   _____How to Apply These Terms to Your New Programs
      621   + How to Apply These Terms to Your New Programs
639   622
640       -   __If you develop a new program, and you want it to be of the greatest
      623   + If you develop a new program, and you want it to be of the greatest
641   624         possible use to the public, the best way to achieve this is to make it
642   625         free software which everyone can redistribute and change under these terms.
643   626
644       -   __To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628         to attach them to the start of each source file to most effectively
646   629         state the exclusion of warranty; and each file should have at least
647   630         the "copyright" line and a pointer to where the full notice is found.
648   631
649       -   ____<one line to give the program's name and a brief idea of what it does.>
650       -   ____Copyright (C) <year>  <name of author>
      632   + <one line to give the program's name and a brief idea of what it does.>
      633   + Copyright (C) <year>  <name of author>
651   634
652       -   ____This program is free software: you can redistribute it and/or modify
653       -   ____it under the terms of the GNU Affero General Public License as
654       -   ____published by the Free Software Foundation, either version 3 of the
655       -   ____License, or (at your option) any later version.
      635   + This program is free software: you can redistribute it and/or modify
      636   + it under the terms of the GNU Affero General Public License as published by
      637   + the Free Software Foundation, either version 3 of the License, or
      638   + (at your option) any later version.
656   639
657       -   ____This program is distributed in the hope that it will be useful,
658       -   ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -   ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -   ____GNU Affero General Public License for more details.
      640   + This program is distributed in the hope that it will be useful,
      641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   + GNU Affero General Public License for more details.
661   644
662       -   ____You should have received a copy of the GNU Affero General Public License
663       -   ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648         Also add information on how to contact you by electronic and paper mail.
```

N4J_019091

10/2/2019    Update ovh-01185+ExDie to current AGPL + Commons Clause is not included as 12.5 - graph-foundation/ongdb · GitHub

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 366 of 1198

| 666 | 649 | |
|---|---|---|
| 667 | | - __If your software can interact with users remotely through a computer |
| | 650 | + If your software can interact with users remotely through a computer |
| 668 | 651 | network, you should also make sure that it provides a way for users to |
| 669 | 652 | get its source.  For example, if your program is a web application, its |
| 670 | 653 | interface could display a "Source" link that leads users to an archive |
| 671 | 654 | of the code.  There are many ways you could offer source, and different |
| 672 | 655 | solutions will be better for different programs; see section 13 for the |
| 673 | 656 | specific requirements. |
| 674 | 657 | |
| 675 | | - __You should also get your employer (if you work as a programmer) or school, |
| | 658 | + You should also get your employer (if you work as a programmer) or school, |
| 676 | 659 | if any, to sign a "copyright disclaimer" for the program, if necessary. |
| 677 | 660 | For more information on this, and how to apply and follow the GNU AGPL, see |
| 678 | | - <http://www.gnu.org/licenses/>. |
| 679 | | - |
| 680 | | - |
| 681 | | - "Commons Clause" License Condition |
| 682 | | - |
| 683 | | - The Software is provided to you by the Licensor under the License, as |
| 684 | | - defined below, subject to the following condition. Without limiting |
| 685 | | - other conditions in the License, the grant of rights under the License |
| 686 | | - will not include, and the License does not grant to you, the right to |
| 687 | | - Sell the Software.  For purposes of the foregoing, "Sell" means |
| 688 | | - practicing any or all of the rights granted to you under the License |
| 689 | | - to provide to third parties, for a fee or other consideration, |
| 690 | | - a product or service that consists, entirely or substantially, |
| 691 | | - of the Software or the functionality of the Software. Any license |
| 692 | | - notice or attribution required by the License must also include |
| 693 | | - this Commons Cause License Condition notice. |
| | 661 | + <https://www.gnu.org/licenses/>. |

---

▽ 486 ■■■■□□ enterprise/cluster/LICENSE.txt 📋

| ... | ... | @@ -1,51 +1,35 @@ |
|---|---|---|
| 1 | | - NOTICE |
| 2 | | - This package contains software licensed under different |
| 3 | | - licenses, please refer to the NOTICE.txt file for further |
| 4 | | - information and LICENSES.txt for full license texts. |
| | 1 | + GNU AFFERO GENERAL PUBLIC LICENSE |
| | 2 | +   Version 3, 19 November 2007 |
| 5 | 3 | |
| 6 | | - Neo4j Enterprise object code can be licensed independently from |
| 7 | | - the source under separate commercial terms. Email inquiries can be |
| 8 | | - directed to: licensing@neo4j.com. More information is also |
| 9 | | - available at:https://neo4j.com/licensing/ |
| | 4 | + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | 5 | + Everyone is permitted to copy and distribute verbatim copies |
| | 6 | + of this license document, but changing it is not allowed. |
| 10 | 7 | |
| 11 | | - The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | - (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows: |
| | 8 | + Preamble |
| 14 | 9 | |
| 15 | | - |
| 16 | | - |
| 17 | | -                  GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | -                    Version 3, 19 November 2007 |
| 19 | | - |
| 20 | | -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | -  Everyone is permitted to copy and distribute verbatim copies |
| 22 | | -  of this license document, but changing it is not allowed. |

N4J_019092

```
23         -    -
24         -    -                        Preamble
25         -    -
26         -    -    The GNU Affero General Public License is a free, copyleft license
27         -    - for software and other kinds of works, specifically designed to ensure
      10   +    + The GNU Affero General Public License is a free, copyleft license for
      11   +    + software and other kinds of works, specifically designed to ensure
28         12      cooperation with the community in the case of network server software.
29         13
30         -    -   The licenses for most software and other practical works are
31         -    - designed to take away your freedom to share and change the works.  By
32         -    - contrast, our General Public Licenses are intended to guarantee your
33         -    - freedom to share and change all versions of a program--to make sure it
34         -    - remains free software for all its users.
      14   +    + The licenses for most software and other practical works are designed
      15   +    + to take away your freedom to share and change the works.  By contrast,
      16   +    + our General Public Licenses are intended to guarantee your freedom to
      17   +    + share and change all versions of a program--to make sure it remains free
      18   +    + software for all its users.
35         19
36         -    -   When we speak of free software, we are referring to freedom, not
      20   +    + When we speak of free software, we are referring to freedom, not
37         21      price.  Our General Public Licenses are designed to make sure that you
38         22      have the freedom to distribute copies of free software (and charge for
39         23      them if you wish), that you receive source code or can get it if you
40         24      want it, that you can change the software or use pieces of it in new
41         25      free programs, and that you know you can do these things.
42         26
43         -    -   Developers that use our General Public Licenses protect your rights
      27   +    + Developers that use our General Public Licenses protect your rights
44         28      with two steps: (1) assert copyright on the software, and (2) offer
45         29      you this License which gives you legal permission to copy, distribute
46         30      and/or modify the software.
47         31
48         -    -   A secondary benefit of defending all users' freedom is that
      32   +    + A secondary benefit of defending all users' freedom is that
49         33      improvements made in alternate versions of the program, if they
50         34      receive widespread use, become available for other developers to
51         35      incorporate.  Many developers of free software are heartened and
55         39      letting the public access it on a server without ever releasing its
56         40      source code to the public.
57         41
58         -    -   The GNU Affero General Public License is designed specifically to
      42   +    + The GNU Affero General Public License is designed specifically to
59         43      ensure that, in such cases, the modified source code becomes available
60         44      to the community.  It requires the operator of a network server to
61         45      provide the source code of the modified version running there to the
62         46      users of that server.  Therefore, public use of a modified version, on
63         47      a publicly accessible server, gives the public access to the source
64         48      code of the modified version.
65         49
66         -    -   An older license, called the Affero General Public License and
      50   +    + An older license, called the Affero General Public License and
67         51      published by Affero, was designed to accomplish similar goals.  This is
68         52      a different license, not a version of the Affero GPL, but Affero has
69         53      released a new version of the Affero GPL which permits relicensing under
70         54      this license.
71         55
72         -    -   The precise terms and conditions for copying, distribution and
      56   +    + The precise terms and conditions for copying, distribution and
73         57      modification follow.
74         58
75         -    -                     TERMS AND CONDITIONS
```

N4J_019093

```diff
     59  + TERMS AND CONDITIONS
     60  +
     61  + 0. Definitions.
 76  62
 77      -   0. Definitions.
     63  + "This License" refers to version 3 of the GNU Affero General Public License.
 78  64
 79      -   "This License" refers to version 3 of the GNU Affero General Public
 80      - License.
     65  + "Copyright" also means copyright-like laws that apply to other kinds of
     66  + works, such as semiconductor masks.
 81  67
 82      -   "Copyright" also means copyright-like laws that apply to other kinds
 83      - of works, such as semiconductor masks.
 84      -
 85      -   "The Program" refers to any copyrightable work licensed under this
     68  + "The Program" refers to any copyrightable work licensed under this
 86  69    License.  Each licensee is addressed as "you".  "Licensees" and
 87  70    "recipients" may be individuals or organizations.
 88  71
 89      -   To "modify" a work means to copy from or adapt all or part of the work
     72  + To "modify" a work means to copy from or adapt all or part of the work
 90  73    in a fashion requiring copyright permission, other than the making of an
 91  74    exact copy.  The resulting work is called a "modified version" of the
 92  75    earlier work or a work "based on" the earlier work.
 93  76
 94      -   A "covered work" means either the unmodified Program or a work based
     77  + A "covered work" means either the unmodified Program or a work based
 95  78    on the Program.
 96  79
 97      -   To "propagate" a work means to do anything with it that, without
     80  + To "propagate" a work means to do anything with it that, without
 98  81    permission, would make you directly or secondarily liable for
 99  82    infringement under applicable copyright law, except executing it on a
100  83    computer or modifying a private copy.  Propagation includes copying,
101  84    distribution (with or without modification), making available to the
102  85    public, and in some countries other activities as well.
103  86
104      -   To "convey" a work means any kind of propagation that enables other
     87  + To "convey" a work means any kind of propagation that enables other
105  88    parties to make or receive copies.  Mere interaction with a user through
106  89    a computer network, with no transfer of a copy, is not conveying.
107  90
108      -   An interactive user interface displays "Appropriate Legal Notices"
     91  + An interactive user interface displays "Appropriate Legal Notices"
109  92    to the extent that it includes a convenient and prominently visible
110  93    feature that (1) displays an appropriate copyright notice, and (2)
111  94    tells the user that there is no warranty for the work (except to the
114  97    the interface presents a list of user commands or options, such as a
115  98    menu, a prominent item in the list meets this criterion.
116  99
117      -   1. Source Code.
    100  + 1. Source Code.
118 101
119      -   The "source code" for a work means the preferred form of the work
    102  + The "source code" for a work means the preferred form of the work
120 103    for making modifications to it.  "Object code" means any non-source
121 104    form of a work.
122 105
123      -   A "Standard Interface" means an interface that either is an official
    106  + A "Standard Interface" means an interface that either is an official
124 107    standard defined by a recognized standards body, or, in the case of
125 108    interfaces specified for a particular programming language, one that
```

N4J_019094

```
126  109         is widely used among developers working in that language.
127  110

128          -    __The "System Libraries" of an executable work include anything, other
     111     +    The "System Libraries" of an executable work include anything, other
129  112         than the work as a whole, that (a) is included in the normal form of
130  113         packaging a Major Component, but which is not part of that Major
131  114         Component, and (b) serves only to enable use of the work with that
136  119         (if any) on which the executable work runs, or a compiler used to
137  120         produce the work, or an object code interpreter used to run it.
138  121

139          -    __The "Corresponding Source" for a work in object code form means all
     122     +    The "Corresponding Source" for a work in object code form means all
140  123         the source code needed to generate, install, and (for an executable
141  124         work) run the object code and to modify the work, including scripts to
142  125         control those activities.  However, it does not include the work's
149  132         such as by intimate data communication or control flow between those
150  133         subprograms and other parts of the work.
151  134

152          -    __The Corresponding Source need not include anything that users
     135     +    The Corresponding Source need not include anything that users
153  136         can regenerate automatically from other parts of the Corresponding
154  137         Source.
155  138

156          -    __The Corresponding Source for a work in source code form is that
     139     +    The Corresponding Source for a work in source code form is that
157  140         same work.
158  141

159          -    __2. Basic Permissions.
     142     +    2. Basic Permissions.
160  143

161          -    __All rights granted under this License are granted for the term of
     144     +    All rights granted under this License are granted for the term of
162  145         copyright on the Program, and are irrevocable provided the stated
163  146         conditions are met.  This License explicitly affirms your unlimited
164  147         permission to run the unmodified Program.  The output from running a
165  148         covered work is covered by this License only if the output, given its
166  149         content, constitutes a covered work.  This License acknowledges your
167  150         rights of fair use or other equivalent, as provided by copyright law.
168  151

169          -    __You may make, run and propagate covered works that you do not
     152     +    You may make, run and propagate covered works that you do not
170  153         convey, without conditions so long as your license otherwise remains
171  154         in force.  You may convey covered works to others for the sole purpose
172  155         of having them make modifications exclusively for you, or provide you
177  160         and control, on terms that prohibit them from making any copies of
178  161         your copyrighted material outside their relationship with you.
179  162

180          -    __Conveying under any other circumstances is permitted solely under
     163     +    Conveying under any other circumstances is permitted solely under
181  164         the conditions stated below.  Sublicensing is not allowed; section 10
182  165         makes it unnecessary.
183  166

184          -    __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167     +    3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186          -    __No covered work shall be deemed part of an effective technological
     169     +    No covered work shall be deemed part of an effective technological
187  170         measure under any applicable law fulfilling obligations under article
188  171         11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172         similar laws prohibiting or restricting circumvention of such
190  173         measures.
191  174

192          -    __When you convey a covered work, you waive any legal power to forbid
```

N4J_019095

```
193 176  + When you convey a covered work, you waive any legal power to forbid
194 177    circumvention of technological measures to the extent such circumvention
195 178    is effected by exercising rights under this License with respect to
196 179    the covered work, and you disclaim any intention to limit operation or
197 180    modification of the work as a means of enforcing, against the work's
198 181    users, your or third parties' legal rights to forbid circumvention of
199 182    technological measures.

200      - __4. Conveying Verbatim Copies.
    183  + 4. Conveying Verbatim Copies.
201 184

202      - __You may convey verbatim copies of the Program's source code as you
    185  + You may convey verbatim copies of the Program's source code as you
203 186    receive it, in any medium, provided that you conspicuously and
204 187    appropriately publish on each copy an appropriate copyright notice;
205 188    keep intact all notices stating that this License and any
206 189    non-permissive terms added in accord with section 7 apply to the code;
207 190    keep intact all notices of the absence of any warranty; and give all
208 191    recipients a copy of this License along with the Program.
209 192

210      - __You may charge any price or no price for each copy that you convey,
    193  + You may charge any price or no price for each copy that you convey,
211 194    and you may offer support or warranty protection for a fee.
212 195

213      - __5. Conveying Modified Source Versions.
    196  + 5. Conveying Modified Source Versions.
214 197

215      - __You may convey a work based on the Program, or the modifications to
    198  + You may convey a work based on the Program, or the modifications to
216 199    produce it from the Program, in the form of source code under the
217 200    terms of section 4, provided that you also meet all of these conditions:
218 201

219      - ____a) The work must carry prominent notices stating that you modified
220      - ____it, and giving a relevant date.
    202  + a) The work must carry prominent notices stating that you modified
    203  + it, and giving a relevant date.
221 204

222      - ____b) The work must carry prominent notices stating that it is
223      - ____released under this License and any conditions added under section
224      - ____7.  This requirement modifies the requirement in section 4 to
225      - ____"keep intact all notices".
    205  + b) The work must carry prominent notices stating that it is
    206  + released under this License and any conditions added under section
    207  + 7.  This requirement modifies the requirement in section 4 to
    208  + "keep intact all notices".
226 209

227      - ____c) You must license the entire work, as a whole, under this
228      - ____License to anyone who comes into possession of a copy.  This
229      - ____License will therefore apply, along with any applicable section 7
230      - ____additional terms, to the whole of the work, and all its parts,
231      - ____regardless of how they are packaged.  This License gives no
232      - ____permission to license the work in any other way, but it does not
233      - ____invalidate such permission if you have separately received it.
    210  + c) You must license the entire work, as a whole, under this
    211  + License to anyone who comes into possession of a copy.  This
    212  + License will therefore apply, along with any applicable section 7
    213  + additional terms, to the whole of the work, and all its parts,
    214  + regardless of how they are packaged.  This License gives no
    215  + permission to license the work in any other way, but it does not
    216  + invalidate such permission if you have separately received it.
234 217

235      - ____d) If the work has interactive user interfaces, each must display
236      - ____Appropriate Legal Notices; however, if the Program has interactive
```

N4J_019096

```
237          -    interfaces that do not display Appropriate Legal Notices, your
238          -    work need not make them do so.
        218  + d) If the work has interactive user interfaces, each must display
        219  + Appropriate Legal Notices; however, if the Program has interactive
        220  + interfaces that do not display Appropriate Legal Notices, your
        221  + work need not make them do so.
239     222
240          -    A compilation of a covered work with other separate and independent
        223  +   A compilation of a covered work with other separate and independent
241     224       works, which are not by their nature extensions of the covered work,
242     225       and which are not combined with it such as to form a larger program,
243     226       in or on a volume of a storage or distribution medium, is called an
247     230       in an aggregate does not cause this License to apply to the other
248     231       parts of the aggregate.
249     232
250          -    6. Conveying Non-Source Forms.
        233  + 6. Conveying Non-Source Forms.
251     234
252          -    You may convey a covered work in object code form under the terms
        235  +   You may convey a covered work in object code form under the terms
253     236       of sections 4 and 5, provided that you also convey the
254     237       machine-readable Corresponding Source under the terms of this License,
255     238       in one of these ways:
256     239
257          -      a) Convey the object code in, or embodied in, a physical product
258          -      (including a physical distribution medium), accompanied by the
259          -      Corresponding Source fixed on a durable physical medium
260          -      customarily used for software interchange.
261          -
262          -      b) Convey the object code in, or embodied in, a physical product
263          -      (including a physical distribution medium), accompanied by a
264          -      written offer, valid for at least three years and valid for as
265          -      long as you offer spare parts or customer support for that product
266          -      model, to give anyone who possesses the object code either (1) a
267          -      copy of the Corresponding Source for all the software in the
268          -      product that is covered by this License, on a durable physical
269          -      medium customarily used for software interchange, for a price no
270          -      more than your reasonable cost of physically performing this
271          -      conveying of source, or (2) access to copy the
272          -      Corresponding Source from a network server at no charge.
273          -
274          -      c) Convey individual copies of the object code with a copy of the
275          -      written offer to provide the Corresponding Source.  This
276          -      alternative is allowed only occasionally and noncommercially, and
277          -      only if you received the object code with such an offer, in accord
278          -      with subsection 6b.
279          -
280          -      d) Convey the object code by offering access from a designated
281          -      place (gratis or for a charge), and offer equivalent access to the
282          -      Corresponding Source in the same way through the same place at no
283          -      further charge.  You need not require recipients to copy the
284          -      Corresponding Source along with the object code.  If the place to
285          -      copy the object code is a network server, the Corresponding Source
286          -      may be on a different server (operated by you or a third party)
287          -      that supports equivalent copying facilities, provided you maintain
288          -      clear directions next to the object code saying where to find the
289          -      Corresponding Source.  Regardless of what server hosts the
290          -      Corresponding Source, you remain obligated to ensure that it is
291          -      available for as long as needed to satisfy these requirements.
292          -
293          -      e) Convey the object code using peer-to-peer transmission, provided
294          -      you inform other peers where the object code and Corresponding
295          -      Source of the work are being offered to the general public at no
```

N4J_019097

```
296       -    charge under subsection 6d.
297       -
298       -    A separable portion of the object code, whose source code is excluded
     240  + a) Convey the object code in, or embodied in, a physical product
     241  + (including a physical distribution medium), accompanied by the
     242  + Corresponding Source fixed on a durable physical medium
     243  + customarily used for software interchange.
     244  +
     245  + b) Convey the object code in, or embodied in, a physical product
     246  + (including a physical distribution medium), accompanied by a
     247  + written offer, valid for at least three years and valid for as
     248  + long as you offer spare parts or customer support for that product
     249  + model, to give anyone who possesses the object code either (1) a
     250  + copy of the Corresponding Source for all the software in the
     251  + product that is covered by this License, on a durable physical
     252  + medium customarily used for software interchange, for a price no
     253  + more than your reasonable cost of physically performing this
     254  + conveying of source, or (2) access to copy the
     255  + Corresponding Source from a network server at no charge.
     256  +
     257  + c) Convey individual copies of the object code with a copy of the
     258  + written offer to provide the Corresponding Source.  This
     259  + alternative is allowed only occasionally and noncommercially, and
     260  + only if you received the object code with such an offer, in accord
     261  + with subsection 6b.
     262  +
     263  + d) Convey the object code by offering access from a designated
     264  + place (gratis or for a charge), and offer equivalent access to the
     265  + Corresponding Source in the same way through the same place at no
     266  + further charge.  You need not require recipients to copy the
     267  + Corresponding Source along with the object code.  If the place to
     268  + copy the object code is a network server, the Corresponding Source
     269  + may be on a different server (operated by you or a third party)
     270  + that supports equivalent copying facilities, provided you maintain
     271  + clear directions next to the object code saying where to find the
     272  + Corresponding Source.  Regardless of what server hosts the
     273  + Corresponding Source, you remain obligated to ensure that it is
     274  + available for as long as needed to satisfy these requirements.
     275  +
     276  + e) Convey the object code using peer-to-peer transmission, provided
     277  + you inform other peers where the object code and Corresponding
     278  + Source of the work are being offered to the general public at no
     279  + charge under subsection 6d.
     280  +
     281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302       -    A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315       -    "Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
```

N4J_019098

```
321   304       modification has been made.
322   305
323         - __If you convey an object code work under this section in, or with, or
      306   + If you convey an object code work under this section in, or with, or
324   307     specifically for use in, a User Product, and the conveying occurs as
325   308     part of a transaction in which the right of possession and use of the
326   309     User Product is transferred to the recipient in perpetuity or for a
331   314     modified object code on the User Product (for example, the work has
332   315     been installed in ROM).
333   316
334         - __The requirement to provide Installation Information does not include a
      317   + The requirement to provide Installation Information does not include a
335   318     requirement to continue to provide support service, warranty, or updates
336   319     for a work that has been modified or installed by the recipient, or for
337   320     the User Product in which it has been modified or installed.  Access to a
338   321     network may be denied when the modification itself materially and
339   322     adversely affects the operation of the network or violates the rules and
340   323     protocols for communication across the network.
341   324
342         - __Corresponding Source conveyed, and Installation Information provided,
      325   + Corresponding Source conveyed, and Installation Information provided,
343   326     in accord with this section must be in a format that is publicly
344   327     documented (and with an implementation available to the public in
345   328     source code form), and must require no special password or key for
346   329     unpacking, reading or copying.
347   330
348         - __7. Additional Terms.
      331   + 7. Additional Terms.
349   332
350         - __"Additional permissions" are terms that supplement the terms of this
      333   + "Additional permissions" are terms that supplement the terms of this
351   334     License by making exceptions from one or more of its conditions.
352   335     Additional permissions that are applicable to the entire Program shall
353   336     be treated as though they were included in this License, to the extent
356   339     under those permissions, but the entire Program remains governed by
357   340     this License without regard to the additional permissions.
358   341
359         - __When you convey a copy of a covered work, you may at your option
      342   + When you convey a copy of a covered work, you may at your option
360   343     remove any additional permissions from that copy, or from any part of
361   344     it.  (Additional permissions may be written to require their own
362   345     removal in certain cases when you modify the work.)  You may place
363   346     additional permissions on material, added by you to a covered work,
364   347     for which you have or can give appropriate copyright permission.
365   348
366         - __Notwithstanding any other provision of this License, for material you
      349   + Notwithstanding any other provision of this License, for material you
367   350     add to a covered work, you may (if authorized by the copyright holders of
368   351     that material) supplement the terms of this License with terms:
369   352
370         - ____a) Disclaiming warranty or limiting liability differently from the
371         - ____terms of sections 15 and 16 of this License; or
      353   + a) Disclaiming warranty or limiting liability differently from the
      354   + terms of sections 15 and 16 of this License; or
372   355
373         - ____b) Requiring preservation of specified reasonable legal notices or
374         - ____author attributions in that material or in the Appropriate Legal
375         - ____Notices displayed by works containing it; or
      356   + b) Requiring preservation of specified reasonable legal notices or
      357   + author attributions in that material or in the Appropriate Legal
      358   + Notices displayed by works containing it; or
376   359
377         - ____c) Prohibiting misrepresentation of the origin of that material, or
```

```diff
378            -    ___requiring that modified versions of such material be marked in
379            -    ___reasonable ways as different from the original version; or
       360    + c) Prohibiting misrepresentation of the origin of that material, or
       361    + requiring that modified versions of such material be marked in
       362    + reasonable ways as different from the original version; or
380    363
381            -    ___d) Limiting the use for publicity purposes of names of licensors or
382            -    ___authors of the material; or
       364    + d) Limiting the use for publicity purposes of names of licensors or
       365    + authors of the material; or
383    366
384            -    ___e) Declining to grant rights under trademark law for use of some
385            -    ___trade names, trademarks, or service marks; or
       367    + e) Declining to grant rights under trademark law for use of some
       368    + trade names, trademarks, or service marks; or
386    369
387            -    ___f) Requiring indemnification of licensors and authors of that
388            -    ___material by anyone who conveys the material (or modified versions of
389            -    ___it) with contractual assumptions of liability to the recipient, for
390            -    ___any liability that these contractual assumptions directly impose on
391            -    ___those licensors and authors.
       370    + f) Requiring indemnification of licensors and authors of that
       371    + material by anyone who conveys the material (or modified versions of
       372    + it) with contractual assumptions of liability to the recipient, for
       373    + any liability that these contractual assumptions directly impose on
       374    + those licensors and authors.
392    375
393            -    ___All other non-permissive additional terms are considered "further
       376    + All other non-permissive additional terms are considered "further
394    377      restrictions" within the meaning of section 10.  If the Program as you
395    378      received it, or any part of it, contains a notice stating that it is
396            - governed by this License along with a term that is a further restriction,
397            - you may remove that term.  If a license document contains a further
398            - restriction but permits relicensing or conveying under this License, you
399            - may add to a covered work material governed by the terms of that license
400            - document, provided that the further restriction does not survive such
401            - relicensing or conveying.
402            -
403            -    ___If you add terms to a covered work in accord with this section, you
       379    + governed by this License along with a term that is a further
       380    + restriction, you may remove that term.  If a license document contains
       381    + a further restriction but permits relicensing or conveying under this
       382    + License, you may add to a covered work material governed by the terms
       383    + of that license document, provided that the further restriction does
       384    + not survive such relicensing or conveying.
       385    +
       386    + If you add terms to a covered work in accord with this section, you
404    387      must place, in the relevant source files, a statement of the
405    388      additional terms that apply to those files, or a notice indicating
406    389      where to find the applicable terms.
407    390
408            -    ___Additional terms, permissive or non-permissive, may be stated in the
       391    + Additional terms, permissive or non-permissive, may be stated in the
409    392      form of a separately written license, or stated as exceptions;
410    393      the above requirements apply either way.
411    394
412            -    ___8. Termination.
       395    + 8. Termination.
413    396
414            -    ___You may not propagate or modify a covered work except as expressly
       397    + You may not propagate or modify a covered work except as expressly
415    398      provided under this License.  Any attempt otherwise to propagate or
416    399      modify it is void, and will automatically terminate your rights under
```

N4J_019100

```
417  400        this License (including any patent licenses granted under the third
418  401        paragraph of section 11).
419  402
420       -   __However, if you cease all violation of this License, then your
     403  +     However, if you cease all violation of this License, then your
421  404        license from a particular copyright holder is reinstated (a)
422  405        provisionally, unless and until the copyright holder explicitly and
423  406        finally terminates your license, and (b) permanently, if the copyright
424  407        holder fails to notify you of the violation by some reasonable means
425  408        prior to 60 days after the cessation.
426  409
427       -   __Moreover, your license from a particular copyright holder is
     410  +     Moreover, your license from a particular copyright holder is
428  411        reinstated permanently if the copyright holder notifies you of the
429  412        violation by some reasonable means, this is the first time you have
430  413        received notice of violation of this License (for any work) from that
431  414        copyright holder, and you cure the violation prior to 30 days after
432  415        your receipt of the notice.
433  416
434       -   __Termination of your rights under this section does not terminate the
     417  +     Termination of your rights under this section does not terminate the
435  418        licenses of parties who have received copies or rights from you under
436  419        this License.  If your rights have been terminated and not permanently
437  420        reinstated, you do not qualify to receive new licenses for the same
438  421        material under section 10.
439  422
440       -   __9. Acceptance Not Required for Having Copies.
     423  +     9. Acceptance Not Required for Having Copies.
441  424
442       -   __You are not required to accept this License in order to receive or
     425  +     You are not required to accept this License in order to receive or
443  426        run a copy of the Program.  Ancillary propagation of a covered work
444  427        occurring solely as a consequence of using peer-to-peer transmission
445  428        to receive a copy likewise does not require acceptance.  However,
448  431        not accept this License.  Therefore, by modifying or propagating a
449  432        covered work, you indicate your acceptance of this License to do so.
450  433
451       -   __10. Automatic Licensing of Downstream Recipients.
     434  +     10. Automatic Licensing of Downstream Recipients.
452  435
453       -   __Each time you convey a covered work, the recipient automatically
     436  +     Each time you convey a covered work, the recipient automatically
454  437        receives a license from the original licensors, to run, modify and
455  438        propagate that work, subject to this License.  You are not responsible
456  439        for enforcing compliance by third parties with this License.
457  440
458       -   __An "entity transaction" is a transaction transferring control of an
     441  +     An "entity transaction" is a transaction transferring control of an
459  442        organization, or substantially all assets of one, or subdividing an
460  443        organization, or merging organizations.  If propagation of a covered
461  444        work results from an entity transaction, each party to that
465  448        Corresponding Source of the work from the predecessor in interest, if
466  449        the predecessor has it or can get it with reasonable efforts.
467  450
468       -   __You may not impose any further restrictions on the exercise of the
     451  +     You may not impose any further restrictions on the exercise of the
469  452        rights granted or affirmed under this License.  For example, you may
470  453        not impose a license fee, royalty, or other charge for exercise of
471  454        rights granted under this License, and you may not initiate litigation
472  455        (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456        any patent claim is infringed by making, using, selling, offering for
474  457        sale, or importing the Program or any portion of it.
475  458
```

N4J_019101

| 476 | | - __11. Patents. |
| | 459 | + __11. Patents. |
| 477 | 460 | |
| 478 | | - __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based.  The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | - __A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | - __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | patent license under the contributor's essential patent claims, to |
| 494 | 477 | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | propagate the contents of its contributor version. |
| 496 | 479 | |
| 497 | | - __In the following three paragraphs, a "patent license" is any express |
| | 480 | + In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | sue for patent infringement).  To "grant" such a patent license to a |
| 501 | 484 | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | patent against the party. |
| 503 | 486 | |
| 504 | | - __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | publicly available network server or other readily accessible means, |
| 515 | 498 | in a country, would infringe one or more identifiable patents in that |
| 516 | 499 | country that you have reason to believe are valid. |
| 517 | 500 | |
| 518 | | - __If, pursuant to or in connection with a single transaction or |
| | 501 | + If, pursuant to or in connection with a single transaction or |
| 519 | 502 | arrangement, you convey, or propagate by procuring conveyance of, a |
| 520 | 503 | covered work, and grant a patent license to some of the parties |
| 521 | 504 | receiving the covered work authorizing them to use, propagate, modify |
| 522 | 505 | or convey a specific copy of the covered work, then the patent license |
| 523 | 506 | you grant is automatically extended to all recipients of the covered |
| 524 | 507 | work and works based on it. |
| 525 | 508 | |
| 526 | | - __A patent license is "discriminatory" if it does not include within |
| | 509 | + A patent license is "discriminatory" if it does not include within |
| 527 | 510 | the scope of its coverage, prohibits the exercise of, or is |
| 528 | 511 | conditioned on the non-exercise of one or more of the rights that are |
| 529 | 512 | specifically granted under this License.  You may not convey a covered |
| 538 | 521 | work if you are a party to an arrangement with a third party that is |
| 539 | 522 | or that patent license was granted, prior to 28 March 2007. |
| 540 | 523 | |
| 541 | | - __Nothing in this License shall be construed as excluding or limiting |
| | 524 | + Nothing in this License shall be construed as excluding or limiting |
| 542 | 525 | any implied license or other defenses to infringement that may |
| 543 | 526 | otherwise be available to you under applicable patent law. |
| 544 | 527 | |
| 545 | | - __12. No Surrender of Others' Freedom. |
| | 528 | + 12. No Surrender of Others' Freedom. |
| 546 | 529 | |

N4J_019102

```
547        |  -     __If conditions are imposed on you (whether by court order, agreement or
     530   |  + If conditions are imposed on you (whether by court order, agreement or
548  531   |    otherwise) that contradict the conditions of this License, they do not
549  532   |    excuse you from the conditions of this License.  If you cannot convey a
550  533   |    covered work so as to satisfy simultaneously your obligations under this
554  538   |    the Program, the only way you could satisfy both those terms and this
555  539   |    License would be to refrain entirely from conveying the Program.

556  539   |
557        |  -     __13. Remote Network Interaction; Use with the GNU General Public License.
     540   |  + 13. Remote Network Interaction; Use with the GNU General Public License.
558  541   |
559        |  -     __Notwithstanding any other provision of this License, if you modify the
     542   |  + Notwithstanding any other provision of this License, if you modify the
560  543   |    Program, your modified version must prominently offer all users
561  544   |    interacting with it remotely through a computer network (if your version
562  545   |    supports such interaction) an opportunity to receive the Corresponding
567  550   |    of the GNU General Public License that is incorporated pursuant to the
568  551   |    following paragraph.
569  552   |
570        |  -     __Notwithstanding any other provision of this License, you have permission
571        |  - to link or combine any covered work with a work licensed under version 3
572        |  - of the GNU General Public License into a single combined work, and to
573        |  - convey the resulting work.  The terms of this license will continue to
574        |  - apply to the part which is the covered work,  but the work with which it is
575        |  - combined will remain governed by version 3 of the GNU General Public
576        |  - License.
577        |  -
578        |  -     14. Revised Versions of this License.
579        |  -
580        |  -     __The Free Software Foundation may publish revised and/or new versions of
581        |  - the GNU Affero General Public License from time to time.  Such new
582        |  - versions will be similar in spirit to the present version, but may differ
583        |  - in detail to address new problems or concerns.
584        |  -
585        |  -     __Each version is given a distinguishing version number.  If the
586        |  - Program specifies that a certain numbered version of the GNU Affero
587        |  - General Public License "or any later version" applies to it, you have
588        |  - the option of following the terms and conditions either of that
589        |  - numbered version or of any later version published by the Free
590        |  - Software Foundation.  If the Program does not specify a version number
591        |  - of the GNU Affero General Public License, you may choose any version
592        |  - ever published by the Free Software Foundation.
593        |  -
594        |  -     __If the Program specifies that a proxy can decide which future
595        |  - versions of the GNU Affero General Public License can be used, that
596        |  - proxy's public statement of acceptance of a version permanently
597        |  - authorizes you to choose that version for the Program.
598        |  -
599        |  -     __Later license versions may give you additional or different
     553   |  + Notwithstanding any other provision of this License, you have
     554   |  + permission to link or combine any covered work with a work licensed
     555   |  + under version 3 of the GNU General Public License into a single
     556   |  + combined work, and to convey the resulting work.  The terms of this
     557   |  + License will continue to apply to the part which is the covered work,
     558   |  + but the work with which it is combined will remain governed by version
     559   |  + 3 of the GNU General Public License.
     560   |  +
     561   |  + 14. Revised Versions of this License.
     562   |  +
     563   |  + The Free Software Foundation may publish revised and/or new versions of
     564   |  + the GNU Affero General Public License from time to time.  Such new versions
     565   |  + will be similar in spirit to the present version, but may differ in detail to
     566   |  + address new problems or concerns.
```

N4J_019103

```
567     +
568     + Each version is given a distinguishing version number.  If the
569     + Program specifies that a certain numbered version of the GNU Affero General
570     + Public License "or any later version" applies to it, you have the
571     + option of following the terms and conditions either of that numbered
572     + version or of any later version published by the Free Software
573     + Foundation.  If the Program does not specify a version number of the
574     + GNU Affero General Public License, you may choose any version ever published
575     + by the Free Software Foundation.
576     +
577     + If the Program specifies that a proxy can decide which future
578     + versions of the GNU Affero General Public License can be used, that proxy's
579     + public statement of acceptance of a version permanently authorizes you
580     + to choose that version for the Program.
581     +
582     + Later license versions may give you additional or different
600  583     permissions.  However, no additional obligations are imposed on any
601  584     author or copyright holder as a result of your choosing to follow a
602  585     later version.
603  586
604        -  __15. Disclaimer of Warranty.
     587  + 15. Disclaimer of Warranty.
605  588
606        -  __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615        -  __16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599
617        -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608     SUCH DAMAGES.
626  609
627        -  __17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611
629        -  __If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613     above cannot be given local legal effect according to their terms,
631  614     reviewing courts shall apply local law that most closely approximates
632  615     an absolute waiver of all civil liability in connection with the
633  616     Program, unless a warranty or assumption of liability accompanies a
634  617     copy of the Program in return for a fee.
635  618
636        -  _____END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620
638        -  _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640        -  __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624     possible use to the public, the best way to achieve this is to make it
642  625     free software which everyone can redistribute and change under these terms.
```

N4J_019104

```
643   626
644         -     To do so, attach the following notices to the program.  It is safest
      627   +   To do so, attach the following notices to the program.  It is safest
645   628       to attach them to the start of each source file to most effectively
646   629       state the exclusion of warranty; and each file should have at least
647   630       the "copyright" line and a pointer to where the full notice is found.
648   631
649         -         <one line to give the program's name and a brief idea of what it does.>
650         -     Copyright (C) <year>  <name of author>
      632   +   <one line to give the program's name and a brief idea of what it does.>
      633   +   Copyright (C) <year>  <name of author>
651   634
652         -     This program is free software: you can redistribute it and/or modify
653         -     it under the terms of the GNU Affero General Public License as
654         -     published by the Free Software Foundation, either version 3 of the
655         -     License, or (at your option) any later version.
      635   +   This program is free software: you can redistribute it and/or modify
      636   +   it under the terms of the GNU Affero General Public License as published by
      637   +   the Free Software Foundation, either version 3 of the License, or
      638   +   (at your option) any later version.
656   639
657         -     This program is distributed in the hope that it will be useful,
658         -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659         -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660         -     GNU Affero General Public License for more details.
      640   +   This program is distributed in the hope that it will be useful,
      641   +   but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   +   MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   +   GNU Affero General Public License for more details.
661   644
662         -     You should have received a copy of the GNU Affero General Public License
663         -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   +   You should have received a copy of the GNU Affero General Public License
      646   +   along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648     Also add information on how to contact you by electronic and paper mail.
666   649
667         -     If your software can interact with users remotely through a computer
      650   +   If your software can interact with users remotely through a computer
668   651       network, you should also make sure that it provides a way for users to
669   652       get its source.  For example, if your program is a web application, its
670   653       interface could display a "Source" link that leads users to an archive
671   654       of the code.  There are many ways you could offer source, and different
672   655       solutions will be better for different programs; see section 13 for the
673   656       specific requirements.
674   657
675         -     You should also get your employer (if you work as a programmer) or school,
      658   +   You should also get your employer (if you work as a programmer) or school,
676   659       if any, to sign a "copyright disclaimer" for the program, if necessary.
677   660     For more information on this, and how to apply and follow the GNU AGPL, see
678         -   <http://www.gnu.org/licenses/>.
679         -
680         -
681         -   "Commons Clause" License Condition
682         -
683         -   The Software is provided to you by the Licensor under the License, as
684         -   defined below, subject to the following condition. Without limiting
685         -   other conditions in the License, the grant of rights under the License
686         -   will not include, and the License does not grant to you, the right to
687         -   Sell the Software.  For purposes of the foregoing, "Sell" means
688         -   practicing any or all of the rights granted to you under the License
689         -   to provide to third parties, for a fee or other consideration,
690         -   a product or service that consists, entirely or substantially,
```

N4J_019105

| | | 691 | | - of the Software or the functionality of the Software. Any license |
|---|---|---|---|---|
| | | 692 | | - notice or attribution required by the License must also include |
| | | 693 | | - this Commons Cause License Condition notice. |
| | | | 661 | + <https://www.gnu.org/licenses/>. |

⌄  486 ▓▓▓▓▒▒  enterprise/com/LICENSE.txt 📋

| ... | ... | | | @@ -1,51 +1,35 @@ |
|---|---|---|---|---|
| 1 | | | | - NOTICE |
| 2 | | | | - This package contains software licensed under different |
| 3 | | | | - licenses, please refer to the NOTICE.txt file for further |
| 4 | | | | - information and LICENSES.txt for full license texts. |
| | | 1 | | + GNU AFFERO GENERAL PUBLIC LICENSE |
| | | 2 | | +   Version 3, 19 November 2007 |
| 5 | | | | - |
| | | 3 | | + |
| 6 | | | | - Neo4j Enterprise object code can be licensed independently from |
| 7 | | | | - the source under separate commercial terms. Email inquiries can be |
| 8 | | | | - directed to: licensing@neo4j.com. More information is also |
| 9 | | | | - available at:https://neo4j.com/licensing/ |
| | | 4 | | + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | | 5 | | + Everyone is permitted to copy and distribute verbatim copies |
| | | 6 | | + of this license document, but changing it is not allowed. |
| 10 | | | | - |
| | | 7 | | + |
| 11 | | | | - The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | | | - (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | | | - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows: |
| | | 8 | | + Preamble |
| 14 | | | | - |
| | | 9 | | + |
| 15 | | | | - |
| 16 | | | | - |
| 17 | | | | -                     GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | | | -                        Version 3, 19 November 2007 |
| 19 | | | | - |
| 20 | | | | -   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | | | -   Everyone is permitted to copy and distribute verbatim copies |
| 22 | | | | -   of this license document, but changing it is not allowed. |
| 23 | | | | - |
| 24 | | | | -                            Preamble |
| 25 | | | | - |
| 26 | | | | -    The GNU Affero General Public License is a free, copyleft license |
| 27 | | | | - for software and other kinds of works, specifically designed to ensure |
| | | 10 | | + The GNU Affero General Public License is a free, copyleft license for |
| | | 11 | | + software and other kinds of works, specifically designed to ensure |
| 28 | | 12 | | cooperation with the community in the case of network server software. |
| 29 | | 13 | | |
| 30 | | | | -   The licenses for most software and other practical works are |
| 31 | | | | - designed to take away your freedom to share and change the works.  By |
| 32 | | | | - contrast, our General Public Licenses are intended to guarantee your |
| 33 | | | | - freedom to share and change all versions of a program--to make sure it |
| 34 | | | | - remains free software for all its users. |
| | | 14 | | + The licenses for most software and other practical works are designed |
| | | 15 | | + to take away your freedom to share and change the works. By contrast, |
| | | 16 | | + our General Public Licenses are intended to guarantee your freedom to |
| | | 17 | | + share and change all versions of a program--to make sure it remains free |
| | | 18 | | + software for all its users. |
| 35 | | | | - |
| | | 19 | | + |
| 36 | | | | -   When we speak of free software, we are referring to freedom, not |
| | | 20 | | + When we speak of free software, we are referring to freedom, not |
| 37 | | 21 | | price.  Our General Public Licenses are designed to make sure that you |
| 38 | | 22 | | have the freedom to distribute copies of free software (and charge for |
| 39 | | 23 | | them if you wish), that you receive source code or can get it if you |
| 40 | | 24 | | want it, that you can change the software or use pieces of it in new |
| 41 | | 25 | | free programs, and that you know you can do these things. |

N4J_019106

```
42  26
43      -   Developers that use our General Public Licenses protect your rights
    27  + Developers that use our General Public Licenses protect your rights
44  28    with two steps: (1) assert copyright on the software, and (2) offer
45  29    you this License which gives you legal permission to copy, distribute
46  30    and/or modify the software.
47  31
48      -   A secondary benefit of defending all users' freedom is that
    32  + A secondary benefit of defending all users' freedom is that
49  33    improvements made in alternate versions of the program, if they
50  34    receive widespread use, become available for other developers to
51  35    incorporate.  Many developers of free software are heartened and
55  39    letting the public access it on a server without ever releasing its
56  40    source code to the public.
57  41
58      -   The GNU Affero General Public License is designed specifically to
    42  + The GNU Affero General Public License is designed specifically to
59  43    ensure that, in such cases, the modified source code becomes available
60  44    to the community.  It requires the operator of a network server to
61  45    provide the source code of the modified version running there to the
62  46    users of that server.  Therefore, public use of a modified version, on
63  47    a publicly accessible server, gives the public access to the source
64  48    code of the modified version.
65  49
66      -   An older license, called the Affero General Public License and
    50  + An older license, called the Affero General Public License and
67  51    published by Affero, was designed to accomplish similar goals.  This is
68  52    a different license, not a version of the Affero GPL, but Affero has
69  53    released a new version of the Affero GPL which permits relicensing under
70  54    this license.
71  55
72      -   The precise terms and conditions for copying, distribution and
    56  + The precise terms and conditions for copying, distribution and
73  57    modification follow.
74  58
75      -               TERMS AND CONDITIONS
    59  + TERMS AND CONDITIONS
    60  +
    61  + 0. Definitions.
76  62
77      -   0. Definitions.
    63  + "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79      -   "This License" refers to version 3 of the GNU Affero General Public
80      - License.
    65  + "Copyright" also means copyright-like laws that apply to other kinds of
    66  + works, such as semiconductor masks.
81  67
82      -   "Copyright" also means copyright-like laws that apply to other kinds
83      - of works, such as semiconductor masks.
84      -
85      -   "The Program" refers to any copyrightable work licensed under this
    68  + "The Program" refers to any copyrightable work licensed under this
86  69    License.  Each licensee is addressed as "you".  "Licensees" and
87  70    "recipients" may be individuals or organizations.
88  71
89      -   To "modify" a work means to copy from or adapt all or part of the work
    72  + To "modify" a work means to copy from or adapt all or part of the work
90  73    in a fashion requiring copyright permission, other than the making of an
91  74    exact copy.  The resulting work is called a "modified version" of the
92  75    earlier work or a work "based on" the earlier work.
93  76
94      -   A "covered work" means either the unmodified Program or a work based
```

N4J_019107

```
 95   77   + A "covered work" means either the unmodified Program or a work based
 96   78     on the Program.
      79

 97        - __To "propagate" a work means to do anything with it that, without
      80   + To "propagate" a work means to do anything with it that, without
 98   81     permission, would make you directly or secondarily liable for
 99   82     infringement under applicable copyright law, except executing it on a
100   83     computer or modifying a private copy.  Propagation includes copying,
101   84     distribution (with or without modification), making available to the
102   85     public, and in some countries other activities as well.
103   86

104        - __To "convey" a work means any kind of propagation that enables other
      87   + To "convey" a work means any kind of propagation that enables other
105   88     parties to make or receive copies.  Mere interaction with a user through
106   89     a computer network, with no transfer of a copy, is not conveying.
107   90

108        - __An interactive user interface displays "Appropriate Legal Notices"
      91   + An interactive user interface displays "Appropriate Legal Notices"
109   92     to the extent that it includes a convenient and prominently visible
110   93     feature that (1) displays an appropriate copyright notice, and (2)
111   94     tells the user that there is no warranty for the work (except to the
114   97     the interface presents a list of user commands or options, such as a
115   98     menu, a prominent item in the list meets this criterion.
116   99

117        - __1. Source Code.
     100   + 1. Source Code.
118  101

119        - __The "source code" for a work means the preferred form of the work
     102   + The "source code" for a work means the preferred form of the work
120  103     for making modifications to it.  "Object code" means any non-source
121  104     form of a work.
122  105

123        - __A "Standard Interface" means an interface that either is an official
     106   + A "Standard Interface" means an interface that either is an official
124  107     standard defined by a recognized standards body, or, in the case of
125  108     interfaces specified for a particular programming language, one that
126  109     is widely used among developers working in that language.
127  110

128        - __The "System Libraries" of an executable work include anything, other
     111   + The "System Libraries" of an executable work include anything, other
129  112     than the work as a whole, that (a) is included in the normal form of
130  113     packaging a Major Component, but which is not part of that Major
131  114     Component, and (b) serves only to enable use of the work with that
136  119     (if any) on which the executable work runs, or a compiler used to
137  120     produce the work, or an object code interpreter used to run it.
138  121

139        - __The "Corresponding Source" for a work in object code form means all
     122   + The "Corresponding Source" for a work in object code form means all
140  123     the source code needed to generate, install, and (for an executable
141  124     work) run the object code and to modify the work, including scripts to
142  125     control those activities.  However, it does not include the work's
149  132     such as by intimate data communication or control flow between those
150  133     subprograms and other parts of the work.
151  134

152        - __The Corresponding Source need not include anything that users
     135   + The Corresponding Source need not include anything that users
153  136     can regenerate automatically from other parts of the Corresponding
154  137     Source.
155  138

156        - __The Corresponding Source for a work in source code form is that
     139   + The Corresponding Source for a work in source code form is that
157  140     same work.
158  141
```

N4J_019108

```
159          -   2. Basic Permissions.
       142   + 2. Basic Permissions.
160    143
161          -   All rights granted under this License are granted for the term of
       144   + All rights granted under this License are granted for the term of
162    145     copyright on the Program, and are irrevocable provided the stated
163    146     conditions are met.  This License explicitly affirms your unlimited
164    147     permission to run the unmodified Program.  The output from running a
165    148     covered work is covered by this License only if the output, given its
166    149     content, constitutes a covered work.  This License acknowledges your
167    150     rights of fair use or other equivalent, as provided by copyright law.
168    151
169          -   You may make, run and propagate covered works that you do not
       152   + You may make, run and propagate covered works that you do not
170    153     convey, without conditions so long as your license otherwise remains
171    154     in force.  You may convey covered works to others for the sole purpose
172    155     of having them make modifications exclusively for you, or provide you
177    160     and control, on terms that prohibit them from making any copies of
178    161     your copyrighted material outside their relationship with you.
179    162
180          -   Conveying under any other circumstances is permitted solely under
       163   + Conveying under any other circumstances is permitted solely under
181    164     the conditions stated below.  Sublicensing is not allowed; section 10
182    165     makes it unnecessary.
183    166
184          -   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
       167   + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185    168
186          -   No covered work shall be deemed part of an effective technological
       169   + No covered work shall be deemed part of an effective technological
187    170     measure under any applicable law fulfilling obligations under article
188    171     11 of the WIPO copyright treaty adopted on 20 December 1996, or
189    172     similar laws prohibiting or restricting circumvention of such
190    173     measures.
191    174
192          -   When you convey a covered work, you waive any legal power to forbid
       175   + When you convey a covered work, you waive any legal power to forbid
193    176     circumvention of technological measures to the extent such circumvention
194    177     is effected by exercising rights under this License with respect to
195    178     the covered work, and you disclaim any intention to limit operation or
196    179     modification of the work as a means of enforcing, against the work's
197    180     users, your or third parties' legal rights to forbid circumvention of
198    181     technological measures.
199    182
200          -   4. Conveying Verbatim Copies.
       183   + 4. Conveying Verbatim Copies.
201    184
202          -   You may convey verbatim copies of the Program's source code as you
       185   + You may convey verbatim copies of the Program's source code as you
203    186     receive it, in any medium, provided that you conspicuously and
204    187     appropriately publish on each copy an appropriate copyright notice;
205    188     keep intact all notices stating that this License and any
206    189     non-permissive terms added in accord with section 7 apply to the code;
207    190     keep intact all notices of the absence of any warranty; and give all
208    191     recipients a copy of this License along with the Program.
209    192
210          -   You may charge any price or no price for each copy that you convey,
       193   + You may charge any price or no price for each copy that you convey,
211    194     and you may offer support or warranty protection for a fee.
212    195
213          -   5. Conveying Modified Source Versions.
       196   + 5. Conveying Modified Source Versions.
214    197
```

N4J_019109

10/2/2019　　　　update-ongdb/LICENSE.txt · File to document 98.1 · graphfoundation/ongdb@c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · GitHub

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 384 of 1198

```
215         -   __You may convey a work based on the Program, or the modifications to
      198   + You may convey a work based on the Program, or the modifications to
216   199     produce it from the Program, in the form of source code under the
217   200     terms of section 4, provided that you also meet all of these conditions:
218   201
219         -   ____a) The work must carry prominent notices stating that you modified
220         -   ____it, and giving a relevant date.
      202   + a) The work must carry prominent notices stating that you modified
      203   + it, and giving a relevant date.
221   204
222         -   ____b) The work must carry prominent notices stating that it is
223         -   ____released under this License and any conditions added under section
224         -   ____7.  This requirement modifies the requirement in section 4 to
225         -   ____"keep intact all notices".
      205   + b) The work must carry prominent notices stating that it is
      206   + released under this License and any conditions added under section
      207   + 7.  This requirement modifies the requirement in section 4 to
      208   + "keep intact all notices".
226   209
227         -   ____c) You must license the entire work, as a whole, under this
228         -   ____License to anyone who comes into possession of a copy.  This
229         -   ____License will therefore apply, along with any applicable section 7
230         -   ____additional terms, to the whole of the work, and all its parts,
231         -   ____regardless of how they are packaged.  This License gives no
232         -   ____permission to license the work in any other way, but it does not
233         -   ____invalidate such permission if you have separately received it.
      210   + c) You must license the entire work, as a whole, under this
      211   + License to anyone who comes into possession of a copy.  This
      212   + License will therefore apply, along with any applicable section 7
      213   + additional terms, to the whole of the work, and all its parts,
      214   + regardless of how they are packaged.  This License gives no
      215   + permission to license the work in any other way, but it does not
      216   + invalidate such permission if you have separately received it.
234   217
235         -   ____d) If the work has interactive user interfaces, each must display
236         -   ____Appropriate Legal Notices; however, if the Program has interactive
237         -   ____interfaces that do not display Appropriate Legal Notices, your
238         -   ____work need not make them do so.
      218   + d) If the work has interactive user interfaces, each must display
      219   + Appropriate Legal Notices; however, if the Program has interactive
      220   + interfaces that do not display Appropriate Legal Notices, your
      221   + work need not make them do so.
239   222
240         -   __A compilation of a covered work with other separate and independent
      223   + A compilation of a covered work with other separate and independent
241   224     works, which are not by their nature extensions of the covered work,
242   225     and which are not combined with it such as to form a larger program,
243   226     in or on a volume of a storage or distribution medium, is called an
247   230     in an aggregate does not cause this License to apply to the other
248   231     parts of the aggregate.
249   232
250         -   __6. Conveying Non-Source Forms.
      233   + 6. Conveying Non-Source Forms.
251   234
252         -   __You may convey a covered work in object code form under the terms
      235   + You may convey a covered work in object code form under the terms
253   236     of sections 4 and 5, provided that you also convey the
254   237     machine-readable Corresponding Source under the terms of this License,
255   238     in one of these ways:
256   239
257         -   ____a) Convey the object code in, or embodied in, a physical product
258         -   ____(including a physical distribution medium), accompanied by the
259         -   ____Corresponding Source fixed on a durable physical medium
```

N4J_019110

```
260     -    customarily used for software interchange.
261     -
262     -    ____b) Convey the object code in, or embodied in, a physical product
263     -    ____(including a physical distribution medium), accompanied by a
264     -    ____written offer, valid for at least three years and valid for as
265     -    ____long as you offer spare parts or customer support for that product
266     -    ____model, to give anyone who possesses the object code either (1) a
267     -    ____copy of the Corresponding Source for all the software in the
268     -    ____product that is covered by this License, on a durable physical
269     -    ____medium customarily used for software interchange, for a price no
270     -    ____more than your reasonable cost of physically performing this
271     -    ____conveying of source, or (2) access to copy the
272     -    ____Corresponding Source from a network server at no charge.
273     -
274     -    ____c) Convey individual copies of the object code with a copy of the
275     -    ____written offer to provide the Corresponding Source.  This
276     -    ____alternative is allowed only occasionally and noncommercially, and
277     -    ____only if you received the object code with such an offer, in accord
278     -    ____with subsection 6b.
279     -
280     -    ____d) Convey the object code by offering access from a designated
281     -    ____place (gratis or for a charge), and offer equivalent access to the
282     -    ____Corresponding Source in the same way through the same place at no
283     -    ____further charge.  You need not require recipients to copy the
284     -    ____Corresponding Source along with the object code.  If the place to
285     -    ____copy the object code is a network server, the Corresponding Source
286     -    ____may be on a different server (operated by you or a third party)
287     -    ____that supports equivalent copying facilities, provided you maintain
288     -    ____clear directions next to the object code saying where to find the
289     -    ____Corresponding Source.  Regardless of what server hosts the
290     -    ____Corresponding Source, you remain obligated to ensure that it is
291     -    ____available for as long as needed to satisfy these requirements.
292     -
293     -    ____e) Convey the object code using peer-to-peer transmission, provided
294     -    ____you inform other peers where the object code and Corresponding
295     -    ____Source of the work are being offered to the general public at no
296     -    ____charge under subsection 6d.
297     -
298     -    __A separable portion of the object code, whose source code is excluded
    240 +  a) Convey the object code in, or embodied in, a physical product
    241 +  (including a physical distribution medium), accompanied by the
    242 +  Corresponding Source fixed on a durable physical medium
    243 +  customarily used for software interchange.
    244 +
    245 +  b) Convey the object code in, or embodied in, a physical product
    246 +  (including a physical distribution medium), accompanied by a
    247 +  written offer, valid for at least three years and valid for as
    248 +  long as you offer spare parts or customer support for that product
    249 +  model, to give anyone who possesses the object code either (1) a
    250 +  copy of the Corresponding Source for all the software in the
    251 +  product that is covered by this License, on a durable physical
    252 +  medium customarily used for software interchange, for a price no
    253 +  more than your reasonable cost of physically performing this
    254 +  conveying of source, or (2) access to copy the
    255 +  Corresponding Source from a network server at no charge.
    256 +
    257 +  c) Convey individual copies of the object code with a copy of the
    258 +  written offer to provide the Corresponding Source.  This
    259 +  alternative is allowed only occasionally and noncommercially, and
    260 +  only if you received the object code with such an offer, in accord
    261 +  with subsection 6b.
    262 +
    263 +  d) Convey the object code by offering access from a designated
```

N4J_019111

```
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
     from the Corresponding Source as a System Library, need not be
     included in conveying the object code work.

     - __A "User Product" is either (1) a "consumer product", which means any
     + A "User Product" is either (1) a "consumer product", which means any
     tangible personal property which is normally used for personal, family,
     or household purposes, or (2) anything designed or sold for incorporation
     into a dwelling.  In determining whether a product is a consumer product,
     commercial, industrial or non-consumer uses, unless such uses represent
     the only significant mode of use of the product.

     - __"Installation Information" for a User Product means any methods,
     + "Installation Information" for a User Product means any methods,
     procedures, authorization keys, or other information required to install
     and execute modified versions of a covered work in that User Product from
     a modified version of its Corresponding Source.  The information must
     suffice to ensure that the continued functioning of the modified object
     code is in no case prevented or interfered with solely because
     modification has been made.

     - __If you convey an object code work under this section in, or with, or
     + If you convey an object code work under this section in, or with, or
     specifically for use in, a User Product, and the conveying occurs as
     part of a transaction in which the right of possession and use of the
     User Product is transferred to the recipient in perpetuity or for a
     modified object code on the User Product (for example, the work has
     been installed in ROM).

     - __The requirement to provide Installation Information does not include a
     + The requirement to provide Installation Information does not include a
     requirement to continue to provide support service, warranty, or updates
     for a work that has been modified or installed by the recipient, or for
     the User Product in which it has been modified or installed.  Access to a
     network may be denied when the modification itself materially and
     adversely affects the operation of the network or violates the rules and
     protocols for communication across the network.

     - __Corresponding Source conveyed, and Installation Information provided,
     + Corresponding Source conveyed, and Installation Information provided,
     in accord with this section must be in a format that is publicly
     documented (and with an implementation available to the public in
     source code form), and must require no special password or key for
     unpacking, reading or copying.

     - __7. Additional Terms.
```

N4J_019112

```
 331  + 7. Additional Terms.
 332
 350      - __"Additional permissions" are terms that supplement the terms of this
 333  + "Additional permissions" are terms that supplement the terms of this
 351  334    License by making exceptions from one or more of its conditions.
 352  335    Additional permissions that are applicable to the entire Program shall
 353  336    be treated as though they were included in this License, to the extent
 356  339    under those permissions, but the entire Program remains governed by
 357  340    this License without regard to the additional permissions.
 358  341
 359      - __When you convey a copy of a covered work, you may at your option
 342  + When you convey a copy of a covered work, you may at your option
 360  343    remove any additional permissions from that copy, or from any part of
 361  344    it.  (Additional permissions may be written to require their own
 362  345    removal in certain cases when you modify the work.)  You may place
 363  346    additional permissions on material, added by you to a covered work,
 364  347    for which you have or can give appropriate copyright permission.
 365  348
 366      - __Notwithstanding any other provision of this License, for material you
 349  + Notwithstanding any other provision of this License, for material you
 367  350    add to a covered work, you may (if authorized by the copyright holders of
 368  351    that material) supplement the terms of this License with terms:
 369  352
 370      - ____a) Disclaiming warranty or limiting liability differently from the
 371      - ____terms of sections 15 and 16 of this License; or
 353  + a) Disclaiming warranty or limiting liability differently from the
 354  + terms of sections 15 and 16 of this License; or
 372  355
 373      - ____b) Requiring preservation of specified reasonable legal notices or
 374      - ____author attributions in that material or in the Appropriate Legal
 375      - ____Notices displayed by works containing it; or
 356  + b) Requiring preservation of specified reasonable legal notices or
 357  + author attributions in that material or in the Appropriate Legal
 358  + Notices displayed by works containing it; or
 376  359
 377      - ____c) Prohibiting misrepresentation of the origin of that material, or
 378      - ____requiring that modified versions of such material be marked in
 379      - ____reasonable ways as different from the original version; or
 360  + c) Prohibiting misrepresentation of the origin of that material, or
 361  + requiring that modified versions of such material be marked in
 362  + reasonable ways as different from the original version; or
 380  363
 381      - ____d) Limiting the use for publicity purposes of names of licensors or
 382      - ____authors of the material; or
 364  + d) Limiting the use for publicity purposes of names of licensors or
 365  + authors of the material; or
 383  366
 384      - ____e) Declining to grant rights under trademark law for use of some
 385      - ____trade names, trademarks, or service marks; or
 367  + e) Declining to grant rights under trademark law for use of some
 368  + trade names, trademarks, or service marks; or
 386  369
 387      - ____f) Requiring indemnification of licensors and authors of that
 388      - ____material by anyone who conveys the material (or modified versions of
 389      - ____it) with contractual assumptions of liability to the recipient, for
 390      - ____any liability that these contractual assumptions directly impose on
 391      - ____those licensors and authors.
 370  + f) Requiring indemnification of licensors and authors of that
 371  + material by anyone who conveys the material (or modified versions of
 372  + it) with contractual assumptions of liability to the recipient, for
 373  + any liability that these contractual assumptions directly impose on
 374  + those licensors and authors.
 392  375
```

```
393         -  __All other non-permissive additional terms are considered "further
      376   +  All other non-permissive additional terms are considered "further
394   377      restrictions" within the meaning of section 10.  If the Program as you
395   378      received it, or any part of it, contains a notice stating that it is
396         -  governed by this License along with a term that is a further restriction,
397         -  you may remove that term.  If a license document contains a further
398         -  restriction but permits relicensing or conveying under this License, you
399         -  may add to a covered work material governed by the terms of that license
400         -  document, provided that the further restriction does not survive such
401         -  relicensing or conveying.
402         -
403         -  __If you add terms to a covered work in accord with this section, you
      379   +  governed by this License along with a term that is a further
      380   +  restriction, you may remove that term.  If a license document contains
      381   +  a further restriction but permits relicensing or conveying under this
      382   +  License, you may add to a covered work material governed by the terms
      383   +  of that license document, provided that the further restriction does
      384   +  not survive such relicensing or conveying.
      385   +
      386   +  If you add terms to a covered work in accord with this section, you
404   387      must place, in the relevant source files, a statement of the
405   388      additional terms that apply to those files, or a notice indicating
406   389      where to find the applicable terms.
407   390
408         -  __Additional terms, permissive or non-permissive, may be stated in the
      391   +  Additional terms, permissive or non-permissive, may be stated in the
409   392      form of a separately written license, or stated as exceptions;
410   393      the above requirements apply either way.
411   394
412         -  __8. Termination.
      395   +  8. Termination.
413   396
414         -  __You may not propagate or modify a covered work except as expressly
      397   +  You may not propagate or modify a covered work except as expressly
415   398      provided under this License.  Any attempt otherwise to propagate or
416   399      modify it is void, and will automatically terminate your rights under
417   400      this License (including any patent licenses granted under the third
418   401      paragraph of section 11).
419   402
420         -  __However, if you cease all violation of this License, then your
      403   +  However, if you cease all violation of this License, then your
421   404      license from a particular copyright holder is reinstated (a)
422   405      provisionally, unless and until the copyright holder explicitly and
423   406      finally terminates your license, and (b) permanently, if the copyright
424   407      holder fails to notify you of the violation by some reasonable means
425   408      prior to 60 days after the cessation.
426   409
427         -  __Moreover, your license from a particular copyright holder is
      410   +  Moreover, your license from a particular copyright holder is
428   411      reinstated permanently if the copyright holder notifies you of the
429   412      violation by some reasonable means, this is the first time you have
430   413      received notice of violation of this License (for any work) from that
431   414      copyright holder, and you cure the violation prior to 30 days after
432   415      your receipt of the notice.
433   416
434         -  __Termination of your rights under this section does not terminate the
      417   +  Termination of your rights under this section does not terminate the
435   418      licenses of parties who have received copies or rights from you under
436   419      this License.  If your rights have been terminated and not permanently
437   420      reinstated, you do not qualify to receive new licenses for the same
438   421      material under section 10.
439   422
440         -  __9. Acceptance Not Required for Having Copies.
```

N4J_019114

```
441   423   + 9. Acceptance Not Required for Having Copies.
      424
442         - __You are not required to accept this License in order to receive or
      425   + You are not required to accept this License in order to receive or
443   426     run a copy of the Program.  Ancillary propagation of a covered work
444   427     occurring solely as a consequence of using peer-to-peer transmission
445   428     to receive a copy likewise does not require acceptance.  However,
448   431     not accept this License.  Therefore, by modifying or propagating a
449   432     covered work, you indicate your acceptance of this License to do so.
450   433
451         - __10. Automatic Licensing of Downstream Recipients.
      434   + 10. Automatic Licensing of Downstream Recipients.
452   435
453         - __Each time you convey a covered work, the recipient automatically
      436   + Each time you convey a covered work, the recipient automatically
454   437     receives a license from the original licensors, to run, modify and
455   438     propagate that work, subject to this License.  You are not responsible
456   439     for enforcing compliance by third parties with this License.
457   440
458         - __An "entity transaction" is a transaction transferring control of an
      441   + An "entity transaction" is a transaction transferring control of an
459   442     organization, or substantially all assets of one, or subdividing an
460   443     organization, or merging organizations.  If propagation of a covered
461   444     work results from an entity transaction, each party to that
465   448     Corresponding Source of the work from the predecessor in interest, if
466   449     the predecessor has it or can get it with reasonable efforts.
467   450
468         - __You may not impose any further restrictions on the exercise of the
      451   + You may not impose any further restrictions on the exercise of the
469   452     rights granted or affirmed under this License.  For example, you may
470   453     not impose a license fee, royalty, or other charge for exercise of
471   454     rights granted under this License, and you may not initiate litigation
472   455     (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456     any patent claim is infringed by making, using, selling, offering for
474   457     sale, or importing the Program or any portion of it.
475   458
476         - __11. Patents.
      459   + 11. Patents.
477   460
478         - __A "contributor" is a copyright holder who authorizes use under this
      461   + A "contributor" is a copyright holder who authorizes use under this
479   462     License of the Program or a work on which the Program is based.  The
480   463     work thus licensed is called the contributor's "contributor version".
481   464
482         - __A contributor's "essential patent claims" are all patent claims
      465   + A contributor's "essential patent claims" are all patent claims
483   466     owned or controlled by the contributor, whether already acquired or
484   467     hereafter acquired, that would be infringed by some manner, permitted
485   468     by this License, of making, using, or selling its contributor version,
489   472     patent sublicenses in a manner consistent with the requirements of
490   473     this License.
491   474
492         - __Each contributor grants you a non-exclusive, worldwide, royalty-free
      475   + Each contributor grants you a non-exclusive, worldwide, royalty-free
493   476     patent license under the contributor's essential patent claims, to
494   477     make, use, sell, offer for sale, import and otherwise run, modify and
495   478     propagate the contents of its contributor version.
496   479
497         - __In the following three paragraphs, a "patent license" is any express
      480   + In the following three paragraphs, a "patent license" is any express
498   481     agreement or commitment, however denominated, not to enforce a patent
499   482     (such as an express permission to practice a patent or covenant not to
500   483     sue for patent infringement).  To "grant" such a patent license to a
```

N4J_019115

```
501   484           party means to make such an agreement or commitment not to enforce a
502   485           patent against the party.
503   486

504        -   __If you convey a covered work, knowingly relying on a patent license,
      487  +  If you convey a covered work, knowingly relying on a patent license,
505   488           and the Corresponding Source of the work is not available for anyone
506   489           to copy, free of charge and under the terms of this License, through a
507   490           publicly available network server or other readily accessible means,
515   498           in a country, would infringe one or more identifiable patents in that
516   499           country that you have reason to believe are valid.
517   500

518        -   __If, pursuant to or in connection with a single transaction or
      501  +  If, pursuant to or in connection with a single transaction or
519   502           arrangement, you convey, or propagate by procuring conveyance of, a
520   503           covered work, and grant a patent license to some of the parties
521   504           receiving the covered work authorizing them to use, propagate, modify
522   505           or convey a specific copy of the covered work, then the patent license
523   506           you grant is automatically extended to all recipients of the covered
524   507           work and works based on it.
525   508

526        -   __A patent license is "discriminatory" if it does not include within
      509  +  A patent license is "discriminatory" if it does not include within
527   510           the scope of its coverage, prohibits the exercise of, or is
528   511           conditioned on the non-exercise of one or more of the rights that are
529   512           specifically granted under this License.  You may not convey a covered
538   521           contain the covered work, unless you entered into that arrangement,
539   522           or that patent license was granted, prior to 28 March 2007.
540   523

541        -   __Nothing in this License shall be construed as excluding or limiting
      524  +  Nothing in this License shall be construed as excluding or limiting
542   525           any implied license or other defenses to infringement that may
543   526           otherwise be available to you under applicable patent law.
544   527

545        -   __12. No Surrender of Others' Freedom.
      528  +  12. No Surrender of Others' Freedom.
546   529

547        -   __If conditions are imposed on you (whether by court order, agreement or
      530  +  If conditions are imposed on you (whether by court order, agreement or
548   531           otherwise) that contradict the conditions of this License, they do not
549   532           excuse you from the conditions of this License.  If you cannot convey a
550   533           covered work so as to satisfy simultaneously your obligations under this
554   537           the Program, the only way you could satisfy both those terms and this
555   538           License would be to refrain entirely from conveying the Program.
556   539

557        -   __13. Remote Network Interaction; Use with the GNU General Public License.
      540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558   541

559        -   __Notwithstanding any other provision of this License, if you modify the
      542  +  Notwithstanding any other provision of this License, if you modify the
560   543           Program, your modified version must prominently offer all users
561   544           interacting with it remotely through a computer network (if your version
562   545           supports such interaction) an opportunity to receive the Corresponding
567   550           of the GNU General Public License that is incorporated pursuant to the
568   551           following paragraph.
569   552

570        -   __Notwithstanding any other provision of this License, you have permission
571        -  to link or combine any covered work with a work licensed under version 3
572        -  of the GNU General Public License into a single combined work, and to
573        -  convey the resulting work.  The terms of this License will continue to
574        -  apply to the part which is the covered work, but the work with which it is
575        -  combined will remain governed by version 3 of the GNU General Public
576        -  License.
577        -
```

N4J_019116

```
578    - __14. Revised Versions of this License.
579    -
580    - __The Free Software Foundation may publish revised and/or new versions of
581    - the GNU Affero General Public License from time to time.  Such new
582    - versions will be similar in spirit to the present version, but may differ
583    - in detail to address new problems or concerns.
584    -
585    - __Each version is given a distinguishing version number.  If the
586    - Program specifies that a certain numbered version of the GNU Affero
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation.  If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    - __If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    - __Later license versions may give you additional or different
       553  + Notwithstanding any other provision of this License, you have
       554  + permission to link or combine any covered work with a work licensed
       555  + under version 3 of the GNU General Public License into a single
       556  + combined work, and to convey the resulting work.  The terms of this
       557  + License will continue to apply to the part which is the covered work,
       558  + but the work with which it is combined will remain governed by version
       559  + 3 of the GNU General Public License.
       560  +
       561  + 14. Revised Versions of this License.
       562  +
       563  + The Free Software Foundation may publish revised and/or new versions of
       564  + the GNU Affero General Public License from time to time.  Such new versions
       565  + will be similar in spirit to the present version, but may differ in detail to
       566  + address new problems or concerns.
       567  +
       568  + Each version is given a distinguishing version number.  If the
       569  + Program specifies that a certain numbered version of the GNU Affero General
       570  + Public License "or any later version" applies to it, you have the
       571  + option of following the terms and conditions either of that numbered
       572  + version or of any later version published by the Free Software
       573  + Foundation.  If the Program does not specify a version number of the
       574  + GNU Affero General Public License, you may choose any version ever published
       575  + by the Free Software Foundation.
       576  +
       577  + If the Program specifies that a proxy can decide which future
       578  + versions of the GNU Affero General Public License can be used, that proxy's
       579  + public statement of acceptance of a version permanently authorizes you
       580  + to choose that version for the Program.
       581  +
       582  + Later license versions may give you additional or different
600    583    permissions.  However, no additional obligations are imposed on any
601    584    author or copyright holder as a result of your choosing to follow a
602    585    later version.
603    586
604    - __15. Disclaimer of Warranty.
       587  + 15. Disclaimer of Warranty.
605    588
606    - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
       589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607    590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608    591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
```

N4J_019117

```
609  592      OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595      IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596      ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597

615       -    __16. Limitation of Liability.
     598  +  16. Limitation of Liability.
616  599

617       -    __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601      WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602      THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603      GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607      EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608      SUCH DAMAGES.
626  609

627       -    __17. Interpretation of Sections 15 and 16.
     610  +  17. Interpretation of Sections 15 and 16.
628  611

629       -    __If the disclaimer of warranty and limitation of liability provided
     612  +  If the disclaimer of warranty and limitation of liability provided
630  613      above cannot be given local legal effect according to their terms,
631  614      reviewing courts shall apply local law that most closely approximates
632  615      an absolute waiver of all civil liability in connection with the
633  616      Program, unless a warranty or assumption of liability accompanies a
634  617      copy of the Program in return for a fee.
635  618

636       -    _____END OF TERMS AND CONDITIONS
     619  +  END OF TERMS AND CONDITIONS
637  620

638       -    _____How to Apply These Terms to Your New Programs
     621  +  How to Apply These Terms to Your New Programs
639  622

640       -    __If you develop a new program, and you want it to be of the greatest
     623  +  If you develop a new program, and you want it to be of the greatest
641  624      possible use to the public, the best way to achieve this is to make it
642  625      free software which everyone can redistribute and change under these terms.
643  626

644       -    __To do so, attach the following notices to the program.  It is safest
     627  +  To do so, attach the following notices to the program.  It is safest
645  628      to attach them to the start of each source file to most effectively
646  629      state the exclusion of warranty; and each file should have at least
647  630      the "copyright" line and a pointer to where the full notice is found.
648  631

649       -    ____<one line to give the program's name and a brief idea of what it does.>
650       -    ____Copyright (C) <year>  <name of author>
     632  +  <one line to give the program's name and a brief idea of what it does.>
     633  +  Copyright (C) <year>  <name of author>
651  634

652       -    ____This program is free software: you can redistribute it and/or modify
653       -    ____it under the terms of the GNU Affero General Public License as
654       -    __published by_the Free Software Foundation, either version 3 of the
655       -    __License, or_(at your option) any later version.
     635  +  This program is free software: you can redistribute it and/or modify
     636  +  it under the terms of the GNU Affero General Public License as published by
     637  +  the Free Software Foundation, either version 3 of the License, or
     638  +  (at your option) any later version.
656  639

657       -    ____This program is distributed in the hope that it will be useful,
658       -    ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -    __MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -    ____GNU Affero General Public License for more details.
     640  +  This program is distributed in the hope that it will be useful,
     641  +  but WITHOUT ANY WARRANTY; without even the implied warranty of
```

N4J_019118

```
642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
643  + GNU Affero General Public License for more details.

661  644
662       -     You should have received a copy of the GNU Affero General Public License
663       -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.

664  647
665  648     Also add information on how to contact you by electronic and paper mail.

666  649
667       -   If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651     network, you should also make sure that it provides a way for users to
669  652     get its source.  For example, if your program is a web application, its
670  653     interface could display a "Source" link that leads users to an archive
671  654     of the code.  There are many ways you could offer source, and different
672  655     solutions will be better for different programs; see section 13 for the
673  656     specific requirements.

674  657
675       -   You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678       - <http://www.gnu.org/licenses/>.
679       -
680       -
681       - "Commons Clause" License Condition
682       -
683       - The Software is provided to you by the Licensor under the License, as
684       - defined below, subject to the following condition. Without limiting
685       - other conditions in the License, the grant of rights under the License
686       - will not include, and the License does not grant to you, the right to
687       - Sell the Software.  For purposes of the foregoing, "Sell" means
688       - practicing any or all of the rights granted to you under the License
689       - to provide to third parties, for a fee or other consideration,
690       - a product or service that consists, entirely or substantially,
691       - of the Software or the functionality of the Software. Any license
692       - notice or attribution required by the License must also include
693       - this Commons Clause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```

486 ■■■□■ enterprise/cypher/acceptance-spec-suite/LICENSE.txt

```
...  ...  @@ -1,51 +1,35 @@
1        - NOTICE
2        - This package contains software licensed under different
3        - licenses, please refer to the NOTICE.txt file for further
4        - information and LICENSES.txt for full license texts.
     1   + GNU AFFERO GENERAL PUBLIC LICENSE
     2   +   Version 3, 19 November 2007
5    3
6        - Neo4j Enterprise object code can be licensed independently from
7        - the source under separate commercial terms. Email inquiries can be
8        - directed to: licensing@neo4j.com. More information is also
9        - available at:https://neo4j.com/licensing/
     4   + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
     5   + Everyone is permitted to copy and distribute verbatim copies
     6   + of this license document, but changing it is not allowed.
10   7
11       - The software ("Software") is developed and owned by Neo4j Sweden AB
12       - (referred to in this notice as "Neo4j") and is subject to the terms
13       - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
     8   + Preamble
```

N4J_019119

```
14     9
15        -
16        -
17        -              GNU AFFERO GENERAL PUBLIC LICENSE
18        -                 Version 3, 19 November 2007
19        -
20        -   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21        -   Everyone is permitted to copy and distribute verbatim copies
22        -   of this license document, but changing it is not allowed.
23        -
24        -                        Preamble
25        -
26        -     The GNU Affero General Public License is a free, copyleft license
27        -   for software and other kinds of works, specifically designed to ensure
      10  +   The GNU Affero General Public License is a free, copyleft license for
      11  +   software and other kinds of works, specifically designed to ensure
28     12      cooperation with the community in the case of network server software.
29     13
30        -     The licenses for most software and other practical works are
31        -   designed to take away your freedom to share and change the works.  By
32        -   contrast, our General Public Licenses are intended to guarantee your
33        -   freedom to share and change all versions of a program--to make sure it
34        -   remains free software for all its users.
      14  +   The licenses for most software and other practical works are designed
      15  +   to take away your freedom to share and change the works.  By contrast,
      16  +   our General Public Licenses are intended to guarantee your freedom to
      17  +   share and change all versions of a program--to make sure it remains free
      18  +   software for all its users.
35     19
36        -     When we speak of free software, we are referring to freedom, not
      20  +   When we speak of free software, we are referring to freedom, not
37     21      price.  Our General Public Licenses are designed to make sure that you
38     22      have the freedom to distribute copies of free software (and charge for
39     23      them if you wish), that you receive source code or can get it if you
40     24      want it, that you can change the software or use pieces of it in new
41     25      free programs, and that you know you can do these things.
42     26
43        -     Developers that use our General Public Licenses protect your rights
      27  +   Developers that use our General Public Licenses protect your rights
44     28      with two steps: (1) assert copyright on the software, and (2) offer
45     29      you this License which gives you legal permission to copy, distribute
46     30      and/or modify the software.
47     31
48        -     A secondary benefit of defending all users' freedom is that
      32  +   A secondary benefit of defending all users' freedom is that
49     33      improvements made in alternate versions of the program, if they
50     34      receive widespread use, become available for other developers to
51     35      incorporate.  Many developers of free software are heartened and
55     39      letting the public access it on a server without ever releasing its
56     40      source code to the public.
57     41
58        -     The GNU Affero General Public License is designed specifically to
      42  +   The GNU Affero General Public License is designed specifically to
59     43      ensure that, in such cases, the modified source code becomes available
60     44      to the community.  It requires the operator of a network server to
61     45      provide the source code of the modified version running there to the
62     46      users of that server.  Therefore, public use of a modified version, on
63     47      a publicly accessible server, gives the public access to the source
64     48      code of the modified version.
65     49
66        -     An older license, called the Affero General Public License and
      50  +   An older license, called the Affero General Public License and
67     51      published by Affero, was designed to accomplish similar goals.  This is
```

```
68   52      a different license, not a version of the Affero GPL, but Affero has
69   53      released a new version of the Affero GPL which permits relicensing under
70   54      this license.
71   55

72       -      __The precise terms and conditions for copying, distribution and
     56   +  The precise terms and conditions for copying, distribution and
73   57      modification follow.
74   58

75       -                      TERMS AND CONDITIONS
     59   +  TERMS AND CONDITIONS
     60   +
     61   +  0. Definitions.
76   62

77       -      __0. Definitions.
     63   +  "This License" refers to version 3 of the GNU Affero General Public License.
78   64

79       -      "This License" refers to version 3 of the GNU Affero General Public
80       -  License.
     65   +  "Copyright" also means copyright-like laws that apply to other kinds of
     66   +  works, such as semiconductor masks.
81   67

82       -      "Copyright" also means copyright-like laws that apply to other kinds
83       -  of works, such as semiconductor masks.
84       -
85       -      "The Program" refers to any copyrightable work licensed under this
     68   +  "The Program" refers to any copyrightable work licensed under this
86   69      License.  Each licensee is addressed as "you".  "Licensees" and
87   70      "recipients" may be individuals or organizations.
88   71

89       -      __To "modify" a work means to copy from or adapt all or part of the work
     72   +  To "modify" a work means to copy from or adapt all or part of the work
90   73      in a fashion requiring copyright permission, other than the making of an
91   74      exact copy.  The resulting work is called a "modified version" of the
92   75      earlier work or a work "based on" the earlier work.
93   76

94       -      __A "covered work" means either the unmodified Program or a work based
     77   +  A "covered work" means either the unmodified Program or a work based
95   78      on the Program.
96   79

97       -      __To "propagate" a work means to do anything with it that, without
     80   +  To "propagate" a work means to do anything with it that, without
98   81      permission, would make you directly or secondarily liable for
99   82      infringement under applicable copyright law, except executing it on a
100  83      computer or modifying a private copy.  Propagation includes copying,
101  84      distribution (with or without modification), making available to the
102  85      public, and in some countries other activities as well.
103  86

104      -      __To "convey" a work means any kind of propagation that enables other
     87   +  To "convey" a work means any kind of propagation that enables other
105  88      parties to make or receive copies.  Mere interaction with a user through
106  89      a computer network, with no transfer of a copy, is not conveying.
107  90

108      -      __An interactive user interface displays "Appropriate Legal Notices"
     91   +  An interactive user interface displays "Appropriate Legal Notices"
109  92      to the extent that it includes a convenient and prominently visible
110  93      feature that (1) displays an appropriate copyright notice, and (2)
111  94      tells the user that there is no warranty for the work (except to the
114  97      the interface presents a list of user commands or options, such as a
115  98      menu, a prominent item in the list meets this criterion.
116  99

117      -      __1. Source Code.
     100  +  1. Source Code.
118  101
```

N4J_019121

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 396 of 1198

```
119   │       -   __The "source code" for a work means the preferred form of the work
      │ 102   +   The "source code" for a work means the preferred form of the work
120   │ 103       for making modifications to it.  "Object code" means any non-source
121   │ 104       form of a work.
122   │ 105

123   │       -   __A "Standard Interface" means an interface that either is an official
      │ 106   +   A "Standard Interface" means an interface that either is an official
124   │ 107       standard defined by a recognized standards body, or, in the case of
125   │ 108       interfaces specified for a particular programming language, one that
126   │ 109       is widely used among developers working in that language.
127   │ 110

128   │       -   __The "System Libraries" of an executable work include anything, other
      │ 111   +   The "System Libraries" of an executable work include anything, other
129   │ 112       than the work as a whole, that (a) is included in the normal form of
130   │ 113       packaging a Major Component, but which is not part of that Major
131   │ 114       Component, and (b) serves only to enable use of the work with that
136   │ 119       (if any) on which the executable work runs, or a compiler used to
137   │ 120       produce the work, or an object code interpreter used to run it.
138   │ 121

139   │       -   __The "Corresponding Source" for a work in object code form means all
      │ 122   +   The "Corresponding Source" for a work in object code form means all
140   │ 123       the source code needed to generate, install, and (for an executable
141   │ 124       work) run the object code and to modify the work, including scripts to
142   │ 125       control those activities.  However, it does not include the work's
149   │ 132       such as by intimate data communication or control flow between those
150   │ 133       subprograms and other parts of the work.
151   │ 134

152   │       -   __The Corresponding Source need not include anything that users
      │ 135   +   The Corresponding Source need not include anything that users
153   │ 136       can regenerate automatically from other parts of the Corresponding
154   │ 137       Source.
155   │ 138

156   │       -   __The Corresponding Source for a work in source code form is that
      │ 139   +   The Corresponding Source for a work in source code form is that
157   │ 140       same work.
158   │ 141

159   │       -   __2. Basic Permissions.
      │ 142   +   2. Basic Permissions.
160   │ 143

161   │       -   __All rights granted under this License are granted for the term of
      │ 144   +   All rights granted under this License are granted for the term of
162   │ 145       copyright on the Program, and are irrevocable provided the stated
163   │ 146       conditions are met.  This License explicitly affirms your unlimited
164   │ 147       permission to run the unmodified Program.  The output from running a
165   │ 148       covered work is covered by this License only if the output, given its
166   │ 149       content, constitutes a covered work.  This License acknowledges your
167   │ 150       rights of fair use or other equivalent, as provided by copyright law.
168   │ 151

169   │       -   __You may make, run and propagate covered works that you do not
      │ 152   +   You may make, run and propagate covered works that you do not
170   │ 153       convey, without conditions so long as your license otherwise remains
171   │ 154       in force.  You may convey covered works to others for the sole purpose
172   │ 155       of having them make modifications exclusively for you, or provide you
177   │ 160       and control, on terms that prohibit them from making any copies of
178   │ 161       your copyrighted material outside their relationship with you.
179   │ 162

180   │       -   __Conveying under any other circumstances is permitted solely under
      │ 163   +   Conveying under any other circumstances is permitted solely under
181   │ 164       the conditions stated below.  Sublicensing is not allowed; section 10
182   │ 165       makes it unnecessary.
183   │ 166

184   │       -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      │ 167   +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
```

N4J_019122

```diff
185  168
186      -  _No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174
192      -  _When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182
200      -  _4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184
202      -  _You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192
210      -  _You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195
213      -  _5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215      -  _You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201
219      -  ___a) The work must carry prominent notices stating that you modified
220      -  ___it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204
222      -  ___b) The work must carry prominent notices stating that it is
223      -  ___released under this License and any conditions added under section
224      -  ___7.  This requirement modifies the requirement in section 4 to
225      -  ___"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227      -  ___c) You must license the entire work, as a whole, under this
228      -  ___License to anyone who comes into possession of a copy.  This
229      -  ___License will therefore apply, along with any applicable section 7
230      -  ___additional terms, to the whole of the work, and all its parts,
231      -  ___regardless of how they are packaged.  This License gives no
232      -  ___permission to license the work in any other way, but it does not
233      -  ___invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
```

N4J_019123

```
211  + License to anyone who comes into possession of a copy.  This
212  + License will therefore apply, along with any applicable section 7
213  + additional terms, to the whole of the work, and all its parts,
214  + regardless of how they are packaged.  This License gives no
215  + permission to license the work in any other way, but it does not
216  + invalidate such permission if you have separately received it.
217  +
235  -    ___d) If the work has interactive user interfaces, each must display
236  -    ___Appropriate Legal Notices; however, if the Program has interactive
237  -    ___interfaces that do not display Appropriate Legal Notices, your
238  -    ___work need not make them do so.
218  + d) If the work has interactive user interfaces, each must display
219  + Appropriate Legal Notices; however, if the Program has interactive
220  + interfaces that do not display Appropriate Legal Notices, your
221  + work need not make them do so.
222  +
240  -    __A compilation of a covered work with other separate and independent
223  + A compilation of a covered work with other separate and independent
224    works, which are not by their nature extensions of the covered work,
225    and which are not combined with it such as to form a larger program,
226    in or on a volume of a storage or distribution medium, is called an
230    in an aggregate does not cause this License to apply to the other
231    parts of the aggregate.
232
250  -    __6. Conveying Non-Source Forms.
233  + 6. Conveying Non-Source Forms.
234
252  -    __You may convey a covered work in object code form under the terms
235  + You may convey a covered work in object code form under the terms
236    of sections 4 and 5, provided that you also convey the
237    machine-readable Corresponding Source under the terms of this License,
238    in one of these ways:
239
257  -    __a) Convey the object code in, or embodied in, a physical product
258  -    ___(including a physical distribution medium), accompanied by the
259  -    ___Corresponding Source fixed on a durable physical medium
260  -    ___customarily used for software interchange.
261  -
262  -    __b) Convey the object code in, or embodied in, a physical product
263  -    ___(including a physical distribution medium), accompanied by a
264  -    ___written offer, valid for at least three years and valid for as
265  -    ___long as you offer spare parts or customer support for that product
266  -    ___model, to give anyone who possesses the object code either (1) a
267  -    ___copy of the Corresponding Source for all the software in the
268  -    ___product that is covered by this License, on a durable physical
269  -    ___medium customarily used for software interchange, for a price no
270  -    ___more than your reasonable cost of physically performing this
271  -    ___conveying of source, or (2) access to copy the
272  -    ___Corresponding Source from a network server at no charge.
273  -
274  -    ___c) Convey individual copies of the object code with a copy of the
275  -    ___written offer to provide the Corresponding Source.  This
276  -    ___alternative is allowed only occasionally and noncommercially, and
277  -    ___only if you received the object code with such an offer, in accord
278  -    ___with subsection 6b.
279  -
280  -    ___d) Convey the object code by offering access from a designated
281  -    ___place (gratis or for a charge), and offer equivalent access to the
282  -    ___Corresponding Source in the same way through the same place at no
283  -    ___further charge.  You need not require recipients to copy the
284  -    ___Corresponding Source along with the object code.  If the place to
285  -    ___copy the object code is a network server, the Corresponding Source
286  -    ___may be on a different server (operated by you or a third party)
```

N4J_019124

```
287    -  ___that supports equivalent copying facilities, provided you maintain
288    -  ___clear directions next to the object code saying where to find the
289    -  ___Corresponding Source.  Regardless of what server hosts the
290    -  ___Corresponding Source, you remain obligated to ensure that it is
291    -  ___available for as long as needed to satisfy these requirements.
292    -
293    -  ___e) Convey the object code using peer-to-peer transmission, provided
294    -  ___you inform other peers where the object code and Corresponding
295    -  ___Source of the work are being offered to the general public at no
296    -  ___charge under subsection 6d.
297    -
298    -  _A separable portion of the object code, whose source code is excluded
     240  + a) Convey the object code in, or embodied in, a physical product
     241  + (including a physical distribution medium), accompanied by the
     242  + Corresponding Source fixed on a durable physical medium
     243  + customarily used for software interchange.
     244  +
     245  + b) Convey the object code in, or embodied in, a physical product
     246  + (including a physical distribution medium), accompanied by a
     247  + written offer, valid for at least three years and valid for as
     248  + long as you offer spare parts or customer support for that product
     249  + model, to give anyone who possesses the object code either (1) a
     250  + copy of the Corresponding Source for all the software in the
     251  + product that is covered by this License, on a durable physical
     252  + medium customarily used for software interchange, for a price no
     253  + more than your reasonable cost of physically performing this
     254  + conveying of source, or (2) access to copy the
     255  + Corresponding Source from a network server at no charge.
     256  +
     257  + c) Convey individual copies of the object code with a copy of the
     258  + written offer to provide the Corresponding Source.  This
     259  + alternative is allowed only occasionally and noncommercially, and
     260  + only if you received the object code with such an offer, in accord
     261  + with subsection 6b.
     262  +
     263  + d) Convey the object code by offering access from a designated
     264  + place (gratis or for a charge), and offer equivalent access to the
     265  + Corresponding Source in the same way through the same place at no
     266  + further charge.  You need not require recipients to copy the
     267  + Corresponding Source along with the object code.  If the place to
     268  + copy the object code is a network server, the Corresponding Source
     269  + may be on a different server (operated by you or a third party)
     270  + that supports equivalent copying facilities, provided you maintain
     271  + clear directions next to the object code saying where to find the
     272  + Corresponding Source.  Regardless of what server hosts the
     273  + Corresponding Source, you remain obligated to ensure that it is
     274  + available for as long as needed to satisfy these requirements.
     275  +
     276  + e) Convey the object code using peer-to-peer transmission, provided
     277  + you inform other peers where the object code and Corresponding
     278  + Source of the work are being offered to the general public at no
     279  + charge under subsection 6d.
     280  +
     281  + A separable portion of the object code, whose source code is excluded
299  282     from the Corresponding Source as a System Library, need not be
300  283     included in conveying the object code work.
301  284
302    -  _A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286     tangible personal property which is normally used for personal, family,
304  287     or household purposes, or (2) anything designed or sold for incorporation
305  288     into a dwelling.  In determining whether a product is a consumer product,
312  295     commercial, industrial or non-consumer uses, unless such uses represent
```

N4J_019125

| 313 | 296 | | | the only significant mode of use of the product. |
| 314 | 297 | | | |
| 315 | | - | _ | "Installation Information" for a User Product means any methods, |
| | 298 | + | _ | "Installation Information" for a User Product means any methods, |
| 316 | 299 | | | procedures, authorization keys, or other information required to install |
| 317 | 300 | | | and execute modified versions of a covered work in that User Product from |
| 318 | 301 | | | a modified version of its Corresponding Source.  The information must |
| 319 | 302 | | | suffice to ensure that the continued functioning of the modified object |
| 320 | 303 | | | code is in no case prevented or interfered with solely because |
| 321 | 304 | | | modification has been made. |
| 322 | 305 | | | |
| 323 | | - | _ | If you convey an object code work under this section in, or with, or |
| | 306 | + | _ | If you convey an object code work under this section in, or with, or |
| 324 | 307 | | | specifically for use in, a User Product, and the conveying occurs as |
| 325 | 308 | | | part of a transaction in which the right of possession and use of the |
| 326 | 309 | | | User Product is transferred to the recipient in perpetuity or for a |
| 331 | 314 | | | modified object code on the User Product (for example, the work has |
| 332 | 315 | | | been installed in ROM). |
| 333 | 316 | | | |
| 334 | | - | _ | The requirement to provide Installation Information does not include a |
| | 317 | + | _ | The requirement to provide Installation Information does not include a |
| 335 | 318 | | | requirement to continue to provide support service, warranty, or updates |
| 336 | 319 | | | for a work that has been modified or installed by the recipient, or for |
| 337 | 320 | | | the User Product in which it has been modified or installed.  Access to a |
| 338 | 321 | | | network may be denied when the modification itself materially and |
| 339 | 322 | | | adversely affects the operation of the network or violates the rules and |
| 340 | 323 | | | protocols for communication across the network. |
| 341 | 324 | | | |
| 342 | | - | _ | Corresponding Source conveyed, and Installation Information provided, |
| | 325 | + | _ | Corresponding Source conveyed, and Installation Information provided, |
| 343 | 326 | | | in accord with this section must be in a format that is publicly |
| 344 | 327 | | | documented (and with an implementation available to the public in |
| 345 | 328 | | | source code form), and must require no special password or key for |
| 346 | 329 | | | unpacking, reading or copying. |
| 347 | 330 | | | |
| 348 | | - | _ | 7. Additional Terms. |
| | 331 | + | | 7. Additional Terms. |
| 349 | 332 | | | |
| 350 | | - | _ | "Additional permissions" are terms that supplement the terms of this |
| | 333 | + | _ | "Additional permissions" are terms that supplement the terms of this |
| 351 | 334 | | | License by making exceptions from one or more of its conditions. |
| 352 | 335 | | | Additional permissions that are applicable to the entire Program shall |
| 353 | 336 | | | be treated as though they were included in this License, to the extent |
| 356 | 339 | | | under those permissions, but the entire Program remains governed by |
| 357 | 340 | | | this License without regard to the additional permissions. |
| 358 | 341 | | | |
| 359 | | - | _ | When you convey a copy of a covered work, you may at your option |
| | 342 | + | _ | When you convey a copy of a covered work, you may at your option |
| 360 | 343 | | | remove any additional permissions from that copy, or from any part of |
| 361 | 344 | | | it.  (Additional permissions may be written to require their own |
| 362 | 345 | | | removal in certain cases when you modify the work.)  You may place |
| 363 | 346 | | | additional permissions on material, added by you to a covered work, |
| 364 | 347 | | | for which you have or can give appropriate copyright permission. |
| 365 | 348 | | | |
| 366 | | - | _ | Notwithstanding any other provision of this License, for material you |
| | 349 | + | _ | Notwithstanding any other provision of this License, for material you |
| 367 | 350 | | | add to a covered work, you may (if authorized by the copyright holders of |
| 368 | 351 | | | that material) supplement the terms of this License with terms: |
| 369 | 352 | | | |
| 370 | | - | _ | a) Disclaiming warranty or limiting liability differently from the |
| 371 | | - | _ | terms of sections 15 and 16 of this License; or |
| | 353 | + | | a) Disclaiming warranty or limiting liability differently from the |
| | 354 | + | | terms of sections 15 and 16 of this License; or |

N4J_019126

Update /c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · Graphfoundation/ongdb

| 372 | 355 |   |
| 373 |   | - ____ b) Requiring preservation of specified reasonable legal notices or |
| 374 |   | - ____author attributions in that material or in the Appropriate Legal |
| 375 |   | - ____Notices displayed by works containing it; or |
|   | 356 | + b) Requiring preservation of specified reasonable legal notices or |
|   | 357 | + author attributions in that material or in the Appropriate Legal |
|   | 358 | + Notices displayed by works containing it; or |
| 376 | 359 |   |
| 377 |   | - ____ c) Prohibiting misrepresentation of the origin of that material, or |
| 378 |   | - ____requiring that modified versions of such material be marked in |
| 379 |   | - ____reasonable ways as different from the original version; or |
|   | 360 | + c) Prohibiting misrepresentation of the origin of that material, or |
|   | 361 | + requiring that modified versions of such material be marked in |
|   | 362 | + reasonable ways as different from the original version; or |
| 380 | 363 |   |
| 381 |   | - ____d) Limiting the use for publicity purposes of names of licensors or |
| 382 |   | - ____authors of the material; or |
|   | 364 | + d) Limiting the use for publicity purposes of names of licensors or |
|   | 365 | + authors of the material; or |
| 383 | 366 |   |
| 384 |   | - ____ e) Declining to grant rights under trademark law for use of some |
| 385 |   | - ____trade names, trademarks, or service marks; or |
|   | 367 | + e) Declining to grant rights under trademark law for use of some |
|   | 368 | + trade names, trademarks, or service marks; or |
| 386 | 369 |   |
| 387 |   | - ____ f) Requiring indemnification of licensors and authors of that |
| 388 |   | - ____material by anyone who conveys the material (or modified versions of |
| 389 |   | - ____it) with contractual assumptions of liability to the recipient, for |
| 390 |   | - ____any liability that these contractual assumptions directly impose on |
| 391 |   | - ____those licensors and authors. |
|   | 370 | + f) Requiring indemnification of licensors and authors of that |
|   | 371 | + material by anyone who conveys the material (or modified versions of |
|   | 372 | + it) with contractual assumptions of liability to the recipient, for |
|   | 373 | + any liability that these contractual assumptions directly impose on |
|   | 374 | + those licensors and authors. |
| 392 | 375 |   |
| 393 |   | - __All other non-permissive additional terms are considered "further |
|   | 376 | + All other non-permissive additional terms are considered "further |
| 394 | 377 | restrictions" within the meaning of section 10.  If the Program as you |
| 395 | 378 | received it, or any part of it, contains a notice stating that it is |
| 396 |   | - governed by this License along with a term that is a further restriction, |
| 397 |   | - you may remove that term.  If a license document contains a further |
| 398 |   | - restriction but permits relicensing or conveying under this License, you |
| 399 |   | - may add to a covered work material governed by the terms of that license |
| 400 |   | - document, provided that the further restriction does not survive such |
| 401 |   | - relicensing or conveying. |
| 402 |   | - |
| 403 |   | - __If you add terms to a covered work in accord with this section, you |
|   | 379 | + governed by this License along with a term that is a further |
|   | 380 | + restriction, you may remove that term.  If a license document contains |
|   | 381 | + a further restriction but permits relicensing or conveying under this |
|   | 382 | + License, you may add to a covered work material governed by the terms |
|   | 383 | + of that license document, provided that the further restriction does |
|   | 384 | + not survive such relicensing or conveying. |
|   | 385 | + |
|   | 386 | + If you add terms to a covered work in accord with this section, you |
| 404 | 387 | must place, in the relevant source files, a statement of the |
| 405 | 388 | additional terms that apply to those files, or a notice indicating |
| 406 | 389 | where to find the applicable terms. |
| 407 | 390 |   |
| 408 |   | - __Additional terms, permissive or non-permissive, may be stated in the |
|   | 391 | + Additional terms, permissive or non-permissive, may be stated in the |
| 409 | 392 | form of a separately written license, or stated as exceptions; |

N4J_019127

```
410   393       the above requirements apply either way.
411   394
412         -   __8. Termination.
      395   +   8. Termination.
413   396
414         -   __You may not propagate or modify a covered work except as expressly
      397   +   You may not propagate or modify a covered work except as expressly
415   398       provided under this License.  Any attempt otherwise to propagate or
416   399       modify it is void, and will automatically terminate your rights under
417   400       this License (including any patent licenses granted under the third
418   401       paragraph of section 11).
419   402
420         -   __However, if you cease all violation of this License, then your
      403   +   However, if you cease all violation of this License, then your
421   404       license from a particular copyright holder is reinstated (a)
422   405       provisionally, unless and until the copyright holder explicitly and
423   406       finally terminates your license, and (b) permanently, if the copyright
424   407       holder fails to notify you of the violation by some reasonable means
425   408       prior to 60 days after the cessation.
426   409
427         -   __Moreover, your license from a particular copyright holder is
      410   +   Moreover, your license from a particular copyright holder is
428   411       reinstated permanently if the copyright holder notifies you of the
429   412       violation by some reasonable means, this is the first time you have
430   413       received notice of violation of this License (for any work) from that
431   414       copyright holder, and you cure the violation prior to 30 days after
432   415       your receipt of the notice.
433   416
434         -   __Termination of your rights under this section does not terminate the
      417   +   Termination of your rights under this section does not terminate the
435   418       licenses of parties who have received copies or rights from you under
436   419       this License.  If your rights have been terminated and not permanently
437   420       reinstated, you do not qualify to receive new licenses for the same
438   421       material under section 10.
439   422
440         -   __9. Acceptance Not Required for Having Copies.
      423   +   9. Acceptance Not Required for Having Copies.
441   424
442         -   __You are not required to accept this License in order to receive or
      425   +   You are not required to accept this License in order to receive or
443   426       run a copy of the Program.  Ancillary propagation of a covered work
444   427       occurring solely as a consequence of using peer-to-peer transmission
445   428       to receive a copy likewise does not require acceptance.  However,
448   431       not accept this License.  Therefore, by modifying or propagating a
449   432       covered work, you indicate your acceptance of this License to do so.
450   433
451         -   __10. Automatic Licensing of Downstream Recipients.
      434   +   10. Automatic Licensing of Downstream Recipients.
452   435
453         -   __Each time you convey a covered work, the recipient automatically
      436   +   Each time you convey a covered work, the recipient automatically
454   437       receives a license from the original licensors, to run, modify and
455   438       propagate that work, subject to this License.  You are not responsible
456   439       for enforcing compliance by third parties with this License.
457   440
458         -   __An "entity transaction" is a transaction transferring control of an
      441   +   An "entity transaction" is a transaction transferring control of an
459   442       organization, or substantially all assets of one, or subdividing an
460   443       organization, or merging organizations.  If propagation of a covered
461   444       work results from an entity transaction, each party to that
465   448       Corresponding Source of the work from the predecessor in interest, if
466   449       the predecessor has it or can get it with reasonable efforts.
467   450
```

N4J_019128

Update ... licenses to not violate ... graph foundation/ongdb@c0b23b · GitHub

| | | |
|---|---|---|
| 468 | | - __You may not impose any further restrictions on the exercise of the |
| | 451 | + You may not impose any further restrictions on the exercise of the |
| 469 | 452 | rights granted or affirmed under this License. For example, you may |
| 470 | 453 | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | sale, or importing the Program or any portion of it. |
| 475 | 458 | |
| 476 | | - __11. Patents. |
| | 459 | + 11. Patents. |
| 477 | 460 | |
| 478 | | - __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based. The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | - __A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | - __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | patent license under the contributor's essential patent claims, to |
| 494 | 477 | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | propagate the contents of its contributor version. |
| 496 | 479 | |
| 497 | | - __In the following three paragraphs, a "patent license" is any express |
| | 480 | + In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | sue for patent infringement). To "grant" such a patent license to a |
| 501 | 484 | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | patent against the party. |
| 503 | 486 | |
| 504 | | - __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | publicly available network server or other readily accessible means, |
| 515 | 498 | in a country, would infringe one or more identifiable patents in that |
| 516 | 499 | country that you have reason to believe are valid. |
| 517 | 500 | |
| 518 | | - __If, pursuant to or in connection with a single transaction or |
| | 501 | + If, pursuant to or in connection with a single transaction or |
| 519 | 502 | arrangement, you convey, or propagate by procuring conveyance of, a |
| 520 | 503 | covered work, and grant a patent license to some of the parties |
| 521 | 504 | receiving the covered work authorizing them to use, propagate, modify |
| 522 | 505 | or convey a specific copy of the covered work, then the patent license |
| 523 | 506 | you grant is automatically extended to all recipients of the covered |
| 524 | 507 | work and works based on it. |
| 525 | 508 | |
| 526 | | - __A patent license is "discriminatory" if it does not include within |
| | 509 | + A patent license is "discriminatory" if it does not include within |
| 527 | 510 | the scope of its coverage, prohibits the exercise of, or is |
| 528 | 511 | conditioned on the non-exercise of one or more of the rights that are |
| 529 | 512 | specifically granted under this License. You may not convey a covered |
| 538 | 521 | contain the covered work, unless you entered into that arrangement, |
| 539 | 522 | or that patent license was granted, prior to 28 March 2007. |

N4J_019129

```
540   523
541         -    __Nothing in this License shall be construed as excluding or limiting
      524   +  Nothing in this License shall be construed as excluding or limiting
542   525      any implied license or other defenses to infringement that may
543   526      otherwise be available to you under applicable patent law.
544   527
545         -    __12. No Surrender of Others' Freedom.
      528   +  12. No Surrender of Others' Freedom.
546   529
547         -    __If conditions are imposed on you (whether by court order, agreement or
      530   +  If conditions are imposed on you (whether by court order, agreement or
548   531      otherwise) that contradict the conditions of this License, they do not
549   532      excuse you from the conditions of this License.  If you cannot convey a
550   533      covered work so as to satisfy simultaneously your obligations under
554   537      the Program, the only way you could satisfy both those terms and this
555   538      License would be to refrain entirely from conveying the Program.
556   539
557         -    __13. Remote Network Interaction; Use with the GNU General Public License.
      540   +  13. Remote Network Interaction; Use with the GNU General Public License.
558   541
559         -    __Notwithstanding any other provision of this License, if you modify the
      542   +  Notwithstanding any other provision of this License, if you modify the
560   543      Program, your modified version must prominently offer all users
561   544      interacting with it remotely through a computer network (if your version
562   545      supports such interaction) an opportunity to receive the Corresponding
567   550      of the GNU General Public License that is incorporated pursuant to the
568   551      following paragraph.
569   552
570         -    __Notwithstanding any other provision of this License, you have permission
571         - to link or combine any covered work with a work licensed under version 3
572         - of the GNU General Public License into a single combined work, and to
573         - convey the resulting work.  The terms of this license will continue to
574         - apply to the part which is the covered work, but the work with which it is
575         - combined will remain governed by version 3 of the GNU General Public
576         - License.
577         -
578         -    __14. Revised Versions of this License.
579         -
580         -    __The Free Software Foundation may publish revised and/or new versions of
581         - the GNU Affero General Public License from time to time.  Such new
582         - versions will be similar in spirit to the present version, but may differ
583         - in detail to address new problems or concerns.
584         -
585         -    __Each version is given a distinguishing version number.  If the
586         - Program specifies that a certain numbered version of the GNU Affero
587         - General Public License "or any later version" applies to it, you have
588         - the option of following the terms and conditions either of that
589         - numbered version or of any later version published by the Free
590         - Software Foundation.  If the Program does not specify a version number
591         - of the GNU Affero General Public License, you may choose any version
592         - ever published by the Free Software Foundation.
593         -
594         -    __If the Program specifies that a proxy can decide which future
595         - versions of the GNU Affero General Public License can be used, that
596         - proxy's public statement of acceptance of a version permanently
597         - authorizes you to choose that version for the Program.
598         -
599         -    __Later license versions may give you additional or different
      553   +  Notwithstanding any other provision of this License, you have
      554   +  permission to link or combine any covered work with a work licensed
      555   +  under version 3 of the GNU General Public License into a single
      556   +  combined work, and to convey the resulting work.  The terms of this
      557   +  License will continue to apply to the part which is the covered work,
```

N4J_019130

```
558   + but the work with which it is combined will remain governed by version
559   + 3 of the GNU General Public License.
560   +
561   + 14. Revised Versions of this License.
562   +
563   + The Free Software Foundation may publish revised and/or new versions of
564   + the GNU Affero General Public License from time to time.  Such new versions
565   + will be similar in spirit to the present version, but may differ in detail to
566   + address new problems or concerns.
567   +
568   + Each version is given a distinguishing version number.  If the
569   + Program specifies that a certain numbered version of the GNU Affero General
570   + Public License "or any later version" applies to it, you have the
571   + option of following the terms and conditions either of that numbered
572   + version or of any later version published by the Free Software
573   + Foundation.  If the Program does not specify a version number of the
574   + GNU Affero General Public License, you may choose any version ever published
575   + by the Free Software Foundation.
576   +
577   + If the Program specifies that a proxy can decide which future
578   + versions of the GNU Affero General Public License can be used, that proxy's
579   + public statement of acceptance of a version permanently authorizes you
580   + to choose that version for the Program.
581   +
582   + Later license versions may give you additional or different
600   583     permissions.  However, no additional obligations are imposed on any
601   584     author or copyright holder as a result of your choosing to follow a
602   585     later version.
603   586
604   587   - __15. Disclaimer of Warranty.
      587   + 15. Disclaimer of Warranty.
605   588
606   589   - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615   598   - __16. Limitation of Liability.
      598   + 16. Limitation of Liability.
616   599
617   600   - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608     SUCH DAMAGES.
626   609
627   610   - __17. Interpretation of Sections 15 and 16.
      610   + 17. Interpretation of Sections 15 and 16.
628   611
629   612   - __If the disclaimer of warranty and limitation of liability provided
      612   + If the disclaimer of warranty and limitation of liability provided
630   613     above cannot be given local legal effect according to their terms,
631   614     reviewing courts shall apply local law that most closely approximates
632   615     an absolute waiver of all civil liability in connection with the
633   616     Program, unless a warranty or assumption of liability accompanies a
634   617     copy of the Program in return for a fee.
635   618
636          -                         END OF TERMS AND CONDITIONS
```

N4J_019131

```
619  + END OF TERMS AND CONDITIONS
637  620
638  -          How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640  -  __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
643  626
644  -  __To do so, attach the following notices to the program.  It is safest
     627  + To do so, attach the following notices to the program.  It is safest
645  628    to attach them to the start of each source file to most effectively
646  629    state the exclusion of warranty; and each file should have at least
647  630    the "copyright" line and a pointer to where the full notice is found.
648  631
649  -     <one line to give the program's name and a brief idea of what it does.>
650  -     Copyright (C) <year>  <name of author>
     632  + <one line to give the program's name and a brief idea of what it does.>
     633  + Copyright (C) <year>  <name of author>
651  634
652  -     This program is free software: you can redistribute it and/or modify
653  -     it under the terms of the GNU Affero General Public License as
654  -     published by the Free Software Foundation, either version 3 of the
655  -     License, or (at your option) any later version.
     635  + This program is free software: you can redistribute it and/or modify
     636  + it under the terms of the GNU Affero General Public License as published by
     637  + the Free Software Foundation, either version 3 of the License, or
     638  + (at your option) any later version.
656  639
657  -     This program is distributed in the hope that it will be useful,
658  -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659  -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660  -     GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  + GNU Affero General Public License for more details.
661  644
662  -     You should have received a copy of the GNU Affero General Public License
663  -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648    Also add information on how to contact you by electronic and paper mail.
666  649
667  -  __If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651    network, you should also make sure that it provides a way for users to
669  652    get its source.  For example, if your program is a web application, its
670  653    interface could display a "Source" link that leads users to an archive
671  654    of the code.  There are many ways you could offer source, and different
672  655    solutions will be better for different programs; see section 13 for the
673  656    specific requirements.
674  657
675  -  You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659    if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660    For more information on this, and how to apply and follow the GNU AGPL, see
678  -  <http://www.gnu.org/licenses/>.
679  -
680  -
681  -  "Commons Clause" License Condition
```

N4J_019132

| | 682 | | - |
|---|---|---|---|
| | 683 | | - The Software is provided to you by the Licensor under the License, as |
| | 684 | | - defined below, subject to the following condition. Without limiting |
| | 685 | | - other conditions in the License, the grant of rights under the License |
| | 686 | | - will not include, and the License does not grant to you, the right to |
| | 687 | | - Sell the Software.  For purposes of the foregoing, "Sell" means |
| | 688 | | - practicing any or all of the rights granted to you under the License |
| | 689 | | - to provide to third parties, for a fee or other consideration, |
| | 690 | | - a product or service that consists, entirely or substantially, |
| | 691 | | - of the Software or the functionality of the Software. Any license |
| | 692 | | - notice or attribution required by the License must also include |
| | 693 | | - this Commons Cause License Condition notice. |
| | | 661 | + <https://www.gnu.org/licenses/>. |

▽ 486 ■■■■■ enterprise/cypher/compatibility-spec-suite/LICENSE.txt 📋

| ... | ... | | @@ -1,51 +1,35 @@ |
|---|---|---|---|
| 1 | | | - NOTICE |
| 2 | | | - This package contains software licensed under different |
| 3 | | | - licenses, please refer to the NOTICE.txt file for further |
| 4 | | | - information and LICENSES.txt for full license texts. |
| | 1 | | + GNU AFFERO GENERAL PUBLIC LICENSE |
| | 2 | | +   Version 3, 19 November 2007 |
| 5 | | 3 | |
| 6 | | | - Neo4j Enterprise object code can be licensed independently from |
| 7 | | | - the source under separate commercial terms. Email inquiries can be |
| 8 | | | - directed to: licensing@neo4j.com. More information is also |
| 9 | | | - available at:https://neo4j.com/licensing/ |
| | 4 | | + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | 5 | | + Everyone is permitted to copy and distribute verbatim copies |
| | 6 | | + of this license document, but changing it is not allowed. |
| 10 | | 7 | |
| 11 | | | - The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | | - (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | | - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows: |
| | 8 | | + Preamble |
| 14 | | 9 | |
| 15 | | | - |
| 16 | | | - |
| 17 | | | -                     GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | | -                        Version 3, 19 November 2007 |
| 19 | | | - |
| 20 | | | - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | | - Everyone is permitted to copy and distribute verbatim copies |
| 22 | | | - of this license document, but changing it is not allowed. |
| 23 | | | - |
| 24 | | | -                         Preamble |
| 25 | | | - |
| 26 | | | -   The GNU Affero General Public License is a free, copyleft license |
| 27 | | | - for software and other kinds of works, specifically designed to ensure |
| | 10 | | + The GNU Affero General Public License is a free, copyleft license for |
| | 11 | | + software and other kinds of works, specifically designed to ensure |
| 28 | | 12 | | cooperation with the community in the case of network server software. |
| 29 | | 13 | |
| 30 | | | -   The licenses for most software and other practical works are |
| 31 | | | - designed to take away your freedom to share and change them.  By |
| 32 | | | - contrast, our General Public Licenses are intended to guarantee your |
| 33 | | | - freedom to share and change all versions of a program--to make sure it |
| 34 | | | - remains free software for all its users. |
| | 14 | | + The licenses for most software and other practical works are designed |
| | 15 | | + to take away your freedom to share and change the works.  By contrast, |
| | 16 | | + our General Public Licenses are intended to guarantee your freedom to |
| | 17 | | + share and change all versions of a program--to make sure it remains free |

N4J_019133

```
        18  + software for all its users.
   35   19
        -  - __When we speak of free software, we are referring to freedom, not
   36
        20  + When we speak of free software, we are referring to freedom, not
   37   21     price.  Our General Public Licenses are designed to make sure that you
   38   22     have the freedom to distribute copies of free software (and charge for
   39   23     them if you wish), that you receive source code or can get it if you
   40   24     want it, that you can change the software or use pieces of it in new
   41   25     free programs, and that you know you can do these things.
   42   26
        -  - __Developers that use our General Public Licenses protect your rights
   43
        27  + Developers that use our General Public Licenses protect your rights
   44   28     with two steps: (1) assert copyright on the software, and (2) offer
   45   29     you this License which gives you legal permission to copy, distribute
   46   30     and/or modify the software.
   47   31
        -  - __A secondary benefit of defending all users' freedom is that
   48
        32  + A secondary benefit of defending all users' freedom is that
   49   33     improvements made in alternate versions of the program, if they
   50   34     receive widespread use, become available for other developers to
   51   35     incorporate.  Many developers of free software are heartened and
   55   39     letting the public access it on a server without ever releasing its
   56   40     source code to the public.
   57   41
        -  - __The GNU Affero General Public License is designed specifically to
   58
        42  + The GNU Affero General Public License is designed specifically to
   59   43     ensure that, in such cases, the modified source code becomes available
   60   44     to the community.  It requires the operator of a network server to
   61   45     provide the source code of the modified version running there to the
   62   46     users of that server.  Therefore, public use of a modified version, on
   63   47     a publicly accessible server, gives the public access to the source
   64   48     code of the modified version.
   65   49
        -  - __An older license, called the Affero General Public License and
   66
        50  + An older license, called the Affero General Public License and
   67   51     published by Affero, was designed to accomplish similar goals.  This is
   68   52     a different license, not a version of the Affero GPL, but Affero has
   69   53     released a new version of the Affero GPL which permits relicensing under
   70   54     this license.
   71   55
        -  - __The precise terms and conditions for copying, distribution and
   72
        56  + The precise terms and conditions for copying, distribution and
   73   57     modification follow.
   74   58
   75        -                        TERMS AND CONDITIONS
        59  + TERMS AND CONDITIONS
        60  +
        61  + 0. Definitions.
   76   62
   77        -  __0. Definitions.
        63  + "This License" refers to version 3 of the GNU Affero General Public License.
   78   64
   79        -    "This License" refers to version 3 of the GNU Affero General Public
   80        -  License.
        65  + "Copyright" also means copyright-like laws that apply to other kinds of
        66  + works, such as semiconductor masks.
   81   67
   82        -    "Copyright" also means copyright-like laws that apply to other kinds
   83        - of works, such as semiconductor masks.
   84   -
   85        -    "The Program" refers to any copyrightable work licensed under this
        68  + The Program" refers to any copyrightable work licensed under this
   86   69     License.  Each licensee is addressed as "you".  "Licensees" and
```

N4J_019134

```
 87  70        "recipients" may be individuals or organizations.
 88  71

 89      -   __To "modify" a work means to copy from or adapt all or part of the work
     72  +  To "modify" a work means to copy from or adapt all or part of the work
 90  73      in a fashion requiring copyright permission, other than the making of an
 91  74      exact copy.  The resulting work is called a "modified version" of the
 92  75      earlier work or a work "based on" the earlier work.
 93  76

 94      -   __A "covered work" means either the unmodified Program or a work based
     77  +  A "covered work" means either the unmodified Program or a work based
 95  78      on the Program.
 96  79

 97      -   __To "propagate" a work means to do anything with it that, without
     80  +  To "propagate" a work means to do anything with it that, without
 98  81      permission, would make you directly or secondarily liable for
 99  82      infringement under applicable copyright law, except executing it on a
100  83      computer or modifying a private copy.  Propagation includes copying,
101  84      distribution (with or without modification), making available to the
102  85      public, and in some countries other activities as well.
103  86

104      -   __To "convey" a work means any kind of propagation that enables other
     87  +  To "convey" a work means any kind of propagation that enables other
105  88      parties to make or receive copies.  Mere interaction with a user through
106  89      a computer network, with no transfer of a copy, is not conveying.
107  90

108      -   __An interactive user interface displays "Appropriate Legal Notices"
     91  +  An interactive user interface displays "Appropriate Legal Notices"
109  92      to the extent that it includes a convenient and prominently visible
110  93      feature that (1) displays an appropriate copyright notice, and (2)
111  94      tells the user that there is no warranty for the work (except to the
114  97      the interface presents a list of user commands or options, such as a
115  98      menu, a prominent item in the list meets this criterion.
116  99

117      -   __1. Source Code.
    100  +  1. Source Code.
118 101

119      -   __The "source code" for a work means the preferred form of the work
    102  +  The "source code" for a work means the preferred form of the work
120 103      for making modifications to it.  "Object code" means any non-source
121 104      form of a work.
122 105

123      -   __A "Standard Interface" means an interface that either is an official
    106  +  A "Standard Interface" means an interface that either is an official
124 107      standard defined by a recognized standards body, or, in the case of
125 108      interfaces specified for a particular programming language, one that
126 109      is widely used among developers working in that language.
127 110

128      -   __The "System Libraries" of an executable work include anything, other
    111  +  The "System Libraries" of an executable work include anything, other
129 112      than the work as a whole, that (a) is included in the normal form of
130 113      packaging a Major Component, but which is not part of that Major
131 114      Component, and (b) serves only to enable use of the work with that
136 119      (if any) on which the executable work runs, or a compiler used to
137 120      produce the work, or an object code interpreter used to run it.
138 121

139      -   __The "Corresponding Source" for a work in object code form means all
    122  +  The "Corresponding Source" for a work in object code form means all
140 123      the source code needed to generate, install, and (for an executable
141 124      work) run the object code and to modify the work, including scripts to
142 125      control those activities.  However, it does not include the work's
149 132      such as by intimate data communication or control flow between those
150 133      subprograms and other parts of the work.
151 134
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019135

```
152   135   -   __The Corresponding Source need not include anything that users
      135   +   The Corresponding Source need not include anything that users
153   136       can regenerate automatically from other parts of the Corresponding
154   137       Source.
155   138

156   139   -   __The Corresponding Source for a work in source code form is that
      139   +   The Corresponding Source for a work in source code form is that
157   140       same work.
158   141

159   142   -   __2. Basic Permissions.
      142   +   2. Basic Permissions.
160   143

161   144   -   __All rights granted under this License are granted for the term of
      144   +   All rights granted under this License are granted for the term of
162   145       copyright on the Program, and are irrevocable provided the stated
163   146       conditions are met.  This License explicitly affirms your unlimited
164   147       permission to run the unmodified Program.  The output from running a
165   148       covered work is covered by this License only if the output, given its
166   149       content, constitutes a covered work.  This License acknowledges your
167   150       rights of fair use or other equivalent, as provided by copyright law.
168   151

169   152   -   __You may make, run and propagate covered works that you do not
      152   +   You may make, run and propagate covered works that you do not
170   153       convey, without conditions so long as your license otherwise remains
171   154       in force.  You may convey covered works to others for the sole purpose
172   155       of having them make modifications exclusively for you, or provide you
177   160       and control, on terms that prohibit them from making any copies of
178   161       your copyrighted material outside their relationship with you.
179   162

180   163   -   __Conveying under any other circumstances is permitted solely under
      163   +   Conveying under any other circumstances is permitted solely under
181   164       the conditions stated below.  Sublicensing is not allowed; section 10
182   165       makes it unnecessary.
183   166

184   167   -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167   +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185   168

186   169   -   __No covered work shall be deemed part of an effective technological
      169   +   No covered work shall be deemed part of an effective technological
187   170       measure under any applicable law fulfilling obligations under article
188   171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172       similar laws prohibiting or restricting circumvention of such
190   173       measures.
191   174

192   175   -   __When you convey a covered work, you waive any legal power to forbid
      175   +   When you convey a covered work, you waive any legal power to forbid
193   176       circumvention of technological measures to the extent such circumvention
194   177       is effected by exercising rights under this License with respect to
195   178       the covered work, and you disclaim any intention to limit operation or
196   179       modification of the work as a means of enforcing, against the work's
197   180       users, your or third parties' legal rights to forbid circumvention of
198   181       technological measures.
199   182

200   183   -   __4. Conveying Verbatim Copies.
      183   +   4. Conveying Verbatim Copies.
201   184

202   185   -   __You may convey verbatim copies of the Program's source code as you
      185   +   You may convey verbatim copies of the Program's source code as you
203   186       receive it, in any medium, provided that you conspicuously and
204   187       appropriately publish on each copy an appropriate copyright notice;
205   188       keep intact all notices stating that this License and any
206   189       non-permissive terms added in accord with section 7 apply to the code;
207   190       keep intact all notices of the absence of any warranty; and give all
```

N4J_019136

| | | |
|---|---|---|
| 208 | 191 | recipients a copy of this License along with the Program. |
| 209 | 192 | |
| 210 | | - __You may charge any price or no price for each copy that you convey, |
| | 193 | + You may charge any price or no price for each copy that you convey, |
| 211 | 194 | and you may offer support or warranty protection for a fee. |
| 212 | 195 | |
| 213 | | - __5. Conveying Modified Source Versions. |
| | 196 | + 5. Conveying Modified Source Versions. |
| 214 | 197 | |
| 215 | | - __You may convey a work based on the Program, or the modifications to |
| | 198 | + You may convey a work based on the Program, or the modifications to |
| 216 | 199 | produce it from the Program, in the form of source code under the |
| 217 | 200 | terms of section 4, provided that you also meet all of these conditions: |
| 218 | 201 | |
| 219 | | - __  a) The work must carry prominent notices stating that you modified |
| 220 | | - __  it, and giving a relevant date. |
| | 202 | + a) The work must carry prominent notices stating that you modified |
| | 203 | + it, and giving a relevant date. |
| 221 | 204 | |
| 222 | | - __  b) The work must carry prominent notices stating that it is |
| 223 | | - __  released under this License and any conditions added under section |
| 224 | | - __  7.  This requirement modifies the requirement in section 4 to |
| 225 | | - __  "keep intact all notices". |
| | 205 | + b) The work must carry prominent notices stating that it is |
| | 206 | + released under this License and any conditions added under section |
| | 207 | + 7.  This requirement modifies the requirement in section 4 to |
| | 208 | + "keep intact all notices". |
| 226 | 209 | |
| 227 | | - __  c) You must license the entire work, as a whole, under this |
| 228 | | - __  License to anyone who comes into possession of a copy.  This |
| 229 | | - __  License will therefore apply, along with any applicable section 7 |
| 230 | | - __  additional terms, to the whole of the work, and all its parts, |
| 231 | | - __  regardless of how they are packaged.  This License gives no |
| 232 | | - __  permission to license the work in any other way, but it does not |
| 233 | | - __  invalidate such permission if you have separately received it. |
| | 210 | + c) You must license the entire work, as a whole, under this |
| | 211 | + License to anyone who comes into possession of a copy.  This |
| | 212 | + License will therefore apply, along with any applicable section 7 |
| | 213 | + additional terms, to the whole of the work, and all its parts, |
| | 214 | + regardless of how they are packaged.  This License gives no |
| | 215 | + permission to license the work in any other way, but it does not |
| | 216 | + invalidate such permission if you have separately received it. |
| 234 | 217 | |
| 235 | | - __  d) If the work has interactive user interfaces, each must display |
| 236 | | - __  Appropriate Legal Notices; however, if the Program has interactive |
| 237 | | - __  interfaces that do not display Appropriate Legal Notices, your |
| 238 | | - __  work need not make them do so. |
| | 218 | + d) If the work has interactive user interfaces, each must display |
| | 219 | + Appropriate Legal Notices; however, if the Program has interactive |
| | 220 | + interfaces that do not display Appropriate Legal Notices, your |
| | 221 | + work need not make them do so. |
| 239 | 222 | |
| 240 | | - __A compilation of a covered work with other separate and independent |
| | 223 | + A compilation of a covered work with other separate and independent |
| 241 | 224 | works, which are not by their nature extensions of the covered work, |
| 242 | 225 | and which are not combined with it so as to form a larger program, |
| 243 | 226 | in or on a volume of a storage or distribution medium, is called an |
| 247 | 230 | in an aggregate does not cause this License to apply to the other |
| 248 | 231 | parts of the aggregate. |
| 249 | 232 | |
| 250 | | - __6. Conveying Non-Source Forms. |
| | 233 | + 6. Conveying Non-Source Forms. |
| 251 | 234 | |

N4J_019137

```
252            -    You may convey a covered work in object code form under the terms
        235    +  You may convey a covered work in object code form under the terms
253     236       of sections 4 and 5, provided that you also convey the
254     237       machine-readable Corresponding Source under the terms of this License,
255     238       in one of these ways:
256     239
257            -    a) Convey the object code in, or embodied in, a physical product
258            -    (including a physical distribution medium), accompanied by the
259            -    Corresponding Source fixed on a durable physical medium
260            -    customarily used for software interchange.
261            -
262            -    b) Convey the object code in, or embodied in, a physical product
263            -    (including a physical distribution medium), accompanied by a
264            -    written offer, valid for at least three years and valid for as
265            -    long as you offer spare parts or customer support for that product
266            -    model, to give anyone who possesses the object code either (1) a
267            -    copy of the Corresponding Source for all the software in the
268            -    product that is covered by this License, on a durable physical
269            -    medium customarily used for software interchange, for a price no
270            -    more than your reasonable cost of physically performing this
271            -    conveying of source, or (2) access to copy the
272            -    Corresponding Source from a network server at no charge.
273            -
274            -    c) Convey individual copies of the object code with a copy of the
275            -    written offer to provide the Corresponding Source.  This
276            -    alternative is allowed only occasionally and noncommercially, and
277            -    only if you received the object code with such an offer, in accord
278            -    with subsection 6b.
279            -
280            -    d) Convey the object code by offering access from a designated
281            -    place (gratis or for a charge), and offer equivalent access to the
282            -    Corresponding Source in the same way through the same place at no
283            -    further charge.  You need not require recipients to copy the
284            -    Corresponding Source along with the object code.  If the place to
285            -    copy the object code is a network server, the Corresponding Source
286            -    may be on a different server (operated by you or a third party)
287            -    that supports equivalent copying facilities, provided you maintain
288            -    clear directions next to the object code saying where to find the
289            -    Corresponding Source.  Regardless of what server hosts the
290            -    Corresponding Source, you remain obligated to ensure that it is
291            -    available for as long as needed to satisfy these requirements.
292            -
293            -    e) Convey the object code using peer-to-peer transmission, provided
294            -    you inform other peers where the object code and Corresponding
295            -    Source of the work are being offered to the general public at no
296            -    charge under subsection 6d.
297            -
298            -    A separable portion of the object code, whose source code is excluded
        240    + a) Convey the object code in, or embodied in, a physical product
        241    + (including a physical distribution medium), accompanied by the
        242    + Corresponding Source fixed on a durable physical medium
        243    + customarily used for software interchange.
        244    +
        245    + b) Convey the object code in, or embodied in, a physical product
        246    + (including a physical distribution medium), accompanied by a
        247    + written offer, valid for at least three years and valid for as
        248    + long as you offer spare parts or customer support for that product
        249    + model, to give anyone who possesses the object code either (1) a
        250    + copy of the Corresponding Source for all the software in the
        251    + product that is covered by this License, on a durable physical
        252    + medium customarily used for software interchange, for a price no
        253    + more than your reasonable cost of physically performing this
        254    + conveying of source, or (2) access to copy the
```

N4J_019138

```
255   + Corresponding Source from a network server at no charge.
256   +
257   + c) Convey individual copies of the object code with a copy of the
258   + written offer to provide the Corresponding Source.  This
259   + alternative is allowed only occasionally and noncommercially, and
260   + only if you received the object code with such an offer, in accord
261   + with subsection 6b.
262   +
263   + d) Convey the object code by offering access from a designated
264   + place (gratis or for a charge), and offer equivalent access to the
265   + Corresponding Source in the same way through the same place at no
266   + further charge.  You need not require recipients to copy the
267   + Corresponding Source along with the object code.  If the place to
268   + copy the object code is a network server, the Corresponding Source
269   + may be on a different server (operated by you or a third party)
270   + that supports equivalent copying facilities, provided you maintain
271   + clear directions next to the object code saying where to find the
272   + Corresponding Source.  Regardless of what server hosts the
273   + Corresponding Source, you remain obligated to ensure that it is
274   + available for as long as needed to satisfy these requirements.
275   +
276   + e) Convey the object code using peer-to-peer transmission, provided
277   + you inform other peers where the object code and Corresponding
278   + Source of the work are being offered to the general public at no
279   + charge under subsection 6d.
280   +
281   + A separable portion of the object code, whose source code is excluded
299 282   from the Corresponding Source as a System Library, need not be
300 283   included in conveying the object code work.
301 284
302     - __A "User Product" is either (1) a "consumer product", which means any
    285 + A "User Product" is either (1) a "consumer product", which means any
303 286   tangible personal property which is normally used for personal, family,
304 287   or household purposes, or (2) anything designed or sold for incorporation
305 288   into a dwelling.  In determining whether a product is a consumer product,
312 295   commercial, industrial or non-consumer uses, unless such uses represent
313 296   the only significant mode of use of the product.
314 297
315     - __"Installation Information" for a User Product means any methods,
    298 + "Installation Information" for a User Product means any methods,
316 299   procedures, authorization keys, or other information required to install
317 300   and execute modified versions of a covered work in that User Product from
318 301   a modified version of its Corresponding Source.  The information must
319 302   suffice to ensure that the continued functioning of the modified object
320 303   code is in no case prevented or interfered with solely because
321 304   modification has been made.
322 305
323     - __If you convey an object code work under this section in, or with, or
    306 + If you convey an object code work under this section in, or with, or
324 307   specifically for use in, a User Product, and the conveying occurs as
325 308   part of a transaction in which the right of possession and use of the
326 309   User Product is transferred to the recipient in perpetuity or for a
331 314   modified object code on the User Product (for example, the work has
332 315   been installed in ROM).
333 316
334     - __The requirement to provide Installation Information does not include a
    317 + The requirement to provide Installation Information does not include a
335 318   requirement to continue to provide support service, warranty, or updates
336 319   for a work that has been modified or installed by the recipient, or for
337 320   the User Product in which it has been modified or installed.  Access to a
338 321   network may be denied when the modification itself materially and
339 322   adversely affects the operation of the network or violates the rules and
340 323   protocols for communication across the network.
```

N4J_019139

```
341  324
342  │      -  __Corresponding Source conveyed, and Installation Information provided,
     │  325  + Corresponding Source conveyed, and Installation Information provided,
343  326    in accord with this section must be in a format that is publicly
344  327    documented (and with an implementation available to the public in
345  328    source code form), and must require no special password or key for
346  329    unpacking, reading or copying.
347  330
348  │      -  __7. Additional Terms.
     │  331  + 7. Additional Terms.
349  332
350  │      -  __"Additional permissions" are terms that supplement the terms of this
     │  333  + "Additional permissions" are terms that supplement the terms of this
351  334    License by making exceptions from one or more of its conditions.
352  335    Additional permissions that are applicable to the entire Program shall
353  336    be treated as though they were included in this License, to the extent
356  339    under those permissions, but the entire Program remains governed by
357  340    this License without regard to the additional permissions.
358  341
359  │      -  __When you convey a copy of a covered work, you may at your option
     │  342  + When you convey a copy of a covered work, you may at your option
360  343    remove any additional permissions from that copy, or from any part of
361  344    it.  (Additional permissions may be written to require their own
362  345    removal in certain cases when you modify the work.)  You may place
363  346    additional permissions on material, added by you to a covered work,
364  347    for which you have or can give appropriate copyright permission.
365  348
366  │      -  __Notwithstanding any other provision of this License, for material you
     │  349  + Notwithstanding any other provision of this License, for material you
367  350    add to a covered work, you may (if authorized by the copyright holders of
368  351    that material) supplement the terms of this License with terms:
369  352
370  │      -  ____a) Disclaiming warranty or limiting liability differently from the
371  │      -  ____terms of sections 15 and 16 of this License; or
     │  353  + a) Disclaiming warranty or limiting liability differently from the
     │  354  + terms of sections 15 and 16 of this License; or
372  355
373  │      -  ____b) Requiring preservation of specified reasonable legal notices or
374  │      -  ____author attributions in that material or in the Appropriate Legal
375  │      -  ____Notices displayed by works containing it; or
     │  356  + b) Requiring preservation of specified reasonable legal notices or
     │  357  + author attributions in that material or in the Appropriate Legal
     │  358  + Notices displayed by works containing it; or
376  359
377  │      -  ____c) Prohibiting misrepresentation of the origin of that material, or
378  │      -  ____requiring that modified versions of such material be marked in
379  │      -  ____reasonable ways as different from the original version; or
     │  360  + c) Prohibiting misrepresentation of the origin of that material, or
     │  361  + requiring that modified versions of such material be marked in
     │  362  + reasonable ways as different from the original version; or
380  363
381  │      -  ____d) Limiting the use for publicity purposes of names of licensors or
382  │      -  ____authors of the material; or
     │  364  + d) Limiting the use for publicity purposes of names of licensors or
     │  365  + authors of the material; or
383  366
384  │      -  ____e) Declining to grant rights under trademark law for use of some
385  │      -  ____trade names, trademarks, or service marks; or
     │  367  + e) Declining to grant rights under trademark law for use of some
     │  368  + trade names, trademarks, or service marks; or
386  369
387  │      -  ____f) Requiring indemnification of licensors and authors of that
388  │      -  ____material by anyone who conveys the material (or modified versions of
```

N4J_019140

```
389            -    it) with contractual assumptions of liability to the recipient, for
390            -    any liability that these contractual assumptions directly impose on
391            -    those licensors and authors.
        370    + f) Requiring indemnification of licensors and authors of that
        371    + material by anyone who conveys the material (or modified versions of
        372    + it) with contractual assumptions of liability to the recipient, for
        373    + any liability that these contractual assumptions directly impose on
        374    + those licensors and authors.
392     375
393            -    All other non-permissive additional terms are considered "further
        376    + All other non-permissive additional terms are considered "further
394     377      restrictions" within the meaning of section 10.  If the Program as you
395     378      received it, or any part of it, contains a notice stating that it is
396            - governed by this License along with a term that is a further restriction,
397            - you may remove that term.  If a license document contains a further
398            - restriction but permits relicensing or conveying under this License, you
399            - may add to a covered work material governed by the terms of that license
400            - document, provided that the further restriction does not survive such
401            - relicensing or conveying.
402            -
403            -    If you add terms to a covered work in accord with this section, you
        379    + governed by this License along with a term that is a further
        380    + restriction, you may remove that term.  If a license document contains
        381    + a further restriction but permits relicensing or conveying under this
        382    + License, you may add to a covered work material governed by the terms
        383    + of that license document, provided that the further restriction does
        384    + not survive such relicensing or conveying.
        385    +
        386    + If you add terms to a covered work in accord with this section, you
404     387      must place, in the relevant source files, a statement of the
405     388      additional terms that apply to those files, or a notice indicating
406     389      where to find the applicable terms.
407     390
408            -    Additional terms, permissive or non-permissive, may be stated in the
        391    + Additional terms, permissive or non-permissive, may be stated in the
409     392      form of a separately written license, or stated as exceptions;
410     393      the above requirements apply either way.
411     394
412            -    8. Termination.
        395    + 8. Termination.
413     396
414            -    You may not propagate or modify a covered work except as expressly
        397    + You may not propagate or modify a covered work except as expressly
415     398      provided under this License.  Any attempt otherwise to propagate or
416     399      modify it is void, and will automatically terminate your rights under
417     400      this License (including any patent licenses granted under the third
418     401      paragraph of section 11).
419     402
420            -    However, if you cease all violation of this License, then your
        403    + However, if you cease all violation of this License, then your
421     404      license from a particular copyright holder is reinstated (a)
422     405      provisionally, unless and until the copyright holder explicitly and
423     406      finally terminates your license, and (b) permanently, if the copyright
424     407      holder fails to notify you of the violation by some reasonable means
425     408      prior to 60 days after the cessation.
426     409
427            -    Moreover, your license from a particular copyright holder is
        410    + Moreover, your license from a particular copyright holder is
428     411      reinstated permanently if the copyright holder notifies you of the
429     412      violation by some reasonable means, this is the first time you have
430     413      received notice of violation of this License (for any work) from that
431     414      copyright holder, and you cure the violation prior to 30 days after
432     415      your receipt of the notice.
```

N4J_019141

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 416 of 1198

```
433  416
434       -  __Termination of your rights under this section does not terminate the
     417  +  Termination of your rights under this section does not terminate the
435  418     licenses of parties who have received copies or rights from you under
436  419     this License.  If your rights have been terminated and not permanently
437  420     reinstated, you do not qualify to receive new licenses for the same
438  421     material under section 10.
439  422
440       -  __9. Acceptance Not Required for Having Copies.
     423  +  9. Acceptance Not Required for Having Copies.
441  424
442       -  __You are not required to accept this License in order to receive or
     425  +  You are not required to accept this License in order to receive or
443  426     run a copy of the Program.  Ancillary propagation of a covered work
444  427     occurring solely as a consequence of using peer-to-peer transmission
445  428     to receive a copy likewise does not require acceptance.  However,
448  431     not accept this License.  Therefore, by modifying or propagating a
449  432     covered work, you indicate your acceptance of this License to do so.
450  433
451       -  __10. Automatic Licensing of Downstream Recipients.
     434  +  10. Automatic Licensing of Downstream Recipients.
452  435
453       -  __Each time you convey a covered work, the recipient automatically
     436  +  Each time you convey a covered work, the recipient automatically
454  437     receives a license from the original licensors, to run, modify and
455  438     propagate that work, subject to this License.  You are not responsible
456  439     for enforcing compliance by third parties with this License.
457  440
458       -  __An "entity transaction" is a transaction transferring control of an
     441  +  An "entity transaction" is a transaction transferring control of an
459  442     organization, or substantially all assets of one, or subdividing an
460  443     organization, or merging organizations.  If propagation of a covered
461  444     work results from an entity transaction, each party to that
465  448     Corresponding Source of the work from the predecessor in interest, if
466  449     the predecessor has it or can get it with reasonable efforts.
467  450
468       -  __You may not impose any further restrictions on the exercise of the
     451  +  You may not impose any further restrictions on the exercise of the
469  452     rights granted or affirmed under this License.  For example, you may
470  453     not impose a license fee, royalty, or other charge for exercise of
471  454     rights granted under this License, and you may not initiate litigation
472  455     (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456     any patent claim is infringed by making, using, selling, offering for
474  457     sale, or importing the Program or any portion of it.
475  458
476       -  __11. Patents.
     459  +  11. Patents.
477  460
478       -  __A "contributor" is a copyright holder who authorizes use under this
     461  +  A "contributor" is a copyright holder who authorizes use under this
479  462     License of the Program or a work on which the Program is based.  The
480  463     work thus licensed is called the contributor's "contributor version".
481  464
482       -  __A contributor's "essential patent claims" are all patent claims
     465  +  A contributor's "essential patent claims" are all patent claims
483  466     owned or controlled by the contributor, whether already acquired or
484  467     hereafter acquired, that would be infringed by some manner, permitted
485  468     by this License, of making, using, or selling its contributor version,
489  472     patent sublicenses in a manner consistent with the requirements of
490  473     this License.
491  474
492       -  __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  +  Each contributor grants you a non-exclusive, worldwide, royalty-free
```

```
493  476        patent license under the contributor's essential patent claims, to
494  477        make, use, sell, offer for sale, import and otherwise run, modify and
495  478        propagate the contents of its contributor version.
496  479

497       -  __In the following three paragraphs, a "patent license" is any express
     480  +  In the following three paragraphs, a "patent license" is any express
498  481        agreement or commitment, however denominated, not to enforce a patent
499  482        (such as an express permission to practice a patent or covenant not to
500  483        sue for patent infringement).  To "grant" such a patent license to a
501  484        party means to make such an agreement or commitment not to enforce a
502  485        patent against the party.
503  486

504       -  __If you convey a covered work, knowingly relying on a patent license,
     487  +  If you convey a covered work, knowingly relying on a patent license,
505  488        and the Corresponding Source of the work is not available for anyone
506  489        to copy, free of charge and under the terms of this License, through a
507  490        publicly available network server or other readily accessible means,
515  498        in a country, would infringe one or more identifiable patents in that
516  499        country that you have reason to believe are valid.
517  500

518       -  __If, pursuant to or in connection with a single transaction or
     501  +  If, pursuant to or in connection with a single transaction or
519  502        arrangement, you convey, or propagate by procuring conveyance of, a
520  503        covered work, and grant a patent license to some of the parties
521  504        receiving the covered work authorizing them to use, propagate, modify
522  505        or convey a specific copy of the covered work, then the patent license
523  506        you grant is automatically extended to all recipients of the covered
524  507        work and works based on it.
525  508

526       -  __A patent license is "discriminatory" if it does not include within
     509  +  A patent license is "discriminatory" if it does not include within
527  510        the scope of its coverage, prohibits the exercise of, or is
528  511        conditioned on the non-exercise of one or more of the rights that are
529  512        specifically granted under this License.  You may not convey a covered
538  521        contain the covered work, unless you entered into that arrangement,
539  522        or that patent license was granted, prior to 28 March 2007.
540  523

541       -  __Nothing in this License shall be construed as excluding or limiting
     524  +  Nothing in this License shall be construed as excluding or limiting
542  525        any implied license or other defenses to infringement that may
543  526        otherwise be available to you under applicable patent law.
544  527

545       -  __12. No Surrender of Others' Freedom.
     528  +  12. No Surrender of Others' Freedom.
546  529

547       -  __If conditions are imposed on you (whether by court order, agreement or
     530  +  If conditions are imposed on you (whether by court order, agreement or
548  531        otherwise) that contradict the conditions of this License, they do not
549  532        excuse you from the conditions of this License.  If you cannot convey a
550  533        covered work so as to satisfy simultaneously your obligations under
554  537        the Program, the only way you could satisfy both those terms and this
555  538        License would be to refrain entirely from conveying the Program.
556  539

557       -  __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559       -  __Notwithstanding any other provision of this License, if you modify the
     542  +  Notwithstanding any other provision of this License, if you modify the
560  543        Program, your modified version must prominently offer all users
561  544        interacting with it remotely through a computer network (if your version
562  545        supports such interaction) an opportunity to receive the Corresponding
567  550        of the GNU General Public License that is incorporated pursuant to the
568  551        following paragraph.
```

| | | | |
|---|---|---|---|
| 569 | 552 | | |
| 570 | | - | _ Notwithstanding any other provision of this License, you have _permission |
| 571 | | - | to link or combine any covered work with a work licensed _under version 3 |
| 572 | | - | of the GNU General Public License into a single _combined work, and to |
| 573 | | - | convey the resulting work.  The terms of this _license will continue to |
| 574 | | - | apply to the part which is the covered work, _but the work with which it is |
| 575 | | - | _combined will remain governed by version 3 of the GNU General Public |
| 576 | | - | License. |
| 577 | | - | |
| 578 | | - | _ 14. Revised Versions of this License. |
| 579 | | - | |
| 580 | | - | _ The Free Software Foundation may publish revised and/or new versions of |
| 581 | | - | the GNU Affero General Public License from time to time.  Such new |
| 582 | | - | _versions will be similar in spirit to the present version, but may differ |
| 583 | | - | _in detail to_ address new problems or concerns. |
| 584 | | - | |
| 585 | | - | _ Each version is given a distinguishing version number.  If the |
| 586 | | - | Program specifies that a certain numbered version of the GNU Affero |
| 587 | | - | _General_ Public License "or any later version" applies to it, you have |
| 588 | | - | _the_ option of following the terms and conditions either of that |
| 589 | | - | _numbered_ version or of any later version published by the Free |
| 590 | | - | _Software_ Foundation.  If the Program does not specify a version number |
| 591 | | - | _of the_ GNU Affero General Public License, you may choose any version |
| 592 | | - | _ever published_ by the Free Software Foundation. |
| 593 | | - | |
| 594 | | - | _ If the Program specifies that a proxy can decide which future |
| 595 | | - | versions of the GNU Affero General Public License can be used, that |
| 596 | | - | _proxy's_ public statement of acceptance of a version permanently |
| 597 | | - | _authorizes you_ to choose that version for the Program. |
| 598 | | - | |
| 599 | | - | _ Later license versions may give you additional or different |
| | 553 | + | Notwithstanding any other provision of this License, you have |
| | 554 | + | _permission_ to link or combine any covered work with a work licensed |
| | 555 | + | _under version 3_ of the GNU General Public License into a single |
| | 556 | + | _combined work, and to_ convey the resulting work.  The terms of this |
| | 557 | + | _License will continue to_ apply to the part which is the covered work, |
| | 558 | + | _but the work with which it is combined will remain governed by version |
| | 559 | + | _3 of the GNU General Public_ License. |
| | 560 | + | |
| | 561 | + | 14. Revised Versions of this License. |
| | 562 | + | |
| | 563 | + | The Free Software Foundation may publish revised and/or new versions of |
| | 564 | + | the GNU Affero General Public License from time to time.  Such new _versions |
| | 565 | + | will be similar in spirit to the present version, but may differ _in detail to |
| | 566 | + | address new problems or concerns. |
| | 567 | + | |
| | 568 | + | Each version is given a distinguishing version number.  If the |
| | 569 | + | Program specifies that a certain numbered version of the GNU Affero _General |
| | 570 | + | Public License "or any later version" applies to it, you have _the |
| | 571 | + | option of following the terms and conditions either of that _numbered |
| | 572 | + | version or of any later version published by the Free _Software |
| | 573 | + | Foundation.  If the Program does not specify a version number _of the |
| | 574 | + | GNU Affero General Public License, you may choose any version _ever published |
| | 575 | + | by the Free Software Foundation. |
| | 576 | + | |
| | 577 | + | If the Program specifies that a proxy can decide which future |
| | 578 | + | versions of the GNU Affero General Public License can be used, that _proxy's |
| | 579 | + | public statement of acceptance of a version permanently _authorizes you |
| | 580 | + | to choose that version for the Program. |
| | 581 | + | |
| | 582 | + | Later license versions may give you additional or different |
| 600 | 583 | | permissions.  However, no additional obligations are imposed on any |
| 601 | 584 | | author or copyright holder as a result of your choosing to follow a |

N4J_019144

```
602   585         later version.
603   586
604         -    __ 15. Disclaimer of Warranty.
      587   +  15. Disclaimer of Warranty.
605   588
606         -    __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589   +  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590       APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591       HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592       OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595       IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596       ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615         -    __ 16. Limitation of Liability.
      598   +  16. Limitation of Liability.
616   599
617         -    __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600   +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   601       WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602       THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603       GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607       EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608       SUCH DAMAGES.
626   609
627         -    __ 17. Interpretation of Sections 15 and 16.
      610   +  17. Interpretation of Sections 15 and 16.
628   611
629         -    __ If the disclaimer of warranty and limitation of liability provided
      612   +  If the disclaimer of warranty and limitation of liability provided
630   613       above cannot be given local legal effect according to their terms,
631   614       reviewing courts shall apply local law that most closely approximates
632   615       an absolute waiver of all civil liability in connection with the
633   616       Program, unless a warranty or assumption of liability accompanies a
634   617       copy of the Program in return for a fee.
635   618
636         -    _____END OF TERMS AND CONDITIONS
      619   +  END OF TERMS AND CONDITIONS
637   620
638         -    _____How to Apply These Terms to Your New Programs
      621   +  How to Apply These Terms to Your New Programs
639   622
640         -    __ If you develop a new program, and you want it to be of the greatest
      623   +  If you develop a new program, and you want it to be of the greatest
641   624       possible use to the public, the best way to achieve this is to make it
642   625       free software which everyone can redistribute and change under these terms.
643   626
644         -    __To do so, attach the following notices to the program.  It is safest
      627   +  To do so, attach the following notices to the program.  It is safest
645   628       to attach them to the start of each source file to most effectively
646   629       state the exclusion of warranty; and each file should have at least
647   630       the "copyright" line and a pointer to where the full notice is found.
648   631
649         -    ____<one line to give the program's name and a brief idea of what it does.>
650         -    __Copyright (C) <year>  <name of author>
      632   +  <one line to give the program's name and a brief idea of what it does.>
      633   +  Copyright (C) <year>  <name of author>
651   634
652         -    ____This program is free software: you can redistribute it and/or modify
653         -    ____it under the terms of the GNU Affero General Public License as
654         -    ____published by the Free Software Foundation, either version 3 of the
655         -    ____License, or (at your option) any later version.
      635   +  This program is free software: you can redistribute it and/or modify
      636   +  it under the terms of the GNU Affero General Public License as published by
```

N4J_019145

```
637  + the Free Software Foundation, either version 3 of the License, or
638  + (at your option) any later version.
656  639
657        -     This program is distributed in the hope that it will be useful,
658        -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659        -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660        -     GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  + GNU Affero General Public License for more details.
661  644
662        -     You should have received a copy of the GNU Affero General Public License
663        -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648     Also add information on how to contact you by electronic and paper mail.
666  649
667        -   If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651     network, you should also make sure that it provides a way for users to
669  652     get its source.  For example, if your program is a web application, its
670  653     interface could display a "Source" link that leads users to an archive
671  654     of the code.  There are many ways you could offer source, and different
672  655     solutions will be better for different programs; see section 13 for the
673  656     specific requirements.
674  657
675        -   You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678        - <http://www.gnu.org/licenses/>.
679        -
680        -
681        - "Commons Clause" License Condition
682        -
683        - The Software is provided to you by the Licensor under the License, as
684        - defined below, subject to the following condition. Without limiting
685        - other conditions in the License, the grant of rights under the License
686        - will not include, and the License does not grant to you, the right to
687        - Sell the Software.  For purposes of the foregoing, "Sell" means
688        - practicing any or all of the rights granted to you under the License
689        - to provide to third parties, for a fee or other consideration,
690        - a product or service that consists, entirely or substantially,
691        - of the Software or the functionality of the Software. Any license
692        - notice or attribution required by the License must also include
693        - this Commons Cause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```

486 ■■■■■ enterprise/cypher/compiled-expressions/LICENSE.txt

```
...   ...      @@ -1,51 +1,35 @@
1            - NOTICE
2            - This package contains software licensed under different
3            - licenses, please refer to the NOTICE.txt file for further
4            - information and LICENSES.txt for full license texts.
        1    + GNU AFFERO GENERAL PUBLIC LICENSE
        2    +    Version 3, 19 November 2007
5        3
6            - Neo4j Enterprise object code can be licensed independently from
7            - the source under separate commercial terms. Email inquiries can be
8            - directed to: licensing@neo4j.com. More information is also
```

N4J_019146

```
   9                    - available at:https://neo4j.com/licensing/
            4    + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
            5    + Everyone is permitted to copy and distribute verbatim copies
            6    + of this license document, but changing it is not allowed.
  10        7
  11             - The software ("Software") is developed and owned by Neo4j Sweden AB
  12             - (referred to in this notice as "Neo4j") and is subject to the terms
  13             - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
            8    + Preamble
  14        9
  15             -
  16             -
  17             -                   GNU AFFERO GENERAL PUBLIC LICENSE
  18             -                      Version 3, 19 November 2007
  19             -
  20             -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
  21             -  Everyone is permitted to copy and distribute verbatim copies
  22             -  of this license document, but changing it is not allowed.
  23             -
  24             -                         Preamble
  25             -
  26             -   The GNU Affero General Public License is a free, copyleft license
  27             - for software and other kinds of works, specifically designed to ensure
           10    + The GNU Affero General Public License is a free, copyleft license for
           11    + software and other kinds of works, specifically designed to ensure
  28       12      cooperation with the community in the case of network server software.
  29       13
  30             -   The licenses for most software and other practical works are
  31             - designed to take away your freedom to share and change the works.  By
  32             - contrast, our General Public Licenses are intended to guarantee your
  33             - freedom to share and change all versions of a program--to make sure it
  34             - remains free software for all its users.
           14    + The licenses for most software and other practical works are designed
           15    + to take away your freedom to share and change the works.  By contrast,
           16    + our General Public Licenses are intended to guarantee your freedom to
           17    + share and change all versions of a program--to make sure it remains free
           18    + software for all its users.
  35       19
  36             -   When we speak of free software, we are referring to freedom, not
           20    + When we speak of free software, we are referring to freedom, not
  37       21      price.  Our General Public Licenses are designed to make sure that you
  38       22      have the freedom to distribute copies of free software (and charge for
  39       23      them if you wish), that you receive source code or can get it if you
  40       24      want it, that you can change the software or use pieces of it in new
  41       25      free programs, and that you know you can do these things.
  42       26
  43             -   Developers that use our General Public Licenses protect your rights
           27    + Developers that use our General Public Licenses protect your rights
  44       28      with two steps: (1) assert copyright on the software, and (2) offer
  45       29      you this License which gives you legal permission to copy, distribute
  46       30      and/or modify the software.
  47       31
  48             -   A secondary benefit of defending all users' freedom is that
           32    + A secondary benefit of defending all users' freedom is that
  49       33      improvements made in alternate versions of the program, if they
  50       34      receive widespread use, become available for other developers to
  51       35      incorporate.  Many developers of free software are heartened and
  55       39      letting the public access it on a server without ever releasing its
  56       40      source code to the public.
  57       41
  58             -   The GNU Affero General Public License is designed specifically to
           42    + The GNU Affero General Public License is designed specifically to
  59       43      ensure that, in such cases, the modified source code becomes available
```

```
60  44        to the community.  It requires the operator of a network server to
61  45        provide the source code of the modified version running there to the
62  46        users of that server.  Therefore, public use of a modified version, on
63  47        a publicly accessible server, gives the public access to the source
64  48        code of the modified version.
65  49

66      -  __An older license, called the Affero General Public License and
    50  + An older license, called the Affero General Public License and
67  51        published by Affero, was designed to accomplish similar goals.  This is
68  52        a different license, not a version of the Affero GPL, but Affero has
69  53        released a new version of the Affero GPL which permits relicensing under
70  54        this license.
71  55

72      -  __The precise terms and conditions for copying, distribution and
    56  + The precise terms and conditions for copying, distribution and
73  57        modification follow.
74  58

75      -                         TERMS AND CONDITIONS
    59  + TERMS AND CONDITIONS
    60  +
    61  + 0. Definitions.
76  62

77      -   0. Definitions.
    63  + "This License" refers to version 3 of the GNU Affero General Public License.
78  64

79      -   "This License" refers to version 3 of the GNU Affero General Public
80      -  License.
    65  + "Copyright" also means copyright-like laws that apply to other kinds of
    66  + works, such as semiconductor masks.
81  67

82         "Copyright" also means copyright-like laws that apply to other kinds
83      -  of works, such as semiconductor masks.
84      -
85      -   "The Program" refers to any copyrightable work licensed under this
    68  + "The Program" refers to any copyrightable work licensed under this
86  69        License.  Each licensee is addressed as "you".  "Licensees" and
87  70        "recipients" may be individuals or organizations.
88  71

89      -  __To "modify" a work means to copy from or adapt all or part of the work
    72  + To "modify" a work means to copy from or adapt all or part of the work
90  73        in a fashion requiring copyright permission, other than the making of an
91  74        exact copy.  The resulting work is called a "modified version" of the
92  75        earlier work or a work "based on" the earlier work.
93  76

94      -   A "covered work" means either the unmodified Program or a work based
    77  + A "covered work" means either the unmodified Program or a work based
95  78        on the Program.
96  79

97      -  __To "propagate" a work means to do anything with it that, without
    80  + To "propagate" a work means to do anything with it that, without
98  81        permission, would make you directly or secondarily liable for
99  82        infringement under applicable copyright law, except executing it on a
100 83        computer or modifying a private copy.  Propagation includes copying,
101 84        distribution (with or without modification), making available to the
102 85        public, and in some countries other activities as well.
103 86

104     -  __To "convey" a work means any kind of propagation that enables other
    87  + To "convey" a work means any kind of propagation that enables other
105 88        parties to make or receive copies.  Mere interaction with a user through
106 89        a computer network, with no transfer of a copy, is not conveying.
107 90

108     -  __An interactive user interface displays "Appropriate Legal Notices"
    91  + An interactive user interface displays "Appropriate Legal Notices"
```

N4J_019148

```
109   92          to the extent that it includes a convenient and prominently visible
110   93          feature that (1) displays an appropriate copyright notice, and (2)
111   94          tells the user that there is no warranty for the work (except to the
114   97          the interface presents a list of user commands or options, such as a
115   98          menu, a prominent item in the list meets this criterion.
116   99

117      -  __1. Source Code.
     100  + 1. Source Code.
118   101

119      -  __The "source code" for a work means the preferred form of the work
     102  + The "source code" for a work means the preferred form of the work
120   103          for making modifications to it.  "Object code" means any non-source
121   104          form of a work.
122   105

123      -  __A "Standard Interface" means an interface that either is an official
     106  + A "Standard Interface" means an interface that either is an official
124   107          standard defined by a recognized standards body, or, in the case of
125   108          interfaces specified for a particular programming language, one that
126   109          is widely used among developers working in that language.
127   110

128      -  __The "System Libraries" of an executable work include anything, other
     111  + The "System Libraries" of an executable work include anything, other
129   112          than the work as a whole, that (a) is included in the normal form of
130   113          packaging a Major Component, but which is not part of that Major
131   114          Component, and (b) serves only to enable use of the work with that
136   119          (if any) on which the executable work runs, or a compiler used to
137   120          produce the work, or an object code interpreter used to run it.
138   121

139      -  __The "Corresponding Source" for a work in object code form means all
     122  + The "Corresponding Source" for a work in object code form means all
140   123          the source code needed to generate, install, and (for an executable
141   124          work) run the object code and to modify the work, including scripts to
142   125          control those activities.  However, it does not include the work's
149   132          such as by intimate data communication or control flow between those
150   133          subprograms and other parts of the work.
151   134

152      -  __The Corresponding Source need not include anything that users
     135  + The Corresponding Source need not include anything that users
153   136          can regenerate automatically from other parts of the Corresponding
154   137          Source.
155   138

156      -  __The Corresponding Source for a work in source code form is that
     139  + The Corresponding Source for a work in source code form is that
157   140          same work.
158   141

159      -  __2. Basic Permissions.
     142  + 2. Basic Permissions.
160   143

161      -  __All rights granted under this License are granted for the term of
     144  + All rights granted under this License are granted for the term of
162   145          copyright on the Program, and are irrevocable provided the stated
163   146          conditions are met.  This License explicitly affirms your unlimited
164   147          permission to run the unmodified Program.  The output from running a
165   148          covered work is covered by this License only if the output, given its
166   149          content, constitutes a covered work.  This License acknowledges your
167   150          rights of fair use or other equivalent, as provided by copyright law.
168   151

169      -  __You may make, run and propagate covered works that you do not
     152  + You may make, run and propagate covered works that you do not
170   153          convey, without conditions so long as your license otherwise remains
171   154          in force.  You may convey covered works to others for the sole purpose
172   155          of having them make modifications exclusively for you, or provide you
177   160          and control, on terms that prohibit them from making any copies of
```

N4J_019149

| 178 | 161 |   | your copyrighted material outside their relationship with you. |
| 179 | 162 |   |  |
| 180 |   | - |   __Conveying under any other circumstances is permitted solely under |
|   | 163 | + | Conveying under any other circumstances is permitted solely under |
| 181 | 164 |   | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 182 | 165 |   | makes it unnecessary. |
| 183 | 166 |   |  |
| 184 |   | - |   __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
|   | 167 | + | 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| 185 | 168 |   |  |
| 186 |   | - |   __No covered work shall be deemed part of an effective technological |
|   | 169 | + | No covered work shall be deemed part of an effective technological |
| 187 | 170 |   | measure under any applicable law fulfilling obligations under article |
| 188 | 171 |   | 11 of the WIPO copyright treaty adopted on 20 December 1996, or |
| 189 | 172 |   | similar laws prohibiting or restricting circumvention of such |
| 190 | 173 |   | measures. |
| 191 | 174 |   |  |
| 192 |   | - |   __When you convey a covered work, you waive any legal power to forbid |
|   | 175 | + | When you convey a covered work, you waive any legal power to forbid |
| 193 | 176 |   | circumvention of technological measures to the extent such circumvention |
| 194 | 177 |   | is effected by exercising rights under this License with respect to |
| 195 | 178 |   | the covered work, and you disclaim any intention to limit operation or |
| 196 | 179 |   | modification of the work as a means of enforcing, against the work's |
| 197 | 180 |   | users, your or third parties' legal rights to forbid circumvention of |
| 198 | 181 |   | technological measures. |
| 199 | 182 |   |  |
| 200 |   | - |   __4. Conveying Verbatim Copies. |
|   | 183 | + | 4. Conveying Verbatim Copies. |
| 201 | 184 |   |  |
| 202 |   | - |   __You may convey verbatim copies of the Program's source code as you |
|   | 185 | + | You may convey verbatim copies of the Program's source code as you |
| 203 | 186 |   | receive it, in any medium, provided that you conspicuously and |
| 204 | 187 |   | appropriately publish on each copy an appropriate copyright notice; |
| 205 | 188 |   | keep intact all notices stating that this License and any |
| 206 | 189 |   | non-permissive terms added in accord with section 7 apply to the code; |
| 207 | 190 |   | keep intact all notices of the absence of any warranty; and give all |
| 208 | 191 |   | recipients a copy of this License along with the Program. |
| 209 | 192 |   |  |
| 210 |   | - |   __You may charge any price or no price for each copy that you convey, |
|   | 193 | + | You may charge any price or no price for each copy that you convey, |
| 211 | 194 |   | and you may offer support or warranty protection for a fee. |
| 212 | 195 |   |  |
| 213 |   | - |   __5. Conveying Modified Source Versions. |
|   | 196 | + | 5. Conveying Modified Source Versions. |
| 214 | 197 |   |  |
| 215 |   | - |   __You may convey a work based on the Program, or the modifications to |
|   | 198 | + | You may convey a work based on the Program, or the modifications to |
| 216 | 199 |   | produce it from the Program, in the form of source code under the |
| 217 | 200 |   | terms of section 4, provided that you also meet all of these conditions: |
| 218 | 201 |   |  |
| 219 |   | - |   ____a) The work must carry prominent notices stating that you modified |
| 220 |   | - |   ____it, and giving a relevant date. |
|   | 202 | + | a) The work must carry prominent notices stating that you modified |
|   | 203 | + | it, and giving a relevant date. |
| 221 | 204 |   |  |
| 222 |   | - |   ____b) The work must carry prominent notices stating that it is |
| 223 |   | - |   ____released under this License and any conditions added under section |
| 224 |   | - |   ____7.  This requirement modifies the requirement in section 4 to |
| 225 |   | - |   ____"keep intact all notices". |
|   | 205 | + | b) The work must carry prominent notices stating that it is |
|   | 206 | + | released under this License and any conditions added under section |
|   | 207 | + | 7.  This requirement modifies the requirement in section 4 to |
|   | 208 | + | "keep intact all notices". |

N4J_019150

| 226 | 209 | |
|---|---|---|
| 227 | | - ____c) You must license the entire work, as a whole, under this |
| 228 | | - ____License to anyone who comes into possession of a copy.  This |
| 229 | | - ____License will therefore apply, along with any applicable section 7 |
| 230 | | - ____additional terms, to the whole of the work, and all its parts, |
| 231 | | - ____regardless of how they are packaged.  This License gives no |
| 232 | | - ____permission to license the work in any other way, but it does not |
| 233 | | - ____invalidate such permission if you have separately received it. |
| | 210 | + c) You must license the entire work, as a whole, under this |
| | 211 | + License to anyone who comes into possession of a copy.  This |
| | 212 | + License will therefore apply, along with any applicable section 7 |
| | 213 | + additional terms, to the whole of the work, and all its parts, |
| | 214 | + regardless of how they are packaged.  This License gives no |
| | 215 | + permission to license the work in any other way, but it does not |
| | 216 | + invalidate such permission if you have separately received it. |
| 234 | 217 | |
| 235 | | - ____d) If the work has interactive user interfaces, each must display |
| 236 | | - ____Appropriate Legal Notices; however, if the Program has interactive |
| 237 | | - ____interfaces that do not display Appropriate Legal Notices, your |
| 238 | | - ____work need not make them do so. |
| | 218 | + d) If the work has interactive user interfaces, each must display |
| | 219 | + Appropriate Legal Notices; however, if the Program has interactive |
| | 220 | + interfaces that do not display Appropriate Legal Notices, your |
| | 221 | + work need not make them do so. |
| 239 | 222 | |
| 240 | | - __A compilation of a covered work with other separate and independent |
| | 223 | + A compilation of a covered work with other separate and independent |
| 241 | 224 | works, which are not by their nature extensions of the covered work, |
| 242 | 225 | and which are not combined with it such as to form a larger program, |
| 243 | 226 | in or on a volume of a storage or distribution medium, is called an |
| 247 | 230 | in an aggregate does not cause this License to apply to the other |
| 248 | 231 | parts of the aggregate. |
| 249 | 232 | |
| 250 | | - __6. Conveying Non-Source Forms. |
| | 233 | + 6. Conveying Non-Source Forms. |
| 251 | 234 | |
| 252 | | - __You may convey a covered work in object code form under the terms |
| | 235 | + You may convey a covered work in object code form under the terms |
| 253 | 236 | of sections 4 and 5, provided that you also convey the |
| 254 | 237 | machine-readable Corresponding Source under the terms of this License, |
| 255 | 238 | in one of these ways: |
| 256 | 239 | |
| 257 | | - ____a) Convey the object code in, or embodied in, a physical product |
| 258 | | - ____(including a physical distribution medium), accompanied by the |
| 259 | | - ____Corresponding Source fixed on a durable physical medium |
| 260 | | - ____customarily used for software interchange. |
| 261 | | - |
| 262 | | - ____b) Convey the object code in, or embodied in, a physical product |
| 263 | | - ____(including a physical distribution medium), accompanied by a |
| 264 | | - ____written offer, valid for at least three years and valid for as |
| 265 | | - ____long as you offer spare parts or customer support for that product |
| 266 | | - ____model, to give anyone who possesses the object code either (1) a |
| 267 | | - ____copy of the Corresponding Source for all the software in the |
| 268 | | - ____product that is covered by this License, on a durable physical |
| 269 | | - ____medium customarily used for software interchange, for a price no |
| 270 | | - ____more than your reasonable cost of physically performing this |
| 271 | | - ____conveying of source, or (2) access to copy the |
| 272 | | - ____Corresponding Source from a network server at no charge. |
| 273 | | - |
| 274 | | - ____c) Convey individual copies of the object code with a copy of the |
| 275 | | - ____written offer to provide the Corresponding Source.  This |
| 276 | | - ____alternative is allowed only occasionally and noncommercially, and |
| 277 | | - ____only if you received the object code with such an offer, in accord |

N4J_019151

```
278          -      ____with subsection 6b.
279          -
280          -      ____d) Convey the object code by offering access from a designated
281          -      ____place (gratis or for a charge), and offer equivalent access to the
282          -      ____Corresponding Source in the same way through the same place at no
283          -      ____further charge.  You need not require recipients to copy the
284          -      ____Corresponding Source along with the object code.  If the place to
285          -      ____copy the object code is a network server, the Corresponding Source
286          -      ____may be on a different server (operated by you or a third party)
287          -      ____that supports equivalent copying facilities, provided you maintain
288          -      ____clear directions next to the object code saying where to find the
289          -      ____Corresponding Source.  Regardless of what server hosts the
290          -      ____Corresponding Source, you remain obligated to ensure that it is
291          -      ____available for as long as needed to satisfy these requirements.
292          -
293          -      ____e) Convey the object code using peer-to-peer transmission, provided
294          -      ____you inform other peers where the object code and Corresponding
295          -      ____Source of the work are being offered to the general public at no
296          -      ____charge under subsection 6d.
297          -
298          -    __A separable portion of the object code, whose source code is excluded
     240     + a) Convey the object code in, or embodied in, a physical product
     241     + (including a physical distribution medium), accompanied by the
     242     + Corresponding Source fixed on a durable physical medium
     243     + customarily used for software interchange.
     244     +
     245     + b) Convey the object code in, or embodied in, a physical product
     246     + (including a physical distribution medium), accompanied by a
     247     + written offer, valid for at least three years and valid for as
     248     + long as you offer spare parts or customer support for that product
     249     + model, to give anyone who possesses the object code either (1) a
     250     + copy of the Corresponding Source for all the software in the
     251     + product that is covered by this License, on a durable physical
     252     + medium customarily used for software interchange, for a price no
     253     + more than your reasonable cost of physically performing this
     254     + conveying of source, or (2) access to copy the
     255     + Corresponding Source from a network server at no charge.
     256     +
     257     + c) Convey individual copies of the object code with a copy of the
     258     + written offer to provide the Corresponding Source.  This
     259     + alternative is allowed only occasionally and noncommercially, and
     260     + only if you received the object code with such an offer, in accord
     261     + with subsection 6b.
     262     +
     263     + d) Convey the object code by offering access from a designated
     264     + place (gratis or for a charge), and offer equivalent access to the
     265     + Corresponding Source in the same way through the same place at no
     266     + further charge.  You need not require recipients to copy the
     267     + Corresponding Source along with the object code.  If the place to
     268     + copy the object code is a network server, the Corresponding Source
     269     + may be on a different server (operated by you or a third party)
     270     + that supports equivalent copying facilities, provided you maintain
     271     + clear directions next to the object code saying where to find the
     272     + Corresponding Source.  Regardless of what server hosts the
     273     + Corresponding Source, you remain obligated to ensure that it is
     274     + available for as long as needed to satisfy these requirements.
     275     +
     276     + e) Convey the object code using peer-to-peer transmission, provided
     277     + you inform other peers where the object code and Corresponding
     278     + Source of the work are being offered to the general public at no
     279     + charge under subsection 6d.
     280     +
     281     + A separable portion of the object code, whose source code is excluded
```

N4J_019152

```
299  282       from the Corresponding Source as a System Library, need not be
300  283       included in conveying the object code work.
301  284

302        -   __A "User Product" is either (1) a "consumer product", which means any
     285   +  A "User Product" is either (1) a "consumer product", which means any
303  286       tangible personal property which is normally used for personal, family,
304  287       or household purposes, or (2) anything designed or sold for incorporation
305  288       into a dwelling.  In determining whether a product is a consumer product,
312  295       commercial, industrial or non-consumer uses, unless such uses represent
313  296       the only significant mode of use of the product.
314  297

315        -   __"Installation Information" for a User Product means any methods,
     298   +  "Installation Information" for a User Product means any methods,
316  299       procedures, authorization keys, or other information required to install
317  300       and execute modified versions of a covered work in that User Product from
318  301       a modified version of its Corresponding Source.  The information must
319  302       suffice to ensure that the continued functioning of the modified object
320  303       code is in no case prevented or interfered with solely because
321  304       modification has been made.
322  305

323        -   __If you convey an object code work under this section in, or with, or
     306   +  If you convey an object code work under this section in, or with, or
324  307       specifically for use in, a User Product, and the conveying occurs as
325  308       part of a transaction in which the right of possession and use of the
326  309       User Product is transferred to the recipient in perpetuity or for a
331  314       modified object code on the User Product (for example, the work has
332  315       been installed in ROM).
333  316

334        -   __The requirement to provide Installation Information does not include a
     317   +  The requirement to provide Installation Information does not include a
335  318       requirement to continue to provide support service, warranty, or updates
336  319       for a work that has been modified or installed by the recipient, or for
337  320       the User Product in which it has been modified or installed.  Access to a
338  321       network may be denied when the modification itself materially and
339  322       adversely affects the operation of the network or violates the rules and
340  323       protocols for communication across the network.
341  324

342        -   __Corresponding Source conveyed, and Installation Information provided,
     325   +  Corresponding Source conveyed, and Installation Information provided,
343  326       in accord with this section must be in a format that is publicly
344  327       documented (and with an implementation available to the public in
345  328       source code form), and must require no special password or key for
346  329       unpacking, reading or copying.
347  330

348        -   __7. Additional Terms.
     331   +  7. Additional Terms.
349  332

350        -   __"Additional permissions" are terms that supplement the terms of this
     333   +  "Additional permissions" are terms that supplement the terms of this
351  334       License by making exceptions from one or more of its conditions.
352  335       Additional permissions that are applicable to the entire Program shall
353  336       be treated as though they were included in this License, to the extent
356  339       under those permissions, but the entire Program remains governed by
357  340       this License without regard to the additional permissions.
358  341

359        -   __When you convey a copy of a covered work, you may at your option
     342   +  When you convey a copy of a covered work, you may at your option
360  343       remove any additional permissions from that copy, or from any part of
361  344       it.  (Additional permissions may be written to require their own
362  345       removal in certain cases when you modify the work.)  You may place
363  346       additional permissions on material, added by you to a covered work,
364  347       for which you have or can give appropriate copyright permission.
365  348
```

```diff
366        -   __Notwithstanding any other provision of this License, for material you
    349    +   Notwithstanding any other provision of this License, for material you
367  350        add to a covered work, you may (if authorized by the copyright holders of
368  351        that material) supplement the terms of this License with terms:
369  352

370        -   ____a) Disclaiming warranty or limiting liability differently from the
371        -   ____terms of sections 15 and 16 of this License; or
    353    + a) Disclaiming warranty or limiting liability differently from the
    354    + terms of sections 15 and 16 of this License; or
372  355

373        -   ____b) Requiring preservation of specified reasonable legal notices or
374        -   ____author attributions in that material or in the Appropriate Legal
375        -   ____Notices displayed by works containing it; or
    356    + b) Requiring preservation of specified reasonable legal notices or
    357    + author attributions in that material or in the Appropriate Legal
    358    + Notices displayed by works containing it; or
376  359

377        -   ____c) Prohibiting misrepresentation of the origin of that material, or
378        -   ____requiring that modified versions of such material be marked in
379        -   ____reasonable ways as different from the original version; or
    360    + c) Prohibiting misrepresentation of the origin of that material, or
    361    + requiring that modified versions of such material be marked in
    362    + reasonable ways as different from the original version; or
380  363

381        -   ____d) Limiting the use for publicity purposes of names of licensors or
382        -   ____authors of the material; or
    364    + d) Limiting the use for publicity purposes of names of licensors or
    365    + authors of the material; or
383  366

384        -   ____e) Declining to grant rights under trademark law for use of some
385        -   ____trade names, trademarks, or service marks; or
    367    + e) Declining to grant rights under trademark law for use of some
    368    + trade names, trademarks, or service marks; or
386  369

387        -   ____f) Requiring indemnification of licensors and authors of that
388        -   ____material by anyone who conveys the material (or modified versions of
389        -   ____it) with contractual assumptions of liability to the recipient, for
390        -   ____any liability that these contractual assumptions directly impose on
391        -   ____those licensors and authors.
    370    + f) Requiring indemnification of licensors and authors of that
    371    + material by anyone who conveys the material (or modified versions of
    372    + it) with contractual assumptions of liability to the recipient, for
    373    + any liability that these contractual assumptions directly impose on
    374    + those licensors and authors.
392  375

393        -   __All other non-permissive additional terms are considered "further
    376    + All other non-permissive additional terms are considered "further
394  377        restrictions" within the meaning of section 10.  If the Program as you
395  378        received it, or any part of it, contains a notice stating that it is
396        - governed by this License along with a term that is a further restriction,
397        - you may remove that term.  If a license document contains a further
398        - restriction but permits relicensing or conveying under this License, you
399        - may add to a covered work material governed by the terms of that license
400        - document, provided that the further restriction does not survive such
401        - relicensing or conveying.
402        -
403        -   __If you add terms to a covered work in accord with this section, you
    379    + governed by this License along with a term that is a further
    380    + restriction, you may remove that term.  If a license document contains
    381    + a further restriction but permits relicensing or conveying under this
    382    + License, you may add to a covered work material governed by the terms
    383    + of that license document, provided that the further restriction does
    384    + not survive such relicensing or conveying.
```

N4J_019154

```
  385  +
  386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408       -   Additional terms, permissive or non-permissive, may be stated in the
     391  + Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
410  393    the above requirements apply either way.
411  394
412       - 8. Termination.
     395  + 8. Termination.
413  396
414       -   You may not propagate or modify a covered work except as expressly
     397  + You may not propagate or modify a covered work except as expressly
415  398    provided under this License.  Any attempt otherwise to propagate or
416  399    modify it is void, and will automatically terminate your rights under
417  400    this License (including any patent licenses granted under the third
418  401    paragraph of section 11).
419  402
420       -   However, if you cease all violation of this License, then your
     403  + However, if you cease all violation of this License, then your
421  404    license from a particular copyright holder is reinstated (a)
422  405    provisionally, unless and until the copyright holder explicitly and
423  406    finally terminates your license, and (b) permanently, if the copyright
424  407    holder fails to notify you of the violation by some reasonable means
425  408    prior to 60 days after the cessation.
426  409
427       -   Moreover, your license from a particular copyright holder is
     410  + Moreover, your license from a particular copyright holder is
428  411    reinstated permanently if the copyright holder notifies you of the
429  412    violation by some reasonable means, this is the first time you have
430  413    received notice of violation of this License (for any work) from that
431  414    copyright holder, and you cure the violation prior to 30 days after
432  415    your receipt of the notice.
433  416
434       -   Termination of your rights under this section does not terminate the
     417  + Termination of your rights under this section does not terminate the
435  418    licenses of parties who have received copies or rights from you under
436  419    this License.  If your rights have been terminated and not permanently
437  420    reinstated, you do not qualify to receive new licenses for the same
438  421    material under section 10.
439  422
440       - 9. Acceptance Not Required for Having Copies.
     423  + 9. Acceptance Not Required for Having Copies.
441  424
442       -   You are not required to accept this License in order to receive or
     425  + You are not required to accept this License in order to receive or
443  426    run a copy of the Program.  Ancillary propagation of a covered work
444  427    occurring solely as a consequence of using peer-to-peer transmission
445  428    to receive a copy likewise does not require acceptance.  However,
448  431    not accept this License.  Therefore, by modifying or propagating a
449  432    covered work, you indicate your acceptance of this License to do so.
450  433
451       - 10. Automatic Licensing of Downstream Recipients.
     434  + 10. Automatic Licensing of Downstream Recipients.
452  435
453       -   Each time you convey a covered work, the recipient automatically
     436  + Each time you convey a covered work, the recipient automatically
454  437    receives a license from the original licensors, to run, modify and
455  438    propagate that work, subject to this License.  You are not responsible
456  439    for enforcing compliance by third parties with this License.
```

N4J_019155

Updated to 0 18-cv-07182-EJD  to Document 98-1  are not violated as to graph foundation/ongdb@c0b23b ... · GitHub

```
457   440
458         -    An "entity transaction" is a transaction transferring control of an
      441    +  An "entity transaction" is a transaction transferring control of an
459   442       organization, or substantially all assets of one, or subdividing an
460   443       organization, or merging organizations.  If propagation of a covered
461   444       work results from an entity transaction, each party to that
465   448       Corresponding Source of the work from the predecessor in interest, if
466   449       the predecessor has it or can get it with reasonable efforts.
467   450
468         -    You may not impose any further restrictions on the exercise of the
      451    +  You may not impose any further restrictions on the exercise of the
469   452       rights granted or affirmed under this License.  For example, you may
470   453       not impose a license fee, royalty, or other charge for exercise of
471   454       rights granted under this License, and you may not initiate litigation
472   455       (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456       any patent claim is infringed by making, using, selling, offering for
474   457       sale, or importing the Program or any portion of it.
475   458
476   459    -  11. Patents.
      459    +  11. Patents.
477   460
478         -    A "contributor" is a copyright holder who authorizes use under this
      461    +  A "contributor" is a copyright holder who authorizes use under this
479   462       License of the Program or a work on which the Program is based.  The
480   463       work thus licensed is called the contributor's "contributor version".
481   464
482         -    A contributor's "essential patent claims" are all patent claims
      465    +  A contributor's "essential patent claims" are all patent claims
483   466       owned or controlled by the contributor, whether already acquired or
484   467       hereafter acquired, that would be infringed by some manner, permitted
485   468       by this License, of making, using, or selling its contributor version,
489   472       patent sublicenses in a manner consistent with the requirements of
490   473       this License.
491   474
492         -    Each contributor grants you a non-exclusive, worldwide, royalty-free
      475    +  Each contributor grants you a non-exclusive, worldwide, royalty-free
493   476       patent license under the contributor's essential patent claims, to
494   477       make, use, sell, offer for sale, import and otherwise run, modify and
495   478       propagate the contents of its contributor version.
496   479
497         -    In the following three paragraphs, a "patent license" is any express
      480    +  In the following three paragraphs, a "patent license" is any express
498   481       agreement or commitment, however denominated, not to enforce a patent
499   482       (such as an express permission to practice a patent or covenant not to
500   483       sue for patent infringement).  To "grant" such a patent license to a
501   484       party means to make such an agreement or commitment not to enforce a
502   485       patent against the party.
503   486
504         -    If you convey a covered work, knowingly relying on a patent license,
      487    +  If you convey a covered work, knowingly relying on a patent license,
505   488       and the Corresponding Source of the work is not available for anyone
506   489       to copy, free of charge and under the terms of this License, through a
507   490       publicly available network server or other readily accessible means,
515   498       in a country, would infringe one or more identifiable patents in that
516   499       country that you have reason to believe are valid.
517   500
518         -    If, pursuant to or in connection with a single transaction or
      501    +  If, pursuant to or in connection with a single transaction or
519   502       arrangement, you convey, or propagate by procuring conveyance of, a
520   503       covered work, and grant a patent license to some of the parties
521   504       receiving the covered work authorizing them to use, propagate, modify
522   505       or convey a specific copy of the covered work, then the patent license
523   506       you grant is automatically extended to all recipients of the covered
```

N4J_019156

| 524 | 507 | | work and works based on it. |
| 525 | 508 | | |
| 526 | | - | __A patent license is "discriminatory" if it does not include within |
| | 509 | + | A patent license is "discriminatory" if it does not include within |
| 527 | 510 | | the scope of its coverage, prohibits the exercise of, or is |
| 528 | 511 | | conditioned on the non-exercise of one or more of the rights that are |
| 529 | 512 | | specifically granted under this License.  You may not convey a covered |
| 538 | 521 | | contain the covered work, unless you entered into that arrangement, |
| 539 | 522 | | or that patent license was granted, prior to 28 March 2007. |
| 540 | 523 | | |
| 541 | | - | __Nothing in this License shall be construed as excluding or limiting |
| | 524 | + | Nothing in this License shall be construed as excluding or limiting |
| 542 | 525 | | any implied license or other defenses to infringement that may |
| 543 | 526 | | otherwise be available to you under applicable patent law. |
| 544 | 527 | | |
| 545 | | - | __12. No Surrender of Others' Freedom. |
| | 528 | + | 12. No Surrender of Others' Freedom. |
| 546 | 529 | | |
| 547 | | - | __If conditions are imposed on you (whether by court order, agreement or |
| | 530 | + | If conditions are imposed on you (whether by court order, agreement or |
| 548 | 531 | | otherwise) that contradict the conditions of this License, they do not |
| 549 | 532 | | excuse you from the conditions of this License.  If you cannot convey a |
| 550 | 533 | | covered work so as to satisfy simultaneously your obligations under this |
| 554 | 537 | | the Program, the only way you could satisfy both those terms and this |
| 555 | 538 | | License would be to refrain entirely from conveying the Program. |
| 556 | 539 | | |
| 557 | | - | __13. Remote Network Interaction; Use with the GNU General Public License. |
| | 540 | + | 13. Remote Network Interaction; Use with the GNU General Public License. |
| 558 | 541 | | |
| 559 | | - | __Notwithstanding any other provision of this License, if you modify the |
| | 542 | + | Notwithstanding any other provision of this License, if you modify the |
| 560 | 543 | | Program, your modified version must prominently offer all users |
| 561 | 544 | | interacting with it remotely through a computer network (if your version |
| 562 | 545 | | supports such interaction) an opportunity to receive the Corresponding |
| 567 | 550 | | of the GNU General Public License that is incorporated pursuant to the |
| 568 | 551 | | following paragraph. |
| 569 | 552 | | |
| 570 | | - | __Notwithstanding any other provision of this License, you have permission |
| 571 | | - | to link or combine any covered work with a work licensed under version 3 |
| 572 | | - | of the GNU General Public License into a single combined work, and to |
| 573 | | - | convey the resulting work.  The terms of this license will continue to |
| 574 | | - | apply to the part which is the covered work, but the work with which it is |
| 575 | | - | combined will remain governed by version 3 of the GNU General Public |
| 576 | | - | License. |
| 577 | | - | |
| 578 | | - | __14. Revised Versions of this License. |
| 579 | | - | |
| 580 | | - | __The Free Software Foundation may publish revised and/or new versions of |
| 581 | | - | the GNU Affero General Public License from time to time.  Such new |
| 582 | | - | versions will be similar in spirit to the present version, but may differ |
| 583 | | - | in detail to address new problems or concerns. |
| 584 | | - | |
| 585 | | - | __Each version is given a distinguishing version number.  If the |
| 586 | | - | Program specifies that a certain numbered version of the GNU Affero |
| 587 | | - | General Public License "or any later version" applies to it, you have |
| 588 | | - | the option of following the terms and conditions either of that |
| 589 | | - | numbered version or of any later version published by the Free |
| 590 | | - | Software Foundation.  If the Program does not specify a version number |
| 591 | | - | of the GNU Affero General Public License, you may choose any version |
| 592 | | - | ever published by the Free Software Foundation. |
| 593 | | - | |
| 594 | | - | __If the Program specifies that a proxy can decide which future |
| 595 | | - | versions of the GNU Affero General Public License can be used, that |

```
596        - proxy's public statement of acceptance of a version permanently
597        - authorizes you to choose that version for the Program.
598        -
599        - __Later license versions may give you additional or different
      553  + Notwithstanding any other provision of this License, you have
      554  + permission to link or combine any covered work with a work licensed
      555  + under version 3 of the GNU General Public License into a single
      556  + combined work, and to convey the resulting work.  The terms of this
      557  + License will continue to apply to the part which is the covered work,
      558  + but the work with which it is combined will remain governed by version
      559  + 3 of the GNU General Public License.
      560  +
      561  + 14. Revised Versions of this License.
      562  +
      563  + The Free Software Foundation may publish revised and/or new versions of
      564  + the GNU Affero General Public License from time to time.  Such new versions
      565  + will be similar in spirit to the present version, but may differ in detail to
      566  + address new problems or concerns.
      567  +
      568  + Each version is given a distinguishing version number.  If the
      569  + Program specifies that a certain numbered version of the GNU Affero General
      570  + Public License "or any later version" applies to it, you have the
      571  + option of following the terms and conditions either of that numbered
      572  + version or of any later version published by the Free Software
      573  + Foundation.  If the Program does not specify a version number of the
      574  + GNU Affero General Public License, you may choose any version ever published
      575  + by the Free Software Foundation.
      576  +
      577  + If the Program specifies that a proxy can decide which future
      578  + versions of the GNU Affero General Public License can be used, that proxy's
      579  + public statement of acceptance of a version permanently authorizes you
      580  + to choose that version for the Program.
      581  +
      582  + Later license versions may give you additional or different
600   583    permissions.  However, no additional obligations are imposed on any
601   584    author or copyright holder as a result of your choosing to follow a
602   585    later version.
603   586
604        - __15. Disclaimer of Warranty.
      587  + 15. Disclaimer of Warranty.
605   588
606        - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615        - __16. Limitation of Liability.
      598  + 16. Limitation of Liability.
616   599
617        - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608    SUCH DAMAGES.
626   609
627        - __17. Interpretation of Sections 15 and 16.
      610  + 17. Interpretation of Sections 15 and 16.
628   611
```

N4J_019158

```
629   612   -   __If the disclaimer of warranty and limitation of liability provided
      612   + If the disclaimer of warranty and limitation of liability provided
630   613       above cannot be given local legal effect according to their terms,
631   614       reviewing courts shall apply local law that most closely approximates
632   615       an absolute waiver of all civil liability in connection with the
633   616       Program, unless a warranty or assumption of liability accompanies a
634   617       copy of the Program in return for a fee.
635   618

636         -   _____END OF TERMS AND CONDITIONS
      619   + END OF TERMS AND CONDITIONS
637   620

638         -   _____How to Apply These Terms to Your New Programs
      621   + How to Apply These Terms to Your New Programs
639   622

640         -   __If you develop a new program, and you want it to be of the greatest
      623   + If you develop a new program, and you want it to be of the greatest
641   624       possible use to the public, the best way to achieve this is to make it
642   625       free software which everyone can redistribute and change under these terms.
643   626

644         -   __To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628       to attach them to the start of each source file to most effectively
646   629       state the exclusion of warranty; and each file should have at least
647   630       the "copyright" line and a pointer to where the full notice is found.
648   631

649         -   ____<one line to give the program's name and a brief idea of what it does.>
650         -   ____Copyright (C) <year>  <name of author>
      632   + <one line to give the program's name and a brief idea of what it does.>
      633   + Copyright (C) <year>  <name of author>
651   634

652         -   ____This program is free software: you can redistribute it and/or modify
653         -   ____it under the terms of the GNU Affero General Public License as
654         -   ____published by the Free Software Foundation, either version 3 of the
655         -   ____License, or (at your option) any later version.
      635   + This program is free software: you can redistribute it and/or modify
      636   + it under the terms of the GNU Affero General Public License as published by
      637   + the Free Software Foundation, either version 3 of the License, or
      638   + (at your option) any later version.
656   639

657         -   ____This program is distributed in the hope that it will be useful,
658         -   ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659         -   ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660         -   ____GNU Affero General Public License for more details.
      640   + This program is distributed in the hope that it will be useful,
      641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   + GNU Affero General Public License for more details.
661   644

662         -   ____You should have received a copy of the GNU Affero General Public License
663         -   ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648       Also add information on how to contact you by electronic and paper mail.
666   649

667         -   __If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651       network, you should also make sure that it provides a way for users to
669   652       get its source.  For example, if your program is a web application, its
670   653       interface could display a "Source" link that leads users to an archive
671   654       of the code.  There are many ways you could offer source, and different
672   655       solutions will be better for different programs; see section 13 for the
673   656       specific requirements.
```

N4J_019159



N4J_019160

```
30          -   _The licenses for most software and other practical works are
31          -  _designed to take away your freedom to share and change the works.  By
32          -  _contrast, our General Public Licenses are intended to guarantee your
33          -  _freedom to share and change all versions of a program--to make sure it
34          -  _remains free software for all its users.
      14    +  The licenses for most software and other practical works are _designed
      15    +  to take away your freedom to share and change the works.  By _contrast,
      16    +  our General Public Licenses are intended to guarantee your _freedom to
      17    +  share and change all versions of a program--to make sure it _remains free
      18    +  software for all its users.
35    19    +
36          -   _When we speak of free software, we are referring to freedom, not
      20    +  When we speak of free software, we are referring to freedom, not
37    21       price.  Our General Public Licenses are designed to make sure that you
38    22       have the freedom to distribute copies of free software (and charge for
39    23       them if you wish), that you receive source code or can get it if you
40    24       want it, that you can change the software or use pieces of it in new
41    25       free programs, and that you know you can do these things.
42    26
43          -   _Developers that use our General Public Licenses protect your rights
      27    +  Developers that use our General Public Licenses protect your rights
44    28       with two steps: (1) assert copyright on the software, and (2) offer
45    29       you this License which gives you legal permission to copy, distribute
46    30       and/or modify the software.
47    31
48          -   _A secondary benefit of defending all users' freedom is that
      32    +  A secondary benefit of defending all users' freedom is that
49    33       improvements made in alternate versions of the program, if they
50    34       receive widespread use, become available for other developers to
51    35       incorporate.  Many developers of free software are heartened and
55    39       letting the public access it on a server without ever releasing its
56    40       source code to the public.
57    41
58          -   _The GNU Affero General Public License is designed specifically to
      42    +  The GNU Affero General Public License is designed specifically to
59    43       ensure that, in such cases, the modified source code becomes available
60    44       to the community.  It requires the operator of a network server to
61    45       provide the source code of the modified version running there to the
62    46       users of that server.  Therefore, public use of a modified version, on
63    47       a publicly accessible server, gives the public access to the source
64    48       code of the modified version.
65    49
66          -   _An older license, called the Affero General Public License and
      50    +  An older license, called the Affero General Public License and
67    51       published by Affero, was designed to accomplish similar goals.  This is
68    52       a different license, not a version of the Affero GPL, but Affero has
69    53       released a new version of the Affero GPL which permits relicensing under
70    54       this license.
71    55
72          -   _The precise terms and conditions for copying, distribution and
      56    +  The precise terms and conditions for copying, distribution and
73    57       modification follow.
74    58
75          -                      TERMS AND CONDITIONS
      59    +  TERMS AND CONDITIONS
      60    +
      61    +  0. Definitions.
76    62
77          -    _0. Definitions.
      63    +  "This License" refers to version 3 of the GNU Affero General Public License.
78    64
79          -    _"This License" refers to version 3 of the GNU Affero General Public
80          -  _License.
```

N4J_019161

```
65  +  "Copyright" also means copyright-like laws that apply to other kinds of
66  +  works, such as semiconductor masks.
81  67
82  -    "Copyright" also means copyright-like laws that apply to other kinds
83  -  of works, such as semiconductor masks.
84  -
85  -    "The Program" refers to any copyrightable work licensed under this
   68  +  "The Program" refers to any copyrightable work licensed under this
86  69  License.  Each licensee is addressed as "you".  "Licensees" and
87  70  "recipients" may be individuals or organizations.
88  71
89  -  __To "modify" a work means to copy from or adapt all or part of the work
   72  +  To "modify" a work means to copy from or adapt all or part of the work
90  73  in a fashion requiring copyright permission, other than the making of an
91  74  exact copy.  The resulting work is called a "modified version" of the
92  75  earlier work or a work "based on" the earlier work.
93  76
94  -  __A "covered work" means either the unmodified Program or a work based
   77  +  A "covered work" means either the unmodified Program or a work based
95  78  on the Program.
96  79
97  -  __To "propagate" a work means to do anything with it that, without
   80  +  To "propagate" a work means to do anything with it that, without
98  81  permission, would make you directly or secondarily liable for
99  82  infringement under applicable copyright law, except executing it on a
100 83  computer or modifying a private copy.  Propagation includes copying,
101 84  distribution (with or without modification), making available to the
102 85  public, and in some countries other activities as well.
103 86
104 -  __To "convey" a work means any kind of propagation that enables other
   87  +  To "convey" a work means any kind of propagation that enables other
105 88  parties to make or receive copies.  Mere interaction with a user through
106 89  a computer network, with no transfer of a copy, is not conveying.
107 90
108 -  __An interactive user interface displays "Appropriate Legal Notices"
   91  +  An interactive user interface displays "Appropriate Legal Notices"
109 92  to the extent that it includes a convenient and prominently visible
110 93  feature that (1) displays an appropriate copyright notice, and (2)
111 94  tells the user that there is no warranty for the work (except to the
114 97  the interface presents a list of user commands or options, such as a
115 98  menu, a prominent item in the list meets this criterion.
116 99
117 -  __1. Source Code.
   100 +  1. Source Code.
118 101
119 -  __The "source code" for a work means the preferred form of the work
   102 +  The "source code" for a work means the preferred form of the work
120 103  for making modifications to it.  "Object code" means any non-source
121 104  form of a work.
122 105
123 -  __A "Standard Interface" means an interface that either is an official
   106 +  A "Standard Interface" means an interface that either is an official
124 107  standard defined by a recognized standards body, or, in the case of
125 108  interfaces specified for a particular programming language, one that
126 109  is widely used among developers working in that language.
127 110
128 -  __The "System Libraries" of an executable work include anything, other
   111 +  The "System Libraries" of an executable work include anything, other
129 112  than the work as a whole, that (a) is included in the normal form of
130 113  packaging a Major Component, but which is not part of that Major
131 114  Component, and (b) serves only to enable use of the work with that
136 119  (if any) on which the executable work runs, or a compiler used to
137 120  produce the work, or an object code interpreter used to run it.
```

```diff
138  121
139  -   __The "Corresponding Source" for a work in object code form means all
     122  +  The "Corresponding Source" for a work in object code form means all
140  123     the source code needed to generate, install, and (for an executable
141  124     work) run the object code and to modify the work, including scripts to
142  125     control those activities.  However, it does not include the work's
149  132     such as by intimate data communication or control flow between those
150  133     subprograms and other parts of the work.
151  134
152  -   __The Corresponding Source need not include anything that users
     135  +  The Corresponding Source need not include anything that users
153  136     can regenerate automatically from other parts of the Corresponding
154  137     Source.
155  138
156  -   __The Corresponding Source for a work in source code form is that
     139  +  The Corresponding Source for a work in source code form is that
157  140     same work.
158  141
159  -   __2. Basic Permissions.
     142  +  2. Basic Permissions.
160  143
161  -   __All rights granted under this License are granted for the term of
     144  +  All rights granted under this License are granted for the term of
162  145     copyright on the Program, and are irrevocable provided the stated
163  146     conditions are met.  This License explicitly affirms your unlimited
164  147     permission to run the unmodified Program.  The output from running a
165  148     covered work is covered by this License only if the output, given its
166  149     content, constitutes a covered work.  This License acknowledges your
167  150     rights of fair use or other equivalent, as provided by copyright law.
168  151
169  -   __You may make, run and propagate covered works that you do not
     152  +  You may make, run and propagate covered works that you do not
170  153     convey, without conditions so long as your license otherwise remains
171  154     in force.  You may convey covered works to others for the sole purpose
172  155     of having them make modifications exclusively for you, or provide you
177  160     and control, on terms that prohibit them from making any copies of
178  161     your copyrighted material outside their relationship with you.
179  162
180  -   __Conveying under any other circumstances is permitted solely under
     163  +  Conveying under any other circumstances is permitted solely under
181  164     the conditions stated below.  Sublicensing is not allowed; section 10
182  165     makes it unnecessary.
183  166
184  -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  +  3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168
186  -   __No covered work shall be deemed part of an effective technological
     169  +  No covered work shall be deemed part of an effective technological
187  170     measure under any applicable law fulfilling obligations under article
188  171     11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172     similar laws prohibiting or restricting circumvention of such
190  173     measures.
191  174
192  -   __When you convey a covered work, you waive any legal power to forbid
     175  +  When you convey a covered work, you waive any legal power to forbid
193  176     circumvention of technological measures to the extent such circumvention
194  177     is effected by exercising rights under this License with respect to
195  178     the covered work, and you disclaim any intention to limit operation or
196  179     modification of the work as a means of enforcing, against the work's
197  180     users, your or third parties' legal rights to forbid circumvention of
198  181     technological measures.
199  182
200  -   __4. Conveying Verbatim Copies.
```

N4J_019163

```
183  + 4. Conveying Verbatim Copies.
201  184
202     -  __You may convey verbatim copies of the Program's source code as you
        185  + You may convey verbatim copies of the Program's source code as you
203  186     receive it, in any medium, provided that you conspicuously and
204  187     appropriately publish on each copy an appropriate copyright notice;
205  188     keep intact all notices stating that this License and any
206  189     non-permissive terms added in accord with section 7 apply to the code;
207  190     keep intact all notices of the absence of any warranty; and give all
208  191     recipients a copy of this License along with the Program.
209  192
210     -  __You may charge any price or no price for each copy that you convey,
        193  + You may charge any price or no price for each copy that you convey,
211  194     and you may offer support or warranty protection for a fee.
212  195
213     -  __5. Conveying Modified Source Versions.
        196  + 5. Conveying Modified Source Versions.
214  197
215     -  __You may convey a work based on the Program, or the modifications to
        198  + You may convey a work based on the Program, or the modifications to
216  199     produce it from the Program, in the form of source code under the
217  200     terms of section 4, provided that you also meet all of these conditions:
218  201
219     -  ____a) The work must carry prominent notices stating that you modified
220     -  ____it, and giving a relevant date.
        202  + a) The work must carry prominent notices stating that you modified
        203  + it, and giving a relevant date.
221  204
222     -  ____b) The work must carry prominent notices stating that it is
223     -  ____released under this License and any conditions added under section
224     -  ____7.  This requirement modifies the requirement in section 4 to
225     -  ____"keep intact all notices".
        205  + b) The work must carry prominent notices stating that it is
        206  + released under this License and any conditions added under section
        207  + 7.  This requirement modifies the requirement in section 4 to
        208  + "keep intact all notices".
226  209
227     -  ____c) You must license the entire work, as a whole, under this
228     -  ____License to anyone who comes into possession of a copy.  This
229     -  ____License will therefore apply, along with any applicable section 7
230     -  ____additional terms, to the whole of the work, and all its parts,
231     -  ____regardless of how they are packaged.  This License gives no
232     -  ____permission to license the work in any other way, but it does not
233     -  ____invalidate such permission if you have separately received it.
        210  + c) You must license the entire work, as a whole, under this
        211  + License to anyone who comes into possession of a copy.  This
        212  + License will therefore apply, along with any applicable section 7
        213  + additional terms, to the whole of the work, and all its parts,
        214  + regardless of how they are packaged.  This License gives no
        215  + permission to license the work in any other way, but it does not
        216  + invalidate such permission if you have separately received it.
234  217
235     -  ____d) If the work has interactive user interfaces, each must display
236     -  ____Appropriate Legal Notices; however, if the Program has interactive
237     -  ____interfaces that do not display Appropriate Legal Notices, your
238     -  ____work need not make them do so.
        218  + d) If the work has interactive user interfaces, each must display
        219  + Appropriate Legal Notices; however, if the Program has interactive
        220  + interfaces that do not display Appropriate Legal Notices, your
        221  + work need not make them do so.
239  222
240     -  __A compilation of a covered work with other separate and independent
        223  + A compilation of a covered work with other separate and independent
```

N4J_019164

```
241  224        works, which are not by their nature extensions of the covered work,
242  225        and which are not combined with it such as to form a larger program,
243  226        in or on a volume of a storage or distribution medium, is called an
247  230        in an aggregate does not cause this License to apply to the other
248  231        parts of the aggregate.
249  232

250       -   __6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.

251  234
252       -   __You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236        of sections 4 and 5, provided that you also convey the
254  237        machine-readable Corresponding Source under the terms of this License,
255  238        in one of these ways:
256  239

257       -   ____a) Convey the object code in, or embodied in, a physical product
258       -   ____(including a physical distribution medium), accompanied by the
259       -   ____Corresponding Source fixed on a durable physical medium
260       -   ____customarily used for software interchange.
261       -

262       -   ____b) Convey the object code in, or embodied in, a physical product
263       -   ____(including a physical distribution medium), accompanied by a
264       -   ____written offer, valid for at least three years and valid for as
265       -   ____long as you offer spare parts or customer support for that product
266       -   ____model, to give anyone who possesses the object code either (1) a
267       -   ____copy of the Corresponding Source for all the software in the
268       -   ____product that is covered by this License, on a durable physical
269       -   ____medium customarily used for software interchange, for a price no
270       -   ____more than your reasonable cost of physically performing this
271       -   ____conveying of source, or (2) access to copy the
272       -   ____Corresponding Source from a network server at no charge.
273       -

274       -   ____c) Convey individual copies of the object code with a copy of the
275       -   ____written offer to provide the Corresponding Source.  This
276       -   ____alternative is allowed only occasionally and noncommercially, and
277       -   ____only if you received the object code with such an offer, in accord
278       -   ____with subsection 6b.
279       -

280       -   ____d) Convey the object code by offering access from a designated
281       -   ____place (gratis or for a charge), and offer equivalent access to the
282       -   ____Corresponding Source in the same way through the same place at no
283       -   ____further charge.  You need not require recipients to copy the
284       -   ____Corresponding Source along with the object code.  If the place to
285       -   ____copy the object code is a network server, the Corresponding Source
286       -   ____may be on a different server (operated by you or a third party)
287       -   ____that supports equivalent copying facilities, provided you maintain
288       -   ____clear directions next to the object code saying where to find the
289       -   ____Corresponding Source.  Regardless of what server hosts the
290       -   ____Corresponding Source, you remain obligated to ensure that it is
291       -   ____available for as long as needed to satisfy these requirements.
292       -

293       -   ____e) Convey the object code using peer-to-peer transmission, provided
294       -   ____you inform other peers where the object code and Corresponding
295       -   ____Source of the work are being offered to the general public at no
296       -   ____charge under subsection 6d.
297       -

298       -   __A separable portion of the object code, whose source code is excluded
     240  + a) Convey the object code in, or embodied in, a physical product
     241  + (including a physical distribution medium), accompanied by the
     242  + Corresponding Source fixed on a durable physical medium
     243  + customarily used for software interchange.
     244  +
     245  + b) Convey the object code in, or embodied in, a physical product
```

N4J_019165

```
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302      - __A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315      - __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323      - __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
```

N4J_019166

```
333  316
334       -   The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318      requirement to continue to provide support service, warranty, or updates
336  319      for a work that has been modified or installed by the recipient, or for
337  320      the User Product in which it has been modified or installed.  Access to a
338  321      network may be denied when the modification itself materially and
339  322      adversely affects the operation of the network or violates the rules and
340  323      protocols for communication across the network.
341  324

342       -   Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326      in accord with this section must be in a format that is publicly
344  327      documented (and with an implementation available to the public in
345  328      source code form), and must require no special password or key for
346  329      unpacking, reading or copying.
347  330

348       -   7. Additional Terms.
     331  +  7. Additional Terms.
349  332

350       -   "Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334      License by making exceptions from one or more of its conditions.
352  335      Additional permissions that are applicable to the entire Program shall
353  336      be treated as though they were included in this License, to the extent
356  339      under those permissions, but the entire Program remains governed by
357  340      this License without regard to the additional permissions.
358  341

359       -   When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348

366       -   Notwithstanding any other provision of this License, for material you
     349  +  Notwithstanding any other provision of this License, for material you
367  350      add to a covered work, you may (if authorized by the copyright holders of
368  351      that material) supplement the terms of this License with terms:
369  352

370       -     a) Disclaiming warranty or limiting liability differently from the
371       -       terms of sections 15 and 16 of this License; or
     353  +  a) Disclaiming warranty or limiting liability differently from the
     354  +  terms of sections 15 and 16 of this License; or
372  355

373       -     b) Requiring preservation of specified reasonable legal notices or
374       -       author attributions in that material or in the Appropriate Legal
375       -       Notices displayed by works containing it; or
     356  +  b) Requiring preservation of specified reasonable legal notices or
     357  +  author attributions in that material or in the Appropriate Legal
     358  +  Notices displayed by works containing it; or
376  359

377       -     c) Prohibiting misrepresentation of the origin of that material, or
378       -       requiring that modified versions of such material be marked in
379       -       reasonable ways as different from the original version; or
     360  +  c) Prohibiting misrepresentation of the origin of that material, or
     361  +  requiring that modified versions of such material be marked in
     362  +  reasonable ways as different from the original version; or
380  363

381       -     d) Limiting the use for publicity purposes of names of licensors or
382       -       authors of the material; or
     364  +  d) Limiting the use for publicity purposes of names of licensors or
```

```
      365  + authors of the material; or
383   366
      -   -   ____e) Declining to grant rights under trademark law for use of some
384   -   -   ____trade names, trademarks, or service marks; or
385
      367  + e) Declining to grant rights under trademark law for use of some
      368  + trade names, trademarks, or service marks; or
386   369
      -   -   ____f) Requiring indemnification of licensors and authors of that
387   -   -   ____material by anyone who conveys the material (or modified versions of
388   -   -   ____it) with contractual assumptions of liability to the recipient, for
389   -   -   ____any liability that these contractual assumptions directly impose on
390   -   -   ____those licensors and authors.
391
      370  + f) Requiring indemnification of licensors and authors of that
      371  + material by anyone who conveys the material (or modified versions of
      372  + it) with contractual assumptions of liability to the recipient, for
      373  + any liability that these contractual assumptions directly impose on
      374  + those licensors and authors.
392   375
      -   -   __All other non-permissive additional terms are considered "further
393   376  + All other non-permissive additional terms are considered "further
394   377    restrictions" within the meaning of section 10.  If the Program as you
395   378    received it, or any part of it, contains a notice stating that it is
396   -   - governed by this License along with a term that is a further restriction,
397   -   - you may remove that term.  If a license document contains a further
398   -   - restriction but permits relicensing or conveying under this License, you
399   -   - may add to a covered work material governed by the terms of that license
400   -   - document, provided that the further restriction does not survive such
401   -   - relicensing or conveying.
402   -   -
403   -   -   __If you add terms to a covered work in accord with this section, you
      379  + governed by this License along with a term that is a further
      380  + restriction, you may remove that term.  If a license document contains
      381  + a further restriction but permits relicensing or conveying under this
      382  + License, you may add to a covered work material governed by the terms
      383  + of that license document, provided that the further restriction does
      384  + not survive such relicensing or conveying.
      385  +
      386  + If you add terms to a covered work in accord with this section, you
404   387    must place, in the relevant source files, a statement of the
405   388    additional terms that apply to those files, or a notice indicating
406   389    where to find the applicable terms.
407   390
      -   -   __Additional terms, permissive or non-permissive, may be stated in the
408   391  + Additional terms, permissive or non-permissive, may be stated in the
409   392    form of a separately written license, or stated as exceptions;
410   393    the above requirements apply either way.
411   394
      -   -   __8. Termination.
412   395  + 8. Termination.
413   396
      -   -   __You may not propagate or modify a covered work except as expressly
414   397  + You may not propagate or modify a covered work except as expressly
415   398    provided under this License.  Any attempt otherwise to propagate or
416   399    modify it is void, and will automatically terminate your rights under
417   400    this License (including any patent licenses granted under the third
418   401    paragraph of section 11).
419   402
      -   -   __However, if you cease all violation of this License, then your
420   403  + However, if you cease all violation of this License, then your
421   404    license from a particular copyright holder is reinstated (a)
422   405    provisionally, unless and until the copyright holder explicitly and
423   406    finally terminates your license, and (b) permanently, if the copyright
424   407    holder fails to notify you of the violation by some reasonable means
```

N4J_019168

| 425 | 408 | | prior to 60 days after the cessation. |
| 426 | 409 | | |
| 427 | | - | __Moreover, your license from a particular copyright holder is |
| | 410 | + | Moreover, your license from a particular copyright holder is |
| 428 | 411 | | reinstated permanently if the copyright holder notifies you of the |
| 429 | 412 | | violation by some reasonable means, this is the first time you have |
| 430 | 413 | | received notice of violation of this License (for any work) from that |
| 431 | 414 | | copyright holder, and you cure the violation prior to 30 days after |
| 432 | 415 | | your receipt of the notice. |
| 433 | 416 | | |
| 434 | | - | __Termination of your rights under this section does not terminate the |
| | 417 | + | Termination of your rights under this section does not terminate the |
| 435 | 418 | | licenses of parties who have received copies or rights from you under |
| 436 | 419 | | this License.  If your rights have been terminated and not permanently |
| 437 | 420 | | reinstated, you do not qualify to receive new licenses for the same |
| 438 | 421 | | material under section 10. |
| 439 | 422 | | |
| 440 | | - | __9. Acceptance Not Required for Having Copies. |
| | 423 | + | 9. Acceptance Not Required for Having Copies. |
| 441 | 424 | | |
| 442 | | - | __You are not required to accept this License in order to receive or |
| | 425 | + | You are not required to accept this License in order to receive or |
| 443 | 426 | | run a copy of the Program.  Ancillary propagation of a covered work |
| 444 | 427 | | occurring solely as a consequence of using peer-to-peer transmission |
| 445 | 428 | | to receive a copy likewise does not require acceptance.  However, |
| 448 | 431 | | not accept this License.  Therefore, by modifying or propagating a |
| 449 | 432 | | covered work, you indicate your acceptance of this License to do so. |
| 450 | 433 | | |
| 451 | | - | __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + | 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | | |
| 453 | | - | __Each time you convey a covered work, the recipient automatically |
| | 436 | + | Each time you convey a covered work, the recipient automatically |
| 454 | 437 | | receives a license from the original licensors, to run, modify and |
| 455 | 438 | | propagate that work, subject to this License.  You are not responsible |
| 456 | 439 | | for enforcing compliance by third parties with this License. |
| 457 | 440 | | |
| 458 | | - | __An "entity transaction" is a transaction transferring control of an |
| | 441 | + | An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | | organization, or merging organizations.  If propagation of a covered |
| 461 | 444 | | work results from an entity transaction, each party to that |
| 465 | 448 | | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | | |
| 468 | | - | __You may not impose any further restrictions on the exercise of the |
| | 451 | + | You may not impose any further restrictions on the exercise of the |
| 469 | 452 | | rights granted or affirmed under this License.  For example, you may |
| 470 | 453 | | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | | sale, or importing the Program or any portion of it. |
| 475 | 458 | | |
| 476 | | - | __11. Patents. |
| | 459 | + | 11. Patents. |
| 477 | 460 | | |
| 478 | | - | __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + | A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | | License of the Program or a work on which the Program is based.  The |
| 480 | 463 | | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | | |
| 482 | | - | __A contributor's "essential patent claims" are all patent claims |

N4J_019169

```
483  466  + A contributor's "essential patent claims" are all patent claims
          owned or controlled by the contributor, whether already acquired or
484  467  hereafter acquired, that would be infringed by some manner, permitted
485  468  by this License, of making, using, or selling its contributor version,
489  472  patent sublicenses in a manner consistent with the requirements of
490  473  this License.
491  474

492       - __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476  patent license under the contributor's essential patent claims, to
494  477  make, use, sell, offer for sale, import and otherwise run, modify and
495  478  propagate the contents of its contributor version.
496  479

497       - __In the following three paragraphs, a "patent license" is any express
     480  + In the following three paragraphs, a "patent license" is any express
498  481  agreement or commitment, however denominated, not to enforce a patent
499  482  (such as an express permission to practice a patent or covenant not to
500  483  sue for patent infringement).  To "grant" such a patent license to a
501  484  party means to make such an agreement or commitment not to enforce a
502  485  patent against the party.
503  486

504       - __If you convey a covered work, knowingly relying on a patent license,
     487  + If you convey a covered work, knowingly relying on a patent license,
505  488  and the Corresponding Source of the work is not available for anyone
506  489  to copy, free of charge and under the terms of this License, through a
507  490  publicly available network server or other readily accessible means,
515  498  in a country, would infringe one or more identifiable patents in that
516  499  country that you have reason to believe are valid.
517  500

518       - __If, pursuant to or in connection with a single transaction or
     501  + If, pursuant to or in connection with a single transaction or
519  502  arrangement, you convey, or propagate by procuring conveyance of, a
520  503  covered work, and grant a patent license to some of the parties
521  504  receiving the covered work authorizing them to use, propagate, modify
522  505  or convey a specific copy of the covered work, then the patent license
523  506  you grant is automatically extended to all recipients of the covered
524  507  work and works based on it.
525  508

526       - __A patent license is "discriminatory" if it does not include within
     509  + A patent license is "discriminatory" if it does not include within
527  510  the scope of its coverage, prohibits the exercise of, or is
528  511  conditioned on the non-exercise of one or more of the rights that are
529  512  specifically granted under this License.  You may not convey a covered
538  521  contain the covered work, unless you entered into that arrangement,
539  522  or that patent license was granted, prior to 28 March 2007.
540  523

541       - __Nothing in this License shall be construed as excluding or limiting
     524  + Nothing in this License shall be construed as excluding or limiting
542  525  any implied license or other defenses to infringement that may
543  526  otherwise be available to you under applicable patent law.
544  527

545       - __12. No Surrender of Others' Freedom.
     528  + 12. No Surrender of Others' Freedom.
546  529

547       - __If conditions are imposed on you (whether by court order, agreement or
     530  + If conditions are imposed on you (whether by court order, agreement or
548  531  otherwise) that contradict the conditions of this License, they do not
549  532  excuse you from the conditions of this License.  If you cannot convey a
550  533  covered work so as to satisfy simultaneously your obligations under this
554  537  the Program, the only way you could satisfy both those terms and this
555  538  License would be to refrain entirely from conveying the Program.
556  539

557       - __13. Remote Network Interaction; Use with the GNU General Public License.
```

N4J_019170

130/377

```
558  540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541  +
559       -   __Notwithstanding any other provision of this License, if you modify the
     542  + Notwithstanding any other provision of this License, if you modify the
560  543    Program, your modified version must prominently offer all users
561  544    interacting with it remotely through a computer network (if your version
562  545    supports such interaction) an opportunity to receive the Corresponding
567  550    of the GNU General Public License that is incorporated pursuant to the
568  551    following paragraph.
569  552
570       -   __Notwithstanding any other provision of this License, you have permission
571       - to link or combine any covered work with a work licensed under version 3
572       - of the GNU General Public License into a single combined work, and to
573       - convey the resulting work.  The terms of this License will continue to
574       - apply to the part which is the covered work, but the work with which it is
575       - combined will remain governed by version 3 of the GNU General Public
576       - License.
577       -
578       -   __14. Revised Versions of this License.
579       -
580       -   __The Free Software Foundation may publish revised and/or new versions of
581       - the GNU Affero General Public License from time to time.  Such new
582       - versions will be similar in spirit to the present version, but may differ
583       - in detail to  address new problems or concerns.
584       -
585       -   __Each version is given a distinguishing version number.  If the
586       - Program specifies that a certain numbered version of the GNU Affero
587       - General Public License "or any later version" applies to it, you have
588       - the option of following the terms and conditions either of that
589       - numbered version or of any later version published by the Free
590       - Software Foundation.  If the Program does not specify a version number
591       - of the GNU Affero General Public License, you may choose any version
592       - ever published by the Free Software Foundation.
593       -
594       -   __If the Program specifies that a proxy can decide which future
595       - versions of the GNU Affero General Public License can be used, that
596       - proxy's public statement of acceptance of a version permanently
597       - authorizes you to choose that version for the Program.
598       -
599       -   __Later license versions may give you additional or different
     553  + Notwithstanding any other provision of this License, you have
     554  + permission to link or combine any covered work with a work licensed
     555  + under version 3 of the GNU General Public License into a single
     556  + combined work, and to convey the resulting work.  The terms of this
     557  + License will continue to apply to the part which is the covered work,
     558  + but the work with which it is combined will remain governed by version
     559  + 3 of the GNU General Public License.
     560  +
     561  + 14. Revised Versions of this License.
     562  +
     563  + The Free Software Foundation may publish revised and/or new versions of
     564  + the GNU Affero General Public License from time to time.  Such new versions
     565  + will be similar in spirit to the present version, but may differ in detail to
     566  + address new problems or concerns.
     567  +
     568  + Each version is given a distinguishing version number.  If the
     569  + Program specifies that a certain numbered version of the GNU Affero General
     570  + Public License "or any later version" applies to it, you have the
     571  + option of following the terms and conditions either of that numbered
     572  + version or of any later version published by the Free Software
     573  + Foundation.  If the Program does not specify a version number of the
     574  + GNU Affero General Public License, you may choose any version ever published
     575  + by the Free Software Foundation.
```

N4J_019171

```
576   +
577   + If the Program specifies that a proxy can decide which future
578   + versions of the GNU Affero General Public License can be used, that proxy's
579   + public statement of acceptance of a version permanently authorizes you
580   + to choose that version for the Program.
581   +
582   + Later license versions may give you additional or different
600  583     permissions.  However, no additional obligations are imposed on any
601  584     author or copyright holder as a result of your choosing to follow a
602  585     later version.
603  586
604        -  __15. Disclaimer of Warranty.
     587  + 15. Disclaimer of Warranty.
605  588
606        -  __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615        -  __16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599
617        -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627        -  __17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611
629        -  __If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618
636        -  _____END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620
638        -  _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640        -  __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
643  626
644        -  __To do so, attach the following notices to the program.  It is safest
     627  + To do so, attach the following notices to the program.  It is safest
645  628    to attach them to the start of each source file to most effectively
646  629    state the exclusion of warranty; and each file should have at least
647  630    the "copyright" line and a pointer to where the full notice is found.
648  631
649        -  ____<one line to give the program's name and a brief idea of what it does.>
650        -  ____Copyright (C) <year>  <name of author>
```

N4J_019172

```
632  +   <one line to give the program's name and a brief idea of what it does.>
633  +   Copyright (C) <year>  <name of author>
651  634
652       -      This program is free software: you can redistribute it and/or modify
653       -      it under the terms of the GNU Affero General Public License as
654       -      published by the Free Software Foundation, either version 3 of the
655       -      License, or (at your option) any later version.
     635  + This program is free software: you can redistribute it and/or modify
     636  + it under the terms of the GNU Affero General Public License as published by
     637  + the Free Software Foundation, either version 3 of the License, or
     638  + (at your option) any later version.
656  639
657       -      This program is distributed in the hope that it will be useful,
658       -      but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -      MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -      GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  + GNU Affero General Public License for more details.
661  644
662       -      You should have received a copy of the GNU Affero General Public License
663       -      along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648      Also add information on how to contact you by electronic and paper mail.
666  649
667       -    If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651      network, you should also make sure that it provides a way for users to
669  652      get its source.  For example, if your program is a web application, its
670  653      interface could display a "Source" link that leads users to an archive
671  654      of the code.  There are many ways you could offer source, and different
672  655      solutions will be better for different programs; see section 13 for the
673  656      specific requirements.
674  657
675       -    You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659      if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660      For more information on this, and how to apply and follow the GNU AGPL, see
678       - <http://www.gnu.org/licenses/>.
679       -
680       -
681       - "Commons Clause" License Condition
682       -
683       - The Software is provided to you by the Licensor under the License, as
684       - defined below, subject to the following condition. Without limiting
685       - other conditions in the License, the grant of rights under the License
686       - will not include, and the License does not grant to you, the right to
687       - Sell the Software.  For purposes of the foregoing, "Sell" means
688       - practicing any or all of the rights granted to you under the License
689       - to provide to third parties, for a fee or other consideration,
690       - a product or service that consists, entirely or substantially,
691       - of the Software or the functionality of the Software. Any license
692       - notice or attribution required by the License must also include
693       - this Commons Cause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```

486 ▮▮▮▮ enterprise/cypher/morsel-runtime/LICENSE.txt

```
...   ...        @@ -1,51 +1,35 @@
1          - NOTICE
```

N4J_019173

```
 1        - This package contains software licensed under different
 2        - licenses, please refer to the NOTICE.txt file for further
 3        - information and LICENSES.txt for full license texts.
      1   + GNU AFFERO GENERAL PUBLIC LICENSE
      2   +    Version 3, 19 November 2007
 5      3
 6        - Neo4j Enterprise object code can be licensed independently from
 7        - the source under separate commercial terms. Email inquiries can be
 8        - directed to: licensing@neo4j.com. More information is also
 9        - available at:https://neo4j.com/licensing/
      4   + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5   + Everyone is permitted to copy and distribute verbatim copies
      6   + of this license document, but changing it is not allowed.
10      7
11        - The software ("Software") is developed and owned by Neo4j Sweden AB
12        - (referred to in this notice as "Neo4j") and is subject to the terms
13        - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8   + Preamble
14      9
15        -
16        -
17        -                    GNU AFFERO GENERAL PUBLIC LICENSE
18        -                       Version 3, 19 November 2007
19        -
20        -   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21        -   Everyone is permitted to copy and distribute verbatim copies
22        -   of this license document, but changing it is not allowed.
23        -
24        -                            Preamble
25        -
26        -    The GNU Affero General Public License is a free, copyleft license
27        - for software and other kinds of works, specifically designed to ensure
     10   + The GNU Affero General Public License is a free, copyleft license for
     11   + software and other kinds of works, specifically designed to ensure
28     12     cooperation with the community in the case of network server software.
29     13
30        -   The licenses for most software and other practical works are
31        - designed to take away your freedom to share and change the works.  By
32        - contrast, our General Public Licenses are intended to guarantee your
33        - freedom to share and change all versions of a program--to make sure it
34        - remains free software for all its users.
     14   + The licenses for most software and other practical works are designed
     15   + to take away your freedom to share and change the works.  By contrast,
     16   + our General Public Licenses are intended to guarantee your freedom to
     17   + share and change all versions of a program--to make sure it remains free
     18   + software for all its users.
35     19
36        -   When we speak of free software, we are referring to freedom, not
     20   + When we speak of free software, we are referring to freedom, not
37     21     price.  Our General Public Licenses are designed to make sure that you
38     22     have the freedom to distribute copies of free software (and charge for
39     23     them if you wish), that you receive source code or can get it if you
40     24     want it, that you can change the software or use pieces of it in new
41     25     free programs, and that you know you can do these things.
42     26
43        -   Developers that use our General Public Licenses protect your rights
     27   + Developers that use our General Public Licenses protect your rights
44     28     with two steps: (1) assert copyright on the software, and (2) offer
45     29     you this License which gives you legal permission to copy, distribute
46     30     and/or modify the software.
47     31
48        -   A secondary benefit of defending all users' freedom is that
     32   + A secondary benefit of defending all users' freedom is that
```

N4J_019174

```
49  33    improvements made in alternate versions of the program, if they
50  34    receive widespread use, become available for other developers to
51  35    incorporate.  Many developers of free software are heartened and
55  39    letting the public access it on a server without ever releasing its
56  40    source code to the public.
57  41

58  -     __The GNU Affero General Public License is designed specifically to
    42 +  The GNU Affero General Public License is designed specifically to
59  43    ensure that, in such cases, the modified source code becomes available
60  44    to the community.  It requires the operator of a network server to
61  45    provide the source code of the modified version running there to the
62  46    users of that server.  Therefore, public use of a modified version, on
63  47    a publicly accessible server, gives the public access to the source
64  48    code of the modified version.
65  49

66  -     __An older license, called the Affero General Public License and
    50 +  An older license, called the Affero General Public License and
67  51    published by Affero, was designed to accomplish similar goals.  This is
68  52    a different license, not a version of the Affero GPL, but Affero has
69  53    released a new version of the Affero GPL which permits relicensing under
70  54    this license.
71  55

72  -     __The precise terms and conditions for copying, distribution and
    56 +  The precise terms and conditions for copying, distribution and
73  57    modification follow.
74  58

75  -                        TERMS AND CONDITIONS
    59 +  TERMS AND CONDITIONS
    60 +
    61 +  0. Definitions.
76  62

77  -     __0. Definitions.
    63 +  "This License" refers to version 3 of the GNU Affero General Public License.
78  64

79  -      "This License" refers to version 3 of the GNU Affero General Public
80  -  License.
    65 +  "Copyright" also means copyright-like laws that apply to other kinds of
    66 +  works, such as semiconductor masks.
81  67

82  -     "Copyright" also means copyright-like laws that apply to other kinds
83  -  of works, such as semiconductor masks.
84  -
85  -      "The Program" refers to any copyrightable work licensed under this
    68 +  "The Program" refers to any copyrightable work licensed under this
86  69    License.  Each licensee is addressed as "you".  "Licensees" and
87  70    "recipients" may be individuals or organizations.
88  71

89  -     __To "modify" a work means to copy from or adapt all or part of the work
    72 +  To "modify" a work means to copy from or adapt all or part of the work
90  73    in a fashion requiring copyright permission, other than the making of an
91  74    exact copy.  The resulting work is called a "modified version" of the
92  75    earlier work or a work "based on" the earlier work.
93  76

94  -     __A "covered work" means either the unmodified Program or a work based
    77 +  A "covered work" means either the unmodified Program or a work based
95  78    on the Program.
96  79

97  -     __To "propagate" a work means to do anything with it that, without
    80 +  To "propagate" a work means to do anything with it that, without
98  81    permission, would make you directly or secondarily liable for
99  82    infringement under applicable copyright law, except executing it on a
100 83    computer or modifying a private copy.  Propagation includes copying,
101 84    distribution (with or without modification), making available to the
```

N4J_019175

```
102   85          public, and in some countries other activities as well.
103   86

104              - __To "convey" a work means any kind of propagation that enables other
      87          + To "convey" a work means any kind of propagation that enables other
105   88            parties to make or receive copies.  Mere interaction with a user through
106   89            a computer network, with no transfer of a copy, is not conveying.
107   90

108              - __An interactive user interface displays "Appropriate Legal Notices"
      91          + An interactive user interface displays "Appropriate Legal Notices"
109   92            to the extent that it includes a convenient and prominently visible
110   93            feature that (1) displays an appropriate copyright notice, and (2)
111   94            tells the user that there is no warranty for the work (except to the
114   97            the interface presents a list of user commands or options, such as a
115   98            menu, a prominent item in the list meets this criterion.
116   99

117              - __1. Source Code.
      100         + 1. Source Code.
118   101

119              - __The "source code" for a work means the preferred form of the work
      102         + The "source code" for a work means the preferred form of the work
120   103           for making modifications to it.  "Object code" means any non-source
121   104           form of a work.
122   105

123              - __A "Standard Interface" means an interface that either is an official
      106         + A "Standard Interface" means an interface that either is an official
124   107           standard defined by a recognized standards body, or, in the case of
125   108           interfaces specified for a particular programming language, one that
126   109           is widely used among developers working in that language.
127   110

128              - __The "System Libraries" of an executable work include anything, other
      111         + The "System Libraries" of an executable work include anything, other
129   112           than the work as a whole, that (a) is included in the normal form of
130   113           packaging a Major Component, but which is not part of that Major
131   114           Component, and (b) serves only to enable use of the work with that
136   119           (if any) on which the executable work runs, or a compiler used to
137   120           produce the work, or an object code interpreter used to run it.
138   121

139              - __The "Corresponding Source" for a work in object code form means all
      122         + The "Corresponding Source" for a work in object code form means all
140   123           the source code needed to generate, install, and (for an executable
141   124           work) run the object code and to modify the work, including scripts to
142   125           control those activities.  However, it does not include the work's
149   132           such as by intimate data communication or control flow between those
150   133           subprograms and other parts of the work.
151   134

152              - __The Corresponding Source need not include anything that users
      135         + The Corresponding Source need not include anything that users
153   136           can regenerate automatically from other parts of the Corresponding
154   137           Source.
155   138

156              - __The Corresponding Source for a work in source code form is that
      139         + The Corresponding Source for a work in source code form is that
157   140           same work.
158   141

159              - __2. Basic Permissions.
      142         + 2. Basic Permissions.
160   143

161              - __All rights granted under this License are granted for the term of
      144         + All rights granted under this License are granted for the term of
162   145           copyright on the Program, and are irrevocable provided the stated
163   146           conditions are met.  This License explicitly affirms your unlimited
164   147           permission to run the unmodified Program.  The output from running a
165   148           covered work is covered by this License only if the output, given its
```

N4J_019176

```
166   149        content, constitutes a covered work.  This License acknowledges your
167   150        rights of fair use or other equivalent, as provided by copyright law.
168   151
169        -  __You may make, run and propagate covered works that you do not
      152   +  You may make, run and propagate covered works that you do not
170   153        convey, without conditions so long as your license otherwise remains
171   154        in force.  You may convey covered works to others for the sole purpose
172   155        of having them make modifications exclusively for you, or provide you
177   160        and control, on terms that prohibit them from making any copies of
178   161        your copyrighted material outside their relationship with you.
179   162
180        -  __Conveying under any other circumstances is permitted solely under
      163   +  Conveying under any other circumstances is permitted solely under
181   164        the conditions stated below.  Sublicensing is not allowed; section 10
182   165        makes it unnecessary.
183   166
184        -  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167   +  3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185   168
186        -  __No covered work shall be deemed part of an effective technological
      169   +  No covered work shall be deemed part of an effective technological
187   170        measure under any applicable law fulfilling obligations under article
188   171        11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172        similar laws prohibiting or restricting circumvention of such
190   173        measures.
191   174
192        -  __When you convey a covered work, you waive any legal power to forbid
      175   +  When you convey a covered work, you waive any legal power to forbid
193   176        circumvention of technological measures to the extent such circumvention
194   177        is effected by exercising rights under this License with respect to
195   178        the covered work, and you disclaim any intention to limit operation or
196   179        modification of the work as a means of enforcing, against the work's
197   180        users, your or third parties' legal rights to forbid circumvention of
198   181        technological measures.
199   182
200        -  __4. Conveying Verbatim Copies.
      183   +  4. Conveying Verbatim Copies.
201   184
202        -  __You may convey verbatim copies of the Program's source code as you
      185   +  You may convey verbatim copies of the Program's source code as you
203   186        receive it, in any medium, provided that you conspicuously and
204   187        appropriately publish on each copy an appropriate copyright notice;
205   188        keep intact all notices stating that this License and any
206   189        non-permissive terms added in accord with section 7 apply to the code;
207   190        keep intact all notices of the absence of any warranty; and give all
208   191        recipients a copy of this License along with the Program.
209   192
210        -  __You may charge any price or no price for each copy that you convey,
      193   +  You may charge any price or no price for each copy that you convey,
211   194        and you may offer support or warranty protection for a fee.
212   195
213        -  __5. Conveying Modified Source Versions.
      196   +  5. Conveying Modified Source Versions.
214   197
215        -  __You may convey a work based on the Program, or the modifications to
      198   +  You may convey a work based on the Program, or the modifications to
216   199        produce it from the Program, in the form of source code under the
217   200        terms of section 4, provided that you also meet all of these conditions:
218   201
219        -  ____a) The work must carry prominent notices stating that you modified
220        -  ____it, and giving a relevant date.
      202   +  a) The work must carry prominent notices stating that you modified
      203   +  it, and giving a relevant date.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

```
221  204
222           -    ___b) The work must carry prominent notices stating that it is
223           -    ___released under this License and any conditions added under section
224           -    ___7.  This requirement modifies the requirement in section 4 to
225           -    ___"keep intact all notices".
     205      + b) The work must carry prominent notices stating that it is
     206      + released under this License and any conditions added under section
     207      + 7.  This requirement modifies the requirement in section 4 to
     208      + "keep intact all notices".
226  209
227           -    ___c) You must license the entire work, as a whole, under this
228           -    ___License to anyone who comes into possession of a copy.  This
229           -    ___License will therefore apply, along with any applicable section 7
230           -    ___additional terms, to the whole of the work, and all its parts,
231           -    ___regardless of how they are packaged.  This License gives no
232           -    ___permission to license the work in any other way, but it does not
233           -    ___invalidate such permission if you have separately received it.
     210      + c) You must license the entire work, as a whole, under this
     211      + License to anyone who comes into possession of a copy.  This
     212      + License will therefore apply, along with any applicable section 7
     213      + additional terms, to the whole of the work, and all its parts,
     214      + regardless of how they are packaged.  This License gives no
     215      + permission to license the work in any other way, but it does not
     216      + invalidate such permission if you have separately received it.
234  217
235           -    ___d) If the work has interactive user interfaces, each must display
236           -    ___Appropriate Legal Notices; however, if the Program has interactive
237           -    ___interfaces that do not display Appropriate Legal Notices, your
238           -    ___work need not make them do so.
     218      + d) If the work has interactive user interfaces, each must display
     219      + Appropriate Legal Notices; however, if the Program has interactive
     220      + interfaces that do not display Appropriate Legal Notices, your
     221      + work need not make them do so.
239  222
240           -  __A compilation of a covered work with other separate and independent
     223      + A compilation of a covered work with other separate and independent
241  224      works, which are not by their nature extensions of the covered work,
242  225      and which are not combined with it such as to form a larger program,
243  226      in or on a volume of a storage or distribution medium, is called an
247  230      in an aggregate does not cause this License to apply to the other
248  231      parts of the aggregate.
249  232
250           -  __6. Conveying Non-Source Forms.
     233      + 6. Conveying Non-Source Forms.
251  234
252           -  __You may convey a covered work in object code form under the terms
     235      + You may convey a covered work in object code form under the terms
253  236      of sections 4 and 5, provided that you also convey the
254  237      machine-readable Corresponding Source under the terms of this License,
255  238      in one of these ways:
256  239
257           -    ___a) Convey the object code in, or embodied in, a physical product
258           -    ___(including a physical distribution medium), accompanied by the
259           -    ___Corresponding Source fixed on a durable physical medium
260           -    ___customarily used for software interchange.
261           -
262           -    ___b) Convey the object code in, or embodied in, a physical product
263           -    ___(including a physical distribution medium), accompanied by a
264           -    ___written offer, valid for at least three years and valid for as
265           -    ___long as you offer spare parts or customer support for that product
266           -    ___model, to give anyone who possesses the object code either (1) a
267           -    ___copy of the Corresponding Source for all the software in the
268           -    ___product that is covered by this License, on a durable physical
```

N4J_019178

```
269    -    ____medium customarily used for software interchange, for a price no
270    -    ____more than your reasonable cost of physically performing this
271    -    ____conveying of source, or (2) access to copy the
272    -    ____Corresponding Source from a network server at no charge.
273    -
274    -    ____c) Convey individual copies of the object code with a copy of the
275    -    ____written offer to provide the Corresponding Source.  This
276    -    ____alternative is allowed only occasionally and noncommercially, and
277    -    ____only if you received the object code with such an offer, in accord
278    -    ____with subsection 6b.
279    -
280    -    ____d) Convey the object code by offering access from a designated
281    -    ____place (gratis or for a charge), and offer equivalent access to the
282    -    ____Corresponding Source in the same way through the same place at no
283    -    ____further charge.  You need not require recipients to copy the
284    -    ____Corresponding Source along with the object code.  If the place to
285    -    ____copy the object code is a network server, the Corresponding Source
286    -    ____may be on a different server (operated by you or a third party)
287    -    ____that supports equivalent copying facilities, provided you maintain
288    -    ____clear directions next to the object code saying where to find the
289    -    ____Corresponding Source.  Regardless of what server hosts the
290    -    ____Corresponding Source, you remain obligated to ensure that it is
291    -    ____available for as long as needed to satisfy these requirements.
292    -
293    -    ____e) Convey the object code using peer-to-peer transmission, provided
294    -    ____you inform other peers where the object code and Corresponding
295    -    ____Source of the work are being offered to the general public at no
296    -    ____charge under subsection 6d.
297    -
298    -    __A separable portion of the object code, whose source code is excluded
240  + a) Convey the object code in, or embodied in, a physical product
241  + (including a physical distribution medium), accompanied by the
242  + Corresponding Source fixed on a durable physical medium
243  + customarily used for software interchange.
244  +
245  + b) Convey the object code in, or embodied in, a physical product
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
```

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 454 of 1198
Update ongdb to the latest neo4j and not make the 3.5.1 graph foundation · graphfoundation/ongdb@c0b23b2 · GitHub

```
     273   +  Corresponding Source, you remain obligated to ensure that it is
     274   +  available for as long as needed to satisfy these requirements.
     275   +
     276   +  e) Convey the object code using peer-to-peer transmission, provided
     277   +  you inform other peers where the object code and Corresponding
     278   +  Source of the work are being offered to the general public at no
     279   +  charge under subsection 6d.
     280   +
     281   +  A separable portion of the object code, whose source code is excluded
299  282      from the Corresponding Source as a System Library, need not be
300  283      included in conveying the object code work.
301  284

302        -  __A "User Product" is either (1) a "consumer product", which means any
     285   +  A "User Product" is either (1) a "consumer product", which means any
303  286      tangible personal property which is normally used for personal, family,
304  287      or household purposes, or (2) anything designed or sold for incorporation
305  288      into a dwelling.  In determining whether a product is a consumer product,
312  295      commercial, industrial or non-consumer uses, unless such uses represent
313  296      the only significant mode of use of the product.
314  297

315        -  __"Installation Information" for a User Product means any methods,
     298   +  "Installation Information" for a User Product means any methods,
316  299      procedures, authorization keys, or other information required to install
317  300      and execute modified versions of a covered work in that User Product from
318  301      a modified version of its Corresponding Source.  The information must
319  302      suffice to ensure that the continued functioning of the modified object
320  303      code is in no case prevented or interfered with solely because
321  304      modification has been made.
322  305

323        -  __If you convey an object code work under this section in, or with, or
     306   +  If you convey an object code work under this section in, or with, or
324  307      specifically for use in, a User Product, and the conveying occurs as
325  308      part of a transaction in which the right of possession and use of the
326  309      User Product is transferred to the recipient in perpetuity or for a
331  314      modified object code on the User Product (for example, the work has
332  315      been installed in ROM).
333  316

334        -  __The requirement to provide Installation Information does not include a
     317   +  The requirement to provide Installation Information does not include a
335  318      requirement to continue to provide support service, warranty, or updates
336  319      for a work that has been modified or installed by the recipient, or for
337  320      the User Product in which it has been modified or installed.  Access to a
338  321      network may be denied when the modification itself materially and
339  322      adversely affects the operation of the network or violates the rules and
340  323      protocols for communication across the network.
341  324

342        -  __Corresponding Source conveyed, and Installation Information provided,
     325   +  Corresponding Source conveyed, and Installation Information provided,
343  326      in accord with this section must be in a format that is publicly
344  327      documented (and with an implementation available to the public in
345  328      source code form), and must require no special password or key for
346  329      unpacking, reading or copying.
347  330

348        -  __7. Additional Terms.
     331   +  7. Additional Terms.
349  332

350        -  __"Additional permissions" are terms that supplement the terms of this
     333   +  "Additional permissions" are terms that supplement the terms of this
351  334      License by making exceptions from one or more of its conditions.
352  335      Additional permissions that are applicable to the entire Program shall
353  336      be treated as though they were included in this License, to the extent
356  339      under those permissions, but the entire Program remains governed by
357  340      this License without regard to the additional permissions.
```

N4J_019180

```
358  341
359        -    When you convey a copy of a covered work, you may at your option
     342   + When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348
366        -    Notwithstanding any other provision of this License, for material you
     349   + Notwithstanding any other provision of this License, for material you
367  350      add to a covered work, you may (if authorized by the copyright holders of
368  351      that material) supplement the terms of this License with terms:
369  352
370        -    a) Disclaiming warranty or limiting liability differently from the
371        -    terms of sections 15 and 16 of this License; or
     353   + a) Disclaiming warranty or limiting liability differently from the
     354   + terms of sections 15 and 16 of this License; or
372  355
373        -    b) Requiring preservation of specified reasonable legal notices or
374        -    author attributions in that material or in the Appropriate Legal
375        -    Notices displayed by works containing it; or
     356   + b) Requiring preservation of specified reasonable legal notices or
     357   + author attributions in that material or in the Appropriate Legal
     358   + Notices displayed by works containing it; or
376  359
377        -    c) Prohibiting misrepresentation of the origin of that material, or
378        -    requiring that modified versions of such material be marked in
379        -    reasonable ways as different from the original version; or
     360   + c) Prohibiting misrepresentation of the origin of that material, or
     361   + requiring that modified versions of such material be marked in
     362   + reasonable ways as different from the original version; or
380  363
381        -    d) Limiting the use for publicity purposes of names of licensors or
382        -    authors of the material; or
     364   + d) Limiting the use for publicity purposes of names of licensors or
     365   + authors of the material; or
383  366
384        -    e) Declining to grant rights under trademark law for use of some
385        -    trade names, trademarks, or service marks; or
     367   + e) Declining to grant rights under trademark law for use of some
     368   + trade names, trademarks, or service marks; or
386  369
387        -    f) Requiring indemnification of licensors and authors of that
388        -    material by anyone who conveys the material (or modified versions of
389        -    it) with contractual assumptions of liability to the recipient, for
390        -    any liability that these contractual assumptions directly impose on
391        -    those licensors and authors.
     370   + f) Requiring indemnification of licensors and authors of that
     371   + material by anyone who conveys the material (or modified versions of
     372   + it) with contractual assumptions of liability to the recipient, for
     373   + any liability that these contractual assumptions directly impose on
     374   + those licensors and authors.
392  375
393        -    All other non-permissive additional terms are considered "further
     376   + All other non-permissive additional terms are considered "further
394  377      restrictions" within the meaning of section 10.  If the Program as you
395  378      received it, or any part of it, contains a notice stating that it is
396        - governed by this License along with a term that is a further restriction,
397        - you may remove that term.  If a license document contains a further
398        - restriction but permits relicensing or conveying under this License, you
399        - may add to a covered work material governed by the terms of that license
400        - document, provided that the further restriction does not survive such
```

N4J_019181

```
401              - relicensing or conveying.
402              -
403              - __If you add terms to a covered work in accord with this section, you
     379         + governed by this License along with a term that is a further
     380         + restriction, you may remove that term.  If a license document contains
     381         + a further restriction but permits relicensing or conveying under this
     382         + License, you may add to a covered work material governed by the terms
     383         + of that license document, provided that the further restriction does
     384         + not survive such relicensing or conveying.
     385         +
     386         + If you add terms to a covered work in accord with this section, you
404  387           must place, in the relevant source files, a statement of the
405  388           additional terms that apply to those files, or a notice indicating
406  389           where to find the applicable terms.
407  390

408              - __Additional terms, permissive or non-permissive, may be stated in the
     391         + Additional terms, permissive or non-permissive, may be stated in the
409  392           form of a separately written license, or stated as exceptions;
410  393           the above requirements apply either way.
411  394

412              - __8. Termination.
     395         + 8. Termination.
413  396

414              - __You may not propagate or modify a covered work except as expressly
     397         + You may not propagate or modify a covered work except as expressly
415  398           provided under this License.  Any attempt otherwise to propagate or
416  399           modify it is void, and will automatically terminate your rights under
417  400           this License (including any patent licenses granted under the third
418  401           paragraph of section 11).
419  402

420              - __However, if you cease all violation of this License, then your
     403         + However, if you cease all violation of this License, then your
421  404           license from a particular copyright holder is reinstated (a)
422  405           provisionally, unless and until the copyright holder explicitly and
423  406           finally terminates your license, and (b) permanently, if the copyright
424  407           holder fails to notify you of the violation by some reasonable means
425  408           prior to 60 days after the cessation.
426  409

427              - __Moreover, your license from a particular copyright holder is
     410         + Moreover, your license from a particular copyright holder is
428  411           reinstated permanently if the copyright holder notifies you of the
429  412           violation by some reasonable means, this is the first time you have
430  413           received notice of violation of this License (for any work) from that
431  414           copyright holder, and you cure the violation prior to 30 days after
432  415           your receipt of the notice.
433  416

434              - __Termination of your rights under this section does not terminate the
     417         + Termination of your rights under this section does not terminate the
435  418           licenses of parties who have received copies or rights from you under
436  419           this License.  If your rights have been terminated and not permanently
437  420           reinstated, you do not qualify to receive new licenses for the same
438  421           material under section 10.
439  422

440              - __9. Acceptance Not Required for Having Copies.
     423         + 9. Acceptance Not Required for Having Copies.
441  424

442              - __You are not required to accept this License in order to receive or
     425         + You are not required to accept this License in order to receive or
443  426           run a copy of the Program.  Ancillary propagation of a covered work
444  427           occurring solely as a consequence of using peer-to-peer transmission
445  428           to receive a copy likewise does not require acceptance.  However,
448  431           not accept this License.  Therefore, by modifying or propagating a
449  432           covered work, you indicate your acceptance of this License to do so.
```

| 450 | 433 | |
|---|---|---|
| 451 | | -   10. Automatic Licensing of Downstream Recipients. |
| | 434 | + 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | |
| 453 | | -   Each time you convey a covered work, the recipient automatically |
| | 436 | + Each time you convey a covered work, the recipient automatically |
| 454 | 437 | receives a license from the original licensors, to run, modify and |
| 455 | 438 | propagate that work, subject to this License. You are not responsible |
| 456 | 439 | for enforcing compliance by third parties with this License. |
| 457 | 440 | |
| 458 | | -   An "entity transaction" is a transaction transferring control of an |
| | 441 | + An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | organization, or merging organizations. If propagation of a covered |
| 461 | 444 | work results from an entity transaction, each party to that |
| 465 | 448 | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | |
| 468 | | -   You may not impose any further restrictions on the exercise of the |
| | 451 | + You may not impose any further restrictions on the exercise of the |
| 469 | 452 | rights granted or affirmed under this License. For example, you may |
| 470 | 453 | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | sale, or importing the Program or any portion of it. |
| 475 | 458 | |
| 476 | | -   11. Patents. |
| | 459 | + 11. Patents. |
| 477 | 460 | |
| 478 | | -   A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based. The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | -   A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | -   Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | patent license under the contributor's essential patent claims, to |
| 494 | 477 | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | propagate the contents of its contributor version. |
| 496 | 479 | |
| 497 | | -   In the following three paragraphs, a "patent license" is any express |
| | 480 | + In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | sue for patent infringement). To "grant" such a patent license to a |
| 501 | 484 | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | patent against the party. |
| 503 | 486 | |
| 504 | | -   If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | publicly available network server or other readily accessible means, |
| 515 | 498 | in a country, would infringe one or more identifiable patents in that |

N4J_019183

```
516   499          country that you have reason to believe are valid.
517   500
518         -    __If, pursuant to or in connection with a single transaction or
      501    +    If, pursuant to or in connection with a single transaction or
519   502          arrangement, you convey, or propagate by procuring conveyance of, a
520   503          covered work, and grant a patent license to some of the parties
521   504          receiving the covered work authorizing them to use, propagate, modify
522   505          or convey a specific copy of the covered work, then the patent license
523   506          you grant is automatically extended to all recipients of the covered
524   507          work and works based on it.
525   508
526         -    __A patent license is "discriminatory" if it does not include within
      509    +    A patent license is "discriminatory" if it does not include within
527   510          the scope of its coverage, prohibits the exercise of, or is
528   511          conditioned on the non-exercise of one or more of the rights that are
529   512          specifically granted under this License.  You may not convey a covered
538   521          contain the covered work, unless you entered into that arrangement,
539   522          or that patent license was granted, prior to 28 March 2007.
540   523
541         -    __Nothing in this License shall be construed as excluding or limiting
      524    +    Nothing in this License shall be construed as excluding or limiting
542   525          any implied license or other defenses to infringement that may
543   526          otherwise be available to you under applicable patent law.
544   527
545         -    __12. No Surrender of Others' Freedom.
      528    +    12. No Surrender of Others' Freedom.
546   529
547         -    __If conditions are imposed on you (whether by court order, agreement or
      530    +    If conditions are imposed on you (whether by court order, agreement or
548   531          otherwise) that contradict the conditions of this License, they do not
549   532          excuse you from the conditions of this License.  If you cannot convey a
550   533          covered work so as to satisfy simultaneously your obligations under this
554   537          the Program, the only way you could satisfy both those terms and this
555   538          License would be to refrain entirely from conveying the Program.
556   539
557         -    __13. Remote Network Interaction; Use with the GNU General Public License.
      540    +    13. Remote Network Interaction; Use with the GNU General Public License.
558   541
559         -    __Notwithstanding any other provision of this License, if you modify the
      542    +    Notwithstanding any other provision of this License, if you modify the
560   543          Program, your modified version must prominently offer all users
561   544          interacting with it remotely through a computer network (if your version
562   545          supports such interaction) an opportunity to receive the Corresponding
567   550          of the GNU General Public License that is incorporated pursuant to the
568   551          following paragraph.
569   552
570         -    __Notwithstanding any other provision of this License, you have permission
571         -    to link or combine any covered work with a work licensed under version 3
572         -    of the GNU General Public License into a single combined work, and to
573         -    convey the resulting work.  The terms of this License will continue to
574         -    apply to the part which is the covered work, but the work with which it is
575         -    combined will remain governed by version 3 of the GNU General Public
576         -    License.
577         -
578         -    __14. Revised Versions of this License.
579         -
580         -    __The Free Software Foundation may publish revised and/or new versions of
581         -    the GNU Affero General Public License from time to time.  Such new
582         -    versions will be similar in spirit to the present version, but may differ
583         -    in detail to address new problems or concerns.
584         -
585         -    __Each version is given a distinguishing version number.  If the
586         -    Program specifies that a certain numbered version of the GNU Affero
```

```
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation.  If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    -   If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    -   Later license versions may give you additional or different
        553  + Notwithstanding any other provision of this License, you have
        554  + permission to link or combine any covered work with a work licensed
        555  + under version 3 of the GNU General Public License into a single
        556  + combined work, and to convey the resulting work.  The terms of this
        557  + License will continue to apply to the part which is the covered work,
        558  + but the work with which it is combined will remain governed by version
        559  + 3 of the GNU General Public License.
        560  +
        561  + 14. Revised Versions of this License.
        562  +
        563  + The Free Software Foundation may publish revised and/or new versions of
        564  + the GNU Affero General Public License from time to time.  Such new versions
        565  + will be similar in spirit to the present version, but may differ in detail to
        566  + address new problems or concerns.
        567  +
        568  + Each version is given a distinguishing version number.  If the
        569  + Program specifies that a certain numbered version of the GNU Affero General
        570  + Public License "or any later version" applies to it, you have the
        571  + option of following the terms and conditions either of that numbered
        572  + version or of any later version published by the Free Software
        573  + Foundation.  If the Program does not specify a version number of the
        574  + GNU Affero General Public License, you may choose any version ever published
        575  + by the Free Software Foundation.
        576  +
        577  + If the Program specifies that a proxy can decide which future
        578  + versions of the GNU Affero General Public License can be used, that proxy's
        579  + public statement of acceptance of a version permanently authorizes you
        580  + to choose that version for the Program.
        581  +
        582  + Later license versions may give you additional or different
600     583    permissions.  However, no additional obligations are imposed on any
601     584    author or copyright holder as a result of your choosing to follow a
602     585    later version.
603     586
604          -   15. Disclaimer of Warranty.
        587  + 15. Disclaimer of Warranty.
605     588
606          -   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
        589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607     590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608     591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609     592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612     595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613     596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614     597
615          -   16. Limitation of Liability.
        598  + 16. Limitation of Liability.
616     599
617          -   IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
        600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
```

N4J_019185

```
618   601         WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602         THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603         GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607         EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608         SUCH DAMAGES.
626   609
627       -       __17. Interpretation of Sections 15 and 16.
      610 +       17. Interpretation of Sections 15 and 16.
628   611
629       -       __If the disclaimer of warranty and limitation of liability provided
      612 +       If the disclaimer of warranty and limitation of liability provided
630   613         above cannot be given local legal effect according to their terms,
631   614         reviewing courts shall apply local law that most closely approximates
632   615         an absolute waiver of all civil liability in connection with the
633   616         Program, unless a warranty or assumption of liability accompanies a
634   617         copy of the Program in return for a fee.
635   618
636       -       _____END OF TERMS AND CONDITIONS
      619 +       END OF TERMS AND CONDITIONS
637   620
638       -       _____How to Apply These Terms to Your New Programs
      621 +       How to Apply These Terms to Your New Programs
639   622
640       -       __If you develop a new program, and you want it to be of the greatest
      623 +       If you develop a new program, and you want it to be of the greatest
641   624         possible use to the public, the best way to achieve this is to make it
642   625         free software which everyone can redistribute and change under these terms.
643   626
644       -       __To do so, attach the following notices to the program.  It is safest
      627 +       To do so, attach the following notices to the program.  It is safest
645   628         to attach them to the start of each source file to most effectively
646   629         state the exclusion of warranty; and each file should have at least
647   630         the "copyright" line and a pointer to where the full notice is found.
648   631
649       -       _____<one line to give the program's name and a brief idea of what it does.>
650       -       _____Copyright (C) <year>  <name of author>
      632 +       <one line to give the program's name and a brief idea of what it does.>
      633 +       Copyright (C) <year>  <name of author>
651   634
652       -       _____This program is free software: you can redistribute it and/or modify
653       -       _____it under the terms of the GNU Affero General Public License as
654       -       _____published by the Free Software Foundation, either version 3 of the
655       -       _____License, or (at your option) any later version.
      635 +       This program is free software: you can redistribute it and/or modify
      636 +       it under the terms of the GNU Affero General Public License as published by
      637 +       the Free Software Foundation, either version 3 of the License, or
      638 +       (at your option) any later version.
656   639
657       -       _____This program is distributed in the hope that it will be useful,
658       -       _____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -       _____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -       _____GNU Affero General Public License for more details.
      640 +       This program is distributed in the hope that it will be useful,
      641 +       but WITHOUT ANY WARRANTY; without even the implied warranty of
      642 +       MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643 +       GNU Affero General Public License for more details.
661   644
662       -       _____You should have received a copy of the GNU Affero General Public License
663       -       _____along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645 +       You should have received a copy of the GNU Affero General Public License
      646 +       along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648         Also add information on how to contact you by electronic and paper mail.
```

N4J_019186

| 666 | 649 | |
|---|---|---|
| 667 | | -   If your software can interact with users remotely through a computer |
| | 650 | + If your software can interact with users remotely through a computer |
| 668 | 651 | network, you should also make sure that it provides a way for users to |
| 669 | 652 | get its source. For example, if your program is a web application, its |
| 670 | 653 | interface could display a "Source" link that leads users to an archive |
| 671 | 654 | of the code. There are many ways you could offer source, and different |
| 672 | 655 | solutions will be better for different programs; see section 13 for the |
| 673 | 656 | specific requirements. |
| 674 | 657 | |
| 675 | | -   You should also get your employer (if you work as a programmer) or school, |
| | 658 | + You should also get your employer (if you work as a programmer) or school, |
| 676 | 659 | if any, to sign a "copyright disclaimer" for the program, if necessary. |
| 677 | 660 | For more information on this, and how to apply and follow the GNU AGPL, see |
| 678 | | - <http://www.gnu.org/licenses/>. |
| 679 | | - |
| 680 | | - |
| 681 | | - "Commons Clause" License Condition |
| 682 | | - |
| 683 | | - The Software is provided to you by the Licensor under the License, as |
| 684 | | - defined below, subject to the following condition. Without limiting |
| 685 | | - other conditions in the License, the grant of rights under the License |
| 686 | | - will not include, and the License does not grant to you, the right to |
| 687 | | - Sell the Software. For purposes of the foregoing, "Sell" means |
| 688 | | - practicing any or all of the rights granted to you under the License |
| 689 | | - to provide to third parties, for a fee or other consideration, |
| 690 | | - a product or service that consists, entirely or substantially, |
| 691 | | - of the Software or the functionality of the Software. Any license |
| 692 | | - notice or attribution required by the License must also include |
| 693 | | - this Commons Cause License Condition notice. |
| | 661 | + <https://www.gnu.org/licenses/>. |

▽ 486 🟩🟥🟥⬜ enterprise/cypher/physical-planning/LICENSE.txt 📋

| | | @@ -1,51 +1,35 @@ |
|---|---|---|
| 1 | | - NOTICE |
| 2 | | - This package contains software licensed under different |
| 3 | | - licenses, please refer to the NOTICE.txt file for further |
| 4 | | - information and LICENSES.txt for full license texts. |
| | 1 | + GNU AFFERO GENERAL PUBLIC LICENSE |
| | 2 | +   Version 3, 19 November 2007 |
| 5 | | - |
| | 3 | + |
| 6 | | - Neo4j Enterprise object code can be licensed independently from |
| 7 | | - the source under separate commercial terms. Email inquiries can be |
| 8 | | - directed to: licensing@neo4j.com. More information is also |
| 9 | | - available at:https://neo4j.com/licensing/ |
| | 4 | + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | 5 | + Everyone is permitted to copy and distribute verbatim copies |
| | 6 | + of this license document, but changing it is not allowed. |
| 10 | | - |
| | 7 | + |
| 11 | | - The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | - (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows: |
| | 8 | + Preamble |
| 14 | | - |
| | 9 | + |
| 15 | | - |
| 16 | | - |
| 17 | | -          GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | -        Version 3, 19 November 2007 |
| 19 | | - |
| 20 | | - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | - Everyone is permitted to copy and distribute verbatim copies |
| 22 | | - of this license document, but changing it is not allowed. |

N4J_019187

```
 23                 -
 24                 -                             Preamble
 25                 -
 26                 -    The GNU Affero General Public License is a free, copyleft license
 27                 - for software and other kinds of works, specifically designed to ensure
         10        + The GNU Affero General Public license is a free, copyleft license for
         11        + software and other kinds of works, specifically designed to ensure
 28      12          cooperation with the community in the case of network server software.
 29      13
 30                 -   The licenses for most software and other practical works are
 31                 - designed to take away your freedom to share and change the works.  By
 32                 - contrast, our General Public Licenses are intended to guarantee your
 33                 - freedom to share and change all versions of a program--to make sure it
 34                 - remains free software for all its users.
         14        + The licenses for most software and other practical works are designed
         15        + to take away your freedom to share and change the works.  By contrast,
         16        + our General Public Licenses are intended to guarantee your freedom to
         17        + share and change all versions of a program--to make sure it remains free
         18        + software for all its users.
 35      19
 36                 -   When we speak of free software, we are referring to freedom, not
         20        + When we speak of free software, we are referring to freedom, not
 37      21          price.  Our General Public Licenses are designed to make sure that you
 38      22          have the freedom to distribute copies of free software (and charge for
 39      23          them if you wish), that you receive source code or can get it if you
 40      24          want it, that you can change the software or use pieces of it in new
 41      25          free programs, and that you know you can do these things.
 42      26
 43                 -   Developers that use our General Public Licenses protect your rights
         27        + Developers that use our General Public Licenses protect your rights
 44      28          with two steps: (1) assert copyright on the software, and (2) offer
 45      29          you this License which gives you legal permission to copy, distribute
 46      30          and/or modify the software.
 47      31
 48                 -   A secondary benefit of defending all users' freedom is that
         32        + A secondary benefit of defending all users' freedom is that
 49      33          improvements made in alternate versions of the program, if they
 50      34          receive widespread use, become available for other developers to
 51      35          incorporate.  Many developers of free software are heartened and
 55      39          letting the public access it on a server without ever releasing its
 56      40          source code to the public.
 57      41
 58                 -   The GNU Affero General Public License is designed specifically to
         42        + The GNU Affero General Public License is designed specifically to
 59      43          ensure that, in such cases, the modified source code becomes available
 60      44          to the community.  It requires the operator of a network server to
 61      45          provide the source code of the modified version running there to the
 62      46          users of that server.  Therefore, public use of a modified version, on
 63      47          a publicly accessible server, gives the public access to the source
 64      48          code of the modified version.
 65      49
 66                 -   An older license, called the Affero General Public License and
         50        + An older license, called the Affero General Public License and
 67      51          published by Affero, was designed to accomplish similar goals.  This is
 68      52          a different license, not a version of the Affero GPL, but Affero has
 69      53          released a new version of the Affero GPL which permits relicensing under
 70      54          this license.
 71      55
 72                 -   The precise terms and conditions for copying, distribution and
         56        + The precise terms and conditions for copying, distribution and
 73      57          modification follow.
 74      58
 75                 -                        TERMS AND CONDITIONS
```

N4J_019188

```
59  + TERMS AND CONDITIONS
60  +
61  + 0. Definitions.

76  62
77       -   0. Definitions.
    63  + "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79       -   "This License" refers to version 3 of the GNU Affero General Public
80       - License.
    65  + "Copyright" also means copyright-like laws that apply to other kinds of
    66  + works, such as semiconductor masks.
81  67
82       -   "Copyright" also means copyright-like laws that apply to other kinds
83       - of works, such as semiconductor masks.
84       -
85       -   "The Program" refers to any copyrightable work licensed under this
    68  + "The Program" refers to any copyrightable work licensed under this
86  69    License.  Each licensee is addressed as "you".  "Licensees" and
87  70    "recipients" may be individuals or organizations.
88  71
89       -   To "modify" a work means to copy from or adapt all or part of the work
    72  + To "modify" a work means to copy from or adapt all or part of the work
90  73    in a fashion requiring copyright permission, other than the making of an
91  74    exact copy.  The resulting work is called a "modified version" of the
92  75    earlier work or a work "based on" the earlier work.
93  76
94       -   A "covered work" means either the unmodified Program or a work based
    77  + A "covered work" means either the unmodified Program or a work based
95  78    on the Program.
96  79
97       -   To "propagate" a work means to do anything with it that, without
    80  + To "propagate" a work means to do anything with it that, without
98  81    permission, would make you directly or secondarily liable for
99  82    infringement under applicable copyright law, except executing it on a
100 83    computer or modifying a private copy.  Propagation includes copying,
101 84    distribution (with or without modification), making available to the
102 85    public, and in some countries other activities as well.
103 86
104      -   To "convey" a work means any kind of propagation that enables other
    87  + To "convey" a work means any kind of propagation that enables other
105 88    parties to make or receive copies.  Mere interaction with a user through
106 89    a computer network, with no transfer of a copy, is not conveying.
107 90
108      -   An interactive user interface displays "Appropriate Legal Notices"
    91  + An interactive user interface displays "Appropriate Legal Notices"
109 92    to the extent that it includes a convenient and prominently visible
110 93    feature that (1) displays an appropriate copyright notice, and (2)
111 94    tells the user that there is no warranty for the work (except to the
114 97    the interface presents a list of user commands or options, such as a
115 98    menu, a prominent item in the list meets this criterion.
116 99
117      -   1. Source Code.
    100 + 1. Source Code.
118 101
119      -   The "source code" for a work means the preferred form of the work
    102 + The "source code" for a work means the preferred form of the work
120 103    for making modifications to it.  "Object code" means any non-source
121 104    form of a work.
122 105
123      -   A "Standard Interface" means an interface that either is an official
    106 + A "Standard Interface" means an interface that either is an official
124 107    standard defined by a recognized standards body, or, in the case of
125 108    interfaces specified for a particular programming language, one that
```

N4J_019189

```
126  109       is widely used among developers working in that language.
127  110

128        - __The "System Libraries" of an executable work include anything, other
     111  + The "System Libraries" of an executable work include anything, other
129  112       than the work as a whole, that (a) is included in the normal form of
130  113       packaging a Major Component, but which is not part of that Major
131  114       Component, and (b) serves only to enable use of the work with that
136  119       (if any) on which the executable work runs, or a compiler used to
137  120       produce the work, or an object code interpreter used to run it.
138  121

139        - __The "Corresponding Source" for a work in object code form means all
     122  + The "Corresponding Source" for a work in object code form means all
140  123       the source code needed to generate, install, and (for an executable
141  124       work) run the object code and to modify the work, including scripts to
142  125       control those activities.  However, it does not include the work's
149  132       such as by intimate data communication or control flow between those
150  133       subprograms and other parts of the work.
151  134

152        - __The Corresponding Source need not include anything that users
     135  + The Corresponding Source need not include anything that users
153  136       can regenerate automatically from other parts of the Corresponding
154  137       Source.
155  138

156        - __The Corresponding Source for a work in source code form is that
     139  + The Corresponding Source for a work in source code form is that
157  140       same work.
158  141

159        - __2. Basic Permissions.
     142  + 2. Basic Permissions.
160  143

161        - __All rights granted under this License are granted for the term of
     144  + All rights granted under this License are granted for the term of
162  145       copyright on the Program, and are irrevocable provided the stated
163  146       conditions are met.  This License explicitly affirms your unlimited
164  147       permission to run the unmodified Program.  The output from running a
165  148       covered work is covered by this License only if the output, given its
166  149       content, constitutes a covered work.  This License acknowledges your
167  150       rights of fair use or other equivalent, as provided by copyright law.
168  151

169        - __You may make, run and propagate covered works that you do not
     152  + You may make, run and propagate covered works that you do not
170  153       convey, without conditions so long as your license otherwise remains
171  154       in force.  You may convey covered works to others for the sole purpose
172  155       of having them make modifications exclusively for you, or provide you
177  160       and control, on terms that prohibit them from making any copies of
178  161       your copyrighted material outside their relationship with you.
179  162

180        - __Conveying under any other circumstances is permitted solely under
     163  + Conveying under any other circumstances is permitted solely under
181  164       the conditions stated below.  Sublicensing is not allowed; section 10
182  165       makes it unnecessary.
183  166

184        - __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186        - __No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170       measure under any applicable law fulfilling obligations under article
188  171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172       similar laws prohibiting or restricting circumvention of such
190  173       measures.
191  174

192        - __When you convey a covered work, you waive any legal power to forbid
```

N4J_019190

```
175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182

200      -   4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184

202      -   You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192

210      -   You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195

213      -   5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197

215      -   You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201

219      -     a) The work must carry prominent notices stating that you modified
220      -     it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204

222      -     b) The work must carry prominent notices stating that it is
223      -     released under this License and any conditions added under section
224      -     7.  This requirement modifies the requirement in section 4 to
225      -     "keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209

227      -     c) You must license the entire work, as a whole, under this
228      -     License to anyone who comes into possession of a copy.  This
229      -     License will therefore apply, along with any applicable section 7
230      -     additional terms, to the whole of the work, and all its parts,
231      -     regardless of how they are packaged.  This License gives no
232      -     permission to license the work in any other way, but it does not
233      -     invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217

235      -     d) If the work has interactive user interfaces, each must display
236      -     Appropriate Legal Notices; however, if the Program has interactive
```

N4J_019191

Update ... on ...  add ... to ... graph foundation/ongdb ... · GitHub

```
237                  -   ___interfaces that do not display Appropriate Legal Notices, your
238                  -   ___work need not make them do so.
             218     +  d) If the work has interactive user interfaces, each must display
             219     +  Appropriate Legal Notices; however, if the Program has interactive
             220     +  interfaces that do not display Appropriate Legal Notices, your
             221     +  work need not make them do so.
239          222
240                  -   __A compilation of a covered work with other separate and independent
             223     +  A compilation of a covered work with other separate and independent
241          224          works, which are not by their nature extensions of the covered work,
242          225          and which are not combined with it such as to form a larger program,
243          226          in or on a volume of a storage or distribution medium, is called an
247          230          in an aggregate does not cause this License to apply to the other
248          231          parts of the aggregate.
249          232
250                  -   __6. Conveying Non-Source Forms.
             233     +  6. Conveying Non-Source Forms.
251          234
252                  -   __You may convey a covered work in object code form under the terms
             235     +  You may convey a covered work in object code form under the terms
253          236          of sections 4 and 5, provided that you also convey the
254          237          machine-readable Corresponding Source under the terms of this License,
255          238          in one of these ways:
256          239
257                  -   ____a) Convey the object code in, or embodied in, a physical product
258                  -   ____(including a physical distribution medium), accompanied by the
259                  -   ____Corresponding Source fixed on a durable physical medium
260                  -   ____customarily used for software interchange.
261                  -
262                  -   ____b) Convey the object code in, or embodied in, a physical product
263                  -   ____(including a physical distribution medium), accompanied by a
264                  -   ____written offer, valid for at least three years and valid for as
265                  -   ____long as you offer spare parts or customer support for that product
266                  -   ____model, to give anyone who possesses the object code either (1) a
267                  -   ____copy of the Corresponding Source for all the software in the
268                  -   ____product that is covered by this License, on a durable physical
269                  -   ____medium customarily used for software interchange, for a price no
270                  -   ____more than your reasonable cost of physically performing this
271                  -   ____conveying of source, or (2) access to copy the
272                  -   ____Corresponding Source from a network server at no charge.
273                  -
274                  -   ____c) Convey individual copies of the object code with a copy of the
275                  -   ____written offer to provide the Corresponding Source.  This
276                  -   ____alternative is allowed only occasionally and noncommercially, and
277                  -   ____only if you received the object code with such an offer, in accord
278                  -   ____with subsection 6b.
279                  -
280                  -   ____d) Convey the object code by offering access from a designated
281                  -   ____place (gratis or for a charge), and offer equivalent access to the
282                  -   ____Corresponding Source in the same way through the same place at no
283                  -   ____further charge.  You need not require recipients to copy the
284                  -   ____Corresponding Source along with the object code.  If the place to
285                  -   ____copy the object code is a network server, the Corresponding Source
286                  -   ____may be on a different server (operated by you or a third party)
287                  -   ____that supports equivalent copying facilities, provided you maintain
288                  -   ____clear directions next to the object code saying where to find the
289                  -   ____Corresponding Source.  Regardless of what server hosts the
290                  -   ____Corresponding Source, you remain obligated to ensure that it is
291                  -   ____available for as long as needed to satisfy these requirements.
292                  -
293                  -   ____e) Convey the object code using peer-to-peer transmission, provided
294                  -   ____you inform other peers where the object code and Corresponding
295                  -   ____Source of the work are being offered to the general public at no
```

```
296    -    ___ charge under subsection 6d.
297    -
298    -
       -    ___ A separable portion of the object code, whose source code is excluded
240    +   a) Convey the object code in, or embodied in, a physical product
241    +   (including a physical distribution medium), accompanied by the
242    +   Corresponding Source fixed on a durable physical medium
243    +   customarily used for software interchange.
244    +
245    +   b) Convey the object code in, or embodied in, a physical product
246    +   (including a physical distribution medium), accompanied by a
247    +   written offer, valid for at least three years and valid for as
248    +   long as you offer spare parts or customer support for that product
249    +   model, to give anyone who possesses the object code either (1) a
250    +   copy of the Corresponding Source for all the software in the
251    +   product that is covered by this License, on a durable physical
252    +   medium customarily used for software interchange, for a price no
253    +   more than your reasonable cost of physically performing this
254    +   conveying of source, or (2) access to copy the
255    +   Corresponding Source from a network server at no charge.
256    +
257    +   c) Convey individual copies of the object code with a copy of the
258    +   written offer to provide the Corresponding Source.  This
259    +   alternative is allowed only occasionally and noncommercially, and
260    +   only if you received the object code with such an offer, in accord
261    +   with subsection 6b.
262    +
263    +   d) Convey the object code by offering access from a designated
264    +   place (gratis or for a charge), and offer equivalent access to the
265    +   Corresponding Source in the same way through the same place at no
266    +   further charge.  You need not require recipients to copy the
267    +   Corresponding Source along with the object code.  If the place to
268    +   copy the object code is a network server, the Corresponding Source
269    +   may be on a different server (operated by you or a third party)
270    +   that supports equivalent copying facilities, provided you maintain
271    +   clear directions next to the object code saying where to find the
272    +   Corresponding Source.  Regardless of what server hosts the
273    +   Corresponding Source, you remain obligated to ensure that it is
274    +   available for as long as needed to satisfy these requirements.
275    +
276    +   e) Convey the object code using peer-to-peer transmission, provided
277    +   you inform other peers where the object code and Corresponding
278    +   Source of the work are being offered to the general public at no
279    +   charge under subsection 6d.
280    +
281    +   A separable portion of the object code, whose source code is excluded
282    from the Corresponding Source as a System Library, need not be
283    included in conveying the object code work.
284
302    -    ___ A "User Product" is either (1) a "consumer product", which means any
285    +   A "User Product" is either (1) a "consumer product", which means any
286    tangible personal property which is normally used for personal, family,
287    or household purposes, or (2) anything designed or sold for incorporation
288    into a dwelling.  In determining whether a product is a consumer product,
295    commercial, industrial or non-consumer uses, unless such uses represent
296    the only significant mode of use of the product.
297
315    -    ___ "Installation Information" for a User Product means any methods,
298    +   "Installation Information" for a User Product means any methods,
299    procedures, authorization keys, or other information required to install
300    and execute modified versions of a covered work in that User Product from
301    a modified version of its Corresponding Source.  The information must
302    suffice to ensure that the continued functioning of the modified object
303    code is in no case prevented or interfered with solely because
```

N4J_019193

```
321  304        modification has been made.
322  305
323           - __If you convey an object code work under this section in, or with, or
     306      + If you convey an object code work under this section in, or with, or
324  307        specifically for use in, a User Product, and the conveying occurs as
325  308        part of a transaction in which the right of possession and use of the
326  309        User Product is transferred to the recipient in perpetuity or for a
331  314        modified object code on the User Product (for example, the work has
332  315        been installed in ROM).
333  316
334           - __The requirement to provide Installation Information does not include a
     317      + The requirement to provide Installation Information does not include a
335  318        requirement to continue to provide support service, warranty, or updates
336  319        for a work that has been modified or installed by the recipient, or for
337  320        the User Product in which it has been modified or installed.  Access to a
338  321        network may be denied when the modification itself materially and
339  322        adversely affects the operation of the network or violates the rules and
340  323        protocols for communication across the network.
341  324
342           - __Corresponding Source conveyed, and Installation Information provided,
     325      + Corresponding Source conveyed, and Installation Information provided,
343  326        in accord with this section must be in a format that is publicly
344  327        documented (and with an implementation available to the public in
345  328        source code form), and must require no special password or key for
346  329        unpacking, reading or copying.
347  330
348           - __7. Additional Terms.
     331      + 7. Additional Terms.
349  332
350           - __"Additional permissions" are terms that supplement the terms of this
     333      + "Additional permissions" are terms that supplement the terms of this
351  334        License by making exceptions from one or more of its conditions.
352  335        Additional permissions that are applicable to the entire Program shall
353  336        be treated as though they were included in this License, to the extent
356  339        under those permissions, but the entire Program remains governed by
357  340        this License without regard to the additional permissions.
358  341
359           - __When you convey a copy of a covered work, you may at your option
     342      + When you convey a copy of a covered work, you may at your option
360  343        remove any additional permissions from that copy, or from any part of
361  344        it.  (Additional permissions may be written to require their own
362  345        removal in certain cases when you modify the work.)  You may place
363  346        additional permissions on material, added by you to a covered work,
364  347        for which you have or can give appropriate copyright permission.
365  348
366           - __Notwithstanding any other provision of this License, for material you
     349      + Notwithstanding any other provision of this License, for material you
367  350        add to a covered work, you may (if authorized by the copyright holders of
368  351        that material) supplement the terms of this License with terms:
369  352
370           - ____a) Disclaiming warranty or limiting liability differently from the
371           - ____terms of sections 15 and 16 of this License; or
     353      + a) Disclaiming warranty or limiting liability differently from the
     354      + terms of sections 15 and 16 of this License; or
372  355
373           - ____b) Requiring preservation of specified reasonable legal notices or
374           - ____author attributions in that material or in the Appropriate Legal
375           - ____Notices displayed by works containing it; or
     356      + b) Requiring preservation of specified reasonable legal notices or
     357      + author attributions in that material or in the Appropriate Legal
     358      + Notices displayed by works containing it; or
376  359
377           - ____c) Prohibiting misrepresentation of the origin of that material, or
```

```
378          -    ___requiring that modified versions of such material be marked in
379          -    ___reasonable ways as different from the original version; or
        360  +  c) Prohibiting misrepresentation of the origin of that material, or
        361  +  requiring that modified versions of such material be marked in
        362  +  reasonable ways as different from the original version; or
380     363
381          -    ___d) Limiting the use for publicity purposes of names of licensors or
382          -    ___authors of the material; or
        364  +  d) Limiting the use for publicity purposes of names of licensors or
        365  +  authors of the material; or
383     366
384          -    ___e) Declining to grant rights under trademark law for use of some
385          -    ___trade names, trademarks, or service marks; or
        367  +  e) Declining to grant rights under trademark law for use of some
        368  +  trade names, trademarks, or service marks; or
386     369
387          -    ___f) Requiring indemnification of licensors and authors of that
388          -    ___material by anyone who conveys the material (or modified versions of
389          -    ___it) with contractual assumptions of liability to the recipient, for
390          -    ___any liability that these contractual assumptions directly impose on
391          -    ___those licensors and authors.
        370  +  f) Requiring indemnification of licensors and authors of that
        371  +  material by anyone who conveys the material (or modified versions of
        372  +  it) with contractual assumptions of liability to the recipient, for
        373  +  any liability that these contractual assumptions directly impose on
        374  +  those licensors and authors.
392     375
393          -    ___All other non-permissive additional terms are considered "further
        376  +  All other non-permissive additional terms are considered "further
394     377     restrictions" within the meaning of section 10.  If the Program as you
395     378     received it, or any part of it, contains a notice stating that it is
396          -  governed by this License along with a term that is a further restriction,
397          -  you may remove that term.  If a license document contains a further
398          -  restriction but permits relicensing or conveying under this License, you
399          -  may add to a covered work material governed by the terms of that license
400          -  document, provided that the further restriction does not survive such
401          -  relicensing or conveying.
402          -
403          -    ___If you add terms to a covered work in accord with this section, you
        379  +  governed by this License along with a term that is a further
        380  +  restriction, you may remove that term.  If a license document contains
        381  +  a further restriction but permits relicensing or conveying under this
        382  +  License, you may add to a covered work material governed by the terms
        383  +  of that license document, provided that the further restriction does
        384  +  not survive such relicensing or conveying.
        385  +
        386  +  If you add terms to a covered work in accord with this section, you
404     387     must place, in the relevant source files, a statement of the
405     388     additional terms that apply to those files, or a notice indicating
406     389     where to find the applicable terms.
407     390
408          -    ___Additional terms, permissive or non-permissive, may be stated in the
        391  +  Additional terms, permissive or non-permissive, may be stated in the
409     392     form of a separately written license, or stated as exceptions;
410     393     the above requirements apply either way.
411     394
412          -    ___8. Termination.
        395  +  8. Termination.
413     396
414          -    ___You may not propagate or modify a covered work except as expressly
        397  +  You may not propagate or modify a covered work except as expressly
415     398     provided under this License.  Any attempt otherwise to propagate or
416     399     modify it is void, and will automatically terminate your rights under
```

N4J_019195

| 417 | 400 | | this License (including any patent licenses granted under the third |
| 418 | 401 | | paragraph of section 11). |
| 419 | 402 | | |
| 420 | | - | __However, if you cease all violation of this License, then your |
| | 403 | + | However, if you cease all violation of this License, then your |
| 421 | 404 | | license from a particular copyright holder is reinstated (a) |
| 422 | 405 | | provisionally, unless and until the copyright holder explicitly and |
| 423 | 406 | | finally terminates your license, and (b) permanently, if the copyright |
| 424 | 407 | | holder fails to notify you of the violation by some reasonable means |
| 425 | 408 | | prior to 60 days after the cessation. |
| 426 | 409 | | |
| 427 | | - | __Moreover, your license from a particular copyright holder is |
| | 410 | + | Moreover, your license from a particular copyright holder is |
| 428 | 411 | | reinstated permanently if the copyright holder notifies you of the |
| 429 | 412 | | violation by some reasonable means, this is the first time you have |
| 430 | 413 | | received notice of violation of this License (for any work) from that |
| 431 | 414 | | copyright holder, and you cure the violation prior to 30 days after |
| 432 | 415 | | your receipt of the notice. |
| 433 | 416 | | |
| 434 | | - | __Termination of your rights under this section does not terminate the |
| | 417 | + | Termination of your rights under this section does not terminate the |
| 435 | 418 | | licenses of parties who have received copies or rights from you under |
| 436 | 419 | | this License.  If your rights have been terminated and not permanently |
| 437 | 420 | | reinstated, you do not qualify to receive new licenses for the same |
| 438 | 421 | | material under section 10. |
| 439 | 422 | | |
| 440 | | - | __9. Acceptance Not Required for Having Copies. |
| | 423 | + | 9. Acceptance Not Required for Having Copies. |
| 441 | 424 | | |
| 442 | | - | __You are not required to accept this License in order to receive or |
| | 425 | + | You are not required to accept this License in order to receive or |
| 443 | 426 | | run a copy of the Program.  Ancillary propagation of a covered work |
| 444 | 427 | | occurring solely as a consequence of using peer-to-peer transmission |
| 445 | 428 | | to receive a copy likewise does not require acceptance.  However, |
| 448 | 431 | | not accept this License.  Therefore, by modifying or propagating a |
| 449 | 432 | | covered work, you indicate your acceptance of this License to do so. |
| 450 | 433 | | |
| 451 | | - | __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + | 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | | |
| 453 | | - | __Each time you convey a covered work, the recipient automatically |
| | 436 | + | Each time you convey a covered work, the recipient automatically |
| 454 | 437 | | receives a license from the original licensors, to run, modify and |
| 455 | 438 | | propagate that work, subject to this License.  You are not responsible |
| 456 | 439 | | for enforcing compliance by third parties with this License. |
| 457 | 440 | | |
| 458 | | - | __An "entity transaction" is a transaction transferring control of an |
| | 441 | + | An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | | organization, or merging organizations.  If propagation of a covered |
| 461 | 444 | | work results from an entity transaction, each party to that |
| 465 | 448 | | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | | |
| 468 | | - | __You may not impose any further restrictions on the exercise of the |
| | 451 | + | You may not impose any further restrictions on the exercise of the |
| 469 | 452 | | rights granted or affirmed under this License.  For example, you may |
| 470 | 453 | | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | | sale, or importing the Program or any portion of it. |
| 475 | 458 | | |

N4J_019196

10/2/2019　update-ongdb/LICENSE.txt file to Dual-license also to not violate AGPLv3 license of original ongdb code · GitHub

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 471 of 1198

```
476    459  -    __11. Patents.
       459  +    11. Patents.
477    460

478    461  -    __A "contributor" is a copyright holder who authorizes use under this
       461  +    A "contributor" is a copyright holder who authorizes use under this
479    462       License of the Program or a work on which the Program is based.  The
480    463       work thus licensed is called the contributor's "contributor version".
481    464

482    465  -    __A contributor's "essential patent claims" are all patent claims
       465  +    A contributor's "essential patent claims" are all patent claims
483    466       owned or controlled by the contributor, whether already acquired or
484    467       hereafter acquired, that would be infringed by some manner, permitted
485    468       by this License, of making, using, or selling its contributor version,
489    472       patent sublicenses in a manner consistent with the requirements of
490    473       this License.
491    474

492    475  -    __Each contributor grants you a non-exclusive, worldwide, royalty-free
       475  +    Each contributor grants you a non-exclusive, worldwide, royalty-free
493    476       patent license under the contributor's essential patent claims, to
494    477       make, use, sell, offer for sale, import and otherwise run, modify and
495    478       propagate the contents of its contributor version.
496    479

497    480  -    __In the following three paragraphs, a "patent license" is any express
       480  +    In the following three paragraphs, a "patent license" is any express
498    481       agreement or commitment, however denominated, not to enforce a patent
499    482       (such as an express permission to practice a patent or covenant not to
500    483       sue for patent infringement).  To "grant" such a patent license to a
501    484       party means to make such an agreement or commitment not to enforce a
502    485       patent against the party.
503    486

504    487  -    __If you convey a covered work, knowingly relying on a patent license,
       487  +    If you convey a covered work, knowingly relying on a patent license,
505    488       and the Corresponding Source of the work is not available for anyone
506    489       to copy, free of charge and under the terms of this License, through a
507    490       publicly available network server or other readily accessible means,
515    498       in a country, would infringe one or more identifiable patents in that
516    499       country that you have reason to believe are valid.
517    500

518    501  -    __If, pursuant to or in connection with a single transaction or
       501  +    If, pursuant to or in connection with a single transaction or
519    502       arrangement, you convey, or propagate by procuring conveyance of, a
520    503       covered work, and grant a patent license to some of the parties
521    504       receiving the covered work authorizing them to use, propagate, modify
522    505       or convey a specific copy of the covered work, then the patent license
523    506       you grant is automatically extended to all recipients of the covered
524    507       work and works based on it.
525    508

526    509  -    __A patent license is "discriminatory" if it does not include within
       509  +    A patent license is "discriminatory" if it does not include within
527    510       the scope of its coverage, prohibits the exercise of, or is
528    511       conditioned on the non-exercise of one or more of the rights that are
529    512       specifically granted under this License.  You may not convey a covered
538    521       the covered work, unless you entered into that arrangement,
539    522       or that patent license was granted, prior to 28 March 2007.
540    523

541    524  -    __Nothing in this License shall be construed as excluding or limiting
       524  +    Nothing in this License shall be construed as excluding or limiting
542    525       any implied license or other defenses to infringement that may
543    526       otherwise be available to you under applicable patent law.
544    527

545    528  -    __12. No Surrender of Others' Freedom.
       528  +    12. No Surrender of Others' Freedom.
546    529
```

N4J_019197

```
547          -   __If conditions are imposed on you (whether by court order, agreement or
     530     +   If conditions are imposed on you (whether by court order, agreement or
548  531         otherwise) that contradict the conditions of this License, they do not
549  532         excuse you from the conditions of this License.  If you cannot convey a
550  533         covered work so as to satisfy simultaneously your obligations under this
554  538         the Program, the only way you could satisfy both those terms and this
555  539         License would be to refrain entirely from conveying the Program.

556  539
557          -   __13. Remote Network Interaction; Use with the GNU General Public License.
     540     +   13. Remote Network Interaction; Use with the GNU General Public License.

558  541
559          -   __Notwithstanding any other provision of this License, if you modify the
     542     +   Notwithstanding any other provision of this License, if you modify the
560  543         Program, your modified version must prominently offer all users
561  544         interacting with it remotely through a computer network (if your version
562  545         supports such interaction) an opportunity to receive the Corresponding
567  550         of the GNU General Public License that is incorporated pursuant to the
568  551         following paragraph.

569  552
570          -   __Notwithstanding any other provision of this License, you have permission
571          -   to link or combine any covered work with a work licensed under version 3
572          -   of the GNU General Public License into a single combined work, and to
573          -   convey the resulting work.  The terms of this license will continue to
574          -   apply to the part which is the covered work, but the work with which it is
575          -   combined will remain governed by version 3 of the GNU General Public
576          -   License.

577          -
578          -   14. Revised Versions of this License.

579          -
580          -   __The Free Software Foundation may publish revised and/or new versions of
581          -   the GNU Affero General Public License from time to time.  Such new
582          -   versions will be similar in spirit to the present version, but may differ
583          -   in detail to address new problems or concerns.

584          -
585          -   __Each version is given a distinguishing version number.  If the
586          -   Program specifies that a certain numbered version of the GNU Affero
587          -   General Public License "or any later version" applies to it, you have
588          -   the option of following the terms and conditions either of that
589          -   numbered version or of any later version published by the Free
590          -   Software Foundation.  If the Program does not specify a version number
591          -   of the GNU Affero General Public License, you may choose any version
592          -   ever published by the Free Software Foundation.

593          -
594          -   __If the Program specifies that a proxy can decide which future
595          -   versions of the GNU Affero General Public License can be used, that
596          -   proxy's public statement of acceptance of a version permanently
597          -   authorizes you to choose that version for the Program.

598          -
599          -   __Later license versions may give you additional or different
     553     +   Notwithstanding any other provision of this License, you have
     554     +   permission to link or combine any covered work with a work licensed
     555     +   under version 3 of the GNU General Public License into a single
     556     +   combined work, and to convey the resulting work.  The terms of this
     557     +   License will continue to apply to the part which is the covered work,
     558     +   but the work with which it is combined will remain governed by version
     559     +   3 of the GNU General Public License.

     560     +
     561     +   14. Revised Versions of this License.

     562     +
     563     +   The Free Software Foundation may publish revised and/or new versions of
     564     +   the GNU Affero General Public License from time to time.  Such new versions
     565     +   will be similar in spirit to the present version, but may differ in detail to
     566     +   address new problems or concerns.
```

N4J_019198

```
567   +
568   + Each version is given a distinguishing version number.  If the
569   + Program specifies that a certain numbered version of the GNU Affero General
570   + Public License "or any later version" applies to it, you have the
571   + option of following the terms and conditions either of that numbered
572   + version or of any later version published by the Free Software
573   + Foundation.  If the Program does not specify a version number of the
574   + GNU Affero General Public License, you may choose any version ever published
575   + by the Free Software Foundation.
576   +
577   + If the Program specifies that a proxy can decide which future
578   + versions of the GNU Affero General Public License can be used, that proxy's
579   + public statement of acceptance of a version permanently authorizes you
580   + to choose that version for the Program.
581   +
582   + Later license versions may give you additional or different
600  583     permissions.  However, no additional obligations are imposed on any
601  584     author or copyright holder as a result of your choosing to follow a
602  585     later version.
603  586
604        -   15. Disclaimer of Warranty.
     587  + 15. Disclaimer of Warranty.
605  588
606        -   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615        -   16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599
617        -   IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608     SUCH DAMAGES.
626  609
627        -   17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611
629        -   If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613     above cannot be given local legal effect according to their terms,
631  614     reviewing courts shall apply local law that most closely approximates
632  615     an absolute waiver of all civil liability in connection with the
633  616     Program, unless a warranty or assumption of liability accompanies a
634  617     copy of the Program in return for a fee.
635  618
636        -                     END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620
638        -              How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640        -   If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624     possible use to the public, the best way to achieve this is to make it
642  625     free software which everyone can redistribute and change under these terms.
```

```
643  626
644        -  _ To do so, attach the following notices to the program.  It is safest
     627   + To do so, attach the following notices to the program.  It is safest
645  628     to attach them to the start of each source file to most effectively
646  629     state the exclusion of warranty; and each file should have at least
647  630     the "copyright" line and a pointer to where the full notice is found.
648  631
649        -  ____<one line to give the program's name and a brief idea of what it does.>
650        -  ____Copyright (C) <year>  <name of author>
     632   + <one line to give the program's name and a brief idea of what it does.>
     633   + Copyright (C) <year>  <name of author>
651  634
652        -  ____This program is free software: you can redistribute it and/or modify
653        -  ____it under the terms of the GNU Affero General Public License as
654        -  ____published by the Free Software Foundation, either version 3 of the
655        -  ____License, or (at your option) any later version.
     635   + This program is free software: you can redistribute it and/or modify
     636   + it under the terms of the GNU Affero General Public License as published by
     637   + the Free Software Foundation, either version 3 of the License, or
     638   + (at your option) any later version.
656  639
657        -  ____This program is distributed in the hope that it will be useful,
658        -  ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659        -  ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660        -  ____GNU Affero General Public License for more details.
     640   + This program is distributed in the hope that it will be useful,
     641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643   + GNU Affero General Public License for more details.
661  644
662        -  ____You should have received a copy of the GNU Affero General Public License
663        -  ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645   + You should have received a copy of the GNU Affero General Public License
     646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648     Also add information on how to contact you by electronic and paper mail.
666  649
667        -  _ If your software can interact with users remotely through a computer
     650   + If your software can interact with users remotely through a computer
668  651     network, you should also make sure that it provides a way for users to
669  652     get its source.  For example, if your program is a web application, its
670  653     interface could display a "Source" link that leads users to an archive
671  654     of the code.  There are many ways you could offer source, and different
672  655     solutions will be better for different programs; see section 13 for the
673  656     specific requirements.
674  657
675        -  __You should also get your employer (if you work as a programmer) or school,
     658   + You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678        - <http://www.gnu.org/licenses/>.
679        -
680        -
681        - "Commons Clause" License Condition
682        -
683        - The Software is provided to you by the Licensor under the License, as
684        - defined below, subject to the following condition. Without limiting
685        - other conditions in the License, the grant of rights under the License
686        - will not include, and the License does not grant to you, the right to
687        - Sell the Software.  For purposes of the foregoing, "Sell" means
688        - practicing any or all of the rights granted to you under the License
689        - to provide to third parties, for a fee or other consideration,
690        - a product or service that consists, entirely or substantially,
```

N4J_019200

```
691      - of the Software or the functionality of the Software. Any license
692      - notice or attribution required by the License must also include
693      - this Commons Cause License Condition notice.
     661 + <https://www.gnu.org/licenses/>.
```

486 ■■■■ enterprise/cypher/slotted-runtime/LICENSE.txt

```
...    ...   @@ -1,51 +1,35 @@
1            - NOTICE
2            - This package contains software licensed under different
3            - licenses, please refer to the NOTICE.txt file for further
4            - information and LICENSES.txt for full license texts.
       1     + GNU AFFERO GENERAL PUBLIC LICENSE
       2     +   Version 3, 19 November 2007
5      3
6            - Neo4j Enterprise object code can be licensed independently from
7            - the source under separate commercial terms. Email inquiries can be
8            - directed to: licensing@neo4j.com. More information is also
9            - available at:https://neo4j.com/licensing/
       4     + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
       5     + Everyone is permitted to copy and distribute verbatim copies
       6     + of this license document, but changing it is not allowed.
10     7
11           - The software ("Software") is developed and owned by Neo4j Sweden AB
12           - (referred to in this notice as "Neo4j") and is subject to the terms
13           - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
       8     + Preamble
14     9
15           -
16           -
17           -                    GNU AFFERO GENERAL PUBLIC LICENSE
18           -                       Version 3, 19 November 2007
19           -
20           -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21           -  Everyone is permitted to copy and distribute verbatim copies
22           -  of this license document, but changing it is not allowed.
23           -
24           -                             Preamble
25           -
26           -   The GNU Affero General Public License is a free, copyleft license
27           - for software and other kinds of works, specifically designed to ensure
       10    + The GNU Affero General Public License is a free, copyleft license for
       11    + software and other kinds of works, specifically designed to ensure
28     12      cooperation with the community in the case of network server software.
29     13
30           -   The licenses for most software and other practical works are
31           - designed to take away your freedom to share and change the works.  By
32           - contrast, our General Public Licenses are intended to guarantee your
33           - freedom to share and change all versions of a program--to make sure it
34           - remains free software for all its users.
       14    + The licenses for most software and other practical works are designed
       15    + to take away your freedom to share and change the works.  By contrast,
       16    + our General Public Licenses are intended to guarantee your freedom to
       17    + share and change all versions of a program--to make sure it remains free
       18    + software for all its users.
35     19
36           -   When we speak of free software, we are referring to freedom, not
       20    + When we speak of free software, we are referring to freedom, not
37     21      price.  Our General Public Licenses are designed to make sure that you
38     22      have the freedom to distribute copies of free software (and charge for
39     23      them if you wish), that you receive source code or can get it if you
40     24      want it, that you can change the software or use pieces of it in new
41     25      free programs, and that you know you can do these things.
```

N4J_019201

```
42  26
43      -  __Developers that use our General Public Licenses protect your rights
    27  + Developers that use our General Public Licenses protect your rights
44  28     with two steps: (1) assert copyright on the software, and (2) offer
45  29     you this License which gives you legal permission to copy, distribute
46  30     and/or modify the software.
47  31
48      -  __A secondary benefit of defending all users' freedom is that
    32  + A secondary benefit of defending all users' freedom is that
49  33     improvements made in alternate versions of the program, if they
50  34     receive widespread use, become available for other developers to
51  35     incorporate.  Many developers of free software are heartened and
55  39     letting the public access it on a server without ever releasing its
56  40     source code to the public.
57  41
58      -  __The GNU Affero General Public License is designed specifically to
    42  + The GNU Affero General Public License is designed specifically to
59  43     ensure that, in such cases, the modified source code becomes available
60  44     to the community.  It requires the operator of a network server to
61  45     provide the source code of the modified version running there to the
62  46     users of that server.  Therefore, public use of a modified version, on
63  47     a publicly accessible server, gives the public access to the source
64  48     code of the modified version.
65  49
66      -  __An older license, called the Affero General Public License and
    50  + An older license, called the Affero General Public License and
67  51     published by Affero, was designed to accomplish similar goals.  This is
68  52     a different license, not a version of the Affero GPL, but Affero has
69  53     released a new version of the Affero GPL which permits relicensing under
70  54     this license.
71  55
72      -  __The precise terms and conditions for copying, distribution and
    56  + The precise terms and conditions for copying, distribution and
73  57     modification follow.
74  58
75      -                       TERMS AND CONDITIONS
    59  + TERMS AND CONDITIONS
    60  +
    61  + 0. Definitions.
76  62
77      -   0. Definitions.
    63  + "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79      -   "This License" refers to version 3 of the GNU Affero General Public
80      - License.
    65  + "Copyright" also means copyright-like laws that apply to other kinds of
    66  + works, such as semiconductor masks.
81  67
82      -    "Copyright" also means copyright-like laws that apply to other kinds
83      - of works, such as semiconductor masks.
84      -
85      -    "The Program" refers to any copyrightable work licensed under this
    68  + "The Program" refers to any copyrightable work licensed under this
86  69     License.  Each licensee is addressed as "you".  "Licensees" and
87  70     "recipients" may be individuals or organizations.
88  71
89      -  __To "modify" a work means to copy from or adapt all or part of the work
    72  + To "modify" a work means to copy from or adapt all or part of the work
90  73     in a fashion requiring copyright permission, other than the making of an
91  74     exact copy.  The resulting work is called a "modified version" of the
92  75     earlier work or a work "based on" the earlier work.
93  76
94      -  __A "covered work" means either the unmodified Program or a work based
```

```
 95   77   + A "covered work" means either the unmodified Program or a work based
 96   78     on the Program.
      79
 97   80   - __To "propagate" a work means to do anything with it that, without
      80   + To "propagate" a work means to do anything with it that, without
 98   81     permission, would make you directly or secondarily liable for
 99   82     infringement under applicable copyright law, except executing it on a
100   83     computer or modifying a private copy.  Propagation includes copying,
101   84     distribution (with or without modification), making available to the
102   85     public, and in some countries other activities as well.
103   86
104   87   - __To "convey" a work means any kind of propagation that enables other
      87   + To "convey" a work means any kind of propagation that enables other
105   88     parties to make or receive copies.  Mere interaction with a user through
106   89     a computer network, with no transfer of a copy, is not conveying.
107   90
108   91   - __An interactive user interface displays "Appropriate Legal Notices"
      91   + An interactive user interface displays "Appropriate Legal Notices"
109   92     to the extent that it includes a convenient and prominently visible
110   93     feature that (1) displays an appropriate copyright notice, and (2)
111   94     tells the user that there is no warranty for the work (except to the
114   97     the interface presents a list of user commands or options, such as a
115   98     menu, a prominent item in the list meets this criterion.
116   99
117  100   - __1. Source Code.
     100   + 1. Source Code.
118  101
119  102   - __The "source code" for a work means the preferred form of the work
     102   + The "source code" for a work means the preferred form of the work
120  103     for making modifications to it.  "Object code" means any non-source
121  104     form of a work.
122  105
123  106   - __A "Standard Interface" means an interface that either is an official
     106   + A "Standard Interface" means an interface that either is an official
124  107     standard defined by a recognized standards body, or, in the case of
125  108     interfaces specified for a particular programming language, one that
126  109     is widely used among developers working in that language.
127  110
128  111   - __The "System Libraries" of an executable work include anything, other
     111   + The "System Libraries" of an executable work include anything, other
129  112     than the work as a whole, that (a) is included in the normal form of
130  113     packaging a Major Component, but which is not part of that Major
131  114     Component, and (b) serves only to enable use of the work with that
136  119     (if any) on which the executable work runs, or a compiler used to
137  120     produce the work, or an object code interpreter used to run it.
138  121
139  122   - __The "Corresponding Source" for a work in object code form means all
     122   + The "Corresponding Source" for a work in object code form means all
140  123     the source code needed to generate, install, and (for an executable
141  124     work) run the object code and to modify the work, including scripts to
142  125     control those activities.  However, it does not include the work's
149  132     such as by intimate data communication or control flow between those
150  133     subprograms and other parts of the work.
151  134
152  135   - __The Corresponding Source need not include anything that users
     135   + The Corresponding Source need not include anything that users
153  136     can regenerate automatically from other parts of the Corresponding
154  137     Source.
155  138
156  139   - __The Corresponding Source for a work in source code form is that
     139   + The Corresponding Source for a work in source code form is that
157  140     same work.
158  141
```

N4J_019203

```
159            -   2. Basic Permissions.
       142     + 2. Basic Permissions.
160    143
161            -   All rights granted under this License are granted for the term of
       144     + All rights granted under this License are granted for the term of
162    145       copyright on the Program, and are irrevocable provided the stated
163    146       conditions are met.  This License explicitly affirms your unlimited
164    147       permission to run the unmodified Program.  The output from running a
165    148       covered work is covered by this License only if the output, given its
166    149       content, constitutes a covered work.  This License acknowledges your
167    150       rights of fair use or other equivalent, as provided by copyright law.
168    151
169            -   You may make, run and propagate covered works that you do not
       152     + You may make, run and propagate covered works that you do not
170    153       convey, without conditions so long as your license otherwise remains
171    154       in force.  You may convey covered works to others for the sole purpose
172    155       of having them make modifications exclusively for you, or provide you
177    160       and control, on terms that prohibit them from making any copies of
178    161       your copyrighted material outside their relationship with you.
179    162
180            -   Conveying under any other circumstances is permitted solely under
       163     + Conveying under any other circumstances is permitted solely under
181    164       the conditions stated below.  Sublicensing is not allowed; section 10
182    165       makes it unnecessary.
183    166
184            -   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
       167     + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185    168
186            -   No covered work shall be deemed part of an effective technological
       169     + No covered work shall be deemed part of an effective technological
187    170       measure under any applicable law fulfilling obligations under article
188    171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189    172       similar laws prohibiting or restricting circumvention of such
190    173       measures.
191    174
192            -   When you convey a covered work, you waive any legal power to forbid
       175     + When you convey a covered work, you waive any legal power to forbid
193    176       circumvention of technological measures to the extent such circumvention
194    177       is effected by exercising rights under this License with respect to
195    178       the covered work, and you disclaim any intention to limit operation or
196    179       modification of the work as a means of enforcing, against the work's
197    180       users, your or third parties' legal rights to forbid circumvention of
198    181       technological measures.
199    182
200            -   4. Conveying Verbatim Copies.
       183     + 4. Conveying Verbatim Copies.
201    184
202            -   You may convey verbatim copies of the Program's source code as you
       185     + You may convey verbatim copies of the Program's source code as you
203    186       receive it, in any medium, provided that you conspicuously and
204    187       appropriately publish on each copy an appropriate copyright notice;
205    188       keep intact all notices stating that this License and any
206    189       non-permissive terms added in accord with section 7 apply to the code;
207    190       keep intact all notices of the absence of any warranty; and give all
208    191       recipients a copy of this License along with the Program.
209    192
210            -   You may charge any price or no price for each copy that you convey,
       193     + You may charge any price or no price for each copy that you convey,
211    194       and you may offer support or warranty protection for a fee.
212    195
213            -   5. Conveying Modified Source Versions.
       196     + 5. Conveying Modified Source Versions.
214    197
```

N4J_019204

```
215        -    __You may convey a work based on the Program, or the modifications to
     198   +    You may convey a work based on the Program, or the modifications to
216  199        produce it from the Program, in the form of source code under the
217  200        terms of section 4, provided that you also meet all of these conditions:
218  201

219        -    ____a) The work must carry prominent notices stating that you modified
220        -    ____it, and giving a relevant date.
     202   +    a) The work must carry prominent notices stating that you modified
     203   +    it, and giving a relevant date.
221  204

222        -    ____b) The work must carry prominent notices stating that it is
223        -    ____released under this License and any conditions added under section
224        -    ____7.  This requirement modifies the requirement in section 4 to
225        -    ____"keep intact all notices".
     205   +    b) The work must carry prominent notices stating that it is
     206   +    released under this License and any conditions added under section
     207   +    7.  This requirement modifies the requirement in section 4 to
     208   +    "keep intact all notices".
226  209

227        -    ____c) You must license the entire work, as a whole, under this
228        -    ____License to anyone who comes into possession of a copy.  This
229        -    ____License will therefore apply, along with any applicable section 7
230        -    ____additional terms, to the whole of the work, and all its parts,
231        -    ____regardless of how they are packaged.  This License gives no
232        -    ____permission to license the work in any other way, but it does not
233        -    ____invalidate such permission if you have separately received it.
     210   +    c) You must license the entire work, as a whole, under this
     211   +    License to anyone who comes into possession of a copy.  This
     212   +    License will therefore apply, along with any applicable section 7
     213   +    additional terms, to the whole of the work, and all its parts,
     214   +    regardless of how they are packaged.  This License gives no
     215   +    permission to license the work in any other way, but it does not
     216   +    invalidate such permission if you have separately received it.
234  217

235        -    ____d) If the work has interactive user interfaces, each must display
236        -    ____Appropriate Legal Notices; however, if the Program has interactive
237        -    ____interfaces that do not display Appropriate Legal Notices, your
238        -    ____work need not make them do so.
     218   +    d) If the work has interactive user interfaces, each must display
     219   +    Appropriate Legal Notices; however, if the Program has interactive
     220   +    interfaces that do not display Appropriate Legal Notices, your
     221   +    work need not make them do so.
239  222

240        -    __A compilation of a covered work with other separate and independent
     223   +    A compilation of a covered work with other separate and independent
241  224        works, which are not by their nature extensions of the covered work,
242  225        and which are not combined with it such as to form a larger program,
243  226        in or on a volume of a storage or distribution medium, is called an
247  230        in an aggregate does not cause this License to apply to the other
248  231        parts of the aggregate.
249  232

250        -    __6. Conveying Non-Source Forms.
     233   +    6. Conveying Non-Source Forms.
251  234

252        -    __You may convey a covered work in object code form under the terms
     235   +    You may convey a covered work in object code form under the terms
253  236        of sections 4 and 5, provided that you also convey the
254  237        machine-readable Corresponding Source under the terms of this License,
255  238        in one of these ways:
256  239

257        -    ____a) Convey the object code in, or embodied in, a physical product
258        -    ____(including a physical distribution medium), accompanied by the
259        -    ____Corresponding Source fixed on a durable physical medium
```

N4J_019205

```
260    -    ___customarily used for software interchange.
261    -
262    -    ___b) Convey the object code in, or embodied in, a physical product
263    -    ___(including a physical distribution medium), accompanied by a
264    -    ___written offer, valid for at least three years and valid for as
265    -    ___long as you offer spare parts or customer support for that product
266    -    ___model, to give anyone who possesses the object code either (1) a
267    -    ___copy of the Corresponding Source for all the software in the
268    -    ___product that is covered by this License, on a durable physical
269    -    ___medium customarily used for software interchange, for a price no
270    -    ___more than your reasonable cost of physically performing this
271    -    ___conveying of source, or (2) access to copy the
272    -    ___Corresponding Source from a network server at no charge.
273    -
274    -    ___c) Convey individual copies of the object code with a copy of the
275    -    ___written offer to provide the Corresponding Source.  This
276    -    ___alternative is allowed only occasionally and noncommercially, and
277    -    ___only if you received the object code with such an offer, in accord
278    -    ___with subsection 6b.
279    -
280    -    ___d) Convey the object code by offering access from a designated
281    -    ___place (gratis or for a charge), and offer equivalent access to the
282    -    ___Corresponding Source in the same way through the same place at no
283    -    ___further charge.  You need not require recipients to copy the
284    -    ___Corresponding Source along with the object code.  If the place to
285    -    ___copy the object code is a network server, the Corresponding Source
286    -    ___may be on a different server (operated by you or a third party)
287    -    ___that supports equivalent copying facilities, provided you maintain
288    -    ___clear directions next to the object code saying where to find the
289    -    ___Corresponding Source.  Regardless of what server hosts the
290    -    ___Corresponding Source, you remain obligated to ensure that it is
291    -    ___available for as long as needed to satisfy these requirements.
292    -
293    -    ___e) Convey the object code using peer-to-peer transmission, provided
294    -    ___you inform other peers where the object code and Corresponding
295    -    ___Source of the work are being offered to the general public at no
296    -    ___charge under subsection 6d.
297    -
298    -    __A separable portion of the object code, whose source code is excluded
     240  + a) Convey the object code in, or embodied in, a physical product
     241  + (including a physical distribution medium), accompanied by the
     242  + Corresponding Source fixed on a durable physical medium
     243  + customarily used for software interchange.
     244  +
     245  + b) Convey the object code in, or embodied in, a physical product
     246  + (including a physical distribution medium), accompanied by a
     247  + written offer, valid for at least three years and valid for as
     248  + long as you offer spare parts or customer support for that product
     249  + model, to give anyone who possesses the object code either (1) a
     250  + copy of the Corresponding Source for all the software in the
     251  + product that is covered by this License, on a durable physical
     252  + medium customarily used for software interchange, for a price no
     253  + more than your reasonable cost of physically performing this
     254  + conveying of source, or (2) access to copy the
     255  + Corresponding Source from a network server at no charge.
     256  +
     257  + c) Convey individual copies of the object code with a copy of the
     258  + written offer to provide the Corresponding Source.  This
     259  + alternative is allowed only occasionally and noncommercially, and
     260  + only if you received the object code with such an offer, in accord
     261  + with subsection 6b.
     262  +
     263  + d) Convey the object code by offering access from a designated
```

N4J_019206

```
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284

302  -  __A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297

315  -  __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305

323  -  __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316

334  -  __The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
341  324

342  -  __Corresponding Source conveyed, and Installation Information provided,
     325  + Corresponding Source conveyed, and Installation Information provided,
343  326    in accord with this section must be in a format that is publicly
344  327    documented (and with an implementation available to the public in
345  328    source code form), and must require no special password or key for
346  329    unpacking, reading or copying.
347  330

348  -  __7. Additional Terms.
```

N4J_019207

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 482 of 1198
Update ongdb license to comment and not violate the 2nd paragraph of section 4 by ongdb · GitHub

```
  331  + 7. Additional Terms.
349  332
350       -   _"Additional permissions" are terms that supplement the terms of this
     333  + "Additional permissions" are terms that supplement the terms of this
351  334    License by making exceptions from one or more of its conditions.
352  335    Additional permissions that are applicable to the entire Program shall
353  336    be treated as though they were included in this License, to the extent
356  339    under those permissions, but the entire Program remains governed by
357  340    this License without regard to the additional permissions.
358  341
359       -   _When you convey a copy of a covered work, you may at your option
     342  + When you convey a copy of a covered work, you may at your option
360  343    remove any additional permissions from that copy, or from any part of
361  344    it.  (Additional permissions may be written to require their own
362  345    removal in certain cases when you modify the work.)  You may place
363  346    additional permissions on material, added by you to a covered work,
364  347    for which you have or can give appropriate copyright permission.
365  348
366       -   _Notwithstanding any other provision of this License, for material you
     349  + Notwithstanding any other provision of this License, for material you
367  350    add to a covered work, you may (if authorized by the copyright holders of
368  351    that material) supplement the terms of this License with terms:
369  352
370       -     _a) Disclaiming warranty or limiting liability differently from the
371       -     _terms of sections 15 and 16 of this License; or
     353  + a) Disclaiming warranty or limiting liability differently from the
     354  + terms of sections 15 and 16 of this License; or
372  355
373       -     _b) Requiring preservation of specified reasonable legal notices or
374       -     _author attributions in that material or in the Appropriate Legal
375       -     _Notices displayed by works containing it; or
     356  + b) Requiring preservation of specified reasonable legal notices or
     357  + author attributions in that material or in the Appropriate Legal
     358  + Notices displayed by works containing it; or
376  359
377       -     _c) Prohibiting misrepresentation of the origin of that material, or
378       -     _requiring that modified versions of such material be marked in
379       -     _reasonable ways as different from the original version; or
     360  + c) Prohibiting misrepresentation of the origin of that material, or
     361  + requiring that modified versions of such material be marked in
     362  + reasonable ways as different from the original version; or
380  363
381       -     _d) Limiting the use for publicity purposes of names of licensors or
382       -     _authors of the material; or
     364  + d) Limiting the use for publicity purposes of names of licensors or
     365  + authors of the material; or
383  366
384       -     _e) Declining to grant rights under trademark law for use of some
385       -     _trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387       -     _f) Requiring indemnification of licensors and authors of that
388       -     _material by anyone who conveys the material (or modified versions of
389       -     _it) with contractual assumptions of liability to the recipient, for
390       -     _any liability that these contractual assumptions directly impose on
391       -     _those licensors and authors.
     370  + f) Requiring indemnification of licensors and authors of that
     371  + material by anyone who conveys the material (or modified versions of
     372  + it) with contractual assumptions of liability to the recipient, for
     373  + any liability that these contractual assumptions directly impose on
     374  + those licensors and authors.
392  375
```

N4J_019208

| 393 | | | - | All other non-permissive additional terms are considered "further |
| | 376 | | + | All other non-permissive additional terms are considered "further |
| 394 | 377 | | | restrictions" within the meaning of section 10.  If the Program as you |
| 395 | 378 | | | received it, or any part of it, contains a notice stating that it is |
| 396 | | | - | governed by this License along with a term that is a further restriction, |
| 397 | | | - | you may remove that term.  If a license document contains a further |
| 398 | | | - | restriction but permits relicensing or conveying under this License, you |
| 399 | | | - | may add to a covered work material governed by the terms of that license |
| 400 | | | - | document, provided that the further restriction does not survive such |
| 401 | | | - | relicensing or conveying. |
| 402 | | | - | |
| 403 | | | - | If you add terms to a covered work in accord with this section, you |
| | 379 | | + | governed by this License along with a term that is a further |
| | 380 | | + | restriction, you may remove that term.  If a license document contains |
| | 381 | | + | a further restriction but permits relicensing or conveying under this |
| | 382 | | + | License, you may add to a covered work material governed by the terms |
| | 383 | | + | of that license document, provided that the further restriction does |
| | 384 | | + | not survive such relicensing or conveying. |
| | 385 | | + | |
| | 386 | | + | If you add terms to a covered work in accord with this section, you |
| 404 | 387 | | | must place, in the relevant source files, a statement of the |
| 405 | 388 | | | additional terms that apply to those files, or a notice indicating |
| 406 | 389 | | | where to find the applicable terms. |
| 407 | 390 | | | |
| 408 | | | - | Additional terms, permissive or non-permissive, may be stated in the |
| | 391 | | + | Additional terms, permissive or non-permissive, may be stated in the |
| 409 | 392 | | | form of a separately written license, or stated as exceptions; |
| 410 | 393 | | | the above requirements apply either way. |
| 411 | 394 | | | |
| 412 | | | - | 8. Termination. |
| | 395 | | + | 8. Termination. |
| 413 | 396 | | | |
| 414 | | | - | You may not propagate or modify a covered work except as expressly |
| | 397 | | + | You may not propagate or modify a covered work except as expressly |
| 415 | 398 | | | provided under this License.  Any attempt otherwise to propagate or |
| 416 | 399 | | | modify it is void, and will automatically terminate your rights under |
| 417 | 400 | | | this License (including any patent licenses granted under the third |
| 418 | 401 | | | paragraph of section 11). |
| 419 | 402 | | | |
| 420 | | | - | However, if you cease all violation of this License, then your |
| | 403 | | + | However, if you cease all violation of this License, then your |
| 421 | 404 | | | license from a particular copyright holder is reinstated (a) |
| 422 | 405 | | | provisionally, unless and until the copyright holder explicitly and |
| 423 | 406 | | | finally terminates your license, and (b) permanently, if the copyright |
| 424 | 407 | | | holder fails to notify you of the violation by some reasonable means |
| 425 | 408 | | | prior to 60 days after the cessation. |
| 426 | 409 | | | |
| 427 | | | - | Moreover, your license from a particular copyright holder is |
| | 410 | | + | Moreover, your license from a particular copyright holder is |
| 428 | 411 | | | reinstated permanently if the copyright holder notifies you of the |
| 429 | 412 | | | violation by some reasonable means, this is the first time you have |
| 430 | 413 | | | received notice of violation of this License (for any work) from that |
| 431 | 414 | | | copyright holder, and you cure the violation prior to 30 days after |
| 432 | 415 | | | your receipt of the notice. |
| 433 | 416 | | | |
| 434 | | | - | Termination of your rights under this section does not terminate the |
| | 417 | | + | Termination of your rights under this section does not terminate the |
| 435 | 418 | | | licenses of parties who have received copies or rights from you under |
| 436 | 419 | | | this License.  If your rights have been terminated and not permanently |
| 437 | 420 | | | reinstated, you do not qualify to receive new licenses for the same |
| 438 | 421 | | | material under section 10. |
| 439 | 422 | | | |
| 440 | | | - | 9. Acceptance Not Required for Having Copies. |

N4J_019209

```
441    423    + 9. Acceptance Not Required for Having Copies.
       424    +
442           - __You are not required to accept this License in order to receive or
       425    + You are not required to accept this License in order to receive or
443    426      run a copy of the Program.  Ancillary propagation of a covered work
444    427      occurring solely as a consequence of using peer-to-peer transmission
445    428      to receive a copy likewise does not require acceptance.  However,
448    431      not accept this License.  Therefore, by modifying or propagating a
449    432      covered work, you indicate your acceptance of this License to do so.
450    433
451           - __10. Automatic Licensing of Downstream Recipients.
       434    + 10. Automatic Licensing of Downstream Recipients.
452    435
453           - __Each time you convey a covered work, the recipient automatically
       436    + Each time you convey a covered work, the recipient automatically
454    437      receives a license from the original licensors, to run, modify and
455    438      propagate that work, subject to this License.  You are not responsible
456    439      for enforcing compliance by third parties with this License.
457    440
458           - __An "entity transaction" is a transaction transferring control of an
       441    + An "entity transaction" is a transaction transferring control of an
459    442      organization, or substantially all assets of one, or subdividing an
460    443      organization, or merging organizations.  If propagation of a covered
461    444      work results from an entity transaction, each party to that
465    448      Corresponding Source of the work from the predecessor in interest, if
466    449      the predecessor has it or can get it with reasonable efforts.
467    450
468           - __You may not impose any further restrictions on the exercise of the
       451    + You may not impose any further restrictions on the exercise of the
469    452      rights granted or affirmed under this License.  For example, you may
470    453      not impose a license fee, royalty, or other charge for exercise of
471    454      rights granted under this License, and you may not initiate litigation
472    455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473    456      any patent claim is infringed by making, using, selling, offering for
474    457      sale, or importing the Program or any portion of it.
475    458
476           - __11. Patents.
       459    + 11. Patents.
477    460
478           - __A "contributor" is a copyright holder who authorizes use under this
       461    + A "contributor" is a copyright holder who authorizes use under this
479    462      License of the Program or a work on which the Program is based.  The
480    463      work thus licensed is called the contributor's "contributor version".
481    464
482           - __A contributor's "essential patent claims" are all patent claims
       465    + A contributor's "essential patent claims" are all patent claims
483    466      owned or controlled by the contributor, whether already acquired or
484    467      hereafter acquired, that would be infringed by some manner, permitted
485    468      by this License, of making, using, or selling its contributor version,
489    472      patent sublicenses in a manner consistent with the requirements of
490    473      this License.
491    474
492           - __Each contributor grants you a non-exclusive, worldwide, royalty-free
       475    + Each contributor grants you a non-exclusive, worldwide, royalty-free
493    476      patent license under the contributor's essential patent claims, to
494    477      make, use, sell, offer for sale, import and otherwise run, modify and
495    478      propagate the contents of its contributor version.
496    479
497           - __In the following three paragraphs, a "patent license" is any express
       480    + In the following three paragraphs, a "patent license" is any express
498    481      agreement or commitment, however denominated, not to enforce a patent
499    482      (such as an express permission to practice a patent or covenant not to
500    483      sue for patent infringement).  To "grant" such a patent license to a
```

```
501  484      party means to make such an agreement or commitment not to enforce a
502  485      patent against the party.
503  486

504      -    __If you convey a covered work, knowingly relying on a patent license,
     487 +  If you convey a covered work, knowingly relying on a patent license,
505  488      and the Corresponding Source of the work is not available for anyone
506  489      to copy, free of charge and under the terms of this License, through a
507  490      publicly available network server or other readily accessible means,
515  498      in a country, would infringe one or more identifiable patents in that
516  499      country that you have reason to believe are valid.
517  500

518      -    __If, pursuant to or in connection with a single transaction or
     501 +  If, pursuant to or in connection with a single transaction or
519  502      arrangement, you convey, or propagate by procuring conveyance of, a
520  503      covered work, and grant a patent license to some of the parties
521  504      receiving the covered work authorizing them to use, propagate, modify
522  505      or convey a specific copy of the covered work, then the patent license
523  506      you grant is automatically extended to all recipients of the covered
524  507      work and works based on it.
525  508

526      -    __A patent license is "discriminatory" if it does not include within
     509 +  A patent license is "discriminatory" if it does not include within
527  510      the scope of its coverage, prohibits the exercise of, or is
528  511      conditioned on the non-exercise of one or more of the rights that are
529  512      specifically granted under this License.  You may not convey a covered
538  521      contain the covered work, unless you entered into that arrangement,
539  522      or that patent license was granted, prior to 28 March 2007.
540  523

541      -    __Nothing in this License shall be construed as excluding or limiting
     524 +  Nothing in this License shall be construed as excluding or limiting
542  525      any implied license or other defenses to infringement that may
543  526      otherwise be available to you under applicable patent law.
544  527

545      -    12. No Surrender of Others' Freedom.
     528 +  12. No Surrender of Others' Freedom.
546  529

547      -    __If conditions are imposed on you (whether by court order, agreement or
     530 +  If conditions are imposed on you (whether by court order, agreement or
548  531      otherwise) that contradict the conditions of this License, they do not
549  532      excuse you from the conditions of this License.  If you cannot convey a
550  533      covered work so as to satisfy simultaneously your obligations under this
554  537      the Program, the only way you could satisfy both those terms and this
555  538      License would be to refrain entirely from conveying the Program.
556  539

557      -    13. Remote Network Interaction; Use with the GNU General Public License.
     540 +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559      -    __Notwithstanding any other provision of this License, if you modify the
     542 +  Notwithstanding any other provision of this License, if you modify the
560  543      Program, your modified version must prominently offer all users
561  544      interacting with it remotely through a computer network (if your version
562  545      supports such interaction) an opportunity to receive the Corresponding
567  550      of the GNU General Public License that is incorporated pursuant to the
568  551      following paragraph.
569  552

570      -    __Notwithstanding any other provision of this License, you have permission
571      -  to link or combine any covered work with a work licensed under version 3
572      -  of the GNU General Public License into a single combined work, and to
573      -  convey the resulting work.  The terms of this License will continue to
574      -  apply to the part which is the covered work, but the work with which it is
575      -  combined will remain governed by version 3 of the GNU General Public
576      -  License.
577      -
```

N4J_019211

```
578   - __ 14. Revised Versions of this License.
579   -
580   - __The Free Software Foundation may publish revised and/or new versions of
581   - the GNU Affero General Public License from time to time.  Such new
582   - versions will be similar in spirit to the present version, but may differ
583   - in detail to address new problems or concerns.
584   -
585   - __Each version is given a distinguishing version number.  If the
586   - Program specifies that a certain numbered version of the GNU Affero
587   - General Public License "or any later version" applies to it, you have
588   - the option of following the terms and conditions either of that
589   - numbered version or of any later version published by the Free
590   - Software Foundation.  If the Program does not specify a version number
591   - of the GNU Affero General Public License, you may choose any version
592   - ever published by the Free Software Foundation.
593   -
594   - __If the Program specifies that a proxy can decide which future
595   - versions of the GNU Affero General Public License can be used, that
596   - proxy's public statement of acceptance of a version permanently
597   - authorizes you to choose that version for the Program.
598   -
599   - __Later license versions may give you additional or different
        553 + Notwithstanding any other provision of this License, you have
        554 + permission to link or combine any covered work with a work licensed
        555 + under version 3 of the GNU General Public License into a single
        556 + combined work, and to convey the resulting work.  The terms of this
        557 + License will continue to apply to the part which is the covered work,
        558 + but the work with which it is combined will remain governed by version
        559 + 3 of the GNU General Public License.
        560 +
        561 + 14. Revised Versions of this License.
        562 +
        563 + The Free Software Foundation may publish revised and/or new versions of
        564 + the GNU Affero General Public License from time to time.  Such new versions
        565 + will be similar in spirit to the present version, but may differ in detail to
        566 + address new problems or concerns.
        567 +
        568 + Each version is given a distinguishing version number.  If the
        569 + Program specifies that a certain numbered version of the GNU Affero General
        570 + Public License "or any later version" applies to it, you have the
        571 + option of following the terms and conditions either of that numbered
        572 + version or of any later version published by the Free Software
        573 + Foundation.  If the Program does not specify a version number of the
        574 + GNU Affero General Public License, you may choose any version ever published
        575 + by the Free Software Foundation.
        576 +
        577 + If the Program specifies that a proxy can decide which future
        578 + versions of the GNU Affero General Public License can be used, that proxy's
        579 + public statement of acceptance of a version permanently authorizes you
        580 + to choose that version for the Program.
        581 +
        582 + Later license versions may give you additional or different
600   583   permissions.  However, no additional obligations are imposed on any
601   584   author or copyright holder as a result of your choosing to follow a
602   585   later version.
603   586
604       - __15. Disclaimer of Warranty.
        587 + 15. Disclaimer of Warranty.
605   588
606       - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
        589 + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
```

N4J_019212

```
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597

615       -  __16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599

617       -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609

627       -  __17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611

629       -  __If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618

636       -  _____END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620

638       -  _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622

640       -  __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
643  626

644       -  __To do so, attach the following notices to the program.  It is safest
     627  + To do so, attach the following notices to the program.  It is safest
645  628    to attach them to the start of each source file to most effectively
646  629    state the exclusion of warranty; and each file should have at least
647  630    the "copyright" line and a pointer to where the full notice is found.
648  631

649       -  ____<one line to give the program's name and a brief idea of what it does.>
650       -  ____Copyright (C) <year>  <name of author>
     632  + <one line to give the program's name and a brief idea of what it does.>
     633  + Copyright (C) <year>  <name of author>
651  634

652       -  ____This program is free software: you can redistribute it and/or modify
653       -  ____it under the terms of the GNU Affero General Public License as
654       -  ____published by the Free Software Foundation, either version 3 of the
655       -  ____License, or (at your option) any later version.
     635  + This program is free software: you can redistribute it and/or modify
     636  + it under the terms of the GNU Affero General Public License as published by
     637  + the Free Software Foundation, either version 3 of the License, or
     638  + (at your option) any later version.
656  639

657       -  ____This program is distributed in the hope that it will be useful,
658       -  ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -  ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -  ____GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
```

N4J_019213

```
642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
643   + GNU Affero General Public License for more details.
661   644
662   -     You should have received a copy of the GNU Affero General Public License
663   -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648   Also add information on how to contact you by electronic and paper mail.
666   649
667   -     If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651   network, you should also make sure that it provides a way for users to
669   652   get its source.  For example, if your program is a web application, its
670   653   interface could display a "Source" link that leads users to an archive
671   654   of the code.  There are many ways you could offer source, and different
672   655   solutions will be better for different programs; see section 13 for the
673   656   specific requirements.
674   657
675   -     You should also get your employer (if you work as a programmer) or school,
      658   + You should also get your employer (if you work as a programmer) or school,
676   659   if any, to sign a "copyright disclaimer" for the program, if necessary.
677   660   For more information on this, and how to apply and follow the GNU AGPL, see
678   - <http://www.gnu.org/licenses/>.
679   -
680   -
681   - "Commons Clause" License Condition
682   -
683   - The Software is provided to you by the Licensor under the License, as
684   - defined below, subject to the following condition. Without limiting
685   - other conditions in the License, the grant of rights under the License
686   - will not include, and the License does not grant to you, the right to
687   - Sell the Software.  For purposes of the foregoing, "Sell" means
688   - practicing any or all of the rights granted to you under the License
689   - to provide to third parties, for a fee or other consideration,
690   - a product or service that consists, entirely or substantially,
691   - of the Software or the functionality of the Software. Any license
692   - notice or attribution required by the License must also include
693   - this Commons Clause License Condition notice.
      661   + <https://www.gnu.org/licenses/>.
```

⌄  486 ■■■■■ enterprise/deferred-locks/LICENSE.txt 📋

```
...   ...   @@ -1,51 +1,35 @@
1     - NOTICE
2     - This package contains software licensed under different
3     - licenses, please refer to the NOTICE.txt file for further
4     - information and LICENSES.txt for full license texts.
      1     + GNU AFFERO GENERAL PUBLIC LICENSE
      2     +   Version 3, 19 November 2007
5     3
6     - Neo4j Enterprise object code can be licensed independently from
7     - the source under separate commercial terms. Email inquiries can be
8     - directed to: licensing@neo4j.com. More information is also
9     - available at:https://neo4j.com/licensing/
      4     + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5     + Everyone is permitted to copy and distribute verbatim copies
      6     + of this license document, but changing it is not allowed.
10    7
11    - The software ("Software") is developed and owned by Neo4j Sweden AB
12    - (referred to in this notice as "Neo4j") and is subject to the terms
13    - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8     + Preamble
```

N4J_019214

```
14   9
15       -
16       -
17       -              GNU AFFERO GENERAL PUBLIC LICENSE
18       -                 Version 3, 19 November 2007
19       -
20       -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21       -  Everyone is permitted to copy and distribute verbatim copies
22       -  of this license document, but changing it is not allowed.
23       -
24       -                        Preamble
25       -
26       -   The GNU Affero General Public License is a free, copyleft license
27       -  for software and other kinds of works, specifically designed to ensure
    10   +  The GNU Affero General Public License is a free, copyleft license for
    11   +  software and other kinds of works, specifically designed to ensure
28   12      cooperation with the community in the case of network server software.
29   13
30       -   The licenses for most software and other practical works are
31       -  designed to take away your freedom to share and change the works.  By
32       -  contrast, our General Public Licenses are intended to guarantee your
33       -  freedom to share and change all versions of a program--to make sure it
34       -  remains free software for all its users.
    14   +  The licenses for most software and other practical works are designed
    15   +  to take away your freedom to share and change the works.  By contrast,
    16   +  our General Public Licenses are intended to guarantee your freedom to
    17   +  share and change all versions of a program--to make sure it remains free
    18   +  software for all its users.
35   19
36       -   When we speak of free software, we are referring to freedom, not
    20   +  When we speak of free software, we are referring to freedom, not
37   21      price.  Our General Public Licenses are designed to make sure that you
38   22      have the freedom to distribute copies of free software (and charge for
39   23      them if you wish), that you receive source code or can get it if you
40   24      want it, that you can change the software or use pieces of it in new
41   25      free programs, and that you know you can do these things.
42   26
43       -   Developers that use our General Public Licenses protect your rights
    27   +  Developers that use our General Public Licenses protect your rights
44   28      with two steps: (1) assert copyright on the software, and (2) offer
45   29      you this License which gives you legal permission to copy, distribute
46   30      and/or modify the software.
47   31
48       -   A secondary benefit of defending all users' freedom is that
    32   +  A secondary benefit of defending all users' freedom is that
49   33      improvements made in alternate versions of the program, if they
50   34      receive widespread use, become available for other developers to
51   35      incorporate.  Many developers of free software are heartened and
55   39      letting the public access it on a server without ever releasing its
56   40      source code to the public.
57   41
58       -   The GNU Affero General Public License is designed specifically to
    42   +  The GNU Affero General Public License is designed specifically to
59   43      ensure that, in such cases, the modified source code becomes available
60   44      to the community.  It requires the operator of a network server to
61   45      provide the source code of the modified version running there to the
62   46      users of that server.  Therefore, public use of a modified version, on
63   47      a publicly accessible server, gives the public access to the source
64   48      code of the modified version.
65   49
66       -   An older license, called the Affero General Public License and
    50   +  An older license, called the Affero General Public License and
67   51      published by Affero, was designed to accomplish similar goals.  This is
```

| 68 | 52 | a different license, not a version of the Affero GPL, but Affero has |
| 69 | 53 | released a new version of the Affero GPL which permits relicensing under |
| 70 | 54 | this license. |
| 71 | 55 | |
| 72 | | - __The precise terms and conditions for copying, distribution and |
| | 56 | + The precise terms and conditions for copying, distribution and |
| 73 | 57 | modification follow. |
| 74 | 58 | |
| 75 | | -                     TERMS AND CONDITIONS |
| | 59 | + TERMS AND CONDITIONS |
| | 60 | + |
| | 61 | + 0. Definitions. |
| 76 | 62 | |
| 77 | | - __0. Definitions. |
| | 63 | + "This License" refers to version 3 of the GNU Affero General Public License. |
| 78 | 64 | |
| 79 | | -   "This License" refers to version 3 of the GNU Affero General Public |
| 80 | | - License. |
| | 65 | + "Copyright" also means copyright-like laws that apply to other kinds of |
| | 66 | + works, such as semiconductor masks. |
| 81 | 67 | |
| 82 | | -   "Copyright" also means copyright-like laws that apply to other kinds |
| 83 | | - of works, such as semiconductor masks. |
| 84 | | - |
| 85 | | -   "The Program" refers to any copyrightable work licensed under this |
| | 68 | + "The Program" refers to any copyrightable work licensed under this |
| 86 | 69 | License.  Each licensee is addressed as "you".  "Licensees" and |
| 87 | 70 | "recipients" may be individuals or organizations. |
| 88 | 71 | |
| 89 | | - __To "modify" a work means to copy from or adapt all or part of the work |
| | 72 | + To "modify" a work means to copy from or adapt all or part of the work |
| 90 | 73 | in a fashion requiring copyright permission, other than the making of an |
| 91 | 74 | exact copy.  The resulting work is called a "modified version" of the |
| 92 | 75 | earlier work or a work "based on" the earlier work. |
| 93 | 76 | |
| 94 | | - __A "covered work" means either the unmodified Program or a work based |
| | 77 | + A "covered work" means either the unmodified Program or a work based |
| 95 | 78 | on the Program. |
| 96 | 79 | |
| 97 | | - __To "propagate" a work means to do anything with it that, without |
| | 80 | + To "propagate" a work means to do anything with it that, without |
| 98 | 81 | permission, would make you directly or secondarily liable for |
| 99 | 82 | infringement under applicable copyright law, except executing it on a |
| 100 | 83 | computer or modifying a private copy.  Propagation includes copying, |
| 101 | 84 | distribution (with or without modification), making available to the |
| 102 | 85 | public, and in some countries other activities as well. |
| 103 | 86 | |
| 104 | | - __To "convey" a work means any kind of propagation that enables other |
| | 87 | + To "convey" a work means any kind of propagation that enables other |
| 105 | 88 | parties to make or receive copies.  Mere interaction with a user through |
| 106 | 89 | a computer network, with no transfer of a copy, is not conveying. |
| 107 | 90 | |
| 108 | | - __An interactive user interface displays "Appropriate Legal Notices" |
| | 91 | + An interactive user interface displays "Appropriate Legal Notices" |
| 109 | 92 | to the extent that it includes a convenient and prominently visible |
| 110 | 93 | feature that (1) displays an appropriate copyright notice, and (2) |
| 111 | 94 | tells the user that there is no warranty for the work (except to the |
| 114 | 97 | the interface presents a list of user commands or options, such as a |
| 115 | 98 | menu, a prominent item in the list meets this criterion. |
| 116 | 99 | |
| 117 | | - __1. Source Code. |
| | 100 | + 1. Source Code. |
| 118 | 101 | |

| | | | |
|---|---|---|---|
| 119 | | - | __The "source code" for a work means the preferred form of the work |
| | 102 | + | The "source code" for a work means the preferred form of the work |
| 120 | 103 | | for making modifications to it.  "Object code" means any non-source |
| 121 | 104 | | form of a work. |
| 122 | 105 | | |
| 123 | | - | __A "Standard Interface" means an interface that either is an official |
| | 106 | + | A "Standard Interface" means an interface that either is an official |
| 124 | 107 | | standard defined by a recognized standards body, or, in the case of |
| 125 | 108 | | interfaces specified for a particular programming language, one that |
| 126 | 109 | | is widely used among developers working in that language. |
| 127 | 110 | | |
| 128 | | - | __The "System Libraries" of an executable work include anything, other |
| | 111 | + | The "System Libraries" of an executable work include anything, other |
| 129 | 112 | | than the work as a whole, that (a) is included in the normal form of |
| 130 | 113 | | packaging a Major Component, but which is not part of that Major |
| 131 | 114 | | Component, and (b) serves only to enable use of the work with that |
| 136 | 119 | | (if any) on which the executable work runs, or a compiler used to |
| 137 | 120 | | produce the work, or an object code interpreter used to run it. |
| 138 | 121 | | |
| 139 | | - | __The "Corresponding Source" for a work in object code form means all |
| | 122 | + | The "Corresponding Source" for a work in object code form means all |
| 140 | 123 | | the source code needed to generate, install, and (for an executable |
| 141 | 124 | | work) run the object code and to modify the work, including scripts to |
| 142 | 125 | | control those activities.  However, it does not include the work's |
| 149 | 132 | | such as by intimate data communication or control flow between those |
| 150 | 133 | | subprograms and other parts of the work. |
| 151 | 134 | | |
| 152 | | - | __The Corresponding Source need not include anything that users |
| | 135 | + | The Corresponding Source need not include anything that users |
| 153 | 136 | | can regenerate automatically from other parts of the Corresponding |
| 154 | 137 | | Source. |
| 155 | 138 | | |
| 156 | | - | __The Corresponding Source for a work in source code form is that |
| | 139 | + | The Corresponding Source for a work in source code form is that |
| 157 | 140 | | same work. |
| 158 | 141 | | |
| 159 | | - | __2. Basic Permissions. |
| | 142 | + | 2. Basic Permissions. |
| 160 | 143 | | |
| 161 | | - | __All rights granted under this License are granted for the term of |
| | 144 | + | All rights granted under this License are granted for the term of |
| 162 | 145 | | copyright on the Program, and are irrevocable provided the stated |
| 163 | 146 | | conditions are met.  This License explicitly affirms your unlimited |
| 164 | 147 | | permission to run the unmodified Program.  The output from running a |
| 165 | 148 | | covered work is covered by this License only if the output, given its |
| 166 | 149 | | content, constitutes a covered work.  This License acknowledges your |
| 167 | 150 | | rights of fair use or other equivalent, as provided by copyright law. |
| 168 | 151 | | |
| 169 | | - | __You may make, run and propagate covered works that you do not |
| | 152 | + | You may make, run and propagate covered works that you do not |
| 170 | 153 | | convey, without conditions so long as your license otherwise remains |
| 171 | 154 | | in force.  You may convey covered works to others for the sole purpose |
| 172 | 155 | | of having them make modifications exclusively for you, or provide you |
| 177 | 160 | | and control, on terms that prohibit them from making any copies of |
| 178 | 161 | | your copyrighted material outside their relationship with you. |
| 179 | 162 | | |
| 180 | | - | __Conveying under any other circumstances is permitted solely under |
| | 163 | + | Conveying under any other circumstances is permitted solely under |
| 181 | 164 | | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 182 | 165 | | makes it unnecessary. |
| 183 | 166 | | |
| 184 | | - | __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| | 167 | + | 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |

N4J_019217

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 492 of 1198 updated-mord ObsfExdue to be updated then it's not fixed has a | graphfoundation/ongdb c0b23b · GitHub

```
185  168
186       -   _No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174
192       -   _When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182
200       -   _4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184
202       -   _You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192
210       -   _You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195
213       -   _5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215       -   _You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201
219       -   __a) The work must carry prominent notices stating that you modified
220       -   __it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204
222       -   __b) The work must carry prominent notices stating that it is
223       -   __released under this License and any conditions added under section
224       -   __7.  This requirement modifies the requirement in section 4 to
225       -   __"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227       -   __c) You must license the entire work, as a whole, under this
228       -   __License to anyone who comes into possession of a copy.  This
229       -   __License will therefore apply, along with any applicable section 7
230       -   __additional terms, to the whole of the work, and all its parts,
231       -   __regardless of how they are packaged.  This License gives no
232       -   __permission to license the work in any other way, but it does not
233       -   __invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
```

N4J_019218

```
211  + License to anyone who comes into possession of a copy.  This
212  + License will therefore apply, along with any applicable section 7
213  + additional terms, to the whole of the work, and all its parts,
214  + regardless of how they are packaged.  This License gives no
215  + permission to license the work in any other way, but it does not
216  + invalidate such permission if you have separately received it.
234 217  +
235      - ____d) If the work has interactive user interfaces, each must display
236      - ____Appropriate Legal Notices; however, if the Program has interactive
237      - ____interfaces that do not display Appropriate Legal Notices, your
238      - ____work need not make them do so.
    218  + d) If the work has interactive user interfaces, each must display
    219  + Appropriate Legal Notices; however, if the Program has interactive
    220  + interfaces that do not display Appropriate Legal Notices, your
    221  + work need not make them do so.
239 222
240      - __A compilation of a covered work with other separate and independent
    223  + A compilation of a covered work with other separate and independent
241 224    works, which are not by their nature extensions of the covered work,
242 225    and which are not combined with it such as to form a larger program,
243 226    in or on a volume of a storage or distribution medium, is called an
247 230    in an aggregate does not cause this License to apply to the other
248 231    parts of the aggregate.
249 232
250      - __6. Conveying Non-Source Forms.
    233  + 6. Conveying Non-Source Forms.
251 234
252      - __You may convey a covered work in object code form under the terms
    235  + You may convey a covered work in object code form under the terms
253 236    of sections 4 and 5, provided that you also convey the
254 237    machine-readable Corresponding Source under the terms of this License,
255 238    in one of these ways:
    239
257      - ____a) Convey the object code in, or embodied in, a physical product
258      - ____(including a physical distribution medium), accompanied by the
259      - ____Corresponding Source fixed on a durable physical medium
260      - ____customarily used for software interchange.
261      -
262      - ____b) Convey the object code in, or embodied in, a physical product
263      - ____(including a physical distribution medium), accompanied by a
264      - ____written offer, valid for at least three years and valid for as
265      - ____long as you offer spare parts or customer support for that product
266      - ____model, to give anyone who possesses the object code either (1) a
267      - ____copy of the Corresponding Source for all the software in the
268      - ____product that is covered by this License, on a durable physical
269      - ____medium customarily used for software interchange, for a price no
270      - ____more than your reasonable cost of physically performing this
271      - ____conveying of source, or (2) access to copy the
272      - ____Corresponding Source from a network server at no charge.
273      -
274      - ____c) Convey individual copies of the object code with a copy of the
275      - ____written offer to provide the Corresponding Source.  This
276      - ____alternative is allowed only occasionally and noncommercially, and
277      - ____only if you received the object code with such an offer, in accord
278      - ____with subsection 6b.
279      -
280      - ____d) Convey the object code by offering access from a designated
281      - ____place (gratis or for a charge), and offer equivalent access to the
282      - ____Corresponding Source in the same way through the same place at no
283      - ____further charge.  You need not require recipients to copy the
284      - ____Corresponding Source along with the object code.  If the place to
285      - ____copy the object code is a network server, the Corresponding Source
286      - ____may be on a different server (operated by you or a third party)
```

```
287  -    __that supports equivalent copying facilities, provided you maintain
288  -    __clear directions next to the object code saying where to find the
289  -  - __Corresponding Source.  Regardless of what server hosts the
290  -  - __Corresponding Source, you remain obligated to ensure that it is
291  -  - __available for as long as needed to satisfy these requirements.
292  -  -
293  -  - __e) Convey the object code using peer-to-peer transmission, provided
294  -    __you inform other peers where the object code and Corresponding
295  -  - __Source of the work are being offered to the general public at no
296  -  - __charge under subsection 6d.
297  -  -
298  -  - _A separable portion of the object code, whose source code is excluded
240  + a) Convey the object code in, or embodied in, a physical product
241  + (including a physical distribution medium), accompanied by the
242  + Corresponding Source fixed on a durable physical medium
243  + customarily used for software interchange.
244  +
245  + b) Convey the object code in, or embodied in, a physical product
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299 282   from the Corresponding Source as a System Library, need not be
300 283   included in conveying the object code work.
301 284
302  -  - __A "User Product" is either (1) a "consumer product", which means any
    285  + A "User Product" is either (1) a "consumer product", which means any
303 286   tangible personal property which is normally used for personal, family,
304 287   or household purposes, or (2) anything designed or sold for incorporation
305 288   into a dwelling.  In determining whether a product is a consumer product,
312 295   commercial, industrial or non-consumer uses, unless such uses represent
```

| | | |
|---|---|---|
| 313 | 296 | the only significant mode of use of the product. |
| 314 | 297 | |
| 315 | | - __"Installation Information" for a User Product means any methods, |
| | 298 | + "Installation Information" for a User Product means any methods, |
| 316 | 299 | procedures, authorization keys, or other information required to install |
| 317 | 300 | and execute modified versions of a covered work in that User Product from |
| 318 | 301 | a modified version of its Corresponding Source. The information must |
| 319 | 302 | suffice to ensure that the continued functioning of the modified object |
| 320 | 303 | code is in no case prevented or interfered with solely because |
| 321 | 304 | modification has been made. |
| 322 | 305 | |
| 323 | | - __If you convey an object code work under this section in, or with, or |
| | 306 | + If you convey an object code work under this section in, or with, or |
| 324 | 307 | specifically for use in, a User Product, and the conveying occurs as |
| 325 | 308 | part of a transaction in which the right of possession and use of the |
| 326 | 309 | User Product is transferred to the recipient in perpetuity or for a |
| 331 | 314 | modified object code on the User Product (for example, the work has |
| 332 | 315 | been installed in ROM). |
| 333 | 316 | |
| 334 | | - __The requirement to provide Installation Information does not include a |
| | 317 | + The requirement to provide Installation Information does not include a |
| 335 | 318 | requirement to continue to provide support service, warranty, or updates |
| 336 | 319 | for a work that has been modified or installed by the recipient, or for |
| 337 | 320 | the User Product in which it has been modified or installed. Access to a |
| 338 | 321 | network may be denied when the modification itself materially and |
| 339 | 322 | adversely affects the operation of the network or violates the rules and |
| 340 | 323 | protocols for communication across the network. |
| 341 | 324 | |
| 342 | | - __Corresponding Source conveyed, and Installation Information provided, |
| | 325 | + Corresponding Source conveyed, and Installation Information provided, |
| 343 | 326 | in accord with this section must be in a format that is publicly |
| 344 | 327 | documented (and with an implementation available to the public in |
| 345 | 328 | source code form), and must require no special password or key for |
| 346 | 329 | unpacking, reading or copying. |
| 347 | 330 | |
| 348 | | - __7. Additional Terms. |
| | 331 | + 7. Additional Terms. |
| 349 | 332 | |
| 350 | | - __"Additional permissions" are terms that supplement the terms of this |
| | 333 | + "Additional permissions" are terms that supplement the terms of this |
| 351 | 334 | License by making exceptions from one or more of its conditions. |
| 352 | 335 | Additional permissions that are applicable to the entire Program shall |
| 353 | 336 | be treated as though they were included in this License, to the extent |
| 356 | 339 | under those permissions, but the entire Program remains governed by |
| 357 | 340 | this License without regard to the additional permissions. |
| 358 | 341 | |
| 359 | | - __When you convey a copy of a covered work, you may at your option |
| | 342 | + When you convey a copy of a covered work, you may at your option |
| 360 | 343 | remove any additional permissions from that copy, or from any part of |
| 361 | 344 | it. (Additional permissions may be written to require their own |
| 362 | 345 | removal in certain cases when you modify the work.) You may place |
| 363 | 346 | additional permissions on material, added by you to a covered work, |
| 364 | 347 | for which you have or can give appropriate copyright permission. |
| 365 | 348 | |
| 366 | | - __Notwithstanding any other provision of this License, for material you |
| | 349 | + Notwithstanding any other provision of this License, for material you |
| 367 | 350 | add to a covered work, you may (if authorized by the copyright holders of |
| 368 | 351 | that material) supplement the terms of this License with terms: |
| 369 | 352 | |
| 370 | | - ____a) Disclaiming warranty or limiting liability differently from the |
| 371 | | - ____terms of sections 15 and 16 of this License; or |
| | 353 | + a) Disclaiming warranty or limiting liability differently from the |
| | 354 | + terms of sections 15 and 16 of this License; or |

N4J_019221

| 372 | 355 | |
| 373 | | - ____b) Requiring preservation of specified reasonable legal notices or |
| 374 | | - ____author attributions in that material or in the Appropriate Legal |
| 375 | | - ____Notices displayed by works containing it; or |
| | 356 | + b) Requiring preservation of specified reasonable legal notices or |
| | 357 | + author attributions in that material or in the Appropriate Legal |
| | 358 | + Notices displayed by works containing it; or |
| 376 | 359 | |
| 377 | | - ____c) Prohibiting misrepresentation of the origin of that material, or |
| 378 | | - ____requiring that modified versions of such material be marked in |
| 379 | | - ____reasonable ways as different from the original version; or |
| | 360 | + c) Prohibiting misrepresentation of the origin of that material, or |
| | 361 | + requiring that modified versions of such material be marked in |
| | 362 | + reasonable ways as different from the original version; or |
| 380 | 363 | |
| 381 | | - ____d) Limiting the use for publicity purposes of names of licensors or |
| 382 | | - ____authors of the material; or |
| | 364 | + d) Limiting the use for publicity purposes of names of licensors or |
| | 365 | + authors of the material; or |
| 383 | 366 | |
| 384 | | - ____e) Declining to grant rights under trademark law for use of some |
| 385 | | - ____trade names, trademarks, or service marks; or |
| | 367 | + e) Declining to grant rights under trademark law for use of some |
| | 368 | + trade names, trademarks, or service marks; or |
| 386 | 369 | |
| 387 | | - ____f) Requiring indemnification of licensors and authors of that |
| 388 | | - ____material by anyone who conveys the material (or modified versions of |
| 389 | | - ____it) with contractual assumptions of liability to the recipient, for |
| 390 | | - ____any liability that these contractual assumptions directly impose on |
| 391 | | - ____those licensors and authors. |
| | 370 | + f) Requiring indemnification of licensors and authors of that |
| | 371 | + material by anyone who conveys the material (or modified versions of |
| | 372 | + it) with contractual assumptions of liability to the recipient, for |
| | 373 | + any liability that these contractual assumptions directly impose on |
| | 374 | + those licensors and authors. |
| 392 | 375 | |
| 393 | | - __All other non-permissive additional terms are considered "further |
| | 376 | + All other non-permissive additional terms are considered "further |
| 394 | 377 | restrictions" within the meaning of section 10.  If the Program as you |
| 395 | 378 | received it, or any part of it, contains a notice stating that it is |
| 396 | | - governed by this License along with a term that is a further restriction, |
| 397 | | - you may remove that term.  If a license document contains a further |
| 398 | | - restriction but permits relicensing or conveying under this License, you |
| 399 | | - may add to a covered work material governed by the terms of that license |
| 400 | | - document, provided that the further restriction does not survive such |
| 401 | | - relicensing or conveying. |
| 402 | | - |
| 403 | | - __If you add terms to a covered work in accord with this section, you |
| | 379 | + governed by this License along with a term that is a further |
| | 380 | + restriction, you may remove that term.  If a license document contains |
| | 381 | + a further restriction but permits relicensing or conveying under this |
| | 382 | + License, you may add to a covered work material governed by the terms |
| | 383 | + of that license document, provided that the further restriction does |
| | 384 | + not survive such relicensing or conveying. |
| | 385 | + |
| | 386 | + If you add terms to a covered work in accord with this section, you |
| 404 | 387 | must place, in the relevant source files, a statement of the |
| 405 | 388 | additional terms that apply to those files, or a notice indicating |
| 406 | 389 | where to find the applicable terms. |
| 407 | 390 | |
| 408 | | - __Additional terms, permissive or non-permissive, may be stated in the |
| | 391 | + Additional terms, permissive or non-permissive, may be stated in the |
| 409 | 392 | form of a separately written license, or stated as exceptions; |

N4J_019222

```
410   393        the above requirements apply either way.
411   394
412         -    __8. Termination.
      395    +    8. Termination.
413   396
414         -    __You may not propagate or modify a covered work except as expressly
      397    +    You may not propagate or modify a covered work except as expressly
415   398        provided under this License.  Any attempt otherwise to propagate or
416   399        modify it is void, and will automatically terminate your rights under
417   400        this License (including any patent licenses granted under the third
418   401        paragraph of section 11).
419   402
420         -    __However, if you cease all violation of this License, then your
      403    +    However, if you cease all violation of this License, then your
421   404        license from a particular copyright holder is reinstated (a)
422   405        provisionally, unless and until the copyright holder explicitly and
423   406        finally terminates your license, and (b) permanently, if the copyright
424   407        holder fails to notify you of the violation by some reasonable means
425   408        prior to 60 days after the cessation.
426   409
427         -    __Moreover, your license from a particular copyright holder is
      410    +    Moreover, your license from a particular copyright holder is
428   411        reinstated permanently if the copyright holder notifies you of the
429   412        violation by some reasonable means, this is the first time you have
430   413        received notice of violation of this License (for any work) from that
431   414        copyright holder, and you cure the violation prior to 30 days after
432   415        your receipt of the notice.
433   416
434         -    __Termination of your rights under this section does not terminate the
      417    +    Termination of your rights under this section does not terminate the
435   418        licenses of parties who have received copies or rights from you under
436   419        this License.  If your rights have been terminated and not permanently
437   420        reinstated, you do not qualify to receive new licenses for the same
438   421        material under section 10.
439   422
440         -    __9. Acceptance Not Required for Having Copies.
      423    +    9. Acceptance Not Required for Having Copies.
441   424
442         -    __You are not required to accept this License in order to receive or
      425    +    You are not required to accept this License in order to receive or
443   426        run a copy of the Program.  Ancillary propagation of a covered work
444   427        occurring solely as a consequence of using peer-to-peer transmission
445   428        to receive a copy likewise does not require acceptance.  However,
448   431        not accept this License.  Therefore, by modifying or propagating a
449   432        covered work, you indicate your acceptance of this License to do so.
450   433
451         -    __10. Automatic Licensing of Downstream Recipients.
      434    +    10. Automatic Licensing of Downstream Recipients.
452   435
453         -    __Each time you convey a covered work, the recipient automatically
      436    +    Each time you convey a covered work, the recipient automatically
454   437        receives a license from the original licensors, to run, modify and
455   438        propagate that work, subject to this License.  You are not responsible
456   439        for enforcing compliance by third parties with this License.
457   440
458         -    __An "entity transaction" is a transaction transferring control of an
      441    +    An "entity transaction" is a transaction transferring control of an
459   442        organization, or substantially all assets of one, or subdividing an
460   443        organization, or merging organizations.  If propagation of a covered
461   444        work results from an entity transaction, each party to that
465   448        Corresponding Source of the work from the predecessor in interest, if
466   449        the predecessor has it or can get it with reasonable efforts.
467   450
```

N4J_019223

```
468            -   __You may not impose any further restrictions on the exercise of the
     451       +  You may not impose any further restrictions on the exercise of the
469  452          rights granted or affirmed under this License.  For example, you may
470  453          not impose a license fee, royalty, or other charge for exercise of
471  454          rights granted under this License, and you may not initiate litigation
472  455          (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456          any patent claim is infringed by making, using, selling, offering for
474  457          sale, or importing the Program or any portion of it.
475  458

476            -   __11. Patents.
     459       +  11. Patents.
477  460

478            -   __A "contributor" is a copyright holder who authorizes use under this
     461       +  A "contributor" is a copyright holder who authorizes use under this
479  462          License of the Program or a work on which the Program is based.  The
480  463          work thus licensed is called the contributor's "contributor version".
481  464

482            -   __A contributor's "essential patent claims" are all patent claims
     465       +  A contributor's "essential patent claims" are all patent claims
483  466          owned or controlled by the contributor, whether already acquired or
484  467          hereafter acquired, that would be infringed by some manner, permitted
485  468          by this License, of making, using, or selling its contributor version,
489  472          patent sublicenses in a manner consistent with the requirements of
490  473          this License.
491  474

492            -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475       +  Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476          patent license under the contributor's essential patent claims, to
494  477          make, use, sell, offer for sale, import and otherwise run, modify and
495  478          propagate the contents of its contributor version.
496  479

497            -   __In the following three paragraphs, a "patent license" is any express
     480       +  In the following three paragraphs, a "patent license" is any express
498  481          agreement or commitment, however denominated, not to enforce a patent
499  482          (such as an express permission to practice a patent or covenant not to
500  483          sue for patent infringement).  To "grant" such a patent license to a
501  484          party means to make such an agreement or commitment not to enforce a
502  485          patent against the party.
503  486

504            -   __If you convey a covered work, knowingly relying on a patent license,
     487       +  If you convey a covered work, knowingly relying on a patent license,
505  488          and the Corresponding Source of the work is not available for anyone
506  489          to copy, free of charge and under the terms of this License, through a
507  490          publicly available network server or other readily accessible means,
515  498          in a country, would infringe one or more identifiable patents in that
516  499          country that you have reason to believe are valid.
517  500

518            -   __If, pursuant to or in connection with a single transaction or
     501       +  If, pursuant to or in connection with a single transaction or
519  502          arrangement, you convey, or propagate by procuring conveyance of, a
520  503          covered work, and grant a patent license to some of the parties
521  504          receiving the covered work authorizing them to use, propagate, modify
522  505          or convey a specific copy of the covered work, then the patent license
523  506          you grant is automatically extended to all recipients of the covered
524  507          work and works based on it.
525  508

526            -   __A patent license is "discriminatory" if it does not include within
     509       +  A patent license is "discriminatory" if it does not include within
527  510          the scope of its coverage, prohibits the exercise of, or is
528  511          conditioned on the non-exercise of one or more of the rights that are
529  512          specifically granted under this License.  You may not convey a covered
538  521          contain the covered work, unless you entered into that arrangement,
539  522          or that patent license was granted, prior to 28 March 2007.
```

N4J_019224

Update v0.0.0-alpha to use Apache License 2.0 (not GPL) · Commit c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```diff
540 523
541     -   __Nothing in this License shall be construed as excluding or limiting
    524 +   Nothing in this License shall be construed as excluding or limiting
542 525     any implied license or other defenses to infringement that may
543 526     otherwise be available to you under applicable patent law.
544 527
545     -   __12. No Surrender of Others' Freedom.
    528 +   12. No Surrender of Others' Freedom.
546 529
547     -   __If conditions are imposed on you (whether by court order, agreement or
    530 +   If conditions are imposed on you (whether by court order, agreement or
548 531     otherwise) that contradict the conditions of this License, they do not
549 532     excuse you from the conditions of this License.  If you cannot convey a
550 533     covered work so as to satisfy simultaneously your obligations under this
554 537     the Program, the only way you could satisfy both those terms and this
555 538     License would be to refrain entirely from conveying the Program.
556 539
557     -   __13. Remote Network Interaction; Use with the GNU General Public License.
    540 +   13. Remote Network Interaction; Use with the GNU General Public License.
558 541
559     -   __Notwithstanding any other provision of this License, if you modify the
    542 +   Notwithstanding any other provision of this License, if you modify the
560 543     Program, your modified version must prominently offer all users
561 544     interacting with it remotely through a computer network (if your version
562 545     supports such interaction) an opportunity to receive the Corresponding
567 550     of the GNU General Public License that is incorporated pursuant to the
568 551     following paragraph.
569 552
570     -   __Notwithstanding any other provision of this License, you have permission
571     - to link or combine any covered work with a work licensed under version 3
572     - of the GNU General Public License into a single combined work, and to
573     - convey the resulting work.  The terms of this license will continue to
574     - apply to the part which is the covered work, but the work with which it is
575     - combined will remain governed by version 3 of the GNU General Public
576     - License.
577     -
578     -   __14. Revised Versions of this License.
579     -
580     -   __The Free Software Foundation may publish revised and/or new versions of
581     - the GNU Affero General Public License from time to time.  Such new
582     - versions will be similar in spirit to the present version, but may differ
583     - in detail to address new problems or concerns.
584     -
585     -   __Each version is given a distinguishing version number.  If the
586     - Program specifies that a certain numbered version of the GNU Affero
587     - General Public License "or any later version" applies to it, you have
588     - the option of following the terms and conditions either of that
589     - numbered version or of any later version published by the Free
590     - Software Foundation.  If the Program does not specify a version number
591     - of the GNU Affero General Public License, you may choose any version
592     - ever published by the Free Software Foundation.
593     -
594     -   __If the Program specifies that a proxy can decide which future
595     - versions of the GNU Affero General Public License can be used, that
596     - proxy's public statement of acceptance of a version permanently
597     - authorizes you to choose that version for the Program.
598     -
599     -   __Later license versions may give you additional or different
    553 + Notwithstanding any other provision of this License, you have
    554 + permission to link or combine any covered work with a work licensed
    555 + under version 3 of the GNU General Public License into a single
    556 + combined work, and to convey the resulting work.  The terms of this
    557 + License will continue to apply to the part which is the covered work,
```

N4J_019225

```
558   + but the work with which it is combined will remain governed by version
559   + 3 of the GNU General Public License.
560   +
561   + 14. Revised Versions of this License.
562   +
563   + The Free Software Foundation may publish revised and/or new versions of
564   + the GNU Affero General Public License from time to time.  Such new versions
565   + will be similar in spirit to the present version, but may differ in detail to
566   + address new problems or concerns.
567   +
568   + Each version is given a distinguishing version number.  If the
569   + Program specifies that a certain numbered version of the GNU Affero General
570   + Public License "or any later version" applies to it, you have the
571   + option of following the terms and conditions either of that numbered
572   + version or of any later version published by the Free Software
573   + Foundation.  If the Program does not specify a version number of the
574   + GNU Affero General Public License, you may choose any version ever published
575   + by the Free Software Foundation.
576   +
577   + If the Program specifies that a proxy can decide which future
578   + versions of the GNU Affero General Public License can be used, that proxy's
579   + public statement of acceptance of a version permanently authorizes you
580   + to choose that version for the Program.
581   +
582   + Later license versions may give you additional or different
600   583   permissions.  However, no additional obligations are imposed on any
601   584   author or copyright holder as a result of your choosing to follow a
602   585   later version.
603   586
604   -   __15. Disclaimer of Warranty.
      587 + 15. Disclaimer of Warranty.
605   588
606   -   __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589 + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592   OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595   IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596   ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615   -   __16. Limitation of Liability.
      598 + 16. Limitation of Liability.
616   599
617   -   __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600 + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   601   WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602   THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603   GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607   EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608   SUCH DAMAGES.
626   609
627   -   __17. Interpretation of Sections 15 and 16.
      610 + 17. Interpretation of Sections 15 and 16.
628   611
629   -   __If the disclaimer of warranty and limitation of liability provided
      612 + If the disclaimer of warranty and limitation of liability provided
630   613   above cannot be given local legal effect according to their terms,
631   614   reviewing courts shall apply local law that most closely approximates
632   615   an absolute waiver of all civil liability in connection with the
633   616   Program, unless a warranty or assumption of liability accompanies a
634   617   copy of the Program in return for a fee.
635   618
636   -                       END OF TERMS AND CONDITIONS
```

N4J_019226

```
619  + END OF TERMS AND CONDITIONS
637  620
638  -        _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640  -   __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624     possible use to the public, the best way to achieve this is to make it
642  625     free software which everyone can redistribute and change under these terms.
643  626
644  -   __To do so, attach the following notices to the program.  It is safest
     627  + To do so, attach the following notices to the program.  It is safest
645  628     to attach them to the start of each source file to most effectively
646  629     state the exclusion of warranty; and each file should have at least
647  630     the "copyright" line and a pointer to where the full notice is found.
648  631
649  -   ____<one line to give the program's name and a brief idea of what it does.>
650  -   ____Copyright (C) <year>  <name of author>
     632  + <one line to give the program's name and a brief idea of what it does.>
     633  + Copyright (C) <year>  <name of author>
651  634
652  -   ____This program is free software: you can redistribute it and/or modify
653  -   ____it under the terms of the GNU Affero General Public License as
654  -   ____published by the Free Software Foundation, either version 3 of the
655  -   ____License, or (at your option) any later version.
     635  + This program is free software: you can redistribute it and/or modify
     636  + it under the terms of the GNU Affero General Public License as published by
     637  + the Free Software Foundation, either version 3 of the License, or
     638  + (at your option) any later version.
656  639
657  -   ____This program is distributed in the hope that it will be useful,
658  -   ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659  -   ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660  -   ____GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  + GNU Affero General Public License for more details.
661  644
662  -   ____You should have received a copy of the GNU Affero General Public License
663  -   ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648     Also add information on how to contact you by electronic and paper mail.
666  649
667  -   __If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651     network, you should also make sure that it provides a way for users to
669  652     get its source.  For example, if your program is a web application, its
670  653     interface could display a "Source" link that leads users to an archive
671  654     of the code.  There are many ways you could offer source, and different
672  655     solutions will be better for different programs; see section 13 for the
673  656     specific requirements.
674  657
675  -   You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678  -   <http://www.gnu.org/licenses/>.
679  -
680  -
681  -   "Commons Clause" License Condition
```

N4J_019227

```
682        -
683        - The Software is provided to you by the Licensor under the License, as
684        - defined below, subject to the following condition. Without limiting
685        - other conditions in the License, the grant of rights under the License
686        - will not include, and the License does not grant to you, the right to
687        - Sell the Software.  For purposes of the foregoing, "Sell" means
688        - practicing any or all of the rights granted to you under the License
689        - to provide to third parties, for a fee or other consideration,
690        - a product or service that consists, entirely or substantially,
691        - of the Software or the functionality of the Software. Any license
692        - notice or attribution required by the License must also include
693        - this Commons Cause License Condition notice.
     661   + <https://www.gnu.org/licenses/>.
```

⌄ 486 ■■■■□□ enterprise/ha/LICENSE.txt ⧉

```
...    ...    @@ -1,51 +1,35 @@
1             - NOTICE
2             - This package contains software licensed under different
3             - licenses, please refer to the NOTICE.txt file for further
4             - information and LICENSES.txt for full license texts.
       1      + GNU AFFERO GENERAL PUBLIC LICENSE
       2      +   Version 3, 19 November 2007
5      3
6             - Neo4j Enterprise object code can be licensed independently from
7             - the source under separate commercial terms. Email inquiries can be
8             - directed to: licensing@neo4j.com. More information is also
9             - available at:https://neo4j.com/licensing/
       4      + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
       5      + Everyone is permitted to copy and distribute verbatim copies
       6      + of this license document, but changing it is not allowed.
10     7
11            - The software ("Software") is developed and owned by Neo4j Sweden AB
12            - (referred to in this notice as "Neo4j") and is subject to the terms
13            - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
       8      + Preamble
14     9
15            -
16            -
17            -                      GNU AFFERO GENERAL PUBLIC LICENSE
18            -                       Version 3, 19 November 2007
19            -
20            - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21            - Everyone is permitted to copy and distribute verbatim copies
22            - of this license document, but changing it is not allowed.
23            -
24            -                            Preamble
25            -
26            -   The GNU Affero General Public License is a free, copyleft license
27            - for software and other kinds of works, specifically designed to ensure
       10     + The GNU Affero General Public License is a free, copyleft license for
       11     + software and other kinds of works, specifically designed to ensure
28     12       cooperation with the community in the case of network server software.
29     13
30            -   The licenses for most software and other practical works are
31            - designed to take away your freedom to share and change them.  By
32            - contrast, our General Public Licenses are intended to guarantee your
33            - freedom to share and change all versions of a program--to make sure it
34            - remains free software for all its users.
       14     + The licenses for most software and other practical works are designed
       15     + to take away your freedom to share and change the works.  By contrast,
       16     + our General Public Licenses are intended to guarantee your freedom to
       17     + share and change all versions of a program--to make sure it remains free
```

N4J_019228

10/2/2019   Case 5:18-cv-07182-EJD   Document 98-1 · Filed 12/11/20 · Page 503 of 1198 · GitHub

Case 5:18-cv-07182-EJD - update-ongdb/LICENSE.txt due to license violation · has a graphfoundation/ongdb@c0b23b · GitHub

```diff
18    + software for all its users.
35  19
36    -   _When we speak of free software, we are referring to freedom, not
    20 + When we speak of free software, we are referring to freedom, not
37  21    price.  Our General Public Licenses are designed to make sure that you
38  22    have the freedom to distribute copies of free software (and charge for
39  23    them if you wish), that you receive source code or can get it if you
40  24    want it, that you can change the software or use pieces of it in new
41  25    free programs, and that you know you can do these things.
42  26
43    -   _Developers that use our General Public Licenses protect your rights
    27 + Developers that use our General Public Licenses protect your rights
44  28    with two steps: (1) assert copyright on the software, and (2) offer
45  29    you this License which gives you legal permission to copy, distribute
46  30    and/or modify the software.
47  31
48    -   _A secondary benefit of defending all users' freedom is that
    32 + A secondary benefit of defending all users' freedom is that
49  33    improvements made in alternate versions of the program, if they
50  34    receive widespread use, become available for other developers to
51  35    incorporate.  Many developers of free software are heartened and
55  39    letting the public access it on a server without ever releasing its
56  40    source code to the public.
57  41
58    -   _The GNU Affero General Public License is designed specifically to
    42 + The GNU Affero General Public License is designed specifically to
59  43    ensure that, in such cases, the modified source code becomes available
60  44    to the community.  It requires the operator of a network server to
61  45    provide the source code of the modified version running there to the
62  46    users of that server.  Therefore, public use of a modified version, on
63  47    a publicly accessible server, gives the public access to the source
64  48    code of the modified version.
65  49
66    -   _An older license, called the Affero General Public License and
    50 + An older license, called the Affero General Public License and
67  51    published by Affero, was designed to accomplish similar goals.  This is
68  52    a different license, not a version of the Affero GPL, but Affero has
69  53    released a new version of the Affero GPL which permits relicensing under
70  54    this license.
71  55
72    -   _The precise terms and conditions for copying, distribution and
    56 + The precise terms and conditions for copying, distribution and
73  57    modification follow.
74  58
75    -                       TERMS AND CONDITIONS
    59 + TERMS AND CONDITIONS
    60 +
    61 + 0. Definitions.
76  62
77    -   _0. Definitions.
    63 + "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79    -   "This License" refers to version 3 of the GNU Affero General Public
80    - License.
    65 + "Copyright" also means copyright-like laws that apply to other kinds of
    66 + works, such as semiconductor masks.
81  67
82    -   "Copyright" also means copyright-like laws that apply to other kinds
83    - of works, such as semiconductor masks.
84    -
85    -   "The Program" refers to any copyrightable work licensed under this
    68 + "The Program" refers to any copyrightable work licensed under this
86  69    License.  Each licensee is addressed as "you".  "Licensees" and
```

N4J_019229

```diff
 87   70      "recipients" may be individuals or organizations.
 88   71

 89      -    __To "modify" a work means to copy from or adapt all or part of the work
      72  + To "modify" a work means to copy from or adapt all or part of the work
 90   73      in a fashion requiring copyright permission, other than the making of an
 91   74      exact copy.  The resulting work is called a "modified version" of the
 92   75      earlier work or a work "based on" the earlier work.
 93   76

 94      -    A "covered work" means either the unmodified Program or a work based
      77  + A "covered work" means either the unmodified Program or a work based
 95   78      on the Program.
 96   79

 97      -    __To "propagate" a work means to do anything with it that, without
      80  + To "propagate" a work means to do anything with it that, without
 98   81      permission, would make you directly or secondarily liable for
 99   82      infringement under applicable copyright law, except executing it on a
100   83      computer or modifying a private copy.  Propagation includes copying,
101   84      distribution (with or without modification), making available to the
102   85      public, and in some countries other activities as well.
103   86

104      -    __To "convey" a work means any kind of propagation that enables other
      87  + To "convey" a work means any kind of propagation that enables other
105   88      parties to make or receive copies.  Mere interaction with a user through
106   89      a computer network, with no transfer of a copy, is not conveying.
107   90

108      -    An interactive user interface displays "Appropriate Legal Notices"
      91  + An interactive user interface displays "Appropriate Legal Notices"
109   92      to the extent that it includes a convenient and prominently visible
110   93      feature that (1) displays an appropriate copyright notice, and (2)
111   94      tells the user that there is no warranty for the work (except to the
114   97      the interface presents a list of user commands or options, such as a
115   98      menu, a prominent item in the list meets this criterion.
116   99

117      -    __1. Source Code.
     100  + 1. Source Code.
118  101

119      -    __The "source code" for a work means the preferred form of the work
     102  + The "source code" for a work means the preferred form of the work
120  103      for making modifications to it.  "Object code" means any non-source
121  104      form of a work.
122  105

123      -    A "Standard Interface" means an interface that either is an official
     106  + A "Standard Interface" means an interface that either is an official
124  107      standard defined by a recognized standards body, or, in the case of
125  108      interfaces specified for a particular programming language, one that
126  109      is widely used among developers working in that language.
127  110

128      -    __The "System Libraries" of an executable work include anything, other
     111  + The "System Libraries" of an executable work include anything, other
129  112      than the work as a whole, that (a) is included in the normal form of
130  113      packaging a Major Component, but which is not part of that Major
131  114      Component, and (b) serves only to enable use of the work with that
136  119      (if any) on which the executable work runs, or a compiler used to
137  120      produce the work, or an object code interpreter used to run it.
138  121

139      -    The "Corresponding Source" for a work in object code form means all
     122  + The "Corresponding Source" for a work in object code form means all
140  123      the source code needed to generate, install, and (for an executable
141  124      work) run the object code and to modify the work, including scripts to
142  125      control those activities.  However, it does not include the work's
149  132      such as by intimate data communication or control flow between those
150  133      subprograms and other parts of the work.
151  134
```

N4J_019230

Updates from OnGDB to allow us to build natively. Also do not include libs/graphfoundation/ongdb/ongdb-1.9.8 · GitHub

```
152   135   -   __The Corresponding Source need not include anything that users
      135   +   The Corresponding Source need not include anything that users
153   136       can regenerate automatically from other parts of the Corresponding
154   137       Source.
155   138
156         -   __The Corresponding Source for a work in source code form is that
      139   +   The Corresponding Source for a work in source code form is that
157   140       same work.
158   141
159         -   __2. Basic Permissions.
      142   +   2. Basic Permissions.
160   143
161         -   __All rights granted under this License are granted for the term of
      144   +   All rights granted under this License are granted for the term of
162   145       copyright on the Program, and are irrevocable provided the stated
163   146       conditions are met.  This License explicitly affirms your unlimited
164   147       permission to run the unmodified Program.  The output from running a
165   148       covered work is covered by this License only if the output, given its
166   149       content, constitutes a covered work.  This License acknowledges your
167   150       rights of fair use or other equivalent, as provided by copyright law.
168   151
169         -   __You may make, run and propagate covered works that you do not
      152   +   You may make, run and propagate covered works that you do not
170   153       convey, without conditions so long as your license otherwise remains
171   154       in force.  You may convey covered works to others for the sole purpose
172   155       of having them make modifications exclusively for you, or provide you
177   160       and control, on terms that prohibit them from making any copies of
178   161       your copyrighted material outside their relationship with you.
179   162
180         -   __Conveying under any other circumstances is permitted solely under
      163   +   Conveying under any other circumstances is permitted solely under
181   164       the conditions stated below.  Sublicensing is not allowed; section 10
182   165       makes it unnecessary.
183   166
184         -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167   +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185   168
186         -   __No covered work shall be deemed part of an effective technological
      169   +   No covered work shall be deemed part of an effective technological
187   170       measure under any applicable law fulfilling obligations under article
188   171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172       similar laws prohibiting or restricting circumvention of such
190   173       measures.
191   174
192         -   __When you convey a covered work, you waive any legal power to forbid
      175   +   When you convey a covered work, you waive any legal power to forbid
193   176       circumvention of technological measures to the extent such circumvention
194   177       is effected by exercising rights under this License with respect to
195   178       the covered work, and you disclaim any intention to limit operation or
196   179       modification of the work as a means of enforcing, against the work's
197   180       users, your or third parties' legal rights to forbid circumvention of
198   181       technological measures.
199   182
200         -   __4. Conveying Verbatim Copies.
      183   +   4. Conveying Verbatim Copies.
201   184
202         -   __You may convey verbatim copies of the Program's source code as you
      185   +   You may convey verbatim copies of the Program's source code as you
203   186       receive it, in any medium, provided that you conspicuously and
204   187       appropriately publish on each copy an appropriate copyright notice;
205   188       keep intact all notices stating that this License and any
206   189       non-permissive terms added in accord with section 7 apply to the code;
207   190       keep intact all notices of the absence of any warranty; and give all
```

N4J_019231

```
208   191          recipients a copy of this License along with the Program.
209   192

210   -   __You may charge any price or no price for each copy that you convey,
      193 + You may charge any price or no price for each copy that you convey,
211   194          and you may offer support or warranty protection for a fee.
212   195

213   -   __5. Conveying Modified Source Versions.
      196 + 5. Conveying Modified Source Versions.

214   197

215   -   __You may convey a work based on the Program, or the modifications to
      198 + You may convey a work based on the Program, or the modifications to
216   199          produce it from the Program, in the form of source code under the
217   200          terms of section 4, provided that you also meet all of these conditions:
218   201

219   -   __a) The work must carry prominent notices stating that you modified
220   -   __it, and giving a relevant date.
      202 + a) The work must carry prominent notices stating that you modified
      203 + it, and giving a relevant date.
221   204

222   -   __b) The work must carry prominent notices stating that it is
223   -   __released under this License and any conditions added under section
224   -   __7.  This requirement modifies the requirement in section 4 to
225   -   __"keep intact all notices".
      205 + b) The work must carry prominent notices stating that it is
      206 + released under this License and any conditions added under section
      207 + 7.  This requirement modifies the requirement in section 4 to
      208 + "keep intact all notices".
226   209

227   -   __c) You must license the entire work, as a whole, under this
228   -   __License to anyone who comes into possession of a copy.  This
229   -   __License will therefore apply, along with any applicable section 7
230   -   __additional terms, to the whole of the work, and all its parts,
231   -   __regardless of how they are packaged.  This License gives no
232   -   __permission to license the work in any other way, but it does not
233   -   __invalidate such permission if you have separately received it.
      210 + c) You must license the entire work, as a whole, under this
      211 + License to anyone who comes into possession of a copy.  This
      212 + License will therefore apply, along with any applicable section 7
      213 + additional terms, to the whole of the work, and all its parts,
      214 + regardless of how they are packaged.  This License gives no
      215 + permission to license the work in any other way, but it does not
      216 + invalidate such permission if you have separately received it.
234   217

235   -   __d) If the work has interactive user interfaces, each must display
236   -   __Appropriate Legal Notices; however, if the Program has interactive
237   -   __interfaces that do not display Appropriate Legal Notices, your
238   -   __work need not make them do so.
      218 + d) If the work has interactive user interfaces, each must display
      219 + Appropriate Legal Notices; however, if the Program has interactive
      220 + interfaces that do not display Appropriate Legal Notices, your
      221 + work need not make them do so.
239   222

240   -   __A compilation of a covered work with other separate and independent
      223 + A compilation of a covered work with other separate and independent
241   224          works, which are not by their nature extensions of the covered work,
242   225          and which are not combined with it so as to form a larger program,
243   226          in or on a volume of a storage or distribution medium, is called an
247   230          in an aggregate does not cause this License to apply to the other
248   231          parts of the aggregate.
249   232

250   -   __6. Conveying Non-Source Forms.
      233 + 6. Conveying Non-Source Forms.

251   234
```

N4J_019232

| 252 | | - __You may convey a covered work in object code form under the terms |
| | 235 | + You may convey a covered work in object code form under the terms |
| 253 | 236 | of sections 4 and 5, provided that you also convey the |
| 254 | 237 | machine-readable Corresponding Source under the terms of this License, |
| 255 | 238 | in one of these ways: |
| 256 | 239 | |
| 257 | | - ____a) Convey the object code in, or embodied in, a physical product |
| 258 | | - ____(including a physical distribution medium), accompanied by the |
| 259 | | - ____Corresponding Source fixed on a durable physical medium |
| 260 | | - ____customarily used for software interchange. |
| 261 | | - |
| 262 | | - ____b) Convey the object code in, or embodied in, a physical product |
| 263 | | - ____(including a physical distribution medium), accompanied by a |
| 264 | | - ____written offer, valid for at least three years and valid for as |
| 265 | | - ____long as you offer spare parts or customer support for that product |
| 266 | | - ____model, to give anyone who possesses the object code either (1) a |
| 267 | | - ____copy of the Corresponding Source for all the software in the |
| 268 | | - ____product that is covered by this License, on a durable physical |
| 269 | | - ____medium customarily used for software interchange, for a price no |
| 270 | | - ____more than your reasonable cost of physically performing this |
| 271 | | - ____conveying of source, or (2) access to copy the |
| 272 | | - ____Corresponding Source from a network server at no charge. |
| 273 | | - |
| 274 | | - ____c) Convey individual copies of the object code with a copy of the |
| 275 | | - ____written offer to provide the Corresponding Source.  This |
| 276 | | - ____alternative is allowed only occasionally and noncommercially, and |
| 277 | | - ____only if you received the object code with such an offer, in accord |
| 278 | | - ____with subsection 6b. |
| 279 | | - |
| 280 | | - ____d) Convey the object code by offering access from a designated |
| 281 | | - ____place (gratis or for a charge), and offer equivalent access to the |
| 282 | | - ____Corresponding Source in the same way through the same place at no |
| 283 | | - ____further charge.  You need not require recipients to copy the |
| 284 | | - ____Corresponding Source along with the object code.  If the place to |
| 285 | | - ____copy the object code is a network server, the Corresponding Source |
| 286 | | - ____may be on a different server (operated by you or a third party) |
| 287 | | - ____that supports equivalent copying facilities, provided you maintain |
| 288 | | - ____clear directions next to the object code saying where to find the |
| 289 | | - ____Corresponding Source.  Regardless of what server hosts the |
| 290 | | - ____Corresponding Source, you remain obligated to ensure that it is |
| 291 | | - ____available for as long as needed to satisfy these requirements. |
| 292 | | - |
| 293 | | - ____e) Convey the object code using peer-to-peer transmission, provided |
| 294 | | - ____you inform other peers where the object code and Corresponding |
| 295 | | - ____Source of the work are being offered to the general public at no |
| 296 | | - ____charge under subsection 6d. |
| 297 | | - |
| 298 | | - __A separable portion of the object code, whose source code is excluded |
| | 240 | + a) Convey the object code in, or embodied in, a physical product |
| | 241 | + (including a physical distribution medium), accompanied by the |
| | 242 | + Corresponding Source fixed on a durable physical medium |
| | 243 | + customarily used for software interchange. |
| | 244 | + |
| | 245 | + b) Convey the object code in, or embodied in, a physical product |
| | 246 | + (including a physical distribution medium), accompanied by a |
| | 247 | + written offer, valid for at least three years and valid for as |
| | 248 | + long as you offer spare parts or customer support for that product |
| | 249 | + model, to give anyone who possesses the object code either (1) a |
| | 250 | + copy of the Corresponding Source for all the software in the |
| | 251 | + product that is covered by this License, on a durable physical |
| | 252 | + medium customarily used for software interchange, for a price no |
| | 253 | + more than your reasonable cost of physically performing this |
| | 254 | + conveying of source, or (2) access to copy the |

N4J_019233

```
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302        -   A "User Product" is either (1) a "consumer product", which means any
     285  +   A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315        -   "Installation Information" for a User Product means any methods,
     298  +   "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323        -   If you convey an object code work under this section in, or with, or
     306  +   If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334        -   The requirement to provide Installation Information does not include a
     317  +   The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
```

N4J_019234

Update whole License to the current GPLv3. But does not violate the 1st paragraph from ongdb/ongdb@c0b23b... · GitHub

```
341  324
342      -  __Corresponding Source conveyed, and Installation Information provided,
     325  + Corresponding Source conveyed, and Installation Information provided,
343  326     in accord with this section must be in a format that is publicly
344  327     documented (and with an implementation available to the public in
345  328     source code form), and must require no special password or key for
346  329     unpacking, reading or copying.
347  330
348      -  __7. Additional Terms.
     331  + 7. Additional Terms.
349  332
350      -  __"Additional permissions" are terms that supplement the terms of this
     333  + "Additional permissions" are terms that supplement the terms of this
351  334     License by making exceptions from one or more of its conditions.
352  335     Additional permissions that are applicable to the entire Program shall
353  336     be treated as though they were included in this License, to the extent
356  339     under those permissions, but the entire Program remains governed by
357  340     this License without regard to the additional permissions.
358  341
359      -  __When you convey a copy of a covered work, you may at your option
     342  + When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348
366      -  __Notwithstanding any other provision of this License, for material you
     349  + Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352
370      -  ____a) Disclaiming warranty or limiting liability differently from the
371      -  ____terms of sections 15 and 16 of this License; or
     353  + a) Disclaiming warranty or limiting liability differently from the
     354  + terms of sections 15 and 16 of this License; or
372  355
373      -  ____b) Requiring preservation of specified reasonable legal notices or
374      -  ____author attributions in that material or in the Appropriate Legal
375      -  ____Notices displayed by works containing it; or
     356  + b) Requiring preservation of specified reasonable legal notices or
     357  + author attributions in that material or in the Appropriate Legal
     358  + Notices displayed by works containing it; or
376  359
377      -  ____c) Prohibiting misrepresentation of the origin of that material, or
378      -  ____requiring that modified versions of such material be marked in
379      -  ____reasonable ways as different from the original version; or
     360  + c) Prohibiting misrepresentation of the origin of that material, or
     361  + requiring that modified versions of such material be marked in
     362  + reasonable ways as different from the original version; or
380  363
381      -  ____d) Limiting the use for publicity purposes of names of licensors or
382      -  ____authors of the material; or
     364  + d) Limiting the use for publicity purposes of names of licensors or
     365  + authors of the material; or
383  366
384      -  ____e) Declining to grant rights under trademark law for use of some
385      -  ____trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387      -  ____f) Requiring indemnification of licensors and authors of that
388      -  ____material by anyone who conveys the material (or modified versions of
```

N4J_019235

Case 5:18-cv-07182-EJD  Document 98-1  Filed 12/11/20  Page 510 of 1198

```
389           -    it) with contractual assumptions of liability to the recipient, for
390           -    any liability that these contractual assumptions directly impose on
391           -    those licensors and authors.
        370   + f) Requiring indemnification of licensors and authors of that
        371   + material by anyone who conveys the material (or modified versions of
        372   + it) with contractual assumptions of liability to the recipient, for
        373   + any liability that these contractual assumptions directly impose on
        374   + those licensors and authors.
392   375
393           -    All other non-permissive additional terms are considered "further
        376   + All other non-permissive additional terms are considered "further
394   377        restrictions" within the meaning of section 10.  If the Program as you
395   378        received it, or any part of it, contains a notice stating that it is
396           - governed by this License along with a term that is a further restriction,
397           - you may remove that term.  If a license document contains a further
398           - restriction but permits relicensing or conveying under this License, you
399           - may add to a covered work material governed by the terms of that license
400           - document, provided that the further restriction does not survive such
401           - relicensing or conveying.
402           -
403           -    If you add terms to a covered work in accord with this section, you
        379   + governed by this License along with a term that is a further
        380   + restriction, you may remove that term.  If a license document contains
        381   + a further restriction but permits relicensing or conveying under this
        382   + License, you may add to a covered work material governed by the terms
        383   + of that license document, provided that the further restriction does
        384   + not survive such relicensing or conveying.
        385   +
        386   + If you add terms to a covered work in accord with this section, you
404   387        must place, in the relevant source files, a statement of the
405   388        additional terms that apply to those files, or a notice indicating
406   389        where to find the applicable terms.
407   390
408           -    Additional terms, permissive or non-permissive, may be stated in the
        391   + Additional terms, permissive or non-permissive, may be stated in the
409   392        form of a separately written license, or stated as exceptions;
410   393        the above requirements apply either way.
411   394
412           -    8. Termination.
        395   + 8. Termination.
413   396
414           -    You may not propagate or modify a covered work except as expressly
        397   + You may not propagate or modify a covered work except as expressly
415   398        provided under this License.  Any attempt otherwise to propagate or
416   399        modify it is void, and will automatically terminate your rights under
417   400        this License (including any patent licenses granted under the third
418   401        paragraph of section 11).
419   402
420           -    However, if you cease all violation of this License, then your
        403   + However, if you cease all violation of this License, then your
421   404        license from a particular copyright holder is reinstated (a)
422   405        provisionally, unless and until the copyright holder explicitly and
423   406        finally terminates your license, and (b) permanently, if the copyright
424   407        holder fails to notify you of the violation by some reasonable means
425   408        prior to 60 days after the cessation.
426   409
427           -    Moreover, your license from a particular copyright holder is
        410   + Moreover, your license from a particular copyright holder is
428   411        reinstated permanently if the copyright holder notifies you of the
429   412        violation by some reasonable means, this is the first time you have
430   413        received notice of violation of this License (for any work) from that
431   414        copyright holder, and you cure the violation prior to 30 days after
432   415        your receipt of the notice.
```

N4J_019236

10/2/2019                    Case 5:18-cv-07182-EJD · Document 98-1 · Filed 12/11/20 · Page 511 of 1198 · GitHub
                             updated-vm/03.StExDE to Document 98-1 not violated 2.5 graph foundation/ongdb-0b198 · GitHub

```
433   416
434         -  __Termination of your rights under this section does not terminate the
      417   +  Termination of your rights under this section does not terminate the
435   418      licenses of parties who have received copies or rights from you under
436   419      this License.  If your rights have been terminated and not permanently
437   420      reinstated, you do not qualify to receive new licenses for the same
438   421      material under section 10.
439   422

440         -  __9. Acceptance Not Required for Having Copies.
      423   +  9. Acceptance Not Required for Having Copies.
441   424

442         -  __You are not required to accept this License in order to receive or
      425   +  You are not required to accept this License in order to receive or
443   426      run a copy of the Program.  Ancillary propagation of a covered work
444   427      occurring solely as a consequence of using peer-to-peer transmission
445   428      to receive a copy likewise does not require acceptance.  However,
448   431      not accept this License.  Therefore, by modifying or propagating a
449   432      covered work, you indicate your acceptance of this License to do so.
450   433

451         -  __10. Automatic Licensing of Downstream Recipients.
      434   +  10. Automatic Licensing of Downstream Recipients.
452   435

453         -  __Each time you convey a covered work, the recipient automatically
      436   +  Each time you convey a covered work, the recipient automatically
454   437      receives a license from the original licensors, to run, modify and
455   438      propagate that work, subject to this License.  You are not responsible
456   439      for enforcing compliance by third parties with this License.
457   440

458         -  __An "entity transaction" is a transaction transferring control of an
      441   +  An "entity transaction" is a transaction transferring control of an
459   442      organization, or substantially all assets of one, or subdividing an
460   443      organization, or merging organizations.  If propagation of a covered
461   444      work results from an entity transaction, each party to that
465   448      Corresponding Source of the work from the predecessor in interest, if
466   449      the predecessor has it or can get it with reasonable efforts.
467   450

468         -  __You may not impose any further restrictions on the exercise of the
      451   +  You may not impose any further restrictions on the exercise of the
469   452      rights granted or affirmed under this License.  For example, you may
470   453      not impose a license fee, royalty, or other charge for exercise of
471   454      rights granted under this License, and you may not initiate litigation
472   455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456      any patent claim is infringed by making, using, selling, offering for
474   457      sale, or importing the Program or any portion of it.
475   458

476         -  __11. Patents.
      459   +  11. Patents.
477   460

478         -  __A "contributor" is a copyright holder who authorizes use under this
      461   +  A "contributor" is a copyright holder who authorizes use under this
479   462      License of the Program or a work on which the Program is based.  The
480   463      work thus licensed is called the contributor's "contributor version".
481   464

482         -  __A contributor's "essential patent claims" are all patent claims
      465   +  A contributor's "essential patent claims" are all patent claims
483   466      owned or controlled by the contributor, whether already acquired or
484   467      hereafter acquired, that would be infringed by some manner, permitted
485   468      by this License, of making, using, or selling its contributor version,
489   472      patent sublicenses in a manner consistent with the requirements of
490   473      this License.
491   474

492         -  __Each contributor grants you a non-exclusive, worldwide, royalty-free
      475   +  Each contributor grants you a non-exclusive, worldwide, royalty-free
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374                                    187/337

N4J_019237

```
493  476      patent license under the contributor's essential patent claims, to
494  477      make, use, sell, offer for sale, import and otherwise run, modify and
495  478      propagate the contents of its contributor version.
496  479

497      -   __In the following three paragraphs, a "patent license" is any express
     480  +   In the following three paragraphs, a "patent license" is any express
498  481      agreement or commitment, however denominated, not to enforce a patent
499  482      (such as an express permission to practice a patent or covenant not to
500  483      sue for patent infringement).  To "grant" such a patent license to a
501  484      party means to make such an agreement or commitment not to enforce a
502  485      patent against the party.
503  486

504      -   __If you convey a covered work, knowingly relying on a patent license,
     487  +   If you convey a covered work, knowingly relying on a patent license,
505  488      and the Corresponding Source of the work is not available for anyone
506  489      to copy, free of charge and under the terms of this License, through a
507  490      publicly available network server or other readily accessible means,
515  498      in a country, would infringe one or more identifiable patents in that
516  499      country that you have reason to believe are valid.
517  500

518      -   __If, pursuant to or in connection with a single transaction or
     501  +   If, pursuant to or in connection with a single transaction or
519  502      arrangement, you convey, or propagate by procuring conveyance of, a
520  503      covered work, and grant a patent license to some of the parties
521  504      receiving the covered work authorizing them to use, propagate, modify
522  505      or convey a specific copy of the covered work, then the patent license
523  506      you grant is automatically extended to all recipients of the covered
524  507      work and works based on it.
525  508

526      -   __A patent license is "discriminatory" if it does not include within
     509  +   A patent license is "discriminatory" if it does not include within
527  510      the scope of its coverage, prohibits the exercise of, or is
528  511      conditioned on the non-exercise of one or more of the rights that are
529  512      specifically granted under this License.  You may not convey a covered
538  521      contain the covered work, unless you entered into that arrangement,
539  522      or that patent license was granted, prior to 28 March 2007.
540  523

541      -   __Nothing in this License shall be construed as excluding or limiting
     524  +   Nothing in this License shall be construed as excluding or limiting
542  525      any implied license or other defenses to infringement that may
543  526      otherwise be available to you under applicable patent law.
544  527

545      -   __12. No Surrender of Others' Freedom.
     528  +   12. No Surrender of Others' Freedom.
546  529

547      -   __If conditions are imposed on you (whether by court order, agreement or
     530  +   If conditions are imposed on you (whether by court order, agreement or
548  531      otherwise) that contradict the conditions of this License, they do not
549  532      excuse you from the conditions of this License.  If you cannot convey a
550  533      covered work so as to satisfy simultaneously your obligations under
554  537      the Program, the only way you could satisfy both those terms and this
555  538      License would be to refrain entirely from conveying the Program.
556  539

557      -   __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +   13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559      -   __Notwithstanding any other provision of this License, if you modify the
     542  +   Notwithstanding any other provision of this License, if you modify the
560  543      Program, your modified version must prominently offer all users
561  544      interacting with it remotely through a computer network (if your version
562  545      supports such interaction) an opportunity to receive the Corresponding
567  550      of the GNU General Public License that is incorporated pursuant to the
568  551      following paragraph.
```

N4J_019238

Update · ongdb/ongdb@c0b23b2 · GitHub

```
569  552
570       -  _Notwithstanding any other provision of this License, you have _permission
571       - to link or combine any covered work with a work licensed_under version 3
572       - of the GNU General Public License into a single_combined work, and to
573       - convey the resulting work.  The terms of this _license will continue to
574       - apply to the part which is the covered work,_but the work with which it is
575       - _combined will remain governed by version 3 of the GNU General Public
576       - License.
577       -
578       - __14. Revised Versions of this License.
579       -
580       - __The Free Software Foundation may publish revised and/or new versions of
581       - the GNU Affero General Public License from time to time.  Such new
582       - _versions_will be similar in spirit to the present version, but may differ
583       - _in detail to_address new problems or concerns.
584       -
585       - __Each version is given a distinguishing version number.  If the
586       - Program specifies that a certain numbered version of the GNU Affero
587       - _General_Public License "or any later version" applies to it, you have
588       - _the_option of following the terms and conditions either of that
589       - _numbered_version or of any later version published by the Free
590       - _Software_Foundation.  If the Program does not specify a version number
591       - _of the_GNU Affero General Public License, you may choose any version
592       - _ever published_by the Free Software Foundation.
593       -
594       - __If the Program specifies that a proxy can decide which future
595       - versions of the GNU Affero General Public License can be used, that
596       - _proxy's_public statement of acceptance of a version permanently
597       - _authorizes you_to choose that version for the Program.
598       -
599       - __Later license versions may give you additional or different
     553  + Notwithstanding any other provision of this License, you have
     554  + _permission_to link or combine any covered work with a work licensed
     555  + _under version 3_of the GNU General Public License into a single
     556  + _combined work, and to_convey the resulting work.  The terms of this
     557  + _License will continue to_apply to the part which is the covered work,
     558  + _but the work with which it is combined will remain governed by version
     559  + _3 of the GNU General Public_License.
     560  +
     561  + 14. Revised Versions of this License.
     562  +
     563  + The Free Software Foundation may publish revised and/or new versions of
     564  + the GNU Affero General Public License from time to time.  Such new_versions
     565  + will be similar in spirit to the present version, but may differ_in detail to
     566  + address new problems or concerns.
     567  +
     568  + Each version is given a distinguishing version number.  If the
     569  + Program specifies that a certain numbered version of the GNU Affero_General
     570  + Public License "or any later version" applies to it, you have_the
     571  + option of following the terms and conditions either of that_numbered
     572  + version or of any later version published by the Free_Software
     573  + Foundation.  If the Program does not specify a version number_of the
     574  + GNU Affero General Public License, you may choose any version_ever published
     575  + by the Free Software Foundation.
     576  +
     577  + If the Program specifies that a proxy can decide which future
     578  + versions of the GNU Affero General Public License can be used, that_proxy's
     579  + public statement of acceptance of a version permanently_authorizes you
     580  + to choose that version for the Program.
     581  +
     582  + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
```

N4J_019239

| | | |
|---|---|---|
| 602 | 585 | later version. |
| 603 | 586 | |
| 604 | | - __15. Disclaimer of Warranty. |
| | 587 | + 15. Disclaimer of Warranty. |
| 605 | 588 | |
| 606 | | - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY |
| | 589 | + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY |
| 607 | 590 | APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT |
| 608 | 591 | HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY |
| 609 | 592 | OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, |
| 612 | 595 | IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF |
| 613 | 596 | ALL NECESSARY SERVICING, REPAIR OR CORRECTION. |
| 614 | 597 | |
| 615 | | - __16. Limitation of Liability. |
| | 598 | + 16. Limitation of Liability. |
| 616 | 599 | |
| 617 | | - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING |
| | 600 | + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING |
| 618 | 601 | WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS |
| 619 | 602 | THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY |
| 620 | 603 | GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE |
| 624 | 607 | EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF |
| 625 | 608 | SUCH DAMAGES. |
| 626 | 609 | |
| 627 | | - __17. Interpretation of Sections 15 and 16. |
| | 610 | + 17. Interpretation of Sections 15 and 16. |
| 628 | 611 | |
| 629 | | - __If the disclaimer of warranty and limitation of liability provided |
| | 612 | + If the disclaimer of warranty and limitation of liability provided |
| 630 | 613 | above cannot be given local legal effect according to their terms, |
| 631 | 614 | reviewing courts shall apply local law that most closely approximates |
| 632 | 615 | an absolute waiver of all civil liability in connection with the |
| 633 | 616 | Program, unless a warranty or assumption of liability accompanies a |
| 634 | 617 | copy of the Program in return for a fee. |
| 635 | 618 | |
| 636 | | - _____END OF TERMS AND CONDITIONS |
| | 619 | + END OF TERMS AND CONDITIONS |
| 637 | 620 | |
| 638 | | - _____How to Apply These Terms to Your New Programs |
| | 621 | + How to Apply These Terms to Your New Programs |
| 639 | 622 | |
| 640 | | - __If you develop a new program, and you want it to be of the greatest |
| | 623 | + If you develop a new program, and you want it to be of the greatest |
| 641 | 624 | possible use to the public, the best way to achieve this is to make it |
| 642 | 625 | free software which everyone can redistribute and change under these terms. |
| 643 | 626 | |
| 644 | | - __To do so, attach the following notices to the program.  It is safest |
| | 627 | + To do so, attach the following notices to the program.  It is safest |
| 645 | 628 | to attach them to the start of each source file to most effectively |
| 646 | 629 | state the exclusion of warranty; and each file should have at least |
| 647 | 630 | the "copyright" line and a pointer to where the full notice is found. |
| 648 | 631 | |
| 649 | | - ____<one line to give the program's name and a brief idea of what it does.> |
| 650 | | - __Copyright (C) <year>  <name of author> |
| | 632 | + <one line to give the program's name and a brief idea of what it does.> |
| | 633 | + Copyright (C) <year>  <name of author> |
| 651 | 634 | |
| 652 | | - ____This program is free software: you can redistribute it and/or modify |
| 653 | | - ____it under the terms of the GNU Affero General Public License as |
| 654 | | - ____published by the Free Software Foundation, either version 3 of the |
| 655 | | - ____License, or (at your option) any later version. |
| | 635 | + This program is free software: you can redistribute it and/or modify |
| | 636 | + it under the terms of the GNU Affero General Public License as published by |

N4J_019240

```
      637  + the Free Software Foundation, either version 3 of the License, or
      638  + (at your option) any later version.
 656  639
 657       -    This program is distributed in the hope that it will be useful,
 658       -    but WITHOUT ANY WARRANTY; without even the implied warranty of
 659       -    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
 660       -    GNU Affero General Public License for more details.
      640  + This program is distributed in the hope that it will be useful,
      641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643  + GNU Affero General Public License for more details.
 661  644
 662       -    You should have received a copy of the GNU Affero General Public License
 663       -    along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645  + You should have received a copy of the GNU Affero General Public License
      646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
 664  647
 665  648       Also add information on how to contact you by electronic and paper mail.
 666  649
 667       -   If your software can interact with users remotely through a computer
      650  + If your software can interact with users remotely through a computer
 668  651       network, you should also make sure that it provides a way for users to
 669  652       get its source.  For example, if your program is a web application, its
 670  653       interface could display a "Source" link that leads users to an archive
 671  654       of the code.  There are many ways you could offer source, and different
 672  655       solutions will be better for different programs; see section 13 for the
 673  656       specific requirements.
 674  657
 675       -   You should also get your employer (if you work as a programmer) or school,
      658  + You should also get your employer (if you work as a programmer) or school,
 676  659       if any, to sign a "copyright disclaimer" for the program, if necessary.
 677  660       For more information on this, and how to apply and follow the GNU AGPL, see
 678       - <http://www.gnu.org/licenses/>.
 679       -
 680       -
 681       - "Commons Clause" License Condition
 682       -
 683       - The Software is provided to you by the Licensor under the License, as
 684       - defined below, subject to the following condition. Without limiting
 685       - other conditions in the License, the grant of rights under the License
 686       - will not include, and the License does not grant to you, the right to
 687       - Sell the Software.  For purposes of the foregoing, "Sell" means
 688       - practicing any or all of the rights granted to you under the License
 689       - to provide to third parties, for a fee or other consideration,
 690       - a product or service that consists, entirely or substantially,
 691       - of the Software or the functionality of the Software. Any license
 692       - notice or attribution required by the License must also include
 693       - this Commons Cause License Condition notice.
      661  + <https://www.gnu.org/licenses/>.
```

⌄   486 🟩🟩🟩🟥🟥   enterprise/kernel/LICENSE.txt 📋

```
 ...  ...       @@ -1,51 +1,35 @@
  1            - NOTICE
  2            - This package contains software licensed under different
  3            - licenses, please refer to the NOTICE.txt file for further
  4            - information and LICENSES.txt for full license texts.
        1     + GNU AFFERO GENERAL PUBLIC LICENSE
        2     +    Version 3, 19 November 2007
  5      3
  6            - Neo4j Enterprise object code can be licensed independently from
  7            - the source under separate commercial terms. Email inquiries can be
  8            - directed to: licensing@neo4j.com. More information is also
```

N4J_019241

```
  9              - available at:https://neo4j.com/licensing/
          4      + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
          5      + Everyone is permitted to copy and distribute verbatim copies
          6      + of this license document, but changing it is not allowed.
 10       7
 11              - The software ("Software") is developed and owned by Neo4j Sweden AB
 12              - (referred to in this notice as "Neo4j") and is subject to the terms
 13              - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
          8      + Preamble
 14       9
 15              -
 16              -
 17              -                    GNU AFFERO GENERAL PUBLIC LICENSE
 18              -                       Version 3, 19 November 2007
 19              -
 20              -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21              -  Everyone is permitted to copy and distribute verbatim copies
 22              -  of this license document, but changing it is not allowed.
 23              -
 24              -                            Preamble
 25              -
 26              -   The GNU Affero General Public License is a free, copyleft license
 27              - for software and other kinds of works, specifically designed to ensure
         10      + The GNU Affero General Public License is a free, copyleft license for
         11      + software and other kinds of works, specifically designed to ensure
 28       12       cooperation with the community in the case of network server software.
 29       13
 30              -   The licenses for most software and other practical works are
 31              - designed to take away your freedom to share and change the works.  By
 32              - contrast, our General Public Licenses are intended to guarantee your
 33              - freedom to share and change all versions of a program--to make sure it
 34              - remains free software for all its users.
         14      + The licenses for most software and other practical works are designed
         15      + to take away your freedom to share and change the works.  By contrast,
         16      + our General Public Licenses are intended to guarantee your freedom to
         17      + share and change all versions of a program--to make sure it remains free
         18      + software for all its users.
 35       19
 36              -   When we speak of free software, we are referring to freedom, not
         20      + When we speak of free software, we are referring to freedom, not
 37       21       price.  Our General Public Licenses are designed to make sure that you
 38       22       have the freedom to distribute copies of free software (and charge for
 39       23       them if you wish), that you receive source code or can get it if you
 40       24       want it, that you can change the software or use pieces of it in new
 41       25       free programs, and that you know you can do these things.
 42       26
 43              -   Developers that use our General Public Licenses protect your rights
         27      + Developers that use our General Public Licenses protect your rights
 44       28       with two steps: (1) assert copyright on the software, and (2) offer
 45       29       you this License which gives you legal permission to copy, distribute
 46       30       and/or modify the software.
 47       31
 48              -   A secondary benefit of defending all users' freedom is that
         32      + A secondary benefit of defending all users' freedom is that
 49       33       improvements made in alternate versions of the program, if they
 50       34       receive widespread use, become available for other developers to
 51       35       incorporate.  Many developers of free software are heartened and
 55       39       letting the public access it on a server without ever releasing its
 56       40       source code to the public.
 57       41
 58              -   The GNU Affero General Public License is designed specifically to
         42      + The GNU Affero General Public License is designed specifically to
 59       43       ensure that, in such cases, the modified source code becomes available
```

N4J_019242

```
60   44        to the community.  It requires the operator of a network server to
61   45        provide the source code of the modified version running there to the
62   46        users of that server.  Therefore, public use of a modified version, on
63   47        a publicly accessible server, gives the public access to the source
64   48        code of the modified version.
65   49
66       -  __An older license, called the Affero General Public License and
     50  + An older license, called the Affero General Public License and
67   51        published by Affero, was designed to accomplish similar goals.  This is
68   52        a different license, not a version of the Affero GPL, but Affero has
69   53        released a new version of the Affero GPL which permits relicensing under
70   54        this license.
71   55
72       -  __The precise terms and conditions for copying, distribution and
     56  + The precise terms and conditions for copying, distribution and
73   57        modification follow.
74   58
75       -                     TERMS AND CONDITIONS
     59  + TERMS AND CONDITIONS
     60  +
     61  + 0. Definitions.
76   62
77       -  __0. Definitions.
     63  + "This License" refers to version 3 of the GNU Affero General Public License.
78   64
79       -  __"This License" refers to version 3 of the GNU Affero General Public
80       - License.
     65  + "Copyright" also means copyright-like laws that apply to other kinds of
     66  + works, such as semiconductor masks.
81   67
82       -    "Copyright" also means copyright-like laws that apply to other kinds
83       - of works, such as semiconductor masks.
84       -
85       -    "The Program" refers to any copyrightable work licensed under this
     68  + "The Program" refers to any copyrightable work licensed under this
86   69        License.  Each licensee is addressed as "you".  "Licensees" and
87   70        "recipients" may be individuals or organizations.
88   71
89       -  __To "modify" a work means to copy from or adapt all or part of the work
     72  + To "modify" a work means to copy from or adapt all or part of the work
90   73        in a fashion requiring copyright permission, other than the making of an
91   74        exact copy.  The resulting work is called a "modified version" of the
92   75        earlier work or a work "based on" the earlier work.
93   76
94       -  __A "covered work" means either the unmodified Program or a work based
     77  + A "covered work" means either the unmodified Program or a work based
95   78        on the Program.
96   79
97       -  __To "propagate" a work means to do anything with it that, without
     80  + To "propagate" a work means to do anything with it that, without
98   81        permission, would make you directly or secondarily liable for
99   82        infringement under applicable copyright law, except executing it on a
100  83        computer or modifying a private copy.  Propagation includes copying,
101  84        distribution (with or without modification), making available to the
102  85        public, and in some countries other activities as well.
103  86
104      -  __To "convey" a work means any kind of propagation that enables other
     87  + To "convey" a work means any kind of propagation that enables other
105  88        parties to make or receive copies.  Mere interaction with a user through
106  89        a computer network, with no transfer of a copy, is not conveying.
107  90
108      -  __An interactive user interface displays "Appropriate Legal Notices"
     91  + An interactive user interface displays "Appropriate Legal Notices"
```

N4J_019243

```
109   92        to the extent that it includes a convenient and prominently visible
110   93        feature that (1) displays an appropriate copyright notice, and (2)
111   94        tells the user that there is no warranty for the work (except to the
114   97        the interface presents a list of user commands or options, such as a
115   98        menu, a prominent item in the list meets this criterion.
116   99

117       -  __1. Source Code.
      100   + 1. Source Code.
118   101

119       -  __The "source code" for a work means the preferred form of the work
      102   + The "source code" for a work means the preferred form of the work
120   103        for making modifications to it.  "Object code" means any non-source
121   104        form of a work.
122   105

123       -  __A "Standard Interface" means an interface that either is an official
      106   + A "Standard Interface" means an interface that either is an official
124   107        standard defined by a recognized standards body, or, in the case of
125   108        interfaces specified for a particular programming language, one that
126   109        is widely used among developers working in that language.
127   110

128       -  __The "System Libraries" of an executable work include anything, other
      111   + The "System Libraries" of an executable work include anything, other
129   112        than the work as a whole, that (a) is included in the normal form of
130   113        packaging a Major Component, but which is not part of that Major
131   114        Component, and (b) serves only to enable use of the work with that
136   119        (if any) on which the executable work runs, or a compiler used to
137   120        produce the work, or an object code interpreter used to run it.
138   121

139       -  __The "Corresponding Source" for a work in object code form means all
      122   + The "Corresponding Source" for a work in object code form means all
140   123        the source code needed to generate, install, and (for an executable
141   124        work) run the object code and to modify the work, including scripts to
142   125        control those activities.  However, it does not include the work's
149   132        such as by intimate data communication or control flow between those
150   133        subprograms and other parts of the work.
151   134

152       -  __The Corresponding Source need not include anything that users
      135   + The Corresponding Source need not include anything that users
153   136        can regenerate automatically from other parts of the Corresponding
154   137        Source.
155   138

156       -  __The Corresponding Source for a work in source code form is that
      139   + The Corresponding Source for a work in source code form is that
157   140        same work.
158   141

159       -  __2. Basic Permissions.
      142   + 2. Basic Permissions.
160   143

161       -  __All rights granted under this License are granted for the term of
      144   + All rights granted under this License are granted for the term of
162   145        copyright on the Program, and are irrevocable provided the stated
163   146        conditions are met.  This License explicitly affirms your unlimited
164   147        permission to run the unmodified Program.  The output from running a
165   148        covered work is covered by this License only if the output, given its
166   149        content, constitutes a covered work.  This License acknowledges your
167   150        rights of fair use or other equivalent, as provided by copyright law.
168   151

169       -  __You may make, run and propagate covered works that you do not
      152   + You may make, run and propagate covered works that you do not
170   153        convey, without conditions so long as your license otherwise remains
171   154        in force.  You may convey covered works to others for the sole purpose
172   155        of having them make modifications exclusively for you, or provide you
177   160        and control, on terms that prohibit them from making any copies of
```

N4J_019244

| 178 | 161 | | your copyrighted material outside their relationship with you. |
| 179 | 162 | | |
| 180 | | - | __Conveying under any other circumstances is permitted solely under |
| | 163 | + | Conveying under any other circumstances is permitted solely under |
| 181 | 164 | | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 182 | 165 | | makes it unnecessary. |
| 183 | 166 | | |
| 184 | | - | __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| | 167 | + | 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| 185 | 168 | | |
| 186 | | - | __No covered work shall be deemed part of an effective technological |
| | 169 | + | No covered work shall be deemed part of an effective technological |
| 187 | 170 | | measure under any applicable law fulfilling obligations under article |
| 188 | 171 | | 11 of the WIPO copyright treaty adopted on 20 December 1996, or |
| 189 | 172 | | similar laws prohibiting or restricting circumvention of such |
| 190 | 173 | | measures. |
| 191 | 174 | | |
| 192 | | - | __When you convey a covered work, you waive any legal power to forbid |
| | 175 | + | When you convey a covered work, you waive any legal power to forbid |
| 193 | 176 | | circumvention of technological measures to the extent such circumvention |
| 194 | 177 | | is effected by exercising rights under this License with respect to |
| 195 | 178 | | the covered work, and you disclaim any intention to limit operation or |
| 196 | 179 | | modification of the work as a means of enforcing, against the work's |
| 197 | 180 | | users, your or third parties' legal rights to forbid circumvention of |
| 198 | 181 | | technological measures. |
| 199 | 182 | | |
| 200 | | - | __4. Conveying Verbatim Copies. |
| | 183 | + | 4. Conveying Verbatim Copies. |
| 201 | 184 | | |
| 202 | | - | __You may convey verbatim copies of the Program's source code as you |
| | 185 | + | You may convey verbatim copies of the Program's source code as you |
| 203 | 186 | | receive it, in any medium, provided that you conspicuously and |
| 204 | 187 | | appropriately publish on each copy an appropriate copyright notice; |
| 205 | 188 | | keep intact all notices stating that this License and any |
| 206 | 189 | | non-permissive terms added in accord with section 7 apply to the code; |
| 207 | 190 | | keep intact all notices of the absence of any warranty; and give all |
| 208 | 191 | | recipients a copy of this License along with the Program. |
| 209 | 192 | | |
| 210 | | - | __You may charge any price or no price for each copy that you convey, |
| | 193 | + | You may charge any price or no price for each copy that you convey, |
| 211 | 194 | | and you may offer support or warranty protection for a fee. |
| 212 | 195 | | |
| 213 | | - | __5. Conveying Modified Source Versions. |
| | 196 | + | 5. Conveying Modified Source Versions. |
| 214 | 197 | | |
| 215 | | - | __You may convey a work based on the Program, or the modifications to |
| | 198 | + | You may convey a work based on the Program, or the modifications to |
| 216 | 199 | | produce it from the Program, in the form of source code under the |
| 217 | 200 | | terms of section 4, provided that you also meet all of these conditions: |
| 218 | 201 | | |
| 219 | | - | ____a) The work must carry prominent notices stating that you modified |
| 220 | | - | ____it, and giving a relevant date. |
| | 202 | + | a) The work must carry prominent notices stating that you modified |
| | 203 | + | it, and giving a relevant date. |
| 221 | 204 | | |
| 222 | | - | ____b) The work must carry prominent notices stating that it is |
| 223 | | - | ____released under this License and any conditions added under section |
| 224 | | - | ____7.  This requirement modifies the requirement in section 4 to |
| 225 | | - | ____"keep intact all notices". |
| | 205 | + | b) The work must carry prominent notices stating that it is |
| | 206 | + | released under this License and any conditions added under section |
| | 207 | + | 7.  This requirement modifies the requirement in section 4 to |
| | 208 | + | "keep intact all notices". |

N4J_019245

```
226  209
227       -    c) You must license the entire work, as a whole, under this
228       -    License to anyone who comes into possession of a copy.  This
229       -    License will therefore apply, along with any applicable section 7
230       -    additional terms, to the whole of the work, and all its parts,
231       -    regardless of how they are packaged.  This License gives no
232       -    permission to license the work in any other way, but it does not
233       -    invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235       -    d) If the work has interactive user interfaces, each must display
236       -    Appropriate Legal Notices; however, if the Program has interactive
237       -    interfaces that do not display Appropriate Legal Notices, your
238       -    work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240       -  A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224     works, which are not by their nature extensions of the covered work,
242  225     and which are not combined with it such as to form a larger program,
243  226     in or on a volume of a storage or distribution medium, is called an
247  230     in an aggregate does not cause this License to apply to the other
248  231     parts of the aggregate.
249  232
250       -  6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -  You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236     of sections 4 and 5, provided that you also convey the
254  237     machine-readable Corresponding Source under the terms of this License,
255  238     in one of these ways:
256  239
257       -    a) Convey the object code in, or embodied in, a physical product
258       -    (including a physical distribution medium), accompanied by the
259       -    Corresponding Source fixed on a durable physical medium
260       -    customarily used for software interchange.
261       -
262       -    b) Convey the object code in, or embodied in, a physical product
263       -    (including a physical distribution medium), accompanied by a
264       -    written offer, valid for at least three years and valid for as
265       -    long as you offer spare parts or customer support for that product
266       -    model, to give anyone who possesses the object code either (1) a
267       -    copy of the Corresponding Source for all the software in the
268       -    product that is covered by this License, on a durable physical
269       -    medium customarily used for software interchange, for a price no
270       -    more than your reasonable cost of physically performing this
271       -    conveying of source, or (2) access to copy the
272       -    Corresponding Source from a network server at no charge.
273       -
274       -    c) Convey individual copies of the object code with a copy of the
275       -    written offer to provide the Corresponding Source.  This
276       -    alternative is allowed only occasionally and noncommercially, and
277       -    only if you received the object code with such an offer, in accord
```

```
278    -  ___with subsection 6b.
279    -
280    -  ___d) Convey the object code by offering access from a designated
281    -  ___place (gratis or for a charge), and offer equivalent access to the
282    -  ___Corresponding Source in the same way through the same place at no
283    -  ___further charge.  You need not require recipients to copy the
284    -  ___Corresponding Source along with the object code.  If the place to
285    -  ___copy the object code is a network server, the Corresponding Source
286    -  ___may be on a different server (operated by you or a third party)
287    -  ___that supports equivalent copying facilities, provided you maintain
288    -  ___clear directions next to the object code saying where to find the
289    -  ___Corresponding Source.  Regardless of what server hosts the
290    -  ___Corresponding Source, you remain obligated to ensure that it is
291    -  ___available for as long as needed to satisfy these requirements.
292    -
293    -  ___e) Convey the object code using peer-to-peer transmission, provided
294    -  ___you inform other peers where the object code and Corresponding
295    -  ___Source of the work are being offered to the general public at no
296    -  ___charge under subsection 6d.
297    -
298    -  _A separable portion of the object code, whose source code is excluded
       240    + a) Convey the object code in, or embodied in, a physical product
       241    + (including a physical distribution medium), accompanied by the
       242    + Corresponding Source fixed on a durable physical medium
       243    + customarily used for software interchange.
       244    +
       245    + b) Convey the object code in, or embodied in, a physical product
       246    + (including a physical distribution medium), accompanied by a
       247    + written offer, valid for at least three years and valid for as
       248    + long as you offer spare parts or customer support for that product
       249    + model, to give anyone who possesses the object code either (1) a
       250    + copy of the Corresponding Source for all the software in the
       251    + product that is covered by this License, on a durable physical
       252    + medium customarily used for software interchange, for a price no
       253    + more than your reasonable cost of physically performing this
       254    + conveying of source, or (2) access to copy the
       255    + Corresponding Source from a network server at no charge.
       256    +
       257    + c) Convey individual copies of the object code with a copy of the
       258    + written offer to provide the Corresponding Source.  This
       259    + alternative is allowed only occasionally and noncommercially, and
       260    + only if you received the object code with such an offer, in accord
       261    + with subsection 6b.
       262    +
       263    + d) Convey the object code by offering access from a designated
       264    + place (gratis or for a charge), and offer equivalent access to the
       265    + Corresponding Source in the same way through the same place at no
       266    + further charge.  You need not require recipients to copy the
       267    + Corresponding Source along with the object code.  If the place to
       268    + copy the object code is a network server, the Corresponding Source
       269    + may be on a different server (operated by you or a third party)
       270    + that supports equivalent copying facilities, provided you maintain
       271    + clear directions next to the object code saying where to find the
       272    + Corresponding Source.  Regardless of what server hosts the
       273    + Corresponding Source, you remain obligated to ensure that it is
       274    + available for as long as needed to satisfy these requirements.
       275    +
       276    + e) Convey the object code using peer-to-peer transmission, provided
       277    + you inform other peers where the object code and Corresponding
       278    + Source of the work are being offered to the general public at no
       279    + charge under subsection 6d.
       280    +
       281    + A separable portion of the object code, whose source code is excluded
```

N4J_019247

```
299  282        from the Corresponding Source as a System Library, need not be
300  283        included in conveying the object code work.
301  284

302       -  __A "User Product" is either (1) a "consumer product", which means any
     285  +  A "User Product" is either (1) a "consumer product", which means any
303  286        tangible personal property which is normally used for personal, family,
304  287        or household purposes, or (2) anything designed or sold for incorporation
305  288        into a dwelling.  In determining whether a product is a consumer product,
312  295        commercial, industrial or non-consumer uses, unless such uses represent
313  296        the only significant mode of use of the product.
314  297

315       -  __"Installation Information" for a User Product means any methods,
     298  +  "Installation Information" for a User Product means any methods,
316  299        procedures, authorization keys, or other information required to install
317  300        and execute modified versions of a covered work in that User Product from
318  301        a modified version of its Corresponding Source.  The information must
319  302        suffice to ensure that the continued functioning of the modified object
320  303        code is in no case prevented or interfered with solely because
321  304        modification has been made.
322  305

323       -  __If you convey an object code work under this section in, or with, or
     306  +  If you convey an object code work under this section in, or with, or
324  307        specifically for use in, a User Product, and the conveying occurs as
325  308        part of a transaction in which the right of possession and use of the
326  309        User Product is transferred to the recipient in perpetuity or for a
331  314        modified object code on the User Product (for example, the work has
332  315        been installed in ROM).
333  316

334       -  __The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318        requirement to continue to provide support service, warranty, or updates
336  319        for a work that has been modified or installed by the recipient, or for
337  320        the User Product in which it has been modified or installed.  Access to a
338  321        network may be denied when the modification itself materially and
339  322        adversely affects the operation of the network or violates the rules and
340  323        protocols for communication across the network.
341  324

342       -  __Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326        in accord with this section must be in a format that is publicly
344  327        documented (and with an implementation available to the public in
345  328        source code form), and must require no special password or key for
346  329        unpacking, reading or copying.
347  330

348       -  __7. Additional Terms.
     331  +  7. Additional Terms.
349  332

350       -  __"Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334        License by making exceptions from one or more of its conditions.
352  335        Additional permissions that are applicable to the entire Program shall
353  336        be treated as though they were included in this License, to the extent
356  339        under those permissions, but the entire Program remains governed by
357  340        this License without regard to the additional permissions.
358  341

359       -  __When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343        remove any additional permissions from that copy, or from any part of
361  344        it.  (Additional permissions may be written to require their own
362  345        removal in certain cases when you modify the work.)  You may place
363  346        additional permissions on material, added by you to a covered work,
364  347        for which you have or can give appropriate copyright permission.
365  348
```

N4J_019248

```
366        -  __Notwithstanding any other provision of this License, for material you
    349    +  Notwithstanding any other provision of this License, for material you
367        350       add to a covered work, you may (if authorized by the copyright holders of
368        351       that material) supplement the terms of this License with terms:
369        352

370        -  ____a) Disclaiming warranty or limiting liability differently from the
371        -  ____terms of sections 15 and 16 of this License; or
    353    +  a) Disclaiming warranty or limiting liability differently from the
    354    +  terms of sections 15 and 16 of this License; or
372        355

373        -  ____b) Requiring preservation of specified reasonable legal notices or
374        -  ____author attributions in that material or in the Appropriate Legal
375        -  ____Notices displayed by works containing it; or
    356    +  b) Requiring preservation of specified reasonable legal notices or
    357    +  author attributions in that material or in the Appropriate Legal
    358    +  Notices displayed by works containing it; or
376        359

377        -  ____c) Prohibiting misrepresentation of the origin of that material, or
378        -  ____requiring that modified versions of such material be marked in
379        -  ____reasonable ways as different from the original version; or
    360    +  c) Prohibiting misrepresentation of the origin of that material, or
    361    +  requiring that modified versions of such material be marked in
    362    +  reasonable ways as different from the original version; or
380        363

381        -  ____d) Limiting the use for publicity purposes of names of licensors or
382        -  ____authors of the material; or
    364    +  d) Limiting the use for publicity purposes of names of licensors or
    365    +  authors of the material; or
383        366

384        -  ____e) Declining to grant rights under trademark law for use of some
385        -  ____trade names, trademarks, or service marks; or
    367    +  e) Declining to grant rights under trademark law for use of some
    368    +  trade names, trademarks, or service marks; or
386        369

387        -  ____f) Requiring indemnification of licensors and authors of that
388        -  ____material by anyone who conveys the material (or modified versions of
389        -  ____it) with contractual assumptions of liability to the recipient, for
390        -  ____any liability that these contractual assumptions directly impose on
391        -  ____those licensors and authors.
    370    +  f) Requiring indemnification of licensors and authors of that
    371    +  material by anyone who conveys the material (or modified versions of
    372    +  it) with contractual assumptions of liability to the recipient, for
    373    +  any liability that these contractual assumptions directly impose on
    374    +  those licensors and authors.
392        375

393        -  __All other non-permissive additional terms are considered "further
    376    +  All other non-permissive additional terms are considered "further
394        377       restrictions" within the meaning of section 10.  If the Program as you
395        378       received it, or any part of it, contains a notice stating that it is
396        -  governed by this License along with a term that is a further restriction,
397        -  you may remove that term.  If a license document contains a further
398        -  restriction but permits relicensing or conveying under this License, you
399        -  may add to a covered work material governed by the terms of that license
400        -  document, provided that the further restriction does not survive such
401        -  relicensing or conveying.
402        -
403        -  __If you add terms to a covered work in accord with this section, you
    379    +  governed by this License along with a term that is a further
    380    +  restriction, you may remove that term.  If a license document contains
    381    +  a further restriction but permits relicensing or conveying under this
    382    +  License, you may add to a covered work material governed by the terms
    383    +  of that license document, provided that the further restriction does
    384    +  not survive such relicensing or conveying.
```

N4J_019249

```
 385  +
 386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408       - __Additional terms, permissive or non-permissive, may be stated in the
      391  + Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
410  393    the above requirements apply either way.
411  394
412       - __8. Termination.
      395  + 8. Termination.
413  396
414       - __You may not propagate or modify a covered work except as expressly
      397  + You may not propagate or modify a covered work except as expressly
415  398    provided under this License.  Any attempt otherwise to propagate or
416  399    modify it is void, and will automatically terminate your rights under
417  400    this License (including any patent licenses granted under the third
418  401    paragraph of section 11).
419  402
420       - __However, if you cease all violation of this License, then your
      403  + However, if you cease all violation of this License, then your
421  404    license from a particular copyright holder is reinstated (a)
422  405    provisionally, unless and until the copyright holder explicitly and
423  406    finally terminates your license, and (b) permanently, if the copyright
424  407    holder fails to notify you of the violation by some reasonable means
425  408    prior to 60 days after the cessation.
426  409
427       - __Moreover, your license from a particular copyright holder is
      410  + Moreover, your license from a particular copyright holder is
428  411    reinstated permanently if the copyright holder notifies you of the
429  412    violation by some reasonable means, this is the first time you have
430  413    received notice of violation of this License (for any work) from that
431  414    copyright holder, and you cure the violation prior to 30 days after
432  415    your receipt of the notice.
433  416
434       - __Termination of your rights under this section does not terminate the
      417  + Termination of your rights under this section does not terminate the
435  418    licenses of parties who have received copies or rights from you under
436  419    this License.  If your rights have been terminated and not permanently
437  420    reinstated, you do not qualify to receive new licenses for the same
438  421    material under section 10.
439  422
440       - __9. Acceptance Not Required for Having Copies.
      423  + 9. Acceptance Not Required for Having Copies.
441  424
442       - __You are not required to accept this License in order to receive or
      425  + You are not required to accept this License in order to receive or
443  426    run a copy of the Program.  Ancillary propagation of a covered work
444  427    occurring solely as a consequence of using peer-to-peer transmission
445  428    to receive a copy likewise does not require acceptance.  However,
448  431    not accept this License.  Therefore, by modifying or propagating a
449  432    covered work, you indicate your acceptance of this License to do so.
450  433
451       - __10. Automatic Licensing of Downstream Recipients.
      434  + 10. Automatic Licensing of Downstream Recipients.
452  435
453       - __Each time you convey a covered work, the recipient automatically
      436  + Each time you convey a covered work, the recipient automatically
454  437    receives a license from the original licensors, to run, modify and
455  438    propagate that work, subject to this License.  You are not responsible
456  439    for enforcing compliance by third parties with this License.
```

N4J_019250

updates/0010.StdExtDifile to Document 98-1 not violated 12/1...graph foundation/ongdb@c0b23b · GitHub

```
457   440
458         -  __An "entity transaction" is a transaction transferring control of an
      441   +  An "entity transaction" is a transaction transferring control of an
459   442      organization, or substantially all assets of one, or subdividing an
460   443      organization, or merging organizations.  If propagation of a covered
461   444      work results from an entity transaction, each party to that
465   448      Corresponding Source of the work from the predecessor in interest, if
466   449      the predecessor has it or can get it with reasonable efforts.
467   450
468         -  __You may not impose any further restrictions on the exercise of the
      451   +  You may not impose any further restrictions on the exercise of the
469   452      rights granted or affirmed under this License.  For example, you may
470   453      not impose a license fee, royalty, or other charge for exercise of
471   454      rights granted under this License, and you may not initiate litigation
472   455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456      any patent claim is infringed by making, using, selling, offering for
474   457      sale, or importing the Program or any portion of it.
475   458
476         -  __11. Patents.
      459   +  11. Patents.
477   460
478         -  __A "contributor" is a copyright holder who authorizes use under this
      461   +  A "contributor" is a copyright holder who authorizes use under this
479   462      License of the Program or a work on which the Program is based.  The
480   463      work thus licensed is called the contributor's "contributor version".
481   464
482         -  __A contributor's "essential patent claims" are all patent claims
      465   +  A contributor's "essential patent claims" are all patent claims
483   466      owned or controlled by the contributor, whether already acquired or
484   467      hereafter acquired, that would be infringed by some manner, permitted
485   468      by this License, of making, using, or selling its contributor version,
489   472      patent sublicenses in a manner consistent with the requirements of
490   473      this License.
491   474
492         -  __Each contributor grants you a non-exclusive, worldwide, royalty-free
      475   +  Each contributor grants you a non-exclusive, worldwide, royalty-free
493   476      patent license under the contributor's essential patent claims, to
494   477      make, use, sell, offer for sale, import and otherwise run, modify and
495   478      propagate the contents of its contributor version.
496   479
497         -  __In the following three paragraphs, a "patent license" is any express
      480   +  In the following three paragraphs, a "patent license" is any express
498   481      agreement or commitment, however denominated, not to enforce a patent
499   482      (such as an express permission to practice a patent or covenant not to
500   483      sue for patent infringement).  To "grant" such a patent license to a
501   484      party means to make such an agreement or commitment not to enforce a
502   485      patent against the party.
503   486
504         -  __If you convey a covered work, knowingly relying on a patent license,
      487   +  If you convey a covered work, knowingly relying on a patent license,
505   488      and the Corresponding Source of the work is not available for anyone
506   489      to copy, free of charge and under the terms of this License, through a
507   490      publicly available network server or other readily accessible means,
515   498      in a country, would infringe one or more identifiable patents in that
516   499      country that you have reason to believe are valid.
517   500
518         -  __If, pursuant to or in connection with a single transaction or
      501   +  If, pursuant to or in connection with a single transaction or
519   502      arrangement, you convey, or propagate by procuring conveyance of, a
520   503      covered work, and grant a patent license to some of the parties
521   504      receiving the covered work authorizing them to use, propagate, modify
522   505      or convey a specific copy of the covered work, then the patent license
523   506      you grant is automatically extended to all recipients of the covered
```

N4J_019251

```
524  507       work and works based on it.
525  508
526      -  __A patent license is "discriminatory" if it does not include within
     509  +  A patent license is "discriminatory" if it does not include within
527  510      the scope of its coverage, prohibits the exercise of, or is
528  511      conditioned on the non-exercise of one or more of the rights that are
529  512      specifically granted under this License.  You may not convey a covered
538  521      contain the covered work, unless you entered into that arrangement,
539  522      or that patent license was granted, prior to 28 March 2007.
540  523
541      -  __Nothing in this License shall be construed as excluding or limiting
     524  +  Nothing in this License shall be construed as excluding or limiting
542  525      any implied license or other defenses to infringement that may
543  526      otherwise be available to you under applicable patent law.
544  527
545      -  __12. No Surrender of Others' Freedom.
     528  +  12. No Surrender of Others' Freedom.
546  529
547      -  __If conditions are imposed on you (whether by court order, agreement or
     530  +  If conditions are imposed on you (whether by court order, agreement or
548  531      otherwise) that contradict the conditions of this License, they do not
549  532      excuse you from the conditions of this License.  If you cannot convey a
550  533      covered work so as to satisfy simultaneously your obligations under this
554  537      the Program, the only way you could satisfy both those terms and this
555  538      License would be to refrain entirely from conveying the Program.
556  539
557      -  __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541
559      -  __Notwithstanding any other provision of this License, if you modify the
     542  +  Notwithstanding any other provision of this License, if you modify the
560  543      Program, your modified version must prominently offer all users
561  544      interacting with it remotely through a computer network (if your version
562  545      supports such interaction) an opportunity to receive the Corresponding
567  550      of the GNU General Public License that is incorporated pursuant to the
568  551      following paragraph.
569  552
570      -  __Notwithstanding any other provision of this License, you have permission
571      -  to link or combine any covered work with a work licensed under version 3
572      -  of the GNU General Public License into a single combined work, and to
573      -  convey the resulting work.  The terms of this license will continue to
574      -  apply to the part which is the covered work, but the work with which it is
575      -  combined will remain governed by version 3 of the GNU General Public
576      -  License.
577      -
578      -  __14. Revised Versions of this License.
579      -
580      -  __The Free Software Foundation may publish revised and/or new versions of
581      -  the GNU Affero General Public License from time to time.  Such new
582      -  versions will be similar in spirit to the present version, but may differ
583      -  in detail to address new problems or concerns.
584      -
585      -  __Each version is given a distinguishing version number.  If the
586      -  Program specifies that a certain numbered version of the GNU Affero
587      -  General Public License "or any later version" applies to it, you have
588      -  the option of following the terms and conditions either of that
589      -  numbered version or of any later version published by the Free
590      -  Software Foundation.  If the Program does not specify a version number
591      -  of the GNU Affero General Public License, you may choose any version
592      -  ever published by the Free Software Foundation.
593      -
594      -  __If the Program specifies that a proxy can decide which future
595      -  versions of the GNU Affero General Public License can be used, that
```

N4J_019252

```
596      - proxy's public statement of acceptance of a version permanently
597      - authorizes you to choose that version for the Program.
598      -
599      - __Later license versions may give you additional or different
   553   + Notwithstanding any other provision of this License, you have
   554   + permission to link or combine any covered work with a work licensed
   555   + under version 3 of the GNU General Public License into a single
   556   + combined work, and to convey the resulting work.  The terms of this
   557   + License will continue to apply to the part which is the covered work,
   558   + but the work with which it is combined will remain governed by version
   559   + 3 of the GNU General Public License.
   560   +
   561   + 14. Revised Versions of this License.
   562   +
   563   + The Free Software Foundation may publish revised and/or new versions of
   564   + the GNU Affero General Public License from time to time.  Such new versions
   565   + will be similar in spirit to the present version, but may differ in detail to
   566   + address new problems or concerns.
   567   +
   568   + Each version is given a distinguishing version number.  If the
   569   + Program specifies that a certain numbered version of the GNU Affero General
   570   + Public License "or any later version" applies to it, you have the
   571   + option of following the terms and conditions either of that numbered
   572   + version or of any later version published by the Free Software
   573   + Foundation.  If the Program does not specify a version number of the
   574   + GNU Affero General Public License, you may choose any version ever published
   575   + by the Free Software Foundation.
   576   +
   577   + If the Program specifies that a proxy can decide which future
   578   + versions of the GNU Affero General Public License can be used, that proxy's
   579   + public statement of acceptance of a version permanently authorizes you
   580   + to choose that version for the Program.
   581   +
   582   + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
602  585    later version.
603  586
604      - __15. Disclaimer of Warranty.
   587   + 15. Disclaimer of Warranty.
605  588
606      - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
   589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615      - __16. Limitation of Liability.
   598   + 16. Limitation of Liability.
616  599
617      - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
   600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627      - __17. Interpretation of Sections 15 and 16.
   610   + 17. Interpretation of Sections 15 and 16.
628  611
```

```
629         -   __ If the disclaimer of warranty and limitation of liability provided
      612   + If the disclaimer of warranty and limitation of liability provided
630   613       above cannot be given local legal effect according to their terms,
631   614       reviewing courts shall apply local law that most closely approximates
632   615       an absolute waiver of all civil liability in connection with the
633   616       Program, unless a warranty or assumption of liability accompanies a
634   617       copy of the Program in return for a fee.
635   618

636         -                        END OF TERMS AND CONDITIONS
      619   + END OF TERMS AND CONDITIONS
637   620

638         -               How to Apply These Terms to Your New Programs
      621   + How to Apply These Terms to Your New Programs
639   622

640         -   __ If you develop a new program, and you want it to be of the greatest
      623   + If you develop a new program, and you want it to be of the greatest
641   624       possible use to the public, the best way to achieve this is to make it
642   625       free software which everyone can redistribute and change under these terms.
643   626

644         -   __ To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628       to attach them to the start of each source file to most effectively
646   629       state the exclusion of warranty; and each file should have at least
647   630       the "copyright" line and a pointer to where the full notice is found.
648   631

649         -     <one line to give the program's name and a brief idea of what it does.>
650         -     Copyright (C) <year>  <name of author>
      632   + <one line to give the program's name and a brief idea of what it does.>
      633   + Copyright (C) <year>  <name of author>
651   634

652         -     This program is free software: you can redistribute it and/or modify
653         -     it under the terms of the GNU Affero General Public License as
654         -     published by the Free Software Foundation, either version 3 of the
655         -     License, or (at your option) any later version.
      635   + This program is free software: you can redistribute it and/or modify
      636   + it under the terms of the GNU Affero General Public License as published by
      637   + the Free Software Foundation, either version 3 of the License, or
      638   + (at your option) any later version.
656   639

657         -     This program is distributed in the hope that it will be useful,
658         -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659         -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660         -     GNU Affero General Public License for more details.
      640   + This program is distributed in the hope that it will be useful,
      641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   + GNU Affero General Public License for more details.
661   644

662         -     You should have received a copy of the GNU Affero General Public License
663         -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648       Also add information on how to contact you by electronic and paper mail.
666   649

667         -   __ If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651       network, you should also make sure that it provides a way for users to
669   652       get its source.  For example, if your program is a web application, its
670   653       interface could display a "Source" link that leads users to an archive
671   654       of the code.  There are many ways you could offer source, and different
672   655       solutions will be better for different programs; see section 13 for the
673   656       specific requirements.
```

N4J_019254



N4J_019255

```
30           -   The licenses for most software and other practical works are
31           - designed to take away your freedom to share and change the works.  By
32           - contrast, our General Public Licenses are intended to guarantee your
33           - freedom to share and change all versions of a program--to make sure it
34           - remains free software for all its users.
35    14     + The licenses for most software and other practical works are designed
      15     + to take away your freedom to share and change the works.  By contrast,
      16     + our General Public Licenses are intended to guarantee your freedom to
      17     + share and change all versions of a program--to make sure it remains free
      18     + software for all its users.
      19
36           -   When we speak of free software, we are referring to freedom, not
      20     + When we speak of free software, we are referring to freedom, not
37    21       price.  Our General Public Licenses are designed to make sure that you
38    22       have the freedom to distribute copies of free software (and charge for
39    23       them if you wish), that you receive source code or can get it if you
40    24       want it, that you can change the software or use pieces of it in new
41    25       free programs, and that you know you can do these things.
42    26
43           -   Developers that use our General Public Licenses protect your rights
      27     + Developers that use our General Public Licenses protect your rights
44    28       with two steps: (1) assert copyright on the software, and (2) offer
45    29       you this License which gives you legal permission to copy, distribute
46    30       and/or modify the software.
47    31
48           -   A secondary benefit of defending all users' freedom is that
      32     + A secondary benefit of defending all users' freedom is that
49    33       improvements made in alternate versions of the program, if they
50    34       receive widespread use, become available for other developers to
51    35       incorporate.  Many developers of free software are heartened and
55    39       letting the public access it on a server without ever releasing its
56    40       source code to the public.
57    41
58           -   The GNU Affero General Public License is designed specifically to
      42     + The GNU Affero General Public License is designed specifically to
59    43       ensure that, in such cases, the modified source code becomes available
60    44       to the community.  It requires the operator of a network server to
61    45       provide the source code of the modified version running there to the
62    46       users of that server.  Therefore, public use of a modified version, on
63    47       a publicly accessible server, gives the public access to the source
64    48       code of the modified version.
65    49
66           -   An older license, called the Affero General Public License and
      50     + An older license, called the Affero General Public License and
67    51       published by Affero, was designed to accomplish similar goals.  This is
68    52       a different license, not a version of the Affero GPL, but Affero has
69    53       released a new version of the Affero GPL which permits relicensing under
70    54       this license.
71    55
72           -   The precise terms and conditions for copying, distribution and
      56     + The precise terms and conditions for copying, distribution and
73    57       modification follow.
74    58
75           -                      TERMS AND CONDITIONS
      59     + TERMS AND CONDITIONS
      60     +
      61     + 0. Definitions.
76    62
77           -   0. Definitions.
      63     + "This License" refers to version 3 of the GNU Affero General Public License.
78    64
79           -   "This License" refers to version 3 of the GNU Affero General Public
80           - License.
```

N4J_019256

```
 65  +  "Copyright" also means copyright-like laws that apply to other kinds of
 66  +  works, such as semiconductor masks.
 81  67
 82     -   "Copyright" also means copyright-like laws that apply to other kinds
 83     -  of works, such as semiconductor masks.
 84     -
 85         "The Program" refers to any copyrightable work licensed under this
 68  +  "The Program" refers to any copyrightable work licensed under this
 86  69     License.  Each licensee is addressed as "you".  "Licensees" and
 87  70     "recipients" may be individuals or organizations.
 88  71
 89     -   __To "modify" a work means to copy from or adapt all or part of the work
 72  +  To "modify" a work means to copy from or adapt all or part of the work
 90  73     in a fashion requiring copyright permission, other than the making of an
 91  74     exact copy.  The resulting work is called a "modified version" of the
 92  75     earlier work or a work "based on" the earlier work.
 93  76
 94     -   __A "covered work" means either the unmodified Program or a work based
 77  +  A "covered work" means either the unmodified Program or a work based
 95  78     on the Program.
 96  79
 97     -   __To "propagate" a work means to do anything with it that, without
 80  +  To "propagate" a work means to do anything with it that, without
 98  81     permission, would make you directly or secondarily liable for
 99  82     infringement under applicable copyright law, except executing it on a
100  83     computer or modifying a private copy.  Propagation includes copying,
101  84     distribution (with or without modification), making available to the
102  85     public, and in some countries other activities as well.
103  86
104     -   __To "convey" a work means any kind of propagation that enables other
 87  +  To "convey" a work means any kind of propagation that enables other
105  88     parties to make or receive copies.  Mere interaction with a user through
106  89     a computer network, with no transfer of a copy, is not conveying.
107  90
108     -   __An interactive user interface displays "Appropriate Legal Notices"
 91  +  An interactive user interface displays "Appropriate Legal Notices"
109  92     to the extent that it includes a convenient and prominently visible
110  93     feature that (1) displays an appropriate copyright notice, and (2)
111  94     tells the user that there is no warranty for the work (except to the
114  97     the interface presents a list of user commands or options, such as a
115  98     menu, a prominent item in the list meets this criterion.
116  99
117     -   __1. Source Code.
100  +  1. Source Code.
118 101
119     -   __The "source code" for a work means the preferred form of the work
102  +  The "source code" for a work means the preferred form of the work
120 103     for making modifications to it.  "Object code" means any non-source
121 104     form of a work.
122 105
123     -   __A "Standard Interface" means an interface that either is an official
106  +  A "Standard Interface" means an interface that either is an official
124 107     standard defined by a recognized standards body, or, in the case of
125 108     interfaces specified for a particular programming language, one that
126 109     is widely used among developers working in that language.
127 110
128     -   __The "System Libraries" of an executable work include anything, other
111  +  The "System Libraries" of an executable work include anything, other
129 112     than the work as a whole, that (a) is included in the normal form of
130 113     packaging a Major Component, but which is not part of that Major
131 114     Component, and (b) serves only to enable use of the work with that
136 119     (if any) on which the executable work runs, or a compiler used to
137 120     produce the work, or an object code interpreter used to run it.
```

N4J_019257

Update ... CONTRIBUTING file to point to ... no longer violated ... graph foundation/ongdb@c0b23b

```diff
138  121
139       -   The "Corresponding Source" for a work in object code form means all
     122  +   The "Corresponding Source" for a work in object code form means all
140  123      the source code needed to generate, install, and (for an executable
141  124      work) run the object code and to modify the work, including scripts to
142  125      control those activities.  However, it does not include the work's
149  132      such as by intimate data communication or control flow between those
150  133      subprograms and other parts of the work.
151  134

152       -   The Corresponding Source need not include anything that users
     135  +   The Corresponding Source need not include anything that users
153  136      can regenerate automatically from other parts of the Corresponding
154  137      Source.
155  138

156       -   The Corresponding Source for a work in source code form is that
     139  +   The Corresponding Source for a work in source code form is that
157  140      same work.
158  141

159       -   2. Basic Permissions.
     142  +   2. Basic Permissions.
160  143

161       -   All rights granted under this License are granted for the term of
     144  +   All rights granted under this License are granted for the term of
162  145      copyright on the Program, and are irrevocable provided the stated
163  146      conditions are met.  This License explicitly affirms your unlimited
164  147      permission to run the unmodified Program.  The output from running a
165  148      covered work is covered by this License only if the output, given its
166  149      content, constitutes a covered work.  This License acknowledges your
167  150      rights of fair use or other equivalent, as provided by copyright law.
168  151

169       -   You may make, run and propagate covered works that you do not
     152  +   You may make, run and propagate covered works that you do not
170  153      convey, without conditions so long as your license otherwise remains
171  154      in force.  You may convey covered works to others for the sole purpose
172  155      of having them make modifications exclusively for you, or provide you
177  160      and control, on terms that prohibit them from making any copies of
178  161      your copyrighted material outside their relationship with you.
179  162

180       -   Conveying under any other circumstances is permitted solely under
     163  +   Conveying under any other circumstances is permitted solely under
181  164      the conditions stated below.  Sublicensing is not allowed; section 10
182  165      makes it unnecessary.
183  166

184       -   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186       -   No covered work shall be deemed part of an effective technological
     169  +   No covered work shall be deemed part of an effective technological
187  170      measure under any applicable law fulfilling obligations under article
188  171      11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172      similar laws prohibiting or restricting circumvention of such
190  173      measures.
191  174

192       -   When you convey a covered work, you waive any legal power to forbid
     175  +   When you convey a covered work, you waive any legal power to forbid
193  176      circumvention of technological measures to the extent such circumvention
194  177      is effected by exercising rights under this License with respect to
195  178      the covered work, and you disclaim any intention to limit operation or
196  179      modification of the work as a means of enforcing, against the work's
197  180      users, your or third parties' legal rights to forbid circumvention of
198  181      technological measures.
199  182

200       -   4. Conveying Verbatim Copies.
```

N4J_019258

```
183  + 4. Conveying Verbatim Copies.
201  184
202        -  __You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192
210        -  __You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195
213        -  __5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215        -  __You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201
219        -  ____a) The work must carry prominent notices stating that you modified
220        -  ____it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204
222        -  ____b) The work must carry prominent notices stating that it is
223        -  ____released under this License and any conditions added under section
224        -  ____7.  This requirement modifies the requirement in section 4 to
225        -  ____"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227        -  ____c) You must license the entire work, as a whole, under this
228        -  ____License to anyone who comes into possession of a copy.  This
229        -  ____License will therefore apply, along with any applicable section 7
230        -  ____additional terms, to the whole of the work, and all its parts,
231        -  ____regardless of how they are packaged.  This License gives no
232        -  ____permission to license the work in any other way, but it does not
233        -  ____invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235        -  ____d) If the work has interactive user interfaces, each must display
236        -  ____Appropriate Legal Notices; however, if the Program has interactive
237        -  ____interfaces that do not display Appropriate Legal Notices, your
238        -  ____work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240        -  __A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
```

```
241  224       works, which are not by their nature extensions of the covered work,
242  225       and which are not combined with it such as to form a larger program,
243  226       in or on a volume of a storage or distribution medium, is called an
247  230       in an aggregate does not cause this License to apply to the other
248  231       parts of the aggregate.
249  232
250       -   __  6. Conveying Non-Source Forms.
     233   + 6. Conveying Non-Source Forms.
251  234
252       -   __You may convey a covered work in object code form under the terms
     235   + You may convey a covered work in object code form under the terms
253  236       of sections 4 and 5, provided that you also convey the
254  237       machine-readable Corresponding Source under the terms of this License,
255  238       in one of these ways:
256  239
257       -   ____a) Convey the object code in, or embodied in, a physical product
258       -   ____(including a physical distribution medium), accompanied by the
259       -   ____Corresponding Source fixed on a durable physical medium
260       -   ____customarily used for software interchange.
261       -   ____
262       -   ____b) Convey the object code in, or embodied in, a physical product
263       -   ____(including a physical distribution medium), accompanied by a
264       -   ____written offer, valid for at least three years and valid for as
265       -   ____long as you offer spare parts or customer support for that product
266       -   ____model, to give anyone who possesses the object code either (1) a
267       -   ____copy of the Corresponding Source for all the software in the
268       -   ____product that is covered by this License, on a durable physical
269       -   ____medium customarily used for software interchange, for a price no
270       -   ____more than your reasonable cost of physically performing this
271       -   ____conveying of source, or (2) access to copy the
272       -   ____Corresponding Source from a network server at no charge.
273       -   ____
274       -   ____c) Convey individual copies of the object code with a copy of the
275       -   ____written offer to provide the Corresponding Source.  This
276       -   ____alternative is allowed only occasionally and noncommercially, and
277       -   ____only if you received the object code with such an offer, in accord
278       -   ____with subsection 6b.
279       -   ____
280       -   ____d) Convey the object code by offering access from a designated
281       -   ____place (gratis or for a charge), and offer equivalent access to the
282       -   ____Corresponding Source in the same way through the same place at no
283       -   ____further charge.  You need not require recipients to copy the
284       -   ____Corresponding Source along with the object code.  If the place to
285       -   ____copy the object code is a network server, the Corresponding Source
286       -   ____may be on a different server (operated by you or a third party)
287       -   ____that supports equivalent copying facilities, provided you maintain
288       -   ____clear directions next to the object code saying where to find the
289       -   ____Corresponding Source.  Regardless of what server hosts the
290       -   ____Corresponding Source, you remain obligated to ensure that it is
291       -   ____available for as long as needed to satisfy these requirements.
292       -   ____
293       -   ____e) Convey the object code using peer-to-peer transmission, provided
294       -   ____you inform other peers where the object code and Corresponding
295       -   ____Source of the work are being offered to the general public at no
296       -   ____charge under subsection 6d.
297       -   ____
298       -   __A separable portion of the object code, whose source code is excluded
     240   + a) Convey the object code in, or embodied in, a physical product
     241   + (including a physical distribution medium), accompanied by the
     242   + Corresponding Source fixed on a durable physical medium
     243   + customarily used for software interchange.
     244   +
     245   + b) Convey the object code in, or embodied in, a physical product
```

N4J_019260

```
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302      - __A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315      - __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323      - __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
```

N4J_019261

```
333  316
334       -  __The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318     requirement to continue to provide support service, warranty, or updates
336  319     for a work that has been modified or installed by the recipient, or for
337  320     the User Product in which it has been modified or installed.  Access to a
338  321     network may be denied when the modification itself materially and
339  322     adversely affects the operation of the network or violates the rules and
340  323     protocols for communication across the network.
341  324
342       -  __Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326     in accord with this section must be in a format that is publicly
344  327     documented (and with an implementation available to the public in
345  328     source code form), and must require no special password or key for
346  329     unpacking, reading or copying.
347  330
348       -  __7. Additional Terms.
     331  +  7. Additional Terms.
349  332
350       -  __"Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334     License by making exceptions from one or more of its conditions.
352  335     Additional permissions that are applicable to the entire Program shall
353  336     be treated as though they were included in this License, to the extent
356  339     under those permissions, but the entire Program remains governed by
357  340     this License without regard to the additional permissions.
358  341
359       -  __When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348
366       -  __Notwithstanding any other provision of this License, for material you
     349  +  Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352
370       -  ____a) Disclaiming warranty or limiting liability differently from the
371       -  ____terms of sections 15 and 16 of this License; or
     353  +  a) Disclaiming warranty or limiting liability differently from the
     354  +  terms of sections 15 and 16 of this License; or
372  355
373       -  ____b) Requiring preservation of specified reasonable legal notices or
374       -  ____author attributions in that material or in the Appropriate Legal
375       -  ____Notices displayed by works containing it; or
     356  +  b) Requiring preservation of specified reasonable legal notices or
     357  +  author attributions in that material or in the Appropriate Legal
     358  +  Notices displayed by works containing it; or
376  359
377       -  ____c) Prohibiting misrepresentation of the origin of that material, or
378       -  ____requiring that modified versions of such material be marked in
379       -  ____reasonable ways as different from the original version; or
     360  +  c) Prohibiting misrepresentation of the origin of that material, or
     361  +  requiring that modified versions of such material be marked in
     362  +  reasonable ways as different from the original version; or
380  363
381       -  ____d) Limiting the use for publicity purposes of names of licensors or
382       -  ____authors of the material; or
     364  +  d) Limiting the use for publicity purposes of names of licensors or
```

N4J_019262

```
365  + authors of the material; or
383  366
384    -      e) Declining to grant rights under trademark law for use of some
385    -      trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387    -      f) Requiring indemnification of licensors and authors of that
388    -      material by anyone who conveys the material (or modified versions of
389    -      it) with contractual assumptions of liability to the recipient, for
390    -      any liability that these contractual assumptions directly impose on
391    -      those licensors and authors.
     370  + f) Requiring indemnification of licensors and authors of that
     371  + material by anyone who conveys the material (or modified versions of
     372  + it) with contractual assumptions of liability to the recipient, for
     373  + any liability that these contractual assumptions directly impose on
     374  + those licensors and authors.
392  375
393    -   All other non-permissive additional terms are considered "further
     376  + All other non-permissive additional terms are considered "further
394  377    restrictions" within the meaning of section 10.  If the Program as you
395  378    received it, or any part of it, contains a notice stating that it is
396    - governed by this License along with a term that is a further restriction,
397    - you may remove that term.  If a license document contains a further
398    - restriction but permits relicensing or conveying under this License, you
399    - may add to a covered work material governed by the terms of that license
400    - document, provided that the further restriction does not survive such
401    - relicensing or conveying.
402    -
403    -   If you add terms to a covered work in accord with this section, you
     379  + governed by this License along with a term that is a further
     380  + restriction, you may remove that term.  If a license document contains
     381  + a further restriction but permits relicensing or conveying under this
     382  + License, you may add to a covered work material governed by the terms
     383  + of that license document, provided that the further restriction does
     384  + not survive such relicensing or conveying.
     385  +
     386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408    -   Additional terms, permissive or non-permissive, may be stated in the
     391  + Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
410  393    the above requirements apply either way.
411  394
412    -   8. Termination.
     395  + 8. Termination.
413  396
414    -   You may not propagate or modify a covered work except as expressly
     397  + You may not propagate or modify a covered work except as expressly
415  398    provided under this License.  Any attempt otherwise to propagate or
416  399    modify it is void, and will automatically terminate your rights under
417  400    this License (including any patent licenses granted under the third
418  401    paragraph of section 11).
419  402
420    -   However, if you cease all violation of this License, then your
     403  + However, if you cease all violation of this License, then your
421  404    license from a particular copyright holder is reinstated (a)
422  405    provisionally, unless and until the copyright holder explicitly and
423  406    finally terminates your license, and (b) permanently, if the copyright
424  407    holder fails to notify you of the violation by some reasonable means
```

```
425   408        prior to 60 days after the cessation.

426   409

427          -  __Moreover, your license from a particular copyright holder is
      410    +  Moreover, your license from a particular copyright holder is
428   411       reinstated permanently if the copyright holder notifies you of the
429   412       violation by some reasonable means, this is the first time you have
430   413       received notice of violation of this License (for any work) from that
431   414       copyright holder, and you cure the violation prior to 30 days after
432   415       your receipt of the notice.

433   416

434          -  __Termination of your rights under this section does not terminate the
      417    +  Termination of your rights under this section does not terminate the
435   418       licenses of parties who have received copies or rights from you under
436   419       this License.  If your rights have been terminated and not permanently
437   420       reinstated, you do not qualify to receive new licenses for the same
438   421       material under section 10.

439   422

440          -  __9. Acceptance Not Required for Having Copies.
      423    +  9. Acceptance Not Required for Having Copies.

441   424

442          -  __You are not required to accept this License in order to receive or
      425    +  You are not required to accept this License in order to receive or
443   426       run a copy of the Program.  Ancillary propagation of a covered work
444   427       occurring solely as a consequence of using peer-to-peer transmission
445   428       to receive a copy likewise does not require acceptance.  However,
448   431       not accept this License.  Therefore, by modifying or propagating a
449   432       covered work, you indicate your acceptance of this License to do so.

450   433

451          -  __10. Automatic Licensing of Downstream Recipients.
      434    +  10. Automatic Licensing of Downstream Recipients.

452   435

453          -  __Each time you convey a covered work, the recipient automatically
      436    +  Each time you convey a covered work, the recipient automatically
454   437       receives a license from the original licensors, to run, modify and
455   438       propagate that work, subject to this License.  You are not responsible
456   439       for enforcing compliance by third parties with this License.

457   440

458          -  __An "entity transaction" is a transaction transferring control of an
      441    +  An "entity transaction" is a transaction transferring control of an
459   442       organization, or substantially all assets of one, or subdividing an
460   443       organization, or merging organizations.  If propagation of a covered
461   444       work results from an entity transaction, each party to that
465   448       Corresponding Source of the work from the predecessor in interest, if
466   449       the predecessor has it or can get it with reasonable efforts.

467   450

468          -  __You may not impose any further restrictions on the exercise of the
      451    +  You may not impose any further restrictions on the exercise of the
469   452       rights granted or affirmed under this License.  For example, you may
470   453       not impose a license fee, royalty, or other charge for exercise of
471   454       rights granted under this License, and you may not initiate litigation
472   455       (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456       any patent claim is infringed by making, using, selling, offering for
474   457       sale, or importing the Program or any portion of it.

475   458

476          -  __11. Patents.
      459    +  11. Patents.

477   460

478          -  __A "contributor" is a copyright holder who authorizes use under this
      461    +  A "contributor" is a copyright holder who authorizes use under this
479   462       License of the Program or a work on which the Program is based.  The
480   463       work thus licensed is called the contributor's "contributor version".

481   464

482          -  __  A contributor's "essential patent claims" are all patent claims
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019264

```
465  + A contributor's "essential patent claims" are all patent claims
466    owned or controlled by the contributor, whether already acquired or
467    hereafter acquired, that would be infringed by some manner, permitted
468    by this License, of making, using, or selling its contributor version,
472    patent sublicenses in a manner consistent with the requirements of
473    this License.
474
475  - __Each contributor grants you a non-exclusive, worldwide, royalty-free
475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
476    patent license under the contributor's essential patent claims, to
477    make, use, sell, offer for sale, import and otherwise run, modify and
478    propagate the contents of its contributor version.
479
480  - __In the following three paragraphs, a "patent license" is any express
480  + In the following three paragraphs, a "patent license" is any express
481    agreement or commitment, however denominated, not to enforce a patent
482    (such as an express permission to practice a patent or covenant not to
483    sue for patent infringement).  To "grant" such a patent license to a
484    party means to make such an agreement or commitment not to enforce a
485    patent against the party.
486
487  - __If you convey a covered work, knowingly relying on a patent license,
487  + If you convey a covered work, knowingly relying on a patent license,
488    and the Corresponding Source of the work is not available for anyone
489    to copy, free of charge and under the terms of this License, through a
490    publicly available network server or other readily accessible means,
498    in a country, would infringe one or more identifiable patents in that
499    country that you have reason to believe are valid.
500
501  - __If, pursuant to or in connection with a single transaction or
501  + If, pursuant to or in connection with a single transaction or
502    arrangement, you convey, or propagate by procuring conveyance of, a
503    covered work, and grant a patent license to some of the parties
504    receiving the covered work authorizing them to use, propagate, modify
505    or convey a specific copy of the covered work, then the patent license
506    you grant is automatically extended to all recipients of the covered
507    work and works based on it.
508
509  - __A patent license is "discriminatory" if it does not include within
509  + A patent license is "discriminatory" if it does not include within
510    the scope of its coverage, prohibits the exercise of, or is
511    conditioned on the non-exercise of one or more of the rights that are
512    specifically granted under this License.  You may not convey a covered
521    contain the covered work, unless you entered into that arrangement,
522    or that patent license was granted, prior to 28 March 2007.
523
524  - __Nothing in this License shall be construed as excluding or limiting
524  + Nothing in this License shall be construed as excluding or limiting
525    any implied license or other defenses to infringement that may
526    otherwise be available to you under applicable patent law.
527
528  - __12. No Surrender of Others' Freedom.
528  + 12. No Surrender of Others' Freedom.
529
530  - __If conditions are imposed on you (whether by court order, agreement or
530  + If conditions are imposed on you (whether by court order, agreement or
531    otherwise) that contradict the conditions of this License, they do not
532    excuse you from the conditions of this License.  If you cannot convey a
533    covered work so as to satisfy simultaneously your obligations under this
537    the Program, the only way you could satisfy both those terms and this
538    License would be to refrain entirely from conveying the Program.
539
557  - __13. Remote Network Interaction; Use with the GNU General Public License.
```

N4J_019265

```
540    + 13. Remote Network Interaction; Use with the GNU General Public License.
541    +
559    -  __Notwithstanding any other provision of this License, if you modify the
542    + Notwithstanding any other provision of this License, if you modify the
560    543    Program, your modified version must prominently offer all users
561    544    interacting with it remotely through a computer network (if your version
562    545    supports such interaction) an opportunity to receive the Corresponding
567    550    of the GNU General Public License that is incorporated pursuant to the
568    551    following paragraph.
569    552
570    -  __Notwithstanding any other provision of this License, you have permission
571    - to link or combine any covered work with a work licensed under version 3
572    - of the GNU General Public License into a single combined work, and to
573    - convey the resulting work. The terms of this License will continue to
574    - apply to the part which is the covered work, but the work with which it is
575    - combined will remain governed by version 3 of the GNU General Public
576    - License.
577    -
578    -  __14. Revised Versions of this License.
579    -
580    -  __The Free Software Foundation may publish revised and/or new versions of
581    - the GNU Affero General Public License from time to time. Such new
582    - versions will be similar in spirit to the present version, but may differ
583    - in detail to address new problems or concerns.
584    -
585    -  __Each version is given a distinguishing version number. If the
586    - Program specifies that a certain numbered version of the GNU Affero
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation. If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    -  __If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    -  __Later license versions may give you additional or different
553    + Notwithstanding any other provision of this License, you have
554    + permission to link or combine any covered work with a work licensed
555    + under version 3 of the GNU General Public License into a single
556    + combined work, and to convey the resulting work. The terms of this
557    + License will continue to apply to the part which is the covered work,
558    + but the work with which it is combined will remain governed by version
559    + 3 of the GNU General Public License.
560    +
561    + 14. Revised Versions of this License.
562    +
563    + The Free Software Foundation may publish revised and/or new versions of
564    + the GNU Affero General Public License from time to time. Such new versions
565    + will be similar in spirit to the present version, but may differ in detail to
566    + address new problems or concerns.
567    +
568    + Each version is given a distinguishing version number. If the
569    + Program specifies that a certain numbered version of the GNU Affero General
570    + Public License "or any later version" applies to it, you have the
571    + option of following the terms and conditions either of that numbered
572    + version or of any later version published by the Free Software
573    + Foundation. If the Program does not specify a version number of the
574    + GNU Affero General Public License, you may choose any version ever published
575    + by the Free Software Foundation.
```

N4J_019266

```
      576   +
      577   + If the Program specifies that a proxy can decide which future
      578   + versions of the GNU Affero General Public License can be used, that proxy's
      579   + public statement of acceptance of a version permanently authorizes you
      580   + to choose that version for the Program.
      581   +
      582   + Later license versions may give you additional or different
600   583     permissions.  However, no additional obligations are imposed on any
601   584     author or copyright holder as a result of your choosing to follow a
602   585     later version.
603   586
604         - __15. Disclaimer of Warranty.
      587   + 15. Disclaimer of Warranty.
605   588
606         - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615         - __16. Limitation of Liability.
      598   + 16. Limitation of Liability.
616   599
617         - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608     SUCH DAMAGES.
626   609
627         - __17. Interpretation of Sections 15 and 16.
      610   + 17. Interpretation of Sections 15 and 16.
628   611
629         - __If the disclaimer of warranty and limitation of liability provided
      612   + If the disclaimer of warranty and limitation of liability provided
630   613     above cannot be given local legal effect according to their terms,
631   614     reviewing courts shall apply local law that most closely approximates
632   615     an absolute waiver of all civil liability in connection with the
633   616     Program, unless a warranty or assumption of liability accompanies a
634   617     copy of the Program in return for a fee.
635   618
636         - _____END OF TERMS AND CONDITIONS
      619   + END OF TERMS AND CONDITIONS
637   620
638         - _____How to Apply These Terms to Your New Programs
      621   + How to Apply These Terms to Your New Programs
639   622
640         - __If you develop a new program, and you want it to be of the greatest
      623   + If you develop a new program, and you want it to be of the greatest
641   624     possible use to the public, the best way to achieve this is to make it
642   625     free software which everyone can redistribute and change under these terms.
643   626
644         - __To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628     to attach them to the start of each source file to most effectively
646   629     state the exclusion of warranty; and each file should have at least
647   630     the "copyright" line and a pointer to where the full notice is found.
648   631
649         - ____<one line to give the program's name and a brief idea of what it does.>
650         - ____Copyright (C) <year>  <name of author>
```

N4J_019267

```
632  + <one line to give the program's name and a brief idea of what it does.>
633  + Copyright (C) <year>  <name of author>
651  634
652       -     This program is free software: you can redistribute it and/or modify
653       -     it under the terms of the GNU Affero General Public License as
654       -     published by the Free Software Foundation, either version 3 of the
655       -     License, or (at your option) any later version.
     635  + This program is free software: you can redistribute it and/or modify
     636  + it under the terms of the GNU Affero General Public License as published by
     637  + the Free Software Foundation, either version 3 of the License, or
     638  + (at your option) any later version.
656  639
657       -     This program is distributed in the hope that it will be useful,
658       -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -     GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  + GNU Affero General Public License for more details.
661  644
662       -     You should have received a copy of the GNU Affero General Public License
663       -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648     Also add information on how to contact you by electronic and paper mail.
666  649
667       -   If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651     network, you should also make sure that it provides a way for users to
669  652     get its source.  For example, if your program is a web application, its
670  653     interface could display a "Source" link that leads users to an archive
671  654     of the code.  There are many ways you could offer source, and different
672  655     solutions will be better for different programs; see section 13 for the
673  656     specific requirements.
674  657
675       -   You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678       - <http://www.gnu.org/licenses/>.
679       -
680       -
681       - "Commons Clause" License Condition
682       -
683       - The Software is provided to you by the Licensor under the License, as
684       - defined below, subject to the following condition. Without limiting
685       - other conditions in the License, the grant of rights under the License
686       - will not include, and the License does not grant to you, the right to
687       - Sell the Software.  For purposes of the foregoing, "Sell" means
688       - practicing any or all of the rights granted to you under the License
689       - to provide to third parties, for a fee or other consideration,
690       - a product or service that consists, entirely or substantially,
691       - of the Software or the functionality of the Software. Any license
692       - notice or attribution required by the License must also include
693       - this Commons Cause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```

486 🟩🟩🟩🟥🟥 enterprise/metrics/LICENSE.txt

```
...  ...    @@ -1,51 +1,35 @@
  1       - NOTICE
```

N4J_019268

228/377

```diff
  2      - This package contains software licensed under different
  3      - licenses, please refer to the NOTICE.txt file for further
  4      - information and LICENSES.txt for full license texts.
      1  + GNU AFFERO GENERAL PUBLIC LICENSE
      2  +   Version 3, 19 November 2007
  5      3
  6      - Neo4j Enterprise object code can be licensed independently from
  7      - the source under separate commercial terms. Email inquiries can be
  8      - directed to: licensing@neo4j.com. More information is also
  9      - available at:https://neo4j.com/licensing/
      4  + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5  + Everyone is permitted to copy and distribute verbatim copies
      6  + of this license document, but changing it is not allowed.
 10      7
 11      - The software ("Software") is developed and owned by Neo4j Sweden AB
 12      - (referred to in this notice as "Neo4j") and is subject to the terms
 13      - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8  + Preamble
 14      9
 15      -
 16      -
 17      -                  GNU AFFERO GENERAL PUBLIC LICENSE
 18      -                   Version 3, 19 November 2007
 19      -
 20      -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21      -  Everyone is permitted to copy and distribute verbatim copies
 22      -  of this license document, but changing it is not allowed.
 23      -
 24      -                        Preamble
 25      -
 26      -   The GNU Affero General Public License is a free, copyleft license
 27      - for software and other kinds of works, specifically designed to ensure
     10  + The GNU Affero General Public License is a free, copyleft license for
     11  + software and other kinds of works, specifically designed to ensure
 28     12    cooperation with the community in the case of network server software.
 29     13
 30      -  The licenses for most software and other practical works are
 31      - designed to take away your freedom to share and change the works.  By
 32      - contrast, our General Public Licenses are intended to guarantee your
 33      - freedom to share and change all versions of a program--to make sure it
 34      - remains free software for all its users.
     14  + The licenses for most software and other practical works are designed
     15  + to take away your freedom to share and change the works.  By contrast,
     16  + our General Public Licenses are intended to guarantee your freedom to
     17  + share and change all versions of a program--to make sure it remains free
     18  + software for all its users.
 35     19
 36      -  When we speak of free software, we are referring to freedom, not
     20  + When we speak of free software, we are referring to freedom, not
 37     21    price.  Our General Public Licenses are designed to make sure that you
 38     22    have the freedom to distribute copies of free software (and charge for
 39     23    them if you wish), that you receive source code or can get it if you
 40     24    want it, that you can change the software or use pieces of it in new
 41     25    free programs, and that you know you can do these things.
 42     26
 43      -  Developers that use our General Public Licenses protect your rights
     27  + Developers that use our General Public Licenses protect your rights
 44     28    with two steps: (1) assert copyright on the software, and (2) offer
 45     29    you this License which gives you legal permission to copy, distribute
 46     30    and/or modify the software.
 47     31
 48      -  A secondary benefit of defending all users' freedom is that
     32  + A secondary benefit of defending all users' freedom is that
```

```
49  33   improvements made in alternate versions of the program, if they
50  34   receive widespread use, become available for other developers to
51  35   incorporate.  Many developers of free software are heartened and
55  39   letting the public access it on a server without ever releasing its
56  40   source code to the public.
57  41
58    -   __The GNU Affero General Public License is designed specifically to
    42 + The GNU Affero General Public License is designed specifically to
59  43   ensure that, in such cases, the modified source code becomes available
60  44   to the community.  It requires the operator of a network server to
61  45   provide the source code of the modified version running there to the
62  46   users of that server.  Therefore, public use of a modified version, on
63  47   a publicly accessible server, gives the public access to the source
64  48   code of the modified version.
65  49
66    -   __An older license, called the Affero General Public License and
    50 + An older license, called the Affero General Public License and
67  51   published by Affero, was designed to accomplish similar goals.  This is
68  52   a different license, not a version of the Affero GPL, but Affero has
69  53   released a new version of the Affero GPL which permits relicensing under
70  54   this license.
71  55
72    -   __The precise terms and conditions for copying, distribution and
    56 + The precise terms and conditions for copying, distribution and
73  57   modification follow.
74  58
75    -              TERMS AND CONDITIONS
    59 + TERMS AND CONDITIONS
    60 +
    61 + 0. Definitions.
76  62
77    -   __0. Definitions.
    63 + "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79    -    "This License" refers to version 3 of the GNU Affero General Public
80    - License.
    65 + "Copyright" also means copyright-like laws that apply to other kinds of
    66 + works, such as semiconductor masks.
81  67
82    -    "Copyright" also means copyright-like laws that apply to other kinds
83    - of works, such as semiconductor masks.
84    -
85    -    "The Program" refers to any copyrightable work licensed under this
    68 + "The Program" refers to any copyrightable work licensed under this
86  69   License.  Each licensee is addressed as "you".  "Licensees" and
87  70   "recipients" may be individuals or organizations.
88  71
89    -   __To "modify" a work means to copy from or adapt all or part of the work
    72 + To "modify" a work means to copy from or adapt all or part of the work
90  73   in a fashion requiring copyright permission, other than the making of an
91  74   exact copy.  The resulting work is called a "modified version" of the
92  75   earlier work or a work "based on" the earlier work.
93  76
94    -   __A "covered work" means either the unmodified Program or a work based
    77 + A "covered work" means either the unmodified Program or a work based
95  78   on the Program.
96  79
97    -   __To "propagate" a work means to do anything with it that, without
    80 + To "propagate" a work means to do anything with it that, without
98  81   permission, would make you directly or secondarily liable for
99  82   infringement under applicable copyright law, except executing it on a
100 83   computer or modifying a private copy.  Propagation includes copying,
101 84   distribution (with or without modification), making available to the
```

N4J_019270

| 102 | 85 | | | public, and in some countries other activities as well. |
| 103 | 86 | | | |
| 104 | | | - | __To "convey" a work means any kind of propagation that enables other |
| | 87 | | + | To "convey" a work means any kind of propagation that enables other |
| 105 | 88 | | | parties to make or receive copies.  Mere interaction with a user through |
| 106 | 89 | | | a computer network, with no transfer of a copy, is not conveying. |
| 107 | 90 | | | |
| 108 | | | - | __An interactive user interface displays "Appropriate Legal Notices" |
| | 91 | | + | An interactive user interface displays "Appropriate Legal Notices" |
| 109 | 92 | | | to the extent that it includes a convenient and prominently visible |
| 110 | 93 | | | feature that (1) displays an appropriate copyright notice, and (2) |
| 111 | 94 | | | tells the user that there is no warranty for the work (except to the |
| 114 | 97 | | | the interface presents a list of user commands or options, such as a |
| 115 | 98 | | | menu, a prominent item in the list meets this criterion. |
| 116 | 99 | | | |
| 117 | | | - | __1. Source Code. |
| | 100 | | + | 1. Source Code. |
| 118 | 101 | | | |
| 119 | | | - | __The "source code" for a work means the preferred form of the work |
| | 102 | | + | The "source code" for a work means the preferred form of the work |
| 120 | 103 | | | for making modifications to it.  "Object code" means any non-source |
| 121 | 104 | | | form of a work. |
| 122 | 105 | | | |
| 123 | | | - | __A "Standard Interface" means an interface that either is an official |
| | 106 | | + | A "Standard Interface" means an interface that either is an official |
| 124 | 107 | | | standard defined by a recognized standards body, or, in the case of |
| 125 | 108 | | | interfaces specified for a particular programming language, one that |
| 126 | 109 | | | is widely used among developers working in that language. |
| 127 | 110 | | | |
| 128 | | | - | __The "System Libraries" of an executable work include anything, other |
| | 111 | | + | The "System Libraries" of an executable work include anything, other |
| 129 | 112 | | | than the work as a whole, that (a) is included in the normal form of |
| 130 | 113 | | | packaging a Major Component, but which is not part of that Major |
| 131 | 114 | | | Component, and (b) serves only to enable use of the work with that |
| 136 | 119 | | | (if any) on which the executable work runs, or a compiler used to |
| 137 | 120 | | | produce the work, or an object code interpreter used to run it. |
| 138 | 121 | | | |
| 139 | | | - | __The "Corresponding Source" for a work in object code form means all |
| | 122 | | + | The "Corresponding Source" for a work in object code form means all |
| 140 | 123 | | | the source code needed to generate, install, and (for an executable |
| 141 | 124 | | | work) run the object code and to modify the work, including scripts to |
| 142 | 125 | | | control those activities.  However, it does not include the work's |
| 149 | 132 | | | such as by intimate data communication or control flow between those |
| 150 | 133 | | | subprograms and other parts of the work. |
| 151 | 134 | | | |
| 152 | | | - | __The Corresponding Source need not include anything that users |
| | 135 | | + | The Corresponding Source need not include anything that users |
| 153 | 136 | | | can regenerate automatically from other parts of the Corresponding |
| 154 | 137 | | | Source. |
| 155 | 138 | | | |
| 156 | | | - | __The Corresponding Source for a work in source code form is that |
| | 139 | | + | The Corresponding Source for a work in source code form is that |
| 157 | 140 | | | same work. |
| 158 | 141 | | | |
| 159 | | | - | __2. Basic Permissions. |
| | 142 | | + | 2. Basic Permissions. |
| 160 | 143 | | | |
| 161 | | | - | __All rights granted under this License are granted for the term of |
| | 144 | | + | All rights granted under this License are granted for the term of |
| 162 | 145 | | | copyright on the Program, and are irrevocable provided the stated |
| 163 | 146 | | | conditions are met.  This License explicitly affirms your unlimited |
| 164 | 147 | | | permission to run the unmodified Program.  The output from running a |
| 165 | 148 | | | covered work is covered by this License only if the output, given its |

N4J_019271

```
166  149       content, constitutes a covered work.  This License acknowledges your
167  150       rights of fair use or other equivalent, as provided by copyright law.
168  151

169       -  __You may make, run and propagate covered works that you do not
     152   + You may make, run and propagate covered works that you do not
170  153     convey, without conditions so long as your license otherwise remains
171  154     in force.  You may convey covered works to others for the sole purpose
172  155     of having them make modifications exclusively for you, or provide you
177  160     and control, on terms that prohibit them from making any copies of
178  161     your copyrighted material outside their relationship with you.
179  162

180       -  __Conveying under any other circumstances is permitted solely under
     163   + Conveying under any other circumstances is permitted solely under
181  164     the conditions stated below.  Sublicensing is not allowed; section 10
182  165     makes it unnecessary.
183  166

184       -  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167   + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186       -  __No covered work shall be deemed part of an effective technological
     169   + No covered work shall be deemed part of an effective technological
187  170     measure under any applicable law fulfilling obligations under article
188  171     11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172     similar laws prohibiting or restricting circumvention of such
190  173     measures.
191  174

192       -  __When you convey a covered work, you waive any legal power to forbid
     175   + When you convey a covered work, you waive any legal power to forbid
193  176     circumvention of technological measures to the extent such circumvention
194  177     is effected by exercising rights under this License with respect to
195  178     the covered work, and you disclaim any intention to limit operation or
196  179     modification of the work as a means of enforcing, against the work's
197  180     users, your or third parties' legal rights to forbid circumvention of
198  181     technological measures.
199  182

200       -  __4. Conveying Verbatim Copies.
     183   + 4. Conveying Verbatim Copies.
201  184

202       -  __You may convey verbatim copies of the Program's source code as you
     185   + You may convey verbatim copies of the Program's source code as you
203  186     receive it, in any medium, provided that you conspicuously and
204  187     appropriately publish on each copy an appropriate copyright notice;
205  188     keep intact all notices stating that this License and any
206  189     non-permissive terms added in accord with section 7 apply to the code;
207  190     keep intact all notices of the absence of any warranty; and give all
208  191     recipients a copy of this License along with the Program.
209  192

210       -  __You may charge any price or no price for each copy that you convey,
     193   + You may charge any price or no price for each copy that you convey,
211  194     and you may offer support or warranty protection for a fee.
212  195

213       -  __5. Conveying Modified Source Versions.
     196   + 5. Conveying Modified Source Versions.
214  197

215       -  __You may convey a work based on the Program, or the modifications to
     198   + You may convey a work based on the Program, or the modifications to
216  199     produce it from the Program, in the form of source code under the
217  200     terms of section 4, provided that you also meet all of these conditions:
218  201

219       -  ____a) The work must carry prominent notices stating that you modified
220       -  ____it, and giving a relevant date.
     202   + a) The work must carry prominent notices stating that you modified
     203   + it, and giving a relevant date.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019272

```
221  204
222       -    b) The work must carry prominent notices stating that it is
223       -    released under this License and any conditions added under section
224       -    7.  This requirement modifies the requirement in section 4 to
225       -    "keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227       -    c) You must license the entire work, as a whole, under this
228       -    License to anyone who comes into possession of a copy.  This
229       -    License will therefore apply, along with any applicable section 7
230       -    additional terms, to the whole of the work, and all its parts,
231       -    regardless of how they are packaged.  This License gives no
232       -    permission to license the work in any other way, but it does not
233       -    invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235       -    d) If the work has interactive user interfaces, each must display
236       -    Appropriate Legal Notices; however, if the Program has interactive
237       -    interfaces that do not display Appropriate Legal Notices, your
238       -    work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240       -  A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224     works, which are not by their nature extensions of the covered work,
242  225     and which are not combined with it such as to form a larger program,
243  226     in or on a volume of a storage or distribution medium, is called an
247  230     in an aggregate does not cause this License to apply to the other
248  231     parts of the aggregate.
249  232
250       -  6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -  You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236     of sections 4 and 5, provided that you also convey the
254  237     machine-readable Corresponding Source under the terms of this License,
255  238     in one of these ways:
256  239
257       -    a) Convey the object code in, or embodied in, a physical product
258       -    (including a physical distribution medium), accompanied by the
259       -    Corresponding Source fixed on a durable physical medium
260       -    customarily used for software interchange.
261       -
262       -    b) Convey the object code in, or embodied in, a physical product
263       -    (including a physical distribution medium), accompanied by a
264       -    written offer, valid for at least three years and valid for as
265       -    long as you offer spare parts or customer support for that product
266       -    model, to give anyone who possesses the object code either (1) a
267       -    copy of the Corresponding Source for all the software in the
268       -    product that is covered by this License, on a durable physical
```

N4J_019273

```
269  -    ___medium customarily used for software interchange, for a price no
270  -    ___more than your reasonable cost of physically performing this
271  -    ___conveying of source, or (2) access to copy the
272  -    ___Corresponding Source from a network server at no charge.
273  -
274  -    ___c) Convey individual copies of the object code with a copy of the
275  -    ___written offer to provide the Corresponding Source.  This
276  -    ___alternative is allowed only occasionally and noncommercially, and
277  -    ___only if you received the object code with such an offer, in accord
278  -    ___with subsection 6b.
279  -
280  -    ___d) Convey the object code by offering access from a designated
281  -    ___place (gratis or for a charge), and offer equivalent access to the
282  -    ___Corresponding Source in the same way through the same place at no
283  -    ___further charge.  You need not require recipients to copy the
284  -    ___Corresponding Source along with the object code.  If the place to
285  -    ___copy the object code is a network server, the Corresponding Source
286  -    ___may be on a different server (operated by you or a third party)
287  -    ___that supports equivalent copying facilities, provided you maintain
288  -    ___clear directions next to the object code saying where to find the
289  -    ___Corresponding Source.  Regardless of what server hosts the
290  -    ___Corresponding Source, you remain obligated to ensure that it is
291  -    ___available for as long as needed to satisfy these requirements.
292  -
293  -    ___e) Convey the object code using peer-to-peer transmission, provided
294  -    ___you inform other peers where the object code and Corresponding
295  -    ___Source of the work are being offered to the general public at no
296  -    ___charge under subsection 6d.
297  -
298  -    __A separable portion of the object code, whose source code is excluded
240  + a) Convey the object code in, or embodied in, a physical product
241  + (including a physical distribution medium), accompanied by the
242  + Corresponding Source fixed on a durable physical medium
243  + customarily used for software interchange.
244  +
245  + b) Convey the object code in, or embodied in, a physical product
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
```

N4J_019274

Update crown to DSE-EJD due to Document 98-1 and it is not related - Issue #1 · graphfoundation/ongdb@c0b23b2 · GitHub

```
273   + Corresponding Source, you remain obligated to ensure that it is
274   + available for as long as needed to satisfy these requirements.
275   +
276   + e) Convey the object code using peer-to-peer transmission, provided
277   + you inform other peers where the object code and Corresponding
278   + Source of the work are being offered to the general public at no
279   + charge under subsection 6d.
280   +
281   + A separable portion of the object code, whose source code is excluded
299   282   from the Corresponding Source as a System Library, need not be
300   283   included in conveying the object code work.
301   284
302       - __A "User Product" is either (1) a "consumer product", which means any
      285   + A "User Product" is either (1) a "consumer product", which means any
303   286   tangible personal property which is normally used for personal, family,
304   287   or household purposes, or (2) anything designed or sold for incorporation
305   288   into a dwelling.  In determining whether a product is a consumer product,
312   295   commercial, industrial or non-consumer uses, unless such uses represent
313   296   the only significant mode of use of the product.
314   297
315       - __"Installation Information" for a User Product means any methods,
      298   + "Installation Information" for a User Product means any methods,
316   299   procedures, authorization keys, or other information required to install
317   300   and execute modified versions of a covered work in that User Product from
318   301   a modified version of its Corresponding Source.  The information must
319   302   suffice to ensure that the continued functioning of the modified object
320   303   code is in no case prevented or interfered with solely because
321   304   modification has been made.
322   305
323       - __If you convey an object code work under this section in, or with, or
      306   + If you convey an object code work under this section in, or with, or
324   307   specifically for use in, a User Product, and the conveying occurs as
325   308   part of a transaction in which the right of possession and use of the
326   309   User Product is transferred to the recipient in perpetuity or for a
331   314   modified object code on the User Product (for example, the work has
332   315   been installed in ROM).
333   316
334       - __The requirement to provide Installation Information does not include a
      317   + The requirement to provide Installation Information does not include a
335   318   requirement to continue to provide support service, warranty, or updates
336   319   for a work that has been modified or installed by the recipient, or for
337   320   the User Product in which it has been modified or installed.  Access to a
338   321   network may be denied when the modification itself materially and
339   322   adversely affects the operation of the network or violates the rules and
340   323   protocols for communication across the network.
341   324
342       - __Corresponding Source conveyed, and Installation Information provided,
      325   + Corresponding Source conveyed, and Installation Information provided,
343   326   in accord with this section must be in a format that is publicly
344   327   documented (and with an implementation available to the public in
345   328   source code form), and must require no special password or key for
346   329   unpacking, reading or copying.
347   330
348       - __7. Additional Terms.
      331   + 7. Additional Terms.
349   332
350       - __"Additional permissions" are terms that supplement the terms of this
      333   + "Additional permissions" are terms that supplement the terms of this
351   334   License by making exceptions from one or more of its conditions.
352   335   Additional permissions that are applicable to the entire Program shall
353   336   be treated as though they were included in this License, to the extent
356   339   under those permissions, but the entire Program remains governed by
357   340   this License without regard to the additional permissions.
```

N4J_019275

```
358  341
359      -  _ When you convey a copy of a covered work, you may at your option
     342  + When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348
366      -  _Notwithstanding any other provision of this License, for material you
     349  + Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352
370      -  ____a) Disclaiming warranty or limiting liability differently from the
371      -  ____terms of sections 15 and 16 of this License; or
     353  + a) Disclaiming warranty or limiting liability differently from the
     354  + terms of sections 15 and 16 of this License; or
372  355
373      -  ____b) Requiring preservation of specified reasonable legal notices or
374      -  ____author attributions in that material or in the Appropriate Legal
375      -  ____Notices displayed by works containing it; or
     356  + b) Requiring preservation of specified reasonable legal notices or
     357  + author attributions in that material or in the Appropriate Legal
     358  + Notices displayed by works containing it; or
376  359
377      -  ____c) Prohibiting misrepresentation of the origin of that material, or
378      -  ____requiring that modified versions of such material be marked in
379      -  ____reasonable ways as different from the original version; or
     360  + c) Prohibiting misrepresentation of the origin of that material, or
     361  + requiring that modified versions of such material be marked in
     362  + reasonable ways as different from the original version; or
380  363
381      -  ____d) Limiting the use for publicity purposes of names of licensors or
382      -  ____authors of the material; or
     364  + d) Limiting the use for publicity purposes of names of licensors or
     365  + authors of the material; or
383  366
384      -  ____e) Declining to grant rights under trademark law for use of some
385      -  ____trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387      -  ____f) Requiring indemnification of licensors and authors of that
388      -  ____material by anyone who conveys the material (or modified versions of
389      -  ____it) with contractual assumptions of liability to the recipient, for
390      -  ____any liability that these contractual assumptions directly impose on
391      -  ____those licensors and authors.
     370  + f) Requiring indemnification of licensors and authors of that
     371  + material by anyone who conveys the material (or modified versions of
     372  + it) with contractual assumptions of liability to the recipient, for
     373  + any liability that these contractual assumptions directly impose on
     374  + those licensors and authors.
392  375
393      -  _ All other non-permissive additional terms are considered "further
     376  + All other non-permissive additional terms are considered "further
394  377     restrictions" within the meaning of section 10.  If the Program as you
395  378     received it, or any part of it, contains a notice stating that it is
396      -  governed by this License along with a term that is a further restriction,
397      -  you may remove that term.  If a license document contains a further
398      -  restriction but permits relicensing or conveying under this License, you
399      -  may add to a covered work material governed by the terms of that license
400      -  document, provided that the further restriction does not survive such
```

N4J_019276

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 551 of 1198
Updates to LICENSE file to be consistent with what is not referenced in graph foundation/ongdb@c0b23b · GitHub

```
401            - relicensing or conveying.
402            -
403            - __If you add terms to a covered work in accord with this section, you
     379      + governed by this License along with a term that is a further
     380      + restriction, you may remove that term.  If a license document contains
     381      + a further restriction but permits relicensing or conveying under this
     382      + License, you may add to a covered work material governed by the terms
     383      + of that license document, provided that the further restriction does
     384      + not survive such relicensing or conveying.
     385      +
     386      + If you add terms to a covered work in accord with this section, you
404  387        must place, in the relevant source files, a statement of the
405  388        additional terms that apply to those files, or a notice indicating
406  389        where to find the applicable terms.
407  390
408            - __Additional terms, permissive or non-permissive, may be stated in the
     391      + Additional terms, permissive or non-permissive, may be stated in the
409  392        form of a separately written license, or stated as exceptions;
410  393        the above requirements apply either way.
411  394
412            - __8. Termination.
     395      + 8. Termination.
413  396
414            - __You may not propagate or modify a covered work except as expressly
     397      + You may not propagate or modify a covered work except as expressly
415  398        provided under this License.  Any attempt otherwise to propagate or
416  399        modify it is void, and will automatically terminate your rights under
417  400        this License (including any patent licenses granted under the third
418  401        paragraph of section 11).
419  402
420            - __However, if you cease all violation of this License, then your
     403      + However, if you cease all violation of this License, then your
421  404        license from a particular copyright holder is reinstated (a)
422  405        provisionally, unless and until the copyright holder explicitly and
423  406        finally terminates your license, and (b) permanently, if the copyright
424  407        holder fails to notify you of the violation by some reasonable means
425  408        prior to 60 days after the cessation.
426  409
427            - __Moreover, your license from a particular copyright holder is
     410      + Moreover, your license from a particular copyright holder is
428  411        reinstated permanently if the copyright holder notifies you of the
429  412        violation by some reasonable means, this is the first time you have
430  413        received notice of violation of this License (for any work) from that
431  414        copyright holder, and you cure the violation prior to 30 days after
432  415        your receipt of the notice.
433  416
434            - __Termination of your rights under this section does not terminate the
     417      + Termination of your rights under this section does not terminate the
435  418        licenses of parties who have received copies or rights from you under
436  419        this License.  If your rights have been terminated and not permanently
437  420        reinstated, you do not qualify to receive new licenses for the same
438  421        material under section 10.
439  422
440            - __9. Acceptance Not Required for Having Copies.
     423      + 9. Acceptance Not Required for Having Copies.
441  424
442            - __You are not required to accept this License in order to receive or
     425      + You are not required to accept this License in order to receive or
443  426        run a copy of the Program.  Ancillary propagation of a covered work
444  427        occurring solely as a consequence of using peer-to-peer transmission
445  428        to receive a copy likewise does not require acceptance.  However,
448  431        not accept this License.  Therefore, by modifying or propagating a
449  432        covered work, you indicate your acceptance of this License to do so.
```

| 450 | 433 | | Update-manual-based-on-internal-Neo4J-changes by jimwebber · Pull Request #98 · graphfoundation/ongdb · GitHub |
|---|---|---|---|
| 451 | | - | __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + | 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | | |
| 453 | | - | __Each time you convey a covered work, the recipient automatically |
| | 436 | + | Each time you convey a covered work, the recipient automatically |
| 454 | 437 | | receives a license from the original licensors, to run, modify and |
| 455 | 438 | | propagate that work, subject to this License. You are not responsible |
| 456 | 439 | | for enforcing compliance by third parties with this License. |
| 457 | 440 | | |
| 458 | | - | __An "entity transaction" is a transaction transferring control of an |
| | 441 | + | An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | | organization, or merging organizations. If propagation of a covered |
| 461 | 444 | | work results from an entity transaction, each party to that |
| 465 | 448 | | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | | |
| 468 | | - | __You may not impose any further restrictions on the exercise of the |
| | 451 | + | You may not impose any further restrictions on the exercise of the |
| 469 | 452 | | rights granted or affirmed under this License. For example, you may |
| 470 | 453 | | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | | sale, or importing the Program or any portion of it. |
| 475 | 458 | | |
| 476 | | - | __11. Patents. |
| | 459 | + | 11. Patents. |
| 477 | 460 | | |
| 478 | | - | __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + | A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | | License of the Program or a work on which the Program is based. The |
| 480 | 463 | | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | | |
| 482 | | - | __A contributor's "essential patent claims" are all patent claims |
| | 465 | + | A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | | this License. |
| 491 | 474 | | |
| 492 | | - | __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + | Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | | patent license under the contributor's essential patent claims, to |
| 494 | 477 | | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | | propagate the contents of its contributor version. |
| 496 | 479 | | |
| 497 | | - | __In the following three paragraphs, a "patent license" is any express |
| | 480 | + | In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | | sue for patent infringement). To "grant" such a patent license to a |
| 501 | 484 | | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | | patent against the party. |
| 503 | 486 | | |
| 504 | | - | __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + | If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | | publicly available network server or other readily accessible means, |
| 515 | 498 | | in a country, would infringe one or more identifiable patents in that |

N4J_019278

Update to 012585f to Document 98-1 not violate 1.2.3 · graphfoundation/ongdb@c0b23b2 · GitHub

```
516  499        country that you have reason to believe are valid.
517  500
518       -  -  __If, pursuant to or in connection with a single transaction or
     501  +  +  If, pursuant to or in connection with a single transaction or
519  502        arrangement, you convey, or propagate by procuring conveyance of, a
520  503        covered work, and grant a patent license to some of the parties
521  504        receiving the covered work authorizing them to use, propagate, modify
522  505        or convey a specific copy of the covered work, then the patent license
523  506        you grant is automatically extended to all recipients of the covered
524  507        work and works based on it.
525  508
526       -  -  __A patent license is "discriminatory" if it does not include within
     509  +  +  A patent license is "discriminatory" if it does not include within
527  510        the scope of its coverage, prohibits the exercise of, or is
528  511        conditioned on the non-exercise of one or more of the rights that are
529  512        specifically granted under this License.  You may not convey a covered
538  521        contain the covered work, unless you entered into that arrangement,
539  522        or that patent license was granted, prior to 28 March 2007.
540  523
541       -  -  __Nothing in this License shall be construed as excluding or limiting
     524  +  +  Nothing in this License shall be construed as excluding or limiting
542  525        any implied license or other defenses to infringement that may
543  526        otherwise be available to you under applicable patent law.
544  527
545       -  -  __12. No Surrender of Others' Freedom.
     528  +  +  12. No Surrender of Others' Freedom.
546  529
547       -  -  __If conditions are imposed on you (whether by court order, agreement or
     530  +  +  If conditions are imposed on you (whether by court order, agreement or
548  531        otherwise) that contradict the conditions of this License, they do not
549  532        excuse you from the conditions of this License.  If you cannot convey a
550  533        covered work so as to satisfy simultaneously your obligations under this
554  537        the Program, the only way you could satisfy both those terms and this
555  538        License would be to refrain entirely from conveying the Program.
556  539
557       -  -  __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541
559       -  -  __Notwithstanding any other provision of this License, if you modify the
     542  +  +  Notwithstanding any other provision of this License, if you modify the
560  543        Program, your modified version must prominently offer all users
561  544        interacting with it remotely through a computer network (if your version
562  545        supports such interaction) an opportunity to receive the Corresponding
567  550        of the GNU General Public License that is incorporated pursuant to the
568  551        following paragraph.
569  552
570       -  -  __Notwithstanding any other provision of this License, you have permission
571       -  -  to link or combine any covered work with a work licensed under version 3
572       -  -  of the GNU General Public License into a single combined work, and to
573       -  -  convey the resulting work.  The terms of this License will continue to
574       -  -  apply to the part which is the covered work, but the work with which it is
575       -  -  combined will remain governed by version 3 of the GNU General Public
576       -  -  License.
577       -  -
578       -  -  __14. Revised Versions of this License.
579       -  -
580       -  -  __The Free Software Foundation may publish revised and/or new versions of
581       -  -  the GNU Affero General Public License from time to time.  Such new
582       -  -  versions will be similar in spirit to the present version, but may differ
583       -  -  in detail to address new problems or concerns.
584       -  -
585       -  -  __Each version is given a distinguishing version number.  If the
586       -  -  Program specifies that a certain numbered version of the GNU Affero
```

N4J_019279

```
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation.  If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    -   If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    -   Later license versions may give you additional or different
        553  + Notwithstanding any other provision of this License, you have
        554  + permission to link or combine any covered work with a work licensed
        555  + under version 3 of the GNU General Public License into a single
        556  + combined work, and to convey the resulting work.  The terms of this
        557  + License will continue to apply to the part which is the covered work,
        558  + but the work with which it is combined will remain governed by version
        559  + 3 of the GNU General Public License.
        560  +
        561  + 14. Revised Versions of this License.
        562  +
        563  + The Free Software Foundation may publish revised and/or new versions of
        564  + the GNU Affero General Public License from time to time.  Such new versions
        565  + will be similar in spirit to the present version, but may differ in detail to
        566  + address new problems or concerns.
        567  +
        568  + Each version is given a distinguishing version number.  If the
        569  + Program specifies that a certain numbered version of the GNU Affero General
        570  + Public License "or any later version" applies to it, you have the
        571  + option of following the terms and conditions either of that numbered
        572  + version or of any later version published by the Free Software
        573  + Foundation.  If the Program does not specify a version number of the
        574  + GNU Affero General Public License, you may choose any version ever published
        575  + by the Free Software Foundation.
        576  +
        577  + If the Program specifies that a proxy can decide which future
        578  + versions of the GNU Affero General Public License can be used, that proxy's
        579  + public statement of acceptance of a version permanently authorizes you
        580  + to choose that version for the Program.
        581  +
        582  + Later license versions may give you additional or different
600    583    permissions.  However, no additional obligations are imposed on any
601    584    author or copyright holder as a result of your choosing to follow a
602    585    later version.
603    586
604        -   15. Disclaimer of Warranty.
        587  + 15. Disclaimer of Warranty.
605    588
606        -   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
        589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607    590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608    591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609    592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612    595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613    596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614    597
615        -   16. Limitation of Liability.
        598  + 16. Limitation of Liability.
616    599
617        -   IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
        600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
```

N4J_019280    240/317

```
618   601        WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602        THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603        GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607        EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608        SUCH DAMAGES.
626   609

627       -   17. Interpretation of Sections 15 and 16.
      610 + 17. Interpretation of Sections 15 and 16.
628   611

629       -   If the disclaimer of warranty and limitation of liability provided
      612 + If the disclaimer of warranty and limitation of liability provided
630   613        above cannot be given local legal effect according to their terms,
631   614        reviewing courts shall apply local law that most closely approximates
632   615        an absolute waiver of all civil liability in connection with the
633   616        Program, unless a warranty or assumption of liability accompanies a
634   617        copy of the Program in return for a fee.
635   618

636       -                     END OF TERMS AND CONDITIONS
      619 + END OF TERMS AND CONDITIONS
637   620

638       -              How to Apply These Terms to Your New Programs
      621 + How to Apply These Terms to Your New Programs
639   622

640       -   If you develop a new program, and you want it to be of the greatest
      623 + If you develop a new program, and you want it to be of the greatest
641   624        possible use to the public, the best way to achieve this is to make it
642   625        free software which everyone can redistribute and change under these terms.
643   626

644       -   To do so, attach the following notices to the program.  It is safest
      627 + To do so, attach the following notices to the program.  It is safest
645   628        to attach them to the start of each source file to most effectively
646   629        state the exclusion of warranty; and each file should have at least
647   630        the "copyright" line and a pointer to where the full notice is found.
648   631

649       -     <one line to give the program's name and a brief idea of what it does.>
650       -     Copyright (C) <year>  <name of author>
      632 + <one line to give the program's name and a brief idea of what it does.>
      633 + Copyright (C) <year>  <name of author>
651   634

652       -     This program is free software: you can redistribute it and/or modify
653       -     it under the terms of the GNU Affero General Public License as
654       -     published by the Free Software Foundation, either version 3 of the
655       -     License, or (at your option) any later version.
      635 + This program is free software: you can redistribute it and/or modify
      636 + it under the terms of the GNU Affero General Public License as published by
      637 + the Free Software Foundation, either version 3 of the License, or
      638 + (at your option) any later version.
656   639

657       -     This program is distributed in the hope that it will be useful,
658       -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -     GNU Affero General Public License for more details.
      640 + This program is distributed in the hope that it will be useful,
      641 + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642 + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643 + GNU Affero General Public License for more details.
661   644

662       -     You should have received a copy of the GNU Affero General Public License
663       -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645 + You should have received a copy of the GNU Affero General Public License
      646 + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647

665   648        Also add information on how to contact you by electronic and paper mail.
```

N4J_019281



Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 556 of 1198

| | | |
|---|---|---|
| 666 | 649 | |
| 667 | | -   __If your software can interact with users remotely through a computer |
| | 650 | + If your software can interact with users remotely through a computer |
| 668 | 651 |   network, you should also make sure that it provides a way for users to |
| 669 | 652 |   get its source.  For example, if your program is a web application, its |
| 670 | 653 |   interface could display a "Source" link that leads users to an archive |
| 671 | 654 |   of the code.  There are many ways you could offer source, and different |
| 672 | 655 |   solutions will be better for different programs; see section 13 for the |
| 673 | 656 |   specific requirements. |
| 674 | 657 | |
| 675 | | -   __You should also get your employer (if you work as a programmer) or school, |
| | 658 | + You should also get your employer (if you work as a programmer) or school, |
| 676 | 659 |   if any, to sign a "copyright disclaimer" for the program, if necessary. |
| 677 | 660 |   For more information on this, and how to apply and follow the GNU AGPL, see |
| 678 | | - <http://www.gnu.org/licenses/>. |
| 679 | | - |
| 680 | | - |
| 681 | | - "Commons Clause" License Condition |
| 682 | | - |
| 683 | | - The Software is provided to you by the Licensor under the License, as |
| 684 | | - defined below, subject to the following condition. Without limiting |
| 685 | | - other conditions in the License, the grant of rights under the License |
| 686 | | - will not include, and the License does not grant to you, the right to |
| 687 | | - Sell the Software.  For purposes of the foregoing, "Sell" means |
| 688 | | - practicing any or all of the rights granted to you under the License |
| 689 | | - to provide to third parties, for a fee or other consideration, |
| 690 | | - a product or service that consists, entirely or substantially, |
| 691 | | - of the Software or the functionality of the Software. Any license |
| 692 | | - notice or attribution required by the License must also include |
| 693 | | - this Commons Cause License Condition notice. |
| | 661 | + <https://www.gnu.org/licenses/>. |

---

⌄ 486 ▮▮▮▮▮▮ enterprise/neo4j-enterprise/LICENSE.txt 📋

| | | |
|---|---|---|
| ... | ... | @@ -1,51 +1,35 @@ |
| 1 | | - NOTICE |
| 2 | | - This package contains software licensed under different |
| 3 | | - licenses, please refer to the NOTICE.txt file for further |
| 4 | | - information and LICENSES.txt for full license texts. |
| | 1 | + GNU AFFERO GENERAL PUBLIC LICENSE |
| | 2 | +   Version 3, 19 November 2007 |
| 5 | 3 | |
| 6 | | - Neo4j Enterprise object code can be licensed independently from |
| 7 | | - the source under separate commercial terms. Email inquiries can be |
| 8 | | - directed to: licensing@neo4j.com. More information is also |
| 9 | | - available at:https://neo4j.com/licensing/ |
| | 4 | + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | 5 | + Everyone is permitted to copy and distribute verbatim copies |
| | 6 | + of this license document, but changing it is not allowed. |
| 10 | 7 | |
| 11 | | - The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | - (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows: |
| | 8 | + Preamble |
| 14 | 9 | |
| 15 | | - |
| 16 | | - |
| 17 | | -               GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | -                 Version 3, 19 November 2007 |
| 19 | | - |
| 20 | | - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | - Everyone is permitted to copy and distribute verbatim copies |
| 22 | | - of this license document, but changing it is not allowed. |

N4J_019282

```
23            -
24            -                        Preamble
25            -
26            -    The GNU Affero General Public License is a free, copyleft license
27            - for software and other kinds of works, specifically designed to ensure
        10   + The GNU Affero General Public License is a free, copyleft license for
        11   + software and other kinds of works, specifically designed to ensure
28      12     cooperation with the community in the case of network server software.
29      13
30            -   The licenses for most software and other practical works are
31            - designed to take away your freedom to share and change them.  By
32            - contrast, our General Public Licenses are intended to guarantee your
33            - freedom to share and change all versions of a program--to make sure it
34            - remains free software for all its users.
        14   + The licenses for most software and other practical works are designed
        15   + to take away your freedom to share and change the works.  By contrast,
        16   + our General Public Licenses are intended to guarantee your freedom to
        17   + share and change all versions of a program--to make sure it remains free
        18   + software for all its users.
35      19
36            -   When we speak of free software, we are referring to freedom, not
        20   + When we speak of free software, we are referring to freedom, not
37      21     price.  Our General Public Licenses are designed to make sure that you
38      22     have the freedom to distribute copies of free software (and charge for
39      23     them if you wish), that you receive source code or can get it if you
40      24     want it, that you can change the software or use pieces of it in new
41      25     free programs, and that you know you can do these things.
42      26
43            -   Developers that use our General Public Licenses protect your rights
        27   + Developers that use our General Public Licenses protect your rights
44      28     with two steps: (1) assert copyright on the software, and (2) offer
45      29     you this License which gives you legal permission to copy, distribute
46      30     and/or modify the software.
47      31
48            -   A secondary benefit of defending all users' freedom is that
        32   + A secondary benefit of defending all users' freedom is that
49      33     improvements made in alternate versions of the program, if they
50      34     receive widespread use, become available for other developers to
51      35     incorporate.  Many developers of free software are heartened and
55      39     letting the public access it on a server without ever releasing its
56      40     source code to the public.
57      41
58            -   The GNU Affero General Public License is designed specifically to
        42   + The GNU Affero General Public License is designed specifically to
59      43     ensure that, in such cases, the modified source code becomes available
60      44     to the community.  It requires the operator of a network server to
61      45     provide the source code of the modified version running there to the
62      46     users of that server.  Therefore, public use of a modified version, on
63      47     a publicly accessible server, gives the public access to the source
64      48     code of the modified version.
65      49
66            -   An older license, called the Affero General Public License and
        50   + An older license, called the Affero General Public License and
67      51     published by Affero, was designed to accomplish similar goals.  This is
68      52     a different license, not a version of the Affero GPL, but Affero has
69      53     released a new version of the Affero GPL which permits relicensing under
70      54     this license.
71      55
72            -   The precise terms and conditions for copying, distribution and
        56   + The precise terms and conditions for copying, distribution and
73      57     modification follow.
74      58
75            -                      TERMS AND CONDITIONS
```

N4J_019283

```
59  + TERMS AND CONDITIONS
60  +
61  + 0. Definitions.
77       -   0. Definitions.
     63  + "This License" refers to version 3 of the GNU Affero General Public License.
78       -
79       -   "This License" refers to version 3 of the GNU Affero General Public
80       -   License.
     65  + "Copyright" also means copyright-like laws that apply to other kinds of
     66  + works, such as semiconductor masks.
81       -
82       -   "Copyright" also means copyright-like laws that apply to other kinds
83       -   of works, such as semiconductor masks.
84       -
85       -   "The Program" refers to any copyrightable work licensed under this
     68  + "The Program" refers to any copyrightable work licensed under this
86   69    License.  Each licensee is addressed as "you".  "Licensees" and
87   70    "recipients" may be individuals or organizations.
88   71
89       -   To "modify" a work means to copy from or adapt all or part of the work
     72  + To "modify" a work means to copy from or adapt all or part of the work
90   73    in a fashion requiring copyright permission, other than the making of an
91   74    exact copy.  The resulting work is called a "modified version" of the
92   75    earlier work or a work "based on" the earlier work.
93   76
94       -   A "covered work" means either the unmodified Program or a work based
     77  + A "covered work" means either the unmodified Program or a work based
95   78    on the Program.
96   79
97       -   To "propagate" a work means to do anything with it that, without
     80  + To "propagate" a work means to do anything with it that, without
98   81    permission, would make you directly or secondarily liable for
99   82    infringement under applicable copyright law, except executing it on a
100  83    computer or modifying a private copy.  Propagation includes copying,
101  84    distribution (with or without modification), making available to the
102  85    public, and in some countries other activities as well.
103  86
104      -   To "convey" a work means any kind of propagation that enables other
     87  + To "convey" a work means any kind of propagation that enables other
105  88    parties to make or receive copies.  Mere interaction with a user through
106  89    a computer network, with no transfer of a copy, is not conveying.
107  90
108      -   An interactive user interface displays "Appropriate Legal Notices"
     91  + An interactive user interface displays "Appropriate Legal Notices"
109  92    to the extent that it includes a convenient and prominently visible
110  93    feature that (1) displays an appropriate copyright notice, and (2)
111  94    tells the user that there is no warranty for the work (except to the
114  97    the interface presents a list of user commands or options, such as a
115  98    menu, a prominent item in the list meets this criterion.
116  99
117      -   1. Source Code.
     100 + 1. Source Code.
118  101
119      -   The "source code" for a work means the preferred form of the work
     102 + The "source code" for a work means the preferred form of the work
120  103    for making modifications to it.  "Object code" means any non-source
121  104    form of a work.
122  105
123      -   A "Standard Interface" means an interface that either is an official
     106 + A "Standard Interface" means an interface that either is an official
124  107    standard defined by a recognized standards body, or, in the case of
125  108    interfaces specified for a particular programming language, one that
```

| 126 | 109 | | is widely used among developers working in that language. |
| 127 | 110 | | |
| 128 | | - | __The "System Libraries" of an executable work include anything, other |
| | 111 | + | The "System Libraries" of an executable work include anything, other |
| 129 | 112 | | than the work as a whole, that (a) is included in the normal form of |
| 130 | 113 | | packaging a Major Component, but which is not part of that Major |
| 131 | 114 | | Component, and (b) serves only to enable use of the work with that |
| 136 | 119 | | (if any) on which the executable work runs, or a compiler used to |
| 137 | 120 | | produce the work, or an object code interpreter used to run it. |
| 138 | 121 | | |
| 139 | | - | __The "Corresponding Source" for a work in object code form means all |
| | 122 | + | The "Corresponding Source" for a work in object code form means all |
| 140 | 123 | | the source code needed to generate, install, and (for an executable |
| 141 | 124 | | work) run the object code and to modify the work, including scripts to |
| 142 | 125 | | control those activities.  However, it does not include the work's |
| 149 | 132 | | such as by intimate data communication or control flow between those |
| 150 | 133 | | subprograms and other parts of the work. |
| 151 | 134 | | |
| 152 | | - | __The Corresponding Source need not include anything that users |
| | 135 | + | The Corresponding Source need not include anything that users |
| 153 | 136 | | can regenerate automatically from other parts of the Corresponding |
| 154 | 137 | | Source. |
| 155 | 138 | | |
| 156 | | - | __The Corresponding Source for a work in source code form is that |
| | 139 | + | The Corresponding Source for a work in source code form is that |
| 157 | 140 | | same work. |
| 158 | 141 | | |
| 159 | | - | __2. Basic Permissions. |
| | 142 | + | 2. Basic Permissions. |
| 160 | 143 | | |
| 161 | | - | __All rights granted under this License are granted for the term of |
| | 144 | + | All rights granted under this License are granted for the term of |
| 162 | 145 | | copyright on the Program, and are irrevocable provided the stated |
| 163 | 146 | | conditions are met.  This License explicitly affirms your unlimited |
| 164 | 147 | | permission to run the unmodified Program.  The output from running a |
| 165 | 148 | | covered work is covered by this License only if the output, given its |
| 166 | 149 | | content, constitutes a covered work.  This License acknowledges your |
| 167 | 150 | | rights of fair use or other equivalent, as provided by copyright law. |
| 168 | 151 | | |
| 169 | | - | __You may make, run and propagate covered works that you do not |
| | 152 | + | You may make, run and propagate covered works that you do not |
| 170 | 153 | | convey, without conditions so long as your license otherwise remains |
| 171 | 154 | | in force.  You may convey covered works to others for the sole purpose |
| 172 | 155 | | of having them make modifications exclusively for you, or provide you |
| 177 | 160 | | and control, on terms that prohibit them from making any copies of |
| 178 | 161 | | your copyrighted material outside their relationship with you. |
| 179 | 162 | | |
| 180 | | - | __Conveying under any other circumstances is permitted solely under |
| | 163 | + | Conveying under any other circumstances is permitted solely under |
| 181 | 164 | | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 182 | 165 | | makes it unnecessary. |
| 183 | 166 | | |
| 184 | | - | __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| | 167 | + | 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| 185 | 168 | | |
| 186 | | - | __No covered work shall be deemed part of an effective technological |
| | 169 | + | No covered work shall be deemed part of an effective technological |
| 187 | 170 | | measure under any applicable law fulfilling obligations under article |
| 188 | 171 | | 11 of the WIPO copyright treaty adopted on 20 December 1996, or |
| 189 | 172 | | similar laws prohibiting or restricting circumvention of such |
| 190 | 173 | | measures. |
| 191 | 174 | | |
| 192 | | - | __When you convey a covered work, you waive any legal power to forbid |

N4J_019285

```
193   175   + When you convey a covered work, you waive any legal power to forbid
194   176     circumvention of technological measures to the extent such circumvention
195   177     is effected by exercising rights under this License with respect to
196   178     the covered work, and you disclaim any intention to limit operation or
197   179     modification of the work as a means of enforcing, against the work's
198   180     users, your or third parties' legal rights to forbid circumvention of
199   181     technological measures.
      182
200         - __4. Conveying Verbatim Copies.
      183   + 4. Conveying Verbatim Copies.
201   184
202         - __You may convey verbatim copies of the Program's source code as you
      185   + You may convey verbatim copies of the Program's source code as you
203   186     receive it, in any medium, provided that you conspicuously and
204   187     appropriately publish on each copy an appropriate copyright notice;
205   188     keep intact all notices stating that this License and any
206   189     non-permissive terms added in accord with section 7 apply to the code;
207   190     keep intact all notices of the absence of any warranty; and give all
208   191     recipients a copy of this License along with the Program.
209   192
210         - __You may charge any price or no price for each copy that you convey,
      193   + You may charge any price or no price for each copy that you convey,
211   194     and you may offer support or warranty protection for a fee.
212   195
213         - __5. Conveying Modified Source Versions.
      196   + 5. Conveying Modified Source Versions.
214   197
215         - __You may convey a work based on the Program, or the modifications to
      198   + You may convey a work based on the Program, or the modifications to
216   199     produce it from the Program, in the form of source code under the
217   200     terms of section 4, provided that you also meet all of these conditions:
218   201
219         - ____a) The work must carry prominent notices stating that you modified
220         - ____it, and giving a relevant date.
      202   + a) The work must carry prominent notices stating that you modified
      203   + it, and giving a relevant date.
221   204
222         - ____b) The work must carry prominent notices stating that it is
223         - ____released under this License and any conditions added under section
224         - ____7.  This requirement modifies the requirement in section 4 to
225         - ____"keep intact all notices".
      205   + b) The work must carry prominent notices stating that it is
      206   + released under this License and any conditions added under section
      207   + 7.  This requirement modifies the requirement in section 4 to
      208   + "keep intact all notices".
226   209
227         - ____c) You must license the entire work, as a whole, under this
228         - ____License to anyone who comes into possession of a copy.  This
229         - ____License will therefore apply, along with any applicable section 7
230         - ____additional terms, to the whole of the work, and all its parts,
231         - ____regardless of how they are packaged.  This License gives no
232         - ____permission to license the work in any other way, but it does not
233         - ____invalidate such permission if you have separately received it.
      210   + c) You must license the entire work, as a whole, under this
      211   + License to anyone who comes into possession of a copy.  This
      212   + License will therefore apply, along with any applicable section 7
      213   + additional terms, to the whole of the work, and all its parts,
      214   + regardless of how they are packaged.  This License gives no
      215   + permission to license the work in any other way, but it does not
      216   + invalidate such permission if you have separately received it.
234   217
235         - ____d) If the work has interactive user interfaces, each must display
236         - ____Appropriate Legal Notices; however, if the Program has interactive
```

N4J_019286

```
237            -    interfaces that do not display Appropriate Legal Notices, your
238            -    work need not make them do so.
        218    + d) If the work has interactive user interfaces, each must display
        219    + Appropriate Legal Notices; however, if the Program has interactive
        220    + interfaces that do not display Appropriate Legal Notices, your
        221    + work need not make them do so.
239    222
240            -    A compilation of a covered work with other separate and independent
        223    + A compilation of a covered work with other separate and independent
241    224       works, which are not by their nature extensions of the covered work,
242    225       and which are not combined with it such as to form a larger program,
243    226       in or on a volume of a storage or distribution medium, is called an
247    230       in an aggregate does not cause this License to apply to the other
248    231       parts of the aggregate.
249    232
250            -    6. Conveying Non-Source Forms.
        233    + 6. Conveying Non-Source Forms.
251    234
252            -    You may convey a covered work in object code form under the terms
        235    + You may convey a covered work in object code form under the terms
253    236       of sections 4 and 5, provided that you also convey the
254    237       machine-readable Corresponding Source under the terms of this License,
255    238       in one of these ways:
256    239
257            -      a) Convey the object code in, or embodied in, a physical product
258            -      (including a physical distribution medium), accompanied by the
259            -      Corresponding Source fixed on a durable physical medium
260            -      customarily used for software interchange.
261            -
262            -      b) Convey the object code in, or embodied in, a physical product
263            -      (including a physical distribution medium), accompanied by a
264            -      written offer, valid for at least three years and valid for as
265            -      long as you offer spare parts or customer support for that product
266            -      model, to give anyone who possesses the object code either (1) a
267            -      copy of the Corresponding Source for all the software in the
268            -      product that is covered by this License, on a durable physical
269            -      medium customarily used for software interchange, for a price no
270            -      more than your reasonable cost of physically performing this
271            -      conveying of source, or (2) access to copy the
272            -      Corresponding Source from a network server at no charge.
273            -
274            -      c) Convey individual copies of the object code with a copy of the
275            -      written offer to provide the Corresponding Source.  This
276            -      alternative is allowed only occasionally and noncommercially, and
277            -      only if you received the object code with such an offer, in accord
278            -      with subsection 6b.
279            -
280            -      d) Convey the object code by offering access from a designated
281            -      place (gratis or for a charge), and offer equivalent access to the
282            -      Corresponding Source in the same way through the same place at no
283            -      further charge.  You need not require recipients to copy the
284            -      Corresponding Source along with the object code.  If the place to
285            -      copy the object code is a network server, the Corresponding Source
286            -      may be on a different server (operated by you or a third party)
287            -      that supports equivalent copying facilities, provided you maintain
288            -      clear directions next to the object code saying where to find the
289            -      Corresponding Source.  Regardless of what server hosts the
290            -      Corresponding Source, you remain obligated to ensure that it is
291            -      available for as long as needed to satisfy these requirements.
292            -
293            -      e) Convey the object code using peer-to-peer transmission, provided
294            -      you inform other peers where the object code and Corresponding
295            -      Source of the work are being offered to the general public at no
```

N4J_019287

```
296          -     charge under subsection 6d.
297          -
298          -     A separable portion of the object code, whose source code is excluded
      240    + a) Convey the object code in, or embodied in, a physical product
      241    + (including a physical distribution medium), accompanied by the
      242    + Corresponding Source fixed on a durable physical medium
      243    + customarily used for software interchange.
      244    +
      245    + b) Convey the object code in, or embodied in, a physical product
      246    + (including a physical distribution medium), accompanied by a
      247    + written offer, valid for at least three years and valid for as
      248    + long as you offer spare parts or customer support for that product
      249    + model, to give anyone who possesses the object code either (1) a
      250    + copy of the Corresponding Source for all the software in the
      251    + product that is covered by this License, on a durable physical
      252    + medium customarily used for software interchange, for a price no
      253    + more than your reasonable cost of physically performing this
      254    + conveying of source, or (2) access to copy the
      255    + Corresponding Source from a network server at no charge.
      256    +
      257    + c) Convey individual copies of the object code with a copy of the
      258    + written offer to provide the Corresponding Source.  This
      259    + alternative is allowed only occasionally and noncommercially, and
      260    + only if you received the object code with such an offer, in accord
      261    + with subsection 6b.
      262    +
      263    + d) Convey the object code by offering access from a designated
      264    + place (gratis or for a charge), and offer equivalent access to the
      265    + Corresponding Source in the same way through the same place at no
      266    + further charge.  You need not require recipients to copy the
      267    + Corresponding Source along with the object code.  If the place to
      268    + copy the object code is a network server, the Corresponding Source
      269    + may be on a different server (operated by you or a third party)
      270    + that supports equivalent copying facilities, provided you maintain
      271    + clear directions next to the object code saying where to find the
      272    + Corresponding Source.  Regardless of what server hosts the
      273    + Corresponding Source, you remain obligated to ensure that it is
      274    + available for as long as needed to satisfy these requirements.
      275    +
      276    + e) Convey the object code using peer-to-peer transmission, provided
      277    + you inform other peers where the object code and Corresponding
      278    + Source of the work are being offered to the general public at no
      279    + charge under subsection 6d.
      280    +
      281    + A separable portion of the object code, whose source code is excluded
299   282      from the Corresponding Source as a System Library, need not be
300   283      included in conveying the object code work.
301   284
302          -     A "User Product" is either (1) a "consumer product", which means any
      285    + A "User Product" is either (1) a "consumer product", which means any
303   286      tangible personal property which is normally used for personal, family,
304   287      or household purposes, or (2) anything designed or sold for incorporation
305   288      into a dwelling.  In determining whether a product is a consumer product,
312   295      commercial, industrial or non-consumer uses, unless such uses represent
313   296      the only significant mode of use of the product.
314   297
315          -     "Installation Information" for a User Product means any methods,
      298    + "Installation Information" for a User Product means any methods,
316   299      procedures, authorization keys, or other information required to install
317   300      and execute modified versions of a covered work in that User Product from
318   301      a modified version of its Corresponding Source.  The information must
319   302      suffice to ensure that the continued functioning of the modified object
320   303      code is in no case prevented or interfered with solely because
```

```
321  304        modification has been made.

322  305

323          -   __If you convey an object code work under this section in, or with, or
     306      + If you convey an object code work under this section in, or with, or
324  307        specifically for use in, a User Product, and the conveying occurs as
325  308        part of a transaction in which the right of possession and use of the
326  309        User Product is transferred to the recipient in perpetuity or for a
331  314        modified object code on the User Product (for example, the work has
332  315        been installed in ROM).

333  316

334          -   __The requirement to provide Installation Information does not include a
     317      + The requirement to provide Installation Information does not include a
335  318        requirement to continue to provide support service, warranty, or updates
336  319        for a work that has been modified or installed by the recipient, or for
337  320        the User Product in which it has been modified or installed.  Access to a
338  321        network may be denied when the modification itself materially and
339  322        adversely affects the operation of the network or violates the rules and
340  323        protocols for communication across the network.

341  324

342          -   __Corresponding Source conveyed, and Installation Information provided,
     325      + Corresponding Source conveyed, and Installation Information provided,
343  326        in accord with this section must be in a format that is publicly
344  327        documented (and with an implementation available to the public in
345  328        source code form), and must require no special password or key for
346  329        unpacking, reading or copying.

347  330

348          -   __7. Additional Terms.
     331      + 7. Additional Terms.

349  332

350          -   __"Additional permissions" are terms that supplement the terms of this
     333      + "Additional permissions" are terms that supplement the terms of this
351  334        License by making exceptions from one or more of its conditions.
352  335        Additional permissions that are applicable to the entire Program shall
353  336        be treated as though they were included in this License, to the extent
356  339        under those permissions, but the entire Program remains governed by
357  340        this License without regard to the additional permissions.

358  341

359          -   __When you convey a copy of a covered work, you may at your option
     342      + When you convey a copy of a covered work, you may at your option
360  343        remove any additional permissions from that copy, or from any part of
361  344        it.  (Additional permissions may be written to require their own
362  345        removal in certain cases when you modify the work.)  You may place
363  346        additional permissions on material, added by you to a covered work,
364  347        for which you have or can give appropriate copyright permission.

365  348

366          -   __Notwithstanding any other provision of this License, for material you
     349      + Notwithstanding any other provision of this License, for material you
367  350        add to a covered work, you may (if authorized by the copyright holders of
368  351        that material) supplement the terms of this License with terms:

369  352

370          -   ___a) Disclaiming warranty or limiting liability differently from the
371          -   ___terms of sections 15 and 16 of this License; or
     353      + a) Disclaiming warranty or limiting liability differently from the
     354      + terms of sections 15 and 16 of this License; or

372  355

373          -   ___b) Requiring preservation of specified reasonable legal notices or
374          -   ___author attributions in that material or in the Appropriate Legal
375          -   ___Notices displayed by works containing it; or
     356      + b) Requiring preservation of specified reasonable legal notices or
     357      + author attributions in that material or in the Appropriate Legal
     358      + Notices displayed by works containing it; or

376  359

377          -   ___c) Prohibiting misrepresentation of the origin of that material, or
```

N4J_019289

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 564 of 1198
ongdb-enterprise/LICENSE.txt at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```
378       -    ___requiring that modified versions of such material be marked in
379       -    ___reasonable ways as different from the original version; or
      360 + c) Prohibiting misrepresentation of the origin of that material, or
      361 + requiring that modified versions of such material be marked in
      362 + reasonable ways as different from the original version; or
380   363
381       -    ___d) Limiting the use for publicity purposes of names of licensors or
382       -    ___authors of the material; or
      364 + d) Limiting the use for publicity purposes of names of licensors or
      365 + authors of the material; or
383   366
384       -    ___e) Declining to grant rights under trademark law for use of some
385       -    ___trade names, trademarks, or service marks; or
      367 + e) Declining to grant rights under trademark law for use of some
      368 + trade names, trademarks, or service marks; or
386   369
387       -    ___f) Requiring indemnification of licensors and authors of that
388       -    ___material by anyone who conveys the material (or modified versions of
389       -    ___it) with contractual assumptions of liability to the recipient, for
390       -    ___any liability that these contractual assumptions directly impose on
391       -    ___those licensors and authors.
      370 + f) Requiring indemnification of licensors and authors of that
      371 + material by anyone who conveys the material (or modified versions of
      372 + it) with contractual assumptions of liability to the recipient, for
      373 + any liability that these contractual assumptions directly impose on
      374 + those licensors and authors.
392   375
393       -    ___All other non-permissive additional terms are considered "further
      376 + All other non-permissive additional terms are considered "further
394   377   restrictions" within the meaning of section 10.  If the Program as you
395   378   received it, or any part of it, contains a notice stating that it is
396       - governed by this License along with a term that is a further restriction,
397       - you may remove that term.  If a license document contains a further
398       - restriction but permits relicensing or conveying under this License, you
399       - may add to a covered work material governed by the terms of that license
400       - document, provided that the further restriction does not survive such
401       - relicensing or conveying.
402       -
403       -    ___If you add terms to a covered work in accord with this section, you
      379 + governed by this License along with a term that is a further
      380 + restriction, you may remove that term.  If a license document contains
      381 + a further restriction but permits relicensing or conveying under this
      382 + License, you may add to a covered work material governed by the terms
      383 + of that license document, provided that the further restriction does
      384 + not survive such relicensing or conveying.
      385 +
      386 + If you add terms to a covered work in accord with this section, you
404   387   must place, in the relevant source files, a statement of the
405   388   additional terms that apply to those files, or a notice indicating
406   389   where to find the applicable terms.
407   390
408       -    ___Additional terms, permissive or non-permissive, may be stated in the
      391 + Additional terms, permissive or non-permissive, may be stated in the
409   392   form of a separately written license, or stated as exceptions;
410   393   the above requirements apply either way.
411   394
412       -    ___8. Termination.
      395 + 8. Termination.
413   396
414       -    ___You may not propagate or modify a covered work except as expressly
      397 + You may not propagate or modify a covered work except as expressly
415   398   provided under this License.  Any attempt otherwise to propagate or
416   399   modify it is void, and will automatically terminate your rights under
```

N4J_019290

```
417  400      this License (including any patent licenses granted under the third
418  401      paragraph of section 11).
419  402

420       -   __However, if you cease all violation of this License, then your
     403  +   However, if you cease all violation of this License, then your
421  404      license from a particular copyright holder is reinstated (a)
422  405      provisionally, unless and until the copyright holder explicitly and
423  406      finally terminates your license, and (b) permanently, if the copyright
424  407      holder fails to notify you of the violation by some reasonable means
425  408      prior to 60 days after the cessation.
426  409

427       -   __Moreover, your license from a particular copyright holder is
     410  +   Moreover, your license from a particular copyright holder is
428  411      reinstated permanently if the copyright holder notifies you of the
429  412      violation by some reasonable means, this is the first time you have
430  413      received notice of violation of this License (for any work) from that
431  414      copyright holder, and you cure the violation prior to 30 days after
432  415      your receipt of the notice.
433  416

434       -   __Termination of your rights under this section does not terminate the
     417  +   Termination of your rights under this section does not terminate the
435  418      licenses of parties who have received copies or rights from you under
436  419      this License.  If your rights have been terminated and not permanently
437  420      reinstated, you do not qualify to receive new licenses for the same
438  421      material under section 10.
439  422

440       -   __9. Acceptance Not Required for Having Copies.
     423  +   9. Acceptance Not Required for Having Copies.
441  424

442       -   __You are not required to accept this License in order to receive or
     425  +   You are not required to accept this License in order to receive or
443  426      run a copy of the Program.  Ancillary propagation of a covered work
444  427      occurring solely as a consequence of using peer-to-peer transmission
445  428      to receive a copy likewise does not require acceptance.  However,
448  431      not accept this License.  Therefore, by modifying or propagating a
449  432      covered work, you indicate your acceptance of this License to do so.
450  433

451       -   __10. Automatic Licensing of Downstream Recipients.
     434  +   10. Automatic Licensing of Downstream Recipients.
452  435

453       -   __Each time you convey a covered work, the recipient automatically
     436  +   Each time you convey a covered work, the recipient automatically
454  437      receives a license from the original licensors, to run, modify and
455  438      propagate that work, subject to this License.  You are not responsible
456  439      for enforcing compliance by third parties with this License.
457  440

458       -   __An "entity transaction" is a transaction transferring control of an
     441  +   An "entity transaction" is a transaction transferring control of an
459  442      organization, or substantially all assets of one, or subdividing an
460  443      organization, or merging organizations.  If propagation of a covered
461  444      work results from an entity transaction, each party to that
465  448      Corresponding Source of the work from the predecessor in interest, if
466  449      the predecessor has it or can get it with reasonable efforts.
467  450

468       -   __You may not impose any further restrictions on the exercise of the
     451  +   You may not impose any further restrictions on the exercise of the
469  452      rights granted or affirmed under this License.  For example, you may
470  453      not impose a license fee, royalty, or other charge for exercise of
471  454      rights granted under this License, and you may not initiate litigation
472  455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456      any patent claim is infringed by making, using, selling, offering for
474  457      sale, or importing the Program or any portion of it.
475  458
```

N4J_019291

| | | |
|---|---|---|
| 476 | | - __11. Patents. |
| | 459 | + __11. Patents. |
| 477 | 460 | |
| 478 | | - __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based.  The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | - __A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | - __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | patent license under the contributor's essential patent claims, to |
| 494 | 477 | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | propagate the contents of its contributor version. |
| 496 | 479 | |
| 497 | | - __In the following three paragraphs, a "patent license" is any express |
| | 480 | + In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | sue for patent infringement).  To "grant" such a patent license to a |
| 501 | 484 | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | patent against the party. |
| 503 | 486 | |
| 504 | | - __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | publicly available network server or other readily accessible means, |
| 515 | 498 | in a country, would infringe one or more identifiable patents in that |
| 516 | 499 | country that you have reason to believe are valid. |
| 517 | 500 | |
| 518 | | - __If, pursuant to or in connection with a single transaction or |
| | 501 | + If, pursuant to or in connection with a single transaction or |
| 519 | 502 | arrangement, you convey, or propagate by procuring conveyance of, a |
| 520 | 503 | covered work, and grant a patent license to some of the parties |
| 521 | 504 | receiving the covered work authorizing them to use, propagate, modify |
| 522 | 505 | or convey a specific copy of the covered work, then the patent license |
| 523 | 506 | you grant is automatically extended to all recipients of the covered |
| 524 | 507 | work and works based on it. |
| 525 | 508 | |
| 526 | | - __A patent license is "discriminatory" if it does not include within |
| | 509 | + A patent license is "discriminatory" if it does not include within |
| 527 | 510 | the scope of its coverage, prohibits the exercise of, or is |
| 528 | 511 | conditioned on the non-exercise of one or more of the rights that are |
| 529 | 512 | specifically granted under this License.  You may not convey a covered |
| 538 | 521 | work under this section unless you entered into that arrangement, |
| 539 | 522 | or that patent license was granted, prior to 28 March 2007. |
| 540 | 523 | |
| 541 | | - __Nothing in this License shall be construed as excluding or limiting |
| | 524 | + Nothing in this License shall be construed as excluding or limiting |
| 542 | 525 | any implied license or other defenses to infringement that may |
| 543 | 526 | otherwise be available to you under applicable patent law. |
| 544 | 527 | |
| 545 | | - __12. No Surrender of Others' Freedom. |
| | 528 | + 12. No Surrender of Others' Freedom. |
| 546 | 529 | |

N4J_019292

```
547          -    __If conditions are imposed on you (whether by court order, agreement or
      530    +  If conditions are imposed on you (whether by court order, agreement or
548   531       otherwise) that contradict the conditions of this License, they do not
549   532       excuse you from the conditions of this License.  If you cannot convey a
550   533       covered work so as to satisfy simultaneously your obligations under this
554   538       the Program, the only way you could satisfy both those terms and this
555   539       License would be to refrain entirely from conveying the Program.

556   539

557          -    __13. Remote Network Interaction; Use with the GNU General Public License.
      540    +  13. Remote Network Interaction; Use with the GNU General Public License.
558   541

559          -    __Notwithstanding any other provision of this License, if you modify the
      542    +  Notwithstanding any other provision of this License, if you modify the
560   543       Program, your modified version must prominently offer all users
561   544       interacting with it remotely through a computer network (if your version
562   545       supports such interaction) an opportunity to receive the Corresponding
567   550       of the GNU General Public License that is incorporated pursuant to the
568   551       following paragraph.

569   552

570          -    __Notwithstanding any other provision of this License, you have permission
571          -  to link or combine any covered work with a work licensed under version 3
572          -  of the GNU General Public License into a single combined work, and to
573          -  convey the resulting work.  The terms of this license will continue to
574          -  apply to the part which is the covered work, but the work with which it is
575          -  combined will remain governed by version 3 of the GNU General Public
576          -  License.

577          -
578          -    14. Revised Versions of this License.

579          -
580          -    __The Free Software Foundation may publish revised and/or new versions of
581          -  the GNU Affero General Public License from time to time.  Such new
582          -  versions will be similar in spirit to the present version, but may differ
583          -  in detail to address new problems or concerns.

584          -
585          -    __Each version is given a distinguishing version number.  If the
586          -  Program specifies that a certain numbered version of the GNU Affero
587          -  General Public License "or any later version" applies to it, you have
588          -  the option of following the terms and conditions either of that
589          -  numbered version or of any later version published by the Free
590          -  Software Foundation.  If the Program does not specify a version number
591          -  of the GNU Affero General Public License, you may choose any version
592          -  ever published by the Free Software Foundation.

593          -
594          -    __If the Program specifies that a proxy can decide which future
595          -  versions of the GNU Affero General Public License can be used, that
596          -  proxy's public statement of acceptance of a version permanently
597          -  authorizes you to choose that version for the Program.

598          -
599          -    __Later license versions may give you additional or different
      553    +  Notwithstanding any other provision of this License, you have
      554    +  permission to link or combine any covered work with a work licensed
      555    +  under version 3 of the GNU General Public License into a single
      556    +  combined work, and to convey the resulting work.  The terms of this
      557    +  License will continue to apply to the part which is the covered work,
      558    +  but the work with which it is combined will remain governed by version
      559    +  3 of the GNU General Public License.
      560    +
      561    +  14. Revised Versions of this License.
      562    +
      563    +  The Free Software Foundation may publish revised and/or new versions of
      564    +  the GNU Affero General Public License from time to time.  Such new versions
      565    +  will be similar in spirit to the present version, but may differ in detail to
      566    +  address new problems or concerns.
```

N4J_019293

```
567  +
568  + Each version is given a distinguishing version number.  If the
569  + Program specifies that a certain numbered version of the GNU Affero General
570  + Public License "or any later version" applies to it, you have the
571  + option of following the terms and conditions either of that numbered
572  + version or of any later version published by the Free Software
573  + Foundation.  If the Program does not specify a version number of the
574  + GNU Affero General Public License, you may choose any version ever published
575  + by the Free Software Foundation.
576  +
577  + If the Program specifies that a proxy can decide which future
578  + versions of the GNU Affero General Public License can be used, that proxy's
579  + public statement of acceptance of a version permanently authorizes you
580  + to choose that version for the Program.
581  +
582  + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
602  585    later version.
603  586
604      - __15. Disclaimer of Warranty.
     587  + 15. Disclaimer of Warranty.
605  588
606      - __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615      - __16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599
617      - __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627      - __17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611
629      - __If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618
636      - _____END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620
638      - _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640      - __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
```

N4J_019294

| 643 | 626 | |
|---|---|---|
| 644 | | - __To do so, attach the following notices to the program.  It is safest |
| | 627 | + To do so, attach the following notices to the program.  It is safest |
| 645 | 628 | to attach them to the start of each source file to most effectively |
| 646 | 629 | state the exclusion of warranty; and each file should have at least |
| 647 | 630 | the "copyright" line and a pointer to where the full notice is found. |
| 648 | 631 | |
| 649 | | - ____<one line to give the program's name and a brief idea of what it does.> |
| 650 | | - ____Copyright (C) <year>  <name of author> |
| | 632 | + <one line to give the program's name and a brief idea of what it does.> |
| | 633 | + Copyright (C) <year>  <name of author> |
| 651 | 634 | |
| 652 | | - ____This program is free software: you can redistribute it and/or modify |
| 653 | | - ____it under the terms of the GNU Affero General Public License as |
| 654 | | - ____published by the Free Software Foundation, either version 3 of the |
| 655 | | - ____License, or (at your option) any later version. |
| | 635 | + This program is free software: you can redistribute it and/or modify |
| | 636 | + it under the terms of the GNU Affero General Public License as published by |
| | 637 | + the Free Software Foundation, either version 3 of the License, or |
| | 638 | + (at your option) any later version. |
| 656 | 639 | |
| 657 | | - ____This program is distributed in the hope that it will be useful, |
| 658 | | - ____but WITHOUT ANY WARRANTY; without even the implied warranty of |
| 659 | | - ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the |
| 660 | | - ____GNU Affero General Public License for more details. |
| | 640 | + This program is distributed in the hope that it will be useful, |
| | 641 | + but WITHOUT ANY WARRANTY; without even the implied warranty of |
| | 642 | + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the |
| | 643 | + GNU Affero General Public License for more details. |
| 661 | 644 | |
| 662 | | - ____You should have received a copy of the GNU Affero General Public License |
| 663 | | - ____along with this program.  If not, see <http://www.gnu.org/licenses/>. |
| | 645 | + You should have received a copy of the GNU Affero General Public License |
| | 646 | + along with this program.  If not, see <https://www.gnu.org/licenses/>. |
| 664 | 647 | |
| 665 | 648 | Also add information on how to contact you by electronic and paper mail. |
| 666 | 649 | |
| 667 | | - __If your software can interact with users remotely through a computer |
| | 650 | + If your software can interact with users remotely through a computer |
| 668 | 651 | network, you should also make sure that it provides a way for users to |
| 669 | 652 | get its source.  For example, if your program is a web application, its |
| 670 | 653 | interface could display a "Source" link that leads users to an archive |
| 671 | 654 | of the code.  There are many ways you could offer source, and different |
| 672 | 655 | solutions will be better for different programs; see section 13 for the |
| 673 | 656 | specific requirements. |
| 674 | 657 | |
| 675 | | - __You should also get your employer (if you work as a programmer) or school, |
| | 658 | + You should also get your employer (if you work as a programmer) or school, |
| 676 | 659 | if any, to sign a "copyright disclaimer" for the program, if necessary. |
| 677 | 660 | For more information on this, and how to apply and follow the GNU AGPL, see |
| 678 | | - <http://www.gnu.org/licenses/>. |
| 679 | | - |
| 680 | | - |
| 681 | | - "Commons Clause" License Condition |
| 682 | | - |
| 683 | | - The Software is provided to you by the Licensor under the License, as |
| 684 | | - defined below, subject to the following condition. Without limiting |
| 685 | | - other conditions in the License, the grant of rights under the License |
| 686 | | - will not include, and the License does not grant to you, the right to |
| 687 | | - Sell the Software.  For purposes of the foregoing, "Sell" means |
| 688 | | - practicing any or all of the rights granted to you under the License |
| 689 | | - to provide to third parties, for a fee or other consideration, |
| 690 | | - a product or service that consists, entirely or substantially, |

N4J_019295

| | | |
|---|---|---|
| 691 | | - of the Software or the functionality of the Software. Any license |
| 692 | | - notice or attribution required by the License must also include |
| 693 | | - this Commons Cause License Condition notice. |
| | 661 | + <https://www.gnu.org/licenses/>. |

⌄ 486 ▉▉▉▉▉ enterprise/neo4j-harness-enterprise/LICENSE.txt 🗐

| | | |
|---|---|---|
| ... | ... | @@ -1,51 +1,35 @@ |
| 1 | | - NOTICE |
| 2 | | - This package contains software licensed under different |
| 3 | | - licenses, please refer to the NOTICE.txt file for further |
| 4 | | - information and LICENSES.txt for full license texts. |
| | 1 | + GNU AFFERO GENERAL PUBLIC LICENSE |
| | 2 | +   Version 3, 19 November 2007 |
| 5 | 3 | |
| 6 | | - Neo4j Enterprise object code can be licensed independently from |
| 7 | | - the source under separate commercial terms. Email inquiries can be |
| 8 | | - directed to: licensing@neo4j.com. More information is also |
| 9 | | - available at:https://neo4j.com/licensing/ |
| | 4 | + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/> |
| | 5 | + Everyone is permitted to copy and distribute verbatim copies |
| | 6 | + of this license document, but changing it is not allowed. |
| 10 | 7 | |
| 11 | | - The software ("Software") is developed and owned by Neo4j Sweden AB |
| 12 | | - (referred to in this notice as "Neo4j") and is subject to the terms |
| 13 | | - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Cause as follows: |
| | 8 | + Preamble |
| 14 | 9 | |
| 15 | | - |
| 16 | | - |
| 17 | | -                     GNU AFFERO GENERAL PUBLIC LICENSE |
| 18 | | -                        Version 3, 19 November 2007 |
| 19 | | - |
| 20 | | -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/> |
| 21 | | -  Everyone is permitted to copy and distribute verbatim copies |
| 22 | | -  of this license document, but changing it is not allowed. |
| 23 | | - |
| 24 | | -                             Preamble |
| 25 | | - |
| 26 | | -   The GNU Affero General Public License is a free, copyleft license |
| 27 | | - for software and other kinds of works, specifically designed to ensure |
| | 10 | + The GNU Affero General Public License is a free, copyleft license for |
| | 11 | + software and other kinds of works, specifically designed to ensure |
| 28 | 12 | cooperation with the community in the case of network server software. |
| 29 | 13 | |
| 30 | | -   The licenses for most software and other practical works are |
| 31 | | - designed to take away your freedom to share and change the works.  By |
| 32 | | - contrast, our General Public Licenses are intended to guarantee your |
| 33 | | - freedom to share and change all versions of a program--to make sure it |
| 34 | | - remains free software for all its users. |
| | 14 | + The licenses for most software and other practical works are designed |
| | 15 | + to take away your freedom to share and change the works. By contrast, |
| | 16 | + our General Public Licenses are intended to guarantee your freedom to |
| | 17 | + share and change all versions of a program--to make sure it remains free |
| | 18 | + software for all its users. |
| 35 | 19 | |
| 36 | | -   When we speak of free software, we are referring to freedom, not |
| | 20 | + When we speak of free software, we are referring to freedom, not |
| 37 | 21 | price.  Our General Public Licenses are designed to make sure that you |
| 38 | 22 | have the freedom to distribute copies of free software (and charge for |
| 39 | 23 | them if you wish), that you receive source code or can get it if you |
| 40 | 24 | want it, that you can change the software or use pieces of it in new |
| 41 | 25 | free programs, and that you know you can do these things. |

N4J_019296

```
42  26
43      -   __Developers that use our General Public Licenses protect your rights
    27  +   Developers that use our General Public Licenses protect your rights
44  28      with two steps: (1) assert copyright on the software, and (2) offer
45  29      you this License which gives you legal permission to copy, distribute
46  30      and/or modify the software.
47  31
48      -   __A secondary benefit of defending all users' freedom is that
    32  +   A secondary benefit of defending all users' freedom is that
49  33      improvements made in alternate versions of the program, if they
50  34      receive widespread use, become available for other developers to
51  35      incorporate.  Many developers of free software are heartened and
55  39      letting the public access it on a server without ever releasing its
56  40      source code to the public.
57  41
58      -   __The GNU Affero General Public License is designed specifically to
    42  +   The GNU Affero General Public License is designed specifically to
59  43      ensure that, in such cases, the modified source code becomes available
60  44      to the community.  It requires the operator of a network server to
61  45      provide the source code of the modified version running there to the
62  46      users of that server.  Therefore, public use of a modified version, on
63  47      a publicly accessible server, gives the public access to the source
64  48      code of the modified version.
65  49
66      -   __An older license, called the Affero General Public License and
    50  +   An older license, called the Affero General Public License and
67  51      published by Affero, was designed to accomplish similar goals.  This is
68  52      a different license, not a version of the Affero GPL, but Affero has
69  53      released a new version of the Affero GPL which permits relicensing under
70  54      this license.
71  55
72      -   __The precise terms and conditions for copying, distribution and
    56  +   The precise terms and conditions for copying, distribution and
73  57      modification follow.
74  58
75      -                   TERMS AND CONDITIONS
    59  +   TERMS AND CONDITIONS
    60  +
    61  +   0. Definitions.
76  62
77      -   __0. Definitions.
    63  +   "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79      -     "This License" refers to version 3 of the GNU Affero General Public
80      -   License.
    65  +   "Copyright" also means copyright-like laws that apply to other kinds of
    66  +   works, such as semiconductor masks.
81  67
82      -     "Copyright" also means copyright-like laws that apply to other kinds
83      -   of works, such as semiconductor masks.
84      -
85      -     "The Program" refers to any copyrightable work licensed under this
    68  +   "The Program" refers to any copyrightable work licensed under this
86  69      License.  Each licensee is addressed as "you".  "Licensees" and
87  70      "recipients" may be individuals or organizations.
88  71
89      -   __To "modify" a work means to copy from or adapt all or part of the work
    72  +   To "modify" a work means to copy from or adapt all or part of the work
90  73      in a fashion requiring copyright permission, other than the making of an
91  74      exact copy.  The resulting work is called a "modified version" of the
92  75      earlier work or a work "based on" the earlier work.
93  76
94      -   __A "covered work" means either the unmodified Program or a work based
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019297

| 95 | 77 | + A "covered work" means either the unmodified Program or a work based |
| 96 | 78 | on the Program. |
| | 79 | |
| 97 | | - __To "propagate" a work means to do anything with it that, without |
| | 80 | + To "propagate" a work means to do anything with it that, without |
| 98 | 81 | permission, would make you directly or secondarily liable for |
| 99 | 82 | infringement under applicable copyright law, except executing it on a |
| 100 | 83 | computer or modifying a private copy. Propagation includes copying, |
| 101 | 84 | distribution (with or without modification), making available to the |
| 102 | 85 | public, and in some countries other activities as well. |
| 103 | 86 | |
| 104 | | - __To "convey" a work means any kind of propagation that enables other |
| | 87 | + To "convey" a work means any kind of propagation that enables other |
| 105 | 88 | parties to make or receive copies. Mere interaction with a user through |
| 106 | 89 | a computer network, with no transfer of a copy, is not conveying. |
| 107 | 90 | |
| 108 | | - __An interactive user interface displays "Appropriate Legal Notices" |
| | 91 | + An interactive user interface displays "Appropriate Legal Notices" |
| 109 | 92 | to the extent that it includes a convenient and prominently visible |
| 110 | 93 | feature that (1) displays an appropriate copyright notice, and (2) |
| 111 | 94 | tells the user that there is no warranty for the work (except to the |
| 114 | 97 | the interface presents a list of user commands or options, such as a |
| 115 | 98 | menu, a prominent item in the list meets this criterion. |
| 116 | 99 | |
| 117 | | - __1. Source Code. |
| | 100 | + 1. Source Code. |
| 118 | 101 | |
| 119 | | - __The "source code" for a work means the preferred form of the work |
| | 102 | + The "source code" for a work means the preferred form of the work |
| 120 | 103 | for making modifications to it. "Object code" means any non-source |
| 121 | 104 | form of a work. |
| 122 | 105 | |
| 123 | | - __A "Standard Interface" means an interface that either is an official |
| | 106 | + A "Standard Interface" means an interface that either is an official |
| 124 | 107 | standard defined by a recognized standards body, or, in the case of |
| 125 | 108 | interfaces specified for a particular programming language, one that |
| 126 | 109 | is widely used among developers working in that language. |
| 127 | 110 | |
| 128 | | - __The "System Libraries" of an executable work include anything, other |
| | 111 | + The "System Libraries" of an executable work include anything, other |
| 129 | 112 | than the work as a whole, that (a) is included in the normal form of |
| 130 | 113 | packaging a Major Component, but which is not part of that Major |
| 131 | 114 | Component, and (b) serves only to enable use of the work with that |
| 136 | 119 | (if any) on which the executable work runs, or a compiler used to |
| 137 | 120 | produce the work, or an object code interpreter used to run it. |
| 138 | 121 | |
| 139 | | - __The "Corresponding Source" for a work in object code form means all |
| | 122 | + The "Corresponding Source" for a work in object code form means all |
| 140 | 123 | the source code needed to generate, install, and (for an executable |
| 141 | 124 | work) run the object code and to modify the work, including scripts to |
| 142 | 125 | control those activities. However, it does not include the work's |
| 149 | 132 | such as by intimate data communication or control flow between those |
| 150 | 133 | subprograms and other parts of the work. |
| 151 | 134 | |
| 152 | | - __The Corresponding Source need not include anything that users |
| | 135 | + The Corresponding Source need not include anything that users |
| 153 | 136 | can regenerate automatically from other parts of the Corresponding |
| 154 | 137 | Source. |
| 155 | 138 | |
| 156 | | - __The Corresponding Source for a work in source code form is that |
| | 139 | + The Corresponding Source for a work in source code form is that |
| 157 | 140 | same work. |
| 158 | 141 | |

N4J_019298

```
159            -   2. Basic Permissions.
       142     + 2. Basic Permissions.
160    143
161            -   All rights granted under this License are granted for the term of
       144     + All rights granted under this License are granted for the term of
162    145       copyright on the Program, and are irrevocable provided the stated
163    146       conditions are met.  This License explicitly affirms your unlimited
164    147       permission to run the unmodified Program.  The output from running a
165    148       covered work is covered by this License only if the output, given its
166    149       content, constitutes a covered work.  This License acknowledges your
167    150       rights of fair use or other equivalent, as provided by copyright law.
168    151
169            -   You may make, run and propagate covered works that you do not
       152     + You may make, run and propagate covered works that you do not
170    153       convey, without conditions so long as your license otherwise remains
171    154       in force.  You may convey covered works to others for the sole purpose
172    155       of having them make modifications exclusively for you, or provide you
177    160       and control, on terms that prohibit them from making any copies of
178    161       your copyrighted material outside their relationship with you.
179    162
180            -   Conveying under any other circumstances is permitted solely under
       163     + Conveying under any other circumstances is permitted solely under
181    164       the conditions stated below.  Sublicensing is not allowed; section 10
182    165       makes it unnecessary.
183    166
184            -   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
       167     + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185    168
186            -   No covered work shall be deemed part of an effective technological
       169     + No covered work shall be deemed part of an effective technological
187    170       measure under any applicable law fulfilling obligations under article
188    171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189    172       similar laws prohibiting or restricting circumvention of such
190    173       measures.
191    174
192            -   When you convey a covered work, you waive any legal power to forbid
       175     + When you convey a covered work, you waive any legal power to forbid
193    176       circumvention of technological measures to the extent such circumvention
194    177       is effected by exercising rights under this License with respect to
195    178       the covered work, and you disclaim any intention to limit operation or
196    179       modification of the work as a means of enforcing, against the work's
197    180       users, your or third parties' legal rights to forbid circumvention of
198    181       technological measures.
199    182
200            -   4. Conveying Verbatim Copies.
       183     + 4. Conveying Verbatim Copies.
201    184
202            -   You may convey verbatim copies of the Program's source code as you
       185     + You may convey verbatim copies of the Program's source code as you
203    186       receive it, in any medium, provided that you conspicuously and
204    187       appropriately publish on each copy an appropriate copyright notice;
205    188       keep intact all notices stating that this License and any
206    189       non-permissive terms added in accord with section 7 apply to the code;
207    190       keep intact all notices of the absence of any warranty; and give all
208    191       recipients a copy of this License along with the Program.
209    192
210            -   You may charge any price or no price for each copy that you convey,
       193     + You may charge any price or no price for each copy that you convey,
211    194       and you may offer support or warranty protection for a fee.
212    195
213            -   5. Conveying Modified Source Versions.
       196     + 5. Conveying Modified Source Versions.
214    197
```

N4J_019299

```diff
215            -    You may convey a work based on the Program, or the modifications to
      198      +  You may convey a work based on the Program, or the modifications to
216   199         produce it from the Program, in the form of source code under the
217   200         terms of section 4, provided that you also meet all of these conditions:
218   201

219            -    a) The work must carry prominent notices stating that you modified
220            -    it, and giving a relevant date.
      202      +  a) The work must carry prominent notices stating that you modified
      203      +  it, and giving a relevant date.
221   204

222            -    b) The work must carry prominent notices stating that it is
223            -    released under this License and any conditions added under section
224            -    7.  This requirement modifies the requirement in section 4 to
225            -    "keep intact all notices".
      205      +  b) The work must carry prominent notices stating that it is
      206      +  released under this License and any conditions added under section
      207      +  7.  This requirement modifies the requirement in section 4 to
      208      +  "keep intact all notices".
226   209

227            -    c) You must license the entire work, as a whole, under this
228            -    License to anyone who comes into possession of a copy.  This
229            -    License will therefore apply, along with any applicable section 7
230            -    additional terms, to the whole of the work, and all its parts,
231            -    regardless of how they are packaged.  This License gives no
232            -    permission to license the work in any other way, but it does not
233            -    invalidate such permission if you have separately received it.
      210      +  c) You must license the entire work, as a whole, under this
      211      +  License to anyone who comes into possession of a copy.  This
      212      +  License will therefore apply, along with any applicable section 7
      213      +  additional terms, to the whole of the work, and all its parts,
      214      +  regardless of how they are packaged.  This License gives no
      215      +  permission to license the work in any other way, but it does not
      216      +  invalidate such permission if you have separately received it.
234   217

235            -    d) If the work has interactive user interfaces, each must display
236            -    Appropriate Legal Notices; however, if the Program has interactive
237            -    interfaces that do not display Appropriate Legal Notices, your
238            -    work need not make them do so.
      218      +  d) If the work has interactive user interfaces, each must display
      219      +  Appropriate Legal Notices; however, if the Program has interactive
      220      +  interfaces that do not display Appropriate Legal Notices, your
      221      +  work need not make them do so.
239   222

240            -  A compilation of a covered work with other separate and independent
      223      +  A compilation of a covered work with other separate and independent
241   224         works, which are not by their nature extensions of the covered work,
242   225         and which are not combined with it such as to form a larger program,
243   226         in or on a volume of a storage or distribution medium, is called an
247   230         in an aggregate does not cause this License to apply to the other
248   231         parts of the aggregate.
249   232

250            -  6. Conveying Non-Source Forms.
      233      +  6. Conveying Non-Source Forms.
251   234

252            -  You may convey a covered work in object code form under the terms
      235      +  You may convey a covered work in object code form under the terms
253   236         of sections 4 and 5, provided that you also convey the
254   237         machine-readable Corresponding Source under the terms of this License,
255   238         in one of these ways:
256   239

257            -    a) Convey the object code in, or embodied in, a physical product
258            -    (including a physical distribution medium), accompanied by the
259            -    Corresponding Source fixed on a durable physical medium
```

N4J_019300

```
260   -    customarily used for software interchange.
261   -
262   -    ____b) Convey the object code in, or embodied in, a physical product
263   -    ____(including a physical distribution medium), accompanied by a
264   -    ____written offer, valid for at least three years and valid for as
265   -    ____long as you offer spare parts or customer support for that product
266   -    ____model, to give anyone who possesses the object code either (1) a
267   -    ____copy of the Corresponding Source for all the software in the
268   -    ____product that is covered by this License, on a durable physical
269   -    ____medium customarily used for software interchange, for a price no
270   -    ____more than your reasonable cost of physically performing this
271   -    ____conveying of source, or (2) access to copy the
272   -    ____Corresponding Source from a network server at no charge.
273   -
274   -    ____c) Convey individual copies of the object code with a copy of the
275   -    ____written offer to provide the Corresponding Source.  This
276   -    ____alternative is allowed only occasionally and noncommercially, and
277   -    ____only if you received the object code with such an offer, in accord
278   -    ____with subsection 6b.
279   -
280   -    ____d) Convey the object code by offering access from a designated
281   -    ____place (gratis or for a charge), and offer equivalent access to the
282   -    ____Corresponding Source in the same way through the same place at no
283   -    ____further charge.  You need not require recipients to copy the
284   -    ____Corresponding Source along with the object code.  If the place to
285   -    ____copy the object code is a network server, the Corresponding Source
286   -    ____may be on a different server (operated by you or a third party)
287   -    ____that supports equivalent copying facilities, provided you maintain
288   -    ____clear directions next to the object code saying where to find the
289   -    ____Corresponding Source.  Regardless of what server hosts the
290   -    ____Corresponding Source, you remain obligated to ensure that it is
291   -    ____available for as long as needed to satisfy these requirements.
292   -
293   -    ____e) Convey the object code using peer-to-peer transmission, provided
294   -    ____you inform other peers where the object code and Corresponding
295   -    ____Source of the work are being offered to the general public at no
296   -    ____charge under subsection 6d.
297   -
298   -    __A separable portion of the object code, whose source code is excluded
      240 +  a) Convey the object code in, or embodied in, a physical product
      241 +  (including a physical distribution medium), accompanied by the
      242 +  Corresponding Source fixed on a durable physical medium
      243 +  customarily used for software interchange.
      244 +
      245 +  b) Convey the object code in, or embodied in, a physical product
      246 +  (including a physical distribution medium), accompanied by a
      247 +  written offer, valid for at least three years and valid for as
      248 +  long as you offer spare parts or customer support for that product
      249 +  model, to give anyone who possesses the object code either (1) a
      250 +  copy of the Corresponding Source for all the software in the
      251 +  product that is covered by this License, on a durable physical
      252 +  medium customarily used for software interchange, for a price no
      253 +  more than your reasonable cost of physically performing this
      254 +  conveying of source, or (2) access to copy the
      255 +  Corresponding Source from a network server at no charge.
      256 +
      257 +  c) Convey individual copies of the object code with a copy of the
      258 +  written offer to provide the Corresponding Source.  This
      259 +  alternative is allowed only occasionally and noncommercially, and
      260 +  only if you received the object code with such an offer, in accord
      261 +  with subsection 6b.
      262 +
      263 +  d) Convey the object code by offering access from a designated
```

N4J_019301

```
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
282    from the Corresponding Source as a System Library, need not be
283    included in conveying the object code work.
284

285  - __A "User Product" is either (1) a "consumer product", which means any
285  + A "User Product" is either (1) a "consumer product", which means any
286    tangible personal property which is normally used for personal, family,
287    or household purposes, or (2) anything designed or sold for incorporation
288    into a dwelling.  In determining whether a product is a consumer product,
295    commercial, industrial or non-consumer uses, unless such uses represent
296    the only significant mode of use of the product.
297

298  - __"Installation Information" for a User Product means any methods,
298  + "Installation Information" for a User Product means any methods,
299    procedures, authorization keys, or other information required to install
300    and execute modified versions of a covered work in that User Product from
301    a modified version of its Corresponding Source.  The information must
302    suffice to ensure that the continued functioning of the modified object
303    code is in no case prevented or interfered with solely because
304    modification has been made.
305

306  - __If you convey an object code work under this section in, or with, or
306  + If you convey an object code work under this section in, or with, or
307    specifically for use in, a User Product, and the conveying occurs as
308    part of a transaction in which the right of possession and use of the
309    User Product is transferred to the recipient in perpetuity or for a
314    modified object code on the User Product (for example, the work has
315    been installed in ROM).
316

317  - __The requirement to provide Installation Information does not include a
317  + The requirement to provide Installation Information does not include a
318    requirement to continue to provide support service, warranty, or updates
319    for a work that has been modified or installed by the recipient, or for
320    the User Product in which it has been modified or installed.  Access to a
321    network may be denied when the modification itself materially and
322    adversely affects the operation of the network or violates the rules and
323    protocols for communication across the network.
324

325  - __Corresponding Source conveyed, and Installation Information provided,
325  + Corresponding Source conveyed, and Installation Information provided,
326    in accord with this section must be in a format that is publicly
327    documented (and with an implementation available to the public in
328    source code form), and must require no special password or key for
329    unpacking, reading or copying.
330

348  - __7. Additional Terms.
```

N4J_019302

```
349  331  + 7. Additional Terms.
     332  +
350       -  __"Additional permissions" are terms that supplement the terms of this
     333  + "Additional permissions" are terms that supplement the terms of this
351  334    License by making exceptions from one or more of its conditions.
352  335    Additional permissions that are applicable to the entire Program shall
353  336    be treated as though they were included in this License, to the extent
356  339    under those permissions, but the entire Program remains governed by
357  340    this License without regard to the additional permissions.
358  341
359       -  __When you convey a copy of a covered work, you may at your option
     342  + When you convey a copy of a covered work, you may at your option
360  343    remove any additional permissions from that copy, or from any part of
361  344    it.  (Additional permissions may be written to require their own
362  345    removal in certain cases when you modify the work.)  You may place
363  346    additional permissions on material, added by you to a covered work,
364  347    for which you have or can give appropriate copyright permission.
365  348
366       -  __Notwithstanding any other provision of this License, for material you
     349  + Notwithstanding any other provision of this License, for material you
367  350    add to a covered work, you may (if authorized by the copyright holders of
368  351    that material) supplement the terms of this License with terms:
369  352
370       -    ___a) Disclaiming warranty or limiting liability differently from the
371       -    ___terms of sections 15 and 16 of this License; or
     353  +   a) Disclaiming warranty or limiting liability differently from the
     354  +   terms of sections 15 and 16 of this License; or
372  355
373       -    ___b) Requiring preservation of specified reasonable legal notices or
374       -    ___author attributions in that material or in the Appropriate Legal
375       -    ___Notices displayed by works containing it; or
     356  +   b) Requiring preservation of specified reasonable legal notices or
     357  +   author attributions in that material or in the Appropriate Legal
     358  +   Notices displayed by works containing it; or
376  359
377       -    ___c) Prohibiting misrepresentation of the origin of that material, or
378       -    ___requiring that modified versions of such material be marked in
379       -    ___reasonable ways as different from the original version; or
     360  +   c) Prohibiting misrepresentation of the origin of that material, or
     361  +   requiring that modified versions of such material be marked in
     362  +   reasonable ways as different from the original version; or
380  363
381       -    ___d) Limiting the use for publicity purposes of names of licensors or
382       -    ___authors of the material; or
     364  +   d) Limiting the use for publicity purposes of names of licensors or
     365  +   authors of the material; or
384  366
     384  -    ___e) Declining to grant rights under trademark law for use of some
385       -    ___trade names, trademarks, or service marks; or
     367  +   e) Declining to grant rights under trademark law for use of some
     368  +   trade names, trademarks, or service marks; or
386  369
387       -    ___f) Requiring indemnification of licensors and authors of that
388       -    ___material by anyone who conveys the material (or modified versions of
389       -    ___it) with contractual assumptions of liability to the recipient, for
390       -    ___any liability that these contractual assumptions directly impose on
391       -    ___those licensors and authors.
     370  +   f) Requiring indemnification of licensors and authors of that
     371  +   material by anyone who conveys the material (or modified versions of
     372  +   it) with contractual assumptions of liability to the recipient, for
     373  +   any liability that these contractual assumptions directly impose on
     374  +   those licensors and authors.
392  375
```

N4J_019303

```
393         -    All other non-permissive additional terms are considered "further
     376    +   All other non-permissive additional terms are considered "further
394  377        restrictions" within the meaning of section 10.  If the Program as you
395  378        received it, or any part of it, contains a notice stating that it is
396         -   governed by this License along with a term that is a further restriction,
397         -   you may remove that term.  If a license document contains a further
398         -   restriction but permits relicensing or conveying under this License, you
399         -   may add to a covered work material governed by the terms of that license
400         -   document, provided that the further restriction does not survive such
401         -   relicensing or conveying.
402         -
403         -    If you add terms to a covered work in accord with this section, you
     379    +   governed by this License along with a term that is a further
     380    +   restriction, you may remove that term.  If a license document contains
     381    +   a further restriction but permits relicensing or conveying under this
     382    +   License, you may add to a covered work material governed by the terms
     383    +   of that license document, provided that the further restriction does
     384    +   not survive such relicensing or conveying.
     385    +
     386    +   If you add terms to a covered work in accord with this section, you
404  387        must place, in the relevant source files, a statement of the
405  388        additional terms that apply to those files, or a notice indicating
406  389        where to find the applicable terms.
407  390
408         -    Additional terms, permissive or non-permissive, may be stated in the
     391    +   Additional terms, permissive or non-permissive, may be stated in the
409  392        form of a separately written license, or stated as exceptions;
410  393        the above requirements apply either way.
411  394
412         -    8. Termination.
     395    +   8. Termination.
413  396
414         -    You may not propagate or modify a covered work except as expressly
     397    +   You may not propagate or modify a covered work except as expressly
415  398        provided under this License.  Any attempt otherwise to propagate or
416  399        modify it is void, and will automatically terminate your rights under
417  400        this License (including any patent licenses granted under the third
418  401        paragraph of section 11).
419  402
420         -    However, if you cease all violation of this License, then your
     403    +   However, if you cease all violation of this License, then your
421  404        license from a particular copyright holder is reinstated (a)
422  405        provisionally, unless and until the copyright holder explicitly and
423  406        finally terminates your license, and (b) permanently, if the copyright
424  407        holder fails to notify you of the violation by some reasonable means
425  408        prior to 60 days after the cessation.
426  409
427         -    Moreover, your license from a particular copyright holder is
     410    +   Moreover, your license from a particular copyright holder is
428  411        reinstated permanently if the copyright holder notifies you of the
429  412        violation by some reasonable means, this is the first time you have
430  413        received notice of violation of this License (for any work) from that
431  414        copyright holder, and you cure the violation prior to 30 days after
432  415        your receipt of the notice.
433  416
434         -    Termination of your rights under this section does not terminate the
     417    +   Termination of your rights under this section does not terminate the
435  418        licenses of parties who have received copies or rights from you under
436  419        this License.  If your rights have been terminated and not permanently
437  420        reinstated, you do not qualify to receive new licenses for the same
438  421        material under section 10.
439  422
440         -    9. Acceptance Not Required for Having Copies.
```

N4J_019304

```
423  + 9. Acceptance Not Required for Having Copies.
441  424
442       - __You are not required to accept this License in order to receive or
     425  + You are not required to accept this License in order to receive or
443  426    run a copy of the Program.  Ancillary propagation of a covered work
444  427    occurring solely as a consequence of using peer-to-peer transmission
445  428    to receive a copy likewise does not require acceptance.  However,
448  431    not accept this License.  Therefore, by modifying or propagating a
449  432    covered work, you indicate your acceptance of this License to do so.
450  433
451       - __10. Automatic Licensing of Downstream Recipients.
     434  + 10. Automatic Licensing of Downstream Recipients.
452  435
453       - __Each time you convey a covered work, the recipient automatically
     436  + Each time you convey a covered work, the recipient automatically
454  437    receives a license from the original licensors, to run, modify and
455  438    propagate that work, subject to this License.  You are not responsible
456  439    for enforcing compliance by third parties with this License.
457  440
458       - __An "entity transaction" is a transaction transferring control of an
     441  + An "entity transaction" is a transaction transferring control of an
459  442    organization, or substantially all assets of one, or subdividing an
460  443    organization, or merging organizations.  If propagation of a covered
461  444    work results from an entity transaction, each party to that
465  448    Corresponding Source of the work from the predecessor in interest, if
466  449    the predecessor has it or can get it with reasonable efforts.
467  450
468       - __You may not impose any further restrictions on the exercise of the
     451  + You may not impose any further restrictions on the exercise of the
469  452    rights granted or affirmed under this License.  For example, you may
470  453    not impose a license fee, royalty, or other charge for exercise of
471  454    rights granted under this License, and you may not initiate litigation
472  455    (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456    any patent claim is infringed by making, using, selling, offering for
474  457    sale, or importing the Program or any portion of it.
475  458
476       - __11. Patents.
     459  + 11. Patents.
477  460
478       - __A "contributor" is a copyright holder who authorizes use under this
     461  + A "contributor" is a copyright holder who authorizes use under this
479  462    License of the Program or a work on which the Program is based.  The
480  463    work thus licensed is called the contributor's "contributor version".
481  464
482       - __A contributor's "essential patent claims" are all patent claims
     465  + A contributor's "essential patent claims" are all patent claims
483  466    owned or controlled by the contributor, whether already acquired or
484  467    hereafter acquired, that would be infringed by some manner, permitted
485  468    by this License, of making, using, or selling its contributor version,
489  472    patent sublicenses in a manner consistent with the requirements of
490  473    this License.
491  474
492       - __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476    patent license under the contributor's essential patent claims, to
494  477    make, use, sell, offer for sale, import and otherwise run, modify and
495  478    propagate the contents of its contributor version.
496  479
497       - __In the following three paragraphs, a "patent license" is any express
     480  + In the following three paragraphs, a "patent license" is any express
498  481    agreement or commitment, however denominated, not to enforce a patent
499  482    (such as an express permission to practice a patent or covenant not to
500  483    sue for patent infringement).  To "grant" such a patent license to a
```

N4J_019305

| 501 | 484 | | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | | patent against the party. |
| 503 | 486 | | |
| 504 | | - | __If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + | If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | | publicly available network server or other readily accessible means, |
| 515 | 498 | | in a country, would infringe one or more identifiable patents in that |
| 516 | 499 | | country that you have reason to believe are valid. |
| 517 | 500 | | |
| 518 | | - | __If, pursuant to or in connection with a single transaction or |
| | 501 | + | If, pursuant to or in connection with a single transaction or |
| 519 | 502 | | arrangement, you convey, or propagate by procuring conveyance of, a |
| 520 | 503 | | covered work, and grant a patent license to some of the parties |
| 521 | 504 | | receiving the covered work authorizing them to use, propagate, modify |
| 522 | 505 | | or convey a specific copy of the covered work, then the patent license |
| 523 | 506 | | you grant is automatically extended to all recipients of the covered |
| 524 | 507 | | work and works based on it. |
| 525 | 508 | | |
| 526 | | - | __A patent license is "discriminatory" if it does not include within |
| | 509 | + | A patent license is "discriminatory" if it does not include within |
| 527 | 510 | | the scope of its coverage, prohibits the exercise of, or is |
| 528 | 511 | | conditioned on the non-exercise of one or more of the rights that are |
| 529 | 512 | | specifically granted under this License.  You may not convey a covered |
| 538 | 521 | | contain the covered work, unless you entered into that arrangement, |
| 539 | 522 | | or that patent license was granted, prior to 28 March 2007. |
| 540 | 523 | | |
| 541 | | - | __Nothing in this License shall be construed as excluding or limiting |
| | 524 | + | Nothing in this License shall be construed as excluding or limiting |
| 542 | 525 | | any implied license or other defenses to infringement that may |
| 543 | 526 | | otherwise be available to you under applicable patent law. |
| 544 | 527 | | |
| 545 | | - | __12. No Surrender of Others' Freedom. |
| | 528 | + | 12. No Surrender of Others' Freedom. |
| 546 | 529 | | |
| 547 | | - | __If conditions are imposed on you (whether by court order, agreement or |
| | 530 | + | If conditions are imposed on you (whether by court order, agreement or |
| 548 | 531 | | otherwise) that contradict the conditions of this License, they do not |
| 549 | 532 | | excuse you from the conditions of this License.  If you cannot convey a |
| 550 | 533 | | covered work so as to satisfy simultaneously your obligations under this |
| 554 | 537 | | the Program, the only way you could satisfy both those terms and this |
| 555 | 538 | | License would be to refrain entirely from conveying the Program. |
| 556 | 539 | | |
| 557 | | - | __13. Remote Network Interaction; Use with the GNU General Public License. |
| | 540 | + | 13. Remote Network Interaction; Use with the GNU General Public License. |
| 558 | 541 | | |
| 559 | | - | __Notwithstanding any other provision of this License, if you modify the |
| | 542 | + | Notwithstanding any other provision of this License, if you modify the |
| 560 | 543 | | Program, your modified version must prominently offer all users |
| 561 | 544 | | interacting with it remotely through a computer network (if your version |
| 562 | 545 | | supports such interaction) an opportunity to receive the Corresponding |
| 567 | 550 | | of the GNU General Public License that is incorporated pursuant to the |
| 568 | 551 | | following paragraph. |
| 569 | 552 | | |
| 570 | | - | __Notwithstanding any other provision of this License, you have permission |
| 571 | | - | to link or combine any covered work with a work licensed under version 3 |
| 572 | | - | of the GNU General Public License into a single combined work, and to |
| 573 | | - | convey the resulting work.  The terms of this License will continue to |
| 574 | | - | apply to the part which is the covered work, but the work with which it is |
| 575 | | - | combined will remain governed by version 3 of the GNU General Public |
| 576 | | - | License. |
| 577 | | - | |

N4J_019306

```
578   -   __ 14. Revised Versions of this License.
579   -
580   -   __The Free Software Foundation may publish revised and/or new versions of
581   -   the GNU Affero General Public License from time to time.  Such new
582   -   versions will be similar in spirit to the present version, but may differ
583   -   in detail to address new problems or concerns.
584   -
585   -   __Each version is given a distinguishing version number.  If the
586   -   Program specifies that a certain numbered version of the GNU Affero
587   -   General Public License "or any later version" applies to it, you have
588   -   the option of following the terms and conditions either of that
589   -   numbered version or of any later version published by the Free
590   -   Software Foundation.  If the Program does not specify a version number
591   -   of the GNU Affero General Public License, you may choose any version
592   -   ever published by the Free Software Foundation.
593   -
594   -   __If the Program specifies that a proxy can decide which future
595   -   versions of the GNU Affero General Public License can be used, that
596   -   proxy's public statement of acceptance of a version permanently
597   -   authorizes you to choose that version for the Program.
598   -
599   -   __Later license versions may give you additional or different
      553 + Notwithstanding any other provision of this License, you have
      554 + permission to link or combine any covered work with a work licensed
      555 + under version 3 of the GNU General Public License into a single
      556 + combined work, and to convey the resulting work.  The terms of this
      557 + License will continue to apply to the part which is the covered work,
      558 + but the work with which it is combined will remain governed by version
      559 + 3 of the GNU General Public License.
      560 +
      561 + 14. Revised Versions of this License.
      562 +
      563 + The Free Software Foundation may publish revised and/or new versions of
      564 + the GNU Affero General Public License from time to time.  Such new versions
      565 + will be similar in spirit to the present version, but may differ in detail to
      566 + address new problems or concerns.
      567 +
      568 + Each version is given a distinguishing version number.  If the
      569 + Program specifies that a certain numbered version of the GNU Affero General
      570 + Public License "or any later version" applies to it, you have the
      571 + option of following the terms and conditions either of that numbered
      572 + version or of any later version published by the Free Software
      573 + Foundation.  If the Program does not specify a version number of the
      574 + GNU Affero General Public License, you may choose any version ever published
      575 + by the Free Software Foundation.
      576 +
      577 + If the Program specifies that a proxy can decide which future
      578 + versions of the GNU Affero General Public License can be used, that proxy's
      579 + public statement of acceptance of a version permanently authorizes you
      580 + to choose that version for the Program.
      581 +
      582 + Later license versions may give you additional or different
600   583   permissions.  However, no additional obligations are imposed on any
601   584   author or copyright holder as a result of your choosing to follow a
602   585   later version.
603   586
604   -   __ 15. Disclaimer of Warranty.
      587 + 15. Disclaimer of Warranty.
605   588
606   -   __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589 + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
```

N4J_019307

```
609  592        OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595        IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596        ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597

615           -  __16. Limitation of Liability.
     598      + 16. Limitation of Liability.
616  599

617           -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600      + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601        WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602        THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603        GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607        EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608        SUCH DAMAGES.
626  609

627           -  __17. Interpretation of Sections 15 and 16.
     610      + 17. Interpretation of Sections 15 and 16.
628  611

629           -  __If the disclaimer of warranty and limitation of liability provided
     612      + If the disclaimer of warranty and limitation of liability provided
630  613        above cannot be given local legal effect according to their terms,
631  614        reviewing courts shall apply local law that most closely approximates
632  615        an absolute waiver of all civil liability in connection with the
633  616        Program, unless a warranty or assumption of liability accompanies a
634  617        copy of the Program in return for a fee.
635  618

636           -  _____END OF TERMS AND CONDITIONS
     619      + END OF TERMS AND CONDITIONS
637  620

638           -  _____How to Apply These Terms to Your New Programs
     621      + How to Apply These Terms to Your New Programs
639  622

640           -  __If you develop a new program, and you want it to be of the greatest
     623      + If you develop a new program, and you want it to be of the greatest
641  624        possible use to the public, the best way to achieve this is to make it
642  625        free software which everyone can redistribute and change under these terms.
643  626

644           -  __To do so, attach the following notices to the program.  It is safest
     627      + To do so, attach the following notices to the program.  It is safest
645  628        to attach them to the start of each source file to most effectively
646  629        state the exclusion of warranty; and each file should have at least
647  630        the "copyright" line and a pointer to where the full notice is found.
648  631

649           -  ____<one line to give the program's name and a brief idea of what it does.>
650           -  ____Copyright (C) <year>  <name of author>
     632      + <one line to give the program's name and a brief idea of what it does.>
     633      + Copyright (C) <year>  <name of author>
651  634

652           -  ____This program is free software: you can redistribute it and/or modify
653           -  ____it under the terms of the GNU Affero General Public License as
654           -  __published by the Free Software Foundation, either version 3 of the
655           -  __License, or (at your option) any later version.
     635      + This program is free software: you can redistribute it and/or modify
     636      + it under the terms of the GNU Affero General Public License as published by
     637      + the Free Software Foundation, either version 3 of the License, or
     638      + (at your option) any later version.
656  639

657           -  ____This program is distributed in the hope that it will be useful,
658           -  ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659           -  ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660           -  ____GNU Affero General Public License for more details.
     640      + This program is distributed in the hope that it will be useful,
     641      + but WITHOUT ANY WARRANTY; without even the implied warranty of
```

N4J_019308



```
642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
643   + GNU Affero General Public License for more details.

661   644
662         -     You should have received a copy of the GNU Affero General Public License
663         -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648     Also add information on how to contact you by electronic and paper mail.
666   649
667         -   If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651     network, you should also make sure that it provides a way for users to
669   652     get its source.  For example, if your program is a web application, its
670   653     interface could display a "Source" link that leads users to an archive
671   654     of the code.  There are many ways you could offer source, and different
672   655     solutions will be better for different programs; see section 13 for the
673   656     specific requirements.
674   657
675         -   You should also get your employer (if you work as a programmer) or school,
      658   + You should also get your employer (if you work as a programmer) or school,
676   659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677   660     For more information on this, and how to apply and follow the GNU AGPL, see
678         - <http://www.gnu.org/licenses/>.
679         -
680         -
681         - "Commons Clause" License Condition
682         -
683         - The Software is provided to you by the Licensor under the License, as
684         - defined below, subject to the following condition. Without limiting
685         - other conditions in the License, the grant of rights under the License
686         - will not include, and the License does not grant to you, the right to
687         - Sell the Software.  For purposes of the foregoing, "Sell" means
688         - practicing any or all of the rights granted to you under the License
689         - to provide to third parties, for a fee or other consideration,
690         - a product or service that consists, entirely or substantially,
691         - of the Software or the functionality of the Software. Any license
692         - notice or attribution required by the License must also include
693         - this Commons Cause License Condition notice.
      661   + <https://www.gnu.org/licenses/>.
```

```
486  ▮▮▮▮  enterprise/procedure-compiler-enterprise-tests/LICENSE.txt

...   ...      @@ -1,51 +1,35 @@
1          - NOTICE
2          - This package contains software licensed under different
3          - licenses, please refer to the NOTICE.txt file for further
4          - information and LICENSES.txt for full license texts.
      1    + GNU AFFERO GENERAL PUBLIC LICENSE
      2    +   Version 3, 19 November 2007
5     3
6          - Neo4j Enterprise object code can be licensed independently from
7          - the source under separate commercial terms. Email inquiries can be
8          - directed to: licensing@neo4j.com. More information is also
9          - available at:https://neo4j.com/licensing/
      4    + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5    + Everyone is permitted to copy and distribute verbatim copies
      6    + of this license document, but changing it is not allowed.
10    7
11         - The software ("Software") is developed and owned by Neo4j Sweden AB
12         - (referred to in this notice as "Neo4j") and is subject to the terms
13         - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8    + Preamble
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019309

```
14   9
15      -
16      -
17      -            GNU AFFERO GENERAL PUBLIC LICENSE
18      -                 Version 3, 19 November 2007
19      -
20      -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21      -  Everyone is permitted to copy and distribute verbatim copies
22      -  of this license document, but changing it is not allowed.
23      -
24      -                      Preamble
25      -
26      -   The GNU Affero General Public License is a free, copyleft license
27      - for software and other kinds of works, specifically designed to ensure
    10  + The GNU Affero General Public License is a free, copyleft license for
    11  + software and other kinds of works, specifically designed to ensure
28   12   cooperation with the community in the case of network server software.
29   13
30      -   The licenses for most software and other practical works are
31      - designed to take away your freedom to share and change the works.  By
32      - contrast, our General Public Licenses are intended to guarantee your
33      - freedom to share and change all versions of a program--to make sure it
34      - remains free software for all its users.
    14  + The licenses for most software and other practical works are designed
    15  + to take away your freedom to share and change the works.  By contrast,
    16  + our General Public Licenses are intended to guarantee your freedom to
    17  + share and change all versions of a program--to make sure it remains free
    18  + software for all its users.
35   19
36      -   When we speak of free software, we are referring to freedom, not
    20  + When we speak of free software, we are referring to freedom, not
37   21   price.  Our General Public Licenses are designed to make sure that you
38   22   have the freedom to distribute copies of free software (and charge for
39   23   them if you wish), that you receive source code or can get it if you
40   24   want it, that you can change the software or use pieces of it in new
41   25   free programs, and that you know you can do these things.
42   26
43      -   Developers that use our General Public Licenses protect your rights
    27  + Developers that use our General Public Licenses protect your rights
44   28   with two steps: (1) assert copyright on the software, and (2) offer
45   29   you this License which gives you legal permission to copy, distribute
46   30   and/or modify the software.
47   31
48      -   A secondary benefit of defending all users' freedom is that
    32  + A secondary benefit of defending all users' freedom is that
49   33   improvements made in alternate versions of the program, if they
50   34   receive widespread use, become available for other developers to
51   35   incorporate.  Many developers of free software are heartened and
55   39   letting the public access it on a server without ever releasing its
56   40   source code to the public.
57   41
58      -   The GNU Affero General Public License is designed specifically to
    42  + The GNU Affero General Public License is designed specifically to
59   43   ensure that, in such cases, the modified source code becomes available
60   44   to the community.  It requires the operator of a network server to
61   45   provide the source code of the modified version running there to the
62   46   users of that server.  Therefore, public use of a modified version, on
63   47   a publicly accessible server, gives the public access to the source
64   48   code of the modified version.
65   49
66      -   An older license, called the Affero General Public License and
    50  + An older license, called the Affero General Public License and
67   51   published by Affero, was designed to accomplish similar goals.  This is
```

N4J_019310

```
68   52       a different license, not a version of the Affero GPL, but Affero has
69   53       released a new version of the Affero GPL which permits relicensing under
70   54       this license.
71   55

72        -   __The precise terms and conditions for copying, distribution and
     56   +   The precise terms and conditions for copying, distribution and
73   57       modification follow.
74   58

75        -                     TERMS AND CONDITIONS
     59   +   TERMS AND CONDITIONS
     60   +
     61   +   0. Definitions.

76   62

77        -   __0. Definitions.
     63   +   "This License" refers to version 3 of the GNU Affero General Public License.

78   64

79        -   __"This License" refers to version 3 of the GNU Affero General Public
80        -   License.
     65   +   "Copyright" also means copyright-like laws that apply to other kinds of
     66   +   works, such as semiconductor masks.

81   67

82        -   "Copyright" also means copyright-like laws that apply to other kinds
83        -   of works, such as semiconductor masks.
84        -
85        -   "The Program" refers to any copyrightable work licensed under this
     68   +   "The Program" refers to any copyrightable work licensed under this
86   69       License.  Each licensee is addressed as "you".  "Licensees" and
87   70       "recipients" may be individuals or organizations.
88   71

89        -   __To "modify" a work means to copy from or adapt all or part of the work
     72   +   To "modify" a work means to copy from or adapt all or part of the work
90   73       in a fashion requiring copyright permission, other than the making of an
91   74       exact copy.  The resulting work is called a "modified version" of the
92   75       earlier work or a work "based on" the earlier work.
93   76

94        -   __A "covered work" means either the unmodified Program or a work based
     77   +   A "covered work" means either the unmodified Program or a work based
95   78       on the Program.
96   79

97        -   __To "propagate" a work means to do anything with it that, without
     80   +   To "propagate" a work means to do anything with it that, without
98   81       permission, would make you directly or secondarily liable for
99   82       infringement under applicable copyright law, except executing it on a
100  83       computer or modifying a private copy.  Propagation includes copying,
101  84       distribution (with or without modification), making available to the
102  85       public, and in some countries other activities as well.
103  86

104       -   __To "convey" a work means any kind of propagation that enables other
     87   +   To "convey" a work means any kind of propagation that enables other
105  88       parties to make or receive copies.  Mere interaction with a user through
106  89       a computer network, with no transfer of a copy, is not conveying.
107  90

108       -   __An interactive user interface displays "Appropriate Legal Notices"
     91   +   An interactive user interface displays "Appropriate Legal Notices"
109  92       to the extent that it includes a convenient and prominently visible
110  93       feature that (1) displays an appropriate copyright notice, and (2)
111  94       tells the user that there is no warranty for the work (except to the
114  97       the interface presents a list of user commands or options, such as a
115  98       menu, a prominent item in the list meets this criterion.
116  99

117       -   __1. Source Code.
     100  +   1. Source Code.
118  101
```

| | | |
|---|---|---|
| 119 | | - __The "source code" for a work means the preferred form of the work |
| | 102 | + The "source code" for a work means the preferred form of the work |
| 120 | 103 | for making modifications to it.  "Object code" means any non-source |
| 121 | 104 | form of a work. |
| 122 | 105 | |
| 123 | | - __A "Standard Interface" means an interface that either is an official |
| | 106 | + A "Standard Interface" means an interface that either is an official |
| 124 | 107 | standard defined by a recognized standards body, or, in the case of |
| 125 | 108 | interfaces specified for a particular programming language, one that |
| 126 | 109 | is widely used among developers working in that language. |
| 127 | 110 | |
| 128 | | - __The "System Libraries" of an executable work include anything, other |
| | 111 | + The "System Libraries" of an executable work include anything, other |
| 129 | 112 | than the work as a whole, that (a) is included in the normal form of |
| 130 | 113 | packaging a Major Component, but which is not part of that Major |
| 131 | 114 | Component, and (b) serves only to enable use of the work with that |
| 136 | 119 | (if any) on which the executable work runs, or a compiler used to |
| 137 | 120 | produce the work, or an object code interpreter used to run it. |
| 138 | 121 | |
| 139 | | - __The "Corresponding Source" for a work in object code form means all |
| | 122 | + The "Corresponding Source" for a work in object code form means all |
| 140 | 123 | the source code needed to generate, install, and (for an executable |
| 141 | 124 | work) run the object code and to modify the work, including scripts to |
| 142 | 125 | control those activities.  However, it does not include the work's |
| 149 | 132 | such as by intimate data communication or control flow between those |
| 150 | 133 | subprograms and other parts of the work. |
| 151 | 134 | |
| 152 | | - __The Corresponding Source need not include anything that users |
| | 135 | + The Corresponding Source need not include anything that users |
| 153 | 136 | can regenerate automatically from other parts of the Corresponding |
| 154 | 137 | Source. |
| 155 | 138 | |
| 156 | | - __The Corresponding Source for a work in source code form is that |
| | 139 | + The Corresponding Source for a work in source code form is that |
| 157 | 140 | same work. |
| 158 | 141 | |
| 159 | | - __2. Basic Permissions. |
| | 142 | + 2. Basic Permissions. |
| 160 | 143 | |
| 161 | | - __All rights granted under this License are granted for the term of |
| | 144 | + All rights granted under this License are granted for the term of |
| 162 | 145 | copyright on the Program, and are irrevocable provided the stated |
| 163 | 146 | conditions are met.  This License explicitly affirms your unlimited |
| 164 | 147 | permission to run the unmodified Program.  The output from running a |
| 165 | 148 | covered work is covered by this License only if the output, given its |
| 166 | 149 | content, constitutes a covered work.  This License acknowledges your |
| 167 | 150 | rights of fair use or other equivalent, as provided by copyright law. |
| 168 | 151 | |
| 169 | | - __You may make, run and propagate covered works that you do not |
| | 152 | + You may make, run and propagate covered works that you do not |
| 170 | 153 | convey, without conditions so long as your license otherwise remains |
| 171 | 154 | in force.  You may convey covered works to others for the sole purpose |
| 172 | 155 | of having them make modifications exclusively for you, or provide you |
| 177 | 160 | and control, on terms that prohibit them from making any copies of |
| 178 | 161 | your copyrighted material outside their relationship with you. |
| 179 | 162 | |
| 180 | | - __Conveying under any other circumstances is permitted solely under |
| | 163 | + Conveying under any other circumstances is permitted solely under |
| 181 | 164 | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 182 | 165 | makes it unnecessary. |
| 183 | 166 | |
| 184 | | - __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| | 167 | + 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |

N4J_019312

```
185  168
186      -   No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174
192      -   When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182
200      -   4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184
202      -   You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192
210      -   You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195
213      -   5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215      -   You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201
219      -     a) The work must carry prominent notices stating that you modified
220      -     it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204
222      -     b) The work must carry prominent notices stating that it is
223      -     released under this License and any conditions added under section
224      -     7.  This requirement modifies the requirement in section 4 to
225      -     "keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227      -     c) You must license the entire work, as a whole, under this
228      -     License to anyone who comes into possession of a copy.  This
229      -     License will therefore apply, along with any applicable section 7
230      -     additional terms, to the whole of the work, and all its parts,
231      -     regardless of how they are packaged.  This License gives no
232      -     permission to license the work in any other way, but it does not
233      -     invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
```

N4J_019313

```
211  + License to anyone who comes into possession of a copy.  This
212  + License will therefore apply, along with any applicable section 7
213  + additional terms, to the whole of the work, and all its parts,
214  + regardless of how they are packaged.  This License gives no
215  + permission to license the work in any other way, but it does not
216  + invalidate such permission if you have separately received it.
234  217
235       -    d) If the work has interactive user interfaces, each must display
236       -    Appropriate Legal Notices; however, if the Program has interactive
237       -    interfaces that do not display Appropriate Legal Notices, your
238       -    work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240       -    A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224     works, which are not by their nature extensions of the covered work,
242  225     and which are not combined with it such as to form a larger program,
243  226     in or on a volume of a storage or distribution medium, is called an
247  230     in an aggregate does not cause this License to apply to the other
248  231     parts of the aggregate.
249  232
250       -    6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -    You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236     of sections 4 and 5, provided that you also convey the
254  237     machine-readable Corresponding Source under the terms of this License,
255  238     in one of these ways:
256  239
257       -    a) Convey the object code in, or embodied in, a physical product
258       -    (including a physical distribution medium), accompanied by the
259       -    Corresponding Source fixed on a durable physical medium
260       -    customarily used for software interchange.
261       -
262       -    b) Convey the object code in, or embodied in, a physical product
263       -    (including a physical distribution medium), accompanied by a
264       -    written offer, valid for at least three years and valid for as
265       -    long as you offer spare parts or customer support for that product
266       -    model, to give anyone who possesses the object code either (1) a
267       -    copy of the Corresponding Source for all the software in the
268       -    product that is covered by this License, on a durable physical
269       -    medium customarily used for software interchange, for a price no
270       -    more than your reasonable cost of physically performing this
271       -    conveying of source, or (2) access to copy the
272       -    Corresponding Source from a network server at no charge.
273       -
274       -    c) Convey individual copies of the object code with a copy of the
275       -    written offer to provide the Corresponding Source.  This
276       -    alternative is allowed only occasionally and noncommercially, and
277       -    only if you received the object code with such an offer, in accord
278       -    with subsection 6b.
279       -
280       -    d) Convey the object code by offering access from a designated
281       -    place (gratis or for a charge), and offer equivalent access to the
282       -    Corresponding Source in the same way through the same place at no
283       -    further charge.  You need not require recipients to copy the
284       -    Corresponding Source along with the object code.  If the place to
285       -    copy the object code is a network server, the Corresponding Source
286       -    may be on a different server (operated by you or a third party)
```

N4J_019314

```
287   -    ___that supports equivalent copying facilities, provided you maintain
288   -    ___clear directions next to the object code saying where to find the
289   -    ___Corresponding Source.  Regardless of what server hosts the
290   -    ___Corresponding Source, you remain obligated to ensure that it is
291   -    ___available for as long as needed to satisfy these requirements.
292   -
293   -    ___e) Convey the object code using peer-to-peer transmission, provided
294   -    ___you inform other peers where the object code and Corresponding
295   -    ___Source of the work are being offered to the general public at no
296   -    ___charge under subsection 6d.
297   -
298   -    _A separable portion of the object code, whose source code is excluded
      240 + a) Convey the object code in, or embodied in, a physical product
      241 + (including a physical distribution medium), accompanied by the
      242 + Corresponding Source fixed on a durable physical medium
      243 + customarily used for software interchange.
      244 +
      245 + b) Convey the object code in, or embodied in, a physical product
      246 + (including a physical distribution medium), accompanied by a
      247 + written offer, valid for at least three years and valid for as
      248 + long as you offer spare parts or customer support for that product
      249 + model, to give anyone who possesses the object code either (1) a
      250 + copy of the Corresponding Source for all the software in the
      251 + product that is covered by this License, on a durable physical
      252 + medium customarily used for software interchange, for a price no
      253 + more than your reasonable cost of physically performing this
      254 + conveying of source, or (2) access to copy the
      255 + Corresponding Source from a network server at no charge.
      256 +
      257 + c) Convey individual copies of the object code with a copy of the
      258 + written offer to provide the Corresponding Source.  This
      259 + alternative is allowed only occasionally and noncommercially, and
      260 + only if you received the object code with such an offer, in accord
      261 + with subsection 6b.
      262 +
      263 + d) Convey the object code by offering access from a designated
      264 + place (gratis or for a charge), and offer equivalent access to the
      265 + Corresponding Source in the same way through the same place at no
      266 + further charge.  You need not require recipients to copy the
      267 + Corresponding Source along with the object code.  If the place to
      268 + copy the object code is a network server, the Corresponding Source
      269 + may be on a different server (operated by you or a third party)
      270 + that supports equivalent copying facilities, provided you maintain
      271 + clear directions next to the object code saying where to find the
      272 + Corresponding Source.  Regardless of what server hosts the
      273 + Corresponding Source, you remain obligated to ensure that it is
      274 + available for as long as needed to satisfy these requirements.
      275 +
      276 + e) Convey the object code using peer-to-peer transmission, provided
      277 + you inform other peers where the object code and Corresponding
      278 + Source of the work are being offered to the general public at no
      279 + charge under subsection 6d.
      280 +
      281 + A separable portion of the object code, whose source code is excluded
299   282   from the Corresponding Source as a System Library, need not be
300   283   included in conveying the object code work.
301   284
302   -    _A "User Product" is either (1) a "consumer product", which means any
      285 + A "User Product" is either (1) a "consumer product", which means any
303   286   tangible personal property which is normally used for personal, family,
304   287   or household purposes, or (2) anything designed or sold for incorporation
305   288   into a dwelling.  In determining whether a product is a consumer product,
312   295   commercial, industrial or non-consumer uses, unless such uses represent
```

N4J_019315

```
313  296       the only significant mode of use of the product.
314  297
315       -     "Installation Information" for a User Product means any methods,
     298  +  "Installation Information" for a User Product means any methods,
316  299       procedures, authorization keys, or other information required to install
317  300       and execute modified versions of a covered work in that User Product from
318  301       a modified version of its Corresponding Source.  The information must
319  302       suffice to ensure that the continued functioning of the modified object
320  303       code is in no case prevented or interfered with solely because
321  304       modification has been made.
322  305
323       -     If you convey an object code work under this section in, or with, or
     306  +  If you convey an object code work under this section in, or with, or
324  307       specifically for use in, a User Product, and the conveying occurs as
325  308       part of a transaction in which the right of possession and use of the
326  309       User Product is transferred to the recipient in perpetuity or for a
331  314       modified object code on the User Product (for example, the work has
332  315       been installed in ROM).
333  316
334       -     The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318       requirement to continue to provide support service, warranty, or updates
336  319       for a work that has been modified or installed by the recipient, or for
337  320       the User Product in which it has been modified or installed.  Access to a
338  321       network may be denied when the modification itself materially and
339  322       adversely affects the operation of the network or violates the rules and
340  323       protocols for communication across the network.
341  324
342       -     Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326       in accord with this section must be in a format that is publicly
344  327       documented (and with an implementation available to the public in
345  328       source code form), and must require no special password or key for
346  329       unpacking, reading or copying.
347  330
348       -     7. Additional Terms.
     331  +  7. Additional Terms.
349  332
350       -     "Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334       License by making exceptions from one or more of its conditions.
352  335       Additional permissions that are applicable to the entire Program shall
353  336       be treated as though they were included in this License, to the extent
356  339       under those permissions, but the entire Program remains governed by
357  340       this License without regard to the additional permissions.
358  341
359       -     When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343       remove any additional permissions from that copy, or from any part of
361  344       it.  (Additional permissions may be written to require their own
362  345       removal in certain cases when you modify the work.)  You may place
363  346       additional permissions on material, added by you to a covered work,
364  347       for which you have or can give appropriate copyright permission.
365  348
366       -     Notwithstanding any other provision of this License, for material you
     349  +  Notwithstanding any other provision of this License, for material you
367  350       add to a covered work, you may (if authorized by the copyright holders of
368  351       that material) supplement the terms of this License with terms:
369  352
370       -       a) Disclaiming warranty or limiting liability differently from the
371       -       terms of sections 15 and 16 of this License; or
     353  +    a) Disclaiming warranty or limiting liability differently from the
     354  +    terms of sections 15 and 16 of this License; or
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

update-ongdb/LICENSE.txt to reference agplv3 not hidden in a gitignore-from ongdb/ongdb · GitHub

| 372 | 355 | |
|---|---|---|
| 373 | | - ____b) Requiring preservation of specified reasonable legal notices or |
| 374 | | - ____author attributions in that material or in the Appropriate Legal |
| 375 | | - ____Notices displayed by works containing it; or |
| | 356 | + b) Requiring preservation of specified reasonable legal notices or |
| | 357 | + author attributions in that material or in the Appropriate Legal |
| | 358 | + Notices displayed by works containing it; or |
| 376 | 359 | |
| 377 | | - ____c) Prohibiting misrepresentation of the origin of that material, or |
| 378 | | - ____requiring that modified versions of such material be marked in |
| 379 | | - ____reasonable ways as different from the original version; or |
| | 360 | + c) Prohibiting misrepresentation of the origin of that material, or |
| | 361 | + requiring that modified versions of such material be marked in |
| | 362 | + reasonable ways as different from the original version; or |
| 380 | 363 | |
| 381 | | - ____d) Limiting the use for publicity purposes of names of licensors or |
| 382 | | - ____authors of the material; or |
| | 364 | + d) Limiting the use for publicity purposes of names of licensors or |
| | 365 | + authors of the material; or |
| 383 | 366 | |
| 384 | | - ____e) Declining to grant rights under trademark law for use of some |
| 385 | | - ____trade names, trademarks, or service marks; or |
| | 367 | + e) Declining to grant rights under trademark law for use of some |
| | 368 | + trade names, trademarks, or service marks; or |
| 386 | 369 | |
| 387 | | - ____f) Requiring indemnification of licensors and authors of that |
| 388 | | - ____material by anyone who conveys the material (or modified versions of |
| 389 | | - ____it) with contractual assumptions of liability to the recipient, for |
| 390 | | - ____any liability that these contractual assumptions directly impose on |
| 391 | | - ____those licensors and authors. |
| | 370 | + f) Requiring indemnification of licensors and authors of that |
| | 371 | + material by anyone who conveys the material (or modified versions of |
| | 372 | + it) with contractual assumptions of liability to the recipient, for |
| | 373 | + any liability that these contractual assumptions directly impose on |
| | 374 | + those licensors and authors. |
| 392 | 375 | |
| 393 | | - __All other non-permissive additional terms are considered "further |
| | 376 | + All other non-permissive additional terms are considered "further |
| 394 | 377 | restrictions" within the meaning of section 10.  If the Program as you |
| 395 | 378 | received it, or any part of it, contains a notice stating that it is |
| 396 | | - governed by this License along with a term that is a further restriction, |
| 397 | | - you may remove that term.  If a license document contains a further |
| 398 | | - restriction but permits relicensing or conveying under this License, you |
| 399 | | - may add to a covered work material governed by the terms of that license |
| 400 | | - document, provided that the further restriction does not survive such |
| 401 | | - relicensing or conveying. |
| 402 | | - |
| 403 | | - __If you add terms to a covered work in accord with this section, you |
| | 379 | + governed by this License along with a term that is a further |
| | 380 | + restriction, you may remove that term.  If a license document contains |
| | 381 | + a further restriction but permits relicensing or conveying under this |
| | 382 | + License, you may add to a covered work material governed by the terms |
| | 383 | + of that license document, provided that the further restriction does |
| | 384 | + not survive such relicensing or conveying. |
| | 385 | + |
| | 386 | + If you add terms to a covered work in accord with this section, you |
| 404 | 387 | must place, in the relevant source files, a statement of the |
| 405 | 388 | additional terms that apply to those files, or a notice indicating |
| 406 | 389 | where to find the applicable terms. |
| 407 | 390 | |
| 408 | | - __Additional terms, permissive or non-permissive, may be stated in the |
| | 391 | + Additional terms, permissive or non-permissive, may be stated in the |
| 409 | 392 | form of a separately written license, or stated as exceptions; |

N4J_019317

```
410  393        the above requirements apply either way.
411  394
412       -  __8. Termination.
     395  +  8. Termination.
413  396
414       -  __You may not propagate or modify a covered work except as expressly
     397  +  You may not propagate or modify a covered work except as expressly
415  398     provided under this License.  Any attempt otherwise to propagate or
416  399     modify it is void, and will automatically terminate your rights under
417  400     this License (including any patent licenses granted under the third
418  401     paragraph of section 11).
419  402
420       -  __However, if you cease all violation of this License, then your
     403  +  However, if you cease all violation of this License, then your
421  404     license from a particular copyright holder is reinstated (a)
422  405     provisionally, unless and until the copyright holder explicitly and
423  406     finally terminates your license, and (b) permanently, if the copyright
424  407     holder fails to notify you of the violation by some reasonable means
425  408     prior to 60 days after the cessation.
426  409
427       -  __Moreover, your license from a particular copyright holder is
     410  +  Moreover, your license from a particular copyright holder is
428  411     reinstated permanently if the copyright holder notifies you of the
429  412     violation by some reasonable means, this is the first time you have
430  413     received notice of violation of this License (for any work) from that
431  414     copyright holder, and you cure the violation prior to 30 days after
432  415     your receipt of the notice.
433  416
434       -  __Termination of your rights under this section does not terminate the
     417  +  Termination of your rights under this section does not terminate the
435  418     licenses of parties who have received copies or rights from you under
436  419     this License.  If your rights have been terminated and not permanently
437  420     reinstated, you do not qualify to receive new licenses for the same
438  421     material under section 10.
439  422
440       -  __9. Acceptance Not Required for Having Copies.
     423  +  9. Acceptance Not Required for Having Copies.
441  424
442       -  __You are not required to accept this License in order to receive or
     425  +  You are not required to accept this License in order to receive or
443  426     run a copy of the Program.  Ancillary propagation of a covered work
444  427     occurring solely as a consequence of using peer-to-peer transmission
445  428     to receive a copy likewise does not require acceptance.  However,
448  431     not accept this License.  Therefore, by modifying or propagating a
449  432     covered work, you indicate your acceptance of this License to do so.
450  433
451       -  __10. Automatic Licensing of Downstream Recipients.
     434  +  10. Automatic Licensing of Downstream Recipients.
452  435
453       -  __Each time you convey a covered work, the recipient automatically
     436  +  Each time you convey a covered work, the recipient automatically
454  437     receives a license from the original licensors, to run, modify and
455  438     propagate that work, subject to this License.  You are not responsible
456  439     for enforcing compliance by third parties with this License.
457  440
458       -  __An "entity transaction" is a transaction transferring control of an
     441  +  An "entity transaction" is a transaction transferring control of an
459  442     organization, or substantially all assets of one, or subdividing an
460  443     organization, or merging organizations.  If propagation of a covered
461  444     work results from an entity transaction, each party to that
465  448     Corresponding Source of the work from the predecessor in interest, if
466  449     the predecessor has it or can get it with reasonable efforts.
467  450
```

N4J_019318

```
468          -   __You may not impose any further restrictions on the exercise of the
     451     +   You may not impose any further restrictions on the exercise of the
469  452         rights granted or affirmed under this License.  For example, you may
470  453         not impose a license fee, royalty, or other charge for exercise of
471  454         rights granted under this License, and you may not initiate litigation
472  455         (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456         any patent claim is infringed by making, using, selling, offering for
474  457         sale, or importing the Program or any portion of it.
475  458

476          -   __11. Patents.
     459     +   11. Patents.

477  460

478          -   __A "contributor" is a copyright holder who authorizes use under this
     461     +   A "contributor" is a copyright holder who authorizes use under this
479  462         License of the Program or a work on which the Program is based.  The
480  463         work thus licensed is called the contributor's "contributor version".
481  464

482          -   __A contributor's "essential patent claims" are all patent claims
     465     +   A contributor's "essential patent claims" are all patent claims
483  466         owned or controlled by the contributor, whether already acquired or
484  467         hereafter acquired, that would be infringed by some manner, permitted
485  468         by this License, of making, using, or selling its contributor version,
489  472         patent sublicenses in a manner consistent with the requirements of
490  473         this License.
491  474

492          -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475     +   Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476         patent license under the contributor's essential patent claims, to
494  477         make, use, sell, offer for sale, import and otherwise run, modify and
495  478         propagate the contents of its contributor version.
496  479

497          -   __In the following three paragraphs, a "patent license" is any express
     480     +   In the following three paragraphs, a "patent license" is any express
498  481         agreement or commitment, however denominated, not to enforce a patent
499  482         (such as an express permission to practice a patent or covenant not to
500  483         sue for patent infringement).  To "grant" such a patent license to a
501  484         party means to make such an agreement or commitment not to enforce a
502  485         patent against the party.
503  486

504          -   __If you convey a covered work, knowingly relying on a patent license,
     487     +   If you convey a covered work, knowingly relying on a patent license,
505  488         and the Corresponding Source of the work is not available for anyone
506  489         to copy, free of charge and under the terms of this License, through a
507  490         publicly available network server or other readily accessible means,
515  498         in a country, would infringe one or more identifiable patents in that
516  499         country that you have reason to believe are valid.
517  500

518          -   __If, pursuant to or in connection with a single transaction or
     501     +   If, pursuant to or in connection with a single transaction or
519  502         arrangement, you convey, or propagate by procuring conveyance of, a
520  503         covered work, and grant a patent license to some of the parties
521  504         receiving the covered work authorizing them to use, propagate, modify
522  505         or convey a specific copy of the covered work, then the patent license
523  506         you grant is automatically extended to all recipients of the covered
524  507         work and works based on it.
525  508

526          -   __A patent license is "discriminatory" if it does not include within
     509     +   A patent license is "discriminatory" if it does not include within
527  510         the scope of its coverage, prohibits the exercise of, or is
528  511         conditioned on the non-exercise of one or more of the rights that are
529  512         specifically granted under this License.  You may not convey a covered
538  521         contain the covered work, unless you entered into that arrangement,
539  522         or that patent license was granted, prior to 28 March 2007.
```

N4J_019319

| 540 | 523 | | |
|---|---|---|---|
| 541 | | - | __Nothing in this License shall be construed as excluding or limiting |
| | 524 | + | Nothing in this License shall be construed as excluding or limiting |
| 542 | 525 | | any implied license or other defenses to infringement that may |
| 543 | 526 | | otherwise be available to you under applicable patent law. |
| 544 | 527 | | |
| 545 | | - | __12. No Surrender of Others' Freedom. |
| | 528 | + | 12. No Surrender of Others' Freedom. |
| 546 | 529 | | |
| 547 | | - | __If conditions are imposed on you (whether by court order, agreement or |
| | 530 | + | If conditions are imposed on you (whether by court order, agreement or |
| 548 | 531 | | otherwise) that contradict the conditions of this License, they do not |
| 549 | 532 | | excuse you from the conditions of this License. If you cannot convey a |
| 550 | 533 | | covered work so as to satisfy simultaneously your obligations under this |
| 554 | 537 | | the Program, the only way you could satisfy both those terms and this |
| 555 | 538 | | License would be to refrain entirely from conveying the Program. |
| 556 | 539 | | |
| 557 | | - | __13. Remote Network Interaction; Use with the GNU General Public License. |
| | 540 | + | 13. Remote Network Interaction; Use with the GNU General Public License. |
| 558 | 541 | | |
| 559 | | - | __Notwithstanding any other provision of this License, if you modify the |
| | 542 | + | Notwithstanding any other provision of this License, if you modify the |
| 560 | 543 | | Program, your modified version must prominently offer all users |
| 561 | 544 | | interacting with it remotely through a computer network (if your version |
| 562 | 545 | | supports such interaction) an opportunity to receive the Corresponding |
| 567 | 550 | | of the GNU General Public License that is incorporated pursuant to the |
| 568 | 551 | | following paragraph. |
| 569 | 552 | | |
| 570 | | - | __Notwithstanding any other provision of this License, you have permission |
| 571 | | - | to link or combine any covered work with a work licensed under version 3 |
| 572 | | - | of the GNU General Public License into a single combined work, and to |
| 573 | | - | convey the resulting work. The terms of this license will continue to |
| 574 | | - | apply to the part which is the covered work, but the work with which it is |
| 575 | | - | combined will remain governed by version 3 of the GNU General Public |
| 576 | | - | License. |
| 577 | | - | |
| 578 | | - | __14. Revised Versions of this License. |
| 579 | | - | |
| 580 | | - | __The Free Software Foundation may publish revised and/or new versions of |
| 581 | | - | the GNU Affero General Public License from time to time. Such new |
| 582 | | - | versions will be similar in spirit to the present version, but may differ |
| 583 | | - | in detail to address new problems or concerns. |
| 584 | | - | |
| 585 | | - | __Each version is given a distinguishing version number. If the |
| 586 | | - | Program specifies that a certain numbered version of the GNU Affero |
| 587 | | - | General Public License "or any later version" applies to it, you have |
| 588 | | - | the option of following the terms and conditions either of that |
| 589 | | - | numbered version or of any later version published by the Free |
| 590 | | - | Software Foundation. If the Program does not specify a version number |
| 591 | | - | of the GNU Affero General Public License, you may choose any version |
| 592 | | - | ever published by the Free Software Foundation. |
| 593 | | - | |
| 594 | | - | __If the Program specifies that a proxy can decide which future |
| 595 | | - | versions of the GNU Affero General Public License can be used, that |
| 596 | | - | proxy's public statement of acceptance of a version permanently |
| 597 | | - | authorizes you to choose that version for the Program. |
| 598 | | - | |
| 599 | | - | __Later license versions may give you additional or different |
| | 553 | + | Notwithstanding any other provision of this License, you have |
| | 554 | + | permission to link or combine any covered work with a work licensed |
| | 555 | + | under version 3 of the GNU General Public License into a single |
| | 556 | + | combined work, and to convey the resulting work. The terms of this |
| | 557 | + | License will continue to apply to the part which is the covered work, |

N4J_019320

```
558  +  but the work with which it is combined will remain governed by version
559  +  3 of the GNU General Public License.
560  +
561  +  14. Revised Versions of this License.
562  +
563  +  The Free Software Foundation may publish revised and/or new versions of
564  +  the GNU Affero General Public License from time to time.  Such new versions
565  +  will be similar in spirit to the present version, but may differ in detail to
566  +  address new problems or concerns.
567  +
568  +  Each version is given a distinguishing version number.  If the
569  +  Program specifies that a certain numbered version of the GNU Affero General
570  +  Public License "or any later version" applies to it, you have the
571  +  option of following the terms and conditions either of that numbered
572  +  version or of any later version published by the Free Software
573  +  Foundation.  If the Program does not specify a version number of the
574  +  GNU Affero General Public License, you may choose any version ever published
575  +  by the Free Software Foundation.
576  +
577  +  If the Program specifies that a proxy can decide which future
578  +  versions of the GNU Affero General Public License can be used, that proxy's
579  +  public statement of acceptance of a version permanently authorizes you
580  +  to choose that version for the Program.
581  +
582  +  Later license versions may give you additional or different
600  583     permissions.  However, no additional obligations are imposed on any
601  584     author or copyright holder as a result of your choosing to follow a
602  585     later version.
603  586
604  -    __15. Disclaimer of Warranty.
     587  +  15. Disclaimer of Warranty.
605  588
606  -    __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  +  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615  -    __16. Limitation of Liability.
     598  +  16. Limitation of Liability.
616  599
617  -    __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608     SUCH DAMAGES.
626  609
627  -    __17. Interpretation of Sections 15 and 16.
     610  +  17. Interpretation of Sections 15 and 16.
628  611
629  -    __If the disclaimer of warranty and limitation of liability provided
     612  +  If the disclaimer of warranty and limitation of liability provided
630  613     above cannot be given local legal effect according to their terms,
631  614     reviewing courts shall apply local law that most closely approximates
632  615     an absolute waiver of all civil liability in connection with the
633  616     Program, unless a warranty or assumption of liability accompanies a
634  617     copy of the Program in return for a fee.
635  618
636  -    _____END OF TERMS AND CONDITIONS
```

N4J_019321

```
637   619   + END OF TERMS AND CONDITIONS
      620
638   -     _____How to Apply These Terms to Your New Programs
      621   + How to Apply These Terms to Your New Programs
639   622
640   -   __If you develop a new program, and you want it to be of the greatest
      623   + If you develop a new program, and you want it to be of the greatest
641   624   possible use to the public, the best way to achieve this is to make it
642   625   free software which everyone can redistribute and change under these terms.
643   626
644   -   __To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628   to attach them to the start of each source file to most effectively
646   629   state the exclusion of warranty; and each file should have at least
647   630   the "copyright" line and a pointer to where the full notice is found.
648   631
649   -   ____<one line to give the program's name and a brief idea of what it does.>
650   -   ____Copyright (C) <year>  <name of author>
      632   + <one line to give the program's name and a brief idea of what it does.>
      633   + Copyright (C) <year>  <name of author>
651   634
652   -   ____This program is free software: you can redistribute it and/or modify
653   -   ____it under the terms of the GNU Affero General Public License as
654   -   ____published by the Free Software Foundation, either version 3 of the
655   -   ____License, or (at your option) any later version.
      635   + This program is free software: you can redistribute it and/or modify
      636   + it under the terms of the GNU Affero General Public License as published by
      637   + the Free Software Foundation, either version 3 of the License, or
      638   + (at your option) any later version.
656   639
657   -   ____This program is distributed in the hope that it will be useful,
658   -   ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659   -   ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660   -   ____GNU Affero General Public License for more details.
      640   + This program is distributed in the hope that it will be useful,
      641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   + GNU Affero General Public License for more details.
661   644
662   -   ____You should have received a copy of the GNU Affero General Public License
663   -   ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648   Also add information on how to contact you by electronic and paper mail.
666   649
667   -   __If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651   network, you should also make sure that it provides a way for users to
669   652   get its source.  For example, if your program is a web application, its
670   653   interface could display a "Source" link that leads users to an archive
671   654   of the code.  There are many ways you could offer source, and different
672   655   solutions will be better for different programs; see section 13 for the
673   656   specific requirements.
674   657
675   -   You should also get your employer (if you work as a programmer) or school,
      658   + You should also get your employer (if you work as a programmer) or school,
676   659   if any, to sign a "copyright disclaimer" for the program, if necessary.
677   660   For more information on this, and how to apply and follow the GNU AGPL, see
678   - <http://www.gnu.org/licenses/>.
679   -
680   -
681   - "Commons Clause" License Condition
```

```
682     -
683     - The Software is provided to you by the Licensor under the License, as
684     - defined below, subject to the following condition. Without limiting
685     - other conditions in the License, the grant of rights under the License
686     - will not include, and the License does not grant to you, the right to
687     - Sell the Software.  For purposes of the foregoing, "Sell" means
688     - practicing any or all of the rights granted to you under the License
689     - to provide to third parties, for a fee or other consideration,
690     - a product or service that consists, entirely or substantially,
691     - of the Software or the functionality of the Software. Any license
692     - notice or attribution required by the License must also include
693     - this Commons Cause License Condition notice.
      661  + <https://www.gnu.org/licenses/>.
```

⌄  486 ■■■■□□ enterprise/query-logging/LICENSE.txt 📋

```
...   ...   @@ -1,51 +1,35 @@
1          - NOTICE
2          - This package contains software licensed under different
3          - licenses, please refer to the NOTICE.txt file for further
4          - information and LICENSES.txt for full license texts.
      1    + GNU AFFERO GENERAL PUBLIC LICENSE
      2    +   Version 3, 19 November 2007
5          -
      3    +
6          - Neo4j Enterprise object code can be licensed independently from
7          - the source under separate commercial terms. Email inquiries can be
8          - directed to: licensing@neo4j.com. More information is also
9          - available at:https://neo4j.com/licensing/
      4    + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5    + Everyone is permitted to copy and distribute verbatim copies
      6    + of this license document, but changing it is not allowed.
10         -
      7    +
11         - The software ("Software") is developed and owned by Neo4j Sweden AB
12         - (referred to in this notice as "Neo4j") and is subject to the terms
13         - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8    + Preamble
14         -
      9    +
15         -
16         -
17         -                    GNU AFFERO GENERAL PUBLIC LICENSE
18         -                     Version 3, 19 November 2007
19         -
20         - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21         - Everyone is permitted to copy and distribute verbatim copies
22         - of this license document, but changing it is not allowed.
23         -
24         -                           Preamble
25         -
26         -   The GNU Affero General Public License is a free, copyleft license
27         - for software and other kinds of works, specifically designed to ensure
      10   + The GNU Affero General Public License is a free, copyleft license for
      11   + software and other kinds of works, specifically designed to ensure
28         - cooperation with the community in the case of network server software.
      12   + cooperation with the community in the case of network server software.
29         -
      13   +
30         -   The licenses for most software and other practical works are
31         - designed to take away your freedom to share and change the works.  By
32         - contrast, our General Public Licenses are intended to guarantee your
33         - freedom to share and change all versions of a program--to make sure it
34         - remains free software for all its users.
      14   + The licenses for most software and other practical works are designed
      15   + to take away your freedom to share and change the works.  By contrast,
      16   + our General Public Licenses are intended to guarantee your freedom to
      17   + share and change all versions of a program--to make sure it remains free
```

N4J_019323

```
18   18   + software for all its users.
35   19
36        -   When we speak of free software, we are referring to freedom, not
     20   + When we speak of free software, we are referring to freedom, not
37   21     price.  Our General Public Licenses are designed to make sure that you
38   22     have the freedom to distribute copies of free software (and charge for
39   23     them if you wish), that you receive source code or can get it if you
40   24     want it, that you can change the software or use pieces of it in new
41   25     free programs, and that you know you can do these things.
42   26
43        -   Developers that use our General Public Licenses protect your rights
     27   + Developers that use our General Public Licenses protect your rights
44   28     with two steps: (1) assert copyright on the software, and (2) offer
45   29     you this License which gives you legal permission to copy, distribute
46   30     and/or modify the software.
47   31
48        -   A secondary benefit of defending all users' freedom is that
     32   + A secondary benefit of defending all users' freedom is that
49   33     improvements made in alternate versions of the program, if they
50   34     receive widespread use, become available for other developers to
51   35     incorporate.  Many developers of free software are heartened and
55   39     letting the public access it on a server without ever releasing its
56   40     source code to the public.
57   41
58        -   The GNU Affero General Public License is designed specifically to
     42   + The GNU Affero General Public License is designed specifically to
59   43     ensure that, in such cases, the modified source code becomes available
60   44     to the community.  It requires the operator of a network server to
61   45     provide the source code of the modified version running there to the
62   46     users of that server.  Therefore, public use of a modified version, on
63   47     a publicly accessible server, gives the public access to the source
64   48     code of the modified version.
65   49
66        -   An older license, called the Affero General Public License and
     50   + An older license, called the Affero General Public License and
67   51     published by Affero, was designed to accomplish similar goals.  This is
68   52     a different license, not a version of the Affero GPL, but Affero has
69   53     released a new version of the Affero GPL which permits relicensing under
70   54     this license.
71   55
72        -   The precise terms and conditions for copying, distribution and
     56   + The precise terms and conditions for copying, distribution and
73   57     modification follow.
74   58
75        -                    TERMS AND CONDITIONS
     59   + TERMS AND CONDITIONS
     60   +
     61   + 0. Definitions.
76   62
77        -   0. Definitions.
     63   + "This License" refers to version 3 of the GNU Affero General Public License.
78   64
79        -   "This License" refers to version 3 of the GNU Affero General Public
80        - License.
     65   + "Copyright" also means copyright-like laws that apply to other kinds of
     66   + works, such as semiconductor masks.
81   67
82        -   "Copyright" also means copyright-like laws that apply to other kinds
83        - of works, such as semiconductor masks.
84        -
85        -   "The Program" refers to any copyrightable work licensed under this
     68   + "The Program" refers to any copyrightable work licensed under this
86   69     License.  Each licensee is addressed as "you".  "Licensees" and
```

N4J_019324

```
87   70        "recipients" may be individuals or organizations.
88   71

89        -    __To "modify" a work means to copy from or adapt all or part of the work
     72   +    To "modify" a work means to copy from or adapt all or part of the work
90   73        in a fashion requiring copyright permission, other than the making of an
91   74        exact copy.  The resulting work is called a "modified version" of the
92   75        earlier work or a work "based on" the earlier work.
93   76

94        -    __A "covered work" means either the unmodified Program or a work based
     77   +    A "covered work" means either the unmodified Program or a work based
95   78        on the Program.
96   79

97        -    __To "propagate" a work means to do anything with it that, without
     80   +    To "propagate" a work means to do anything with it that, without
98   81        permission, would make you directly or secondarily liable for
99   82        infringement under applicable copyright law, except executing it on a
100  83        computer or modifying a private copy.  Propagation includes copying,
101  84        distribution (with or without modification), making available to the
102  85        public, and in some countries other activities as well.
103  86

104       -    __To "convey" a work means any kind of propagation that enables other
     87   +    To "convey" a work means any kind of propagation that enables other
105  88        parties to make or receive copies.  Mere interaction with a user through
106  89        a computer network, with no transfer of a copy, is not conveying.
107  90

108       -    __An interactive user interface displays "Appropriate Legal Notices"
     91   +    An interactive user interface displays "Appropriate Legal Notices"
109  92        to the extent that it includes a convenient and prominently visible
110  93        feature that (1) displays an appropriate copyright notice, and (2)
111  94        tells the user that there is no warranty for the work (except to the
114  97        the interface presents a list of user commands or options, such as a
115  98        menu, a prominent item in the list meets this criterion.
116  99

117       -    __1. Source Code.
     100  +    1. Source Code.
118  101

119       -    __The "source code" for a work means the preferred form of the work
     102  +    The "source code" for a work means the preferred form of the work
120  103        for making modifications to it.  "Object code" means any non-source
121  104        form of a work.
122  105

123       -    __A "Standard Interface" means an interface that either is an official
     106  +    A "Standard Interface" means an interface that either is an official
124  107        standard defined by a recognized standards body, or, in the case of
125  108        interfaces specified for a particular programming language, one that
126  109        is widely used among developers working in that language.
127  110

128       -    __The "System Libraries" of an executable work include anything, other
     111  +    The "System Libraries" of an executable work include anything, other
129  112        than the work as a whole, that (a) is included in the normal form of
130  113        packaging a Major Component, but which is not part of that Major
131  114        Component, and (b) serves only to enable use of the work with that
136  119        (if any) on which the executable work runs, or a compiler used to
137  120        produce the work, or an object code interpreter used to run it.
138  121

139       -    __The "Corresponding Source" for a work in object code form means all
     122  +    The "Corresponding Source" for a work in object code form means all
140  123        the source code needed to generate, install, and (for an executable
141  124        work) run the object code and to modify the work, including scripts to
142  125        control those activities.  However, it does not include the work's
149  132        such as by intimate data communication or control flow between those
150  133        subprograms and other parts of the work.
151  134
```

N4J_019325

```
152   135   -   __The Corresponding Source need not include anything that users
      135   +   The Corresponding Source need not include anything that users
153   136       can regenerate automatically from other parts of the Corresponding
154   137       Source.
155   138
156         -   __The Corresponding Source for a work in source code form is that
      139   +   The Corresponding Source for a work in source code form is that
157   140       same work.
158   141
159         -   __2. Basic Permissions.
      142   +   2. Basic Permissions.
160   143
161         -   __All rights granted under this License are granted for the term of
      144   +   All rights granted under this License are granted for the term of
162   145       copyright on the Program, and are irrevocable provided the stated
163   146       conditions are met.  This License explicitly affirms your unlimited
164   147       permission to run the unmodified Program.  The output from running a
165   148       covered work is covered by this License only if the output, given its
166   149       content, constitutes a covered work.  This License acknowledges your
167   150       rights of fair use or other equivalent, as provided by copyright law.
168   151
169         -   __You may make, run and propagate covered works that you do not
      152   +   You may make, run and propagate covered works that you do not
170   153       convey, without conditions so long as your license otherwise remains
171   154       in force.  You may convey covered works to others for the sole purpose
172   155       of having them make modifications exclusively for you, or provide you
177   160       and control, on terms that prohibit them from making any copies of
178   161       your copyrighted material outside their relationship with you.
179   162
180         -   __Conveying under any other circumstances is permitted solely under
      163   +   Conveying under any other circumstances is permitted solely under
181   164       the conditions stated below.  Sublicensing is not allowed; section 10
182   165       makes it unnecessary.
183   166
184         -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167   +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185   168
186         -   __No covered work shall be deemed part of an effective technological
      169   +   No covered work shall be deemed part of an effective technological
187   170       measure under any applicable law fulfilling obligations under article
188   171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172       similar laws prohibiting or restricting circumvention of such
190   173       measures.
191   174
192         -   __When you convey a covered work, you waive any legal power to forbid
      175   +   When you convey a covered work, you waive any legal power to forbid
193   176       circumvention of technological measures to the extent such circumvention
194   177       is effected by exercising rights under this License with respect to
195   178       the covered work, and you disclaim any intention to limit operation or
196   179       modification of the work as a means of enforcing, against the work's
197   180       users, your or third parties' legal rights to forbid circumvention of
198   181       technological measures.
199   182
200         -   __4. Conveying Verbatim Copies.
      183   +   4. Conveying Verbatim Copies.
201   184
202         -   __You may convey verbatim copies of the Program's source code as you
      185   +   You may convey verbatim copies of the Program's source code as you
203   186       receive it, in any medium, provided that you conspicuously and
204   187       appropriately publish on each copy an appropriate copyright notice;
205   188       keep intact all notices stating that this License and any
206   189       non-permissive terms added in accord with section 7 apply to the code;
207   190       keep intact all notices of the absence of any warranty; and give all
```

N4J_019326

```
208  191        recipients a copy of this License along with the Program.
209  192

210       -  __You may charge any price or no price for each copy that you convey,
     193  +  You may charge any price or no price for each copy that you convey,
211  194     and you may offer support or warranty protection for a fee.
212  195

213       -  __5. Conveying Modified Source Versions.
     196  +  5. Conveying Modified Source Versions.
214  197

215       -  __You may convey a work based on the Program, or the modifications to
     198  +  You may convey a work based on the Program, or the modifications to
216  199     produce it from the Program, in the form of source code under the
217  200     terms of section 4, provided that you also meet all of these conditions:
218  201

219       -  ____a) The work must carry prominent notices stating that you modified
220       -  ____it, and giving a relevant date.
     202  +  a) The work must carry prominent notices stating that you modified
     203  +  it, and giving a relevant date.
221  204

222       -  ____b) The work must carry prominent notices stating that it is
223       -  ____released under this License and any conditions added under section
224       -  ____7.  This requirement modifies the requirement in section 4 to
225       -  ____"keep intact all notices".
     205  +  b) The work must carry prominent notices stating that it is
     206  +  released under this License and any conditions added under section
     207  +  7.  This requirement modifies the requirement in section 4 to
     208  +  "keep intact all notices".
226  209

227       -  ____c) You must license the entire work, as a whole, under this
228       -  ____License to anyone who comes into possession of a copy.  This
229       -  ____License will therefore apply, along with any applicable section 7
230       -  ____additional terms, to the whole of the work, and all its parts,
231       -  ____regardless of how they are packaged.  This License gives no
232       -  ____permission to license the work in any other way, but it does not
233       -  ____invalidate such permission if you have separately received it.
     210  +  c) You must license the entire work, as a whole, under this
     211  +  License to anyone who comes into possession of a copy.  This
     212  +  License will therefore apply, along with any applicable section 7
     213  +  additional terms, to the whole of the work, and all its parts,
     214  +  regardless of how they are packaged.  This License gives no
     215  +  permission to license the work in any other way, but it does not
     216  +  invalidate such permission if you have separately received it.
234  217

235       -  ____d) If the work has interactive user interfaces, each must display
236       -  ____Appropriate Legal Notices; however, if the Program has interactive
237       -  ____interfaces that do not display Appropriate Legal Notices, your
238       -  ____work need not make them do so.
     218  +  d) If the work has interactive user interfaces, each must display
     219  +  Appropriate Legal Notices; however, if the Program has interactive
     220  +  interfaces that do not display Appropriate Legal Notices, your
     221  +  work need not make them do so.
239  222

240       -  __A compilation of a covered work with other separate and independent
     223  +  A compilation of a covered work with other separate and independent
241  224     works, which are not by their nature extensions of the covered work,
242  225     and which are not combined with it so as to form a larger program,
243  226     in or on a volume of a storage or distribution medium, is called an
247  230     in an aggregate does not cause this License to apply to the other
248  231     parts of the aggregate.
249  232

250       -  __6. Conveying Non-Source Forms.
     233  +  6. Conveying Non-Source Forms.
251  234
```

N4J_019327

```
252         -   __You may convey a covered work in object code form under the terms
      235   +   You may convey a covered work in object code form under the terms
253   236   +    of sections 4 and 5, provided that you also convey the
254   237         machine-readable Corresponding Source under the terms of this License,
255   238         in one of these ways:
256   239

257         -   ____a) Convey the object code in, or embodied in, a physical product
258         -   ____(including a physical distribution medium), accompanied by the
259         -   ____Corresponding Source fixed on a durable physical medium
260         -   ____customarily used for software interchange.
261         -
262         -   ____b) Convey the object code in, or embodied in, a physical product
263         -   ____(including a physical distribution medium), accompanied by a
264         -   ____written offer, valid for at least three years and valid for as
265         -   ____long as you offer spare parts or customer support for that product
266         -   ____model, to give anyone who possesses the object code either (1) a
267         -   ____copy of the Corresponding Source for all the software in the
268         -   ____product that is covered by this License, on a durable physical
269         -   ____medium customarily used for software interchange, for a price no
270         -   ____more than your reasonable cost of physically performing this
271         -   ____conveying of source, or (2) access to copy the
272         -   ____Corresponding Source from a network server at no charge.
273         -
274         -   ____c) Convey individual copies of the object code with a copy of the
275         -   ____written offer to provide the Corresponding Source.  This
276         -   ____alternative is allowed only occasionally and noncommercially, and
277         -   ____only if you received the object code with such an offer, in accord
278         -   ____with subsection 6b.
279         -
280         -   ____d) Convey the object code by offering access from a designated
281         -   ____place (gratis or for a charge), and offer equivalent access to the
282         -   ____Corresponding Source in the same way through the same place at no
283         -   ____further charge.  You need not require recipients to copy the
284         -   ____Corresponding Source along with the object code.  If the place to
285         -   ____copy the object code is a network server, the Corresponding Source
286         -   ____may be on a different server (operated by you or a third party)
287         -   ____that supports equivalent copying facilities, provided you maintain
288         -   ____clear directions next to the object code saying where to find the
289         -   ____Corresponding Source.  Regardless of what server hosts the
290         -   ____Corresponding Source, you remain obligated to ensure that it is
291         -   ____available for as long as needed to satisfy these requirements.
292         -
293         -   ____e) Convey the object code using peer-to-peer transmission, provided
294         -   ____you inform other peers where the object code and Corresponding
295         -   ____Source of the work are being offered to the general public at no
296         -   ____charge under subsection 6d.
297         -
298         -   __A separable portion of the object code, whose source code is excluded
      240   + a) Convey the object code in, or embodied in, a physical product
      241   + (including a physical distribution medium), accompanied by the
      242   + Corresponding Source fixed on a durable physical medium
      243   + customarily used for software interchange.
      244   +
      245   + b) Convey the object code in, or embodied in, a physical product
      246   + (including a physical distribution medium), accompanied by a
      247   + written offer, valid for at least three years and valid for as
      248   + long as you offer spare parts or customer support for that product
      249   + model, to give anyone who possesses the object code either (1) a
      250   + copy of the Corresponding Source for all the software in the
      251   + product that is covered by this License, on a durable physical
      252   + medium customarily used for software interchange, for a price no
      253   + more than your reasonable cost of physically performing this
      254   + conveying of source, or (2) access to copy the
```

N4J_019328

```
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302        -   A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315        -   "Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323        -   If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334        -   The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
```

N4J_019329

Update ·l0l0bb35ExdIe to BoumAGML ata· not VioleTha 12s1 graph fou0ulgn ongeb oc b1198 · GitHub

```
341  324
342   |     -  _Corresponding Source conveyed, and Installation Information provided,
      325  +  Corresponding Source conveyed, and Installation Information provided,
343  326     in accord with this section must be in a format that is publicly
344  327     documented (and with an implementation available to the public in
345  328     source code form), and must require no special password or key for
346  329     unpacking, reading or copying.
347  330
348   |     -  _7. Additional Terms.
      331  +  7. Additional Terms.
349  332
350   |     -  _"Additional permissions" are terms that supplement the terms of this
      333  +  "Additional permissions" are terms that supplement the terms of this
351  334     License by making exceptions from one or more of its conditions.
352  335     Additional permissions that are applicable to the entire Program shall
353  336     be treated as though they were included in this License, to the extent
356  339     under those permissions, but the entire Program remains governed by
357  340     this License without regard to the additional permissions.
358  341
359   |     -  _When you convey a copy of a covered work, you may at your option
      342  +  When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348
366   |     -  _Notwithstanding any other provision of this License, for material you
      349  +  Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352
370   |     -  ___a) Disclaiming warranty or limiting liability differently from the
371   |     -  ___terms of sections 15 and 16 of this License; or
      353  +  a) Disclaiming warranty or limiting liability differently from the
      354  +  terms of sections 15 and 16 of this License; or
372  355
373   |     -  ___b) Requiring preservation of specified reasonable legal notices or
374   |     -  ___author attributions in that material or in the Appropriate Legal
375   |     -  ___Notices displayed by works containing it; or
      356  +  b) Requiring preservation of specified reasonable legal notices or
      357  +  author attributions in that material or in the Appropriate Legal
      358  +  Notices displayed by works containing it; or
376  359
377   |     -  ___c) Prohibiting misrepresentation of the origin of that material, or
378   |     -  ___requiring that modified versions of such material be marked in
379   |     -  ___reasonable ways as different from the original version; or
      360  +  c) Prohibiting misrepresentation of the origin of that material, or
      361  +  requiring that modified versions of such material be marked in
      362  +  reasonable ways as different from the original version; or
380  363
381   |     -  ___d) Limiting the use for publicity purposes of names of licensors or
382   |     -  ___authors of the material; or
      364  +  d) Limiting the use for publicity purposes of names of licensors or
      365  +  authors of the material; or
383  366
384   |     -  ___e) Declining to grant rights under trademark law for use of some
385   |     -  ___trade names, trademarks, or service marks; or
      367  +  e) Declining to grant rights under trademark law for use of some
      368  +  trade names, trademarks, or service marks; or
386  369
387   |     -  ___f) Requiring indemnification of licensors and authors of that
388   |     -  ___material by anyone who conveys the material (or modified versions of
```

N4J_019330

```
389          -    it) with contractual assumptions of liability to the recipient, for
390          -    any liability that these contractual assumptions directly impose on
391          -    those licensors and authors.
        370  + f) Requiring indemnification of licensors and authors of that
        371  + material by anyone who conveys the material (or modified versions of
        372  + it) with contractual assumptions of liability to the recipient, for
        373  + any liability that these contractual assumptions directly impose on
        374  + those licensors and authors.
392     375
393          -    All other non-permissive additional terms are considered "further
        376  + All other non-permissive additional terms are considered "further
394     377       restrictions" within the meaning of section 10.  If the Program as you
395     378       received it, or any part of it, contains a notice stating that it is
396          -    governed by this License along with a term that is a further restriction,
397          -    you may remove that term.  If a license document contains a further
398          -    restriction but permits relicensing or conveying under this License, you
399          -    may add to a covered work material governed by the terms of that license
400          -    document, provided that the further restriction does not survive such
401          -    relicensing or conveying.
402          -
403          -    If you add terms to a covered work in accord with this section, you
        379  + governed by this License along with a term that is a further
        380  + restriction, you may remove that term.  If a license document contains
        381  + a further restriction but permits relicensing or conveying under this
        382  + License, you may add to a covered work material governed by the terms
        383  + of that license document, provided that the further restriction does
        384  + not survive such relicensing or conveying.
        385  +
        386  + If you add terms to a covered work in accord with this section, you
404     387       must place, in the relevant source files, a statement of the
405     388       additional terms that apply to those files, or a notice indicating
406     389       where to find the applicable terms.
407     390
408          -    Additional terms, permissive or non-permissive, may be stated in the
        391  + Additional terms, permissive or non-permissive, may be stated in the
409     392       form of a separately written license, or stated as exceptions;
410     393       the above requirements apply either way.
411     394
412          -    8. Termination.
        395  + 8. Termination.
413     396
414          -    You may not propagate or modify a covered work except as expressly
        397  + You may not propagate or modify a covered work except as expressly
415     398       provided under this License.  Any attempt otherwise to propagate or
416     399       modify it is void, and will automatically terminate your rights under
417     400       this License (including any patent licenses granted under the third
418     401       paragraph of section 11).
419     402
420          -    However, if you cease all violation of this License, then your
        403  + However, if you cease all violation of this License, then your
421     404       license from a particular copyright holder is reinstated (a)
422     405       provisionally, unless and until the copyright holder explicitly and
423     406       finally terminates your license, and (b) permanently, if the copyright
424     407       holder fails to notify you of the violation by some reasonable means
425     408       prior to 60 days after the cessation.
426     409
427          -    Moreover, your license from a particular copyright holder is
        410  + Moreover, your license from a particular copyright holder is
428     411       reinstated permanently if the copyright holder notifies you of the
429     412       violation by some reasonable means, this is the first time you have
430     413       received notice of violation of this License (for any work) from that
431     414       copyright holder, and you cure the violation prior to 30 days after
432     415       your receipt of the notice.
```

N4J_019331

| 433 | 416 | |
| 434 | | - __Termination of your rights under this section does not terminate the |
| | 417 | + Termination of your rights under this section does not terminate the |
| 435 | 418 | licenses of parties who have received copies or rights from you under |
| 436 | 419 | this License.  If your rights have been terminated and not permanently |
| 437 | 420 | reinstated, you do not qualify to receive new licenses for the same |
| 438 | 421 | material under section 10. |
| 439 | 422 | |
| 440 | | - __9. Acceptance Not Required for Having Copies. |
| | 423 | + 9. Acceptance Not Required for Having Copies. |
| 441 | 424 | |
| 442 | | - __You are not required to accept this License in order to receive or |
| | 425 | + You are not required to accept this License in order to receive or |
| 443 | 426 | run a copy of the Program.  Ancillary propagation of a covered work |
| 444 | 427 | occurring solely as a consequence of using peer-to-peer transmission |
| 445 | 428 | to receive a copy likewise does not require acceptance.  However, |
| 448 | 431 | not accept this License.  Therefore, by modifying or propagating a |
| 449 | 432 | covered work, you indicate your acceptance of this License to do so. |
| 450 | 433 | |
| 451 | | - __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | |
| 453 | | - __Each time you convey a covered work, the recipient automatically |
| | 436 | + Each time you convey a covered work, the recipient automatically |
| 454 | 437 | receives a license from the original licensors, to run, modify and |
| 455 | 438 | propagate that work, subject to this License.  You are not responsible |
| 456 | 439 | for enforcing compliance by third parties with this License. |
| 457 | 440 | |
| 458 | | - __An "entity transaction" is a transaction transferring control of an |
| | 441 | + An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | organization, or merging organizations.  If propagation of a covered |
| 461 | 444 | work results from an entity transaction, each party to that |
| 465 | 448 | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | |
| 468 | | - __You may not impose any further restrictions on the exercise of the |
| | 451 | + You may not impose any further restrictions on the exercise of the |
| 469 | 452 | rights granted or affirmed under this License.  For example, you may |
| 470 | 453 | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | sale, or importing the Program or any portion of it. |
| 475 | 458 | |
| 476 | | - __11. Patents. |
| | 459 | + 11. Patents. |
| 477 | 460 | |
| 478 | | - __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based.  The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | - __A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | - __Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |

N4J_019332

```
493  476         patent license under the contributor's essential patent claims, to
494  477         make, use, sell, offer for sale, import and otherwise run, modify and
495  478         propagate the contents of its contributor version.
496  479

497      -   __In the following three paragraphs, a "patent license" is any express
     480  +  In the following three paragraphs, a "patent license" is any express
498  481         agreement or commitment, however denominated, not to enforce a patent
499  482         (such as an express permission to practice a patent or covenant not to
500  483         sue for patent infringement).  To "grant" such a patent license to a
501  484         party means to make such an agreement or commitment not to enforce a
502  485         patent against the party.
503  486

504      -   __If you convey a covered work, knowingly relying on a patent license,
     487  +  If you convey a covered work, knowingly relying on a patent license,
505  488         and the Corresponding Source of the work is not available for anyone
506  489         to copy, free of charge and under the terms of this License, through a
507  490         publicly available network server or other readily accessible means,
515  498         in a country, would infringe one or more identifiable patents in that
516  499         country that you have reason to believe are valid.
517  500

518      -   __If, pursuant to or in connection with a single transaction or
     501  +  If, pursuant to or in connection with a single transaction or
519  502         arrangement, you convey, or propagate by procuring conveyance of, a
520  503         covered work, and grant a patent license to some of the parties
521  504         receiving the covered work authorizing them to use, propagate, modify
522  505         or convey a specific copy of the covered work, then the patent license
523  506         you grant is automatically extended to all recipients of the covered
524  507         work and works based on it.
525  508

526      -   __A patent license is "discriminatory" if it does not include within
     509  +  A patent license is "discriminatory" if it does not include within
527  510         the scope of its coverage, prohibits the exercise of, or is
528  511         conditioned on the non-exercise of one or more of the rights that are
529  512         specifically granted under this License.  You may not convey a covered
538  521         contain the covered work, unless you entered into that arrangement,
539  522         or that patent license was granted, prior to 28 March 2007.
540  523

541      -   __Nothing in this License shall be construed as excluding or limiting
     524  +  Nothing in this License shall be construed as excluding or limiting
542  525         any implied license or other defenses to infringement that may
543  526         otherwise be available to you under applicable patent law.
544  527

545      -   __12. No Surrender of Others' Freedom.
     528  +  12. No Surrender of Others' Freedom.
546  529

547      -   __If conditions are imposed on you (whether by court order, agreement or
     530  +  If conditions are imposed on you (whether by court order, agreement or
548  531         otherwise) that contradict the conditions of this License, they do not
549  532         excuse you from the conditions of this License.  If you cannot convey a
550  533         covered work so as to satisfy simultaneously your obligations under
554  537         the Program, the only way you could satisfy both those terms and this
555  538         License would be to refrain entirely from conveying the Program.
556  539

557      -   __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559      -   __Notwithstanding any other provision of this License, if you modify the
     542  +  Notwithstanding any other provision of this License, if you modify the
560  543         Program, your modified version must prominently offer all users
561  544         interacting with it remotely through a computer network (if your version
562  545         supports such interaction) an opportunity to receive the Corresponding
567  550         of the GNU General Public License that is incorporated pursuant to the
568  551         following paragraph.
```

N4J_019333

Case 5:18-cv-07182-EJD update-ondb-license to document 98-1 Filed 12/11/20 as formation ongdb c0b23b... · GitHub

```
569  552
570       -  _Notwithstanding any other provision of this License, you have _permission
571       - to link or combine any covered work with a work licensed _under version 3
572       - of the GNU General Public License into a single _combined work, and to
573       - convey the resulting work.  The terms of this _License will continue to
574       - apply to the part which is the covered work, _but the work with which it is
575       - _combined will remain governed by version 3 of the GNU General Public
576       - License.
577       -
578       -  _14. Revised Versions of this License.
579       -
580       -  _The Free Software Foundation may publish revised and/or new versions of
581       - the GNU Affero General Public License from time to time.  Such new
582       - _versions will be similar in spirit to the present version, but may differ
583       - _in detail to_ address new problems or concerns.
584       -
585       -  _Each version is given a distinguishing version number.  If the
586       - Program specifies that a certain numbered version of the GNU Affero
587       - _General_ Public License "or any later version" applies to it, you have
588       - _the option of following the terms and conditions either of that
589       - _numbered_ version or of any later version published by the Free
590       - _Software_ Foundation.  If the Program does not specify a version number
591       - _of the_ GNU Affero General Public License, you may choose any version
592       - _ever published_ by the Free Software Foundation.
593       -
594       -  _If the Program specifies that a proxy can decide which future
595       - versions of the GNU Affero General Public License can be used, that
596       - _proxy's_ public statement of acceptance of a version permanently
597       - _authorizes you_ to choose that version for the Program.
598       -
599       -  _Later license versions may give you additional or different
     553  + Notwithstanding any other provision of this License, you have
     554  + _permission_ to link or combine any covered work with a work licensed
     555  + _under version 3_ of the GNU General Public License into a single
     556  + _combined work, and to_ convey the resulting work.  The terms of this
     557  + _License will continue to_ apply to the part which is the covered work,
     558  + _but the work with which it is combined will remain governed by version
     559  + _3 of the GNU General Public_ License.
     560  +
     561  + 14. Revised Versions of this License.
     562  +
     563  + The Free Software Foundation may publish revised and/or new versions of
     564  + the GNU Affero General Public License from time to time.  Such new _versions_
     565  + will be similar in spirit to the present version, but may differ _in detail to_
     566  + address new problems or concerns.
     567  +
     568  + Each version is given a distinguishing version number.  If the
     569  + Program specifies that a certain numbered version of the GNU Affero _General_
     570  + Public License "or any later version" applies to it, you have _the_
     571  + option of following the terms and conditions either of that _numbered_
     572  + version or of any later version published by the Free _Software_
     573  + Foundation.  If the Program does not specify a version number _of the_
     574  + GNU Affero General Public License, you may choose any version _ever published_
     575  + by the Free Software Foundation.
     576  +
     577  + If the Program specifies that a proxy can decide which future
     578  + versions of the GNU Affero General Public License can be used, that _proxy's_
     579  + public statement of acceptance of a version permanently _authorizes you_
     580  + to choose that version for the Program.
     581  +
     582  + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
```

N4J_019334

| 602 | 585 | | later version. |
| 603 | 586 | | |
| 604 | | - | __ 15. Disclaimer of Warranty. |
| | 587 | + | 15. Disclaimer of Warranty. |
| 605 | 588 | | |
| 606 | | - | __ THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY |
| | 589 | + | THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY |
| 607 | 590 | | APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT |
| 608 | 591 | | HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY |
| 609 | 592 | | OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, |
| 612 | 595 | | IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF |
| 613 | 596 | | ALL NECESSARY SERVICING, REPAIR OR CORRECTION. |
| 614 | 597 | | |
| 615 | | - | __ 16. Limitation of Liability. |
| | 598 | + | 16. Limitation of Liability. |
| 616 | 599 | | |
| 617 | | - | __ IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING |
| | 600 | + | IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING |
| 618 | 601 | | WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS |
| 619 | 602 | | THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY |
| 620 | 603 | | GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE |
| 624 | 607 | | EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF |
| 625 | 608 | | SUCH DAMAGES. |
| 626 | 609 | | |
| 627 | | - | __ 17. Interpretation of Sections 15 and 16. |
| | 610 | + | 17. Interpretation of Sections 15 and 16. |
| 628 | 611 | | |
| 629 | | - | __ If the disclaimer of warranty and limitation of liability provided |
| | 612 | + | If the disclaimer of warranty and limitation of liability provided |
| 630 | 613 | | above cannot be given local legal effect according to their terms, |
| 631 | 614 | | reviewing courts shall apply local law that most closely approximates |
| 632 | 615 | | an absolute waiver of all civil liability in connection with the |
| 633 | 616 | | Program, unless a warranty or assumption of liability accompanies a |
| 634 | 617 | | copy of the Program in return for a fee. |
| 635 | 618 | | |
| 636 | | - | _____END OF TERMS AND CONDITIONS |
| | 619 | + | END OF TERMS AND CONDITIONS |
| 637 | 620 | | |
| 638 | | - | _____How to Apply These Terms to Your New Programs |
| | 621 | + | How to Apply These Terms to Your New Programs |
| 639 | 622 | | |
| 640 | | - | __ If you develop a new program, and you want it to be of the greatest |
| | 623 | + | If you develop a new program, and you want it to be of the greatest |
| 641 | 624 | | possible use to the public, the best way to achieve this is to make it |
| 642 | 625 | | free software which everyone can redistribute and change under these terms. |
| 643 | 626 | | |
| 644 | | - | __ To do so, attach the following notices to the program.  It is safest |
| | 627 | + | To do so, attach the following notices to the program.  It is safest |
| 645 | 628 | | to attach them to the start of each source file to most effectively |
| 646 | 629 | | state the exclusion of warranty; and each file should have at least |
| 647 | 630 | | the "copyright" line and a pointer to where the full notice is found. |
| 648 | 631 | | |
| 649 | | - | ____<one line to give the program's name and a brief idea of what it does.> |
| 650 | | - | __ Copyright (C) <year>  <name of author> |
| | 632 | + | <one line to give the program's name and a brief idea of what it does.> |
| | 633 | + | Copyright (C) <year>  <name of author> |
| 651 | 634 | | |
| 652 | | - | ____This program is free software: you can redistribute it and/or modify |
| 653 | | - | ____it under the terms of the GNU Affero General Public License as |
| 654 | | - | ____published by the Free Software Foundation, either version 3 of the |
| 655 | | - | ____License, or (at your option) any later version. |
| | 635 | + | This program is free software: you can redistribute it and/or modify |
| | 636 | + | it under the terms of the GNU Affero General Public License as published by |

N4J_019335

```
     637   + the Free Software Foundation, either version 3 of the License, or
     638   + (at your option) any later version.
656  639
657        -    This program is distributed in the hope that it will be useful,
658        -    but WITHOUT ANY WARRANTY; without even the implied warranty of
659        -    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660        -    GNU Affero General Public License for more details.
     640   + This program is distributed in the hope that it will be useful,
     641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643   + GNU Affero General Public License for more details.
661  644
662        -    You should have received a copy of the GNU Affero General Public License
663        -    along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645   + You should have received a copy of the GNU Affero General Public License
     646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648     Also add information on how to contact you by electronic and paper mail.
666  649
667        -   If your software can interact with users remotely through a computer
     650   + If your software can interact with users remotely through a computer
668  651     network, you should also make sure that it provides a way for users to
669  652     get its source.  For example, if your program is a web application, its
670  653     interface could display a "Source" link that leads users to an archive
671  654     of the code.  There are many ways you could offer source, and different
672  655     solutions will be better for different programs; see section 13 for the
673  656     specific requirements.
674  657
675        -   You should also get your employer (if you work as a programmer) or school,
     658   + You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678        - <http://www.gnu.org/licenses/>.
679        -
680        -
681        - "Commons Clause" License Condition
682        -
683        - The Software is provided to you by the Licensor under the License, as
684        - defined below, subject to the following condition. Without limiting
685        - other conditions in the License, the grant of rights under the License
686        - will not include, and the License does not grant to you, the right to
687        - Sell the Software.  For purposes of the foregoing, "Sell" means
688        - practicing any or all of the rights granted to you under the License
689        - to provide to third parties, for a fee or other consideration,
690        - a product or service that consists, entirely or substantially,
691        - of the Software or the functionality of the Software. Any license
692        - notice or attribution required by the License must also include
693        - this Commons Cause License Condition notice.
     661   + <https://www.gnu.org/licenses/>.
```

v  486 ■■■■■  enterprise/security/LICENSE.txt

```
...  ...    @@ -1,51 +1,35 @@
1          - NOTICE
2          - This package contains software licensed under different
3          - licenses, please refer to the NOTICE.txt file for further
4          - information and LICENSES.txt for full license texts.
     1     + GNU AFFERO GENERAL PUBLIC LICENSE
     2     +    Version 3, 19 November 2007
5    3
6          - Neo4j Enterprise object code can be licensed independently from
7          - the source under separate commercial terms. Email inquiries can be
8          - directed to: licensing@neo4j.com. More information is also
```

N4J_019336

```
 9                    - available at:https://neo4j.com/licensing/
         4            + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
         5            + Everyone is permitted to copy and distribute verbatim copies
         6            + of this license document, but changing it is not allowed.
10       7
11                    - The software ("Software") is developed and owned by Neo4j Sweden AB
12                    - (referred to in this notice as "Neo4j") and is subject to the terms
13                    - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
         8            + Preamble
14       9
15                    -
16                    -
17                    -                    GNU AFFERO GENERAL PUBLIC LICENSE
18                    -                       Version 3, 19 November 2007
19                    -
20                    -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21                    -  Everyone is permitted to copy and distribute verbatim copies
22                    -  of this license document, but changing it is not allowed.
23                    -
24                    -                            Preamble
25                    -
26                    -   The GNU Affero General Public License is a free, copyleft license
27                    - for software and other kinds of works, specifically designed to ensure
        10            + The GNU Affero General Public License is a free, copyleft license for
        11            + software and other kinds of works, specifically designed to ensure
28       12             cooperation with the community in the case of network server software.
29       13
30                    -   The licenses for most software and other practical works are
31                    - designed to take away your freedom to share and change the works.  By
32                    - contrast, our General Public Licenses are intended to guarantee your
33                    - freedom to share and change all versions of a program--to make sure it
34                    - remains free software for all its users.
        14            + The licenses for most software and other practical works are designed
        15            + to take away your freedom to share and change the works.  By contrast,
        16            + our General Public Licenses are intended to guarantee your freedom to
        17            + share and change all versions of a program--to make sure it remains free
        18            + software for all its users.
35       19
36                    -   When we speak of free software, we are referring to freedom, not
        20            + When we speak of free software, we are referring to freedom, not
37       21             price.  Our General Public Licenses are designed to make sure that you
38       22             have the freedom to distribute copies of free software (and charge for
39       23             them if you wish), that you receive source code or can get it if you
40       24             want it, that you can change the software or use pieces of it in new
41       25             free programs, and that you know you can do these things.
42       26
43                    -   Developers that use our General Public Licenses protect your rights
        27            + Developers that use our General Public Licenses protect your rights
44       28             with two steps: (1) assert copyright on the software, and (2) offer
45       29             you this License which gives you legal permission to copy, distribute
46       30             and/or modify the software.
47       31
48                    -   A secondary benefit of defending all users' freedom is that
        32            + A secondary benefit of defending all users' freedom is that
49       33             improvements made in alternate versions of the program, if they
50       34             receive widespread use, become available for other developers to
51       35             incorporate.  Many developers of free software are heartened and
55       39             letting the public access it on a server without ever releasing its
56       40             source code to the public.
57       41
58                    -   The GNU Affero General Public License is designed specifically to
        42            + The GNU Affero General Public License is designed specifically to
59       43             ensure that, in such cases, the modified source code becomes available
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019337

```
60  44        to the community.  It requires the operator of a network server to
61  45        provide the source code of the modified version running there to the
62  46        users of that server.  Therefore, public use of a modified version, on
63  47        a publicly accessible server, gives the public access to the source
64  48        code of the modified version.
65  49

66     -      An older license, called the Affero General Public License and
   50  +    An older license, called the Affero General Public License and
67  51        published by Affero, was designed to accomplish similar goals.  This is
68  52        a different license, not a version of the Affero GPL, but Affero has
69  53        released a new version of the Affero GPL which permits relicensing under
70  54        this license.
71  55

72     -      The precise terms and conditions for copying, distribution and
   56  +    The precise terms and conditions for copying, distribution and
73  57        modification follow.
74  58

75     -                        TERMS AND CONDITIONS
   59  +  TERMS AND CONDITIONS
   60  +
   61  +  0. Definitions.
76  62

77     -    0. Definitions.
   63  +  "This License" refers to version 3 of the GNU Affero General Public License.
78  64

79     -    "This License" refers to version 3 of the GNU Affero General Public
80     -  License.
   65  +  "Copyright" also means copyright-like laws that apply to other kinds of
   66  +  works, such as semiconductor masks.
81  67

82  83    -    "Copyright" also means copyright-like laws that apply to other kinds
83     -  of works, such as semiconductor masks.
84     -
85     -    "The Program" refers to any copyrightable work licensed under this
   68  +  "The Program" refers to any copyrightable work licensed under this
86  69        License.  Each licensee is addressed as "you".  "Licensees" and
87  70        "recipients" may be individuals or organizations.
88  71

89     -    To "modify" a work means to copy from or adapt all or part of the work
   72  +  To "modify" a work means to copy from or adapt all or part of the work
90  73        in a fashion requiring copyright permission, other than the making of an
91  74        exact copy.  The resulting work is called a "modified version" of the
92  75        earlier work or a work "based on" the earlier work.
93  76

94     -    A "covered work" means either the unmodified Program or a work based
   77  +  A "covered work" means either the unmodified Program or a work based
95  78        on the Program.
96  79

97     -    To "propagate" a work means to do anything with it that, without
   80  +  To "propagate" a work means to do anything with it that, without
98  81        permission, would make you directly or secondarily liable for
99  82        infringement under applicable copyright law, except executing it on a
100 83        computer or modifying a private copy.  Propagation includes copying,
101 84        distribution (with or without modification), making available to the
102 85        public, and in some countries other activities as well.
103 86

104    -    To "convey" a work means any kind of propagation that enables other
   87  +  To "convey" a work means any kind of propagation that enables other
105 88        parties to make or receive copies.  Mere interaction with a user through
106 89        a computer network, with no transfer of a copy, is not conveying.
107 90

108    -    An interactive user interface displays "Appropriate Legal Notices"
   91  +  An interactive user interface displays "Appropriate Legal Notices"
```

```
109   92        to the extent that it includes a convenient and prominently visible
110   93        feature that (1) displays an appropriate copyright notice, and (2)
111   94        tells the user that there is no warranty for the work (except to the
114   97        the interface presents a list of user commands or options, such as a
115   98        menu, a prominent item in the list meets this criterion.
116   99

117      -  __1. Source Code.
      100 + 1. Source Code.
118   101

119      -  __The "source code" for a work means the preferred form of the work
      102 + The "source code" for a work means the preferred form of the work
120   103        for making modifications to it.  "Object code" means any non-source
121   104        form of a work.
122   105

123      -  __A "Standard Interface" means an interface that either is an official
      106 + A "Standard Interface" means an interface that either is an official
124   107        standard defined by a recognized standards body, or, in the case of
125   108        interfaces specified for a particular programming language, one that
126   109        is widely used among developers working in that language.
127   110

128      -  __The "System Libraries" of an executable work include anything, other
      111 + The "System Libraries" of an executable work include anything, other
129   112        than the work as a whole, that (a) is included in the normal form of
130   113        packaging a Major Component, but which is not part of that Major
131   114        Component, and (b) serves only to enable use of the work with that
136   119        (if any) on which the executable work runs, or a compiler used to
137   120        produce the work, or an object code interpreter used to run it.
138   121

139      -  __The "Corresponding Source" for a work in object code form means all
      122 + The "Corresponding Source" for a work in object code form means all
140   123        the source code needed to generate, install, and (for an executable
141   124        work) run the object code and to modify the work, including scripts to
142   125        control those activities.  However, it does not include the work's
149   132        such as by intimate data communication or control flow between those
150   133        subprograms and other parts of the work.
151   134

152      -  __The Corresponding Source need not include anything that users
      135 + The Corresponding Source need not include anything that users
153   136        can regenerate automatically from other parts of the Corresponding
154   137        Source.
155   138

156      -  __The Corresponding Source for a work in source code form is that
      139 + The Corresponding Source for a work in source code form is that
157   140        same work.
158   141

159      -  __2. Basic Permissions.
      142 + 2. Basic Permissions.
160   143

161      -  __All rights granted under this License are granted for the term of
      144 + All rights granted under this License are granted for the term of
162   145        copyright on the Program, and are irrevocable provided the stated
163   146        conditions are met.  This License explicitly affirms your unlimited
164   147        permission to run the unmodified Program.  The output from running a
165   148        covered work is covered by this License only if the output, given its
166   149        content, constitutes a covered work.  This License acknowledges your
167   150        rights of fair use or other equivalent, as provided by copyright law.
168   151

169      -  __You may make, run and propagate covered works that you do not
      152 + You may make, run and propagate covered works that you do not
170   153        convey, without conditions so long as your license otherwise remains
171   154        in force.  You may convey covered works to others for the sole purpose
172   155        of having them make modifications exclusively for you, or provide you
177   160        and control, on terms that prohibit them from making any copies of
```

N4J_019339

| | | |
|---|---|---|
| 178 | 161 | your copyrighted material outside their relationship with you. |
| 179 | 162 | |
| 180 | | - __Conveying under any other circumstances is permitted solely under |
| | 163 | + Conveying under any other circumstances is permitted solely under |
| 181 | 164 | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 182 | 165 | makes it unnecessary. |
| 183 | 166 | |
| 184 | | - __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| | 167 | + 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| 185 | 168 | |
| 186 | | - __No covered work shall be deemed part of an effective technological |
| | 169 | + No covered work shall be deemed part of an effective technological |
| 187 | 170 | measure under any applicable law fulfilling obligations under article |
| 188 | 171 | 11 of the WIPO copyright treaty adopted on 20 December 1996, or |
| 189 | 172 | similar laws prohibiting or restricting circumvention of such |
| 190 | 173 | measures. |
| 191 | 174 | |
| 192 | | - __When you convey a covered work, you waive any legal power to forbid |
| | 175 | + When you convey a covered work, you waive any legal power to forbid |
| 193 | 176 | circumvention of technological measures to the extent such circumvention |
| 194 | 177 | is effected by exercising rights under this License with respect to |
| 195 | 178 | the covered work, and you disclaim any intention to limit operation or |
| 196 | 179 | modification of the work as a means of enforcing, against the work's |
| 197 | 180 | users, your or third parties' legal rights to forbid circumvention of |
| 198 | 181 | technological measures. |
| 199 | 182 | |
| 200 | | - __4. Conveying Verbatim Copies. |
| | 183 | + 4. Conveying Verbatim Copies. |
| 201 | 184 | |
| 202 | | - __You may convey verbatim copies of the Program's source code as you |
| | 185 | + You may convey verbatim copies of the Program's source code as you |
| 203 | 186 | receive it, in any medium, provided that you conspicuously and |
| 204 | 187 | appropriately publish on each copy an appropriate copyright notice; |
| 205 | 188 | keep intact all notices stating that this License and any |
| 206 | 189 | non-permissive terms added in accord with section 7 apply to the code; |
| 207 | 190 | keep intact all notices of the absence of any warranty; and give all |
| 208 | 191 | recipients a copy of this License along with the Program. |
| 209 | 192 | |
| 210 | | - __You may charge any price or no price for each copy that you convey, |
| | 193 | + You may charge any price or no price for each copy that you convey, |
| 211 | 194 | and you may offer support or warranty protection for a fee. |
| 212 | 195 | |
| 213 | | - __5. Conveying Modified Source Versions. |
| | 196 | + 5. Conveying Modified Source Versions. |
| 214 | 197 | |
| 215 | | - __You may convey a work based on the Program, or the modifications to |
| | 198 | + You may convey a work based on the Program, or the modifications to |
| 216 | 199 | produce it from the Program, in the form of source code under the |
| 217 | 200 | terms of section 4, provided that you also meet all of these conditions: |
| 218 | 201 | |
| 219 | | - ____a) The work must carry prominent notices stating that you modified |
| 220 | | - ____it, and giving a relevant date. |
| | 202 | + a) The work must carry prominent notices stating that you modified |
| | 203 | + it, and giving a relevant date. |
| 221 | 204 | |
| 222 | | - ____b) The work must carry prominent notices stating that it is |
| 223 | | - ____released under this License and any conditions added under section |
| 224 | | - ____7.  This requirement modifies the requirement in section 4 to |
| 225 | | - ____"keep intact all notices". |
| | 205 | + b) The work must carry prominent notices stating that it is |
| | 206 | + released under this License and any conditions added under section |
| | 207 | + 7.  This requirement modifies the requirement in section 4 to |
| | 208 | + "keep intact all notices". |

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

```
226  209
227       -    c) You must license the entire work, as a whole, under this
228       -    License to anyone who comes into possession of a copy.  This
229       -    License will therefore apply, along with any applicable section 7
230       -    additional terms, to the whole of the work, and all its parts,
231       -    regardless of how they are packaged.  This License gives no
232       -    permission to license the work in any other way, but it does not
233       -    invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235       -    d) If the work has interactive user interfaces, each must display
236       -    Appropriate Legal Notices; however, if the Program has interactive
237       -    interfaces that do not display Appropriate Legal Notices, your
238       -    work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240       -  A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224    works, which are not by their nature extensions of the covered work,
242  225    and which are not combined with it such as to form a larger program,
243  226    in or on a volume of a storage or distribution medium, is called an
247  230    in an aggregate does not cause this License to apply to the other
248  231    parts of the aggregate.
249  232
250       -  6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -  You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236    of sections 4 and 5, provided that you also convey the
254  237    machine-readable Corresponding Source under the terms of this License,
255  238    in one of these ways:
256  239
257       -    a) Convey the object code in, or embodied in, a physical product
258       -    (including a physical distribution medium), accompanied by the
259       -    Corresponding Source fixed on a durable physical medium
260       -    customarily used for software interchange.
261       -
262       -    b) Convey the object code in, or embodied in, a physical product
263       -    (including a physical distribution medium), accompanied by a
264       -    written offer, valid for at least three years and valid for as
265       -    long as you offer spare parts or customer support for that product
266       -    model, to give anyone who possesses the object code either (1) a
267       -    copy of the Corresponding Source for all the software in the
268       -    product that is covered by this License, on a durable physical
269       -    medium customarily used for software interchange, for a price no
270       -    more than your reasonable cost of physically performing this
271       -    conveying of source, or (2) access to copy the
272       -    Corresponding Source from a network server at no charge.
273       -
274       -    c) Convey individual copies of the object code with a copy of the
275       -    written offer to provide the Corresponding Source.  This
276       -    alternative is allowed only occasionally and noncommercially, and
277       -    only if you received the object code with such an offer, in accord
```

N4J_019341

```
278  - ___with subsection 6b.
279  -
280  - ___d) Convey the object code by offering access from a designated
281  - ___place (gratis or for a charge), and offer equivalent access to the
282  - ___Corresponding Source in the same way through the same place at no
283  - ___further charge.  You need not require recipients to copy the
284  - ___Corresponding Source along with the object code.  If the place to
285  - ___copy the object code is a network server, the Corresponding Source
286  - ___may be on a different server (operated by you or a third party)
287  - ___that supports equivalent copying facilities, provided you maintain
288  - ___clear directions next to the object code saying where to find the
289  - ___Corresponding Source.  Regardless of what server hosts the
290  - ___Corresponding Source, you remain obligated to ensure that it is
291  - ___available for as long as needed to satisfy these requirements.
292  -
293  - ___e) Convey the object code using peer-to-peer transmission, provided
294  - ___you inform other peers where the object code and Corresponding
295  - ___Source of the work are being offered to the general public at no
296  - ___charge under subsection 6d.
297  -
298  - __A separable portion of the object code, whose source code is excluded
     240  + a) Convey the object code in, or embodied in, a physical product
     241  + (including a physical distribution medium), accompanied by the
     242  + Corresponding Source fixed on a durable physical medium
     243  + customarily used for software interchange.
     244  +
     245  + b) Convey the object code in, or embodied in, a physical product
     246  + (including a physical distribution medium), accompanied by a
     247  + written offer, valid for at least three years and valid for as
     248  + long as you offer spare parts or customer support for that product
     249  + model, to give anyone who possesses the object code either (1) a
     250  + copy of the Corresponding Source for all the software in the
     251  + product that is covered by this License, on a durable physical
     252  + medium customarily used for software interchange, for a price no
     253  + more than your reasonable cost of physically performing this
     254  + conveying of source, or (2) access to copy the
     255  + Corresponding Source from a network server at no charge.
     256  +
     257  + c) Convey individual copies of the object code with a copy of the
     258  + written offer to provide the Corresponding Source.  This
     259  + alternative is allowed only occasionally and noncommercially, and
     260  + only if you received the object code with such an offer, in accord
     261  + with subsection 6b.
     262  +
     263  + d) Convey the object code by offering access from a designated
     264  + place (gratis or for a charge), and offer equivalent access to the
     265  + Corresponding Source in the same way through the same place at no
     266  + further charge.  You need not require recipients to copy the
     267  + Corresponding Source along with the object code.  If the place to
     268  + copy the object code is a network server, the Corresponding Source
     269  + may be on a different server (operated by you or a third party)
     270  + that supports equivalent copying facilities, provided you maintain
     271  + clear directions next to the object code saying where to find the
     272  + Corresponding Source.  Regardless of what server hosts the
     273  + Corresponding Source, you remain obligated to ensure that it is
     274  + available for as long as needed to satisfy these requirements.
     275  +
     276  + e) Convey the object code using peer-to-peer transmission, provided
     277  + you inform other peers where the object code and Corresponding
     278  + Source of the work are being offered to the general public at no
     279  + charge under subsection 6d.
     280  +
     281  + A separable portion of the object code, whose source code is excluded
```

N4J_019342

| | | | |
|---|---|---|---|
| 299 | 282 | | from the Corresponding Source as a System Library, need not be |
| 300 | 283 | | included in conveying the object code work. |
| 301 | 284 | | |
| 302 | | - | __A "User Product" is either (1) a "consumer product", which means any |
| | 285 | + | A "User Product" is either (1) a "consumer product", which means any |
| 303 | 286 | | tangible personal property which is normally used for personal, family, |
| 304 | 287 | | or household purposes, or (2) anything designed or sold for incorporation |
| 305 | 288 | | into a dwelling.  In determining whether a product is a consumer product, |
| 312 | 295 | | commercial, industrial or non-consumer uses, unless such uses represent |
| 313 | 296 | | the only significant mode of use of the product. |
| 314 | 297 | | |
| 315 | | - | __"Installation Information" for a User Product means any methods, |
| | 298 | + | "Installation Information" for a User Product means any methods, |
| 316 | 299 | | procedures, authorization keys, or other information required to install |
| 317 | 300 | | and execute modified versions of a covered work in that User Product from |
| 318 | 301 | | a modified version of its Corresponding Source.  The information must |
| 319 | 302 | | suffice to ensure that the continued functioning of the modified object |
| 320 | 303 | | code is in no case prevented or interfered with solely because |
| 321 | 304 | | modification has been made. |
| 322 | 305 | | |
| 323 | | - | __If you convey an object code work under this section in, or with, or |
| | 306 | + | If you convey an object code work under this section in, or with, or |
| 324 | 307 | | specifically for use in, a User Product, and the conveying occurs as |
| 325 | 308 | | part of a transaction in which the right of possession and use of the |
| 326 | 309 | | User Product is transferred to the recipient in perpetuity or for a |
| 331 | 314 | | modified object code on the User Product (for example, the work has |
| 332 | 315 | | been installed in ROM). |
| 333 | 316 | | |
| 334 | | - | __The requirement to provide Installation Information does not include a |
| | 317 | + | The requirement to provide Installation Information does not include a |
| 335 | 318 | | requirement to continue to provide support service, warranty, or updates |
| 336 | 319 | | for a work that has been modified or installed by the recipient, or for |
| 337 | 320 | | the User Product in which it has been modified or installed.  Access to a |
| 338 | 321 | | network may be denied when the modification itself materially and |
| 339 | 322 | | adversely affects the operation of the network or violates the rules and |
| 340 | 323 | | protocols for communication across the network. |
| 341 | 324 | | |
| 342 | | - | __Corresponding Source conveyed, and Installation Information provided, |
| | 325 | + | Corresponding Source conveyed, and Installation Information provided, |
| 343 | 326 | | in accord with this section must be in a format that is publicly |
| 344 | 327 | | documented (and with an implementation available to the public in |
| 345 | 328 | | source code form), and must require no special password or key for |
| 346 | 329 | | unpacking, reading or copying. |
| 347 | 330 | | |
| 348 | | - | __7. Additional Terms. |
| | 331 | + | 7. Additional Terms. |
| 349 | 332 | | |
| 350 | | - | __"Additional permissions" are terms that supplement the terms of this |
| | 333 | + | "Additional permissions" are terms that supplement the terms of this |
| 351 | 334 | | License by making exceptions from one or more of its conditions. |
| 352 | 335 | | Additional permissions that are applicable to the entire Program shall |
| 353 | 336 | | be treated as though they were included in this License, to the extent |
| 356 | 339 | | under those permissions, but the entire Program remains governed by |
| 357 | 340 | | this License without regard to the additional permissions. |
| 358 | 341 | | |
| 359 | | - | __When you convey a copy of a covered work, you may at your option |
| | 342 | + | When you convey a copy of a covered work, you may at your option |
| 360 | 343 | | remove any additional permissions from that copy, or from any part of |
| 361 | 344 | | it.  (Additional permissions may be written to require their own |
| 362 | 345 | | removal in certain cases when you modify the work.)  You may place |
| 363 | 346 | | additional permissions on material, added by you to a covered work, |
| 364 | 347 | | for which you have or can give appropriate copyright permission. |
| 365 | 348 | | |

N4J_019343

```
366   349   -  __Notwithstanding any other provision of this License, for material you
      349   +  Notwithstanding any other provision of this License, for material you
367   350      add to a covered work, you may (if authorized by the copyright holders of
368   351      that material) supplement the terms of this License with terms:
369   352

370         -  ____a) Disclaiming warranty or limiting liability differently from the
371         -  ____terms of sections 15 and 16 of this License; or
      353   +  a) Disclaiming warranty or limiting liability differently from the
      354   +  terms of sections 15 and 16 of this License; or
372   355

373         -  ____b) Requiring preservation of specified reasonable legal notices or
374         -  ____author attributions in that material or in the Appropriate Legal
375         -  ____Notices displayed by works containing it; or
      356   +  b) Requiring preservation of specified reasonable legal notices or
      357   +  author attributions in that material or in the Appropriate Legal
      358   +  Notices displayed by works containing it; or
376   359

377         -  ____c) Prohibiting misrepresentation of the origin of that material, or
378         -  ____requiring that modified versions of such material be marked in
379         -  ____reasonable ways as different from the original version; or
      360   +  c) Prohibiting misrepresentation of the origin of that material, or
      361   +  requiring that modified versions of such material be marked in
      362   +  reasonable ways as different from the original version; or
380   363

381         -  ____d) Limiting the use for publicity purposes of names of licensors or
382         -  ____authors of the material; or
      364   +  d) Limiting the use for publicity purposes of names of licensors or
      365   +  authors of the material; or
383   366

384         -  ____e) Declining to grant rights under trademark law for use of some
385         -  ____trade names, trademarks, or service marks; or
      367   +  e) Declining to grant rights under trademark law for use of some
      368   +  trade names, trademarks, or service marks; or
386   369

387         -  ____f) Requiring indemnification of licensors and authors of that
388         -  ____material by anyone who conveys the material (or modified versions of
389         -  ____it) with contractual assumptions of liability to the recipient, for
390         -  ____any liability that these contractual assumptions directly impose on
391         -  ____those licensors and authors.
      370   +  f) Requiring indemnification of licensors and authors of that
      371   +  material by anyone who conveys the material (or modified versions of
      372   +  it) with contractual assumptions of liability to the recipient, for
      373   +  any liability that these contractual assumptions directly impose on
      374   +  those licensors and authors.
392   375

393         -  __All other non-permissive additional terms are considered "further
      376   +  All other non-permissive additional terms are considered "further
394   377      restrictions" within the meaning of section 10.  If the Program as you
395   378      received it, or any part of it, contains a notice stating that it is
396         -  governed by this License along with a term that is a further restriction,
397         -  you may remove that term.  If a license document contains a further
398         -  restriction but permits relicensing or conveying under this License, you
399         -  may add to a covered work material governed by the terms of that license
400         -  document, provided that the further restriction does not survive such
401         -  relicensing or conveying.
402         -
403         -  __If you add terms to a covered work in accord with this section, you
      379   +  governed by this License along with a term that is a further
      380   +  restriction, you may remove that term.  If a license document contains
      381   +  a further restriction but permits relicensing or conveying under this
      382   +  License, you may add to a covered work material governed by the terms
      383   +  of that license document, provided that the further restriction does
      384   +  not survive such relicensing or conveying.
```

N4J_019344

```
385  +
386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408    -   Additional terms, permissive or non-permissive, may be stated in the
391  +   Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
410  393    the above requirements apply either way.
411  394
412    -   8. Termination.
395  + 8. Termination.
413  396
414    -   You may not propagate or modify a covered work except as expressly
397  + You may not propagate or modify a covered work except as expressly
415  398    provided under this License.  Any attempt otherwise to propagate or
416  399    modify it is void, and will automatically terminate your rights under
417  400    this License (including any patent licenses granted under the third
418  401    paragraph of section 11).
419  402
420    -   However, if you cease all violation of this License, then your
403  + However, if you cease all violation of this License, then your
421  404    license from a particular copyright holder is reinstated (a)
422  405    provisionally, unless and until the copyright holder explicitly and
423  406    finally terminates your license, and (b) permanently, if the copyright
424  407    holder fails to notify you of the violation by some reasonable means
425  408    prior to 60 days after the cessation.
426  409
427    -   Moreover, your license from a particular copyright holder is
410  + Moreover, your license from a particular copyright holder is
428  411    reinstated permanently if the copyright holder notifies you of the
429  412    violation by some reasonable means, this is the first time you have
430  413    received notice of violation of this License (for any work) from that
431  414    copyright holder, and you cure the violation prior to 30 days after
432  415    your receipt of the notice.
433  416
434    -   Termination of your rights under this section does not terminate the
417  + Termination of your rights under this section does not terminate the
435  418    licenses of parties who have received copies or rights from you under
436  419    this License.  If your rights have been terminated and not permanently
437  420    reinstated, you do not qualify to receive new licenses for the same
438  421    material under section 10.
439  422
440    -   9. Acceptance Not Required for Having Copies.
423  + 9. Acceptance Not Required for Having Copies.
441  424
442    -   You are not required to accept this License in order to receive or
425  + You are not required to accept this License in order to receive or
443  426    run a copy of the Program.  Ancillary propagation of a covered work
444  427    occurring solely as a consequence of using peer-to-peer transmission
445  428    to receive a copy likewise does not require acceptance.  However,
448  431    not accept this License.  Therefore, by modifying or propagating a
449  432    covered work, you indicate your acceptance of this License to do so.
450  433
451    -   10. Automatic Licensing of Downstream Recipients.
434  + 10. Automatic Licensing of Downstream Recipients.
452  435
453    -   Each time you convey a covered work, the recipient automatically
436  + Each time you convey a covered work, the recipient automatically
454  437    receives a license from the original licensors, to run, modify and
455  438    propagate that work, subject to this License.  You are not responsible
456  439    for enforcing compliance by third parties with this License.
```

N4J_019345

```diff
457  440
458      -   __An "entity transaction" is a transaction transferring control of an
     441 +  An "entity transaction" is a transaction transferring control of an
459  442     organization, or substantially all assets of one, or subdividing an
460  443     organization, or merging organizations.  If propagation of a covered
461  444     work results from an entity transaction, each party to that
465  448     Corresponding Source of the work from the predecessor in interest, if
466  449     the predecessor has it or can get it with reasonable efforts.
467  450
468      -   __You may not impose any further restrictions on the exercise of the
     451 +  You may not impose any further restrictions on the exercise of the
469  452     rights granted or affirmed under this License.  For example, you may
470  453     not impose a license fee, royalty, or other charge for exercise of
471  454     rights granted under this License, and you may not initiate litigation
472  455     (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456     any patent claim is infringed by making, using, selling, offering for
474  457     sale, or importing the Program or any portion of it.
475  458
476  459  -   __11. Patents.
     459 +  11. Patents.
477  460
478      -   __A "contributor" is a copyright holder who authorizes use under this
     461 +  A "contributor" is a copyright holder who authorizes use under this
479  462     License of the Program or a work on which the Program is based.  The
480  463     work thus licensed is called the contributor's "contributor version".
481  464
482      -   __A contributor's "essential patent claims" are all patent claims
     465 +  A contributor's "essential patent claims" are all patent claims
483  466     owned or controlled by the contributor, whether already acquired or
484  467     hereafter acquired, that would be infringed by some manner, permitted
485  468     by this License, of making, using, or selling its contributor version,
489  472     patent sublicenses in a manner consistent with the requirements of
490  473     this License.
491  474
492      -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475 +  Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476     patent license under the contributor's essential patent claims, to
494  477     make, use, sell, offer for sale, import and otherwise run, modify and
495  478     propagate the contents of its contributor version.
496  479
497      -   __In the following three paragraphs, a "patent license" is any express
     480 +  In the following three paragraphs, a "patent license" is any express
498  481     agreement or commitment, however denominated, not to enforce a patent
499  482     (such as an express permission to practice a patent or covenant not to
500  483     sue for patent infringement).  To "grant" such a patent license to a
501  484     party means to make such an agreement or commitment not to enforce a
502  485     patent against the party.
503  486
504      -   __If you convey a covered work, knowingly relying on a patent license,
     487 +  If you convey a covered work, knowingly relying on a patent license,
505  488     and the Corresponding Source of the work is not available for anyone
506  489     to copy, free of charge and under the terms of this License, through a
507  490     publicly available network server or other readily accessible means,
515  498     in a country, would infringe one or more identifiable patents in that
516  499     country that you have reason to believe are valid.
517  500
518      -   __If, pursuant to or in connection with a single transaction or
     501 +  If, pursuant to or in connection with a single transaction or
519  502     arrangement, you convey, or propagate by procuring conveyance of, a
520  503     covered work, and grant a patent license to some of the parties
521  504     receiving the covered work authorizing them to use, propagate, modify
522  505     or convey a specific copy of the covered work, then the patent license
523  506     you grant is automatically extended to all recipients of the covered
```

N4J_019346

```
524  507        work and works based on it.
525  508

526       -    __A patent license is "discriminatory" if it does not include within
     509   + A patent license is "discriminatory" if it does not include within
527  510        the scope of its coverage, prohibits the exercise of, or is
528  511        conditioned on the non-exercise of one or more of the rights that are
529  512        specifically granted under this License.  You may not convey a covered
538  521        contain the covered work, unless you entered into that arrangement,
539  522        or that patent license was granted, prior to 28 March 2007.
540  523

541       -    __Nothing in this License shall be construed as excluding or limiting
     524   + Nothing in this License shall be construed as excluding or limiting
542  525        any implied license or other defenses to infringement that may
543  526        otherwise be available to you under applicable patent law.
544  527

545       -    __12. No Surrender of Others' Freedom.
     528   + 12. No Surrender of Others' Freedom.
546  529

547       -    __If conditions are imposed on you (whether by court order, agreement or
     530   + If conditions are imposed on you (whether by court order, agreement or
548  531        otherwise) that contradict the conditions of this License, they do not
549  532        excuse you from the conditions of this License.  If you cannot convey a
550  533        covered work so as to satisfy simultaneously your obligations under this
554  537        the Program, the only way you could satisfy both those terms and this
555  538        License would be to refrain entirely from conveying the Program.
556  539

557       -    __13. Remote Network Interaction; Use with the GNU General Public License.
     540   + 13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559       -    __Notwithstanding any other provision of this License, if you modify the
     542   + Notwithstanding any other provision of this License, if you modify the
560  543        Program, your modified version must prominently offer all users
561  544        interacting with it remotely through a computer network (if your version
562  545        supports such interaction) an opportunity to receive the Corresponding
567  550        of the GNU General Public License that is incorporated pursuant to the
568  551        following paragraph.
569  552

570       -    __Notwithstanding any other provision of this License, you have permission
571       -    to link or combine any covered work with a work licensed under version 3
572       -    of the GNU General Public License into a single combined work, and to
573       -    convey the resulting work.  The terms of this license will continue to
574       -    apply to the part which is the covered work, but the work with which it is
575       -    combined will remain governed by version 3 of the GNU General Public
576       -    License.
577       -
578       -    __14. Revised Versions of this License.
579       -
580       -    __The Free Software Foundation may publish revised and/or new versions of
581       -    the GNU Affero General Public License from time to time.  Such new
582       -    versions will be similar in spirit to the present version, but may differ
583       -    in detail to address new problems or concerns.
584       -
585       -    __Each version is given a distinguishing version number.  If the
586       -    Program specifies that a certain numbered version of the GNU Affero
587       -    General Public License "or any later version" applies to it, you have
588       -    the option of following the terms and conditions either of that
589       -    numbered version or of any later version published by the Free
590       -    Software Foundation.  If the Program does not specify a version number
591       -    of the GNU Affero General Public License, you may choose any version
592       -    ever published by the Free Software Foundation.
593       -
594       -    __If the Program specifies that a proxy can decide which future
595       -    versions of the GNU Affero General Public License can be used, that
```

```diff
596         - proxy's public statement of acceptance of a version permanently
597         - authorizes you to choose that version for the Program.
598         -
599         - _ Later license versions may give you additional or different
    553     + Notwithstanding any other provision of this License, you have
    554     + permission to link or combine any covered work with a work licensed
    555     + under version 3 of the GNU General Public License into a single
    556     + combined work, and to convey the resulting work.  The terms of this
    557     + License will continue to apply to the part which is the covered work,
    558     + but the work with which it is combined will remain governed by version
    559     + 3 of the GNU General Public License.
    560     +
    561     + 14. Revised Versions of this License.
    562     +
    563     + The Free Software Foundation may publish revised and/or new versions of
    564     + the GNU Affero General Public License from time to time.  Such new versions
    565     + will be similar in spirit to the present version, but may differ in detail to
    566     + address new problems or concerns.
    567     +
    568     + Each version is given a distinguishing version number.  If the
    569     + Program specifies that a certain numbered version of the GNU Affero General
    570     + Public License "or any later version" applies to it, you have the
    571     + option of following the terms and conditions either of that numbered
    572     + version or of any later version published by the Free Software
    573     + Foundation.  If the Program does not specify a version number of the
    574     + GNU Affero General Public License, you may choose any version ever published
    575     + by the Free Software Foundation.
    576     +
    577     + If the Program specifies that a proxy can decide which future
    578     + versions of the GNU Affero General Public License can be used, that proxy's
    579     + public statement of acceptance of a version permanently authorizes you
    580     + to choose that version for the Program.
    581     +
    582     + Later license versions may give you additional or different
600 583       permissions.  However, no additional obligations are imposed on any
601 584       author or copyright holder as a result of your choosing to follow a
602 585       later version.
603 586
604         - _ 15. Disclaimer of Warranty.
    587     + 15. Disclaimer of Warranty.
605 588
606         - _ THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
    589     + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607 590       APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608 591       HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609 592       OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612 595       IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613 596       ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614 597
615         - _ 16. Limitation of Liability.
    598     + 16. Limitation of Liability.
616 599
617         - _ IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
    600     + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618 601       WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619 602       THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620 603       GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624 607       EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625 608       SUCH DAMAGES.
626 609
627         - _ 17. Interpretation of Sections 15 and 16.
    610     + 17. Interpretation of Sections 15 and 16.
628 611
```

```
629              -    If the disclaimer of warranty and limitation of liability provided
     612         +  If the disclaimer of warranty and limitation of liability provided
630  613            above cannot be given local legal effect according to their terms,
631  614            reviewing courts shall apply local law that most closely approximates
632  615            an absolute waiver of all civil liability in connection with the
633  616            Program, unless a warranty or assumption of liability accompanies a
634  617            copy of the Program in return for a fee.
635  618
636              -                        END OF TERMS AND CONDITIONS
     619         +  END OF TERMS AND CONDITIONS
637  620
638              -               How to Apply These Terms to Your New Programs
     621         +  How to Apply These Terms to Your New Programs
639  622
640              -    If you develop a new program, and you want it to be of the greatest
     623         +  If you develop a new program, and you want it to be of the greatest
641  624            possible use to the public, the best way to achieve this is to make it
642  625            free software which everyone can redistribute and change under these terms.
643  626
644              -    To do so, attach the following notices to the program.  It is safest
     627         +  To do so, attach the following notices to the program.  It is safest
645  628            to attach them to the start of each source file to most effectively
646  629            state the exclusion of warranty; and each file should have at least
647  630            the "copyright" line and a pointer to where the full notice is found.
648  631
649              -    <one line to give the program's name and a brief idea of what it does.>
650              -    Copyright (C) <year>  <name of author>
     632         +  <one line to give the program's name and a brief idea of what it does.>
     633         +  Copyright (C) <year>  <name of author>
651  634
652              -    This program is free software: you can redistribute it and/or modify
653              -    it under the terms of the GNU Affero General Public License as
654              -    published by the Free Software Foundation, either version 3 of the
655              -    License, or (at your option) any later version.
     635         +  This program is free software: you can redistribute it and/or modify
     636         +  it under the terms of the GNU Affero General Public License as published by
     637         +  the Free Software Foundation, either version 3 of the License, or
     638         +  (at your option) any later version.
656  639
657              -    This program is distributed in the hope that it will be useful,
658              -    but WITHOUT ANY WARRANTY; without even the implied warranty of
659              -    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660              -    GNU Affero General Public License for more details.
     640         +  This program is distributed in the hope that it will be useful,
     641         +  but WITHOUT ANY WARRANTY; without even the implied warranty of
     642         +  MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643         +  GNU Affero General Public License for more details.
661  644
662              -    You should have received a copy of the GNU Affero General Public License
663              -    along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645         +  You should have received a copy of the GNU Affero General Public License
     646         +  along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648            Also add information on how to contact you by electronic and paper mail.
666  649
667              -    If your software can interact with users remotely through a computer
     650         +  If your software can interact with users remotely through a computer
668  651            network, you should also make sure that it provides a way for users to
669  652            get its source.  For example, if your program is a web application, its
670  653            interface could display a "Source" link that leads users to an archive
671  654            of the code.  There are many ways you could offer source, and different
672  655            solutions will be better for different programs; see section 13 for the
673  656            specific requirements.
```

N4J_019349

```
674  657
675       -  __You should also get your employer (if you work as a programmer) or school,
     658  +  You should also get your employer (if you work as a programmer) or school,
676  659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660     For more information on this, and how to apply and follow the GNU AGPL, see
678       - <http://www.gnu.org/licenses/>.
679       -
680       -
681       - "Commons Clause" License Condition
682       -
683       - The Software is provided to you by the Licensor under the License, as
684       - defined below, subject to the following condition. Without limiting
685       - other conditions in the License, the grant of rights under the License
686       - will not include, and the License does not grant to you, the right to
687       - Sell the Software.  For purposes of the foregoing, "Sell" means
688       - practicing any or all of the rights granted to you under the License
689       - to provide to third parties, for a fee or other consideration,
690       - a product or service that consists, entirely or substantially,
691       - of the Software or the functionality of the Software. Any license
692       - notice or attribution required by the License must also include
693       - this Commons Cause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```

486 ▇▇▇▇▇  enterprise/server-enterprise/LICENSE.txt 📋

```
...  ...    @@ -1,51 +1,35 @@
1         - NOTICE
2         - This package contains software licensed under different
3         - licenses, please refer to the NOTICE.txt file for further
4         - information and LICENSES.txt for full license texts.
     1    + GNU AFFERO GENERAL PUBLIC LICENSE
     2    +   Version 3, 19 November 2007
5    3
6         - Neo4j Enterprise object code can be licensed independently from
7         - the source under separate commercial terms. Email inquiries can be
8         - directed to: licensing@neo4j.com. More information is also
9         - available at:https://neo4j.com/licensing/
     4    + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
     5    + Everyone is permitted to copy and distribute verbatim copies
     6    + of this license document, but changing it is not allowed.
10   7
11        - The software ("Software") is developed and owned by Neo4j Sweden AB
12        - (referred to in this notice as "Neo4j") and is subject to the terms
13        - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
     8    + Preamble
14   9
15        -
16        -
17        -                GNU AFFERO GENERAL PUBLIC LICENSE
18        -                  Version 3, 19 November 2007
19        -
20        - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21        - Everyone is permitted to copy and distribute verbatim copies
22        - of this license document, but changing it is not allowed.
23        -
24        -                      Preamble
25        -
26        -   The GNU Affero General Public License is a free, copyleft license
27        - for software and other kinds of works, specifically designed to ensure
     10   + The GNU Affero General Public License is a free, copyleft license for
     11   + software and other kinds of works, specifically designed to ensure
     12   + cooperation with the community in the case of network server software.
28   13
29   13
```

N4J_019350

```diff
30    -   The licenses for most software and other practical works are
31    - designed to take away your freedom to share and change the works.  By
32    - contrast, our General Public Licenses are intended to guarantee your
33    - freedom to share and change all versions of a program--to make sure it
34    - remains free software for all its users.
35 14 + The licenses for most software and other practical works are designed
   15 + to take away your freedom to share and change the works.  By contrast,
   16 + our General Public Licenses are intended to guarantee your freedom to
   17 + share and change all versions of a program--to make sure it remains free
   18 + software for all its users.
   19 +
36    -   When we speak of free software, we are referring to freedom, not
   20 + When we speak of free software, we are referring to freedom, not
37 21   price.  Our General Public Licenses are designed to make sure that you
38 22   have the freedom to distribute copies of free software (and charge for
39 23   them if you wish), that you receive source code or can get it if you
40 24   want it, that you can change the software or use pieces of it in new
41 25   free programs, and that you know you can do these things.
42 26
43    -   Developers that use our General Public Licenses protect your rights
   27 + Developers that use our General Public Licenses protect your rights
44 28   with two steps: (1) assert copyright on the software, and (2) offer
45 29   you this License which gives you legal permission to copy, distribute
46 30   and/or modify the software.
47 31
48    -   A secondary benefit of defending all users' freedom is that
   32 + A secondary benefit of defending all users' freedom is that
49 33   improvements made in alternate versions of the program, if they
50 34   receive widespread use, become available for other developers to
51 35   incorporate.  Many developers of free software are heartened and
55 39   letting the public access it on a server without ever releasing its
56 40   source code to the public.
57 41
58    -   The GNU Affero General Public License is designed specifically to
   42 + The GNU Affero General Public License is designed specifically to
59 43   ensure that, in such cases, the modified source code becomes available
60 44   to the community.  It requires the operator of a network server to
61 45   provide the source code of the modified version running there to the
62 46   users of that server.  Therefore, public use of a modified version, on
63 47   a publicly accessible server, gives the public access to the source
64 48   code of the modified version.
65 49
66    -   An older license, called the Affero General Public License and
   50 + An older license, called the Affero General Public License and
67 51   published by Affero, was designed to accomplish similar goals.  This is
68 52   a different license, not a version of the Affero GPL, but Affero has
69 53   released a new version of the Affero GPL which permits relicensing under
70 54   this license.
71 55
72    -   The precise terms and conditions for copying, distribution and
   56 + The precise terms and conditions for copying, distribution and
73 57   modification follow.
74 58
75    -                        TERMS AND CONDITIONS
   59 + TERMS AND CONDITIONS
   60 +
   61 + 0. Definitions.
76 62
77    -   0. Definitions.
   63 + "This License" refers to version 3 of the GNU Affero General Public License.
78 64
79    -   "This License" refers to version 3 of the GNU Affero General Public
80    - License.
```

N4J_019351

```
 65  +  "Copyright" also means copyright-like laws that apply to other kinds of
 66  +  works, such as semiconductor masks.
81  67
82   -  "Copyright" also means copyright-like laws that apply to other kinds
83   -  of works, such as semiconductor masks.
84   -
85   -  "The Program" refers to any copyrightable work licensed under this
     68  +  "The Program" refers to any copyrightable work licensed under this
86   69  License.  Each licensee is addressed as "you".  "Licensees" and
87   70  "recipients" may be individuals or organizations.
88   71
89   -  To "modify" a work means to copy from or adapt all or part of the work
     72  +  To "modify" a work means to copy from or adapt all or part of the work
90   73  in a fashion requiring copyright permission, other than the making of an
91   74  exact copy.  The resulting work is called a "modified version" of the
92   75  earlier work or a work "based on" the earlier work.
93   76
94   -  A "covered work" means either the unmodified Program or a work based
     77  +  A "covered work" means either the unmodified Program or a work based
95   78  on the Program.
96   79
97   -  To "propagate" a work means to do anything with it that, without
     80  +  To "propagate" a work means to do anything with it that, without
98   81  permission, would make you directly or secondarily liable for
99   82  infringement under applicable copyright law, except executing it on a
100  83  computer or modifying a private copy.  Propagation includes copying,
101  84  distribution (with or without modification), making available to the
102  85  public, and in some countries other activities as well.
103  86
104  -  To "convey" a work means any kind of propagation that enables other
     87  +  To "convey" a work means any kind of propagation that enables other
105  88  parties to make or receive copies.  Mere interaction with a user through
106  89  a computer network, with no transfer of a copy, is not conveying.
107  90
108  -  An interactive user interface displays "Appropriate Legal Notices"
     91  +  An interactive user interface displays "Appropriate Legal Notices"
109  92  to the extent that it includes a convenient and prominently visible
110  93  feature that (1) displays an appropriate copyright notice, and (2)
111  94  tells the user that there is no warranty for the work (except to the
114  97  the interface presents a list of user commands or options, such as a
115  98  menu, a prominent item in the list meets this criterion.
116  99
117  -  1. Source Code.
     100 +  1. Source Code.
118  101
119  -  The "source code" for a work means the preferred form of the work
     102 +  The "source code" for a work means the preferred form of the work
120  103  for making modifications to it.  "Object code" means any non-source
121  104  form of a work.
122  105
123  -  A "Standard Interface" means an interface that either is an official
     106 +  A "Standard Interface" means an interface that either is an official
124  107  standard defined by a recognized standards body, or, in the case of
125  108  interfaces specified for a particular programming language, one that
126  109  is widely used among developers working in that language.
127  110
128  -  The "System Libraries" of an executable work include anything, other
     111 +  The "System Libraries" of an executable work include anything, other
129  112  than the work as a whole, that (a) is included in the normal form of
130  113  packaging a Major Component, but which is not part of that Major
131  114  Component, and (b) serves only to enable use of the work with that
136  119  (if any) on which the executable work runs, or a compiler used to
137  120  produce the work, or an object code interpreter used to run it.
```

N4J_019352

```
138   121
139        -   The "Corresponding Source" for a work in object code form means all
      122  +   The "Corresponding Source" for a work in object code form means all
140   123      the source code needed to generate, install, and (for an executable
141   124      work) run the object code and to modify the work, including scripts to
142   125      control those activities.  However, it does not include the work's
149   132      such as by intimate data communication or control flow between those
150   133      subprograms and other parts of the work.
151   134
152        -   The Corresponding Source need not include anything that users
      135  +   The Corresponding Source need not include anything that users
153   136      can regenerate automatically from other parts of the Corresponding
154   137      Source.
155   138
156        -   The Corresponding Source for a work in source code form is that
      139  +   The Corresponding Source for a work in source code form is that
157   140      same work.
158   141
159        -   2. Basic Permissions.
      142  +   2. Basic Permissions.
160   143
161        -   All rights granted under this License are granted for the term of
      144  +   All rights granted under this License are granted for the term of
162   145      copyright on the Program, and are irrevocable provided the stated
163   146      conditions are met.  This License explicitly affirms your unlimited
164   147      permission to run the unmodified Program.  The output from running a
165   148      covered work is covered by this License only if the output, given its
166   149      content, constitutes a covered work.  This License acknowledges your
167   150      rights of fair use or other equivalent, as provided by copyright law.
168   151
169        -   You may make, run and propagate covered works that you do not
      152  +   You may make, run and propagate covered works that you do not
170   153      convey, without conditions so long as your license otherwise remains
171   154      in force.  You may convey covered works to others for the sole purpose
172   155      of having them make modifications exclusively for you, or provide you
177   160      and control, on terms that prohibit them from making any copies of
178   161      your copyrighted material outside their relationship with you.
179   162
180        -   Conveying under any other circumstances is permitted solely under
      163  +   Conveying under any other circumstances is permitted solely under
181   164      the conditions stated below.  Sublicensing is not allowed; section 10
182   165      makes it unnecessary.
183   166
184        -   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
      167  +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185   168
186        -   No covered work shall be deemed part of an effective technological
      169  +   No covered work shall be deemed part of an effective technological
187   170      measure under any applicable law fulfilling obligations under article
188   171      11 of the WIPO copyright treaty adopted on 20 December 1996, or
189   172      similar laws prohibiting or restricting circumvention of such
190   173      measures.
191   174
192        -   When you convey a covered work, you waive any legal power to forbid
      175  +   When you convey a covered work, you waive any legal power to forbid
193   176      circumvention of technological measures to the extent such circumvention
194   177      is effected by exercising rights under this License with respect to
195   178      the covered work, and you disclaim any intention to limit operation or
196   179      modification of the work as a means of enforcing, against the work's
197   180      users, your or third parties' legal rights to forbid circumvention of
198   181      technological measures.
199   182
200        -   4. Conveying Verbatim Copies.
```

N4J_019353

```
183   + 4. Conveying Verbatim Copies.

201   184
202         -  __You may convey verbatim copies of the Program's source code as you
      185   + You may convey verbatim copies of the Program's source code as you
203   186     receive it, in any medium, provided that you conspicuously and
204   187     appropriately publish on each copy an appropriate copyright notice;
205   188     keep intact all notices stating that this License and any
206   189     non-permissive terms added in accord with section 7 apply to the code;
207   190     keep intact all notices of the absence of any warranty; and give all
208   191     recipients a copy of this License along with the Program.
209   192
210         -  __You may charge any price or no price for each copy that you convey,
      193   + You may charge any price or no price for each copy that you convey,
211   194     and you may offer support or warranty protection for a fee.
212   195
213         -  __5. Conveying Modified Source Versions.
      196   + 5. Conveying Modified Source Versions.
214   197
215         -  __You may convey a work based on the Program, or the modifications to
      198   + You may convey a work based on the Program, or the modifications to
216   199     produce it from the Program, in the form of source code under the
217   200     terms of section 4, provided that you also meet all of these conditions:
218   201
219         -  ____a) The work must carry prominent notices stating that you modified
220         -  ____it, and giving a relevant date.
      202   + a) The work must carry prominent notices stating that you modified
      203   + it, and giving a relevant date.
221   204
222         -  ____b) The work must carry prominent notices stating that it is
223         -  ____released under this License and any conditions added under section
224         -  ____7.  This requirement modifies the requirement in section 4 to
225         -  ____"keep intact all notices".
      205   + b) The work must carry prominent notices stating that it is
      206   + released under this License and any conditions added under section
      207   + 7.  This requirement modifies the requirement in section 4 to
      208   + "keep intact all notices".
226   209
227         -  ____c) You must license the entire work, as a whole, under this
228         -  ____License to anyone who comes into possession of a copy.  This
229         -  ____License will therefore apply, along with any applicable section 7
230         -  ____additional terms, to the whole of the work, and all its parts,
231         -  ____regardless of how they are packaged.  This License gives no
232         -  ____permission to license the work in any other way, but it does not
233         -  ____invalidate such permission if you have separately received it.
      210   + c) You must license the entire work, as a whole, under this
      211   + License to anyone who comes into possession of a copy.  This
      212   + License will therefore apply, along with any applicable section 7
      213   + additional terms, to the whole of the work, and all its parts,
      214   + regardless of how they are packaged.  This License gives no
      215   + permission to license the work in any other way, but it does not
      216   + invalidate such permission if you have separately received it.
234   217
235         -  ____d) If the work has interactive user interfaces, each must display
236         -  ____Appropriate Legal Notices; however, if the Program has interactive
237         -  ____interfaces that do not display Appropriate Legal Notices, your
238         -  ____work need not make them do so.
      218   + d) If the work has interactive user interfaces, each must display
      219   + Appropriate Legal Notices; however, if the Program has interactive
      220   + interfaces that do not display Appropriate Legal Notices, your
      221   + work need not make them do so.
239   222
240         -  __A compilation of a covered work with other separate and independent
      223   + A compilation of a covered work with other separate and independent
```

N4J_019354

```
241  224        works, which are not by their nature extensions of the covered work,
242  225        and which are not combined with it such as to form a larger program,
243  226        in or on a volume of a storage or distribution medium, is called an
247  230        in an aggregate does not cause this License to apply to the other
248  231        parts of the aggregate.
249  232
250       -  __6. Conveying Non-Source Forms.
     233  +  6. Conveying Non-Source Forms.
251  234
252       -  __You may convey a covered work in object code form under the terms
     235  +  You may convey a covered work in object code form under the terms
253  236        of sections 4 and 5, provided that you also convey the
254  237        machine-readable Corresponding Source under the terms of this License,
255  238        in one of these ways:
256  239
257       -     ___a) Convey the object code in, or embodied in, a physical product
258       -     ___(including a physical distribution medium), accompanied by the
259       -     ___Corresponding Source fixed on a durable physical medium
260       -     ___customarily used for software interchange.
261       -
262       -     ___b) Convey the object code in, or embodied in, a physical product
263       -     ___(including a physical distribution medium), accompanied by a
264       -     ___written offer, valid for at least three years and valid for as
265       -     ___long as you offer spare parts or customer support for that product
266       -     ___model, to give anyone who possesses the object code either (1) a
267       -     ___copy of the Corresponding Source for all the software in the
268       -     ___product that is covered by this License, on a durable physical
269       -     ___medium customarily used for software interchange, for a price no
270       -     ___more than your reasonable cost of physically performing this
271       -     ___conveying of source, or (2) access to copy the
272       -     ___Corresponding Source from a network server at no charge.
273       -
274       -     ___c) Convey individual copies of the object code with a copy of the
275       -     ___written offer to provide the Corresponding Source.  This
276       -     ___alternative is allowed only occasionally and noncommercially, and
277       -     ___only if you received the object code with such an offer, in accord
278       -     ___with subsection 6b.
279       -
280       -     ___d) Convey the object code by offering access from a designated
281       -     ___place (gratis or for a charge), and offer equivalent access to the
282       -     ___Corresponding Source in the same way through the same place at no
283       -     ___further charge.  You need not require recipients to copy the
284       -     ___Corresponding Source along with the object code.  If the place to
285       -     ___copy the object code is a network server, the Corresponding Source
286       -     ___may be on a different server (operated by you or a third party)
287       -     ___that supports equivalent copying facilities, provided you maintain
288       -     ___clear directions next to the object code saying where to find the
289       -     ___Corresponding Source.  Regardless of what server hosts the
290       -     ___Corresponding Source, you remain obligated to ensure that it is
291       -     ___available for as long as needed to satisfy these requirements.
292       -
293       -     ___e) Convey the object code using peer-to-peer transmission, provided
294       -     ___you inform other peers where the object code and Corresponding
295       -     ___Source of the work are being offered to the general public at no
296       -     ___charge under subsection 6d.
297       -
298       -     __A separable portion of the object code, whose source code is excluded
     240  +  a) Convey the object code in, or embodied in, a physical product
     241  +  (including a physical distribution medium), accompanied by the
     242  +  Corresponding Source fixed on a durable physical medium
     243  +  customarily used for software interchange.
     244  +
     245  +  b) Convey the object code in, or embodied in, a physical product
```

N4J_019355

```
246   + (including a physical distribution medium), accompanied by a
247   + written offer, valid for at least three years and valid for as
248   + long as you offer spare parts or customer support for that product
249   + model, to give anyone who possesses the object code either (1) a
250   + copy of the Corresponding Source for all the software in the
251   + product that is covered by this License, on a durable physical
252   + medium customarily used for software interchange, for a price no
253   + more than your reasonable cost of physically performing this
254   + conveying of source, or (2) access to copy the
255   + Corresponding Source from a network server at no charge.
256   +
257   + c) Convey individual copies of the object code with a copy of the
258   + written offer to provide the Corresponding Source.  This
259   + alternative is allowed only occasionally and noncommercially, and
260   + only if you received the object code with such an offer, in accord
261   + with subsection 6b.
262   +
263   + d) Convey the object code by offering access from a designated
264   + place (gratis or for a charge), and offer equivalent access to the
265   + Corresponding Source in the same way through the same place at no
266   + further charge.  You need not require recipients to copy the
267   + Corresponding Source along with the object code.  If the place to
268   + copy the object code is a network server, the Corresponding Source
269   + may be on a different server (operated by you or a third party)
270   + that supports equivalent copying facilities, provided you maintain
271   + clear directions next to the object code saying where to find the
272   + Corresponding Source.  Regardless of what server hosts the
273   + Corresponding Source, you remain obligated to ensure that it is
274   + available for as long as needed to satisfy these requirements.
275   +
276   + e) Convey the object code using peer-to-peer transmission, provided
277   + you inform other peers where the object code and Corresponding
278   + Source of the work are being offered to the general public at no
279   + charge under subsection 6d.
280   +
281   + A separable portion of the object code, whose source code is excluded
299 282     from the Corresponding Source as a System Library, need not be
300 283     included in conveying the object code work.
301 284
302       - __A "User Product" is either (1) a "consumer product", which means any
    285   + A "User Product" is either (1) a "consumer product", which means any
303 286     tangible personal property which is normally used for personal, family,
304 287     or household purposes, or (2) anything designed or sold for incorporation
305 288     into a dwelling.  In determining whether a product is a consumer product,
312 295     commercial, industrial or non-consumer uses, unless such uses represent
313 296     the only significant mode of use of the product.
314 297
315       - __"Installation Information" for a User Product means any methods,
    298   + "Installation Information" for a User Product means any methods,
316 299     procedures, authorization keys, or other information required to install
317 300     and execute modified versions of a covered work in that User Product from
318 301     a modified version of its Corresponding Source.  The information must
319 302     suffice to ensure that the continued functioning of the modified object
320 303     code is in no case prevented or interfered with solely because
321 304     modification has been made.
322 305
323       - __If you convey an object code work under this section in, or with, or
    306   + If you convey an object code work under this section in, or with, or
324 307     specifically for use in, a User Product, and the conveying occurs as
325 308     part of a transaction in which the right of possession and use of the
326 309     User Product is transferred to the recipient in perpetuity or for a
331 314     modified object code on the User Product (for example, the work has
332 315     been installed in ROM).
```

N4J_019356

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 631 of 1198

```
333  316
334       -  _The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318     requirement to continue to provide support service, warranty, or updates
336  319     for a work that has been modified or installed by the recipient, or for
337  320     the User Product in which it has been modified or installed.  Access to a
338  321     network may be denied when the modification itself materially and
339  322     adversely affects the operation of the network or violates the rules and
340  323     protocols for communication across the network.
341  324

342       -  _Corresponding Source conveyed, and Installation Information provided,
     325  + Corresponding Source conveyed, and Installation Information provided,
343  326     in accord with this section must be in a format that is publicly
344  327     documented (and with an implementation available to the public in
345  328     source code form), and must require no special password or key for
346  329     unpacking, reading or copying.
347  330

348       -  _7. Additional Terms.
     331  + 7. Additional Terms.
349  332

350       -  _"Additional permissions" are terms that supplement the terms of this
     333  + "Additional permissions" are terms that supplement the terms of this
351  334     License by making exceptions from one or more of its conditions.
352  335     Additional permissions that are applicable to the entire Program shall
353  336     be treated as though they were included in this License, to the extent
356  339     under those permissions, but the entire Program remains governed by
357  340     this License without regard to the additional permissions.
358  341

359       -  _When you convey a copy of a covered work, you may at your option
     342  + When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348

366       -  _Notwithstanding any other provision of this License, for material you
     349  + Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352

370       -  ___a) Disclaiming warranty or limiting liability differently from the
371       -  ___terms of sections 15 and 16 of this License; or
     353  + a) Disclaiming warranty or limiting liability differently from the
     354  + terms of sections 15 and 16 of this License; or
372  355

373       -  ___b) Requiring preservation of specified reasonable legal notices or
374       -  ____author attributions in that material or in the Appropriate Legal
375       -  ___Notices displayed by works containing it; or
     356  + b) Requiring preservation of specified reasonable legal notices or
     357  + author attributions in that material or in the Appropriate Legal
     358  + Notices displayed by works containing it; or
376  359

377       -  ___c) Prohibiting misrepresentation of the origin of that material, or
378       -  ____requiring that modified versions of such material be marked in
379       -  ____reasonable ways as different from the original version; or
     360  + c) Prohibiting misrepresentation of the origin of that material, or
     361  + requiring that modified versions of such material be marked in
     362  + reasonable ways as different from the original version; or
380  363

381       -  ___d) Limiting the use for publicity purposes of names of licensors or
382       -  ____authors of the material; or
     364  + d) Limiting the use for publicity purposes of names of licensors or
```

N4J_019357

```
383  365  + authors of the material; or
     366
384       -     e) Declining to grant rights under trademark law for use of some
385       -     trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387       -     f) Requiring indemnification of licensors and authors of that
388       -     material by anyone who conveys the material (or modified versions of
389       -     it) with contractual assumptions of liability to the recipient, for
390       -     any liability that these contractual assumptions directly impose on
391       -     those licensors and authors.
     370  + f) Requiring indemnification of licensors and authors of that
     371  + material by anyone who conveys the material (or modified versions of
     372  + it) with contractual assumptions of liability to the recipient, for
     373  + any liability that these contractual assumptions directly impose on
     374  + those licensors and authors.
392  375
393       -   All other non-permissive additional terms are considered "further
     376  + All other non-permissive additional terms are considered "further
394  377    received it, or any part of it, contains a notice stating that it is
395  378    governed by this License along with a term that is a further restriction,
396       - you may remove that term.  If a license document contains a further
397       - restriction but permits relicensing or conveying under this License, you
398       - may add to a covered work material governed by the terms of that license
399       - document, provided that the further restriction does not survive such
400       - relicensing or conveying.
401       -
402       -   If you add terms to a covered work in accord with this section, you
403       - governed by this License along with a term that is a further
     379  + governed by this License along with a term that is a further
     380  + restriction, you may remove that term.  If a license document contains
     381  + a further restriction but permits relicensing or conveying under this
     382  + License, you may add to a covered work material governed by the terms
     383  + of that license document, provided that the further restriction does
     384  + not survive such relicensing or conveying.
     385  +
     386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408       -   Additional terms, permissive or non-permissive, may be stated in the
     391  + Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
410  393    the above requirements apply either way.
411  394
412       -   8. Termination.
     395  + 8. Termination.
413  396
414       -   You may not propagate or modify a covered work except as expressly
     397  + You may not propagate or modify a covered work except as expressly
415  398    provided under this License.  Any attempt otherwise to propagate or
416  399    modify it is void, and will automatically terminate your rights under
417  400    this License (including any patent licenses granted under the third
418  401    paragraph of section 11).
419  402
420       -   However, if you cease all violation of this License, then your
     403  + However, if you cease all violation of this License, then your
421  404    license from a particular copyright holder is reinstated (a)
422  405    provisionally, unless and until the copyright holder explicitly and
423  406    finally terminates your license, and (b) permanently, if the copyright
424  407    holder fails to notify you of the violation by some reasonable means
```

N4J_019358

```
425  408        prior to 60 days after the cessation.
426  409

427       -    __Moreover, your license from a particular copyright holder is
     410  +  Moreover, your license from a particular copyright holder is
428  411       reinstated permanently if the copyright holder notifies you of the
429  412       violation by some reasonable means, this is the first time you have
430  413       received notice of violation of this License (for any work) from that
431  414       copyright holder, and you cure the violation prior to 30 days after
432  415       your receipt of the notice.
433  416

434       -    __Termination of your rights under this section does not terminate the
     417  +  Termination of your rights under this section does not terminate the
435  418       licenses of parties who have received copies or rights from you under
436  419       this License.  If your rights have been terminated and not permanently
437  420       reinstated, you do not qualify to receive new licenses for the same
438  421       material under section 10.
439  422

440       -    __9. Acceptance Not Required for Having Copies.
     423  +  9. Acceptance Not Required for Having Copies.
441  424

442       -    __You are not required to accept this License in order to receive or
     425  +  You are not required to accept this License in order to receive or
443  426       run a copy of the Program.  Ancillary propagation of a covered work
444  427       occurring solely as a consequence of using peer-to-peer transmission
445  428       to receive a copy likewise does not require acceptance.  However,
448  431       not accept this License.  Therefore, by modifying or propagating a
449  432       covered work, you indicate your acceptance of this License to do so.
450  433

451       -    __10. Automatic Licensing of Downstream Recipients.
     434  +  10. Automatic Licensing of Downstream Recipients.
452  435

453       -    __Each time you convey a covered work, the recipient automatically
     436  +  Each time you convey a covered work, the recipient automatically
454  437       receives a license from the original licensors, to run, modify and
455  438       propagate that work, subject to this License.  You are not responsible
456  439       for enforcing compliance by third parties with this License.
457  440

458       -    __An "entity transaction" is a transaction transferring control of an
     441  +  An "entity transaction" is a transaction transferring control of an
459  442       organization, or substantially all assets of one, or subdividing an
460  443       organization, or merging organizations.  If propagation of a covered
461  444       work results from an entity transaction, each party to that
465  448       Corresponding Source of the work from the predecessor in interest, if
466  449       the predecessor has it or can get it with reasonable efforts.
467  450

468       -    __You may not impose any further restrictions on the exercise of the
     451  +  You may not impose any further restrictions on the exercise of the
469  452       rights granted or affirmed under this License.  For example, you may
470  453       not impose a license fee, royalty, or other charge for exercise of
471  454       rights granted under this License, and you may not initiate litigation
472  455       (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456       any patent claim is infringed by making, using, selling, offering for
474  457       sale, or importing the Program or any portion of it.
475  458

476       -    __11. Patents.
     459  +  11. Patents.
477  460

478       -    __A "contributor" is a copyright holder who authorizes use under this
     461  +  A "contributor" is a copyright holder who authorizes use under this
479  462       License of the Program or a work on which the Program is based.  The
480  463       work thus licensed is called the contributor's "contributor version".
481  464

482       -    __A contributor's "essential patent claims" are all patent claims
```

N4J_019359

10/2/2019     Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 634 of 1198 · GitHub

update-ongdb/LICENSE.txt to Dual License - add in 'Commons Clause' to the GPL licenses · graphfoundation/ongdb@c0b23b2 · GitHub

```
483  465  + A contributor's "essential patent claims" are all patent claims
     466    owned or controlled by the contributor, whether already acquired or
484  467    hereafter acquired, that would be infringed by some manner, permitted
485  468    by this License, of making, using, or selling its contributor version,
489  472    patent sublicenses in a manner consistent with the requirements of
490  473    this License.
491  474

492       -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  +   __Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476    patent license under the contributor's essential patent claims, to
494  477    make, use, sell, offer for sale, import and otherwise run, modify and
495  478    propagate the contents of its contributor version.
496  479

497       -   __In the following three paragraphs, a "patent license" is any express
     480  +   __In the following three paragraphs, a "patent license" is any express
498  481    agreement or commitment, however denominated, not to enforce a patent
499  482    (such as an express permission to practice a patent or covenant not to
500  483    sue for patent infringement).  To "grant" such a patent license to a
501  484    party means to make such an agreement or commitment not to enforce a
502  485    patent against the party.
503  486

504       -   __If you convey a covered work, knowingly relying on a patent license,
     487  +   __If you convey a covered work, knowingly relying on a patent license,
505  488    and the Corresponding Source of the work is not available for anyone
506  489    to copy, free of charge and under the terms of this License, through a
507  490    publicly available network server or other readily accessible means,
515  498    in a country, would infringe one or more identifiable patents in that
516  499    country that you have reason to believe are valid.
517  500

518       -   __If, pursuant to or in connection with a single transaction or
     501  +   __If, pursuant to or in connection with a single transaction or
519  502    arrangement, you convey, or propagate by procuring conveyance of, a
520  503    covered work, and grant a patent license to some of the parties
521  504    receiving the covered work authorizing them to use, propagate, modify
522  505    or convey a specific copy of the covered work, then the patent license
523  506    you grant is automatically extended to all recipients of the covered
524  507    work and works based on it.
525  508

526       -   __A patent license is "discriminatory" if it does not include within
     509  +   __A patent license is "discriminatory" if it does not include within
527  510    the scope of its coverage, prohibits the exercise of, or is
528  511    conditioned on the non-exercise of one or more of the rights that are
529  512    specifically granted under this License.  You may not convey a covered
538  521    contain the covered work, unless you entered into that arrangement,
539  522    or that patent license was granted, prior to 28 March 2007.
540  523

541       -   __Nothing in this License shall be construed as excluding or limiting
     524  +   __Nothing in this License shall be construed as excluding or limiting
542  525    any implied license or other defenses to infringement that may
543  526    otherwise be available to you under applicable patent law.
544  527

545       -   __12. No Surrender of Others' Freedom.
     528  +   12. No Surrender of Others' Freedom.
546  529

547       -   __If conditions are imposed on you (whether by court order, agreement or
     530  +   If conditions are imposed on you (whether by court order, agreement or
548  531    otherwise) that contradict the conditions of this License, they do not
549  532    excuse you from the conditions of this License.  If you cannot convey a
550  533    covered work so as to satisfy simultaneously your obligations under this
554  537    the Program, the only way you could satisfy both those terms and this
555  538    License would be to refrain entirely from conveying the Program.
556  539

557       -   __13. Remote Network Interaction; Use with the GNU General Public License.
```

N4J_019360

```
558   540   + 13. Remote Network Interaction; Use with the GNU General Public License.
      541   +
559         - __Notwithstanding any other provision of this License, if you modify the
      542   + Notwithstanding any other provision of this License, if you modify the
560   543     Program, your modified version must prominently offer all users
561   544     interacting with it remotely through a computer network (if your version
562   545     supports such interaction) an opportunity to receive the Corresponding
567   550     of the GNU General Public License that is incorporated pursuant to the
568   551     following paragraph.
569   552
570         - __Notwithstanding any other provision of this License, you have _permission
571         - to link or combine any covered work with a work licensed _under version 3
572         - of the GNU General Public License into a single _combined work, and to
573         - convey the resulting work. The terms of this _license will continue to
574         - apply to the part which is the covered work, _but the work with which it is
575         - _combined will remain governed by version 3 of the GNU General Public
576         - License.
577         -
578         - __14. Revised Versions of this License.
579         -
580         - __The Free Software Foundation may publish revised and/or new versions of
581         - the GNU Affero General Public License from time to time.  Such new
582         - _versions_ will be similar in spirit to the present version, but may differ
583         - _in detail to_ address new problems or concerns.
584         -
585         - __Each version is given a distinguishing version number.  If the
586         - Program specifies that a certain numbered version of the GNU Affero
587         - _General_ Public License "or any later version" applies to it, you have
588         - _the_ option of following the terms and conditions either of that
589         - _numbered_ version or of any later version published by the Free
590         - _Software_ Foundation.  If the Program does not specify a version number
591         - of the GNU Affero General Public License, you may choose any version
592         - _ever published_ by the Free Software Foundation.
593         -
594         - __If the Program specifies that a proxy can decide which future
595         - versions of the GNU Affero General Public License can be used, that
596         - _proxy's_ public statement of acceptance of a version permanently
597         - _authorizes you_ to choose that version for the Program.
598         -
599         - __Later license versions may give you additional or different
      553   + Notwithstanding any other provision of this License, you have
      554   + _permission_ to link or combine any covered work with a work licensed
      555   + _under version 3_ of the GNU General Public License into a single
      556   + _combined work, and to_ convey the resulting work.  The terms of this
      557   + _License will continue to_ apply to the part which is the covered work,
      558   + _but the work with which it is combined will remain governed by version_
      559   + _3 of the GNU General Public_ License.
      560   +
      561   + 14. Revised Versions of this License.
      562   +
      563   + The Free Software Foundation may publish revised and/or new versions of
      564   + the GNU Affero General Public License from time to time.  Such new _versions_
      565   + will be similar in spirit to the present version, but may differ _in detail to_
      566   + address new problems or concerns.
      567   +
      568   + Each version is given a distinguishing version number.  If the
      569   + Program specifies that a certain numbered version of the GNU Affero _General_
      570   + Public License "or any later version" applies to it, you have _the_
      571   + option of following the terms and conditions either of that _numbered_
      572   + version or of any later version published by the Free _Software_
      573   + Foundation.  If the Program does not specify a version number _of the_
      574   + GNU Affero General Public License, you may choose any version _ever published_
      575   + by the Free Software Foundation.
```

N4J_019361

```
576   +
577   + If the Program specifies that a proxy can decide which future
578   + versions of the GNU Affero General Public License can be used, that proxy's
579   + public statement of acceptance of a version permanently authorizes you
580   + to choose that version for the Program.
581   +
582   + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
602  585    later version.
603  586
604       -   __15. Disclaimer of Warranty.
     587   + 15. Disclaimer of Warranty.
605  588
606       -   __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615       -   __16. Limitation of Liability.
     598   + 16. Limitation of Liability.
616  599
617       -   __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627       -   __17. Interpretation of Sections 15 and 16.
     610   + 17. Interpretation of Sections 15 and 16.
628  611
629       -   __If the disclaimer of warranty and limitation of liability provided
     612   + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618
636       -   _____END OF TERMS AND CONDITIONS
     619   + END OF TERMS AND CONDITIONS
637  620
638       -   _____How to Apply These Terms to Your New Programs
     621   + How to Apply These Terms to Your New Programs
639  622
640       -   __If you develop a new program, and you want it to be of the greatest
     623   + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
643  626
644       -   __To do so, attach the following notices to the program.  It is safest
     627   + To do so, attach the following notices to the program.  It is safest
645  628    to attach them to the start of each source file to most effectively
646  629    state the exclusion of warranty; and each file should have at least
647  630    the "copyright" line and a pointer to where the full notice is found.
648  631
649       -   ____<one line to give the program's name and a brief idea of what it does.>
650       -   ____Copyright (C) <year>  <name of author>
```

N4J_019362

```
       632  + <one line to give the program's name and a brief idea of what it does.>
       633  + Copyright (C) <year>  <name of author>
 651   634
 652        -     This program is free software: you can redistribute it and/or modify
 653        -     it under the terms of the GNU Affero General Public License as
 654        -     published by the Free Software Foundation, either version 3 of the
 655        -     License, or (at your option) any later version.
       635  + This program is free software: you can redistribute it and/or modify
       636  + it under the terms of the GNU Affero General Public License as published by
       637  + the Free Software Foundation, either version 3 of the License, or
       638  + (at your option) any later version.
 656   639
 657        -     This program is distributed in the hope that it will be useful,
 658        -     but WITHOUT ANY WARRANTY; without even the implied warranty of
 659        -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
 660        -     GNU Affero General Public License for more details.
       640  + This program is distributed in the hope that it will be useful,
       641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
       642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       643  + GNU Affero General Public License for more details.
 661   644
 662        -     You should have received a copy of the GNU Affero General Public License
 663        -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
       645  + You should have received a copy of the GNU Affero General Public License
       646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
 664   647
 665   648     Also add information on how to contact you by electronic and paper mail.
 666   649
 667        -   If your software can interact with users remotely through a computer
       650  + If your software can interact with users remotely through a computer
 668   651     network, you should also make sure that it provides a way for users to
 669   652     get its source.  For example, if your program is a web application, its
 670   653     interface could display a "Source" link that leads users to an archive
 671   654     of the code.  There are many ways you could offer source, and different
 672   655     solutions will be better for different programs; see section 13 for the
 673   656     specific requirements.
 674   657
 675        -   You should also get your employer (if you work as a programmer) or school,
       658  + You should also get your employer (if you work as a programmer) or school,
 676   659     if any, to sign a "copyright disclaimer" for the program, if necessary.
 677   660     For more information on this, and how to apply and follow the GNU AGPL, see
 678        - <http://www.gnu.org/licenses/>.
 679        -
 680        -
 681        - "Commons Clause" License Condition
 682        -
 683        - The Software is provided to you by the Licensor under the License, as
 684        - defined below, subject to the following condition. Without limiting
 685        - other conditions in the License, the grant of rights under the License
 686        - will not include, and the License does not grant to you, the right to
 687        - Sell the Software.  For purposes of the foregoing, "Sell" means
 688        - practicing any or all of the rights granted to you under the License
 689        - to provide to third parties, for a fee or other consideration,
 690        - a product or service that consists, entirely or substantially,
 691        - of the Software or the functionality of the Software. Any license
 692        - notice or attribution required by the License must also include
 693        - this Commons Cause License Condition notice.
       661  + <https://www.gnu.org/licenses/>.
```

▽  486 ▦▦▦▦░░  integrationtests/LICENSE.txt  ⎘

```
...   ...   @@ -1,51 +1,35 @@
  1        - NOTICE
```

N4J_019363

```
  1   - This package contains software licensed under different
  2   - licenses, please refer to the NOTICE.txt file for further
  3   - information and LICENSES.txt for full license texts.
        1  + GNU AFFERO GENERAL PUBLIC LICENSE
        2  +   Version 3, 19 November 2007
  5   3  +
  6   - Neo4j Enterprise object code can be licensed independently from
  7   - the source under separate commercial terms. Email inquiries can be
  8   - directed to: licensing@neo4j.com. More information is also
  9   - available at:https://neo4j.com/licensing/
        4  + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
        5  + Everyone is permitted to copy and distribute verbatim copies
        6  + of this license document, but changing it is not allowed.
 10   7  +
 11   - The software ("Software") is developed and owned by Neo4j Sweden AB
 12   - (referred to in this notice as "Neo4j") and is subject to the terms
 13   - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
        8  + Preamble
 14   9  +
 15   -
 16   -
 17   -                    GNU AFFERO GENERAL PUBLIC LICENSE
 18   -                       Version 3, 19 November 2007
 19   -
 20   -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21   -  Everyone is permitted to copy and distribute verbatim copies
 22   -  of this license document, but changing it is not allowed.
 23   -
 24   -                            Preamble
 25   -
 26   -   The GNU Affero General Public License is a free, copyleft license
 27   - for software and other kinds of works, specifically designed to ensure
       10  + The GNU Affero General Public License is a free, copyleft license for
       11  + software and other kinds of works, specifically designed to ensure
 28   12    cooperation with the community in the case of network server software.
 29   13
 30   -   The licenses for most software and other practical works are
 31   - designed to take away your freedom to share and change the works.  By
 32   - contrast, our General Public Licenses are intended to guarantee your
 33   - freedom to share and change all versions of a program--to make sure it
 34   - remains free software for all its users.
       14  + The licenses for most software and other practical works are designed
       15  + to take away your freedom to share and change the works.  By contrast,
       16  + our General Public Licenses are intended to guarantee your freedom to
       17  + share and change all versions of a program--to make sure it remains free
       18  + software for all its users.
 35   19  +
 36   -   When we speak of free software, we are referring to freedom, not
       20  + When we speak of free software, we are referring to freedom, not
 37   21    price.  Our General Public Licenses are designed to make sure that you
 38   22    have the freedom to distribute copies of free software (and charge for
 39   23    them if you wish), that you receive source code or can get it if you
 40   24    want it, that you can change the software or use pieces of it in new
 41   25    free programs, and that you know you can do these things.
 42   26
 43   -   Developers that use our General Public Licenses protect your rights
       27  + Developers that use our General Public Licenses protect your rights
 44   28    with two steps: (1) assert copyright on the software, and (2) offer
 45   29    you this License which gives you legal permission to copy, distribute
 46   30    and/or modify the software.
 47   31
 48   -   A secondary benefit of defending all users' freedom is that
       32  + A secondary benefit of defending all users' freedom is that
```

N4J_019364

```
49   33        improvements made in alternate versions of the program, if they
50   34        receive widespread use, become available for other developers to
51   35        incorporate.  Many developers of free software are heartened and
55   39        letting the public access it on a server without ever releasing its
56   40        source code to the public.
57   41
58        -   __The GNU Affero General Public License is designed specifically to
     42   + The GNU Affero General Public License is designed specifically to
59   43        ensure that, in such cases, the modified source code becomes available
60   44        to the community.  It requires the operator of a network server to
61   45        provide the source code of the modified version running there to the
62   46        users of that server.  Therefore, public use of a modified version, on
63   47        a publicly accessible server, gives the public access to the source
64   48        code of the modified version.
65   49
66        -   __An older license, called the Affero General Public License and
     50   + An older license, called the Affero General Public License and
67   51        published by Affero, was designed to accomplish similar goals.  This is
68   52        a different license, not a version of the Affero GPL, but Affero has
69   53        released a new version of the Affero GPL which permits relicensing under
70   54        this license.
71   55
72        -   __The precise terms and conditions for copying, distribution and
     56   + The precise terms and conditions for copying, distribution and
73   57        modification follow.
74   58
75        -                   TERMS AND CONDITIONS
     59   + TERMS AND CONDITIONS
     60   +
     61   + 0. Definitions.
76   62
77        -   __0. Definitions.
     63   + "This License" refers to version 3 of the GNU Affero General Public License.
78   64
79        -   "This License" refers to version 3 of the GNU Affero General Public
80        - License.
     65   + "Copyright" also means copyright-like laws that apply to other kinds of
     66   + works, such as semiconductor masks.
81   67
82        -   "Copyright" also means copyright-like laws that apply to other kinds
83        - of works, such as semiconductor masks.
84        -
85        -   "The Program" refers to any copyrightable work licensed under this
     68   + "The Program" refers to any copyrightable work licensed under this
86   69        License.  Each licensee is addressed as "you".  "Licensees" and
87   70        "recipients" may be individuals or organizations.
88   71
89        -   __To "modify" a work means to copy from or adapt all or part of the work
     72   + To "modify" a work means to copy from or adapt all or part of the work
90   73        in a fashion requiring copyright permission, other than the making of an
91   74        exact copy.  The resulting work is called a "modified version" of the
92   75        earlier work or a work "based on" the earlier work.
93   76
94        -   __A "covered work" means either the unmodified Program or a work based
     77   + A "covered work" means either the unmodified Program or a work based
95   78        on the Program.
96   79
97        -   __To "propagate" a work means to do anything with it that, without
     80   + To "propagate" a work means to do anything with it that, without
98   81        permission, would make you directly or secondarily liable for
99   82        infringement under applicable copyright law, except executing it on a
100  83        computer or modifying a private copy.  Propagation includes copying,
101  84        distribution (with or without modification), making available to the
```

N4J_019365

```
102    85        public, and in some countries other activities as well.
103    86

104             - __To "convey" a work means any kind of propagation that enables other
       87     + To "convey" a work means any kind of propagation that enables other
105    88        parties to make or receive copies.  Mere interaction with a user through
106    89        a computer network, with no transfer of a copy, is not conveying.
107    90

108             - __An interactive user interface displays "Appropriate Legal Notices"
       91     + An interactive user interface displays "Appropriate Legal Notices"
109    92        to the extent that it includes a convenient and prominently visible
110    93        feature that (1) displays an appropriate copyright notice, and (2)
111    94        tells the user that there is no warranty for the work (except to the
114    97        the interface presents a list of user commands or options, such as a
115    98        menu, a prominent item in the list meets this criterion.
116    99

117             - __1. Source Code.
      100     + 1. Source Code.
118   101

119             - __The "source code" for a work means the preferred form of the work
      102     + The "source code" for a work means the preferred form of the work
120   103        for making modifications to it.  "Object code" means any non-source
121   104        form of a work.
122   105

123             - __A "Standard Interface" means an interface that either is an official
      106     + A "Standard Interface" means an interface that either is an official
124   107        standard defined by a recognized standards body, or, in the case of
125   108        interfaces specified for a particular programming language, one that
126   109        is widely used among developers working in that language.
127   110

128             - __The "System Libraries" of an executable work include anything, other
      111     + The "System Libraries" of an executable work include anything, other
129   112        than the work as a whole, that (a) is included in the normal form of
130   113        packaging a Major Component, but which is not part of that Major
131   114        Component, and (b) serves only to enable use of the work with that
136   119        (if any) on which the executable work runs, or a compiler used to
137   120        produce the work, or an object code interpreter used to run it.
138   121

139             - __The "Corresponding Source" for a work in object code form means all
      122     + The "Corresponding Source" for a work in object code form means all
140   123        the source code needed to generate, install, and (for an executable
141   124        work) run the object code and to modify the work, including scripts to
142   125        control those activities.  However, it does not include the work's
149   132        such as by intimate data communication or control flow between those
150   133        subprograms and other parts of the work.
151   134

152             - __The Corresponding Source need not include anything that users
      135     + The Corresponding Source need not include anything that users
153   136        can regenerate automatically from other parts of the Corresponding
154   137        Source.
155   138

156             - __The Corresponding Source for a work in source code form is that
      139     + The Corresponding Source for a work in source code form is that
157   140        same work.
158   141

159             - __2. Basic Permissions.
      142     + 2. Basic Permissions.
160   143

161             - __All rights granted under this License are granted for the term of
      144     + All rights granted under this License are granted for the term of
162   145        copyright on the Program, and are irrevocable provided the stated
163   146        conditions are met.  This License explicitly affirms your unlimited
164   147        permission to run the unmodified Program.  The output from running a
165   148        covered work is covered by this License only if the output, given its
```

N4J_019366

```
166  149       content, constitutes a covered work.  This License acknowledges your
167  150       rights of fair use or other equivalent, as provided by copyright law.
168  151

169      -  __You may make, run and propagate covered works that you do not
     152  + You may make, run and propagate covered works that you do not
170  153    convey, without conditions so long as your license otherwise remains
171  154    in force.  You may convey covered works to others for the sole purpose
172  155    of having them make modifications exclusively for you, or provide you
177  160    and control, on terms that prohibit them from making any copies of
178  161    your copyrighted material outside their relationship with you.
179  162

180      -  __Conveying under any other circumstances is permitted solely under
     163  + Conveying under any other circumstances is permitted solely under
181  164    the conditions stated below.  Sublicensing is not allowed; section 10
182  165    makes it unnecessary.
183  166

184      -  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186      -  __No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174

192      -  __When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182

200      -  __4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184

202      -  __You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192

210      -  __You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195

213      -  __5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197

215      -  __You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201

219      -  ____a) The work must carry prominent notices stating that you modified
220      -  ____it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
```

N4J_019367

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 642 of 1198
update-vendored dependencies to point at ongdb · neo4j-contrib/osmm@c0b23b2 · GitHub

```
221  204
222        -    __b) The work must carry prominent notices stating that it is
223        -    ____released under this License and any conditions added under section
224        -    ____7.  This requirement modifies the requirement in section 4 to
225        -    ____"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227        -    ____c) You must license the entire work, as a whole, under this
228        -    ____License to anyone who comes into possession of a copy.  This
229        -    ____License will therefore apply, along with any applicable section 7
230        -    ____additional terms, to the whole of the work, and all its parts,
231        -    ____regardless of how they are packaged.  This License gives no
232        -    ____permission to license the work in any other way, but it does not
233        -    ____invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235        -    ____d) If the work has interactive user interfaces, each must display
236        -    ____Appropriate Legal Notices; however, if the Program has interactive
237        -    ____interfaces that do not display Appropriate Legal Notices, your
238        -    ____work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
239  222
240        -  __A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
241  224     works, which are not by their nature extensions of the covered work,
242  225     and which are not combined with it such as to form a larger program,
243  226     in or on a volume of a storage or distribution medium, is called an
247  230     in an aggregate does not cause this License to apply to the other
248  231     parts of the aggregate.
249  232
250        -  __6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252        -  __You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236     of sections 4 and 5, provided that you also convey the
254  237     machine-readable Corresponding Source under the terms of this License,
255  238     in one of these ways:
256  239
257        -    ____a) Convey the object code in, or embodied in, a physical product
258        -    ____(including a physical distribution medium), accompanied by the
259        -    ____Corresponding Source fixed on a durable physical medium
260        -    ____customarily used for software interchange.
261        -    _
262        -    ____b) Convey the object code in, or embodied in, a physical product
263        -    ____(including a physical distribution medium), accompanied by a
264        -    ____written offer, valid for at least three years and valid for as
265        -    ____long as you offer spare parts or customer support for that product
266        -    ____model, to give anyone who possesses the object code either (1) a
267        -    ____copy of the Corresponding Source for all the software in the
268        -    ____product that is covered by this License, on a durable physical
```

N4J_019368

```
269   -   ___medium customarily used for software interchange, for a price no
270   -   ___more than your reasonable cost of physically performing this
271   -   ___conveying of source, or (2) access to copy the
272   -   ___Corresponding Source from a network server at no charge.
273   -
274   -   ___c) Convey individual copies of the object code with a copy of the
275   -   ___written offer to provide the Corresponding Source.  This
276   -   ___alternative is allowed only occasionally and noncommercially, and
277   -   ___only if you received the object code with such an offer, in accord
278   -   ___with subsection 6b.
279   -
280   -   ___d) Convey the object code by offering access from a designated
281   -   ___place (gratis or for a charge), and offer equivalent access to the
282   -   ___Corresponding Source in the same way through the same place at no
283   -   ___further charge.  You need not require recipients to copy the
284   -   ___Corresponding Source along with the object code.  If the place to
285   -   ___copy the object code is a network server, the Corresponding Source
286   -   ___may be on a different server (operated by you or a third party)
287   -   ___that supports equivalent copying facilities, provided you maintain
288   -   ___clear directions next to the object code saying where to find the
289   -   ___Corresponding Source.  Regardless of what server hosts the
290   -   ___Corresponding Source, you remain obligated to ensure that it is
291   -   ___available for as long as needed to satisfy these requirements.
292   -
293   -   ___e) Convey the object code using peer-to-peer transmission, provided
294   -   ___you inform other peers where the object code and Corresponding
295   -   ___Source of the work are being offered to the general public at no
296   -   ___charge under subsection 6d.
297   -
298   -   __A separable portion of the object code, whose source code is excluded
240   + a) Convey the object code in, or embodied in, a physical product
241   + (including a physical distribution medium), accompanied by the
242   + Corresponding Source fixed on a durable physical medium
243   + customarily used for software interchange.
244   +
245   + b) Convey the object code in, or embodied in, a physical product
246   + (including a physical distribution medium), accompanied by a
247   + written offer, valid for at least three years and valid for as
248   + long as you offer spare parts or customer support for that product
249   + model, to give anyone who possesses the object code either (1) a
250   + copy of the Corresponding Source for all the software in the
251   + product that is covered by this License, on a durable physical
252   + medium customarily used for software interchange, for a price no
253   + more than your reasonable cost of physically performing this
254   + conveying of source, or (2) access to copy the
255   + Corresponding Source from a network server at no charge.
256   +
257   + c) Convey individual copies of the object code with a copy of the
258   + written offer to provide the Corresponding Source.  This
259   + alternative is allowed only occasionally and noncommercially, and
260   + only if you received the object code with such an offer, in accord
261   + with subsection 6b.
262   +
263   + d) Convey the object code by offering access from a designated
264   + place (gratis or for a charge), and offer equivalent access to the
265   + Corresponding Source in the same way through the same place at no
266   + further charge.  You need not require recipients to copy the
267   + Corresponding Source along with the object code.  If the place to
268   + copy the object code is a network server, the Corresponding Source
269   + may be on a different server (operated by you or a third party)
270   + that supports equivalent copying facilities, provided you maintain
271   + clear directions next to the object code saying where to find the
272   + Corresponding Source.  Regardless of what server hosts the
```

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 644 of 1198
update-world-class-in-the-database-to-not-violate-its-graph-foundation/ongdb · GitHub

```
273   + Corresponding Source, you remain obligated to ensure that it is
274   + available for as long as needed to satisfy these requirements.
275   +
276   + e) Convey the object code using peer-to-peer transmission, provided
277   + you inform other peers where the object code and Corresponding
278   + Source of the work are being offered to the general public at no
279   + charge under subsection 6d.
280   +
281   + A separable portion of the object code, whose source code is excluded
299   282     from the Corresponding Source as a System Library, need not be
300   283     included in conveying the object code work.
301   284

302       -   __A "User Product" is either (1) a "consumer product", which means any
      285   + A "User Product" is either (1) a "consumer product", which means any
303   286     tangible personal property which is normally used for personal, family,
304   287     or household purposes, or (2) anything designed or sold for incorporation
305   288     into a dwelling.  In determining whether a product is a consumer product,
312   295     commercial, industrial or non-consumer uses, unless such uses represent
313   296     the only significant mode of use of the product.
314   297

315       -   __"Installation Information" for a User Product means any methods,
      298   + "Installation Information" for a User Product means any methods,
316   299     procedures, authorization keys, or other information required to install
317   300     and execute modified versions of a covered work in that User Product from
318   301     a modified version of its Corresponding Source.  The information must
319   302     suffice to ensure that the continued functioning of the modified object
320   303     code is in no case prevented or interfered with solely because
321   304     modification has been made.
322   305

323       -   __If you convey an object code work under this section in, or with, or
      306   + If you convey an object code work under this section in, or with, or
324   307     specifically for use in, a User Product, and the conveying occurs as
325   308     part of a transaction in which the right of possession and use of the
326   309     User Product is transferred to the recipient in perpetuity or for a
331   314     modified object code on the User Product (for example, the work has
332   315     been installed in ROM).
333   316

334       -   __The requirement to provide Installation Information does not include a
      317   + The requirement to provide Installation Information does not include a
335   318     requirement to continue to provide support service, warranty, or updates
336   319     for a work that has been modified or installed by the recipient, or for
337   320     the User Product in which it has been modified or installed.  Access to a
338   321     network may be denied when the modification itself materially and
339   322     adversely affects the operation of the network or violates the rules and
340   323     protocols for communication across the network.
341   324

342       -   __Corresponding Source conveyed, and Installation Information provided,
      325   + Corresponding Source conveyed, and Installation Information provided,
343   326     in accord with this section must be in a format that is publicly
344   327     documented (and with an implementation available to the public in
345   328     source code form), and must require no special password or key for
346   329     unpacking, reading or copying.
347   330

348       -   __7. Additional Terms.
      331   + 7. Additional Terms.
349   332

350       -   __"Additional permissions" are terms that supplement the terms of this
      333   + "Additional permissions" are terms that supplement the terms of this
351   334     License by making exceptions from one or more of its conditions.
352   335     Additional permissions that are applicable to the entire Program shall
353   336     be treated as though they were included in this License, to the extent
356   339     under those permissions, but the entire Program remains governed by
357   340     this License without regard to the additional permissions.
```

| 358 | 341 | |
| 359 | | - ___When you convey a copy of a covered work, you may at your option |
| | 342 | + When you convey a copy of a covered work, you may at your option |
| 360 | 343 | remove any additional permissions from that copy, or from any part of |
| 361 | 344 | it.  (Additional permissions may be written to require their own |
| 362 | 345 | removal in certain cases when you modify the work.)  You may place |
| 363 | 346 | additional permissions on material, added by you to a covered work, |
| 364 | 347 | for which you have or can give appropriate copyright permission. |
| 365 | 348 | |
| 366 | | - ___Notwithstanding any other provision of this License, for material you |
| | 349 | + Notwithstanding any other provision of this License, for material you |
| 367 | 350 | add to a covered work, you may (if authorized by the copyright holders of |
| 368 | 351 | that material) supplement the terms of this License with terms: |
| 369 | 352 | |
| 370 | | - ___a) Disclaiming warranty or limiting liability differently from the |
| 371 | | - ___terms of sections 15 and 16 of this License; or |
| | 353 | + a) Disclaiming warranty or limiting liability differently from the |
| | 354 | + terms of sections 15 and 16 of this License; or |
| 372 | 355 | |
| 373 | | - ___b) Requiring preservation of specified reasonable legal notices or |
| 374 | | - ___author attributions in that material or in the Appropriate Legal |
| 375 | | - ___Notices displayed by works containing it; or |
| | 356 | + b) Requiring preservation of specified reasonable legal notices or |
| | 357 | + author attributions in that material or in the Appropriate Legal |
| | 358 | + Notices displayed by works containing it; or |
| 376 | 359 | |
| 377 | | - ___c) Prohibiting misrepresentation of the origin of that material, or |
| 378 | | - ___requiring that modified versions of such material be marked in |
| 379 | | - ___reasonable ways as different from the original version; or |
| | 360 | + c) Prohibiting misrepresentation of the origin of that material, or |
| | 361 | + requiring that modified versions of such material be marked in |
| | 362 | + reasonable ways as different from the original version; or |
| 380 | 363 | |
| 381 | | - ___d) Limiting the use for publicity purposes of names of licensors or |
| 382 | | - ___authors of the material; or |
| | 364 | + d) Limiting the use for publicity purposes of names of licensors or |
| | 365 | + authors of the material; or |
| 383 | 366 | |
| 384 | | - ___e) Declining to grant rights under trademark law for use of some |
| 385 | | - ___trade names, trademarks, or service marks; or |
| | 367 | + e) Declining to grant rights under trademark law for use of some |
| | 368 | + trade names, trademarks, or service marks; or |
| 386 | 369 | |
| 387 | | - ___f) Requiring indemnification of licensors and authors of that |
| 388 | | - ___material by anyone who conveys the material (or modified versions of |
| 389 | | - ___it) with contractual assumptions of liability to the recipient, for |
| 390 | | - ___any liability that these contractual assumptions directly impose on |
| 391 | | - ___those licensors and authors. |
| | 370 | + f) Requiring indemnification of licensors and authors of that |
| | 371 | + material by anyone who conveys the material (or modified versions of |
| | 372 | + it) with contractual assumptions of liability to the recipient, for |
| | 373 | + any liability that these contractual assumptions directly impose on |
| | 374 | + those licensors and authors. |
| 392 | 375 | |
| 393 | | - ___All other non-permissive additional terms are considered "further |
| | 376 | + All other non-permissive additional terms are considered "further |
| 394 | 377 | restrictions" within the meaning of section 10.  If the Program as you |
| 395 | 378 | received it, or any part of it, contains a notice stating that it is |
| 396 | | - governed by this License along with a term that is a further restriction, |
| 397 | | - you may remove that term.  If a license document contains a further |
| 398 | | - restriction but permits relicensing or conveying under this License, you |
| 399 | | - may add to a covered work material governed by the terms of that license |
| 400 | | - document, provided that the further restriction does not survive such |

N4J_019371

```
401           - relicensing or conveying.
402           -
403           - __If you add terms to a covered work in accord with this section, you
      379     + governed by this License along with a term that is a further
      380     + restriction, you may remove that term.  If a license document contains
      381     + a further restriction but permits relicensing or conveying under this
      382     + License, you may add to a covered work material governed by the terms
      383     + of that license document, provided that the further restriction does
      384     + not survive such relicensing or conveying.
      385     +
      386     + If you add terms to a covered work in accord with this section, you
404   387       must place, in the relevant source files, a statement of the
405   388       additional terms that apply to those files, or a notice indicating
406   389       where to find the applicable terms.
407   390
408           - __Additional terms, permissive or non-permissive, may be stated in the
      391     + Additional terms, permissive or non-permissive, may be stated in the
409   392       form of a separately written license, or stated as exceptions;
410   393       the above requirements apply either way.
411   394
412           - __8. Termination.
      395     + 8. Termination.
413   396
414           - __You may not propagate or modify a covered work except as expressly
      397     + You may not propagate or modify a covered work except as expressly
415   398       provided under this License.  Any attempt otherwise to propagate or
416   399       modify it is void, and will automatically terminate your rights under
417   400       this License (including any patent licenses granted under the third
418   401       paragraph of section 11).
419   402
420           - __However, if you cease all violation of this License, then your
      403     + However, if you cease all violation of this License, then your
421   404       license from a particular copyright holder is reinstated (a)
422   405       provisionally, unless and until the copyright holder explicitly and
423   406       finally terminates your license, and (b) permanently, if the copyright
424   407       holder fails to notify you of the violation by some reasonable means
425   408       prior to 60 days after the cessation.
426   409
427           - __Moreover, your license from a particular copyright holder is
      410     + Moreover, your license from a particular copyright holder is
428   411       reinstated permanently if the copyright holder notifies you of the
429   412       violation by some reasonable means, this is the first time you have
430   413       received notice of violation of this License (for any work) from that
431   414       copyright holder, and you cure the violation prior to 30 days after
432   415       your receipt of the notice.
433   416
434           - __Termination of your rights under this section does not terminate the
      417     + Termination of your rights under this section does not terminate the
435   418       licenses of parties who have received copies or rights from you under
436   419       this License.  If your rights have been terminated and not permanently
437   420       reinstated, you do not qualify to receive new licenses for the same
438   421       material under section 10.
439   422
440           - __9. Acceptance Not Required for Having Copies.
      423     + 9. Acceptance Not Required for Having Copies.
441   424
442           - __You are not required to accept this License in order to receive or
      425     + You are not required to accept this License in order to receive or
443   426       run a copy of the Program.  Ancillary propagation of a covered work
444   427       occurring solely as a consequence of using peer-to-peer transmission
445   428       to receive a copy likewise does not require acceptance.  However,
448   431       not accept this License.  Therefore, by modifying or propagating a
449   432       covered work, you indicate your acceptance of this License to do so.
```

N4J_019372

| | | |
|---|---|---|
| 450 | 433 | |
| 451 | | -   10. Automatic Licensing of Downstream Recipients. |
| | 434 | + 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | |
| 453 | | -   Each time you convey a covered work, the recipient automatically |
| | 436 | + Each time you convey a covered work, the recipient automatically |
| 454 | 437 | receives a license from the original licensors, to run, modify and |
| 455 | 438 | propagate that work, subject to this License. You are not responsible |
| 456 | 439 | for enforcing compliance by third parties with this License. |
| 457 | 440 | |
| 458 | | -   An "entity transaction" is a transaction transferring control of an |
| | 441 | + An "entity transaction" is a transaction transferring control of an |
| 459 | 442 | organization, or substantially all assets of one, or subdividing an |
| 460 | 443 | organization, or merging organizations. If propagation of a covered |
| 461 | 444 | work results from an entity transaction, each party to that |
| 465 | 448 | Corresponding Source of the work from the predecessor in interest, if |
| 466 | 449 | the predecessor has it or can get it with reasonable efforts. |
| 467 | 450 | |
| 468 | | -   You may not impose any further restrictions on the exercise of the |
| | 451 | + You may not impose any further restrictions on the exercise of the |
| 469 | 452 | rights granted or affirmed under this License. For example, you may |
| 470 | 453 | not impose a license fee, royalty, or other charge for exercise of |
| 471 | 454 | rights granted under this License, and you may not initiate litigation |
| 472 | 455 | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 473 | 456 | any patent claim is infringed by making, using, selling, offering for |
| 474 | 457 | sale, or importing the Program or any portion of it. |
| 475 | 458 | |
| 476 | | -   11. Patents. |
| | 459 | + 11. Patents. |
| 477 | 460 | |
| 478 | | -   A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 479 | 462 | License of the Program or a work on which the Program is based. The |
| 480 | 463 | work thus licensed is called the contributor's "contributor version". |
| 481 | 464 | |
| 482 | | -   A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 483 | 466 | owned or controlled by the contributor, whether already acquired or |
| 484 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 485 | 468 | by this License, of making, using, or selling its contributor version, |
| 489 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 490 | 473 | this License. |
| 491 | 474 | |
| 492 | | -   Each contributor grants you a non-exclusive, worldwide, royalty-free |
| | 475 | + Each contributor grants you a non-exclusive, worldwide, royalty-free |
| 493 | 476 | patent license under the contributor's essential patent claims, to |
| 494 | 477 | make, use, sell, offer for sale, import and otherwise run, modify and |
| 495 | 478 | propagate the contents of its contributor version. |
| 496 | 479 | |
| 497 | | -   In the following three paragraphs, a "patent license" is any express |
| | 480 | + In the following three paragraphs, a "patent license" is any express |
| 498 | 481 | agreement or commitment, however denominated, not to enforce a patent |
| 499 | 482 | (such as an express permission to practice a patent or covenant not to |
| 500 | 483 | sue for patent infringement). To "grant" such a patent license to a |
| 501 | 484 | party means to make such an agreement or commitment not to enforce a |
| 502 | 485 | patent against the party. |
| 503 | 486 | |
| 504 | | -   If you convey a covered work, knowingly relying on a patent license, |
| | 487 | + If you convey a covered work, knowingly relying on a patent license, |
| 505 | 488 | and the Corresponding Source of the work is not available for anyone |
| 506 | 489 | to copy, free of charge and under the terms of this License, through a |
| 507 | 490 | publicly available network server or other readily accessible means, |
| 515 | 498 | in a country, would infringe one or more identifiable patents in that |

N4J_019373

```
516  499       country that you have reason to believe are valid.
517  500
518       -    - __If, pursuant to or in connection with a single transaction or
     501  +    If, pursuant to or in connection with a single transaction or
519  502       arrangement, you convey, or propagate by procuring conveyance of, a
520  503       covered work, and grant a patent license to some of the parties
521  504       receiving the covered work authorizing them to use, propagate, modify
522  505       or convey a specific copy of the covered work, then the patent license
523  506       you grant is automatically extended to all recipients of the covered
524  507       work and works based on it.
525  508
526       -    - __A patent license is "discriminatory" if it does not include within
     509  +    A patent license is "discriminatory" if it does not include within
527  510       the scope of its coverage, prohibits the exercise of, or is
528  511       conditioned on the non-exercise of one or more of the rights that are
529  512       specifically granted under this License.  You may not convey a covered
538  521       contain the covered work, unless you entered into that arrangement,
539  522       or that patent license was granted, prior to 28 March 2007.
540  523
541       -    - __Nothing in this License shall be construed as excluding or limiting
     524  +    Nothing in this License shall be construed as excluding or limiting
542  525       any implied license or other defenses to infringement that may
543  526       otherwise be available to you under applicable patent law.
544  527
545       -    - __12. No Surrender of Others' Freedom.
     528  +    12. No Surrender of Others' Freedom.
546  529
547       -    - __If conditions are imposed on you (whether by court order, agreement or
     530  +    If conditions are imposed on you (whether by court order, agreement or
548  531       otherwise) that contradict the conditions of this License, they do not
549  532       excuse you from the conditions of this License.  If you cannot convey a
550  533       covered work so as to satisfy simultaneously your obligations under this
554  537       the Program, the only way you could satisfy both those terms and this
555  538       License would be to refrain entirely from conveying the Program.
556  539
557       -    - __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +    13. Remote Network Interaction; Use with the GNU General Public License.
558  541
559       -    - __Notwithstanding any other provision of this License, if you modify the
     542  +    Notwithstanding any other provision of this License, if you modify the
560  543       Program, your modified version must prominently offer all users
561  544       interacting with it remotely through a computer network (if your version
562  545       supports such interaction) an opportunity to receive the Corresponding
567  550       of the GNU General Public License that is incorporated pursuant to the
568  551       following paragraph.
569  552
570       -    - __Notwithstanding any other provision of this License, you have permission
571       -    - to link or combine any covered work with a work licensed under version 3
572       -    - of the GNU General Public License into a single combined work, and to
573       -    - convey the resulting work.  The terms of this License will continue to
574       -    - apply to the part which is the covered work, but the work with which it is
575       -    - combined will remain governed by version 3 of the GNU General Public
576       -    - License.
577       -    -
578       -    - __14. Revised Versions of this License.
579       -    -
580       -    - __The Free Software Foundation may publish revised and/or new versions of
581       -    - the GNU Affero General Public License from time to time.  Such new
582       -    - versions will be similar in spirit to the present version, but may differ
583       -    - in detail to address new problems or concerns.
584       -    -
585       -    - __Each version is given a distinguishing version number.  If the
586       -    - Program specifies that a certain numbered version of the GNU Affero
```

N4J_019374

```
587   -  General Public License "or any later version" applies to it, you have
588   -  the option of following the terms and conditions either of that
589   -  numbered version or of any later version published by the Free
590   -  Software Foundation.  If the Program does not specify a version number
591   -  of the GNU Affero General Public License, you may choose any version
592   -  ever published by the Free Software Foundation.
593   -
594   -    If the Program specifies that a proxy can decide which future
595   -  versions of the GNU Affero General Public License can be used, that
596   -  proxy's public statement of acceptance of a version permanently
597   -  authorizes you to choose that version for the Program.
598   -
599   -    Later license versions may give you additional or different
      553  +  Notwithstanding any other provision of this License, you have
      554  +  permission to link or combine any covered work with a work licensed
      555  +  under version 3 of the GNU General Public License into a single
      556  +  combined work, and to convey the resulting work.  The terms of this
      557  +  License will continue to apply to the part which is the covered work,
      558  +  but the work with which it is combined will remain governed by version
      559  +  3 of the GNU General Public License.
      560  +
      561  +  14. Revised Versions of this License.
      562  +
      563  +  The Free Software Foundation may publish revised and/or new versions of
      564  +  the GNU Affero General Public License from time to time.  Such new versions
      565  +  will be similar in spirit to the present version, but may differ in detail to
      566  +  address new problems or concerns.
      567  +
      568  +  Each version is given a distinguishing version number.  If the
      569  +  Program specifies that a certain numbered version of the GNU Affero General
      570  +  Public License "or any later version" applies to it, you have the
      571  +  option of following the terms and conditions either of that numbered
      572  +  version or of any later version published by the Free Software
      573  +  Foundation.  If the Program does not specify a version number of the
      574  +  GNU Affero General Public License, you may choose any version ever published
      575  +  by the Free Software Foundation.
      576  +
      577  +  If the Program specifies that a proxy can decide which future
      578  +  versions of the GNU Affero General Public License can be used, that proxy's
      579  +  public statement of acceptance of a version permanently authorizes you
      580  +  to choose that version for the Program.
      581  +
      582  +  Later license versions may give you additional or different
600   583     permissions.  However, no additional obligations are imposed on any
601   584     author or copyright holder as a result of your choosing to follow a
602   585     later version.
603   586
604        -    15. Disclaimer of Warranty.
      587  +  15. Disclaimer of Warranty.
605   588
606        -    THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589  +  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615        -    16. Limitation of Liability.
      598  +  16. Limitation of Liability.
616   599
617        -    IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600  +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
```

```
618   601        WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602        THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603        GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607        EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608        SUCH DAMAGES.
626   609
627       -   __17. Interpretation of Sections 15 and 16.
      610   +   17. Interpretation of Sections 15 and 16.
628   611
629       -   __If the disclaimer of warranty and limitation of liability provided
      612   +   If the disclaimer of warranty and limitation of liability provided
630   613        above cannot be given local legal effect according to their terms,
631   614        reviewing courts shall apply local law that most closely approximates
632   615        an absolute waiver of all civil liability in connection with the
633   616        Program, unless a warranty or assumption of liability accompanies a
634   617        copy of the Program in return for a fee.
635   618
636       -   _____END OF TERMS AND CONDITIONS
      619   +   END OF TERMS AND CONDITIONS
637   620
638       -   _____How to Apply These Terms to Your New Programs
      621   +   How to Apply These Terms to Your New Programs
639   622
640       -   __If you develop a new program, and you want it to be of the greatest
      623   +   If you develop a new program, and you want it to be of the greatest
641   624        possible use to the public, the best way to achieve this is to make it
642   625        free software which everyone can redistribute and change under these terms.
643   626
644       -   __To so so, attach the following notices to the program.  It is safest
      627   +   To so so, attach the following notices to the program.  It is safest
645   628        to attach them to the start of each source file to most effectively
646   629        state the exclusion of warranty; and each file should have at least
647   630        the "copyright" line and a pointer to where the full notice is found.
648   631
649       -   ____<one line to give the program's name and a brief idea of what it does.>
650       -   ____Copyright (C) <year>  <name of author>
      632   +   <one line to give the program's name and a brief idea of what it does.>
      633   +   Copyright (C) <year>  <name of author>
651   634
652       -   ____This program is free software: you can redistribute it and/or modify
653       -   ____it under the terms of the GNU Affero General Public License as
654       -   ____published by the Free Software Foundation, either version 3 of the
655       -   ____License, or (at your option) any later version.
      635   +   This program is free software: you can redistribute it and/or modify
      636   +   it under the terms of the GNU Affero General Public License as published by
      637   +   the Free Software Foundation, either version 3 of the License, or
      638   +   (at your option) any later version.
656   639
657       -   ____This program is distributed in the hope that it will be useful,
658       -   ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -   ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -   ____GNU Affero General Public License for more details.
      640   +   This program is distributed in the hope that it will be useful,
      641   +   but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   +   MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   +   GNU Affero General Public License for more details.
661   644
662       -   ____You should have received a copy of the GNU Affero General Public License
663       -   ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   +   You should have received a copy of the GNU Affero General Public License
      646   +   along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648        Also add information on how to contact you by electronic and paper mail.
```



```
666  649
667       -   If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651    network, you should also make sure that it provides a way for users to
669  652    get its source.  For example, if your program is a web application, its
670  653    interface could display a "Source" link that leads users to an archive
671  654    of the code.  There are many ways you could offer source, and different
672  655    solutions will be better for different programs; see section 13 for the
673  656    specific requirements.
674  657
675       -   You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659    if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660    For more information on this, and how to apply and follow the GNU AGPL, see
678       - <http://www.gnu.org/licenses/>.
679       -
680       -
681       - "Commons Clause" License Condition
682       -
683       - The Software is provided to you by the Licensor under the License, as
684       - defined below, subject to the following condition. Without limiting
685       - other conditions in the License, the grant of rights under the License
686       - will not include, and the License does not grant to you, the right to
687       - Sell the Software.  For purposes of the foregoing, "Sell" means
688       - practicing any or all of the rights granted to you under the License
689       - to provide to third parties, for a fee or other consideration,
690       - a product or service that consists, entirely or substantially,
691       - of the Software or the functionality of the Software. Any license
692       - notice or attribution required by the License must also include
693       - this Commons Cause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```

453 ■■■■ packaging/LICENSE.txt

```
...  ...  @@ -1,35 +1,35 @@
1         -                  GNU AFFERO GENERAL PUBLIC LICENSE
2         -                  Version 3, 19 November 2007
     1    + GNU AFFERO GENERAL PUBLIC LICENSE
     2    +   Version 3, 19 November 2007
3    3
4         - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
5         - Everyone is permitted to copy and distribute verbatim copies
6         - of this license document, but changing it is not allowed.
     4    + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
     5    + Everyone is permitted to copy and distribute verbatim copies
     6    + of this license document, but changing it is not allowed.
7    7
8         -                         Preamble
     8    + Preamble
9    9
10        -   The GNU Affero General Public License is a free, copyleft license
11        - for software and other kinds of works, specifically designed to ensure
     10   + The GNU Affero General Public License is a free, copyleft license for
     11   + software and other kinds of works, specifically designed to ensure
12   12    cooperation with the community in the case of network server software.
13   13
14        -   The licenses for most software and other practical works are
15        - designed to take away your freedom to share and change the works.  By
16        - contrast, our General Public Licenses are intended to guarantee your
17        - freedom to share and change all versions of a program--to make sure it
18        - remains free software for all its users.
     14   + The licenses for most software and other practical works are designed
     15   + to take away your freedom to share and change the works.  By contrast,
```

N4J_019377

```
 16        + our General Public Licenses are intended to guarantee your freedom to
 17        + share and change all versions of a program--to make sure it remains free
 18        + software for all its users.
 19   19
 20        - __When we speak of free software, we are referring to freedom, not
      20   + When we speak of free software, we are referring to freedom, not
 21   21    price.  Our General Public Licenses are designed to make sure that you
 22   22    have the freedom to distribute copies of free software (and charge for
 23   23    them if you wish), that you receive source code or can get it if you
 24   24    want it, that you can change the software or use pieces of it in new
 25   25    free programs, and that you know you can do these things.
 26   26
 27        - __Developers that use our General Public Licenses protect your rights
      27   + Developers that use our General Public Licenses protect your rights
 28   28    with two steps: (1) assert copyright on the software, and (2) offer
 29   29    you this License which gives you legal permission to copy, distribute
 30   30    and/or modify the software.
 31   31
 32        - __A secondary benefit of defending all users' freedom is that
      32   + A secondary benefit of defending all users' freedom is that
 33   33    improvements made in alternate versions of the program, if they
 34   34    receive widespread use, become available for other developers to
 35   35    incorporate.  Many developers of free software are heartened and
 39   39    letting the public access it on a server without ever releasing its
 40   40    source code to the public.
 41   41
 42        - __The GNU Affero General Public License is designed specifically to
      42   + The GNU Affero General Public License is designed specifically to
 43   43    ensure that, in such cases, the modified source code becomes available
 44   44    to the community.  It requires the operator of a network server to
 45   45    provide the source code of the modified version running there to the
 46   46    users of that server.  Therefore, public use of a modified version, on
 47   47    a publicly accessible server, gives the public access to the source
 48   48    code of the modified version.
 49   49
 50        - __An older license, called the Affero General Public License and
      50   + An older license, called the Affero General Public License and
 51   51    published by Affero, was designed to accomplish similar goals.  This is
 52   52    a different license, not a version of the Affero GPL, but Affero has
 53   53    released a new version of the Affero GPL which permits relicensing under
 54   54    this license.
 55   55
 56        - __The precise terms and conditions for copying, distribution and
      56   + The precise terms and conditions for copying, distribution and
 57   57    modification follow.
 58   58
 59        - _____TERMS AND CONDITIONS
      59   + TERMS AND CONDITIONS
 60   60
 61        - __0. Definitions.
      61   + 0. Definitions.
 62   62
 63        -   "This License" refers to version 3 of the GNU Affero General Public
 64        - License.
      63   + "This License" refers to version 3 of the GNU Affero General Public License.
 65   64
 66        - __"Copyright" also means copyright-like laws that apply to other kinds
 67        - of works, such as semiconductor masks.
      65   + "Copyright" also means copyright-like laws that apply to other kinds of
      66   + works, such as semiconductor masks.
 68   67
 69        - __"The Program" refers to any copyrightable work licensed under this
      68   + "The Program" refers to any copyrightable work licensed under this
```

N4J_019378

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 653 of 1198 · GitHub

Update v0100.55.txt file to enhance readability and add in footnotes. by chop0 · Pull Request #2 · graphfoundation/ongdb-legal · GitHub

| 70 | 69 | | License. Each licensee is addressed as "you". "Licensees" and |
| 71 | 70 | | "recipients" may be individuals or organizations. |
| 72 | 71 | | |
| 73 | | - | __To "modify" a work means to copy from or adapt all or part of the work |
| | 72 | + | To "modify" a work means to copy from or adapt all or part of the work |
| 74 | 73 | | in a fashion requiring copyright permission, other than the making of an |
| 75 | 74 | | exact copy. The resulting work is called a "modified version" of the |
| 76 | 75 | | earlier work or a work "based on" the earlier work. |
| 77 | 76 | | |
| 78 | | - | __A "covered work" means either the unmodified Program or a work based |
| | 77 | + | A "covered work" means either the unmodified Program or a work based |
| 79 | 78 | | on the Program. |
| 80 | 79 | | |
| 81 | | - | __To "propagate" a work means to do anything with it that, without |
| | 80 | + | To "propagate" a work means to do anything with it that, without |
| 82 | 81 | | permission, would make you directly or secondarily liable for |
| 83 | 82 | | infringement under applicable copyright law, except executing it on a |
| 84 | 83 | | computer or modifying a private copy. Propagation includes copying, |
| 85 | 84 | | distribution (with or without modification), making available to the |
| 86 | 85 | | public, and in some countries other activities as well. |
| 87 | 86 | | |
| 88 | | - | __To "convey" a work means any kind of propagation that enables other |
| | 87 | + | To "convey" a work means any kind of propagation that enables other |
| 89 | 88 | | parties to make or receive copies. Mere interaction with a user through |
| 90 | 89 | | a computer network, with no transfer of a copy, is not conveying. |
| 91 | 90 | | |
| 92 | | - | __An interactive user interface displays "Appropriate Legal Notices" |
| | 91 | + | An interactive user interface displays "Appropriate Legal Notices" |
| 93 | 92 | | to the extent that it includes a convenient and prominently visible |
| 94 | 93 | | feature that (1) displays an appropriate copyright notice, and (2) |
| 95 | 94 | | tells the user that there is no warranty for the work (except to the |
| 98 | 97 | | the the interface presents a list of user commands or options, such as a |
| 99 | 98 | | menu, a prominent item in the list meets this criterion. |
| 100 | 99 | | |
| 101 | | - | __1. Source Code. |
| | 100 | + | 1. Source Code. |
| 102 | 101 | | |
| 103 | | - | __The "source code" for a work means the preferred form of the work |
| | 102 | + | The "source code" for a work means the preferred form of the work |
| 104 | 103 | | for making modifications to it. "Object code" means any non-source |
| 105 | 104 | | form of a work. |
| 106 | 105 | | |
| 107 | | - | __A "Standard Interface" means an interface that either is an official |
| | 106 | + | A "Standard Interface" means an interface that either is an official |
| 108 | 107 | | standard defined by a recognized standards body, or, in the case of |
| 109 | 108 | | interfaces specified for a particular programming language, one that |
| 110 | 109 | | is widely used among developers working in that language. |
| 111 | 110 | | |
| 112 | | - | __The "System Libraries" of an executable work include anything, other |
| | 111 | + | The "System Libraries" of an executable work include anything, other |
| 113 | 112 | | than the work as a whole, that (a) is included in the normal form of |
| 114 | 113 | | packaging a Major Component, but which is not part of that Major |
| 115 | 114 | | Component, and (b) serves only to enable use of the work with that |
| 120 | 119 | | (if any) on which the executable work runs, or a compiler used to |
| 121 | 120 | | produce the work, or an object code interpreter used to run it. |
| 122 | 121 | | |
| 123 | | - | __The "Corresponding Source" for a work in object code form means all |
| | 122 | + | The "Corresponding Source" for a work in object code form means all |
| 124 | 123 | | the source code needed to generate, install, and (for an executable |
| 125 | 124 | | work) run the object code and to modify the work, including scripts to |
| 126 | 125 | | control those activities. However, it does not include the work's |
| 133 | 132 | | such as by intimate data communication or control flow between those |
| 134 | 133 | | subprograms and other parts of the work. |

N4J_019379

| 135 | 134 | |
|---|---|---|
| 136 | | - __The Corresponding Source need not include anything that users |
| | 135 | + The Corresponding Source need not include anything that users |
| 137 | 136 | can regenerate automatically from other parts of the Corresponding |
| 138 | 137 | Source. |
| 139 | 138 | |
| 140 | | - __The Corresponding Source for a work in source code form is that |
| | 139 | + The Corresponding Source for a work in source code form is that |
| 141 | 140 | same work. |
| 142 | 141 | |
| 143 | | - __2. Basic Permissions. |
| | 142 | + 2. Basic Permissions. |
| 144 | 143 | |
| 145 | | - __All rights granted under this License are granted for the term of |
| | 144 | + All rights granted under this License are granted for the term of |
| 146 | 145 | copyright on the Program, and are irrevocable provided the stated |
| 147 | 146 | conditions are met.  This License explicitly affirms your unlimited |
| 148 | 147 | permission to run the unmodified Program.  The output from running a |
| 149 | 148 | covered work is covered by this License only if the output, given its |
| 150 | 149 | content, constitutes a covered work.  This License acknowledges your |
| 151 | 150 | rights of fair use or other equivalent, as provided by copyright law. |
| 152 | 151 | |
| 153 | | - __You may make, run and propagate covered works that you do not |
| | 152 | + You may make, run and propagate covered works that you do not |
| 154 | 153 | convey, without conditions so long as your license otherwise remains |
| 155 | 154 | in force.  You may convey covered works to others for the sole purpose |
| 156 | 155 | of having them make modifications exclusively for you, or provide you |
| 161 | 160 | and control, on terms that prohibit them from making any copies of |
| 162 | 161 | your copyrighted material outside their relationship with you. |
| 163 | 162 | |
| 164 | | - __Conveying under any other circumstances is permitted solely under |
| | 163 | + Conveying under any other circumstances is permitted solely under |
| 165 | 164 | the conditions stated below.  Sublicensing is not allowed; section 10 |
| 166 | 165 | makes it unnecessary. |
| 167 | 166 | |
| 168 | | - __3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| | 167 | + 3. Protecting Users' Legal Rights From Anti-Circumvention Law. |
| 169 | 168 | |
| 170 | | - __No covered work shall be deemed part of an effective technological |
| | 169 | + No covered work shall be deemed part of an effective technological |
| 171 | 170 | measure under any applicable law fulfilling obligations under article |
| 172 | 171 | 11 of the WIPO copyright treaty adopted on 20 December 1996, or |
| 173 | 172 | similar laws prohibiting or restricting circumvention of such |
| 174 | 173 | measures. |
| 175 | 174 | |
| 176 | | - __When you convey a covered work, you waive any legal power to forbid |
| | 175 | + When you convey a covered work, you waive any legal power to forbid |
| 177 | 176 | circumvention of technological measures to the extent such circumvention |
| 178 | 177 | is effected by exercising rights under this License with respect to |
| 179 | 178 | the covered work, and you disclaim any intention to limit operation or |
| 180 | 179 | modification of the work as a means of enforcing, against the work's |
| 181 | 180 | users, your or third parties' legal rights to forbid circumvention of |
| 182 | 181 | technological measures. |
| 183 | 182 | |
| 184 | | - __4. Conveying Verbatim Copies. |
| | 183 | + 4. Conveying Verbatim Copies. |
| 185 | 184 | |
| 186 | | - __You may convey verbatim copies of the Program's source code as you |
| | 185 | + You may convey verbatim copies of the Program's source code as you |
| 187 | 186 | receive it, in any medium, provided that you conspicuously and |
| 188 | 187 | appropriately publish on each copy an appropriate copyright notice; |
| 189 | 188 | keep intact all notices stating that this License and any |
| 190 | 189 | non-permissive terms added in accord with section 7 apply to the code; |

N4J_019380

```
191   190        keep intact all notices of the absence of any warranty; and give all
192   191        recipients a copy of this License along with the Program.
193   192

194        -  __You may charge any price or no price for each copy that you convey,
      193   +  You may charge any price or no price for each copy that you convey,
195   194        and you may offer support or warranty protection for a fee.
196   195

197        -  __5. Conveying Modified Source Versions.
      196   +  5. Conveying Modified Source Versions.
198   197

199        -  __You may convey a work based on the Program, or the modifications to
      198   +  You may convey a work based on the Program, or the modifications to
200   199        produce it from the Program, in the form of source code under the
201   200        terms of section 4, provided that you also meet all of these conditions:
202   201

203        -  ___a) The work must carry prominent notices stating that you modified
204        -  ___it, and giving a relevant date.
      202   +  a) The work must carry prominent notices stating that you modified
      203   +  it, and giving a relevant date.
      204

206        -  ___b) The work must carry prominent notices stating that it is
207        -  ___released under this License and any conditions added under section
208        -  ___7.  This requirement modifies the requirement in section 4 to
209        -  ___"keep intact all notices".
      205   +  b) The work must carry prominent notices stating that it is
      206   +  released under this License and any conditions added under section
      207   +  7.  This requirement modifies the requirement in section 4 to
      208   +  "keep intact all notices".
210   209

211        -  ___c) You must license the entire work, as a whole, under this
212        -  ___License to anyone who comes into possession of a copy.  This
213        -  ___License will therefore apply, along with any applicable section 7
214        -  ___additional terms, to the whole of the work, and all its parts,
215        -  ___regardless of how they are packaged.  This License gives no
216        -  ___permission to license the work in any other way, but it does not
217        -  ___invalidate such permission if you have separately received it.
      210   +  c) You must license the entire work, as a whole, under this
      211   +  License to anyone who comes into possession of a copy.  This
      212   +  License will therefore apply, along with any applicable section 7
      213   +  additional terms, to the whole of the work, and all its parts,
      214   +  regardless of how they are packaged.  This License gives no
      215   +  permission to license the work in any other way, but it does not
      216   +  invalidate such permission if you have separately received it.
218   217

219        -  ___d) If the work has interactive user interfaces, each must display
220        -  ___Appropriate Legal Notices; however, if the Program has interactive
221        -  ___interfaces that do not display Appropriate Legal Notices, your
222        -  ___work need not make them do so.
      218   +  d) If the work has interactive user interfaces, each must display
      219   +  Appropriate Legal Notices; however, if the Program has interactive
      220   +  interfaces that do not display Appropriate Legal Notices, your
      221   +  work need not make them do so.
223   222

224        -  __A compilation of a covered work with other separate and independent
      223   +  A compilation of a covered work with other separate and independent
225   224        works, which are not by their nature extensions of the covered work,
226   225        and which are not combined with it such as to form a larger program,
227   226        in or on a volume of a storage or distribution medium, is called an
231   230        in an aggregate does not cause this License to apply to the other
232   231        parts of the aggregate.
233   232

234        -  __6. Conveying Non-Source Forms.
      233   +  6. Conveying Non-Source Forms.
```

N4J_019381

| 235 | 234 | |
|-----|-----|-----|
| 236 | | - __You may convey a covered work in object code form under the terms |
| | 235 | + You may convey a covered work in object code form under the terms |
| 237 | 236 | of sections 4 and 5, provided that you also convey the |
| 238 | 237 | machine-readable Corresponding Source under the terms of this License, |
| 239 | 238 | in one of these ways: |
| 240 | 239 | |
| 241 | | - ___a) Convey the object code in, or embodied in, a physical product |
| 242 | | - ___(including a physical distribution medium), accompanied by the |
| 243 | | - ___Corresponding Source fixed on a durable physical medium |
| 244 | | - ___customarily used for software interchange. |
| 245 | | - |
| 246 | | - ___b) Convey the object code in, or embodied in, a physical product |
| 247 | | - ___(including a physical distribution medium), accompanied by a |
| 248 | | - ___written offer, valid for at least three years and valid for as |
| 249 | | - ___long as you offer spare parts or customer support for that product |
| 250 | | - ___model, to give anyone who possesses the object code either (1) a |
| 251 | | - ___copy of the Corresponding Source for all the software in the |
| 252 | | - ___product that is covered by this License, on a durable physical |
| 253 | | - ___medium customarily used for software interchange, for a price no |
| 254 | | - ___more than your reasonable cost of physically performing this |
| 255 | | - ___conveying of source, or (2) access to copy the |
| 256 | | - ___Corresponding Source from a network server at no charge. |
| 257 | | - |
| 258 | | - ___c) Convey individual copies of the object code with a copy of the |
| 259 | | - ___written offer to provide the Corresponding Source.  This |
| 260 | | - ___alternative is allowed only occasionally and noncommercially, and |
| 261 | | - ___only if you received the object code with such an offer, in accord |
| 262 | | - ___with subsection 6b. |
| 263 | | - |
| 264 | | - ___d) Convey the object code by offering access from a designated |
| 265 | | - ___place (gratis or for a charge), and offer equivalent access to the |
| 266 | | - ___Corresponding Source in the same way through the same place at no |
| 267 | | - ___further charge.  You need not require recipients to copy the |
| 268 | | - ___Corresponding Source along with the object code.  If the place to |
| 269 | | - ___copy the object code is a network server, the Corresponding Source |
| 270 | | - ___may be on a different server (operated by you or a third party) |
| 271 | | - ___that supports equivalent copying facilities, provided you maintain |
| 272 | | - ___clear directions next to the object code saying where to find the |
| 273 | | - ___Corresponding Source.  Regardless of what server hosts the |
| 274 | | - ___Corresponding Source, you remain obligated to ensure that it is |
| 275 | | - ___available for as long as needed to satisfy these requirements. |
| 276 | | - |
| 277 | | - ___e) Convey the object code using peer-to-peer transmission, provided |
| 278 | | - ___you inform other peers where the object code and Corresponding |
| 279 | | - ___Source of the work are being offered to the general public at no |
| 280 | | - ___charge under subsection 6d. |
| 281 | | - |
| 282 | | - __A separable portion of the object code, whose source code is excluded |
| | 240 | + a) Convey the object code in, or embodied in, a physical product |
| | 241 | + (including a physical distribution medium), accompanied by the |
| | 242 | + Corresponding Source fixed on a durable physical medium |
| | 243 | + customarily used for software interchange. |
| | 244 | + |
| | 245 | + b) Convey the object code in, or embodied in, a physical product |
| | 246 | + (including a physical distribution medium), accompanied by a |
| | 247 | + written offer, valid for at least three years and valid for as |
| | 248 | + long as you offer spare parts or customer support for that product |
| | 249 | + model, to give anyone who possesses the object code either (1) a |
| | 250 | + copy of the Corresponding Source for all the software in the |
| | 251 | + product that is covered by this License, on a durable physical |
| | 252 | + medium customarily used for software interchange, for a price no |
| | 253 | + more than your reasonable cost of physically performing this |

N4J_019382

```
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
```
```
283  282    from the Corresponding Source as a System Library, need not be
284  283    included in conveying the object code work.
285  284
```
```
286      -  __A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
287  286    tangible personal property which is normally used for personal, family,
288  287    or household purposes, or (2) anything designed or sold for incorporation
289  288    into a dwelling.  In determining whether a product is a consumer product,
296  295    commercial, industrial or non-consumer uses, unless such uses represent
297  296    the only significant mode of use of the product.
298  297
```
```
299      -  __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
300  299    procedures, authorization keys, or other information required to install
301  300    and execute modified versions of a covered work in that User Product from
302  301    a modified version of its Corresponding Source.  The information must
303  302    suffice to ensure that the continued functioning of the modified object
304  303    code is in no case prevented or interfered with solely because
305  304    modification has been made.
306  305
```
```
307      -  __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
308  307    specifically for use in, a User Product, and the conveying occurs as
309  308    part of a transaction in which the right of possession and use of the
310  309    User Product is transferred to the recipient in perpetuity or for a
315  314    modified object code on the User Product (for example, the work has
316  315    been installed in ROM).
317  316
```
```
318      -  __The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
319  318    requirement to continue to provide support service, warranty, or updates
320  319    for a work that has been modified or installed by the recipient, or for
321  320    the User Product in which it has been modified or installed.  Access to a
322  321    network may be denied when the modification itself materially and
323  322    adversely affects the operation of the network or violates the rules and
```

N4J_019383

```
324   323            protocols for communication across the network.
325   324
326         -   __Corresponding Source conveyed, and Installation Information provided,
      325    +  Corresponding Source conveyed, and Installation Information provided,
327   326            in accord with this section must be in a format that is publicly
328   327            documented (and with an implementation available to the public in
329   328            source code form), and must require no special password or key for
330   329            unpacking, reading or copying.
331   330
332         -   __7. Additional Terms.
      331    +  7. Additional Terms.
333   332
334         -   __"Additional permissions" are terms that supplement the terms of this
      333    +  "Additional permissions" are terms that supplement the terms of this
335   334            License by making exceptions from one or more of its conditions.
336   335            Additional permissions that are applicable to the entire Program shall
337   336            be treated as though they were included in this License, to the extent
340   339            under those permissions, but the entire Program remains governed by
341   340            this License without regard to the additional permissions.
342   341
343         -   __When you convey a copy of a covered work, you may at your option
      342    +  When you convey a copy of a covered work, you may at your option
344   343            remove any additional permissions from that copy, or from any part of
345   344            it.  (Additional permissions may be written to require their own
346   345            removal in certain cases when you modify the work.)  You may place
347   346            additional permissions on material, added by you to a covered work,
348   347            for which you have or can give appropriate copyright permission.
349   348
350         -   __Notwithstanding any other provision of this License, for material you
      349    +  Notwithstanding any other provision of this License, for material you
351   350            add to a covered work, you may (if authorized by the copyright holders of
352   351            that material) supplement the terms of this License with terms:
353   352
354         -   ____a) Disclaiming warranty or limiting liability differently from the
355         -   ____terms of sections 15 and 16 of this License; or
      353    +  a) Disclaiming warranty or limiting liability differently from the
      354    +  terms of sections 15 and 16 of this License; or
356   355
357         -   ____b) Requiring preservation of specified reasonable legal notices or
358         -   ____author attributions in that material or in the Appropriate Legal
359         -   ____Notices displayed by works containing it; or
      356    +  b) Requiring preservation of specified reasonable legal notices or
      357    +  author attributions in that material or in the Appropriate Legal
      358    +  Notices displayed by works containing it; or
360   359
361         -   ____c) Prohibiting misrepresentation of the origin of that material, or
362         -   ____requiring that modified versions of such material be marked in
363         -   ____reasonable ways as different from the original version; or
      360    +  c) Prohibiting misrepresentation of the origin of that material, or
      361    +  requiring that modified versions of such material be marked in
      362    +  reasonable ways as different from the original version; or
364   363
365         -   ____d) Limiting the use for publicity purposes of names of licensors or
366         -   ____authors of the material; or
      364    +  d) Limiting the use for publicity purposes of names of licensors or
      365    +  authors of the material; or
367   366
368         -   ____e) Declining to grant rights under trademark law for use of some
369         -   ____trade names, trademarks, or service marks; or
      367    +  e) Declining to grant rights under trademark law for use of some
      368    +  trade names, trademarks, or service marks; or
370   369
371         -   ____f) Requiring indemnification of licensors and authors of that
```

N4J_019384

```
372          -   ___material by anyone who conveys the material (or modified versions of
373          -   ___it) with contractual assumptions of liability to the recipient, for
374          -   ___any liability that these contractual assumptions directly impose on
375          -   ___those licensors and authors.
     370     + f) Requiring indemnification of licensors and authors of that
     371     + material by anyone who conveys the material (or modified versions of
     372     + it) with contractual assumptions of liability to the recipient, for
     373     + any liability that these contractual assumptions directly impose on
     374     + those licensors and authors.
376  375
377          -   __All other non-permissive additional terms are considered "further
     376     + All other non-permissive additional terms are considered "further
378  377       restrictions" within the meaning of section 10.  If the Program as you
379  378       received it, or any part of it, contains a notice stating that it is
380          - governed by this License along with a term that is a further restriction,
381          - you may remove that term.  If a license document contains a further
382          - restriction but permits relicensing or conveying under this License, you
383          - may add to a covered work material governed by the terms of that license
384          - document, provided that the further restriction does not survive such
385          - relicensing or conveying.
386          -
387          -   __If you add terms to a covered work in accord with this section, you
     379     + governed by this License along with a term that is a further
     380     + restriction, you may remove that term.  If a license document contains
     381     + a further restriction but permits relicensing or conveying under this
     382     + License, you may add to a covered work material governed by the terms
     383     + of that license document, provided that the further restriction does
     384     + not survive such relicensing or conveying.
     385     +
     386     + If you add terms to a covered work in accord with this section, you
388  387       must place, in the relevant source files, a statement of the
389  388       additional terms that apply to those files, or a notice indicating
390  389       where to find the applicable terms.
391  390
392          -   __Additional terms, permissive or non-permissive, may be stated in the
     391     + Additional terms, permissive or non-permissive, may be stated in the
393  392       form of a separately written license, or stated as exceptions;
394  393       the above requirements apply either way.
395  394
396          -   __8. Termination.
     395     + 8. Termination.
397  396
398          -   __You may not propagate or modify a covered work except as expressly
     397     + You may not propagate or modify a covered work except as expressly
399  398       provided under this License.  Any attempt otherwise to propagate or
400  399       modify it is void, and will automatically terminate your rights under
401  400       this License (including any patent licenses granted under the third
402  401       paragraph of section 11).
403  402
404          -   __However, if you cease all violation of this License, then your
     403     + However, if you cease all violation of this License, then your
405  404       license from a particular copyright holder is reinstated (a)
406  405       provisionally, unless and until the copyright holder explicitly and
407  406       finally terminates your license, and (b) permanently, if the copyright
408  407       holder fails to notify you of the violation by some reasonable means
409  408       prior to 60 days after the cessation.
410  409
411          -   __Moreover, your license from a particular copyright holder is
     410     + Moreover, your license from a particular copyright holder is
412  411       reinstated permanently if the copyright holder notifies you of the
413  412       violation by some reasonable means, this is the first time you have
414  413       received notice of violation of this License (for any work) from that
415  414       copyright holder, and you cure the violation prior to 30 days after
```

N4J_019385

| 416 | 415 | |
| | | your receipt of the notice. |
| 417 | 416 | |
| 418 | | -   __Termination of your rights under this section does not terminate the |
| | 417 | + Termination of your rights under this section does not terminate the |
| 419 | 418 | licenses of parties who have received copies or rights from you under |
| 420 | 419 | this License.  If your rights have been terminated and not permanently |
| 421 | 420 | reinstated, you do not qualify to receive new licenses for the same |
| 422 | 421 | material under section 10. |
| 423 | 422 | |
| 424 | | -   __9. Acceptance Not Required for Having Copies. |
| | 423 | + 9. Acceptance Not Required for Having Copies. |
| 425 | 424 | |
| 426 | | -   __You are not required to accept this License in order to receive or |
| | 425 | + You are not required to accept this License in order to receive or |
| 427 | 426 | run a copy of the Program.  Ancillary propagation of a covered work |
| 428 | 427 | occurring solely as a consequence of using peer-to-peer transmission |
| 429 | 428 | to receive a copy likewise does not require acceptance.  However, |
| 432 | 431 | not accept this License.  Therefore, by modifying or propagating a |
| 433 | 432 | covered work, you indicate your acceptance of this License to do so. |
| 434 | 433 | |
| 435 | | -   __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + 10. Automatic Licensing of Downstream Recipients. |
| 436 | 435 | |
| 437 | | -   __Each time you convey a covered work, the recipient automatically |
| | 436 | + Each time you convey a covered work, the recipient automatically |
| 438 | 437 | receives a license from the original licensors, to run, modify and |
| 439 | 438 | propagate that work, subject to this License.  You are not responsible |
| 440 | 439 | for enforcing compliance by third parties with this License. |
| 441 | 440 | |
| 442 | | -   __An "entity transaction" is a transaction transferring control of an |
| | 441 | + An "entity transaction" is a transaction transferring control of an |
| 443 | 442 | organization, or substantially all assets of one, or subdividing an |
| 444 | 443 | organization, or merging organizations.  If propagation of a covered |
| 445 | 444 | work results from an entity transaction, each party to that |
| 449 | 448 | Corresponding Source of the work from the predecessor in interest, if |
| 450 | 449 | the predecessor has it or can get it with reasonable efforts. |
| 451 | 450 | |
| 452 | | -   __You may not impose any further restrictions on the exercise of the |
| | 451 | + You may not impose any further restrictions on the exercise of the |
| 453 | 452 | rights granted or affirmed under this License.  For example, you may |
| 454 | 453 | not impose a license fee, royalty, or other charge for exercise of |
| 455 | 454 | rights granted under this License, and you may not initiate litigation |
| 456 | 455 | (including a cross-claim or counterclaim in a lawsuit) alleging that |
| 457 | 456 | any patent claim is infringed by making, using, selling, offering for |
| 458 | 457 | sale, or importing the Program or any portion of it. |
| 459 | 458 | |
| 460 | | -   __11. Patents. |
| | 459 | + 11. Patents. |
| 461 | 460 | |
| 462 | | -   __A "contributor" is a copyright holder who authorizes use under this |
| | 461 | + A "contributor" is a copyright holder who authorizes use under this |
| 463 | 462 | License of the Program or a work on which the Program is based.  The |
| 464 | 463 | work thus licensed is called the contributor's "contributor version". |
| 465 | 464 | |
| 466 | | -   __A contributor's "essential patent claims" are all patent claims |
| | 465 | + A contributor's "essential patent claims" are all patent claims |
| 467 | 466 | owned or controlled by the contributor, whether already acquired or |
| 468 | 467 | hereafter acquired, that would be infringed by some manner, permitted |
| 469 | 468 | by this License, of making, using, or selling its contributor version, |
| 473 | 472 | patent sublicenses in a manner consistent with the requirements of |
| 474 | 473 | this License. |
| 475 | 474 | |
| 476 | | -   __Each contributor grants you a non-exclusive, worldwide, royalty-free |

```
477  475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
     476  + patent license under the contributor's essential patent claims, to
478  477  + make, use, sell, offer for sale, import and otherwise run, modify and
479  478  + propagate the contents of its contributor version.
480  479  +

481       - __In the following three paragraphs, a "patent license" is any express
     480  + In the following three paragraphs, a "patent license" is any express
482  481    agreement or commitment, however denominated, not to enforce a patent
483  482    (such as an express permission to practice a patent or covenant not to
484  483    sue for patent infringement).  To "grant" such a patent license to a
485  484    party means to make such an agreement or commitment not to enforce a
486  485    patent against the party.
487  486

488       - __If you convey a covered work, knowingly relying on a patent license,
     487  + If you convey a covered work, knowingly relying on a patent license,
489  488    and the Corresponding Source of the work is not available for anyone
490  489    to copy, free of charge and under the terms of this License, through a
491  490    publicly available network server or other readily accessible means,
499  498    in a country, would infringe one or more identifiable patents in that
500  499    country that you have reason to believe are valid.
501  500

502       - __If, pursuant to or in connection with a single transaction or
     501  + If, pursuant to or in connection with a single transaction or
503  502    arrangement, you convey, or propagate by procuring conveyance of, a
504  503    covered work, and grant a patent license to some of the parties
505  504    receiving the covered work authorizing them to use, propagate, modify
506  505    or convey a specific copy of the covered work, then the patent license
507  506    you grant is automatically extended to all recipients of the covered
508  507    work and works based on it.
509  508

510       - A patent license is "discriminatory" if it does not include within
     509  + A patent license is "discriminatory" if it does not include within
511  510    the scope of its coverage, prohibits the exercise of, or is
512  511    conditioned on the non-exercise of one or more of the rights that are
513  512    specifically granted under this License.  You may not convey a covered
522  521    contain the covered work, unless you entered into that arrangement,
523  522    or that patent license was granted, prior to 28 March 2007.
524  523

525       - __Nothing in this License shall be construed as excluding or limiting
     524  + Nothing in this License shall be construed as excluding or limiting
526  525    any implied license or other defenses to infringement that may
527  526    otherwise be available to you under applicable patent law.
528  527

529       - __12. No Surrender of Others' Freedom.
     528  + 12. No Surrender of Others' Freedom.
530  529

531       - __If conditions are imposed on you (whether by court order, agreement or
     530  + If conditions are imposed on you (whether by court order, agreement or
532  531    otherwise) that contradict the conditions of this License, they do not
533  532    excuse you from the conditions of this License.  If you cannot convey a
534  533    covered work so as to satisfy simultaneously your obligations under this
538  537    the Program, the only way you could satisfy both those terms and this
539  538    License would be to refrain entirely from conveying the Program.
540  539

541       - __13. Remote Network Interaction; Use with the GNU General Public License.
     540  + 13. Remote Network Interaction; Use with the GNU General Public License.
542  541

543       - __Notwithstanding any other provision of this License, if you modify the
     542  + Notwithstanding any other provision of this License, if you modify the
544  543    Program, your modified version must prominently offer all users
545  544    interacting with it remotely through a computer network (if your version
546  545    supports such interaction) an opportunity to receive the Corresponding
551  550    of the GNU General Public License that is incorporated pursuant to the
```

N4J_019387

```
552  551        following paragraph.
553  552
554       -   __Notwithstanding any other provision of this License, you have_permission
555       - to link or combine any covered work with a work licensed_under version 3
556       - of the GNU General Public License into a single_combined work, and to
557       - convey the resulting work.  The terms of this_License will continue to
558       - apply to the part which is the covered work,_but the work with which it is
559       - combined will remain governed by version 3 of the GNU General Public
560       - License.
561       -
562       -   14. Revised Versions of this License.
563       -
564       -   __The Free Software Foundation may publish revised and/or new versions of
565       - the GNU Affero General Public License from time to time.  Such new
566       - versions_will be similar in spirit to the present version, but may differ
567       - in detail to_address new problems or concerns.
568       -
569       -   __Each version is given a distinguishing version number.  If the
570       - Program specifies that a certain numbered version of the GNU Affero
571       - General_Public License "or any later version" applies to it, you have
572       - the_option of following the terms and conditions either of that
573       - numbered_version or of any later version published by the Free
574       - Software_Foundation.  If the Program does not specify a version number
575       - of the_GNU Affero General Public License, you may choose any version
576       - ever published_by the Free Software Foundation.
577       -
578       -   __If the Program specifies that a proxy can decide which future
579       - versions of the GNU Affero General Public License can be used, that
580       - proxy's_public statement of acceptance of a version permanently
581       - authorizes you_to choose that version for the Program.
582       -
583       -   __Later license versions may give you additional or different
     553  + Notwithstanding any other provision of this License, you have
     554  + permission_to link or combine any covered work with a work licensed
     555  + under version 3_of the GNU General Public License into a single
     556  + combined work, and to_convey the resulting work.  The terms of this
     557  + License will continue to_apply to the part which is the covered work,
     558  + but the work with which it is combined will remain governed by version
     559  + 3 of the GNU General Public_License.
     560  +
     561  + 14. Revised Versions of this License.
     562  +
     563  + The Free Software Foundation may publish revised and/or new versions of
     564  + the GNU Affero General Public License from time to time.  Such new_versions
     565  + will be similar in spirit to the present version, but may differ_in detail to
     566  + address new problems or concerns.
     567  +
     568  + Each version is given a distinguishing version number.  If the
     569  + Program specifies that a certain numbered version of the GNU Affero_General
     570  + Public License "or any later version" applies to it, you have the
     571  + option of following the terms and conditions either of that_numbered
     572  + version or of any later version published by the Free_Software
     573  + Foundation.  If the Program does not specify a version number of the
     574  + GNU Affero General Public License, you may choose any version_ever published
     575  + by the Free Software Foundation.
     576  +
     577  + If the Program specifies that a proxy can decide which future
     578  + versions of the GNU Affero General Public License can be used, that_proxy's
     579  + public statement of acceptance of a version permanently_authorizes you
     580  + to choose that version for the Program.
     581  +
     582  + Later license versions may give you additional or different
584  583        permissions.  However, no additional obligations are imposed on any
```

N4J_019388

```
585  584        author or copyright holder as a result of your choosing to follow a
586  585        later version.
587  586

588        -    __15. Disclaimer of Warranty.
     587   +  15. Disclaimer of Warranty.
589  588

590        -    __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589   +  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
591  590        APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
592  591        HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
593  592        OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
596  595        IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
597  596        ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
598  597

599        -    __16. Limitation of Liability.
     598   +  16. Limitation of Liability.
600  599

601        -    __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600   +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
602  601        WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
603  602        THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
604  603        GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
608  607        EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
609  608        SUCH DAMAGES.
610  609

611        -    __17. Interpretation of Sections 15 and 16.
     610   +  17. Interpretation of Sections 15 and 16.
612  611

613        -    __If the disclaimer of warranty and limitation of liability provided
     612   +  If the disclaimer of warranty and limitation of liability provided
614  613        above cannot be given local legal effect according to their terms,
615  614        reviewing courts shall apply local law that most closely approximates
616  615        an absolute waiver of all civil liability in connection with the
617  616        Program, unless a warranty or assumption of liability accompanies a
618  617        copy of the Program in return for a fee.
619  618

620        -    _____END OF TERMS AND CONDITIONS
     619   +  END OF TERMS AND CONDITIONS
621  620

622        -    _____How to Apply These Terms to Your New Programs
     621   +  How to Apply These Terms to Your New Programs
623  622

624        -    __If you develop a new program, and you want it to be of the greatest
     623   +  If you develop a new program, and you want it to be of the greatest
625  624        possible use to the public, the best way to achieve this is to make it
626  625        free software which everyone can redistribute and change under these terms.
627  626

628        -    __To do so, attach the following notices to the program.  It is safest
     627   +  To do so, attach the following notices to the program.  It is safest
629  628        to attach them to the start of each source file to most effectively
630  629        state the exclusion of warranty; and each file should have at least
631  630        the "copyright" line and a pointer to where the full notice is found.
632  631

633        -    _____<one line to give the program's name and a brief idea of what it does.>
634        -    ____Copyright (C) <year>  <name of author>
     632   +  <one line to give the program's name and a brief idea of what it does.>
     633   +  Copyright (C) <year>  <name of author>
635  634

636        -    _____This program is free software: you can redistribute it and/or modify
637        -    ____it under the terms of the GNU Affero General Public License as
638        -    ____published by the Free Software Foundation, either version 3 of the
639        -    ____License, or (at your option) any later version.
     635   +  This program is free software: you can redistribute it and/or modify
```

N4J_019389

```
636  +  it under the terms of the GNU Affero General Public License as published by
637  +  the Free Software Foundation, either version 3 of the License, or
638  +  (at your option) any later version.
640  639
641       -     This program is distributed in the hope that it will be useful,
642       -     but WITHOUT ANY WARRANTY; without even the implied warranty of
643       -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
644       -     GNU Affero General Public License for more details.
     640  +  This program is distributed in the hope that it will be useful,
     641  +  but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  +  MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  +  GNU Affero General Public License for more details.
645  644
646       -     You should have received a copy of the GNU Affero General Public License
647       -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  +  You should have received a copy of the GNU Affero General Public License
     646  +  along with this program.  If not, see <https://www.gnu.org/licenses/>.
648  647
649  648      Also add information on how to contact you by electronic and paper mail.
650  649
651       -     If your software can interact with users remotely through a computer
     650  +  If your software can interact with users remotely through a computer
652  651      network, you should also make sure that it provides a way for users to
653  652      get its source.  For example, if your program is a web application, its
654  653      interface could display a "Source" link that leads users to an archive
655  654      of the code.  There are many ways you could offer source, and different
656  655      solutions will be better for different programs; see section 13 for the
657  656      specific requirements.
658  657
659       -     You should also get your employer (if you work as a programmer) or school,
     658  +  You should also get your employer (if you work as a programmer) or school,
660  659      if any, to sign a "copyright disclaimer" for the program, if necessary.
661  660      For more information on this, and how to apply and follow the GNU AGPL, see
662       -  <http://www.gnu.org/licenses/>.
     661  +  <https://www.gnu.org/licenses/>.
```

2 ▭▬▭▭▭ packaging/standalone/LICENSE.txt

```
10  10
11  11      The software ("Software") is developed and owned by Neo4j Sweden AB
12  12      (referred to in this notice as "Neo4j") and is subject to the terms
13      -  of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
    13  +  of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3 as follows:
14  14
15  15
16  16
```

486 ▬▬▬▭▭ stresstests/LICENSE.txt

```
...  ...    @@ -1,51 +1,35 @@
1        -  NOTICE
2        -  This package contains software licensed under different
3        -  licenses, please refer to the NOTICE.txt file for further
4        -  information and LICENSES.txt for full license texts.
     1   +  GNU AFFERO GENERAL PUBLIC LICENSE
     2   +     Version 3, 19 November 2007
5    3
6        -  Neo4j Enterprise object code can be licensed independently from
7        -  the source under separate commercial terms. Email inquiries can be
8        -  directed to: licensing@neo4j.com. More information is also
9        -  available at:https://neo4j.com/licensing/
     4   +  Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
     5   +  Everyone is permitted to copy and distribute verbatim copies
```

```
     6   + of this license document, but changing it is not allowed.
10   7
11       - The software ("Software") is developed and owned by Neo4j Sweden AB
12       - (referred to in this notice as "Neo4j") and is subject to the terms
13       - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
     8   + Preamble
14   9
15       -
16       -
17       -                    GNU AFFERO GENERAL PUBLIC LICENSE
18       -                       Version 3, 19 November 2007
19       -
20       - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21       - Everyone is permitted to copy and distribute verbatim copies
22       - of this license document, but changing it is not allowed.
23       -
24       -                            Preamble
25       -
26       -   The GNU Affero General Public License is a free, copyleft license
27       - for software and other kinds of works, specifically designed to ensure
    10   + The GNU Affero General Public License is a free, copyleft license for
    11   + software and other kinds of works, specifically designed to ensure
28   12     cooperation with the community in the case of network server software.
29   13
30       -   The licenses for most software and other practical works are
31       - designed to take away your freedom to share and change the works.  By
32       - contrast, our General Public Licenses are intended to guarantee your
33       - freedom to share and change all versions of a program--to make sure it
34       - remains free software for all its users.
    14   + The licenses for most software and other practical works are designed
    15   + to take away your freedom to share and change the works.  By contrast,
    16   + our General Public Licenses are intended to guarantee your freedom to
    17   + share and change all versions of a program--to make sure it remains free
    18   + software for all its users.
35   19
36       -   When we speak of free software, we are referring to freedom, not
    20   + When we speak of free software, we are referring to freedom, not
37   21     price.  Our General Public Licenses are designed to make sure that you
38   22     have the freedom to distribute copies of free software (and charge for
39   23     them if you wish), that you receive source code or can get it if you
40   24     want it, that you can change the software or use pieces of it in new
41   25     free programs, and that you know you can do these things.
42   26
43       -   Developers that use our General Public Licenses protect your rights
    27   + Developers that use our General Public Licenses protect your rights
44   28     with two steps: (1) assert copyright on the software, and (2) offer
45   29     you this License which gives you legal permission to copy, distribute
46   30     and/or modify the software.
47   31
48       -   A secondary benefit of defending all users' freedom is that
    32   + A secondary benefit of defending all users' freedom is that
49   33     improvements made in alternate versions of the program, if they
50   34     receive widespread use, become available for other developers to
51   35     incorporate.  Many developers of free software are heartened and
55   39     letting the public access it on a server without ever releasing its
56   40     source code to the public.
57   41
58       -   The GNU Affero General Public License is designed specifically to
    42   + The GNU Affero General Public License is designed specifically to
59   43     ensure that, in such cases, the modified source code becomes available
60   44     to the community.  It requires the operator of a network server to
61   45     provide the source code of the modified version running there to the
62   46     users of that server.  Therefore, public use of a modified version, on
```

N4J_019391

```
63    47   a publicly accessible server, gives the public access to the source
64    48   code of the modified version.
65    49

66         - __An older license, called the Affero General Public License and
      50   + An older license, called the Affero General Public License and
67    51   published by Affero, was designed to accomplish similar goals.  This is
68    52   a different license, not a version of the Affero GPL, but Affero has
69    53   released a new version of the Affero GPL which permits relicensing under
70    54   this license.
71    55

72         - __The precise terms and conditions for copying, distribution and
      56   + The precise terms and conditions for copying, distribution and
73    57   modification follow.
74    58

75         -                       TERMS AND CONDITIONS
      59   + TERMS AND CONDITIONS
      60   +
      61   + 0. Definitions.
76    62

77         -   0. Definitions.
      63   + "This License" refers to version 3 of the GNU Affero General Public License.
78    64

79         -   "This License" refers to version 3 of the GNU Affero General Public
80         - License.
      65   + "Copyright" also means copyright-like laws that apply to other kinds of
      66   + works, such as semiconductor masks.
81    67

82         -   "Copyright" also means copyright-like laws that apply to other kinds
83         - of works, such as semiconductor masks.
84         -
85         -   "The Program" refers to any copyrightable work licensed under this
      68   + "The Program" refers to any copyrightable work licensed under this
86    69   License.  Each licensee is addressed as "you".  "Licensees" and
87    70   "recipients" may be individuals or organizations.
88    71

89         - __To "modify" a work means to copy from or adapt all or part of the work
      72   + To "modify" a work means to copy from or adapt all or part of the work
90    73   in a fashion requiring copyright permission, other than the making of an
91    74   exact copy.  The resulting work is called a "modified version" of the
92    75   earlier work or a work "based on" the earlier work.
93    76

94         - __A "covered work" means either the unmodified Program or a work based
      77   + A "covered work" means either the unmodified Program or a work based
95    78   on the Program.
96    79

97         - __To "propagate" a work means to do anything with it that, without
      80   + To "propagate" a work means to do anything with it that, without
98    81   permission, would make you directly or secondarily liable for
99    82   infringement under applicable copyright law, except executing it on a
100   83   computer or modifying a private copy.  Propagation includes copying,
101   84   distribution (with or without modification), making available to the
102   85   public, and in some countries other activities as well.
103   86

104        - __To "convey" a work means any kind of propagation that enables other
      87   + To "convey" a work means any kind of propagation that enables other
105   88   parties to make or receive copies.  Mere interaction with a user through
106   89   a computer network, with no transfer of a copy, is not conveying.
107   90

108        - __An interactive user interface displays "Appropriate Legal Notices"
      91   + An interactive user interface displays "Appropriate Legal Notices"
109   92   to the extent that it includes a convenient and prominently visible
110   93   feature that (1) displays an appropriate copyright notice, and (2)
111   94   tells the user that there is no warranty for the work (except to the
```

N4J_019392

352/377

```
114   97        the interface presents a list of user commands or options, such as a
115   98        menu, a prominent item in the list meets this criterion.
116   99

117        -    __1. Source Code.
     100   +   1. Source Code.
118   101

119        -    __The "source code" for a work means the preferred form of the work
     102   +   The "source code" for a work means the preferred form of the work
120   103        for making modifications to it.  "Object code" means any non-source
121   104        form of a work.
122   105

123        -    __A "Standard Interface" means an interface that either is an official
     106   +   A "Standard Interface" means an interface that either is an official
124   107        standard defined by a recognized standards body, or, in the case of
125   108        interfaces specified for a particular programming language, one that
126   109        is widely used among developers working in that language.
127   110

128        -    __The "System Libraries" of an executable work include anything, other
     111   +   The "System Libraries" of an executable work include anything, other
129   112        than the work as a whole, that (a) is included in the normal form of
130   113        packaging a Major Component, but which is not part of that Major
131   114        Component, and (b) serves only to enable use of the work with that
136   119        (if any) on which the executable work runs, or a compiler used to
137   120        produce the work, or an object code interpreter used to run it.
138   121

139        -    __The "Corresponding Source" for a work in object code form means all
     122   +   The "Corresponding Source" for a work in object code form means all
140   123        the source code needed to generate, install, and (for an executable
141   124        work) run the object code and to modify the work, including scripts to
142   125        control those activities.  However, it does not include the work's
149   132        such as by intimate data communication or control flow between those
150   133        subprograms and other parts of the work.
151   134

152        -    __The Corresponding Source need not include anything that users
     135   +   The Corresponding Source need not include anything that users
153   136        can regenerate automatically from other parts of the Corresponding
154   137        Source.
155   138

156        -    __The Corresponding Source for a work in source code form is that
     139   +   The Corresponding Source for a work in source code form is that
157   140        same work.
158   141

159        -    __2. Basic Permissions.
     142   +   2. Basic Permissions.
160   143

161        -    __All rights granted under this License are granted for the term of
     144   +   All rights granted under this License are granted for the term of
162   145        copyright on the Program, and are irrevocable provided the stated
163   146        conditions are met.  This License explicitly affirms your unlimited
164   147        permission to run the unmodified Program.  The output from running a
165   148        covered work is covered by this License only if the output, given its
166   149        content, constitutes a covered work.  This License acknowledges your
167   150        rights of fair use or other equivalent, as provided by copyright law.
168   151

169        -    __You may make, run and propagate covered works that you do not
     152   +   You may make, run and propagate covered works that you do not
170   153        convey, without conditions so long as your license otherwise remains
171   154        in force.  You may convey covered works to others for the sole purpose
172   155        of having them make modifications exclusively for you, or provide you
177   160        and control, on terms that prohibit them from making any copies of
178   161        your copyrighted material outside their relationship with you.
179   162

180        -    __Conveying under any other circumstances is permitted solely under
```

N4J_019393

```
181  163  + Conveying under any other circumstances is permitted solely under
182  164    the conditions stated below.  Sublicensing is not allowed; section 10
183  165    makes it unnecessary.
     166

184       - __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186       - __No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174

192       - __When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182

200       - __4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184

202       - __You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192

210       - __You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195

213       - __5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197

215       - __You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201

219       - ____a) The work must carry prominent notices stating that you modified
220       - ____it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204

222       - ____b) The work must carry prominent notices stating that it is
223       - ____released under this License and any conditions added under section
224       - ____7.  This requirement modifies the requirement in section 4 to
225       - ____"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209

227       - ____c) You must license the entire work, as a whole, under this
228       - ____License to anyone who comes into possession of a copy.  This
```

N4J_019394

10/2/2019
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 669 of 1198
update-ongdb/LICENSE.txt at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```diff
 229      - ___License will therefore apply, along with any applicable section 7
 230      - ___additional terms, to the whole of the work, and all its parts,
 231      - ___regardless of how they are packaged.  This License gives no
 232      - ___permission to license the work in any other way, but it does not
 233      - ___invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
 234 217
 235      - ___d) If the work has interactive user interfaces, each must display
 236      - ___Appropriate Legal Notices; however, if the Program has interactive
 237      - ___interfaces that do not display Appropriate Legal Notices, your
 238      - ___work need not make them do so.
     218  + d) If the work has interactive user interfaces, each must display
     219  + Appropriate Legal Notices; however, if the Program has interactive
     220  + interfaces that do not display Appropriate Legal Notices, your
     221  + work need not make them do so.
 239 222
 240      - __A compilation of a covered work with other separate and independent
     223  + A compilation of a covered work with other separate and independent
 241 224    works, which are not by their nature extensions of the covered work,
 242 225    and which are not combined with it such as to form a larger program,
 243 226    in or on a volume of a storage or distribution medium, is called an
 247 230    in an aggregate does not cause this License to apply to the other
 248 231    parts of the aggregate.
 249 232
 250      - __6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
 251 234
 252      - __You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
 253 236    of sections 4 and 5, provided that you also convey the
 254 237    machine-readable Corresponding Source under the terms of this License,
 255 238    in one of these ways:
 256 239
 257      - ___a) Convey the object code in, or embodied in, a physical product
 258      - ___(including a physical distribution medium), accompanied by the
 259      - ___Corresponding Source fixed on a durable physical medium
 260      - ___customarily used for software interchange.
 261      -
 262      - ___b) Convey the object code in, or embodied in, a physical product
 263      - ___(including a physical distribution medium), accompanied by a
 264      - ___written offer, valid for at least three years and valid for as
 265      - ___long as you offer spare parts or customer support for that product
 266      - ___model, to give anyone who possesses the object code either (1) a
 267      - ___copy of the Corresponding Source for all the software in the
 268      - ___product that is covered by this License, on a durable physical
 269      - ___medium customarily used for software interchange, for a price no
 270      - ___more than your reasonable cost of physically performing this
 271      - ___conveying of source, or (2) access to copy the
 272      - ___Corresponding Source from a network server at no charge.
 273      -
 274      - ___c) Convey individual copies of the object code with a copy of the
 275      - ___written offer to provide the Corresponding Source.  This
 276      - ___alternative is allowed only occasionally and noncommercially, and
 277      - ___only if you received the object code with such an offer, in accord
 278      - ___with subsection 6b.
 279      -
 280      - ___d) Convey the object code by offering access from a designated
```

N4J_019395

```
281   -    ____place (gratis or for a charge), and offer equivalent access to the
282   -    ____Corresponding Source in the same way through the same place at no
283   -    ____further charge.  You need not require recipients to copy the
284   -    ____Corresponding Source along with the object code.  If the place to
285   -    ____copy the object code is a network server, the Corresponding Source
286   -    ____may be on a different server (operated by you or a third party)
287   -    ____that supports equivalent copying facilities, provided you maintain
288   -    ____clear directions next to the object code saying where to find the
289   -    ____Corresponding Source.  Regardless of what server hosts the
290   -    ____Corresponding Source, you remain obligated to ensure that it is
291   -    ____available for as long as needed to satisfy these requirements.
292   -    ____
293   -    ____e) Convey the object code using peer-to-peer transmission, provided
294   -    ____you inform other peers where the object code and Corresponding
295   -    ____Source of the work are being offered to the general public at no
296   -    ____charge under subsection 6d.
297   -    ____
298   -    __A separable portion of the object code, whose source code is excluded
      240   + a) Convey the object code in, or embodied in, a physical product
      241   + (including a physical distribution medium), accompanied by the
      242   + Corresponding Source fixed on a durable physical medium
      243   + customarily used for software interchange.
      244   +
      245   + b) Convey the object code in, or embodied in, a physical product
      246   + (including a physical distribution medium), accompanied by a
      247   + written offer, valid for at least three years and valid for as
      248   + long as you offer spare parts or customer support for that product
      249   + model, to give anyone who possesses the object code either (1) a
      250   + copy of the Corresponding Source for all the software in the
      251   + product that is covered by this License, on a durable physical
      252   + medium customarily used for software interchange, for a price no
      253   + more than your reasonable cost of physically performing this
      254   + conveying of source, or (2) access to copy the
      255   + Corresponding Source from a network server at no charge.
      256   +
      257   + c) Convey individual copies of the object code with a copy of the
      258   + written offer to provide the Corresponding Source.  This
      259   + alternative is allowed only occasionally and noncommercially, and
      260   + only if you received the object code with such an offer, in accord
      261   + with subsection 6b.
      262   +
      263   + d) Convey the object code by offering access from a designated
      264   + place (gratis or for a charge), and offer equivalent access to the
      265   + Corresponding Source in the same way through the same place at no
      266   + further charge.  You need not require recipients to copy the
      267   + Corresponding Source along with the object code.  If the place to
      268   + copy the object code is a network server, the Corresponding Source
      269   + may be on a different server (operated by you or a third party)
      270   + that supports equivalent copying facilities, provided you maintain
      271   + clear directions next to the object code saying where to find the
      272   + Corresponding Source.  Regardless of what server hosts the
      273   + Corresponding Source, you remain obligated to ensure that it is
      274   + available for as long as needed to satisfy these requirements.
      275   +
      276   + e) Convey the object code using peer-to-peer transmission, provided
      277   + you inform other peers where the object code and Corresponding
      278   + Source of the work are being offered to the general public at no
      279   + charge under subsection 6d.
      280   +
      281   + A separable portion of the object code, whose source code is excluded
299   282     from the Corresponding Source as a System Library, need not be
300   283     included in conveying the object code work.
301   284
```

```
302   285  -   __A "User Product" is either (1) a "consumer product", which means any
      285  +  A "User Product" is either (1) a "consumer product", which means any
303   286      tangible personal property which is normally used for personal, family,
304   287      or household purposes, or (2) anything designed or sold for incorporation
305   288      into a dwelling.  In determining whether a product is a consumer product,
312   295      commercial, industrial or non-consumer uses, unless such uses represent
313   296      the only significant mode of use of the product.
314   297

315   298  -   __"Installation Information" for a User Product means any methods,
      298  +  "Installation Information" for a User Product means any methods,
316   299      procedures, authorization keys, or other information required to install
317   300      and execute modified versions of a covered work in that User Product from
318   301      a modified version of its Corresponding Source.  The information must
319   302      suffice to ensure that the continued functioning of the modified object
320   303      code is in no case prevented or interfered with solely because
321   304      modification has been made.
322   305

323   306  -   __If you convey an object code work under this section in, or with, or
      306  +  If you convey an object code work under this section in, or with, or
324   307      specifically for use in, a User Product, and the conveying occurs as
325   308      part of a transaction in which the right of possession and use of the
326   309      User Product is transferred to the recipient in perpetuity or for a
331   314      modified object code on the User Product (for example, the work has
332   315      been installed in ROM).
333   316

334   317  -   __The requirement to provide Installation Information does not include a
      317  +  The requirement to provide Installation Information does not include a
335   318      requirement to continue to provide support service, warranty, or updates
336   319      for a work that has been modified or installed by the recipient, or for
337   320      the User Product in which it has been modified or installed.  Access to a
338   321      network may be denied when the modification itself materially and
339   322      adversely affects the operation of the network or violates the rules and
340   323      protocols for communication across the network.
341   324

342   325  -   __Corresponding Source conveyed, and Installation Information provided,
      325  +  Corresponding Source conveyed, and Installation Information provided,
343   326      in accord with this section must be in a format that is publicly
344   327      documented (and with an implementation available to the public in
345   328      source code form), and must require no special password or key for
346   329      unpacking, reading or copying.
347   330

348   331  -   __7. Additional Terms.
      331  +  7. Additional Terms.
349   332

350   333  -   __"Additional permissions" are terms that supplement the terms of this
      333  +  "Additional permissions" are terms that supplement the terms of this
351   334      License by making exceptions from one or more of its conditions.
352   335      Additional permissions that are applicable to the entire Program shall
353   336      be treated as though they were included in this License, to the extent
356   339      under those permissions, but the entire Program remains governed by
357   340      this License without regard to the additional permissions.
358   341

359   342  -   __When you convey a copy of a covered work, you may at your option
      342  +  When you convey a copy of a covered work, you may at your option
360   343      remove any additional permissions from that copy, or from any part of
361   344      it.  (Additional permissions may be written to require their own
362   345      removal in certain cases when you modify the work.)  You may place
363   346      additional permissions on material, added by you to a covered work,
364   347      for which you have or can give appropriate copyright permission.
365   348

366   349  -   __Notwithstanding any other provision of this License, for material you
      349  +  Notwithstanding any other provision of this License, for material you
367   350      add to a covered work, you may (if authorized by the copyright holders of
```

```
368   351        that material) supplement the terms of this License with terms:
369   352

      370        - ____a) Disclaiming warranty or limiting liability differently from the
      371        - ____terms of sections 15 and 16 of this License; or
      353        + a) Disclaiming warranty or limiting liability differently from the
      354        + terms of sections 15 and 16 of this License; or
372   355

      373        - ____b) Requiring preservation of specified reasonable legal notices or
      374        - ____author attributions in that material or in the Appropriate Legal
      375        - ____Notices displayed by works containing it; or
      356        + b) Requiring preservation of specified reasonable legal notices or
      357        + author attributions in that material or in the Appropriate Legal
      358        + Notices displayed by works containing it; or
376   359

      377        - ____c) Prohibiting misrepresentation of the origin of that material, or
      378        - ____requiring that modified versions of such material be marked in
      379        - ____reasonable ways as different from the original version; or
      360        + c) Prohibiting misrepresentation of the origin of that material, or
      361        + requiring that modified versions of such material be marked in
      362        + reasonable ways as different from the original version; or
380   363

      381        - ____d) Limiting the use for publicity purposes of names of licensors or
      382        - ____authors of the material; or
      364        + d) Limiting the use for publicity purposes of names of licensors or
      365        + authors of the material; or
383   366

      384        - ____e) Declining to grant rights under trademark law for use of some
      385        - ____trade names, trademarks, or service marks; or
      367        + e) Declining to grant rights under trademark law for use of some
      368        + trade names, trademarks, or service marks; or
386   369

      387        - ____f) Requiring indemnification of licensors and authors of that
      388        - ____material by anyone who conveys the material (or modified versions of
      389        - ____it) with contractual assumptions of liability to the recipient, for
      390        - ____any liability that these contractual assumptions directly impose on
      391        - ____those licensors and authors.
      370        + f) Requiring indemnification of licensors and authors of that
      371        + material by anyone who conveys the material (or modified versions of
      372        + it) with contractual assumptions of liability to the recipient, for
      373        + any liability that these contractual assumptions directly impose on
      374        + those licensors and authors.
392   375

      393        - __All other non-permissive additional terms are considered "further
      376        + All other non-permissive additional terms are considered "further
394   377          restrictions" within the meaning of section 10.  If the Program as you
395   378          received it, or any part of it, contains a notice stating that it is
      396        - governed by this License along with a term that is a further restriction,
      397        - you may remove that term.  If a license document contains a further
      398        - restriction but permits relicensing or conveying under this License, you
      399        - may add to a covered work material governed by the terms of that license
      400        - document, provided that the further restriction does not survive such
      401        - relicensing or conveying.
      402        -
      403        - __If you add terms to a covered work in accord with this section, you
      379        + governed by this License along with a term that is a further
      380        + restriction, you may remove that term.  If a license document contains
      381        + a further restriction but permits relicensing or conveying under this
      382        + License, you may add to a covered work material governed by the terms
      383        + of that license document, provided that the further restriction does
      384        + not survive such relicensing or conveying.
      385        +
      386        + If you add terms to a covered work in accord with this section, you
404   387          must place, in the relevant source files, a statement of the
```

N4J_019398

| 405 | 388 | | additional terms that apply to those files, or a notice indicating |
| 406 | 389 | | where to find the applicable terms. |
| 407 | 390 | | |
| 408 | | - | __Additional terms, permissive or non-permissive, may be stated in the |
| | 391 | + | Additional terms, permissive or non-permissive, may be stated in the |
| 409 | 392 | | form of a separately written license, or stated as exceptions; |
| 410 | 393 | | the above requirements apply either way. |
| 411 | 394 | | |
| 412 | | - | __8. Termination. |
| | 395 | + | 8. Termination. |
| 413 | 396 | | |
| 414 | | - | __You may not propagate or modify a covered work except as expressly |
| | 397 | + | You may not propagate or modify a covered work except as expressly |
| 415 | 398 | | provided under this License.  Any attempt otherwise to propagate or |
| 416 | 399 | | modify it is void, and will automatically terminate your rights under |
| 417 | 400 | | this License (including any patent licenses granted under the third |
| 418 | 401 | | paragraph of section 11). |
| 419 | 402 | | |
| 420 | | - | __However, if you cease all violation of this License, then your |
| | 403 | + | However, if you cease all violation of this License, then your |
| 421 | 404 | | license from a particular copyright holder is reinstated (a) |
| 422 | 405 | | provisionally, unless and until the copyright holder explicitly and |
| 423 | 406 | | finally terminates your license, and (b) permanently, if the copyright |
| 424 | 407 | | holder fails to notify you of the violation by some reasonable means |
| 425 | 408 | | prior to 60 days after the cessation. |
| 426 | 409 | | |
| 427 | | - | __Moreover, your license from a particular copyright holder is |
| | 410 | + | Moreover, your license from a particular copyright holder is |
| 428 | 411 | | reinstated permanently if the copyright holder notifies you of the |
| 429 | 412 | | violation by some reasonable means, this is the first time you have |
| 430 | 413 | | received notice of violation of this License (for any work) from that |
| 431 | 414 | | copyright holder, and you cure the violation prior to 30 days after |
| 432 | 415 | | your receipt of the notice. |
| 433 | 416 | | |
| 434 | | - | __Termination of your rights under this section does not terminate the |
| | 417 | + | Termination of your rights under this section does not terminate the |
| 435 | 418 | | licenses of parties who have received copies or rights from you under |
| 436 | 419 | | this License.  If your rights have been terminated and not permanently |
| 437 | 420 | | reinstated, you do not qualify to receive new licenses for the same |
| 438 | 421 | | material under section 10. |
| 439 | 422 | | |
| 440 | | - | __9. Acceptance Not Required for Having Copies. |
| | 423 | + | 9. Acceptance Not Required for Having Copies. |
| 441 | 424 | | |
| 442 | | - | __You are not required to accept this License in order to receive or |
| | 425 | + | You are not required to accept this License in order to receive or |
| 443 | 426 | | run a copy of the Program.  Ancillary propagation of a covered work |
| 444 | 427 | | occurring solely as a consequence of using peer-to-peer transmission |
| 445 | 428 | | to receive a copy likewise does not require acceptance.  However, |
| 448 | 431 | | not accept this License.  Therefore, by modifying or propagating a |
| 449 | 432 | | covered work, you indicate your acceptance of this License to do so. |
| 450 | 433 | | |
| 451 | | - | __10. Automatic Licensing of Downstream Recipients. |
| | 434 | + | 10. Automatic Licensing of Downstream Recipients. |
| 452 | 435 | | |
| 453 | | - | __Each time you convey a covered work, the recipient automatically |
| | 436 | + | Each time you convey a covered work, the recipient automatically |
| 454 | 437 | | receives a license from the original licensors, to run, modify and |
| 455 | 438 | | propagate that work, subject to this License.  You are not responsible |
| 456 | 439 | | for enforcing compliance by third parties with this License. |
| 457 | 440 | | |
| 458 | | - | __An "entity transaction" is a transaction transferring control of an |
| | 441 | + | An "entity transaction" is a transaction transferring control of an |

N4J_019399

```
459   442         organization, or substantially all assets of one, or subdividing an
460   443         organization, or merging organizations.  If propagation of a covered
461   444         work results from an entity transaction, each party to that
465   448         Corresponding Source of the work from the predecessor in interest, if
466   449         the predecessor has it or can get it with reasonable efforts.
467   450

468      -   __You may not impose any further restrictions on the exercise of the
      451 +   You may not impose any further restrictions on the exercise of the
469   452         rights granted or affirmed under this License.  For example, you may
470   453         not impose a license fee, royalty, or other charge for exercise of
471   454         rights granted under this License, and you may not initiate litigation
472   455         (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456         any patent claim is infringed by making, using, selling, offering for
474   457         sale, or importing the Program or any portion of it.
475   458

476      -   __11. Patents.
      459 +   11. Patents.
477   460

478      -   __A "contributor" is a copyright holder who authorizes use under this
      461 +   A "contributor" is a copyright holder who authorizes use under this
479   462         License of the Program or a work on which the Program is based.  The
480   463         work thus licensed is called the contributor's "contributor version".
481   464

482      -   __A contributor's "essential patent claims" are all patent claims
      465 +   A contributor's "essential patent claims" are all patent claims
483   466         owned or controlled by the contributor, whether already acquired or
484   467         hereafter acquired, that would be infringed by some manner, permitted
485   468         by this License, of making, using, or selling its contributor version,
489   472         patent sublicenses in a manner consistent with the requirements of
490   473         this License.
491   474

492      -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
      475 +   Each contributor grants you a non-exclusive, worldwide, royalty-free
493   476         patent license under the contributor's essential patent claims, to
494   477         make, use, sell, offer for sale, import and otherwise run, modify and
495   478         propagate the contents of its contributor version.
496   479

497      -   __In the following three paragraphs, a "patent license" is any express
      480 +   In the following three paragraphs, a "patent license" is any express
498   481         agreement or commitment, however denominated, not to enforce a patent
499   482         (such as an express permission to practice a patent or covenant not to
500   483         sue for patent infringement).  To "grant" such a patent license to a
501   484         party means to make such an agreement or commitment not to enforce a
502   485         patent against the party.
503   486

504      -   __If you convey a covered work, knowingly relying on a patent license,
      487 +   If you convey a covered work, knowingly relying on a patent license,
505   488         and the Corresponding Source of the work is not available for anyone
506   489         to copy, free of charge and under the terms of this License, through a
507   490         publicly available network server or other readily accessible means,
515   498         in a country, would infringe one or more identifiable patents in that
516   499         country that you have reason to believe are valid.
517   500

518      -   __If, pursuant to or in connection with a single transaction or
      501 +   If, pursuant to or in connection with a single transaction or
519   502         arrangement, you convey, or propagate by procuring conveyance of, a
520   503         covered work, and grant a patent license to some of the parties
521   504         receiving the covered work authorizing them to use, propagate, modify
522   505         or convey a specific copy of the covered work, then the patent license
523   506         you grant is automatically extended to all recipients of the covered
524   507         work and works based on it.
525   508

526      -   __A patent license is "discriminatory" if it does not include within
```

N4J_019400

```
527  510   + A patent license is "discriminatory" if it does not include within
528  511     the scope of its coverage, prohibits the exercise of, or is
529  512     conditioned on the non-exercise of one or more of the rights that are
                specifically granted under this License.  You may not convey a covered
538  521     contain the covered work, unless you entered into that arrangement,
539  522     or that patent license was granted, prior to 28 March 2007.
540  523

541        - __Nothing in this License shall be construed as excluding or limiting
     524   + __Nothing in this License shall be construed as excluding or limiting
542  525     any implied license or other defenses to infringement that may
543  526     otherwise be available to you under applicable patent law.
544  527

545        - __12. No Surrender of Others' Freedom.
     528   + 12. No Surrender of Others' Freedom.
546  529

547        - __If conditions are imposed on you (whether by court order, agreement or
     530   + __If conditions are imposed on you (whether by court order, agreement or
548  531     otherwise) that contradict the conditions of this License, they do not
549  532     excuse you from the conditions of this License.  If you cannot convey a
550  533     covered work so as to satisfy simultaneously your obligations under this
554  537     the Program, the only way you could satisfy both those terms and this
555  538     License would be to refrain entirely from conveying the Program.
556  539

557        - __13. Remote Network Interaction; Use with the GNU General Public License.
     540   + 13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559        - __Notwithstanding any other provision of this License, if you modify the
     542   + __Notwithstanding any other provision of this License, if you modify the
560  543     Program, your modified version must prominently offer all users
561  544     interacting with it remotely through a computer network (if your version
562  545     supports such interaction) an opportunity to receive the Corresponding
567  550     of the GNU General Public License that is incorporated pursuant to the
568  551     following paragraph.
569  552

570        - __Notwithstanding any other provision of this License, you have permission
571        - to link or combine any covered work with a work licensed under version 3
572        - of the GNU General Public License into a single combined work, and to
573        - convey the resulting work.  The terms of this license will continue to
574        - apply to the part which is the covered work, but the work with which it is
575        - combined will remain governed by version 3 of the GNU General Public
576        - License.
577        -
578        - __14. Revised Versions of this License.
579        -
580        - __The Free Software Foundation may publish revised and/or new versions of
581        - the GNU Affero General Public License from time to time.  Such new
582        - versions will be similar in spirit to the present version, but may differ
583        - in detail to address new problems or concerns.
584        -
585        - __Each version is given a distinguishing version number.  If the
586        - Program specifies that a certain numbered version of the GNU Affero
587        - General Public License "or any later version" applies to it, you have
588        - the option of following the terms and conditions either of that
589        - numbered version or of any later version published by the Free
590        - Software Foundation.  If the Program does not specify a version number
591        - of the GNU Affero General Public License, you may choose any version
592        - ever published by the Free Software Foundation.
593        -
594        - __If the Program specifies that a proxy can decide which future
595        - versions of the GNU Affero General Public License can be used, that
596        - proxy's public statement of acceptance of a version permanently
597        - authorizes you to choose that version for the Program.
598
```

N4J_019401

```
599          -   __Later license versions may give you additional or different
      553    +  Notwithstanding any other provision of this License, you have
      554    +  permission to link or combine any covered work with a work licensed
      555    +  under version 3 of the GNU General Public License into a single
      556    +  combined work, and to convey the resulting work.  The terms of this
      557    +  License will continue to apply to the part which is the covered work,
      558    +  but the work with which it is combined will remain governed by version
      559    +  3 of the GNU General Public License.
      560    +
      561    +  14. Revised Versions of this License.
      562    +
      563    +  The Free Software Foundation may publish revised and/or new versions of
      564    +  the GNU Affero General Public License from time to time.  Such new versions
      565    +  will be similar in spirit to the present version, but may differ in detail to
      566    +  address new problems or concerns.
      567    +
      568    +  Each version is given a distinguishing version number.  If the
      569    +  Program specifies that a certain numbered version of the GNU Affero General
      570    +  Public License "or any later version" applies to it, you have the
      571    +  option of following the terms and conditions either of that numbered
      572    +  version or of any later version published by the Free Software
      573    +  Foundation.  If the Program does not specify a version number of the
      574    +  GNU Affero General Public License, you may choose any version ever published
      575    +  by the Free Software Foundation.
      576    +
      577    +  If the Program specifies that a proxy can decide which future
      578    +  versions of the GNU Affero General Public License can be used, that proxy's
      579    +  public statement of acceptance of a version permanently authorizes you
      580    +  to choose that version for the Program.
      581    +
      582    +  Later license versions may give you additional or different
600   583       permissions.  However, no additional obligations are imposed on any
601   584       author or copyright holder as a result of your choosing to follow a
602   585       later version.
603   586
604          -   __15. Disclaimer of Warranty.
      587    +  15. Disclaimer of Warranty.
605   588
606          -   __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
      589    +  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   590       APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   591       HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   592       OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612   595       IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   596       ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614   597
615          -   __16. Limitation of Liability.
      598    +  16. Limitation of Liability.
616   599
617          -   __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
      600    +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   601       WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602       THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603       GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607       EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608       SUCH DAMAGES.
626   609
627          -   __17. Interpretation of Sections 15 and 16.
      610    +  17. Interpretation of Sections 15 and 16.
628   611
629          -   __If the disclaimer of warranty and limitation of liability provided
      612    +  If the disclaimer of warranty and limitation of liability provided
630   613       above cannot be given local legal effect according to their terms,
```

362/357
N4J_019402

```
631  614        reviewing courts shall apply local law that most closely approximates
632  615        an absolute waiver of all civil liability in connection with the
633  616        Program, unless a warranty or assumption of liability accompanies a
634  617        copy of the Program in return for a fee.
635  618
636       -  _____END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620
638       -  _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640       -  __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624        possible use to the public, the best way to achieve this is to make it
642  625        free software which everyone can redistribute and change under these terms.
643  626
644       -  __To do so, attach the following notices to the program.  It is safest
     627  + To do so, attach the following notices to the program.  It is safest
645  628        to attach them to the start of each source file to most effectively
646  629        state the exclusion of warranty; and each file should have at least
647  630        the "copyright" line and a pointer to where the full notice is found.
648  631
649       -  ____<one line to give the program's name and a brief idea of what it does.>
650       -  ____Copyright (C) <year>  <name of author>
     632  + <one line to give the program's name and a brief idea of what it does.>
     633  + Copyright (C) <year>  <name of author>
651  634
652       -  ____This program is free software: you can redistribute it and/or modify
653       -  ____it under the terms of the GNU Affero General Public License as
654       -  ____published by the Free Software Foundation, either version 3 of the
655       -  ____License, or (at your option) any later version.
     635  + This program is free software: you can redistribute it and/or modify
     636  + it under the terms of the GNU Affero General Public License as published by
     637  + the Free Software Foundation, either version 3 of the License, or
     638  + (at your option) any later version.
656  639
657       -  ____This program is distributed in the hope that it will be useful,
658       -  ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -  ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -  ____GNU Affero General Public License for more details.
     640  + This program is distributed in the hope that it will be useful,
     641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
     642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
     643  + GNU Affero General Public License for more details.
661  644
662       -  ____You should have received a copy of the GNU Affero General Public License
663       -  ____along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648        Also add information on how to contact you by electronic and paper mail.
666  649
667       -  __If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651        network, you should also make sure that it provides a way for users to
669  652        get its source.  For example, if your program is a web application, its
670  653        interface could display a "Source" link that leads users to an archive
671  654        of the code.  There are many ways you could offer source, and different
672  655        solutions will be better for different programs; see section 13 for the
673  656        specific requirements.
674  657
675       -  __You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
```

N4J_019403

```
676   659        if any, to sign a "copyright disclaimer" for the program, if necessary.
677   660        For more information on this, and how to apply and follow the GNU AGPL, see
678        -   <http://www.gnu.org/licenses/>.
679        -
680        -
681        -   "Commons Clause" License Condition
682        -
683        -   The Software is provided to you by the Licensor under the License, as
684        -   defined below, subject to the following condition. Without limiting
685        -   other conditions in the License, the grant of rights under the License
686        -   will not include, and the License does not grant to you, the right to
687        -   Sell the Software.  For purposes of the foregoing, "Sell" means
688        -   practicing any or all of the rights granted to you under the License
689        -   to provide to third parties, for a fee or other consideration,
690        -   a product or service that consists, entirely or substantially,
691        -   of the Software or the functionality of the Software. Any license
692        -   notice or attribution required by the License must also include
693        -   this Commons Cause License Condition notice.
      661    +   <https://www.gnu.org/licenses/>.
```

▼  486 🟩🟩🟥🟥⬜  tools/LICENSE.txt 📋

```
...   ...        @@ -1,51 +1,35 @@
  1        -   NOTICE
  2        -   This package contains software licensed under different
  3        -   licenses, please refer to the NOTICE.txt file for further
  4        -   information and LICENSES.txt for full license texts.
        1    +   GNU AFFERO GENERAL PUBLIC LICENSE
        2    +     Version 3, 19 November 2007
  5        3
  6        -   Neo4j Enterprise object code can be licensed independently from
  7        -   the source under separate commercial terms. Email inquiries can be
  8        -   directed to: licensing@neo4j.com. More information is also
  9        -   available at:https://neo4j.com/licensing/
        4    +   Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
        5    +   Everyone is permitted to copy and distribute verbatim copies
        6    +   of this license document, but changing it is not allowed.
 10        7
 11        -   The software ("Software") is developed and owned by Neo4j Sweden AB
 12        -   (referred to in this notice as "Neo4j") and is subject to the terms
 13        -   of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
        8    +   Preamble
 14        9
 15        -
 16        -
 17        -                    GNU AFFERO GENERAL PUBLIC LICENSE
 18        -                     Version 3, 19 November 2007
 19        -
 20        -   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21        -   Everyone is permitted to copy and distribute verbatim copies
 22        -   of this license document, but changing it is not allowed.
 23        -
 24        -                          Preamble
 25        -
 26        -    The GNU Affero General Public License is a free, copyleft license
 27        -   for software and other kinds of works, specifically designed to ensure
        10   +   The GNU Affero General Public License is a free, copyleft license for
        11   +   software and other kinds of works, specifically designed to ensure
 28        12       cooperation with the community in the case of network server software.
 29        13
 30        -     The licenses for most software and other practical works are
 31        -   designed to take away your freedom to share and change the works.  By
 32        -   contrast, our General Public Licenses are intended to guarantee your
```

N4J_019404

```
33          - freedom to share and change all versions of a program--to make sure it
34          - remains free software for all its users.
   14       + The licenses for most software and other practical works are designed
   15       + to take away your freedom to share and change the works.  By contrast,
   16       + our General Public Licenses are intended to guarantee your freedom to
   17       + share and change all versions of a program--to make sure it remains free
   18       + software for all its users.
35 19
36          -  When we speak of free software, we are referring to freedom, not
   20       +  When we speak of free software, we are referring to freedom, not
37 21          price.  Our General Public Licenses are designed to make sure that you
38 22          have the freedom to distribute copies of free software (and charge for
39 23          them if you wish), that you receive source code or can get it if you
40 24          want it, that you can change the software or use pieces of it in new
41 25          free programs, and that you know you can do these things.
42 26
43          -  Developers that use our General Public Licenses protect your rights
   27       +  Developers that use our General Public Licenses protect your rights
44 28          with two steps: (1) assert copyright on the software, and (2) offer
45 29          you this License which gives you legal permission to copy, distribute
46 30          and/or modify the software.
47 31
48          -  A secondary benefit of defending all users' freedom is that
   32       +  A secondary benefit of defending all users' freedom is that
49 33          improvements made in alternate versions of the program, if they
50 34          receive widespread use, become available for other developers to
51 35          incorporate.  Many developers of free software are heartened and
55 39          letting the public access it on a server without ever releasing its
56 40          source code to the public.
57 41
58          -  The GNU Affero General Public License is designed specifically to
   42       +  The GNU Affero General Public License is designed specifically to
59 43          ensure that, in such cases, the modified source code becomes available
60 44          to the community.  It requires the operator of a network server to
61 45          provide the source code of the modified version running there to the
62 46          users of that server.  Therefore, public use of a modified version, on
63 47          a publicly accessible server, gives the public access to the source
64 48          code of the modified version.
65 49
66          -  An older license, called the Affero General Public License and
   50       +  An older license, called the Affero General Public License and
67 51          published by Affero, was designed to accomplish similar goals.  This is
68 52          a different license, not a version of the Affero GPL, but Affero has
69 53          released a new version of the Affero GPL which permits relicensing under
70 54          this license.
71 55
72          -  The precise terms and conditions for copying, distribution and
   56       +  The precise terms and conditions for copying, distribution and
73 57          modification follow.
74 58
75          -                     TERMS AND CONDITIONS
   59       + TERMS AND CONDITIONS
   60       +
   61       + 0. Definitions.
76 62
77          -  0. Definitions.
   63       + "This License" refers to version 3 of the GNU Affero General Public License.
78 64
79          -  "This License" refers to version 3 of the GNU Affero General Public
80          - License.
   65       + "Copyright" also means copyright-like laws that apply to other kinds of
   66       + works, such as semiconductor masks.
81 67
```

N4J_019405

```
82           -   "Copyright" also means copyright-like laws that apply to other kinds
83           - of works, such as semiconductor masks.
84           -
85           -   "The Program" refers to any copyrightable work licensed under this
     68      +   "The Program" refers to any copyrightable work licensed under this
86   69      License.  Each licensee is addressed as "you".  "Licensees" and
87   70      "recipients" may be individuals or organizations.
88   71
89           -   To "modify" a work means to copy from or adapt all or part of the work
     72      +   To "modify" a work means to copy from or adapt all or part of the work
90   73      in a fashion requiring copyright permission, other than the making of an
91   74      exact copy.  The resulting work is called a "modified version" of the
92   75      earlier work or a work "based on" the earlier work.
93   76
94           -   A "covered work" means either the unmodified Program or a work based
     77      +   A "covered work" means either the unmodified Program or a work based
95   78      on the Program.
96   79
97           -   To "propagate" a work means to do anything with it that, without
     80      +   To "propagate" a work means to do anything with it that, without
98   81      permission, would make you directly or secondarily liable for
99   82      infringement under applicable copyright law, except executing it on a
100  83      computer or modifying a private copy.  Propagation includes copying,
101  84      distribution (with or without modification), making available to the
102  85      public, and in some countries other activities as well.
103  86
104          -   To "convey" a work means any kind of propagation that enables other
     87      +   To "convey" a work means any kind of propagation that enables other
105  88      parties to make or receive copies.  Mere interaction with a user through
106  89      a computer network, with no transfer of a copy, is not conveying.
107  90
108          -   An interactive user interface displays "Appropriate Legal Notices"
     91      +   An interactive user interface displays "Appropriate Legal Notices"
109  92      to the extent that it includes a convenient and prominently visible
110  93      feature that (1) displays an appropriate copyright notice, and (2)
111  94      tells the user that there is no warranty for the work (except to the
114  97      the interface presents a list of user commands or options, such as a
115  98      menu, a prominent item in the list meets this criterion.
116  99
117          -   1. Source Code.
     100     + 1. Source Code.
118  101
119          -   The "source code" for a work means the preferred form of the work
     102     +   The "source code" for a work means the preferred form of the work
120  103     for making modifications to it.  "Object code" means any non-source
121  104     form of a work.
122  105
123          -   A "Standard Interface" means an interface that either is an official
     106     +   A "Standard Interface" means an interface that either is an official
124  107     standard defined by a recognized standards body, or, in the case of
125  108     interfaces specified for a particular programming language, one that
126  109     is widely used among developers working in that language.
127  110
128          -   The "System Libraries" of an executable work include anything, other
     111     +   The "System Libraries" of an executable work include anything, other
129  112     than the work as a whole, that (a) is included in the normal form of
130  113     packaging a Major Component, but which is not part of that Major
131  114     Component, and (b) serves only to enable use of the work with that
136  119     (if any) on which the executable work runs, or a compiler used to
137  120     produce the work, or an object code interpreter used to run it.
138  121
139          -   The "Corresponding Source" for a work in object code form means all
     122     + The "Corresponding Source" for a work in object code form means all
```

N4J_019406

```
140  123       the source code needed to generate, install, and (for an executable
141  124       work) run the object code and to modify the work, including scripts to
142  125       control those activities.  However, it does not include the work's
149  132       such as by intimate data communication or control flow between those
150  133       subprograms and other parts of the work.
151  134
152      -   __The Corresponding Source need not include anything that users
     135  +  The Corresponding Source need not include anything that users
153  136       can regenerate automatically from other parts of the Corresponding
154  137       Source.
155  138
156      -   __The Corresponding Source for a work in source code form is that
     139  +  The Corresponding Source for a work in source code form is that
157  140       same work.
158  141
159      -   __2. Basic Permissions.
     142  +  2. Basic Permissions.
160  143
161      -   __All rights granted under this License are granted for the term of
     144  +  All rights granted under this License are granted for the term of
162  145       copyright on the Program, and are irrevocable provided the stated
163  146       conditions are met.  This License explicitly affirms your unlimited
164  147       permission to run the unmodified Program.  The output from running a
165  148       covered work is covered by this License only if the output, given its
166  149       content, constitutes a covered work.  This License acknowledges your
167  150       rights of fair use or other equivalent, as provided by copyright law.
168  151
169      -   __You may make, run and propagate covered works that you do not
     152  +  You may make, run and propagate covered works that you do not
170  153       convey, without conditions so long as your license otherwise remains
171  154       in force.  You may convey covered works to others for the sole purpose
172  155       of having them make modifications exclusively for you, or provide you
177  160       and control, on terms that prohibit them from making any copies of
178  161       your copyrighted material outside their relationship with you.
179  162
180      -   __Conveying under any other circumstances is permitted solely under
     163  +  Conveying under any other circumstances is permitted solely under
181  164       the conditions stated below.  Sublicensing is not allowed; section 10
182  165       makes it unnecessary.
183  166
184      -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  +  3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168
186      -   __No covered work shall be deemed part of an effective technological
     169  +  No covered work shall be deemed part of an effective technological
187  170       measure under any applicable law fulfilling obligations under article
188  171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172       similar laws prohibiting or restricting circumvention of such
190  173       measures.
191  174
192      -   __When you convey a covered work, you waive any legal power to forbid
     175  +  When you convey a covered work, you waive any legal power to forbid
193  176       circumvention of technological measures to the extent such circumvention
194  177       is effected by exercising rights under this License with respect to
195  178       the covered work, and you disclaim any intention to limit operation or
196  179       modification of the work as a means of enforcing, against the work's
197  180       users, your or third parties' legal rights to forbid circumvention of
198  181       technological measures.
199  182
200      -   __4. Conveying Verbatim Copies.
     183  +  4. Conveying Verbatim Copies.
201  184
202      -   __You may convey verbatim copies of the Program's source code as you
```

N4J_019407

```
203   185   + You may convey verbatim copies of the Program's source code as you
204   186     receive it, in any medium, provided that you conspicuously and
205   187     appropriately publish on each copy an appropriate copyright notice;
206   188     keep intact all notices stating that this License and any
207   189     non-permissive terms added in accord with section 7 apply to the code;
208   190     keep intact all notices of the absence of any warranty; and give all
209   191     recipients a copy of this License along with the Program.
      192

210         - __You may charge any price or no price for each copy that you convey,
      193   + You may charge any price or no price for each copy that you convey,
211   194     and you may offer support or warranty protection for a fee.
212   195

213         - __5. Conveying Modified Source Versions.
      196   + 5. Conveying Modified Source Versions.
214   197

215         - __You may convey a work based on the Program, or the modifications to
      198   + You may convey a work based on the Program, or the modifications to
216   199     produce it from the Program, in the form of source code under the
217   200     terms of section 4, provided that you also meet all of these conditions:
218   201

219         - ___a) The work must carry prominent notices stating that you modified
220         - ___it, and giving a relevant date.
      202   + a) The work must carry prominent notices stating that you modified
      203   + it, and giving a relevant date.
221   204

222         - ___b) The work must carry prominent notices stating that it is
223         - ___released under this License and any conditions added under section
224         - ___7.  This requirement modifies the requirement in section 4 to
225         - ___"keep intact all notices".
      205   + b) The work must carry prominent notices stating that it is
      206   + released under this License and any conditions added under section
      207   + 7.  This requirement modifies the requirement in section 4 to
      208   + "keep intact all notices".
226   209

227         - ___c) You must license the entire work, as a whole, under this
228         - ___License to anyone who comes into possession of a copy.  This
229         - ___License will therefore apply, along with any applicable section 7
230         - ___additional terms, to the whole of the work, and all its parts,
231         - ___regardless of how they are packaged.  This License gives no
232         - ___permission to license the work in any other way, but it does not
233         - ___invalidate such permission if you have separately received it.
      210   + c) You must license the entire work, as a whole, under this
      211   + License to anyone who comes into possession of a copy.  This
      212   + License will therefore apply, along with any applicable section 7
      213   + additional terms, to the whole of the work, and all its parts,
      214   + regardless of how they are packaged.  This License gives no
      215   + permission to license the work in any other way, but it does not
      216   + invalidate such permission if you have separately received it.
234   217

235         - ___d) If the work has interactive user interfaces, each must display
236         - ___Appropriate Legal Notices; however, if the Program has interactive
237         - ___interfaces that do not display Appropriate Legal Notices, your
238         - ___work need not make them do so.
      218   + d) If the work has interactive user interfaces, each must display
      219   + Appropriate Legal Notices; however, if the Program has interactive
      220   + interfaces that do not display Appropriate Legal Notices, your
      221   + work need not make them do so.
239   222

240         - __A compilation of a covered work with other separate and independent
      223   + A compilation of a covered work with other separate and independent
241   224     works, which are not by their nature extensions of the covered work,
242   225     and which are not combined with it such as to form a larger program,
243   226     in or on a volume of a storage or distribution medium, is called an
```

N4J_019408

Update ... Update to License to reflect that ... does not violate ... · graphfoundation/ongdb@c0b23b · GitHub

```
247  230        in an aggregate does not cause this License to apply to the other
248  231        parts of the aggregate.
249  232
250       -  __6. Conveying Non-Source Forms.
     233  + 6. Conveying Non-Source Forms.
251  234
252       -  __You may convey a covered work in object code form under the terms
     235  + You may convey a covered work in object code form under the terms
253  236        of sections 4 and 5, provided that you also convey the
254  237        machine-readable Corresponding Source under the terms of this License,
255  238        in one of these ways:
256  239
257       -  ____a) Convey the object code in, or embodied in, a physical product
258       -  ____(including a physical distribution medium), accompanied by the
259       -  ____Corresponding Source fixed on a durable physical medium
260       -  ____customarily used for software interchange.
261       -  ____
262       -  ____b) Convey the object code in, or embodied in, a physical product
263       -  ____(including a physical distribution medium), accompanied by a
264       -  ____written offer, valid for at least three years and valid for as
265       -  ____long as you offer spare parts or customer support for that product
266       -  ____model, to give anyone who possesses the object code either (1) a
267       -  ____copy of the Corresponding Source for all the software in the
268       -  ____product that is covered by this License, on a durable physical
269       -  ____medium customarily used for software interchange, for a price no
270       -  ____more than your reasonable cost of physically performing this
271       -  ____conveying of source, or (2) access to copy the
272       -  ____Corresponding Source from a network server at no charge.
273       -  ____
274       -  ____c) Convey individual copies of the object code with a copy of the
275       -  ____written offer to provide the Corresponding Source.  This
276       -  ____alternative is allowed only occasionally and noncommercially, and
277       -  ____only if you received the object code with such an offer, in accord
278       -  ____with subsection 6b.
279       -  ____
280       -  ____d) Convey the object code by offering access from a designated
281       -  ____place (gratis or for a charge), and offer equivalent access to the
282       -  ____Corresponding Source in the same way through the same place at no
283       -  ____further charge.  You need not require recipients to copy the
284       -  ____Corresponding Source along with the object code.  If the place to
285       -  ____copy the object code is a network server, the Corresponding Source
286       -  ____may be on a different server (operated by you or a third party)
287       -  ____that supports equivalent copying facilities, provided you maintain
288       -  ____clear directions next to the object code saying where to find the
289       -  ____Corresponding Source.  Regardless of what server hosts the
290       -  ____Corresponding Source, you remain obligated to ensure that it is
291       -  ____available for as long as needed to satisfy these requirements.
292       -  ____
293       -  ____e) Convey the object code using peer-to-peer transmission, provided
294       -  ____you inform other peers where the object code and Corresponding
295       -  ____Source of the work are being offered to the general public at no
296       -  ____charge under subsection 6d.
297       -  ____
298       -  __A separable portion of the object code, whose source code is excluded
     240  + a) Convey the object code in, or embodied in, a physical product
     241  + (including a physical distribution medium), accompanied by the
     242  + Corresponding Source fixed on a durable physical medium
     243  + customarily used for software interchange.
     244  +
     245  + b) Convey the object code in, or embodied in, a physical product
     246  + (including a physical distribution medium), accompanied by a
     247  + written offer, valid for at least three years and valid for as
     248  + long as you offer spare parts or customer support for that product
```

N4J_019409

```
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302       - __A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315       - __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323       - __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334       - __The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
```

N4J_019410

```
335  318      requirement to continue to provide support service, warranty, or updates
336  319      for a work that has been modified or installed by the recipient, or for
337  320      the User Product in which it has been modified or installed. Access to a
338  321      network may be denied when the modification itself materially and
339  322      adversely affects the operation of the network or violates the rules and
340  323      protocols for communication across the network.
341  324

342       -    Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326      in accord with this section must be in a format that is publicly
344  327      documented (and with an implementation available to the public in
345  328      source code form), and must require no special password or key for
346  329      unpacking, reading or copying.
347  330

348       -    7. Additional Terms.
     331  +  7. Additional Terms.
349  332

350       -    "Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334      License by making exceptions from one or more of its conditions.
352  335      Additional permissions that are applicable to the entire Program shall
353  336      be treated as though they were included in this License, to the extent
356  339      under those permissions, but the entire Program remains governed by
357  340      this License without regard to the additional permissions.
358  341

359       -    When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348

366       -    Notwithstanding any other provision of this License, for material you
     349  +  Notwithstanding any other provision of this License, for material you
367  350      add to a covered work, you may (if authorized by the copyright holders of
368  351      that material) supplement the terms of this License with terms:
369  352

370       -      a) Disclaiming warranty or limiting liability differently from the
371       -      terms of sections 15 and 16 of this License; or
     353  +  a) Disclaiming warranty or limiting liability differently from the
     354  +  terms of sections 15 and 16 of this License; or
372  355

373       -      b) Requiring preservation of specified reasonable legal notices or
374       -      author attributions in that material or in the Appropriate Legal
375       -      Notices displayed by works containing it; or
     356  +  b) Requiring preservation of specified reasonable legal notices or
     357  +  author attributions in that material or in the Appropriate Legal
     358  +  Notices displayed by works containing it; or
376  359

377       -      c) Prohibiting misrepresentation of the origin of that material, or
378       -      requiring that modified versions of such material be marked in
379       -      reasonable ways as different from the original version; or
     360  +  c) Prohibiting misrepresentation of the origin of that material, or
     361  +  requiring that modified versions of such material be marked in
     362  +  reasonable ways as different from the original version; or
380  363

381       -      d) Limiting the use for publicity purposes of names of licensors or
382       -      authors of the material; or
     364  +  d) Limiting the use for publicity purposes of names of licensors or
     365  +  authors of the material; or
383  366

384       -      e) Declining to grant rights under trademark law for use of some
```

N4J_019411

```
385         -    ___trade names, trademarks, or service marks; or
     367    + e) Declining to grant rights under trademark law for use of some
     368    + trade names, trademarks, or service marks; or
386  369
387         -    ___f) Requiring indemnification of licensors and authors of that
388         -    ___material by anyone who conveys the material (or modified versions of
389         -    ___it) with contractual assumptions of liability to the recipient, for
390         -    ___any liability that these contractual assumptions directly impose on
391         -    ___those licensors and authors.
     370    + f) Requiring indemnification of licensors and authors of that
     371    + material by anyone who conveys the material (or modified versions of
     372    + it) with contractual assumptions of liability to the recipient, for
     373    + any liability that these contractual assumptions directly impose on
     374    + those licensors and authors.
392  375
393         -    __All other non-permissive additional terms are considered "further
     376    + All other non-permissive additional terms are considered "further
394  377       restrictions" within the meaning of section 10.  If the Program as you
395  378       received it, or any part of it, contains a notice stating that it is
396         - governed by this License along with a term that is a further restriction,
397         - you may remove that term.  If a license document contains a further
398         - restriction but permits relicensing or conveying under this License, you
399         - may add to a covered work material governed by the terms of that license
400         - document, provided that the further restriction does not survive such
401         - relicensing or conveying.
402         -
403         -    __If you add terms to a covered work in accord with this section, you
     379    + governed by this License along with a term that is a further
     380    + restriction, you may remove that term.  If a license document contains
     381    + a further restriction but permits relicensing or conveying under this
     382    + License, you may add to a covered work material governed by the terms
     383    + of that license document, provided that the further restriction does
     384    + not survive such relicensing or conveying.
     385    +
     386    + If you add terms to a covered work in accord with this section, you
404  387       must place, in the relevant source files, a statement of the
405  388       additional terms that apply to those files, or a notice indicating
406  389       where to find the applicable terms.
407  390
408         -    __Additional terms, permissive or non-permissive, may be stated in the
     391    + Additional terms, permissive or non-permissive, may be stated in the
409  392       form of a separately written license, or stated as exceptions;
410  393       the above requirements apply either way.
411  394
412         -    __8. Termination.
     395    + 8. Termination.
413  396
414         -    __You may not propagate or modify a covered work except as expressly
     397    + You may not propagate or modify a covered work except as expressly
415  398       provided under this License.  Any attempt otherwise to propagate or
416  399       modify it is void, and will automatically terminate your rights under
417  400       this License (including any patent licenses granted under the third
418  401       paragraph of section 11).
419  402
420         -    __However, if you cease all violation of this License, then your
     403    + However, if you cease all violation of this License, then your
421  404       license from a particular copyright holder is reinstated (a)
422  405       provisionally, unless and until the copyright holder explicitly and
423  406       finally terminates your license, and (b) permanently, if the copyright
424  407       holder fails to notify you of the violation by some reasonable means
425  408       prior to 60 days after the cessation.
426  409
427         -    __Moreover, your license from a particular copyright holder is
```

```
428   410   + Moreover, your license from a particular copyright holder is
      411     reinstated permanently if the copyright holder notifies you of the
429   412     violation by some reasonable means, this is the first time you have
430   413     received notice of violation of this License (for any work) from that
431   414     copyright holder, and you cure the violation prior to 30 days after
432   415     your receipt of the notice.
433   416

434         - __Termination of your rights under this section does not terminate the
      417   + Termination of your rights under this section does not terminate the
435   418     licenses of parties who have received copies or rights from you under
436   419     this License.  If your rights have been terminated and not permanently
437   420     reinstated, you do not qualify to receive new licenses for the same
438   421     material under section 10.
439   422

440         - __9. Acceptance Not Required for Having Copies.
      423   + 9. Acceptance Not Required for Having Copies.
441   424

442         - __You are not required to accept this License in order to receive or
      425   + You are not required to accept this License in order to receive or
443   426     run a copy of the Program.  Ancillary propagation of a covered work
444   427     occurring solely as a consequence of using peer-to-peer transmission
445   428     to receive a copy likewise does not require acceptance.  However,
448   431     not accept this License.  Therefore, by modifying or propagating a
449   432     covered work, you indicate your acceptance of this License to do so.
450   433

451         - __10. Automatic Licensing of Downstream Recipients.
      434   + 10. Automatic Licensing of Downstream Recipients.
452   435

453         - __Each time you convey a covered work, the recipient automatically
      436   + Each time you convey a covered work, the recipient automatically
454   437     receives a license from the original licensors, to run, modify and
455   438     propagate that work, subject to this License.  You are not responsible
456   439     for enforcing compliance by third parties with this License.
457   440

458         - __An "entity transaction" is a transaction transferring control of an
      441   + An "entity transaction" is a transaction transferring control of an
459   442     organization, or substantially all assets of one, or subdividing an
460   443     organization, or merging organizations.  If propagation of a covered
461   444     work results from an entity transaction, each party to that
465   448     Corresponding Source of the work from the predecessor in interest, if
466   449     the predecessor has it or can get it with reasonable efforts.
467   450

468         - __You may not impose any further restrictions on the exercise of the
      451   + You may not impose any further restrictions on the exercise of the
469   452     rights granted or affirmed under this License.  For example, you may
470   453     not impose a license fee, royalty, or other charge for exercise of
471   454     rights granted under this License, and you may not initiate litigation
472   455     (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456     any patent claim is infringed by making, using, selling, offering for
474   457     sale, or importing the Program or any portion of it.
475   458

476         - __11. Patents.
      459   + 11. Patents.
477   460

478         - __A "contributor" is a copyright holder who authorizes use under this
      461   + A "contributor" is a copyright holder who authorizes use under this
479   462     License of the Program or a work on which the Program is based.  The
480   463     work thus licensed is called the contributor's "contributor version".
481   464

482         - __A contributor's "essential patent claims" are all patent claims
      465   + A contributor's "essential patent claims" are all patent claims
483   466     owned or controlled by the contributor, whether already acquired or
484   467     hereafter acquired, that would be infringed by some manner, permitted
```

```
485  468         by this License, of making, using, or selling its contributor version,
489  472         patent sublicenses in a manner consistent with the requirements of
490  473         this License.
491  474
492       -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  +   Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476         patent license under the contributor's essential patent claims, to
494  477         make, use, sell, offer for sale, import and otherwise run, modify and
495  478         propagate the contents of its contributor version.
496  479
497       -   __In the following three paragraphs, a "patent license" is any express
     480  +   In the following three paragraphs, a "patent license" is any express
498  481         agreement or commitment, however denominated, not to enforce a patent
499  482         (such as an express permission to practice a patent or covenant not to
500  483         sue for patent infringement).  To "grant" such a patent license to a
501  484         party means to make such an agreement or commitment not to enforce a
502  485         patent against the party.
503  486
504       -   __If you convey a covered work, knowingly relying on a patent license,
     487  +   If you convey a covered work, knowingly relying on a patent license,
505  488         and the Corresponding Source of the work is not available for anyone
506  489         to copy, free of charge and under the terms of this License, through a
507  490         publicly available network server or other readily accessible means,
515  498         in a country, would infringe one or more identifiable patents in that
516  499         country that you have reason to believe are valid.
517  500
518       -   __If, pursuant to or in connection with a single transaction or
     501  +   If, pursuant to or in connection with a single transaction or
519  502         arrangement, you convey, or propagate by procuring conveyance of, a
520  503         covered work, and grant a patent license to some of the parties
521  504         receiving the covered work authorizing them to use, propagate, modify
522  505         or convey a specific copy of the covered work, then the patent license
523  506         you grant is automatically extended to all recipients of the covered
524  507         work and works based on it.
525  508
526       -   __A patent license is "discriminatory" if it does not include within
     509  +   A patent license is "discriminatory" if it does not include within
527  510         the scope of its coverage, prohibits the exercise of, or is
528  511         conditioned on the non-exercise of one or more of the rights that are
529  512         specifically granted under this License.  You may not convey a covered
538  521         contain the covered work, unless you entered into that arrangement,
539  522         or that patent license was granted, prior to 28 March 2007.
540  523
541       -   __Nothing in this License shall be construed as excluding or limiting
     524  +   Nothing in this License shall be construed as excluding or limiting
542  525         any implied license or other defenses to infringement that may
543  526         otherwise be available to you under applicable patent law.
544  527
545       -   __12. No Surrender of Others' Freedom.
     528  +   12. No Surrender of Others' Freedom.
546  529
547       -   __If conditions are imposed on you (whether by court order, agreement or
     530  +   If conditions are imposed on you (whether by court order, agreement or
548  531         otherwise) that contradict the conditions of this License, they do not
549  532         excuse you from the conditions of this License.  If you cannot convey a
550  533         covered work so as to satisfy simultaneously your obligations under this
554  537         the Program, the only way you could satisfy both those terms and this
555  538         License would be to refrain entirely from conveying the Program.
556  539
557       -   __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +   13. Remote Network Interaction; Use with the GNU General Public License.
558  541
559       -   __Notwithstanding any other provision of this License, if you modify the
```

```
542  + Notwithstanding any other provision of this License, if you modify the
543  +   Program, your modified version must prominently offer all users
544  +   interacting with it remotely through a computer network (if your version
545  +   supports such interaction) an opportunity to receive the Corresponding
550  +   of the GNU General Public License that is incorporated pursuant to the
551  +   following paragraph.
552  +
     -     Notwithstanding any other provision of this License, you have permission
     - to link or combine any covered work with a work licensed under version 3
     - of the GNU General Public License into a single combined work, and to
     - convey the resulting work.  The terms of this License will continue to
     - apply to the part which is the covered work, but the work with which it is
     - combined will remain governed by version 3 of the GNU General Public
     - License.
     -
     -   14. Revised Versions of this License.
     -
     -     The Free Software Foundation may publish revised and/or new versions of
     - the GNU Affero General Public License from time to time.  Such new
     - versions will be similar in spirit to the present version, but may differ
     - in detail to address new problems or concerns.
     -
     -     Each version is given a distinguishing version number.  If the
     - Program specifies that a certain numbered version of the GNU Affero
     - General Public License "or any later version" applies to it, you have
     - the option of following the terms and conditions either of that
     - numbered version or of any later version published by the Free
     - Software Foundation.  If the Program does not specify a version number
     - of the GNU Affero General Public License, you may choose any version
     - ever published by the Free Software Foundation.
     -
     -     If the Program specifies that a proxy can decide which future
     - versions of the GNU Affero General Public License can be used, that
     - proxy's public statement of acceptance of a version permanently
     - authorizes you to choose that version for the Program.
     -
     -     Later license versions may give you additional or different
553  + Notwithstanding any other provision of this License, you have
554  + permission to link or combine any covered work with a work licensed
555  + under version 3 of the GNU General Public License into a single
556  + combined work, and to convey the resulting work.  The terms of this
557  + License will continue to apply to the part which is the covered work,
558  + but the work with which it is combined will remain governed by version
559  + 3 of the GNU General Public License.
560  +
561  + 14. Revised Versions of this License.
562  +
563  + The Free Software Foundation may publish revised and/or new versions of
564  + the GNU Affero General Public License from time to time.  Such new versions
565  + will be similar in spirit to the present version, but may differ in detail to
566  + address new problems or concerns.
567  +
568  + Each version is given a distinguishing version number.  If the
569  + Program specifies that a certain numbered version of the GNU Affero General
570  + Public License "or any later version" applies to it, you have the
571  + option of following the terms and conditions either of that numbered
572  + version or of any later version published by the Free Software
573  + Foundation.  If the Program does not specify a version number of the
574  + GNU Affero General Public License, you may choose any version ever published
575  + by the Free Software Foundation.
576  +
577  + If the Program specifies that a proxy can decide which future
578  + versions of the GNU Affero General Public License can be used, that proxy's
```

N4J_019415

```
 579  + public statement of acceptance of a version permanently authorizes you
 580  + to choose that version for the Program.
 581  +
 582  + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
602  585    later version.
603  586
604       -   __15. Disclaimer of Warranty.
     587  + 15. Disclaimer of Warranty.
605  588
606       -   __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615       -   __16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599
617       -   __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627       -   __17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611
629       -   __If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618
636       -   _____END OF TERMS AND CONDITIONS
     619  + END OF TERMS AND CONDITIONS
637  620
638       -   _____How to Apply These Terms to Your New Programs
     621  + How to Apply These Terms to Your New Programs
639  622
640       -   __If you develop a new program, and you want it to be of the greatest
     623  + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
643  626
644       -   __To do so, attach the following notices to the program.  It is safest
     627  + To do so, attach the following notices to the program.  It is safest
645  628    to attach them to the start of each source file to most effectively
646  629    state the exclusion of warranty; and each file should have at least
647  630    the "copyright" line and a pointer to where the full notice is found.
648  631
649       -   ____<one line to give the program's name and a brief idea of what it does.>
650       -   ___Copyright (C) <year>  <name of author>
     632  + <one line to give the program's name and a brief idea of what it does.>
     633  + Copyright (C) <year>  <name of author>
651  634
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019416

```
652    -    This program is free software: you can redistribute it and/or modify
653    -    it under the terms of the GNU Affero General Public License as
654    -    published by the Free Software Foundation, either version 3 of the
655    -    License, or (at your option) any later version.
       635  + This program is free software: you can redistribute it and/or modify
       636  + it under the terms of the GNU Affero General Public License as published by
       637  + the Free Software Foundation, either version 3 of the License, or
       638  + (at your option) any later version.
656    639
657    -    This program is distributed in the hope that it will be useful,
658    -    but WITHOUT ANY WARRANTY; without even the implied warranty of
659    -    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660    -    GNU Affero General Public License for more details.
       640  + This program is distributed in the hope that it will be useful,
       641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
       642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       643  + GNU Affero General Public License for more details.
661    644
662    -    You should have received a copy of the GNU Affero General Public License
663    -    along with this program.  If not, see <http://www.gnu.org/licenses/>.
       645  + You should have received a copy of the GNU Affero General Public License
       646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664    647
665    648    Also add information on how to contact you by electronic and paper mail.
666    649
667    -  If your software can interact with users remotely through a computer
       650  + If your software can interact with users remotely through a computer
668    651    network, you should also make sure that it provides a way for users to
669    652    get its source.  For example, if your program is a web application, its
670    653    interface could display a "Source" link that leads users to an archive
671    654    of the code.  There are many ways you could offer source, and different
672    655    solutions will be better for different programs; see section 13 for the
673    656    specific requirements.
674    657
675    -  You should also get your employer (if you work as a programmer) or school,
       658  + You should also get your employer (if you work as a programmer) or school,
676    659    if any, to sign a "copyright disclaimer" for the program, if necessary.
677    660    For more information on this, and how to apply and follow the GNU AGPL, see
678    -  <http://www.gnu.org/licenses/>.
679    -
680    -
681    -  "Commons Clause" License Condition
682    -
683    -  The Software is provided to you by the Licensor under the License, as
684    -  defined below, subject to the following condition. Without limiting
685    -  other conditions in the License, the grant of rights under the License
686    -  will not include, and the License does not grant to you, the right to
687    -  Sell the Software.  For purposes of the foregoing, "Sell" means
688    -  practicing any or all of the rights granted to you under the License
689    -  to provide to third parties, for a fee or other consideration,
690    -  a product or service that consists, entirely or substantially,
691    -  of the Software or the functionality of the Software. Any license
692    -  notice or attribution required by the License must also include
693    -  this Commons Cause License Condition notice.
       661  + <https://www.gnu.org/licenses/>.
```

**0 comments on commit** `c0b23b2`

Please sign in to comment.

N4J_019417

**EXHIBIT 40**

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**          Joerg Baach (joerg@baach.de)
**CC:**
**BCC:**
**Subject:**    Re: ONgDB Source / License
**Attachments:**
**Sent:**        01/18/2019 05:32:37 PM -0800 (PST)

---

Neo4j removed the enterprise source at 3.5-beta03 - there is a small and growing team who keeps the enterprise code (under enterprise sub-module) up to date and adding new features.

It would be much harder if Neo4j core was closed source!

3.4.12 is actually ready to go as well. It is going through testing this weekend.

Have a good weekend,

John Mark

On Fri, Jan 18, 2019, 12:44 PM Joerg Baach <joerg@baach.de wrote:
> Hello John Mark,
>
> very exiting news, glad to hear it. I am really looking forward to build
> the code - quite busy on the weekend, but I'll surely manage during the
> week.
>
> One question though: is this a 3.5 Community with 3.4 enterprise - Add
> ons, or how do you get around the AGPL removal from neo4j enterprise in
> December?
>
> Thanks a lot, your work is hugely appreciated!
>
>   Joerg
>
> On 18.01.19 17:41, John Mark Suhy wrote:
> > Hello Jörg,
> >
> > I just wanted to let you know that for ONgDB 3.5 - we merged the build
> > framework and enterprise code back into the code repository like it used
> > to be before Neo started stripping it out.
> >
> > I have build instructions as well since everything is much easier now.
> >
> > See:  https://github.com/GraphFoundation/ongdb
> >
> > Do you want to.try building everything now to flush out my instructions?
> >
> >
> > Let me know.
> >
> > Thank you,
> >
> > John Mark
> >
> >



Witness:
John Mark Suhy

**Exhibit 28**

10/22/2020  B Gerald

IGOV0001570039.0001

> On Fri, Nov 9, 2018, 6:39 PM Joerg Baach <joerg@baach.de
> <mailto:joerg@baach.de> wrote:
>
> Hi John,
>
> I am quite deligthed to have found your website, first because of
> pricing info, but more important because of your work on making the
> neo4j enterprise version available again.
>
> May I ask two questions:
>
> - where can I find the source of the binaries you provide?
> - could you provide instructions on how to build your binaries myself?
>
> I am asking because I tried to generate the neo4j binaries myself, but
> run into the issues you describe in your blog post. Now I would love to
> try the enterprise version, ideally in a version that I can/could
> verify.
>
> Cheers, and thanks again for your work!
>
>   Jörg
>

IGOV0001570039.0002

**EXHIBIT 41**

11/9/2020    GitHub - graphfoundation/ongdb: ONgDB (Open Native Graph DB) -Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 696 of 1198



Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 697 of 1198

| 📄 | pom.xml | 3.6.1-SNAPSHOT | 4 months ago |
|---|---|---|---|

README.asciidoc

`BUILD STATUS:` `SUCCESS`

# ONgDB - fork of Neo4j Enterprise: Graphs for Everyone

Open Native Graph DB (ONgDB) is a fork of the neo4j project that continues development of the neo4j enterprise codebase as a fully open source project after Neo4j Inc's Open Core Shift that closed ongoing development and removed existing source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

Learn more about our open source mission at The Graph Foundation website.

## Using ONgDB

ONgDB is available as a standalone server, an embeddable component or a Docker image. You can download distributions from our CDN or pull images from DockerHub.

## Extending ONgDB

We encourage experimentation with ONgDB. You can build extensions to ONgDB, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. The Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
|---|---|

## Dependencies

ONgDB is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export` `MAVEN_OPTS="-Xmx512m"`.

macOS users need to have Homebrew installed.

### Languages

🟫 Java 81.4%    🔴 Scala 17.6%
🔵 PowerShell 0.3%    🔴 Gherkin 0.3%
🟢 Shell 0.2%    🟡 Roff 0.2%

+ 171 contributors

N4J_019941

11/9/2020                    GitHub - graphfoundation/ongdb: ONgDB is an open and thriving continuation of the Neo4j fork with Enterprise code from Neo4j integrated into Neo4j Open Core commits.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 698 of 1198

### With brew on macOS

```
brew install maven
```

Please note that we do not support building Debian packages on macOS.

### With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
```

## Building ONgDB

Before you start running the unit and integration tests in the ONgDB Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the ONgDB documentation.

- If you are running into problems building on Windows you can try building ONgDB in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB

After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want. If you are not building from source you can start from a published release.

### Linux/macOS

On Linux/macOS you want to run:

N4J_019942

11/9/2020    GitHub - graphfoundation/ongdb: ONgDB (Open Native Graph DB.) A fork of Neo4j with all Enterprise code base on ONgDB integrated Neo4j Open Core commits.

Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 699 of 1199

```
bin/neo4j start
```

in the extracted folder to start ONgDB on `localhost:7474` .

## Windows

On Windows you want to run:

```
bin\neo4j start
```

in the extracted folder to start ONgDB on `localhost:7474` .

## Maven

If you are not interested in the tarballs and just want to run ONgDB you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run:

```
mvn clean compile exec:java
```

to start ONgDB.

## Docker

To run with Docker execute the following:

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

to start `localhost:7474` . See DockerHub for published release tags and more details.

## Licensing

ONgDB Community Edition is an open source product licensed under GPLv3.

ONgDB Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

N4J_019943

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 700 of 1198

ONgDB IDE code style configs can be found at under the build/ folder of this repository.

N4J_019944

**EXHIBIT 42**

**From:** John Mark Suhy (jmsuhy@igovsol.com)
**To:** Witherspoon, Robin L (robin.l.witherspoon@perspecta.com)
**CC:** Thompson, Janet K (janet.k.thompson@perspecta.com)
**BCC:**
**Subject:** Re: RFQ 031219 Neo4J
**Attachments:** image001.png;
**Sent:** 03/26/2019 10:06:55 AM -0700 (PST)

I wanted to follow up with you regarding the Neo4j quote to help you understand the options.

I hope this information is useful to you in the future.

1. You do not have to pay any licensing fees for the software you requested.
Neo4j AKA Neo4j Server is available to use 100% free, in production.  It is open source.

You may not know this because Neo4j partners are forbidden to support
and promote this in their partner contracts.

I would be happy to connect your client to our federal clients to
learn more as an interagency exchange.

2. Neo4j Enterprise <= v3.4, ONgDB Enterprise => v3.5 and all versions of Neo4j Core
are all 100% free and open.  You are asking for a support subscription which gives you limited email and phone support.

The packages from the link below (that was posted on a GSA
schedule previously) are basically support contracts.
https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Also See:
https://graphfoundation.org/ongdb/
https://github.com/neo4j/neo4j
https://github.com/graphfoundation/ongdb

3. Open Native Graph Database (ONgDB) is a free and open fork of Neo4j
Enterprise which has been adopted by US Treasury.  It is the same core Neo4j source code, and has enterprise modules
added. (All open source).

More agencies are adopting it as they learn about it.
ONgDB takes Neo4j core (which is open source) and adds enterprise
features into it, all 100% free and open, with no limits on cores or
cluster instances that 'commercial subscriptions' impose.
See:
https://github.com/neo4j/neo4j
https://github.com/graphfoundation/ongdb

2) Neo4j partners are forbidden from supporting or promoting open
source distributions.  Furthermore there was a system in place that
allowed partners to 'register' an 'opportunity'
which further limits your ability to get fair competing quotations.

3) You may have brand name justification issues and face protest
around any Neo4j procurement because of several factors that are in
part because of its dual license model (open source or commercial) and
is hard to justify because there is a great deal of past performance across the open source, and forks in the US federal

IGOV0001573351.0001

government.

I hope this information was useful.

Feel free to reach out to me anytime if you have any questions.

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com


On Wed, Mar 13, 2019 at 2:58 PM John Mark Suhy <jmsuhy@igovsol.com> wrote:
  Good afternoon.

  Below is our quote.

  I wanted to point out that what you are asking for does not actually exist.  I.E.  You referenced Neo4j Server - but you have quite a few options, most of which cost nothing.
  I have to assume you are requesting a support contract considering that you can use the software you mentioned at no cost under open source licenses.

  I also wanted to point out that ONgDB (https://graphfoundation.org/ongdb) is the open fork of Neo4j used by federal agencies.  You may want to keep that in mind in the future for brand name justification.

  I believe any Neo4j based offering is not TAA compliant as most development on the software is done in Sweden, so I am stating that this quote is not TAA compliant.

  Quote:
  Not TAA compliant
  Server Package: Your choice:
    0$ Neo4j Enterprise open source distribution (<3.4.12), Neo4j core distribution (any), or ONgDB Enterprise 3.5 >)
    + Graphsware PHP-Neo4J Client (Guzzlehttp, Heoku, Myclabs, Pimple, Psr, Silex, Symfony, and Composer)
    $5,000 basic support

  Feel free to give me a call and I can help you figure out the best options.

  Thank you,


  John Mark Suhy
  iGov Inc
  jmsuhy@igovsol.com
  703-862-7780
  https://igovsol.com


  On Tue, Mar 12, 2019 at 4:35 PM Witherspoon, Robin L <robin.l.witherspoon@perspecta.com> wrote:

    Good Afternoon IGovSol Team –

    The company's new name is Perspecta formed by the proposed merger of the DXC Technology U.S. Public Sector (USPS)

business with Vencore and KeyPoint Government Solutions, effective June 1, 2018.   Effective 11/1/18, Vencore, Inc., changed its name to Perspecta Engineering Inc.  This action is a name change only.  All references to Vencore, Inc. hereunder have been changed to Perspecta.

Please provide a firm fixed quotation as this is a competitive source solicitation in which criteria for award will be best value which will be a combination of availability, ETA, past performance (if applicable), price and freight.

 **Issue a Quote in my name (solely for the purpose of the quote only) under Perspecta Engineering  Inc., containing your best possible price having applicable discounts, state on quote if "TAA Compliant" (See definition below) and list your availability. Include shipping cost within the quote and FOB = Destination.**

 "TAA refers to the Trade Agreements Act (19 U.S.C. & 2501-2581), which is intended to foster fair and open international trade. TAA requires that the U.S. Government may acquire only "U.S. – made or designated country end products. This act requires that contractors must certify that each end product meets the applicable requirements. End products are 'those articles, materials and supplies to be acquired for public use'." This includes items which have been "substantially transformed" in the United States."

Please review the below specs and "Reply All" when providing your best and final offer no later than 3:00pm EDT on 3/13/19, or sooner. To be considered remember to list either TAA Compliant or non-TAA on your quotation.

Proposal Quotation Needed

Location:

Perspecta Engineering Inc.

15052 Conference Center Drive

Chantilly, VA  20151

POC: Janet Thompson

| Description | Qty |
|---|---|
| Neo4J Server including the Graphsware PHP-Neo4J Client (Guzzlehttp, Heoku, Myclabs, Pimple, Psr, Silex, Symfony, and Composer) | 2 |

Perspecta Engineering Inc. RFQ Instructions and CorpDoc02ser are attached for your reference.

In the event you plan not to respond to this request within the time allocated, please send an email stating "No Bid" with an explanation in the body.  I look forward to hearing from you and thank you in advance.

Respectfully,


Robin L. Witherspoon

Sr. Procurement Specialist IV

Perspecta Engineering Inc.

Email:  robin.l.witherspoon@perspecta.com

O: 571-612-7013   F:703-460-3971

15050 Conference Center Drive, Chantilly, VA  20151

https://cdn.frontify.

IGOV0001573351.0004

**EXHIBIT 43**

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | steins@sec.gov (steins@sec.gov) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Neo4j Options / Prices |
| **Attachments:** | |
| **Sent:** | 05/07/2019 08:01:20 AM -0700 (PST) |

I wanted to follow up with you so you understand your options around
Neo4j. Most people are not aware of these options, which I will
explain why in this email.

First, I believe that Neo4j is no longer on the GSA schedule, meaning
you may have to find another path for procurement path, assuming you
want to procure it after learning about your free options which you
can have existing vendors support as long as they have not signed the
Neo4j partner agreement which adds restrictions to Neo4j open source
license usage.

I hope this information is useful, feel free to call me anytime with
any questions.

I am happy to connect you with the Department of Treasury (IRS) to
discuss options as an interagency exchange. They are using ONgDB (Open
Native Graph Database) with support from existing vendors and were the
first big agency to purchase services from vendors without limitations
that are placed on Neo4j partners.

When I mention ONgDB (Open Native Graph Database) - this is just the
Neo4j code (https://github.com/neo4j/neo4j) combined with the
enterprise code. It is 100% open source and a drop in replacement for
the same Neo4j version.

1. You do not have to pay any licensing fees for the software you requested.
Neo4j Enterprise < 3.5 and ONgDB (Open Native Graph Database)
Enterprise (all versions) are available to use 100% free, in
production.

You may not know this because Neo4j partners are forbidden to support
and promote this in their partner contracts.

2. Neo4j Enterprise <= v3.4, ONgDB Enterprise => v3.5 and all versions
of Neo4j community
are all 100% free and open. You can use them in production and in
closed source projects.

You were looking at a package on GSA which is basically a support
subscription which gives you limited email and phone support.

The packages from the link below (that was posted on a GSA
schedule previously) are basically support contracts.
https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Also See:
https://graphfoundation.org/ongdb/

https://github.com/neo4j/neo4j
https://github.com/graphfoundation/ongdb

3. Open Native Graph Database (ONgDB) is a free and open fork of Neo4j
Enterprise which has been adopted by US Treasury. It is the same core
Neo4j source code, and has enterprise modules added. (All open
source).

More agencies are adopting ONgDB over Neo4j as they learn that it is
just the free and open Neo4j enterprise alternative.
ONgDB takes Neo4j core (which is open source) and adds enterprise
features into it, all 100% free and open, with no limits on cores or
cluster instances that 'commercial subscriptions' impose.
See:
https://github.com/neo4j/neo4j
https://github.com/graphfoundation/ongdb

2) Neo4j partners are forbidden from supporting or promoting open
source distributions. Furthermore there was a system in place that
allowed partners to 'register' an 'opportunity'
which further limits your ability to get fair competing quotations.

3) You may have brand name justification issues and face protest
around any Neo4j procurement because of several factors that are in
part because of its dual license model (open source or commercial) and
is hard to justify because there is a great deal of past performance
across the open source, and forks in the US federal government.

I hope this information was useful.

Feel free to reach out to me anytime if you have any questions.

Respectfully,
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com
On Wed, May 1, 2019 at 10:08 AM John Mark Suhy wrote:
>
> Hello Mr. Stein,
>
> IAI forwarded me your contact information and said you were inquiring about Neo4j.
>
> I wanted to let you know I will send you information regarding your Neo4j options by Friday.
>
> You may not know this but you do not need to purchase Neo4j licenses to use it in production, and you can use it in closed
sourced projects. With that said, you are essentially purchasing support.
>
> I'll put together a write-up that clarifies all options available so you can make a more informed decision / procurement.
>
> If you have any questions feel free to email or call me anytime at 703-862-7780
>
> Have a good day,

>
>
> John Mark Suhy
> CTO iGov Inc
> jmsuhy@igovsol.com
> 703-862-7780
> https://igovsol.com
>
>
>
>
> --
> John Mark Suhy
> iGov Inc
> jmsuhy@igovsol.com
> 703-862-7780
> https://igovsol.com

**EXHIBIT 44**

**From:**     John Mark Suhy (jmsuhy@igovsol.com)
**To:**       Ken Woo (k-woo@northwestern.edu)
**CC:**
**BCC:**
**Subject:**  Re: Neo4j enterprise licensing
**Attachments:**
**Sent:**     05/29/2019 07:07:24 AM -0700 (PST)

---

Good morning,

We do not have the current pricing, but I suspect it does not change that much.

I would recommend using the Neo4j Enterprise fork called ONgDB (Open Native Graph Database) if you want all the enterprise features with no limitations on cores, cluster instances, etc.  You can use it in production as well.

https://graphfoundation.org/ongdb/

We use this for large US government projects and the Graph Foundation was setup to ensure Neo4j/ONgDB remains free and open.

It is Neo4j Core + Enterprise feature set added back in, so it is drop in replacement for a Neo instance of the same version. (Ex: 3.5.5)

Let me know if you have any questions or need any help.

Have a good day,

John Mark

On Wed, May 29, 2019, 9:51 AM Ken Woo <k-woo@northwestern.edu> wrote:

> Hello,
>
> Pardon this brief intrusion:
>
> Your blog about Neo4j enterprise licensing and pricing : https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html
>
> Very helpful and informative, thank you for posting this.
>
>
> I was wondering if there were updated licensing and pricing information, you were not kidding about Neo4j keeping
>
> these under wraps and very tight lip about them.  My organization is planning on offering Neo4j for student use for
>
> their homework assignments and not putting into production, what version would you recommend for this scenario?
>
>
> Thank you for your time.
>
> Ken

IGOV0001573337.0001

Ken Woo, MSCS, MBA, Ed.D.

Senior Director, I.T. and Facilities

Northwestern University

School of Professional Studies

k-woo@northwestern.edu

IGOV0001573337.0002

**EXHIBIT 45**

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**         patrick.widener@sandia.gov
**CC:**
**BCC:**
**Subject:**    Ephemeris Service Article
**Attachments:**
**Sent:**       03/29/2019 08:41:06 PM -0700 (PST)

---

Hello Patrick,

I came across a document you were working on:
https://www.osti.gov/servlets/purl/1497350

We are the vendor who supported Sandia National Laboratories around
Neo4j for another project.

I wanted to make sure you knew that you can use Neo4j Enterprise AGPL
distributions at no cost, and with no limitations.

I figured you may not know about this.

Also - you may want to check out https://graphfoundation.org/ongdb/
Which is a free and open fork of Neo4j Enterprise starting at 3.5.
The US Treasury and other agencies are using the AGPL enterprise
distributions in production.

Your Sandia support system is still live - if you need access to it to
get the latest enterprise distributions, just let me know.

Have a good weekend,

John Mark Suhy
CTO PureThink LLC
jmsuhy@purethink.com
703-862-7780

IGOV0001570021

**EXHIBIT 46**

| | |
|---|---|
| **From:** | Delawder, Colleen M CTR USARMY NGIC (USA)(colleen.m.delawder.ctr@mail.mil) |
| **To:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: [Non-DoD Source] Re: Links - follow up email #2 (UNCLASSIFIED) |
| **Attachments:** | |
| **Sent:** | 08/08/2019 04:46:52 AM -0700 (PST) |

CLASSIFICATION: UNCLASSIFIED

John Mark,

Yes, they did, thank you!  I'm looking through them now and I've spoken to Sheila as well.  Thanks for all the info and I'll reach back out to you once I've reviewed everything.

Thanks,
Colleen

Colleen Delawder, CTR
Lead Senior Systems Engineer
NGIC Mission Systems Engineering (NMSE) II
Phone: 434-951-1643
NIPR: colleen.m.delawder.ctr@mail.mil
SIPR: colleen.m.delawder.ctr@mail.smil.mil
JWICS: frdelcm@army.ic.gov

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Thursday, August 8, 2019 7:16 AM
To: Delawder, Colleen M CTR USARMY NGIC (USA) <colleen.m.delawder.ctr@mail.mil>
Cc: Stinemire, Daniel J CTR USARMY NGIC (USA) <daniel.j.stinemire.ctr@mail.mil>
Subject: [Non-DoD Source] Re: Links - follow up email #2

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Good morning,

Could you please confirm if my 2 emails came through?

Thank you,

John Mark Suhy

On Tue, Aug 6, 2019, 1:39 PM John Mark Suhy <jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > wrote:

Good morning,

IGOV0001573310.0001

Below are the links I mentioned on our call.

ONgDB (Open Native Graph Database): Neo4j Enterprise OSS distribution downloads 3.5.8 will be up next week.

Caution-https://www.graphfoundation.org/projects/ongdb/ < Caution-https://www.graphfoundation.org/projects/ongdb/ >

All ONgDB distributions are drop-in replacements for Neo4j Enterprise and Neo4j Community as they  use the same code base and versioning.

Ex: ONgDB 3.5.8 is a drop-in replacement for Neo4j Enterprise 3.5.8 and so on.


Neo4j Official Source Code Repo:
Caution-https://github.com/neo4j/ < Caution-https://github.com/neo4j/ >


ONgDB Official Source Code Fork Repo:
(Kept in Sync with the official Neo4j source code github repos)
Caution-https://github.com/graphfoundation/ < Caution-https://github.com/graphfoundation/ >

We compile Neo4j branded distributions for agencies who added Neo4j branded distributions instead of ONgDB branded distributions to their white lists. We have all versions of the Neo4j branded distributions up to 3.5 available on our GovCloud s3 download site.  If you need a specific version - let me know and I can send you the direct link.

If you wanted Neo4j Enterprise 3.4.7 (neo4j branded) open source version of enterprise :  Caution-https://dist.igovsol.com/neo4j-enterprise-3.4.7-unix.tar.gz < Caution-https://dist.igovsol.com/neo4j-enterprise-3.4.7-unix.tar.gz >

We switched to the ONgDB branded Neo4j distributions starting with 3.5.x

The GraphFoundation, who releases ONgDB, was formed as a community run non-profit organization to ensure Neo4j stays free and open. It has a governance model similar to the Apache foundation.

The US Treasury switched to the ONgDB distributions last year, and other federal agencies are starting to make the switch as they learn about Neo4j's dual open source / commercial license models.

I am happy to connect you with the Internal Revenue Service - which is using ONgDB in production for a very large analytics graph.

They can tell you some of the experiences they have had with Neo4j as a company, and why they switched to the open source ONgDB distribution.

Dual open source /commercial licensed software , like Neo4j , are already causing previously unseen issues in procurement (ex: brand name justification), and the same confusion seems to be happening in the white-list / certification areas.  You may want to talk to GreyStones Group as they are experts in that area.

IGOV0001573310.0002

Regarding Hume - I am going to reach out to GraphAware this week to see if they have any legal restrictions on Hume being used with Neo4j open source licenses.

There would not be any technical restrictions as the licensing is 'virtual'.

You may also want to research the following technologies that offer same features / compete with Hume in the future if you find Hume to be too expensive, or not able to be configured to your needs.

- GraphGrid: Caution-https://www.graphgrid.com/gdp/ < Caution-https://www.graphgrid.com/gdp/ >

- GreyRaven (GreyStones Group) which also focuses on NLP, AI, etc.

- Linkurious (Not really a competitor of Hume - but it allows for the NLP and AI to be added easily and visualized.)

- GraphStack : iGov Inc will be releasing an open source platform to compete with Hume this year called GraphStack (Caution-https://graphstack.io < Caution-https://graphstack.io > ) - it is what powers the US Treasury research, analytics, and investigations platform we built out for them.  It leverages a micro-service architecture approach along with the top open source NLP, Machine learning. and 'big data' technologies to build extremely performant, software with no license costs.  (Think ONgDB, Elastic search, Kafka, Stanford NLP, and many OSS AI packages with different focus areas).

Some other things to consider:

Make sure your legal department reviews any documents Neo4j Inc wants it to sign.  You will want to remove any terms that say that once you purchase a commercial license, you can no longer use open source distributions, or terms that place virtual limitations on cores and instances when you agree to a commercial license or EULA.  ONgDB has none of these - as it's just the open source AGPL licensed Neo4j code base.

I hope this information is useful,

Feel free to reach out to me at any time if you have any questions.

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com >
703-862-7780
Caution-https://igovsol.com < Caution-https://igovsol.com >

CLASSIFICATION: UNCLASSIFIED

IGOV0001573310.0003

**EXHIBIT 47**

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | shahak.nagiel@nextcentury.com |
| **CC:** | diane.griffith@nextcentury.com |
| **BCC:** | |
| **Subject:** | Re: Neo4j licensing |
| **Attachments:** | |
| **Sent:** | 10/22/2018 06:50:27 PM -0700 (PST) |

Good evening,

The 'closed source components' referenced actually do have the related source code in the git repositories.  Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions.  Turning features such as causal clustering encryption back on.
See:  https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they have done.
See:  https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support.  Not to mention the US Treasury has now adopted ONgDB Enterprise  -  which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.   From a past performance perspective, the open source distributions are actually in production in the Federal government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source enterprise distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have more questions.


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573500.0001

On Mon, Oct 22, 2018 at 8:50 PM Shakak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

> Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.
>
> When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

   

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

IGOV0001573500.0002

**EXHIBIT 48**

**From:** Brad Nussbaum
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing
**Date:** Tuesday, February 19, 2019 7:21:50 AM

The Free Software foundation, which owns rights to AGPLv3 license and its use, reviewed the Commons Clause that had been added and determined that it was not valid. AGPLv3 has clauses preventing additional clauses from being added and still licensing under the AGPLv3 license.

Best,
Brad

On Feb 19, 2019, at 10:46, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi Brad,

Nice to meet you as well.  Could you please elaborate on this sentence:

*And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules...*

Neo4j sales guys actually contacted us recently specifically about the Commons Clause modifier to the AGPLv3 license, pointing out that we may be in violation of it (if we are using open-sourced builds of their software—including, by extension, ONgDB).  What is this realization you are referring to?

Appreciate your time.



Shahak Nagiel
Principal Engineer
o (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 9:07 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

Hi Shahak,

Nice to e-meet you.

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. contributions will continue to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

Our repo (https://github.com/graphfoundation/ongdb/) has all the enterprise capabilities in 3.5. You can find access to new distributions on the foundation site at https://www.graphfoundation.org/projects/ongdb/.

You can read more about Neo4j, Inc.'s recent changes and the full Graph Foundation response here: https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/

Best,
Brad

On Feb 19, 2019, at 08:48, John Mark Suhy <jmsuhy@igovsol.com> wrote:

I wanted to introduce you to Brad Nussbaum from the Graph Foundation.

He can tell you more about the high level goals and plans around ONgDB and answer any specific questions as well relating to ONgDB.

I cc'd him on this thread.

Have a good day,

John Mark

On Mon, Feb 18, 2019 at 8:01 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

No concerns on my part; I'm just trying to understand the plans and the implications for the future.  So will the Community portion of the codebase be merged from the neo4j repo for every release?

Thanks, and good evening.

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:41:07 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Yes - the graph foundation will be managing the enterprise features moving forward.

If you are using ONgDB and have any concerns, or don't see it keeping up with enterprise features, you can always switch to a commercial Neo4j Enterprise package through any partner on the Neo4j.com website.

**CONFIDENTIAL**

GFI 30(b)(6)
Brad Nussbaum
**Ex 32**
10/16/2020  D Myers

GFI000071

On Mon, Feb 18, 2019 at 7:37 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Thanks, John. That helps, but this basically means that all enterprise changes moving forward (big fixes and new features alike) are completely forked off from Neo4j proper, right?  Any concerns about long-term consistency/parity/maintainability?

Get Outlook for Android

---

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:29:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Check out this issue - It may help you with your question.

https://github.com/graphfoundation/ongdb/issues/3

On Mon, Feb 18, 2019 at 6:33 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John,
>
> I presume you're aware that, as of the 3.5 branch in github, Neo4j seems to have close-sourced the entire enterprise/ directory.  (Here's one commit that was related.)
>
> What's your take on this?  Where does this leave ONgDB moving forward?
>
> Regards,
> Shahak


Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax. 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, October 22, 2018 9:50 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Good evening,

The 'closed source components' referenced actually do have the related source code in the git repositories.  Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions.  Turning features such as causal clustering encryption back on.
See:  https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they have done.
See:  https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support.  Not to mention the US Treasury has now adopted ONgDB Enterprise  - which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.  From a past performance perspective, the open source distributions are actually in production in the Federal government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source enterprise distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have more questions.

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Mon, Oct 22, 2018 at 8:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John,
>
> I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.
>
> Neo4j's github repo includes this at the bottom in the License section (emphasis mine):
>
>       Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this

CONFIDENTIAL

repository, **and other closed source components not present in this repository**.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that <u>one of the sub-modules</u> seems to be the Enterprise bundle?



Shahak Nagiel
Principal Engineer
(240) 297-5089 | (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

**EXHIBIT 49**

From:     Shahak Nagiel
To:       Brad Nussbaum
Cc:       Diane Griffith; John Mark Suhy
Subject:  Re: Neo4j licensing
Date:     Tuesday, February 19, 2019 7:37:40 AM

Thanks for your perspective, and I did run across this Github thread (which John was involved in) that seems to discuss this issue.  However, there does not seem to be a resolution there (certainly not from the Neo4j perspective, which defends their use of both AGPL and the Commons Clause).  Are there any other sources of information / guidance in this respect?  e.g. have any independent or government legal authorities weighed in on this to your knowledge?


**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 11:21 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

The Free Software foundation, which owns rights to AGPLv3 license and its use, reviewed the Commons Clause that had been added and determined that it was not valid. AGPLv3 has clauses preventing additional clauses from being added and still licensing under the AGPLv3 license.

Best,
Brad

On Feb 19, 2019, at 10:46, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi Brad,

Nice to meet you as well.  Could you please elaborate on this sentence:

> And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules...

Neo4j sales guys actually contacted us recently specifically about the Commons Clause modifier to the AGPLv3 license, pointing out that we may be in violation of it (if we are using open-sourced builds of their software—including, by extension, ONgDB).  What is this realization you are referring to?

Appreciate your time.


**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 9:07 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

Hi Shahak,

Nice to e-meet you.

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. contributions will continue to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

Our repo (https://github.com/graphfoundation/ongdb/) has all the enterprise capabilities in 3.5. You can find access to new distributions on the foundation site at https://www.graphfoundation.org/projects/ongdb/.

You can read more about Neo4j, Inc.'s recent changes and the full Graph Foundation response here: https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/

Best,
Brad

On Feb 19, 2019, at 08:48, John Mark Suhy <jmsuhy@igovsol.com> wrote:

I wanted to introduce you to Brad Nussbaum from the Graph Foundation.

He can tell you more about the high level goals and plans around ONgDB and answer any specific questions as well relating to ONgDB.

I cc'd him on this thread.

Have a good day,

GFI 30(b)(6)
Brad Nussbaum

**Ex 33**

10/16/2020   D Myers

John Mark

On Mon, Feb 18, 2019 at 8:01 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

No concerns on my part; I'm just trying to understand the plans and the implications for the future.  So will the Community portion of the codebase be merged from the neo4j repo for every release?

Thanks, and good evening.

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:41:07 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Yes - the graph foundation will be managing the enterprise features moving forward.

If you are using ONgDB and have any concerns, or don't see it keeping up with enterprise features, you can always switch to a commercial Neo4j Enterprise package through any partner on the Neo4j.com website.

On Mon, Feb 18, 2019 at 7:37 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Thanks, John. That helps, but this basically means that all enterprise changes moving forward (big fixes and new features alike) are completely forked off from Neo4j proper, right?  Any concerns about long-term consistency/parity/maintainability?

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:29:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Check out this issue - It may help you with your question.

https://github.com/graphfoundation/ongdb/issues/3

On Mon, Feb 18, 2019 at 6:33 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi John,

I presume you're aware that, as of the 3.5 branch in github, Neo4j seems to have close-sourced the entire enterprise/ directory.  (Here's one commit that was related.)

What's your take on this?  Where does this leave ONgDB moving forward?

Regards,
Shahak



Shahak Nagiel
Principal Engineer
m (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, October 22, 2018 9:50 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Good evening,

The 'closed source components' referenced actually do have the related source code in the git repositories.  Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions.  Turning features such as causal clustering encryption back on.
See:  https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they have done.
See:  https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support.  Not to mention the US Treasury has now adopted ONgDB Enterprise - which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.   From a past performance perspective, the open source distributions are actually in production in the Federal

government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source enterprise distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have more questions.

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Mon, Oct 22, 2018 at 8:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, **and other closed source components not present in this repository**.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



**Shahak Nagiel**
Principal Engineer
☎ (240) 297-5089 | ☐ (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

**CONFIDENTIAL**

**EXHIBIT 50**

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Shahak Nagiel |
| **Cc:** | Diane Griffith; John Mark Suhy |
| **Subject:** | Re: Neo4j licensing |
| **Date:** | Tuesday, February 19, 2019 11:00:55 AM |

ONgDB is currently in use at US Treasury (IRS). Their legal counsel conducted a thorough evaluation of the licensing situation and arrived at the conclusion that Graph Foundation distributions of ONgDB could be used without needing a Neo4j, Inc. license.

Best,
Brad


On Feb 19, 2019, at 11:37, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

perspective, which defends their use of both AGPL and the Commons Clause).  Are there any other sources of information / guidance in this respect?  e.g. have any independent or gove



GFI 30(b)(6)
Brad Nussbaum
**Ex 34**
10/16/2020  D Myers

 GFI000067

# EXHIBIT 51

**From:** Brad Nussbaum
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing
**Date:** Tuesday, February 19, 2019 11:57:33 AM

It was an internal review so there isn't a document that can be distributed. We are conducting a similar process with other agencies. If you connect us with parties heading up your evaluation then we can go through a similar process with them.

Best,
Brad

On Feb 19, 2019, at 15:04, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Aha!

Any chance I could get a copy of that?  (Or, any chance we could get our govies to request it through more official channels?)



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 3:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

ONgDB is currently in use at US Treasury (IRS). Their legal counsel conducted a thorough evaluation of the licensing situation and arrived at the conclusion that Graph Foundation distributions of ONgDB could be used without needing a Neo4j, Inc. license.

Best,
Brad

On Feb 19, 2019, at 11:37, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

perspective, which defends their use of both AGPL and the Commons Clause).  Are there any other sources of information / guidance in this respect?  e.g. have any independent or gove

GFI 30(b)(6)
Brad Nussbaum
**Ex 35**
10/16/2020  D Myers

CONFIDENTIAL

**EXHIBIT 52**

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Michał Komorowski |
| **Subject:** | Re: Questions about ONgDB |
| **Date:** | Tuesday, February 11, 2020 8:53:54 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Michal,

Thank you for your interest in using ONgDB. I'd be happy to answer your questions and help guide you here as best I can.

1. As you mentioned, The Graph Foundation relies on community support to move development forward. Our current priority order for the 4.0 release is: multi-database support, sharding and then security. It is possible we will make an initial 4.0 release with multi-database support and continue to roll out new features in subsequent releases. We do anticipate it will take some time to reach feature parity. Our goal is to work toward feature parity for the features that have been released and that are the most desirable by the community. We will continue integrating in neo4j open core and stay as compatible as possible to allow for easy switching between Neo4j and ONgDB.

2. ==Programs are available for training, advisory and production support through our commercial sponsors such as GraphGrid. GraphGrid is the largest contributor to ONgDB to date with the most certified professionals on staff. Typical onsite delivery will cover all the topics you mentioned and you will have the ability to get continued development and production support going forward. All support is done with fully open source releases and always under the open source licenses. Any fixes are always committed back to the open source project.==

I'd be happy to setup a call to discuss further.

Best,
Brad

**From:** Michał Komorowski <Michal.Komorowski@adform.com>
**Date:** Tuesday, February 11, 2020 at 6:19 AM
**To:** "devrel@graphfoundation.org" <devrel@graphfoundation.org>
**Subject:** Questions about ONgDB

Hi,

I'm writing because we seriously consider to build our IAM solution based on ONgDB graph database. Because of that I'd like to ask a few questions:

1. As far as I know ONgDB is developed only because of hard work of community contributors (thanks to that). However, it also means that it takes time to develop new features. My question is if there are plans to make ONgDB compatible with recently releases Neo4j v4 (sharding etc.) and if yes what is a timeline.

2. ==Do you organize trainings/workshops regarding ONgDB? We are mainly interested in topics like:==

**CONFIDENTIAL**

**GFI000114**

==administration, writing fast queries, efficient modelling, optimizations.==

If you prefer and have time we can also make a call.

Regards,
Michał Komorowski

---



**Michał Komorowski**
Lead Software Engineer

Email: Michal.Komorowski@adform.com
Mobile:
Ul. Waryńskiego 3a, 00-645 Warsaw, Poland
Sign up for the Latest News



Learn more

---

Disclaimer: The information contained in this message and attachments is intended solely for the attention and use of the named addressee and may be confidential. If you are not the intended recipient, you are reminded that the information remains the property of the sender. You must not use, disclose, distribute, copy, print or rely on this e-mail. If you have received this message in error, please contact the sender immediately and irrevocably delete this message and any copies.

**EXHIBIT 53**

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Michał Komorowski |
| **Subject:** | Re: Regarding the yesterday"s meetings |
| **Date:** | Wednesday, February 19, 2020 7:42:49 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Michal,

I reached out to the folks at Tufin and will get you connected with Haggai who is the head of engineering there. They are using ONgDB 3.5 and we delivered a boot camp for them in October of last year.

I can cover both the training and the consultation work in a single 5-day boot camp delivery:

1. The weeks I have open are March 2nd, 16th and the 30th
2. The cost for the full week excluding expenses is $11,000
3. We would need to get through contracts this week yet to make March 2nd work but that's possible to do

If everything looks good here I can get this written up and sent over.

Best,
Brad

---

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Date:** Friday, February 14, 2020 at 12:56 PM
**To:** Michał Komorowski <Michal.Komorowski@adform.com>
**Cc:** Izabela Błaszczyk <Izabela.Blaszczyk@adform.com>, Artur Kordzik <Artur.Kordzik@adform.com>, Alejandro Crespo <Alejandro.Crespo@adform.com>
**Subject:** Re: Regarding the yesterday's meetings

Hey Michael,

Thank you for the follow up and providing this additional information. Here are some answers point by point:

1. I will get an estimate for this early next week along with some dates for delivery.
2. Yes, that's correct. I will reach out to them and see if they are open to sharing their use case.
3. Yes, you have the roadmap correct.

Hope you have a good weekend and I will reach back out early next week.

Best,
Brad

GFI 30(b)(6)
Brad Nussbaum

**Ex 30**

10/16/2020  D Myers

**From:** Michał Komorowski <Michal.Komorowski@adform.com>
**Date:** Friday, February 14, 2020 at 2:13 AM
**To:** Brad Nussbaum <brad@graphfoundation.org>
**Cc:** Izabela Błaszczyk <Izabela.Blaszczyk@adform.com>, Artur Kordzik
<Artur.Kordzik@adform.com>, Alejandro Crespo <Alejandro.Crespo@adform.com>
**Subject:** Regarding the yesterday's meetings

Hi Brad,

Thanks for the yesterday's meeting.

1. Here are details of what we need. Can you estimate costs of such services?
   a. 2 days of advanced training for the group of up to 10 people
      i. Specific topics to cover:
         1. Administration
         2. Scalability
         3. Writing performant queries
         4. Topics and hints regarding modelling
   b. 3 days of consultations focused mainly on the review and optimization of our model and our queries.
   c. Place: Warsaw
   We are also welcomed for your suggestion regarding the plan above.
2. You mentioned some security company that uses OngDB.
   a. Is it this one: https://www.tufin.com/?
   b. Could you contact us with someone from Tufin so that we could talk with them about their experience with ONgDB (of course if they want and have time to do so)?
3. I also wanted to confirm your roadmap regarding development of ONgDB:
   a. The first step is to prepare ONgDB v4 based on Neo4j open core v4 and migrate there features that have been developed for ONgDB v3.5.
   b. Multidatabse.
   c. Sharding.
   d. Security.


Regards,
Michał

---



**Michał Komorowski**
Lead Software Engineer

Email: Michal.Komorowski@adform.com
Mobile:
Ul. Waryńskiego 3a, 00-645 Warsaw, Poland
Sign up for the Latest News



Accredited by
Media
Rating Council®

Learn more

---

Disclaimer: The information contained in this message and attachments is intended solely for the attention and use of the named addressee and may be confidential. If you are not the intended recipient, you are reminded that the information remains the property of the sender. You must not use, disclose, distribute, copy, print or rely on this e-mail. If you have received this message in error, please contact the sender immediately and irrevocably delete this message and any copies.

CONFIDENTIAL

**EXHIBIT 54**

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | lee.e.smales.civ@mail.mil |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Question regarding: Global Adaptive Planning Collaborative Information Environment 2.0 |
| **Attachments:** | |
| **Sent:** | 08/22/2018 11:40:41 AM -0700 (PST) |

I noticed in an older FBO sources sought (link below) that you were looking for people with experience with Neo4j, which you referred to as FOSS (Free and open source) which is not entirely true.

You may want to reference the Neo4j Enterprise open source distribution which has the name "ONgDB Enterprise". ONgDB = Open Native Graph Database.   This distribution is the free and open source fork of Neo4j Enterprise.   US Treasury and other agencies use this.

I figured you may want to pass this back to the team who had you put out the solicitation because when you use the name Neo4j (Enterprise), you are usually referencing the commercial license.

ONgDB Enterprise is built from the same official source code, but is 100% open source with no catches.

Link: https://www.graphfoundation.org/projects/ongdb/

I would be happy to connect you with our US Treasury point of contacts to verify everything.
If you create a follow up solicitation - and only name Neo4j, it could be a problem for you.

Below is the line this email discusses, and shows you how to change it to be accurate.

Other FOSS products incorporated include LeafletJS, GeoTools, TinyMCE, docx4j, Hazelcast, JQuery, JQuery UI, Spring, Hibernate, DropWizard, Docker, and **neo4j.**

to

Other FOSS products incorporated include LeafletJS, GeoTools, TinyMCE, docx4j, Hazelcast, JQuery, JQuery UI, Spring, Hibernate, DropWizard, Docker, and **neo4j/ONgDB.**

https://www.fbo.gov/spg/USAF/AFMC/ESC/FA8730-SS-GAPCIE/listing.html

Have a good day,


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573588

# EXHIBIT 55

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**EXHIBIT 56**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** licensing@fsf.org
**CC:**
**BCC:**
**Subject:** Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
**Attachments:**
**Sent:** 06/20/2018 02:51:03 PM -0700 (PST)

Good evening Donald,

Thank you for taking the time to help us.    This was very useful.

I would like to add some context to the question and ask 2 follow up questions below.

We are creating a fork of the open source Neo4j graph database, and putting the fork under the control of a non profit organization with a governance model that will ensure the technology remains free and open to all in the future.

Neo4j Database (aka Neo4j)  is currently licensed under the GPL license for their community edition and AGPL v3 for their enterprise edition.

The AGPL license is found in License.txt files in the enterprise folders of their public GitHub repository:  https://github.com/neo4j/neo4j/

Our fork is only focused on the enterprise edition which is AGPL v3 - and which was modified by Neo4j Inc in the code base.

==Neo4j Inc is the copyright holder of the Neo4j Database code we are going to fork.  We are calling the fork a different name, and the fork will remain AGPL as required.==

==Neo4j Inc has a separate commercial license for Neo4j Database (Neo4j) which as a copyright holder we understand is allowed.  This is not the issue.==

Our issue and questions are around Neo4j Inc's recent addition of restrictive terms to the AGPL v3 license found in the License.txt files in their code base.

See:  https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

Below is a summary of their modifications they added to this file.  Each of the AGPL License.txt files are identical to the reference link below.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

At the top of the License file they added the following:

**The software ("Software") is developed and owned by Neo4j Sweden AB
(referred to in this notice as "Neo4j") and is subject to the terms
of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:**

.... AGPL v3 Standard  License content here.....

At the very bottom of the License file they added the following content:

**"Commons Clause" License Condition**

**The Software is provided to you by the Licensor under the License, as
defined below, subject to the following condition. Without limiting**



Witness:
John Mark Suhy

Exhibit 23

10/22/2020  B Gerald

IGOV0001570157.001

**other conditions in the License, the grant of rights under the License**
**will not include, and the License does not grant to you, the right to**
**Sell the Software.  For purposes of the foregoing, "Sell" means**
**practicing any or all of the rights granted to you under the License**
**to provide to third parties, for a fee or other consideration,**
**a product or service that consists, entirely or substantially,**
**of the Software or the functionality of the Software. Any license**
**notice or attribution required by the License must also include**
**this Commons Cause License Condition notice.**

Neo4j Inc is then referencing these new restrictive clauses to cause legal uncertainty to anyone who is considering using their enterprise software, or any forks.

They have told us that our fork of Neo4j Database must abide by these additional restrictions added to the License.txt files that contain the AGPL license content.

This behavior is what drove the need for an open and free fork in the first place.

Neo4j Inc has told us that the additional clauses they added to the AGPL License.txt files must not be removed, and must be present in our new fork.

Below are the follow up questions we have relating to our fork of their project.  We want to ensure we are doing this right so the community benefits and we honor our obligations under the AGPL license.

1) As the copyright holder, is Neo4j Inc allowed to add the specific additional terms mentioned above to the  License.txt file (containing the AGPL license terms) and enforce these new additions?
https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

2) In our fork,  are we allowed to remove the additional terms and comments they have added to the License.txt files that go beyond the standard AGPL v3 license content?
Neo4j Inc is telling us that we can not change these License.txt files, i.e. we must leave these additional restrictions and content in the AGPL License.txt files of our forked code.
They then reference them to cause legal uncertainty.

The following GitHub diff link clarifies exactly what we would do by removing extraneous content beyond the standard AGPLv3 license in those files:

https://github.com/graphstackio/neo4j/pull/5/commits/d5cf74ea538cf80a94c8eee059cfb5a0e2b2ac72

We appreciate your guidance, we have not been able to find answers to these questions for quite some time now.

Thank you,

Respectfully,

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Tue, May 22, 2018 at 11:38 AM, Donald R Robertson III via RT <licensing@fsf.org> wrote:

IGOV0001570157.002

On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license.  It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file.  The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition
> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at <https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager

IGOV0001570157.003

Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

IGOV0001570157.004

**EXHIBIT 57**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# Open Native Graph DB (ONgDB)

The free and open source Neo4j Enterprise project

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

## Licensing

ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number.

## Latest Release

ONgDB **3.5.8** is expected to be out shortly. We skipped a few versions to allow Neo4j to fix some bugs in previous versions.

## ONgDB 3.5.4

**10 May 2019: Release Notes | Source Code**

| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub |

GFI 30(b)(6)
Brad Nussbaum
**Ex 21**
10/16/2020  D Myers

N4J-GFI_000092

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5


Go to:  http://localhost:7474
```

## Recent Releases

- ONgDB 3.5.3
- ONgDB 3.5.1
- ONgDB 3.4.12
- ONgDB 3.4.11

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

N4J-GFI_000093

**Support TGF**

- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**

- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

## Site Search

Search …

Search

## Support GF Today!

Donate

VISA · MasterCard · (card) · AMERICAN EXPRESS · DISCOVER

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000094

# EXHIBIT 58

Case 5:18-cv-07182-EJD Document 98-3 Filed 12/11/20 Page 754 of 1198

📄 **graphfoundation** / **ongdb**

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo.
https://www.graphfoundation.org/proje...



| ⓘ **61,025** commits | ⚇ **26** branches | ⬡ **278** releases | ⚇ **177** contributors | ⚖ AGPL-3.0 |
|---|---|---|---|---|

| Branch: 3.5 ▾ | New pull request | | Find File | Clone or download ▾ |
|---|---|---|---|---|

| 👤 bradnussbaum Merge remote-tracking branch 'neo4j/3.5' into 3.5 | | Latest commit 4b160f7 9 hours ago |
|---|---|---|

| 📁 .github/ISSUE_TEMPLATE | Remove custom template. | 4 months ago |
|---|---|---|
| 📁 .mvn | Add the maven-profiler extension | 3 years ago |
| 📁 build-resources | 3.5.12 | 9 hours ago |
| 📁 build | Added build and intellij codestyle file for developers of ONgDB who u… | 9 months ago |
| 📁 community | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| 📁 enterprise | 3.5.12 | 9 hours ago |
| 📁 integrationtests | 3.5.12 | 9 hours ago |
| 📁 packaging | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| 📁 stresstests | 3.5.12 | 9 hours ago |
| 📁 tools | 3.5.12 | 9 hours ago |
| 📄 .gitignore | Shade ASM to avoid conflicts in embedded deployments | 2 years ago |
| 📄 .scalafmt.conf | initial scala auto-formatting of util module | 2 years ago |
| 📄 CONTRIBUTING.md | Change some more http to https | 3 years ago |
| 📄 LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate the fs… | 7 months ago |
| 📄 README.asciidoc | Updated documentation to reference jdkman usage for building distribu… | last month |
| 📄 pom.xml | 3.5.12 | 9 hours ago |

📖 README.asciidoc

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website.

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

N4J-GFI_000297

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
| --- | --- |

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

N4J-GFI_000298

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.
- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

N4J-GFI_000299

**EXHIBIT 59**



## Neo4j: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

## Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

## Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

N4J_019038

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building Neo4j

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

N4J_019039

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j or one of its affiliates.

N4J_019040

**EXHIBIT 60**

# The Graph Foundation

Open Graph Technology for Public Good

<span style="border:1px solid">Menu</span>

# ONgDB (Open Native Graph DB)

Downloads **12K+**    Star **167**    Pull **154K+**

ONgDB is a fork of the ==neo4j enterprise project== that continues development of ==neo4j enterprise== as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

==ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4J Enterprise Edition.==

## Current Release

### ONgDB 3.6.0

23 June 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.0-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.0-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0-windows.zip |
| Docker Image | ONgDB 3.6.0 Docker Hub<br><br>```docker run \`<br>`    --publish=7474:7474 --publish=7687:7687 \`<br>`    --volume=$HOME/ongdb/data:/data \`<br>`    graphfoundation/ongdb:3.6```<br><br>Go to: http://localhost:7474 |

## LTS Release

# ONgDB 3.5.19

12 August 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.19-unix.tar.gz |
|-----------|-------------------------------------|
| Windows 64 bit | ongdb-enterprise-3.5.19-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.19-windows.zip |
| Docker Image | ONgDB 3.5.19 Docker Hub |

For the Docker Image row:

ONgDB 3.5.19 Docker Hub

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.5
```

Go to: http://localhost:7474

## Previous Releases

- 3.5.18
- 3.5.17
- 3.5.16
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

## Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

Accessibility

Get Involved

N4J 019946

Graph Community

Mission

Projects

- Heimdall
- ONgDB (Open Native Graph DB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.15
    - ONgDB 3.4.17
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.11
    - ONgDB 3.5.12
    - ONgDB 3.5.14
    - ONgDB 3.5.15
    - ONgDB 3.5.16
    - ONgDB 3.5.17
    - ONgDB 3.5.18
    - ONgDB 3.5.19
    - ONgDB 3.5.3
    - ONgDB 3.5.4
    - ONgDB 3.6.0
    - ONgDB 3.6.0.M1
    - ONgDB 3.6.0.M2
    - ONgDB 3.6.0.RC1

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search ...

Search

# Support GF Today!



Copyright © 2020 Graph Foundation, Inc.

N4J 019948

**EXHIBIT 61**

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 767 of 1198



N4J_018667



**EXHIBIT 62**



**Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.**

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

---

### NEO4J INC. COMMERCIAL SUBSCRIPTION
### $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

Neo4j Enterprise Software

Available through Neo4j Inc. and all Neo4j Solution Partners

Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license.

Production Email and Phone Support from vendor which is backed by Neo4j Inc.

Commercial License (Most government agencies do not need.)

Cost is based on number of instances and cores. (See below)

N4J_018825

## IGOV DEVELOPMENT PACKAGES
## $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
## $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_018826

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW    **PRICE COMPARISON**    PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

N4J_018827

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

N4J_018828

⬜

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

N4J_018829

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

### $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |

N4J_018831

| | | | |
|---|---|---|---|
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

□

---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
**(703) 672-1205**

□ [email protected]

☐ 7686 Richmond Highway Suite 111-B Alexandria, VA 22306

**iGov**

© 2018 iGov Inc. All Rights Reserved.

N4J_018833

**EXHIBIT 63**

 (index.html)



Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package (mailto:neo4j@igovsol.com)

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed

N4J_018842



distribution, then simply download ONgDB Enterprise (...hfoundation.org/projects/ongdb/) as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

---

### NEO4J INC. COMMERCIAL SUBSCRIPTION
## $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

| Neo4j Enterprise Software |
|---|
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

N4J_018843



(index.html)

☰

## IGOV DEVELOPMENT PACKAGES
## $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
## $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_018844

**iGov**

iGov Innovative Government Solutions

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects.

(See https://graphstack.io)

(index.html)

☰

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source (downloads.html#neo4j-os-faqs)

DEVELOPMENT PACKAGE OVERVIEW (NEO4J.HTML#NEO4J-DEV-FEATURES)

PRICE COMPARISON (NEO4J.HTML#NEO4J-PRICE-COMPARISON)

PROCUREMENT COMPARISON (NEO4J.HTML#NEO4J-COMPARISON)

WHY IGOV INC? (NEO4J.HTML#PROCUREMENT-INFO)

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

 ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support

provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j



(index.html)



## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.

You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## ✔ Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

##  GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## ≡ Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

N4J_018846


**iGov**

We understand that many agencies have not adopted the newest technologies and best practices
ke modern web application development almost impossible. Our development
(index.html)de use of GovCloud resources including EC2, S3,Container Services, and more.

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production
instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the
commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice
that it also has unnecessary production elements which you are paying for as part of the subscription.
Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one
department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |

N4J_018847

| Name & Description | Annual Subscription Price |
|---|---|
| (index.html) to 8 Cores) | + $52,874 / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.



# iGov

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

(index.html)

☰

> So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

|  | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO<br>*The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO<br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES<br>*\*Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES<br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |

N4J_018849

# iGov

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br><br>*The cost of a commercial support subscription is based on the cores and instances you use. | YES |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES | YES |
| Does Neo4j Inc. provide official email and phone production support? | No*<br><br>Development packages do not need production support, they swap out production support for consulting services you use to build your solution. | YES | NO |
| Does NOT require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | YES for all<br><br>You do NOT have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions. | | |



N4J_018850

 (index.html) 

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

## (703) 672-1205

✉ info@igovsol.com (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018851

**EXHIBIT 64**

 (index.html) 

Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package (mailto:neo4j@igovsol.com)

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) as a drop in replacement for an existing commercial licensed distribution of the same version number.

Know your options



Witness:
John Mark Suhy

**Exhibit 14**

10/22/2020  B Gerald

N4J_018892

**iGov**

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides a complete breakdown of the 3 main Neo4j offerings available including the free open source option (index.html). Be aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

---

### NEO4J INC. COMMERCIAL SUBSCRIPTION
## $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

| |
|---|
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

### IGOV DEVELOPMENT PACKAGES
## $25K+

| |
|---|
| 100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!. |
| ONgDB Enterprise open source distributions |
| No annual subscription, you are free to do whatever you want in the future. |
| Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc. |

N4J_018893

# iGov

☰

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc. (index.html)

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
## $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
## FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source (downloads.html#neo4j-os-faqs)

N4J_018894



Decentralized Government Solutions

(index.html)

DEVELOPMENT PACKAGE OVERVIEW (NEO4J.HTML#NEO4J-DEV-FEATURES)

PRICE COMPARISON (NEO4J.HTML#NEO4J-PRICE-COMPARISON)

PROCUREMENT COMPARISON (NEO4J.HTML#NEO4J-COMPARISON)     WHY IGOV INC ? (NEO4J.HTML#PROCUREMENT-INFO)

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.



## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.



## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.
You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## ✔ Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform

N4J_018895



components needed to get a robust and scalable ETL pipeline in place.


## Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3, Container Services, and more.



# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3×8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
| --- | --- |

N4J_018896

| Name & Description | Annual Subscription Price |
|---|---|
| **iGov** (index.html) Base (3 instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.





# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

(index.html)

≡

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO<br>*The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO<br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES<br>*\*Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES<br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |

N4J_018898

 (index.html)

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all — *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |



## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

N4J_018899

iGov Innovative Government Solutions

**(703) 672-1205**



(index.html)

[mailto:info@igovsol.com)](mailto:info@igovsol.com)

6564 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018900

**EXHIBIT 65**



**Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.**

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source **ONgDB Enterprise** & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

N4J_018901

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

---

### NEO4J INC. COMMERCIAL SUBSCRIPTION
### $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

Neo4j Enterprise Software

Available through Neo4j Inc. and all Neo4j Solution Partners

Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license.

Production Email and Phone Support from vendor which is backed by Neo4j Inc.

Commercial License (Most government agencies do not need.)

Cost is based on number of instances and cores. (See below)

N4J_018902

## IGOV DEVELOPMENT PACKAGES
## $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
## $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_018903

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW    **PRICE COMPARISON**    PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

☐   ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

N4J_018904

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

N4J_018905

☐

---

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

N4J_018906

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO<br>*The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO<br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES<br>*\*Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES<br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br>*\*The cost of a commercial support subscription is based on the cores and instances you use.* | YES |

N4J_018908

| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
|---|---|---|---|
| Does Neo4j Inc. provide official email and phone production support? | **No*** <br> *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all <br> *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

□

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
**(703) 672-1205**

□ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

# iGov

© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 66**



Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

| NEO4J INC. COMMERCIAL SUBSCRIPTION |
| :---: |
| **$29K - $1M+** |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

N4J_019950

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_019951

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
## FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW    **PRICE COMPARISON**    PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

☐   ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

N4J_019952

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## ☐ UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## ☐ Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## ☐ Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## ☐ GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## ☐ Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## ☐ GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

N4J_019953

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

N4J_019954

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

□

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

N4J_019955

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |

N4J_019956

| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| --- | --- | --- | --- |
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

---

□

---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

□ [email protected]

N4J_019957

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2020 iGov Inc. All Rights Reserved.

N4J_019958

**EXHIBIT 67**



HOME (INDEX.HTML)      GRAPH PACKAGES (NEO4J.HTML)      ABOUT US (ABOUT.HTML)      SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)      BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)

(index.html)

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://web.archive.org/web/20190705044617/https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.

May 2019 Neo4j's Release Notes (https://web.archive.org/web/20190705044617/https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://web.archive.org/web/20190705044617/https://neo4j.com/whats-new-in-neo4j/)

| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |

N4J_019959

1/5

Windows    ongdb-enterprise-3.5.5-windows.zip
           ://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-
           ows.zip)

Docker
(index.html)    ONgDB 3.5.5 Enterprise Docker Hub
Image           (https://web.archive.org/web/20190705044617/https://hub.docker.com/r/graphfoundation/ongdb/)

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5


Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
October 14th, 2018 Neo4j's Release Notes (https://web.archive.org/web/20190705044617/https://neo4j.com/release-notes/neo4j-3-4-12/) |
Neo4j's Whats New Page (https://web.archive.org/web/20190705044617/https://neo4j.com/whats-new-in-neo4j/)

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://web.archive.org/web/20190705044617/https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4


Go to:  http://localhost:7474
```

N4J_019960

**iGov**

HOME (INDEX.HTML)　　GRAPH PACKAGES (NEO4J.HTML)　　ABOUT US (ABOUT.HTML)　　SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)　　BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)

# Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions
(INDEX.HTML)

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

## Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mongdo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

## What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

## Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://web.archive.org/web/20190705044617/https://github.com/neo4j).

N4J_019961

**iGov**

HOME (INDEX.HTML)     GRAPH PACKAGES (NEO4J.HTML)     ABOUT US (ABOUT.HTML)     SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)     BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)

Where can I get the sourcecode for Neo4j Enterprise?

You get the Neo4j Enterprise source code at the official Neo4j GitHub Repositories (index.html)

What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

Can I use Neo4j Enterprise open source licenses in production?

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.

If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation.

View the AGPLv3 License (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download Neo4j**



# Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.

N4J_019962

**iGov**

HOME (INDEX.HTML)   GRAPH PACKAGES (NEO4J.HTML)   ABOUT US (ABOUT.HTML)   SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)   BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for both *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

**(703) 672-1205**

info@igovsol.com
(mailto:info@igovsol.com)

7686 Richmond Highway Suite 101-B Alexandria, VA 22306

**iGov**
(index.html)

© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 68**

 (index.html) 

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients : Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONGDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |

N4J_018836

**iGov**

Docker     ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/)

```
(index.html)
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5


   Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.4


   Go to:  http://localhost:7474
```



N4J_018837

# Neo4j Enterprise Open Source **F**requently **A**sked

**iGov** (index.html)

≡

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

## Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

## What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your

## Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-

N4J_018838

**iGov**

Where can I get the sourcecode for Neo4j Enterprise?
(index.html)
Neo4j Enterprise source code at the official Neo4j GitHub Repositories

☰

---

**What are the restrictions of AGPLv3 and do I need to worry about them?**

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

**Can I use Neo4j Enterprise open source licenses in production?**

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in

**Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?**

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-

**What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?**

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our



N4J_018839

# Neo4j Enterprise Commercial & Open Source Comparisons

**iGov** (index.html)

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | **YES** | **YES** |
| Can I use this with any amount of cores without incurring additional costs? | **YES** | **NO** |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for both *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_018840

CONTACT US

 (index.html)

mailto:info@igovsol.com)

☰

⚲ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018841

**EXHIBIT 69**

 (index.html)

---

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.
May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Docker Image | ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.
October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |

N4J_018884



Neo4j Enterprise Open Source Government Solutions

| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) (index.html) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |



```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```



# Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

## Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

## What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

## Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html)

## Where can I get the sourcecode for Neo4j Enterprise?

You can get all the Neo4j Enterprise source code at the official Neo4j GitHub Repositories (https://github.com/neo4j/neo4j/).

N4J_018885


(index.html)

What are the restrictions of AGPLv3 and do I need to worry about them?

one that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

**Can I use Neo4j Enterprise open source licenses in production?**

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.

If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed to modify the standard license and still call it the

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download Neo4j Enterprise**



# Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
| --- | --- | --- |
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |



(index.html)

| | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|

does not require you to open source your systems that simply use Neo4j Enterprise as a component in your system.

**YES** for both

*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

**(703) 672-1205**

✉ info@igovsol.com (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018887

**EXHIBIT 70**



**HOME (INDEX.HTML)**    **GRAPH PACKAGES (GRAPH.HTML)**    **ABOUT US (ABOUT.HTML)**    **SUPPORT (SUPPORT.HTML)**

**DOWNLOADS (DOWNLOADS.HTML)**    **BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)**

(index.html)

---

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

## Downloads

Please download the Open Native Graph Database (ONgDB) Enterprise distributions directly from the GraphFoundation Website (https://web.archive.org/web/20201022204041/https://www.graphfoundation.org/projects/ongdb/).

You can access the source code via the Graphfoundation GitHub Site (https://web.archive.org/web/20201022204041/https://github.com/graphfoundation/).

Please note that if you a Neo4j reseller, you may be prohibited from using ==open source neo4j packages,== so please read your reseller agreement carefully.

iGov Inc is not a partner or reseller of Neo4j Inc and is not under any open source usage prohibitions that resellers and partners may be under.



## Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

==We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at info@igovsol.com (mailto:info@igovsol.com).==

==Is Neo4j Enterprise Really Open Source?==

==YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License== (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for

N4J_019964

**iGov**

any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government

HOME (INDEX.HTML)    GRAPH PACKAGES (GRAPH.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

restricted from making closed source software in most situations and do not try to create their own derivative (version) of

they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use

DOWNLOADS (DOWNLOADS.HTML)     BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)

cases! It's that simple!

(index.html)

==What is the open source license does Neo4j Enterprise use?==

==Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html).==

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

==Where can I download the open source Neo4j Enterprise binaries?==

==Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://web.archive.org/web/20201022204041/https://github.com/neo4j).==

See our blog post to learn more (https://web.archive.org/web/20201022204041/https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-

==Where can I get the sourcecode for Neo4j Enterprise?==

==You can get all the Neo4j Enterprise source code at the official Neo4j GitHub Repositories==

What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.
If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

==Can I use Neo4j Enterprise open source licenses in production?==

==**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source== and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

N4J_019965



No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation.

3 License (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed

HOME (INDEX.HTML)    GRAPH PACKAGES (GRAPH.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/) (index.html)

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise EULA?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download ONgDB Enterprise Open Source Packages Here**



## Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | YES for both<br>*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | |

N4J_019966

## About iGov

**iGov**

HOME (INDEX.HTML)    GRAPH PACKAGES (GRAPH.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)

...development company located in the Washington DC metro area.

...software design innovative solutions for US Government agencies using leading open-source technologies.

(index.html)

CONTACT US

**(703) 672-1205**

✉ info@igovsol.com
(mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite
101-B Alexandria, VA 22306

**iGov**    © 2020 iGov Inc. All Rights Reserved.
(index.html)

**EXHIBIT 71**



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post

## About iGov

N4J_019968

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2019 iGov Inc. All Rights Reserved.

**EXHIBIT 72**

 (index.html)

iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_018834

CONTACT US

 (index.html)

📧 (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018835

**EXHIBIT 73**



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading

Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features

Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed

source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is

a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post

## About iGov

N4J_018890

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2019 iGov Inc. All Rights Reserved.

N4J_018891

**EXHIBIT 74**



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# September 2019 News: ONgDB Enterprise 3.5.11 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.11 is Neo4j 3.5.11 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

As iGov Inc is not a Neo4j Inc partner, it is not prohibited from promoting open source Neo4j options such as the ONgDB fork.

Neo4j Enterprise Commercial Prices Blog Post

N4J_019970

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2020 iGov Inc. All Rights Reserved.

N4J_019971

**EXHIBIT 75**

# March 2019 : ONgDB Enterprise 3.5.3 (Neo4j Core 3.5.3 + Enterprise Code) is now available.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j managed by the Non profit Graph Foundation. ONgDB is 100% free and open, and there are no limitations on instances in clusters, cores, etc!

It is a drop in replacement for any Neo4j Enterprise (or community) distribution of the same version number.

ABOUT GRAPHSTACK          DOWNLOADS

## About GraphStack

GraphStack was created and is run by iGov Inc. We have no relationship with Neo4j Inc, the company who created and open sourced Neo4j.

## What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

More information coming soon...

## Who is GraphStack for?

GraphStack is for anyone who had adopted Neo4j and plans on building a large scale graph solution with Neo4j Enterprise / ONgDB Enterprise, Elasticsearch, Microservices, and more.

N4J_018816

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site.

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONgDB Enterprise 3.5.3

**Drop in replacement for Neo4j Core and Enterprise 3.5.3. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**

**March 2019** Neo4j's Release Notes | Neo4j's Whats New Page

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.3-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.3-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.3-windows.zip |
| Docker Image | ONgDB 3.5.3 Enterprise Docker Hub |

```
docker run \
      --publish=7474:7474 --publish=7687:7687 \
      --volume=$HOME/neo4j/data:/data \
      graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

---

## ONgDB Enterprise 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**

**October 14th, 2018** Neo4j's Release Notes | Neo4j's Whats New Page

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub |

```
docker run \
      --publish=7474:7474 --publish=7687:7687 \
      --volume=$HOME/neo4j/data:/data \
      graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```

N4J_018817

10/22/2020

# About Us

iGov Inc is the company behind GraphStack.

iGov Inc offers production support packages for Neo4j / ONgDB Enterprise open source distributions for US government agencies.

iGov Inc

GitHub

Docker Hub



Facebook



Twitter

info@igovsol.com

iGov Inc and GraphStack has no relationship with Neo4j Inc, the innovative software company who created Neo4j.

**EXHIBIT 76**

**From:**      Jyothi Viswanadham (jyothi.viswanadham@daytonatec.com)
**To:**        John Mark Suhy (jmsuhy@igovsol.com)
**CC:**
**BCC:**
**Subject:**   RE: Neo 4j pricing
**Attachments:**
**Sent:**      03/10/2019 10:23:52 PM -0700 (PST)

Thank you so much for the information. It helped a lot

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Friday, 8 March 2019 5:51 PM
To: Jyothi Viswanadham <jyothi.viswanadham@daytonatec.com>
Subject: Re: Neo 4j pricing

We only focus on US government agencies, but I can guide you in the right direction.

I don't think the discovery bundle is worth the cost.  Your are essentially paying for a limited email and phone support. It is a yearly subscription which also limits you in cores and instances.

I think you are better off using ONgDB, The free and open fork of Neo4j Enterprise,  as it does not cost anything.   It adds enterprise feature code such as causal clustering back into Neo4j Core.   It is a drop in replacement for Neo4j, just ensure the version bumber matches your current version.

See: https://graphfoundation.org/ongdb/

You have no limitations on size of your cluster, number of cores, etc. and you can use it in production and in closed source projects.

We are not a Neo4j Partner because Partners are not allowed to work or promote open source distributions so you won't learn about your true options from any partners.

If you need support for your project using the unrestricted open source enterprise distributions, then check out http://graphgrid.com

I hope this is helpful.

Have a good day,

John Mark Suhy
CTO iGov Inc

On Fri, Mar 8, 2019 at 5:04 AM Jyothi Viswanadham <jyothi.viswanadham@daytonatec.com> wrote:

> Hello,
>
> I am looking at Neo4j pricing. Can you please help me with cost per GB and when we take discovery membership how

do we install it and other questions

Thanks!
jyothi

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

**EXHIBIT 77**

**From:**     John Mark Suhy (jmsuhy@igovsol.com)
**To:**     Ron.Turner@XpressRules.com
**CC:**
**BCC:**
**Subject:**     SBIR award with Neo4j
**Attachments:**
**Sent:**     01/25/2019 08:27:41 PM -0800 (PST)

Hello Ron,

I came across your SBIR award and saw you were using Neo4j.

I wanted to bring to your attention that if you want to use Neo4j Enterprise ( up through the latest 3.4 release ) under it's open source license , you can do so in a closed source project for free.  This is counter to what you probably have been told by Neo based on their last behavior.

As of Neo4j 3.5 , if you want to use enterprise features (causal clustering, etc) for free with no limitations, then you would want to use the Open Native Graph Database (ONgDB) as a drop in replacement (using same version number) - it adds in the enterprise features Neo4j removed from their code base a few weeks ago.

ONgDB is in production at Treasury for example, it is just not well known yet.

https://www.graphfoundation.org/projects/ongdb/

Below is a blog post I wrote about pricing so you understand why this information could really help you with your commercialization strategy.

https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Feel free to reach out to me anytime, I am in the Washington DC metro area.

Have a good weekend,


John Mark

**EXHIBIT 78**

# The Neo4j Developer Manual v3.4

Copyright © 2018 Neo4j, Inc.

License: Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1, *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2, *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3, *Cypher* — Reference for the Cypher query language.
- Chapter 4, *Drivers* — Uniform language driver manual.
- Chapter 5, *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6, *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A, *Reference* — Neo4j status code reference.
- Appendix B, *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

N4J_019917

**EXHIBIT 79**

# The Neo4j Developer Manual v3.4

Copyright © 2020 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1,  *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2,  *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3,  *Cypher* — Reference for the Cypher query language.
- Chapter 4,  *Drivers* — Uniform language driver manual.
- Chapter 5,  *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6,  *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A,  *Reference* — Neo4j status code reference.
- Appendix B,  *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

N4J_019916

**EXHIBIT 80**

# The Neo4j Operations Manual v3.4

Copyright © 2018 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,  *Security* — Instructions on server security.
- Chapter 9,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *HA cluster* — Information about Neo4j HA clusters.

N4J_019934

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019935

**EXHIBIT 81**

# The Neo4j Operations Manual v3.4

Copyright © 2020 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,   *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,   *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,   *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,   *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,   *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,   *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,   *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,   *Security* — Instructions on server security.
- Chapter 9,   *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,   *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,   *Tools* — Description of Neo4j tools.
- Appendix A,   *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,   *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,   *HA cluster* — Information about Neo4j HA clusters.

N4J_019910

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 876 of 1198

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019911

**EXHIBIT 82**

# The Neo4j Operations Manual v3.5

Copyright © 2019 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Docker* — Instructions on how to use Neo4j on Docker.
- Chapter 4,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 5,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 6,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 7,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 8,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 9,  *Security* — Instructions on server security.
- Chapter 10,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 11,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 12,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *Advanced Causal Clustering* — Advanced concepts and

N4J_019932

actions for Neo4j Causal Clustering.

- Appendix D, *Index key calculations* — Details for calculating index key sizes.
- Appendix E, *HA cluster* — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019933

**EXHIBIT 83**

☰

# The Neo4j Operations Manual v3.5

© 2020 Neo4j, Inc.

License: Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Introduction — Introduction of Neo4j Community and Enterprise Editions.

- Installation — Instructions on how to install Neo4j in different deployment contexts.

- Docker — Instructions on how to use Neo4j on Docker.

- Configuration — Instructions on how to configure certain parts of the product.

- Clustering — Comprehensive descriptions of Neo4j Causal Clustering.

- Backup — Instructions on setting up Neo4j backups.

- Upgrade — Instructions on upgrading Neo4j.

- Authentication and authorization — Instructions on user management and role-based access control.

- Security — Instructions on server security.

- Monitoring — Instructions on setting up Neo4j monitoring.

- Performance — Instructions on how to go about performance tuning for Neo4j.

- Tools — Description of Neo4j tools.

- Reference — Listings of all Neo4j configuration parameters.

- Tutorials — Step-by-step instructions on various scenarios for setting up Neo4j.

- Advanced Causal Clustering — Advanced concepts and actions for Neo4j Causal Clustering.

- Index key calculations — Details for calculating index key sizes.

- HA cluster — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

N4J_019906

- the engineer performing the Neo4j production deployment.

- the operations engineer supporting and maintaining the Neo4j production database.

- the enterprise architect investigating database options.

- the infrastructure architect planning the Neo4j production deployment.

Was this page helpful?

**Learn**

☐ Sandbox

☐ Neo4j Community Site

☐ Neo4j Developer Blog

☐ Neo4j Videos

☐ GraphAcademy

☐ Neo4j Labs

**Social**

☐ Twitter

☐ Meetups

☐ Github

☐ Stack Overflow

Want to Speak? Get $ back.

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks of Neo4j, Inc. All other marks are owned by their respective companies.

**Contact Us →**

US: 1-855-636-4532

Sweden +46 171 480 113

UK: +44 20 3868 3223

France: +33 (0) 8 05 08 03 44

N4J_019907

**EXHIBIT 84**



📖 graphfoundation / **ongdb**

⟨⟩ Code    ⓘ Issues 3    ⏱ Pull requests 2    ⊙ Actions    🗂 Projects    📖 Wiki    ⊘ Security    ⌁ Insights

# ONgDB 3.5 Changelog

Brad Nussbaum edited this page on Aug 12 · 6 revisions

## 3.5.19

### Kernel

- Includes store file name in version/ids debug.log printout
- The `BatchInserter` now honors the `dbms.read_only` setting. Furthermore, read-only batch inserters are faster to shut down because they don't rebuild indexes.
- Fixes issue where created indexes would stop being resampled after restart

### Cypher

- Planner bug fix to avoid cases where the planner gives up without considering all possible plans

## 3.5.18

### Kernel

- Fixes a bug that in rare cases can lead to a JVM crash with a `sysmalloc: Assertion` or `SIGSEGV` error message.
- Includes NodeRecord in dynamic label record load error
- Attempting to create a full-text index with a non-existent analyser will now fail the creating query, instead of failing at commit time.
- Fixes issue shrinking high_limit double-unit record back to single-unit

### Cypher

- Update Apache Shiro to 1.5.2 to fix BlackDuck warning

### Docker

- Removed docker specific configuration overrides incompatible with windows networking

## 3.5.17

---

**Pages** 15



- Website
- Wiki home
- Docs
- Changelog
- Get Involved

**Clone this wiki locally**

https://github.com/graphf   📋

### Kernel

- Fix a bug in DETACH DELETE on dense nodes that could lead to inconsistencies.
- Fix a bug where DETACH DELETE would not lock the relationships being deleted, allowing overlapping transactions to make changes, such as property updates and chain linkage changes, to those records, which could lead to inconsistencies.

### Cypher

- Fixed a bug where shadowed variable from outer scope would be accessible inside list comprehension when combined with aggregating function.
- Parsing or compilation related errors are now also logged in the query log.

### Cypher-shell version

- 1.1.13

## 3.5.16

### Kernel

- Fix a problem where the combination of parallel `apoc.periodic.iterate` , and `dbms.logs.query.parameter_logging_enabled=true` , could lead to a JVM crash.
- Last line in the configuration file is no longer ignored if there is a missing new line.
- Add jvm argument, `-Dorg.neo4j.kernel.impl.storemigration.participant.StoreMigrator.migration_threads= <nbrOfThreads>` , to set number of threads used to read and write when upgrading store. By setting a lower value the contention on disk can be reduced. Default value is the number of processors available to the process. Fix bug where store upgrade could see `IndexOutOfBoundsException` when upgrading store that was much larger than available memory.

N4J_019973

# EXHIBIT 85

# License

Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International (CC BY-NC-SA 4.0)

You are free to

### Share

copy and redistribute the material in any medium or format

### Adapt

remix, transform, and build upon the material

The licensor cannot revoke these freedoms as long as you follow the license terms.

Under the following terms

### Attribution

You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

### NonCommercial

You may not use the material for commercial purposes.

### ShareAlike

If you remix, transform, or build upon the material, you must distribute your contributions under the same license as the original.



GFI 30(b)(6)
Brad Nussbaum
**Exhibit 46**
11/09/2020  B Gerald

**No additional restrictions**

You may not apply legal terms or technological measures that legally restrict others from doing anything the license permits.

**Notices.** You do not have to comply with the license for elements of the material in the public domain or where your use is permitted by an applicable exception or limitation.

No warranties are given. The license may not give you all of the permissions necessary for your intended use. For example, other rights such as publicity, privacy, or moral rights may limit how you use the material.

See https://creativecommons.org/licenses/by-nc-sa/4.0/ for further details. The full license text is available at https://creativecommons.org/licenses/by-nc-sa/4.0/legalcode.

**EXHIBIT 86**

Case 5:19-cv-07123-EJD Document 98-1 Filed 12/11/20 Page 890 of 1198





**EXHIBIT 87**





Terms  Privacy policy  Cookies  Ads info  More ⌄

© 2020 Twitter, Inc.

**EXHIBIT 88**



https://twitter.com/GraphFoundation/status/1088101496871374849

N4J_018663

**EXHIBIT 89**



Tweet

The Graph Foundation
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.3 support release is out

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

12:31 PM · Mar 17, 2019 · Twitter Web Client

**2** Retweets  **5** Likes

---

Explore

Settings

Q Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

The Graph Foundation
@GraphFoundation                    Follow
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

#OnTheRecord 🔴
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic
72.5K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,582 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up


GFI 30(b)(6)
Brad Nussbaum
**Ex 38**
10/16/2020  D Myers

N4J_018664

**EXHIBIT 90**

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 899 of 1198



← **Tweet**

**The Graph Foundation**
@GraphFoundation

Our #ONgDB/#Neo4j Enterprise CI server is up and running builds at
bamboo.graphfoundation.org/browse/GF

5:03 AM · Mar 21, 2019 · Hootsuite Inc.

**1** Like

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation

Open Graph Technology for Public Good

**What's happening**

US elections · LIVE
**Election results: Voters await results in key swing states as ballot counting continues**

US elections · LIVE
**California: Get local updates about the elections**

US elections · 2 hours ago
**Mauree Turner becomes the first nonbinary state legislator and first Muslim lawmaker in Oklahoma history**

US elections · 5 hours ago
**Detroit TV station WXYZ says video shows photographer loading equipment for work at TCF Center**

US elections · Last night
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More •••   © 2020 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

**EXHIBIT 91**

Case 5:18-cv-07182-EJD Document 93-1 Filed 12/11/20 Page 901 of 1198



N4J_018665


**EXHIBIT 92**







GFI 30(b)(6)
Brad Nussbaum

**Ex 39**

10/16/2020  D Myers

**EXHIBIT 93**



**Explore**

**Settings**

← **Tweet**



**The Graph Foundation**
@GraphFoundation

#ONgDB 3.5.11 support release is out:
graphfoundation.org/projects/ongdb/

What is ONgDB?
Open Native Graph DB is an open source fork of
#Neo4j, that picks up prior to Neo4j, Inc.'s removal of
enterprise code from the main Github repository.



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released
under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

9:31 AM · Oct 9, 2019 · Twitter Web App

**1** Retweet  **1** Quote Tweet  **1** Like

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



**The Graph Foundation**        **Follow**
@GraphFoundation
Open Graph Technology for Public
Good

**What's happening**

Politics · Yesterday
**SCOTUS hearings: Senators,
Barrett deliver opening remarks
on first day of confirmation
hearings**
Trending with Klobuchar, Ted Cruz

Politics · Trending
**Eli Lilly**
7,314 Tweets

Trending in United States
**Berta**
Trending with Two and a Half Men

Sports · Trending
**Dan Mullen**
1,597 Tweets

US elections · LIVE
**California: Election news and
updates**

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**   **Sign up**



GFI 30(b)(6)
Brad Nussbaum
**Ex 40**
10/16/2020  D Myers

N4J_019695

1/2

Case: 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 006 of 1198



# Explore

⚙ Settings

Ads info   More ⌄    © 2020 Twitter, Inc.

🔍 Search Twitter

## Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up



N4J_019696

**EXHIBIT 94**



8/13/2020 · Nov 27, 2019 · Twitter Web App



GFI 30(b)(6)
Brad Nussbaum
**Ex 41**
10/16/2020  D Myers




N4J_018671

**EXHIBIT 95**







**EXHIBIT 96**

8/13/2020
Case 5:18-cv-07182-EJD "Latest #ONgDB apoc 3.5.0.8 procedure release is out. github.com/graphfoundatio... #Neo4j" / Twitter
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 912 of 1198




GFI 30(b)(6)
Brad Nussbaum

Ex 43
10/16/2020  D Myers

https://mobile.twitter.com/GraphFoundation/status/1262813094696419328

N4J_018673

**EXHIBIT 97**





Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
I'm exploring graph databases a bit. Neo4j has one of the fanciest developer
on-boarding experiences I've seen to date. But the early examples don't
really differentiate it from RDBMS. There are entities (movies, users, ratings)
and they have relationships.

💬 24     ↻ 7     ♡ 48     ⬆️

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
You can ask questions like "How many users rated each matrix movie", but I
can do the same with RDBMS, using almost identical query language.
I'm sure there's a point to graph databases, but I'm not seeing it yet.

💬 6     ↻     ♡ 1     ⬆️

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
Oh and the license is a bit of a problem. AFAIK AGPL is incompatible with
Apache V2, so I can't see a future where Kafka Streams or Flink have
embedded Neo4j. Also, the DB is only HA in the very expensive version. I
could use Kafka for dual-writes, I guess.

💬 3     ↻     ♡ 3     ⬆️

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
Tweeps who do graph databases:
1. Why? What's the use-case?
2. Which one is your fave?

💬 20     ↻ 4     ♡ 11     ⬆️

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
I've been corrected that while Neo4j itself is AGPL, the drivers are Apache V2.
So we can include the drivers in ASF projects and have users bring their own
DB.
Not super friendly, but some projects do it.

💬 4     ↻     ♡ 2     ⬆️

Philip Rathle
@prathle

Replying to @gwenshap

Community Edition is GPLv3.

Drivers are Apache 2.0. The Kafka adapter is Apache 2.0:

confluent.io/blog/kafka-con...

Enterprise Edition is commercial = paid. But free for
startups, education, development (via Neo4j Browser).
More entry-level modalities on their way soon...

| CONFLUENT | All About the Kafka Connect Neo4j Sink Plugin | Confluent |
| | We've been using the work we did for the Kafka sink – Neo4j extension and have made it available via remote connections ... |
| | 🔗 confluent.io |

← **Tweet**

2 Likes

💬     ↻     ♡     ⬆️

John Mark Suhy @jmsuhy · Sep 25, 2019
Replying to @prathle and @gwenshap
You can use the GraphFoundation's fork called Open Native Graph Database
(ONgDB). It adds the enterprise code Neo removed back on top of Neo4j
core.  3.5.11 is ready to go, it should be out in the next few days.  Carefully
read the terms for the 'free' offerings Neo4j mentions!

💬     ↻     ♡ 1     ⬆️

Witness:
John Mark Suhy
**Exhibit 37**
10/22/2020  B Gerald

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

Philip Rathle
@prathle    Follow
Head of Products for Neo4j. Graphs
are everywhere.

Gwen (Chen) Shapira
@gwenshap    Follow
Engineering Manager. Opinionated.
Appreciates good software
engineering whenever it can be found.
High latency, high throughput.
She/her.

**What's happening**

NFL · LIVE
Cardinals at Cowboys
Trending with Cardinals, Dallas

NFL · Trending
breeland
Bashaud Breeland costs Kansas City Chiefs early
penalties

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

hiQ Labs on Twitter: "Powered by Community Editions® GPLv3 inter+Jazz Apache 2.0 · Big data Apache 1.1 Apache 2.0: https://t…



# Explore

⚙ Settings

🔍 Search Twitter

#ItsBeenProvenThat

US elections · LIVE
**California: Election news and updates**



Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



**EXHIBIT 98**





5/18/2020 steven mapes on Twitter 1@hhritldemn @neo4j @kfreytag Tlove the preduct and Luse too daily age the costs are a btosea barrier for client…

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 918 of 1198



🔍 Search Twitter

**Log in** | **Sign up** | •••

10:02 AM · Nov 6, 2019 · Twitter for Android

💬    🔁    ♡    ⬆️

---

**Kurt Freytag** @kfreytag · Nov 6, 2019 ⌄
Replying to @stevenamapes @emileifrem and @neo4j
There's one level at which this axis of comparison is really important (how might this be compared to my existing self-managed Neo4j database). On another axis, a fully-managed DBaaS is qualitatively different for many customers who simply cannot or do not want to deal with ops.

💬 2    🔁    ♡    ⬆️

**steven mapes** @stevenamapes · Nov 6, 2019 ⌄
Totally agree, it's like other managed dbaas solutions, but for those where they will care more about keeping performance stable the CPU comparison is important especially as consultants advising clients when they ask 😉.

💬    🔁    ♡ 1    ⬆️

**John Mark Suhy** @jmsuhy · Dec 5, 2019 ⌄
Replying to @stevenamapes @emileifrem and 2 others
You can use the ONgDB fork of Neo4j which adds enterprise code back into Neo4j core. It is 100% free and open. There are no limitations for causal clustering instances, cores, etc.



**ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation**
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

💬 1    🔁 1    ♡ 1    ⬆️

**steven mapes** @stevenamapes · Dec 6, 2019 ⌄
I've looked into it before without actually having a play. Is there a timeline of when it forked and what was added Vs the closed enterprise version?

💬 2    🔁    ♡    ⬆️

**John Mark Suhy** @jmsuhy · Dec 7, 2019 ⌄
Just an FYI - ONgDB will also have the enterprise features for 4.x. There was a lot of refactoring in Neo4j 4.x core code base - but luckily Neo4j is very well written. I'll post a new blog post on running newest 3.5.x causal clustering via docker soon.

💬    🔁    ♡ 1    ⬆️

---

@neo4j
The #1 platform for connected data. Developers start here:
neo4j.com/developer/

**What's happening**

COVID-19 · LIVE
**COVID-19: China commits $2 billion to fight the pandemic**

#EpicMegaSale 🎮
GTAV free on PC until 5/21. Keep it forever, only on Epic Games Store.
📷 Promoted by Epic Games Store

COVID-19 · LIVE
**COVID-19 updates for the US**



Politics · Trending ⌄
**Saudi**
235K Tweets

Politics · Trending ⌄
**He's LYING**
60.7K Tweets

**Show more**

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

🐦 | Search Twitter | Log in | Sign up | ⋯

N4J_018948

**EXHIBIT 99**





Robaserseek on Twitter: 1@MuddyBootsCode @neo4j No one is airy (forks are managed so it's available for News. This is what has...

🐦  [Search Twitter]                         **Log in**   **Sign up**   •••



==ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation==

==ONgDB is an open source fork of Neo4j Enterprise that is developed and
released under the AGPLv3 License by The Graph Foundation.==

🔗 ==graphfoundation.org==

💬        ⟲        ♡ 1        ⬆

**John Mark Suhy** @jmsuhy · Dec 15, 2019                    ⌄
Replying to @rpstreefkerk @MuddyBootsCode and @neo4j
Also Look at @graphgrid :

| grap | **Home - GraphGrid** |
|      | 🔗 graphgrid.com |

💬        ⟲        ♡ 1        ⬆

COVID-19 · LIVE
**COVID-19: Medical experts warn
the virus may be a constant
threat for some time**
200K people are Tweeting about this

COVID-19  🔴 LIVE
**COVID-19 updates for the US**

Food · Trending                              ⌄
**Krispy Kreme**
6,245 Tweets

Entertainment · Trending                     ⌄
**#ThankYouRavi**
14K Tweets

🟢 CNBC Make It ✓ · 3 hours ago
**Unemployment benefits are not
"free money"**

**Show more**

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

**EXHIBIT 100**







Don't miss what's happening

People on Twitter are the first to know.

Log in   Sign up

**EXHIBIT 101**

10/19/2020                    John Mark Suhy on Twitter: "You may be able to get a refund if you bought a costly enterprise commercial subscription based on @neo4…

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 927 of 1198



**EXHIBIT 102**

🐦

🔍 Search Twitter      Log in    Sign up   •••

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019 ⌄
I'm exploring graph databases a bit. Neo4j has one of the fanciest developer on-boarding experiences I've seen to date. But the early examples don't really differentiate it from RDBMS. There are entities (movies, users, ratings) and they have relationships.

💬 24    ⟲ 5    ♡ 49    ⬆

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019 ⌄
You can ask questions like "How many users rated each matrix movie", but I can do the same with RDBMS, using almost identical query language.
I'm sure there's a point to graph databases, but I'm not seeing it yet.

💬 6    ⟲    ♡ 1    ⬆

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019 ⌄
Oh and the license is a bit of a problem. AFAIK AGPL is incompatible with Apache V2, so I can't see a future where Kafka Streams or Flink have embedded Neo4j. Also, the DB is only HA in the very expensive version. I could use Kafka for dual-writes, I guess.

💬 3    ⟲    ♡ 3    ⬆

**John Mark Suhy**
@jmsuhy

Replying to @gwenshap

@neo4j enterprise used to be open source until 3.4 or 3.5. After they closed EE - a fork called #ONgDB (Open Native Graph Database) put the enterprise code back in the code base. It is 100% free and open - no costs for causal clustering, cores, etc.



Graph Community - The Graph Foundation
OPEN. THE GRAPH FOUNDATION provides support for The Graph Foundation Community of Open Source software projects, which provide software products …
🔗 graphfoundation.org

8:07 PM · Apr 2, 2020 · Twitter for iPhone

**1** Like

💬      ⟲      ♡      ⬆

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

 **John Mark Suhy** @jmsuhy   **Follow**
software developer / enterprise architect, entrepreneur, and amateur angler.

 **Gwen (Chen) Shapira** @gwenshap   **Follow**
Engineering Manager. Opinionated. Appreciates good software engineering whenever it can be found. High latency, high throughput. She/her.

 **Neo4j** ✓ @neo4j   **Follow**
The #1 platform for connected data. Developers start here:
neo4j.com/developer/

**What's happening**

COVID-19 · LIVE
**COVID-19: WHO warns of potential hydroxychloroquine side effects**
170K people are Tweeting about this



#DisneyBundle

N4J_018989



COVID-19 · LIVE
COVID-19 updates for the US

NFL · Trending
Taysom Hill
1,073 Tweets

BuzzFeed News · 5 hours ago
A Coronavirus Patient Shared
Shocking Before-And-After
Hospital Photos

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2020 Twitter, Inc.

**EXHIBIT 103**

8/22/2020    John Mark Suhy on Twitter: @haagenhasle @emileifrem You can also use ONgDB. It is an up to date fork of neo4j with ee features add…

Case 5:18-cv-07182-EJD   Document 98-1   Filed 03/11/20   Page 932 of 1198




N4J_019019

8/22/2020 Jonathan Suhy on Twitter: "@neo4j @jmsuhy can also use English, can migrate based on just the ee features add…

Case 5:19-cv-07123-EJD Document 98-1 Filed 03/11/20 Page 933 of 1198



Twitter

# Explore

⚙ Settings

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

John Mark Suhy
@jmsuhy
software developer / enterprise
architect, entrepreneur, and amateur
angler.
**Follow**

Hågen Hasle
@haagenhasle
**Follow**

Emil Eifrem
@emileifrem
Neo4j. Graphs Are Everywhere.
**Follow**

**What's happening**

Entertainment · 3 hours ago
**New trailer for Wonder Woman
1984 is here**
Trending with: Chris Pine

#DCFanDome DC
DCFanDome.com, A Global 24-hr Show
☑ Promoted by DC

Trending in United States          ⌄
**Avengers**
39.6K Tweets

NBA · 3 hours ago
**Raptors' Nick Nurse named
NBA's 2019-2020 Coach of the
Year**
Trending with: Nick Nurse

Politics · Trending          ⌄
**#ByeEric**
21.5K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in     Sign up



**EXHIBIT 104**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 935 of 1198



**John Mark Suhy**
@jmsuhy

Follow

Replying to @chpanto @akchux @neo4j

If you ever want to use causal clustering while
staying 100% open source,  you can do so
with #ONgDB
(Neo4j core + enterprise features they
removed when they closed Neo4j Enterprise
edition at 3.5).
Just ensure you use the same version number
as your current Neo4j version.

9:39 AM - 23 Feb 2019

**1** Like

💬 2          ⟲          1



**John Mark Suhy** @jmsuhy · Feb 23
Replying to @jmsuhy @chpanto and 2 others
Just to be clear - #ONgDB is a free and open fork of Neo4j managed by the
GraphFoundation.  It merges in the neo4j core code for each release.

> **graphfoundation/ongdb**
> ONgDB (Open Native Graph DB) - Neo4j fork with
> enterprise code base. ONgDB keeps in sync with the
> Neo4j github repo. - graphfoundation/ongdb
> github.com

💬 1          ⟲          1

**Cesar Pantoja, PhD** @chpanto · Feb 24
Great! We'll have a look!

💬          ⟲

**John Mark Suhy** @jmsuhy · Feb 23
Replying to @jmsuhy @chpanto and 2 others
see

N4J_018927

**EXHIBIT 105**



← 🔍 Search Twitter     Log in   Sign up   ⋯

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

 **The Graph Foundation**   Follow
@GraphFoundation
Open Graph Technology for Public Good

### What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman


Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay


NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

**EXHIBIT 106**



N4J_018923

The Graph Foundation on Twitter: "Neo4j, Inc. claims that Graph Foundation's usage of Neo4j Enterprise steals its support revenue, but gives it away: https://t.co/X...



←     🔍 Search Twitter     Log in   Sign up   ⚬⚬⚬



### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**



### Relevant people

**The Graph Foundation**
@GraphFoundation    **Follow**

Open Graph Technology for Public Good

### What's happening

**US news · 48 minutes ago**
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

**Trending in United States**
**Kayne**
3,236 Tweets

**Wrestling · Trending**
**Cesaro**
Trending with: Nakamura
4,275 Tweets

**US news · 2 hours ago**
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

**NASCAR · Trending**
**Reddick**
1,550 Tweets

**Show more**

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

**EXHIBIT 107**



N4J_018928

7/19/2020
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 944 of 1198
The Graph Foundation on Twitter: "Neo4j Enterprise is ... support release agreement" AWZFJoV" / Twitter




← | Search Twitter | Log in | Sign up | •••

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**


**The Graph Foundation**
@GraphFoundation      Follow
Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman


Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay


NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**EXHIBIT 108**

← Search Twitter | Log in | Sign up

⇄ John Mark Suhy Retweeted

**The Graph Foundation** ∨
@GraphFoundation

#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more:



1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
🔗 graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets  **2** Likes

💬  ⇄  ♡  ⬆

---

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

**The Graph Foundation**   **Follow**
@GraphFoundation

Open Graph Technology for Public Good

### What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States   ∨
**Kayne**
3,236 Tweets

Wrestling · Trending   ∨
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending   ∨
**Reddick**
1,550 Tweets

**Show more**

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.

←    🔍 Search Twitter       Log in   Sign up   •••

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people



**The Graph Foundation**
@GraphFoundation   Follow

Open Graph Technology for Public Good

### What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman



Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay



NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

**EXHIBIT 109**

← | Search Twitter | **Log in** | **Sign up** | •••

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation ⌄

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out:



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

5:25 AM · May 10, 2019 · Twitter Web Client

**3** Retweets  **3** Likes

💬 | 🔁 | ♡ | ↥

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**
@GraphFoundation | **Follow**

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States ⌄
**Kayne**
3,236 Tweets

Wrestling · Trending ⌄
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending ⌄
**Reddick**
1,550 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

N4J_018934


The Graph Foundation on Twitter: "#NGDC @NeoJ #Enterprise 1.5 support released again https://t.co/WZFJoV" / Twitter

← 🔍 Search Twitter

Log in    Sign up    •••

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people


**The Graph Foundation**
@GraphFoundation    **Follow**

Open Graph Technology for Public Good

### What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman



Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay



NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

**EXHIBIT 110**

←    🔍 Search Twitter        Log in    Sign up    •••

⟲ <mark>John Mark Suhy Retweeted</mark>

**The Graph Foundation** ⌄
@GraphFoundation

**#ONgDB** (**#FOSS** **#Neo4j** Enterprise) 3.5.12 support release is out:



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

6:58 PM · Nov 27, 2019 · Twitter Web App

**1** Retweet    **2** Likes

💬      ⟲      ♡      ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

The Graph Foundation
@GraphFoundation    Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States    ⌄
**Kayne**
3,236 Tweets

Wrestling · Trending    ⌄
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending    ⌄
**Reddick**
1,550 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.



←    Search Twitter      Log in   Sign up  ⋯

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Relevant people

 **The Graph Foundation**
@GraphFoundation    **Follow**

Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman



Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and
#NationalIceCreamDay



NASCAR · Trending
**Reddick**
1,550 Tweets

**Show more**

Terms   Privacy policy   Cookies   Ads info   More ⌄

© 2020 Twitter, Inc.

**EXHIBIT 111**

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 955 of 1198
The Graph Foundation on Twitter: "#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out: https://t.co/i9SAWZFJoV" / Twitter

←    🔍 Search Twitter      Log in    Sign up    •••

⤶ John Mark Suhy Retweeted

**The Graph Foundation** ⌄
@GraphFoundation

**#ONgDB** (**#FOSS #Neo4j** Enterprise) 3.5.14 support release is out:



**ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation**
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets    **2** Likes

💬     ⤶     ♡     ⬆

---

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

**The Graph Foundation**    **Follow**
@GraphFoundation

Open Graph Technology for Public Good

### What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States ⌄
**Kayne**
3,236 Tweets

Wrestling · Trending ⌄
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending ⌄
**Reddick**
1,550 Tweets

**Show more**

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

N4J_018965

7/19/2020
Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 056 of 198
The Graph Foundation on Twitter: "...NgDB (#OSS #Neo4j Enterprise 3.5.14 sources release build): AWZFJoV" / Twitter

←    🔍 Search Twitter       Log in   Sign up   •••

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people


**The Graph Foundation**
@GraphFoundation   **Follow**
Open Graph Technology for Public
Good

### What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman


Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and
#NationalIceCreamDay


NASCAR · Trending
**Reddick**
1,550 Tweets

**Show more**

Terms Privacy policy Cookies Ads info More ⌄
© 2020 Twitter, Inc.

N4J_018966

**EXHIBIT 112**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

## 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

**21** MAR 2019                                      ADD A COMMENT

We are excited to announce today that we have reached our **1,000ᵗʰ download of ONgDB 3.5**, the Open Neo4j Enterprise project!

Up until 3.5, Neo4j Enterprise had always been an open source project managed by Neo4j, Inc. After Neo4j, Inc. raised an 80M Series E round in October 2018, it quickly closed the open source code and removed it entirely from the neo4j GitHub project. This sudden shock to the community was swiftly responded to by The Graph Foundation to organize a community that will keep the original vision of a developing a native, scalable open source graph database alive. You can learn more about the Neo4j, Inc. shift to Open Core in this article.

We are proud of this community that has worked to keep Neo4j Enterprise 3.5 open source. Building an open native graph database to reach the masses is our mission and reaching the 1000ᵗʰ download is a sign that we are succeeding in our mission to put a scalable graph to work for everyone. We are excited to be on this journey with you all and to keep this project advancing in the open for all to see, experience and build exciting businesses and products around. For more information on the ONgDB project and access to downloads visit the ONgDB Project page.

Thank you all and hope to see you around in the community!

 **Brad Nussbaum**

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

PREVIOUS

### Neo4j is Open Core – Now What?

N4J_018701

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

N4J_018702

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF
- Donations
- Sponsorship
- Thanks

The Graph Foundation
- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search ...

Search

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

N4J_018703

**EXHIBIT 113**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

## ONgDB (Open Native Graph DB)

| 🌐 Downloads | 10K+ | | ⓞ Star | 121 | | 🐙 Pull | 154K+ |

ONgDB is a fork of  the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

### ONgDB 3.6.0.RC1

**2 May 2020: Release Notes | Source Code | Documentation**

| Mac/Linux | ongdb-enterprise-3.6.0.RC1-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Docker Image | ONgDB 3.6.0.RC1 Docker Hub |

GFI 30(b)(6)
Brad Nussbaum
**Ex 26**
10/16/2020  D Myers

N4J_018732

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

Go to: http://localhost:7474

# Latest Stable Release

# ONgDB 3.5.17

**9 April 2020: Release Notes | Source Code**

| Mac/Linux | ongdb-enterprise-3.5.17-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.17-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.17-windows.zip |
| Docker Image | ONgDB 3.5.17 Docker Hub<br><br>```docker run \    --publish=7474:7474 --publish=7687:7687 \    --volume=$HOME/ongdb/data:/data \    graphfoundation/ongdb:3.5```<br><br>Go to: http://localhost:7474 |

# Previous Releases

N4J_018733

- 3.5.16
- 3.5.15
- 3.5.14
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

# Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

# Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

# Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **ONgDB (Open Native Graph DB)**
  - **ONgDB Releases**

N4J_018734

- ○ **ONgDB 3.4.11**
- ○ **ONgDB 3.4.12**
- ○ **ONgDB 3.4.15**
- ○ **ONgDB 3.4.17**
- ○ **ONgDB 3.4.9**
- ○ **ONgDB 3.5.1**
- ○ **ONgDB 3.5.11**
- ○ **ONgDB 3.5.12**
- ○ **ONgDB 3.5.14**
- ○ **ONgDB 3.5.15**
- ○ **ONgDB 3.5.16**
- ○ **ONgDB 3.5.17**
- ○ **ONgDB 3.5.3**
- ○ **ONgDB 3.5.4**
- ○ **ONgDB 3.6.0.M1**
- ○ **ONgDB 3.6.0.M2**
- ○ **ONgDB 3.6.0.RC1**

**Support TGF**

- ○ **Donations**
- ○ **Sponsorship**
- ○ **Thanks**

**The Graph Foundation**

- ○ **Public Records**
  - ○ **Articles of Incorporation**
  - ○ **Code of Regulations**

# Site Search

Search ...

**Search**

# Support GF Today!



Copyright © 2020 Graph Foundation, Inc.

N4J_018736

**EXHIBIT 114**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB (Open Native Graph DB)

 Downloads **14K+**     Star **174**     Pull **154K+**

ONgDB is a fork of the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

### ONgDB 3.6.2

4 December 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.2-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.2-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.2-windows.zip |
| Docker Image | ONgDB 3.6.2 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

N4J_019978

Go to: http://localhost:7474

# LTS Release

## ONgDB 3.5.22

28 October 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.22-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.22-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.22-windows.zip |
| Docker Image | ONgDB 3.5.22 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.5
```

Go to: http://localhost:7474

# Previous Releases

- 3.5.19
- 3.5.18
- 3.5.17
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

# Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

# Looking for ONgDB Build Results and Distributions?

N4J_019979

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

# Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

Accessibility

Get Involved

Graph Foundation

Mission

Projects

- Heimdall
- ONgDB (Open Native Graph DB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.15
    - ONgDB 3.4.17
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.11
    - ONgDB 3.5.12
    - ONgDB 3.5.14
    - ONgDB 3.5.15
    - ONgDB 3.5.16
    - ONgDB 3.5.17
    - ONgDB 3.5.18
    - ONgDB 3.5.19
    - ONgDB 3.5.22
    - ONgDB 3.5.3
    - ONgDB 3.5.4
    - ONgDB 3.6.0
    - ONgDB 3.6.0.M1
    - ONgDB 3.6.0.M2
    - ONgDB 3.6.0.RC1
    - ONgDB 3.6.1
    - ONgDB 3.6.2

N4J_019980



Support TGF
- Donations
- Sponsorship
- Thanks

The Graph Foundation
- Public Records
  - Articles of Incorporation
  - Code of Regulations

Site Search

Search …

Search

Support GF Today!

Copyright © 2020 Graph Foundation, Inc.

**EXHIBIT 115**

# Neo4j Desktop vs Neo4j Server

**Neo4j Graph Platform**

---

**stephanie** (Stephanie) #1 November 16, 2018, 7:31pm

Do the terms of use for "neo4j Desktop" apply to the ONGDB server which I downloaded under AGPLv3 license? I read the Desktop terms carefully and they refer everywhere to "neo4j Desktop software". Has anybody encountered this issue? I am feeling really stupid for not thinking this through before downloading the Desktop Software, especially as database authentication keeps failing. Before I spend any more time troubleshooting, could someone indicate any features of Desktop that are really worth it (other than UI)? I am planning production, so the license is important to me. Thank you!

---

**andrew.bowman** (Andrew Bowman) #2 November 16, 2018, 10:47pm

Hi Stephanie,

You may want to review our **licensing page**. In particular, for Neo4j Desktop:

> Neo4j Desktop is the new mission control center for Developers. It's free with registration, and it includes a **free** development license for Enterprise Edition **allowing you to use Neo4j Enterprise on your local desktop for developing applications** .

Basically it's for local development only, Neo4j Desktop isn't intended or licensed for deployment or usage as a server version (we have the server versions of Neo4j Community and Enterprise for that instead). It can freely be used as a client to connect to a separate server deployment, however.

You may want to review the rest of the licensing page, as there are various scenarios which will allow free Neo4j Enterprise usage (see the FAQ for details).

---

**stephanie** (Stephanie) #3 November 17, 2018, 7:27pm

Witness:
John Mark Suhy

**Exhibit 27**

10/22/2020  B Gerald

GFI 30(b)(6)
Brad Nussbaum

**Ex 36**

10/16/2020  D Myers

N4J-GFI_000008

Thanks! I will try to get the Desktop version working a bit longer before I entirely give up!

---

N4J-GFI_000009

**EXHIBIT 116**

**From:**      Benjamin Nussbaum (ben@atomrain.com)
**To:**        John Mark Suhy (jmsuhy@purethink.com)
**CC:**        Brad Nussbaum (brad@atomrain.com)
**BCC:**
**Subject:**   Re: Neo4j Desktop vs Neo4j Server - Neo4j Graph Platform - Neo4j Online Community
**Attachments:**
**Sent:**      01/09/2019 05:01:28 PM -0800 (PST)

That's unfortunate, but lol that they posted it on the neo4j site.

--

**Benjamin Nussbaum**
President and Chief Technology Officer
AtomRain, Inc.
Phone: (310) 433-9305
Email: ben@atomrain.com

AtomRain | Innovation for a Connected World

> On Jan 9, 2019, at 7:45 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:
>
> thought you would like this. Someone having issues using ongdb with neo4j-desktop
>
> https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066





IGOV0001570054

**EXHIBIT 117**

neo4j / neo4j

Sign up

Code    Issues ⬤    Pull requests ⬤    Projects ⬤    Actions    Wiki    Security    Pulse

# Modifying the AGPL License by adding restrictions is not allowed #11821

New issue

**Closed**    jmsuhy opened this issue May 19, 2018 · 12 comments



**jmsuhy** commented May 19, 2018 • edited

The AGPL license files had a restrictions added to it which I am pretty sure is not allowed by AGPL.
So it seems that you have either just made Neo4j Enterprise closed source - i.e. no longer AGPL - or you've made a mistake and accidentally added restrictions to it.

I am pretty sure the community would like to know what is going on with this.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-enterprise/LICENSE.txt

"Commons Clause" License Condition

The Software is provided to you by the Licensor under the License, as defined below, subject to the following condition. Without limiting other conditions in the License, the grant of rights under the License will not include, and the License does not grant to you, the right to Sell the Software. For purposes of the foregoing, "Sell" means practicing any or all of the rights granted to you under the License to provide to third parties, for a fee or other consideration, a product or service that consists, entirely or substantially, of the Software or the functionality of the Software. Any license notice or attribution required by the License must also include this Commons Cause License Condition notice.

2



Witness:
John Mark Suhy
**Exhibit 25**
10/22/2020  B Gerald

N4J_019444

  eebus added the `operability` label May 21, 2018

 **xizhao** commented May 21, 2018

To try to get ahead of any misunderstandings, the AGPL doesn't "disable-itself" if exceptions are added from the original licensor. It simply becomes a new license.

The scope of license alteration restrictions (as well as these kinds of restrictions in all OSS licenses) is to disable the ability for "man-in-the-middle" sub-licensing, effectively ensuring that the license grant comes from the original copyright holder no matter how the software is conveyed. However, as the original copyright holder of the codebase is Neo, they can add whatever terms or exceptions best fit their original licensing intent for their commercial product -- the protections in the original AGPL prevents third parties from altering or sub-licensing those terms.

We're not dealing with a copy of the software here -- the whole file is the original license document provided by Neo. Sure it's not the original AGPL, but there's no way I'd call it "Enterprise closed source".

1

 **jmsuhy** commented May 22, 2018 • edited

The issue at hand is that you can not add restrictions to AGPL then misguide the community and committers as to what is happening.

Not only does AGPL forbid this, it is not fair to committers and the community as a whole.

If your intention was to keep Neo4j free and open, then you should know your restrictions are not allowed by AGPL and we can continue the 'debate' in that direction.

I think you should be upfront with the community that helped make Neo4j what it is today.

1

 **digitalstain** commented May 22, 2018

N4J_019445

Neo4j is a broad church. We have to balance the interests of our amazing
community, our customers and the company too. We've done a lot of
thinking about how to best align those interests in our licensing and made
a choice to add the Commons Clause to the AGPL license. We think this is
the best way we can ensure the long term viability of neo4j as both an
open source project and as a commercial endeavour to keep that open
source flowing.

Github issues probably aren't the best place to have detailed licensing
discussions, and much as we appreciate the input and enthusiasm of the
participants we're going to close it now. This is clearly deserving of a
longer piece on why the license is changing and we'll get that published as
soon as we can.

Thanks to everyone for sharing your views!

3       4       1

 digitalstain closed this May 22, 2018

digitalstain referenced this issue May 22, 2018



Updates enterprise LICENSE.txt and NOTICE.txt  ⋯

6558e5e

 Zappes commented Aug 23, 2018

I would expect the text of a a License to be subject to copyright, and the
author probably has the right to forbid changes to the text. Without being
a legal expert, I can't say if you may perhaps be allowed to copy the AGPL,
add your clause and use the license under a different name like Neo4jPL -
but I am quite sure that you can't change the text and re-publish it using
the same name, i.e. "AGPL".

2

 akhmerov commented Aug 23, 2018

@Zappes it's more strict than it just being not allowed to call the license

N4J_019446

AGPL. The header of AGPL clearly states that modifying it is a violation of the FSF copyright:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but changing it is not allowed.

Therefore even using significant parts of AGPL is a copyright violation.

8

 **lsmith77** commented Aug 23, 2018

also whatever the copyright situation might be, its important to communicate clearly, which I think is what the issue creator is asking for. if you want to use the AGPL, then use it without modification. if you want a mix of the AGPL and common clause, then make sure you do so in a clear and transparent manner.

6

 **greve** commented Aug 23, 2018

I've given my take on the Commons Clause at https://twitter.com/ggreve/status/1032520322170462208 and https://twitter.com/ggreve/status/1032657522400866305.

TL;DR: This turns anything licensed under it into proprietary software with a very vague, wide reaching license that establishes serious legal liability for all developers and users. It is the end of the commons that is formed by an Open Source community, project and companies.

I assume the CLA will cover this, but at the very least I would assume developers did not expect a

> "Haha, we're taking this proprietary and by the way we're reserving the right to sue you in case you work with Neo4j professionally"

kind of move when they signed the CLA.

Yet that is precisely what this change seems to represent.

3

N4J_019447



**jmsuhy** commented Aug 24, 2018

I wanted to chime in too. When the ticket was closed the way it was, I just gave up on it.

@greve , the other companies who adopted the 'commons clause' do not have AGPL licenses like Neo4j adopted for the enterprise edition, and which the clause was added to.

The other companies who adopted this 'commons clause' have non GPL licenses.

Redis: BSD
dGraph: Apache 2

The AGPL license states: If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term.

We contacted the free software foundation as well, I made sure to do my homework before submitting the original ticket.

Neo's intentions around this clause seem obvious to me. Their government sales team have already been trying to scare agencies from using neo4j enterprise under the open source license by referencing the commons clause. I'll write a blog post on this since most are not aware of some of this behavior.

I started working with the guys from GraphGrid on a way of ensuring Neo4j stays free and open to the community.

We already formed a non-profit called the GraphFoundation (https://graphfoundation.org), with an apache like governance model, which ensures no single company or person(s) control the future direction.

We invite the community to help us with this 'labor of love'.

I have nothing but respect for what Neo has built, they have a very talented team!

If more people call them out on this behavior, maybe things can change and they can embrace open source and support the community that made them who they are.

Just my 2 cents...

11        1

N4J_019448

 jmsuhy mentioned this issue Sep 10, 2018

license additions ineffective #12027

Open

MrBerg added a commit to MrBerg/neo4j that referenced this issue
Oct 15, 2018

 Mention Commons Clause more in README  ...

Verified

205a00a

 MrBerg mentioned this issue Oct 15, 2018

Mention Commons Clause once more in README #12052

Closed

 belarm commented Nov 4, 2018

"Github issues probably aren't the best place to have detailed licensing
discussions"

Then where is, exactly?

 heathermeeker commented Nov 13, 2018

The provision in AGPL about removing restrictions (Section 7) does not
conflict with Commons Clause, if the author of the AGPL code applies
Commons Clause. There may seem to be a conflict, but only when Section
7 is read out of context.

In AGPL, "you" refers to the recipient of the code, in other words, the
licensee. (See Section 0, which says, "Each licensee is addressed as "you".")
Section 7 is about what terms recipients -- meaning licensees -- of AGPL
code can and cannot add when they redistribute the code to others.
Section 7 starts by saying, "When you convey a copy of a covered work,
you may at your option..." The entire Section was written to govern the
actions of licensees only. The "conflicting" clause in Section 7 says, "If the

N4J_019449

Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term." This is not a limitation on the licensor, who is not referred to as "you" anywhere in the document.

To be clear, I represent Neo4j and I am responding on behalf of Neo4j at their request.

2



akhmerov commented Nov 13, 2018 • edited

@heathermeeker can you please also comment on the statement in the preface of AGPL:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but changing it is not allowed.

In your opinion, does the addition of the commons clause constitute a violation of FSF copyright? If not, can you please explain why?

---

Regarding the clause in Section 7: in your opinion, does "this License" refer to AGPL or AGPL + commons clause? The latter seems to contradict the definition in Section 0.

If "this License" does indeed refer to AGPL alone, do you disagree that Section 7 permits the licensees to remove the commons clause?

To me it seems to be the case because: the program as you (the licensee) received it contains contains a notice (the notice at the header of the document) stating that it is governed by this License along with a term that is a further restriction (commons clause) you may remove that term.

Please let me know what this interpretation misses.

3



belarm commented Nov 23, 2018

Granted in all cases, but I believe you've missed something:
"If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a

N4J_019450

further restriction, you may remove that term."

If 'you' in this sentence refers to the licensee, as you claim, then *I*
(the licensee) am free to remove that clause.

...

3

Sign up for free to join this conversation on GitHub. Already have an account?

Sign in to comment

Assignees

No one assigned

Labels

operability

Projects

None yet

Milestone

No milestone

Linked pull requests

Successfully merging a pull
request may close this issue.

None yet

10 participants

© 2020 GitHub, Inc.

Terms
Privacy
Security

N4J_019451

Status

Help

Contact GitHub

Pricing

API

Training

Blog

About

N4J_019452

**EXHIBIT 118**

**From:** Bob Trudeau (btrudeau)
**To:** Graph Foundation Admin
**Subject:** Re: GraphStack Neo4j Question
**Date:** Tuesday, July 17, 2018 11:55:17 AM

Hi GF,

Thanks for the information. ==Unfortunately, my head is swimming with licenses and terminology.==

==When you say "ONgDB – this is a fully AGPL fork of the open source Neo4j Github repository" what does AGPL mean? Is that AGPLv3 ("GNU AFFERO GENERAL PUBLIC LICENSE Version 3, 19 November 2007") from the FSF? Is that the same AGPLv3 license referenced below regarding Neo4j Enterprise from the Neo4j Github repository (https://github.com/neo4j/neo4j) albeit with the "additional sections" you mentioned?==



Essentially, I want to be able to provide the Micron Legal department with the most-correct licensing information so that they can perform their due diligence regarding liability and exposure. If there is a "non-shield" option that would be preferable. Otherwise Micron would simply be trading one commercial license with Neo4j for another commercial license with another provider such as GraphGrid, correct?

When I feel like I have more of the licensing basics in-hand and have specific questions to ask (so I don't waste your time answering questions that I could have answered online) I may want to take you up on your offer of a phone call.

Thanks,

Bob Trudeau
Enterprise Architect
IT Enterprise Analytics & Data
Micron Technology, Inc.
Office +1 (916) 458-3277
btrudeau@micron.com

**From:** Graph Foundation Admin [mailto:admin@graphfoundation.org]
**Sent:** Monday, July 16, 2018 6:53 AM
**To:** Bob Trudeau (btrudeau) <btrudeau@micron.com>
**Subject:** [EXT] Re: GraphStack Neo4j Question

Hi Bob,

I received your question from iGov. We're consolidating support of the open source neo4j graph database distributions under a non-profit organization: Graph Foundation - www.graphfoundation.org

I can help you answer your questions.

The naming you'll see for the build on the foundation site is ONgDB - this is a fully AGPL fork of the open source Neo4j Github repository with all restrictive marks from Neo4j, Inc. removed. We've taken the necessary steps make sure we keep the repository fully AGPL which is the license that Neo4j, Inc has released it under, but then added additional sections to the AGPL license, which in our conversations with FSF (Free Software Foundation) is not legal to do when using the AGPL license.

If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid. I can put you in contact with them if that full shield is of interest.

If it makes sense to have a call or if you have specific references that would help your organization assess the validity of it, please let us know and we can try to accommodate.

Thanks You,
GF


---------- Forwarded message ---------
From: **Bob Trudeau (btrudeau)** <btrudeau@micron.com>
Date: Wed, Jul 11, 2018 at 11:47 AM
Subject: GraphStack Neo4j Question
To: info@igovsol.com <info@igovsol.com>


To:      iGov Information (info@igovsol.com)
From:    Bob Trudeau (Micron Technology, Inc.)
Date:    Wednesday, July 11, 2018

I am currently evaluating potential Neo4j options other than a commercial license. The availability of a free, open-source version of Neo4j Enterprise from GraphStack is of obvious interest.

As an employee of Micron I need to ensure that I am operating with integrity and complying with all legal requirements in the procurement and use of software such as Neo4j.

What references and/or other information can GraphStack provide to assist me in confirming the legality of the GraphStack Neo4j Enterprise software?

Regards,

**Bob Trudeau**
Enterprise Architect
IT Enterprise Analytics & Data


**CONFIDENTIAL**                                                                          GFI000285

Micron Technology, Inc.
Office +1 (916) 458-3277
btrudeau@micron.com

**EXHIBIT 119**

**From:**       Keshav Nagpal (Keshav@gravityilabs.com)
**To:**         John Mark Suhy (jmsuhy@igovsol.com)
**CC:**         Lewis Lu (Lewis@gravityilabs.com)
**BCC:**
**Subject:**    RE: Neo4j Pricing
**Attachments:**
**Sent:**       12/05/2018 09:27:00 PM -0800 (PST)

---

Thanks for your response John,
I'm working with neo4j 3.4.9 Enterprise on my desktop
And we want to host this on Azure, But can we use this DB to support our commercial software without making it open source,

I found this on ONGDB Github repo

This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3.
source: https://github.com/GraphFoundation/ongdb

@Lewis Lu can you please take a look at this, and see if we can host this without any license issues.


From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Wednesday, December 5, 2018 7:09 PM
To: Keshav Nagpal <Keshav@gravityilabs.com>
Subject: Re: Neo4j Pricing

Hello Keshav,

Sure, I can give some guidance.  Just so you know ONgDB 3.5 will be out soon as well.

Neo4j removed the enterprise code from the 3.5 codebase, but the ONgDB team took the code before the move and has been working on updating the open enterprise module.

You may also want to look at GraphGrid (http://graphgrid.com)

What version are you currently working with?

On Tue, Dec 4, 2018, 10:50 PM Keshav Nagpal <Keshav@gravityilabs.com> wrote:

> Hi John,
>
> I read your article, it was very informative
> But recently Neo4j changed their licensing structure
>
> Neo4j Enterprise : Solely on Commercial license
> Neo4j Community: GPLv3
>
> We are building one module to be added to our product
> That module uses neo4j db, We'll be hosting everything on Azure
>
> Can you help us figure out how can we use Neo4j with BYOL model for the license of neo4j on azure.

IGOV0001573440.0001

thanks

IGOV0001573440.0002

**EXHIBIT 120**

| From: | Michael Smolyak |
|---|---|
| To: | Brad Nussbaum |
| Cc: | John Mark Suhy; Shahak Nagiel |
| Subject: | OngDB release schedule |
| Date: | Wednesday, January 22, 2020 1:10:56 PM |

Hello Brad,

I work with Shahak Nagiel who wrote to you earlier regarding the possibility of using OngDB instead of the enterprise edition of Neo4j.

I am currently leading the Graph Database team responsible for deploying an OngDB-based solution into production.

I saw that Neo4j version 4.0 was recently released and wanted to inquire into your foundation's plans to release the corresponding version of OngDB.

Is it in the plans? If so, what is the time frame for such a release?

Thank you,

Michael



**Michael Smolyak**
Principal Engineer
w (443) 545-3109 | c (443) 739-9200
michael.smolyak@nextcentury.com

2701 Technology Drive, Suite 100 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

GFI 30(b)(6)
Brad Nussbaum

**Ex 28**

10/16/2020   D Myers

**EXHIBIT 121**

# Unable to connect to Neo4J/ONgDB Browser when port forwarding

Asked 7 months ago    Active 7 months ago    Viewed 115 times



**0**



⭐

**1**

I am running the ONgDB container as per [their Docker run command](#).
I have tested this locally on my laptop and it worked before, I was able to navigate to the graph browser and log in.

Now I am running this Graph in a server.
I did port forwarding to my laptop successfully, and am able to see ONgDB Browser in my laptop.
However I am unable to log in, I get the error: `ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...`

I found [Neo4J article](#) on how to resolve it.
I entered the ONgDB container filesystem and opened the .conf file, but there was no line to uncomment.
I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it does not work as well.

How can I enable ONgDB Docker container for remote access?

`neo4j`

asked Feb 18 at 4:10

cryanbhu
**834**   7   15

## 1 Answer



**0**



I figured out the problem, in Neo4J/ONgDB browser, it fills the database host with `localhost` by default.
You just have to fill it in with the server's IP there and it works.

Also, you can connect using a desktop Neo4J/ONgDB browser to a remote graph, its just like a database (RDBMS) where you can connect to it from a client running locally.

answered Feb 18 at 5:05

cryanbhu
**834**   7   15

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019552

**EXHIBIT 122**

# ONgDB neo4j not starting up

Asked 1 month ago    Active 1 month ago    Viewed 16 times



Windows 10 OS. Can somebody help on this.

neo4j

asked Apr 29 at 8:26

user3300034
41  ● 1  ● 3

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.    ✕

N4J_019553

# EXHIBIT 123

# Gremlin-server not starting with ongdb

Asked 7 months ago    Viewed 92 times



0





I am trying to start the Gremlin server with ONgDB. I am using Gremlin Server (v3.4.0) and ONgDB (v3.2.3). Following the conf changes, I made

### neo4j-empty.properties

```
gremlin.graph=org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph
gremlin.neo4j.directory=/home/rgupta/Documents/Gremlin-db/neo4j.server1
gremlin.neo4j.conf.ha.server_id=1
gremlin.neo4j.conf.ha.initial_hosts=localhost:5001\,localhost:5002\,localhost:5003
gremlin.neo4j.conf.ha.host.coordination=localhost:5001
gremlin.neo4j.conf.ha.host.data=localhost:6001
```

### gremlin-server-neo4j.yaml

```
host: localhost
port: 8182
scriptEvaluationTimeout: 30000
channelizer: org.apache.tinkerpop.gremlin.server.channel.WebSocketChannelizer
graphs: {
  graph: conf/neo4j-empty.properties}
scriptEngines: {
  gremlin-groovy: {
    plugins: { org.apache.tinkerpop.gremlin.server.jsr223.GremlinServerGremlinPlugin:
{},
              org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin: {},
              org.apache.tinkerpop.gremlin.jsr223.ImportGremlinPlugin: {classImports:
[java.lang.Math], methodImports: [java.lang.Math#*]},
              org.apache.tinkerpop.gremlin.jsr223.ScriptFileGremlinPlugin: {files:
[scripts/empty-sample.groovy]}}}}
serializers:
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}
# application/vnd.gremlin-v3.0+gryo
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { serializeResultToString: true }}
# application/vnd.gremlin-v3.0+gryo-stringd
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphSONMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}          #
application/json
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphBinaryMessageSerializerV1
}
# application/vnd.graphbinary-v1.0
processors:
  - { className: org.apache.tinkerpop.gremlin.server.op.session.SessionOpProcessor,
config: { sessionTimeout: 28800000 }}
  - { className: org.apache.tinkerpop.gremlin.server.op.traversal.TraversalOpProcessor,
config: { cacheExpirationTime: 600000, cacheMaxSize: 1000 }}
metrics: {
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019544

```
      slf4jReporter: {enabled: true, interval: 180000}}
strictTransactionManagement: false
idleConnectionTimeout: 0
keepAliveInterval: 0
maxInitialLineLength: 4096
maxHeaderSize: 8192
maxChunkSize: 8192
maxContentLength: 65536
maxAccumulationBufferComponents: 1024
resultIterationBatchSize: 64
writeBufferLowWaterMark: 32768
writeBufferHighWaterMark: 65536
ssl: {
  enabled: false}
```

At the time of running the gremlin server, I get the following error:

```
[INFO] GremlinServer - 3.4.0
         \,,,/
         (o o)
-----oOOo-(3)-oOOo-----

[INFO] GremlinServer - Configuring Gremlin Server from conf/gremlin-server-neo4j.yaml
[INFO] MetricManager - Configured Metrics ConsoleReporter configured with report
interval=180000ms
[INFO] MetricManager - Configured Metrics CsvReporter configured with report
interval=180000ms to fileName=/tmp/gremlin-server-metrics.csv
[INFO] MetricManager - Configured Metrics JmxReporter configured with domain= and
agentId=
[INFO] MetricManager - Configured Metrics Slf4jReporter configured with
interval=180000ms and
loggerName=org.apache.tinkerpop.gremlin.server.Settings$Slf4jReporterMetrics
[WARN] DefaultGraphManager - Graph [graph] configured at [conf/neo4j-empty.properties]
could not be instantiated and will not be available in Gremlin Server.  GraphFactory
message: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
java.lang.RuntimeException: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
      at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:63)
      at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:104)
      at
org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.lambda$new$0(DefaultGraphMana

      at java.util.LinkedHashMap$LinkedEntrySet.forEach(LinkedHashMap.java:671)
      at org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.<init>
(DefaultGraphManager.java:55)
      at sun.reflect.NativeConstructorAccessorImpl.newInstance0(Native Method)
      at
sun.reflect.NativeConstructorAccessorImpl.newInstance(NativeConstructorAccessorImpl.java:6

      at
sun.reflect.DelegatingConstructorAccessorImpl.newInstance(DelegatingConstructorAccessorImp

      at java.lang.reflect.Constructor.newInstance(Constructor.java:423)
      at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our
Terms of Service.

N4J_019545

```
[INFO] ServerGremlinExecutor - Initialized Gremlin thread pool.  Threads in pool named
with pattern gremlin-*
Exception in thread "main" java.lang.IllegalStateException:
java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

        at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:108)
        at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:77)
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor$Builder.create(GremlinExecutor.

        at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
(ServerGremlinExecutor.java:128)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:122)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:86)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.main(GremlinServer.java:345)
Caused by: java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
        at java.net.URLClassLoader.findClass(URLClassLoader.java:381)
        at java.lang.ClassLoader.loadClass(ClassLoader.java:424)
        at sun.misc.Launcher$AppClassLoader.loadClass(Launcher.java:349)
        at java.lang.ClassLoader.loadClass(ClassLoader.java:357)
        at java.lang.Class.forName0(Native Method)
        at java.lang.Class.forName(Class.java:264)
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

        ... 7 more
[INFO] OpLoader - Adding the standard OpProcessor.
[INFO] OpLoader - Adding the session OpProcessor.
[INFO] OpLoader - Adding the traversal OpProcessor.
[INFO] GremlinServer - Shutting down OpProcessor[]
[INFO] GremlinServer - Shutting down OpProcessor[session]
[INFO] GremlinServer - Shutting down OpProcessor[traversal]
[INFO] GremlinServer - Shutting down thread pools.
Exception in thread "gremlin-server-shutdown" java.lang.NullPointerException
        at org.apache.tinkerpop.gremlin.server.GremlinServer.stop(GremlinServer.java:255)
        at
org.apache.tinkerpop.gremlin.server.GremlinServer.lambda$new$0(GremlinServer.java:103)
        at java.lang.Thread.run(Thread.java:748)
```

I also tried ONgdb (neo4j) with different gremlin server versions like v3.3.0 and v3.3.1

`python`  `neo4j`  `gremlin-server`

edited Feb 27 at 15:27      asked Feb 21 at 8:41

 Radostin Nanov      Ravindra Gupta

**132**   1   5      **368**   1   20

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019546

**EXHIBIT 124**

# Loading large cypher file in Neo4J

Asked 7 months ago    Active 7 months ago    Viewed 196 times



0





I'm having some difficulty loading a Cypher file into Neo4J in Windows 10. The file in question is a 175 Mb .cql file filled with more than a million lines of nodes and edges (separated by semicolons) in the Cypher language -- CREATE [node], that sort of thing. For smaller items, I have been using an APOC command in the web browser:

```
call apoc.cypher.runFile('file:///<file path>')
```

but this is too slow for a million+ query file. I've created indexes for the nodes, and am currently running it through a command:

```
neo4j-shell -file <file path> -path localhost
```

but this is still slow. I was wondering, is there any way to speed up the intake?

Also, note that I am using an recent ONGDB build, rather than straight Neo4J; I do not believe this will make any substantial difference.

`performance`  `neo4j`  `cypher`

edited Jan 16 at 20:14

asked Jan 16 at 19:45
tq343
45 • 8

## 2 Answers

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.  ✕

N4J_019550

2



If you are ingesting into a new neo4j DB, you should consider refactoring the data out of it and using the import command of neo4j-admin tool to efficiently ingest the data.

If you are ingesting into an existing DB, you should consider refactoring the data and logic out of the CQL file and using LOAD CSV.

answered Jan 16 at 20:50



cybersam
**45.3k** ● 5 ● 35 ● 58

---



1



I ended up ingesting it using cypher-shell. It's still slow, but at least it does finish. Using it requires one to first open a Neo4J console then, in a second command line, use:

```
type <filepath>\data.cql | bin\cypher-shell.bat -a localhost -u <user> -p <password> --
fail-at-end
```

This works for Windows 10, although it does take a while.

answered Jan 22 at 14:56



tq343
**45** ● 8

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.  ✕

# EXHIBIT 125



N4J_019982

collect query.log.
"query.log" is only activated on enterprise model on neo4j.

## Expected behavior

`logs/query.log` should be collecting the logs and changing of file size

## Actual behavior

`logs/query.log` file size always 0.

---



**bradnussbaum** commented on May 28, 2019    Contributor

@Sumin-Lim Thanks for reporting this. We're taking a look.

---

**jmsuhy** commented on May 28, 2019    Contributor

I will verify the issue also exists in 3.5.6-SNAPSHOT as well so we can pinpoint the issue and fix it.

---

**jmsuhy** commented on Sep 17, 2019    Contributor

I tested in 3.5.3, 3.5.4 and 3.5.9-SNAPSHOT and it works fine. I suspect you did not set query.threshold to zero to log all queries. See the instructions below.

dbms.logs.query.enabled=true
dbms.logs.query.threshold=0

https://neo4j.com/docs/operations-manual/current/monitoring/logging/query-logging/

---

🚫 👤 **jmsuhy** closed this on Sep 17, 2019

N4J_019983
2/2

# EXHIBIT 126

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**EXHIBIT 127**

**From:**      John Mark Suhy (jmsuhy@egovsol.com)
**To:**        Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:**        Manoharan Linkavan [Contractor] (Linkavan.Manoharan@irs.gov), Rosenmerkel Lisa S
               (Lisa.S.Rosenmerkel@irs.gov), Weng Guoqing [Contractor] (Guoqing.Weng@irs.gov)
**BCC:**
**Subject:**   Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb
**Attachments:**
**Sent:**      08/13/2018 12:13:46 PM -0700 (PST)

That sounds good.

Lisa,

I am confident that upgrading to ONgDB 3.4.x for the launch is the smart move for a number of reasons.

We actually prefer to support you on the newest 3.4.x ONgDB versions.

We have been testing the platform with the newest 3.4.x versions within for quite some time as well - switching between 3.3.x and 3.4.x distributions does not require any changes to the platform.

Also, it is trivial to flip between 3.3 and 3.4 versions in the future as well.

ONgDB open source licenses come directly from the Graph Foundation as well, not from Neo4j Inc, which is a huge benefit based on their past behavior.

The upgrade would be a low risk move in our opinion.

We can talk more if you wish this week anytime.

Thank you,

John Mark

On Mon, Aug 13, 2018 at 12:12 PM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Thanks John Mark. Making sure Lisa is looped in on this, and ask her if we're ok to go ahead and just use ONgDB from
> now on in the CKGE environment.  Let's just hold with 3.3.2 until we get clearance from Lisa.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
>
>
> **From:** John Mark Suhy [mailto:jmsuhy@egovsol.com]

**Sent:** Monday, August 13, 2018 11:58 AM
**To:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Rosenmerkel Lisa S
<Lisa.S.Rosenmerkel@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

I think we should use ONgDB 3.4.x for the launch.  It has a lot of performance enhancements over 3.3.x

We have been testing everything with the 3.3.x and 3.4.x versions , so we know the platform works great with both.

On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Hi John Mark,
>
> Would it be easier to go ahead and use ONgDB now in CKGE or wait and deploy CKGE with Neo4j 3.3.2 we have, and then later transition to ONgDB?
>
> We do not want to move to Neo4j 3.4.x AGPL.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics

--

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573217.0002

--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573217.0003

**EXHIBIT 128**

1
John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com

2
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com

3
HOPKINS & CARLEY
A Law Corporation

4
The Letitia Building
70 South First Street

5
San Jose, CA  95113-2406

6
*mailing address:*
P.O. Box 1469

7
San Jose, CA 95109-1469
Telephone:     (408) 286-9800

8
Facsimile:     (408) 998-4790

9
Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

10

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13
NEO4J, INC., a Delaware corporation, and
NEO4J SWEDEN AB, a Swedish

14
corporation,

15
Plaintiffs,

16
v.

17
GRAPH FOUNDATION, INC., an Ohio
corporation, GRAPHGRID, INC., an Ohio

18
corporation, and ATOMRAIN INC., a
Nevada corporation,

19

20
Defendants.

CASE NO.  5:19-cv-06226-EJD

**PLAINTIFF NEO4J, INC.'S REQUEST FOR
ADMISSION, SET ONE, TO DEFENDANT
GRAPH FOUNDATION, INC.**

21

22

23

24

25

26

27

28

842\3571081.3
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1    **PROPOUNDING PARTY:**  **NEO4J, INC.**

2    **RESPONDING PARTY:**   **GRAPH FOUNDATION, INC**

3    **DISCOVERY:**          **REQUEST FOR ADMISSIONS**

4    **SET NO.:**            **ONE**

5           Pursuant to Federal Rule of Civil Procedure 36, Plaintiff Neo4j, Inc. ("Plaintiff") hereby

6    serve their Request for Admissions, Set One, on Graph Foundation Inc. ("GFI" or "Responding

7    Party").  Plaintiff requests that Responding Party respond to the following Request for

8    Admissions, Set One, separately and fully in writing and serve their responses upon Plaintiff

9    within thirty (30) days after service of this Request for Admissions, Set One.  Such matters will

10   be deemed admitted unless a written response is timely served upon Plaintiff.  Further, Plaintiff

11   request that Responding Party answer the following Request for Admissions, Set One, under oath,

12   within the time requested above, based on all information presently available to Responding

13   Party.

14          Notice is hereby given to Responding Party that if they fail to admit the truth of any

15   matter requested, and the truth of that matter is later proven at trial, Plaintiff will move for an

16   order, pursuant to Federal Rule of Civil Procedure 37(c)(2), requiring Responding Party to

17   reimburse Plaintiff for their reasonable expenses in making that proof, including attorneys' fees

18   and all related costs and expenses.

19          The following Request for Admissions, Set One, are continuing in character and YOUR

20   responses are to be supplemented in accordance with Rule 26(e) of the Federal Rules of Civil

21   Procedure.  If after responding to these Request for Admissions, Set One, Responding Party

22   obtains or becomes aware of any further facts or knowledge that would change their responses to

23   these Request for Admissions, Set One, Responding Party is required to supplement their

24   responses as soon as possible.

25   / / /

26   / / /

27   / / /

28   / / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:**

Admit that Graph Foundation, Inc. (hereafter referred to as "GFI") does not have a license to use U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" (hereafter referred to as the "NEO4J® Mark").

**REQUEST FOR ADMISSION NO. 2:**

Admit that GFI owns the domain www.graphfoundation.org.

**REQUEST FOR ADMISSION NO. 3:**

Admit that GFI controls the website located at www.graphfoundation.org.

**REQUEST FOR ADMISSION NO. 4:**

Admit that GFI has used the phrase "ONgDB – Open Neo4j Enterprise – The Graph Foundation" on its website located at www.graphfoundation.org.

**REQUEST FOR ADMISSION NO. 5:**

Admit that **Exhibit A** attached hereto is a true and correct printout of the webpage located at https://www.graphfoundation.org/projects/ongdb/ as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of September 24, 2019.

**REQUEST FOR ADMISSION NO. 7:**

Admit that GFI used the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

**REQUEST FOR ADMISSION NO. 8:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

**REQUEST FOR ADMISSION NO. 9:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 was unlicensed.

/ / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3

- 3 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 10:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 did not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 11:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 infringed the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the statement "ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number" made in **Exhibit A** attached hereto is not 100% accurate.

**REQUEST FOR ADMISSION NO. 13:**

Admit that **Exhibit B** is a true and correct printout of Neo4j, Inc.'s Trademark Guidelines available on its website on September 26, 2019.

**REQUEST FOR ADMISSION NO. 14:**

Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as September 26, 2019.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** state they were last updated on April 3, 2019.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as April 3, 2019.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j, Inc.'s website on September 24, 2019.

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3
- 4 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 18:**

Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as September 24, 2019.

**REQUEST FOR ADMISSION NO. 19:**

Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were attached as an exhibit to Neo4j, Inc.'s Complaint filed on October 1, 2019.

**REQUEST FOR ADMISSION NO. 20:**

Admit that you have been aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as least as early as December 26, 2019 when you filed your answer to Neo4j, Inc.'s Complaint.

**REQUEST FOR ADMISSION NO. 21:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage attached hereto as **Exhibit A** violated Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 22:**

Admit that **Exhibit C** attached hereto is a true and correct printout of the webpage located at https://www.graphfoundation.org/projects/ongdb/ as it existed on June 10, 2020.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 24:**

Admit that GFI used the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 25:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 26:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 was unauthorized.

/ / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 27:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 did not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 28:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 infringed the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 29:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** have been in effect since Neo4j, Inc. filed this lawsuit against GFI on October 1, 2019 through the date of these requests.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j, Inc.'s website as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 31:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 violated Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 32:**

Admit that GFI's use of "neo4j enterprise" in all lower case on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 33:**

Admit that GFI's use of "neo4j enterprise" without proper trademark notice on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 34:**

Admit that GFI's use of "neo4j" in all lower case on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 35:**

Admit that GFI's use of "neo4j" without proper trademark notice on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 36:**

Admit that GFI's use of "Neo4j Enterprise" on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 37:**

Admit that GFI's use of "Neo4j Enterprise" without proper trademark notice on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 38:**

Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 39:**

Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source code repository violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 40:**

Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 41:**

Admit that GFI's use of "neo4j" in hyperlinks to documents on Neo4j, Inc.'s website does not constitute nominative fair use of the NEO4J® Mark.

/ / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3
- 7 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 42:**

Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source code repository does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 43:**

Admit that GFI's use of "neo4j" in hyperlinks to Neo4j Sweden AB's Github source code repository does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 44:**

Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 45:**

Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB does not constitute fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 46:**

Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 47:**

Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's website does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 48:**

Admit that GFI's use of "Neo4j Enterprise" on GFI's website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 49:**

Admit that GFI's use of "Neo4j Enterprise" without proper trademark notices does not constitute nominative fair use of the NEO4J® Mark.

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3                                    - 8 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 50:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from using the NEO4J® Mark in conjunction with modified open source software based on the Neo4j® graph database platform.

**REQUEST FOR ADMISSION NO. 51:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from using the NEO4J® Mark in conjunction with advertising its ONgDB software.

**REQUEST FOR ADMISSION NO. 52:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from calling ONgDB software "Neo4j Enterprise."

**REQUEST FOR ADMISSION NO. 53:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from describing ONgDB software as "Neo4j Enterprise."

**REQUEST FOR ADMISSION NO. 54:**

Admit that GFI used the NEO4J® Mark in **Exhibit C**.

**REQUEST FOR ADMISSION NO. 55:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 56:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 57:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 58:**

Admit that GFI's use of "neo4j enterprise project" in all lower case in **Exhibit C** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3                                    - 9 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 59:**

Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 60:**

Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 61:**

Admit that GFI's use of "neo4j enterprise" in all lower case in **Exhibit C** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 62:**

Admit that GFI's use of "neo4j enterprise" in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 63:**

Admit that GFI's use of "neo4j enterprise" in **Exhibit C** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 64:**

Admit that **Exhibit D** attached hereto is a true and correct printout of the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it existed on January 17, 2019.

**REQUEST FOR ADMISSION NO. 65:**

Admit that GFI used the NEO4J® Mark in **Exhibit D**.

**REQUEST FOR ADMISSION NO. 66:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated that "Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed sourced components not present in this repository."

**REQUEST FOR ADMISSION NO. 67:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated that "When packaged as a binary, Enterprise

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3

- 10 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates."

**REQUEST FOR ADMISSION NO. 68:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated "Neo4j: Graphs for Everyone."

**REQUEST FOR ADMISSION NO. 69:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com.

**REQUEST FOR ADMISSION NO. 70:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com did not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 71:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com was unlicensed.

**REQUEST FOR ADMISSION NO. 72:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in GFI's source code repository located at www.github.com infringed the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 73:**

Admit that **Exhibit E** attached hereto is a true and correct printout of the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it existed on September 25, 2019.

**REQUEST FOR ADMISSION NO. 74:**

Admit that GFI used the NEO4J® Mark in **Exhibit E**.

/ / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3

- 11 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 75**:

Admit that as of September 25, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone."

**REQUEST FOR ADMISSION NO. 76**:

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository located at www.github.com.

**REQUEST FOR ADMISSION NO. 77**:

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository located at www.github.com did not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 78**:

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com was unlicensed.

**REQUEST FOR ADMISSION NO. 79**:

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com infringed the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 80**:

Admit that prior to releasing ONgDB version 3.6, GFI did not use its own support documentation for ONgDB software.

**REQUEST FOR ADMISSION NO. 81**:

Admit that prior to releasing ONgDB version 3.6, GFI relied upon Neo4j, Inc.'s official documentation.

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 12 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 82:**

Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its website, www.graphfoundation.org, which redirected users to Neo4j, Inc.'s official documentation for Neo4j® software.

**REQUEST FOR ADMISSION NO. 83:**

Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its source code repository located at www.github.com, which redirected users to Neo4j, Inc.'s official documentation for Neo4j® software.

**REQUEST FOR ADMISSION NO. 84:**

Admit that as of September 24, 2019, GFI's README.asciidoc posted on GFI's ONgDB source code repository located at www.github.com contained a hyperlink, "Neo4j documentation," which redirected users to https://github.com/neo4j/neo4j-documentation.

**REQUEST FOR ADMISSION NO. 85:**

Admit that **Exhibit F** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.4.9 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 86:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.4.9 attached hereto as **Exhibit F**.

**REQUEST FOR ADMISSION NO. 87:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit F** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

**REQUEST FOR ADMISSION NO. 88:**

Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on GFI's webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3
- 13 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1    **REQUEST FOR ADMISSION NO. 89**:

2        Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

3   webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected users

4   to http://neo4j.com/docs/operations-manual/current/.

5    **REQUEST FOR ADMISSION NO. 90**:

6        Admit that **Exhibit G** attached hereto is a true and correct printout of GFI's webpage for

7   ONgDB version 3.4.11 as it existed on September 24, 2019.

8    **REQUEST FOR ADMISSION NO. 91**:

9        Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

10   3.4.11 attached hereto as **Exhibit G**.

11   **REQUEST FOR ADMISSION NO. 92**:

12        Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit G** redirected

13   users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

14   **REQUEST FOR ADMISSION NO. 93**:

15        Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here"

16   on GFI's webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that

17   redirected users to http://neo4j.com/docs/developer-manual/current/.

18   **REQUEST FOR ADMISSION NO. 94**:

19        Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

20   webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that redirected

21   users to http://neo4j.com/docs/operations-manual/current/.

22   **REQUEST FOR ADMISSION NO. 95**:

23        Admit that **Exhibit H** attached hereto is a true and correct printout of GFI's webpage for

24   ONgDB version 3.4.12 as it existed on September 24, 2019.

25   **REQUEST FOR ADMISSION NO. 96**:

26        Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

27   3.4.12 attached hereto as **Exhibit H**.

28   / / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3       - 14 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1   **REQUEST FOR ADMISSION NO. 97:**

2   Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit H** redirected

3   users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

4   **REQUEST FOR ADMISSION NO. 98:**

5   Admit that prior to September 25, 2019, GFI stated on its webpage for ONgDB version

6   3.4.12 "Look for 3.4 Developer manual here," which contained a hyperlink in the word "here"

7   that redirected users to http://neo4j.com/docs/developer-manual/current/.

8   **REQUEST FOR ADMISSION NO. 99:**

9   Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here"

10  on GFI's webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that

11  redirected users to http://neo4j.com/docs/developer-manual/current/.

12  **REQUEST FOR ADMISSION NO. 100:**

13  Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

14  webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that redirected

15  users to http://neo4j.com/docs/operations-manual/current/.

16  **REQUEST FOR ADMISSION NO. 101:**

17  Admit that **Exhibit I** attached hereto is a true and correct printout of GFI's webpage for

18  ONgDB version 3.5.1 as it existed on September 24, 2019.

19  **REQUEST FOR ADMISSION NO. 102:**

20  Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

21  3.5.1 attached hereto as **Exhibit I**.

22  **REQUEST FOR ADMISSION NO. 103:**

23  Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit I** redirected

24  users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

25  **REQUEST FOR ADMISSION NO. 104:**

26  Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here"

27  on GFI's webpage for ONgDB version 3.5.1 contained a hyperlink in the word "here" that

28  redirected users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3                                           - 15 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 105:**

Admit that **Exhibit J** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.5.3 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 106:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.5.3 attached hereto as **Exhibit J**.

**REQUEST FOR ADMISSION NO. 107:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit J** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

**REQUEST FOR ADMISSION NO. 108:**

Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on GFI's webpage for ONgDB version 3.5.3 contained a hyperlink in the word "here" that redirected users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 109:**

Admit that **Exhibit A** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.5.4 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 110:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit A** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

**REQUEST FOR ADMISSION NO. 111:**

Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on GFI's webpage for ONgDB version 3.5.4 contained a hyperlink in the word "here" that redirected users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 112:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s Developer Manuals for Neo4j® Software with ONgDB Software.

/ / /

/ / /

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 16 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 113:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s Operations Manuals for Neo4j® Software with ONgDB Software.

**REQUEST FOR ADMISSION NO. 114:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s change logs for Neo4j® Software.

**REQUEST FOR ADMISSION NO. 115:**

Admit that **Exhibit L** attached hereto is a true and correct printout of GFI's "ONgDB 3.4 Docs" webpage located at https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.4-Docs as it existed on August 12, 2020.

**REQUEST FOR ADMISSION NO. 116:**

Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase "Developer Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/developer-manual/3.4/.

**REQUEST FOR ADMISSION NO. 117:**

Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase "Operations Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/operations-manual/3.4/.

**REQUEST FOR ADMISSION NO. 118:**

Admit that **Exhibit M** attached hereto is a true and correct printout of GFI's "Docs" webpage located at https://github.com/graphfoundation/ongdb/wiki/Docs as it existed on June 10, 2020.

**REQUEST FOR ADMISSION NO. 119:**

Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase "ONgDB 3.5" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 120:**

Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase "ONgDB 3.4" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.4/.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3
- 17 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 121:**

Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.5" on the webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 122:**

Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.4" on the webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to https://neo4j.com/docs/operations-manual/3.4/.

**REQUEST FOR ADMISSION NO. 123:**

Admit that GFI never authored a developer manual for ONgDB version 3.4.9.

**REQUEST FOR ADMISSION NO. 124:**

Admit that GFI never authored a developer manual for ONgDB version 3.4.11.

**REQUEST FOR ADMISSION NO. 125:**

Admit that GFI never authored a developer manual for ONgDB version 3.4.12.

**REQUEST FOR ADMISSION NO. 126:**

Admit that GFI has never authored a developer manual for any of version of ONgDB prior to its release of ONgDB version 3.6.

**REQUEST FOR ADMISSION NO. 127:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s then-current Operations Manual for Neo4j® Software with ONgDB software.

**REQUEST FOR ADMISSION NO. 128:**

Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j Operations Manual v3.4" with ONgDB software.

**REQUEST FOR ADMISSION NO. 129:**

Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j Operations Manual v3.5" with ONgDB software.

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 18 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1  **REQUEST FOR ADMISSION NO. 130:**

2      Admit that GFI never authored an operations manual for ONgDB version 3.4.9.

3  **REQUEST FOR ADMISSION NO. 131:**

4      Admit that GFI never authored an operations manual for ONgDB version 3.4.11.

5  **REQUEST FOR ADMISSION NO. 132:**

6      Admit that GFI never authored an operations manual for ONgDB version 3.4.12.

7  **REQUEST FOR ADMISSION NO. 133:**

8      Admit that GFI never authored an operations manual for ONgDB version 3.5.1.

9  **REQUEST FOR ADMISSION NO. 134:**

10      Admit that GFI never authored an operations manual for ONgDB version 3.5.3.

11  **REQUEST FOR ADMISSION NO. 135:**

12      Admit that GFI never authored an operations manual for ONgDB version 3.5.4.

13  **REQUEST FOR ADMISSION NO. 136:**

14      Admit that GFI has never authored an operations manual for any of version of ONgDB

15  prior to GFI's release of ONgDB version 3.6.

16  **REQUEST FOR ADMISSION NO. 137:**

17      Admit that **Exhibit K** attached hereto is a true and correct printout of the webpage located

18  at https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/ as it existed on

19  September 24, 2019.

20  **REQUEST FOR ADMISSION NO. 138:**

21      Admit that GFI's used the NEO4J® Mark in **Exhibit K.**

22  **REQUEST FOR ADMISSION NO. 139:**

23      Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** violates Neo4j, Inc.'s

24  Trademark Guidelines attached hereto as **Exhibit B.**

25  **REQUEST FOR ADMISSION NO. 140:**

26      Admit that GFI's use of "neo4j" without a trademark registration symbol in **Exhibit K**

27  violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

28  / / /

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3571081.3                                          - 19 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 141:**

Admit that GFI's use of "Neo4j" without a trademark registration symbol in **Exhibit K** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 142:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 143:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 144:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 145:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 146:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 147:**

Admit that ONgDB stands for "ONgDB's Neo4j Graph DB."

**REQUEST FOR ADMISSION NO. 148:**

Admit that ONgDB means "ONgDB's Neo4j Graph DB."

**REQUEST FOR ADMISSION NO. 149:**

Admit that **Exhibit N** attached hereto is a true and correct of a March 17, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 150:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit N**.

/ / /

**REQUEST FOR ADMISSION NO. 151:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 152:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 153:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 154:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 155:**

Admit that GFI's use of #Neo4j in **Exhibit N** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 156:**

Admit that GFI's use of #Neo4j in **Exhibit N** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 157:**

Admit that **Exhibit O** attached hereto is a true and correct of a March 21, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 158:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit O**.

**REQUEST FOR ADMISSION NO. 159:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 160:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not reasonably necessary to promote the ONgDB product.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 21 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 161:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 162:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 163:**

Admit that GFI's use of #Neo4j in **Exhibit O** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 164:**

Admit that GFI's use of #Neo4j in **Exhibit O** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 165:**

Admit that **Exhibit P** attached hereto is a true and correct of a May 10, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 166:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit P**.

**REQUEST FOR ADMISSION NO. 167:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 168:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 169:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 170:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to identify ONgDB software.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3571081.3                                    - 22 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**REQUEST FOR ADMISSION NO. 171:**

Admit that GFI's use of #Neo4j in **Exhibit P** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 172:**

Admit that GFI's use of #Neo4j in **Exhibit P** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 173:**

Admit that **Exhibit Q** attached hereto is a true and correct of a November 27, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 174:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit Q**.

**REQUEST FOR ADMISSION NO. 175:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 176:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 177:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 178:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 179:**

Admit that GFI's use of #Neo4j in **Exhibit Q** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 180:**

Admit that GFI's use of #Neo4j in **Exhibit Q** infringes the NEO4J® Mark.

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 23 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1  **REQUEST FOR ADMISSION NO. 181:**

2  Admit that **Exhibit R** attached hereto is a true and correct of a January 18, 2020 tweet you

3  publicly posted on Twitter.

4  **REQUEST FOR ADMISSION NO. 182:**

5  Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit R**.

6  **REQUEST FOR ADMISSION NO. 183:**

7  Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not

8  reasonably necessary to identify the ONgDB product.

9  **REQUEST FOR ADMISSION NO. 184:**

10  Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not

11  reasonably necessary to promote the ONgDB product.

12  **REQUEST FOR ADMISSION NO. 185:**

13  Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to promote

14  ONgDB software.

15  **REQUEST FOR ADMISSION NO. 186:**

16  Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to

17  identify ONgDB software.

18  **REQUEST FOR ADMISSION NO. 187:**

19  Admit that **Exhibit S** attached hereto is a true and correct of a May 19, 2020 tweet you

20  publicly posted on Twitter.

21  **REQUEST FOR ADMISSION NO. 188:**

22  Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit S**.

23  **REQUEST FOR ADMISSION NO. 189:**

24  Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not

25  reasonably necessary to identify the ONgDB product.

26  / / /

27  / / /

28  / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 24 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1   **REQUEST FOR ADMISSION NO. 190:**

2   Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not

3   reasonably necessary to promote the ONgDB product.

4   **REQUEST FOR ADMISSION NO. 191:**

5   Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to promote

6   ONgDB software.

7   **REQUEST FOR ADMISSION NO. 192:**

8   Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to

9   identify ONgDB software.

10  **REQUEST FOR ADMISSION NO. 193:**

11  Admit that GFI's use of #Neo4j in **Exhibit S** does not amount to nominative fair use of

12  the NEO4J® Mark.

13  **REQUEST FOR ADMISSION NO. 194:**

14  Admit that GFI's use of #Neo4j in **Exhibit S** infringes the NEO4J® Mark.

15  **REQUEST FOR ADMISSION NO. 195:**

16  Admit that **Exhibit T** is a printout of Neo4j, Inc.'s Trademark Guidelines as they existed

17  on August 13, 2020.

18  **REQUEST FOR ADMISSION NO. 196:**

19  Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** have been in effect since

20  April 3, 2019.

21  **REQUEST FOR ADMISSION NO. 197:**

22  Admit that you are aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit T.**

23  **REQUEST FOR ADMISSION NO. 198:**

24  Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in

25  marketing ONgDB software.

26  / / /

27  / / /

28  / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3571081.3

- 25 -

PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

1    **REQUEST FOR ADMISSION NO. 199**:

2         Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in

3    advertising ONgDB software.

4    Dated:  August 14, 2020                    HOPKINS & CARLEY
                                                A Law Corporation
5

6                                              By: */s/ Jeffrey M. Ratinoff*
                                                   _____
7                                                  Jeffrey M. Ratinoff
                                                   Attorneys for Plaintiffs
8                                                  NEO4J, INC. and NEO4J SWEDEN AB

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3571081.3                              - 26 -
PLAINTIFF NEO4J INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION INC.
CASE NO. 5:19-CV-06226-EJD

**EXHIBIT A**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 1043 of 1198

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# Open Native Graph DB (ONgDB)

**The free and open source Neo4j Enterprise project**

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

## Licensing

ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number.

## Latest Release

ONgDB **3.5.8** is expected to be out shortly. We skipped a few versions to allow Neo4j to fix some bugs in previous versions.

## ONgDB 3.5.4

**10 May 2019:** Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub |

N4J-GFI_000092

```
docker run \

        --publish=7474:7474 --publish=7687:7687 \

        --volume=$HOME/neo4j/data:/data \

        graphfoundation/ongdb:3.5


Go to:  http://localhost:7474
```

## Recent Releases

- ONgDB 3.5.3

- ONgDB 3.5.1

- ONgDB 3.4.12

- ONgDB 3.4.11

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**

- **Open Native Graph DB (ONgDB)**

  - **ONgDB Releases**

    - **ONgDB 3.4.11**

    - **ONgDB 3.4.12**

    - **ONgDB 3.4.9**

    - **ONgDB 3.5.1**

    - **ONgDB 3.5.3**

    - **ONgDB 3.5.4**

N4J-GFI_000093

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search …

Search

# Support GF Today!

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000094

**EXHIBIT B**

Skip to content



Company ▾    Support    Contact Us    🔍

PRODUCTS    SOLUTIONS    CUSTOMERS    PARTNERS    RESOURCES

▾            ▾              ▾    DEVELOPERS    DOWNLOAD NEO4J

# Trademark Guidelines                              ▾

## Legal Notices

Terms
California Privacy Rights
Privacy Policy
Trademark Policy

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

9/26/2019
Case 5:18-cv-07182-EJD   Document 90-1   Filed 12/11/20   Page 1048 of 1198
Case 5:19-cv-06226   Document 1-1   Filed 10/01/19   Page 3 of 6

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

### Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™
   Neo Technology®



2. Our logos (the "Logos")



3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version

Case 5:18-cv-07182-EJD Document 90-1 Filed 12/11/20 Page 1049 of 1198
Case 5:19-cv-06226 Document 1-2 Filed 10/01/19 Page 4 of 5

of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

<u>Always use the Marks in their Exact Form and Distinguishable from Other Text</u>. Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

|            CORRECT            |           INCORRECT           |
| :---------------------------: | :---------------------------: |
|                               | NEO4J                         |
|                               | Neo-4j                        |
| Neo4j®                        | neo4j                         |
|                               | n4j                           |
|                               | Neo                           |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

|            CORRECT            |           INCORRECT           |
| :---------------------------: | :---------------------------: |

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph platform is widely used in many industries. | Neo4j® is widely used. |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | We use the Neo4j. |
| | I use Cypher. |
| I downloaded the Neo4j® database from [neo4j.com](neo4j.com). | I load data into and out of Neo4j. |
| Cypher® query language | |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

<u>Do Not Use Marks in the Plural Form.</u> Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

<u>Do Not Use Marks to Suggest Endorsement by Neo4j.</u>

| CORRECT | INCORRECT |
|---|---|
| | "Open Neo4j" |
| graph database software | XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

<u>Use of Logos</u>

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

<u>Mark Attribution and Notices</u>

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

<u>Possible Infringement</u>

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

9/26/2019
Case 5:18-cv-07182-EJD Document 90-3 Filed 12/11/20 Page 1051 of 1198
Case 5:19-cv-06226 Document 1-2 Filed 10/01/19 Page 1051 of 1198

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they as posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

- *PRODUCTS*
- *SOLUTIONS*
- *PARTNERS*

- *CUSTOMERS*
- *LEARN*
- *DEVELOPERS*

- *Why Graph Databases?*
- *Graph Databases vs RDBMS*
- *What's New in Neo4j*
- *Graphdatabases.com*

- *Company*
- *News*
- *Awards*
- *Careers*
- *Staff*

    

*© 2019 Neo4j, Inc.*
*Terms | Privacy | Sitemap*

*Neo4j®, Neo Technology® and Cypher®*
*are registered trademarks*
*of Neo4j, Inc.*

**Contact Us →**

*US: 1-855-636-4532*
*Sweden +46 171 480 113*
*UK: +44 20 3868 3223*
*France: +33 (0) 8 05 08 03 44*
*Germany: +49 (0)89 26204 6300*

*Contact Sales: 1.855.636.4532* *Email a graph expert*

**EXHIBIT C**

# The Graph Foundation

Open Graph Technology for Public Good

<div style="text-align:right">

[ **Menu** ]

</div>

# ONgDB (Open Native Graph DB)



🌐 Downloads | 10K+    ☿ Star | 121    🐾 Pull | 154K+

ONgDB is a fork of the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

### ONgDB 3.6.0.RC1

**2 May 2020: Release Notes | Source Code | Documentation**

| Mac/Linux | ongdb-enterprise-3.6.0.RC1-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Docker Image | ONgDB 3.6.0.RC1 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

Go to: http://localhost:7474

# Latest Stable Release

# ONgDB 3.5.17

**9 April 2020:** Release Notes | Source Code

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.17-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.17-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.17-windows.zip |
| Docker Image | ONgDB 3.5.17 Docker Hub<br><br>```docker run \<br>    --publish=7474:7474 --publish=7687:7687 \<br>    --volume=$HOME/ongdb/data:/data \<br>    graphfoundation/ongdb:3.5```<br><br>Go to: http://localhost:7474 |

# Previous Releases

- 3.5.16
- 3.5.15
- 3.5.14
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

# Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

# Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

# Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**

- **ONgDB (Open Native Graph DB)**

  - **ONgDB Releases**

- ○ **ONgDB 3.4.11**
- ○ **ONgDB 3.4.12**
- ○ **ONgDB 3.4.15**
- ○ **ONgDB 3.4.17**
- ○ **ONgDB 3.4.9**
- ○ **ONgDB 3.5.1**
- ○ **ONgDB 3.5.11**
- ○ **ONgDB 3.5.12**
- ○ **ONgDB 3.5.14**
- ○ **ONgDB 3.5.15**
- ○ **ONgDB 3.5.16**
- ○ **ONgDB 3.5.17**
- ○ **ONgDB 3.5.3**
- ○ **ONgDB 3.5.4**
- ○ **ONgDB 3.6.0.M1**
- ○ **ONgDB 3.6.0.M2**
- ○ **ONgDB 3.6.0.RC1**

**Support TGF**

- ○ **Donations**
- ○ **Sponsorship**
- ○ **Thanks**

**The Graph Foundation**

- ○ **Public Records**
  - ○ **Articles of Incorporation**
  - ○ **Code of Regulations**

# Site Search

Search …

**Search**

# Support GF Today!



Copyright © 2020 Graph Foundation, Inc.

**EXHIBIT D**



# Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

# Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3. |
| --- | --- |

# Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

## With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

## With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building Neo4j

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](Neo4j documentation).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

## Releases  293

 3.5.19  (Latest)

yesterday

+ 292 releases

---

## Contributors  182

        

+ 171 contributors

---

## Languages

● Java 81.4%   ● Scala 17.6%   ● PowerShell 0.3%   ● Gherkin 0.3%   ● Shell 0.2%   ● Roff 0.2%

**EXHIBIT E**

9/25/2019 GraphFoundation/ongdb: ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the…

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 1065 of 1198

🗐 **graphfoundation** / **ongdb**

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo.

https://www.graphfoundation.org/proje...

| ⊙ **61,025** commits | ⎇ **26** branches | ⬦ **278** releases | ⬚ **177** contributors | ⚖ AGPL-3.0 |
|---|---|---|---|---|

| Branch: 3.5 ▾ | New pull request | | Find File | Clone or download ▾ |
|---|---|---|---|---|

| 🗐 bradnussbaum Merge remote-tracking branch 'neo4j/3.5' into 3.5 | | Latest commit 4b160f7 9 hours ago |
|---|---|---|

| 📁 .github/ISSUE_TEMPLATE | Remove custom template. | 4 months ago |
|---|---|---|
| 📁 .mvn | Add the maven-profiler extension | 3 years ago |
| 📁 build-resources | 3.5.12 | 9 hours ago |
| 📁 build | Added build and intellij codestyle file for developers of ONgDB who u... | 9 months ago |
| 📁 community | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| 📁 enterprise | 3.5.12 | 9 hours ago |
| 📁 integrationtests | 3.5.12 | 9 hours ago |
| 📁 packaging | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| 📁 stresstests | 3.5.12 | 9 hours ago |
| 📁 tools | 3.5.12 | 9 hours ago |
| 🖹 .gitignore | Shade ASM to avoid conflicts in embedded deployments | 2 years ago |
| 🖹 .scalafmt.conf | initial scala auto-formatting of util module | 2 years ago |
| 🖹 CONTRIBUTING.md | Change some more http to https | 3 years ago |
| 🖹 LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate the fs... | 7 months ago |
| 🖹 README.asciidoc | Updated documentation to reference jdkman usage for building distribu... | last month |
| 🖹 pom.xml | 3.5.12 | 9 hours ago |

🖹 README.asciidoc

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website.

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

N4J-GFI_000297

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the [community/](#) directory) is GPLv3. The Enterprise edition ([enterprise/](#)) is licensed under the AGPLv3. |
|---|---|

## Dependencies

Neo4j is built using [Apache Maven](#) version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have [Homebrew](#) installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

[https://sdkman.io/](https://sdkman.io/)

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](#).

N4J-GFI_000298

9/25/2019 GitHub - graphfoundation/ongdb: ONgDB is a fork of the Neo4j® Graph DB – keep/continue the enterprise & community versions of ONgDB in sync with the…

Case 5:18-cv-07182-EJD Document 99-1 Filed 12/11/20 Page 1067 of 1198

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.
- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

N4J-GFI_000299

**EXHIBIT F**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.4.9

## RELEASE DATE: 14 OCTOBER 2018

ONgDB 3.4.9 is a maintenance release with an important security fix and some fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.9-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.9-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.9-windows.zip |
| Docker Image | ONgDB 3.4.9 Docker Hub |

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb-enterprise:3.4.9

Go to:  http://localhost:7474
```

## Security Update

*ONgdB 3.4.x LDAP Security Vulnerability when using StartTLS and System Account*

We have very recently discovered a bug that results in a security vulnerability in ONgDB 3.4 versions that use LDAP authentication with StartTLS and use a System Account for authentication. The issue was reported in GitHub issue 12047.

N4J-GFI_000066

We have fixed this issue in ONgDB 3.4.9, which we advise you to upgrade to as soon as possible.

*Scope*: This affects all ONgDB 3.4.x versions that use LDAP for authentication, and have configured to use StartTLS (dbms.security.ldap.use_starttls=true) and are using System Account (dbms.security.ldap.authorization.use_system_account=true). Note, that both of these settings are false by default, so only those who have explicitly set these are affected. Users of LDAPS are not affected. Earlier versions of ONgDB are also not affected.

*Workaround*: It's possible to work around the issue without upgrading the software. To do this, comment out the "use StartTLS" configuration parameter in the ONgDB.conf file on all ONgDB 3.4.x servers in your cluster and restart each instance for this to take effect. This can be done in a rolling fashion without downtime. Later, once you are able to upgrade to 3.4.9, upgrade to that version (in a rolling fashion if in a clustered environment), uncomment the configuration parameter to enable StartTLS, and restart the database.

## Other Fixes and Improvements

- Incremental online backup now leaves the resulting backed up store in a fully recovered state. This fixes problems with seeding a Causal Cluster with a store from an incremental online backup.
- Cypher fix for `ORDER BY + LIMIT 0` when using slotted runtime
- Browser now correctly handles `:queries` in clustered environments when not all members could be reached

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**

- **Open Native Graph DB (ONgDB)**

- **ONgDB Releases**
  - **ONgDB 3.4.11**
  - **ONgDB 3.4.12**
  - **ONgDB 3.4.9**
  - **ONgDB 3.5.1**
  - **ONgDB 3.5.3**
  - **ONgDB 3.5.4**

**Support TGF**
- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**
- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

## Site Search

Search …

**Search**

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000068

**EXHIBIT G**

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 1073 of 1198

# The Graph Foundation

Open Graph Technology for Public Good

<div>Menu</div>

# ONgDB 3.4.11

## RELEASE DATE: 17 DECEMBER 2018

ONgDB 3.4.11 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.11-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.11-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.11-windows.zip |
| Docker Image | ONgDB 3.4.11 Docker Hub<br><br>```docker run \<br>    --publish=7474:7474 --publish=7687:7687 \<br>    --volume=$HOME/neo4j/data:/data \<br>    graphfoundation/ongdb:3.4.11<br><br>Go to:  http://localhost:7474``` |

## Highlights

- Fix count query returning no rows on entity inconsistency
- Removes explicit ONgDB-admin import db existence check
- Fix VM pause monitor logging

## Detailed Changes and Docs

N4J-GFI_000069

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - **ONgDB 3.4.11**
    - **ONgDB 3.4.12**
    - **ONgDB 3.4.9**
    - **ONgDB 3.5.1**
    - **ONgDB 3.5.3**
    - **ONgDB 3.5.4**

**Support TGF**

- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**

- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

# Site Search

Search ...



Search

## Support GF Today!



Donate

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000071

**EXHIBIT H**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.4.12

## RELEASE DATE: 18 JANUARY 2019

ONgDB 3.4.12 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip |
| Docker Image | ONgDB 3.4.12 Docker Hub <br><br> ```docker run \     --publish=7474:7474 --publish=7687:7687 \     --volume=$HOME/neo4j/data:/data \     graphfoundation/ongdb:3.4.12   Go to:  http://localhost:7474``` |

## Highlights

- When a native memory allocation fails, ONgDB will now include helpful debugging information in all such cases, instead of just some of them.
- Close all index readers opened during lockingNodeUniqueIndexSeek

N4J-GFI_000075

- Fixes a race updating the label index, where e.g. a node CREATE followed by DELETE could be reordered into DELETE followed by CREATE, and vice versa.

- Obsfucate LDAP system password in debug log

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - Articles of Incorporation
  - Code of Regulations

N4J-GFI_000076



# Site Search

Search ...

**Search**

---

## Support GF Today!

**Donate**

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000077

**EXHIBIT I**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.1

## RELEASE DATE: 20 DECEMBER 2018

ONgDB 3.5.1 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.1-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.1-windows.zip |
| Docker Image | ONgDB 3.5.1 Docker Hub<br><br>```<br>docker run \<br>        --publish=7474:7474 --publish=7687:7687 \<br>        --volume=$HOME/neo4j/data:/data \<br>        graphfoundation/ongdb:3.5.1<br><br>Go to:  http://localhost:7474<br>``` |

## Highlights

- Update reported metrics types to correctly represent nature of reported event
- Removes explicit neo4j-admin import db existence check
- Fix public api: revive legacy iterators
- Fix VM pause monitor logging

- Fix an error that made the timestamp function case sensitive

- Fix issue with compiled runtime and count(), where transient entity inconsistencies would make some aggregating queries (e.g. MATCH (n:Artist) WHERE n.name = 'Madonna' RETURN count(n)) return fewer rows than expected

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

## P a g e s

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

    ○ **Heimdall**

    ○ **Open Native Graph DB (ONgDB)**

        ○ **ONgDB Releases**

            ○ **ONgDB 3.4.11**

            ○ **ONgDB 3.4.12**

            ○ **ONgDB 3.4.9**

            ○ **ONgDB 3.5.1**

            ○ **ONgDB 3.5.3**

            ○ **ONgDB 3.5.4**

**Support TGF**

    ○ **Donations**

    ○ **Sponsorship**

    ○ **Thanks**

**The Graph Foundation**

    ○ **Public Records**

        ○ **Articles of Incorporation**

        ○ **Code of Regulations**



## Site Search

Search ...

**Search**

---

## Support GF Today!

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000074

**EXHIBIT J**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 1085 of 1198

# The Graph Foundation

Open Graph Technology for Public Good

<div style="border:1px solid">Menu</div>

# ONgDB 3.5.3

## RELEASE DATE: 11 FEBRUARY 2019

ONgDB 3.5.3 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.5.3-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.3-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.3-windows.zip |
| Docker Image | ONgDB 3.5.3 Docker Hub |

Docker Image:

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5.3

Go to:  http://localhost:7474
```

## Highlights

- Fix bug in slotted NodeRightOuterHashJoin, which would lead to wrong results.
- Adds IndexReader#distinctValues() able to access all distinct values in an index with number of indexed entries for each value. Values are materialized if user requests it and the index supports materialization of actual values.
- Fix issue with PROFILE and EXPLAIN of queries with unusual variable names
- Delete spammy log line reported on LEADER on FOLLOWER failure

N4J-GFI_000086

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

**Support TGF**

- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**

- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

# Site Search

Search …



Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000088

**EXHIBIT K**

Case 5:18-cv-07182-EJD    Document 98-6    Filed 12/11/20    Page 1089 of 1198



# The Graph Foundation

Open Graph Technology for Public Good

**Menu**

## Neo4j is Open Core – Now What?

**31** JAN 2019        **1 COMMENT**

The word responsibility can be thought of in a simple way. If you have an *ability* what is your *response* to that ability? If there's a need and you're able to meet it, what is your response? Will you act and use your ability to improve the situation for the betterment of everyone? If keeping the best open source graph database on the market today fully open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization then keep reading through to the end. If you care but don't need to know all the details right now then skip down to the TL;DR.

We've been in the graph community for a while now (circa 2011) and we know a bit about the origins of the open source neo4j graph database. We've seen first-hand the powerful transformation that graph brings to organizations and its potential to enhance the way complex data is stored, processed and queried now and in the future. We know that the success of an open source database goes well beyond the commits made to the repository. Engineering is important, yes, and there is plenty of that needed when building a database, but it's not the only contributing factor to enabling a great open source database, especially in the emerging graph database space. There are many key roles including entrepreneurs to build supporting businesses and ecosystem products, early customer adopters, implementations that stress and push the technology to the edge, testing and reporting defects from usage, promotion, discussion and exposure at events, meetups and conferences, community support, training and skill building across the user base, a sharing of vision and community involvement and likely many more that we don't even see.

The open source neo4j graph database (hereafter the lowercase "neo4j") has thrived since 2011 because it has been fully open source. In the very early days it's difficult to get adoption of a new database technology, especially one that is closed source. Many organizations have open source initiatives, especially around databases, to avoid the lock-in and closed ecosystems that occur with relational databases from Oracle, SAP and Microsoft. The open stack initiative was born out the need to scale database technologies to achieve business solutions without facing unknown and often staggering licensing costs. The Open Source Initiative created momentum around the adoption of open source databases and neo4j has benefitted from this by being fully open source.

N4J-GFI_000078

Unfortunately neo4j has always had a split licensing personality. In the early days, Emil (founder and CEO of Neo Technology, Inc.) faced challenges in how to commercialize neo4j and figure out what features were enterprise vs. community. In the end, the line was drawn to designate clustering, backups, restore, monitoring, metrics, security, constraints, scalable database format for big graphs, and enhance cypher as *enterprise* features while the core kernel, cypher and server capabilities would be designated as *community*. With the separate designations for enterprise and community came separate licenses AGPLv3 and GPLv3 respectively. Why Emil chose these licenses stems from the beginning when neo4j was mostly used as an embedded database and the less permissible enterprise AGPLv3 license would have required some projects embedding neo4j enterprise to be open source or get a commercial license (in the early days we worked on some of these embedded cases).

When server mode emerged in 1.8 (2012) and folks stopped embedding neo4j, the AGPLv3 open source license allowed usage of the standalone server without a commercial license. The introduction of server mode was essential and if the license had changed at that time to restrict enterprise features (such as clustering in server mode), it would have greatly impacted the adoption of still very immature database. Instead, what followed was the start of Neo Technology's split licensing personality. On the one hand, if you visited the Github neo4j open source project you would see an AGPLv3 license that allowed enterprise usage and at the major Graph Connect conference Neo Technology would promote these enterprise features and the open source contribution of them. On the other hand, sales and marketing would create confusion among commercial users that neo4j enterprise needed a license to avoid open sourcing their project code (which was only true for embedded use cases of which there are only a handful still to date).

It was only recently that Neo4j, Inc. came into existence. Before that it was Neo Technology, Inc. and the commercial license was so appropriately called the Neo Technology Commercial License (NTCL). This meant community and enterprise could be used as-is without warranty under GPLv3 and AGPLv3 respectively or exclusively enterprise supported under the NTCL. Any neo4j users had the freedom to checkout neo4j community and enterprise source under one GitHub repository, compile and run all the tests, see the open development of the project, report issues and build distributions of both community and enterprise under GPLv3 and AGPLv3 respectively. This was good for community as it showed a vibrant ecosystem where everyone understood that core freedoms were being promoted and Neo Technology was able to commercialize enterprise under NTCL for enterprise customers that needed support.

At some point in neo4j's growth and adoption, around year 2015, neo4j became a clearly viable database – this wasn't the case from 2011-2015 when it suffered heavily from failed deployments as the result of scalability and reliability issues for many now common use cases. With neo4j becoming increasingly popular and more commercial licenses in hand, Neo Technology accelerated commercialization efforts around neo4j enterprise which included an increase in marketing rhetoric that focused on commercial customers needing a license (NTCL) to use enterprise. At the same time, Neo Technology continued to promote the open source nature and contributions of the company. This dual position led to confusion in the community and frustrations among commercial neo4j users but ultimately allowed Neo Technology to grow its commercial customer base while appealing to open source communities giving it all the benefits of riding the open source wave.

N4J-GFI_000079

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 1091 of 1198

It was between 2016-2018 that Neo Technology made the big changes. Unknown to the community they acquired trade marks on Neo4j and Cypher (both were commons usage until that point) and Neo Technology, Inc. changed its name to Neo4j, Inc. The build tooling that had allowed neo4j enterprise users to build enterprise distributions was removed from the open source repository. The enterprise license changed from AGPLv3 to AGPLv3 + Commons Clause and was applied to the then mainline 3.4 release and backported to patch releases for 3.2 and 3.3 to attempt a block at subsequent patch releases. And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules including tools and tests from open source and declare publicly that Neo4j, Inc. is now an Open Core organization leaving neo4j community alone as open source.

So why does it matter so much that the enterprise features were taken closed? Well for any like-minded architects out there with open source initiatives we know that a database we choose needs to be open source so we can see it, build it, know there is a community engaged around it and good commercial support so that our organization has the option to reduce risk and improve business continuity as desired. We also know that any viable database needs to be performant (enhanced cypher runtime), vertical and horizonal scale (clustering, sharding, query parallelization), operational and administration ease (backups, restore, monitoring, metrics, logging), security to lock it down and constraints to ensure integrity. All of these are core features for a modern database to be in a modern data architecture. It was the enterprise features and the fact they were open that enabled neo4j to enter the modern architecture. The reason we say modern architecture is because it's not just an enterprise architecture. Any more these days, any initiative worth undertaking requires a scalable architecture. Any product or platform worth building demands an underlying scalable foundation and very often an open source architecture in addition. The remaining community features do not meet these needs and while enterprise features can still be access through Neo4j, Inc. they are propriety and do not meet open initiative requirements.

Organizations that adopt a proprietary enterprise should be aware of the specialized data format in enterprise today. The database format for building large graphs (bigger than 34 billion nodes/relationships) was designated as an enterprise feature and is required when using enterprise. When users move from community to enterprise there is a data format migration performed that is irreversible. This means that all enterprise users today, after they upgrade to 3.5 will be using a proprietary data format that will forever have them locked-in. Based on Neo4j, Inc.'s trajectory, this may be intentional so they can continue to move closer to their vision of becoming the Oracle of graph databases as they think of it.

We see a bigger vision for graph unfolding where there is going to be a much bigger need for scalability, performance and compute in a distributed manner as graphs begin to play a central role in machine learning, artificial intelligence and the new age definitions of both as they will be continue to be redefined to move beyond the definitions from the 60's. The way we see it, clustering, sharding, parallel cypher and big graph performance will be essential in this coming age and cannot be proprietary, closed source enterprise features. Every organization has a vested interest in this future mission and it's essential that the handling of this critical component is done in the open for everyone.

N4J-GFI_000080

The only way for neo4j enterprise users and those community users needing enterprise features is to make a bold move to The Graph Foundation. We started Graph Foundation, Inc. (referred to as The Graph Foundation) in June 2018 when we noticed Neo4j's position beginning to change and the implications of this for the community and ecosystem. The Graph Foundation is a nonprofit with 501(c)(3) status and its goal is to take over neo4j enterprise development and continue forward under a model that closely resembles that of The Linux Foundation.

We see that one of the most important aspect about neo4j is that it's an open source native graph database. We call it native to separate from other graph layers built on RDBMS and NoSQL databases that use indexes or joins to form relationships while native graphs like neo4j store nodes and relationships as fast mapped pointers at a store level giving peak performance when traversing complex, densely connected data. In 2003, we were obsessed with learning about open source and the world that it had created. As a big users of Linux we learned of the efforts of the Free Software Foundation that gave us not only the freedoms we came to know and love but the tools to build and thrive without limitations. As a throwback to those early days and our beginnings on GNU (remember GNU's Not Unix), we decided on the name ONgDB (oh-n-gee-db) which stands for Open Native Graph DB but also ONgDB's Neo4j Graph DB. We just couldn't resist the double meaning and the shout out to those that have come before us in pioneering the Free Open Source Software movement.

In order to move ONgDB forward in a significant way, we're going to need a lot of help. If keeping the best graph database on the market today open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization, there are a few things you can do to be an activist in this mission and help the cause.

First, help spread the word and make every individual and organization aware of what's happening. Don't let the conversation end at a press release from Neo4j, Inc. This is bigger than that and Neo4j does not represent the collective voice of the graph community now or those that will need an open community and its solutions in the future. The fate of many is incorrectly in the hands of a few that do not seek interests in the best alignment for the future in store for us all.

Second, if you have the skill, ability or just sheer passion for learning and working with a foundation of inspiring individuals ready to teach and help you grow, this is one of the greatest technology initiative of your time to be part of in ushering in a change for the ages. We are going to take graph to the next level and you will be part of this historical movement.

Third, if you have open initiatives for data architecture at your organization then you need to cut your licenses from Neo4j, Inc. Don't invest monetarily in a proprietary future. If you need commercial support beyond the community, and many organizations will, The Graph Foundation has commercial sponsors working and contributing to the open source initiative and you should contact us for those commercial sponsors that will work with you to give you the support, liability and warranty you need to succeed. Many of the engineers working on ONgDB alongside foundation engineers are coming from commercial sponsors that are donating time and resource to move the mission forward. Sponsors such as GraphGrid,

N4J-GFI_000081

the top contributor to date have the most talented pool of engineers and commercial momentum to give enterprise customers the best choice for commercial support.

Lastly, The Graph Foundation does have operating costs and is being donated to heavily by sponsors like GraphGrid. In order for the foundation to move forward we need to have more capacity within the foundation to continue on development and road mapping. Our desire is to have many commercial entities influencing the future decisions of The Graph Foundation. The Graph Foundation is a 501(c)(3) which has nonprofit status from the IRS so any donations are tax deductible by any enterprise that makes a donation. Corporate sponsorship will help ensure The Graph Foundation thrives and has the backing to correctly move the broader graph vision forward in a way that serves those most invested in the future of graph.

We see the future ahead; it's connected and built on graph. We want to connect with you, right now to ensure that this future remains free and open to all. To this end we will not stop to until we have brought to fruition this vision which stands before us all. Will you join this mission?

TL;DR

Neo4j, Inc. made key performance, scalability and security features proprietary as of 3.5

We must protect the freedoms of neo4j enterprise users by keeping enterprise open source to ensure a vibrant future for everyone, not the few

Under current enterprise designations, the biggest gains in big graphs to power AI/ML/DeepGL, distributed/parallel Cypher and large clusters with sharding will be Neo4j Enterprise Edition features and require lock-in to a proprietary database

The Graph Foundation, a nonprofit 501(c)(3), is taking over enterprise open source development and with the help of sponsors and the community will push forward a vision of graph that will be for everyone

The Graph Foundation needs help! Consider sponsoring and getting commercial support from approved commercial sponsors to ensure enterprise development continues forward

 **Brad Nussbaum**

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

NEXT

## 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

N4J-GFI_000082

# 1 Comment

Pingback: 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

# Pages

N4J-GFI_000083

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

<div>Search …</div>

Search

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000085

**EXHIBIT L**



Sign up

graphfoundation / ongdb

Watch 17    Star 140    Fork 28

Code
Issues 2
Pull requests 1
Actions
Projects
Wiki
Security
Insights

# ONgDB 3.4 Docs

Brad Nussbaum edited this page Apr 9, 2020 · 3 revisions

Developer Manual

Operations Manual

Pages 15



- Website
- Wiki home
- Docs
- Changelog
- Get Involved

Clone this wiki locally

https://github.com/graphfoundation/ongdb.wiki.git

---

© 2020 GitHub, Inc.

Terms

Privacy

Security

Status

Help

Contact GitHub

Pricing

API

Training

Blog

About

**EXHIBIT M**



graphfoundation / ongdb

Sign up

Code    Issues ●    Pull requests ●    Projects ●    Actions    Wiki    Security    Pulse

# Docs

Brad Nussbaum edited this page Mar 26, 2020 · 3 revisions

The ONgDB documentation is divided into different documentation for
different editions and releases. You'll find relevant links to all of these resources
on this index page.

## Under development

- ONgDB 4.0
- ONgDB 3.6

## Latest release

- ONgDB 3.5

## Older releases

- ONgDB 3.4


Pages 15



- Website
- Wiki home
- Docs

- Changelog
- Get Involved

Clone this wiki locally

`https://github.com/graphfoundation/ongdb.wiki.git`

© 2020 GitHub, Inc.

Terms

Privacy

Security

Status

Help

Contact GitHub

Pricing

API

Training

Blog

About

# EXHIBIT N





**EXHIBIT O**

Case 5:18-cv-07182-EJD Document 78-Open Native Graph Database marches on with 1,000th download - The Gr... https://t.co/IQR5...

Tweet

The Graph Foundation
@GraphFoundation

#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more:



1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
🔗 graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets  **2** Likes

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

Relevant people

The Graph Foundation
@GraphFoundation          Follow
Open Graph Technology for Public Good

What's happening

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

#OnTheRecord 🔴
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,636 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ˅
© 2020 Twitter, Inc.

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

**EXHIBIT P**

Case 5:18-cv-07182-EJD Document 108-4 Filed 12/11/20 Page 1108 of 1198

← **Tweet**

New to Twitter?
Sign up now to get your own personalized timeline!
Sign up

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

5:25 AM · May 10, 2019 · Twitter Web Client

**3** Retweets   **3** Likes

💬            ⟳            ♡            ⬆

**Relevant people**

The Graph Foundation
@GraphFoundation                    Follow
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord** 🔴
Watch live at 7PM PT
📶 Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,636 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in    Sign up

**EXHIBIT Q**



**EXHIBIT R**

Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out:



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets  **2** Likes

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**   Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

#OnTheRecord 🔴
Watch live at 7PM PT
📷 Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
72.8K Tweets

MLB · LIVE
**Nationals at Mets**
Trending with: Tomas Nido and David Peterson

NFL · Trending
**Ertz**
1,630 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

 Log in    Sign up

**EXHIBIT S**

8/13/2020 The Graph Foundation on Twitter: "Latest #ONgDB apoc 3.5.0.8 procedure release is out. github.com/graphfoundatio... #Neo4j" / Twitter

Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 1114 of 1198





**EXHIBIT T**





# Trademark Guidelines

## Legal Notices

Terms

California Privacy Rights

Privacy Policy

Trademark Policy

Modern Slavery Statement

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name. This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j. This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j. In this Policy we

are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®

Neo4j® Bloom™

Neo4j® Desktop™

Neo Technology®

2. Our logos (the "Logos")





3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your

website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

Always use the Marks in their Exact Form and Distinguishable from Other Text.
Always use the Word Marks in a manner distinguished from surrounding text,

with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

| CORRECT | INCORRECT |
|---------|-----------|
| Neo4j® | NEO4J<br>Neo-4j<br>neo4j<br>n4j<br>Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph platform is widely used in many industries. | |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | Neo4j® is widely used.<br><br>We use the Neo4j. |
| I downloaded the Neo4j® database from neo4j.com. | I use Cypher.<br><br>I load data into and out of Neo4j. |
| Cypher® query language | |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---------|-----------|

| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

Do Not Use Marks in the Plural Form. Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
| --- | --- |
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

Do Not Use Marks to Suggest Endorsement by Neo4j.

| CORRECT | INCORRECT |
| --- | --- |
| graph database software | "Open Neo4j"<br><br>XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

Use of Logos

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

Mark Attribution and Notices

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

Possible Infringement

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they as posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

PRODUCTS

USE CASES

PARTNERS

CUSTOMERS

LEARN

DEVELOPERS

Why Graph
Databases?

Graph Databases
vs RDBMS

What's New in
Neo4j

Graphdatabases.com

Company

News

Awards

Careers

Staff

**CONTACT US →**

US: 1-855-636-4532

Sweden +46 171 480 113

UK: +44 20 3868 3223

France: +33 (0) 8 05 08 03 44

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
registered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532

Email a graph expert

# EXHIBIT 129

JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendant. | Case No. 5:19-cv-06226-EJD<br><br>**GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Judge:    Hon. Edward J. Davila<br>Crtrm.:   4, 5th Fl.<br><br>Complaint Filed: October 1, 2019 |

PROPOUNDING PARTY:        Plaintiff NEO4J, INC.

RESPONDING PARTY:         Defendant GRAPH FOUNDATION, INC.

SET NO.:                  One (1)

1    Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant GRAPH

2    FOUNDATION, INC. ("GFI") hereby supplements its response to Plaintiff NEO4J, INC.'s

3    ("Neo4J" or "Plaintiff") First Set of Requests for Admission as follows:

4                                **PRELIMINARY STATEMENT**

5    The following responses are made solely for the purpose of, and in relation to, this action.

6    Each response is provided subject to all appropriate objections (including, without limitation,

7    objections concerning competency, relevancy, materiality, propriety, and admissibility) that would

8    require the exclusion of any statement contained herein if the statement were made by a witness

9    present and testifying in court.  All such objections and grounds therefore are reserved and may be

10   interposed at the time of trial.

11   The following responses are based on the facts and information presently known and

12   available to GFI.  Discovery, investigation, research, and analysis are still ongoing in this case and

13   may disclose the existence of additional facts, add meaning to known facts, establish entirely new

14   factual conclusions or legal contentions, or possibly lead to additions, variations, or changes to

15   these responses.  Without being obligated to do so, GFI reserves the right to change or supplement

16   these responses as additional facts are discovered, revealed, recalled, or otherwise ascertained, and

17   as further analysis and research disclose additional facts, contentions or legal theories which may

18   apply.

19                                **GENERAL OBJECTIONS**

20   1.    GFI objects to the Requests in their entirety, and to each individual interrogatory

21   therein, to the extent that they purport to require GFI to provide information concerning persons or

22   entities other than GFI, on the grounds that the Requests, to that extent, are overbroad and seek

23   information that is neither relevant to the subject matter of this Action nor reasonably calculated to

24   lead to the discovery of admissible evidence, or if relevant, so remote therefrom as to make their

25   disclosure of little or no practical benefit to Neo4j, while placing an unwarranted and extreme

26   burden and expense on GFI in ascertaining, gathering and providing such information.

27   2.    GFI objects to the Requests in their entirety and to each individual interrogatory

28   therein, to the extent that they seek information that is not relevant and does not appear reasonably

1

1    calculated to lead to the discovery of admissible evidence.

2        3.      GFI objects to the Requests in their entirety and to each individual interrogatory

3    therein, to the extent that they purport to require GFI to provide information that is not within its

4    possession, custody, or control.

5        4.      GFI objects to the Requests in their entirety, and to each individual interrogatory

6    therein, to the extent they purport to require GFI to provide information that has already been

7    provided by parties in this Action, or that could be provided by parties to this Action, or non-

8    parties.

9        5.      GFI objects to the Requests in their entirety, and to each individual interrogatory

10   therein, to the extent they seek information prepared in anticipation of, or in connection with this

11   Action, or information protected from disclosure by the attorney-client privilege, the attorney

12   work-product doctrine, or any other applicable privilege against disclosure.

13       6.      GFI objects to "Instructions" contained in the Requests, to the extent that they are

14   inconsistent with and/or seek to impose obligations beyond those imposed by the Federal Rules of

15   Civil Procedure and the Local Civil Rules.

16                       **RESPONSES TO REQUESTS FOR ADMISSION**

17   **REQUEST FOR ADMISSION NO. 1:**

18       Admit that Graph Foundation, Inc. (hereafter referred to as "GFI") does not have a license

19   to use U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" (hereafter referred

20   to as the "NEO4J® Mark").

21   **RESPONSE:**

22       Admit.

23   **REQUEST FOR ADMISSION NO. 2:**

24       Admit that GFI owns the domain www.graphfoundation.org.

25   **RESPONSE:**

26       Admit.

27   **REQUEST FOR ADMISSION NO. 3:**

28       Admit that GFI controls the website located at www.graphfoundation.org.

2

1    **RESPONSE:**

2        Admit.

3    **REQUEST FOR ADMISSION NO. 4:**

4        Admit that GFI has used the phrase "ONgDB – Open Neo4j Enterprise – The Graph

5    Foundation" on its website located at www.graphfoundation.org.

6    **RESPONSE:**

7        Defendant admits that this phrase was used prior to GFI being made aware of the Neo4j

8    trademark.

9    **REQUEST FOR ADMISSION NO. 5:**

10       Admit that **Exhibit A** attached hereto is a true and correct printout of the webpage located

11   at https://www.graphfoundation.org/projects/ongdb/ as it existed on September 24, 2019.

12   **RESPONSE:**

13       Admit.

14   **REQUEST FOR ADMISSION NO. 6:**

15       Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was

16   titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of September 24, 2019.

17   **RESPONSE:**

18       Defendant objects to this Request on the ground that its use of the term "titled" renders it

19   vague, ambiguous, and unintelligible. Without waving this objection, Defendant admits that the

20   quoted language was present on the identified web page on that date which was used prior to GFI

21   being made aware of the Neo4j trademark.

22   **REQUEST FOR ADMISSION NO. 7:**

23       Admit that GFI used the NEO4J® Mark in the title of its webpage

24   https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

25   **RESPONSE:**

26       Defendant objects to this Request on the ground that its use of the term "used the

27   NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

28   objection, Defendant admits that the word "Neo4j" was present on the identified web page on that

3

1  date which was used prior to GFI being made aware of the Neo4j trademark.

2  **RESPONSE:**

3  Defendant objects to this Request on the ground that its use of the term "used the

4  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

5  objection, Defendant admits it used the word "Neo4j" on the identified web page on that date

6  which was used prior to GFI being made aware of the Neo4j trademark.

7  **REQUEST FOR ADMISSION NO. 8:**

8  Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

9  title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

10  **RESPONSE:**

11  Defendant objects to this Request on the ground that its use of the term "used the

12  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

13  objection, Defendant admits that it did not obtain authorization from Neo4j, Inc. to use the word

14  "Neo4j" on the identified web page on that date.

15  **REQUEST FOR ADMISSION NO. 9:**

16  Admit that GFI's use of the NEO4J® Mark in the title of its webpage

17  https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 was unlicensed.

18  **RESPONSE:**

19  Defendant objects to this Request on the ground that its use of the term "used the

20  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

21  objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the

22  word "Neo4j" on the identified web page on that date.

23  **SUPPLEMENTAL RESPONSE:**

24  Defendant objects to this Request on the ground that its use of the term "used the

25  NEO4J(r) Mark" in the title renders it vague, ambiguous, and unintelligible.  Without waving this

26  objection, Defendant admits that it was not granted a license by Neo4j, Inc. to use the word

27  "Neo4j" on the identified web page on that date.

28

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1    **REQUEST FOR ADMISSION NO. 10:**

2        Admit that GFI's use of the NEO4J® Mark in the title of its webpage

3    https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 did not constitute

4    nominative fair use of the NEO4J® Mark.

5    **RESPONSE:**

6        Defendant objects to this Request on the ground that its use of the term "used the

7    NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

8    objection, Defendant responds:  Denied.

9    **REQUEST FOR ADMISSION NO. 11:**

10        Admit that GFI's use of the NEO4J® Mark in the title of its webpage

11   https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 infringed the

12   NEO4J® Mark.

13   **RESPONSE:**

14        Defendant objects to this Request on the ground that its use of the term "used the

15   NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

16   objection, Defendant responds:  Denied.

17   **REQUEST FOR ADMISSION NO. 12:**

18        Admit that the statement "ONgDB distributions are licensed under AGPLv3 as a free and

19   open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same

20   version number" made in **Exhibit A** attached hereto is not 100% accurate.

21   **RESPONSE:**

22        Defendant objects to this request on the grounds that its use of the term 100% accurate is

23   vague, ambiguous, and unintelligible in connection with the quoted language and on that basis

24   denies the request.

25   **SUPPLEMENTAL RESPONSE:**

26        Defendant objects to this request on the grounds that its use of the term 100% accurate is

27   vague, ambiguous, and unintelligible in connection with the quoted language.  Defendant further

28   objects to the request on the ground that it is vague as to time.  Without waiving these objections,

5

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1 and subject to it, Defendant responds:  Denied.

2 **REQUEST FOR ADMISSION NO. 13:**

3 Admit that **Exhibit B** is a true and correct printout of Neo4j, Inc.'s Trademark Guidelines

4 available on its website on September 26, 2019.

5 **RESPONSE:**

6 Defendant is without sufficient information to admit or deny this request and, on that basis,

7 denies the request.

8 **SUPPLEMENTAL RESPONSE:**

9 Defendant admits that it became aware when it was served with the Complaint in this

10 action that Neo4J, Inc. claimed that it had Trademark Guidelines in the form attached to the

11 Complaint and that Neo4J, Inc. had posted purported Trademark Guidelines on its website.

12 Defendant is without sufficient information to admit or deny the remainder of the request and, on

13 that basis, denies the request.

14 **REQUEST FOR ADMISSION NO. 14:**

15 Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as

16 September 26, 2019.

17 **RESPONSE:**

18 Denied.

19 **REQUEST FOR ADMISSION NO. 15:**

20 Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** state they were last

21 updated on April 3, 2019.

22 **RESPONSE:**

23 Defendant admits that the document attached as Exhibit B contains a statement to that

24 effect.  Defendant is without sufficient information to admit or deny the remainder of this request

25 and, on that basis, denies the request.

26 **REQUEST FOR ADMISSION NO. 16:**

27 Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as

28 April 3, 2019.

1  **RESPONSE:**

2      Denied.

3  **REQUEST FOR ADMISSION NO. 17:**

4      Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j,

5  Inc.'s website on September 24, 2019.

6  **RESPONSE:**

7      Defendant is without sufficient information to admit or deny this request and, on that basis,

8  denies the request.

9  **REQUEST FOR ADMISSION NO. 18:**

10      Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as

11  September 24, 2019.

12  **RESPONSE:**

13      Denied.

14  **REQUEST FOR ADMISSION NO. 19:**

15      Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were attached as an exhibit to

16  Neo4j, Inc.'s Complaint filed on October 1, 2019.

17  **RESPONSE:**

18      Defendant admits that a document appearing to be the same as Exhibit B was attached to

19  the Complaint.  Defendant is without sufficient information to admit or deny the remainder of this

20  request and, on that basis, denies the request.

21  **REQUEST FOR ADMISSION NO. 20:**

22      Admit that you have been aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as

23  least as early as December 26, 2019 when you filed your answer to Neo4j, Inc.'s Complaint.

24  **RESPONSE:**

25      Defendant objects to this request on the ground that its use of the term "been aware" is

26  vague, ambiguous, and unintelligible.  Defendant admits that a document appearing to be the same

27  as Exhibit B was attached to the Complaint.  Defendant is without sufficient information to admit

28  or deny the remainder of this request and, on that basis, denies the request.

7

**SUPPLEMENTAL RESPONSE:**

Defendant admits that it became aware when it was served with the Complaint in this action that Neo4J, Inc. claimed that it had Trademark Guidelines in the form attached to the Complaint and that Neo4J, Inc. had posted purported Trademark Guidelines on its website. Defendant is without sufficient information to admit or deny the remainder of the request and, on that basis, denies the request.

**REQUEST FOR ADMISSION NO. 21:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage attached hereto as **Exhibit A** violated Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and, on that basis, denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that it used the word "Neo4j" on the identified website.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 22:**

Admit that **Exhibit C** attached hereto is a true and correct printout of the webpage located at https://www.graphfoundation.org/projects/ongdb/ as it existed on June 10, 2020.

**RESPONSE:**

Admit.

8

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **REQUEST FOR ADMISSION NO. 23:**

2       Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was

3  titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of June 10, 2020.

4  **RESPONSE:**

5       Defendant objects to this request on the ground that its use of the term "titled" is vague,

6  ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant admits

7  that the words identified appeared on the webpage at that time.

8  **REQUEST FOR ADMISSION NO. 24:**

9       Admit that GFI used the NEO4J® Mark in the title of its webpage

10  https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

11  **RESPONSE:**

12       Defendant objects to this request on the ground that its use of the term "title" is vague,

13  ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits

14  that "Neo4j" appeared on the webpage at that time.

15  **RESPONSE:**

16       Defendant objects to this request on the ground that its use of the term "title" is vague,

17  ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits

18  that it used the word "Neo4j" on the webpage at that time.

19  **REQUEST FOR ADMISSION NO. 25:**

20       Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

21  title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

22  **RESPONSE:**

23       Defendant objects to this Request on the ground that its use of the term "used the

24  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

25  objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the

26  word "Neo4j" on the identified web page on that date.

27

28

1  **SUPPLEMENTAL RESPONSE:**

2     Defendant objects to this Request on the ground that its use of the term "used the

3  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

4  objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

5  "Neo4j" on the identified web page on that date.

6  **REQUEST FOR ADMISSION NO. 26:**

7     Admit that GFI's use of the NEO4J® Mark in the title of its webpage

8  https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 was unauthorized.

9  **RESPONSE:**

10    Defendant objects to this Request on the ground that its use of the term "used the

11 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

12 objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the

13 word "Neo4j" on the identified web page on that date.

14 **SUPPLEMENTAL RESPONSE:**

15    Defendant objects to this Request on the ground that its use of the term "used the

16 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

17 objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

18 "Neo4j" on the identified web page on that date.

19 **REQUEST FOR ADMISSION NO. 27:**

20    Admit that GFI's use of the NEO4J® Mark in the title of its webpage

21 https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 did not constitute

22 nominative fair use of the NEO4J® Mark.

23 **RESPONSE:**

24    Defendant objects to this Request on the ground that its use of the term "used the

25 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

26 objection, Defendant responds:  Denied.

27

28

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

**REQUEST FOR ADMISSION NO. 28:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 infringed the NEO4J® Mark.

**RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "used the NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this objection, Defendant responds:  Denied.

**REQUEST FOR ADMISSION NO. 29:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** have been in effect since Neo4j, Inc. filed this lawsuit against GFI on October 1, 2019 through the date of these requests.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "in effect" is vague, ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant responds that it is without sufficient information to admit or deny this request and, on that basis, denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant admits that it became aware when it was served with the Complaint in this action that Neo4J, Inc. claimed that it had Trademark Guidelines in the form attached to the Complaint and that Neo4J, Inc. had posted purported Trademark Guidelines on its website. Defendant is without sufficient information to admit or deny the remainder of the request and, on that basis, denies the request.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j, Inc.'s website as of June 10, 2020.

**RESPONSE:**

Defendant is without sufficient information to admit or deny this request and, on that basis, denies the request.

**REQUEST FOR ADMISSION NO. 31:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 violated Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and, on that basis, denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that it used the word "Neo4j" on the identified website.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 32:**

Admit that GFI's use of "neo4j enterprise" in all lower case on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1   **SUPPLEMENTAL RESPONSE:**

2        Defendant objects to this request on the ground that it seeks information that is irrelevant

3   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4   objects to this request on the ground that it requires the interpretation of a document and seeks a

5   legal conclusion or interpretation of that document.  Without waiving these objections, and subject

6   to them, Defendant admits that it used the phrase "neo4j enterprise" on the identified website.  The

7   remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis,

8   Defendant denies the remainder of the request.

9   **REQUEST FOR ADMISSION NO. 33:**

10       Admit that GFI's use of "neo4j enterprise" without proper trademark notice on its website,

11  www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

12  **Exhibit B.**

13  **RESPONSE:**

14       Defendant objects to this request on the ground that it seeks information that is irrelevant

15  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

16  objects to this request on the ground that it requires the interpretation of a document and seeks a

17  legal conclusion or interpretation of that document and on that basis denies the request.

18  **SUPPLEMENTAL RESPONSE:**

19       Defendant objects to this request on the ground that it seeks information that is irrelevant

20  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

21  objects to this request on the ground that it requires the interpretation of a document and seeks a

22  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

23  to them, Defendant admits that it used the phrase "neo4j enterprise" on the identified website.  The

24  remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis,

25  Defendant denies the remainder of the request.

26  **REQUEST FOR ADMISSION NO. 34:**

27       Admit that GFI's use of "neo4j" in all lower case on its website,

28  www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

13

1   **Exhibit B.**

2   **RESPONSE:**

3          Defendant objects to this request on the ground that it seeks information that is irrelevant

4   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

5   objects to this request on the ground that it requires the interpretation of a document and seeks a

6   legal conclusion or interpretation of that document and on that basis denies the request.

7   **SUPPLEMENTAL RESPONSE:**

8          Defendant objects to this request on the ground that it seeks information that is irrelevant

9   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

10  objects to this request on the ground that it requires the interpretation of a document and seeks a

11  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

12  to them, Defendant admits that it used the word "neo4j" on the identified website.  The remainder

13  of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant

14  denies the remainder of the request.

15  **REQUEST FOR ADMISSION NO. 35:**

16         Admit that GFI's use of "neo4j" without proper trademark notice on its website,

17  www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

18  **Exhibit B.**

19  **RESPONSE:**

20         Defendant objects to this request on the ground that it seeks information that is irrelevant

21  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

22  objects to this request on the ground that it requires the interpretation of a document and seeks a

23  legal conclusion or interpretation of that document and on that basis denies the request.

24  **SUPPLEMENTAL RESPONSE:**

25         Defendant objects to this request on the ground that it seeks information that is irrelevant

26  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

27  objects to this request on the ground that it requires the interpretation of a document and seeks a

28  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

14

1  to them, Defendant admits that it used the word "neo4j" on the identified website.  The remainder

2  of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant

3  denies the remainder of the request.

4  **REQUEST FOR ADMISSION NO. 36:**

5      Admit that GFI's use of "Neo4j Enterprise" on its website, www.graphfoundation.org,

6  violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

7  **RESPONSE:**

8      Defendant objects to this request on the ground that it seeks information that is irrelevant

9  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

10  objects to this request on the ground that it requires the interpretation of a document and seeks a

11  legal conclusion or interpretation of that document and on that basis denies the request.

12  **SUPPLEMENTAL RESPONSE:**

13      Defendant objects to this request on the ground that it seeks information that is irrelevant

14  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

15  objects to this request on the ground that it requires the interpretation of a document and seeks a

16  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

17  to them, Defendant admits that it used the phrase "Neo4j Enterprise" on the identified website.

18  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that

19  basis, Defendant denies the remainder of the request.

20  **REQUEST FOR ADMISSION NO. 37:**

21      Admit that GFI's use of "Neo4j Enterprise" without proper trademark notice on its

22  website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto

23  as **Exhibit B.**

24  **RESPONSE:**

25      Defendant objects to this request on the ground that it seeks information that is irrelevant

26  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

27  objects to this request on the ground that it requires the interpretation of a document and seeks a

28  legal conclusion or interpretation of that document and on that basis denies the request.

15

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that it used the phrase "Neo4j Enterprise" on the identified website. The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 38:**

Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that has used hyperlinks to Neo4j, Inc.'s website on its GitHub repository.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 39:**

Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source code repository violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

1  **RESPONSE:**

2        Defendant objects to this request on the ground that it seeks information that is irrelevant

3  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4  objects to this request on the ground that it requires the interpretation of a document and seeks a

5  legal conclusion or interpretation of that document and on that basis denies the request.

6  **SUPPLEMENTAL RESPONSE:**

7        Defendant objects to this request on the ground that it seeks information that is irrelevant

8  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9  objects to this request on the ground that it requires the interpretation of a document and seeks a

10 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11 to them, Defendant admits that it used hyperlinks to Neo4j Sweden AB's Github repository on

12 Defendant's Github repository.  The remainder of the request seeks a legal conclusion or

13 interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

14 **REQUEST FOR ADMISSION NO. 40:**

15       Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website does not

16 constitute nominative fair use of the NEO4J® Mark.

17 **RESPONSE:**

18       Denied.

19 **REQUEST FOR ADMISSION NO. 41:**

20       Admit that GFI's use of "neo4j" in hyperlinks to documents on Neo4j, Inc.'s website does

21 not constitute nominative fair use of the NEO4J® Mark.

22 **RESPONSE:**

23       Denied.

24 **REQUEST FOR ADMISSION NO. 42:**

25       Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source

26 code repository does not constitute nominative fair use of the NEO4J® Mark.

27 **RESPONSE:**

28       Denied.

1    **REQUEST FOR ADMISSION NO. 43:**

2         Admit that GFI's use of "neo4j" in hyperlinks to Neo4j Sweden AB's Github source code

3    repository does not constitute nominative fair use of the NEO4J® Mark.

4    **RESPONSE:**

5         Denied.

6    **REQUEST FOR ADMISSION NO. 44:**

7         Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB violates Neo4j, Inc.'s

8    Trademark Guidelines attached hereto as **Exhibit B.**

9    **RESPONSE:**

10         Defendant objects to this request on the ground that it seeks information that is irrelevant

11   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

12   objects to this request on the ground that it requires the interpretation of a document and seeks a

13   legal conclusion or interpretation of that document and on that basis denies the request.

14   **SUPPLEMENTAL RESPONSE:**

15         Defendant objects to this request on the ground that it seeks information that is irrelevant

16   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

17   objects to this request on the ground that it requires the interpretation of a document and seeks a

18   legal conclusion or interpretation of that document.  Without waiving these objections, and subject

19   to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

20   description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal

21   conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the

22   request.

23   **REQUEST FOR ADMISSION NO. 45:**

24         Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB does not constitute fair

25   use of the NEO4J® Mark.

26   **RESPONSE:**

27         Denied.

28

1  **REQUEST FOR ADMISSION NO. 46:**

2       Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's

3  website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached

4  hereto as **Exhibit B**.

5  **RESPONSE:**

6       Defendant objects to this request on the ground that it seeks information that is irrelevant

7  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

8  objects to this request on the ground that it requires the interpretation of a document and seeks a

9  legal conclusion or interpretation of that document and on that basis denies the request.

10  **REQUEST FOR ADMISSION NO. 47:**

11       Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's

12  website does not constitute nominative fair use of the NEO4J® Mark.

13  **RESPONSE:**

14       Denied.

15  **REQUEST FOR ADMISSION NO. 48:**

16       Admit that GFI's use of "Neo4j Enterprise" on GFI's website without proper trademark

17  notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

18  **RESPONSE:**

19       Defendant objects to this request on the ground that it seeks information that is irrelevant

20  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

21  objects to this request on the ground that it requires the interpretation of a document and seeks a

22  legal conclusion or interpretation of that document and on that basis denies the request.

23  **SUPPLEMENTAL RESPONSE:**

24       Defendant objects to this request on the ground that it seeks information that is irrelevant

25  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

26  objects to this request on the ground that it requires the interpretation of a document and seeks a

27  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

28  to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

19

description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 49:**

Admit that GFI's use of "Neo4j Enterprise" without proper trademark notices does not constitute nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 50:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from using the NEO4J® Mark in conjunction with modified open source software based on the Neo4j® graph database platform.

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**REQUEST FOR ADMISSION NO. 51:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from using the NEO4J® Mark in conjunction with advertising its ONgDB software.

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

20

objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that it used the word "Neo4j" in connection with its description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 52:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from calling ONgDB software "Neo4j Enterprise."

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 53:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from describing ONgDB software as "Neo4j Enterprise."

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

21

1  objects to this request on the ground that it requires the interpretation of a document and seeks a

2  legal conclusion or interpretation of that document and on that basis denies the request.

3  **SUPPLEMENTAL RESPONSE:**

4      Defendant objects to this request on the ground that it seeks information that is irrelevant

5  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

6  objects to this request on the ground that it requires the interpretation of a document and seeks a

7  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

8  to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

9  description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal

10 conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the

11 request.

12 **REQUEST FOR ADMISSION NO. 54:**

13     Admit that GFI used the NEO4J® Mark in **Exhibit C**.

14 **RESPONSE:**

15     Defendant admits that Exhibit C is a true copy of the

16 https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that "Neo4j"

17 appears on the webpage.  Defendant objects to the request on the ground that its use of the term

18 "used" renders it vague, ambiguous, and unintelligible and, on that basis, Defendant denies the

19 remainder of the request.

20 **RESPONSE:**

21     Defendant objects to this request on the ground that its use of the term "used the NEO4J(r)

22 Mark" is vague, ambiguous, and unintelligible.  Defendant admits that Exhibit C is a true copy of

23 the https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

24 word "Neo4j" on the webpage.

25 **REQUEST FOR ADMISSION NO. 55:**

26     Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** violates Neo4j, Inc.'s

27 Trademark Guidelines attached hereto as **Exhibit B.**

28

1 **RESPONSE:**

2      Defendant objects to this request on the ground that it seeks information that is irrelevant

3 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4 objects to this request on the ground that it requires the interpretation of a document and seeks a

5 legal conclusion or interpretation of that document and on that basis denies the request.

6 **SUPPLEMENTAL RESPONSE:**

7      Defendant objects to this request on the ground that it seeks information that is irrelevant

8 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9 objects to this request on the ground that it requires the interpretation of a document and seeks a

10 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11 to them, Defendant admits that Exhibit C is a true copy of the

12 https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

13 word "neo4j" on the identified webpage.  The remainder of the request seeks a legal conclusion or

14 interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

15 **REQUEST FOR ADMISSION NO. 56:**

16      Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** does not constitute

17 nominative fair use of the NEO4J® Mark.

18 **RESPONSE:**

19      Denied.

20 **REQUEST FOR ADMISSION NO. 57:**

21      Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** infringes the NEO4J®

22 Mark.

23 **RESPONSE:**

24      Denied.

25 **REQUEST FOR ADMISSION NO. 58:**

26      Admit that GFI's use of "neo4j enterprise project" in all lower case in **Exhibit C** violates

27 Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

28

1  **RESPONSE:**

2      Defendant objects to this request on the ground that it seeks information that is irrelevant

3  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4  objects to this request on the ground that it requires the interpretation of a document and seeks a

5  legal conclusion or interpretation of that document and on that basis denies the request.

6  **SUPPLEMENTAL RESPONSE:**

7      Defendant objects to this request on the ground that it seeks information that is irrelevant

8  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9  objects to this request on the ground that it requires the interpretation of a document and seeks a

10  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11  to them, Defendant admits that Exhibit C is a true copy of the

12  https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

13  phrase "neo4j enterprise project" on the identified webpage.  The remainder of the request seeks a

14  legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder

15  of the request.

16  **REQUEST FOR ADMISSION NO. 59:**

17      Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** does not constitute

18  nominative fair use of the NEO4J® Mark.

19  **RESPONSE:**

20      Denied.

21  **REQUEST FOR ADMISSION NO. 60:**

22      Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** infringes the NEO4J®

23  Mark.

24  **RESPONSE:**

25      Denied.

26  **REQUEST FOR ADMISSION NO. 61:**

27      Admit that GFI's use of "neo4j enterprise" in all lower case in **Exhibit C** violates Neo4j,

28  Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

24

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document.  Without waiving these objections, and subject to them, Defendant admits that Exhibit C is a true copy of the https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the phrase "neo4j enterprise project" on the identified webpage.  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

**REQUEST FOR ADMISSION NO. 62:**

Admit that GFI's use of "neo4j enterprise" in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 63:**

Admit that GFI's use of "neo4j enterprise" in **Exhibit C** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 64:**

Admit that **Exhibit D** attached hereto is a true and correct printout of the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it existed on January 17, 2019.

1  **RESPONSE**:

2       Defendant admits that Exhibit D is a printout of the README.asciidoc from Defendant's

3  repository on GitHub. Defendant denies that Exhibit D is a true and correct printout taken on

4  January 17, 2019 as the details do not match the state of the README.asciidoc file as of commit

5  f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January 16, 2019 which was merged on

6  January 17, 2019. A true and accurate version of the README.asciidoc has been provided that

7  was taken as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220.

8  **REQUEST FOR ADMISSION NO. 65**:

9       Admit that GFI used the NEO4J® Mark in **Exhibit D**.

10 **RESPONSE**:

11      Defendant admits that Exhibit D is a true copy of a webpage from Defendant's repository

12 on GitHub.  Defendant admits that "Neo4j" appears on the webpage.  Defendant objects to the

13 request on the ground that its use of the term "used" renders it vague, ambiguous, and

14 unintelligible and, on that basis, Defendant denies the remainder of the request.

15 **SUPPLEMENTAL RESPONSE**:

16      Defendant objects to this request on the ground that its use of the phrase "used the

17 NEO4J(r) Mark" is vague, ambiguous, and unintelligible.  Without waiving this objection and

18 subject to it, Defendant admits that Exhibit D is a true copy of a webpage from Defendant's

19 repository on GitHub.  Defendant admits it used the word "Neo4j" on the webpage.

20 **REQUEST FOR ADMISSION NO. 66**:

21      Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source

22 code repository located at www.github.com stated that "Neo4j Enterprise consists of modules

23 from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause

24 in this repository, and other closed sourced components not present in this repository.

25 **RESPONSE**:

26      Defendant objects to this request on the ground that it seeks information that is irrelevant

27 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant denies

28 the request as the stated text in the request does not match the state of the README.asciidoc file

26

as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January 16, 2019 that was

merged on January 17, 2019 which states "ONgDB & Neo4j Enterprise consists of modules from

Neo4j Community Edition and modules licensed under AGPLv3 in this repository."

**REQUEST FOR ADMISSION NO. 67:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source

code repository located at www.github.com stated that "When packaged as a binary, Enterprise

Edition includes additional closed-source components *not available in this repository* and requires

a commercial license from Neo4j Sweden AB or one of its affiliates."

**RESPONSE:**

Defendant denies the request as the stated text does not exist in entirety in the

README.asciidoc file as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January

16, 2019 which was merged on January 17, 2019.

**REQUEST FOR ADMISSION NO. 68:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source

code repository located at www.github.com stated "Neo4j: Graphs for Everyone."

**RESPONSE:**

Defendant denies the request as the stated text does not match the contents of the

README.asciidoc file as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January

16, 2019 which was merged on January 17, 2019 which states "ONgDB - Neo4j Enterprise Fork:

Graphs for Everyone."

**REQUEST FOR ADMISSION NO. 69:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source

code repository located at www.github.com.

**RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant

admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

27

1  identified web page on that date.

2  **SUPPLEMENTAL RESPONSE:**

3       Defendant objects to this Request on the ground that its use of the term "used the

4  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

5  objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

6  "Neo4j" on the identified web page on that date.

7  **REQUEST FOR ADMISSION NO. 70:**

8       Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for

9  Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at

10  www.github.com did not constitute nominative fair use of the NEO4J® Mark.

11  **RESPONSE:**

12       Denied.

13  **REQUEST FOR ADMISSION NO. 71:**

14       Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for

15  Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at

16  www.github.com was unlicensed.

17  **RESPONSE:**

18       Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

19  Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant

20  admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

21  identified web page on that date.

22  **SUPPLEMENTAL RESPONSE:**

23       Defendant objects to this Request on the ground that its use of the term "used the

24  NEO4J(r) Mark" in the title renders it vague, ambiguous, and unintelligible.  Without waving this

25  objection, Defendant admits that it was not granted a license by Neo4j, Inc. to use the word

26  "Neo4j" on the identified web page on that date.

27

28

**REQUEST FOR ADMISSION NO. 72:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in GFI's source code repository located at www.github.com infringed the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 73:**

Admit that **Exhibit E** attached hereto is a true and correct printout of the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it existed on September 25, 2019.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 74:**

Admit that GFI used the NEO4J® Mark in **Exhibit E**.

**RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r) Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant admits that the word "Neo4j" was on the referenced web page on that date.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r) Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant admits that it used the word "Neo4j" on the referenced web page on that date.

**REQUEST FOR ADMISSION NO. 75:**

Admit that as of September 25, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone."

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 76:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository located at www.github.com.

**RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r) Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the identified web page on that date.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "used the NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word "Neo4j" on the identified web page on that date.

**REQUEST FOR ADMISSION NO. 77:**

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository located at www.github.com did not constitute nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 78:**

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com was unlicensed.

**RESPONSE:**

Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r) Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

30

1  identified web page on that date.

2  **SUPPLEMENTAL RESPONSE:**

3      Defendant objects to this Request on the ground that its use of the term "used the

4  NEO4J(r) Mark" in the title renders it vague, ambiguous, and unintelligible.  Without waving this

5  objection, Defendant admits that it was not granted a license by Neo4j, Inc. to use the word

6  "Neo4j" on the identified web page on that date.

7  **REQUEST FOR ADMISSION NO. 79:**

8      Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork:

9  Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository

10  located at www.github.com infringed the NEO4J® Mark.

11  **RESPONSE:**

12      Denied.

13  **REQUEST FOR ADMISSION NO. 80:**

14      Admit that prior to releasing ONgDB version 3.6, GFI did not use its own support

15  documentation for ONgDB software.

16  **RESPONSE:**

17      Defendant objects to this request on the ground that its use of the terms "did not use" and

18  "support documentation" render it vague, ambiguous, and unintelligible.  Without waiving this

19  objection, and subject to it, Defendant responds:  Denied

20  **REQUEST FOR ADMISSION NO. 81:**

21      Admit that prior to releasing ONgDB version 3.6, GFI relied upon Neo4j, Inc.'s official

22  documentation.

23  **RESPONSE:**

24      Defendant objects to this request on the ground that its use of the term "relied upon"

25  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

26  Defendant admits that it included hyperlinks to certain Neo4j manuals on certain of the webpages

27  in its GitHub repositories and on certain webpages on the www.graphfoundation.org website.

28

31

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1   **REQUEST FOR ADMISSION NO. 82:**

2       Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its website,

3   www.graphfoundation.org, which redirected users to Neo4j, Inc.'s official documentation for

4   Neo4j® software.

5   **RESPONSE:**

6       Admit.

7   **REQUEST FOR ADMISSION NO. 83:**

8       Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its source code

9   repository located at www.github.com, which redirected users to Neo4j, Inc.'s official

10  documentation for Neo4j® software.

11  **RESPONSE:**

12      Admit.

13  **REQUEST FOR ADMISSION NO. 84:**

14      Admit that as of September 24, 2019, GFI's README.asciidoc posted on GFI's ONgDB

15  source code repository located at www.github.com contained a hyperlink, "Neo4j documentation,"

16  which redirected users to https://github.com/neo4j/neo4j-documentation.

17  **RESPONSE:**

18      Admit

19  **REQUEST FOR ADMISSION NO. 85:**

20      Admit that **Exhibit F** attached hereto is a true and correct printout of GFI's webpage for

21  ONgDB version 3.4.9 as it existed on September 24, 2019.

22  **RESPONSE:**

23      Admit.

24  **REQUEST FOR ADMISSION NO. 86:**

25      Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

26  3.4.9 attached hereto as **Exhibit F**.

27  **RESPONSE:**

28      Defendant objects to this request on the ground that its use of the terms "used" and "title"

32

1   render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

2   Defendant admits that the word "Neo4j" appears on the referenced webpage.

3   **SUPPLEMENTAL RESPONSE:**

4          Defendant objects to this request on the ground that its use of the terms "used the NEO4J

5   Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection,

6   and subject to it, Defendant admits that it used the word "Neo4j" on the referenced webpage.

7   **REQUEST FOR ADMISSION NO. 87:**

8          Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit F** redirected

9   users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

10  **RESPONSE:**

11         Admit.

12  **REQUEST FOR ADMISSION NO. 88:**

13         Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on

14  GFI's webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected

15  users to http://neo4j.com/docs/developer-manual/current/.

16  **RESPONSE:**

17         Admit.

18  **REQUEST FOR ADMISSION NO. 89:**

19         Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

20  webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected users

21  to http://neo4j.com/docs/operations-manual/current/.

22  **RESPONSE:**

23         Admit.

24  **REQUEST FOR ADMISSION NO. 90:**

25         Admit that **Exhibit G** attached hereto is a true and correct printout of GFI's webpage for

26  ONgDB version 3.4.11 as it existed on September 24, 2019.

27  **RESPONSE:**

28         Admit.

**REQUEST FOR ADMISSION NO. 91:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.4.11 attached hereto as **Exhibit G**.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits that the word "Neo4j" appears on the referenced webpage.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used the NEO4J Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced webpage.

**REQUEST FOR ADMISSION NO. 92:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit G** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 93:**

Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on GFI's webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 94:**

Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/operations-manual/current/.

**RESPONSE:**

Admit.

1  **REQUEST FOR ADMISSION NO. 95**:

2       Admit that **Exhibit H** attached hereto is a true and correct printout of GFI's webpage for

3  ONgDB version 3.4.12 as it existed on September 24, 2019.

4  **RESPONSE**:

5       Admit.

6  **REQUEST FOR ADMISSION NO. 96**:

7       Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

8  3.4.12 attached hereto as **Exhibit H**.

9  **RESPONSE**:

10       Defendant objects to this request on the ground that its use of the terms "used" and "title"

11  render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

12  Defendant admits that the word "Neo4j" appears on the referenced webpage.

13  **SUPPLEMENTAL RESPONSE**:

14       Defendant objects to this request on the ground that its use of the terms "used the

15  NEO4J(r) Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this

16  objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced

17  webpage.

18  **REQUEST FOR ADMISSION NO. 97**:

19       Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit H** redirected

20  users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

21  **RESPONSE**:

22       Admit.

23  **REQUEST FOR ADMISSION NO. 98**:

24       Admit that prior to September 25, 2019, GFI stated on its webpage for ONgDB version

25  3.4.12 "Look for 3.4 Developer manual here," which contained a hyperlink in the word "here" that

26  redirected users to http://neo4j.com/docs/developer-manual/current/.

27  **RESPONSE**:

28       Admit.

35

**REQUEST FOR ADMISSION NO. 99:**

Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on GFI's webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 100:**

Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/operations-manual/current/.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 101:**

Admit that **Exhibit I** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.5.1 as it existed on September 24, 2019.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 102:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.5.1 attached hereto as **Exhibit I**.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits that the word "Neo4j" appears on the referenced webpage.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used the NEO4J(r) Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced

36

1    webpage.

2    **REQUEST FOR ADMISSION NO. 103:**

3        Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit I** redirected

4    users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

5    **RESPONSE:**

6        Admit.

7    **REQUEST FOR ADMISSION NO. 104:**

8        Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on

9    GFI's webpage for ONgDB version 3.5.1 contained a hyperlink in the word "here" that redirected

10   users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

11   **RESPONSE:**

12       Admit.

13   **REQUEST FOR ADMISSION NO. 105:**

14       Admit that **Exhibit J** attached hereto is a true and correct printout of GFI's webpage for

15   ONgDB version 3.5.3 as it existed on September 24, 2019.

16   **RESPONSE:**

17       Admit.

18   **REQUEST FOR ADMISSION NO. 106:**

19       Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

20   3.5.3 attached hereto as **Exhibit J**.

21   **RESPONSE:**

22       Defendant objects to this request on the ground that its use of the terms "used" and "title"

23   render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

24   Defendant admits that the word "Neo4j" appears on the referenced webpage.

25   **SUPPLEMENTAL RESPONSE:**

26       Defendant objects to this request on the ground that its use of the terms "used the

27   NEO4J(r) Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this

28   objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced

37

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  webpage.

2  **REQUEST FOR ADMISSION NO. 107:**

3      Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit J** redirected

4  users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

5  **RESPONSE:**

6      Admit.

7  **REQUEST FOR ADMISSION NO. 108:**

8      Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on

9  GFI's webpage for ONgDB version 3.5.3 contained a hyperlink in the word "here" that redirected

10 users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

11 **RESPONSE:**

12     Admit.

13 **REQUEST FOR ADMISSION NO. 109:**

14     Admit that **Exhibit A** attached hereto is a true and correct printout of GFI's webpage for

15 ONgDB version 3.5.4 as it existed on September 24, 2019.

16 **RESPONSE:**

17     Admit.

18 **REQUEST FOR ADMISSION NO. 110:**

19     Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit A** redirected

20 users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

21 **RESPONSE:**

22     Admit.

23 **REQUEST FOR ADMISSION NO. 111:**

24     Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on

25 GFI's webpage for ONgDB version 3.5.4 contained a hyperlink in the word "here" that redirected

26 users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

27 **RESPONSE:**

28     Admit.

1   **REQUEST FOR ADMISSION NO. 112:**

2        Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

3   use Neo4j, Inc.'s Developer Manuals for Neo4j® Software with ONgDB Software.

4   **RESPONSE:**

5        Defendant objects to this request on the ground that its use of the terms "authorization" and

6   "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

7   Defendant responds:  Denied because the Developer Manual is licensed under the Creative

8   Commons License.

9   **REQUEST FOR ADMISSION NO. 113:**

10        Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

11   use Neo4j, Inc.'s Operations Manuals for Neo4j® Software with ONgDB Software.

12   **RESPONSE:**

13        Defendant objects to this request on the ground that its use of the terms "authorization" and

14   "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

15   Defendant responds:  Denied because the Operations Manual is licensed under the Creative

16   Commons License.

17   **REQUEST FOR ADMISSION NO. 114:**

18        Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

19   use Neo4j, Inc.'s change logs for Neo4j® Software.

20   **RESPONSE:**

21        Defendant objects to this request on the ground that its use of the terms "authorization" and

22   "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

23   Defendant responds:  Denied as the change logs are public without license or attribution on a

24   Github Wiki.

25   **REQUEST FOR ADMISSION NO. 115:**

26        Admit that **Exhibit L** attached hereto is a true and correct printout of GFI's "ONgDB 3.4

27   Docs" webpage located at https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.4-Docs as it

28   existed on August 12, 2020.

1   **RESPONSE:**

2       Admit.

3   **REQUEST FOR ADMISSION NO. 116:**

4       Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase

5   "Developer Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/developer-

6   manual/3.4/.

7   **RESPONSE:**

8       Admit.

9   **REQUEST FOR ADMISSION NO. 117:**

10      Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase

11  "Operations Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/operations-

12  manual/3.4/.

13  **RESPONSE:**

14      Admit.

15  **REQUEST FOR ADMISSION NO. 118:**

16      Admit that **Exhibit M** attached hereto is a true and correct printout of GFI's "Docs"

17  webpage located at https://github.com/graphfoundation/ongdb/wiki/Docs as it existed on June 10,

18  2020.

19  **RESPONSE:**

20      Admit.

21  **REQUEST FOR ADMISSION NO. 119:**

22      Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase

23  "ONgDB 3.5" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.5/.

24  **RESPONSE:**

25      Admit.

26  **REQUEST FOR ADMISSION NO. 120:**

27      Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase

28  "ONgDB 3.4" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.4/.

40

1  **RESPONSE:**

2      Admit.

3  **REQUEST FOR ADMISSION NO. 121:**

4      Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.5" on the

5  webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to

6  https://neo4j.com/docs/operations-manual/3.5/.

7  **RESPONSE:**

8      Admit.

9  **REQUEST FOR ADMISSION NO. 122:**

10     Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.4" on the

11 webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to

12 https://neo4j.com/docs/operations-manual/3.4/.

13 **RESPONSE:**

14     Admit.

15 **REQUEST FOR ADMISSION NO. 123:**

16     Admit that GFI never authored a developer manual for ONgDB version 3.4.9.

17 **RESPONSE:**

18     Defendant objects to this request on the ground that its use of the term "developer manual"

19 renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

20 Defendant responds:  Admit.

21 **REQUEST FOR ADMISSION NO. 124:**

22     Admit that GFI never authored a developer manual for ONgDB version 3.4.11.

23 **RESPONSE:**

24     Defendant objects to this request on the ground that its use of the term "developer manual"

25 renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

26 Defendant responds:  Admit.

27 **REQUEST FOR ADMISSION NO. 125:**

28     Admit that GFI never authored a developer manual for ONgDB version 3.4.12.

41

1  **RESPONSE:**

2      Defendant objects to this request on the ground that its use of the term "developer manual"

3  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

4  Defendant responds:  Admit.

5  **REQUEST FOR ADMISSION NO. 126:**

6      Admit that GFI has never authored a developer manual for any of version of ONgDB prior

7  to its release of ONgDB version 3.6.

8  **RESPONSE:**

9      Defendant objects to this request on the ground that its use of the term "developer manual"

10  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

11  Defendant responds:  Admit.

12  **REQUEST FOR ADMISSION NO. 127:**

13      Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

14  use Neo4j, Inc.'s then-current Operations Manual for Neo4j® Software with ONgDB software.

15  **RESPONSE:**

16      Defendant objects to this request on the ground that its use of the terms "authorization" and

17  "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

18  Defendant responds:  Denied because the Operations Manual is licensed under the Creative

19  Commons License.

20  **REQUEST FOR ADMISSION NO. 128:**

21      Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j

22  Operations Manual v3.4" with ONgDB software.

23  **RESPONSE:**

24      Defendant objects to this request on the ground that its use of the terms "sought"

25  "authorization" and "use" is vague, ambiguous, and unintelligible.  Without waiving this

26  objection, and subject to it, Defendant admits that it has not contacted Neo4j, Inc. regarding the

27  use of the referenced manual but denies that such specific authorization is necessary under the

28  Creative Commons License.

**REQUEST FOR ADMISSION NO. 129:**

Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j Operations Manual v3.5" with ONgDB software.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "sought" "authorization" and "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits that it has not contacted Neo4j, Inc. regarding the use of the referenced manual but denies that such specific authorization is necessary under the Creative Commons License.

**REQUEST FOR ADMISSION NO. 130:**

Admit that GFI never authored an operations manual for ONgDB version 3.4.9.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "operations manual" renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant responds:  Admit.

**REQUEST FOR ADMISSION NO. 131:**

Admit that GFI never authored an operations manual for ONgDB version 3.4.11.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "developer manual" renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant responds:  Admit.

**REQUEST FOR ADMISSION NO. 132:**

Admit that GFI never authored an operations manual for ONgDB version 3.4.12.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "developer manual" renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant responds:  Admit.

1   **REQUEST FOR ADMISSION NO. 133:**

2       Admit that GFI never authored an operations manual for ONgDB version 3.5.1.

3   **RESPONSE:**

4       Defendant objects to this request on the ground that its use of the term "developer manual"

5   renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

6   Defendant responds:  Admit.

7   **REQUEST FOR ADMISSION NO. 134:**

8       Admit that GFI never authored an operations manual for ONgDB version 3.5.3.

9   **RESPONSE:**

10      Defendant objects to this request on the ground that its use of the term "developer manual"

11  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

12  Defendant responds:  Admit.

13  **REQUEST FOR ADMISSION NO. 135:**

14      Admit that GFI never authored an operations manual for ONgDB version 3.5.4.

15  **RESPONSE:**

16      Defendant objects to this request on the ground that its use of the term "developer manual"

17  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

18  Defendant responds:  Admit.

19  **REQUEST FOR ADMISSION NO. 136:**

20      Admit that GFI has never authored an operations manual for any of version of ONgDB

21  prior to GFI's release of ONgDB version 3.6.

22  **RESPONSE:**

23      Defendant objects to this request on the ground that its use of the term "developer manual"

24  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

25  Defendant responds:  Admit.

26  **REQUEST FOR ADMISSION NO. 137:**

27      Admit that **Exhibit K** attached hereto is a true and correct printout of the webpage located

28  at https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/ as it existed on

44

1  September 24, 2019.

2  **RESPONSE:**

3      Admit.

4  **REQUEST FOR ADMISSION NO. 138:**

5      Admit that GFI's used the NEO4J® Mark in **Exhibit K.**

6  **RESPONSE:**

7      Defendant objects to this request on the grounds that its use of the terms "used" and

8  "Neo4J Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection,

9  and subject to it, Defendant admits that the word "Neo4j" appears on the referenced webpage.

10  **SUPPLEMENTAL RESPONSE:**

11      Defendant objects to this request on the grounds that its use of the terms "used the

12  NEO4J(r) Mark" and "Neo4J Mark" render it vague, ambiguous, and unintelligible.  Without

13  waiving this objection, and subject to it, Defendant admits that it used the word "Neo4j" on the

14  referenced webpage.

15  **REQUEST FOR ADMISSION NO. 139:**

16      Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** violates Neo4j, Inc.'s

17  Trademark Guidelines attached hereto as **Exhibit B.**

18  **RESPONSE:**

19      Defendant objects to this request on the ground that it seeks information that is irrelevant

20  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

21  objects to this request on the ground that it requires the interpretation of a document and seeks a

22  legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

23  **REQUEST FOR ADMISSION NO. 140:**

24      Admit that GFI's use of "neo4j" without a trademark registration symbol in **Exhibit K**

25  violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

26  **RESPONSE:**

27      Defendant objects to this request on the ground that it seeks information that is irrelevant

28  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

45

1  objects to this request on the ground that it requires the interpretation of a document and seeks a

2  legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

3  **REQUEST FOR ADMISSION NO. 141:**

4       Admit that GFI's use of "Neo4j" without a trademark registration symbol in **Exhibit K**

5  violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

6  **RESPONSE:**

7       Defendant objects to this request on the ground that it seeks information that is irrelevant

8  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9  objects to this request on the ground that it requires the interpretation of a document and seeks a

10  legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

11  **REQUEST FOR ADMISSION NO. 142:**

12       Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** does not constitute

13  nominative fair use of the NEO4J® Mark.

14  **RESPONSE:**

15       Denied.

16  **REQUEST FOR ADMISSION NO. 143:**

17       Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** infringes the NEO4J®

18  Mark.

19  **RESPONSE:**

20       Denied.

21  **REQUEST FOR ADMISSION NO. 144:**

22       Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K**

23  violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

24  **RESPONSE:**

25       Defendant objects to this request on the ground that it seeks information that is irrelevant

26  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

27  objects to this request on the ground that it requires the interpretation of a document and seeks a

28  legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

**REQUEST FOR ADMISSION NO. 145:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** does not constitute nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 146:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 147:**

Admit that ONgDB stands for "ONgDB's Neo4j Graph DB."

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 148:**

Admit that ONgDB means "ONgDB's Neo4j Graph DB."

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 149:**

Admit that **Exhibit N** attached hereto is a true and correct of a March 17, 2019 tweet you publicly posted on Twitter.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 150:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit N**.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j Mark" render it vague, ambiguous, and unintelligible. Without waiving this objection and subject

47

1  to it, Defendant admits that "#Neo4j" appears on Exhibit N.

2  **SUPPLEMENTAL RESPONSE:**

3       Defendant objects to this request on the ground that its use of the terms "used the Neo4j(r)

4  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

5  to it, Defendant admits that it used "#Neo4j" in Exhibit N.

6  **REQUEST FOR ADMISSION NO. 151:**

7       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not

8  reasonably necessary to identify the ONgDB product.

9  **RESPONSE:**

10      Denied.

11 **REQUEST FOR ADMISSION NO. 152:**

12      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not

13 reasonably necessary to promote the ONgDB product.

14 **RESPONSE:**

15      Defendant objects to this request on the ground that its use of the term "reasonably

16 necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

17 to this request on the ground that it seeks information that is irrelevant and not reasonably

18 calculated to lead to the discovery of admissible evidence.

19 **REQUEST FOR ADMISSION NO. 153:**

20      Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to promote

21 ONgDB software.

22 **RESPONSE:**

23      Defendant objects to this request on the ground that its use of the term "promote" is vague

24 and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

25 admits that the hashtag "#Neo4j" appears on Exhibit N and that Exhibit N was an announcement

26 of the ONgDB 3.5.3 support release and that the hashtag "#Neo4j" was used in connection with

27 the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

28

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that it used "#Neo4j" in Exhibit N and that Exhibit N was an announcement of the ONgDB 3.5.3 support release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 154:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 155:**

Admit that GFI's use of #Neo4j in **Exhibit N** does not amount to nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 156:**

Admit that GFI's use of #Neo4j in **Exhibit N** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 157:**

Admit that **Exhibit O** attached hereto is a true and correct of a March 21, 2019 tweet you publicly posted on Twitter.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 158:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit O**.

49

1  **RESPONSE:**

2      Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

3  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

4  to it, Defendant admits that "#Neo4j" appears on Exhibit O.

5  **SUPPLEMENTAL RESPONSE:**

6      Defendant objects to this request on the ground that its use of the term "used the Neo4j

7  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

8  to it, Defendant admits that it used "#Neo4j" in Exhibit O.

9  **REQUEST FOR ADMISSION NO. 159:**

10      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not

11  reasonably necessary to identify the ONgDB product.

12  **RESPONSE:**

13      Denied.

14  **REQUEST FOR ADMISSION NO. 160:**

15      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not

16  reasonably necessary to promote the ONgDB product.

17  **RESPONSE:**

18      Defendant objects to this request on the ground that its use of the term "reasonably

19  necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

20  to this request on the ground that it seeks information that is irrelevant and not reasonably

21  calculated to lead to the discovery of admissible evidence.

22  **REQUEST FOR ADMISSION NO. 161:**

23      Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to promote

24  ONgDB software.

25  **RESPONSE:**

26      Defendant objects to this request on the ground that its use of the term "promote" is vague

27  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

28  admits that the hashtag "#Neo4j" appears on Exhibit O and that Exhibit O was an announcement

50

of the 1,000th download of ONgDB and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that it used "#Neo4j" in Exhibit O and that Exhibit O was an announcement of the 1,000th download of ONgDB and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 162:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 163:**

Admit that GFI's use of #Neo4j in **Exhibit O** does not amount to nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 164:**

Admit that GFI's use of #Neo4j in **Exhibit O** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 165:**

Admit that **Exhibit P** attached hereto is a true and correct of a May 10, 2019 tweet you publicly posted on Twitter.

**RESPONSE:**

Admit.

51

**REQUEST FOR ADMISSION NO. 166:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit P**.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant admits that "#Neo4j" appears on Exhibit P.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "used the Neo4j(r) Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant admits it used "#Neo4j" in Exhibit P.

**REQUEST FOR ADMISSION NO. 167:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not reasonably necessary to identify the ONgDB product.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 168:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not reasonably necessary to promote the ONgDB product.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "reasonably necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 169:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to promote ONgDB software.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that the hashtag "#Neo4j" appears on Exhibit P and that Exhibit P was an announcement of the ONgDB 3.5.4 support release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that it used "#Neo4j" in Exhibit P and that Exhibit P was an announcement of the ONgDB 3.5.4 support release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 170:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 171:**

Admit that GFI's use of #Neo4j in **Exhibit P** does not amount to nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 172:**

Admit that GFI's use of #Neo4j in **Exhibit P** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

53

**REQUEST FOR ADMISSION NO. 173:**

Admit that **Exhibit Q** attached hereto is a true and correct of a November 27, 2019 tweet you publicly posted on Twitter.

**RESPONSE:**

Admit.

**REQUEST FOR ADMISSION NO. 174:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit Q**.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant admits that "#Neo4j" appears on Exhibit Q.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "used the Neo4j(r) Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant admits that it used "#Neo4j" in Exhibit Q.

**REQUEST FOR ADMISSION NO. 175:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not reasonably necessary to identify the ONgDB product.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 176:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not reasonably necessary to promote the ONgDB product.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "reasonably necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

54

**REQUEST FOR ADMISSION NO. 177:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to promote ONgDB software.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that the hashtag "#Neo4j" appears on Exhibit Q and that Exhibit Q was an announcement of the ONgDB 3.5.12 support release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that it used "#Neo4j" in Exhibit Q and that Exhibit Q was an announcement of the ONgDB 3.5.12 support release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 178:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 179:**

Admit that GFI's use of #Neo4j in **Exhibit Q** does not amount to nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 180:**

Admit that GFI's use of #Neo4j in **Exhibit Q** infringes the NEO4J® Mark.

55

1    **RESPONSE:**

2        Denied.

3    **REQUEST FOR ADMISSION NO. 181:**

4        Admit that **Exhibit R** attached hereto is a true and correct of a January 18, 2020 tweet you

5    publicly posted on Twitter.

6    **RESPONSE:**

7        Admit.

8    **REQUEST FOR ADMISSION NO. 182:**

9        Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit R**.

10   **RESPONSE:**

11       Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

12   Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

13   to it, Defendant admits that "#Neo4j" appears on Exhibit R.

14   **SUPPLEMENTAL RESPONSE:**

15       Defendant objects to this request on the ground that its use of the term "used the Neo4j(r)

16   Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

17   to it, Defendant admits that it used "#Neo4j" in Exhibit R.

18   **REQUEST FOR ADMISSION NO. 183:**

19       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not

20   reasonably necessary to identify the ONgDB product.

21   **RESPONSE:**

22       Denied.

23   **REQUEST FOR ADMISSION NO. 184:**

24       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not

25   reasonably necessary to promote the ONgDB product.

26   **RESPONSE:**

27       Defendant objects to this request on the ground that its use of the term "reasonably

28   necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

56

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

to this request on the ground that it seeks information that is irrelevant and not reasonably

calculated to lead to the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 185:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to promote

ONgDB software.

**RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague

and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

admits that the hashtag "#Neo4j" appears on Exhibit R and that Exhibit R was an announcement

of the ONgDB 3.5.14 support release and that the hashtag "#Neo4j" was used in connection with

the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague

and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

admits that it used "#Neo4j" in Exhibit R and that Exhibit R was an announcement of the ONgDB

3.5.14 support release and that the hashtag "#Neo4j" was used in connection with the

announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 186:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to

identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB

as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 187:**

Admit that **Exhibit S** attached hereto is a true and correct of a May 19, 2020 tweet you

publicly posted on Twitter.

**RESPONSE:**

Admit.

57

1   **REQUEST FOR ADMISSION NO. 188**:

2       Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit S**.

3   **RESPONSE**:

4       Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

5   Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

6   to it, Defendant admits that "#Neo4j" appears on Exhibit S.

7   **SUPPLEMENTAL RESPONSE**:

8       Defendant objects to this request on the ground that its use of the term "used the Neo4j(r)

9   Mark" renders it vague, ambiguous, and unintelligible.  Without waiving this objection and

10   subject to it, Defendant admits that it used "#Neo4j" in Exhibit S.

11   **REQUEST FOR ADMISSION NO. 189**:

12       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not

13   reasonably necessary to identify the ONgDB product.

14   **RESPONSE**:

15       Denied.

16   **REQUEST FOR ADMISSION NO. 190**:

17       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not

18   reasonably necessary to promote the ONgDB product.

19   **RESPONSE**:

20       Defendant objects to this request on the ground that its use of the term "reasonably

21   necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

22   to this request on the ground that it seeks information that is irrelevant and not reasonably

23   calculated to lead to the discovery of admissible evidence.

24   **REQUEST FOR ADMISSION NO. 191**:

25       Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to promote

26   ONgDB software.

27   **RESPONSE**:

28       Defendant objects to this request on the ground that its use of the term "promote" is vague

58

and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that the hashtag "#Neo4j" appears on Exhibit R and that Exhibit R was an announcement of the ONgDB 3.5.0.8 procedure release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that it used "#Neo4j" appears on Exhibit R and that Exhibit R was an announcement of the ONgDB 3.5.0.8 procedure release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 192:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 193:**

Admit that GFI's use of #Neo4j in **Exhibit S** does not amount to nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 194:**

Admit that GFI's use of #Neo4j in **Exhibit S** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 195:**

Admit that **Exhibit T** is a printout of Neo4j, Inc.'s Trademark Guidelines as they existed on August 13, 2020.

1   **RESPONSE:**

2          Defendant is without sufficient information to admit or deny this request and, on that basis,

3   denies the request.

4   **REQUEST FOR ADMISSION NO. 196:**

5          Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** have been in effect since

6   April 3, 2019.

7   **RESPONSE:**

8          Defendant is without sufficient information to admit or deny this request and, on that basis,

9   denies the request.

10  **REQUEST FOR ADMISSION NO. 197:**

11         Admit that you are aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit T.**

12  **RESPONSE:**

13         Defendant objects to this request on the ground that its use of the term "are aware" is

14  vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant

15  admits that, in connection with responding to these requests it has reviewed Exhibit T.

16  **REQUEST FOR ADMISSION NO. 198:**

17         Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in

18  marketing ONgDB software.

19  **RESPONSE:**

20         Defendant objects to this request on the ground that it seeks information that is irrelevant

21  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

22  objects to this request on the ground that it requires the interpretation of a document and seeks a

23  legal conclusion or interpretation of that document and on that basis denies the request.

24  **REQUEST FOR ADMISSION NO. 199:**

25         Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in

26  advertising ONgDB software.

27

28

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

Dated:  October 27, 2020                          BERGESON, LLP


By: _____
              John D. Pernick
Attorneys for Defendant
GRAPH FOUNDATION, INC.

## **<u>VERIFICATION</u>**

I, Brad Nussbaum, declare under penalty of perjury under the laws of the United States that I am the CEO at Graph Foundation, Inc. ("GFI"), that I have read the foregoing GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION, that the statements of facts contained therein, are within my personal knowledge or based upon information provided by other persons at GFI or business records of GFI, that the foregoing Responses are true and correct, and that I am authorized to sign this verification on behalf of GFI.

Executed on October 26, 2020, at Wooster, Ohio.

_____
Brad Nussbaum

62

# EXHIBIT D

## TO

## GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION

graphfoundation / ongdb

<> Code    ⊙ Issues 3    ↔ Pull requests 1    ▷ Actions    ▦ Projects    ▢ Wiki    ⊙ Security    ⬕ Insights

## Updated readme to reflect ONgDB

[Browse files]

⑂ 3.6    ⬚ 3.6.0    ....    3.5.1

🔲 jmsuhy authored and bradnussbaum committed on Jan 17, 2019      1 parent d470ffd    commit f0a7db48c8fcac6defa956fb022758ef3d8a8220

⬆ Showing 1 changed file with 13 additions and 13 deletions.

[Unified] [Split]

∨  26 ■■■■    README.asciidoc  ▢

```
          @@ -1,18 +1,20 @@
1         - = Neo4j: Graphs for Everyone =
       1  + = ONgDB - Neo4j Enterprise Fork: Graphs for Everyone =
2      2
3      3    https://neo4j.com[Neo4j] is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database,
            like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables --
            yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.
4      4
5      5    Learn more on the https://neo4j.com[Neo4j website].
6      6
7         - == Using Neo4j ==
       7  + Learn more about ONgDB at https://graphfoundation.org[Graph Foundation website]
8      8
9         - Neo4j is available both as a standalone server, or an embeddable component. You can https://neo4j.com/download/[download] or http://console.neo4j.org[try online].
       9  + == Using ONgDB & Neo4j ==
10     10
11        - == Extending Neo4j ==
      11  + Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or
            http://console.neo4j.org[try Neo4j online].
12     12
13        - We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product
            core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.
      13  + == Extending ONgDB & Neo4j ==
14     14
```

| 15 | | - NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. Our Enterprise edition |
| | | (link:enterprise/[enterprise/]) is differently licensed under the AGPLv3. |
| | 15 | + We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions |
| | | directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. |
| | 16 | + |
| | 17 | + NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. The Enterprise edition |
| | | (link:enterprise/[enterprise/]) is licensed under the AGPLv3. |
| 16 | 18 | |
| 17 | 19 | == Dependencies == |
| 18 | 20 | |
| 37 | 39 | curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb |
| 38 | 40 | dpkg -i install4j_linux_6_1_4.deb |
| 39 | 41 | |
| 40 | | - == Building Neo4j == |
| | 42 | + == Building ONgDB == |
| 41 | 43 | |
| 42 | 44 | Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a |
| | | reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K. |
| 43 | 45 | |
| 49 | 51 | * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine. |
| 50 | 52 | * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`. |
| 51 | 53 | |
| 52 | | - == Running Neo4j == |
| | 54 | + == Running ONgDB & Neo4j == |
| 53 | 55 | |
| 54 | 56 | After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then |
| 55 | 57 | |
| 69 | 71 | |
| 70 | 72 | == Licensing == |
| 71 | 73 | |
| 72 | | - Neo4j Community Edition is an open source product licensed under GPLv3. |
| 73 | | - |
| 74 | | - Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. |
| | 74 | + ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3. |
| 75 | 75 | |
| 76 | | - Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed |
| | | source components not present in this repository. |
| | 76 | + ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. |
| 77 | 77 | |
| 78 | | - When packaged as a binary, Enterprise Edition includes additional closed-source components _not available in this repository_ and requires a commercial license from |

```
         Neo4j Sweden AB or one of its affiliates.
    78  + ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.
```

**0 comments on commit**  `f0a7db4`

Please sign in to comment.

**<u>PROOF OF SERVICE</u>**

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Santa Clara, State of California.  My business address is 111 N. Market Street, Suite 600, San Jose, CA 95113.

On October 27, 2020, I served true copies of the following document(s) described as **GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION** on the interested parties in this action as follows:

**Attorneys for Plaintiff**
**NEO4J, INC.**

John V. Picone III, Esq.
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Esq.
jratinoff@hopkinscarley.com
Hopkins & Carley
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
Tel:    (408) 286-9800
Fax:    (408) 998-4790

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address emtofelogo@be-law.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2020, at San Jose, California.

_____
Emma Tofelogo-Fernandez

# EXHIBIT 130

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 131

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 132

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 133

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 134

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 135

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED