John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiff and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>　　　　　Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**CERTIFICATE OF SERVICE** |
| AND RELATED COUNTERCLAIM. | |
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>　　　　　Defendants. | CASE NO.  5:19-CV-06226-EJD |

I, Diana L. Hodges, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 South First Street, San Jose, California 95113-2406. On December 11, 2020, I served a copy of the within documents:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL**

**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL**

**DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF AND EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS UNDER SEAL**

**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL**

**UNREDACTED PLAINTIFFS' CONSOLIDATED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**UNREDACTED EXHIBITS 3, 55, 126, 130-135 TO DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT**

☒ by transmitting via my electronic service address (dhodges@hopkinscarley.com) the documents listed above to the persons at the e-mail addresses set forth below.

| | |
|---|---|
| Adron W. Beene<br>*Email: adron@adronlaw.com*<br>Adron G. Beene<br>*Email: adronjr@adronlaw.com*<br>1754 Technology Drive, Suite 228<br>San Jose, CA 95110<br><br>**Attorneys for Defendants PURETHINK LLC; IGOV INC.; and JOHN MARK SUHY** | Richard E. Starr<br>*Email: richardestarr@starrlaw.biz*<br>Irving Starr Esq., P.C., a Professional Corporation<br>2503 Childs Lane<br>Alexandria, VA 22308<br><br>**Attorneys for Counter-Claimant PURETHINK LLC** |

- 2 -

| | |
|---|---|
| John D. Pernick<br>*Email: jpernick@be-law.com*<br>BERGESON, LLP<br>111 N. Market Street, Suite 600<br>San Jose, CA 95113<br><br>**Attorneys for Defendant**<br>**GRAPH FOUNDATION, INC.** | Jeffrey E. Faucette<br>*Email: jeff@skaggsfaucette.com*<br>SKAGGS FAUCETTE LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br><br>**Attorneys for Defendants**<br>**GRAPHGRID, INC. and**<br>**ATOMRAIN, INC.** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 11, 2020, at San Jose, California.

_____
Diana L. Hodges