1  Adron W. Beene SB# 129040
2  Adron G. Beene SB# 298088
   Attorney at Law
3  1754 Technology Drive, Suite 228
   San Jose, CA 95110
4  Tel: (408) 392-9233
   Fax: (866) 329-0453
5  adron@adronlaw.com

6  Attorneys for defendants:
   PURETHINK LLC, a Delaware limited
7  liability company, IGOV INC., a Virginia
   corporation, and JOHN MARK SUHY
8

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA

11 | NEO4J, INC., a Delaware corporation, and | CASE NO. 5:18-cv-7182 EJD
12 | NEO4J SWEDEN AB, a Swedish corporation, | CASE NO. 5:19-CV-06226-EJD
13 | Plaintiffs,
14 | v.                                      | **DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS DESIGNATED BY OPPOSING SIDE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY AND CONFIDENTIAL UNDER PROTECTIVE ORDER**
15 | PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,
16 |
17 | Defendants.
18 | AND RELATED COUNTERCLAIMS
19 | ─────────────────────────
20 | NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | [CIVIL L.R. 79-5 (e)]
21 | Plaintiffs,
22 | v.
23 | GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,
24 |
25 | Defendants.

Defendants' Administration Motion To Seal Documents Opposing Side Designated AEO     1
And Confidential
CASE NO. 5:18-cv-7182 EJD

### 1. Introduction

Defendants and Counterclaimants PURETHINK LLC, John Mark Suhy and IGOV INC., ("Defendants") hereby move the Court pursuant to Civil Local Rule 79-5 (e) for an Order to file certain exhibits, supporting Defendants Consolidated Opposition to Motion for Summary Judgment under seal.

### 2. Law

Local Rule 79-5 (e) provides: Documents Designated as Confidential or Subject to a Protective Order. If the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ("the Designating Party"). The declaration must be served on the Designating Party on the same day it is filed and a proof of such service must also be filed.

### 3. Discussion

Defendants seek an order to seal three exhibits because opposing parties Neo4J Sweden AB has designated as "Highly Confidential-Attorneys' Eyes

Defendants' Administration Motion To Seal Documents Opposing Side Designated AEO And Confidential
CASE NO. 5:18-cv-7182 EJD

2

Only" (Exhibits 1 and 2 to Beene Dec.) and Neo4J, Inc. has designates as Confidential (Exhibit 7, Beene Dec.) under the Protective Order (Dkt. No. 34) entered in Neo4j, Inc., et al. v. PureThink LLC., et al., Civil Case No. 5:18-cv-07182-EJD.

Neo4J Sweden AB designated Highly Confidential-Attorneys' Eyes Only Exhibits:

- Exhibit 1 to Beene Dec. is a License Agreement. NSW_000002-16
- Exhibit 2 to Beene Dec. is a Royalty Statement NSW_000001

Neo4J, Inc. designated Confidential Exhibit:

- Exhibit 7 to Beene Dec. is an internal Neo4J, Inc. email thread. N4J_008109

Dated: January 15, 2021

By: */s/ Adron G. Beene*
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorney for Defendants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY