```
 1   Adron W. Beene SB# 129040
     Adron G. Beene SB# 298088
 2   Attorney at Law
     1754 Technology Drive, Suite 228
 3   San Jose, CA 95110
     Tel: (408) 392-9233
 4   Fax: (866) 329-0453
     adron@adronlaw.com
 5
 6   Attorneys for defendants:
     PURETHINK LLC, a Delaware limited
 7   liability company, IGOV INC., a Virginia
     corporation, and JOHN MARK SUHY
 8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO. 5:18-cv-7182 EJD<br>CASE NO. 5:19-CV-06226-EJD<br><br>**DECLARATION OF ADRON G. BEENE IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS DESIGNATED BY OPPOSING SIDE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY AND CONFIDENTIAL UNDER PROTECTIVE ORDER AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL** |
| AND RELATED COUNTERCLAIMS | |
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | |

AGB Declaration ISO Motion to Seal                                                          1

CASE NO. 5:18-cv-7182 EJD

I, Adron G. Beene, declare:

1. I am an attorney for defendants and counter claimants in this action licensed to practice law in the State of California. I have personal knowledge of the facts set forth in this declaration.

2. Neo4J Sweden AB has designated as Highly Confidential-Attorneys' Eyes Only Exhibits:

   a. Exhibit 1 to Beene Dec. is a License Agreement. NSW_000002-16

   b. Exhibit 2 to Beene Dec. is a Royalty Statement NSW_000001

3. Neo4J, Inc. has designated as Confidential Exhibit:

   a. Exhibit 7 to Beene Dec. is an internal Neo4J, Inc. email thread. N4J_008109

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 15, 2021 in Kenwood, California.

_____
Adron G. Beene