1  Adron W. Beene SB# 129040
2  Adron G. Beene SB# 298088
   Attorney at Law
3  1754 Technology Drive, Suite 228
   San Jose, CA 95110
4  Tel: (408) 392-9233
   Fax: (866) 329-0453
5  adron@adronlaw.com

6  Attorneys for defendants:
7  PURETHINK LLC, a Delaware limited
   liability company, IGOV INC., a Virginia
8  corporation, and JOHN MARK SUHY

9
                UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA

11 | NEO4J, INC., a Delaware corporation, and | CASE NO. 5:18-cv-7182 EJD
12 | NEO4J SWEDEN AB, a Swedish corporation, | CASE NO. 5:19-CV-06226-EJD
13 | Plaintiffs,
14 | v.                                       | **[Proposed] ORDER ON DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS DESIGNATED BY OPPOSING SIDE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY AND CONFIDENTIAL UNDER PROTECTIVE ORDER**
15 | PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,
16 |
17 | Defendants.
18 | AND RELATED COUNTERCLAIMS
19 | ─────────────────────────────            | [CIVIL L.R. 79-5 (e)]
20 | NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,
21 | Plaintiffs,
22 | v.
23 | GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,
24 |
25 | Defendants.

1  Having considered defendants' administrative motion to to file exhibits
2  designated by opposing side as highly confidential-attorneys' eyes only and
3  confidential under protective order, and all papers submitted by the parties
4  in support of the that motion, the Court finds that there exists good cause to
5  file under seal Exhibits 1, 2, and 7 to the Declaration of Adron G. Beene, in
6  their entirety.

8  IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is
9  GRANTED with respect to the documents set forth above.

11  **IT IS SO ORDERED.**

13  Dated: _____, 2021                                    _____
                                                              Honorable Edward J. Davila