John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 5:18-CV-07182-EJD<br><br>**[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL** |
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | CASE NO.  5:19-CV-06226-EJD |

842\3691209.1

[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

Now before the Court is Defendants and Counterclaimants' ("Defendants") Administrative Motion to File Exhibits Designated by Opposing Side as Highly Confidential-Attorneys' Eyes Only and Confidential Under Protective Order ("Administrative Motion"). Having considered the Administrative Motion and all papers submitted by the parties in support of the Administrative Motion and good cause appearing, the Court finds that:

1. There exists a compelling overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and there is therefore good cause to file the documents under seal:

| Identification of Materials to be Sealed | Designating Party Information |
|---|---|
| Exhibit 1 to Beene Declaration is a License Agreement NSW_000002-16 | Constitutes Plaintiffs' private, highly confidential, and commercially sensitive business, operations, and financial information, and the disclosure of which would irreparably harm Plaintiffs' competitive standing in the marketplace, and provide competitors with information that could be used to obtain an unfair competitive advantage over Plaintiffs. |
| Exhibit 2 to Beene Declaration is a Royalty Statement NSW_000001 | Constitutes Plaintiffs' private, highly confidential, and commercially sensitive business, operations, and financial information, and the disclosure of which would irreparably harm Plaintiffs' competitive standing in the marketplace, and provide competitors with information that could be used to obtain an unfair competitive advantage over Plaintiffs. |
| Exhibit 7 to Beene Declaration is an internal Neo4j, Inc. email thread. N4J_008109 | Constitutes Plaintiffs' commercially sensitive and confidential information relating to their business model and competitive marketing |

842\3691209.1 - 1 -
[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

|   |
|---|
| and licensing strategies, the disclosure of which would substantially harm Plaintiffs' competitive standing in the marketplace, and provide competitors with information that could be used to obtain an unfair competitive advantage over Plaintiffs. |

2. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed sealing is narrowly tailored; and

4. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Defendants' Administrative Motion is GRANTED with respect to the documents set forth above and they HEREBY BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated:_____, 2021

_____
Honorable Edward J. Davila

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3691209.1                                   - 2 -
[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD