UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>PURETHINK, LLC, et al.,<br><br>   Defendants. | Case No. 18-cv-07182-EJD   (SVK)<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 111 |

The Court seeks confirmation from Plaintiffs that support for the alleged violation of the Protective Order described in the second paragraph of Dkt. 111 at 2 is Exhibit 1, specifically the language "See:  Filing document 100 from pacer.gov for case 5:18-cv-07182-EJD."

Plaintiffs are to file a response, not to exceed 1 page, by **noon on March 11, 2021**.

**SO ORDERED.**

Dated: March 10, 2021

SUSAN VAN KEULEN
United States Magistrate Judge