```
1   Adron W. Beene SB# 129040
    Adron G. Beene SB# 298088
2   Attorney at Law
    1754 Technology Drive, Suite 228
3   San Jose, CA 95110
    Tel: (408) 392-9233
4   Fax: (866) 329-0453
    adron@adronlaw.com
5
6   Attorneys for defendants:
    PURETHINK LLC, a Delaware limited
7   liability company, IGOV INC., a Virginia
    corporation, and JOHN MARK SUHY
8
```

9
10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>_____<br>NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br>Defendants. | CASE NO. 5:18-cv-7182 EJD<br>CASE NO. 5:19-CV-06226-EJD<br><br>**[Proposed] ORDER ON DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS DESIGNATED BY OPPOSING SIDE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY AND CONFIDENTIAL UNDER PROTECTIVE ORDER**<br><br>[CIVIL L.R. 79-5 (e)] |

1  Having considered defendants' administrative motion to to file exhibits
2  designated by opposing side as highly confidential-attorneys' eyes only and
3  confidential under protective order, and all papers submitted by the parties
4  in support of the that motion, the Court finds that there exists good cause to
5  file under seal Exhibits 1, 2, and 7 to the Declaration of Adron G. Beene, in
6  their entirety.

7

8  IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is
9  GRANTED with respect to the documents set forth above.

10

11  **IT IS SO ORDERED.**

12

13  Dated: __May 18__, 2021

_____
Honorable Edward J. Davila