John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AND TO SET A CASE MANAGEMENT CONFERENCE** |

842\3785878.1

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AND TO SET A CASE MANAGEMENT CONFERENCE; CASE NO. 5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

Now before the court is Plaintiffs' Administrative Motion for Leave to File Additional Motions for Summary Judgment and to Set a Case Management Conference. Having considered this matter and good cause having been shown, the Court GRANTS Plaintiffs' Motion as follows:

1. The Court grants Plaintiffs request for leave to file a motion for summary judgment that will resolve the following in relation to Plaintiffs' Third Amended Complaint (Dkt. No. 90) and Defendants' Answer thereto (Dkt. No. 91), as well as Defendants' Second Amended Counterclaim (Dkt. No. 72):

    a. All issues of liability pertaining to Plaintiffs' Eighth Cause of Action for the Unauthorized Distribution of Altered Copyright Management in violation of 17 U.S.C. § 1202(b) of the Digital Millennium Copyright Act (DMCA), as well as Defendants' Seventh Cause of Action for declaratory relief on whether Neo4j Sweden AB's inclusion of the Commons Clause in the Neo4j Sweden Software License violates the terms of that license and the Free Software Foundation's copyright in the AGPL, and Defendants' Second, Fifth, Sixth and Thirteenth Affirmative Defenses alleging the same.

    b. Defendants' Eighth Cause of Action for declaratory relief on whether the Commons Clause in the Neo4j Sweden Software License prevents Defendants from providing paid professional support services to end-users of Neo4j® software licensed under the Neo4j Sweden Software License.

    c. Defendants' Ninth Cause of Action for declaratory relief on whether Defendants had a right to fork Neo4j Sweden's "content" on Github, including the Neo4j® Mark, per the terms of Github's terms of service and Third Affirmative Defense alleging the same.

2. Plaintiffs shall file their moving papers on the foregoing claims and defenses ("Phase 2 Issues") on or before August 6, 2021. Defendants shall file their opposition to Plaintiffs' motion for summary judgment on Phase 2 Issues within twenty-one (21) days after Plaintiffs file their moving papers. Plaintiffs shall file their reply papers within fourteen (14) days after Defendants file their opposition. The page limits provided by Civil. L.R. 7-2 and 7-3 shall apply.

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3785878.1

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AND TO SET A CASE MANAGEMENT CONFERENCE; CASE NO. 5:18-CV-07182-EJD

3.      The Court further grants Plaintiffs' request to resolve the Parties' remaining claims and defenses ("Phase 3 Issues") via summary judgment motions, and if necessary, a trial. The parties shall file a supplemental case management statement with a proposed case schedule for Phase 3 on July 16, 2021.

4.      The Court shall hold a case management conference on August ____, 2021 to discuss the parties' proposed schedule, to set a trial date for Phase 3 Issues and to address any additional case management and trial setting issues.

**IT IS SO ORDERED.**

Dated:_____

EDWARD J. DAVILA
United States District Court Judge

842\3785878.1      - 3 -
ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AND TO SET A CASE MANAGEMENT CONFERENCE; CASE NO. 5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO