1  Adron W. Beene SB# 129040
   Adron G. Beene SB# 298088
2  Attorneys-at-Law
   7960 Soquel Drive, Ste B #296
3  Aptos, CA 95003
   Tel: (408) 392-9233
4  adron@adronlaw.com

5
   Attorneys for defendants:
6  PURETHINK LLC, a Delaware limited
   liability company, IGOV INC., a Virginia
7  corporation, and JOHN MARK SUHY

8

9             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11 | NEO4J, INC., a Delaware corporation, | CASE NO. 5:18-CV-7182 EJD
   | and NEO4J SWEDEN AB, a Swedish     |
12 | corporation,                       | **DEFENDANTS' NOTICE OF APPEAL (with Circuit Rule 3-2 Representation Statement attached)**
   | Plaintiffs,                        |
13 | v.                                 |
                                        | **PRELIMINARY INJUNCTION APPEAL**
14 | PURETHINK LLC, a Delaware limited  |
15 | liability company, IGOV INC., a    |
   | Virginia corporation, and JOHN     |
16 | MARK SUHY, an individual,          |
17 | Defendants.                        |

18 | AND RELATED COUNTERCLAIMS         |
19

20

21

22

23

24

25

1   Defendants PURETHINK LLC, IGOV INC. and JOHN MARK SUHY appeal
2   to the United States Court of Appeals for the Ninth Circuit from the "Order
3   Granting Plaintiffs' Motion for Partial Summary Judgment; Denying Defendants'
4   Cross-Motion for Summary Judgment," Dkt. No. 118, filed on May 18, 2021.
5   Dated: June 16, 2021

                                                         */s/ Adron W. Beene*
                                        Adron W. Beene SB# 129040
                                        Adron G. Beene SB# 298088
                                        Attorneys-at-Law
                                        7960 Soquel Drive, Ste B #296
                                        Aptos, CA 95003
                                        Tel: (408) 392-9233
                                        adron@adronlaw.com

**CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

**Appellants:**

PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, Defendants and Counter Claimants

**Represented By:**

**Adron W. Beene**
adron@adronlaw.com
**Adron G. Beene**
adronjr@adronlaw.com
Attorneys-at-Law
7960 Soquel Drive, Ste B #296
Aptos, CA 95003
408-392-9233

**Richard Starr** (Pro hac vice)
richardestarr@starrlaw.biz
Attorney-at-Law
2503 Childs Lane
Alexandria, VA 22308
703-780-3330

**Joseph A. Hearst** (appellate counsel)
jahearst@pacbell.net
Attorney-at-Law
1569 Solano Ave. #525
Berkeley, CA 94707
Tel: (510) 528-6863
Fax: (510) 280-2556

**Appellees:**

NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, Plaintiffs and Counter Defendants

**Represented By:**

**John V. Picone , III**
jpicone@hopkinscarley.com
**Jeffrey Michael Ratinoff**
jratinoff@hopkinscarley.com
Hopkins & Carley
The Letitia Building
70 South First Street
San Jose, CA 95113
(408) 286-9800
Fax: (408) 998-4790

Dated: June 16, 2021

　　　　　　　　　　　　　　　　　_____/s/ Adron G. Beene_____

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorneys-at-Law
7960 Soquel Drive, Ste B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

## **FILER'S ATTESTATION**

I, Adron G. Beene, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: June 16, 2021

_____/s/ Adron G. Beene_____
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorneys-at-Law
7960 Soquel Drive, Ste B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com