Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br>PURETHINK LLC, a Delaware limited<br>liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINSTRATIVE MOTION FOR LEAVE TO FILE ADDITIONA MOTIONS FOR SUMMARY JUDGMENT AND AGREEMENT TO SET A CASE MANAGEMENT CONFERENCE** |

## I.  Introduction

Purethink, LLC, iGov, Inc. and John Mark Suhy ("Defendants")' object to allowing a third motion for summary judgment and agree to a further case management conference.

## II. Phase 2 items already have a separate summary judgment; a third is not appropriate.

Plaintiffs seek an accelerated summary judgment on phase 2 claims and defenses under the concept this Court has already ruled – through a "ripple effect" - on phase 2 items in its order on phase 1. As explained in Defendant's June 10, 2021 response to plaintiffs' request for a third motion for summary judgment (Dkt. No. 120-1 Exhibit B), Defendants disagree the Court ruled on phase 2 items in phase 1. The parties stipulated to prioritize phase 1 discovery, and left the schedule for phase 2, including discovery cutoffs, to be determined at a further case management conference (Dkt. No. 68). As phase 2 discovery is incomplete, there can be no "ripple effect" of the phase 1 rulings on the phase 2 issues, as phase 2 is a seperate pool of evidence. If Defendants are wrong, then they have legitimate concerns with fundamental due process rights of bifricating issues for different phases, and changing the bifrication and denying defendants the right to take discovery and provide evidence on phase 2 issues in phase 1.

Defendants should be afforded the opportunity for discovery on the phase 2 issues and the phase 2 issues can be resolved on the summary judgment motion for phase 2. There is no reason to have a third summary judgment motion. See FRCP Rule 1.

## III. A further case management conference is appropriate

Defendants agree to a further case management conference for the phase 2 issues.

Dated: June 21, 2021

                                         */s/ Adron W. Beene*
                                     Adron W. Beene SB# 129040
                                     Adron G. Beene SB# 298088
                                     Attorney At Law
                                     Attorney for Defendants
                                     PURETHINK LLC,
                                     IGOV INC., and JOHN MARK SUHY

**FILER'S ATTESTATION**

I, Adron G. Beene, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: June 21, 2021

             */s/ Adron G. Beene*
             Adron G. Beene SB# 298088