Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**[Proposed] ORDER ON ADMINSTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AND AGREEMENT TO SET A CASE MANAGEMENT CONFERENCE** |

Having considered plaintiffs' administrative motion to for leave to file additional motions for summary judgment and agreement to set a case management conference, and all papers submitted by the parties in opposition and support of the that motion, the Court Orders as follows:

1. The Court DENIES Plaintiffs' request for leave to file a third motion for summary judgment.

2. The Court shall hold a case management conference on August \_\_\_\_, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Honorable Edward J. Davila

ORDER ON ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AND TO SET A CASE MANAGEMENT CONFERENCE
CASE NO. 5:18-cv-7182 EJD

2