1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406
    *mailing address:*
6   P.O. Box 1469
    San Jose, CA 95109-1469
7   Telephone:    (408) 286-9800
    Facsimile:    (408) 998-4790
8

9   Attorneys for Plaintiffs and Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

10  Adron W. Beene, Bar No. 129040
    adron@adronlaw.com
11  Adron G. Beene SB# 298088
    adronjr@adronlaw.com
12  Attorney at Law
    1754 Technology Drive, Suite 228
13  San Jose, CA 95110
    Tel: (408) 392-9233
14  Fax: (866) 329-0453

15  Attorneys for Defendants and Counterclaimants
    PURETHINK LLC, IGOV INC., and JOHN
16  MARK SUHY

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19  NEO4J, INC., a Delaware corporation,          CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN, AB,
20                                                 **STIPULATION AND [PROPOSED]**
                    Plaintiffs,                    **ORDER FOR MODIFICATION OF CASE**
21                                                 **SCHEDULE AND REQUEST FOR**
            v.                                     **SETTING OF A CASE MANAGEMENT**
22                                                 **CONFERENCE**
    PURETHINK LLC, a Delaware limited
23  liability company, IGOV INC., a Virginia
    corporation, and JOHN MARK SUHY, an
24  individual,

25                  Defendants.

26
    AND RELATED COUNTERCLAIMS.
27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

## STIPULATION

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys in compliance with the Court's Order after the July 22, 2021 Case Management Conference.  *See* Dkt. No. 128.  Plaintiffs and Defendants (collectively, the "Parties") hereby submit a proposed case schedule for Phase 2 of the above-entitled Action as follows:

1.      On April 10, 2020, the Court granted the Parties' stipulation concerning bifurcating the case into two phases.  Dkt. Nos. 66, 68. Phase 1 was to adjudicate Plaintiffs' claims pursuant to the Lanham Act and California's unfair competition law, Cal. Bus. & Prof. Code § 17200 et seq. ("UCL") and Defendants' counterclaims and related defenses (excluding their unclean hands defense). *See* Dkt. No. 68, ¶ 3.

2.      The Court also permitted the parties to depart from its one summary judgment motion rule by allowing them file a motion at the conclusion of Phase 1 and a motion during Phase 2. *See* Dkt. Nos. 66 and 68, ¶ 5 and ¶ 7.

3.      On the parties' respective Phase 1 summary judgment motions, the Court found in favor of Plaintiffs on all issues of liability pertaining to Plaintiffs' Lanham Act and UCL claims. Dkt. No. 118.  Defendants have appealed the Court's issuance of a preliminary injunction in conjunction with the granting of partial summary judgment on Plaintiffs' Lanham Act and UCL claims. *See* Dkt. No. 121.  The Ninth Circuit is hearing the appeal on an expedited basis pursuant to its rules on appeals of preliminary injunctions.  The Parties agree that the pending appeal does not impact proceeding with litigating their remaining, respective, claims and defenses in Phase 2.

4.      After the July 22, 2020 Case Management Conference, counsel for the Parties met and conferred regarding setting a case schedule through the close of discovery.

/ / /

/ / /

/ / /

/ / /

842\3810977.1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE AND REQUEST FOR SETTING OF A CASE MANAGEMENT CONFERENCE                                5:18-CV-07182-EJD

5. Accordingly, the Parties have agreed to a case schedule for Phase 2, as follows:

| Event | Deadline |
|-------|----------|
| Fact Discovery Cutoff | August 26, 2022 |
| Deadline(s) for Filing Fact Discovery Motions | September 2, 2022 |
| Designation of Opening Experts with Reports | September 16, 2022 |
| Designation of Rebuttal Experts with Reports | October 17, 2022 |
| Expert Discovery Cutoff | November 18, 2022 |
| Deadline for Filing Dispositive and *Daubert* Motions | January 13, 2023 |
| Last Day to File Oppositions to *Daubert* Motions | February 10, 2023 |
| Last Day to File Replies to *Daubert* Motions | February 27, 2023 |
| Hearing on Anticipated Dispositive and *Daubert* Motions | To be determined by the Court |
| Joint Trial Setting Conference Statement | To be determined by the Court |
| Trial Setting Conference | To be determined by the Court |

6. The parties also met and conferred regarding the format and timeline for Phase 2 summary judgment motions, and agreed that it is too early to determine the scope of such motions, what issues may be subject to such motions and whether such motions would be file sometime during fact discovery or at the deadline to file such motions.

7. Consistent with Section V.C. of the Court's Standing Order, a parties agree that a party intending to move for summary judgment will meet and confer with the other party at least 60 days before they intend to file such a motion to determine if the other party will be cross-moving for summary judgment. The parties will also discuss a briefing schedule, any proposed modifications to the page limits provided therein, and a proposed hearing date.

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3810977.1
- 3 -
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE AND REQUEST FOR
SETTING OF A CASE MANAGEMENT CONFERENCE
5:18-CV-07182-EJD

1       8.      After meeting and conferring, the parties will file a stipulation with the Court with

2  a briefing schedule, any proposed modifications to the page limits provided therein, and a

3  proposed hearing date.

4       **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

5  Dated:  August 3, 2021          HOPKINS & CARLEY

6                           A Law Corporation

7                           By: */s/ Jeffrey M. Ratinoff*

                             John V. Picone III

8                             Jeffrey M. Ratinoff

                             Attorneys for Plaintiffs and

9                             Counter-Defendants

                             NEO4J, INC. and NEO4J SWEDEN AB

10

11  Dated:  August 3, 2021

12                                 */s/ Adron W. Beene*

                             Adron W. Beene

13                             Adron G. Beene

                             Attorneys for Defendants and Counter-

14                             Claimants

                             PURETHINK LLC, IGOV INC., and

                             JOHN MARK SUHY

15

16       **IT IS SO ORDERED.**

17

18   Dated:_____

19                             EDWARD J. DAVILA

                             United States District Court Judge

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3810977.1                            - 4 -
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE AND REQUEST FOR
SETTING OF A CASE MANAGEMENT CONFERENCE                5:18-CV-07182-EJD

1

**ATTESTATION OF E-FILED SIGNATURE**

2        Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3  the filing of this document from all signatories for whom a signature is indicated by a

4  "conformed" signature (/s/) within this electronically filed document and I have on file records to

5  support this concurrence for subsequent production to the Court if so ordered or for inspection

6  upon request.

7  Dated:  August 3, 2021                      HOPKINS & CARLEY
                                               A Law Corporation
8

9                                              By: */s/ Jeffrey M. Ratinoff*
                                                   John V. Picone III
10                                                 Jeffrey M. Ratinoff
                                                   Cary Chien
11                                                 Attorneys for Plaintiffs and
                                                   Counter-Defendants
12                                                 NEO4J, INC. and NEO4J SWEDEN AB

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

842\3810977.1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE AND REQUEST FOR
SETTING OF A CASE MANAGEMENT CONFERENCE                                    5:18-CV-07182-EJD