John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene Bar No. 298088
adronjr@adronlaw.com
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN
MARK SUHY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>             Plaintiffs,<br><br>    v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>             Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CLAIMS** |
| AND RELATED COUNTERCLAIMS. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

1

## **STIPULATION**

2      This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and

3    Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink

4    LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective

5    attorneys:

6      WHEREAS, on July 29, 2021, the parties met and conferred over the Phase 2 schedule.

7    The parties also discussed potentially narrowing the scope of their claims to streamline discovery

8    in Phase 2.  Such discusses have continued after Plaintiffs sent Defendants a substantive letter

9    detailing what Plaintiffs believed to be legal defects in certain claims asserted in Defendants'

10   Second Amended Counterclaim (Dkt. No. 72) and affirmative defenses asserted in Defendants'

11   Answer to Plaintiffs' Third Amended Complaint (Dkt. No. 91).

12     WHEREAS, Fed. R. Civ. P. 41 only permits the complete dismissal of a complaint or

13   counterclaim, and does not permit the dismissal of only certain claims "from a multi-claim

14   complaint." *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389, 1392 (9th Cir. 1988).  Instead,

15   where a party seeks to drop certain claims, the proper procedure is to either amend the complaint

16   pursuant to Fed. R. Civ. P. 15(a) or that certain claims will not be pursued or will be dismissed.

17   *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 688 (9th Cir. 2005) ("Federal

18   Rule of Civil Procedure 15(a) is the appropriate mechanism '[w]here a plaintiff desires to

19   eliminate an issue, or one or more but less than all of several claims, but without dismissing as to

20   any of the defendants'") (internal citations omitted).

21     WHEREAS, Defendants have agreed to no longer pursue and to dismiss their (a) Second

22   Cause of Action for Intentional Interference with Contract (Dkt. No. 72, ¶¶ 35-43), and (b)

23   Twelfth Cause of Action for Unfair Business Practices (Dkt. No. 72, ¶¶ 99-128).

24     WHEREAS, Defendants acknowledge that Plaintiffs will be filing a motion for judgment

25   on the pleadings on the remaining counterclaims that Defendants were unwilling to dismiss.  As a

26   result, within twenty-one (21) days after the Court issues an order on that motion, Defendants will

27   amend their counterclaims in accordance with this stipulation and in a manner consistent with the

28   Court's rulings in that order.

1       WHEREAS, Defendants have appealed the Court's Preliminary Junction, which is based

2    in part on the Court's determination that the Neo4j Sweden Software License did not permit

3    Defendants to remove the Commons Clause from that License. *See* Dkt. No. 118 at 6:18-26,

4    24:7-25:19. As such, should the Court of Appeal affirm that ruling, Defendants agree that they

5    will no longer pursue and take all necessary steps to dismiss their Seventh Cause of Action for

6    Declaratory Relief, which seeks a determination as to whether Neo4j Sweden AB's inclusion of

7    Common Clause in the Neo4j Sweden Software License violated its terms (Dkt. No. 72, ¶¶ 62-

8    69), and similarly pled Fifth, Sixth and Thirteenth Affirmative Defenses (Dkt. No. 91 at 19:9-

9    20:9, 22:22-24:5).

10       WHEREAS, Plaintiffs have agreed to no longer pursue and to dismiss their Sixth Cause of

11    Action for Invasion of Privacy (Cal. Penal Code §§ 632, 637.2). Dkt. No. 90, ¶¶ 148-156. Since

12    Plaintiffs' motion for judgment on the pleadings will also seek the dismissal of certain affirmative

13    defenses, Plaintiffs will seek leave to file an amended complaint that omits their Sixth Cause of

14    Action within twenty-one (21) days after the Court issues an order on that motion, and

15    Defendants will file an answer thereto that is consistent with the Court's ruling on that motion,

16    and will not assert new or different affirmative defenses.

17       IT IS HEREBY STIPULATED THAT:

18       1.     Defendants will no longer pursue and agree to dismiss their Second Cause of

19    Action for Intentional Interference with Contract (Dkt. No. 72, ¶¶ 35-43), and Twelfth Cause of

20    Action for Unfair Business Practices (Dkt. No. 72, ¶¶ 99-128) asserted in their Second Amended

21    Counterclaim.

22       2.     Defendants will amend their Second Amended Counterclaim to omit their Second

23    Cause of Action for Intentional Interference with Contract, and Twelfth Cause of Action for

24    Unfair Business Practices (Dkt. No. 72, ¶¶ 99-128), and in a manner consistent with the Court's

25    ruling on Plaintiffs' Motion for a Judgment on the Pleadings within twenty-one (21) days after the

26    Court issues an order ruling on that motion.

27       3.     Plaintiffs will no longer pursue and agree to dismiss their Sixth Cause of Action

28    for Invasion of Privacy (Cal. Penal Code §§ 632, 637.2). Dkt. No. 90, ¶¶ 148-156. Plaintiffs will

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3836151.2

- 3 -

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CLAIMS

5:18-CV-07182-EJD

1  seek leave to file an amended complaint that omits their Sixth Cause of Action within twenty-one

2  (21) days after the Court issues an order on that motion.

3        4.      Defendants will file an answer to Plaintiffs' further amended complaint that is

4  consistent with this stipulation and the Court's ruling on Plaintiffs' Motion for a Judgment on the

5  Pleadings, and will not assert any new or different affirmative defenses.

6        **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

7  Dated:  September 2, 2021                    HOPKINS & CARLEY
                                                A Law Corporation
8

9                                              By: */s/ Jeffrey M. Ratinoff*
                                                   John V. Picone III
10                                                 Jeffrey M. Ratinoff
                                                   Attorneys for Plaintiffs and
11                                                 Counter-Defendants
                                                   NEO4J, INC. and NEO4J SWEDEN AB
12

13

14  Dated:  September 2, 2021                    */s/ Adron W. Beene*
                                                 Adron W. Beene
15                                               Adron G. Beene
                                                 Attorneys for Defendants and Counter-
16                                               Claimants
                                                 PURETHINK LLC, IGOV INC., and
17                                               JOHN MARK SUHY

18        **IT IS SO ORDERED.**

19

20  Dated:_____   _____
21                                              EDWARD J. DAVILA
                                                United States District Court Judge
22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2        Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3  the filing of this document from all signatories for whom a signature is indicated by a

4  "conformed" signature (/s/) within this electronically filed document and I have on file records to

5  support this concurrence for subsequent production to the Court if so ordered or for inspection

6  upon request.

7  Dated:  September 2, 2021                          HOPKINS & CARLEY
                                                      A Law Corporation
8

9                                                     By: */s/ Jeffrey M. Ratinoff*
                                                          John V. Picone III
10                                                        Jeffrey M. Ratinoff
                                                          Attorneys for Plaintiffs and
11                                                        Counter-Defendants
                                                          NEO4J, INC. and NEO4J SWEDEN AB
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

842\3836151.2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CLAIMS                    5:18-CV-07182-EJD