UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEO4J, INC.; NEO4J SWEDEN AB, Plaintiffs-counter-defendants-Appellees, v. PURETHINK, LLC; et al., Defendants-counter-claimants-Appellants. | No. 21-16029 D.C. No. 5:18-cv-07182-EJD Northern District of California, San Jose ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants' unopposed motion (Docket Entry No. 15), joined in part by appellees, to file under seal Volumes 10 and 11 of the excerpts of record is granted. The Clerk will publicly file the opening brief (Docket Entry No. 14), Volumes 1 through 9 of the excerpts of record (Docket Entry No. 16), and the motion to seal (Docket Entry No. 15-1). The Clerk will file under seal Volumes 10 and 11 of the excerpts of record (Docket Entry Nos. 15-2 and 15-3).

The existing briefing schedule remains in effect.

MKS/MOATT