| | |
|---|---|
| 1 | Adron W. Beene SB# 129040 |
| 2 | Adron G. Beene SB# 298088 |
|   | Attorney at Law |
| 3 | 7960 Soquel Drive, suite B#296 |
|   | Aptos, CA 95003 |
| 4 | Tel: (408) 392-9233 |
| 5 | |
|   | adron@adronlaw.com |
| 6 | |

Attorneys for defendants and counterclaimants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, | CASE NO. 5:18-cv-07182-EJD |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF BRIEFING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | Hearing Date: January 13, 2022 Time 9:00 a.m. Courtroom 4, 5th floor Judge: Edward J. Davila |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION**

This Stipulation is made pursuant to Civil L.R. 6-2 and between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys. Plaintiffs and Defendants (collectively, the "Parties") stipulate to the following modifications to the briefing schedule on Motion for Judgment on the Pleadings Re: Defendants' Second Amended Counterclaims and Answer to Third Amended Complaint; Memorandum of Points and Authorities in Support Thereof filed by Neo4j Sweden AB, Neo4j, Inc. Motion Hearing set for January 13, 2022, 09:00 AM before the Honorable Edward J. Davila (Dkt. No. 132) and for good cause showing as follows:

1. Plaintiffs filed their motion for Judgment on the Pleadings Re: Defendants' Second Amended Counterclaims and Answer to Third Amended Complaint on September 3, 2021.

2. Defendants' opposition is presently due September 17, 2021.

3. Plaintiffs' reply is presently due September 24, 2021.

4. Defendants have requested an agreement to have more time to file their response to the motion with more time for Plaintiffs' to file their reply to the motion as well.

5. The Parties agree that the deadline to file Defendants' opposition shall now be September 27, 2021 and the deadline to file Plaintiffs' reply shall now be October 12, 2021.

6. The Parties agree the Motion for Judgment on the Pleadings may be submitted on the papers without oral argument.

//
//
//
//
//
//
//

The Parties agree to the following change in the briefing schedule on the Motion for Judgment on the Pleadings:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opposition to motion due | September 17, 2021 | September 27, 2021 |
| Reply to motion due | September 24, 2021 | October 12, 2021 |

The Parties further consent to the Court taking the Motion under submission without oral argument once the motion is fully briefed by the Parties.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  September 14, 2021

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Cary Chien
Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated:  September 14, 2021

 */s/ Adron G. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**IT IS SO ORDERED.**

Dated: _____

EDWARD J. DAVILA
United States District Court Judge

- 4 -

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  September 14, 2021

                               */s/ Adron G. Beene*
                               Adron W. Beene
                               Adron G. Beene
                               Attorneys for Defendants and Counter-Claimants
                               PURETHINK LLC, IGOV INC., and JOHN MARK SUHY