UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEO4J, INC. and NEO4J SWEDEN AB,<br><br>   Plaintiffs-counter-defendants - Appellees,<br><br>   v.<br><br>PURETHINK, LLC; et al.,<br><br>   Defendants-counter-claimants - Appellants. | No. 21-16029<br><br>D.C. No. 5:18-cv-07182-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered February 18, 2022 amended March 14, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7