Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendants and Counter Claimants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendant. | CASE NO.  5:18-cv-07182-EJD<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**<br><br>Action Filed:    November 28, 2018<br>Trial Date:       None |

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

1  Plaintiff Neo4j, Inc.'s ("Neo4j") requests through joint letter brief to compel
2  Defendant iGov Inc. ("GFI") to provide further responses to Request for Production
3  (RFP) Nos. 45-51, 65 and 72-73 and Interrogatory No. 26. For the reasons discussed
4  in the parties' papers and/or at hearing, the Court ORDERS as follows:

  1. Neo4j's motion is denied in its entirety.

 **SO ORDERED.**

Dated: _____, 2022

                 Judge Susan van Keulen
                 U.S. Magistrate Judge

ORDER DENYING NEO4J, INC.'S MOTION TO COMPEL