John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene SB# 298088
adronjr@adronlaw.com
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>                    Plaintiffs,<br><br>         v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE** |

# STIPULATION

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys. Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate to modify the current case schedule for the above-entitled action for good cause showing as follows:

1. On April 10, 2020, the Court granted the Parties' stipulation concerning bifurcating the case into two phases. Dkt. Nos. 66, 68. Phase 1 was to adjudicate Plaintiffs' claims pursuant to the Lanham Act and California's unfair competition law, Cal. Bus. & Prof. Code § 17200 et seq. ("UCL") and Defendants' counterclaims and related defenses (excluding their unclean hands defense). *See* Dkt. No. 68, ¶ 3.

2. The Court also permitted the parties to depart from its one summary judgment motion rule by allowing them file a motion at the conclusion of Phase 1 and a motion during Phase 2. *See* Dkt. Nos. 66 and 68, ¶ 5 and ¶ 7.

3. On the parties' respective Phase 1 summary judgment motions, the Court found in favor of Plaintiffs on all issues of liability pertaining to Plaintiffs' Lanham Act and UCL claims. Dkt. No. 118. Defendants appealed the Court's issuance of a preliminary injunction in conjunction with the granting of partial summary judgment on Plaintiffs' Lanham Act and UCL claims. *See* Dkt. No. 121. The Ninth Circuit upheld this Court's decision on February 18, 2022, and denied Defendants' petition for rehearing on March 14, 2022. Dkt. 140-142. Thus, the only remaining issue to be decided in relation to Phase 1 is Plaintiffs' the amount of damages incurred and Defendants unclean hands defense.

4. After the July 22, 2020 Case Management Conference, counsel for the Parties met and conferred regarding setting a case schedule through the close of discovery for Phase 2. The Court approved that schedule on August 8, 2021. *See* Dkt. No. 129.

5. On September 3, 2021, Plaintiffs filed a motion for judgment on the pleadings seeking to dismiss a number of counterclaims asserted in Defendants' Second Amended Counterclaims and Answer to Third Amended Complaint ("Plaintiffs' Motion"). *See* Dkt. No.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4886-1096-0421.2
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

1  132.  As of October 12, 2021, Plaintiffs' Motion was fully briefed and the parties agreed that the
2  motion be submitted on the papers without oral argument.  *See* Dkt. Nos. 136-138

3     6.   On January 4, 2022, the Court notified the Parties that Plaintiffs' Motion would be
4  taken under submission without oral argument.  Dkt. No. 139.  As of the time of this Stipulation,
5  the Court has yet to rule on Plaintiffs' Motion.

6     7.   The Parties agree that should the Court grant some or all of Plaintiffs' Motion, the
7  scope of fact and expert discovery, the issues that can be determined on summary judgment, and
8  the claims and defenses to be tried will be reduced.  As a result, the Parties believe that in the
9  interest of judicial economy, the current deadlines be extended by approximately ninety (90)
10 days.  This will allow the Court additional time to rule on Plaintiffs' Motion, while also
11 conserving the resources of the parties and the Court and allowing the parties to conduct any
12 discovery that may be necessitated by the Court's ruling on Plaintiffs' Motion.

13    8.   Accordingly, the Parties have agreed that there is good cause to modify the case
14 schedule for Phase 2 as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | August 26, 2022 | December 1, 2022 |
| Deadline(s) for Filing Fact Discovery Motions | September 2, 2022 | December 8, 2022 |
| Designation of Opening Experts with Reports | September 16, 2022 | December 22, 2022 |
| Designation of Rebuttal Experts with Reports | October 17, 2022 | January 23, 2023 |
| Expert Discovery Cutoff | November 18, 2022 | February 23, 2023 |
| Deadline for Filing Dispositive and *Daubert* Motions | January 13, 2023 | April 20, 2023 |
| Last Day to File Oppositions to *Daubert* Motions | February 10, 2023 | May 18, 2023 |
| Last Day to File Replies to *Daubert* Motions | February 27, 2023 | June 5, 2023 |

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4886-1096-0421.2                                - 3 -
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

| Hearing on Anticipated Dispositive and *Daubert* Motions | *See* the Court's Standing Order Section IV.A.1 | *See* the Court's Standing Order Section IV.A.1 |
| --- | --- | --- |
| Joint Trial Setting Conference Statement | July 25, 2022 | To be determined by the Court |
| Trial Setting Conference | August 4, 2022 | To be determined by the Court |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 21, 2022

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

Dated:  June 21, 2022

  */s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**IT IS SO ORDERED.**

Dated:_____

EDWARD J. DAVILA
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4886-1096-0421.2
- 4 -
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: June 21, 2022

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4886-1096-0421.2
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD