1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:    (408) 286-9800
   Facsimile:     (408) 998-4790
8
9  Attorneys for Plaintiffs and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB

10  Adron W. Beene, Bar No. 129040
    adron@adronlaw.com
11  Adron G. Beene SB# 298088
    adronjr@adronlaw.com
12  Attorney at Law
    1754 Technology Drive, Suite 228
13  San Jose, CA 95110
    Tel: (408) 392-9233
14  Fax: (866) 329-0453

15  Attorneys for Defendants and Counterclaimants
    PURETHINK LLC, IGOV INC., and JOHN
16  MARK SUHY

17                   UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19  NEO4J, INC., a Delaware corporation,        CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN, AB,
20                                              **STIPULATION AND [~~PROPOSED~~]**
                    Plaintiffs,                 **ORDER FOR MODIFICATION OF CASE**
21                                              **SCHEDULE**
            v.
22
    PURETHINK LLC, a Delaware limited
23  liability company, IGOV INC., a Virginia
    corporation, and JOHN MARK SUHY, an
24  individual,

25                  Defendants.

26  _____

27  AND RELATED COUNTERCLAIMS.

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦PALO ALTO

## **STIPULATION**

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys. Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate to modify the current case schedule for the above-entitled action for good cause showing as follows:

1.      On April 10, 2020, the Court granted the Parties' stipulation concerning bifurcating the case into two phases. Dkt. Nos. 66, 68. Phase 1 was to adjudicate Plaintiffs' claims pursuant to the Lanham Act and California's unfair competition law, Cal. Bus. & Prof. Code § 17200 et seq. ("UCL") and Defendants' counterclaims and related defenses (excluding their unclean hands defense). *See* Dkt. No. 68, ¶ 3.

2.      The Court also permitted the parties to depart from its one summary judgment motion rule by allowing them file a motion at the conclusion of Phase 1 and a motion during Phase 2. *See* Dkt. Nos. 66 and 68, ¶ 5 and ¶ 7.

3.      On the parties' respective Phase 1 summary judgment motions, the Court found in favor of Plaintiffs on all issues of liability pertaining to Plaintiffs' Lanham Act and UCL claims. Dkt. No. 118. Defendants appealed the Court's issuance of a preliminary injunction in conjunction with the granting of partial summary judgment on Plaintiffs' Lanham Act and UCL claims. *See* Dkt. No. 121. The Ninth Circuit upheld this Court's decision on February 18, 2022, and denied Defendants' petition for rehearing on March 14, 2022. Dkt. 140-142. Thus, the only remaining issue to be decided in relation to Phase 1 is Plaintiffs' the amount of damages incurred and Defendants unclean hands defense.

4.      After the July 22, 2020 Case Management Conference, counsel for the Parties met and conferred regarding setting a case schedule through the close of discovery for Phase 2. The Court approved that schedule on August 8, 2021. *See* Dkt. No. 129.

5.      On September 3, 2021, Plaintiffs filed a motion for judgment on the pleadings seeking to dismiss a number of counterclaims asserted in Defendants' Second Amended Counterclaims and Answer to Third Amended Complaint ("Plaintiffs' Motion"). *See* Dkt. No.

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

4886-1096-0421.2
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

132. As of October 12, 2021, Plaintiffs' Motion was fully briefed and the parties agreed that the motion be submitted on the papers without oral argument. *See* Dkt. Nos. 136-138

6.     On January 4, 2022, the Court notified the Parties that Plaintiffs' Motion would be taken under submission without oral argument. Dkt. No. 139. As of the time of this Stipulation, the Court has yet to rule on Plaintiffs' Motion.

7.     The Parties agree that should the Court grant some or all of Plaintiffs' Motion, the scope of fact and expert discovery, the issues that can be determined on summary judgment, and the claims and defenses to be tried will be reduced. As a result, the Parties believe that in the interest of judicial economy, the current deadlines be extended by approximately ninety (90) days. This will allow the Court additional time to rule on Plaintiffs' Motion, while also conserving the resources of the parties and the Court and allowing the parties to conduct any discovery that may be necessitated by the Court's ruling on Plaintiffs' Motion.

8.     Accordingly, the Parties have agreed that there is good cause to modify the case schedule for Phase 2 as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | August 26, 2022 | December 1, 2022 |
| Deadline(s) for Filing Fact Discovery Motions | September 2, 2022 | December 8, 2022 |
| Designation of Opening Experts with Reports | September 16, 2022 | December 22, 2022 |
| Designation of Rebuttal Experts with Reports | October 17, 2022 | January 23, 2023 |
| Expert Discovery Cutoff | November 18, 2022 | February 23, 2023 |
| Deadline for Filing Dispositive and *Daubert* Motions | January 13, 2023 | April 20, 2023 |
| Last Day to File Oppositions to *Daubert* Motions | February 10, 2023 | May 18, 2023 |
| Last Day to File Replies to *Daubert* Motions | February 27, 2023 | June 5, 2023 |

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4886-1096-0421.2
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

| | | |
|---|---|---|
| Hearing on Anticipated Dispositive and *Daubert* Motions | *See* the Court's Standing Order Section IV.A.1 | *See* the Court's Standing Order Section IV.A.1 |
| Joint Trial Setting Conference Statement | July 25, 2022 | To be determined by the Court |
| Trial Setting Conference | August 4, 2022 | To be determined by the Court |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 21, 2022

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated:  June 21, 2022

*/s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-
Claimants
PURETHINK LLC, IGOV INC., and
JOHN MARK SUHY

**IT IS SO ORDERED.**

Dated:  June 22, 2022

EDWARD J. DAVILA
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

1

## ATTESTATION OF E-FILED SIGNATURE

2        Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3   the filing of this document from all signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this electronically filed document and I have on file records to

5   support this concurrence for subsequent production to the Court if so ordered or for inspection

6   upon request.

7   Dated:  June 21, 2022                    HOPKINS & CARLEY
                                             A Law Corporation
8

9                                           By: */s/ Jeffrey M. Ratinoff*
                                               John V. Picone III
10                                             Jeffrey M. Ratinoff
                                               Attorneys for Plaintiffs and
11                                             Counter-Defendants
                                               NEO4J, INC. and NEO4J SWEDEN AB
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4886-1096-0421.2

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD