UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PURETHINK, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-07182-EJD   (SVK)<br><br>**ORDER SETTING HEARING FOR DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 145 |

The Court is in receipt of the Parties' joint submission at Dkt. 145. The issues presented will benefit from oral argument. Accordingly, this matter is set for a discovery hearing on Tuesday, June 28, 2022 at 11a.m. Parties to appear by video, only. At the hearing, the Parties are to be prepared to address the following:

1. The products which form the basis for the remaining damages case.

2. The relevant damages time period.

3. In the relevant time period, does iGov have additional sources of revenue other than the products at issue in this action?

4. Support for iGov's position that its 2021 financials will not be available until October of 2022.

5. Who is the person at iGov most knowledgeable regarding questions 3, 4 above?

**SO ORDERED.**

Dated: June 23, 2022

SUSAN VAN KEULEN
United States Magistrate Judge