United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEO4J, INC., et al.,

                    Plaintiffs,

          v.

PURETHINK, LLC, et al.,

                    Defendants.

Case No.  18-cv-07182-EJD   (SVK)

**ORDER ON JOINT DISCOVERY LETTER BRIEF**

Re: Dkt. No. 145

        Before the Court is the Parties' joint letter brief regarding a discovery dispute over Defendant iGov Inc.'s production of documents and an interrogatory response.  Dkt. 145.  The Court held a hearing on June 28, 2022, pursuant to which Counsel appeared and responded to the Court's questions at Dkt. 148.  The Parties agree that the relevant time period for damages is 2018-present.  The Court's rulings on the production of documents are contained in **Exhibit A.**  Amended responses ordered in Exhibit A are due on **July 8, 2022.**  Supplemental productions are due **July 19, 2022.**  The request to compel an interrogatory response, to the extent not resolved by the supplemental document production, is **DENIED.**  The interrogatory as posed is better suited for a 30(b)6 deposition.

        **SO ORDERED.**

Dated: June 28, 2022

SUSAN VAN KEULEN
United States Magistrate Judge