**EXHIBIT A**

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 45:** All DOCUMENTS, including but not limited to invoices, purchase orders, sales orders, contracts, and/or agreements, evidencing YOUR provision of consulting, support and/or development services relating to Neo4j software. | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the [iGov] only. | Neo4j proposes that iGov: (a) withdraw its boilerplate burden and relevancy objections;<br><br>(b) conduct a diligent search for and reasonable inquiry to locate responsive documents, including all invoices, and produce all such documents subject to the Protective Order (Dkt. No. 34); and<br><br>(c) amend its response in conformance with FRCP 34(b)(2)(B).<br><br>Neo4j further proposes that iGov provide a declaration detailing the nature of its efforts to locate responsive documents. To the extent iGov does not have any additional responsive documents in its possession, custody, or control, it must state that it has conducted a diligent search and reasonable inquiry, including the sources and custodians searched, and the | iGov agrees to provide its profit and loss statement, and balance sheet for 2021 in October of this year. | Defendant is to provide an amended response affirmatively stating that there are no responsive documents. Amended response is to be verified by the party, under penalty of perjury. |

**EXHIBIT A**

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | Subject to and without waiver of the foregoing objections, [iGov] responds as follows:<br><br>Not aware of any documents responsive to this request. | steps undertaken in conducting the searching, including any search terms used. *See Apple, Inc. v. Samsung Elecs. Co. Ltd.*, Case No. 12-cv-0630-LHK (PSG), 2013 WL 1942163, at *3 (N.D. Cal. May 9, 2013) (recipients of discovery requests must be transparent in the manner in which they search for ESI, including providing the search terms used); *V5 Techs. v. Switch, Ltd.*, 332 F.R.D. 356, 367 (D. Nev. 2019) (ordering a sworn declaration from a proper custodian identifying with particularity the details of each of the searches conducted and supplemental production of all non-privileged responsive documents located in the search). | | |
| **REQUEST FOR PRODUCTION NO. 46:** All DOCUMENTS, including but not limited to invoices, purchase orders, | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims | Same proposal as RFP No. 45. | Same proposal as RFP No. 45. | Defendant is to provide an amended response affirmatively stating that there are no responsive documents. Amended |

4889-6346-1667.2

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| sales orders, contracts, and/or agreements, evidencing YOUR provision of consulting, support and/or development services relating to iGov's Government Package for Neo4j and/or iGov's Government Development Packages for Neo4j. | or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows: | | | response is to be verified by the party, under penalty of perjury. |

**EXHIBIT A**

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | Not aware of any documents responsive to this request. | | | |
| **REQUEST FOR PRODUCTION NO. 47:** All DOCUMENTS, including but not limited to invoices, purchase orders, sales orders, contracts, and/or agreements, evidencing YOUR provision of consulting, support and/or development services relating to ONgDB Enterprise software. | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and | Same proposal as RFP No. 45. | Same proposal as RFP No. 45. | Defendant is to produce all invoices that reflect revenue received by iGov during the relevant time period, 2018-present, without regard for whether the invoices "relate to" ONgDB Enterprise Software. All additional invoices are to be produced as they are generated. |

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows:<br><br>See folder entitled "RFP2-IGOV/47". | | | |
| **REQUEST FOR PRODUCTION NO. 48:** All DOCUMENTS which report, indicate, or identify YOUR gross profits generated from the sale or licensing of software. | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any | Neo4j proposes that iGov (a) withdraw its boilerplate burden and relevancy objections;<br><br>(b) produce its bank statements and all other documents evidencing its profits and/or used to calculate its profits in its financial statements for 2017 through 2021 subject to the Protective Order (Dkt. No. 34);<br><br>(c) immediately produce its financial statements for 2021 subject to the Protective Order (Dkt. No. 34); and | Same proposal as RFP No. 45. | Defendant is to provide an amended response affirmatively stating that there are no responsive documents. Amended response is to be verified by the party, under penalty of perjury. |

**EXHIBIT A**

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows:<br><br>Not aware of any documents responsive to this request. | (d) amend its response in conformance with FRCP 34(b)(2)(B).<br><br>Neo4j further proposes that iGov provide a declaration detailing the nature of its efforts to locate responsive documents. To the extent iGov does not have any responsive documents in its possession, custody, or control, it must state that it has conducted a diligent search and reasonable inquiry, including the sources and custodians searched, and the steps undertaken in conducting the searching, including any search terms used. *See, e.g., Apple*, 2013 WL 1942163, at *3 (N.D. Cal. May 9, 2013); *V5 Techs.*, 332 F.R.D. at 367. | | |
| **REQUEST FOR PRODUCTION NO. 49:** All DOCUMENTS which report, indicate, or identify YOUR net profits generated from the sale or licensing of | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to | Same proposal as RFP No. 48. | Same proposal as RFP No. 45. | Defendant is to provide an amended response affirmatively stating that there are no responsive documents. Amended response is to be verified by |

4889-6346-1667.2

EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| software, including but not limited to DOCUMENTS that show the means through which the net profit was calculated (such as the categories of reduction from gross profit and the amounts of reduction). | lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows: | | | the party, under penalty of perjury. |

4889-6346-1667.2

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | Not aware of any documents responsive to this request. | | | |
| **REQUEST FOR PRODUCTION NO. 50:** All DOCUMENTS which report, indicate, or identify YOUR gross profits generated from the sale or provision of consulting, support and/or development services. | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and | Neo4j proposes that iGov (a) withdraw its boilerplate burden and relevancy objections; <br><br> (b) produce its bank statements and all other documents evidencing its profits and/or used to calculate its profits in its financial statements for 2017 through 2021 subject to the Protective Order (Dkt. No. 34); <br><br> (c) immediately produce its financial statements for 2021 subject to the Protective Order (Dkt. No. 34); and <br><br> (d) amend its response in conformance with FRCP 34(b)(2)(B). | Same proposal as RFP No. 45. | Defendant is to produce all invoices that reflect revenue received by iGov during the relevant time period, 2018-present, generated from the sale or provision of consulting, support and/or development services. |

