John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**NOTICE REGARDING SUBMITTED MATTER RE: PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. NO. 132)**<br><br>[Civ. L. R. 7-13] |

1    Pursuant to Civil Local Rule 7-13, Plaintiffs Neo4j, Inc. and Neo4j Sweden AB
2  (collectively "Plaintiffs") respectfully submit this Notice Regarding Submitted Matter as follows:
3    1.    On September 3, 2021, Plaintiffs filed a motion for judgment on the pleadings
4  seeking to dismiss a number of counterclaims asserted in Defendants' Second Amended
5  Counterclaims and Answer to Third Amended Complaint ("Plaintiffs' Motion").  *See* Dkt.
6  No. 132.
7    2.    As of October 12, 2021, Plaintiffs' Motion was fully briefed and was submitted on
8  the papers with the parties waiving oral argument pursuant to their prior stipulation.  *See* Dkt.
9  Nos. 136-138
10   3.    On January 4, 2022, the Court notified the parties that Plaintiffs' Motion would be
11 taken under submission without oral argument.  *See* Dkt. No. 139.
12   4.    As of the time of this Notice, Plaintiffs' Motion has been under submission for at
13 least 225 days.
14   5.    As previously stipulated by Plaintiffs and Defendants, should the Court grant some
15 or all of Plaintiffs' Motion, the scope of fact and expert discovery, the issues that can be
16 determined on summary judgment, and the claims and defenses to be tried will be greatly
17 narrowed.  *See* Dkt. No. 147 at 3:3-12.  A ruling on Plaintiffs' Motion will also conserve the
18 resources of the parties by allowing the parties to conduct any discovery that may be necessitated
19 by the Court's ruling on Plaintiffs' Motion.

Respectfully submitted,

Dated:  August 16, 2022    HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
      John V. Picone III
      Jeffrey M. Ratinoff
      Attorneys for Plaintiffs and
      Counter-Defendants
      NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4892-5245-0348.1                - 1 -
NOTICE REGARDING SUBMITTED MATTER RE: PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. 5:18-CV-07182-EJD