Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
7960 Soquel Drive, Ste B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for Defendants and Counter Claimants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 5:18-cv-07182-EJD<br>**ORDER GRANTING**<br>**JOINT STIPULATION ON DURATION OF DEPOSITIONS OF DEFENDANTS AND ADOPTION OF TESTIMONY** |

Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants PureThink LLC, iGov, Inc., and John Mark Suhy (collectively "Defendants") (collectively, the "Parties" or individually, a "Party") hereby stipulate and agree, by and through their undersigned counsel, to limit the duration of depositions of Defendants, and adopt individual and corporate testimony as set forth below.

WHEREAS, on October 22, 2020, Plaintiffs deposed John Mark Suhy as Defendant iGov, Inc.'s corporate designee pursuant to FRCP 30(b)(6) during Phase 1 of discovery in this Action ("2020 iGov Deposition").

WHEREAS, Defendants offered November 28, 2022 and November 29, 2022 as dates for Plaintiffs to take the depositions of Defendants during Phase 2 of discovery in this Action.

WHEREAS, Plaintiffs noticed the FRCP Rule 30(b)(1) deposition of Defendant John Mark Suhy on November 28, 2022 ("Suhy Deposition").

WHEREAS, Plaintiffs noticed the FRCP Rule 30(b)(6) deposition of PureThink LLC on November 28, 2022 ("PureThink Deposition").

WHEREAS, Plaintiffs noticed the FRCP Rule 30(b)(6) deposition of on November 29, 2022 ("2022 iGov Deposition").

WHEREAS, Defendants indicated that Mr. Suhy would be the designee on all topics of examination for the PureThink Deposition and the 2022 iGov Deposition and requested that the depositions proceed concurrently on the same day.

WHEREAS, Plaintiffs were willing to agree to such limitations if Defendants would agree that the testimony provided by John Mark Suhy in the 2020 iGov Deposition would also be binding on John Mark Suhy in his individual capacity.

WHEREAS, Defendants agreed that the testimony provided by John Mark Suhy in the 2020 iGov Deposition would also be binding on John Mark Suhy in his individual capacity.

WHEREAS, the Parties therefore agreed to limit the duration of the three depositions as noticed, and Defendants agreed to adopt John Mark Suhy's testimony in his individual and representative capacity as set out in the stipulation below.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto

through their respective attorneys of record that:

1.  The testimony of John Mark Suhy given during the 2020 iGov Deposition is hereby adopted by and shall be binding on John Mark Suhy in his individual capacity.

2.  The Suhy Deposition, PureThink Deposition, and 2022 iGov Deposition shall be held concurrently on November 29, 2022, for that single day, and shall not exceed eight and a half (8.5) hours of testimony in total.

3.  The testimony of John Mark Suhy concurrently given during the November 29, 2022 deposition shall be deemed given on behalf of all Defendants.

4.  The testimony of John Mark Suhy concurrently given during the November 29, 2022 deposition shall be binding on all Defendants as though given by each one.

5.  Nothing herein shall be construed as a waiver of Plaintiffs right to seek appropriate relief under FRCP 30(d) and/or FRCP 37, the Local Rules and/or the Court's standing orders.

IT IS SO STIPULATED.

Dated:  November 22, 2022

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiff and Counter-Defendant NEO4J, INC.

Dated:  November 22, 2022

By: */s/ Adron G. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counterclaimants PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 23, 2022

Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

I, Adron G. Beene, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: November 22, 2022

HOPKINS & CARLEY
A Law Corporation

By: */s/ Adron G. Beene*
Adron G. Beene
Attorneys for Defendants and
Counterclaimants PURETHINK LLC,
IGOV INC., and JOHN MARK SUHY