John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation; and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**PROOF OF SERVICE** |

I, Diana L. Hodges, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 South First Street, San Jose, California 95113-2406. On December 6, 2022, I served a copy of the following document:

**JOINT STIPULATION AND [PROPOSED] ORDER FOR GREYSTONES CONSULTING GROUP, LLC'S PRODUCTION OF DOCUMENTS**

☒ by electronically mailing a true and correct copy through Hopkins & Carley's electronic mail system to the email addresses set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6(a)(6).

Lewis P. Rhodes
McMahon, Welch and Learned, PLLC
2100 Reston Parkway, Suite 450
Reston, VA 20191
*Email: lrhodes@mwllegal.com*

*Counsel for Greystones Consulting Group, LLC*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 6, 2022, at San Jose, California.

_____
Diana L. Hodges

4874-8694-6882.1

PROOF OF SERVICE                                                  CASE NO. 5:18-CV-07182-EJD