UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>PURETHINK, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-07182-EJD  (SVK)<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR GREYSTONES CONSULTING GROUP, LLC'S PRODUCTION OF DOCUMENTS**<br><br>Re: Dkt. No. 158 |

The Court is in receipt of the Parties' stipulation and proposed order for Greystones Consulting Group, LLC's production of documents. Dkt. 158. The stipulation is **DENIED** without prejudice for the reasons set forth herein.

The stipulation provides, in relevant part, for an open-ended extension of discovery specifically for a complex document production, as well as an open-ended extension to bring discovery motions arising out of the production. The Court will not accept a stipulation that does not have a deadline for bringing any further dispute arising out of this production, as well as interim deadlines for identification of deficiencies in productions. *See, e.g.,* Section I, ¶¶ 3, 5 and Section V.

The Parties are directed to meet and confer and re-submit the stipulation no later than **December 12, 2022.**

       **SO ORDERED.**

Dated: December 6, 2022

                                              SUSAN VAN KEULEN<br>                                              United States Magistrate Judge