John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendant. | CASE NO.  5:18-cv-07182-EJD<br><br>**[PROPOSED] ORDER GRANTING NEO4J SWEDEN AB AND NEO4J INC.'S MOTION TO COMPEL DEFENDANTS COMPLIANCE WITH ESI STIPULATION**<br><br>Action Filed:    November 28, 2018<br>Trial Date:      None |

Now before the Court is Plaintiff Neo4j Sweden AB and Neo4j Inc.'s (collectively, "Neo4j") motion through joint letter brief to compel Defendants compliance with the November 8, 2022 Joint Stipulation for ESI extraction from Defendants' Email Accounts ("ESI

/ / /

/ / /

4860-5106-8482.1

[PROPOSED] ORDER GRANTING NEO4J SWEDEN AB AND NEO4J INC.'S MOTION TO COMPEL
DEFENDANTS COMPLIANCE WITH ESI STIPULATION

Stipulation") ("Motion"). Dkt. 153-154. The Court, having read and considered the papers filed, the arguments of counsel, and good cause appearing, **THE COURT HEREBY FINDS:**

1. Neo4j's motion is timely;

2. The ESI Stipulation required that Defendants provide Neo4j's eDiscovery vendor, OpenText, access to Defendant John Mark Suhy's jmsuhy@egovsol.com email account so that it could conduct a forensically sound collection of responsive emails during fact discovery;

3. Defendants' conduct prevented OpenText from conducting an expedient, forensically sound collection of Defendants' ESI during fact discovery;

4. Defendants' conduct was intentional and in violation of the ESI Stipulation and the Court's Order on the same; and

5. As a result, Plaintiffs are entitled to access and extract ESI from the jmsuhy@egovsol.com email account despite fact discovery closing on December 1, 2022.

**THEREFORE, NEO4J'S MOTION IS HEREBY GRANTED AS FOLLOWS:**

1. Defendants shall provide OpenText the credentials necessary to access the jmsuhy@egovsol.com email address and enable IMAP for this account within three (3) days of the date of this Order.

2. Defendants shall use their best efforts to resolve any other issues that prevent or frustrate OpenText's forensically sound collection efforts.

3. Defendants shall be subject to sanctions in the form of Plaintiffs' attorneys' fees and costs incurred as of the date of this order, as well as any attorneys' fees and costs incurred in enforcing the ESI stipulation should they not comply with the foregoing obligations.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Judge Susan van Keulen
U.S. Magistrate Judge