Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendants and Counter Claimants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendant. | CASE NO.  5:18-cv-07182-EJD<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**<br><br>Action Filed:   November 28, 2018<br>Trial Date:      None |

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Plaintiffs' requests through joint letter brief to compel access to Defendants' email account jmsuhy@egovsol.com after the fact discovery cut-off. For the reasons discussed in the parties' papers and/or at hearing, the Court ORDERS as follows:

1. Plaintiff's motion is denied in its entirety.

2. The Joint Stipulation for ESI Extraction from Defendants' Email Accounts (DKT 154) does not require Defendants to provide access to any email accounts following the December 1, 2022 close of fact discovery.

**SO ORDERED.**

Dated: _____, 2022

Judge Susan van Keulen
U.S. Magistrate Judge

- 1 -

ORDER DENYING NEO4J, INC.'S MOTION TO COMPEL