| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|  | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
|  | jratinoff@hopkinscarley.com |
| 3 | Arthur E. Rothrock, Bar No. 312704 |
|  | arothrock@hopkinscarley.com |
| 4 | HOPKINS & CARLEY |
|  | A Law Corporation |
| 5 | The Letitia Building |
|  | 70 South First Street |
| 6 | San Jose, CA  95113-2406 |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC., NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, a Swedish corporation, | CASE NO.  5:18-CV-07182-EJD |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

4866-5645-6003.1

NOTICE OF APPEARANCE OF COUNSEL – ARTHUR E. ROTHROCK

PLEASE TAKE NOTICE of the appearance of Arthur E. Rothrock of the firm of Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Plaintiffs and Counterclaimants Neo4j, Inc. and Neo4j Sweden AB in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

>Arthur E. Rothrock
>arothrock@hopkinscarley.com
>Hopkins & Carley, a Law Corporation
>70 South First Street
>San Jose, CA 95113
>Telephone: (408) 286-9800
>Facsimile (408) 998-4790

Dated: December 9, 2022

HOPKINS & CARLEY
A Law Corporation

By: */s/ Arthur E. Rothrock*
Arthur E. Rothrock
Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC., NEO4J SWEDEN AB