UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>PURETHINK, LLC, et al.,<br><br>    Defendants. | Case No.  5:18-cv-07182-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE**<br><br>Re: Dkt. No. 157 |

The Court has reviewed the parties joint trial setting conference statement. ECF No. 157. In light of Plaintiffs' Motion for a Judgment on the Pleadings, which has already been taken under submission, the Court hereby CONTINUES the parties upcoming joint trial setting conference 45 days, to **Thursday, January 26, 2023 at 11:00 a.m.**, by which time the Court will submit an order ruling on the pending motion.

**IT IS SO ORDERED.**

Dated: December 12, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-07182-EJD
ORDER CONTINUING TRIAL SETTING CONFERENCE
1