UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NEO4J, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PURETHINK, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-07182-EJD   (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION REGARDING JOINT STIPULATION FOR ESI EXTRACTION**<br><br>Re: Dkt. No. 164 |

The Court has reviewed the Parties' joint submission and the relevant litigation history and law. Dkt. 164. This dispute may be resolved without oral argument. Civ. L.R. 7-1(b). Plaintiffs' request that Defendants be compelled to permit Neo4j's e-discovery vendor, OpenText, access to Defendant Suhy's jmsuhy@egovsol.com email account ("Subject Account") is **GRANTED** for the reasons identified herein.

The Parties do not dispute that access to the Subject Account was granted pursuant to the Parties Joint Stipulation for ESI Extraction, and that such access required Defendant Suhy to provide credentials. Dkt. 154; Dkt. 164 at 3-4. Whether and when sufficient credentials were provided are facts in dispute that the Court need not resolve. Discovery in this matter is now closed, and this is the only discovery dispute that was filed by the December 8, 2022 deadline. There is no trial date, and the trial setting conference has been continued to January 26, 2023. Dkt. 166. Thus, there is no prejudice to Defendants in extending the time period for access to the Subject Account, access to which the Parties had previously agreed. Accordingly, the Court **ORDERS** as follows:

Immediately upon receipt of this Order, Defendants are to again make all credentials necessary for access to the Subject Account available to Plaintiffs and their vendor OpenText and to provide any assistance necessary to execute the credentials. Defendants are to respond to any

requests for assistance promptly and thoroughly.

In light of the impending holidays, access to the Subject Account is to remain available through January 15, 2023.

**SO ORDERED.**

Dated: December 15, 2022

SUSAN VAN KEULEN
United States Magistrate Judge