1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406
    *mailing address:*
6   P.O. Box 1469
    San Jose, CA 95109-1469
7   Telephone:     (408) 286-9800
    Facsimile:     (408) 998-4790
8
    Attorneys for Plaintiffs and Counter-Defendants
9   NEO4J, INC. and NEO4J SWEDEN AB

10  Adron W. Beene, Bar No. 129040
    adron@adronlaw.com
11  Adron G. Beene SB# 298088
    adronjr@adronlaw.com
12  Attorney at Law
    7960 Soquel Drive Suite #296
13  Aptos, CA 95003
    Tel: (408) 392-9233
14
    Attorneys for Defendants and Counterclaimants
15  PURETHINK LLC, IGOV INC., and JOHN
    MARK SUHY
16
                      UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, a Swedish corporation, | CASE NO.  5:18-cv-07182-EJD |
| 20 | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF** |
| 21           Plaintiffs, | **BRIEFING SCHEDULE ON MOTION TO DISMISS DEFENDANTS' FIRST CAUSE OF ACTION IN THEIR THIRD** |
| 22       v. | **AMENDED COUNTERCLAIM** |
| 23  PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an | **[Civil L.R. 6-2 and 7-12]** |
| 24  individual, | Date:    April 27, 2023 |
| | Time:    9:00 a.m. |
| 25           Defendants. | Dept.:    Courtroom 4, 5th Floor |
| 26 | Judge:    Hon. Edward J. Davila |
| 27  AND RELATED COUNTERCLAIMS. | Trial Date:   November 14, 2023 |

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-2588-7313.1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. 5:18-CV-07182-EJD

1

**STIPULATION**

2        This Stipulation is made between Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively

3   "Plaintiffs") and Defendants PureThink LLC, iGov Inc. and John Mark Suhy (collectively,

4   "Defendants").   Plaintiffs and Defendants (collectively, the "Parties") HEREBY STIPULATE

5   through their respective counsel to a modification of the briefing schedule on Plaintiffs' Motion to

6   Dismiss Defendants' First Cause of Action in Their Third Amended Counterclaim ("Motion to

7   Dismiss") as follows:

8        WHEREAS, Plaintiffs filed their Motion Dismiss (Dkt. No. 171) on February 9, 2023.

9        WHEREAS, pursuant to Civ. L.R. 7-3(a), Defendants' opposition is presently due

10  February 23, 2023.

11       WHEREAS, Presidents' Day, which is federal holiday presently falls with the time for

12  Defendants to prepare and file their opposition.

13       WHEREAS, if Defendants were to file their opposition on February 23, 2023, Plaintiffs'

14  reply brief would be due on March 2, 2023 pursuant to Civ. L.R. 7-3(c).

15       WHEREAS, the attorney for Plaintiffs who will be responsible for drafting the reply brief

16  in response to Defendants' opposition has a previously scheduled vacation during the time

17  Plaintiffs would have to prepare and file that reply brief.

18       WHEREAS, to accommodate these scheduling issues, the Parties agree that the deadline

19  to file Defendants' opposition should be extended from February 23, 2023 to March 2, 2023, and

20  the deadline to file Plaintiffs' reply brief should be extended to March 16, 2023.

21       WHEREAS, the hearing on the Motion to Dismiss is currently set for April 27, 2023.

22       WHEREAS, the respective extensions on the Parties' remaining briefs will still provide

23  the Court with 42 days before the hearing to review the Parties' respective papers after they are

24  submitted, and thus is still in compliance with the minimum time required by Civ. L.R. 7-3(a).

25       WHEREAS, the requested time modification will have no effect on the schedule for the

26  case other than as stated herein.

27  / / /

28  / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-2588-7313.1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. 5:18-CV-07182-EJD

1    IT IS HEREBY STIPULATED THAT:

2        1.    Defendants shall have until March 2, 2023 to file their opposition to Plaintiff's

3   Motion to Dismiss.

4        2.    Plaintiffs shall have until March 16, 2023 to file their reply to Defendants'

5   opposition to the Motion to Dismiss.

6   Dated:  February 15, 2023                   HOPKINS & CARLEY
                                                A Law Corporation
7
                                                By: */s/ Jeffrey M. Ratinoff*
8                                                   John V. Picone III
                                                    Jeffrey M. Ratinoff
9                                                   Attorneys for Plaintiffs and
                                                    Counter-Defendants
10                                                  NEO4J, INC. and NEO4J SWEDEN AB

11

12  Dated:  February 15, 2023                    */s/ Adron W. Beene*
                                                    Adron W. Beene
13                                                  Adron G. Beene
                                                    Attorneys for Defendants and Counter-
14                                                  Claimants
                                                    PURETHINK LLC, IGOV INC., and
15                                                  JOHN MARK SUHY

16
        **PURSUANT TO STIPULATION,  IT IS SO ORDERED.**
17

18

19   Dated: February 16, 2023
                                                _____
20                                              EDWARD J. DAVILA
                                                United States District Court Judge
21

22

23

24

25

26

27

28

4854-2588-7313.1                              - 3 -
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. 5:18-CV-07182-EJD

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  February 15, 2023

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-2588-7313.1
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. 5:18-CV-07182-EJD