John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene SB# 298088
adronjr@adronlaw.com
Attorney at Law
7960 Soquel Drive Suite #296
Aptos, CA 95003
Tel: (408) 392-9233

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS' FIRST CAUSE OF ACTION FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE WITH PREJUDICE**<br><br>Date:     April 27, 2023<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 4, 5th Floor<br><br>Judge:   Hon. Edward J. Davila<br><br>Trial Date:   November 14, 2023 |

**STIPULATION**

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants"). Plaintiffs and Defendants (collectively, the "Parties") through their respective counsel HEREBY STIPULATE to a resolution of Plaintiffs' Motion to Dismiss Defendants' First Cause of Action in Their Third Amended Counterclaim ("Motion to Dismiss") as follows:

WHEREAS, on September 3, 2021, Plaintiffs filed a motion for judgment on the pleadings seeking to dismiss a number of counterclaims asserted in Defendants' Second Amended Counterclaim and Answer to Third Amended Complaint ("Plaintiffs' Motion"). *See* Dkt. No. 132.

WHEREAS, on January 6, 2023, the Court granted, in part, Plaintiffs' Motion. In doing so, the Court dismissed Defendants' First Cause of Action for Intentional Interference with Prospective Economic Advantage, but also granted them leave to amend that claim. *See* Dkt. No. 168.

WHEREAS, on January 27, 2023, Defendants filed their Third Amended Counterclaim ("TACC") wherein they re-asserted their First Cause of Action for Intentional Interference with Prospective Economic Advantage. *See* Dkt. No. 171.

WHEREAS, on February 9, 2023, Plaintiffs filed a motion to dismiss Defendants' First Cause of Action for Intentional Interference with Prospective Economic Advantage asserted in the TACC ("Motion to Dismiss"). *See* Dkt. No. 172.

WHEREAS, Defendants' opposition to the Motion to Dismiss is currently due on March 2, 2023 and the hearing is set for April 27, 2023. *See* Dkt. No. 174.

WHEREAS, rather than oppose Plaintiffs' motion, Defendants offered to dismiss their First Cause of Action for Intentional Interference with Prospective Economic Advantage with prejudice.

WHEREAS, Fed. R. Civ. P. 41 only permits the complete dismissal of a complaint or counterclaim, and does not permit the dismissal of only certain claims "from a multi-claim complaint." *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389, 1392 (9th Cir. 1988). Instead, where a party seeks to dismiss certain claims, the proper procedure is to amend the complaint pursuant to Fed. R. Civ. P. 15(a) and/or stipulate that certain claims will not be pursued or will be

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4860-2119-5603.1

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS' FIRST CAUSE OF ACTION FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE WITH PREJUDICE; CASE NO. 5:18-CV-07182-EJD

dismissed. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 688 (9th Cir. 2005) ("Federal Rule of Civil Procedure 15(a) is the appropriate mechanism '[w]here a plaintiff desires to eliminate an issue, or one or more but less than all of several claims, but without dismissing as to any of the defendants'") (internal citations omitted).

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1. Defendants' First Cause of Action for Intentional Interference with Prospective Economic Advantage is HEREBY DISMISSED WITH PREJUDICE.

2. Plaintiffs shall be considered the prevailing party with respect to that claim.

3. Defendants shall have until March 17, 2023 to file an amended counterclaim omitting their First Cause of Action for Intentional Interference with Prospective Economic Advantage and the allegations supporting that cause of action.

4. Defendants shall not be permitted to add any additional counterclaims or allegations to their further amended counterclaim as the Court previously granted leave to amend only with respect to the First Cause of Action and the time for the parties to amend their respective pleadings has lapsed.

5. Upon the filing of Defendants' amended counterclaim omitting their First Cause of Action for Intentional Interference with Prospective Economic Advantage, Plaintiffs' pending Motion to Dismiss shall be taken off calendar.

6. Plaintiffs shall have twenty-one (21) days from the date Defendants file their further amended counterclaim to file a response thereto.

Dated: March 1, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

/ / /

/ / /

Dated: March 1, 2023

*/s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

EDWARD J. DAVILA
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4860-2119-5603.1                                              - 4 -
STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS' FIRST CAUSE OF ACTION FOR INTENTIONAL
INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE WITH PREJUDICE; CASE NO. 5:18-CV-07182-EJD

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  March 1, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4860-2119-5603.1
STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS' FIRST CAUSE OF ACTION FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE WITH PREJUDICE; CASE NO. 5:18-CV-07182-EJD