John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene SB# 298088
adronjr@adronlaw.com
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE AFTER TRIAL SETTING CONFERENCE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-0337-2379.1
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

# STIPULATION

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys. Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate to modify the current case schedule for the above-entitled action for good cause showing as follows:

1. At the January 26 2023 Trial Setting Conference, the Court set trial in this action to commence on November 14, 2023. Dkt. No. 170.

2. After the January 26, 2023 Trial Setting Conference, the Court ordered the parties to modify the existing case schedule (Dkt. No. 147) based on the trial date and submit a proposed schedule based on the same. Dkt. No. 170.

3. Counsel for the Parties met and conferred regarding setting a case schedule through trial based on the Court's Standing Order for Civil Cases. Accordingly, the Parties have agreed to modify the case schedule as follows:

| Event | Current Deadline (Dkt. No. 147) | Proposed Deadline/Date |
|---|---|---|
| Deadline for Filing Dispositive and *Daubert* Motions | April 20, 2023 | No Change |
| Last Day to File Oppositions to *Daubert* Motions | May 18, 2023 | No Change |
| Last Day to File Replies to *Daubert* Motions | June 5, 2023 | No Change |
| Hearing on Dispositive and *Daubert* Motions | None | 9:00 a.m. on July 27, 2023 |
| Deadline to file and serve motions in limine. | None | September 8, 2023 |
| Deadline to file and serve oppositions to motions in limine. | None | September 21, 2023 |
| Deadline for lead counsel meet and confer on pretrial issues per the Court's Standing Order Section IV.D.1. | None | September 21, 2023 |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-0337-2379.1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

| Event | Current Deadline (Dkt. No. 147) | Proposed Deadline/Date |
|---|---|---|
| Deadline to file (a) Final Pretrial Conference Statement (b) Joint Witness List; and (c) Joint Exhibit List per the Court's Standing Order Sections IV.D.2 – IV.D.4. | None | September 28, 2023 |
| Deadline for the parties to exchange copies of all exhibits, summaries, and diagrams to be used at trial other than solely for impeachment or rebuttal per the Court's Standing Order Section IV.D.4. | None | September 28, 2023 |
| Deadline for the parties to file and serve any excerpts of deposition testimony or other discovery to be offered at trial, other than solely for impeachment or rebuttal per the Court's Standing Order Section IV.D.7. | None | September 28, 2023 |
| Deadline to for the parties to jointly file and serve:<br>• Proposed jury voir dire questions;<br>• Proposed jury instructions;<br>• Proposed jury verdict forms; and<br>• A short neutral statement of the case which the Court can read to prospective jurors<br><br>Per the Court's Standing Order Section IV.D.8.<br><br>If the parties waive a jury trial, deadline for each party to file and serve proposed Findings of Fact and Conclusions of Law per the Court's Standing Order Section IV.D.9. | None | October 2, 2023 |
| Final Pretrial Conference | None | 11:00 a.m. on October 12, 2023 |
| Deadline for the parties to file and serve any objections to and any counter-designations or deposition testimony per the Court's Standing Order Section IV.D.7. | None | November 3, 2023 |
| Deadline for parties to deliver three sets of all pre marked exhibits organized in three-ring binders to the Courtroom Deputy per the | None | November 7, 2023 |

4854-0337-2379.1     - 3 -

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

| Event | Current Deadline (Dkt. No. 147) | Proposed Deadline/Date |
|---|---|---|
| Court's Standing Order Section IV.D.5. | | |
| Trial | November 14-17, 2023; November 21-22, 2023; November 28, 2023; and December 1, 2023 | No Change |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 5, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated: April 5, 2023

*/s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**IT IS SO ORDERED.**

Dated:_____

EDWARD J. DAVILA
United States District Court Judge

## ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  April 5, 2023

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-0337-2379.1
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD