1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   Arthur E. Rothrock, Bar No. 312704
    arothrock@hopkinscarley.com
4   HOPKINS & CARLEY
    A Law Corporation
5   The Letitia Building
    70 South First Street
6   San Jose, CA  95113-2406

7   *mailing address:*
    P.O. Box 1469
8   San Jose, CA 95109-1469
    Telephone:    (408) 286-9800
9   Facsimile:    (408) 998-4790

10  Attorneys for Plaintiffs and Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14  NEO4J, INC., a Delaware corporation, and        CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN AB, a Swedish
15  corporation,                                     **DECLARATION OF JEFFREY M.
                                                     RATINOFF IN SUPPORT OF
16              Plaintiffs,                           PLAINTIFFS' MOTION TO STRIKE THE
                                                     REPORT AND EXCLUDE THE
17       v.                                          TESTIMONY OF BRADLEY M. KUHN**

18  PURETHINK LLC, a Delaware limited               Date:      July 27, 2023
    liability company, IGOV INC., a Virginia        Time:      9:00 a.m.
19  corporation, and JOHN MARK SUHY, an             Dept:      Courtroom 4, 5th Floor
    individual,                                      Judge:     Hon. Edward J. Davila
20              Defendants.
                                                     Trial Date:  November 14, 2023
21

22  AND RELATED COUNTERCLAIM.

23

24

25

26

27

28

4894-0563-7970.1

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE REPORT AND EXCLUDE THE
TESTIMONY OF BRADLEY M. KUHN; CASE NO. 5:18-CV-07182-EJD

1    I, Jeffrey M. Ratinoff, declare as follows:

2    1.    I am an attorney at law, duly licensed to practice before all courts of the State of

3    California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for

4    Plaintiff Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned

5    matter.  I make this declaration in support of Plaintiffs' Motion to Strike the Report and Exclude

6    the Testimony of Bradley M. Kuhn concurrently filed herewith.

7    2.    The facts stated herein are based on my personal knowledge, except with respect

8    to those matters stated to be on information and belief, and as to those matters, I believe them to

9    be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

10    3.    Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of

11    Bradley M. Kuhn 22 December 2022.  This report was served by Defendants on December 22,

12    2022.  However, they did not publicly file this report in this action.

13    4.    On January 13, 2023, I sent to counsel for Defendants a letter detailing why Mr.

14    Kuhn's report was improper and inadmissible.  A true and correct copy of this letter is attached

15    hereto as **Exhibit 2**.

16    5.    Attached hereto as **Exhibit 3** is a true and correct copy of a January 20, 2023 letter

17    sent by Adron W. Beene, counsel for Defendants, in response to my January 13, 2023 letter.

18    6.    Attached hereto as **Exhibit 4** is a true and correct copy of the relevant pages from

19    Appellants' Opening Brief, Docket Entry No. 14 in *Neo4j, Inc., et al. v. PureThink, LLC et al.*,

20    No. 21-16029 (9th Cir. 2021).

21    7.    Attached hereto as **Exhibit 5** is a true and correct copy of the relevant pages from

22    Appellees' Answering Brief, Docket Entry No. 30 in *Neo4j, Inc., et al. v. PureThink, LLC et al.*,

23    No. 21-16029 (9th Cir. 2021).

24    8.    Attached hereto as **Exhibit 6** is a true and correct copy of the relevant pages from

25    Appellants' Rely Brief, Docket Entry No. 39 in Neo4j, Inc., et al. v. PureThink, LLC et al., No.

26    21-16029 (9th Cir. 2021).

27    / / /

28    / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE REPORT AND EXCLUDE THE
TESTIMONY OF BRADLEY M. KUHN; CASE NO. 5:18-CV-07182-EJD

9.      Attached hereto as **Exhibit 7** is a true and correct copy of a November 17, 2020 email sent by John Mark Suhy to the Free Software Foundation, which attached this Court's November 11, 2020 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss in *Neo4j, Inc. v. Graph Foundation, Inc.*, Case No. 5:19-cv-06226-EJD (N.D. Cal.).  Defendants produced this email (which bears the Bates Nos. IGOV0002997652.001– IGOV0002997652.002) and the attachment (which bears the Bates Nos. IGOV0002997653.001– IGOV0002997653.015) during discovery.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a November 17, 2020 email sent by John Mark Suhy to "Geoffrey" at the Free Software Foundation, which attached this Court's November 11, 2020 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss in *Neo4j, Inc. v. Graph Foundation, Inc.*, Case No. 5:19-cv-06226-EJD (N.D. Cal.). Defendants produced this email (which bears the Bates Nos. IGOV0002997658.001– IGOV0002997658.002) and the attachment (which bears the Bates Nos. IGOV0002997659.001– IGOV0002997659.015) during discovery.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of a November 23, 2020 email sent by John Mark Suhy to the Free Software Foundation.  Defendants produced this email during discovery and bears the Bates No. IGOV0002997701.001.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

12.     I reviewed the exhibits attached to Mr. Kuhn's report, including the markups and comments from the drafting of the GPLv3.  I have reviewed and am familiar with the document productions made by Defendants in this case.  I am unaware of any of the markups attached to Mr. Kuhn's report being produced by either Defendants (FSF) prior to the close of fact discovery.  Defendants also did not subpoena the FSF to obtain or authenticate these materials.

