# EXHIBIT 9

| | |
|---|---|
| **From:** | John Mark Suhy(jmsuhy@igovsol.com) |
| **To:** | copyright@fsf.org; licensing@fsf.org |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Question regarding AGPL and Verbatim License |
| **Sent:** | 11/23/2020 05:59:18 PM -0800 (PST) |
| **Attachments:** | |

I was recently accused of DMCA violations for overwriting a modified AGPLv3 license (adding commons clause) with the verbatim AGPL license.

Essentially - the Neo4j project added the commons clause to the AGPL license file and kept calling their release open source and AGPL.  See file link below:

I read the AGPL license file which said the copy had to be verbatim, and overwrote just the modified AGPL license files with the verbatim AGPL license from the free software foundation site.

For doing this - I now have DMCA claims accusing me of removing copyright information from the license file.

Any feedback from you would be appreciated.  Another ongoing court case with the Graph Foundation also has similar claims by Neo4j Inc.

So from your point of view - should be be using the modified AGPL license or should we have used the verbatim License.txt ?

This is only specific to the AGPL License.txt file - nothing was modified anywhere else.


Reference:

Original License file that we replaced with verbatim AGPL:

https://raw.githubusercontent.com/neo4j/neo4j/3.5.0-beta01/enterprise/auth-plugin-api/LICENSE.txt


Thank you,

John Mark Suhy
703-862-7780

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com