# EXHIBIT 12

**From:** John Mark Suhy <jmsuhy@egovsol.com>
**Sent:** Wednesday, April 27, 2022 8:05 AM
**To:** Puru.K.Komaravolu@irs.gov; Michael.C.Dunn@irs.gov; John.M.SuhyJr@irs.gov
**Subject:** Article relating to agpl and commons


https://sfconservancy.org/blog/2022/mar/30/neo4j-v-purethink-open-source-affero-gpl/

EGOVS_000210