# EXHIBIT 14




**DEVOPS**  4

# How this database legal war could be decided by the name given to this license

## Neo4j v PureThink rumbles on

**Thomas Claburn**   Sun 12 Feb 2023 // 14:44 UTC

Bradley Kuhn, policy fellow at the Software Freedom Conservancy, claims a California federal court has misinterpreted version 3 of GNU Affero General Public License (AGPLv3) by allowing it to be combined with the Common Clause software license.

Kuhn, who created the Affero clause in the AGPLv1 and co-drafted v3, expects to serve as an expert witness for defendants PureThink and founder John Mark Suhy, who were sued by database biz Neo4j in November 2018, for alleged trademark and competition law violations.

PureThink at the time distributed database software called ONgDB, which was marketed as an open-source licensed version of Neo4j EE.

Neo4j EE is under a combined AGPLv3+Commons Clause license – the Commons Clause modified the APGLv3 by adding a restriction that forbids the sale of the software. However, PureThink offered a forked version of the Neo4j EE database software under the APGLv3 alone, having removed the Commons Clause from its version of the software.

So Neo4j and its Swedish subsidiary sued PureThink and others claiming that they had violated the license terms and had infringed Neo4j's trademarks.

> **MORE CONTEXT**
>
> Court erred in Neo4j source license ruling, says Software Freedom Conservancy
>
> False advertising to call software open source when it's not, says court
>
> Florida man accused of breaking Mastodon's open-source license with botched social network launch
>
> Someone has to pay to keep the lights so data-viz outfit Grafana switches licence regime to AGPLv3

In May 2021, Neo4j won a partial summary judgment [PDF] when the judge overseeing the case granted the company's request for a temporary injunction based on its trademark and unfair competition claims.

PureThink was enjoined – until the matter can be resolved – from "advertising, promoting, representing or referring to ONgDB as a free and open source drop-in replacement for Neo4j Enterprise Edition" and making false representations about ONgDB to customers.

The US Ninth Circuit Court of Appeals subsequently upheld that injunction, and the case has continued so far.

Among the remaining disputed issues to be resolved, the most important for the Free and Open Source Software (FOSS) community is whether Neo4j's concatenation of the AGPLv3 and Commons Clause is allowed.

Kuhn, in an expert report [PDF] prepared for the case, acknowledges that the AGPLv3 language can be re-mixed and used in another license, as long as that license is not called the

AGPLv3. He cites MongoDB's modified AGPLv3 license, referred to as the Server-Side Public License, as an example of how the AGPLv3 can be altered into something that's not a FOSS license.

But if the license is referred to as the AGPLv3, then its Further Restrictions Clause – which allows users of APGLv3 licensed software to remove added licensing terms – should apply. If the court accepts that argument, it would be a significant reversal: PureThink would be allowed to fork Neo4J EE under the AGPLv3.

A trial date has yet to be set but several possibilities in July, 2023, have been proposed. ®

Sponsored: The Roomba approach to tidying up your AWS spend

**SIMILAR TOPICS**                                                                                    **4** 💬 **COMMENTS**

Database    FOSS    Neo4j    **More like these**

### Voice.ai denies claim it violated open source software license requirements

Maker of voice changing software says it has removed GPLv3 code "to alleviate any doubt"

DEVOPS                                                                             10 days | **11** 💬

### The quest to make Linux bulletproof

PART 2 What the big players and an outlier are doing, and why

OSES                                                                               1 day | **89** 💬

### AWS dragged over lengthy downtime to migrate PostgreSQL DBaaS

Aurora needs a break to get users off 11.x, says cloud giant

DATABASES                                                                          3 days | 💬

### AWS Supercharges Amazon RDS at re:Invent 2022

The AWS open-source database commitment

ADVERTORIAL

### FOSS could be an unintended victim of EU crusade to make software more secure

**OPINION** Don't throw the open source baby out with the bathwater

OSES 18 days | 100 💬

### Open Source Policy Summit: Where FOSS and government meet

**FOSDEM** Sometimes it takes a war to make people pay attention

APPLICATIONS 8 days | 8 💬

### Have we learnt nothing from SolarWinds supply chain attacks? Not yet it appears

From frameworks to new federal offices it's time to get busy

SECURITY 12 days | 26 💬

### Core-JS chief complains open source is broken, no one will pay for it

Being in Russia and going to jail might have something to do with it, tho

DEVOPS 2 days | 60 💬

### Google's Go may add telemetry that's on by default

Some devs object because they don't trust Mountain View

SOFTWARE 7 days | 61 💬

### American jailed for smuggling controlled tech to Iran

30 months in prison for providing, um... enterprise mobile banking software dev tool

LEGAL 7 days | 11 💬

### Best time to prepare to leave an Oracle ULA? The day after it starts, say licensing gurus

Big Red 'will always start with a large number and negotiate down'

DATABASES 16 days | 10 💬

### VMware turns 25 today: Is it a mature professional or headed back to Mom's house?

SPECIAL FEATURE Beat Microsoft. Set agendas. Became essential. Hiked prices. Now we wait for Broadcom's reign

VIRTUALIZATION                                                                                          7 days | **15** 💬

The Register ⚡ Biting the hand that feeds IT

About Us ⌄

Our Websites ⌄

Your Privacy ⌄



Copyright. All rights reserved © 1998–2023