John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, <br><br> Plaintiffs, <br><br> v. <br><br> PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD <br><br> **DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> [CIVIL L.R. 79-5(f)] |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4876-8315-2474.1
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED                                                                      CASE NO. 5:18-CV-07182-EJD

I, Jeffrey M. Ratinoff, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned matters.  I make this declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion to Seal").

2.      Plaintiffs are provisionally filing under seal Exhibit 1 to the Declaration of Jeffrey Ratinoff filed in Support of Plaintiffs' Motion for Summary Judgment ("Ratinoff MSJ Declaration"), which consists of excerpts from the deposition transcript from the Rule 30(b)(6) deposition of Defendant iGov Inc. taken on October 22, 2020.  Plaintiffs are doing so in the interest of caution despite Defendants waiving any claim of confidentiality by their blanket designation of that transcript as "Confidential" and failing to comply with the applicable provisions in the Protective Order prohibiting blanket designations.  *See* Dkt. No. 97-1, ¶¶ 8-11.

3.      Plaintiffs are provisionally filing under seal unredacted versions of Exhibits 43-47 to the Ratinoff MSJ Declaration under seal. The IRS produced these documents in response to subpoena served by Plaintiffs, and designated them as "Confidential" under the Stipulated Protective Order (Dkt. No. 34). The IRS has subsequently narrowed that designation down to the redacted portion of these exhibits, which constitutes Sensitive But Unclassified (SBU) Information in accordance with IRS/Treasury regulations.  Thus, Plaintiffs are filing the IRS's designated materials in a manner that is narrowly tailored to protect them, while minimizing the infringement of the public's right of access to documents filed with the Court.

4.      Plaintiffs take no position on whether the aforementioned redacted documents are entitled to confidential protection under the Protective Order or applicable law, or whether there are compelling reasons for keeping such information sealed.  Plaintiffs files the aforementioned documents provisionally under seal in order to provide the IRS the opportunity to justify sealing pursuant to Civil Local Rule 79-5(f).

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4876-8315-2474.1
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                                CASE NO. 5:18-CV-07182-EJD

1    5.    Plaintiffs are herewith providing notice to Defendants and the IRS of their

2   respective obligations under Civil L.R. 79-5(f)(3) to file a declaration in support of sealing these

3   documents if they wish to avoid their disclosure to the public by serving this Motion on them as

4   required by Civil L.R. 79-5(f)(2).

5    I declare under penalty of perjury under the laws of the United States of America that the

6   foregoing is true and correct and that this Declaration was executed this 20th day of April, 2023,

7   at San Jose, California.

8

9    _____*/s/ Jeffrey M. Ratinoff*_____
    Jeffrey M. Ratinoff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4876-8315-2474.1                                                    - 3 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED                                  CASE NO. 5:18-CV-07182-EJD