1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Arthur E. Rothrock, Bar No. 312704
   arothrock@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Plaintiffs and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[CIVIL L.R. 79-5(f)] |

4878-0498-3642.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED                                                             CASE NO. 5:18-CV-07182-EJD

Now before the Court is Plaintiffs Neo4j, Inc. and Neo4j Sweden AB's (collectively "Plaintiffs") Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion"). Having considered the Administrative Motion and all papers submitted by Plaintiffs in support of the Administrative Motion and good cause appearing, the Court finds that:

1. There exists a compelling overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and there is therefore good cause to file the documents under seal:

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Exhibit 1 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Entire Exhibit | Defendants | |
| Exhibits 43 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | |
| Exhibit 44 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | |
| Exhibit 45 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | |
| Exhibit 46 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for | Excerpts highlighted in red | Internal Revenue Service | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4878-0498-3642.1

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED         CASE NO. 5:18-CV-07182-EJD

| Summary Judgment | | | |
|---|---|---|---|
| Exhibit 47 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | |

2. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed sealing is narrowly tailored; and

4. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is GRANTED with respect to the documents set forth above.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Edward J. Davila

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4878-0498-3642.1 — - 3 -
[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-07182-EJD