John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation; and JOHN MARK SUHY, an individual,<br><br>　　　　　　　Defendants. | CASE NO.  5:18-cv-07182-EJD<br><br>**PROOF OF SERVICE** |
| AND RELATED COUNTERCLAIMS. | |

4866-8735-3438.1

PROOF OF SERVICE; CASE NO. 5:18-CV-07182-EJD

1  I, Diana L. Hodges, declare:

2  I am a citizen of the United States and employed in Santa Clara County, California. I am

3  over the age of eighteen years and not a party to the within-entitled action. My business address

4  is The Letitia Building, 70 South First Street, San Jose, California 95113-2406. On April 20,

5  2023, I served a copy of the within document(s):

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**EXHIBITS 43-47 TO DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR DCMA CLAIM AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM AND UNCLEAN HANDS DEFENSE [Redacted and Unredacted/Filed Under Seal]**

☒  by transmitting via my electronic service address (dhodges@hopkinscarley.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Jonathan D. Tepper<br>Senior Counsel, Public Contracts and Technology Law Branch<br>International Revenue Service<br>Office of Chief Counsel<br>General Legal Services (GLS)<br>1111 Constitution Ave., NW, Suite 6404<br>Washington, DC 20224<br>Email:<br>jonathan.d.tepper@irscounsel.treas.gov | Adron W. Beene<br>Email: adron@adronlaw.com<br>Adron G. Beene<br>Email: adronjr@adronlaw.com<br>1754 Technology Drive, Suite 228<br>San Jose, CA 95110<br>***Attorneys for Defendants PURETHINK LLC; IGOV INC.; and JOHN MARK SUHY*** |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4866-8735-3438.1

PROOF OF SERVICE; CASE NO. 5:18-CV-07182-EJD

Richard E. Starr
2503 Childs Lane
Alexandria, VA 22308
Email: *richardestarr@starrlaw.biz*
**Attorneys for Counter-Claimant**
**PURETHINK LLC**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 20, 2023, at San Jose, California.

_____
Diana L. Hodges