1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Arthur E. Rothrock, Bar No. 312704
   arothrock@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Plaintiffs and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB

11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14 NEO4J, INC., a Delaware corporation, and        CASE NO.  5:18-cv-07182-EJD
   NEO4J SWEDEN AB, a Swedish
15 corporation,                                     **DECLARATION OF JEFFREY M.
                                                    RATINOFF IN SUPPORT OF
16              Plaintiffs,                          PLAINTIFFS' MOTION FOR SUMMARY
                                                    JUDGMENT ON THEIR DMCA CLAIM
17         v.                                       AND DEFENDANTS' BREACH OF
                                                    CONTRACT COUNTERCLAIM AND
18 PURETHINK LLC, a Delaware limited                UNCLEAN HANDS DEFENSE**
   liability company, IGOV INC., a Virginia
19 corporation, and JOHN MARK SUHY, an              Date:      July 27, 2023
   individual,                                      Time:      9:00 a.m.
20                                                  Dept:      Courtroom 4, 5th Floor
                Defendants.                          Judge:     Hon. Edward J. Davila
21
                                                    Trial Date:  November 14, 2023
22
   AND RELATED COUNTERCLAIM.
23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    I, Jeffrey M. Ratinoff, declare as follows:

2    1.    I am an attorney at law, duly licensed to practice before all courts of the State of

3    California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for

4    Plaintiff Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned

5    matter.  I make this declaration in support of Plaintiffs' Motion for Summary Judgment on Their

6    DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense

7    concurrently filed herewith.

8    2.    The facts stated herein are based on my personal knowledge, except with respect to

9    those matters stated to be on information and belief, and as to those matters, I believe them to be

10   true.  If called upon to testify as a witness in this matter, I could and would do so competently.

11   3.    Attached hereto as **Exhibit 1** is a true and correct copy of relevant pages from the

12   transcript of the FRCP 30(b)(6) deposition of John Mark Suhy as representative of iGov Inc. taken

13   by Plaintiffs on October 22, 2020.  The parties stipulated that this testimony would be binding on

14   Defendants PureThink LLC, iGov Inc. and John Mark Suhy in his individual capacity (collectively

15   "Defendants"). *See* Dkt. No. 155.

16   4.    Attached hereto as **Exhibit 2** is a true and correct copy of relevant pages from the

17   transcript of the Deposition of PureThink LLC, iGov Inc. and John Mark Suhy taken by Plaintiffs

18   on November 29, 2022.  The parties stipulated that this testimony would be binding on all

19   Defendants.  *See* Dkt. No. 155.

20   5.    Attached hereto as **Exhibit 3** is a true and correct copy of the relevant pages from

21   the transcript of the Deposition of Ashwani Mayur taken by Plaintiffs on October 15, 2022.

22   eGovernment Solutions, Inc. ("eGov Sol" or "eGovernment Solutions") produced Mr. Mayur as its

23   designated witness on the topics of examination included in a deposition subpoena served on

24   eGovernment Solutions by Plaintiffs.

25   6.    Attached hereto as **Exhibit 4** is a true and correct copy of the relevant pages from

26   the transcript of the Deposition of Michael C. Dunn taken by Plaintiffs on November 17, 2022.

27   The Internal Revenue Service (IRS) produced Mr. Dunn as its designated witness on the topics of

28   examination included in a deposition subpoena served on the IRS by Plaintiffs.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                         - 1 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    7.    Attached hereto as **Exhibit 5** is a true and correct copy of the relevant pages from

2  the transcript of the Deposition of Jim Weyant of CACI International, Inc. ("CACI") taken by

3  Plaintiffs on September 16, 2022.  CACI produced Mr. Weyant as its designated witness on the

4  topics of examination included in a deposition subpoena served by Plaintiffs on Next Century,

5  which was acquired by CACI International, Inc. in October 2019.

6    8.    Attached hereto as **Exhibit 6** is a true and correct copy of a February 13, 2015

7  email sent by John Mark Suhy (jmsuhy@purethink.com) to Erik Nolten of Neo4j USA, which was

8  produced by Defendants on or about September 11, 2019 in native format and bears the Bates Nos.

9  PT00003444.001–PT00003444.002.  The portions referenced by and/or that are most relevant to

10  Plaintiffs' Motion are highlighted in yellow.

11    9.    Attached hereto as **Exhibit 7** is a true and correct copy of an April 9, 2015 email

12  and an attachment sent by John Mark Suhy (jmsuhy@purethink.com) to Erik Nolten, which were

13  produced by Defendants on or about September 11, 2019 in native format and bear the Bates No.

14  PT00003382.001 and PT00003383.001–PT00003383.002.  The portions referenced by and/or that

15  are most relevant to Plaintiffs' Motion are  highlighted in yellow and green.

