# EXHIBIT 1

# DOCUMENT PROVISIONALLY FILED UNDER SEAL