# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware
corporation; and NEO4J
SWEDEN AB, a Swedish
corporation,                          CASE NO.
                                      5:18-cv-07182-EJD

          Plaintiffs,
vs.
PureThink, LLC, a Delaware
limited liability company;
IGOV, INC., a Virginia
corporation; and JOHN MARK
SUHY, an individual,
          Defendants.
_____/


REMOTE VIDEOTAPED DEPOSITION OF JOHN MARK SUHY, JR.
INDIVIDUALLY AND AS PERSON MOST KNOWLEDGEABLE
PURSUANT TO FED. R. CIV. P. 30(b)(1)
FOR IGOV INC. AND PURETHINK LLC


DATE:         November 29, 2022

TIME:         8:06 a.m. PST

LOCATION:     Via Zoom Videoconference

REPORTED      KAREN L. BUCHANAN
BY:           CSR No. 10772
              CLR No. 031106-04

1

1    of that to Neo4j under the Partner Agreement?  Is

2    that fair?

3         A.  Yes.  In this scenario, yes.

4         MR. RATINOFF:  Now, we were looking at the

5    MPO order form.  24 -- I'm sorry.  Strike that.

6    Okay.  And then let me move on to Exhibit -- what

7    will be marked as Exhibit 198.

8         (Plaintiffs' Exhibit 198 was marked for

9    identification.)

10        MR. RATINOFF:  I'll put this in the chat

11   for you.

12        MR. BEENE:  Okay.  It's open.

13   BY MR. RATINOFF:

14        Q.  Yes.  This is another document.  It's Bates

15   numbered iGov, got an iGov Bates number.  It's

16   entitled "PureThink LLC Profit and Loss, January

17   through December 2015."  Do you recognize this

18   document?

19        A.  Yes.

20        Q.  What is it?

21        A.  It's a Profit and Loss report for 2015 for

22   PureThink.

23        Q.  Okay.  And then looking at the -- under

24   Income, it says "Sales - Software, $320,987.50."  Do

25   you see that?

                                                    59

1        A.   Yes.

2        Q.   And that income would be for commercial

3   software licenses for Neo4j Enterprise or Government

4   Edition that PureThink sold under the Partner

5   Agreement?

6        A.   I believe so.   That was the only thing we

7   were focusing on.

8        Q.   And looking under the expense, it says

9   "Software reseller license cost."   Do you see that

10  it's for $242,715.52?

11       A.   Yes, I see that.

12       Q.   And that would be for the 75 percent that

13  would be owed to Neo4j under the Partner Agreement?

14       A.   I assume that's what that's for.

15       Q.   No reason to believe it isn't?

16       A.   Not off the top of my head, no.

17       Q.   And I believe the FBI and Sandia contracts

18  were for -- from the year 2015, so the sales would

19  be for those licenses?

20       A.   That sounds right.

21       Q.   Any reason to believe it isn't?

22       A.   I would have to go in and look at my

23  documents to verify it, but it sounds -- sounds like

24  that's the reason for these numbers.

25       Q.   PureThink wasn't doing anything else at the

60

1    time, though?

2         A.  Nothing major, no.

3         Q.  It wasn't selling any -- it wasn't selling

4    any other software other than the Neo4j Government

5    Edition?

6         A.  I don't believe so.  I think we were just

7    focused on the Government Edition at this time

8    period, yeah.

9              MR. RATINOFF:  Okay.  We can go ahead and

10   mark the next exhibit.  It's -- it will be marked as

11   Exhibit 199.

12             (Plaintiffs' Exhibit 199 was marked for

13   identification.)

14   BY MR. RATINOFF:

15        Q.  It should be tab 503 in the chat.

16        A.  Okay.  It's open.

17        Q.  Okay.  What we've marked as Exhibit 199 is

18   a document entitled "PureThink LLC Profit and Loss,

19   January through December 2016."

20        A.  Yes, I see that.

21        Q.  And it's got a Bates number at the bottom,

22   IGOV 1569057.001 on the first page?

23        A.  Yes, I see that.

24        Q.  And do you recognize this document?

25        A.  Yes.  It looks like the same as the other

                                                        61

1   documents but for 2016.

