# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware
corporation; and NEO4J
SWEDEN AB, a Swedish
corporation,                          CASE NO.
                                      5:18-cv-07182-EJD

          Plaintiffs,

vs.

PURETHINK, LLC, a Delaware
limited liability company;
IGOV INC., a Virginia
corporation; and JOHN MARK
SUHY, an individual,

          Defendants.
_____/


     REMOTE VIDEOTAPED DEPOSITION OF ASHWANI MAYUR
AS PERSON MOST KNOWLEDGEABLE FOR EGOVERNMENT SOLUTIONS


DATE:          October 25, 2022


TIME:          8:03 a.m.


LOCATION:      Via Zoom Videoconference


REPORTED       KAREN L. BUCHANAN
BY:            CSR No. 10772
               CLR No. 031106-04


1

1          Q.  Okay.  And what time was that?

2          A.  I believe it should be 2013 or 2014.

3          Q.  So it was definitely -- but it was after?

4    I'm looking back at Exhibit 99, and Mr. Siegler is

5    listed as of January 29, 2014, so the buyout would

6    have been in 2014?

7          A.  That sounds about right.

8          Q.  And then was there a point in time where

9    Mr. Suhy was bought out of his shares of eGovernment

10   Solutions?

11         A.  That is correct.  That is December 31st,

12   2018.

13         Q.  And what was the reason for buying Mr. Suhy

14   out of his shares of eGovernment Solutions?

15         A.  Well, for many, many years nothing happened

16   in the company.  And Mr. Suhy's interest had always

17   been in projects.  And as I mentioned, my partner,

18   Nikhil, my present partner, Nikhil and I, we have a

19   background which is related to staffing.  And we

20   wanted to do something in the federal space.  We

21   wanted to identify some projects where we can

22   realize the company to do staffing, technology

23   staffing, to partner with the larger contracting

24   companies which are based out of this area.  So that

25   is the time Mr. Suhy decided to sell his shares to

                                                    30

1    us.

2         Q.   And was there a purchase price discussed?

3         A.   Yes.

4         Q.   And do you recall what that purchase price

5    was?

6         A.   I believe it was $20,000.

7         Q.   And then how did -- how did the remaining

8    shareholders and Mr. Suhy come to that number?

9         A.   So at that time, I think the IRS project

10   was also won in the eGovernment Solution, which

11   everything was done by Mr. Suhy.  And when we

12   decided that, hey, we would like to buy the share

13   and the agreement was this project belongs to you,

14   we have no idea what it is, and you can continue to

15   use it.  If we get the money from IRS, we will pay

16   it to you without keeping anything out of that.

17   That was the agreement with him.  And we decided

18   that 20,000 is a fair share.

19        Q.   And was there a written agreement that

20   reflected the purchase of Mr. Suhy's shares?

21        A.   Yes.

22             MR. RATINOFF:  All right.  Please go ahead

23   and take a look at the chat.  I dropped another

24   document in there.  This will be Exhibit 100.

25             (Plaintiffs' Exhibit 100 was marked for

31

1   identification.)

2         THE WITNESS:  It's downloading.  One

3   second.

4   BY MR. RATINOFF:

5         Q.  The title of this document is Stock

6   Purchase Agreement, so let me know when you've had a

7   chance to open it and take a look at it.

8         A.  Yes.  Now I have.

9         Q.  And do you recognize what has been marked

10  as Exhibit 100?

11        A.  The buy-sell agreement?

12        Q.  Yeah.  The title is Stock Purchase

13  Agreement.  That's Exhibit 100.

14        A.  Yes.

15        Q.  And do you recognize this document?

16        A.  Yes.

17        Q.  What is it?

18        A.  This is a Stock Purchase Agreement which --

19  where we agreed to buy Mr. Suhy's stock from the

20  company, shares from the company.

21        Q.  And then you mentioned the purchase price

22  of 20,000.  If you look at section 2.1 --

23        A.  Yes.

24        Q.  -- that's reflected there in that section,

25  the purchase price.

32

1    A.  That is correct.

2    Q.  And I'm looking at -- I don't know if it's

3    a section or paragraph, I'll call it section,

4    section 4, it says "John Mark Suhy will continue to

5    act as Facility Security Officer or assistant

6    Facility Security Officer for eGovernment Solutions,

7    Inc."  Do you see that?

8    A.  Yes.

9    Q.  What's a Facility Security Officer?

10   A.  So my understanding is if you're doing any

11   project for the federal government and you need

12   certain clearance for that, there are secret, top

13   secret, different kind of clearances.

14        This project required a secret level

15   clearance, I believe.  John Mark was the only one at

16   that time who had the clearance in the company.  So

17   you have to identify some individual who can work as

18   a security officer.  What does that means is it

19   doesn't matter who the owner is, if I'm not cleared,

20   I'm not supposed to look at any of the documents

21   coming for that project.

22   Q.  So it was necessary for him to remain the

23   Facility Security Officer to keep servicing IRS

24   under the contract you mentioned?

25   A.  That is correct.  That is my impression.

                                                      33

Q. Okay. And if we look at the next page, there is a paragraph 5.

A. Mm-hmm.

Q. It says Treasury Contract 2032H, as in hotel, 8-18-P, as in papa, dash 00151. Do you see that?

A. Yes.

Q. Is that the project that you had mentioned earlier?

A. That is correct.

Q. I think the numbers are kind of a mouthful. So is it okay -- it says aka CKGE Knowledge Environment contract right next to that number I just read off. Do you see that?

A. That is correct.

Q. Can we just call it the "CKGE contract" for short? Do you understand if we use that word, that's that contract?

MR. BEENE: Objection to form.

BY MR. RATINOFF:

Q. Can we call the Treasury Contract 2032H8-18-P-00151 the "CKGE contract" for short?

A. Is that a question for me?

Q. Yes.

A. Yes, you can.

34

1    Q.   You'll understand what I'm talking about?

2    A.   Yes.  The project from the -- the contract

3    from the IRS.

