# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware )  CASE NO.
corporation; and NEO4J SWEDEN )  5:18-cv-07182-EJD
AB, a Swedish corporation, )
                                )
          Plaintiffs, )
                                )
vs. )
                                )
PURETHINK, LLC, a Delaware )
limited liability company; )
IGOV, INC., a Virginia )
corporation; and JOHN MARK )
SUHY, an individual, )
                                )
          Defendants. )
                                )


***EXHIBITS ONLY DESIGNATED CONFIDENTIAL***

REMOTE VIDEOTAPED DEPOSITION OF INTERNAL REVENUE

SERVICE THROUGH ITS DESIGNEE MICHAEL C. DUNN

PAGES 1 - 293


_____

8:10 A.M.

Thursday, November 17, 2022

_____


REPORTED BY:    Shelley M. Sailor, CSR No. 10254

1

1    were talking about the licensing of Enterprise

2    itself and how the cores and such -- you know, how

3    many cores and sizing you get for the price.  I

4    remember that conversation.

5         Q.  Let me go ahead and mark the next exhibit.

6    I believe we're at 159.

7              (Exhibit 159 is introduced.)

8              THE WITNESS:  Okay.

9    BY MR. RATINOFF:

10        Q.  Do you have what's been marked as Exhibit

11   159 open?

12        A.  I do.

13        Q.  It says dated 9/23/2016.  Then there's the

14   contract number TIRNO-16-P-00202.

15        A.  Yes.

16        Q.  Do you recognize what's been marked as

17   Exhibit 159?

18        A.  I'm familiar with it.  I can't remember it

19   specifically from that time, but it looks like our

20   contract with PureThink and how it would be set up.

21   Yeah.  Vivian Daniels has the core.  Yeah.

22        Q.  Okay.  Who is Vivian Daniels?

23        A.  She was the contracting officer

24   representative.  Hang on.  I can't see.  So she's

25   IRS contracting officer representative.

                                                          40

1      Q.  Then do you see under Schedule 17 it

2   says -- and then under item 0001 it says,

3   "Implementation of Government Edition Neo4j

4   project"?

5      A.  What page?

6      Q.  On the first page.

7      A.  Oh.  Just up there.  Yeah.

8      Q.  Does that help --

9      A.  Yeah.  Implementation of the Government

10  Edition Neo4j project.  Yeah.

11     Q.  And you'll see there's a unit price of

12  $229,000?

13     A.  Uh-huh.

14     Q.  Yes?

15     A.  Yes.  I do.

16     Q.  And was that payment for -- made for the

17  Government Edition for Neo4j?

18     A.  Yes.  To PureThink.

19     Q.  And was it your understanding that this

20  contract included a license to use the Neo4j

21  Government Edition?

22     A.  Yeah.  I would think so.  Whatever the

23  agreement was with PureThink and Neo4j.  But we got,

24  you know, we were able to use the Government

25  Edition, which would include the Neo4j database that

41

1    came with it during this period of performance.

2        Q.  When you mean the Neo4j database, are you

3    referring to Neo4j Enterprise database software?

4        A.  Yeah.  I would if that's what came with --

5    and which I'm assuming came with the Government

6    Edition.  So yeah.

7        Q.  So the Government Edition didn't come with

8    Community Edition, then.

9        A.  No.  I'm -- I'm certain of that.  Yeah.  So

10   it must have been the Enterprise Edition if those

11   were the two flavors.

12       Q.  And then you see -- if you go to the next

13   page under "Statement of Work."

14       A.  Yes.

15       Q.  Do you see "Introduction/Overview," it says

16   this contract will provide -- and then I guess

17   that's a typo-- provide facilitate the deployment,

18   for testing and feasibility of the Neo4j Edition NGE

19   via a one-year use of Neo4j Government Edition?

20       A.  Yes.

21       Q.  Which both the software use and

22   professional services?

23       A.  That's correct.

24       Q.  So you understand, then, that it was a

25   one-year license, then, for Neo4j Enterprise?

42

1    A.  That's correct.

2    Q.  And to your knowledge, did Mr. Suhy -- I

3    guess -- let me backtrack a little bit.

4        You mentioned PureThink.  What's PureThink?

5    A.  PureThink was, my mind, John Mark Suhy's

6    company that was in partnership with Neo4j, Inc.

7    Q.  And are you aware of any other -- or were

8    you aware of anyone else affiliated with PureThink

9    at that time in 2016?

10   A.  No.

11   Q.  So essentially PureThink was John Mark Suhy

12   in your mind?

13   A.  Yeah.  That's fine.  I agree.

14   Q.  And then this is signed by Genevieve

15   Colvin.  Who is Genevieve Colvin?

16   A.  She would probably -- she would have been

17   the contracting officer representative.  Wait a

18   minute.  Sorry.  Sorry.

19       She would have been the contracting

20   officer.  So she would sign it as via procurement.

21   Q.  And as far as -- and you mentioned the

22   CKGE.  Did the CKGE exist at the time of this

23   contract in September --

24   A.  It did not.  No.  It did not.

25   Q.  So was this contract a precursor so to

43

1    a break, too.

2         Q.  Yeah.  I know the videographer and court

3    reporter would also appreciate that.  So let me go

4    ahead and put one more exhibit in the chat here.

5    We'll mark it, ask a few questions, and then we can

6    take a quick break for everyone.

7         A.  Okay.  I see it.  916?  916?

8         Q.  916, no.  It should be -- oh, yeah.  The

9    end of the Bates number.  Gotcha.  I was looking at

10   tab 444, but yes.  That is correct.  So this is

11   going to be -- we'll just call it Exhibit 161, then.

12        A.  Okay.  I opened it up.  Yes.

13           (Exhibit 161 is introduced.)

14   BY MR. RATINOFF:

15        Q.  You'll see this is an email, and this

16   represents Neo4j --

17        A.  Yes.

18        Q.  -- Zagalsky --

19        A.  Yes.

20        Q.  -- yourself and --

21           (Reporter interruption.)

22   BY MR. RATINOFF:

23        Q.  We've got to kind of give each other a

24   chance.  You know, we've kind of been going fast and

25   furious here, so I'll slow down just a little bit.

                                                    55

1    Sorry about that.  Let me start over again.

2         I just marked what's Exhibit 161.  It's an

3    email from Jason Zagalsky of Neo4j to yourself,

4    Ms. Daniels, who I think we talked about, as well as

5    John Broad.  And the subject is "Termination of

6    Neo4j Solution Partner PureThink LLC."  And it's

7    dated July 11, 2017.  Does this -- do you recognize

8    this email?

9         A.  I -- yeah.  I do.

10        Q.  And what does -- what did it mean to you?

11        A.  So I believe that was Jason just

12   officially, you know, letting us know that they had

13   terminated the partnership and sort of giving us

14   notice of that situation.

15        Q.  And then it says in the third paragraph

16   regarding the IRS's purchase of a Neo4j subscription

17   Neo still has not received a purchase order from

18   PureThink.  Do you have an understanding of what

19   that is in reference to?

20        A.  I think.  I think this goes back to there

21   was a dispute between -- this is what I think part

22   of the dispute may be, but this is, again, tell me

23   if I'm speculating but --

24        Q.  I don't want you to speculate.  So if

25   you're speculating then --

56

1    A.  Well -- I -- I think -- my belief is that

2    this was regarding part of the dispute that John

3    Mark had not paid for or sent money to Neo4j based

4    on, you know, what was contracted to PureThink.  So

5    if I could summarize it like that.

6    Q.  Are you referring to payment for the

7    license for the Neo4j Government Edition?

8    A.  Yeah.  I think so.  Yes.

9    Q.  And if you look to the next -- I guess it's

10   the paragraph that says, "Regarding the consulting

11   services."  Do you see that paragraph?

12   A.  Yes.

13   Q.  And it says while the IRS has stated its

14   intention to proceed with the AGPL-licensed

15   Enterprise Edition, please understand that Neo's

16   agreements with its partners, including PureThink,

17   prohibit them from providing any consulting services

18   on these products during the term of their agreement

19   for a period of 36 months following termination.  Do

20   you see that?

21   A.  Right.

22   Q.  And what was your understanding of what

23   those restrictions were?

24   A.  This was about PureThink not being able to

25   operate and do work with anything to do with Neo4j.

57

1     Q.  And what did the IRS do when it received

2  this letter?

3     A.  I -- so when I got the letter, I told the

4  director of DMD about the situation, and then --

5  well, Vivian got the letter, too, so I think -- I

6  believe -- I'm going to -- I believe that the

7  director of DMD, you know, was not -- wanted to have

8  either procurement or an official statement that

9  PureThink could not do the work.  Meaning our

10  contract was with PureThink, and so we would have to

11  have, you know, something official through the

12  procurement channels that says that they can't

13  finish their work.

14     Q.  And when you say finish their work, you

15  mean under the contract --

16     A.  Under this period of performance, this

17  contract.  Yes.

18     Q.  And going back to I think it was

19  Exhibit 159, that contract expired or was set to

20  expire about when?

21     A.  September.  September of that year.

22     Q.  So a year contract.  So September to

23  September -- September 2016 to September 2017.

24     A.  Yeah.

25     Q.  Okay.  And then -- but Mr. Suhy did

                                                        58

1    actually continue to perform under that contract.

2    Correct?

3         A.  Yes.

4         Q.  So the IRS never officially took the

5    position that he couldn't continue to work on that

6    contract?

7         A.  Not that I know of or was told of or

8    anything.  No.

9         Q.  And so PureThink was -- finished out its

10   obligations under that contract?

11        A.  Yes.

12        Q.  And why did the IRS not -- why did the IRS

13   decide to continue to work with Mr. Suhy and

14   PureThink?

15        A.  From my understanding and direction, it was

16   that the, you know, officially the procurement has

17   to be the channel in which the work stoppage is

18   formally, you know, announced or take action of.  So

19   even though it was sent to them, I mean, we -- we

20   let them know, but my director's stance was that we

21   had to have, you know, procurement say that the, you

22   know, the work could not continue and stop it.

23        Q.  And they never said one way or the other?

24        A.  No.  Never heard.  No.

25             MR. RATINOFF:  All right.  This is a good

                                                        59

1      that up.

2           Q.  Okay.  Were we actually on the record?

3               THE REPORTER:  Yes.

4               THE WITNESS:  I think so.  Yeah, I waited

5      until that to bring it up.  But that was it.  But I

6      just remembered that so I wanted to bring it up.

7               (Off the record.)

8               THE WITNESS:  Do you need me to repeat it?

9      BY MR. RATINOFF:

10          Q.  No.  No.  I think we got it.

11              So going back to the July, August time

12     period, was the IRS looking to continue working with

13     Mr. Suhy after the expiration of the contract with

14     PureThink?

15          A.  Yeah.  I think we were.  And we felt

16     like -- again, sort of the -- one of the primary

17     things that was of interest was dealing with the

18     user interface.  And there seemed to be, from what I

19     remember of all the stakeholders, you know, that

20     that was moving along nicely with being able to

21     customize it, et cetera.  So there was interest to

22     continue working with those elements of what I'll

23     call at that time was, for lack of a better term,

24     the Government Edition.  Those stack elements.

25          Q.  And at this point did the CKGE, at least in

                                                        61

1    concept, exist at that time?

2         A.   Primarily, you know, in that formative

3    stage, there is that set of technology and what was

4    happening.  Yes.  And I think -- I don't know if

5    people were using the term "CKGE" at that time.  I

6    believe people were still -- we may have been using

7    something along those lines, but the idea of using

8    that -- you know, the UI and all of that as sort of

9    a new basis was there amongst the project members.

10   Does that make sense?

11        Q.   Yeah.  I think it does.  Was there a new

12   contract -- I'm not best at government contracting,

13   but was there a new RFQ put out at that point for

14   the next phase?

15        A.   Well, yeah.  So what -- so -- understood

16   that what was happening with PureThink and all of

17   that was -- whatever was happening was not tenable.

18   And so the original intent was through, I think it

19   was -- I think it was eGov or iGov, a company that

20   John Mark had -- a small business company that John

21   Mark had that was separate through his professional

22   services was at the beginning sort of what we were

23   going to request for professional services to

24   continue primarily, again, working on the UI, the

25   security features, et cetera.  And -- and I don't --

                                                      62

1   at that time, the decision by our director was to

2   use that money that we had for those professional

3   services instead of getting an Enterprise Edition

4   where we wouldn't have -- we would only have the

5   database -- those database elements and not the UI

6   and the rest of it.  And that was primarily the main

7   interest at that time.  And so that's what we were

8   going out with a contract.  Originally it was sole

9   source.  It was a sole source that went through

10  procurement, and I believe Neo4j contested that.

11  And then we ended up going through, again, sort of,

12  I believe it's 8A or one of the small business was

13  what procurement likes to go first through one of

14  John -- out for open bid for those professional

15  services dealing with -- dealing with technology to

16  do CKGE.

