# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., et al.,

          Plaintiff,

vs.                    CASE NO.
                        5:18-cv-07182-EJD

PURETHINK LLC, et al.,

          Defendants.
_____/



VIDEOTAPED DEPOSITION OF
JIM WEYANT
as representative of CACI INTERNATIONAL, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)


**CONFIDENTIAL PORTIONS**



DATE:          September 16, 2022

TIME:          8:16 a.m. Pacific Time

LOCATION:     via videoconference


REPORTED BY:  BENJAMIN GERALD
              California CSR No. 14203
              Washington CSR No. 3468
              Texas CSR No. 11912

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEO4J, INC., et al.,

        Plaintiff,

vs.                                    CASE NO.
                                       5:18-cv-07182-EJD

PURETHINK LLC, et al.,

        Defendants.
_____/

VIDEOTAPED DEPOSITION OF
JIM WEYANT
as representative of CACI INTERNATIONAL, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)

**ATTORNEYS' EYES ONLY PORTIONS**

DATE:          September 16, 2022

TIME:          8:16 a.m. Pacific Time

LOCATION:      via videoconference

REPORTED BY:   BENJAMIN GERALD
               California CSR No. 14203
               Washington CSR No. 3468
               Texas CSR No. 11912

1

1    Q.  Okay.  Thank you.  I appreciate that.  It's a
2    Herculean effort, and again, I appreciate your time.
3    All right.  Let's go ahead and start with Next Century's
4    work.
5         We talked about you being a program manager at
6    Next Century; what type of programs did you manage?
7         A.  We -- I managed software development programs
8    for government customers.
9         Q.  And who were those government customers?
10        A.  National Security Agency.
11        Q.  (Unintelligible.)
12        Apologies.  Even the sign on my door didn't
13   stop someone.
14        MR. RATINOFF:  Can we have the question read
15   back and -- so we'll have a cleaner record?
16        (The following record was read:
17        Question:  And who were those government
18        customers?)
19        THE WITNESS:  National Security Agency.
20   BY MR. RATINOFF:
21        Q.  Okay.  Is it okay if we call National Security
22   Agency "the NSA" for short?
23        A.  Yes.
24        Q.  Okay.  We understand what that means.
25        Is the National Security Agency sometimes

19

1    referred to as "the Maryland Procurement Office"?

2         A.  Yes.

3         Q.  Okay.  And sometimes also referred to as "the

4    MPO"?

5         A.  Yes.

6         Q.  So if we use "MPO" or "NSA," we understand

7    we're talking about the same government agency, correct?

8         A.  Yes.

9         Q.  Okay.  I'll try to use one, but I may slip, and

10   I'm sure you'll probably do the same, but as long as we

11   understand what we're talking about, then that's --

12   that's okay.

13            And what type of work did Next Century -- well,

14   let me start with, when did Next Century start working

15   with the NSA?

16        A.  Approximately 2005.

17        Q.  And so that's prior to your time there?

18        A.  Correct.

19        Q.  Okay.  Was Next Century working with the NSA in

20   2018?

21        A.  Yes.

22        Q.  And what type of work was Next Century doing

23   for the NSA in 2018?

24        A.  We were doing analytical software -- custom

25   analytical software development for this -- for the NSA.

                                                        20

1          (The following was deemed attorneys' eyes

2          only.)

3          MR. RATINOFF:  Did we have a question pending,

4    or not?

5          (The following record was read:

6          Question:  So Blue Rocket was the code name for

7          that particular contract or project?

8          Answer:  Yes.)

9    BY MR. RATINOFF:

10         Q.  Okay.  So we were talking about Project Blue

11   Rocket; is that correct?

12         A.  Yes.

13         Q.  And what was Project Blue Rocket?

14         A.  Blue Rocket was the name of the contract; Task

15   Order 39 is the name of the project.

16         Q.  Okay.  So Password 39 was the specific project

17   that Next Century was contracted for?

18         A.  Correct.

19         Q.  And what was Password 39?

20         A.  Task -- Task Order 39.

21         Q.  Oh, "task order."  I apologize.  Okay.

22             What was Task Order 39?

23         A.  Task Order 39 was an analysis of alternatives

24   for new technologies that the NSA customer wanted to

25   consider for research and prototyping effort.

28

1      THE REPORTER:  Sorry.  "Prototyping..."

2      THE WITNESS:  Effort.

3  BY MR. RATINOFF:

4      Q.  And what technology would be considered for

5  Task 39 (sic)?

6      A.  So the task order had multiple threads of -- of

7  effort, five main lanes.  Specific to graph technologies

8  that we were talking about before the break, that was

9  one of the lanes of effort.

10     Q.  Okay.  And did Task Order 39 specify a

11  particular graph database technology?

