# EXHIBIT 6

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Erik Nolten (erik.nolten@neotechnology.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Update - things to talk about next week |
| **Attachments:** | |
| **Sent:** | 02/13/2015 11:28:07 AM -0800 (PST) |

Hi Erik,

I try to call you on skype and I realize the time difference meant it is night for you. Sorry about that.

I just wanted to let you know that I have the document almost ready regarding the security board we spoke about. I realized I was supposed to send it to you earlier but I got pulled out to Maryland and didn't want to send it until I reviewed it.  I am just about done now and will send it out before we talk.

I've gotten feedback from current leads we are working with regarding Neo4J. I also spoke with David regarding security certification needs and realized a few ways to speed up the procurement process even further which we can discuss.

Here are the things I wanted to propose to discuss next week.  We will want an hour set aside if that is ok with you.

1) Reviewing the proposed security board plans I am sending out.

2) I want to submit to speak at RSA 2016 in San Francisco on the topic of graph databases and their role in cyber security. I am a past RSA speaker and had good rating by my attendees so I get special consideration when applying to speak.   I want to propose a highly technical panel for this one and want to talk to you about who you would want on Neo4J on it.   Talk to your marketing team. This can be a 'presented by Neo Technologies'  speaking engagement.

3) I want to make sure that any US government clients are directed over to us for the actual purchase / invoicing.  We don't have to be part of the sale if your sales team doesn't want, but we should be the ones sending the invoice.   If your team does all the sales work , we have no problem just passing through the percentage you have set aside for partner support.

The reason for this is that if government agencies have the ability to purchase licenses from you and us both, even though the price is exactly the same, they may have to competitively bid it out which adds months to the purchase cycle and may give time to change their minds.

If is communicated that PureThink is the only avenue for getting Neo4J government licenses then it gives the government client an important procurement path to buy without timely competition.

4) An important issue came up this week regarding security certification. The current licenses are project-based I want to talk to you about  offering a government license that can be agency-wide. The cost of C&A can be drastically reduced for agencies that may want to use neo4j for multiple projects.

5) We have a security team that handles everything security related and we realized that it will be beneficial to add C&A services as an option of the government license so that the contracting officer does not have to worry about bidding out those services which could cause delays to a project as a whole.

6) Since your sales teams are actively going after government it may be important to have a call to explain procurement options they can present to the contract officers.  IE - sole source, leveraging one of our statuses, or leveraging our GSA contract.

Sorry for the long email.

Do you want to talk Monday anytime?  Also I am free today if you are still around.

Have a great weekend,

John Mark

John Mark Suhy
PureThink
703-862-7780
jmsuhy@purethink.com
http://purethink.com

PT00003444.002