# EXHIBIT 7

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Erik Nolten erik.nolten@neotechnology.com
**CC:**
**BCC:**
**Subject:** I sent you a link to a google doc I shared
**Sent:** 04/09/2015 08:26:32 AM -0700 (PST)
**Attachments:** Neo4JGovernmentResellerExclusivityAgreement.pdf;

You should be able to access it - just login using your neo4j email - you guys use google apps - as does purethink - so no need to create logins, etc.

Just incase you don't have time to login and view / comment - I've also included a copy in this email as a PDF.

We can basically have 2 documents - one that we give to agencies on your letterhead (I would just scan and send to them initially), and 1 between us that says you can cancel at any time for any reason.

I tried to make it as clear as possible to show that you can cancel the agreement tomorrow - for any reason.

Take a look at it - and let me know what you think.   I am sending it to Tim Brown who is our Govt procurement expert to see if the version we send to them is suitable.


John Mark Suhy
PureThink
jmsuhy@purethink.com
mobile: 703-862-7780
office: 703-348-3968 x 101
http://purethink.com

## Overview:

Government Agencies must follow FAR (Federal Acquisition Regulations) when awarding or purchasing software or services.  The requirements are stringent and in most cases the agencies must competitively bid out requests which is time consuming.  However - under certain conditions, a bid/purchase may be "Sole Sourced" where they do not have to competitively bid the request.  To be able to "Sole Source" - you must have one of the justifications defined in FAR 6.30X.   Being able to "Sole Source" - can save months of time, and takes a huge load off of the Contracting Officer.   Since Neo Technologies gets the same amount no-matter who the re-seller is, it makes sense to choose a reseller who is the go-between person so that the FAR regulations can be met.  Furthermore - if a competitor of Neo4J has the ability to sole source because they already possess the requirements for FAR (Such as an agreement like this one) - it is possible that the choice of technology could be affected because of the ability to get a sole source of another competing product could save them months of work.

## Purpose of this Agreement:

The purpose of this agreement is to ensure that US Federal, DOD and State governments can quickly procure Neo4J Enterprise licenses via Sole-Source using the justification defined by **Federal Acquisition Regulation 6.302-1** which states:  **"Only one responsible source and no other supplies or services will <u>satisfy agency requirements.</u>"**

Reference: http://www.acquisition.gov/far/html/Subpart%206_3.html

## How this Agreement would be Used

Whenever a government agency wants to procure Neo4J Enterprise - they would be told that they can sole source using the justification: **Federal Acquisition Regulation 6.302-1**
We would provide them with this agreement as proof that support the use of this regulation.

## Agreements

1) **Agreement We provide to Government Agencies: (On official Letterhead)**

PureThink LLC a Virginia Company, is the exclusive reseller of Neo4J Enterprise for US Government Federal, DOD, State, and Intelligence Agencies. This agreement can be provided to Government Agencies if requested to support any FAR regulations.

**2) Our Agreement (Internal)**

PureThink LLC a Virginia Company, is the exclusive reseller of Neo4J Enterprise for US Government Federal, DOD, State, and Intelligence Agencies. This agreement can be provided to Government Agencies if requested to support any FAR regulations.

Neo Technologies has the right to cancel this exclusivity agreement at any time and for any reason. If the agreement is to be terminated - Neo Technologies must give PureThink sufficient notice so that they can notify any current agencies, or proposals of the change, and allow any current procurements to complete.

## Notes:

1) If another vendor wants to sell to the government - we can simply pass everything through to them and they can handle support. So this agreement will not limit what a reseller can make - if they want to resell and handle the support, then we can just pass through to them.

2) We are going to be maintaining FISMA C&A documents that can be re-used for all government agencies to get their Authority to Operate. This project is still in it's infancy - but as it grows we will be providing a huge amount of template documentation that can be re-used for security audits.