# EXHIBIT 8

| | |
|---|---|
| **From:** | Erik Nolten (erik.nolten@neotechnology.com) |
| **To:** | John Mark Suhy jmsuhy@purethink.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Any comments on that agreement? |
| **Sent:** | 04/10/2015 12:42:26 AM -0700 (PST) |
| **Attachments:** | |

Thanks John Mark, I have forwarded this to our legal department. I will discuss internally as well..

Erik


On Fri, Apr 10, 2015 at 12:53 AM, John Mark Suhy <jmsuhy@purethink.com> wrote:
> Any comments on that agreement language I sent over?
>
> I would say to see if the wording is acceptable with your team, if so - it would be nice to get something to them ASAP incase they decide not to take the alternative procurement path I recommended as a backup.
>
> I updated the wording to clean it and make it as simple as possible and I added that you can cancel agreement via a simple email.
>
> If it looks good - I would just PDF the signed public version (on letterhead or at least using logos) - and just provide it along with a template sole source justification template to make the contract officer's job as quick and easy as possible.
>
> Show this to your colleagues (or use the link to comment:
> https://docs.google.com/document/d/18TFq0E_tT68rgU9WCpCrccTNC0naC2EPG5mCXD3vLzc/edit#)
>
> Let me know if it is something you think could go through and when you think we could do it so I can communicate it to FBI.

# Copy and Pasted Wording For the 2 Agreements (Public / Private)

## 1. Agreement We provide to Government Agencies: (On official Letterhead)
## Official Logos

PureThink LLC a Delaware Company, is the exclusive reseller of Neo4J Products and Services to US Government Federal, Department of Defense (DOD), State, and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed:

| Neo Technologies | PureThink LLC<br>John Mark Suhy<br>CTO PureThink LLC<br>jmsuhy@purethink.com<br>703-862-7780 |
|---|---|

PT00003380.001

## 2) Our Agreement (Internal)

PureThink LLC a Delaware Company, is the exclusive reseller of Neo4J Products and Services to US Government Federal, Department of Defense (DOD), State, and Intelligence Agencies.

Neo Technologies has the right to cancel this exclusivity agreement at any time and for any reason. This agreement supersedes any other agreements.

Signed:

| Neo Technologies | PureThink LLC<br>John Mark Suhy<br>CTO PureThink LLC<br>jmsuhy@purethink.com<br>703-862-7780 |
|---|---|

John Mark Suhy
PureThink
jmsuhy@purethink.com
mobile: 703-862-7780
office: 703-348-3968 x 101
http://purethink.com