# EXHIBIT 10

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Utpal Bhatt utpal.bhatt@neotechnology.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Found your mail provider |
| **Sent:** | 04/15/2015 10:29:40 AM -0700 (PST) |
| **Attachments:** | |

I hope you had a great vacation. What part of Florida did you visit?

Can we have a quick call at 2 pm your time today. (5 pm EST)?
I will walk you through the white paper folder so you know where to look, and I also think I have something for the blog.
==While you were gone - our teams have been working together to create something called the "Government Edition" so that we can more easily 'sole source' it to government agencies.== I will give you details when we talk.

I am free anytime after 2 pm your time.

Talk to you later,

John Mark


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Thu, Mar 26, 2015 at 5:27 PM, Utpal Bhatt <utpal.bhatt@neotechnology.com> wrote:
> Hi John Mark,
>
> Hope you are well. Just circling back to see if how we can work on joint marketing programs. You had mentioned an AML whitepaper that you wanted us to take a look as well.
>
> We also have a very vibrant Neo4j blog and that would be a good opportunity for you to blog on AML and discuss how Neo4j and Purethink are helping enterprises address this need.
>
> Best,
> Utpal
>
>
>
> On Fri, Feb 20, 2015 at 1:27 PM, Utpal Bhatt <utpal.bhatt@neotechnology.com> wrote:
>> John Mark,
>>
>> It was a great conversation earlier today and I am looking forward to collaborating with you.
>>
>> Best,
>> Utpal
>>
>> On Fri, Feb 20, 2015 at 1:17 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:
>>> No need to look up who you use for mail - I just did an mx record check and see you use google apps like us.  So that makes it easier to figure out how to put together a collaboration system.
>>>
>>> Have a good weekend,
>>>
>>> John Mark
>>>
>>> John Mark Suhy

> PureThink
> jmsuhy@purethink.com
> mobile: 703-862-7780
> office: 703-348-3968 x 101
> http://purethink.com

--
Utpal Bhatt
Vice President, Marketing | Neo Technology
650-346-7868 | utpal.bhatt@neotechnology.com | @bhatt_utpal

--
Utpal Bhatt
Vice President, Marketing | Neo Technology
650-346-7868 | utpal.bhatt@neotechnology.com | @bhatt_utpal