# EXHIBIT 11

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | David Fauth (david.fauth@neotechnology.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Gov Edition Update |
| **Attachments:** | |
| **Sent:** | 07/14/2015 08:37:01 AM -0700 (PST) |

I am going to send you a breakdown of why we created the Government Edition - since it may not be apparent without an explanation.

I will send you the high level overview so it all makes sense.

In a nutshell - it was put together specifically for US government procurements to help with sole source, GSA pricing negotiations (As no commercial sales and more features for pricing justification), and so that price publications to public that are common in govt contracting don't alienate other commercial clients or other country government clients.

Right now for example - with GSA prices public for Enterprise edition it may upset other countries and clients who would also want 18% discount.  The gov edition addresses all these editions.

will send details today.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com