# EXHIBIT 12

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Charles Fischer (charles.fischer@neotechnology.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Government Edition - How it was Formed. Read before you speak to your IAI contact |
| **Attachments:** | neo4j-purethink-sole-agreement.pdf; |
| **Sent:** | 07/28/2015 07:13:20 PM -0700 (PST) |

I tried to make this "short" as I know my brain dumps usually don't get read through most of the time. Her is my "short" overview of how the government edition came to be and how it is your company's product. I did not proof read - so sorry ahead of time for grammar issues.

I realized on our call this evening that you had assumed that we just created an edition ourselves by putting a name on it and selling it as our product. You had asked why IAI couldn't do the same thing as we did. I realize I probably should have gone over this before - I just assumed that you had this information previously.

The Government Edition was all just a virtual "concept" we put together based on our "business model". It came about initially for the FBI proposal, as they were moving in the direction of competitively bidding out a procurement because they got quotes from some companies who were not partners.

It was virtual up until Neo Technology - Your legal department to review everything, and someone with the authority to "sign it into existence". (Lars)

Among other supporting documents, we provide a copy of the "Government Edition Exclusivity Agreement" between Neo Technology and PureThink to the contract officer as part of the sole source justification. It's the key sole source justification document.

So you should consider the Government Edition as a product owned by Neo Technology and PureThink is the only company who can sell it to the US Government right now. For example: If you wanted to sell through another reseller in the future, you would re-assign this agreement over to the new reseller for them to continue off where we left.

Without this agreement, outside of national security reasons, the sole source path would not be available. Sandia Labs for example would have had to competitively bid it - possibly taking many months to a year longer to close the deal.

With the Enterprise Edition, we don't think there is a valid sole source justification since you don't have any 'exclusivity' agreements around US Government for it and many other partners can technically resell it to the government just by getting a SAM account. If someone attempted to sneak an attempt at a sole source for the enterprise edition, it would probably be protested as soon as it hit FBO by any number of partners who would want a shot at it. The exclusivity agreement we provide is extremely strong - and the wording is simple to ensure the CO is comfortable and it will hold up down the line regarding any protests, etc.

Attached is the key document we provide to the contract officer for sole source justification for the Government Edition.

I hope this brings some light on the subject. We have to ensure that the partner program is supported the same as it is for the Enterprise Edition by taking on the added risk by allowing full passthroughs. So in the situation where a partner wants to sell to a government client - they simply can facilitate the sale through the procurement paths we setup - everything else would be the same to them revenue and responsibility wise. I would think that MOST partners would be happy that you have a procurement path setup for them to ensure a quick "deal".

If a partner wanted to sell the enterprise edition directly - it would make no sense for Neo as the procurement process would take a long time as it would be competed.

Hopefully I have not caused more confusion and cleared it up. To Summarize : The Government Edition is Neo Technology's product, not ours and you have full control over it. You can reassign exclusivity to IAI, Carahsoft, etc at any

time for instance.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

PT00003056.002



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed: _Lars Nordwall_     Signed: _[signature]_

| Neo Technology, Inc. | PureThink LLC |
| --- | --- |
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |

Neo Technology, Inc.   111 East Fifth Avenue   San Mateo, CA   1-855-636-4532

PT00003057.001