# EXHIBIT 13

**From:**      Erik Nolten(erik.nolten@neotechnology.com)
**To:**        Charles Fischer
**CC:**
**BCC:**
**Subject:**   Re: Hello Erik - good headway w IAI and PT. Question about Government Edition...
**Sent:**      07/31/2015 02:14:46 AM -0700 (PST)
**Attachments:** Government Edition1.pdf; Government Edition2.pdf;

Charley, here are the two documents we created for the Government Edition. The fist document shows we cancel this any time we want.

Erik

Regards, Erik Nolten
Director alliance & channel | Neo Technology
erik.nolten@neotechnology.com
Cell: +31 652 721 808
Skype: erik.nolten


On Fri, Jul 31, 2015 at 12:01 AM, Charles Fischer <charles.fischer@neotechnology.com> wrote:
Erik can you talk tomorrow AM  - questions for you about the Gov Edition we apparently approved for PureThink?  I dont recall the details.

Let me know when is good.

--
**Charles Fischer**
**VP of Sales, NA  |  Neo Technology**
415-250-0458  |  charles@neotechnology.com
skype:  charlesfischer3

DocuSign Envelope ID: F6D9F64F-CA88-486B-A516-585FE7206262



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

Neo Technology has the right to cancel this exclusivity  agreement at any time and for any reason.

Signed:   _LARS NORDWALL_          Signed:   _____
DocuSigned by:
5E9692354E8643E...

| Neo Technology, Inc. | PureThink LLC |
|---|---|
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |

Neo Technology, Inc.    111 East Fifth Avenue    San Mateo, CA  1-855-636-4532

CONFIDENTIAL

N4J_002106



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed:  *LARS NORDWALL*        Signed:  _____
          5E9692354E8643E...

| | |
|---|---|
| Neo Technology, Inc.<br>Lars Nordwall<br>COO<br>Neo Technology, Inc.<br>lars.nordwall@neotechnology.com<br>1-855-636-4532 | PureThink LLC<br>John Mark Suhy<br>CTO PureThink LLC<br>jmsuhy@purethink.com<br>703-862-7780 |

CONFIDENTIAL                                                                                         N4J_002107