# EXHIBIT 14

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Scott Colip (scolip@ksmconsulting.com) |
| **CC:** | Matthew Richards (matthew.richards@neotechnology.com) |
| **BCC:** | |
| **Subject:** | Re: Request for Evaluation and General Pricing and Procurement Options for Neo4j Enterprise for Government |
| **Attachments:** | |
| **Sent:** | 09/09/2015 08:56:34 AM -0700 (PST) |

That sounds good.  I copied Matthew Richards as well from Neo Technology to fill him in.  He is our counterpart from Neo Technology.

If you need any guidance, demos, etc - feel free to reach out to either of us at any time.

On another note - if you need any procurement guidance, please let me know.

We have all the necessary contractual paperwork for sole source justification.   We have had several sole source procurements already.  I know that government procurement can provide quite a few obstacles, which is why Neo Technology created the Government Edition.  As it's not well marketed - a lot of contract officers are not aware of it.

If you are still trying to do brand name justification - feel free to let us know if there is anything we can help with in terms of documentation, guidance, etc.

We are here if you need anything until they get back to me regarding the trial timelines they want.

Thanks,

John Mark



John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Fri, Sep 4, 2015 at 10:23 AM, Scott Colip <scolip@ksmconsulting.com> wrote:

> John Mark,
>
> Thanks for the continued follow-up.  I'm working with the client to establish who will do the download and install of the trial (as only they have the admin right necessary to do so within the target environment.  I'm hopeful that someone from the Indiana Office of Technology (IOT) will be reaching out to you soon.  Stay tuned…
>
>
>
> Kind regards,
> Scott
>
>
>
> **Scott Colip**
>
> KSM Consulting



| | |
|---|---|
| **Tel** | 317.452.1798 |
| **Main** | 317.452.1700 |
| **Cell** | 317.646.6427 |
| **E-mail** | scolip@ksmconsulting.com |

800 East 96th Street, Suite 100

Indianapolis, IN 46240

www.ksmconsulting.com


From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: Monday, August 31, 2015 4:18 PM

**To:** Scott Colip <scolip@ksmconsulting.com>
**Subject:** Re: Request for Evaluation and General Pricing and Procurement Options for Neo4j Enterprise for Government


Did you want me to send you the Government / Enterprise Edition evaluation download?  I just need to know how long you want it for as you mentioned you wanted it longer than 30 days.


Also - I'd be happy to get David Fauth on the call from Neo Technology.  He is their head technology guy / trainer and may be able to give some guidance on your road map.


Let me know what else I can help with.  You can reach me anytime at 703-862-7780.  I'll try to give you a call again shortly.


Thanks,


John Mark




John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

> http://purethink.com

On Mon, Aug 31, 2015 at 2:41 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:

> Attached are the prices for the standard (Enterprise Edition equivalent) and the discovery bundle.
>
> Neo4j Government Edition is an official Neo Technology product specifically created for US Government procurement. It is priced the same as the Enterprise Edition, but has a Government friendly EULA, and adds FISMA and DevOps support.  We are the only reseller of the Government Edition which allows for sole source procurement justification for Federal agencies.
>
> Please note - that if you got a different quote for the Enterprise Edition - then we would have to match it as the Government Edition is the only version that will be acceptable for procurement.
>
> I can give you a call and explain in more detail after my meeting I have now.
>
> Thanks
>
> John Mark
>
> John Mark Suhy
>
> PureThink
>
> jmsuhy@purethink.com
>
> 703-862-7780
>
> http://purethink.com
>
> On Mon, Aug 31, 2015 at 12:52 PM, Scott Colip <scolip@ksmconsulting.com> wrote:
>
>> John Mark,
>>
>> Thank you for the quick response.  I'm sorry I was unavailable late Friday (had to head out of town).  Receipt of pricing today would be great.  We're trying to generate a roadmap in order to be prepared if the client will go with Neo4j at all, and specifically if they would then require the Gov edition.

As for evaluation period, we're exploring the potential of the community version with redacted data. I'll get back with you as soon as I know if that path will work or if we will instead need to go with the Gov edition trial.

Thanks,

Scott

**Scott Colip**

KSM Consulting



| | |
|---|---|
| **Tel** | 317.452.1798 |
| **Main** | 317.452.1700 |
| | |
| **Cell** | 317.646.6427 |
| **E-mail** | scolip@ksmconsulting.com |

800 East 96th Street, Suite 100

Indianapolis, IN 46240

www.ksmconsulting.com


From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: Friday, August 28, 2015 3:06 PM
To: Scott Colip <scolip@ksmconsulting.com>
Subject: Re: Request for Evaluation and General Pricing and Procurement Options for Neo4j Enterprise for Government


Hello Scott,


Sorry I missed your call, I will be back in the office Monday, I've been on vacation and just got back today. I will get you the pricing information by Monday if that is ok for you.   As for procurement options, we are the only authorized provider of Neo4j Government Edition - which allows for different procurement paths such as sole source.     Are you looking for a specific vehicle such as GSA Schedule 70, etc?


As for the evaluation period, we can be flexible, could you tell me what type of evaluation period you would like.  You can have it the system up and running within minutes.

If you would like to download an evaluation version today, just let me know and I will set you up and send you a link by COB, otherwise I can send you something over the weekend.

You can reach me anytime today at 703-862-7780 if you need anything as well.

Have a good day,

John Mark

John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

http://purethink.com

On Fri, Aug 28, 2015 at 2:50 PM, Scott Colip <scolip@ksmconsulting.com> wrote:

> Alex at Neo Technologies referred me to your website.  I called 703-348-3968 x 101 and got the mailbox.
>
> I'm working a project with a State Government client and exploring the potential of using Neo4j Gov Edition.  Could you please provide general pricing and procurement options accordingly?  Do you offer a free evaluation period (and of what duration)?  How quickly can an evaluation download be made available, and then be up and running?
>
> Thanks in advance.
>
> **Scott Colip**
>
> KSM Consulting
>
> **KSM CONSULTING**
>
> | **Tel** | 317.452.1798 |
> |---|---|
> | **Main** | 317.452.1700 |
> | **Cell** | 317.646.6427 |

**E-mail** scolip@ksmconsulting.com

800 East 96th Street, Suite 100

Indianapolis, IN 46240

www.ksmconsulting.com