# EXHIBIT 15

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** John Broad john.broad@neotechnology.com
**CC:**
**BCC:**
**Subject:** Initial Documents
**Sent:** 10/26/2015 12:05:51 PM -0700 (PST)
**Attachments:** PureThink-Neo-Technology-Overview.pdf; GSAComplicationsAsofJuly12015.pdf;

Attached is the document I wrote up in the plane on the way back. (PureThink-Neo-Technology-Overview.pdf)

I wrote that just for you with the intent of identifying initiatives completed, and current issues that should be addressed.

I am glad you have government experience because you will understand the issues we need to address which are specific to the US Government.

Remember - these were all internal originally and were used to ensure our focus and messaging was understood internally - mainly between Sinisa, Tim, and myself. So please ignore the poor grammar. I wrote all of them and I'm not the best writer! Tim usually cleans up anything we send to clients, etc.

Initial Set of Documents:

1) PureThink-Neo-Technology-Overview.pdf (Attached to this email. Read this first.)

2) A rough draft of the execution plan - this is a cut down version of the original plan which was too aggressive for these early stages.
https://docs.google.com/a/purethink.com/document/d/1HbICEDkig-ZAbl9I3sXIWmV_1gkysHWm1cPA_x3RXg8/edit?usp=sharing

3) Attached PDF - rough draft of internal memo discussing the issues with IAI sneaking in Neo4j on their GSA list.

After you are ready for the next set - let me know. I will send you all of the documents we provide to the government clients to justify sole source procurement. This includes exclusivity agreement between Neo Technology and PureThink, etc.

I'll probably just add you to our Google Drive folders so you can browse everything in there if that works better for you.

We use google apps just as Neo Technology does - so we are able to share documents on google drive, etc between the companies easily. I shared the below links with your neotechnology email. So if you are not already logged in - you just login using your john.broad@neotechnology.com. You most likely will already be logged in if you use web / gmail for your neotechnology emails.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com


On Fri, Oct 23, 2015 at 2:04 PM, John Broad
wrote:
> It was great to meet you as well. Thank you for compiling all the documents

```
> It was great to meet you as well. Thank you for compiling all the documents
> & summarizing.
>
> I look forward to poring over and discussing further very soon.
>
> Thank you again for your support. Take care.
>
> John
>
> John A. Broad | Director, Channels & Alliances | Neo Technology
> mobile: +1.925.788.2347 | www.neo4j.com
>
> On Fri, Oct 23, 2015 at 10:52 AM, John Mark Suhy
> wrote:
>>
>> It was great meeting you in San Francisco.
>>
>> I put together all the docs and wrote up a summary for you that should
>> clarify everything on the plane.
>>
>> After this call - I have a call with DSS then I am going to send you
>> everything for you to look through.
>>
>> It's a few pages of information - but the summarization really is all
>> you really need to pay attention to.
>>
>> Talk to you later
>>
>>
>> John Mark Suhy
>> PureThink
>> jmsuhy@purethink.com
>> 703-862-7780
>> http://purethink.com
>
>
```

PT00002684.002

This document is aimed at addressing key concepts and points around Neo Technology and PureThink LLC. The intent of this document is to alleviate confusion by laying out some concepts in a 'to the point' matter from PureThink's perspective.

Please note that it touches on the same subject(s) from multiple viewpoints in different places. I hope this helps to communicate the 'message'.

**Important Concepts**

1) It's important to communicate our business model as it clarifies many of the initiatives we've setup and executed. I hope that understanding our end-goal will allow Neo Technology to understand that the initiatives we are taking on , are in your best interests, and that the success of Neo4j in the Government is the only way we can be successful. Our focus is to build up the infrastructure (past performance, etc) that will let us focus on professional services around Neo4j Development for the US Government. Our status / certifications and past performance are critical drivers in taking the lead as the competition will be tough. This is a high level plan – we have not focused on the details however as as it may take many years to realize. Adoption of Neo4j in the Government is critical however. The partner fees we receive from non-partner government sales help support these initiatives – they are not looked at as 'commissions'. For example – as government adoption grows and many more sales come in – we understand if the fees must be cut to help drive your growth – and since the fees only go towards 'funding' our execution of the initiatives. They are not part of our future business modeling outside of operating costs.

2) Neo4j Government Edition is a Neo Technology Product – originally conceptualized by PureThink as part of the Government Initiatives plan. PureThink does not own this product. For example – Neo Technology can request to revoke exclusivity and assign to another company. This approach addressed most major issues that were identified if the Enterprise edition was to be sold to the US Government. From GSA pricing, to sole source procurements, etc. See the plan document for more information.

