# EXHIBIT 16

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | David Fauth (david.fauth@neotechnology.com) |
| **CC:** | Tim Brown (tbrown@purethink.com) |
| **BCC:** | |
| **Subject:** | Neo4j Government Edition Info |
| **Attachments:** | Neo4jGovernmentEditionFISMAFactSheet.pdf; Neo4j Government Edition Architecture Details.pdf; High Level Architecture Diagram.pdf; |
| **Sent:** | 01/28/2016 01:00:43 PM -0800 (PST) |

Attached are internal docs that shouldn't be shared with end-users.  They are what I use to communicate the concept internally, and to Neo when needed.

Here are just some quick points to touch on:

- We have supporting docs for sole source justification in the form of legal agreements, etc.  The exclusivity agreement between  Neo Technology (signed by Lars) and PureThink essentially a) lays out that the fact that Neo Technology has an edition called Neo4j Government Edition, and b) says we are the exclusive US provider of Neo4j Government Edition.

- Neo4j Government Edition is essentially :  Neo4j Enterprise Edition + Additional Support Services for Gov + (GraphAware Enterprise Framework + FISMA plugins which plugin to GraphAware Enterprise Framework. )

- The Government Edition is the same price as the Enterprise Edition - so any quotes for Enterprise Edition have to be honored.

- PureThink's (John Mark mainly) Role is simply to ensure procurement goes through and help drive adoption.   We don't handle any sales, etc - however since we do make money from what we've setup - we basically act as a core part of your team for any government sales.

- Every US Government sale has been sole sourced through what we setup so far. So it goes to validating sole source justification questions.

- GSA Fact #1 : IAI (Who we also are partners with for other things) has a GSA schedule listing with Neo4j Enterprise. In a nutshell - they didn't do it right and had to negotiate down a huge amount. (~180k for the 'standard' enterprise).  They have not updated their prices - so most likely procurement due diligence will use GSA pricing when researching prices - and will make us come close to that price.  As we communicate that the Government Edition is the same price as Commercial right now - it highly likely that procurements like Census will end up asking us to match the GSA schedule pricing.  Of course we may be able to come up higher because of the government framework components, etc - but doubtfully up twice the price as the new pricing is.

- GSA Fact #2 : Having the ability to sole source the way we do is just as attractive as buying through GSA for most.  So if an agency prefers GSA it would only be until they realize the overall costs.  Since any sale over a threshold must be 'competed' even for GSA - and so in the end - for the big enterprise sales - we would end up still coming in and sole sourcing outside of GSA.


Hope this helps.....

see attachments too...