# EXHIBIT 17

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | David Mohr david.mohr@neotechnology.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Questions based on this morning's conversation |
| **Sent:** | 08/25/2016 12:01:07 PM -0700 (PST) |
| **Attachments:** | aia-neo4j-gsa-schedule.pdf; aia-neo4j-gsa-schedule.pdf; |

Hi Dave - here are some answers to the questions below: I tried to outline the answers in blue text.

Also I reference Neo4j Enterprise Government a few times, below is a quick explanation of that that is:

Neo4j Enterprise Government is a Neo Technology product (Not PureThink) which extends Neo4j Enterprise (and all of it's offerings) to address FISMA and Sole Source procurements. It adds a framework called the FISMA framework to Neo4j Enterprise which adds all sorts of security controls, auditing, etc which is important for any government agency getting an Authority to Operate (ATO) for a system Neo4j will be part of.

It costs exactly the same as Neo4j Enterprise so Neo4j Enterprise quotes are valid for Neo4j Enterprise Government Edition.
  It can be sole sourced because Neo Technology has given PureThink exclusivity to this specific edition specifically just to support sole source. This means fast procurements. Even GSA has it's limits for higher priced purchases - which is why every US Federal agency so far has used sole source as the procurement vehicle.

1. Client references in Federal / public sector that are currently using neo4j in production or technology labs

NIH is using Neo4j Community
IRS will be using Neo4j Enterprise / Government Edition starting in October
US Census is expirementing with Neo4j and it has passed their review process to be able to be used in their lab environment.
FBI is using Neo4j - but project is TS and you won't be able to get a reference, etc. (Keep FBI info internal between Neo Technology and PureThink)
Sandia National Labratories is using Neo4j Enterprise / Government Edition for R&D, analysis, etc.


2. Benchmark studies against RDBMS or No-SQL Databases
You can get some benchmarks from your team - but it may be important to focus on benchmarks specific to use cases where Neo4j excells - as some use-cases are just not cut out for Neo4j.


3. Largest size of data that Neo4j has supported in Production environment
I would ask Philip or Neo Team about this.

4. Horizontal scaling topology and architecture
Horizontal scaling is what Neo4j Enterprise excels at. But be careful when discussing because not everyone needs the horizontal scaling and in a lot of cases - when they don't - they find Neo4j Community Edition does everything they need except for addressing FISMA which is what keeps a lot of agencies inline for a subscription. With that said - I will try to put together some slides around Neo4j's Horizontal Scaling Architecture and Topology.

5. Cloud support
    a. Can neo4j run on AWS/ MS Azure ? How does licensing work on cloud ?
        Yes for both. You want to reach out to Benjamin Nussbaum from Atom Rain  (ben@atomrain.com)
        They are focusing on on-demand Neo4j and are already setup for GovCloud. Furthermore - they can easily launch Neo4j Enterprise Government Edition instead of the commercial Neo4j Enterprise Edition if FISMA is important.

    b. Do you have a SaaS model ? Is it FEDRamp or FISMA certified ?
Yes regarding SaaS model - See 5a above regarding SaaS.   There is no such thing as  "FISMA Certified" - the FISMA Framework however addresses the NIST 800-53 security controls that need to be supported for an ATO. As for FEDRamp that is related to cloud which Ben can answer. But I believe it is the wrong question to ask just like asking if something is FISMA certified.

6. Details on Enterprise licensing - charge per user / CPU / Data / API etc. etc.

PT00001226.001

    a. Do you have a GSA Schedule ?

We do but we do not list Neo4j on it as our partner IAI has Neo4j Enterprise on their GSA schedule. We did not add it to our Schedule 70 since we work closely with IAI on all Neo4j stuff.

Be aware that their schedule pricing for Neo4j is based on the old pricing model that is heavily discounted so be careful mentioning it if you plan on using the new pricing until we get it fixed.   We are working with IAI to update their schedule listing to reflect new pricing and the FISMA Framework.    Note that even though they only have Neo4j Enterprise Edition listed - we give them the FISMA Framework which is the big differentiator between Government and commercial edition.    On another note - depending on the procurement size - if it is over a specific threshold - then sole source may be better option.  Every US Federal Government subscription of Neo4j has been sole sourced through us and upheld leveraging Government Edition.  So you may want to mention the fact that there is also a Sole Source Option if their procurement size goes over a specific threshold.

I attached IAI's GSA Schedule to this email for your review.   You can reach out to Richard Rodriguez [rrodriguez@infoa.com](mailto:rrodriguez@infoa.com) M: 571-262-9153 anytime if you have questions and can't reach me.

7. Professional services pricing.

Neo Technology has their own professional services pricing which I believe is too high for Government.   Also - usually professional services needs to be competed out meaning a long procurement cycle - so always good to separate them out or bundle them into a package.  If and when it comes down to that - just let me know and I'll help you structure that.

As for professional services price list - if they go through GSA then professional services can also be done through GSA.  Otherwise for any other vehicle I attached our GSA price list for professional services to use as a reference.


