# EXHIBIT 20

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | John Broad (john.broad@neotechnology.com) |
| **CC:** | Jason Zagalsky (jason.zagalsky@neotechnology.com) |
| **BCC:** | |
| **Subject:** | Re: Discontinuation of Neo4j Government Edition |
| **Attachments:** | |
| **Sent:** | 06/29/2017 06:26:57 PM -0700 (PST) |

We are removing references from the website. It hurts you guys as well but it does no good leaving it up as of now.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
https://purethink.com

On Jun 19, 2017 22:12, "John A. Broad" <john.broad@neotechnology.com> wrote:

> John Mark,
>
> Neo4j is hereby providing notice that Neo4j is discontinuing Neo4j Government Edition effective June 19, 2017 such that it is no longer available for sale.
>
> As such, PureThink is no longer authorized to market, resell, demonstrate or provide training on the Neo4j Government Edition.
>
> All references to Neo4j Government Edition must be removed immediately from any marketing materials, including any web sites.
>
> Neo4j will be notifying actual and potential Neo4j Government Edition Users of this discontinuation.
>
> John
>
> John A. Broad | Director, Strategic Alliances & Channels | Neo Technology
>
> mobile: +1.925.788.2347 | skype: john.a.broad | www.neo4j.com

PT00000467.001