# EXHIBIT 21

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Moccozet, Sascha A. (IntlAssoc) (sascha.moccozet@nist.gov) |
| **CC:** | Brundage, Michael P. (Fed) (michael.brundage@nist.gov) |
| **BCC:** | |
| **Subject:** | Re: Information about neo4j |
| **Attachments:** | |
| **Sent:** | 07/06/2017 07:49:40 AM -0700 (PST) |

You do not need to open source anything you are doing around Neo4j or that connects to Neo4j.

Here is an example to illustrate what would need to be open sourced:

If you 1) take the Neo4j Enterprise source code from GitHub and customize Neo4j Enterprise by adding something such as a custom kernel module, etc, then 2) distribute it in a certain way (will skip those details), then you simply would be required to make the source code of that customization available.

You do not need to open source your other tools, webapps, infrastructure, etc that connect to Neo4j.

We don't even customize Neo4j Enterprise, we just make plugins (Java jar files) that are dropped into the plug-in directory which add features to support NIST 800-53 Security controls at several levels.

As for moving between editions, as long as the version number is the same, then it's very simple - you can just copy the data directory over.

The Neo4j Government Edition is just Neo4j Enterprise + FISMA Framework plugins + Additional support and services to help get through C&A and setup the system in a secure manner. I will explain more when I email you the information.

I actually do have a few questions for you so I don't overwhelm you with information you may not need.

Do you have time for a 15 minute call? If so, let me know if I can call you, or you can call me at 703-862-7780 anytime today. I just wanted to get a few pieces of information such as if the system you are building around Neo4j will be obtaining an ATO, etc. This will help me determine what information to send you.

What version of Neo4j Community edition are you using? I will send you the link for the corresponding Enterprise edition.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Thu, Jul 6, 2017 at 8:55 AM, Moccozet, Sascha A. (IntlAssoc) <sascha.moccozet@nist.gov> wrote:

> Hello John,
>
> Thank for your fast answer.
>
> For me today it's fine, I'm not in a rush but I will need to use the one we selected in a near future.
> That is awesome, thanks for the advice I'm checking that edition.

I only have to make it open source if I distributed it, but if it is only for a couple of computer around my team is it ok? because we are still developing it so it's not ready.

Also, is it easy to transfer from the community to the edition and the governmental one? Or there is some tips I need to know?

Thank you.

Sascha

--

Sascha MOCCOZET

**From:** John Mark Suhy <jmsuhy@purethink.com>
**Date:** Wednesday, July 5, 2017 at 5:06 PM
**To:** "Moccozet, Sascha A. (IntlAssoc)" <sascha.moccozet@nist.gov>
**Cc:** Mike <michael.brundage@nist.gov>
**Subject:** Re: Information about neo4j

Hello,

I'd be happy to provide you with that information.

Do you mind if I send it to you tomorrow by COB? We have a new product announcement too, which I will fill you in on before the announcement this week.

I am just about to run out, but can get back online in a few hours this evening if you need it tonight.

Also , I should point out that Neo4j Enterprise Edition is also open source under the AGPL open source license, so there is no reason to be using Community edition when you can use that.  Many people are not aware of this.

It's just the standard GNU AGPL open source license used by companies like MongoDB, etc.

You don't get the commercial support which is what you really get with a Neo4j Enterprise subscription, but if you are already using Neo4j Community on your own, you might as well switch to Neo4j Enterprise since you are supporting yourself right now.

Under the Neo4j Enterprise open source license, if you are making a custom derivative (custom version of Neo4j Enterprise), you have to open source your custom version in specific situations.   All the agencies we work with have never created their own custom version, they have  used Neo4j Enterprise as a server - running it stand alone.

Neo4j partners are not allowed to promote services,  or offer support and services for the open source license, and you won't find many details about it on their website.

Below are the links to download Neo4j Enterprise - it's the same as the commercial subscription version, you just defaults to the open source AGPL license if you don't have a support subscription.  If you are planning on creating your own custom version or fork of Neo4j enterprise - be aware you are supposed to open source that fork if you distribute it.

Newest 3.2.1 Version:

Unix Version:  http://dist.neo4j.org/neo4j-enterprise-3.2.1-unix.tar.gz

Windows Version: http://dist.neo4j.org/neo4j-enterprise-3.2.1-windows.zip

3.1.x Version:

Unix Version:  http://dist.neo4j.org/neo4j-enterprise-3.1.5-unix.tar.gz

Windows Version: http://dist.neo4j.org/neo4j-enterprise-3.1.5-windows.zip

Thank you,

John Mark


John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

http://purethink.com


On Wed, Jul 5, 2017 at 4:07 PM, Moccozet, Sascha A. (IntlAssoc) <sascha.moccozet@nist.gov> wrote:

Good Morning PureThink team,

Our team is actually working on Neo4j Community edition and we would like more information about the governmental edition.

As you may think we are part of the US government in the Department of commerce in the NIST (National Institute of Standards and Technologies).

We would like to know the price of the governmental edition (which should be the same as the enterprise edition), and all information we should know before purchasing this edition (contract, license, training, …).

If you have any question, I will be glade to respond to you.

Thank you

Best regards


--

Sascha MOCCOZET

NIST

Division 734 – Systems Integration Division

Extension - #6609