# EXHIBIT 23

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Brian Rodrigue (brian.rodrigue@excella.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Some updates on new package |
| **Attachments:** | VPAT Government Package for Neo4j 3.x.pdf; Neo4j-GovernmentPackage-Pricing-New.pdf; |
| **Sent:** | 07/11/2017 10:35:29 AM -0700 (PST) |

Hello Brian,

We have some information that has just changed that you should be aware of as you now have another option for development packages.

So far all our current agency clients who were given this package option have decided they would like to go with these packages for renewals.  I can fill you in on those details once we officially announce everything.

The information below is not public yet,  we are making an announcement next week,   but I wanted to get you this information now as it has some important procurement updates.

Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : **Government Package for Neo4j.**   Our team developed Neo4j Government Edition and obtained exclusive rights to use Neo4j Government Edition trademark name from Neo Technology under PureThink.   Every Neo4j subscription sale to the Federal government has been sold and supported by our team so we are in the unique position of having the only verifiable past performance and being able to support both commercial and open source licenses of Neo4j Enterprise.

 In order to be able to offer the best value to our US agency client,  split out the framework and change the name. Because Neo4j Solution partners are forbidden from dealing with any Neo4j open source licenses and this package gives you the option to choose between open source or commercial licenses, we have moved this package to iGov Inc, our other company.  We are still the sole provider with this solution.

We've simply taken the framework and services that made a Neo4j Enterprise (Commercial only)  into  Neo4j Government Edition and made them available as a stand alone package we call (Government Package for Neo4j). By default if you don't have a commercial production support subscription - you get everything you physically get in the commercial package except the license is a Neo4j Enterprise open source license.   If you need a commercial support subscription, then you can obtain one from any partner, or through our strategic partner AtomRain, the makers of GraphGrid and part of our support team.


1) Now you can make any Neo4j edition a Government Edition.  This means you can combine it with Neo4j Enterprise open source or commercial licenses, its your choice.

2) This new breakout allows us to offer Government Dev Packages where 100% of the cost (same price as commercial support subscription) goes to software development and consulting services to help your team build a solution around Neo4j. When you go to production, and if your system is mission critical, you can switch to the Neo4j Enterprise commercial support subscription which gives you production email and phone support, which has a fallback to Neo Technology.   (Since we launched Neo4j Government Edition, we've never had to use this support.)

Of course, Neo4j Enterprise is open source, so you do have the option to use that on your own, our new website will provide agencies with the proper downloads if you decide Neo4j Enterprise commercial subscription or Government Packages are not for you.

Let me know if you have any questions.   The attached pricing package also gives the development package pricing.  You can now choose between dev packages or the standard Neo4j commercial package.

Respectfully,

John Mark

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573919.002