# EXHIBIT 27

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Moccozet, Sascha A. (IntlAssoc) (sascha.moccozet@nist.gov) |
| **CC:** | Brundage, Michael P. (Fed) (michael.brundage@nist.gov) |
| **BCC:** | |
| **Subject:** | Re: Price List Attached |
| **Attachments:** | |
| **Sent:** | 08/03/2017 12:28:46 PM -0700 (PST) |

I just wanted to follow you with you and give you some updates.

US Treasury has decided to make the move to our new company iGov Inc and the new Government Packages for Neo4j Enterprise. It allowed them to spend their budget 100% on development of their Neo4j solutions which we have been building for them. I would be happy to connect you to them to find out more.

It also looks like our current PureThink customers are going to make the move to our new company for the same reasons.

Treasury said that one of the Neo Federal sales people tried to tell them they couldn't work with us and to work with another vendor. That did not work out for them and obviously this is not the case, but I did want to give you a heads up that it has happened at least once. It is strange behavior, but I guess It is a good sign that we are doing things right and bringing some healthy competition to the market.

We should have a procurement comparison document ready by Monday which I will send you.

Also - I would like to connect you with our current federal clients incase you want to ask them any questions.

Let me know if you have any questions.

If you would like to talk this week or next, I'd be happy to talk more about the other architecture components that come with this package. It's not just Neo4j Enterprise, it comes with a starter graph explorer application you can use as a starting point for visualization, GraphGrid , and many other open source tools such as ElasticSearch and Apache Kafka that are all supported under the package.

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Tue, Jul 11, 2017 at 1:26 PM, John Mark Suhy <jmsuhy@igovsol.com> wrote:
> I wanted to just send you the full price list so you have it as a reference. It is at the bottom of this email.
>
> The information below is not public yet, we are making an announcement next week, but I wanted to get you this information now as it has some important procurement updates.
>
> Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : **Government Package for Neo4j.** Our team developed Neo4j Government Edition and obtained exclusive rights to use Neo4j Government Edition trademark name from Neo Technology under PureThink. Every Neo4j subscription sale to the Federal government has been sold and supported by our team so we are in the unique position of having the only verifiable past performance and being able to support both commercial and open source licenses of Neo4j Enterprise.
>
> PureThink is still a Neo4j Solution partner and has the same exact team. In order to be able to offer the best value to our US agency client, we had to move the Government Package to under our other company iGov Inc , because Neo4j

Solution partners are forbidden from dealing with any Neo4j open source licenses and this package gives you the option to choose between open source or commercial licenses.

We've simply taken the framework and services that made a Neo4j Enterprise (Commercial only)  into  Neo4j Government Edition and made them available as a stand alone package we call (Government Package for Neo4j). By default if you don't have a commercial production support subscription - you get everything you physically get in the commercial package except the license is a Neo4j Enterprise open source license.  If you need a commercial support subscription, then you can obtain one from any partner, or through our strategic partner AtomRain, the makers of GraphGrid and part of our support team.

1) Now you can make any Neo4j edition a Government Edition.  This means you can combine it with Neo4j Enterprise open source or commercial licenses, its your choice.

2) This new breakout allows us to offer Government Dev Packages where 100% of the cost (same price as commercial support subscription) goes to software development and consulting services to help your team build a solution around Neo4j.  When you go to production, and if your system is mission critical, you can switch to the Neo4j Enterprise commercial support subscription which gives you production email and phone support, which has a fallback to Neo Technology.   (Since we launched Neo4j Government Edition, we've never had to use this support.)

Of course, Neo4j Enterprise is open source, so you do have the option to use that on your own, our new website will provide agencies with the proper downloads if you decide Neo4j Enterprise commercial subscription or Government Packages are not for you.

Let me know if you have any questions.   The attached pricing package also gives the development package pricing.

Respectfully,

John Mark


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573905.002