# EXHIBIT 30

## ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF PAGES 6

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| 05/24/2018 | | a. NAME OF CONSIGNEE |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | See Attached Delivery Schedule |
| 2032H8-18-P-00151 | 5000007221 | b. STREET ADDRESS |

5. ISSUING OFFICE (Address correspondence to)

Vivian Daniels
Internal Revenue Service Procurement
5000 Ellin Road
New Carrollton MD 20706-3816

c. CITY | d. STATE | e. ZIP CODE

7. TO:

a. NAME OF CONTRACTOR
John Suhy 703-862-7780

b. COMPANY NAME
eGovernment Solutions Inc

c. STREET ADDRESS
7686 Richmond Highway, Suite 111

d. CITY: Alexandria | e. STATE: VA | f. ZIP CODE: 22306-2800

f. SHIP VIA

8. TYPE OF ORDER

[ ] a. PURCHASE — REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
See Attached Schedule(s)

10. REQUISITIONING OFFICE
RAAS Renee Goss 202-803-9010

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
[X] a. SMALL   [ ] b. OTHER THAN SMALL   [X] c. DISADVANTAGED   [ ] d. WOMEN-OWNED   [X] e. HUBZone
[ ] f. SERVICE-DISABLED VETERAN-OWNED   [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   [ ] h. EDWOSB

12. F.O.B. POINT: DESTINATION

13. PLACE OF
a. INSPECTION: DESTINATION
b. ACCEPTANCE: DESTINATION

14. GOVERNMENT B/L NO.

15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date): 05/23/2019

16. DISCOUNT TERMS

### 17. SCHEDULE (See reverse for Rejections)

| ITEM NO (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | See Attached Schedule(s) | | | | | |

Witness: PMQ Ashwani Mayur
**EX 103**
10/25/2022 K. Buchanan

18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO.

SEE BILLING INSTRUCTIONS ON REVERSE

21. MAIL INVOICE TO:
a. NAME
b. STREET ADDRESS (or P.O. Box): www.IPP.gov
c. CITY | d. STATE | e. ZIP CODE

17(h) TOT. (Cont. pages)

$300,000.00   17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature): 2gtrb
Digitally signed by 2gtrb
Date: 2018.05.24 13:56:55 -04'00'

23. NAME (Typed): HOLLY DONAWA 240-613-6657
TITLE: Contracting/ Ordering Officer

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

## Line Item Table

| Item No. | Item Description | QTY | Unit | Price | Value |
|---|---|---|---|---|---|
| 0001 | Base 5/24/18 - 5/23/2029<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 300000.00 | 300000.00 |
| 1001 | Option Year 1 5/24/2019 – 5/23/2020<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |
| 2001 | Option Year 2 5/24/2020 – 5/23/2021<br><br>CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |
| 3001 | Option Year 3 5/24/2021 – 5/23/2022<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |
| 4001 | Option Year 4 5/24/2022 – 5/23/2023<br><br>CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |

## Accounting and Appropriation Data

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 0001-0001 | 16180919D M500003 4R 2512 | 300000.00 |

## Delivery Schedule

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
|  | 0001 | 300000.000 | 05/23/2019 |

**52.217-9 Option to Extend the Term of the Contract (Mar 2000)**
**52.222-50 I Combating Trafficking in Persons - ALTERNATE I (Mar 2015)**
**52.232-29 Terms for Financing of Purchases of Commercial Items (Feb 2002)**
**52.252-2 Clauses Incorporated by Reference (Feb 1998)**
**52.202-1 Definitions (Nov 2013) – Incorporated by Reference 52.203-3 Gratuities (Apr 1984) – Incorporated by Reference**
**52.203-5 Covenant Against Contingent Fees (May 2014) – Incorporated by Reference**
**52.203-6 Restrictions on Subcontractor Sales to the Government (Oct 1995) – Incorporated by Reference**
**52.203-7 Anti-Kickback Procedures (May2014) – Incorporated by Reference**
**52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (May 2014) – Incorporated by Reference**
**52.203-10 Price or Fee Adjustment for Illegal or Improper Activity (May 2014) – Incorporated by Reference**
**52.203-12 Limitation on Payments to Influence Certain Federal Transactions (Oct 2010) – Incorporated by Reference**
**52.203-17 Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (Apr 2014) – Incorporated by Reference**
**52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011) – Incorporated by Reference**
**52.204-13 System for Award Management Maintenance (Oct 2016) – Incorporated by Reference**
**52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) – Incorporated by Reference**
**52.209-9 Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) - Incorporated by Reference**
**52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015) – Incorporated by Reference**
**52.215-2 Audit and Records—Negotiation (Oct 2010) – Incorporated by Reference**
**52.215-8 Order of Precedence—Uniform Contract Format (Oct 1997) – Incorporated by Reference**
**52.215-14 I Integrity of Unit Prices - ALTERNATE I (Oct 2010) – Incorporated by Reference**
**52.216-20 Definite Quantity (Oct 1995) – Incorporated by Reference**
**52.217-8 Option to Extend Services (Mar 1999) – Incorporated by Reference**

