# EXHIBIT 32

CONFIDENTIAL
Witness: Michael Dunn
EX 168
11/17/2022 S. Sailor

| | |
|---|---|
| **From:** | Rosenmerkel Lisa S (Lisa.S.Rosenmerkel@irs.gov) |
| **To:** | 'Jason Zagalsky' (jason@neo4j.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: discussion of Neo4j options |
| **Attachments:** | |
| **Sent:** | 07/27/2018 05:04:24 AM -0700 (PST) |

Hi Jason –

Thank you for providing the pricing.  It will be an important component for planning purposes.  I've spoken at length with Jeff, and after considering options and our current budget position, we do not intend to follow-up with a new acquisition at this time.

Thank you again for all your assistance on this!
Lisa

Associate Director | Data Management | Research, Applied Analytics and Statistics
Home of the Compliance Data Warehouse (CDW)
(W) 202.803.9259 | (C) 443.621.0666

From: Jason Zagalsky [mailto:jason@neo4j.com]
Sent: Thursday, July 26, 2018 7:05 AM
To: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
Subject: Re: discussion of Neo4j options

Hi Lisa,

Following up to see whether you have discussed the pricing with Jeff and whether we should schedule a phone call to discuss next steps?

Thanks,
Jason

Jason Zagalsky
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com
*Join me on September 20th for GraphConnect 2018 in New York City's Times Square*

GraphConnect is the world's largest graph conference focused on graph databases and applications.

On Mon, Jul 23, 2018 at 2:06 PM, Jason Zagalsky <jason@neo4j.com> wrote:
> Hi Lisa,
>
> Philip's slides are attached.
>
> Let's connect to discuss next steps after you review the pricing and slides with Jeff.

Thanks,
Jason

Jason Zagalsky
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com

On Thu, Jul 19, 2018 at 2:37 PM, Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov> wrote:

> Thanks very much – As long as I have it to go over with Jeff early next week I am fine!
>
> Associate Director | Data Management | Research, Applied Analytics and Statistics
> Home of the Compliance Data Warehouse (CDW)
> (W) 202.803.9259 | (C) 443.621.0666
>
> From: Jason Zagalsky [mailto:jason@neo4j.com]
> Sent: Thursday, July 19, 2018 2:35 PM
> To: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
> Subject: Re: discussion of Neo4j options
>
> Yes, will do.  Philip was headed straight to Chicago for a GraphTour appearance, but I hope he will find time to send me his slides on his flight home tomorrow.
>
> Jason Zagalsky
> Federal Technical Account Manager  |  Neo4j, Inc.
> 410-280-9697  |  jason@neo4j.com
>
> On Thu, Jul 19, 2018 at 2:32 PM, Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov> wrote:
>
>> Hi Jason – Yes I got it and forwarded it to Jeff to review.  He is on travel through the end of this week but I have blocked time to discuss with him on Monday.
>>
>> Speaking of which , I don't think I've gotten Phillips slides yet – could you please reach out to him for me?
>>
>> Associate Director | Data Management | Research, Applied Analytics and Statistics
>> Home of the Compliance Data Warehouse (CDW)
>> (W) 202.803.9259 | (C) 443.621.0666
>>
>> From: Jason Zagalsky [mailto:jason@neo4j.com]
>> Sent: Thursday, July 19, 2018 2:30 PM
>> To: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
>> Subject: Re: discussion of Neo4j options
>>
>> Hi Lisa,

Just following up to make sure message was received and I am not sure I was as clear as I could be... glad to have a phone call to discuss.

Best Regards,
Jason

Jason Zagalsky
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com

On Wed, Jul 18, 2018 at 4:19 PM, Jason Zagalsky <jason@neo4j.com> wrote:

> Hi Lisa,
>
> For large memory configs, we build in blocks of 24 cores / 256GB RAM... so even if you don't need more than 12 cores, with 512GB of memory (gives you some headroom on the 300GB you have), you will be licensed for up to 48 cores, if you want to cut your server back from 1TB of RAM to 512GB of RAM.
>
> So it would be ($72k x 2 ) + $12k = $156k for 1-year subscription, or $397,800 for a 3-year subscription (includes 15% discount for 3-year prepay).
>
> If this works for you, I can send you a proposal reflecting these numbers.
> I can also include our training and consulting rates if you would like.
>
> I know you are just looking for budgetary pricing at the moment, by have you given any thought to procurement vehicle or purchase timeframe?
>
> Thanks,
> Jason
>
> Jason Zagalsky
> Federal Technical Account Manager  |  Neo4j, Inc.
> 410-280-9697  |  jason@neo4j.com
>
> On Wed, Jul 18, 2018 at 1:32 PM, Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov> wrote:
>
>> Hi Jason – I spoke with Mike about your concerns regarding the amount of storage included in the quote information.  Mike estimates we are currently using about 300 GB.  Is that more in line with the ratio you expected?
>>
>> Associate Director | Data Management | Research, Applied Analytics and Statistics
>> Home of the Compliance Data Warehouse (CDW)
>> (W) 202.803.9259 | (C) 443.621.0666
>>
>> -----Original Appointment-----
>> From: Dunn Michael C
>> Sent: Thursday, May 24, 2018 3:07 PM

To: Dunn Michael C; Rosenmerkel Lisa S; Butler Jeff; Garnish JC; Raub Brian G; jason@neo4j.com; Scoffic Matthew L; Hess Chris
Subject: discussion of Neo4j options
When: Monday, July 16, 2018 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: 77K street NE; room 3191

Purpose: provide a forum for Neo4j to provide a demo/discussion of products

Lisa Rosenmerkel will pick up Neo4j Inc group at Guard's Desk.

N4J_020133