# EXHIBIT 40

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 4 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00016 | 5/24/2021 | 5000115828 | |

| 6. ISSUED BY | CODE | 2050 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Procurement-Program Services<br>5000 Ellin Rd<br>Lanham-Seabrook, MD 20706-1348<br>Attn: Carolina Young<br>Email: carolina.young@irs.gov | | | Procurement-Program Services<br>5000 Ellin Rd<br>Lanham-Seabrook, MD 20706-1348<br>Attn: Carolina Young<br>Email: carolina.young@irs.gov | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| EGOVERNMENT SOLUTIONS INC.<br>7686 RICHMOND HIGHWAY<br>ALEXANDRIA, VA 22306 US<br>Tel: 8008693557 | | 9B. DATED (SEE ITEM 11) |
| | (X) | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>2032H8-18-P-00168 |
| | | 10B. DATED (SEE ITEM 13)<br>5/24/2018 |

| CODE | FACILITY CODE |
|---|---|
| | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. | OTHER (Specify type of modification and authority)<br>52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) |

E. IMPORTANT: Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to exercise CLIN 3001 option year 3 for a period of performance of 5/24/2021 through 5/23/2022. Accordingly, CLIN 3001 is fully funded in the amount of $200,000.00. The purchase order funding is hereby increased from $916,000.00 by $200,000.00 to $1,116,000.00.

CONTINUE

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|---|
| | | Faith M Ashton          Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>N1VLB  Digitally signed by N1VLB Date: 2021.03.18 13:14:45 -04'00' | 16C. DATE SIGNED<br>3/18/2021 |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

Witness: PMQ
Ashwani Mayur
**EX 108**
10/25/2022 K. Buchanan

EGOVS_000058

## Line Item Table

| Item No. | FSC | Item Description | QTY | Unit | Unit Price | Total Value |
|---|---|---|---|---|---|---|
| 3001 | R425 | Exercised Option Year 3 5/24/2021 –5/23/2022; CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | YR | 200000.00 | 200000.00 |

## Accounting and Appropriation Data

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 3001-0001 | 20210919D M555001 4R 2512 | 200000.00 |

## Delivery Schedule

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
|  | 3001 | 1.000 | 05/24/2021 |

As a result of this modification, the total amount is:

Increased from: $   916,000.00
By:             $   200,000.00
For a Total of: $1,116,000.00

IR 1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION

1052.232-7003 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS FOR THE INVOICE PROCESSING PLATFORM (IPP) (AUG 2012)

52.217-9 OPTION TO EXTEND THE TERMS OF THE CONTRACT (MAR 2000)

Contact Carolina Young for contractual questions (240) 613-6546.

All terms and conditions remain unchanged and in full force and effect.

End of Modification

| Tasks | Deliverable(s) | Original Deliverable Date(s)/Completion |
|---|---|---|
| 1. Identify data elements and relevant nodes, relationship, and property attributes for a corporate graph structure; | An initial graph store that provides proof of concept of capability to render data into graph form along with initial user interface of features | 90 calendar days after award modification |
| 2. Enhance ETL process for extracting corporate data from Computer Data Warehouse (CDW) into a corporate graph structure; | An initial ETL process that takes data from sources and stored the data model in the graph data store. | 90 calendar days after award modification |
| 3. Integrate corporate graph data into CKCE environment for testing with enhancements to user interface as needed; | An initial demonstration of the completely research environment using full CKGE capabilities for storage, interaction, and governance | 120 calendar days after award modification |
| 4. Make environment available for end user testing; and | CKGE Team Testers are able to fully conduct appropriate research | 30 calendar days after Task 3 completion |
| 5. Review user feedback and make enhancements for 1st operational release. | An final environment is available for regular use | 60 calendar days after Task 4 completion or May 23, 2022 |