# EXHIBIT 41

| | | | | |
|---|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00017 | 05/24/2022 | 2000097863 | |

| 6. ISSUED BY | CODE | 2050 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Off of Chief Proc Officer-Building Operations Branch 5000 Ellin Rd Lanham-Seabrook, MD 20706-1348 Attn: FAITH ASHTON Tel: +1 240-613-7386 Email: faith.m.ashton@irs.gov | | | Off of Chief Proc Officer-Building Operations Branch 5000 Ellin Rd Lanham-Seabrook, MD 20706-1348 Attn: Faith Ashton Tel: +1 240-613-7386 Email: faith.m.ashton@irs.gov | |

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code)

EGOVERNMENT SOLUTIONS INC.
7686 RICHMOND HIGHWAY
ALEXANDRIA, VA 22306 US
Tel: 8008693557

(X)
[ ] 9A. AMENDMENT OF SOLICITATION NUMBER
9B. DATED (SEE ITEM 11)
[X] 10A. MODIFICATION OF CONTRACT/ORDER NUMBER
2032H8-18-P-00168
10B. DATED (SEE ITEM 13)

CODE   FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers  [ ] is extended.  [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| [ ] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [ ] | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. | OTHER (Specify type of modification and authority) 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) |

E. IMPORTANT:  Contractor [X] is not  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to exercise option year 4 for a period of performance of 5/24/2022 through 5/23/2023. Accordingly, CLIN 4001A is fully funded in the amount of $200,000.00. The purchase order funding is hereby increased from $1,116,000.00 by $200,000.00 to $1,316,000.00.

All other terms and conditions will remain unchanged.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|---|
| | | Faith Ashton                                        Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | *Faith M. Ashton*  Digitally signed by Faith M. Ashton Date: 2022.03.10 10:28:42 -05'00' (Signature of Contracting Officer) | 3/10/2022 |

*Previous edition unusable*

**Witness: PMQ
Ashwani Mayur
EX 109
10/25/2022 K. Buchanan**

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000062

2032H8-18-P-00168  
2000098763  
EGOVERNMENT SOLUTIONS, LLC

## PART I

### Line Item Table

| Item No. | FSC | Item Description | QTY | Unit | Unit Price | Total Value |
|---|---|---|---|---|---|---|
| 4001A | R425 | Exercise Option Year 4<br><br>Period of performance (5/24/2022 through 5/23/2023)<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | YR | 200000.00 | 200000.00 |

### Accounting and Appropriation Data

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 4001A-0001 | 22220919D M555001 4R 2512 | 200000.00 |

### Delivery Schedule

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
|  | 4001A | 1.000 | 05/23/2023 |

2032H8-18-P-00168<br>
2000098763<br>
EGOVERNMENT SOLUTIONS, LLC

# PART III

**52.252-2 Clauses Incorporated by Reference (Feb 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov (End of clause)

**NUMBER          TITLE                    DATE**

**52.204- 7 System for Award Management (Oct 2018)**

**52.204-13 System for Award Management Maintenance (Oct 2018)**

**52.217-9 Option to Extend the Term of the Contract (Mar 2000)**

**1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP)(Jul 2019)**