# EXHIBIT 42

# Invoice #817

**eGovernment Solutions Inc**  
**DUNS:** 831040907  
**CAGE:** 5RN96  
**EIN:** 26-435-1689  
**Main Office:**  
7686 Richmond Highway, Suite 111  
Alexandria, Virginia 22306  

Contact Name: John Mark Suhy Jr  
Phone 703-862-7780  
Email: jmsuhy@egovsol.com  

**Invoice:** #817  
**Date:** June 15th, 2018  
**PO #:** 2032H8-18-P-00168  

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO ||
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 111<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **BB&T**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **0514-0426-0**<br>Bank Account Number: **1470001235222**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0001 | CDW Graphic Environment Cont. Year 1 | 1.00 | YR | $300,000(USD) | $300,000 (USD) |
|  |  |  |  | TOTAL | $300,000 (USD) |



Witness: PMQ  
Ashwani Mayur  
**EX 110**  
10/25/2022 K. Buchanan

# Invoice #827

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #827
**Date:** May 20th, 2019
**PO #:** 2032H818P00168 R 0

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO ||
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0001 | CDW Graphic Environment Cont. Option Year 1 | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | TOTAL | $200,000 (USD) |

# Invoice #901

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #901
**Date:** Jan 04th, 2020
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO ||
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0003 | CDW Graphic Environment Cont. Option Year 1 Modification. Item code: 1001B | 1.00 | YR | $216,000(USD) | $216,000 (USD) |
|  |  |  |  | **TOTAL** | $216,000 (USD) |

eGovernment Solutions Inc   -   https://egovsol.com   -   703-862-7780

EGOVS_000070

# Invoice #955

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #955
**Date:** May 27th, 2020
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO ||
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM No | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0004 | / Option Year 2 5/24/2020 # 5/23/2021CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment Item Code: 2001A | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
|  |  |  |  | **TOTAL** | $200,000 (USD) |

eGovernment Solutions Inc   -   https://egovsol.com   -   703-862-7780

EGOVS_000071

# eGovernment Solutions

# Invoice #960

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #960
**Date:** June 3rd, 2021
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO ||
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0005 | Option Year 3 5/24/2021 # 5/23/2022 CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment Item Code: 001 | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | **TOTAL** | $200,000 (USD) |

eGovernment Solutions Inc   -   https://egovsol.com   -   571-366-7096

EGOVS_000072

# eGovernment Solutions

# Invoice #912

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #912
**Date:** May 31st, 2022
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Faith Ashton<br>240-613-7368 (desk)<br>faith.m.ashton@irs.gov |
|---|---|---|

## PAYMENT TERMS / REMITTANCE INFO

| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
|---|---|
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM No | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| Line # 6<br><br>Item # 4001A | Exercise Option Year 4<br>Period of performance (5/24/2022 through 5/23/2023)<br>CDW Graphic Environment<br>Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | TOTAL | $200,000 (USD) |

# Related Documents - PO #2032H818P00168

| | |
|---|---|
| PO # | 2032H818P00168 |
| Agency | Internal Revenue Service |

## Invoices and Credit Memos

Showing 1-6 of 6

| CM | Invoice # | PO # | Amount | Invoice Date | Status; | Document Source | |
|---|---|---|---|---|---|---|---|
| | 912 | 2032H818P00168 | 200,000.00 USD | May 31, 2022 | Paid | Original | View |
| | 960 | 2032H818P00168 | 200,000.00 USD | Jun 3, 2021 | Paid | Original | View |
| | 955 | 2032H818P00168 | 200,000.00 USD | May 27, 2020 | Paid | Original | View |
| | 901 | 2032H818P00168 | 216,000.00 USD | Dec 19, 2019 | Paid | Original | View |
| | 827 | 2032H818P00168 | 200,000.00 USD | May 20, 2019 | Paid | Original | View |
| | 817 | 2032H818P00168 | 300,000.00 USD | Jun 22, 2018 | Paid | Original | View |

Showing 1-6 of 6

## Rejected and Voided Invoices History

Showing 1-2 of 2

| CM | Invoice # | PO # | Amount | Invoice Date | Status | Document Source | |
|---|---|---|---|---|---|---|---|
| | 817 | | 300,000.00 USD | Jun 15, 2018 | Rejected | Original | View |
| | 817 | | 300,000.00 USD | Jun 8, 2018 | Rejected | Original | View |

Showing 1-2 of 2

## Payments

Showing 1-7 of 7

| Payment Type | Payment Type Reference # | Payer Name | Issue Date | Returned Date | Status | Amount | Reason | |
|---|---|---|---|---|---|---|---|---|
| ACH | 101036151288912 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 13, 2022 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036152650139 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 15, 2021 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036155557259 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 17, 2020 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036151053657 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jan 9, 2020 | N/A | Settled Full | 216,000.03 USD | N/A | View |
| ACH | 101036150599539 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 5, 2019 | N/A | Settled Full | 200,000.09 USD | N/A | View |
| ACH | 101036152485380 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jul 20, 2018 | N/A | Settled Full | 300,000.00 USD | N/A | View |
| ACH | 101036153217688 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 27, 2018 | N/A | Settled Full | 300,000.00 USD | N/A | View |

Showing 1-7 of 7