# EXHIBIT 44

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Message

| | |
|---|---|
| **From:** | Suhy John M Jr [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=XTPRB99B] |
| **Sent:** | 9/13/2019 4:13:36 PM |
| **To:** | Gire Nathan J [nathan.j.gire@irs.gov] |
| **CC:** | Bourque Michael J [michael.j.bourque@irs.gov]; Dunn Michael C [michael.c.dunn@irs.gov]; D'Itri Jessica C [jessica.c.ditri@irs.gov] |
| **Subject:** | RE: Issue with ONGDB install |

This was a bug in the windows script, it is fixed in newer neo and ongdb versions.

The patched 3.5.4 version that fixes your issue can be found at the link below.

It also has the newest apoc library as well.   Just an FYI – 3.5.9 should be ready soon.

Extract it, then you can run:       bin\neo4j.bat console

███████████████████████████████████████████████████████████

**From:** Gire Nathan J <Nathan.J.Gire@irs.gov>
**Sent:** Friday, September 13, 2019 11:02 AM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Cc:** Bourque Michael J <Michael.J.Bourque@irs.gov>; Dunn Michael C <Michael.C.Dunn@irs.gov>; D'Itri Jessica C <Jessica.C.DItri@irs.gov>
**Subject:** Issue with ONGDB install

Hi John Mark,

I hope you're well!  I've got a bit of an issue with installing ONGDB through the command line.  I've attached the error I get when simply calling the neo4j file for install – any ideas on how to overcome this?

Thanks!
-Nate



Nathan Gire
Program Evaluation and Risk Analyst
IRS – Research, Applied Analytics and Statistics
Data Exploration and Testing Division
77 K Street NE, Washington, DC
Phone: (202) 803-9038

Confidential                                                                                                                              IRS-PROD-00002211