# EXHIBIT 48

# February 2021 : GraphStack Updates!

ONgDB 3.5.x and 3.6.x enterprise distributions packaged by GraphStack.io are available to download or use as docker images.

\* Starting with 3.5.26 and soon 4.2.x - users will have the option to download graphstack gdb full enterprise distros or download a single plugin that turns your Neo4j community edition distribution into an enterprise powerhouse. As always there are no limitations on cores or number of cluster instances. Clustering, security, and more are included. 100% Free.

ABOUT GRAPHSTACK     DOWNLOADS

## About GraphStack

GraphStack was created and is run by iGov Inc. We have no relationship with Neo4j Inc, the company who created and open sourced Neo4j.

## What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

GraphStack leverages many different open source technologies allowing teams to build flexible analytic platforms with a graph focus.

The platform provides the developer tooling to build production ready SAAS alternatives to Neo4j Desktop and it's apps. It focuses on allowing teams to build and deploy scalable, enterprise analytic and graph applications inside an enterprise ecosystem.

It comes with growing suite of free services/apps including graph visualization apps (free alternative to Neo4j Bloom), cross platform data access auditing service, and platform level security which allows you to apply security across all data sources that make up your ecosystem.

GraphStack is being used in large production graph environments in the US Government.

More information is coming very soon.

## Who is GraphStack for?

GraphStack is for anyone who has adopted Neo4j and plans on building a large scale production graph solution.

GraphStack is not a hosted solution. It is a suite of developer tools, apis, and services that allow you to build production ready enterprise graph SAAS platforms.

GraphStack.io

More to come soon...

## Downloads

The GraphStack.io team compiles and packages ONgDB and the new "GraphStack GDB" branded/flavored distributions as a free service for the open source graph community.

We are not sponsored or endorsed by Neo4j, or the GraphFoundation.

All source code is available and can be packaged by anyone themselves from the code in our GitHub repository (See link below.)

GraphStack.io GDB is the name we use to identify the packages we build starting from v3.5.26 on (4.2.x coming soon). We simply build Neo4j Core directly from the Neo4j GitHub Repo, then package the enterprise plugin source code into a single distribution.

These distributions have clustering, security, enterprise cypher, and everything you would expect from an enterprise graph database.

Using these distributions is as simple as copying your data and plugins folder from your Neo4j Enterprise or community version over and starting it up. (See our GitHub repository).

Starting 3.5.26 - We started packaging both an enterprise distribution as well as a 'library plugin' that simply drops into the lib directory of your Neo4j Community distribution, turning it into an enterprise workhorse. All free and no limits on cores or cluster instances. The plugins will be available shortly. See the GraphStack.io Github page for all source code, etc. The enterprise server distributions essentially package the plugin with Neo4j Core, rebrand it so you know you have a GraphStack.io distribution.

The plugin will be available as a download shortly - it is built as part of the distribution packaging.

### GraphStack.io GDB 3.5.26
#### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-gdb-3.5.26-unix.tar.gz |
| Windows 64 bit | graphstack-gdb-3.5.26-windows.zip |
| Windows 32 bit | graphstack-gdb-3.5.26-windows.zip |
| Docker Image | GraphStack GDB 3.5.26 (Enterprise) Docker Hub <br><br> ```<br>docker run \<br>   --publish=7474:7474 --publish=7687:7687 \<br>   --volume=$HOME/neo4j/data:/data \<br>   graphstack/gdb:3.5.26<br><br>  Go to:   http://localhost:7474<br>``` |

## ONgDB Enterprise 3.6.2
### Packaged by GraphStack.io Team

| Mac/Linux | [graphstack-ongdb-enterprise-3.6.2-unix.tar.gz](#) |
|---|---|
| Windows 64 bit | [graphstack-ongdb-enterprise-3.6.2-windows.zip](#) |
| Windows 32 bit | [graphstack-ongdb-enterprise-3.6.2-windows.zip](#) |
| Docker Image | [GraphStack ONgDB 3.6.2 Enterprise Docker Hub](#) <br><br> ```
docker run \
  --publish=7474:7474 --publish=7687:7687 \
  --volume=$HOME/neo4j/data:/data \
  graphstack/ongdb:3.6.2

Go to:  http://localhost:7474
``` |

## ONgDB Enterprise 3.5.22
### Packaged by GraphStack.io Team

| Mac/Linux | [graphstack-ongdb-enterprise-3.5.22-unix.tar.gz](#) |
|---|---|
| Windows 64 bit | [graphstack-ongdb-enterprise-3.5.22-windows.zip](#) |
| Windows 32 bit | [graphstack-ongdb-enterprise-3.5.22-windows.zip](#) |
| Docker Image | [GraphStack ONgDB 3.5.22 Enterprise Docker Hub](#) <br><br> ```
docker run \
  --publish=7474:7474 --publish=7687:7687 \
  --volume=$HOME/neo4j/data:/data \
  graphstack/ongdb:3.5.22

Go to:  http://localhost:7474
``` |

# About Us

iGov Inc is the company behind GraphStack.

We are open source advocates and ensure the community has access to free and open source technologies.

We are not sponsored or endorsed by Neo4j Inc, or Neo4j Sweden. (They don't seem to like us much as our free community resources compete with their expensive enterprise offerings.)

We are also not sponsored or endorsed by the GraphFoundation - the creators of ONgDB.

Case 5:18-cv-07182-EJD   Document 183-49   Filed 04/20/23   Page 5 of 5

[iGov Inc](...)

[GitHub](...)

[Docker Hub](...)



[Facebook](...)



[Twitter](...)

[info@igovsol.com](...)

iGov Inc and GraphStack has no relationship with Neo4j Inc, the innovative software company who created Neo4j.