# EXHIBIT 49

Explore

Settings

Tweet

**ian** @ianhunter · Apr 2, 2021
@neo4j do you have any stats on how many cypher/neo4j projects are in existence?
2

**John Mark** @jmsuhy · Apr 3, 2021
Replying to @ianhunter and @neo4j
Neo4j sends out stats from their installs by default so they may have an idea. The most popular forks of Neo4j : ongdb and graphstack.io GDB disable the outgoing stats 'pings' for privacy - so it would be hard to get accurate stats on those.
1

**ian** @ianhunter · Apr 3, 2021
Replying to @jmsuhy and @neo4j
Thanks. Hadn't heard of @graph_stack before.
1

**John Mark** @jmsuhy

Replying to @ianhunter @neo4j and @graph_stack

GraphStack.io - is a fork: Neo4j core code + enterprise features added back in. It is powering huge production graphs in US government. 4.x is around the corner. You can learn more about what led to the forks at

blog.igovsol.com
iGov IncBlog

8:25 AM · Apr 3, 2021

**1** Retweet **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**John Mark** @jmsuhy Follow
software developer / enterprise architect, open source advocate, entrepreneur, and amateur angler.

**ian** @ianhunter Follow

**Neo4j** @neo4j Follow
The #1 platform for connected data. Developers start here: neo4j.com/developer. Our community: community.neo4j.com Same handle on all other platforms.

## What's happening

NHL · LIVE
**Penguins at Avalanche**

Trending in United States
**Tech N9ne**

Sports · Trending
**DeAndre Hopkins**
4,920 Tweets

Trending in United States
**Lindsay Lohan**
7,217 Tweets

Sports · Trending
**Jeff Van Gundy**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

