# EXHIBIT 50

# November 2021 : GraphStack Updates!

GraphStack GDB 4.3 is expected to be released very soon.

GraphStack GDB 4.3 has adopted the GraphFoundation's ONgDB 2.x upcoming enterprise platform moving forward. The enterprise platform was built from scratch by the community which is an impressive undertaking!

**ABOUT GRAPHSTACK**   **DOWNLOADS**

## About

### What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

GraphStack leverages many different open source technologies allowing teams to build flexible analytic platforms with a graph focus.

The platform provides the developer tooling to build production ready SAAS alternatives to Neo4j Desktop and it's apps. It focuses on allowing teams to build and deploy scalable, enterprise analytic and graph applications inside an enterprise ecosystem.

It comes with growing suite of free services/apps including graph visualization apps (free alternative to Neo4j Bloom), cross platform data access auditing service, and platform level security which allows you to apply security across all data sources that make up your ecosystem.

GraphStack is being used in large production graph environments in the US Government.

### Who is GraphStack for?

GraphStack is for anyone who has adopted Neo4j and plans on building large scale production graph solutions.

GraphStack is not a hosted solution. It is a suite of developer tools, apis, and services that allow you to build and deploy / host production ready enterprise graph SAAS platforms.

More to come soon...

# Downloads

The GraphStack.io team builds and packages GraphStack GDB.

We are not sponsored or endorsed by Neo4j, or the GraphFoundation. The person behind GraphStack is also a contributor to the GraphFoundation's ONgDB fork of Neo4j.

All source code is available and can be packaged by anyone themselves from the code in our GitHub repository (See link below.)

'GraphStack GDB' is the name we use to identify the graph packages we build. GraphStack GDB first builds the core code from https://github.com/neo4j/neo4j, then packages a plugin adding clustering, security, etc into a single distribution.

Using these distributions is as simple as copying your data and plugins folder or exporting your graph using apoc and importing it into GraphStack GDB (for conflicting version numbers / versions).

Starting with 4.x - the GraphStack.io team will offer GraphStack GDB as a full distribution or as a plugin that can be dropped into a neo4j community distribution adding features such as clustering and security.

## GraphStack.io GDB 3.5.26

### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | [graphstack-gdb-3.5.26-unix.tar.gz](#) |
| Windows 64 bit | [graphstack-gdb-3.5.26-windows.zip](#) |
| Windows 32 bit | [graphstack-gdb-3.5.26-windows.zip](#) |
| Docker Image | [GraphStack GDB 3.5.26 (Enterprise) Docker Hub](#) <br><br> ```docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphstack/gdb:3.5.26

  Go to:  http://localhost:7474``` |

---

## ONgDB Enterprise 3.6.2

### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | [graphstack-ongdb-enterprise-3.6.2-unix.tar.gz](#) |
| Windows 64 bit | [graphstack-ongdb-enterprise-3.6.2-windows.zip](#) |
| Windows 32 bit | [graphstack-ongdb-enterprise-3.6.2-windows.zip](#) |

| Docker Image | GraphStack ONgDB 3.6.2 Enterprise Docker Hub |
|---|---|
| | ```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphstack/ongdb:3.6.2

  Go to:  http://localhost:7474
``` |

## ONgDB Enterprise 3.5.22

### Packaged by GraphStack.io Team

| Mac/Linux | graphstack-ongdb-enterprise-3.5.22-unix.tar.gz |
|---|---|
| Windows 64 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| Windows 32 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| Docker Image | GraphStack ONgDB 3.5.22 Enterprise Docker Hub |
| | ```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphstack/ongdb:3.5.22

  Go to:  http://localhost:7474
``` |

## About Us

We are open source advocates and ensure the community has access to free and open source technologies.

GitHub

Docker Hub



Facebook



[Twitter](#)

info@graphstack.io/a>

GraphStack has no relationship with Neo4j Inc, the creators of Neo4j.