# EXHIBIT 52

| | |
|---|---|
| **From:** | John Mark Suhy(jmsuhy@igovsol.com) |
| **To:** | Philip Kreismayr |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: future concerns, do I need to switch to Neo4j |
| **Sent:** | 03/04/2021 08:05:33 AM -0800 (PST) |
| **Attachments:** | |

Hello Philip,

I'm going to write you this week or weekend explaining everything.  I think the GraphFoundation is actually stronger than ever now that they've settled that silly lawsuit with Neo4j.

Things will make more sense once I fill you in.

But short answer is - I think you will feel much more comfortable once you know what's happening.  And the 4.2 EE release my company , iGov Inc, is finishing up will be donated to the GraphFoundation just as we did with 3.5.  I think they may call it 2.0 while we are not changing versions.

Our distributions we package, are in large federal government production environments, and we use them heavily for our internal and upcoming security products , so we are going to be maintaining, developing, and donating to the community as we have in the past for the foreseeable future.

I am starting to see an influx of people switching to our distributions because 3.5 releases are no longer on the graphfoundation site.   We simply call the distributions we package GraphStack GDB.   Everything, including the plugin,  will make sense when I write a more in depth message.  I probably need to write a blog post as well.

I'm actually moving our repos from bitbucket to GitHub to make things easier to find for the community, so we should be done with that next week.

On another note - can you send me more details about the bug you mentioned.  We will fix that issue - We just weren't aware of it and so didn't know to look to fix it.   It's important for us to fix things like this as our distributions are being used on huge graphs in the government so someone else is bound to come across it as well.



jmsuhy@igovsol.com
https://iGovsol.com


On Thu, Mar 4, 2021 at 7:33 AM Philip Kreismayr <philip.kreismayr@lemon42.com> wrote:
> Hi,
>
> I already built a larger application for one of the biggest real estate companies in germany based on ONgDB.
> We started about 2.5 years ago and therefore used version 3.5.3 i think.
> After I recently tried to upgrade the database to the latest version 3.5.22 and 3.6.2 I ran into a couple of issues.
> For instance I use neo4j-graphql-js for some services which will generate cypher queries using the head() procedure, which will fail in the newer ONgDB versions.
> Since I really want to update my DB I'm concerned that I may have reached "trhe end of the road" with ONgDB and maybe need to move to Neo4j Enterprise (maybe 4.2).
>
> What's your advice on this? Do I need to be concerned. Is ONgDB dying?

IGOV0002956759.001

I've also read the article
https://www.graphfoundation.org/graph-foundation-resolution-for-future-ongdb-development/
where you describe that versions 3.4, 3.5 and 3.6 will no longer be supported and the focus on GQL.

In contrast to all of that I'm confused by the announcement on graphstack.io

# February 2021 : GraphStack Updates!

ONgDB 3.5.x and 3.6.x enterprise distributions packaged by GraphStack.io are available to download or use as docker images.

* Starting with 3.5.26 and soon 4.2.x - users will have the option to download graphstack gdb full enterprise distros or download a single plugin that turns your Neo4j community edition distribution into an enterprise powerhouse. As always there are no limitations on cores or number of cluster instances. Clustering, security, and more are included. 100% Free.

Does this now mean that you will be able to offer a Neo4j 4.2 version via plugin for free soon?

Thanks for your advice and answer upfront!

All the best and thanks for your great work!

Best Regards,
Philip

--

_____ Best Regards Philip Kreismayr Head of Software Development lemon42 GmbH Schönbrunner Straße 108, Top 1.06 A-1050 Vienna Tel: +43-1-4030195-457 Mobil: +43-676-840 301 457 Fax: +43-1-4030195-30 www.lemon42.com Handelsgericht: Wien Firmenbuchnummer: FN 205.746v Umsatzsteuer-ID: ATU 51418103

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com