# EXHIBIT 53



| | |
|---|---|
| **From:** | Sheila Duffy <SDuffy@greystonesgroup.com> |
| **Sent:** | Wednesday, May 1, 2019 7:58 AM |
| **To:** | Crowley, Kelly A |
| **Cc:** | =SMTP:NMuthu@greystonesgroup.com; =SMTP:WMarker@greystonesgroup.com |
| **Subject:** | RE: Market Research - Agile DevSecOps IT Services GREYSTONES GROUP Response |
| **Attachments:** | Greystones Capability Statement - 1 Page.pdf; SBIR - Data Analytics - GreyRaven.pdf; Greystones Corporate Capabilities Brief + GreyRaven Demo.pdf |

Good Morning Kelly –

Thanks for reaching out to me, we are excited to show the demo for Topic Area 2. We would be available to come in for the demo on May 9th (anytime). The largest agile team we've had on a project would be about 30 FTEs. We were recently awarded a Phase 1 SBIR for data analytics, specifically ingestion, fusion and visualization of big data sets using ONgDB (Open Native Graph Database).  The technology is COTS and is currently in use at US Treasury for forensic analysis, Sony for behavioral prediction, and several financial institutions for dynamic authentication and forensic analysis.

Greystones is an EDWOSB with excellent DOD and IC past performance in; Enterprise Architecture; Big Data Analytics/AI-including Data Ingest, Data Fusion, Data Visualization; Software Development; Software Integration; Cloud Migration; Software Testing, Requirements Development; Training; Documentation; and Website Development.  Greystones' software development methodology supports both Agile and DevOps environments.  Greystones has a TS Facility Security Clearance and has been certified at CMMI SVC Level 3 and ISO 9001-2015.

Attached, are some relevant informative documents for your review and distribution to the team. If you require any additional information or have any questions please let me know.

Very Respectfully,
Sheila



Sheila Duffy
CEO and Founder
*Greystones Group*
1201 M St. SE, Suite 120, Washington, DC 20003
Office 202.644.8998 Ext 701 Mobile 202.460.0371
http://www.greystonesgroup.com

Sheila Duffy
CEO and Founder
-------------------------
*Greystones Group*
1201 M St. SE, Suite 120, Washington, DC 20003
OFFICE 202.644.8998 Ext 701  |  MOBILE 202.460.0371  |  WEB http://www.greystonesgroup.com

From: Crowley, Kelly A <kelly.a.crowley@uscis.dhs.gov>
Sent: Tuesday, April 30, 2019 2:59 PM
To: Sheila Duffy <SDuffy@greystonesgroup.com>
Subject: [BULK] Market Research - Agile DevSecOps IT Services

Good Afternoon Sheila,

The Office of Information Technology at USCIS is conducting market research and would like to invite you for a demonstration of innovative projects you have or are working on. The government is interested in agile delivery capabilities related to the three topics listed below. Please identify ONE topic you would like to address in your presentation. The 45 minute demonstration is a technical demo (no slides are permitted) of a solution in production using AWS. If you decide to demo more than one topic, please note the timeframe will still be 45 minutes. This is not a sales meeting and is limited to five people from the vendor side.

- Topic Area 1: Automation-first approach to assist in the advancement of services and technologies using artificial intelligence and machine learning for operations and site reliability

- Topic Area 2: Entity/person network relationship discovery and mapping with intelligent searching across disparate open-source data sources using artificial intelligence / machine learning models

- Topic Area 3: Fault-tolerant data connectors across disparate sources and interfaces with learning and adaptive functions

The government is interested in solutions that use opensource technologies and are deployed through a 100% automated continuous integration/continuous delivery pipeline with cybersecurity and performance testing from end-to-end.

In your response, please include the largest size agile delivery team your company has provided, the topic area with an infographic of a business solution related to USCIS, and corporate certifications (i.e. ISO, CMMI-DEV, etc).

We will be available Wednesday, Thursday, and Friday the following week on May 8th, 9th, and 10th respectively. Please pick your preferred date and indicate morning or afternoon. We will be in touch with you shortly with a more specific time.

We look forward to meeting with you.

Kelly

**Kelly Crowley**
**Identity, Records, and National Security Delivery Division**
**Office of Information Technology**
**US Citizenship and Immigration Services**
**111 Massachusetts Ave NW**
**Washington, DC**
**(202) 316-6034**

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. Access to this email by anyone other than the intended recipient is unauthorized. If you

received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify the sender immediately by return e-mail and delete all copies from your system.

