# EXHIBIT 54

**From:** John Mark Suhy (jmsuhy@igovsol.com)
**To:** Sheila Duffy (sduffy@greystonesgroup.com)
**CC:**
**BCC:**
**Subject:** Re: Questions (UNCLASSIFIED)
**Attachments:**
**Sent:** 08/02/2019 02:17:53 PM -0700 (PST)

That would be great. They are calling me at 11:30 am EST on Monday. What is a good number for me to conference you in on?

On Fri, Aug 2, 2019, 9:49 PM Sheila Duffy <sduffy@greystonesgroup.com> wrote:

> I know of them, and yes, would love to offer a package together.  We have a contract vehicle that they would probably be interested in.  Do you want me to jump in on the call with you?
>
> **From:** John Mark Suhy <jmsuhy@igovsol.com>
> **Sent:** Friday, August 2, 2019 1:13 PM
> **To:** Sheila Duffy <sduffy@greystonesgroup.com>
> **Subject:** Fwd: Questions (UNCLASSIFIED)
>
> Do you know this division of Army?  If you would like - we can offer a package together or maybe you can push greyraven.
>
> See below.
>
> ---------- Forwarded message ---------
> From: Delawder, Colleen M CTR USARMY NGIC (USA) <colleen.m.delawder.ctr@mail.mil>
> Date: Fri, Aug 2, 2019 at 4:22 PM
> Subject: Questions (UNCLASSIFIED)
> To: jmsuhy@igovsol.com <jmsuhy@igovsol.com>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
> Sir/Ma'am,
>
> Good morning!  I received your email address from Mr. David Waugh who has been in contact with you concerning Neo4j.  I am trying to gather information and answer some questions about Neo4j as well.  Could you please give me a call at 434-951-1643 at your convenience?
>
> Thank you,
>
> Colleen
>
> Colleen Delawder, CTR
> Lead Senior Systems Engineer
> NGIC Mission Systems Engineering (NMSE) II

Phone: 434-951-1643

NIPR: colleen.m.delawder.ctr@mail.mil

SIPR: colleen.m.delawder.ctr@mail.smil.mil

JWICS: frdelcm@army.ic.gov

CLASSIFICATION: UNCLASSIFIED

--

John Mark Suhy

iGov Inc

jmsuhy@igovsol.com

703-862-7780

https://igovsol.com