# EXHIBIT 55

| | |
|---|---|
| **From:** | Sheila Duffy (sduffy@greystonesgroup.com) |
| **To:** | John Mark Suhy jmsuhy@igovsol.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Introduction GreyStonesGroup |
| **Sent:** | 08/05/2019 09:32:58 AM -0700 (PST) |
| **Attachments:** | |

Just a couple of changes in line below

-----Original Message-----
From: John Mark Suhy
Sent: Monday, August 5, 2019 12:29 PM
To: Sheila Duffy
Subject: Introduction GreyStonesGroup

Does this look good - or could you help clean it up so I can send it out?

------------

It was nice meeting you and your team today. As promised, virtual introduction to Sheila Duffy from GreyStones Group, a TS cleared EDWOSB. Their website is: https://www.greystonesgroup.com/

Greystones Group has active contract vehicles with Army, just won a recent SBIR contract vehicle that supports AI and Graph scope, and are working with Neo4j / ONgDB open source distributions.

Your teams should talk ASAP because you may be working on similar certifications and functionality around Neo4j.

I will send you another email with the links for the open source distribution downloads by tomorrow morning.

Have a great day,

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com