# EXHIBIT 56

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Delawder, Colleen M CTR USARMY NGIC (USA) colleen.m.delawder.ctr@mail.mil |
| **CC:** | Stinemire, Daniel J CTR USARMY NGIC (USA) daniel.j.stinemire.ctr@mail.mil, Sheila Duffy sduffy@greystonesgroup.com |
| **BCC:** | |
| **Subject:** | Neo4j Followup : Introduction GreyStones Group |
| **Sent:** | 08/05/2019 09:41:03 AM -0700 (PST) |
| **Attachments:** | |

It was nice meeting you and your team today. As promised, virtual introduction to Sheila Duffy from GreyStones Group, a TS cleared EDWOSB. Their website is: https://www.greystonesgroup.com/

Greystones Group has active contract vehicles with Army, just won a recent SBIR contract vehicle that supports AI and Graph scope, and are working with Neo4j / ONgDB open source distributions.

Your teams should talk ASAP because you may be working on similar certifications and functionality around Neo4j.

I will send you another email with the links for the open source distribution downloads by tomorrow morning.

Have a great day,

Respectfully,


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Fri, Aug 2, 2019 at 3:11 PM Delawder, Colleen M CTR USARMY NGIC
(USA) wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> Great, thanks! We look forward to talking to you on Monday. Enjoy your weekend as well!
>
>
>
> Best,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>

>
> NIPR: colleen.m.delawder.ctr@mail.mil
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil
>
> JWICS: frdelcm@army.ic.gov
>
>
>
> From: John Mark Suhy
> Sent: Friday, August 2, 2019 3:01 PM
> To: Delawder, Colleen M CTR USARMY NGIC (USA)
> Cc: Stinemire, Daniel J CTR USARMY NGIC (USA)
> Subject: Re: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
>
> Monday at 11:30 works for me.
>
>
>
> I am free all Monday so it is ok if you need to make any last minute changes.
>
>
>
> The best number to reach me is my personal mobile :
>
>
>
> (571) 551-8935
>
>
>
> Have a good weekend ,
>
>
>
> John Mark Suhy
>
>
>
> On Fri, Aug 2, 2019 at 8:54 PM Delawder, Colleen M CTR USARMY NGIC (USA) > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> Sorry, how about 11:30 instead?
>
>
>
> Colleen
>
>
>
> Colleen Delawder, CTR

>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov >
>
>
>
> From: Delawder, Colleen M CTR USARMY NGIC (USA)
> Sent: Friday, August 2, 2019 2:51 PM
> To: 'John Mark Suhy' >
> Cc: Stinemire, Daniel J CTR USARMY NGIC (USA) >
> Subject: RE: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> How about 10:00 on Monday? We can call you at your 703 number below.
>
>
>
> Best,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov >
>
>
>
> From: John Mark Suhy >
> Sent: Friday, August 2, 2019 2:32 PM
> To: Delawder, Colleen M CTR USARMY NGIC (USA) >
> Cc: Stinemire, Daniel J CTR USARMY NGIC (USA) >
> Subject: Re: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>

IGOV0001573316.003

>
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
>
> Sure,
>
>
>
> Let me know a time that works best for you.
>
>
>
> I am available anytime Monday.
>
>
>
> Have a good weekend,
>
>
>
> John Mark Suhy
>
>
>
>
>
>
>
> On Fri, Aug 2, 2019 at 8:24 PM Delawder, Colleen M CTR USARMY NGIC (USA) < Caution- Caution- mailto:colleen.m.delawder.ctr@mail.mil < Caution- mailto:colleen.m.delawder.ctr@mail.mil > > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> No, he sure didn't mention a free Enterprise addition. Would we be able to talk to you Monday morning sometime?
>
>
>
> Best,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643

>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > >
>
>
>
> From: John Mark Suhy < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > >
> Sent: Friday, August 2, 2019 1:11 PM
> To: Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > >
> Subject: Re: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
>
> If you talked to a Neo4j employee it is highly unlikely that they mentioned that Neo4j and the Neo4j Enterprise fork: ONgDB (Open Native Graph Database) are free and open source and require no licenses in production if you don't want phone and email support from them directly.
>
>
>
> Neo4j Staff only sell Neo4j Commercial packages and forbid their vendors from discussing or promoting the open source licensed options - so you only learned about part of the options.
>
>
>
> If you are working on any support for brand justification then you will want to know all your options.
>
>
>
> I am happy to give you a quick update of all your options to help you make an informed decision , especially since you have free options that have no limits on cores, cluster options, etc.
>
>
>
> Have a good weekend,
>
>
>
> John Mark Suhy
>
>
>
>
>
>
>
>
>

```
>
>
>
>
> On Fri, Aug 2, 2019 at 5:55 PM Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> I actually just got in contact with Gary Mann at Neo4j who was able to answer all my questions. Thanks, though,
and enjoy your weekend!
>
>
>
> Best regards,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > <
Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-
mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil <
Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-
mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > < Caution-Caution-Caution-
mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-
mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > >
>
>
>
> From: John Mark Suhy < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com >
> < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-
Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > > >
> Sent: Friday, August 2, 2019 11:53 AM
> To: Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil
< Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > >
> Subject: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
```

>  
>  
>  
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
>
> Hello Colleen,
>
>
>
> I can try giving you a call after 4 PM EST today. If I can't reach you then , I can try again Monday.
>
>
>
> Thank you,
>
>
>
> John Mark Suhy
>
> iGov Inc
>
> 703-862-7780
>
> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > > < Caution-Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > > >
>
> Caution-Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > > < Caution-Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > > >
>
>
>
> On Fri, Aug 2, 2019, 4:22 PM Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > < Caution-Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > > > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
> Sir/Ma'am,
>
> Good morning! I received your email address from Mr. David Waugh who has been in contact with you concerning Neo4j. I am trying to gather information and answer some questions about Neo4j as well. Could you

please give me a call at 434-951-1643 at your convenience?
>
> Thank you,
>
> Colleen
>
> Colleen Delawder, CTR
> Lead Senior Systems Engineer
> NGIC Mission Systems Engineering (NMSE) II
> Phone: 434-951-1643
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > < Caution-Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > >
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > > < Caution-Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > > >
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > < Caution-Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > > < Caution-Caution-Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > < Caution-Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > > >
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
> --
>
> John Mark Suhy
>
> iGov Inc
>
> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > >
>
> 703-862-7780
>
> Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-

https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > >
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
> --
>
> John Mark Suhy
>
> iGov Inc
>
> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > >
>
> 703-862-7780
>
> Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > >
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
> --
>
> John Mark Suhy
>
> iGov Inc
>
> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com >
>
> 703-862-7780
>
> Caution-https://igovsol.com < Caution-https://igovsol.com >
>
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED