# EXHIBIT 58



HOME   ABOUT US   SOLUTIONS   CONTRACT VEHICLES   CAREERS   NEWS & MEDIA

# Data Analytics and Decision Support

**SOLUTIONS**

**Data Analytics and Decision Support**

Cybersecurity & Electronic Warfare

Information Technology Solutions

Mission Planning and Operational Support

Leader Development and Education



**Start your Career with Greystones!**

Browse available positions and submit your resume, quick and easy



**Transforming Massive Data Sets into Actionable Intelligence with AI/ML/NLP**

GreyRAVEN© is a highly customizable TRL 9 COTS based open architecture AI platform based on Graph Model-Open Native Graph Database (ONgDB) that ingests, fuses and provides visualization and search capability for large data sets including unstructured message traffic, structured identity data, link charts, spreadsheets, telephony, documents, network data, sensor data—even full motion video. Searches are intuitive, without the need for a specialized query language.

The platform is currently deployed at the US Air Force, US Department of Treasury and Defense Logistics Agency as well as globally at multiple Fortune 500 companies to support real time decision making. The platform is based on microservices architecture, components are software defined, can be deployed on premises and/or cloud. The platform is adaptive, resilient, and highly scalable and rapidly manages and disseminates highly-connected text, image and sensor data and complex queries. Benefits include resiliency, flexibility for evolving data structures, faster processing speed, and AI enhanced decision making. The platform is currently globally deployed and supports 1B+ notes and edges, 1M+ edge densities, 1B+ writes/day and 100+ instance clusters.

## Performance Highlights

• Platform recognized by AFCEA as "The future architecture for big data" by AFCEA as "The future architecture for big data"
• Awarded Small Business Innovative Research (SBIR) Phase 2
• Finalist for the AF Multi Domain Operations Challenge
• Selected to exhibit at SOFWERX Data Engineering Lab Opening Event
• Selected as finalist for CYBERCOM Challenge
• Selected as 1 of 18 companies worldwide to exhibit at the SOFIC Ignite Platform

**GreyRaven Benefits**

- Optimized for Interoperability
- Supports Rapid Operationalization of Capabilities
- Open Architecture



HOME   ABOUT US   SOLUTIONS   CONTRACT VEHICLES   CAREERS   NEWS & MEDIA

© COPYRIGHT 2017 GREYSTONES. ALL RIGHTS RESERVED.   PRIVACY POLICY • TERMS AND CONDITIONS • CONTACT US

FACEBOOK   TWITTER   LINKEDIN   SITE DESIGN BY ACS CREATIVE