# EXHIBIT 59

The Wayback Machine - https://web.archive.org/web/20210301122004/https://greystonesgroup.com/greystones-group-awarded-small-business-innovative-research-sbir-contract/



HOME    ABOUT US    SOLUTIONS    CONTRACT VEHICLES    CAREERS    NEWS & MEDIA

# Greystones Group Awarded Small Business Innovative Research (SBIR) Contract

**Recent Posts**

Mike Murphy joins Greystones Group as Chief Operating Officer

Greystones Group and Peake Awarded Admiral Gooding Center Support Contract

Greystones Group Announces Award of a Phase II Small Business Innovation Research (SBIR) contract

Greystones Group Selected to Exhibit at Ignite/SOFIC

Greystones Group Selected to Exhibit at Pioneering SOFWERX Data Engineering Lab Opening Event

**Archives**

August 2020
June 2020
March 2020
September 2019
August 2019
June 2019
March 2019
September 2018
November 2017
August 2017
July 2017
April 2017
March 2017
November 2016

MARCH 6, 2019   |   GREYSTONESGROUP   |   NEWS RELEASE



**Washington, D.C.** – Greystones Group, the D.C. based professional Consulting, Information Technology and Engineering firm was awarded a competitive contract by Air Force Research Labs for GreyRAVEN©, a proven Commercial Off the Shelf (COTS) big data analytics managed services platform, to provide data analytics support and cloud migration services. GreyRAVEN is a TRL 9 COTS based open architecture AI platform based on Graph Model-Open Native Graph Database (ONgDB) that ingests, fuses and provides visualization of large data sets. It has been deployed at multiple locations since 2013, including US Department of Treasury, Defense Logistics Agency and globally at multiple Fortune 500 companies to support real time decision making. The platform is based on microservices architecture, components are software defined, can be deployed on premises and/or cloud. The platform is adaptive, resilient, and highly scalable and rapidly manages and disseminates highly-connected text, image and sensor data and complex queries. Benefits include resiliency, flexibility for evolving data structures, faster processing speed, and AI enhanced decision making. The platform is currently globally deployed and supports 1B+ notes and edges, 1M+ edge densities, 1B+ writes/day and 100+ instance clusters.

Facebook    Twitter    Google+    LinkedIn    E-Mail

**Start your Career with Greystones!**

Browse available positions and submit your resume, quick and easy

© COPYRIGHT 2017 GREYSTONES. ALL RIGHTS RESERVED.    PRIVACY POLICY  •  TERMS AND CONDITIONS  •  CONTACT US

FACEBOOK   TWITTER   LINKEDIN   SITE DESIGN BY ACS CREATIVE