# EXHIBIT 60

3/23/23, 3:22 PM                Greystones Group Announces Award of a Phase II Small Business Innovation Research (SBIR) contract - Greystones Group

Case 5:18-cv-07182-EJD Document 183-61 Filed 04/20/23 Page 2 of 3



HOME    ABOUT US    SOLUTIONS    CONTRACT VEHICLES    CAREERS    NEWS & MEDIA

### Recent Posts

Mike Murphy joins Greystones Group as Chief Operating Officer

Greystones Group and Peake Awarded Admiral Gooding Center Support Contract

Greystones Group Announces Award of a Phase II Small Business Innovation Research (SBIR) contract

Greystones Group Selected to Exhibit at Ignite/SOFIC

Greystones Group Selected to Exhibit at Pioneering SOFWERX Data Engineering Lab Opening Event

### Archives

August 2020
June 2020
March 2020
September 2019
August 2019
June 2019
March 2019
September 2018
November 2017
August 2017
July 2017
April 2017
March 2017
November 2016

**Start your Career with Greystones!**

Browse available positions and submit your resume, quick and easy

# Greystones Group Announces Award of a Phase II Small Business Innovation Research (SBIR) contract

JUNE 10, 2020    |    GREYSTONESGROUP    |    GREYSTONES UPDATE, NEWS RELEASE

Under the 1-year contract sponsored by Air Force Research Labs (AFRL), Greystones will deliver real-time, AI/ML/NLP-based analysis of Multi-Domain data to the AF, DoD & Allied Forces using GreyRAVEN© – a TRL 9, COTS-based collaboration platform providing real-time analysis and decision support via Knowledge Graph-driven AI, deep learning neural networks and Natural Language Processing technologies. The open architecture platform is optimized for scalability, interoperability with legacy infrastructure/systems and the rapid operationalization of mission solutions – at the tactical edge and enterprise level – generating AI/ML-derived actionable insights in days versus months/years. The platform includes thousands of highly customizable data sources (including all major social media venues), algorithms, applications and user interface templates and is currently globally deployed and supports 1B+ notes and edges, 1M+ edge densities, 1B+ writes/day and 100+ instance clusters.

The GreyRAVEN architecture is recognized by AFCEA as the "Big Data architecture of the future," and GreyRAVEN was selected as finalist for both the AF Multi-Domain Operations Challenge and CYBERCOM Challenge and selected to exhibit at the SOFWERX Data Engineering Lab opening event.  "Our people and technology are highly sought after around the world to solve the difficult AI/ML challenges and we are excited to expand this expertise within the DoD", said Sheila Duffy, Greystones Group CEO and Founder.  "Given the logarithmic increase in speed and volume of data collection, DoD recognizes the value and critical importance of proven technology that can integrate and adapt quickly, cost-effectively and securely with existing DoD infrastructure."

Greystones Group is a TS Cleared EDWOSB, proudly supporting IC, DoD & Civilian agency clients since 2000.

 Facebook       Twitter       Google+       LinkedIn       E-Mail

3/23/23, 3:22 PM  Greystones Group Announces Award of a Phase II Small Business Innovation Research (SBIR) contract - Greystones Group

Case 5:18-cv-07182-EJD Document 183-61 Filed 04/20/23 Page 3 of 3



HOME  ABOUT US  SOLUTIONS  CONTRACT VEHICLES  CAREERS  NEWS & MEDIA

FACEBOOK   TWITTER   LINKEDIN    SITE DESIGN BY ACS CREATIVE