# EXHIBIT 62

| | |
|---|---|
| **From:** | Diane Griffith(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dfc2720e2fca40879270e967fa9ea97d-Diane Griff) |
| **To:** | Shahak Nagiel |
| **CC:** | Peter Loats; Jim Mantheiy |
| **BCC:** | |
| **Subject:** | Re: Neo4j licensing |
| **Sent:** | 10/17/2018 01:13:42 AM -0700 (PST) |
| **Attachments:** | |



Witness:
Jim Weyant 30(b)(6)
**EX 44**
9/16/2022 B. Gerald

Up front, some reasons why we may need the neo4j distro that has a license giving access to the neo4j enterprise features (so neo4j ccommercical license or the enterprise free bundle from iGov/GraphStack), can be found here but reasons that apply include:
- Casual clustering
- HA availability
- IntraCluster Encryption to secure traffic between nodes/datacenters
- Unlock number of cores allowed
- Claims cypher performance increases
- Potential of some of the property level constraints and security abilities if we can find the right hook

Specifically on iGov/GraphStacK, why did I think we needed to pay them if we wanted to use Neo4j and get the enterprise features? It has to do with the blog that explains what iGov bundles and makes available and what Neo4j did to sort of hide the enterprise edition which you can read here, but snippet that explained we still needed one more piece beyond the download from GraphStack is:

"Right now the only difference between the paid Neo4j Enterprise (commercial) binary and Neo4j Enterprise (open source) binary (we compile from source) is that intra-cluster encryption is still off by default in the AGPLv3 version.

We turn it back on for our federal customers via a new component in our FISMA framework, which will be available on github for everyone to use soon."

This lead me to believe FISMA bundling (not the 508 toolkit) is what gives us the casual clustering and/or encryption features back. I believe this is important and wanted to guarantee the encryption between nodes versus some more complex ssh tunneling needs between nodes. When I talked about this in the one standup Chris Stepntiz even said that would be important given the tunneling they had to do between elastic nodes. I believe the SSP and even all the securing requirements would dictate that some sort of encryption be necessary if clustered and we would have a need for clustering in the architecture.

I haven't found their FISMA piece yet (i.e. that blog said which will be available on github for everyone to use soon). I am waiting on information back from iGov on their pricing structure and to verify that is how one gets the encrpyption back. I need to verify we still have access to the HA features. There are scenarios that describe if one would want to use casual clustering or HA clusters:

https://www.1and1.com/cloud-community/use/database/neo4j/use-case-neo4j-causal-vs-high-availability-cluster/

And some applicable documentation parts from Neo4j may include:

https://neo4j.com/docs/operations-manual/current/clustering/introduction/
https://neo4j.com/docs/operations-manual/current/clustering/multi-data-center/design/

Do does that help clean up the whole FISMA thing, what I think may be important features for Neo4j and some complexities to their bundling that Is going on?

It is really unclear to me if any other features disappear from a non commercial but still enterprise bundle of neo4j (like the cypher query increases). I want to say no but I was trying to get clarification from iGov on that too.

But yes with commercial Neo4j license one for sure gets the enterprise features, gets access to Neo4j Desktop with real license and Neo4j bloom (unclear if one activation key would unlock bloom and desktop for all developers on the high side, etc), but then have to deal with how many cores are paid for, now many instances, etc.

Diane

(Side note, I installed the iGov/GraphStack enterprise bundle on karmasoul servers but I think the ad hoc queries were done against maybe a commercial license neo4j on one of our laptops vs enterprise version. I can confirm this if you want

CONFIDENTIAL
CACI00004994

and we can decide if the queries get run against the karmasoul servers)

From: Shahak Nagiel <shahak.nagiel@nextcentury.com>
Date: Tuesday, October 16, 2018 at 10:38 PM
To: Diane Griffith <diane.griffith@nextcentury.com>
Cc: Peter Loats <peter.loats@nextcentury.com>, Jim Mantheiy <jim.mantheiy@nextcentury.com>
Subject: Neo4j licensing

Diane,

From what I can gather via GraphStack, all the capabilities of Neo4j Enterprise are available under the AGPL 3.0 FOSS license, right?

The iGov page seems to reference the $25k+ (one time, not annual) "development package" they offer for government customers, but they do not appear to be a licensed Neo4j distributor/reseller; they are simply offering the open-sourced (AGPLv3) software and bundling some of their own consulting services and utilities on top, as far as I can tell? Maybe this would be worthwhile...but maybe not? It's not clear what the "+" means in $25k+ (what is that based on?), and how long the consulting services are good for? (Or if they're even worthwhile?)

As for the FISMA and 508 compliant stuff they mention...

(a) I'm not sure whether it's really necessary (FISMA I've never heard of as a requirement in our work, and 508 only applies to UI tools to my knowledge), and
(b) these aren't any Neo4j capabilities they're unlocking; they simply appear to be some iGov consulting or utilities specifically aimed at satisfying these regulations somehow.

So...about the only things that a commercial license subscription from Neo4j seems to really buy are:

(a) professional services, and

(b) the Desktop set of tools (including Bloom)...which are cool but hardly critical, IMHO.

Am I missing anything?

Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.