# EXHIBIT 64



Witness:
Jim Weyant 30(b)(6)
**EX 47**
9/16/2022 B. Gerald

| | |
|---|---|
| **From:** | John Mark Suhy(jmsuhy@igovsol.com) |
| **To:** | Shahak Nagiel |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Neo4j licensing |
| **Sent:** | 01/04/2019 05:54:54 AM -0800 (PST) |
| **Attachments:** | |

Good afternoon and Happy New year to you as well.

We jumped right to ONgDB 3.5.1 and it is in testing right now.

Everything is looking good so far.

I am meeting with the team Monday and should have a release date then.

This first 3.5 release took longer than normal minor release versions. We merged all the enterprise code base back into the fork now (instead of maintaining it as a seperate module) now that Neo4j has gone closed around enterprise.

We aim at having minor releases ready after Neo4j tags the release in their repo.

Feel free to reach out anytime.

We have a public slack group setup as well, which we will announce soon.

Thank you,

John Mark


On Wed, Jan 2, 2019, 11:08 AM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John. Happy New Year.
>
> Any idea when the 3.5.0 release of ONgDB is expected?
>
> 
>
> **Shahak Nagiel**
> Principal Engineer
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com
>
> 
>
> 2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com
>
> 
>
> CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Monday, October 29, 2018 10:01 AM
To: Shahak Nagiel
Subject: Re: Neo4j licensing

There are now 7 companies who are sponsoring the Graph Foundation , and a growing team of people who are going to start helping manage the distribution process.

If or when Neo4j Inc takes Neo4j closed source, or starts adding a large number of proprietary add-ons,
then the foundation has a team of paid, and open source contributors who will be ensuring feature parity across ONgDB and Neo4j.

The goal of the Graph Foundation is to ensure that this technology stays free and open. It sets up an Apache style governance model with the goal of ensuring no single company or person has control over it.

If your company would like to be involved in the foundation, let me know and I can connect you with the appropriate contact at the foundation.

My company helps manage the distributions right now while the Foundation elects the new distribution team for 2019. We also donated our neo4j-oe project to the foundation.

Here are the most current sponsors of the foundation. https://www.graphfoundation.org/support/thanks/

Thanks,

John Mark

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com


On Sat, Oct 27, 2018 at 5:38 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Thanks, John.
>
> Out of curiosity: How many partners/contributors are involved with ONgDB?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

   

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Friday, October 26, 2018 8:48:30 PM
To: Shahak Nagiel
Cc: Diane Griffith
Subject: Re: Neo4j licensing

Good evening,

Yes, the open source enterprise distributions we package have the this feature. (ONgDB does as well)

Simply set the property to true and the features are enabled.

Have a good evening.

John Mark Suhy

On Fri, Oct 26, 2018 at 3:05 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John,
>
> Can you comment on the iGov-packaged enterprise distribution specifically with respect to multi-data centers? As stated:
>
>> In order to confirm that you are operating under a suitable license, you must explicitly set the following in neo4j.conf:
>>
>> ```
>> causal_clustering.multi_dc_license=true
>> ```
>>
>> Without this configuration all of the multi-data center features will remain disabled.
>
> Have you verified this works without the commercial license?
>
> 
>
> Shahak Nagiel
> Principal Engineer
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Monday, October 22, 2018 10:10 PM
To: Shahak Nagiel
Cc: Diane Griffith
Subject: Re: Neo4j licensing

If they are planning on adding many more proprietary components , then I would suspect it would have to be in future releases such as 3.5 and beyond in the roadmap.
Not in the 3.4.x versions which are incredibly powerful.

There is actually a team in place at the GraphFoundation that will ensure the future Neo4j open source enterprise distributions have feature parity with the commercial distributions if Neo4j Inc does try to take future features closed source. It will be hard to compete with themselves, as 3.4 is incredibly powerful and fast.

On another note, have you also looked at TigerGraph? It may be a technology you may want to also through into the evaluations, especially if you are considering closed source graph databases.


Have a good evening,

John Mark Suhy




John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com


On Mon, Oct 22, 2018 at 9:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> A little more reading...

CONFIDENTIAL

https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

So has anything changed since then, to your knowledge (ie only the causal cluster encryption)?

Get Outlook for Android

---

From: Shahak Nagiel
Sent: Monday, October 22, 2018 8:50:18 PM
To: jmsuhy@purethink.com
Cc: Diane Griffith
Subject: Neo4j licensing

Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

> Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.
>
> When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

CONFIDENTIAL
CACI00003836

> --
> John Mark Suhy
> iGov Inc
> jmsuhy@igovsol.com
> 703-862-7780
> https://igovsol.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

CONFIDENTIAL CACI00003837