# EXHIBIT 65

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendants and Counter
Claimants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**PURETHINK LLC AND IGOV INC.'S AMENDED RESPONSE TO NEO4J, INC.'S FIRST SET OF INTERROGATORIES TO PURETHINK LLC AND IGOV INC.** |

**PROPOUNDING PARTY:**     **NEO4J, INC.**

**RESPONDING PARTY:**     **PURETHINK LLC and IGOV INC.**

**DISCOVERY:**     **Interrogatories**

**SET:**     **One – Amended Response**

1    Ohio

2    Philip Rathle : Neo4j Inc

3    Emil Eifrem : Neo4j Inc

4

5    Other Related Documents:

6    See: https://github.com/neo4j/neo4j

7

8    **INTERROGATORY NO. 4:**

9        *IDENTIFY all facts and DOCUMENTS supporting YOUR contention in Paragraph 18 of*

10   *the YOUR COUNTERCLAIM that "when the IRS asked PureThink the difference between Neo4j*

11   *open source and NEO4J, Inc.'s commercial version, NEO4J, Inc. told PureThink to tell the IRS*

12   *the open source version had to be an open use. When PureThink would not make this statement to*

13   *IRS, NEO4J, Inc. then proceeded to reach out directly to IRS personnel directly with this*

14   *message," and the four (4) persons most knowledgeable about such facts.*

15       **RESPONSE:**

16

17   -    4.1 Removed.

18

19   -    4.2 On or about March 15, 2017:  Mike Dunn from IRS had a phone call with John

20        Mark Suhy and told him that Jason Zagalsky and John Broad had several discussions

21        with IRS employees including Mike Dunn, where they told IRS that they could not

22        use Neo4j Enterprise under the AGPL license in production or in the current or any

23        future projects that were not open source.

24

25   -    4.4 On or about March 29, 2017 – John Mark Suhy had a phone call with John Broad

26        and Jason Zagalsky regarding IRS asking about Neo4j Enterprise and AGPL On that

27        call, and in one or more follow up calls the following days,  John Mark Suhy was told

28

1   to dodge the question about AGPL and instead talk about Neo4j Inc's intent.  John

2   Broad and/or Jason Zagalsky also told John Mark Suhy that there was a document

3   their sales teams could use if the question of AGPL came up.  It was called the "Fair

4   Trade" license or document.   John Mark Suhy was guided to tell IRS that they could

5   not use Neo4j Enterprise AGPL licensed distributions in production, and that they had

6   to purchase the Neo4j Enterprise Government Edition package.

7

8   -   4.5 On April 4, 2017 – John Broad sent John Mark Suhy an email following up on the

9       previous discussions.  John Broad asked if John Mark was "with them" in

10      communicating their misleading interpretation of AGPL to IRS.  John Mark Suhy was

11      not "with them".

12      See file: INTEROGS-PURETHINK-IGOV-1/000191-000191.pdf

13

14  -   4.6 IRS was a client of PureThink, not of Neo4j Inc.

15

16  -   4.7 On or about April 4, 2017, without consulting John Mark Suhy, Jason Zagalsky

17      sent an email to IRS making the misleading statements John Mark Suhy would not

18      agree to.  John Mark Suhy responded to the email explaining that Jason was wrong,

19      and that IRS could indeed use Neo4j Enterprise AGPL distributions in production and

20      for non-open source projects as allowed by the AGPL license.  Jason Zagalsky

21      responded to John Mark's response in which he wrote:

22      "*John Mark,*

23      *Do you realize that you replied-all including IRS folks?  Why are you advising them*

24      *based on your incorrect interpretation of Neo's intent?  Did you even read my email*

25      *and the links and the document?  They cannot use AGPL for EE... Period.  Unless they*

26      *are open sourcing their application, which I expect they can not and will not.  Again,*

27      *you should NOT be advising them that they can use EE under AGPL.*

28      *I suggest that you quickly reply-all telling them to disregard your reply.*"

