# EXHIBIT 68

**From:** John Mark Suhy(jmsuhy@igovsol.com)
**To:** Ron.Turner@XpressRules.com
**CC:**
**BCC:**
**Subject:** SBIR award with Neo4j
**Sent:** 01/25/2019 08:27:41 PM -0800 (PST)
**Attachments:**

Hello Ron,

I came across your SBIR award and saw you were using Neo4j.

I wanted to bring to your attention that if you want to use Neo4j Enterprise ( up through the latest 3.4 release ) under it's open source license , you can do so in a closed source project for free. This is counter to what you probably have been told by Neo based on their last behavior.

As of Neo4j 3.5 , if you want to use enterprise features (causal clustering, etc) for free with no limitations, then you would want to use the Open Native Graph Database (ONgDB) as a drop in replacement (using same version number) - it adds in the enterprise features Neo4j removed from their code base a few weeks ago.

ONgDB is in production at Treasury for example, it is just not well known yet.

https://www.graphfoundation.org/projects/ongdb/

Below is a blog post I wrote about pricing so you understand why this information could really help you with your commercialization strategy.

https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Feel free to reach out to me anytime, I am in the Washington DC metro area.

Have a good weekend,


John Mark