# EXHIBIT 69

**From:**     Carlo Gazzaneo(cgazzaneo@softstrategy.it)
**To:**       Brad Nussbaum; John Mark Suhy; Benjamin Nussbaum
**CC:**       Francesco Faenzi
**BCC:**
**Subject:**  Re: Soft Strategy contacts
**Sent:**     01/04/2020 04:29:20 AM -0800 (PST)
**Attachments:**

Good morning gentlemen and happy new year,
we have spent the last few days testing ONgDB 3.5.12 and we have achieved very good results.
we also completed a successful migration test from neo4j to ONgDB.

In the next period we will test version 4 of neo4j which presents new features such as the ability to manage multiple databases simultaneously.

Regarding version 4 of neo4j and ONgDB we have some questions:
Witch activities have you planned?
Do you plan to integrate the new features offered by neo4j 4 enterprise into ONgDB?Witch one?
What about compatibility?

Looking forward to your kindly reply
Thanks


Scarica [Outlook per Android](#)

From: Brad Nussbaum <brad@atomrain.com>
Sent: Friday, December 20, 2019 6:27:04 PM
To: Francesco Faenzi <ffaenzi@softstrategy.it>; John Mark Suhy <jmsuhy@igovsol.com>
Cc: Benjamin Nussbaum <ben@atomrain.com>; Carlo Gazzaneo <cgazzaneo@softstrategy.it>
Subject: Re: Soft Strategy contacts

Hi Francesco,

Thank you for reaching out and we look forward to connecting in the New Year as well. Wishing you a Merry Christmas and a Happy New Year!

Best,
Brad

From: Francesco Faenzi <ffaenzi@softstrategy.it>
Date: Friday, December 20, 2019 at 2:47 AM
To: John Mark Suhy <jmsuhy@igovsol.com>
Cc: Ben Nussbaum <ben@atomrain.com>, Brad Nussbaum <brad@atomrain.com>, Carlo Gazzaneo <cgazzaneo@softstrategy.it>
Subject: R: Soft Strategy contacts

Hello John thank you for the kind introduction
Good morning gentlemen, pleased to meet you.

Right now we are packing up things before Christmas holiday period and I guess you are about to do the same. I'll promise

we'll catch up around middle of January, since we're willing to explore how ONGDB works, how to keep in touch and possibly share knowledge.

Thank you
Merry Christmas and Happy New Year

--

Francesco Faenzi

Soft Strategy S.p.A.
Digital Trust
Director

Mobile: (+39) 335 8311303
Office: (+39) 02 87259849
Via Copernico 38, Milano
ffaenzi@softstrategy.it

---

Da: John Mark Suhy
Inviato: mercoledì 18 dicembre 2019 23:54
A: Francesco Faenzi
Cc: Benjamin Nussbaum; Brad Nussbaum; Carlo Gazzaneo
Oggetto: Re: Soft Strategy contacts

I have copied Brad and Ben Nussbaum who are part of the graph foundation team.

Carlo and Francesco are with a company in Italy who are currently using Neo4j. I told them I would connect them with you so you could tell them more about the foundation, the future of ONgDB, etc.

Have a good evening everyone,

John Mark Suhy

On Wed, Dec 18, 2019 at 3:41 AM Francesco Faenzi <ffaenzi@softstrategy.it> wrote:
> Hello John
> Thank you for your kind availability Yesterday.
> Please feel free to introduce Carlo and me to the ONGDB Foundation.
> Kind regards
>
> --
>
> Francesco Faenzi
>
> Soft Strategy S.p.A.
> Digital Trust

> Director
>
> Mobile: (+39) 335 8311303
> Office: (+39) 02 87259849
> [Via Copernico 38, Milano](#)
> [ffaenzi@softstrategy.it](mailto:ffaenzi@softstrategy.it)

--
John Mark Suhy
iGov Inc
[jmsuhy@igovsol.com](mailto:jmsuhy@igovsol.com)
703-862-7780
[https://igovsol.com](https://igovsol.com)

IGOV0002987106.003