# EXHIBIT 70

| | |
|---|---|
| **From:** | John Mark Suhy(jmsuhy@igovsol.com) |
| **To:** | sergio@mobiware.com.br |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Problems with setup |
| **Sent:** | 01/24/2020 05:44:57 PM -0800 (PST) |
| **Attachments:** | |

I believe there was an issue with the 3.5.3 ONgDB windows bin scripts. Have you tried 3.5.14?

https://GraphFoundation.org/ongdb/

That version should be fixed.

Let me know

On Thu, Jan 23, 2020 at 7:14 AM <sergio@mobiware.com.br> wrote:

> Hi eveyone.
>
> I'm trying to setup the ongdb-enterprise-3.5.3-windows version on my system, and I've followed all the instruction, as I think, to make it run, but I receive the message from powershell:
>
> "Não foi possível localizar nem carregar a classe principal org.neo4j.server.enterprise.EnterpriseEntryPoint"
>
> which I free translate as
>
> "It was not possible to find or load the main class org.neo4j.server.enterprise.EnterpriseEntryPoint"
>
> Can you teach me the way to solve it?
>
> Thanks a lot.
>
> Also, our company are really interested in using this version of neo4j in production environment. We are a startup company in Brazil, and we would llike to be sure that this version is realy free for commercial use before dedicating more time to it. What you can say about it? Will you continue to supply neo4j free enterprise versions?
>
> Thanks in advance.
>
> Sergio R Pires
> +55 11 99425-8731

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com