# EXHIBIT 71

| | |
|---|---|
| **From:** | Brad Nussbaum(brad@graphgrid.com) |
| **To:** | Pappu, Ravi |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Question re. your offerings |
| **Sent:** | 04/10/2020 09:08:34 AM -0700 (PST) |
| **Attachments:** | |

John Mark,
Thank you for the introduction and continued help in advancing the open source work we are all doing. Very much appreciated.


Ravi,
It's very nice to meet you and I look forward to helping you with the transition from Neo4j to ONgDB. I am on EST and have the following times available next week:

T/W/Th: 9-10am, 11-12pm EST
T/W: 1-3pm EST

Do any of these times work for you?

Best,
Brad


From: John Mark Suhy <jmsuhy@igovsol.com>
Date: Friday, April 10, 2020 at 11:57 AM
To: "Pappu, Ravi" <rpappu@iqt.org>
Cc: "brad@graphgrid.com" <brad@graphgrid.com>
Subject: Re: Question re. your offerings

Hello Ravi,

I want to send you over to the GraphGrid team. They can help you with your transition and support needs.

iGov Inc only focuses on US government support.

I copied Brad Nussbaum who is part of the GraphFoundation and GraphGrid, he will be able to help you with the transition.

Make sure to let him know when your enterprise subscription expires as you may need to notify Neo4j Inc that you don't plan on renewing within 30 days of your expiration date.

Brad will guide you through the process.


Have a good weekend,

John Mark Suhy
iGov Inc.
jmsuhy@igovsol.com

703.862.7780

https://igovsol.com


On Thu, Apr 9, 2020 at 8:22 PM Pappu, Ravi <rpappu@iqt.org> wrote:

> Hi,
>
> We are a Neo4j Enterprise customer and came across your company. I would like to have a short call with you discuss transitioning from Neo4j Enterprise to ONGDB and learn about your support offerings. Please advise when you have some availability to do a short call. Thanks!
>
> Best,
>
> Ravi
>
> ------
> Ravi Pappu / CTO / rpappu@iqt.org
>
>
> "This e-mail, and any attachments hereto, may contain information that is privileged, proprietary, confidential and/or exempt from disclosure under law and are intended only for the designated addressee(s). If you are not the intended recipient of this message, or a person authorized to receive it on behalf of the intended recipient, you are hereby notified that you must not use, disseminate, copy in any form, or take any action based upon the email or information contained therein.
>
> If you have received this email in error, please permanently and immediately delete it and any copies of it, including any attachments, and promptly notify the sender at In-Q-Tel by reply e-mail, fax: 703-248-3001, or phone: 703-248-3000. Thank you for your cooperation.
>
> For information about how we use personal data that you provide to us either directly or that we collect through your use of this Website, and applicable rights under the EU GDPR, please see our Privacy Policy, which can be found here http://www.iqt.org/privacy-policy. "

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com