1  Adron W. Beene SB# 129040
2  Adron G. Beene SB# 298088
   Attorney at Law
3  7960 Soquel Drive Ste B #296
   Aptos CA 95003
4  Tel: (408) 392-9233
5  adron@adronlaw.com

6  Attorneys for defendants and counterclaimants:
   PURETHINK LLC, a Delaware limited
7  liability company, IGOV INC., a Virginia
   corporation, and JOHN MARK SUHY
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | NEO4J, INC., a Delaware corporation,        | CASE NO.  5:18-cv-07182-EJD
   | NEO4J SWEDEN, AB,                           |
13 |                                             | **STIPULATION AND [~~PROPOSED~~]
   |              Plaintiffs,                    | ORDER FOR MODIFICATION OF
14 |                                             | BRIEFING SCHEDULE ON PLAINTIFF'S
   |         v.                                  | MOTION FOR SUMMARY JUDGMENT
15 |                                             | ON THEIR DMCA CLAIM AND
   | PURETHINK LLC, a Delaware limited           | DEFENDANTS' BREACH OF CONTRACT
16 | liability company, IGOV INC., a Virginia    | COUNTERCLAIM AND UNCLEAN
   | corporation, and JOHN MARK SUHY, an         | HANDS DEFENSE; MEMORANDUM OF
17 | individual,                                 | POINTS AND AUTHORITIES IN
   |                                             | SUPPORT THEREOF**
18 |              Defendants.                    |

19
                                                 Hearing Date: July 27, 2023
20                                               Time 9:00 a.m.
                                                 Courtroom 4, 5th floor
21                                               Judge: Edward J. Davila

22    AND RELATED COUNTERCLAIMS.

23

24

25

26

27

28

**STIPULATION**

This Stipulation is made pursuant to Civil L.R. 6-2 and Civil L.R. 7-12 between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys.  Plaintiffs and Defendants (collectively, the "Parties") stipulate to the following modifications to the briefing schedule on Plaintiff's Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense ("Motion for Summary Judgment") and for good cause showing as follows:

1. Plaintiffs filed their Motion for Summary Judgment on April 20, 2023.  *See* Dkt. No. 183.

2. Pursuant to the current case schedule (Dkt. No. 180), Defendants' opposition to the Motion for Summary Judgment is presently due on May 18, 2023.  Plaintiffs' reply in support of their Motion for Summary Judgment is presently due on June 5, 2023.

3. Defendants have requested a two-week extension to file their opposition to the Motion for Summary Judgment due to a family medical issue, and offered a similar two-week extension for Plaintiffs to file their reply.

4. The attorney for Plaintiffs who will be responsible for drafting the reply brief in response to Defendants' opposition to the Motion for Summary Judgment has a previously scheduled vacation during the time Plaintiffs would have to prepare and file that reply brief under Defendants' proposed extensions.

5. To accommodate these scheduling issues, the Parties agree that the deadline to file Defendants' opposition should be extended to June 1, 2023, and the deadline to file Plaintiffs' reply thereto should be extended to June 30, 2023.

6. The hearing on the Motion for Summary Judgment is currently set for July 27, 2023.  The Parties believe that the extensions on the remaining briefs will provide the Court with 27 days before the hearing to review the Parties' respective briefs after they are submitted, and thus are still in compliance with the minimum time required by Civ. L.R. 7-3(a).

1  7. The requested time modification will have no other effect on the schedule for the case other than as stated herein. In this regard, the briefing schedule on Plaintiffs' *Daubert* motion (Dkt. No. 181) provided in the current case schedule (Dkt. No. 180) shall not be affected. Accordingly, the Parties agree that there is good cause for the following changes in the briefing schedule on Plaintiffs' Motion for Summary Judgment scheduled to be heard on July 27, 2023 at 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila (Dkt. No. 183):

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Last day to file Opposition to Plaintiffs' Motion for Summary Judgment | May 18, 2023 | June 1, 2023 |
| Last day to file Reply in support of Plaintiffs' Motion for Summary Judgment | June 5, 2023 | June 30, 2023 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  May 16, 2023

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated:  May 16, 2023

 */s/ Adron G. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**IT IS SO ORDERED.**

Dated:  Msy 17, 2023

EDWARD J. DAVILA
United States District Court Judge