4889-6346-1667.2

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows:<br><br>Responding Party will produce relevant non-privileged documents responsive to this request to the extent they have not already been produced by Plaintiff. | | | |
| **REQUEST FOR PRODUCTION NO. 51:** All DOCUMENTS which report, indicate, or identify YOUR net profits generated from the sale or provision of consulting, support and/or development services, including but not limited to DOCUMENTS that show the means through which the net profit was calculated (such as the categories of reduction from gross profit and the amounts of reduction). | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. | Same proposal as RFP No. 50. | Same proposal as RFP No. 45. | Defendant is to produce all documents upon which it relies to reduce its gross profits to net profits in the period 2018-present. |

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows:<br><br>See response for REQUEST FOR PRODUCTION NO. 72 below. | | | |
| **REQUEST FOR PRODUCTION NO. 65:** All credit card statements, bank account statements, telephone bills, utility bills and payroll statements and invoices for normal business expenses received | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] | Neo4j proposes that iGov (a) withdraw its boilerplate burden and relevancy objections;<br><br>(b) produce its bank statements and all other documents evidencing its | Same proposal as RFP No. 45. | Defendant is to produce all documents upon which it relies to reduce its gross profits to net profits in the period 2018-present. |

EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| and/or paid by YOU at any time between January 1, 2014 and the present. | objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the [iGov] only.<br><br>Based on these objections, all credit card statements, bank account statements, telephone bills, utility bills and payroll statements and invoices for normal business expenses received and/or paid by YOU at any time between January 1, | profits and losses and/or used to calculate its profits and loss in its financial statements for 2017 through 2021 subject to the Protective Order (Dkt. No. 34); and<br><br>(c) amend its response in conformance with FRCP 34(b)(2)(B). | | |

4889-6346-1667.2

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | 2014 and the present are withheld. | | | |
| **REQUEST FOR PRODUCTION NO. 72:** YOUR general ledger, profit and loss statement and balance sheets from 2016 to the present. | [iGov] objects this request is harassing, oppressive and burdensome. [iGov] objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. [iGov] objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. [iGov] objects to the request as the information sought is subject to privacy rights. [iGov] objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by [iGov]. [iGov] objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and | Neo4j proposes that iGov (a) withdraw its boilerplate burden and relevancy objections; and<br><br>(b) immediately produce its financial statements for 2021 subject to the Protective Order (Dkt. No. 34).<br><br>To the extent iGov claims it cannot provide its 2021 financial statements until October 17, 2022, it should provide declaration explaining who is responsible for preparing iGov's financial statements and explain why it cannot be done sooner. *See, e.g., Apple*, 2013 WL 1942163, at *3 (N.D. Cal. May 9, 2013); *V5 Techs.*, 332 F.R.D. at 367. | Same proposal as RFP No. 45. | Defendant is to amend its response to affirmatively state that it does not have any general ledgers for the period 2018-present. Amended response is to be verified by the party, under penalty of perjury.<br><br>Defendant is to produce its 2021 P&L statement no later than July 19, 2021. |

4889-6346-1667.2

# EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | responds to this request as the [iGov] only.<br><br>Subject to and without waiver of the foregoing objections, [iGov] responds as follows:<br><br>Responding Party will produce relevant non-privileged documents responsive to this request to the extent they have not already been produced by Plaintiff | | | |
| **REQUEST FOR PRODUCTION NO. 73:** YOUR state and federal tax returns from 2016 to the present. | Responding Party objects this request is harassing, oppressive and burdensome. Responding Party objects to this request as it is not relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence. Responding Party objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. Responding Party objects to the request as the | Neo4j proposes that iGov (a) withdraw its boilerplate burden and relevancy objections;<br><br>(b) amend its response in conformance with FRCP 34(b)(2)(B); and<br><br>(c) immediately produce its tax returns for the years 2016 through 2021 subject to the Protective Order (Dkt. No. 34). | Same proposal as RFP No. 45. | This request is held in abeyance for the present and may be reasserted by Plaintiff upon a showing of good cause. |

4889-6346-1667.2

EXHIBIT A

**Joint Chart for Plaintiff Neo4j, Inc.'s Request for Production, Set 2 to Defendant iGov Inc., RFP Nos. 45-51, 65, 72-73**

| Request for Production | iGov's Amended Response | Neo4j's Proposal | iGov's Proposal | ORDER |
|---|---|---|---|---|
| | information sought is subject to privacy rights. Responding party objects to the instructions for this request as the instructions exceed what is required under the federal rules, and any production will be in either .pdf or in the native format as maintained by Responding Party. Responding party objects to the definition of "YOU," YOUR," or "iGOV" as vague and overbroad, and responds to this request as the Responding Party only. Responding Party objects to this request as tax returns are protected by privilege and privacy rights. *Strawn v. Morris, Polich & Purdy, LLP*, 30 Cal. App. 5th 1087, 1098–99, *Terwilliger v. York Int'l Corp.*, 176 F.R.D. 214, 216 (W.D. Va. 1997).<br><br>Based on these objections, tax returns from 2014 to present are withheld. | To the extent iGov claims it cannot immediately produce its 2021 tax returns, it should provide declaration explaining who is responsible for preparing those tax returns and why it cannot be prepared and produced sooner. *See, e.g., Apple*, 2013 WL 1942163, at *3 (N.D. Cal. May 9, 2013); *V5 Techs.*, 332 F.R.D. at 367. | | |