13.     Exhibits 7-9 were produced by Defendants as part of a larger native production of emails from John Mark Suhy's jmsuhy@igovsol.com email account. We maintain these emails in an e-discovery database, which allows Boolean and keyword searching, as well as searches by

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4894-0563-7970.1                                      - 2 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE REPORT AND EXCLUDE THE
TESTIMONY OF BRADLEY M. KUHN; CASE NO. 5:18-CV-07182-EJD

1   specific senders and recipients of email.  This database is also capable of identifying related

2   emails in a particular chain, which is commonly known as "email threading".  The database was

3   unable to locate any emails sent by Free Software Foundation in response to Exhibits 7-9.  I was

4   also unable to locate any emails sent by the FSF in response via manual searches using the term

5   "@fsf.com", the phrase "case regarding AGPL precedent" and "question regarding AGPL."

6           14.     Attached hereto as **Exhibit 10** is a true and correct copy of a March 30, 2022

7   article written by Bradley M. Kuhn, titled "An Erroneous Preliminary Injunction Granted in

8   Neo4j v. PureThink." I located this article on the Software Freedom Conservancy's website, and

9   printed it on December 23, 2022.  This article is also listed as a publication in Exhibit M to Mr.

10  Kuhn's report with the URL: https://sfconservancy.org/blog/2022/mar/30/neo4j-v-purethink-

11  open-source-affero-gpl/.

12          15.     Attached hereto as **Exhibit 11** is a true and correct copy of an April 2, 2022 article

13  written by Thomas Claburn, titled "Court erred in Neo4j source license ruling, says Software

14  Freedom Conservancy" (https://www.theregister.com/2022/04/02/court_neo4j_ruling/).  This was

15  published online by the Register, which touts itself as "a leading and trusted global online

16  enterprise technology news publication, reaching roughly 40 million readers worldwide"

17  (https://www.theregister.com/Profile/about_the_register/).  I located this article on the Software

18  Freedom Conservancy's "Our Issues in the News" subpage under the heading "Copyleft

19  Licensing" (https://sfconservancy.org/press/inthenews.html).

20          16.     Attached hereto as **Exhibit 12** is a true and correct copy of an April 27, 2022 email

21  sent by John Mark Suhy from his eGovernment Solutions email account to Puru Komaravolu and

22  Michael Dunn at the Internal Revenue Service, which provides the URL for the article attached

23  hereto as Exhibit 10.  This email was produced by eGovernment Solutions Inc. in response to a

24  document subpoena served by Plaintiffs and bears the Bates No. EGOVS_000210.

25          17.     Attached hereto as **Exhibit 13** is a true and correct copy of a February 2, 2023

26  article titled "SFC's Policy Fellow Files Expert Report in Neo4j v. PureThink"

27  (https://sfconservancy.org/news/2023/feb/09/kuhn-neo4j-purethink-expert-report/).  I located this

28  article on the Software Freedom Conservancy's home page and printed it on February 17, 2023.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4894-0563-7970.1                                                    - 3 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE REPORT AND EXCLUDE THE
TESTIMONY OF BRADLEY M. KUHN; CASE NO. 5:18-CV-07182-EJD

1    There is hyperlink to https://sfconservancy.org/docs/kuhn_expert-report-in-neo4j_5-18-cv-

2    07182.pdf embedded the text "This expert report" that pulls up a copy of Mr. Kuhn's report.

3         18.    Attached hereto as **Exhibit 14** is a true and correct copy of an February 12, 2023

4    article written by Thomas Claburn, titled "How this database legal war could be decided by the

5    name given to this license."  This was published online by the Register at

6    (https://www.theregister.com/2023/02/12/software_freedom_conservancy_fights_agplv3/).  There

7    is hyperlink to https://sfconservancy.org/docs/kuhn_expert-report-in-neo4j_5-18-cv-07182.pdf

8    embedded the text "expert report" that pulls up a copy of Mr. Kuhn's report.

9         I declare under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct, and that this declaration was executed on this 20th day of April

11   2023, at San Jose, California.

12

13                                        _/s/Jeffrey M. Ratinoff_____
                                          Jeffrey M. Ratinoff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4894-0563-7970.1                                     - 4 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE REPORT AND EXCLUDE THE
TESTIMONY OF BRADLEY M. KUHN; CASE NO. 5:18-CV-07182-EJD