16    10.    Attached hereto as **Exhibit 8** is a true and correct copy of an April 10, 2015 email

17  exchange between John Mark Suhy (jmsuhy@purethink.com) and Erik Nolten of Neo4j USA,

18  which was produced by Defendants on or about September 11, 2019 in native format and bears the

19  Bates Nos. PT00003380.001–PT00003380.002.  The portions referenced by and/or that are most

20  relevant to Plaintiffs' Motion are highlighted in yellow, green and red.

21    11.    Attached hereto as **Exhibit 9** is a true and correct copy of an April 10, 2015 email

22  and two attachments sent by Erik Nolten to John Mark Suhy (jmsuhy@purethink.com), which

23  were produced by Defendants on or about September 11, 2019 in native format and bear the Bates

24  Nos. PT00003371.001, PT00003372.001 and PT00003373.001.  The portions referenced by and/or

25  that are most relevant to Plaintiffs' Motion are highlighted in green.

26    12.    Attached hereto as **Exhibit 10** is a true and correct copy of a April 15, 2015 email

27  from John Mark Suhy (jmsuhy@purethink.com) and Utpal Bhatt of Neo4j USA (and prior emails

28  exchanged between them), which was produced by Defendants on or about September 11, 2019 in

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                      - 2 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    native format and bears the Bates Nos. PT00003363.001–PT00003363.002.  The portions

2    referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

3        13.    Attached hereto as **Exhibit 11** is a true and correct copy of a July 14, 2015 email

4    sent by John Mark Suhy (jmsuhy@purethink.com) to David Fauth of Neo4j USA, which was

5    produced by Defendants on or about September 11, 2019 in native format and bears the Bates No.

6    PT00003112.001.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion

7    are highlighted in yellow.

8        14.    Attached hereto as **Exhibit 12** is a true and correct copy of a July 28, 2015 email

9    and an attachment sent by John Mark Suhy (jmsuhy@purethink.com) to Charles Fischer of Neo4j

10   USA, which were produced by Defendants on or about September 11, 2019 in native format and

11   bear the Bates Nos. PT00003056.001–PT00003056.002 and PT00003057.001.  The portions

12   referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow and

13   green.

14       15.    Attached hereto as **Exhibit 13** is a true and correct copy of a July 31, 2015 email

15   exhange between Erik Nolten and Charles Fischer and two attachments, which Neo4j USA

16   produced in this litigation with the Bates Nos. N4J_002105–N4J_002107.

17       16.    Attached hereto as **Exhibit 14** is a true and correct copy of a September 9, 2015

18   email from John Mark Suhy (jmsuhy@purethink.com) to Scott Colip of KSM Consulting (and

19   prior emails between them), which was produced by Defendants on or about September 11, 2019

20   in native format and bears the Bates Nos. PT00002924.001–PT00002924.006.  The portions

21   referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

22       17.    Attached hereto as **Exhibit 15** is a true and correct copy of an October 26, 2015

23   email and two attachments from John Mark Suhy (jmsuhy@purethink.com) to John Broad of

24   Neo4j USA (and a prior email sent by Mr. Broad), which were produced by Defendants on or

25   about September 11, 2019 in native format and bear the Bates Nos. PT00002684.001–

26   PT00002684.002, PT00002685.001–PT00002685.004 and PT00002686.001–PT00002686.002.

27   The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in

28   yellow and green.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                    - 3 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1       18.     Attached hereto as **Exhibit 16** is a true and correct copy of a January 28, 2016

2   email from John Mark Suhy (jmsuhy@purethink.com) to David Fauth of Neo4j USA (without the

3   referenced attachments), which was produced by Defendants on or about September 11, 2016 in

4   native format and bears the Bates No. PT00000160.001.  The portions referenced by and/or that

5   are most relevant to Plaintiffs' Motion are highlighted in yellow and blue.

6       19.     Attached hereto as **Exhibit 17** is a true and correct copy of an August 25, 2016

7   email from John Mark Suhy (jmsuhy@purethink.com) to David Mohr of Neo4j USA (and prior

8   emails exchanged between them, without attachments), which was produced by Defendants on or

9   about September 11, 2019 in native format and bears the Bates Nos. PT00001226.001–

10   PT00001226.005.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion

11   are highlighted in yellow and green.  The blue highlights were in the original native file produced

12   by Defendants.

13       20.     Attached hereto as **Exhibit 18** is a true and correct copy of a September 23, 2016

14   Order for Supplies or Services for Contract No. TIRNO-16-P-00202, which was produced by

15   Defendants on or about July 11, 2019 and bears the Bates Nos. 000105–000113.  It was also

16   authenticated and marked for identification as Deposition Exhibit 159 and authenticated by Mr.

17   Dunn during his November 29, 2022 deposition.  *See* Exhibit 4 at 40:5-40:21, 41:1-42:6.  The IRS

18   designated this document as "Confidential" during Mr. Dunn's deposition, but subsequently

19   agreed to withdraw that designation.