2       Q.  So Purethink's Profit and Loss Statement

3   for that year, 2016?

4       A.  Yes.  I'm just looking at it to see.  It

5   looks like it's marked for -- "Sales - Software" is

6   probably the wrong category for it.

7       Q.  Category for what?

8       A.  Category for whatever that is.  This would

9   have been -- I'm looking at the expense.  Since

10  there was no expenses, this might have been for IRS,

11  which was the consulting project.  I'm not positive,

12  but it looks -- if it was, it definitely is

13  miscategorized.

14      Q.  So PureThink didn't sell software in 2016?

15      A.  I have to go look and see, because I know

16  that when we started IRS, that was a consulting

17  project.  So I don't -- I think that was in 2016.

18  I'm not sure, but that's what it looks like this

19  might be representing.

20      Q.  This document was prepared by PureThink,

21  correct?

22      A.  Yeah.  I believe I would have done this,

23  yeah.

24      Q.  And as you note, there is no software

25  license fee that was under Expenses that we saw in

                                                    62

1    the prior Profit and Loss Statements, correct?

2         A.  Yes.  That's why I think this is for IRS,

3    which wasn't a software license sale.  That's why I

4    believe that that's what this represents.

5         Q.  But there is only a mark for -- I'm sorry,

6    the only income here is showing sales for software

7    and not consulting, correct?

8              MR. BEENE:  Objection to form.

9    BY MR. RATINOFF:

10        Q.  You can answer the question.

11        A.  Well, now, this is -- this definitely is

12   for consulting.

13        Q.  But it's listed as sales and software in

14   this document, correct?

15        A.  It says "Sales - Software"; that's correct.

16        Q.  Now, I'd like to show you the 2017

17   Profit and Loss Statement, but one wasn't produced.

18   Did PureThink prepare a Profit and Loss Statement

19   for 2017?

20        A.  We should have, because that's what I used

21   for taxes, so . . . .

22        Q.  So PureThink was still in business in 2017?

23        A.  Yes.  PureThink is still in business now.

24        Q.  So it should -- it filed its tax return in

25   2017?

63

1        THE VIDEOGRAPHER:  Off the record?

2        MR. RATINOFF:  Sure.  Let's go off the

3   record.

4        THE VIDEOGRAPHER:  We are now off the

5   record at 12:29.

6        (Break taken from 12:29 to 12:31 p.m.)

7        THE VIDEOGRAPHER:  We are now on the record

8   at 12:31.

9   BY MR. RATINOFF:

10       Q.  Okay.  I'm going to turn back to

11   Exhibit 202, which was marked as -- originally as

12   tab 485.  It's the amended interrogatory responses.

13   And if you could turn your attention to page 11.

14       A.  One moment.  I'm at page 11.

15       Q.  Okay.  And you'll see interrogatory No. 2,

16   it says:

17            "Identify all facts and documents

18            supporting your contention in

19            Paragraph 15 of your Counterclaim that

20            PureThink" -- sorry, "PureThink spent

21            an equivalent of 650,000 to design,

22            develop, and build a new Neo4j

23            Government Package software based on

24            Mr. Nordwall's representations that

25            PureThink would have continuing

                                                170

1              exclusivity with the government sales

2              and support contracts."

3          Do you see that?

4      A.  Yes, I do.

5      Q.  And you understand that's referring to the

6  exclusivity agreement we just talked about in the

7  counterclaims?

8      A.  Yes.

9      Q.  And you'll see -- I'm sorry, in response

10  2.2, it says, "PureThink spent an equivalent of

11  $650,000 to" -- sorry, "spent an equivalent of

12  $650,000."  What do you mean by "equivalent"?

13      A.  So we didn't spend money.  We dedicated

14  full time to building out this framework that would

15  surround Neo4j Enterprise and make it into what was

16  called the Neo4j for Government Edition.  So it was

17  a suite of software, addressed FISMA, modules,

18  documentation, business plan.  It was our full

19  focus.