4    Q.   Now, you mentioned Mr. Suhy would keep

5    working on the contracts.  Looking at paragraph 5l1

6    or section 5.1, it says:

7              "EGovernment Solutions, Inc., hereby

8              hires John Mark Suhy as an independent

9              contractor for all option years that

10             are exercised on the CKGE contract."

11    Do you see that?

12    A.   Yes, I do.

13    Q.   And it says, "His compensation will be

14    200,000 per year paid when eGovernment Solutions

15    gets paid"?

16    A.   That is correct.

17    Q.   When it says eGovernment Solutions gets

18    paid, that means paid by the IRS under the CKGE

19    contract?

20    A.   That is correct.

21    Q.   And again, the reason I think you testified

22    earlier that the money would be paid to Mr. Suhy is

23    he was the only one in eGovernment Solutions that

24    was able to fulfill that contract?

25    A.   That is correct.

35

1          Q.  And looking at paragraph 5.2 or section

2     5.2, "eGovernment Solutions will give John Mark Suhy

3     the authority to drive the direction of the project,

4     (Section 5)," I assume that's referring to the CKGE

5     contract; is that correct?

6          A.  That's correct.

7          Q.  And from that point up until this contract

8     and the Stock Purchase Agreement, did Mr. Suhy have

9     full authority on the CKGE contract?

10         A.  Yes.

11         Q.  And the purpose of this agreement was to

12    allow him to continue to have full authority under

13    that contract as an independent contractor?

14         A.  That is correct.

15         Q.  Now, looking at paragraph 5.3, it mentions

16    option years.  And then there is a list of years 1,

17    2, 3 and 4.  What does that mean as far as option

18    years?

19         A.  So my impression is when this project was

20    won, John Mark Suhy did mention that there would be

21    an extension on this project.  There would be

22    multiple years.  And I believe it goes to five

23    years.

24              So we wanted to be fair, if anything coming

25    out of the project, any money -- because he is the

                                                          36

1    one who won that, he was the one who is working on

2    it, so anything that comes from IRS, we felt

3    obligated, we wanted to give to him.  Now, if the

4    money would come, we will pay him.  If the money

5    would not come, I will assume that service is not

6    provided to IRS, so there is no more money coming.

7        Q.  But as far as if the IRS did pay the full

8    amount that was due in the contract, that money

9    would be in turn paid to Mr. Suhy?

10       A.  That is correct.

11       Q.  And so eGovernment Solutions didn't take a

12   commission or anything off of any payments from the

13   IRS?

14       A.  No.

15       Q.  And in looking at paragraph 6, it says:

16            "Profit on any future contracts with

17            the Department of Treasury the CACI

18            Army contract (prime award, teaming,

19            or subcontracts) shall be subject to a

20            1/3 commission on Net Profit to John

21            Mark Suhy."

22            Do you see that paragraph or section?

23       A.  Yes.

24       Q.  Was the Department of Treasury future --

25   sorry.  Were there any other Department of Treasury

                                                      37

1          Q.   Okay.  So it was a staffing contract?

2          A.   That is correct.

3          Q.   It wasn't a contract for the installation

4     of any type of software?

5          A.   I'm not aware of that.

6          Q.   Okay.

7          A.   It is a 250 million -- I don't want to give

8     any amount.  It's a large contract with the Army, so

9     I'm sure they would have hundreds of technologies

10    there.

11         Q.   Okay.  And what was Mr. Suhy's role with

12    that contract?

13         A.   So in the beginning, because we are a small

14    business, we wanted to convey to CACI that we would

15    be able to fulfill some of those positions in some

16    specific technology.  And he is the one who brought

17    in that contract.

18         Q.   Okay.  And then for some reason, there

19    seems to be two copies of the agreement in this

20    document.  So I'm going to scroll down to what's the

21    signature page.  And you'll see there are some

22    signatures on the left column.  Do you see that?

23         A.   Yes.

24         Q.   And is that Mr. Suhy's signature, to your

25    knowledge?

1    A.  I believe that is his signature.

2    Q.  Is that Mr. Budhiraja's signature?

3    A.  Yes.

4    Q.  I notice there is two spots for your

5    signature.  Do you see that?

6    A.  That is correct.  I think I may have missed

7    it.

8    Q.  Did you end up signing this document, this

9    Stock Purchase Agreement?

10   A.  Yes.

11   Q.  Just -- I'll represent that we received a

12   copy of this from you, also from Mr. Suhy, and

13   neither had your signature on it.  Do you have a

14   copy of it with your signature?

15   A.  I can sign one, I'm sure.

16   Q.  But it was understood this contract was

17   fully executed?

18   A.  Yes.

19   Q.  And Mr. Suhy transferred his shares in the

20   company to the remaining shareholders?

21   A.  That is correct.

22   Q.  And how were those shares distributed

23   between the remaining shareholders?

24   A.  I think there is some more documents here.

25   I think Nikhil and I are equal partners on that now.

40

1  contract on behalf of eGovernment Solutions?

2      A.  I believe there may be another company

3  which was working, but John Mark Suhy would know all

4  about that.

5      Q.  As of 2018, you think there may have been

6  another company working on that contract on

7  eGovernment Solutions' behalf?

8      A.  So recently I was looking at the document,

9  and one of the e-mails from John Mark Suhy mentioned

10 there is a company who was supporting him in the

11 beginning.

12     Q.  Do you recall the name of that company?

13     A.  I think it's called AtomRain.

14     Q.  Is the CKGE contract still active?

15     A.  I have to check that.  I mean we have to

16 check that with John Mark Suhy.  The only thing I

17 remember is we received the last money.  The moment

18 the money comes, John Mark Suhy takes the money out.

19 So I would not know anything about the project.

20     Q.  And other than being the FSO, Facilities

21 Security Officer -- we'll just call it FSO, if

22 that's okay.

23     A.  I'm okay with that.

24     Q.  Did Mr. Suhy retain any other position at

25 eGovernment Solutions after he sold his shares?

42

1    currently working on?