17      Q.  Okay.  So I know there's some similar

18  company names that you mentioned, but in the IRS's

19  mind, all of those companies were essentially John

20  Mark Suhy, that's who you were --

21      A.  He was --

22          (Reporter interruption.)

23  BY MR. RATINOFF:

24      Q.  I've got to finish my question.  Let me

25  start over.  We'll clear up the record.

63

1          So from the IRS's perspective, the company

2     names were sort of less important as to continuing

3     to work with John Mark Suhy.  That's what was

4     important to the IRS at that point?

5          A.  That was our primary interest starting off,

6     and then -- so I would say yes.  It was his skill

7     set was -- was something that we were interested in

8     leveraging.

9          Q.  So any disputes he had through PureThink

10    with Neo4j was irrelevant to continue working with

11    them?

12         A.  I don't -- I don't want to say relevant.

13    If we put forward the solicitation, and he is able

14    to bid on it, so I guess there is some relevancy on

15    whether he was able to work with -- I guess in this

16    case with Neo4j itself and whatever that would be.

17    But I think that was secondary to with his skills of

18    using the security.  Those elements of the

19    Government Edition that were not Neo4j itself.

20    Those capabilities were the primary interest and his

21    skill set in doing that.

22         Q.  And you mentioned iGov.  That's iGov, Inc.?

23         A.  Yes.  I believe it's Inc.  Yeah.  IGov.

24         Q.  Let me go ahead and mark this next exhibit.

25              (Exhibit 162 is introduced.)

64

1    A.  No.  He was the director of DMD.

2    Q.  So he would be the person that Lisa

3  would -- reported to?

4    A.  Correct.

5    Q.  So the hierarchy would have been Jeff,

6  Lisa, and then yourself more or less?

7    A.  Yes.  Yes.  That's fine.  Yeah.

8    Q.  And then I guess looking at your email on

9  July 12, 2017, I would like to know from my

10  perspective that I appreciate your communication and

11  involvement helping clarify and work on options.

12  I'll let procurement talk to anything regarding the

13  nature of the SOW arrangements and needs.

14    That's what you're referring to as

15  different procurement?

16    A.  Yes.

17    Q.  Mr. Suhy confirms there would be no work

18  stoppage under the 2016 contract?

19    A.  That's how I interpreted it.  Yes.

20    Q.  And then you mentioned there is a new

21  contract, which you said it was sole sourced to

22  iGov.  Is that correct?

23    A.  No.  It was not -- Neo4j disputed that and

24  so it was not executed.  And then we started a new

25  procurement process for new competition.  It went

69

1    out as -- I call it, you know -- I don't want to use

2    the -- it went out as a bid.

3         Q.  Okay.  So just to back up, there was a sole

4    source RFQ put out in what, July, August of 2017?

5         A.  Yeah.  That seems about right.

6         Q.  And that was -- that was the sole source to

7    iGov.  Correct?

8         A.  Correct.  That was using iGov, the sole

9    source to them for the professional services.

10        Q.  Okay.  And then this -- but professional

11   services using Neo4j Enterprise software?

12        A.  Not necessarily.  No.

13        Q.  At that time the Government Edition that

14   the IRS was using included Neo4j Enterprise.

15   Correct?

16        A.  But we weren't -- we weren't using the

17   Government Edition.  It was still in, call it

18   development.  So as long as you're okay with that,

19   then yeah.  It wasn't the regular use by other

20   people.  It was just being developed, worked on,

21   et cetera.

22        Q.  But the version at Neo4j that was being

23   used in development was Neo4j Enterprise.

24        A.  Yes.  As far as I know in that edition.

25   Yes.

70

1          Q.  All right.  And then I'm going to go ahead

2     and drop another document into the chat here.  So be

3     Exhibit 163.  It's a lengthy document.  And I just

4     wanted to see if this refreshes your recollection.

5               (Exhibit 163 is introduced.)

6     BY MR. RATINOFF:

7          Q.  It's not letting me drag it into the chat.

8     Hold on just a second.  Let me give it one more

9     time.  Here we go.

10         A.  I see it.

11         Q.  I believe this will be Exhibit 163.  You'll

12    see it's an email from Ms. Daniels to Mr. Suhy dated

13    2017?

14         A.  Yeah.  Yes.  I do.  I see it.

15         Q.  And it's -- the subject's SF18

16    TIRNO-17-Q-00209.  Is that -- is that the sole

17    source contract we were just talking about that's

18    referenced in the subject of this email?

19         A.  I would think so.  Yeah.

20         Q.  If you scroll down, I'm looking at -- its

21    quite a ways down.  It would be actually 9 out of 12

22    in the PDF itself.  The Bates number at the bottom

23    is 1570513.001.  Do you see that?

24         A.  What page is it?

25         Q.  9 out of 12 in the PDF.

71

1        A.   Okay.  I'm there.

2        Q.   The title is "Statement of Work/Performance

3   Work."

4        A.   Yep.

5        Q.   And then it says in

6   "Introduction/Overview," "The contract will

7   facilitate the continued development and O&M support

8   needs of DMD's CDW Knowledge Graph Environment

9   (CKGE)."  Do you see that?

10       A.   Yes.  I do.

11       Q.   Does that help refresh your recollection as

12   to where the CKGE was at at that time?

13       A.   Yeah.  It would -- that environment that

14   was being -- that had been started under PureThink.

15       Q.   Okay.  Then going down to the last

16   paragraph, "The CKGE framework."  Do you see that?

17       A.   Right.

18       Q.   So "The CKGE framework includes Neo4j's

19   Enterprise Edition open source version, Elastic

20   Search capabilities, and micros-service components

21   useful for supporting graph-related research."  Do

22   you see that?

23       A.   Yes.  Yes.

24       Q.   So at that time the IRS was using Neo4j

25   Enterprise under an open source license?

72

1    A.  I don't know if it -- in my mind, it would

2  have been whatever the edition was that was part of

3  the Government Edition that had been started by

4  PureThink.

5    Q.  You mentioned that this contract was

6  awarded to iGov.  Is that correct?

7    A.  No.  This was -- this was not.

8    Q.  Okay.  What I mean is it was awarded but

9  then protested by Neo4j.

10   A.  Yes.  So this -- if this was a statement of

11 work, which I'm assuming it is, it would have gone

12 out to iGov, and that's what was protested.  So yes.

13   Q.  Okay.  So it was never awarded.  It was

14 just the statement of work was protested.

15   A.  I actually think the -- I think it was

16 going to be awarded, and I thought that's what was

17 protested.  Saying that other people could work on,

18 if I remember right -- I believe I do in my mind.

19 That other people -- Neo4j said something to the

20 effect of other people could be work -- could have

21 the technical skills to work with Neo4j.  That's

22 what was the point of dispute.

23   Q.  And IRS sided with Neo4j on that?

24   A.  Yes.  That is true.  There is other people

25 that can work on Neo4j.  So we just did an award

73

1    contract.

2         Q.  But then the work was eventually awarded to

3    Mr. Suhy via a different contract vehicle?

4         A.  Yes.  It was a new procurement order that

5    had started -- or was executed for sort of open

6    competition.  I believe it was AA companies or small

7    business companies originally, but it was open

8    competition, and it was awarded to eGov for

9    professional services to work, you know, to further

10   the development of CKGE.

11        Q.  Okay.  When you say eGov, you mean

12   eGovernment Solutions?

13        A.  Yes.  That's fine.  That's correct.

14        Q.  I will probably refer to it as eGovernment

15   Solutions just because it's so -- you say eGov and

16   iGov is so similar, if that's okay.

17        A.  Fair enough.

18        Q.  I think the court reporter would appreciate

19   that.

20        A.  Fair enough.  Yeah.  EGovernment.  That's

21   fine.

22        Q.  Let me go ahead and drop in the next

23   exhibit.  This has previously been marked as

24   Exhibit 103.

25             (Previously marked Exhibit 103 is

74

referenced.)

           THE WITNESS:  Jonathan just put something
into the chat.

           MR. RATINOFF:  Yeah.  I appreciate it,
Jonathan, but we can't have him testifying on your
behalf, though.  I don't think the IRS wants the
lawyers to be up on the stand and have the privilege
waived.

           MR. TEPPER:  We do not.  I just wanted to
provide clarification if needed.

BY MR. RATINOFF:

    Q.  All right.  Thank you.  I didn't think that
was your intent.

           I just put in what was previously marked as
Exhibit 103.  The title of the document is Order for
Supplies or Services.  The date of the order is
05/24/2018, Order No. 2032H8-18-P-00151 with the
issuing office being Vivian Daniels at the IRS
procurement office.  Do you see that?

    A.  Okay.  Sorry.  Let me -- I had so many tabs
of exhibits.  Let me -- let me just go back and make
sure I'm looking at -- okay.  I think I got it.
Okay.  I see -- did you say it was a procurement
order dated 05/24/18?  Is that the one you're
talking about?

75

1    Q.  Yes.

2    A.  Okay.  I got it open.

3    Q.  Okay.  Now, this Order for Supplies or

4    Services, is this the contract that you mentioned

5    was awarded to eGovernment Solutions?

6    A.  That's correct.  Yes.

7    Q.  And then the actual name of the contractor

8    being Mr. Suhy?

9    A.  Correct.

10   Q.  And this was to continue the work that

11   Mr. Suhy had been doing for the CKG under the prior

12   contract?

13   A.  Yes.  Yes.  Continuing on with that type of

14   work.

15   Q.  Did Mr. Suhy in between July, August 2017

16   from the time this contract was awarded, was he

17   continuing to work with the IRS?

18   A.  No.  After the period of performance for

19   PureThink, he was not.

20   Q.  But then he started up with the same work

21   again in May of 2018?

22           MR. BEENE:  Objection to form.

23           THE WITNESS:  He -- I'm not sure what --

24   let me -- I'm not sure what the object to form is --

25   ///

76

BY MR. RATINOFF:

    Q.  Don't worry about it.

    A.  -- but --

    Q.  We're going to argue later on if we're
going to use your testimony.  So let me ask the
question again so the record is clear.

        The Order for Supplies or Services we're
looking at, once this was awarded to eGovernment
Solutions, Mr. Suhy continued the work that he was
doing on the CKGE with Neo4j?

        MR. BEENE:  Same objection.

        THE WITNESS:  He continued to work.  I
believe at that time we were not using -- we had not
started to use Neo4j.  I believe we had -- they
brought up ONgDB.  And so we worked -- so
eventually -- and it was not immediate, given some
background clearances and other stuff that had to be
reactivated and all that.  But around that point in
time, I believe ONgDB was discussed with us along
with GraphGrid as sort of the larger set of
technical capabilities.  So I don't -- I cannot say
with certainty that that version of Enterprise
Edition that was prior was used when the work
started up again.

///

                                                77

BY MR. RATINOFF:

    Q.  Okay.  That wasn't quite what I was asking --

    A.  Okay.

    Q.  Let me ask a different question.  So when the Order for Supplies or Services was awarded to Mr. Suhy at eGovernment Solutions, Mr. Suhy began working again with the development of the CKGE platform.  Correct?

    A.  Yes.  Correct.  Sorry if I overcomplicated it.

    Q.  And at that time, the IRS was still using some form of Neo4j Enterprise software?

    A.  Yeah.  We were still using the prior graph database and UIs that we had before.  We were still continuing to let users work with that.

    Q.  And then you were -- okay.  And then at that point the CKGE was still in development phase?

    A.  Correct.  Yes.

    Q.  So there was only -- when you said development phase, what does that mean in terms of versus production?

    A.  So it was not for regular use.  So I contrast that with sort of those two, you know, those two things I was talking about that we started

78

1    CKGE, which is that stack that came out of the

2    Government Edition development work.

3        Q.  Okay.  So just so we're clear, when

4    eGovernment Solutions got the award, it was to

5    essentially start work on the CKGE that had been

6    left off with PureThink.  Is that correct?

7        A.  That's correct.  Yes.  Those components.

8    Yes.  But didn't necessarily mean that it was -- I

9    don't remember at the time particularly what we were

10   going to do with the Neo4j.  I don't know if we

11   were -- I think there was even discussion, I

12   believe -- now I'm speculating.  Never mind.

13       Q.  Okay.  Yeah.  We don't want you to do that.

14           So in May of 2018 when Mr. Suhy was brought

15   back, was part of his statement of work was for him

16   to continue working on integrating the UI in Neo4j

17   into what was going to be the CKGE?

18       A.  Yeah.  It's just I don't know -- I can't

19   remember what exactly was going to be the subject of

20   Neo4j, though.  And by that I mean what version or

21   anything we were going to use.  It was -- again,

22   sort of the primary focus was on the user interface

23   and some of the security stuff, and I don't even

24   know if it -- what version of Neo4j it was even

25   discussed as what to use or not to use at that

                                                         85

1    it's probably 2019, 2020.  I'm still in 2018.