12     A.  No.

13     Q.  And was it the assignment to Next Century to

14  determine what graph database software would work for

15  Task Order 39?

16     A.  Next Century was tasked to conduct an analysis

17  of alternatives of graph database technologies to see if

18  they were viable for implementation at the NSA.

19     Q.  And was this -- sorry.  Strike that.

20     What graph database technologies did Next

21  Century consider for Task Order 39?

22     A.  Several, including -- so there was -- Neo4j was

23  one, Oracle was a second one, DataStax and JanusGraph

24  were others that were the primary thrust.  There were

25  several others that I don't have the names of that --

29

1    that were also under initial consideration.

2        Q.  And when were these all under consideration

3    when -- under -- let me strike that.

4        A.  In August 2018, when we were working the task

5    order.

6        Q.  And what was the -- what was the total amount

7    of the contract at Task Order 39?

8        A.  The dollar amount?

9        Q.  Yes.

10       A.  I don't have that off the top of my head.

11       Q.  Was it -- was it a six-figure award?

12       A.  Yes.

13       Q.  Was it a seven-figure award?

14       A.  Not Task Order 39, no.

15       Q.  Was it, to your best recollection, a

16   mid-six-figure award?

17       A.  Approximately.

18       Q.  And what was the term of that Task Order 39 as

19   far as was it -- was it a year?  Six months?

20       A.  Yeah, so the period of performance, the

21   timeline was August of 2018 through February of 2019.

22       Q.  And what was the scope of the -- of the

23   contract for August of 2018 to February of 2019?

24       A.  Scope of the contract, or scope of the task

25   order?

                                                        30

1    Q.   Scope of the task order.

2    A.   The scope of the task order was to conduct an

3    analysis of alternatives of multiple technologies,

4    including graph database technologies, for consideration

5    by the NSA to implement into their analytical software.

6    Q.   And then what did Next Century do as an

7    evaluation to rate graph database software that you

8    identified?

9    A.   Our team conducted research and evaluation of

10   multiple graph database technologies.

11   Q.   And that included Neo4j?

12   A.   Yes.

13   Q.   Okay.  And how did that analysis start as far

14   as narrowing down the graph database software programs

15   you were considering?

16   A.   The analysis started with the teams reviewing

17   other implementations of graph database technologies at

18   the NSA and in other -- other applications to assess the

19   performance, the security, lessons learned, and costs of

20   the wide range of initial technologies under

21   consideration.

22   Q.   Had Next Century used Neo4j before?

23   A.   I am aware of one other project that had at

24   least considered Neo4j.

25   Q.   And this is prior to August of 2018?

31

1    research also being used for the Task Order 39 project?

2        A.  Those two projects were independent of each

3    other and did not support one another.

4        Q.  Okay.  Was Michael -- was Michael Smolyak, was

5    he working on both of those projects?

6        A.  Yes.

7            MR. RATINOFF:  All right.  I'm going to drop

8    the next exhibit here.  This would be, I believe,

9    Exhibit 43.

10           (Exhibit 43 was marked for identification.)

11   BY MR. RATINOFF:

12       Q.  This document as the Bates number at the

13   beginning, you'll see it as 5178.  This document, I'll

14   represent to you, is produced by CACI in response to the

15   subpoena.

16           Do you have any reason to believe this isn't a

17   true and correct copy of what was produced?

18       A.  I have no reason to believe it's not that.

19       Q.  I'm sorry.  You broke up there.  Could you just

20   repeat your answer?

21       A.  I have no reason to believe this is not a

22   correct document.

23       Q.  Okay.  Who's -- who's Diane Griffith?

24       A.  Diane Griffith is another engineer that was

25   employed by Next Century and then CACI after the

35

1    acquisition.

2        Q.  Okay.  And was she working on Task Order 39 as

3    of October 2018?

4        A.  Yes.

5        Q.  And then who's Seth Cooper?

6        A.  Seth Cooper was a technical writer employed by

7    Next Century.

8        Q.  Okay.  And was Seth Cooper also working on Task

9    Order 39 at this time?

10       A.  Yes.

11       Q.  And then who's Shahak -- is Nagiel?  Is that

12   correct?

13       A.  Nagiel, correct.

14       Q.  Nagiel.  Who's Shahak Nagiel?

15       A.  He's also an engineer who's employed by Next

16   Century.

17       Q.  And was he, at this time, working on Task

18   Order 39?

19       A.  Yes.

20       Q.  And I'll ask the same for Sean Graff; who's

21   that?

22       A.  Same answer:  Engineer employed by Next

23   Century.

24       Q.  Also working on the Task Order 39?

25       A.  Yes.

36

1    Q.  And then Rebecca Butterfield, was she also an

2    employee of Next Century?