   It's important to communicate the above information to the partners and Neo Technology sales people as currently we still hear it being described as a 'purethink' product.

3) PureThink assists in business development to drive adoption of Neo4j in the US Government and handling the actual procurement of Neo4j to the Government. HOWEVER – we do not do direct sales activities for specific reasons which I will touch on below. Your sales team should consider us as part of their team – to support them in getting the deal. In many cases it is not apparent that Neo Technology and PureThink are different as we try not to advertise that fact until procurement time – which usually is a different team. 2 Reasons for this are:

- To ensure the partner community feels fair and looks at our relationship as a benefit to help them, not as competition – we do not want to ever be in a situation where we may be competing for a sale with another vendor.  If a vendor brings in a sale – it goes to them.  If a sale originates directly to Neo Technology (which can be from our bizdev efforts for example) – then it will help support us.  We don't expect many vendor procurements in the US government just yet – but once we communicate what we've done to streamline the process – partners may start feeling that they can invest the time into government sales activities.  Infact – the setup we put in place may actually allow vendors to feel more comfortable investing in the government space.  (We can discuss this in detail at another time.)

4) Neo4j Government Edition should be the only edition to sell to the US Government.  This needs to be communicated to sales people and partners – as not doing this will simply cause competitive procurements leading to very long procurement times, and possible lost deals that miss budget deadlines, etc.   Most likely there may need to be a simple clause stating this in the partner terms as it's likely that agencies may want us to 'prove' that they can not buy the enterprise edition.  We think that modifying the partner terms may be the best legal way to address this and will work with your legal team.

5) Partners who sell to the government will get all the same benefits / fees as if they were selling the enterprise edition.  Our goal is to fully support the partner community and it's objectives – not impede it. The risk of doing this will be absorbed by both PureThink and Neo Technology –  however the risks are mainly around not being able to meet SLA's around support requests.

6) Government Agencies who purchase Neo4j should be looked at as Neo Technology clients. Your team should treat it as if they are your direct clients.  Even though they are technically our direct clients – the goal and 'essence' of what we setup is to be an 'arm' of Neo Technology and to keep to that 'essence' – it's important for Neo Technology to understand and embrace the fact that they can treat these clients as their own.  You don't need to ask permission to contact someone,  have meetings, even sell other stuff to the clients.  However – it's important to keep us in the loop so we can offer guidance and prevent your team members from making mistakes that would not cause trouble in the commercial world.

7) Consider us as part of your team.  Government End users of Neo4j many times do not even know that we are another company.  (The procurement officers do however).  The partner fees are letting us operate – so it's important to leverage us as team members.

**Important outstanding issues that need to be addressed:**

- (CRITICAL) Get IAI to remove their GSA listing of Neo4j Enterprise on their GSA Schedule 70.  They can keep the services just remove the subscriptions. This is one of the most critical issues that must be addressed.

    It is counterproductive to Neo Technology's government initiatives – infact it is going to damage or derail our initiatives as GSA is a reference source when deciding on competing out procurements.  It sends a mixed message to procurement offices which will ultimately end in competitive procurements, protests if awarded, etc.   There is a reason we never put it on our GSA 70 Schedule – which is a whole other discussion.  Right now would be the best time to ask them again to remove it because of 2 key reasons:  1) They had unrealistic expectations that they now realize after the end of the financial year.  And 2)  It is going to cost them money to update their schedule to reflect the new pricing changes.   You can communicate that your pricing is still in transition and there may be other changes.  (This costs more money on their side). Finally – I believe you do have the ability to 'force' them to remove it from their listing.  I think your legal department didn't think they did – but our resources said there is a way.   It should not come to that however with the tactful persuasion.

- Educate Sales People and Vendors who may deal with government as knowing this information and what to say to leads is very important.   I think we should just setup some basic webinars, and guidance via the wiki / intranet.

- Ensure the sales teams understand that we are not competing with their team.  We are part of their team and are here to support them to get the sale done while navigating the government rules.  Any leads that come in to us are passed directly to Neo Technology as you have the sales infrastructure.

- We need to have some formal way to letting everyone including the government know that they cannot purchase Neo4j Enterprise – only the Government Edition. We can brainstorm – but it may be as simple as adding it into the partner agreement.  Remember – the goal is not to corner the market for PureThink and government, as the next line item will explain.  We will want to write up a document explaining the pros of this approach to vendors if they still have issues as many may not understand that us government is a polar opposite of the commercial space..