John Mark Suhy
PureThink
[jmsuhy@purethink.com](mailto:jmsuhy@purethink.com)
703-862-7780
<http://purethink.com>

On Thu, Aug 25, 2016 at 12:53 PM, David Mohr <[david.mohr@neotechnology.com](mailto:david.mohr@neotechnology.com)> wrote:

> **David Mohr**
> Neo Technology
> [+1 (339) 236-3553](tel:+13392363553)
>
> *Please join me at* **GraphConnect San Francisco** *on October 13th. Discount Code: DM20*
>
> 
>
> ---------- Forwarded message ----------
> From: **Sumant Kapoor** <[sumant@radiantt.com](mailto:sumant@radiantt.com)>
> Date: Wed, Aug 24, 2016 at 9:37 AM
> Subject: Questions based on this morning's conversation
> To: David Mohr <[david.mohr@neotechnology.com](mailto:david.mohr@neotechnology.com)>
> Cc: Sumant Kapoor <[sumant@radiantt.com](mailto:sumant@radiantt.com)>
>
>
> Dave,

Appreciate your call this morning. As discussed, please provide us with some more information related to the following:

1. Client references in Federal / public sector that are currently using neo4j in production or technology labs
2. Benchmark studies against RDBMS or No-SQL Databases
3. Largest size of data that Neo4j has supported in Production environment
4. Horizontal scaling topology and architecture
5. Cloud support
    a. Can neo4j run on AWS/ MS Azure ? How does licensing work on cloud ?
    b. Do you have a SaaS model ? Is it FEDRamp or FISMA certified ?
6. Details on Enterprise licensing - charge per user / CPU / Data / API etc. etc.
    a. Do you have a GSA Schedule ?
7. Professional services pricing.

Thank You.

Sincerely,

Sumant Kapoor
President
**Radiant Infotech**
5520 Research Park Drive, Suite 100, Baltimore, MD, 21228
**Phone:** (443) 846-2525 | **Email:** sumant@radiantt.com | **Fax:** (443) 203-2000
**Web:** www.radiantt.com



> On Aug 23, 2016, at 7:29 AM, David Mohr <david.mohr@neotechnology.com> wrote:
>
> Hi Sumant - i can do it at 9 a.m. ET tomorrow. We can do it as a direct dial call. My phone number is 339-236-3553.
>
> Regards,
> David
>
>
> **David Mohr**
> Neo Technology
> +1 (339) 236-3553
>
> *Please join me at* **GraphConnect San Francisco** *on October 13th. Discount Code: DM20*
>
> 
>
> On Mon, Aug 22, 2016 at 8:16 PM, Sumant Kapoor <sumant@radiantt.com> wrote:
>> Hi David,
>>
>> Yes. Wednesday morning before noon works fine. Please advise on a time and I will send out the invite.
>>
>> Sincerely,

Sumant Kapoor
President
**Radiant Infotech**
5520 Research Park Drive, Suite 100, Baltimore, MD, 21228
**Phone:** (443) 846-2525 | **Email:** sumant@radiantt.com | **Fax:** (443) 203-2000
**Web:** www.radiantt.com

<PastedGraphic-6.png><PastedGraphic-14.png>

> On Aug 22, 2016, at 7:55 PM, David Mohr <david.mohr@neotechnology.com> wrote:
>
> Hi sumant
> I am on a client site all say tomorrow. Can you talk on Wednesday morning eastern time?
>
> On Aug 22, 2016 5:57 PM, "Sumant Kapoor" <sumant@radiantt.com> wrote:
>> I am available to talk now or before 9:30a EST tomorrow.
>>
>> Sincerely,
>>
>> Sumant Kapoor
>> President
>> **Radiant Infotech**
>> 5520 Research Park Drive, Suite 100, Baltimore, MD, 21228
>> **Phone:** (443) 846-2525 | **Email:** sumant@radiantt.com | **Fax:** (443) 203-2000
>> **Web:** www.radiantt.com
>>
>> <PastedGraphic-6.png><PastedGraphic-14.png>
>>
>>> On Aug 22, 2016, at 5:55 PM, Alexandria Riggs <alexandria.riggs@neotechnology.com> wrote:
>>>
>>> Hi Sumant,
>>>
>>> Jacob forwarded me your email. I would be happy to put you in touch with my colleague Dave (cc'd). He can help answer any of your questions. What is your availability for a quick phone call?
>>>
>>> Best,
>>> Lexi
>>>
>>> On Mon, Aug 22, 2016 at 12:10 PM, Sumant Kapoor <sumant@radiantt.com> wrote:
>>>> Hi Jacob,
>>>>
>>>> We are evaluating neo4j at enterprise level for a federal client in Washington DC. Could you please connect me to your rep who handles US Federal or public sector clients.
>>>>
>>>> We are also interested in any Benchmark studies that you have undertaken comparing neo4J with other graph databases or rdbms. I will appreciate your response.
>>>>
>>>>
>>>> Sincerely,
>>>>
>>>> Sumant Kapoor
>>>> **Radiant Infotech LLC**

> 5520 Research Park Dr, St. 100
> Baltimore, MD 21228
> Phone: 443-846-2525 | Email: sumant@radiantt.com | Fax: 443-203-2000
> Web: www.radiantt.com
>
>
> On Fri, Aug 19, 2016 at 3:53 PM, Jacob Barlow <jacob.barlow@neotechnology.com> wrote:
>
>> Hi Sumant,
>>
>> Thanks for your interest in Neo4j. I'm interested to hear what your working on and see if I can help out in any way.
>>
>> Do you have any questions so far?
>>
>> --
>> **Jacob Barlow | Neo Technology**
>> jacob.barlow@neotechnology.com
>>
>> neo4j.com // update subscriptions