**52.219-3 Notice of HUBZone Set-Aside or Sole Source Award (Nov 2011) – Incorporated by Reference**
**52.219-4 Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014)**
**52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) – Incorporated by Reference**
**52.225-13 Restrictions on Certain Foreign Purchases (June 2008) – Incorporated by Reference**
**52.232-17 Interest (May 2014) – Incorporated by Reference**
**52.232-23 Assignment of Claims (May 2014) – Incorporated by Reference**
**52.232-33 Payment by Electronic Funds Transfer-System for Award Management (Jul 2013) – Incorporated by Reference**
**52.232-39 Unenforceability of Unauthorized Obligations (Jun 2014) – Incorporated by Reference**
**52.232-40 Providing Accelerated Payments to Small Business Subcontractors (Dec 2013) – Incorporated by Reference**
**52.233-1 Disputes (May 2014) – Incorporated by Reference**
**52.233-3 Protest after Award (Aug 1996) – Incorporated by Reference**
**52.233-4 Applicable Law for Breach of Contract Claim (Oct 2004) – Incorporated by Reference**
**52.242-3 Penalties for Unallowable Costs (May 2014) – Incorporated by Reference**
**52.242-13 Bankruptcy (July 1995) – Incorporated by Reference**
**52.244-5 Competition in Subcontracting (Dec 1996) – Incorporated by Reference**
**52.244-6 Subcontracts for Commercial Items (Jun 2016) – Incorporated by Reference**
**52.249-1 Termination for Convenience of the Government (Fixed-Price) (Short Form) (Apr 1984) – Incorporated by Reference**
**52.253-1 Computer Generated Forms (Jan 1991) – Incorporated by Reference**
**IR1052.209-9002 Notice and Consent to Disclose and use of Taxpayer Return Information**
**1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Aug 2012) Incorporated by Reference**

EGOVS_000018

## IR1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP)  (JUL 2015)

Definitions: "Short payment" as used in this clause means an invoice that includes the cost or price for supplies or services delivered or performed, as well as the cost or price for supplies or services not yet tendered to the Government in accordance with the terms of the contract, order or agreement. "Short payment" example:  The contract requires the delivery of a set number of items, with the price, delivery location, and delivery due date also specified. The vendor delivers 50% of the items as specified but invoices for 100% of the items. Before implementation of the IPP, the IRS would have paid the vendor for the items delivered and instructed the vendor to re-invoice the IRS when the balances of the items were delivered. In other words, the IRS would "short pay" the invoice since the IRS did not remit payment for the full invoice amount. With implementation of the IPP, the IRS can no longer do this because the IRS cannot accept an electronic invoice that includes items not yet received. The IRS will reject the invoice. The vendor needs to submit an invoice for only the items received by the IRS (in this case, 50%), and, assuming that these items meet all other contract terms and conditions, the IRS will pay the invoiced amount. The vendor submits subsequent invoice(s) for items as they are delivered and accepted.

The Invoice Processing Platform (IPP) is a secure Web-based electronic invoicing and payment information service available to all Federal agencies and their suppliers. Effective October 1, 2012, invoicing for payment through the IPP will be mandatory for all new contract awards. Additional information regarding the IPP may be found at the IPP website address https://www.ipp.gov. Contractors must complete the contractor point of contact information below, and submit it with their proposal submissions. Contractors may contact the IPP Helpdesk for assistance via e-mail atippgroup@bos.frb.org or via phone at (866) 973-3131. Once a contract award has been made, the contractor will be contacted by the IPP via e-mail to set-up an account. It will be necessary for contractors to login to their IPP accounts every 90 days to keep their IPP accounts active.

<span style="color:red">eGovernment Solutions Inc Contractor Name:   John Suhy
Contractor IPP Point of Contact Name:  John Suhy
Contractor Phone Number: 703-862-7780
Contractor E-mail Address: jmsuhy@egovsol.com</span>

Electronic Invoicing and Payment Requirements Vendor
invoices submitted electronically through the IPP should be in the proper format and contain the information required for payment processing. In order to be approved for payment, a "proper invoice" must list the items specified in FAR 52.232- 25 (a)(3)(i) through (a)(3)(x), or in the case of a Commercial Item Contract, the items included in 52.212-4(g)(1)(i) through (g)(1)(x). If the vendor is offering a discount via the IPP, the discount must be reflected on the invoice. The vendor will select 'Create Invoice'. The IPP system will default to `Net 30 Prompt Pay` under the Payment Terms dropdown box. The vendor will select from 54 different discount options for the invoice that is being created. If the vendor chooses to offer a

discount on the invoice screen, the information will interface to the payment system for processing. Discounts that are offered on attachments rather than the invoice itself cannot be accepted. Under this contract, the following documents are required to be submitted as an attachment to the invoice (Contracting Officer fills in additional documentation that must be furnished by the contractor (e.g. timesheet)) Please do not submit into IPP any

documentation/attachments that conflict with what is stated on the invoice:
Payment and Invoice Questions For payment and invoice questions, contact the Beckley Finance Center at (304) 254- 3372 or via e-mail at cfo.bfc.ipp.customer.support@irs.gov.
Waiver If the Contractor is unable to use the IPP for submitting payment requests starting on October 1, 2012, then a waiver form must be completed and submitted with the contractor`s proposal submission for review and approval by the Contracting Officer based on one of the conditions listed in the waiver form included as Attachment 1 to this clause. The vendor will be notified prior to award as to whether their request for waiver has been approved or denied. If the waiver is granted, then a copy of the waiver must be submitted with each paper invoice that the vendor submits to the payment office or the invoice will be returned.
Short Payment Short payment on vendor submitted invoices will no longer be processed or paid. If any portion of the invoice does not meet the requirements for a proper invoice, the entire invoice shall be rejected and returned to the vendor unpaid. (End of Clause)

EGOVS_000020