**Greystones Consulting Group, LLC** 
100 M Street SE, Suite 914, Washington DC 20003
(202) 644-8998

**DUNS: 164563582 / CAGE CODE: 31RQ4 / EIN: 83-0420407**

*Corporate Overview*

| | |
|---|---|
| *Status* | Economically Disadvantaged Woman-Owned Small Business (EDWOSB, WOSB, SDB) |
| *Locations* | Corporate HQ: Washington, DC; Client Locations: Pentagon, Washington Navy Yard, Fort Leavenworth, KS, Fort Gordon, GA, Huntsville, AL |
| *Certifications* | ISO 9001-2015 / CMMI SVCS Maturity Level 3 |
| *Clearance Level* | Top Secret Facility Clearance; 90% of Employees are cleared at Secret or higher |
| *Contract Vehicles* | GSA 8(a) STARS II; Seaport-E; Seaport-NxG; GSA PSS and other several subcontracts |
| *Teaming Partners* | Alion Science and Technology, GDIT, CDI Marine Co, Janus Research and many Small Businesses |
| *Accounting Systems* | DCAA Approved |

| Greystones' Core IT Capabilities / Customers | Defense Intelligence Agency-NMEC | US NAVY NAVSEA SYSTEMS COMMAND | US ARMY CYBER COMMAND | US ARMY CYBER CENTER OF EXCELLENCE | HQDA ARMY SECURITY COOPERATION | US NAVY OFFICE OF NAVAL RESEARCH | US NAVY SEA SYSTEMS SECURITY ASSISTANCE | US NAVY OFFICE OF THE JUDGE ADVOCATE |
|---|---|---|---|---|---|---|---|---|
| **Cloud Transition** | ✓ | | ✓ | ✓ | | | | |
| **Mobile Application Development** | | | ✓ | ✓ | | | | |
| **Big Data, Data Management, and Predictive Analytics** | ✓ | | ✓ | ✓ | ✓ | | | |
| **Modeling & Simulation** | ✓ | | ✓ | ✓ | ✓ | | | |
| **Data Visualization** | ✓ | | ✓ | ✓ | ✓ | | | |
| **Decision Support** | ✓ | | ✓ | ✓ | ✓ | | ✓ | |
| **Machine Learning** | ✓ | | ✓ | | | | | |
| **User Interface and Visual Design** | ✓ | ✓ | ✓ | | | | | |
| **Application Development** | ✓ | ✓ | ✓ | | | ✓ | | ✓ |
| **Agile Software Development** | ✓ | ✓ | ✓ | | ✓ | | | |
| **Software Engineering, Development, and Integration** | ✓ | ✓ | ✓ | | ✓ | ✓ | | ✓ |
| **System Design and Architecture** | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| **System Integration** | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| **Web and Portal Systems Development, Integration, Maintenance, and Management** | | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| **Development & Test Environment Support** | ✓ | ✓ | ✓ | | ✓ | | | |
| **Data Services, Data Administration, and Database Management** | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| **Legacy Systems Modernization & Migration** | ✓ | ✓ | ✓ | | ✓ | | | ✓ |
| **Help Desk Support** | | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| **Network Operation & Maintenance** | | | | ✓ | | | | ✓ |
| **Cybersecurity** | | | ✓ | ✓ | | | | ✓ |
| **Training** | | ✓ | | | | ✓ | | |
| **Risk Management Framework** | | | | | | | | ✓ |

**Nav Muthu, COO**
+1 (301) 538-7664
nmuthu@greystonesgroup.com

**Sheila Duffy, CEO and Founder**
+1 (202) 460-0371
sduffy@greystonesgroup.com

**GREYSTONES CONSULTING GROUP, LLC**   **WWW.GREYSTONESGROUP.COM**

**Greystones Consulting Group, LLC** 
1201 M Street SE, Suite 102, Washington DC 20003
(202) 644-8998

# SBIR for Data Analytics
## Greystones SBIR Contract # FA875119PA096

Contract scope is capable of supporting the following functional areas:

- Data Analytics
- Data Management
- Data Ingest, Fusion, Visualization
- Cloud Migration and Testing
- Machine Learning
- Artificial Intelligence

- Knowledge Graph Services
- Program Management
- Training and Education
- Manpower Assessment
- Performance Metrics
- Logistics