- 15 -

1

2    See files: INTEROGS-PURETHINK-IGOV-1/000193-000204.pdf, INTEROGS-

3    PURETHINK-IGOV-1/000205-000205.pdf, INTEROGS-PURETHINK-IGOV-

4    1/000206-000206.pdf

5

6    People knowledgeable of facts:

7    John Mark Suhy
8    703-862-7780
     jmsuhy@purethink.com
9    Alexandria, VA

10   John Broad: Neo4j Inc.

11   Jason Zagalsky: Neo4j Inc.

12   Michael Dunn
13   IRS Employee
     850 Trafalgar Ct
14   Maitland, FL 32751
     Michael.C.Dunn@irs.gov
15   321-253-7609

16
     Jeff Butler
17   IRS (Manager)
     77 K St NE
18   Washington, DC 20002
     jeff.butler@irs.gov
19

20   Rahul Tikekar
     IRS
21   77 K St NE
     Washington, DC 20002
22   Rahul.Tikekar@irs.gov

23

24   Other Related Files:

     000191-000191.pdf
25

26   000193-000204.pdf

27

28

PURETHINK LLC AND IGOV INC.'S AMENDED RESPONSE TO NEO4J, INC.'S FIRST SET OF
INTERROGATORIES

1    **INTERROGATORY NO. 5**:

2        *IDENTIFY all facts, DOCUMENTS and the legal basis supporting YOUR contention in*

3    *Paragraph 18 of the YOUR COUNTERCLAIM that "NEO4J, Inc. unlawfully restricts third*

4    *parties from supporting the free open source version so NEO4J, Inc. can license and support the*

5    *same software under an expensive commercial license without fear of honest competition," and*

6    *the four (4) persons most knowledgeable about such facts.*

7        **RESPONSE:**

8    -    5.1 Neo4j Inc. has restricted PureThink and John Suhy from using the open source

9         version of Neo4j by telling third parties they cannot do business with them under the

10        restrictive terms of the Partner Agreement ( Sections 4.3.1 and 4.3.2 Exhibit B to the

11        Counterclaim) which is violation of California Business and Professions Code §16600

12        and responding parties have a license from the owner of the software, Neo4J Sweden

13        AB, to license and support the open source software which Neo4j Inc. has no right to

14        restrict.

15

16   -    5.2 On or about April 2016 PureThink and Neo4j Inc. entered into an agreement over

17        an upcoming IRS procurement. Over the previous year Neo4j Inc. had been trying to

18        get IRS to procure a Neo4j Enterprise package.  IRS was using Neo4j Community

19        Edition under its open source license already and did not see the benefit of paying a

20        large amount of money for support when their existing system was being operated and

21        supported already.   IRS indicated they were not interested in purchasing a Neo4j

22        subscription around March-April 2016 because they needed a solution built before

23        they could pay to have anything supported for the solution. See file: INTEROGS-

24        PURETHINK-IGOV-1/00005893-A001-A010.pdf

25        John Mark Suhy spoke with Neo4j and proposed that PureThink submit a proposal to

26        build the solution they needed, which would lead to re-occurring revenue in the follow

27        up years from Neo4j Government Edition package subscriptions.   Over many emails

28        and phone conversations, John Mark convinced the Neo4j Team that not taking the

- 17 -

retired and that they could work with IRS to find another solution for their needs.

- 5.16 On or about June 30, 2017 – PureThink responded to the breach accusations. John Broad responded that he was not happy we did not respond quickly.  We had responded within the time given, and there were no breaches we knew of that could be fixed.  See file: INTEROGS-PURETHINK-IGOV-1/000222-000266.pdf

- 5.17 On or about June 30, 2017, a few hours after John Mark Suhy sent the breach response letter, and still within the 30-day limit to fix the any breaches, John Broad sent a termination letter signed by Lars Nordwall.  There was no attempt to answer the questions or discuss concerns we had sent in the breach response email above. See file: INTEROGS-PURETHINK-IGOV-1/000222-000266.pdf