20       21.     Attached hereto as **Exhibit 19** is a true and correct copy of a June 19, 2017 email

21   sent by John Broad to John Mark Suhy (jmsuhy@purethink.com), which was produced by

22   Defendants on or about September 11, 2019 in native format with the file name PT00000482.001.

23       22.     Attached hereto as **Exhibit 20** is a true and correct copy of a June 29, 2017 email

24   sent by John Mark Suhy (jmsuhy@purethink.com) to John Broad in response to the above June 19,

25   2017 email, which was produced by Defendants on or about September 11, 2019 in native format

26   and bears the Bates No. PT00000467.001.

27       23.     Attached hereto as **Exhibit 21** is a true and correct copy of a July 5-6, 2017 email

28   exchange between John Mark Suhy (jmsuhy@purethink.com) and Sascha Moccozet of the

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4          - 4 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1   National Institute of Standards and Technology (NIST), which was produced by Defendants on or

2   about November 19, 2019 and bears the Bates No. IGOV0001570573.001–IGOV0001570573.004.

3   The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in

4   yellow.

5           24.      Attached hereto as **Exhibit 22** is a true and correct copy of a July 11, 2017 email

6   sent by Jason Zagalsky to Michael Dunn of the IRS, which Neo4j USA produced in this litigation

7   with the Bates Nos. N4J_010916–N4J_010917.  This was also authenticated and marked for

8   identification as Deposition Exhibit 161 during the deposition of Michael Dunn.  *See* Exhibit 4 at

9   55:10-59:24.  Neo4j USA has de-designated this email.  The IRS designated this document as

10  "Confidential" during Mr. Dunn's deposition, but subsequently agreed to withdraw that

11  designation.

12          25.      Attached hereto as **Exhibit 23** is a true and correct copy of a July 11, 2017 email

13  (without the referenced attachments) sent by John Mark Suhy (jmsuhy@igovsol.com) to Brian

14  Rodrigue of Excella, which was produced by Defendants on or about November 19, 2019, and

15  bears the Bates No. IGOV0001573919.001–IGOV0001573919.002. The portions referenced by

16  and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

17          26.      Attached hereto as **Exhibit 24** is a true and correct copy of a July 11, 2017 email

18  (without the referenced attachments) sent by John Mark Suhy (jmsuhy@igovsol.com) to Sascha

19  Moccozet of the National Institute of Standards and Technology (NIST), which was produced by

20  Defendants on or about November 19, 2019, and bears the Bates No. IGOV0001573922.001–

21  IGOV0001573922.002.  The portions referenced by and/or that are most relevant to Plaintiffs'

22  Motion are highlighted in yellow.

23          27.      Attached hereto as **Exhibit 25** is a true and correct copy of a July 12, 2017 email

24  exchange between John Mark Suhy (jmsuhy@purethink.com) and Michael Dunn of the IRS.

25  Defendants produced this document on or about November 19, 2019, and bears the Bates Nos.

26  IGOV0001570544.001–IGOV0001570544.007. This was also authenticated and marked for

27  identification as Deposition Exhibit 162 during the deposition of Michael Dunn.  *See* Exhibit 4 at

28  64:24-65:21.  The IRS designated this document as "Confidential" during Mr. Dunn's deposition,

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                                - 5 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    but subsequently agreed to withdraw that designation.  The portions referenced by and/or that are

2    most relevant to Plaintiffs' Motion are highlighted in yellow.

3         28.    Attached hereto as **Exhibit 26** is a true and correct copy of a July 27, 2017 email

4    (with two attachments) sent by Vivian Daniels of the IRS to John Mark Suhy

5    (jmsuhy@purethink.com).  Defendants produced these documents on or about November 19,

6    2019, and bear the Bates Nos. IGOV0001570511.001, IGOV0001570512.001-

7    IGOV0001570512.007 and IGOV0001570513.001–IGOV0001570513.004. This was also

8    authenticated and marked for identification as Deposition Exhibit 163 during the deposition of

9    Michael Dunn.  *See* Exhibit 4 at 71:1-73:4.  The IRS designated this document as "Confidential"

10   during Mr. Dunn's deposition, but subsequently agreed to withdraw that designation.  The portions

11   referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in blue, while the

12   remaining highlights were present in the documents as originally produced.

13        29.    Attached hereto as **Exhibit 27** is a true and correct copy of August 3, 2017 email

14   from John Mark Suhy (jmsuhy@igovsol.com) to Sascha Moccozet of the NIST, which was

15   produced by Defendants on or about November 19, 2019, and bears the Bates Nos.

16   IGOV0001573905.001–IGOV0001573905.002. The portions referenced by and/or that are most

17   relevant to Plaintiffs' Motion are highlighted in yellow.