20          And I needed to make sure that before we

21  focused 100 percent, dropped everything else and

22  focused on this that we were on the same line, that

23  we understood each other, that hey, we're building

24  this Government Edition, it's going to take off,

25  because it allows us to do sole sourcing.  And that

                                                        171

1    us to run the government, I guess you'd say,

2    marketing, procurement, and help Neo4j for that.  So

3    this is something beyond what the Partner Agreement

4    would have asked anybody to do.

5         Q.  Didn't the Partner Agreement contemplate

6    requiring PureThink to market and develop business

7    related to Neo4j Enterprise?

8         A.  I don't remember if it says that or not.

9    You can show me.

10        Q.  So what was your understanding of your

11   obligations under the Partner Agreement?

12        A.  I'd have to read it again, because once

13   this was a government -- an exclusivity contract

14   came, that's all that I focused on.

15        Q.  Prior to April 2015 when this exclusivity

16   agreement, as you call it, came in existence, were

17   you spending your time marketing and developing

18   business with respect to Neo4j Enterprise?

19        A.  Some, but not to the level that this

20   required.

21        Q.  But you were developing or attempting to

22   develop business for Neo4j Enterprise under the

23   Partner Agreement prior to April 2015, correct?

24             MR. BEENE:  Objection to form.

25             THE WITNESS:  Yes, but we ran into the

173

1    issue that it wasn't going to work with the

2    government because of the FAR rules and that we had

3    to come up with a different approach to get Neo4j

4    into the government.  And that's where this

5    agreement came.

6            And that's why it took so much dedication

7    to it.  No other teams or companies would go and

8    dedicate this much effort into something that was

9    not guaranteed to bring revenue.  I mean this is an

10   investment, and I don't think the Partner Agreement

11   says you have to drop all your business and only

12   focus on this, and we did for this, and we did it

13   because of the exclusivity agreement.

14   BY MR. RATINOFF:

15       Q.  Looking at the financial statements that we

16   did for PureThink in 2014, you testified, I believe,

17   that revenue generated in 2014 was based on only

18   sales of Neo4j Enterprise Edition, correct?

19       A.  Yes, in which we only got the

20   revenue 25,000 -- we made 25,000 or 25 percent of

21   whatever that total sale was, which was not a lot.

22       Q.  But between 2014 and 2015, April, PureThink

23   was solely focused on developing business under the

24   Partner Agreement, correct?

25       A.  I believe so.  Yes.  That was our -- that

                                                          174

1    was our focus.

2         Q.   And in looking at the next page in the

3    interrogatory responses, 2.3, it says:

4              "The hourly rate Neo4j charged for

5              resources that were at or below the

6              expertise level of John Mark Suhy was

7              $300 an hour for a subject matter

8              expert."

9         A.   Yes.

10        Q.   "These rates are used to justify many of

11   the costs."

12        A.   Yes.

13        Q.   Did you take $300 and multiply that by a

14   certain number of hours to come up with $650,000?

15   In other words, if I divide $650,000 by 300 and got

16   approximately 2166 hours, that's what you're saying

17   is the time you spent on Neo4j Government Edition?

18        A.   I believe that's part of it.  Remember that

19   when we're doing business development and marketing

20   and whatnot, that time is not something that's

21   covered under those hourly rates.  The $300 an hour

22   rate is something that Neo4j charges and what we

23   could have done consulting for instead of doing

24   this.

25        Q.   Do you understand that Neo4j charged $300

175

an hour to its customers, but that's not what its

actual employees who do the consulting make?

A.  Well, I don't know any of that.

Q.  Isn't it normal in business that if a

company charges consulting rates, it's not paying

its employee the same amount that it's charging the

client?

MR. BEENE:  Objection to form.

THE WITNESS:  I'm one person, and this is

PureThink.  So everything would come back to me

anyway in some way or another.

BY MR. RATINOFF:

Q.  But you don't charge your clients $300 an

hour for consulting, do you?

A.  It depends on what we're doing, and it

depends on if they can afford us.  Sometimes we will

give them much less rates just because we feel that

it's worthwhile being involved with them so we can,

you know, identify their opportunities.  So there is

always a balance.

Q.  But you don't know whether Neo4j charges

its clients $300 an hour and then in turn pays its

employees $300 for work per hour, correct?