2          A.  So we have three individuals working

3    with -- as a subcontract with a different

4    department.

5          Q.  And do any of those contracts involve

6    Mr. Suhy?

7          A.  No.  They were building staffing projects.

8          Q.  Do any of those contracts involve Neo4J

9    software?

10         A.  No.

11              (Reporter interruption.)

12             MR. RATINOFF:  Neo4J software.

13             THE REPORTER:  Thank you.

14             MR. RATINOFF:  Okay.  I'm going to go ahead

15   and mark the next exhibit as I put it in the chat as

16   Exhibit 102.

17              (Plaintiffs' Exhibit 102 was marked for

18   identification.)

19   BY MR. RATINOFF:

20         Q.  This is a document that was produced by

21   eGovernment Solutions.  And it starts with a Bates

22   number of EGOVS with the number 1.  Are you in

23   there?

24         A.  Which page should I look?

25         Q.  Just the first page will be fine, thanks.

47

1    I mean take a look at the whole document too.

2         A.   This is IRS Price Quotation Sheet?

3         Q.   Correct.  Do you remember this document?

4         A.   I did see this document, first time in the

5    last two weeks.

6         Q.   Okay.  But it was produced by eGovernment

7    Solutions?

8         A.   It is produced by John Mark Suhy on behalf

9    of eGovernment Solutions.

10        Q.   So you got -- you asked Mr. Suhy for

11   documents related to the CKGE contract, correct?

12        A.   I believe my attorney asked for them.

13        Q.   And this is the -- one of the documents you

14   received?

15        A.   That is correct.

16        Q.   And to your knowledge, does this quotation

17   relate to the IRS project we've been talking about?

18        A.   I believe so.

19        Q.   And was this a quote prior to that contract

20   being issued that was submitted by eGovernment

21   Solutions?

22        A.   I mean as I mentioned, I just see this

23   document a few weeks back, so I guess that is

24   correct.

25        Q.   Going and looking at what's marked as Bates

48

1    numbers number 11, do you want to go to that?

2         A.  I'm on that page.

3         Q.  Okay.  It says "Offeror name:  EGovernment

4    Solutions, Inc."

5         A.  Yes.

6         Q.  Do you see that?

7         A.  Yes.

8         Q.  So is it fair to say this document was

9    submitted to the IRS on behalf of eGovernment

10   Solutions?

11        A.  That is correct.

12        Q.  Looking at the next page, Bates No. 12.

13        A.  Mm-hmm.

14        Q.  Sorry, you'll have to use an audible "yes"

15   or "no."

16        A.  Yes.  Sorry.

17        Q.  No problem.  I know it's hard.  Sometimes

18   we slip into normal conversation.

19             Looking at the signature name here, it says

20   "Insert print name:  John Mark Suhy," and there is

21   an April 3rd, 2018, is the date.  Do you see that?

22        A.  I do see that.

23        Q.  Is that Mr. Suhy's signature?

24        A.  I believe that's his signature.

25        Q.  Mr. Suhy was signing this quote on behalf

                                                        49

1    eGovernment Solutions, correct?

2         A.  That is correct.

3         Q.  And to eGovernment Solutions' knowledge,

4    this was submitted to the IRS?

5         A.  Yes.

6         Q.  But no one else in the company had any

7    input into this quote, just Mr. Suhy?

8         A.  That is correct.

9         Q.  And we were talking about it a little

10   earlier.  To eGovernment -- sorry, eGovernment

11   Solution's knowledge, this quote was accepted by the

12   IRS?

13        A.  That's correct.

14        MR. RATINOFF:  And now I'm going to go

15   ahead and put the next exhibit into the chat.  I

16   believe this would be Exhibit 103.

17        (Plaintiffs' Exhibit 103 was marked for

18   identification.)

19   BY MR. RATINOFF:

20        Q.  Let me know when you've had a chance to --

21        A.  I'm looking at it right now.

22        Q.  Let me know when you're done.

23        A.  Yes.

24        Q.  Okay.  Looking at what's been marked as

25   Exhibit 103, it says "Order for Supplies or

50

1    Services." And you'll see there is a box 3, and it's

2    got the order No. 20232H8-18-P-00151.  Do you see

3    that?

4         A.  Yes, I do.

5         Q.  And is that the same contract number that

6    was referenced in the Stock Purchase Agreement?

7         A.  That is correct.

8         Q.  And then what's your understanding of what

9    this order for supplies or services is?

10        A.  This is a project which was won by John

11   Mark Suhy on behalf of eGovernment Solutions for

12   IRS.

13        Q.  And that is what we've been calling the

14   CKGE --

15        A.  That is correct.

16        Q.  -- contract?

17        A.  Yes.

18        Q.  And this is the same contract that is in

19   the Stock Purchase Agreement?

20        A.  That is correct.

21        Q.  And looking at the next page, you'll see

22   there is a list of Line Item Table.

23        A.  Yes.

24        Q.  If you look at the item number 1, it's CDW

25   Graphic Environment Continued development and

                                                              51

1    operations, et cetera.  Do you see that?

2        A.  Yes, I do.

3        Q.  And the base is listed as the year or the

4    dates, 5/24/18 to 5/23 -- and it looks like there's

5    a typo, 2029.

6        A.  I see that.

7        Q.  Is it your understanding this line item 1

8    with the price of 300,000 was the first year of the

9    IRS contract for the Stock Purchase Agreement?

10       A.  That's correct.

11       Q.  And I believe you mentioned there was some

12   option years listed in the Stock Purchase Agreement;

13   is that correct?

14       A.  That's correct.

15       Q.  And looking at items 1001, 2001, 3001 and

16   4001, is that the option years that were referring

17   to in the contract?

18       A.  That is correct.

19       Q.  And when I say contract, I mean the Stock

20   Purchase Agreement.  Sorry.

21       A.  Yes.

22       Q.  And the price or the value of each one of

23   those option years is $200,000, correct?