2         So for 2018's purpose, or at that time

3    the -- let me actually, maybe this will help.

4    Actually, let me ask you about this email real

5    quick, and then we can move to that.

6         You'll see this is an email from Mr. Suhy

7    to yourself --

8         A.  Okay.

9         Q.  -- dated May 22nd, 2018.

10        A.  Okay.  Yes.  I see it.

11             (Exhibit 165 is introduced.)

12   BY MR. RATINOFF:

13        Q.  We'll mark it Exhibit 165.  This email was

14   produced by Mr. Suhy or one of his entities.  Do you

15   have any reason to believe this isn't an email that

16   was sent to you by Mr. Suhy?

17        A.  I don't think -- no.  I don't.

18        Q.  No reason to believe this isn't a true and

19   correct copy of an email?

20        A.  No.  I don't.  No issues.

21        Q.  Do you understand why Mr. Suhy was sending

22   you this email from your perspective?

23        A.  I have to --

24        Q.  Go ahead and take a minute.

25        A.  Okay.  I've read it.  Yeah.  So he's -- if

96

1    I'm reading this right, he's describing sort of

2    using what's called the Neo4j Enterprise open source

3    version and what that means as it relates to AGPL

4    and then the Free Software Foundation's guidance on

5    the matter, et cetera.

6         Q.  And did you have an understanding between

7    what we were just looking at as Exhibit 164 and 165

8    that there was two different versions of Neo4j 3.4

9    Enterprise Edition?

10        A.  There were two different versions?  I

11   don't --

12        Q.  Let me ask it a different way.

13            Did you understand that there was two

14   different licensing models for Neo4j 3.4 Enterprise

15   Edition?

16        A.  I can't say that I did.  No.

17        Q.  Did the IRS have any -- or did the IRS look

18   into anything related to whether Neo4j could add the

19   Commons Clause to its Enterprise Edition software

20   under the AGPL?

21        A.  I -- I don't believe it was done.  No.

22        Q.  So did the IRS ever contact the Free

23   Software Foundation to see if Neo4j was wronging

24   Mr. Suhy in adding the Commons Clause to the AGPL?

25        A.  I never did and I don't know any -- I don't

97

1   remember anybody else contacting them or anything.

2   No.

3        Q.  Did the IRS take anything that Mr. Suhy

4   represented as far as Neo4j adding the Commons

5   Clause, that being improper?  Just assumed that

6   Mr. Suhy was correct?

7        A.  I -- I don't -- I don't feel like anybody

8   assumed -- the way I would express it is I don't

9   feel like anybody assumed necessarily one way or the

10  other.

11       Q.  You mean -- you say assume.  You mean the

12  IRS --

13       A.  Yeah.  Yeah.  Reading his -- reading his

14  email or that kind of stuff, you know, taking a

15  particular side at that point or anything.

16       Q.  So as of that time in May 2018, the IRS

17  didn't have an opinion on or position on whether

18  Neo4j adding the Commons Clause to the AGPL version

19  3.4 was improper or not?

20       A.  I don't think so.  No.  I don't feel that

21  way.

22       Q.  Hold on just a second.  I'll put the next

23  exhibit in.  This maybe will help clarify what

24  version the IRS was using at that point.

25       A.  Okay.  Email dated 6/14/2018?

                                                    98

1    what time that was, and I can't remember that.

2        Q.  Yeah.  We'll get there.  I'm just trying to

3    go in a linear fashion.

4        A.  I know.  I'm sorry.

5        Q.  That's okay.

6        A.  I'm trying to fit things together.  But

7    what I see there is whatever was happening was that

8    discussion.  And again, I was -- I was looking at it

9    from the point of Community Edition just being

10   sufficient.  And I think he was arguing that this

11   open source fork one was available and would have

12   these, you know, would have these additional

13   features.

14       Q.  Then as far as, as far as the Enterprise

15   Edition went, did you have an understanding at that

16   time that a commercial subscription to Neo4j

17   Enterprise would come with support?

18       A.  Yes.  Yes.  I believe there was some

19   professional services -- yeah.  As far as I know,

20   yes, in my mind.  There was some degree of

21   professional services, or I call professional

22   services that comes with the licensing.

23       Q.  So if you buy a commercial license, it's

24   not just -- for Neo4j Enterprise, it was not just

25   about additional features.  It's also about -- it

103

1    also includes support services.  Correct?

2         A.  Yes.

3         Q.  So there's more of a benefit than just the

4    features themselves to the purchasing a commercial

5    subscription to Neo4j Enterprise, then.  Correct?

6    In other words, if you're not using the features,

7    you're still getting additional benefits.

8         A.  From like the professional services help,

9    those kinds of stuff, yes.  So I think you can

10   get -- those are -- those are additional features --

11   those are additional benefits to it than just the

12   features.  Yes.

13        Q.  And then moving on to the bottom of this,

14   you'll see -- I think you might have referenced this

15   before, but it says, "I.e., GraphStack (renamed from

16   Neo4j Government Edition) is a competing platform

17   alternative to Neo4j Enterprise commercial

18   packages - with exact feature set because of the

19   open source nature of Neo4j."

20             What was your understanding of what

21   Mr. Suhy was referring to, this GraphStack?

22        A.  Sorry.  I'm just looking over it.  Okay.

23   So the GraphStack at that point was, I would assume,

24   involving that version of Neo4j.  And I don't know

25   at that time how -- I really don't know how I would

                                              104

1      Q.  All right.  Do you recall having a meeting

2  with Jason within the next couple months after May,

3  so say July 2018?

4      A.  No.

5      Q.  Let me go ahead and drop this next exhibit.

6  It will be Exhibit 168.

7          (Exhibit 168 is introduced.)

8          THE WITNESS:  Okay.  File 130?

9  BY MR. RATINOFF:

10      Q.  Yeah.

11      A.  Okay.

12      Q.  I'm sorry.  You said file 130?

13      A.  Yes.  I'm looking at file --

14      Q.  Oh.  Bates number ending in 130.  Correct.

15  Let me just get it clear for the record so we're

16  talking about the same thing.

17          So I just marked as Exhibit 168 an email

18  that ends in a chain dated July 27th, 2018.  Bates

19  number at the bottom of the first page is 20130.

20  This is an email produced by Neo4j.  And you'll go

21  ahead and look now -- let's go down to the bottom of

22  this email chain, so this is going to be starting

23  page 133 or Bates number ending in 133.  And you'll

24  see --

25      A.  Okay.  Very bottom.  Right.

113

Q.  Sure.  And it starts off actually on 132.
It's an original appointment from Michael Dunn sent
on May 24th, 2018, and you'll see there's a list of
recipients including yourself, Lisa, Jeff Butler,
there is a JC Garnish, Brian Raub, Jason --

A.  Yep.

Q.  -- and Chris Hess and then Matthew Scoffic.

A.  Yep.  Matt Scoffic.  Yes.

Q.  Subject:  Discussion of Neo4j options.

A.  Yep.  Yes.

Q.  Do you have a recollection now of setting
up a meeting with Neo4j in July of 2018 to talk
about Neo4j products and seeing a demo of the newer
Neo4j Enterprise software?

A.  I still don't.  No.  Was I there?

Q.  I don't know.

A.  I said --

Q.  I assume that, you know, is it a safe
assumption that you were the one who organized the
meeting if you're the sender of the appointment?

A.  I'm -- on that email, it looks like I
sent -- on that, yeah, on that email looks like I
sent it out to everybody, and then I said Lisa is
going to pick everybody up at the guard's desk.  So
I -- I don't think I was there.

114

1      Q.  Okay.  Going up to Lisa's next email, it

2    says, "Hi Jason - I spoke with Mike about your

3    concerns regarding the amount of storage included in

4    the quote information.  Mike estimates we are

5    currently using about 300 gigabytes."  Do you see

6    that?

7      A.  Yes.  I see that line.

8      Q.  Do you have an understanding what she's

9    referring to your estimate?  I'm assuming Mike is

10   you.  Is that correct?

11     A.  Yeah.  Must have been me.  I can't think of

12   anybody else.

13     Q.  300 gigabytes, is that in reference to

14   memory?

15     A.  Probably, because if that was the size of

16   the graph -- the data together, I think we were

17   estimating like how much would be in memory or how

18   much storage it would be.  So that -- that seems to

19   fit with sort of the size of the data we were

20   talking about.

21     Q.  Okay.  By the way, I just noticed this

22   document wasn't designated as confidential, so I

23   just want to make sure -- maybe we can substitute

24   during the break or get it stamped, but I wanted to

25   let everyone know that this document should be

                                                      115

1    designated by Neo4j as confidential.  I'm really

2    sure why it's not actually stamped on the document.

3    It should be treated as such under the protective

4    order.

5              Then you'll see Jason responds to Lisa,

6    "For large memory configs, we build in blocks of 24

7    cores/256 gigabytes RAM.  So even if you don't need

8    more than 12 cores, with 512 gigabytes of memory

9    (gives you some headroom on the 300 gigabytes you

10   have), you will be licensed for up to 48 cores, if

11   you want to cut your servers back from 1 terabyte of

12   RAM to 512 gigabytes of RAM."

13             (Reporter interruption.)

14   BY MR RATINOFF:

15        Q.  So looking at the email where Lisa says we

16   build -- sorry -- where Jason says we build in

17   blocks of 24 cores, then there's a reference to 300

18   gigabytes, do you have a better understanding of

19   what the 300 gigabytes was in reference to as far as

20   the server memory versus storage memory?

21        A.  Yeah.  Let me just read it -- I think I

22   agree.  Yeah.  So when I told Lisa 300 gigabytes, it

23   was -- it was -- when I would have thought that I

24   would have replied to her was how big of, you know,

25   RAM or storage, and since to bring the graph into

116

1   memory, if you brought the whole graph in, we are

2   essentially saying, well, we have about 300

3   gigabytes of data, so that's what would be brought

4   in.  I figure she's passing that on to Jason and

5   kind of talking about those parameters.  And then

6   Jason is replying sort of, okay, taking that

7   information, here's how we would price that out

8   and -- and sort of here's what the pricing would be.

9       Q.  Okay.  From what Jason's written here, is

10  that a pretty comprehensive estimate of what the

11  CKGE needs were at that time?

12      A.  Yeah.  Because this is the way that I'm

13  reading it is we were talking about the size, 300

14  gigabytes.  And then where he says even if you don't

15  need more than 12 cores.  So I'm assuming we were

16  still talking about like 12 cores.  Or somebody was

17  telling him about 12 cores that brought it up.  I

18  mean, I remember -- like I said, going back in time,

19  I was using 12 cores.  So I'm sure it was discussed

20  then, and he's replying yeah, even if not 12 cores,

21  here's the options.

22      Q.  Okay.  And then so as of -- I know we

23  talked about cores in 2017, but in July of 2018, was

24  the IRS still using only 12 cores for the CKGE

25  platform?

117

1           Do you have an understanding of why pricing

2    was important to the IRS for planning purposes at

3    that time?

4           A.  Well, if -- if there was availability of

5    money ahead, if we had the money ahead, would -- you

6    know, and we felt like we, you know, needed some

7    additional capabilities, my -- my -- I'm

8    interpreting her as we have this in case something

9    changes ahead for us, and that way we know sort of

10   the cost and what you get with it, et cetera.

11          Q.  So in other words, there's an understanding

12   that the paid commercial license with Neo4j wouldn't

13   necessarily increase whatever amount was budgeted

14   for the CKGE if the IRS were to go forward with a

15   paid subscription?

16          A.  I'm sorry.  Can you say it one more time,

17   please?

18          Q.  Sure.  So another way of looking at it is a

19   commercial subscription to Neo4j Enterprise would

20   necessarily increase whatever budget was needed for

21   continuing to develop the CKGE platform.  Correct?

22          A.  Yeah.  We would have to have additional

23   money.

24          Q.  At that time did the IRS -- or did your

25   particular division see if any additional money was

                                                          121

available for commercial subscription for Neo4j

Enterprise?

A.  So I feel like that was -- where she was

talking about I have spoken at length with Jeff, so

my -- you know, they would have been talking about

what monies were available, what were already

obligated.  So I'm assuming that that was part of

that conversation.

Q.  But you weren't part of that conversation.

A.  I don't -- she was saying she spoke -- she

had her own conversations with Jeff.  I mean, I -- I

was part of conversations about, you know, as we

were discussing there, how much sizing and

et cetera, usage.  I feel like -- I don't know if --

I don't remember being there with Lisa -- I remember

being there in a number of conversations about sort

of using the money and how much money we had and

talking to Jeff, but I don't know if that was that

exact conversation.

Q.  Okay.  So you aren't privy to any

conversation where it was decided that an additional

156,000 per year for Neo4j Enterprise subscription

would have been a problem as far as obtaining funds?