3    A.  Yes.

4    Q.  Was she also working on Task Order 39?

5    A.  Yeah.

6    Q.  And did Task Order 39 provide a budget for

7    paying for a license for whatever graph database

8    software Next Century selected?

9    A.  No.

10   Q.  Was that something that Next Century was -- if

11   it had to pay for a license, would have to do at its own

12   cost?

13   A.  Yes.

14   Q.  So cost was a consideration as far as which

15   database software Next Century would -- would choose?

16   A.  Can I ask Gregg a question?

17   Q.  Well, unless it's something that's going to be

18   attorney-client privilege information, I think you need

19   to answer the question.  Unless you don't understand the

20   question.  I can re-ask it.

21   A.  Okay.  Yeah.  Repeat the question, please.

22        MR. RATINOFF:  Can you read the question back,

23   please?

24        (The following record was read:

25        Question:  So cost was a consideration as far

                                                    37

1    was a factor in the decision-making process, correct?

2         A.  Yes.

3         Q.  Okay.  So turning to what I believe was marked

4    as Exhibit 43, which is an October 1st email -- 2018

5    email from Diane Griffith.

6              She says, "I did not talk to Neo4j.  I used GSA

7    pricing I was able to find published already for intro

8    into (sic) their pricing.  Neo4j" -- (unintelligible.)

9              THE REPORTER:  I'm sorry.  You're slurring it a

10   little bit.  Can you please start over?

11             MR. RATINOFF:  Okay.  Sure.  No problem.

12   BY MR. RATINOFF:

13        Q.  Do you see at the beginning of the email where

14   it says, "I do not" -- I'm sorry -- "I did not talk to

15   Neo4j.  I used GSA pricing I was able to find published

16   already for their intro pricing (sic)."

17             Do you see that sentence?

18        A.  I do.

19        Q.  And so was Ms. Griffith -- was she researching

20   pricing in relation to Neo4j for Task Order 39?

21        A.  Yes.

22        Q.  And was that a task she was assigned to perform

23   by Next Century?

24        A.  Yes.

25        Q.  And was she instructed to go to iGov Solutions?

                                                              40

1  You can see it -- she says -- let me strike that

2  question.

3        Do you see where she says, "Where I found the

4  GSA pricing link was off of a blog entry by iGov

5  Solutions"?  Do you see that sentence?

6     A.  I do.

7     Q.  And was this something that Next Century

8  directed her to look at?

9     A.  No.

10    Q.  She found it, and it is part of her job in

11  evaluating Neo4j?

12    A.  Yes.

13    Q.  And was it helpful to have that GSA pricing for

14  Next Century's evaluation of Neo4j for --

15    A.  Yes.

16    Q.  -- Task Order 39?

17    A.  Yes.

18    Q.  And did she circulate the price list among the

19  folks working on Task Order 39 at Next Century?

20    A.  I don't know.

21    Q.  But the recipients on this email, just for the

22  record, were also working on Task Order 39?

23    A.  Yes.

24    Q.  And then I'm just going to have you click on

25  this first link where it says "blog.igovsol.com," and

41

1    then it's a string.

2           Do you see that?

3       A.  Right.

4       Q.  I'm going to go ahead and share -- actually,

5    what's the best way to share screen here?  Should I

6    have --

7           THE REPORTER:  May we go off the record for one

8    moment?

9           MR. RATINOFF:  Sure.

10          THE VIDEOGRAPHER:  All right.  We are not going

11   off the video record.  The time is 9:10 a.m.

12          (Off the record from 9:10 a.m. to 9:12 a.m.)

13          THE VIDEOGRAPHER:  We are now back on the video

14   record.  The time is 9:12 a.m.

15   BY MR. RATINOFF:

16      Q.  Okay.  You should be able to see, I believe,

17   a -- the -- do you see an email we're looking at?  It

18   should be Tab 302.  We've marked that as Exhibit 43.

19          Do you see that?

20      A.  I do.

21      Q.  Okay.  So I'm just going to go ahead and click

22   on -- and you can do the same so you can confirm for

23   yourself.  I'm going to go ahead and click on this first

24   link there that's "https://blog.igovsol.com," et cetera.

25          Go ahead and click on that.  I'm going to share

                                                              42

1    that screen now.  Let me know if you end up at the same

2    thing.

3         A.  Yup.

4         Q.  Do you see it says "Neo4j Enterprise commercial

5    Prices" at the top of the website?  Do you see that?

6         A.  I see that.

7         Q.  Okay.  And you scroll down, and you'll see,

8    towards the middle of the scroll, you'll see "Neo4j

9    Enterprise Bundle."

10             Do you see that?

11        A.  I see it.

12        Q.  Okay.  If you keep scrolling, you'll see that

13   there's "Neo4j Enterprise Base Bundle:  189,188."

14        A.  I do.

15        Q.  Okay.  And you'll see at the bottom there's

16   pricing based on core packs.