- Ensure Partner Community Comfortable with this structure. As PureThink's position can be looked at negatively by other partners – It's important to ensure they are comfortable with the fact that this setup benefits them, and does not introduce unfair competition. For example we may want to create an agreement that states that PureThink will not compete or offer any direct sales to government agencies.  We only handle procurements and only get our partner (operating) fees when the deal comes in to Neo directly – not originating ('registered') by a

    partner.  Furthermore – we can have agreements ensure partners that we will not leverage our position as prime in any way to 'compete' and that they will be transparent on all activities with the client.  Possibly even taking the same approach as we do with how we see clients as Neo Technology clients.  The key is that we need to do whatever is necessary to ensure partners feel fair and the 'essence' of the partner ecosystem is maintained.

- Setup a process for partners to 'register a deal' for Government Sales.  Since the deal will be sole sourced – this may actually encourage partners to invest into neo4j government sales – which they may not have done otherwise when the sale could not be guaranteed because of competition obligations of the government.

- Prepare for the first partner government sale – we have addressed several infrastructure tasks – such as ensuring we know if a support ticket is about to miss an SLA, etc.

- We have office space Neo Technology can use whenever they need for sales, etc. If Neo Technology does setup an office in the DC area – it may be good to give access and set aside at least 2 cubes so we can come interact and support your team when needed.

# GSA Complications Caused By IAI Schedule 70 Listing

Information Analysis Incorporated added Neo4j to their GSA schedule with 17% discounts. We want to talk to discuss how we can move forward because of the issues this introduces.

Unfortunately – the only realistic resolution to addressing this issue before it effects procurements is to have IAI remove the listing from their schedule.

It's simply too early to list Neo4j on GSA for many reasons. Some of which are below:

- The enterprise edition should never have been listed. GSA considerations were major drivers in the whole Government Edition idea.  Neo4j Government Edition addresses the issues that caused IAI to have to drastically cut their prices.

- Neo4j pricing has not been hammered down – and will take some time to find 'the groove'.  Changes in pricing and/or terms is expensive for GSA contract holders and there are limits on the amount of changes that can be made in a certain time.


- GSA Schedule 70 will be important in the future – but right now sole source provides the best value in procurement path.

- GSA Schedule 70 simplified procurement rules are limited to 149k$ before more time consuming procedures must be followed.

- The government is not 'educated' yet on Neo4j.  Unlike products like Microsoft office – people aren't just going to go buy from GSA.  GSA will be important in the future – not now.


- Alianating non us government clients: GSA contract pricing is publically available – your other commercial clients and foreign governments will see your discounts, etc and may expect the same treatment.  The government edition however is only sold to the us government and will follow the prices of the enterprise edition.  We did this specifically to address alienation of other non us government clients, while ensuring discounts would not have to be given.

- Neo Technology took on liability when it allowed IAI to list the enterprise edition which has commercial sales.  There was a large lawsuit that shows how costly this can be for the product 'owner'.  (Remind me to send you the news article)

- There are different models for listing on a GSA schedule – those models need to be studied to identify the approach that benefits Neo Technology and the ecosystem while maintaining procurement paths such as sole source.

## Quick FAQs:

**Information Analysis Incorporated added Neo4j Subscriptions to their GSA schedule this week.**

IAI added Neo4j Enterprise Subscriptions to their GSA schedule at heavily discounted rates. (Almost 17% discount.) This information is now public record. Meaning that all commercial entities will be able to see prices, but more importantly contract officers will see a) There is competition, and b) They know the starting prices. It will take some additional marketing efforts and cost to explain differences in editions.

Here is the link to their public record - it will probably start being indexed by search engines soon making searches for "Neo4j price list" show this.
https://www.gsaadvantage.gov/ref_text/GS35F0062J/GS35F0062J_online.htm

I just wanted to make sure you are aware that your commercial customers will have access to price lists now at high discounts.

https://www.gsaadvantage.gov/ref_text/GS35F0062J/GS35F0062J_online.htm
See pages 13-16 (I believe)

They used Enterprise Edition which has commercial sales which are used against them. They should have never negotiated an 18% discount. Infact - we believe that having zero discount or a higher price is justified. Furthermore, It seems that they may have used the 25% partner fee as a "commission" where it should have been referenced differently as the fee can be justified to show that it is paying for a vendor to support a client. It is not a commission and should not be communicated as one.