*The key technology underlying this SBIR award is **GreyRaven**, a COTS based managed services platform for intelligence and analysis. The technology takes large sets of data and translates them into meaningful and actionable information.*

### Unique features of the GreyRaven platform

| | |
|---|---|
| **Data Control** | Government Customer, not vendor, maintains ownership of data, supports PKI, multiple data classifications |
| **Data Management** | Government Customer, not vendor, controls data, faster ingest with greater accuracy tag data upon ingestion |
| **Data Integration** | Add new or edit existing data sources with minimal effort-SME supported operational integration-business logic enhanced with AI, can assign different confidence values by data source. |
| **Application Integration** | Rapidly operationalize vendor apps and algorithms easily, quickly and securely |
| **Cloud Native** | Purpose built to seamlessly scale storage and performances needed (mirrors AWS model-no hardware purchases required) Supports AWS GovCloud C2S regions. |
| **Infrastructure Automation and Monitoring** | Highly responsive disaster recovery, Automatic load balancing, multi-region automatic failover with zero downtime |
| **Customizable Analyst Dashboard** | Highly configurable to analyst needs, can create standardized reports, Intuitive/User Friendly-faster operator training time |
| **Security** | Compliance with NIST and supports FISMA security controls, SSO API, Federated login supports CAC/PIV, Real time notification of security issues |

Capable of supporting up to 1B+ notes and edges, 1M+ edge densities, 1B+ writes/day and 100+ instance clusters, the platform has been globally deployed with zero-downtime at the following organizations:

<u>**U.S. Department of the Treasury**</u>
**Description:** Supporting 5,000+ investigators for AI forensic analysis of big data sets.
**Program Highlights:** Reduces Data Refresh processing time from >1 month to <1 minute.
**Scope/size:** Supports 1 Billion nodes/relationships.

*Sony*
**Description:** Supports AI driven User Personalization and Media Recommendations
**Program Highlights:** Reduces time to add a new data source from >1 week to < 1 minute
**Scope/size:** Supports ingest of 100+ sources (Netflix, Amazon, Hulu, HBO)

*Kharon - Illicit Finance Research Organization*
**Description:** Supports AI driven OSINT forensic analysis and automated analyst workflows
**Program Highlights:** <1 hour to support the preparation and publishing of new Intel for over 80 instances
**Scope/size:** Utilized by the top 5 Tier One global financial institutions for data curation for 50+ forensic analysts

*ForgeRock.  Identity Management Provider*
**Description:** Supports AI enhanced dynamic authorization and access controls for Fortune 500 hotel chains
**Program Highlights:** Solution supports over 40 instances at 10 milliseconds/updated authorization
**Scope/size:** 1+ Million individual user identities

### *Benefits of SBIR Phase III Vehicle*

- Distinctly unique from anything/everything associated with traditional procurement
- Sole Source (No Competition Required)
- Rapid Acquisition – Contracts awarded instantaneously
- Small Business does not have to do 51% of the work
- Ability to scope unfunded requirements for incremental funding
- Have unlimited dollar values/ceilings
- No time limit between Phase I/II award and a Phase III & No limit on quantity
- Can take any type of Government funds (e.g., OMA, O&M, SCN, WCF, RDT&E, etc.)
- Can be for "products, production, services, research/R&D"
- Flexibility in contract type (e.g., FFP, CPFF, T&M, etc.)
- No limit on Government agencies that can create or use the vehicle
- Each task order is managed like a separate contract, muti-tier subcontracting
- Ability to perform Secret, Top-Secret/SCI requirements

**Contact us for a Demo or Contract Vehicle Info:**

**Nav Muthu, COO**
+1 (301) 538-7664
nmuthu@greystonesgroup.com

**Sheila Duffy, CEO and Founder**
+1 (202) 460-0371
sduffy@greystonesgroup.com





# Briefing and Demo

PROPRIETARY NOTICE: This file contains confidential and privileged information that is protected by law. Any additional distribution without written consent of the Greystones Group CEO is unauthorized. If you received this file in error, any review, use, dissemination, distribution, or copying of the information is strictly prohibited.