- 5.18 On or about July 6, 2017 – John Broad sent an email indicating the termination was rescinded.   See file: INTEROGS-PURETHINK-IGOV-1/000222-000266.pdf

- 5.19 On or about July 11, 2017 – John Broad sent PureThink an email with a new termination letter.     Jason Zagalsky sent the termination letter to PureThink's client (IRS) before sending it to PureThink.  Jason had no reason or right to discuss these concerns with our client, this was a legal matter between PureThink and Neo4j Inc. See files: INTEROGS-PURETHINK-IGOV-1/000222-000266.pdf , INTEROGS-PURETHINK-IGOV-1/000298-000299.pdf

- 5.20 On or about July 17, 2017 Jason Zagalsky sent a follow up email to Mike Dunn regarding PureThink's termination. In this email he made several false statements including the following: "Until Neo receives such a purchase order, please be advised that IRS does not have a license to use the Government Edition or Enterprise Edition of Neo4j.".  This is a false statement.  The Neo4j Enterprise license file states "If you

- 23 -

1    have not executed a Commercial Agreement with Neo Technology, the Software is

2    subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE"

3    See files: INTEROGS-PURETHINK-IGOV-1/00007613-00007617.pdf,  INTEROGS-

4    PURETHINK-IGOV-1/00035009-00035019.pdf

5

6    -    5.21 John Mark Suhy had several phone conversations with Mike Dunn and other IRS

7    employees about Jason Zagalsky's behavior.  They were confused why he was

8    reaching out to IRS, as IRS had a contract with PureThink, not with Neo4j Inc.  IRS

9    told John Mark Suhy that the legal issues were between PureThink and Neo4j Inc.

10   John Mark Suhy told IRS that he had no control over Jason as Jason did not work for

11   PureThink.

12

13   -    5.22 PureThink and DHS:  In 2017 Brian Rodrigue had a phone call with John Mark

14   Suhy where he explained why PureThink did not get the award.

15

16   -    5.23 On or about May to July 2017 –  Neo4j Inc. employees had a phone conversation

17   with the DHS USCIS who had reached out to Neo4j to gather / and or verify some

18   details for the Neo4j Government Edition procurement. At this point, Brian Rodrigue

19   had already told John Mark Suhy via email, that the recommendation was to procure

20   Neo4j Government Edition with PureThink.

21   On the phone call, Neo4j Inc. was told that DHS had decided to procure Neo4j

22   Government Edition through PureThink.  The Neo4j people on the phone told DHS

23   team that DHS could not work with PureThink and had to go through another vendor.

24   Brian Rodrigue (DHS Team) who told John Mark about the incident, and who was on

25   the call said it was an uncomfortable situation and caught the DHS team by surprise as

26   the recommendation to go with Neo4j  because in part because of PureThink's time

27   and effort helping around the procurement / research process.

28   See file: INTEROGS-PURETHINK-IGOV-1/000304-000306.pdf

1

2

3       -    5.24 On information and belief similar interference as to the above statements is

4            believed to have occurred with other agencies to include but not limited to NGA, other

5            DHS organizations, Airforce, Northrup Grumman, and unknown organizations which

6            would have considered PureThink as part of the government procurement process.

7       -    5.25 In a September 19, 2017 letter to the IRS, Counsel for Neo4j Inc. represented that

8            "PureThink, is not authorized to provide the solicited graph database software and
             services in support of the CKGE."
9
             and
10
             "Neo owns software that meets all requirements for the continued operation of the
11           CKGE to meet user demands...".

12           The statement above is false as Neo4j was just one piece of CKGE and Neo4j Inc. did
             not own the other software that made up or could have been dropped in to make
13           CKGE.