18        30.    Attached hereto as **Exhibit 28** is a true and correct copy of an October 4, 2017

19   email exchange between Michael Dunn and John Mark Suhy via his eGovernment Solutions email

20   account (jmsuhy@egovsol.com).  Defendants produced this document on or about November 19,

21   2019, and bears the Bates Nos. IGOV0001573249.001–IGOV0001573249.002.  This was also

22   authenticated and marked for identification as Deposition Exhibit 214 during Defendants'

23   November 29, 2022 deposition.  *See* Exhibit 2 at 188:10-193:10.  The portions referenced by

24   and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

25        31.    Attached hereto as **Exhibit 29** is a true and correct copy of a May 22, 2018 email

26   sent by John Mark Suhy via his eGovernment Solutions email account (jmsuhy@egovsol.com) to

27   Michael Dunn of the IRS, which Defendants produced on or about November 19, 2019, and bears

28   the Bates Nos. IGOV0001573245.001–IGOV0001573245.002.  This was also authenticated and

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1   marked for identification as Deposition Exhibit 165 during the deposition of Michael Dunn. *See*

2   Exhibit 4 at 96:4-20. The IRS designated this document as "Confidential" during Mr. Dunn's

3   deposition, but subsequently agreed to withdraw that designation.

4          32.     Attached hereto as **Exhibit 30** is a true and correct copy of a May 24, 2018

5   Order for Supplies or Services, Order No. 2032H8-18-P-00151 that eGovernment Solutions

6   produced this document in response to Plaintiffs' document subpoena, which bears the Bates Nos.

7   EGOVS_000015–EGOVS_000020.  This was also authenticated and marked for identification as

8   Deposition Exhibit 103 during Mr. Mayur's October 15, 2022 deposition. *See* Exhibit 3 at 50:14-

9   54:3.

10         33.     Attached hereto as **Exhibit 31** is a true and correct copy of a June 29, 2018 email

11  sent by John Mark Suhy from his eGovernment Solutions email account (jmsuhy@egovsol.com)

12  to Michael Dunn of the IRS.  Defendants produced this document on or about November 19, 2019,

13  and bears the Bates No. IGOV0001573225.

14         34.     Attached hereto as **Exhibit 32** is a true and correct copy of a July 18-27, 2018

15  email exchange between Jason Zagalsky and Lisa Rosenmerkel of the IRS, which Neo4j USA

16  produced in this litigation with the Bates Nos. N4J_020130–N4J_020133.  This was also

17  authenticated and marked for identification as Deposition Exhibit 168 during the deposition of

18  Michael Dunn. *See* Exhibit 4 at 113:5-115:20, 116:5-117:21.   The IRS designated this document

19  as "Confidential" during Mr. Dunn's deposition, but subsequently agreed to withdraw that

20  designation.

21         35.     Attached hereto as **Exhibit 33** is a true and correct copy of an August 13, 2018

22  email exchange between Michael Dunn and John Mark Suhy (jmsuhy@egovsol.com), copying

23  Lisa Rosenmerkel among other individuals at the IRS.  Defendants produced this document on or

24  about November 19, 2019, and bears the Bates Nos. IGOV0001573217.0001 –

25  IGOV0001573217.0002.  This was also authenticated and marked for identification as Deposition

26  Exhibit 169 during the deposition of Michael Dunn. *See* Exhibit 4 at 127:18-129:7. The IRS

27  designated this document as "Confidential" during Mr. Dunn's deposition, but subsequently

28  agreed to withdraw that designation.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                    - 7 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

36.     Attached hereto as **Exhibit 34** is a true and correct copy of an August 13-14, 2018 email exchange between Michael Dunn and John Mark Suhy (jmsuhy@egovsol.com), copying Lisa Rosenmerkel among other individuals at the IRS.  Defendants produced this document on or about November 19, 2019, and bears the Bates Nos. IGOV0001573216.001– IGOV0001573216.002.  This was also authenticated and marked for identification as Deposition Exhibit 170 during the deposition of Michael Dunn.  *See* Exhibit 4 at 142:15-143:20.  The IRS designated this document as "Confidential" during Mr. Dunn's deposition, but subsequently agreed to withdraw that designation.

37.     Attached hereto as **Exhibit 35** is a true and correct copy of a December 31, 2018 Stock Purchase Agreement between John Mark Suhy on one hand, and Ashwani Mayur and Nikhil Budhiraja on the other.  Defendants produced this document during discovery on or about October 20, 2022.  This was also authenticated and marked for identification as Deposition Exhibit 100 during the deposition of Ashwani Mayur.  *See* Exhibit 3 at 30:8-32:23.

38.     Attached hereto as **Exhibit 36** is a true and correct copy of a May 31, 2018 Amendment of Solicitation/Modification of Contract, correcting OF 347 block 3 order number Smart ID from 2032H8-18-P-00151 to 2032H8-18-P-00168.  eGovernment Solutions produced this document in response to Plaintiffs' document subpoena , which bears the Bates No. EGOVS_000021.  This was also authenticated and marked for identification as Deposition Exhibit 104 during the deposition of Ashwani Mayur.  *See* Exhibit 3 at 54:10-56:15.