A.  I have no idea about how Neo4j operates.

Q.  So then are you saying that you have a way

176

1    of tracking the 2166 hours plus that you spent

2    between May of 2015 and 2017?

3         A.  Yeah.  I basically was working full time

4    and more than eight hours a day just to get

5    everything done.  And that's how we came up with the

6    dates, the times, the amounts, everything.

7         Q.  Do you have time sheets to evidence that

8    time spent?

9         A.  Hmm -- not time sheets, but I'm sure that

10   you get repos and commits, and all the documents and

11   whatnot would kind of show that.  Writing a 15-page

12   marketing document on how we're going to approach

13   government and whatnot takes days to do.

14        Q.  But you didn't actually keep any official

15   records to track that time, did you?

16        A.  I don't believe we would have needed to,

17   because it was full time, fully dedicated.

18        Q.  Do you have --

19        A.  We're not charging -- you know, usually you

20   track -- you track hours when you're charging

21   someone and billing the rates.  This was an

22   investment on our end, so there would have been no

23   need to do that.  So our goal was to be 100-percent

24   focused on this.

25        Q.  So the $650,000 is essentially just an

1   related to their GSA for staffing.

2          You know, the goal is to get business out

3   of this, and that's why sometimes you do stuff for

4   free.  And I do a lot of stuff for zero dollars.

5   You know, if it leads to us making money, then

6   that's the whole purpose of the investment is we

7   aren't doing it for the current -- the now.  We're

8   doing it for the future.

9          Q.  All right.  I want to go ahead and move on

10  to -- we talked about the protest and then the

11  cancellation of the -- or the pre-award protest.

12  And you believe that the -- sorry.  Let me start

13  over.

14          So it's PureThink's contention that it lost

15  out on continuing with the Government Edition?

16          A.  Well, it did, because they, Neo4j, canceled

17  the Government Edition and told our clients that

18  they couldn't work with us.

19          Q.  Did you give back all the work that you did

20  to Neo4j, all the working documents and the business

21  development and all the work that you did?  Did you

22  just say here you go, it's yours?

23          A.  I don't believe so.  I don't think that

24  would be theirs.

25          Q.  So you kept all that work?

186

1   the different modules that we had created.  I have

2   no idea if they took our work and integrated it.

3          Because I do remember that -- what is his

4   name, the lead, the head of the software

5   development, I'm forgetting right now, for Neo4j

6   said that there is a lot of the features they wanted

7   to integrate into Neo4j Enterprise that we had done

8   with this.  I don't know if they took our work or if

9   they just created it from the beginning.

10          MR. RATINOFF:  And then on this next

11   exhibit, it's going to be marked for identification

12   as Exhibit 214, tab 504, will be in your chat.

13          (Plaintiffs' Exhibit 214 was marked for

14   identification.)

15          THE WITNESS:  I'm looking at this.

16   BY MR. RATINOFF:

17      Q.  And this is an e-mail.  The last e-mail in

18   exchange is dated October 4th, 2017.  It's from

19   Michael Dunn to John Mark Suhy at egovsol.com.  And

20   the Bates on the first page is -- ends with

21   3249.001.  Do you see that?

22      A.  Yes, I do.

23      Q.  Is this an e-mail exchange you had with

24   Mr. Dunn?

25      A.  Yes, it looks to be.

188

1    Q.  And why did you send this e-mail to

2  Mr. Dunn?  At the beginning here, it says, "Hello

3  Michael.  Here is some information for market

4  research regarding eGovernment Solutions, Inc."

5    A.  It sounds like I was giving him information

6  for market research.

7    Q.  Why were you giving him market research

8  information about eGovernment Solutions?

9    A.  Usually the government will reach out

10 saying they're doing market research and ask you for

11 information.  And that's what it looks like they

12 did, and that was the response.

13   Q.  And at this time, were you part owner of

14 eGovernment Solutions?

15   A.  October 2017?  I might have been.  I don't

16 remember when I sold my shares.  But I might have

17 been.

18   Q.  But you were working under the eGovernment

19 Solutions name at this point, correct?

20       MR. BEENE:  Objection to form.

21       THE WITNESS:  I was answering from

22 eGovernment Solutions, so it seems to be that's what

23 this e-mail is from.