24       A.  That is correct.

25       Q.  And as you testified before with the Stock

52

1     Purchase Agreement, the idea was that if each one of

2     these option years is exercised for $200,000, that

3     money would be ultimately paid to Mr. Suhy?

4          A.  That is correct.

5          Q.  And as of the time of the -- you'll see the

6     date on this is at the very bottom.  It's signed on

7     May 31st, 2018.

8          A.  Which page?

9          Q.  I'm sorry.  I jumped ahead there.  Strike

10    that question.  Let me go back.  Sorry.  On the

11    first page.

12         A.  Same document?

13         Q.  Yeah.  Same document.  First page, you'll

14    see it was signed on May -- it's very small under

15    the 22 box, it's a signature that says digitally

16    signed dated 2018.05.24.  Do you understand to be

17    May 24, 2018?

18         A.  Yes.  I see that.

19         Q.  And is that your understanding of when the

20    contract was awarded?

21         A.  I believe that may be the correct date.

22         Q.  And was there a $300,000 payment made to

23    eGovernment Solutions by the IRS after this contract

24    was awarded?

25         A.  Yes.

                                                    53

Q.  And was the entire $300,000 then paid to

Mr. Suhy?

A.  That is correct.

Q.  We've been going for about an hour.  Are

you doing okay, or do you need to take a break?

A.  I'm doing fine.

Q.  We'll go a few more questions and take a

break, because I know there's other folks on this

that probably do want to take a break.

MR. RATINOFF:  Okay.  The next document is

going to be marked as Exhibit 104.

(Plaintiffs' Exhibit 104 was marked for

identification.)

BY MR. RATINOFF:

Q.  I'm going to drop this in the chat.  You'll

see this document is entitled Amendment

Solicitation/Modification of Contract.

A.  I see that.

Q.  And I'll represent to you this is provided

to us by your counsel.

A.  What?  I didn't get that.

Q.  This document, you'll see there is a Bates

number on the bottom.  This is produced by your

counsel.  Do you understand that?

A.  Yes.

54

1    Q.  And do you recognize what's been marked as

2  Exhibit 104?

3    A.  I'm sorry.  I'm looking at some specific

4  number?

5    Q.  Yeah.  Look at -- I'll help you out here.

6  If you take a look at Box 10A, it says Modification

7  for Contract Order Number.

8    A.  Yes, that is correct.

9    Q.  And then looking down actually at Box 14, I

10  think it's a little bit more descriptive.  It says,

11  "The purpose of this modification is to correct OF

12  347 block 3 order number Smart ID from

13  2032H8-18-P-00151 to 2032H8-18-P-00168."

14    Do you see that?

15    A.  Yes, I do.

16    Q.  And do you understand that this amendment

17  was changing the contract number for the CKGE

18  contract?

19    A.  Based on the document, it looks like that

20  is the case.  But I never saw this document before.

21  When I say before, it means before the subpoena.

22    Q.  And did you obtain this document from

23  Mr. Suhy?

24    A.  My counsel did.

25    Q.  And you see the name and address of the

55

1    contractor says eGovernment Solutions?

2          A.   That is correct.

3          Q.   So to your knowledge, this was an amendment

4    to the original CKGE contract we've been talking

5    about?

6          A.   Based on the document, that sounds right.

7    That sounds right.

8          Q.   But you don't have any reason to believe

9    it's not correct?

10         A.   No, I don't.

11         Q.   And based on what this document states, you

12   understand that the contract number -- just the

13   contract number has been changed by this amendment,

14   correct?

15         A.   Yes.

16         MR. RATINOFF:   The next document I'm going

17   to mark is Exhibit 105.

18         (Plaintiffs' Exhibit 105 was marked for

19   identification.)

20   BY MR. RATINOFF:

21         Q.   I just dropped that in the chat.  And this

22   document is entitled Amendment of

23   Solicitation/Modification of Contract, and it starts

24   with the Bates number EGOVS000030.  Do you see that?

25         A.   Yes, I do see that.

56

1    Q.  And I'll represent to you this is produced

2    by your counsel.

3    A.  That is correct.

4    Q.  And what is your understanding of this

5    document?

6    A.  It looks like the initial price has

7    increased from 300,000 to 500,000.

8    Q.  Okay.  And that's by 200,000 essentially?

9    A.  That is correct.

10   Q.  And it says on the second page, it sounds

11   like you might already be there, it says, "Option to

12   extend services."  Do you see that?

13   A.  Yes.

14   Q.  Is it your understanding that this is the

15   option 1 year in the CKGE contract that we've been

16   talking about?

17   A.  I believe so.

18   Q.  You can see, "The purpose for this

19   modification," box 14, "is to exercise option year 1

20   in the amount of $200,000 with the period of

21   performance is 5/24/19 to 5/23/2020."  Do you see

22   that?

23   A.  Yes.  Looking at this document, that sounds

24   right.

25   Q.  And looking back -- just so we're on the

57

same page, looking back at Exhibit 100, I don't know

if you have that handy, it would be tab 366 in the

chat if you needed to go back and look at that.  I'm

sorry.  365.  Do you have that open?

        A.  I do have it open.

        Q.  Okay.  So just so we're clear -- I'm sorry.

I'm off by one.  It is 366.  I'm looking at -- I'm

looking at the Stock Purchase Agreement,

Exhibit 100, and you'll see there is an option

year 1, 5/24/2019 to 5/23/2020.  Do you see that?

It's in section 5.3.

        A.  I do see that.

        Q.  So is it fair to say that what we've been

looking at as an amendment is the option year 1

that's referenced in the Stock Purchase Agreement?

        A.  I'm afraid I didn't understand the

question.

        Q.  So I'm just asking whether it's your

understanding that Exhibit 105 which says option

year 1 for $200,000 is the same option year that's

referred to in section 5.3 in the Stock Purchase

Agreement.

        A.  That is correct.

        Q.  Turning back to Exhibit 105, the amendment,

it references $200,000.  Was that money, 200,000,

58

1    paid by the IRS to eGov Solutions?