A.  I was in a conversation with Jeff and

others that were providing sort of the pros and cons

122

1    of different, you know, options or what -- what

2    could be done.  So I was in at least one meeting

3    with Jeff and others as we were discussing it.  And

4    I don't know if that was -- let me see if I -- it

5    must have been somewhere around there because this

6    was what, June?

7         Q.  July.

8         A.  July 27th.

9         Q.  2018.

10        A.  Yeah.  So I would have been -- I would have

11   been involved at least a conversation.  And I know I

12   was involved with one conversation where we were

13   talking about just the options, and Jeff was sort of

14   listening to different people's view.  And then I

15   think Jeff -- Jeff would have decided at that point,

16   you know, we didn't have -- we didn't have the, you

17   know -- I think it was in the context of, you know,

18   what about the options of any open source and how to

19   use that money.  And I think Jeff determined that at

20   that point not to spend on the Enterprise Edition.

21   And -- and either look at other options.

22        Q.  Other options being just continuing to use

23   open source Neo4j for free?

24        A.  Yeah.  One of those -- I don't think -- I

25   don't think there was any -- I don't think at that

123

1    time we were talking about any other graph databases

2    and stuff.  So I feel like it was just what to do

3    with that, and he was thinking about how to spend

4    the different money.

5            MR. RATINOFF:  Okay.  All right.  I think

6    this is a good time to take a break.  It's 11:42.  I

7    know it's sort of lunchtime or past lunchtime.  Do

8    you want to take a little bit longer break right

9    now?  I still have quite a bit of ground to cover,

10    so I want to make sure you're doing okay on your

11    end.

12            THE WITNESS:  I'm okay.  I'm just -- I'm

13    just hoping to answer your questions as fast as I

14    can so I can get back to work.

15            MR. RATINOFF:  Understood.  So I know we're

16    kind of at lunchtime on the West Coast, too.  It's

17    11:43.  Does everyone want to just take a half an

18    hour break?  Is that fair?

19            MR. TEPPER:  Before we make a determination

20    about a half-hour break or anything, I'm going to

21    ask, you know, Michael what time does -- you know,

22    because it's 2:42 where we are.  What time do you

23    typically finish up your day?

24            THE WITNESS:  Well, it would be -- you

25    know, I guess I can normally clock off at 3:30.  But

                                                    124

```
 1                    AFTERNOON SESSION
 2           THE VIDEOGRAPHER:  We are now back on the
 3    video record.  The time is 12:16 p.m.
 4    BY MR. RATINOFF:
 5           Q.  Let's go ahead and pick up where we left
 6    off.  I believe we were in the summer of 2018.
 7    Definitely in summer of 2018 the IRS had gone
 8    forward with working with Mr. Suhy via eGovernment
 9    Solutions.  Correct?
10           A.  Correct.  I think at the time we're at the
11    award has been made, and he's, you know, being
12    on-boarded and starting to talk about sort of ideas
13    and stuff.
14           Q.  Okay.  And then the ideas as far as where
15    the CKGE environment was going as far as --
16           A.  Yeah.  Yes, sir.  What the interests were,
17    you know those kinds of things, what the project
18    team was interested in, plans, that kind of stuff.
19           Q.  And so was he being asked or he was taking
20    input from the IRS to come up with some sort of
21    architecture for what the CKGE environment would
22    look like?
23           A.  Yes.
24           Q.  All right.  Let me -- as far as the CKGE
25    environment, it was still decided to use some form
```

126

1    of Neo4j graph database software.  Is that the graph

2    database for the CKGE?

3         A.  Yes.  Sorry.  Yes.  Because, again, I'm

4    trying to remember when GraphGrid and all that came

5    into context, which was either around this time or,

6    you know, shortly -- shortly thereafter where we

7    started getting into ONgDB.  But whatever we had at

8    that time would have been sitting there.  But I

9    believe John Mark would have been cleared, because

10   he would have still had his clearance.  So we would

11   have been sort of -- sort of talking about, you

12   know, plans, future requirements, all of that, and

13   would have been, you know, talking about whatever --

14   whatever graph that database, whatever version it

15   was that we had.

16        Q.  Okay.  So let me pinpoint that time for

17   you.  Here's what I'm dropping in the chat.

18        A.  Okay.

19        Q.  It should be tab 454, which I'm going to

20   mark as Exhibit 169.  You'll see it's an email

21   exchange between yourself and Mr. Suhy.

22        A.  Okay.

23            (Exhibit 169 is introduced.)

24   BY MR. RATINOFF:

25        Q.  With the last email dated August 13th,

127

1    2018.  You see that?

2         A.  Okay.  I got it up.  Yes.

3         Q.  Do you have any reason to believe this

4    isn't a true and correct copy of an email exchange

5    between yourself and Mr. Suhy?

6         A.  I have no issues.  Yes.

7         Q.  And just for the record, this was an email

8    that was produced by iGov, Inc.?

9         A.  Okay.  Yes.

10        Q.  You'll see at the very bottom of the email

11   exchange -- at the very beginning I guess, so that

12   would be on 217.0002.

13        A.  Okay.  I'm there.

14        Q.  You ask John Mark would it be easier to go

15   ahead and use ONgDB now in CKGE or wait and deploy

16   CKGE with Neo4j 3.3.2 we have, and then later

17   transition to ONgDB.  Why were you asking him that?

18        A.  I mean I -- go ahead and use ...  Maybe

19   just level of effort and complexity.  Sort of

20   proposing cons of each.  Because my assumption would

21   be by this time the topic of ONgDB is there and the

22   decision was made, I'm assuming at this time, that

23   we were -- we would go with ONgDB.  If not, it was

24   just talking about sort of the pros and cons of it.

25        Q.  And what was your understanding of what

128

ONgDB was at that point?

A.  At that point, my understanding was ONgDB

was an open source available graph database that

was -- that used the GitHub core source code

compiled and then additional plug-ins were added to

it and made available through The Graph Foundation's

website.  Or through there.  Sorry.

Q.  Okay.  Let's break that down.  So as far as

when you say ONgDB core source code, are you

referring to Neo4j Community Edition?

A.  I didn't -- it was not the binaries.  It

was my understanding from -- and this was from John

Mark Suhy.  I believe at that time because we were

talking about GraphGrid, and it was part of the

GraphGrid bundle.  Ben Nussbaum may have been on the

line, too, but it was a description that there

was -- it was not the binaries.  It was the source

code itself that came from a GitHub repository that

Neo4j had.  And that source code was taken and

compiled into binaries and added the plug-in to make

the ONgDB version that was made available.  Does

that make sense?

Q.  Sure.  So it was your understanding that

ONgDB was based on Neo4j source code.  Correct?

A.  Yes.  Git -- sorry.  Go ahead.

129

1          Q.  So the Neo4j source code, Neo4j would own

2     the copyright to that.  Correct?

3          A.  Yes.  I would assume it would be available

4     based on whatever Neo4j allowed it to be used from.

5          Q.  When you are talking about the plug-ins,

6     are you referring to Enterprise-level features that

7     are enabled by plug-ins?

8          A.  Yeah.  I think so.  That makes sense.

9          Q.  Okay.  So your understanding was then ONgDB

10     was essentially the feature equivalent of Neo4j

11     Enterprise at that time?

12          A.  I don't know if I could say it was one for

13     one.  I just understood that there were the

14     Enterprise -- there were Enterprise features that

15     were added to the core -- the Neo4j core source

16     code, compiled, and then added to it to make the

17     ONgDB in that those were, or I guess somehow could

18     be connected to Enterprise version.  I feel like

19     that that term was used or at least the types of,

20     you know, with the -- I guess clustering and all

21     that stuff.  So I'd say yes, I think.  I would think

22     it had similar features.

23          Q.  Okay.  Features meaning Enterprise-level

24     features?

25          A.  Yeah.

                                                          130

1    Q.  Then as far as -- going back to the Neo4j

2    Community Edition, I had asked you whether you

3    understood there was a limitation of cores, and

4    maybe I wasn't as artful about it.  But did you

5    understand Neo4j Community Edition only allowed up

6    to the use of, from a performance standpoint, four

7    cores?

8    A.  I can't remember that, but I don't see any

9    reason that I would have known that at some prior

10   point in time.  So I would say yes, probably at that

11   point I would have known or been aware of it.  Yes.

12   Q.  Did you have any understanding of whether

13   there was any limitations on the number of cores you

14   could use with ONgDB?

15   A.  No.  I -- I did not -- I don't remember

16   ever hearing about limitations of cores.

17   Q.  But you understood that as far as

18   purchasing a Neo4j Enterprise subscription, the

19   pricing would be based on the number of cores at

20   least in part.  Correct?

21   A.  Yeah, I think so based on what we went over

22   today and stuff, yeah, it would be, there is a core

23   element to the Enterprise pricing.  Yes.

24   Q.  In addition to obviously the add-ons, like

25   the support and whatnot.

131

A.  Yes.

Q.  All right.  So turning back to this email,

Mr. Suhy recommends to go with ONgDB version 3.4.x.

Was that the current version of ONgDB at that time

that you were aware of?

A.  Yes.  What -- yeah.

Q.  And what license -- and what licenses did

you understand that ONgDB was offered under?

A.  I -- I don't know if it was -- I can't

remember exactly what the ONgDB -- if The Graph

Foundation had a particular licensing, I can't

remember what that would be.  But I understood it to

be, you know, open source in that the -- the

requirements it was stated that, you know, we would

meet our requirements and we could use it.

Q.  For free.

A.  Yes.  For free.  It was -- it was

downloadable from The Graph Foundation website.  You

could use it for free.

Q.  Was the -- to your knowledge, was it

licensed under the AGPL version 3?  ONgDB, that is?

A.  It probably was.  I can't remember exactly,

but I don't -- that probably makes sense.

Q.  And if you remember before the break we

were talking about couple of emails, one sent by

132

1  Jason and one sent by Mr. Suhy.  There was reference
2  to Commons Clause.  Do you recall those emails?
3       A.  Yes.
4       Q.  And were you aware of whether at that time
5  that The Graph Foundation or Mr. Suhy had removed
6  the Commons Clause from the license that was
7  governing ONgDB 3.4?
8       A.  Yeah, because I don't -- yes.  Because I
9  don't remember it being discussed.  So it would have
10 been removed or whatever, was taken from the source
11 code off of GitLab, whatever that was releasable by.
12 That's how I understood was carried forward from
13 that.
14      Q.  I didn't get -- I didn't quite follow that.
15 I apologize.  To clarify, so you understood -- so
16 you understood that the license that ONgDB was under
17 was the AGPL version 3 but with the Commons Clause
18 removed by Mr. Suhy?
19      A.  Yeah.  I don't -- I don't remember if he
20 removed it.  I don't remember it being discussed.  I
21 just remember the description of taking the core
22 source code from GitLab, compiling it, and then, as
23 we discussed, adding the additional capabilities
24 that would be the ONgDB release.  So I can't
25 remember the Commons Clause being part of the

133

1    discussion.  I can't remember if he said that he

2    took it out or what, but I can't say that.  Yeah.  I

3    just can't say that.  In my mind, I'm tracing it

4    from the GitLab source code, whatever that licensing

5    was, and then released by ONgDB under their

6    licensing.

7         Q.  Okay.  So you understood that ONgDB was

8    released under a license issued from The Graph

9    Foundation?

10        A.  Yeah.  Well, yes.  In this sense, that for

11   a member of the ONgDB or Graph Foundation website,

12   they were saying they were releasing it under

13   this -- this licensing agreement.  The Graph

14   Foundation itself.

15        Q.  So you understood The Graph Foundation was

16   the licensor for the ONgDB?

17        A.  Yes.  That was -- that was -- yes.  I think

18   so.  Yeah.

19        Q.  And it wasn't -- Neo4j was not the

20   licensee -- sorry.  Strike that.

21             So in other words, Neo4j was not the

22   licensor for ONgDB.

23        A.  Say that one more time, please.

24        Q.  So Neo4j, in your mind, was not the

25   licensor of ONgDB.  Meaning Neo4j -- Neo4j wasn't --

                                                      134

1    wasn't -- wasn't the -- wasn't the entity that was

2    licensing ONgDB.

3         A.  Right.  The Graph Foundation was.

4         Q.  I see.  Okay.  And where did you -- how did

5    you come to that conclusion?

6         A.  Well -- well, I mean, we had -- I remember

7    having conversations with John Mark Suhy walking

8    through, talking about the Graph Foundation, the

9    licensing, the entity itself and so -- you know, it

10   was sort of -- I was -- I guess I was looking at it

11   as -- as what the Graph Foundation was doing.

12        Q.  But to your knowledge, the actual software

13   functionally, ONgDB, was Neo4j Enterprise?