17        A.  I see it.

18        Q.  And also business model pricing.

19             So it's -- it's fair to say this website

20   provided Next Century with some basic pricing

21   information on Neo4j Enterprise software bundles; is

22   that correct?

23        A.  If Diane read it, yes.

24        Q.  Okay.  Just going back -- just going back to

25   the email we were looking at, Exhibit 43, she says, "I

                                                           43

1    was able to find published already" -- I'm sorry.

2         "I used GSA pricing I was able to find

3    published already for intros to their pricing.  Neo4j

4    prices by instances and cores, but has bundles."

5         Is it fair to say that Next Century did look at

6    this pricing -- the pricing of Neo4j Enterprise,

7    correct?

8         A.  I would say that's fair.

9         Q.  All right.  And did the NSA provide any

10   guidance on -- on pricing for the graph database

11   software or the -- strike that.

12        Were you provided any instructions from the NSA

13   on pricing considerations for the graph database

14   software that was being considered?

15        A.  The NSA asked us to provide an analysis of

16   alternatives that considered cost as one of the many

17   factors, and we were tasked to provide -- not provide --

18   to consider cost as one of the factors.

19        Q.  Okay.  And then -- and then performance was

20   another important factor?

21        A.  Yes.

22        Q.  And security was also another important factor?

23        A.  Yes.

24        MR. RATINOFF:  Okay.  I'm going to take the

25   next document here and mark this as Exhibit 43 -- I'm

44

1   sorry -- Exhibit 44.

2          (Exhibit 44 was marked for identification.)

3   BY MR. RATINOFF:

4      Q.  And let me know when you've got the it's Bates

5   number -- the starting Bates number would be CACI0000 --

6   I think I got all of them -- 4994.

7      A.  I have it up.

8      Q.  Okay.  And I think we've already discussed

9   Diane Griffith and Shahak.

10         Peter Loats and Jim Mantheiy, were they also

11  Next Century employees at that time?

12     A.  Yes.

13     Q.  So in October 2018, what -- what had Next

14  Century done at that point in evaluating various graph

15  database software programs it was considering for the

16  NSA?

17     A.  At that point, we had done initial research on

18  a wide range of graph database technologies and had a

19  requirement to deliver to the customer an initial --

20  initial evaluation, which they then reviewed.

21     Q.  Okay.  So at that point -- and when I say "at

22  that point," as of the middle October of 2018, had Next

23  Century provided any feedback to the NSA on whether it

24  had narrowed down its -- its decision on which graph

25  database program it would go with?

45

A.  So let's -- let's -- let's be clear.  Let me

first -- we had not -- at that point, we would have just

provided the initial evaluation of the wide range of --

of databases, the initial list.

Q.  Okay.  So then when were talking about important

features.  I'll just go ahead and point you to what's

been marked as Exhibit 44, an email; subject, "Neo4j

licensing."

Do you have that in front of you?

A.  I do.

Q.  It says at the top of this email, "Up front,

some reasons why we may need the Neo4j distro that has

the (sic) license giving access to the Neo4j Enterprise

features," and in parentheses, "so Neo4j commercial

license or the enterprise free bundle from

iGov/GraphStack," close parens, comma, "can be found

here, but the (sic) reasons that apply include" -- and

then there's a list of features there.

Do you see that?

A.  Yes, I do.

Q.  Okay.  And when we were talking about important

features listed here, first casual -- sorry -- causal

clustering; was that an important feature that Next

Century was looking for in the software it was

considering?

46

1        A.  Yes.

2        Q.  Okay.  Do you know what HA availability is?

3        A.  I understand the concept, yes.

4        Q.  Okay.  Let me ask -- let me ask a quick side

5   question.

6            Did -- at that time, did Next Century

7   understand that Neo4j offered multiple programs -- or

8   sorry.  Strike that.

9            Did -- at that time, in October 2018, did Next

10  Century understand that Neo4j offered a Community

11  Edition?

12       A.  I would say yes.

13       Q.  Okay.  And then it also understood that Neo4j

14  also offered an Enterprise Edition?

15       A.  Yes.

16       Q.  And did Next Century understand, in October of

17  2018, that the Enterprise Edition offered by Neo4j

18  required a paid commercial license?

19       A.  I would say yes.

20       Q.  And -- and then there was -- was it Next

21  Century's understanding that there were certain features

22  that were included in the Enterprise Edition of Neo4j

23  that weren't offered in the Community Edition?

24       A.  Yes.

25       Q.  And did Next Century believe those -- those

47

1    enterprise-only features were needed for the NSA project

2    it was working on?

3        A.  In October 2018, we would not have known that.

4        Q.  From the NSA's perspective, you mean?

5        A.  No, I mean from the evaluation of alternatives,

6    at that point in the evaluation, we would not have known

7    what the agency needed in terms of capabilities.