# Greystones Group Fast Facts



**Incorporated in 2000:** Commercial industry focused until 2009, then transitioned to U.S. Gov/DoD

**EDWOSB:** Economically-Disadvantaged Woman-Owned Small Business

**Washington, DC Corporate Headquarters**

**Client Locations:** Pentagon, Washington Navy Yard (WNY), General Services Administration – DC,  Fort Leavenworth - KS and Huntsville – AL

**Prime Contract Vehicles:** AFWERX/AFRL SBIR Phase 1, PSS Schedule, SEAPORT-e and GSA 8(a) STARS II

**Top Secret Facility Clearance**

**AWS Consulting Partner (APN)**

**Mature Infrastructure**

- Approved Accounting System
- ISO 9001-2015
- CMMI SVCS Maturity Level 3




# Team Greystones





Greystones' extensive software development, big data analytics/AI and sustainment experience with DOD and the IC community:

- Defense Intelligence Agency-Visual Media Reasoning for Forensic Analysis

- Naval Sea Systems Command-Navy Data Environment user interface /system integration development and sustainment

- Office of Naval Research-Web based dashboard for program metric analytics

**GreyRAVEN©:**
- Neo4j-based global Connected Intelligence Platform for DOD/IC community supporting the integration of publicly available information and private data into artificial intelligence and analyst workflows.
- Supports **Joint Interface Control Document (JICD)** 4.1/4.2 compliance

# FM 3-12 2-5: Near Real Time Analysis



## RELATIONAL VS. GRAPH MODELS

### Relational Model



**Good for data that is predictable and fits into tables**

- Good for data that is predictable, fits well into tables, columns, rows, and where queries are not very join intensive.
- Performance fails as the connectedness of the data increases.
- Queries are technically complex to construct and expensive to run.

### Graph Model



**Good for finding real time connections in big data sets**

- Used to make real time connections in big datasets.
- Uses graph structures for semantic queries with nodes, edges and properties to represent and store data.
- Optimized for connected data, real time, mirrors neural networks, real time analytics.

# GraphGrid: COTS Proven Data Analytics/AI Platform



## Production Hardened Since 2013

**SCALE:**
- 100B+ Nodes and Edges
- 1M+ Edge Densities
- 1B+ Writes per Day
- 100+ Instance Clusters

**RELIABILITY:**
- Multi-Region Automatic Failover
- Zero-Downtime Lifecycle

**SECURITY:**
- AWS GovCloud, C2S Regions
- Private Global Deployments
- Routine Security Audits

## Production Use Cases Since 2013

**U.S. DEPT OF THE TREASURY:**
2 years Deployed
- Knowledge Graph Environment
- 5k+ Investigators
- >1mo to <1wk for Data Refresh
- 1B+ Nodes/Relationships

**SONY:**
5 years Deployed
- Continuous Source (100+) Ingest
- <1day to Add New source
- >1wk to <1min Source Changes
- 100+ Instances; 1B+ Writes/Day

**IDENTITY COMPANY:**
1.5 years Deployed
- Dynamic Authentication
- 1M+ Identities: People & Devices
- <10ms to Update Authorization
- 40+ Instances

**FINANCIAL COMPANIES:**
2.5 years Deployed
- OSINT on Illicit Actor Networks
- 50+ Analysts Curate Data
- <1hr to Prep & Publish New Intel
- 80+ Instances

# Rapid Technology Adoption



**Managed Services Platform for Intelligence & Analysis**

### RAPID Integration of Applications, APIs, and Algorithms



| Features | Benefits |
|---|---|
| Data Control | Government customer – not vendor – maintains ownership of data, supports PKI, multiple data classifications |
| Data Management | Government customer controls data, faster ingest with greater accuracy, tag data upon ingestion |
| Data Integration | Add new or edit existing data sources with minimal effort-SME supported operational integration-business logic enhanced with AI, can assign different confidence values by data source |
| Application Integration | Add external vendor apps easily, quickly and securely |
| Cloud Native | Purpose built to seamlessly scale storage and performance as needed (mirrors AWS model), no hardware purchases required |
| Infrastructure Automation and Monitoring | Highly responsive disaster recovery |
|  | Automatic load balancing |
| Customizable Analyst Dashboard | Highly configurable to analyst needs, can create standardized reports |
|  | Intuitive/User Friendly-faster operator training time |
| Security | Compliance with NIST and supports FISMA security controls |
|  | SSO API/Federated Login that supports CAC/PIV |
|  | Real time notification of security issues |

# Platform Functionality



# Analyst/Operator View




# Information Layers







GreyRAVEN© can analyze one layer at a time, and access all layers at the same time.