14           See file: INTEROGS-PURETHINK-IGOV-1/000267-000279.pdf

15

16      -    5.26 On or about 2018 John Mark Suhy spoke with Steven Baker via skype. Steven

17           worked for Neo4j Inc.  Steven told John Mark that Neo4j Inc. was "out to get him"

18           and that PureThink and John Mark were hated at Neo4j Inc.   He stated that he was

19           told that John Mark's promotion of open source licenses was causing Neo4j Inc.to lose

20           a lot of money.  He also said that Neo4j had been planning on trying to sue John Mark

21           Suhy with the expectation that he would not have the money to "lawyer up".  He said

22           they expected a quick settlement which would take John Mark and his companies out

23           of the picture.   He said they told employees they would go after John Mark and his

24           company(s) using trademark law.

25

26      -    5.27 On or about March 15, 2017:  Mike Dunn from IRS had a phone call with John

27           Mark Suhy and told him that Jason Zagalsky and John Broad had several discussions

28

PURETHINK LLC AND IGOV INC.'S AMENDED RESPONSE TO NEO4J, INC.'S FIRST SET OF
INTERROGATORIES

1    with IRS employees including Mike Dunn, where they told IRS that they could not

2    use Neo4j Enterprise under the AGPL license in production or in the current or any

3    future projects that were not open source.

4

5    -    5.28 On or about March 29, 2017 – John Mark Suhy had a phone call with John Broad

6    and Jason Zagalsky regarding IRS asking about Neo4j Enterprise and AGPL On that

7    call, and in one or more follow up calls the following days,  John Mark Suhy was told

8    to dodge the question about AGPL and instead talk about Neo4j Inc's intent.  John

9    Broad and/or Jason Zagalsky also told John Mark Suhy that there was a document

10   their sales teams could use if the question of AGPL came up.  It was called the "Fair

11   Trade" license or document.   John Mark Suhy was guided to tell IRS that they could

12   not use Neo4j Enterprise AGPL licensed distributions in production, and that they had

13   to purchase the Neo4j Enterprise Government Edition package.

14

15   -    5.29 On April 4, 2017 – John Broad sent John Mark Suhy an email following up on

16   the previous discussions.  John Broad asked if John Mark was "with them" in

17   communicating their misleading interpretation of AGPL to IRS.  John Mark Suhy was

18   not "with them".

19   See file: INTEROGS-PURETHINK-IGOV-1/000191-000191.pdf

20

21   -    5.30 IRS was a client of PureThink, not of Neo4j Inc.

22

23   -    5.31On or about April 4, 2017, without consulting John Mark Suhy, Jason Zagalsky

24   sent an email to IRS making the misleading statements John Mark Suhy would not

25   agree to.  John Mark Suhy responded to the email explaining that Jason was wrong,

26   and that IRS could indeed use Neo4j Enterprise AGPL distributions in production and

27   for non-open source projects as allowed by the AGPL license.  Jason Zagalsky

28   responded to John Mark's response in which he wrote:

1    "*John Mark,*

2    *Do you realize that you replied-all including IRS folks?  Why are you advising them*

3    *based on your incorrect interpretation of Neo's intent?  Did you even read my email*

4    *and the links and the document?  They cannot use AGPL for EE... Period.  Unless they*

5    *are open sourcing their application, which I expect they can not and will not.  Again,*

6    *you should NOT be advising them that they can use EE under AGPL.*

7    *I suggest that you quickly reply-all telling them to disregard your reply.*"

8

9    See files:  INTEROGS-PURETHINK-IGOV-1/000193-000204.pdf,  INTEROGS-

10   PURETHINK-IGOV-1/000205-000205.pdf, INTEROGS-PURETHINK-IGOV-

11   1/000206-000206.pdf

12

13

14   People knowledgeable of facts:

15

16   John Mark Suhy
     703-862-7780

17   jmsuhy@purethink.com
     Alexandria, VA

18

19   John Broad : Neo4j Inc.

20   Jason Zagalsky : Neo4j Inc

21   Lars Nordwall: Neo4j Inc.

22   Michael Dunn
     IRS Employee

23   850 Trafalgar Ct
     Maitland, FL 32751

24   Michael.C.Dunn@irs.gov

25   321-253-7609

26   Chris Hess
     IRS (Manager)

27   77 K St NE
     Washington, DC 20002

28

- 27 -

goods and services sold under the trademark are maintained. Uncontrolled licensing is called