39.     Attached hereto as **Exhibit 37** is a true and correct copy of a May 24, 2019 Amendment of Solicitation/Modification of Contract No. 2032H8-18-P-00168 to exercise option year 1 in the amount of $200,000.00.  eGovernment Solutions produced this document in response to Plaintiffs' document subpoena, which bears the Bates Nos. EGOVS_000030–EGOVS_000031.  This was also authenticated and marked for identification as Deposition Exhibit 105 during the deposition of Ashwani Mayur.  *See* Exhibit 3 at 56:16-59:5.

40.     Attached hereto as **Exhibit 38** is a true and correct copy of a September 26, 2019 Amendment of Solicitation/Modification of Contract No. 2032H8-18-P-00168 to increase the funding for option year 1 by $216,000.00.  eGovernment Solutions produced this document in

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                     - 8 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    response to Plaintiffs' document subpoena, which bears the Bates Nos. EGOVS_000034–

2    EGOVS_000035.  This was also authenticated and marked for identification as Deposition Exhibit

3    106 during the deposition of Ashwani Mayur.  *See* Exhibit 3 at 59:18-62:3.

4           41.    Attached hereto as **Exhibit 39** is a true and correct copy of a May 24, 2020

5    Amendment of Solicitation/Modification of Contract No. 2032H8-18-P-00168 to exercise option

6    year 2 in the amount of $200,000.00.  eGovernment Solutions produced this document in response

7    to Plaintiffs' document subpoena, which bears the Bates Nos. EGOVS_000042–EGOVS_000045.

8    This was also authenticated and marked for identification as Deposition Exhibit 107 during the

9    deposition of Ashwani Mayur.  *See* Exhibit 3 at 63:13-65:25.

10          42.    Attached hereto as **Exhibit 40** is a true and correct copy of a May 24, 2021

11   Amendment of Solicitation/Modification of Contract No. 2032H8-18-P-00168 to exercise option

12   year 3 in the amount of $200,000.00.  eGovernment Solutions produced this document in response

13   to Plaintiffs' document subpoena, which bears the Bates No. EGOVS_000058–EGOVS_000061.

14   This was also authenticated and marked for identification as Deposition Exhibit 108 during the

15   deposition of Ashwani Mayur.  *See* Exhibit 3 at 67:7-69:11.

16          43.    Attached hereto as **Exhibit 41** is a true and correct copy of a May 24, 2022

17   Amendment of Solicitation/Modification of Contract No. 2032H8-18-P-00168 to exercise option

18   year 4 in the amount of $200,000.00.  eGovernment Solutions produced this document in response

19   to Plaintiffs' document subpoena, which bears the Bates No. EGOVS_000062–EGOVS_000064.

20   This was also authenticated and marked for identification as Deposition Exhibit 109 during the

21   deposition of Ashwani Mayur.  *See* Exhibit 3 at 69:16-70:19.

22          44.    Attached hereto as **Exhibit 42** is a true and correct copies of Invoice Nos. 817, 827,

23   901, 955, 960, 912 issued to the IRS by Mr. Suhy.  eGovernment Solutions produced this

24   document in response to Plaintiffs' document subpoena, which bears the Bates No.

25   EGOVS_000068–EGOVS_000074.  This was also authenticated and marked for identification as

26   Deposition Exhibit 110 during the deposition of Ashwani Mayur.  *See* Exhibit 3 at 71:17-76:15.

27          45.    Attached hereto as **Exhibit 43** is a true and correct copy of an April 23-24, 2019

28   email exchange between Patrick Martin at the IRS and John Mark Suhy (john.m.suhy@irs.gov),

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                         - 9 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    which the IRS produced with Bates No. IRS_PROD_00001638 in response to a subpoena issued

2    by Plaintiffs. The portions referenced by and/or that are most relevant to Plaintiffs' Motion are

3    highlighted in yellow and red.  The portions highlighted in red are also Sensitive But Unclassified

4    (SBU) Information in accordance with IRS/Treasury regulations, which the IRS has designated as

5    Confidential under the Protective Order and requested be sealed.

6           46.     Attached hereto as **Exhibit 44** is a true and correct copy of a September 13, 2019

7    email exchange between Nathan Gire at the IRS and John Mark Suhy (john.m.suhy@irs.gov),

8    which the IRS produced with Bates Nos. IRS_PROD_00002010–IRS_PROD_00002011 in

9    response to a subpoena issued by Plaintiffs. The portions referenced by and/or that are most

10   relevant to Plaintiffs' Motion are highlighted in yellow and red.  The portions highlighted in red

11   are also Sensitive But Unclassified (SBU) Information in accordance with IRS/Treasury

12   regulations, which the IRS has designated as Confidential under the Protective Order and

13   requested be sealed.