24 BY MR. RATINOFF:

25   Q.  And then it says, if you go down towards

189

1   the bottom of the first page:

2              "The current CKGE environment will

3         require any potential vendor to

4         provide 2 critical components:  1) the

5         Government Package/Suite for Neo4j and

6         2) professional services for continued

7         development."

8   And it continues:

9              "Other vendors may be able to offer

10        the professional services, but only

11        iGov Inc. can fulfill the Government

12        Package/Suite for Neo4j requirement."

13        What are you referring to as the Government

14   Package/Suite for Neo4j requirement?

15        A.   I believe we're talking about the bisma and

16   all the auditing that needs to be put in place, and

17   that knowledge we gained by working with IRS at the

18   beginning.  We knew how to apply that, so we could

19   reapply everything.

20        I don't think any other vender -- and I

21   think it would be obvious that other vendors that

22   would come in would not have that knowledge that

23   would be able to help them wrap up and get moving.

24   So it was basically because of me and my knowledge.

25        Q.   And that's the knowledge that you gained

190

1    working as PureThink under the PureThink/IRS

2    contract we talked about earlier, correct?

3            MR. BEENE:  Objection to form.

4            THE WITNESS:  It's knowledge, but not

5    necessarily software.

6    BY MR. RATINOFF:

7        Q.  And it says, "The same team members," and

8    this is on the second page, halfway down:

9                "The same team members from the past

10               contract would be able to stay on

11               under eGovernment Solutions Inc.  All

12               of the development environment, tools,

13               et cetera would also be maintained

14               meaning there would be no ramp-up

15               time."

16       A.  I see that.

17       Q.  When you say the same team members, are you

18   talking about PureThink on the past contract that we

19   previously discussed between the IRS and PureThink?

20       A.  No.  I believe I'm talking about myself

21   only.

22       Q.  Okay.  But you're talking about the work

23   that you performed for the IRS under PureThink and

24   the contract we discussed earlier, correct?

25       A.  Yes.  I believe I would be showing them

                                                191

that, hey, I have all this experience that I bring

to the table with this company.

      Q.  And it says "All of the development

environment tools, et cetera will also be maintained

meaning there would be no ramp-up time."  Are you

referring to the work that you previously did with

the IRS under PureThink?

      A.  Yes.  The software that they actually

owned, they have a lot of work product.

      Q.  And that was what you developed for the

IRS, correct?

      A.  Some of it was.  Some of it was done by

other teams, and we helped them integrate it.

      Q.  Then at the bottom, it says:

            "I am a minority partner in

            eGovernment Solutions, and a majority

            partner (only partner) in iGov Inc.

            IGov Inc. holds the rights and sells

            and supports the Neo4j Government

            Package/Suite."

      Do you see that?

      A.  Yes.

      Q.  And are you at this time now clearly still

an owner or part owner of eGovernment Solutions at

this time?

                                                      192

1    A.  Yes.  If I said that, then I was still an

2  owner.

3    Q.  And it says, "iGov holds the rights and

4  sells and supports the Neo4j Government

5  Package/Suite."

6    A.  Yes, that's a solution that's an offering.

7  It's not a product.  The Neo4j Government Edition

8  was the product.  The Neo4j Government Package/Suite

9  is a suite of services and support focused on FISMA,

10  addressing other needs that U.S. governments need.

11      And it's important because if you're using

12  Neo4j Community, whatever version you're using, you

13  need to follow these security guidelines and

14  whatnot.  And that's what -- that's the expertise

15  that I bring to the table now, because I gained all

16  that knowledge, you know, what requirements are

17  needed for IRS, what their 508 compliance

18  requirements are and whatnot.

19    Q.  And you gained that knowledge through the

20  prior work that you did under PureThink with the

21  PureThink/IRS contract that we talked about,

22  correct?

23      MR. BEENE:  Objection to form.

24      THE WITNESS:  That as well as I've have

25  other contracts with IRS years before, subcontracts.

193

1    Q.  After that, did you provide a version of

2    ONgDB to the IRS to use in the CKGE framework?

3    A.  I believe he -- he didn't say it correctly.

4    You don't -- you don't deploy it to the framework.

5    You just have your own data sources, and the

6    framework has tools that can connect to it.