2        A.  Yes.

3        Q.  And to your knowledge, was that $200,000,

4    was that paid to Mr. Suhy?

5        A.  Yes.  We paid it to him.

6            MR. RATINOFF:  Okay.  I think I want to

7    take just a quick five-minute break, because I know

8    the Court Reporter and videographer probably

9    appreciate that, if you don't mind.  So let's take a

10   five-minute break.  It's 9:14 my time, so come back

11   at 9:20 Pacific.  Does that work for everyone?

12           THE WITNESS:  Yeah, that works for me.

13           THE VIDEOGRAPHER:  Thank you.  We're now

14   going off the video record.  The time is 9:14 a.m.

15           (Break taken from 9:14 to 9:22 a.m.)

16           THE VIDEOGRAPHER:  We are now back on the

17   video record.  The time is 9:22 a.m.

18           MR. RATINOFF:  All right.  I'm going to go

19   ahead and put another document in the chat.  This is

20   going to be marked as Exhibit 106.

21           (Plaintiffs' Exhibit 106 was marked for

22   identification.)

23   BY MR. RATINOFF:

24       Q.  And the title of this document is also a

25   Amendment of Solicitation/Modification of Contract,

59

1   and it's got an Amendment Modification No. 10.  Do

2   you see that, Box 2, with an effective date of

3   September 26th, 2019?  And this bears the Bates

4   number EGOVS000034.  That's the beginning Bates

5   number.  Do you see that document that's been marked

6   as Exhibit 106?

7        A.  I do see the document.

8        Q.  And do you have an understanding what this

9   document is?

10        A.  That is correct.

11        Q.  Okay.  Let me point you to contract order

12   No. 2032H8-18-P-00168.

13        A.  Yes.

14        Q.  Do you see that number?  And you recall

15   that we talked about an amendment to the -- to a

16   contract that was Exhibit 103, so you understand --

17   strike that.

18             Do you understand that this is a further

19   amendment of the CKGE contract we've been talking

20   about?

21        A.  Yes, I do understand.

22        Q.  And if you look at under box 14, it says:

23             "The purpose for this modification

24             is to increase the funding for option

25             year 1 by $216,000 and revise the

60

1          Statement of Work.  The total

2          obligated on the order is changed from

3          500,000 by 216,000 to [a total of]

4          716,000."

5          Do you see that?

6     A.  Yes, I do see that.

7     Q.  For the record, I added "total" in there.

8  That's not actually in the document.

9          So do you understand that this document

10 increased the option year 1 from 200,000 to 416,000?

11    A.  Yes.

12    Q.  And looking at the date signed box, 15B,

13 and the date is 09/26/2019, do you understand that

14 to be Mr. Suhy's signature?

15    A.  That is correct.

16    Q.  And do you know why the IRS increased the

17 contract option year 1 by 216,000?

18    A.  No, I don't remember that.

19    Q.  And was there an additional payment for

20 option year 1 made to eGov Solutions by the IRS for

21 216,000?

22    A.  Yes.

23    Q.  And after eGovernment Solutions received

24 that 216,000, where did that money go?

25    A.  That money was paid to John Mark Suhy.

61

1      Q.  So for option year 1, Mr. Suhy was paid by

2   eGovernment Solutions a total of 416,000?

3      A.  That is correct.

4      Q.  And at this point in time, was eGovernment

5   Solutions paying anyone else to work on the CKGE

6   contract?

7      A.  So in the last couple of weeks, I went back

8   and I checked all of our payments which were

9   outgoing, because this account was -- all of the

10   money coming in from IRS, John Mark Suhy was allowed

11   to use this account to pay to himself for iGov.  And

12   I recently noticed in 2019, all of the money went to

13   iGovsol.

14      Q.  So the bank account that this payment went

15   to, Mr. Suhy had access to; is that correct?

16      A.  Yes.

17      Q.  But this is an eGovernment Solutions

18   account?

19      A.  That is correct.

20      Q.  What is -- the eGovernment Solutions

21   account that the payments were made, did anyone else

22   have access to that account?

23      A.  I did.

24      Q.  So just you and Mr. Suhy?

25      A.  Yes.

62

1      Q.  And Mr. Suhy was allowed to make whatever

2   payments out of that account was needed; is that

3   correct?

4      A.  Because all of the money coming from the

5   IRS project was his money, so we had him access to

6   that account.

7      Q.  So that account was specifically set up

8   just for the IRS project?

9      A.  That is the only project the company had at

10  that time, and that account had no other income

11  other than the IRS project.  So we let him operate

12  that account.

13          MR. RATINOFF:  Okay.  I'm going to go ahead

14  and put the next document in the chat.  This will be

15  marked as Exhibit 107.

16          (Plaintiffs' Exhibit 107 was marked for

17  identification.)

18          THE WITNESS:  I see that.

19  BY MR. RATINOFF:

20      Q.  This is also entitled Amendment of

21  Solicitation/Modification Contract, in box 2,

22  Amendment 14.  Box 3, Effective Date of May 24,

23  2020.  Bates number at the bottom of the first page

24  is EGOVSOL -- I'm sorry, EGOVS, and the last two

25  digits are 42.  Do you see that?

63

A.  Yes.

Q.  And I'll represent to you this was produced by your counsel in response to the subpoena.

A.  That is correct.

Q.  And do you have an understanding of what this document is?

A.  I believe this is an extension for another year and a payment amount for that.

Q.  And looking at box 14, it says:

        "The purpose of this modification is
        to exercise CLIN 2001A option year 2
        for a period of performance of
        5/24/2020 through 5/23/2021."

And then it further states that it's fully funded in the amount of 200,000; is that correct?

A.  That's correct.

Q.  And is it your understanding that this was the contract extension for option year 2 that was referenced in the Stock Purchase Agreement which was Exhibit 100?

A.  That is correct.

Q.  And you'll see box 14, the last sentence says, "The purchase order funding is hereby increased from 716,000 by 200,000 to 916,000."  Do you see that?