14        A.  My understanding it was not the Enterprise.

15   It was the core source code from GitLab, Neo4j's

16   GitLab, whatever that licensing was of that core

17   source code brought over, and then the additional

18   elements, whatever elements ONgDB, The Graph

19   Foundation added onto that.  That's how I understood

20   from my point of view who was -- who was

21   distributing and licensing it and the follow-through

22   from whatever the licensing was of the Neo4j core

23   that was off of GitLab.  That's how I understood it.

24        Q.  Okay.  And as far as the -- you said the

25   core, then there was the additional features that

135

1   Graph Foundation enabled.  Was it your understanding

2   that they were creating Enterprise features that are

3   equivalent to what was in Neo4j Enterprise

4   independently?

5        A.  Yeah.  I would -- I think -- yeah.  I mean,

6   I understood that they were adding in things that

7   the Neo4j, Inc. Enterprise Edition had as Enterprise

8   features.  They were in ONgDB.  That was being added

9   to the core that was compiled.

10       Q.  Okay.  So then the source code for the

11  Enterprise features didn't, in your mind, come from

12  Neo4j?

13       A.  No.  I don't think.  I mean, I -- I -- no.

14  I can't offhand think that, oh, they downloaded them

15  somehow or what have you from Neo4j itself.

16       Q.  Did the IRS ever do any independent

17  investigation to determine whether ONgDB was

18  entirely based on Neo4j's source code?

19       A.  I don't believe so.  I think the conver --

20  not on the source code.  It was a walk-through,

21  again, with sort of John Mark Suhy, I think Ben

22  Nussbaum was there at least for one, describing sort

23  of what The Graph Foundation was, what they were

24  doing, the process to what was distributed.  And the

25  only thing I remember is adding in plug-ins and code

                                                    136

to the core, and that became sort of the ONgDB.  So

that was -- that was the group, you know, having

John Mark walk through that process, and then

understanding The Graph Foundation was established

as an entity and, you know, making the product

available, you know, as open source.  I can't hear

you.

     Q.  I apologize.  I had a bus going by.  I'm

right on the street.  So I tried to mute that while

you were testifying.

          So what are your conversations with

Mr. Suhy about The Graph Foundation?  What did he

tell you about The Graph Foundation?

     A.  Well, I believe he would have walked

through sort of the entity itself.  You know, the

elements of sort of it being, you know, what they

were trying to do, the formal setup of it, and then

what the -- you know, what the ONgDB product, I'll

call it product, was and how it was made and under

what reasoning and basis.  That's about what I

remember just going through that.  Not just myself

but, you know, there were others who listened in and

sort of wanted to know about it and its setup.

     Q.  And was it your understanding that Mr. Suhy

was one of founders of Graph Foundation?

                                                    137

1    A.  Yeah.  That's how I would -- I would --

2    yeah.

3    Q.  Now, as far as The Graph Foundation, when I

4    asked about your understanding, did he tell you it

5    was an open source organization, or how did he

6    describe The Graph Foundation?

7    A.  An open source foundation -- I mean, I feel

8    like -- I mean, it was a foundation that was

9    crowd-sourcing the ONgDB development and making it

10   available for, you know, as open source use for

11   people.

12   Q.  Did he tell you that it was formed

13   partially in response to Neo4j Enterprise Edition

14   license?

15   A.  I don't know if he would have -- I can't

16   remember if he said it specifically, but I guess --

17   I mean, it -- you know, I'm -- I understood it

18   was -- it was their interest to make -- you know, do

19   an open source product.  And so I would guess I --

20   it makes sense that I guess they were -- it was

21   contention with Neo4j.

22   Q.  Okay.  And so looking back at this email on

23   August 13th, 2018, looks like you write, "Thanks

24   John Mark.  Making sure Lisa is looped in on this,

25   and ask her if we're okay to go ahead and just use

138

ONgDB from now on in the CKGE environment."

     Do you see that?

     A.  Yes.

     Q.  Why were you referring to Lisa on the decision to go forward on ONgDB?

     A.  Because that -- that type of decision needs, you know, either her or Jeff to make that decision.  I can't make that call.

     Q.  And did they make the decision to go forward with ONgDB?

     A.  Probably.  I mean at the -- I can't remember that we didn't.  Does the email tell us?

     Q.  I might have one for you.  We'll get there. You can't remember offhand.

     A.  Sorry.  Sorry.  Not to get ahead.  But I would think that -- I don't -- in my mind, it has to be around that time frame.  So that we would have switched over to ONgDB.  Because I feel like it was during the summer where we had these conversations about ONgDB and then ultimately GraphGrid and that kind of stuff.

     Q.  So then going back to this email, you'll see Mr. Suhy responds to your email addressing, it looks like to Lisa Rosenmerkel, and you'll see he says about two-thirds of the way down, "ONgDB open

139

1    source licenses come directly from The Graph

2    Foundation as well, not from Neo4j, Inc., which is a

3    huge benefit based on their past behavior."  Do you

4    see that?

5         A.  Yeah.  It's -- yeah.  Right.  So that's --

6    I mean that -- I guess in my mind that's where I'm

7    thinking, well, what is, what is The Graph

8    Foundation, you know, making this product available,

9    what is the data rights or whatever you call it, the

10   licensing, The Graph Foundation is.

11        Q.  So you took the representation that ONgDB

12   open source licenses were coming from Graph

13   Foundation and not Neo4j?

14        A.  Yeah.  I think ONgDB coming from Graph

15   Foundation.

16        Q.  You mean the licenses themselves, not just

17   the software?

18        A.  Yeah, because I -- if I remember, yes.  I

19   mean, I would -- I would -- I think I would have

20   assumed that.  Yes.

21        Q.  Again, so you took this at face value, that

22   ONgDB open source licenses come directly from Graph

23   Foundation and not from Neo4j, Inc.

24        A.  Well, I don't -- I don't know if it was at

25   face value, and this is why I say that is, you know,

                                                    140

1    in hearing I guess -- having to walk through the

2    development of the ONgDB, seeing the -- being told

3    this is where the Neo4j source code is coming from,

4    not GitLab.  So it was walking through that.  That

5    was -- at least I don't remember anybody having --

6    you know, that was sort of what I remember everybody

7    sort of basing a decision on with that.

8         Q.  You say basing a decision on.  You mean

9    going with ONgDB in CKGE?

10        A.  Yes.

11        Q.  Again, I want to be really precise in my

12   question.  I'm not asking about the source code or

13   GitLab or GitHub.  From the IRS's perspective, you

14   understood from Mr. Suhy that ONgDB's open source

15   licenses were coming from Graph Foundation and not

16   from Neo4j, Inc.

17        A.  Yes.

18        Q.  As far as it says the upgrade would be a

19   low risk move in our opinion, now that upgrade

20   meaning what you had asked originally was Neo4j

21   Enterprise 3.3 to ONgDB 3.4?

22        A.  Yeah, because I'm asking can we just go

23   ahead and -- yeah.  I can't think of what else it

24   would be about where he says that.

25        Q.  And as far as at that time, I think there's

141

1    a reference to deployment of the CKGE.  Was that the

2    point in time where CKGE sort of moved out of its

3    development phase into a more production

4    environment?

5        A.  No.  Unfortunately not.  We did -- I -- in

6    my opinion, we did not get to bringing in regular

7    users until the spring of 2019 at this time.

8            (Simultaneous speaking.)

9            THE WITNESS:  Yeah.  It was -- it was done

10   in phases, so not everybody was brought on until

11   let's say the end of the summer of 2019.  But in my

12   opinion, we started people for regular use in the

13   spring.  So as you said, about six months or so

14   later.  So I think that makes sense.

15           (Exhibit 170 is introduced.)

16   BY MR. RATINOFF:

17       Q.  Let me go ahead and put the next exhibit in

18   the chat here.  So be Exhibit 170.

19           What I have put in there is an email also

20   produced by iGov in this litigation.

21       A.  Okay.

22       Q.  You'll see it's an email from --

23   starting -- or ending from yourself to Mr. Suhy

24   amongst others, cc's, dated August 14th, 2018.  And

25   it you'll look, you'll see at the bottom it's sort

                                                    142

1    of a continuation of the original thread.

2         A.  Yeah.  Yes.

3         Q.  You would agree with that?

4         A.  Yes.

5         Q.  And do you have any reason to believe this

6    email isn't true and correct copy of an exchange

7    between you and Mr. Suhy among others?

8         A.  I don't.

9         Q.  Then looking at the top here it says, "John

10   Mark, go ahead and integrate the ONgDB into the CKGE

11   framework we'll deploy"?

12        A.  That's right.  Yes.

13        Q.  So safe to say that you got approval from

14   Jeff and Lisa to tell John Mark to go ahead and

15   integrate ONgDB?

16        A.  I do.  Yes.

17        Q.  And then at that point that's essentially

18   when CKGE started using ONgDB was in about August

19   2018?

20        A.  Yes.  I would agree with that.

21        Q.  See, I told you I would be able to help get

22   your memory squared away.

23        A.  Look, I'm completely perplexed at how bad

24   my memory is.

25        Q.  No.  You know, the lawyers in the case

                                                        143

1   Q.  Like IT basically?

2   A.  Yeah.  I mean, working on the server

3 itself, you know, operating system installs, those

4 kinds of things.  So he had that kind of function.

5   Q.  All right.  Then do you know why the IRS

6 was wanting to move Neo4j Enterprise from those

7 servers?

8   A.  Probably just -- it looks like we weren't

9 using them and just get rid of them.  They were

10 probably left on there.

11   Q.  That's because the IRS had moved to ONgDB?

12   A.  Yeah.  We would have been using that.  So

13 the way I'm interpreting this is that they are

14 talking about cleaning up.  Where it says, like I

15 think it's an old project, I say remove it.  So this

16 was probably me saying yeah, I don't know why it's

17 there, what it's being used for.  And yes, at this

18 time I'm still assuming we were using ONgDB.

19   (Exhibit 173 is introduced.)

20 BY MR. RATINOFF:

21   Q.  And then I'm going to go ahead and put the

22 next exhibit in the chat.  This will be marked as

23 Exhibit 173.  And what I've put -- marked as

24 Exhibit 173 is an email exchange between Mr. Suhy

25 and Mr. Martin with you copied.  First email.



152

1    Starting on December 6, 2018 through December 11th,

2    2018 with the title "CKGE memory usage."

3         A.  Yes.  I see it.

4         Q.  Any reason to believe this wasn't a true

5    and correct copy of this email exchange that was

6    produced by the IRS?

7         A.  No.  I don't.

8         Q.  Okay.  Starting at the beginning of this

9    email exchange, it says, "Hey John Mark, Between the

10   environment and the future growth of adding YK1,

11   what memory usage are you estimating for production

12   servers?  We had talked about dedicating all DL 380s

13   instead of the current half VM/half DL380 we have

14   now.  Would four DL380s with 256GB or 512GB be

15   sufficient?"

16        Starting with what's a DL380?

17        A.  It's a type of server.  It's a HP.  DL380

18   just represents the type of server.

19        Q.  At that time in December of 2018 for the

20   CKGE, was it running on at least one DL380?

21        A.  See, I don't know if it was 380.  I can't

22   remember what Minerva and Athena were.  I thought

23   those were 580s.  So -- that's my -- that's my view.

24   Both of those I believe were 580s.  So my

25   interpretation of this is -- and I know Patrick was

153

1    working on sort of requirements, sizing, and I think

2    he's talking back and forth about with, you know,

3    with four DL380s would this information be

4    sufficient.  You know, instead of the half or VM.

5    So I think they're talking about adding servers to

6    the environment and then how they would be used.

7         Q.  So in other words, because CKGE was going

8    into production, there was going to be a need to add

9    additional servers for the number of users?

10        A.  Yes.  And also I saw the word "Kafka" in

11   there.  I was just trying to go back and -- yeah.

12   It said, I can tell you regarding SS drives.  This

13   is John Mark.  It will be important event around the

14   ETL-related stack components (Kafka, et cetera)."

15   So how -- so the GraphStack, as I mentioned -- we

16   were talking about that earlier.  So the GraphStack

17   is made up of a number of components.  He was

18   talking about Kafka there.  There's Keycloak,

19   Prometheus -- there's a number of software

20   components that make up that bundle.  And so

21   Elasticsearch being another component.  So all --

22   all of those have to be taken into account from a

23   sizing standpoint, so not just the graph database

24   itself.  Does that make sense?

25        Q.  Sure.  So because there was other RAAS on

154

the environment, there needed to be a sufficient
service to run not just the graph database but also
the other components of the environment.