8        Q.  Okay.  But from Next Century's perspective, was

9    casual (sic) clustering important?

10       A.  Yes.

11       Q.  And then was intracluster encryption to secure

12   traffic between nodes and data centers, was that also an

13   important feature that Next Century wanted in its

14   software that it was going to go chose?

15       A.  Next Century wasn't choosing any software; we

16   were evaluating softwares (sic) for government to

17   decide.

18       Q.  Apologies.  Another plane flying by.

19            Okay.  But was intracluster encryption, was

20   that a feature that Next Century viewed as being

21   important?

22       A.  Yes.

23       Q.  And then what is "unlock number of cores

24   allowed"?  What does that mean?

25       A.  That means an additional capability to expand

48

1    on the ability of the software to scale.

2        Q.  And then was it Next Century's understanding

3    that these bullet points within the email --

4    (unintelligible.)

5            THE REPORTER:  I'm so sorry, Counsel.  You

6    broke up.  Can you please repeat?  Apologies.

7            MR. RATINOFF:  Excuse me.  Sure.

8    BY MR. RATINOFF:

9        Q.  Just looking at this list of six bullet points,

10   was it Next Century's understanding that these six

11   bullet points were referencing enterprise-only features

12   in the Neo4j software?

13           MR. BEENE:  I'm going to object to the

14   identification of those as enterprise-only.

15           What enterprise are we talking about?

16           MR. RATINOFF:  Counsel, you can object to form.

17   There's no speaking objections.  Thank you.

18   BY MR. RATINOFF:

19       Q.  Do you understand what Neo4j Enterprise is?

20       A.  Yes.

21       Q.  Okay.  And what's your understanding of Neo4j

22   Enterprise as -- as offered by Neo4j, Inc. or Sweden?

23       A.  The original software with additional features

24   in the Community Edition.

25       Q.  And it's your understanding that those features

                                                          49

1    are only in Enterprise, and can only be obtained by a

2    paid commercial subscription from Neo4j?  Strike that

3    question.  I don't know.  I think I've already kind of

4    covered that, so let's go back to the email.

5           Do you see there's a reference in that first

6    paragraph to -- to "the enterprise free bundle from

7    iGov/GraphStack"?  Do you see that?

8        A.  I do.

9        Q.  And what's that referring to?

10       A.  Reading the email, it looks like it's referring

11   to a bundled solution available from iGov.

12       Q.  And what was -- as of October 2018, what was

13   Next Century's understanding of what iGov was offering

14   as an enterprise free bundle?

15       A.  An alternative to the Neo4j Enterprise

16   solution.

17       Q.  And how was it an alternative?

18       A.  Similar features, less cost.

19       Q.  And when you say "less cost," there was no cost

20   for a license to iGov's offering of Neo4j Enterprise,

21   correct?

22       A.  Not to my knowledge.

23       Q.  So looking down at the quoted -- after these

24   bullet points it says, quote, "Right now the only

25   difference between the paid Neo4j Enterprise

                                                           50

1   (commercial) binary and Neo4j Enterprise (open source)

2   binary (we complied from source) is that intracluster

3   encryption is still offered" -- I'm sorry -- "is still

4   off by default in the AGPLv3 version."

5           Do you see that?

6       A.  I do.

7       Q.  Okay.  So was it Next Century's understanding

8   from iGov that it was offering essentially an equivalent

9   version of Neo4j Enterprise under the AGPL?

10      A.  Yes.

11      Q.  And that the features offered in iGov's Neo4j

12  Enterprise was the same as the Neo4j Enterprise software

13  that was offered by Neo4j at the enterprise level?

14      A.  Yes.

15      Q.  Okay.  And did -- at this point, had Next

16  Century reached out to -- when I say "at this point," as

17  of October 2018, did Next Century reach out to iGov or

18  Mr. Suhy regarding their alternate offering of Neo4j

19  Enterprise?

20      A.  I don't know the answer to that question.

21      Q.  Okay.  Let me see if I can help you refresh

22  your recollection.

23          MR. RATINOFF:  I've dropped in what has been --

24  it starts with the Bates number CACI00004966.

25          (Exhibit 45 was marked for identification.)

51

 1                    (The confidential testimony resumed.)

 2                    THE VIDEOGRAPHER:  We are now back on the video

 3         record.  The time is 9:39 a.m.

 4                    Please proceed, Counsel.

 5                    MR. RATINOFF:  Thank you.

 6         BY MR. RATINOFF:

 7              Q.  Okay.  So before we broke, I put up an email

 8         that was dated October 22, 2018, it was from a

 9         Mr. John Mark Suhy to Shahak -- sorry --

10              A.  Nagiel.

11              Q.  Nagiel.  Thank you -- and Diane Griffith.

12                    Do you have that in front of you?

13              A.  I do.

14              Q.  Okay.  And do you understand this email was

15         produced by CACI in response to the subpoena?