naked licensing and results in abandonment of the trademark.  Neo4j Inc. claims to own the

trademark to NEO4J. Yet a software product names NEO4J, without any ® designation is

licensed and freely available for download on GitHub-a repository for open source software-

without any quality controls over the software. Anyone may then download the software and

modify it without any quality control standards imposed by anyone. Thus, Neo4j Inc. has not

imposed any quality standards over a product bearing its trademark and has abandoned the

trademark.   People who have read the AGPL license and understands that Neo4j Inc. claims to

own the trademark but the software is licensed by a third party and that the source code to the

software may be modified in any fashion and there are no quality controls in the license and

owner of the software imposes no quality controls over use or modification of the software.


            People knowledgeable of facts:

            John Mark Suhy
            703-862-7780
            jmsuhy@purethink.com
            Alexandria, VA


Discovery is ongoing, Responding party reserves the right to supplement its response to this

interrogatory.

Dated: November 22, 2019                    _____
                                            Adron W. Beene SB# 129040
                                            Adron G. Beene SB# 298088
                                            Attorney At Law
                                            1754 Technology Drive, Suite 228
                                            San Jose, CA 95110
                                            Tel: (408) 392-9233
                                            Fax: (866) 329-0453
                                            adron@adronlaw.com

                                            Attorney For Defendants and Counter
                                            Claimants PURETHINK LLC, a Delaware
                                            Limited Liability Company, IGOV INC., a
                                            Virginia Corporation, and JOHN MARK
                                            SUHY

PURETHINK LLC AND IGOV INC.'S AMENDED RESPONSE TO NEO4J, INC.'S FIRST SET OF
INTERROGATORIES

1

## Verification

2

3
I, John Mark Suhy, am a defendant, and an officer for defendants Purethink LLC and IGOV Inc. in the above cause of action. I have read the following:

4
**PURETHINK LLC AND IGOV INC.'S AMENDED RESPONSE TO NEO4J, INC.'S FIRST SET OF INTERROGATORIES TO PURETHINK LLC AND IGOV INC.**

5

6
I am familiar with the contents of the above.

7
I declare under penalty of perjury under the laws of the United Stated of America that the

8
foregoing responses are true and correct, except as to those matters which are therein stated to be

9
on information or belief, and as to those matters, I believe them to be true.

10

11
Signed in Tampa Bay, Florida on November 22, 2019.

12

13
_____

14
John Mark Suhy

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Re:     *NEO4J, INC. v. PURETHINK LLC et al.* UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, Case No. 5:18-cv-7182 EJD

PROOF OF SERVICE

I am a citizen of the United States. My business address is 1754 Technology Drive, Suite 228, San Jose, CA 95110. I am over the age of eighteen years and not a party to the within action.
On the date stated below, I served the attached:

**PURETHINK LLC AND IGOV INC.'S AMENDED RESPONSE TO NEO4J, INC.'S FIRST SET OF INTERROGATORIES TO PURETHINK LLC AND IGOV INC.**

On the parties listed below at the addresses listed:

**to NEO4J, INC., a Delaware corporation, attorneys of record:**

Jeffrey M. Ratinoff
jratinoff@hopkinscarley.com
John V. Picone III
jpicone@hopkinscarley.com
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile (408) 998-4790

___ (By Mailing) I caused a true copy of each document identified above to be placed in a sealed envelope with first class postage affixed. Each such envelope was deposited for collection and mailing that same day in the ordinary course of business in the United States Mail at San Jose, California.
____(By Personal Service) I caused a true copy of each documents identified above to be delivered by hand to the offices of each addressee above.
____(By Overnight Delivery) I caused a true copy of each documents identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee above.
_X__ (By Electronic Service) by transmitting via my electronic service address (adronjr@adronlaw.com) the document(s) listed above to the persons at the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: 11-22-19                                    _____

                                                              Adron G. Beene