14          47.     Attached hereto as **Exhibit 45** is a true and correct copy of a September 17, 2019

15   email exchange between Joshua Porter at the IRS and John Mark Suhy (john.m.suhy@irs.gov),

16   which the IRS produced with Bates Nos. IRS_PROD_00002201–IRS_PROD_00002202 in

17   response to a subpoena issued by Plaintiffs. This was also authenticated and marked for

18   identification as Deposition Exhibit 178 during the deposition of Michael Dunn.  *See* Exhibit 4 at

19   193:9-20.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are

20   highlighted in yellow and red.  The portions highlighted in red are also Sensitive But Unclassified

21   (SBU) Information in accordance with IRS/Treasury regulations, which the IRS has designated as

22   Confidential under the Protective Order and requested be sealed.

23          48.     Attached hereto as **Exhibit 46** is a true and correct copy of a September 20, 2019

24   email from Michael Dunn to a number of individuals with @irs.gov email address, including John

25   Mark Suhy, Michael Stavrianos, and Brian Bird, and the same email forwarded by Mr. Bird to

26   Deborah Tylor, Mr. Stavrianos and John Mark Suhy.  The IRS produced this document with Bates

27   Nos. IRS_PROD_00001292–IRS_PROD_00001293 in response to a subpoena issued by

28   Plaintiffs. This was also authenticated and marked for identification as Deposition Exhibit 149

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                              - 10 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1  during the deposition of Michael Stavrianos of ASR Analyicts, LLC and Michael Dunn. *See*

2  Exhibit 4 at 207:7-209:15.  The portions referenced by and/or that are most relevant to Plaintiffs'

3  Motion are highlighted in yellow and red.  The portions highlighted in red are also Sensitive But

4  Unclassified (SBU) Information in accordance with IRS/Treasury regulations, which the IRS has

5  designated as Confidential under the Protective Order and requested be sealed.

6        49.     Attached hereto as **Exhibit 47** is a true and correct copy of a November 8-12, 2019

7  email exchange between, Aaron Katch and Hai Huynh at the IRS and John Mark Suhy

8  (john.m.suhy@irs.gov), which the IRS produced with Bates Nos. IRS_PROD_00000473–

9  IRS_PROD_00000474 in response to a subpoena issued by Plaintiffs. This was also authenticated

10  and marked for identification as Deposition Exhibit 181 during the deposition of Michael Dunn.

11  *See* Exhibit 4 at 210:13-211:20.  The portions referenced by and/or that are most relevant to

12  Plaintiffs' Motion are highlighted in yellow and red.  The portions highlighted in red are also

13  Sensitive But Unclassified (SBU) Information in accordance with IRS/Treasury regulations, which

14  the IRS has designated as Confidential under the Protective Order and requested be sealed.

15        50.     Attached hereto as **Exhibit 48** is a true and correct copy of a March 5, 2021 capture

16  of iGov's https://graphstack.io webpage from the Wayback Machine, a digital archive of the

17  World Wide Web (https://web.archive.org), which I printed out on February 27, 2023.

18        51.     Attached hereto as **Exhibit 49** is a true and correct copy of an April 3, 2021 tweet

19  issued from John Mark Suhy's Twitter account in response to other tweets, which I printed out on

20  March 22, 2023.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are

21  highlighted.

22        52.     Attached hereto as **Exhibit 50** is a true and correct copy of a December 3, 2021

23  capture of iGov's https://graphstack.io webpage from the Wayback Machine, a digital archive of

24  the World Wide Web (https://web.archive.org), which I printed out on December 1, 2022.

25        53.     Attached hereto as **Exhibit 51** is a true and correct copy of a March 31, 2022

26  capture of iGov's https://graphstack.io webpage from the Wayback Machine, a digital archive of

27  the World Wide Web (https://web.archive.org), which I printed out on February 27, 2023.

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4

- 11 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1        54.     Attached hereto as **Exhibit 52** is a true and correct copy of a March 4, 2021 email

2  exchange between John Mark Suhy (jmsuhy@igovsol.com) and Philip Kreismayr of Lemon42

3  GmbH.  Defendants produced this document on or about November 19, 2019, which bears the

4  Bates Nos. IGOV0002956759.001- IGOV0002956759.002.  The portions referenced by and/or

5  that are most relevant to Plaintiffs' Motion are highlighted.

6        55.     Attached hereto as **Exhibit 53** is a true and correct copy of an April 30-May 1,

7  2019 email exchange (with attachments) between, Sheila Duffy (SDuffy@greystonesgroup.com)

8  and Kelly Crowley (kelly.a.crowley@uscis.dhs.gov), which the Department of Homeland Security

9  produced in response to a subpoena issued by Plaintiffs. This was also authenticated and marked

10  for identification as Deposition Exhibit 244 during the deposition of Turin Pollard of Greystones

11  Group, LLC.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are

12  highlighted in yellow.