7    Q.  So then did you start using ONgDB at the

8    IRS in relationship to the CKGE framework or

9    environment, whatever you like to call it?

10   A.  I didn't.  The teams did, the teams that

11   manage graphs, I'm sure.  Because this says let's go

12   ahead and do it.

13   Q.  Where did ONgDB software come from for the

14   IRS?  Was it downloaded from the iGov website?

15   A.  The Graph Foundation.

16   Q.  And at that time, was the IRS using an

17   internal gitlab repository to maintain its graph

18   database software it was using?

19   A.  I don't remember at that time if they had

20   it.

21   Q.  At some point did the IRS begin using an

22   internal gitlab repository to maintain versions of

23   ONgDB?

24   A.  No, not to maintain versions, but I think

25   it was to be able to run their own code scans.  So

366

1   any time they had software, they had source course

2   available.  They wanted it to be in there so they

3   can run code scan tools.

4       Q.  What are code scan tools?

5       A.  They're tools that can do static secure

6   code.  So it can do static code scanning.  It can

7   identify specific types of vulnerabilities that you

8   can recognize by looking at actual source code.

9       Q.  So they --

10      A.  Tools for that.

11      Q.  So before using that version of ONgDB, it

12  would be loaded into the gitlab, and the IRS would

13  scan it to make sure it didn't have any security

14  vulnerabilities?

15      A.  Sorry, repeat that again.

16      Q.  Yeah.  So for instance, if there was a new

17  version of ONgDB to be used, it would be uploaded to

18  the gitlab in the IRS, and they would run scans on

19  it to make sure it was secure and didn't have any

20  security vulnerabilities?  Is that what you're

21  saying?

22      A.  That's one thing they would do, yes.  But

23  it wasn't mandatory to do it.  It was more that,

24  hey, they have a tool that will scan all the repos,

25  let's make sure everything is there in case there

367

1    was something that wasn't reported to us in gitlab.

2        Q.   Did you ever upload any version of ONgDB to

3    the IRS's gitlab repository?

4        A.   I believe I'm the one that did it, but I

5    don't remember.  I'm the one that's responsible for

6    making sure that any of the software that's being

7    used can all be found in a certain area, in a

8    certain location.  So I think I would have done

9    that.

10       Q.   Is that something you continued to do

11   throughout the eGovernment Solutions contract?

12       A.   No.  I think it was something that I

13   started to help with, and then since it's unpaid,

14   just no time to keep doing it.

15       Q.   To this day, you have access to that gitlab

16   repository that the IRS maintains?

17       A.   I believe so.  I should have it.  I haven't

18   checked it for a while, so . . . .

19       Q.   And do you know whether the IRS switched

20   over to ONgDB for its YK1 platform?

21       A.   I'm not positive.

22       Q.   Take a look at what's been previously

23   marked as Exhibit 174.  Oh, I'm sorry.  I think I

24   put the wrong e-mail in.  Let me back up here.

25   Yeah.  Why don't you hold off on that one.  Let me

368

1        REPORTER'S CERTIFICATE
         The undersigned Certified Shorthand
2    Reporter licensed in the State of California does
     hereby certify:
3        I am authorized to administer oaths or
     affirmations pursuant to Code of Civil Procedure,
4    Section 2093(b), and prior to being examined, the
     witness was duly administered an oath by me.
5        I am not a relative or employee or attorney
     or counsel of any of the parties, nor am I a
6    relative or employee of such attorney or counsel,
     nor am I financially interested in the outcome of
7    this action.
         I am the deposition officer who
8    stenographically recorded the testimony in the
     foregoing deposition, and the foregoing transcript
9    is a true record of the testimony given by the
     witness.
10       Before completion of the deposition, review
     of the transcript [x] was [^ ] was not requested.
11   If requested, any changes made by the deponent (and
     provided to the reporter) during the period allowed
12   are appended hereto.
         In witness whereof, I have subscribed my
13   name this 5th day of December, 2022.

14

15

16

17

18   _____

19   KAREN L. BUCHANAN

20
21   CSR No. 10772
22
     CLR No. 031106-04
23

24

25



                                                      410