64

1    A.  Correct.

2    Q.  So was that 200,000 that's contemplated by

3  this document, was that paid by the IRS to

4  eGovernment Solutions?

5    A.  That is correct.

6    Q.  If you look at the next page, you'll see

7  there is a Line Item Table referencing that $200,000

8  payment.  Do you see that?

9    A.  Page No. 4?

10   Q.  Yeah.  2 of 4, the next page.  You'll see

11  there is a box that says Line Item Table.

12   A.  Yes, I do.

13   Q.  And it references a unit price of 200,000?

14   A.  Yes.

15   Q.  And that amount was -- that was paid after

16  it was paid by the IRS to eGovernment Solutions, was

17  that then paid to Mr. Suhy?

18   A.  That is correct.  And this is for the year

19  2020.

20   Q.  Correct.  The second year option.

21   A.  Yes.

22   Q.  And it looks like the total paid out thus

23  far on the IRS CKGE contract was 916,000.  Is that

24  correct, as of this time?

25   A.  That is correct.

65

Q.  And then each time a payment was paid from eGovernment Solutions to Mr. Suhy in relation to the CKGE contract, how were those payments made?

A.  John Mark Suhy wrote the checks or he went to the bank branch and he -- I guess he cashed it via a draft or something like this.  Because when I went back, I did see some of the check numbers are different than the others.  So my assumption is he went there and he put in some form and got the money.

Q.  And did -- how did -- how did eGovernment Solutions book the payments?

A.  So end of the year when we go back and we saw what are the money taken out, we would put that in the books.

Q.  It would be booked as -- I'm sorry, let me ask the question.  How were the payments treated to Mr. Suhy by eGovernment Solutions?

MR. GOLDSTEIN:  Just for the record, object just on the scope issue.  I'm not sure how far you're going to go into this, but I don't think that's within the scope of any of the particular subject areas of the notice.  But the witness can answer the question, but I don't want to get too far afield.

66

BY MR. RATINOFF:

Q.  Okay.  You can answer the question.  I probably don't remember what it was, so I'll just reask it, and I'm sure Counsel will just make the same objection quickly.  Actually, let's go ahead and move on.  I'll come back to that.

MR. RATINOFF:  I think I'm going to mark the next exhibit as Exhibit 108.

(Plaintiffs' Exhibit 108 was marked for identification.)

BY MR. RATINOFF:

Q.  I'm sorry.  I just put the wrong document in there.  Just bear with me a second.  You'll see it's tab 378.  It should be the last document in the chat.  I'm going to mark that as Exhibit 108.

THE WITNESS:  Is it 378 or 379?

BY MR. RATINOFF:

Q.  378.  Got too many windows open.  It's the blessing of having two screens or two monitors.  You can see it all, but you can put more up.

Okay.  So what's been marked as Exhibit 108 has the beginning Bates number of 58, and then it would be Amendment 16 for box 2.  Do you see that?

A.  Yes.

Q.  The effective date is 5/24/21.  Do you see

67

1    that?

2         A.  Yes.

3         Q.  And this was produced by your counsel on

4    behalf of eGovernment Solutions.  Is that your

5    understanding?

6         A.  That is correct.

7         Q.  And do you understand what this document

8    is?

9         A.  Yes.

10        Q.  And what is that?

11        A.  That's another option year, the contract

12   for another 200,000.

13        Q.  And when you say the contract, you're

14   talking about the CKGE contract that's referenced in

15   the Stock Purchase Agreement?

16        A.  That is correct.

17        Q.  And looking at box 14, it says:

18             "The purpose of this modification is

19             to exercise CLIN 3001 option year 3

20             for a period of performance of

21             5/24/2021 through 5/23/2022."

22             And it says it's "fully funded in the

23   amount of $200,000."  Do you see that?

24        A.  Yes.

25        Q.  So for the option year 3 of the CKGE

                                                          68

1    contract, the IRS paid eGovernment Solutions

2    200,000?

3        A.  That is correct.

4        Q.  And then again that money for the Stock

5    Purchase Agreement was then paid to Mr. Suhy?

6        A.  That is correct.

7        Q.  And at this point through option year 3

8    with all the modifications, the total amount paid to

9    eGovernment Solutions was 1,116,000; is that

10   correct?

11       A.  That is correct.

12       MR. RATINOFF:  Okay.  I already dropped it

13   into the chat, so that's going to be tab 379.  So

14   just go back one, the PDF.  I'm going to mark that

15   as Exhibit 109.

16       (Plaintiffs' Exhibit 109 was marked for

17   identification.)

18   BY MR. RATINOFF:

19       Q.  Let me know if you've got it open.

20       A.  Yes, I see that document.

21       Q.  And this one is -- in box 2, it shows

22   amendment 17.  Do you see that?

23       A.  Yes.

24       Q.  And the effective date is 5/24/2022.

25       A.  That's correct.

69

1    Q.  And I'll represent to you this was produced

2  by your counsel on behalf of eGovernment Solutions.

3  Is that your understanding?

4    A.  Yes.

5    Q.  And then do you know what this document is?

6    A.  This is another option year where another

7  200,000 was awarded for the same project.

8    Q.  And looking at box 14, it says option year

9  4.  Is that the same option year 4 that was

10  referenced in the Stock Purchase Agreement?

11    A.  That is correct.

12    Q.  And the $200,000 that's referenced in here

13  on page 2 of 3, was that paid by the IRS to

14  eGovernment Solutions?

15    A.  That is correct.

16    Q.  And through option year 4 with all the

17  amendments we've looked at, the total then paid to

18  eGovernment Solutions was 1,316,000?

19    A.  That is correct.

20    Q.  And are you aware -- I think there was only

21  four option years in the original Stock Purchase

22  Agreement, correct?

23    A.  That is correct.

24    Q.  Are you aware if there has been any

25  renewals or additional option years that have been

70

1    awarded for the CKGE contract?

2         A.  I wouldn't know that.

3         Q.  Who would know that?

4         A.  John Mark Suhy.

5         Q.  Since the Stock Purchase Agreement doesn't

6    contemplate any additional option years, how would

7    any additional option years be handled by

8    eGovernment Solutions?