A.   Yes.  That's how I see it and would have
seen it at that time, and they sort of back and
forth on that.

Q.   And Mr. Suhy had input on hardware
requirements as part of his work?

A.   He did.  He did.  Yes.

Q.   And then you go off to the -- it would be
the first page.  It's the email where Patrick Martin
says, "Let's start with CKGE.  Would you expect four
DL380, 32-core, 256 gigabyte RAM to be enough or
would four DL380, 32-core, 512 RAM be more
appropriate."  And then he talks about could there
be a mix -- or a mix if needed of Prod1 and 2 need
to be 512 and Prod3 /Dev/Test could be 256.  Do you
see that?

A.   Yes.  I do.  At 9:04 a.m.

Q.   Correct.

A.   Correct.

Q.   He's referring to four DL380s, so that
means four DL380 servers?

A.   Correct.

Q.   And that would be each one of those having

32 cores and 256 gigabytes of RAM?

A.  Yes.  That's right.

Q.  The same would be the alternative of four DL380s with 32 cores each and then 512 RAM --

A.  Correct.  Yeah.  I think it asks about either/or.

Q.  Sure.  Was it determined at that time that there would be a need for four servers to run the CKGE environment?

A.  Yeah.  I believe it was both production and all of that that that entailed, and then something I saw that I just wanted to -- yeah, where Prod1 and 2.  So sort of being able to work in both of those stacks.  And then there's a Prod3/Dev/Test.  So, which I'm interpreting as a separate server.  So three, three servers.

Q.  Okay.  So there would be three servers and each consisting -- well, Prod1 and 2 and 3, were those three different servers, or are those three different clusters?

A.  Yeah, I don't know if -- if Prod1 and 2 would be on the same server or not or whether they would be on separate servers.

Q.  But there is a -- sorry.  Strike that.

So at that time the design, architectural

156

1  design for the CKGE environment was to have three

2  production servers?  Would that be the accurate way

3  to describe it?

4      A.  Yeah.  I mean, I can't think of -- and what

5  I remember is and how this is being discussed is

6  Prod1, Prod2 being two stacks.  And the way that I

7  remember it being set up is we had copies of the

8  database, and so Prod1 and 2, 1 may have been --

9  let's say 1 was the primary.  That's the way people

10  were normally going to use it.  Prod2 may have had a

11  stack, and it was in case Prod1, you know, something

12  happened to it as backup.

13      Q.  Okay.  So would that be like a hot backup

14  for Prod1 theoretically?

15      A.  Is it a hot backup.  I don't -- I

16  believe -- I don't know.  I don't know if I would

17  call it a hot backup.  But I -- I think it -- I

18  think you could through the user interface, if

19  something happened to Prod1, it would -- it would

20  switch to Prod2.  So in that sense, you know, it's a

21  hot backup.  And in that way.  So I believe the

22  configuration was set up like that.  Yes.

23      Q.  All right.  So that each Prod launch the

24  stack and Prod1 and Prod2 each would be running a

25  separate instance of ONgDB?



157

A.  At that time we were -- only one of them
was actively used.  We started later on using
another instance of ONgDB which would allow users
that were connecting directly to the graph database
using R and Python.  And so in this case I think it
was just some redundancy.

Q.  But in order to have redundancy between
Prod1 and 2, each one would be running ONgDB?

A.  Each one.  Yes.  I'm sorry if I
misunderstood.  Yes.  Each one of them had an
instance of ONgDB.  Yes.

Q.  How would -- at this point, how did
Prod3/Dev/Test fit into that architecture?

A.  Since it's Prod/Dev/Test, this would be,
you know, being able to use it as some kind of just
testing on changes0, on what would -- you would be
sort of doing changes and other kinds of activities
that were not static that the end users would be
working with.

Q.  Okay.  And since there was a question about
using four servers, would then there be one server,
one DL380 for Prod1, one DL380 for Prod2, then the
other two would be used to support the
Prod3/Dev/Test?  Is that accurate?

A.  Yeah.  And it looks like in the last

158

1  Test, that would be running another instance of

2  ONgDB?

3       A.  Yes.  I would think yes.

4       Q.  And to your knowledge, was this, at least

5  in December of 2018 or shortly thereafter, was

6  this -- were these servers adopted in this

7  structure, Prod1, Prod2, and Prod3?

8       A.  I would think so.  Yeah.  If they were --

9  if Patrick and John Mark were working on it, I

10  would -- they would be working towards getting that

11  set up.  So I don't see any reason not to believe

12  around this time.

13       Q.  Okay.  And then do you know as of now what

14  the initial server requirements or specs were for

15  CKGE?  Let's just say beginning of 2019.

16       A.  Not offhand.  I mean, this would give me

17  my -- probably the best view here.  I don't have any

18  other ideas offhand of anything different than this.

19       Q.  So at minimum, then, the design for CKGE

20  would have been having the four DL380s, at least 32

21  cores, and 256 gigs each?

22       A.  Yeah.  I think that's fair.

23       Q.  All right.  Let me go ahead and drop in the

24  next exhibit.

25            (Exhibit 174 is introduced.)



161

BY MR. RATINOFF:

Q.  So this is another email exchange produced by the IRS.  You'll see the first page ending with 1738, and it's a email exchange between Mr. Suhy and Mr. Martin.  A short one.  You'll see at the bottom Patrick is asking John Mark within the CKGE is ONgDB installed on all the DB servers or AS servers or both.  Do you have an understanding what he means between DB servers versus AS servers?

A.  Not --

Q.  Maybe the next email of Mr. Suhy's response will help.

A.  Okay.  I see what you're going up -- okay. Applications servers.  Okay.  So the GDB servers versus the application servers.  The ES servers -- what is ES.

Q.  So it says ES --

A.  Oh.  Elasticsearch.  Okay.  Elasticsearch. Yes.  Sorry.

Q.  So from this email exchange, is it fair to say, then, that there were separate servers running ONgDB from what you referred to as the Elasticsearch and then the other applications in the stack?  Is that accurate?

A.  Yeah.  I think so.  Yes.

162

1          Q.  So there was dedicated -- multiple

2    dedicated graph database servers running ONgDB.  Is

3    that correct?

4          A.  Yes.  That's how I'm -- how I'm reading it.

5          Q.  Then you'll see that Mr. Suhy at the top of

6    that email on March 11th, 2019 at 10:35 a.m. says,

7    "I actually have a mapping document in the CKGE

8    docs.  I'll send you the direct link to that on

9    GitLab."

10         A.  Yes.  I see it.

11         Q.  Is there -- is there like a document

12   repository with CKGE documents that's kept by your

13   group?

14         A.  There is a GitLab project repository.  So

15   yes, there are that contain, you know, the code and

16   information, those kinds of things.  So that's

17   what's -- when it says GitLab, it's talking about

18   the GitLab project server that he was putting this

19   file and information on.

20         Q.  Okay.  So then there's an actual GitLab in

21   terms of GitLab repository that the CKGE environment

22   is kept on as far as you said source code and then

23   related documents to the --

24         A.  Yes.  Yes.

25         Q.  And by the reference here mapping document,

163

1    IRS employees.

2        Q.  And Puru I think you mentioned you had

3    spoken --

4        A.  Yeah.

5        Q.  -- to him earlier about bad things about

6    CKGE.  Was the server mapping one of the things you

7    talked to him about?

8        A.  No.  I did not talk to him about that.  I

9    talked to him about basically, you know, were the

10   graph database installed in a docking container or

11   are they on bare metal.  You know, we were talking

12   about sizing, that kind of stuff.  So I didn't talk

13   to him about a mapping document.

14       Q.  But as of this email March of 2019 that

15   we're looking at, how many -- how many graph

16   database servers -- let me actually start over.

17           So GDB stands for graph database?

18       A.  Yes.  Correct.

19       Q.  So at that time in March of 2019, how many

20   graph database servers were running ONgDB in CKGE?

21       A.  I would think at least three.  We may have

22   had -- I believe at that time there was another

23   project team that wanted to test out some ideas for

24   a project, and I believe they were using it.  So my

25   estimation would be four.

                                                      166

1    Q.  Okay.  So in 2019 there was four separate

2  servers running ONgDB?

3    A.  Not separate servers but instances of

4  ONgDB.

5    Q.  Okay.  And did that change in 2020?

6    A.  Yes.  Okay.  So around the summer of 2019,

7  there was another project that stood up dealing with

8  what I'll call a corp graph, corporate graph.  And

9  so they were starting with I believe it was 20 --

10  yeah, sometime around there would have been another

11  corporate graph.  They may have started a little bit

12  earlier than that, but somewhere around there the

13  corporate graph project stood up, and they were

14  their own project.

15    Q.  Okay.  So in the beginning of 2019 there

16  was four instances of ONgDB running within the CKGE

17  environment, and then you're saying there was a

18  fifth instance that was set up for the corporate

19  graph environment?

20    A.  Yeah.  It must have been sometime around

21  there, because the -- because the corporate graph

22  project started I believe in the fall of 2018.  And

23  eventually at some point in there, they would have

24  been, you know, starting to test out graph ideas and

25  using their own graph instance.

167

1    Q.  And then did that change -- I know you said

2    that was the middle of 20 -- I'm sorry, 2019, so

3    moving on to 2020, was the setup the same with the

4    four instances running ONgDB for the CKGE, and then

5    the fifth for a corporate graph, did that change in

6    2020, or was it still the same?

7    A.  There -- there should have been at least --

8    I believe at that time YK1 and excise graph were

9    switched over and using ONgDB at some point at that

10   time.  So that would have been what, two more.

11   Q.  And the YK1 would have been a separate

12   server?

13   A.  Yes.  That would have been its own

14   instance.  Yes.

15   Q.  And then what was -- what was the other

16   one, I'm sorry, you mentioned?

17   A.  Excise graph.  E-x-c-i-s-e.

18   Q.  What is excise graph?

19   A.  It's a separate graph that a particular

20   unit uses to look at excise tax relationships.

21   Q.  And is that running its own instance of

22   ONgDB?

23   A.  Yes.

24   Q.  So let me just make sure I got my math

25   correct.  This is as of 2020, there was four



168

 1    instances running on the CKGE environment.  There

 2    was a fifth instance for corporate graph.  And then

 3    there was a sixth would have been for YK1, and then

 4    a seventh for excise?

 5         A.  So four for -- and when I'm -- this may be

 6    help.  The first ones that we talked about, let's

 7    call those the main graph.

 8         Q.  Okay.  That's production 1, 2, and 3?

 9         A.  Yes.  And, you know, the development stuff.

10    So that includes main graph.  So then -- so then

11    there was another project.  Analytics project.

12    We'll call them -- just call it a fraud project.

13    And then the excise graph.  The YK1 at some point

14    was started during that time, was developing the YK1

15    graph.  And then at the same time the corporate

16    graph was being worked on.  Development.

17         Q.  Okay.  So we've got the main graph, the

18    excise graph, the YK1 graph, and then the corporate

19    graph.

20         A.  Yes.  And so the regular use or what we

21    could call production was excise, the main graph,

22    and at some point at that time YK1 would have been

23    in production, meaning regularly used.  The

24    corporate graph and the other ones were just test --

25    they were still just testing out stuff.

                                                      169

1    Q.  Okay.  As far as main graph goes, when you

2    say main graph, that's main graph in the CKGE

3    environment.

4    A.  Yeah, and the reason I was doing that is in

5    fact a corporate graph is part of CKGE as an

6    environment as if you drew a little line.  So I just

7    wanted to help trying to -- try using the same

8    terms, and I didn't want to confound stuff.  So

9    that's why it's just easier.  People call it the

10   main graph.

11   Q.  Okay.  How many instances of ONgDB was the

12   main graph running in 2019?

13   A.  I would say three.

14   Q.  Then was that the same in 2021?  I'm sorry,

15   2020, the main graph was running three instances of

16   ONgDB?

17   A.  Yeah, I don't think -- yes.  Because at

18   that time we were using one for the investigators,

19   one of the analyst graph, and then there would have

20   been like a backup or something.  So those would

21   have been sort of the production.

22   Q.  Okay.  And in addition to production, there

23   may have been some testing or development use --

24   A.  Yes.

25   Q.  -- on a separate server?

                                                        170

1        A.  Yes.  Yeah.

2        Q.  So potentially four -- four instances of

3   ONgDB in relation to main graph.  Three being

4   production, one being some sort of testing --

5        A.  At least one if not maybe two.

6        Q.  And then moving to 2020 -- that was for

7   2020.  So for 2021, did things change as far as the

8   number of instances for main graph, excise, YK1, and

9   corporate graph?

10        A.  Yeah, I don't -- I don't remember any

11   changes.  I was trying to think is there any -- I

12   believe, not in production.  I think there may have

13   been some other projects using ONgDB to do some

14   testing or ideas like that, but production was

15   staying in my mind around three.  And then there

16   was -- let's see, 2020, '21, so around that time we

17   started another graph project called COVID graph.