16              A.  Yes.

17              Q.  And do you know who John Mark Suhy is?

18              A.  I do.

19              Q.  Okay.  Who is he?  At least to the company's

20         knowledge at the time, in 2018.

21              A.  He was a leader in the iGov Foundation.

22              Q.  Okay.  What was your understanding of what iGov

23         is or was?

24              A.  My limited understanding is a foundation

25         dedicated to open-source technologies.

                                                              54

1    Q.  Okay.  And was there a specific -- well, let
2    me -- let me back up for a second.
3         Do you understand what Graph Foundation is?
4    A.  I do.
5    Q.  Okay.  And what is your understanding of
6    graph -- the Graph Foundation?
7    A.  Again, a foundation designed to advance
8    open-source graph technology.
9    Q.  And did you understand that Mr. Suhy was
10   involved in both iGov and the Graph Foundation?
11   A.  Yes.
12   Q.  Okay.  And why did Next Century reach out to
13   Mr. Suhy?  And let me point you to -- if you look at the
14   bottom of this email -- strike that question.
15        If you go to the last page of this email,
16   CACI -- it ends with 4967.
17   A.  I see it.
18   Q.  And you'll see it says, "Hi John, I'm trying to
19   better understand the licensing nuances of Neo4j
20   Enterprise Edition, and came across some posts you made
21   on StackOverflow."
22        Do you see that?
23   A.  Yes.
24   Q.  Why did Next Century reach out to Mr. Suhy in
25   regards to the licensing nuances of Neo4j Enterprise

55

1   Edition?

2       A.  Within part of our research effort, as part of

3   the task order requirements on Task Order 39.

4       Q.  And why -- why did Next Century in particular

5   reach out to Mr. Suhy?

6       A.  Because of the posts that were on the site.

7       Q.  Okay.  And what was it about these posts that

8   Next Century was interested in finding more about from

9   Mr. Suhy?

10      A.  Our government customer was interested in

11  open-source technologies.

12      Q.  And because open source is generally -- it

13  doesn't require to pay license?

14      A.  Correct.

15      Q.  And was it your understanding that Mr. Suhy was

16  involved with a particular graph database program called

17  ONgDB?

18      A.  Yes.

19      Q.  Okay.  And what was your -- or Next Century's

20  understanding of what ONgDB was in October of 2018?

21      A.  An open-source version of Neo4j capability.

22      Q.  Okay.  And we did talk -- (unintelligible.)

23          THE REPORTER:  Sorry.  Broke up a bit, Counsel.

24  Please repeat.

25          MR. RATINOFF:  Hold on.  A plane's flying over.

56

1    BY MR. RATINOFF:

2        Q.   Just so we -- earlier, I think before break,

3    talked about Neo4j offering different levels of its

4    software.

5             So which -- which -- sorry.  Strike that.

6             MR. RATINOFF:  What was the original question?

7    I'm sorry.  Before I cut that one off.

8             (The following record was read:

9             Question:  Okay.  And what was your -- or Next

10            Century's understanding of what ONgDB was in

11            October of 2018?

12            Answer:  An open-source version of Neo4j

13            capability.

14            Question:  Okay.  And we did talk --)

15            THE REPORTER:  And that's where it broke up.

16            MR. RATINOFF:  Okay.  Got it.

17   BY MR. RATINOFF:

18       Q.   So you mentioned Neo4j.  We spoke about there's

19   different versions of Neo4j.

20            Which -- which version of Neo4j did you

21   understand ONgDB to be equal to?

22       A.   At the time, it would contain features both

23   from the Community Edition and at least some of the

24   Enterprise Edition.

25       Q.   And when we refer to "the Enterprise Edition,"

57

1    you mean Neo4j Enterprise Edition?

2         A.  Correct.

3         Q.  And as far as -- I think as you mentioned, you

4    mean the paid-for, enterprise-only level of features

5    with respect to Neo4j Enterprise?

6         A.  To my knowledge.

7         Q.  And was it Next Century's understanding in

8    October of 2018 that a paid license wasn't required

9    for -- I'm sorry -- for ONgDB?

10        A.  Correct.

11        Q.  And turning back to the email we were just

12   talking about, I'm going to scroll back up to the top

13   email, which would be the response to the one we just

14   spoke about where Mr. Suhy says, "We actually package

15   these feature's source code back into the open source

16   distributions, turning features such as causal

17   clustering encryption back on."

18             Do you see that?

19        A.  Yes.

20        Q.  Okay.  Was causal clustering encryption, to

21   Next Century's understanding, an enterprise-level

22   feature?

23        A.  Yes.

24        Q.  And that was a feature that was important to

25   its evaluation of graph database software for the Task

                                                        58

Order 39?