13       56.     Attached hereto as **Exhibit 54** is a true and correct copy of an August 2, 2019 email

14  exchange between Sheila Duffy (sduffy@greystonesgroup.com) and John Mark Suhy

15  (jmsuhy@igovsol.com). Defendants produced this document on or about November 19, 2019,

16  which bears the Bates Nos. IGOV0001573322.001–IGOV0001573322.002.  The portions

17  referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

18       57.     Attached hereto as **Exhibit 55** is a true and correct copy of an August 5, 2019 email

19  exchange between Sheila Duffy (sduffy@greystonesgroup.com) and John Mark Suhy

20  (jmsuhy@igovsol.com). Defendants produced this document on or about November 19, 2019 and

21  bears the Bates No. IGOV0001573317.001.  The portions referenced by and/or that are most

22  relevant to Plaintiffs' Motion are highlighted in yellow.

23       58.     Attached hereto as **Exhibit 56** is a true and correct copy of an August 2-5, 2019

24  email exchange (without attachments) between Sheila Duffy (sduffy@greystonesgroup.com),

25  Colleen Delawder (colleen.m.delawder.ctr.@mail.mil) and John Mark Suhy

26  (jmsuhy@igovsol.com), which Defendants produced on or about November 19, 2019 and bears

27  the Bates Nos. IGOV0001573316.001–IGOV0001573316.009. The portions referenced by and/or

28  that are most relevant to Plaintiffs' Motion are highlighted in yellow.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                 - 12 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    59.    Attached hereto as **Exhibit 57** is a true and correct copy of an August 2-5, 2019

2  email exchange (without attachments) between Sheila Duffy (sduffy@greystonesgroup.com),

3  Colleen Delawder (colleen.m.delawder.ctr.@mail.mil) and John Mark Suhy

4  (jmsuhy@igovsol.com), which Defendants produced on or about November 19, 2019 and bears

5  the Bates Nos. IGOV0001573313.001–IGOV0001573313.011. The portions referenced by and/or

6  that are most relevant to Plaintiffs' Motion are highlighted in yellow.

7    60.    Attached hereto as **Exhibit 58** is a true and correct copy of an October 29, 2020

8  capture of a webpage (https://greystonesgroup.com/solutions/data-analytics/) from Greystones

9  Group's website.  I printed this capture out from the Wayback Machine, a digital archive of the

10  World Wide Web (https://web.archive.org) on March 23, 2023. The portions referenced by and/or

11  that are most relevant to Plaintiffs' Motion are highlighted in yellow.

12    61.    Attached hereto as **Exhibit 59** is a true and correct copy of a March 1, 2021 capture

13  of a webpage (https://greystonesgroup.com/greystones-group-announces-award-of-a-phase-ii-

14  small-business-innovation-research-sbir-contract/) from Greystones Group's website consisting of

15  a March 6, 2019 press release, titled "Greystones Group Awarded Small Business Innovative

16  Research (SBIR) Contract."  I printed this capture out from the Wayback Machine, a digital

17  archive of the World Wide Web (https://web.archive.org) on March 23, 2023. The portions

18  referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

19    62.    Attached hereto as **Exhibit 60** is a true and correct copy of an October 29, 2020

20  capture of a webpage (https://greystonesgroup.com/greystones-group-announces-award-of-a-

21  phase-ii-small-business-innovation-research-sbir-contract/) from Greystones Group's website

22  consisting of a June 10, 2020 press release, titled "Greystones Group Awarded Small Business

23  Innovative Research (SBIR) Contract."  I printed this capture out from the Wayback Machine, a

24  digital archive of the World Wide Web (https://web.archive.org) on March 23, 2023. The portions

25  referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

26    63.    Attached hereto as **Exhibit 61** is a true and correct copy of an October 1, 2018

27  email from Diane Griffith (diane.griffith@nextcentury.com) to Shahak Nagiel

28  (shahak.nagiel@nextcentury.com).  Next Century/CACI produced this document on or about

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                              - 13 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1   September 15, 2022, which bears the Bates No. CACI00005178, in response to Plaintiffs'

2   document subpoena. Next Century/CACI designated this document as "Confidential" under the

3   Protective Order when produced, but subsequently agreed to withdraw that designation.  This was

4   also authenticated and marked for identification as Deposition Exhibit 43 during the deposition of

5   James Weyant.  *See* Exhibit 5 at 35:7-37:3.  The portions referenced by and/or that are most

6   relevant to Plaintiffs' Motion are highlighted in yellow.

7          64.     Attached hereto as **Exhibit 62** is a true and correct copy of an October 16-17, 2018

8   email exchange between Shahak Nagiel (shahak.nagiel@nextcentury.com) and Diane Griffith

9   (diane.griffith@nextcentury.com).  Next Century/CACI produced this document on or about

10   September 15, 2022, which bears the Bates Nos. CACI00004994–CACI00004995, in response to

11   Plaintiffs' document subpoena. Next Century/CACI designated this document as "Confidential"

12   under the Protective Order when produced, but subsequently agreed to withdraw that designation.

13   This was also authenticated and marked for identification as Deposition Exhibit 44 during the

14   deposition of James Weyant.  *See* Exhibit 5 at 44:24-51:14.  The portions referenced by and/or that

15   are most relevant to Plaintiffs' Motion are highlighted in yellow.