9         A.  I would ask John Mark Suhy to use another

10   entity and not use eGovernment Solutions, because

11   the promise was to complete this project, because it

12   was awarded to eGovernment Solutions.

13        Q.  So at this point in time, then, you would

14   consider eGovernment Solutions' relationship

15   finished with John Mark Suhy?

16        A.  In regard to this project, yes.

17            MR. RATINOFF:  Okay.  I'm going to go ahead

18   and mark the next exhibit as Exhibit 110.

19            (Plaintiffs' Exhibit 110 was marked for

20   identification.)

21   BY MR. RATINOFF:

22        Q.  And this is a series of invoices that were

23   produced by eGovernment Solutions and the beginning

24   Bates number is 68.

25        A.  I see this.

71

1    Q.  And do you have an understanding of what

2    this document -- or I should restart that.

3         Do you understand what this file system of

4    combined documents or docs is?

5    A.  Yes.

6    Q.  And what's your understanding?

7    A.  These are the invoices produced by

8    eGovernment Solutions to the IRS, and my counsel

9    received these from John Mark Suhy.

10   Q.  Okay.  So they state eGovernment Solutions

11   on them, but they were actually generated by

12   Mr. Suhy?

13   A.  That is correct.

14   Q.  And it's your understanding that these were

15   submitted on behalf of eGovernment Solutions to the

16   IRS for payment under the CKGE contract?

17   A.  That is correct.

18   Q.  So looking at invoice 817, and it says

19   "Contact Name:  John Mark Suhy," invoice date is

20   June 15, 2018.  Do you see that?

21   A.  Yes.

22   Q.  And this was for the $300,000 initial

23   payment that we talked about in the first year of

24   the CKGE contract, correct?

25   A.  That is correct.

72

1          Q.  And then looking at the next invoice, 827,

2     was this invoice also created by Mr. Suhy and issued

3     to the IRS on behalf of eGovernment Solutions?

4          A.  Yes.

5          Q.  And Mr. Suhy was authorized to issue this

6     invoice on behalf of eGovernment Solutions?

7          A.  Yes.

8          Q.  And do you have an understanding of what

9     this invoice is for?

10          A.  That is the continuation of the same

11     project, option year 1.

12          Q.  Looking at invoice -- the next one, 901,

13     with a date of January 4, 2020, you'll see that the

14     invoice is in the amount of $216,000.

15          A.  I do see that.

16          Q.  Okay.  And what's your understanding of

17     this invoice?

18          A.  That is the continuation of the same

19     project.  I believe there was some modification.

20          Q.  Okay.  This is the $216,000 modification

21     that we were previously talking about with respect

22     to option year 1?

23          A.  Correct.

24          Q.  And Mr. Suhy was authorized by eGovernment

25     Solutions to issue this invoice to the IRS?

                                                         73

1      A.  Yes.

2      Q.  And looking at invoice 955, do you see

3  that?

4      A.  I do see that.

5      Q.  Okay.  And this is dated May 27th, 2020.

6      A.  Correct.

7      Q.  And do you have an understanding what this

8  invoice is?

9      A.  This is the continuation of the same

10  project.

11      Q.  The CKGE contract?

12      A.  Contract, yes.

13      Q.  And you'll see it says option year 2.

14      A.  Yes, I do see that.

15      Q.  For 200,000?

16      A.  Yes.

17      Q.  And is this the invoice that was issued for

18  the renewal for option year 2 to the IRS?

19      A.  That is correct.

20      Q.  And Mr. Suhy was authorized to issue this

21  invoice to the IRS on behalf of eGovernment

22  Solutions?

23      A.  That is correct.

24      Q.  Going to the next invoice, 960, do you see

25  that?

74

1          A.  Yes, I see that.

2          Q.  And the date on this invoice is June 3rd,

3     2021?

4          A.  Yes.

5          Q.  Looking at line item 5, it says "Option

6     Year 3," and continues with the date, and "CDW

7     Graphic Environment . . . Continued development and

8     operations."  Do you see that?

9          A.  I do see that.

10         Q.  What's your understanding of this invoice?

11         A.  It's a continuation of the same project,

12     option year 3.

13         Q.  And that's the same option year 3 that we

14     looked at in the amendment and also talked about

15     with the Stock Purchase Agreement?

16         A.  That is correct.

17         Q.  And was Mr. Suhy responsible for issuing

18     this invoice to the IRS on behalf of eGovernment

19     Solutions?

20         A.  Yes.

21         Q.  And looking at invoice 912, the next

22     invoice.  Do you see that?

23         A.  I do see that.

24         Q.  The date on that is May 31st, 2020.

25         A.  That is correct.

75

Q.  And do you have an understanding of what this invoice is?

A.  This is option year 4, continuation of the same project.

Q.  This is the line item says "Option year 4, 200,000."  This is the 200,000 option year 4 that was referenced in the Stock Purchase Agreement?

A.  Yes.

Q.  And also with that memo we just looked at, 105, Exhibit 105?

A.  That is correct.

Q.  And to your and eGovernment Solutions' knowledge, those invoices we just went through were all issued to the IRS by Mr. Suhy?

A.  That is correct.

Q.  Looking at the last page of this document, it says "Related Documents - PO."  Do you see that?

A.  I do see that.

Q.  And what is this summary that's titled Related Documents?

A.  Honestly, I didn't see that back at this time.  Looking at it, it looks like it may be something we received from the IRS by John Mark Suhy.

Q.  So this wasn't generated by eGovernment

76

1    Solutions?

2         A.  No.

3         Q.  It was either generated by John Mark or the

4    IRS?

5         A.  That is correct.

6         Q.  And you'll see that -- you'll see there is

7    an invoice number column, the first in the Invoice

8    and Credit Memos section.  Do you see that?

9         A.  Yes.

10        Q.  You'll see starting at the bottom, invoice

11   817, 300,000, that's marked paid?

12        A.  That is correct.

13        Q.  That was, in fact, paid to eGovernment

14   Solutions by the IRS?

15        A.  That is correct.

16        Q.  And looking at invoice 827 for 200,000 --

17             (Reporter interruption.)

18   BY MR. RATINOFF:

19        Q.  I'm sorry.  Let me start over.

20             In looking at the next invoice, No. 827,

21   the line for that, it has a $200,000 number there.

22   Do you see that?

23        A.  Is that for me?

24        Q.  Is it your understanding that the IRS

25   paid --

                                                         77

1        A.  Yes.

2        Q.  -- that?  And the same with the line item

3    or invoice 901 for 216,000, the IRS paid?

4        A.  Yes.

5        Q.  And the same for invoice 955, $200,000 was

6    paid, as well?

7        A.  That is correct.

8        Q.  And then for invoice 960, it's listed as

9    $200,000 being paid, as well; is that correct?

10       A.  Yes.

11       Q.  And finally for invoice 912, that $200,000

12   was recently paid, correct?

13       A.  That is correct.

14       Q.  If you look at the next ones that are

15   rejected in the invoice history, do you have any

16   understanding why there is two $300,000 invoices for

17   the same number that were rejected?

18       A.  I'm not aware of that.  I don't understand

19   exactly why that is in there.

20       Q.  Do you believe either Mr. Suhy or the IRS

21   would have an understanding?

22       A.  That is correct.

23       Q.  It wasn't clear to me.  Did this document

24   come from Mr. Suhy, or did you ask Mr. Suhy for

25   invoices and payments and you received this

78

1    document, the related document?

2         A.  My counsel received this document from John

3    Mark Suhy.

4         Q.  Why did your counsel have to ask John Mark

5    Suhy for these invoices?  Do you know why?

6         A.  I believe we wanted to make sure that

7    whatever money we had received or that we have

8    invoiced were there.

9         Q.  So it's up to Mr. Suhy to account for all

10   the invoices issued to the IRS and payments received

11   by the IRS are accounted for for the CKGE contract?

12        A.  That is correct.

13        Q.  And then how did eGov Solutions account for

14   the payments that were made to Mr. Suhy for tax

15   purposes?

16        MR. GOLDSTEIN:  I'm just going to object.

17   I think that's outside the scope of the deposition

18   subpoena, Jeff, internal accounting within the

19   company.

20        MR. RATINOFF:  Well, it relates --

21        MR. GOLDSTEIN:  Might be a different topic

22   area.

23        MR. RATINOFF:  It relates to payments that

24   were made to Mr. Suhy.  So I think it's fairly

25   within the scope.  I can look --

                                                    79

1     let me go ahead and mark this next document as

2     Exhibit 111.

3              (Plaintiffs' Exhibit 111 was marked for

4     identification.)

5     BY MR. RATINOFF:

6         Q.  Go ahead and take a look at Exhibit 111.

7         A.  I have that in front of me.

8         Q.  Do you understand what Exhibit 111 is?

9         A.  It's a 1099 prepared for iGov Inc. for

10    2018.

11        Q.  What's iGov Inc.?

12        A.  That is a company owned by John Mark Suhy.

13        Q.  And at some point, was there a decision

14    or -- sorry, at some point was there an agreement

15    made between eGovernment Solutions and Mr. Suhy that

16    the payments for the CKGE contract would go to iGov

17    Inc. instead of Mr. Suhy?

18        A.  There is no formal agreement, but yes,

19    anything coming from that particular project was

20    supposed to be paid to him.  And he said pay it to

21    iGov Sol -- iGov Inc., so we paid it to iGov Inc.

22        Q.  So all the payments in the Stock Purchase

23    Agreement that we've been talking about were

24    actually paid to iGov Inc. rather than to Mr. Suhy

25    personally, correct?

                                                      81

1      A.  I think nothing was paid to Mr. Suhy

2 personally.

3      Q.  So all of the payments that were received

4 by the IRS and then were in turn paid to Mr. Suhy

5 were actually paid to his entity iGov Inc., correct?

6           MR. GOLDSTEIN:  Object to the form of the

7 question of the question.  I think you got a little

8 confused on that in the middle, Jeff.

9 BY MR. RATINOFF:

10      Q.  Okay.  So once the IRS paid eGovernment

11 Solutions under the CKGE contract, the payments that

12 were contemplated by the Stock Purchase Agreement

13 were actually made to iGov Inc. instead of Mr. Suhy.

14 Is that how it worked?

15      A.  That's a question for me or for Jeff?

16      Q.  It's for you.

17      A.  Oh, yes.  It was paid to iGov Inc.

18      Q.  So looking at what we just marked as

19 Exhibit 111, it's a 2018 1099.  It's -- the amount

20 is 285,700.  Do you see that?

21      A.  Yes.

22      Q.  And previously we talked about there being

23 a $300,000 payment being made by the IRS; is that

24 correct?

25      A.  Yes.

82

```
 1                    REPORTER'S CERTIFICATE

 2            The undersigned Certified Shorthand Reporter

 3    licensed in the State of California does hereby certify:

 4            I am authorized to administer oaths or

 5    affirmations pursuant to Code of Civil Procedure,

 6    Section 2093(b), and prior to being examined, the

 7    witness was duly administered an oath by me.

 8            I am not a relative or employee or attorney or

 9    counsel of any of the parties, nor am I a relative or

10    employee of such attorney or counsel, nor am I

11    financially interested in the outcome of this action.

12            I am the deposition officer who

13    stenographically recorded the testimony in the foregoing

14    deposition, and the foregoing transcript is a true

15    record of the testimony given by the witness.

16            Before completion of the deposition, review of

17    the transcript [ ] was [x] was not requested.  If

18    requested, any changes made by the deponent (and

19    provided to the reporter) during the period allowed are

20    appended hereto.

21            In witness whereof, I have subscribed my

22    name this 28th day of October, 2022.

23

24
```



```
25
      Karen L. Buchanan, CSR 10772
```

144