18        Q.  I'm sorry, that was 2021?

19        A.  Yeah.  It would have been after the Cares

20   Act.  So that would have been when COVID first hit.

21   So when was that.  Let's say the summer of 2020.  So

22   that would have been like 2020 starting and then

23   doing, you know, starting to test things out,

24   et cetera, going into '21.

25        Q.  And these are all running ONgDB.

                                                      171

A.  Yes.

Q.  Okay.  So then -- so for 2021, just to make sure I've got everything down, we've got main graph running three production instances of ONgDB plus one or two additional development/testing environments on ONgDB.  You've got one instance of ONgDB for the excise graph, one instance of ONgDB for YK1, and one instance for corporate graph, plus an additional instance of ONgDB for the COVID.

A.  Yes.  And then --

Q.  That's for 2021.  So then --

A.  Well, I'm trying to use what I understood now from what we have up, you know, existing that I was told and working back in time.  So around 2021 we had policy net, which uses ONgDB.  That was a development project that's sort of happening.  Just call it policy net.  And then, let's see, I'm trying to remember when some of these projects -- because I don't work with all these projects, so I'm trying to like, in my own mind, remember when things started.  As I said, I -- you know, I just don't work on all these projects.  I don't really know what they're doing.  At least in '21 there was another instance of what is called the individual graph that started to be a project.  And then -- now, these two I think

172

BY MR. RATINOFF:

Q.  Well, I think they're fair game, and we can
about that off the record.

A.  Look, this was just my notes as I was -- it
was being described to me over our telephone
conversation.

Q.  Okay.  Who were you talking to?

A.  Puru Komaravolu.

Q.  All right.  So then let's see here.  Okay.
So then I might have to go back and start from the
beginning just to make sure we've got everything
accurate.

     Is it easier for you to work backwards, or
would it be easier to start -- I just want to go
through it one more time just so we're clear.

A.  Yeah.  Let me start what -- when I asked
sort of how many instances we had now, and you can
see what you have.  So --

Q.  Start with 2022, and we're going to work
backwards?

A.  Sure.  Okay.  So --

Q.  Just to be clear for the record, this is
instances of ONgDB.

A.  Correct.

Q.  Okay.

174

1    A.  So main graph, there are two instances

2  right now of main graph.  There is one instance of

3  COVID.  Those are in production.  There are -- for

4  YK1, there are two instances in production, two

5  instances dev/test.  Tell me when you're ready.

6    Q.  Go ahead.  This is for 2022 instances of

7  ONgDB.  We've got main graph, COVID, and YK1 so far.

8    A.  And then one instance of excise graph.

9    Q.  That's in production?

10    A.  Yes.  And then the ones in -- considered

11  development are individual graph, CPEO, ghost

12  preparer, corporate, and policy net.

13    Q.  And then so for CPEO, ghost, corporate, and

14  policy, those are all in dev -- ONgDB dev

15  environment?

16    A.  Yes.  And similar with individual graph.

17    Q.  Got it.  As of 2022, are you aware of what

18  version ONgDB each one of these instances is?

19    A.  Yes.  The code is -- has Neo4j 3.5.2.6.

20    Q.  Okay.  So let's go through -- for all of

21  these instances we've just gone through it's 3.5.6?

22    A.  Yes.

23    Q.  Okay.  So for main graph two instances of

24  ONgDB 3.5.6?

25    A.  Correct.

175

1              (Reporter asks for clarification.)

2              MR. RATINOFF:  It's 3.5.6.

3              THE WITNESS:  It's 2.6.  Sorry.  It's

4     3.5.2.6.

5              (Discussion off the stenographic record.)

6              THE WITNESS:  Wait.  Here.  Let me type it

7     in.  3.5.2.6.

8     BY MR. RATINOFF:

9         Q.  So for each one of the instances of ONgDB

10    we've gone over for 2022, each one of these

11    instances as running ONgDB version 3.5.2.6?

12        A.  Yes.  But it's not ONgDB because everything

13    is compiled inside the IRS.  I believe John Mark

14    didn't want to call it ONgDB because it's not being

15    received by The Graph Foundation.  Or compiled by

16    The Graph Foundation.  So it's not being called

17    ONgDB.  It's just graph database.

18        Q.  Okay.  Is it possible that the version is

19    actually 3.5.26?

20        A.  It could be.  I could have mistaken it.  I

21    was writing it down over the phone.

22        Q.  Okay.  I have a document we'll get to.  I

23    think we can clarify that.  Okay.  So then going

24    back, that takes care of 2022.  So going to 2021,

25    let's go ahead and do that.

176

1      A.   Yes.

2      Q.   And that was also dev?

3      A.   Yes.

4      Q.   And then for all of these instances in 2021

5  that we just talked about, what version of ONgDB

6  were they running?

7      A.   I don't know.

8      Q.   It was something either that was -- it was

9  a 3.5 instance of ONgDB?

10     A.   I don't know.  I really -- I don't.  I only

11 know of as of right now because of just asking.  So

12 I don't -- I don't know -- I would -- I don't know.

13     Q.   Okay.  How would you be able to find out

14 what the historical version of ONgDB was?  Could

15 GitLab provide that information?

16     A.   I don't know if it would.  I mean, the best

17 person would be John Mark Suhy.

18     Q.   Because he was primarily responsible for

19 keeping ONgDB in the GitLab?

20     A.   Yeah.  He was the primary person with, you

21 know, working with the software, coming in that

22 represented sort of that bundle coming from

23 GraphGrid.

24     Q.   Okay.  Now, we talked about Athena and

25 Minerva as servers.  Were those legacy servers, not

179

1    which I think we talked about being a -- at least at

2    one point a dev -- becoming a dev server.  You'll

3    see this is going back to that same September 2019

4    time period we were talking about earlier.  I just

5    dropped in a new exhibit tab 462.

6              (Exhibit 178 is introduced.)

7              THE WITNESS:  I see it.  I'm on it.

8    BY MR. RATINOFF:

9         Q.  That will be marked as Exhibit 178.  Let me

10   know when you've had a chance to take a look at this

11   email.  I think you'll see the title of this is

12   "Athena CKGE-v2 resync" -- or, I'm sorry, "rsync."

13        A.  Right.

14        Q.  It's dated, the last email, September 17th,

15   2019.  This is produced by the IRS with the Bates

16   number ending in 2201.

17        A.  That's correct.

18        Q.  Do you believe this is a true and correct

19   copy of an email produced by the IRS?

20        A.  No issue.

21        Q.  And you'll see that you're at least copied

22   on this email exchange?

23        A.  Yep.  I do.  Yes.

24        Q.  And then you'll see there's a reference in

25   the very first email, which would be on

                                                    193

September 17th at 2:58 p.m. at the bottom, "Hey John
Mark, do you happen to have a newer version of ONgDB
available?  We are using 3.5.3 for everything, but
it looks like there was a bug fix in 3.5.6 that
could help address some issues we're having."

A.  Yes.  I see that.

Q.  Okay.  I'm just trying to make sure I've
got the version number correct.  So I think you said
you thought that the 2022 ONgDB was 3.5.2.6.  Do you
think because -- at least in September of 2019, is
it fair to say that there is a later version being
run in 2022?

A.  The way that I am interpreting this is my
understanding was ONgDB had its own numbering
scheme, and so they're referring to the ONgDB
version.  I don't know -- I don't know how that
relates to anything Neo4j so --

Q.  Understood.  I think we had some confusion
whether -- when you talked about what version of
ONgDB all the servers were running in 2022, you said
you thought it was 3.5.2.6 --

A.  Sorry.  I missed -- I didn't mean to imply
that.  It was the -- what I said with 3.5 and if
it's 2.6, that's the Neo4j version that's found
within the code.  It's not the ONgDB version.  It's

194

what -- does that make sense?

Q.  So you're saying that -- okay.  So you're saying that for in 2022 that the version of ONgDB that was being run on the servers showed up as being Neo4j source code version 3.5.2.6?  Is that fair?

A.  Yes.  Yes.  As long as -- my understanding is we're not supposed to use ONgDB term now.  We're using graph database.  But your main point there is what I understand when I talked with Puru, and he looked at the code base of the graph database, and it's referred to as Neo4j 3.5, and if it's 2.6, that's what it would be.  Does that make sense?

Q.  Yeah.  I think so.  And you said the different name.  So from the IRS's perspective, the program is the same, it's just the names have changed from ONgDB to GDB.  Is that correct?

A.  Yeah.  The way that I understand it from John Mark is that we have all the source code that makes up this graph database, and because it's compiled inside the IRS, because we wanted a copy of the source code from the distribution, his statement was you can't call it GraphStack GDB nor ONgDB because ONgDB is compiled by The Graph Foundation, released by them.  So I'm trying to use the names that -- as I understand how to call them.

195

1        Q.   Okay.

2        A.   Does that make sense?

3        Q.   Sure.  So then actually what software is

4   being run on the servers in 2022 is what would be

5   called internally GDB 3.5.2.6.

6        A.   Yeah, but I don't think we call them by

7   that versioning.  We just have the GDB version.  I

8   don't even know myself what GDB version we would

9   have.  I think John -- there was still discussion

10  what to call it because it's compiled internally.

11  But it's -- the Neo4j source code says Neo4j 3.5.2.6

12  is what I understand from Puru.

13       Q.   Did he say whether that was Neo4j

14  Enterprise source code?

15       A.   He couldn't tell.

16       Q.   As far as you know, it was a derivative of

17  what was previously called ONgDB?

18       A.   Or at least the process is the same.  I

19  don't -- I don't know how -- how it aligns back to,

20  because I understood in March or April of this year

21  when John Mark Suhy mentioned that what we have is

22  not ONgDB anymore because the ONgDB version is

23  version 1 that's available through The Graph

24  Foundation, and we were using some version, at that

25  time I thought he said GraphStack, but it's compiled

                                                        196

through I thought the GraphStack.  But now because
we have the source code that -- brought in and he's
compiling it, we're just calling it GDB.

Q.  Okay.  So then in other words, the IRS
didn't roll back ONgDB 1.0.  They kept using
whatever source code it had on hand at that time in
March or April that Mr. Suhy kept on updating.

A.  Yes.  We did not -- all I remember from
March and April was John Mark said that whatever,
you know, whatever happened with the legal issues,
that's when I found out that something happened, was
in March or April of this year.  And we weren't
using ONgDB.  He was bringing in a GraphStack, and
so we couldn't call it ONgDB.  That's what I
understood.

Q.  Okay.  So other than the name, though, were
you aware of any changes to --

A.  I wasn't -- yeah.  I wasn't -- oh.  Sorry.

Q.  I was going to say so there wasn't a
switch-over to official Neo4j Enterprise 3.5.2.6 at
that time.

A.  No.  No.  We didn't switch to Enterprise or
anything at that time.  I just understood that the
version that we were using in March or April was --
I called it GraphStack GDB or something, and then

197

1   later this past summer mentioned that with the code

2   being, as I said, brought in and compiled there, it

3   just needed to be another name.  That's how I was

4   interpreting it.

5       Q.  So where did that Neo4j source code that is

6   now maintained internally come from?

7       A.  John Mark Suhy.

8       Q.  And to your knowledge, what license is that

9   source code under?  Is it under the AGPL?

10      A.  As far as I know.  Yeah.  I haven't been

11  informed of any other requirements.

12      Q.  And it's not under the AGPL clause

13  comments?

14      A.  I'm not -- as far as I know, no.  I have

15  not been told that or brought up or anything.  No.

16      Q.  Okay.  I'm going to go ahead and mark the

17  next exhibit.  Sorry.  I'm trying to do this as

18  quickly as possible.

19          (Exhibit 179 is introduced.)

20          THE WITNESS:  Okay.  I have it up.

21  BY MR. RATINOFF:

22      Q.  This will be Exhibit 179, and this is an

23  email that was also produced by the IRS.  And you'll

24  see it is -- there's a scrambled from, but you see

25  it's to yourself and LuLu.  I can't remember if you

198

1        A.  Yes.  Yes.  That's correct.

2        Q.  Or what's now called GDB?

3        A.  Yes.

4        Q.  You'll be happy to know I'm going to skip

5    over a few exhibits.  Now, we talked a little bit

6    about YK1.  Was there an initiative -- or is there

7    an initiative to merge YK1 into CKGE?

8        A.  Yeah.  There have been for a couple of

9    years.  And the original integration is -- has been

10   sort of back-end stuff, accounts management or

11   logging.  Those have been thrown around as ideas.

12   At the current time even it's -- nothing's happened.

13   It's sort of operated as its own entity.  There's --

14   I don't think they've integrated anything.  But by

15   integration, as I said, that's starting off to be

16   sort of back-end stuff, accounts management,

17   bringing in the YK1 UI and seeing if it could be

18   part of the app.  That's where the home page is

19   where people go to when they first log in to the CKG

20   UI.  Those kinds of things.

21       Q.  As of now, as you said, I guess starting in

22   I think, according to my notes, starting in 2019 at

23   least, the YK1 was running ONgDB independently on

24   its own server and still is to this day.  Correct?

25       A.  Correct.  It's still is on its own sort of

                                                      204

environment.  And as far as I know, they're running

it on its own server or -- whatever they have it

installed on in YK1, those two prod and two dev

tests.

Q.  And has Mr. Suhy been involved in

supporting the ONgDB installations in the YK1

servers?

A.  Probably early on.  I would think yes.  The

way that it happened was there was a particular task

order to have some contractors help develop that YK1

database.  They were doing the work.  John Mark Suhy

may have consulted with them, helped them as part of

his eGov services.  But there was a -- there was a

separate group that stood up the first version, and

there's been separate people actually just updating

the data since then.

Q.  Okay.  As far as the YK1's version of

ONgDB, do they obtain that, the updates on the

software from the same source of CKG from the GitLab

that you mentioned?

A.  They would -- yeah, you would get it from

the same source here internally when it's brought

in.

Q.  So which would be brought in by Mr. Suhy,

then.

205

1    A.  Yes.  He's still the primary one.  Yes.

2    Q.  So he still has the primary responsibility

3  for maintaining the -- what was ONgDB and is now

4  GDB?

5    A.  Yes.  Or -- yes.

6    Q.  What contract is that under?

7    A.  It's still eGov.

8    Q.  The one we talked about earlier today?

9    A.  That's correct.  Yes.

10    Q.  Okay.  We've been going for I don't know

11  how long.  Want to take a quick five-minute break?

12  I think Shelley's saying yes.

13    A.  Okay.

14    Q.  I'm going to switch topics here, and I'm

15  actually getting closer to end here, which is good

16  news.  So I think it would be a good time to take a

17  break.  Also I noticed it's getting dark there on

18  the East Coast.  It's a little dark on the video.

19  So I don't know if you have another light you can

20  put on when we come back.

21    A.  Yeah.  Let me see what I can do.  I see

22  what you're saying.  Okay.  Yeah.  Let me see if I

23  can work on something.

24        MR. RATINOFF:  It's 2:37 now.  Let's come

25  back at 5:45.  Little longer than five minutes.

                                                    206

1    THE WITNESS:  Okay.

2    THE VIDEOGRAPHER:  We are now going off the

3    video record.  The time is 2:37 p.m.

4    (A recess was taken.)

5    THE VIDEOGRAPHER:  We are now back on the

6    video record.  The time is 2:56 p.m.

7    (Previously marked Exhibit 149 is

8    referenced.)

9    BY MR. RATINOFF:

10    Q.  I just want to keep moving along here.  I

11    know it's late on your end.  I'm going to drop the

12    next document in the chat.  This is previously

13    marked as Exhibit 149.  It's an email produced by

14    the IRS.  The last email being I believe dated on

15    September 28th, 2019.  The subject is "ONgDB

16    deepwalk and new graph analytics library,

17    et cetera."  You'll see there's a Bates number 1292.

18    So I'll represent to you this is produced by the

19    IRS.  And do you believe this is a true and correct

20    copy produced by the IRS other than the exhibit

21    sticker on there?

22    A.  Yep.  No issue.

23    Q.  Okay.  Then taking a look at the email that

24    you sent in the beginning here, you'll see that it's

25    sent a whole host of folks.  It says, "Hi, The team

207

1   has updated some stuff for ONgDB."  And then you'll

2   see that there is a third bullet point that says,

3   "ONgDB 3.5.9 is now the master."

4         A.  Yes.  I do.

5         Q.  And then there's that URL.  Obviously it's

6   inactive, but it's among the words in there.  It's

7   cdwgit.web.irs.gove/ongdb/distributions/tree/master.

8         A.  Correct.  Yes.  I see that.

9         Q.  Is that referring to whatever that at the

10  time was the most current version of ONgDB that the

11  IRS was using?

12        A.  Yes.  It would have been.

13        Q.  And that main root of that URL is pointing

14  to the internal GitLab that the IRS maintains?

15        A.  That's correct.

16        Q.  And is that where Mr. Suhy would maintain

17  the most recent version at the time of ONgDB on

18  behalf of CKGE?

19        A.  Yes.  I would -- yeah.  I would think so.

20        Q.  So when you're referring to the master, you

21  mean that's just the most recent version of ONgDB

22  that at that time everyone should be using in the

23  CKGE environment?

24        A.  Yes.  I would think so.  Yeah.  I don't

25  know why the term "master."  Maybe because that's

208

1    the, that's the -- on the end of the Git URL it has

2    master, so that's probably why I use master.  I

3    don't know why else I would have used it.

4        Q.  And up until the time that the name was

5    changed to GDB, Mr. Suhy maintained the source code

6    for ONgDB on behalf of the IRS?

7        A.  Yes.  What I don't know is if these were

8    the ONgDB downloaded binaries at the time and not

9    the full source code.  So either way, my view, that

10   would have contained the ONgDB file that people

11   would use.

12       Q.  So, for instance, if they wanted to run

13   their own instance on a laptop, that's where they

14   would go to find the latest version of --

15       A.  Yes.  Yes.

16       Q.  And it was important for them to be running

17   whatever version that the actual CKGE environment

18   was running independently on their laptops for

19   compatibility?

20       A.  Yeah.  I know that there were -- I believe

21   some people had for probably I guess development

22   purposes or what, if it was down to a laptop, I

23   don't know how many people actually had it on their

24   laptops.  But this would have also been, I would

25   think, where if you were replacing or updating one

209

1    of the servers, you would get that.  So it's

2    essentially putting to -- you know, pointing

3    everybody to where the master is or the most current

4    version.

5         Q.  Okay.  Then I'm going to go ahead and put

6    the next exhibit in here.

7              (Exhibit 181 is introduced.)

8              THE WITNESS:  Okay.  I see it.

9              MR. RATINOFF:  This will be tab 474.  I

10   believe we are at Exhibit 150 --

11             (Reporter clarifies number.)

12   BY MR. RATINOFF:

13        Q.  181.  So I've just dropped in will be

14   marked as Exhibit 181.  It's an email exchange that

15   was produced by the IRS with the email -- sorry --

16   the Bates number of 473 at the end there on the

17   first page.  Subject is "Graph for local install,"

18   sent on 11/12/2019 to Mr. Suhy.  The last email

19   there.  Do you see that?

20        A.  I do.

21        Q.  Any reason to believe that this is not a

22   true and correct copy of an email produced by the

23   IRS?

24        A.  Yep.  No issues.

25        Q.  Then looking at Mr. Suhy's email on the

                                                    210

1    bottom of the first page, Bates number 473, "Here is

2    how to run it on your local laptop.  Download the

3    latest ONgDB for Windows."  It looks like a similar

4    URL to the last exhibit we were looking at.

5    Correct?

6         A.  Correct.  Yes.

7         Q.  And then there's an actual direct link to

8    3.5.11?

9         A.  Correct.

10        Q.  And that would be whatever the latest

11   version that was made available by Mr. Suhy to RAAS

12   as of November 2019.  Is that accurate?

13        A.  Correct.

14        Q.  So to best of your knowledge, at least as

15   of towards the end of 2019, the latest version of

16   ONgDB that was running on the CKGE environment would

17   have been version 3.5.11?

18        A.  That makes sense to me.

19        Q.  No reason to believe otherwise?

20        A.  No reason to believe otherwise.  Yes.

21        Q.  And going from November of 2019 -- I think

22   we talked about this a little bit earlier.

23   Unfortunately, I don't have any documents that were

24   produced by the IRS after early 2020, so I don't

25   know if you in your conversations with your

                                                    211

1          So at least in 2020, the version would have

2    been at least what version was being used at the end

3    of 2020, which was 3.5.11?

4          A.  That makes sense.  Yes.  I agree with that.

5          Q.  Okay.  So -- but it's possible in 2020 that

6    ONgDB was operated from 3.5.11 to a more recent

7    subversion, but you just don't know as you sit here

8    today what that version --

9          A.  That's correct.  That's correct.  I don't.

10         Q.  And same thing for 2021, all the servers

11   that we were talking about, including CKGE, YK1,

12   et cetera, earlier, those would be running at least

13   a version 3.5.11, if not something later of ONgDB?

14         A.  Well, I believe sometime around -- did you

15   say '21?

16         Q.  Yes.  2021.

17         A.  Sorry.

18         Q.  So in 2021, all of the servers -- strike

19   that.

20         All of the instances of ONgDB that were

21   being run at the IRS, including CKGE, as of 2021

22   would have been at least using ONgDB version 3.5.11.

23         A.  Yes.  I believe so.  Yes.

24         Q.  Including CKGE?

25         A.  Correct.  Yes.

                                                      213

1    Q.  Okay.  And then for 2020 -- okay.  That was

2    2021.  I think you were going to 2022.  We talked

3    about this earlier.  So you said sometime between

4    March and -- well, strike that.

5          So sometime between 2020 and 2022, there

6    was an upgrade to -- sorry.  Let me start over

7    again.  I'm trying to figure out how to best

8    articulate this.

9          You previously testified that there was a

10   change in name of the version of graph database

11   software being used on the CKGE amongst other

12   instances of ONgDB.  Correct?

13   A.  Correct.

14   Q.  So as of -- and I believe you said it was

15   somewhere in March or April of 2022?

16   A.  Correct.  Yes.

17   Q.  Okay.  So up until that March/April 2022,

18   all of the servers running instances of ONgDB that

19   we were talking about were running what was called

20   ONgDB.  Actually, that's a bad question.  Strike

21   that.

22          So up until March/April of 2022, all of the

23   instances of ONgDB that you had identified in 2021

24   were still running ONgDB in 2022.  Correct?

25   A.  I believe so.  I don't know -- I don't know

214

when the ONgDB was switched over to something that
wasn't labeled ONgDB except for in March and April.
So does that make sense?

Q.  So you don't exactly when that switch in
nomenclature was made, but at least prior to let's
say March of 2022, CKGE, for instance, was running
some version of ONgDB?

A.  I was at least referring to it as ONgDB.
So that's when John Mark Suhy told us that, as I
said, it wasn't ONgDB.  So I was referring to it,
other people were referring to it as ONgDB up until
March and April until that -- John Mark Suhy
contacted us and said that.

Q.  Did he explain why the name had to be
different?

A.  Yeah, I believe -- well, I don't know quite
what I remember except for just the name change.  If
he said anything.  I do -- I -- I believe there was
a discussion about there was a settlement or
something the previous year based on the legal case,
which I didn't even know was over.  But that what we
had now was not the ONgDB version that The Graph
Foundation was releasing.  It was, as I said, I
think we called it GraphStack GDB.  And I forgot the
number or what version it was.

215

1    Q.  So as far as the -- when Mr. Suhy asked you

2    to stop calling it ONgDB, did he say there was going

3    to be any functional changes in the operation of the

4    software?

5    A.  Nope.  He did not.

6    Q.  It was just a name change as far as you

7    knew?

8    A.  As far as I -- yes.  Correct.

9    Q.  So it wasn't like he brought in an entirely

10   new set of binaries to install on the CKGE

11   instances?

12   A.  I don't know that.  Yeah.  I don't know

13   because we didn't get into sort of the binaries and

14   if they were different.  I was just -- I was

15   understanding that as things get upgraded or bug

16   fixes or whatever, different versions are made

17   available.  But I just don't know when -- you know,

18   I don't know that, myself, anything about the

19   underlying binaries.  I would defer to John Mark

20   Suhy on that.

21   Q.  Okay.  There's no one else at the IRS who

22   would be better to talk to than Mr. Suhy?

23   A.  I don't know -- I don't know about how

24   detailed the specifics would be.  There could be

25   some people who might know, but I can't -- I don't

216

```
 1                    REPORTER'S CERTIFICATE

 2          I, SHELLEY M. SAILOR, duly authorized to

 3   administer oaths pursuant to Section 2093(b) of the

 4   California Code of Civil Procedure, do hereby

 5   certify that the witness, MICHAEL C. DUNN, in the

 6   foregoing deposition was by me duly sworn to testify

 7   the truth in the within-entitled cause; that

 8   deposition was taken at the time and place therein

 9   named; that testimony was reported by me and

10   thereafter transcribed under my direction; that the

11   foregoing is a complete and accurate record of said

12   testimony; and that the witness was given an

13   opportunity to read and correct said deposition and

14   to subscribe the same.  Should the signature of the

15   witness not be affixed, the witness shall not have

16   availed himself of the opportunity to sign or the

17   signature has been waived.  I further certify that I

18   am not of counsel nor attorney for any of the

19   parties in the foregoing deposition and caption

20   named nor in any way interested in the outcome of

21   the cause named in said caption.

22          Reading and Signing was REQUESTED.

23   DATED:  November 27, 2022

24

25          _____
            SHELLEY M. SAILOR, CSR 10254

                                                  293
```