    A.  Yes.

    Q.  It says, in the email, "Not to mention the US Treasury has now adopted ONgDB enterprise, which is the same code base."

        Was it Next Century's understanding that, from -- at least from Mr. Suhy, that ONgDB and Neo4j Enterprise were -- shared the same code base?

    A.  Yes.

    Q.  And what license did Next Century understand that ONgDB was distributed under?

    A.  The -- (unintelligible.)

        THE REPORTER:  I'm sorry.  One more time?

        THE WITNESS:  GPLv3 license.

BY MR. RATINOFF:

    Q.  AGPL Version 3; is that correct?

    A.  Yes.

        MR. RATINOFF:  Okay.  I'm going to mark the next exhibit as 46, I believe.  Oops.  I just dropped a highlighted one.  Let me try that again.  I have too many windows open, even with two screens.

        (Exhibit 46 was marked for identification.)

        MR. RATINOFF:  All right.  So the most recent one that I dropped should be the one marked as the exhibit.

59

BY MR. RATINOFF:

Q.  Okay.  And you see -- I'm going to go ahead and just point to -- this is the last four digits, the Bates numbers, 4931, it was produced by CACI in response to the subpoena.

Do you have any reason to believe this wasn't a true and correct copy of the email that was produced?

A.  No reason to believe otherwise.

Q.  Now, if you scroll down to the bottom of this email, which would be the start of the email thread, 4933 being the page, and you'll see this is referencing the prior email we were talking about, I believe.

And scrolling up to the October 22, 2018, 10:10 p.m. email, do you see that?

A.  I do.

Q.  Okay.  At this point, do you know what version of Neo4j Next Century was considering?

A.  No.

Q.  And didn't -- was Next Century looking at ONgDB version 3.4 at this time?

A.  I would say yes, looking at the email.

Q.  So the equivalent version of Neo4j Next Century would be looking at would have been Neo4j 3.4, correct?

A.  I don't know the answer to that question.

Q.  As -- as of October 2018, was Next Century

60

1  considering both Neo4j Enterprise and ONgDB as a

2  potential graph database program to be using for Task

3  Order 39?

4      A.  Neo4j (sic) was evaluating Neo4j, ONgDB, and

5  other graph database technologies as part of our Task

6  Order 39.

7      Q.  And both Neo4j Enterprise and ONgDB were being

8  considered as of October 2018?

9      A.  They were both being evaluated as of

10  October 2018.

11      Q.  Okay.  And then moving up to this email that's

12  dated Friday October 26, 2018, in Exhibit 46, I believe,

13  it says, "Hi John.  Can you comment on the iGov-packaged

14  enterprise distribution specifically with respect to

15  multi-data centers," and then there's a block quote

16  below that says, "Have you verified this works without

17  a" -- "the commercial license?"

18          Do you see that?

19      A.  Yes.

20      Q.  Was multi-data centers a feature that was

21  important in the evaluation of -- of Neo4j and ONgDB?

22      A.  It was.

23      Q.  And was it your -- Next Century's understanding

24  that multi-data centers was an enterprise-only feature

25  in Neo4j?

61

1    A.  Yes.

2    Q.  And was it your understanding that ONgDB also

3  offered multi-data centers as a feature?

4    A.  Yes.

5    Q.  And was this based in part on the next email

6  where Mr. Suhy confirmed, "Yes, the open source

7  enterprise distribution we package has this feature.

8  (ONgDB does as well)"?

9    A.  Yes.

10   Q.  And that was consistent with Next Century's

11  understanding at the time?

12   A.  Yes.

13        MR. RATINOFF:  Okay.  I'm going to mark the

14  next exhibit as, I believe, 47.

15        (Exhibit 47 was marked for identification.)

16        MR. RATINOFF:  I'm assuming by Ben's silence I

17  am correct.

18        THE REPORTER:  You are correct, Counsel.

19        MR. RATINOFF:  All right.  So this email starts

20  with the Bates number CACI 3832.

21  BY MR. RATINOFF:

22   Q.  Do you have that in front of you?

23   A.  Yes.

24   Q.  Okay.  And it starts with the Bates -- sorry.

25        And so this email that was produced in response

62

1   to the subpoena issued to CACI.

2        Do you have any reason to believe this isn't a

3   correct copy of that email that was produced?

4     A.  No reason to believe otherwise.

5     Q.  Okay.  Now, if you -- I'll point you to page

6   marked 3834, which should be the third page in this

7   document.

8        I just want to confirm that this is the email

9   that we were just previously talking about, and this is

10   a continuation of that thread; is that a fair

11   representation?

12     A.  Yes.

13     Q.  And then we'll scroll up now back to what would

14   be the first page of this email, or the last couple

15   emails in the thread at 3832.  You'll see Mr. Nagiel

16   says, "Hi John, happy new year.  Any idea when the 3.5.0

17   release of the ONgDB is expected?"

18        Do you see that?

19     A.  I do.

20     Q.  And was Next Century inquiring into ONgDB

21   3.5 -- I'm sorry.  Strike that.

22        Why was Next Century inquiring into the release

23   of ONgDB -- ONgDB 3.5.0?

24     A.  As a continuation of the requirement assigned

25   to us under Task Order 39 for the evaluation of graph

63

1    databases.

2        Q.  So as of January 2019, had Next Century been

3    using ONgDB to the exclusion of Neo4j Enterprise?

4        A.  I don't know that it was to the exclusion of

5    Neo4j.

6        Q.  But at that time, Next Century hadn't obtained

7    an commercial license for a copy of -- or an

8    installation of Neo4j Enterprise, correct?

9        A.  Correct.

10       Q.  Okay.  And was Next Century inquiring about

11   ONgDB 3.5 because Neo4j had also recently released

12   Neo4j 3.5?

13       A.  I don't know the answer to that question.

14       Q.  Was it important for Next Century's evaluation

15   to be using the same versions of Neo4j Enterprise and

16   ONgDB?

17       A.  Yes.

18       Q.  That was for parity reasons?

19       A.  Yes.

20       Q.  And when I say "parity," I mean

21   enterprise-level features.

22       A.  Yes.

23       Q.  So it was important that ONgDB continue to --

24   to have parity in enterprise features with Neo4j

25   Enterprise for the evaluation process?

64

1    A.  Yes.

2    Q.  And did Next Century, in early 2019, obtain a

3 version of ONgDB that was 3.5.1 as referenced in this

4 top email?

5    A.  I can't tell that from the email.

6    Q.  Did Next Century upgrade its -- whatever

7 version of ONgDB it was using in January of 2019 to

8 ONgDB 3.5, and it could have been any sub-version of

9 that?

10    A.  Yeah, I can't tell that from that email, but we

11 would strive for parity.

12    Q.  You have no reason to believe that, if ONgDB

13 3.5.1 was released, that Next Century would move to that

14 version if it was equal to the current version of Neo4j

15 Enterprise?

16    A.  Yes, we would have -- we would have leveraged

17 the most current version available.

18        MR. RATINOFF:  And let me go ahead and mark the

19 next email, which I'm going to drop here.

20        (Exhibit 48 was marked for identification.)

21 BY MR. RATINOFF:

22    Q.  Just let me know when you're able to open it.

23    A.  I see it.

24    Q.  Okay.  Now, this has been marked with a Bates

25 number of -- last four digits are 3635, and I'll

                                                          65

JIM WEYANT, 30(b)(6) - AEO                    September 16, 2022

1                          CERTIFICATE

2          I, BENJAMIN GERALD, Certified Shorthand Reporter,

3    Certificate No. 14203, for the State of California do

4    hereby certify:

5          That prior to being examined, the witness named in

6    the foregoing deposition was by me duly sworn to testify

7    to the truth, the whole truth, and nothing but the truth

8    in the within-entitled cause;

9          That said deposition was taken shorthand at the

10   time and place herein named;

11         That the deposition is a true record of the

12   witness's testimony as reported to the best of my

13   ability by me, and was thereafter transcribed to

14   typewriting by computer under my direction;

15         That request [X] was [ ] was not made to read and

16   correct said deposition.

17         I further certify that I am not interested in

18   the outcome of said action, nor am I connected with, nor

19   related to any of the parties in said action, nor to

20   their respective counsel.

21         Witness my hand this 29th day of September, 2022.

22

23

24

25
                     BENJAMIN GERALD

                     CSR No. 14203

                                                          139

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

JIM WEYANT, 30(b)(6) - Confidential                    September 16, 2022

CERTIFICATE

1

2      I, BENJAMIN GERALD, Certified Shorthand Reporter,

3  Certificate No. 14203, for the State of California do

4  hereby certify:

5      That prior to being examined, the witness named in

6  the foregoing deposition was by me duly sworn to testify

7  to the truth, the whole truth, and nothing but the truth

8  in the within-entitled cause;

9      That said deposition was taken shorthand at the

10  time and place herein named;

11      That the deposition is a true record of the

12  witness's testimony as reported to the best of my

13  ability by me, and was thereafter transcribed to

14  typewriting by computer under my direction;

15      That request [X] was [ ] was not made to read and

16  correct said deposition.

17      I further certify that I am not interested in

18  the outcome of said action, nor am I connected with, nor

19  related to any of the parties in said action, nor to

20  their respective counsel.

21      Witness my hand this 29th day of September, 2022.

22

23

24  _____

BENJAMIN GERALD

25  CSR No. 14203

139