16          65.     Attached hereto as **Exhibit 63** is a true and correct copy of an October 22, 2018

17   email exchange between Shahak Nagiel (shahak.nagiel@nextcentury.com) and John Mark Suhy

18   (jmsuhy@igovsol.com).  Next Century/CACI produced this document on or about September 15,

19   2022, which bears the Bates Nos. CACI00004966–CACI00004967, in response to Plaintiffs'

20   document subpoena.  Next Century/CACI designated this document as "Confidential" under the

21   Protective Order when produced, but subsequently agreed to withdraw that designation.  This was

22   also authenticated and marked for identification as Deposition Exhibit 45 during the deposition of

23   James Weyant.  *See* Exhibit 5 at 51:23-25, 54:7-56:21.  The portions referenced by and/or that are

24   most relevant to Plaintiffs' Motion are highlighted in yellow.

25          66.     Attached hereto as **Exhibit 64** is a true and correct copy of an October 22, 26 and

26   29, 2018 and January 4, 2019 email exchange between Shahak Nagiel

27   (shahak.nagiel@nextcentury.com) and John Mark Suhy (jmsuhy@igovsol.com).  Next

28   Century/CACI produced this document on or about September 15, 2022, which bears the Bates

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                    - 14 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    Nos. CACI00003832–CACI00003837, in response to Plaintiffs' document subpoena.  Next

2    Century/CACI designated this document as "Confidential" under the Protective Order when

3    originally produced, but subsequently agreed to withdraw that designation.  This was also

4    authenticated and marked for identification as Deposition Exhibit 47 during the deposition of

5    James Weyant.  *See* Exhibit 5 at 62:13-65:17.  The portions referenced by and/or that are most

6    relevant to Plaintiffs' Motion are highlighted in yellow.

7            67.     Attached hereto as **Exhibit 65** is a true and correct copy of the relevant pages of

8    Purethink LLC and iGov Inc.'s Amended Response to Neo4j, Inc.'s First Set of Interrogatories to

9    Purethink LLC and iGov Inc. and John Mark Suhy's verification thereof, both dated November 22,

10   2019.

11           68.     Attached hereto as **Exhibit 66** is a true and correct copy of PureThink LLC's Profit

12   and Loss Statement for 2015, which was produced by Defendants on or about November 19, 2019

13   and bears the Bates No. IGOV0001569058.001. This was also authenticated and marked for

14   identification as Deposition Exhibit 198 during the deposition of Defendants.  *See* Exhibit 2 at

15   59:6-22.

16           69.     Attached hereto as **Exhibit 67** is a true and correct copy of PureThink LLC's Profit

17   and Loss Statement for 2016, which was produced by Defendants on or about November 19, 2019

18   and bears the Bates No. IGOV0001569057.001. This was also authenticated and marked for

19   identification as Deposition Exhibit 199 during the deposition of Defendants.  *See* Exhibit 2 at

20   61:9-62:23.

21           70.     Attached hereto as **Exhibit 68** is a true and correct copy of a January 25, 2019

22   email from John Mark Suhy (jmsuhy@igovsol.com) to Ron Turner

23   (Ron.Turner@XpressRules.com), which was produced by Defendants on or about December 8,

24   2022 and bears the Bates No. IGOV0002860445.001.

25           71.     Attached hereto as **Exhibit 69** is a true and correct copy of a December 18-20, 2019

26   and January 4, 2020 email exchange between John Mark Suhy (jmsuhy@igovsol.com), Brad

27   Nussbaum (brad@atomrain.com), Calro Gazzaneo (cgazzaneo@softstrategy.it) and Francesto

28   Faenzi (ffaenzi@softstrategy.it), which was produced by Defendants on or about December 8,

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                          - 15 -
DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1   2022 and bears the Bates Nos. IGOV0002987106.001–IGOV0002987106.003. The portions

2   referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

3        72.     Attached hereto as **Exhibit 70** is a true and correct copy of a January 23-24, 2020

4   email exchange between John Mark Suhy (jmsuhy@igovsol.com), Brad Nussbaum

5   (brad@graphgrid.com) and Sergio Pires, which was produced by Defendants on or about

6   December 8, 2022 and bears the Bates No. IGOV0002856686.001.

7        73.     Attached hereto as **Exhibit 71** is a true and correct copy of a April 9-10, 2020 email

8   exchange between John Mark Suhy (jmsuhy@igovsol.com) and Ravi Pappu, which was produced

9   by Defendants on or about December 8, 2022 and bears the Bates No. IGOV0002856672.001–

10  IGOV0002856672.002.

11       I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct, and that this declaration was executed on this 20th day of April 2023,

13  at San Jose, California.

14

15                                          _/s/ Jeffrey M. Ratinoff_
                                            Jeffrey M. Ratinoff
16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4869-6111-7779.4                                 - 16 -

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD