Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 5:18-cv-7182 EJD<br><br>**DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: July 27, 2023<br>Time: 9:00 a.m.<br>Dept. Courtroom 4, 5th floor<br>Judge: Hon. Edward J. Davila<br><br>**Trial Date November 14, 2023** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendants and Counterclaimants PURETHINK LLC, John Mark Suhy and

IGOV INC., ("Defendants") hereby move the Court pursuant to Civil Local

1  Rule 79-5 (f) for an Order to consider filing certain exhibits, supporting
2  Defendants Opposition to Motion for Summary Judgment under seal.
3     Defendants request to provisionally file under seal unredacted version of
4  nine exhibits because opposing parties have designated as "Highly
5  Confidential-Attorneys' Eyes Only" (Exhibits 28 and 29 to Beene Dec.) and as
6  Confidential (Exhibits 13, 14, 15, 17, 18, 26, 27 to Beene Dec.) under the
7  Protective Order (Dkt. No. 34) entered in Neo4j, Inc., et al. v. PureThink
8  LLC., et al., Civil Case No. 5:18-cv-07182-EJD.
9     THIS IS NOTICE that to Plaintiffs of their obligations under Civil L.R.
10 79-5(f)(3) to file a declaration in support of sealing these documents if they
11 wish to avoid their disclosure to the public by serving this Motion on them as
12 required by Civil L.R. 79-5(f)(2).

Dated: June 1, 2023

By:  /s/ *Adron G. Beene*
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorney for Defendants
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

Re:   *NEO4J, INC. v. PURETHINK LLC et al.* UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, Case No. 5:18-cv-7182 EJD

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 7960 Soquel Drive, Ste B #296 Aptos, CA 95003. I am over the age of eighteen years and not a party to the within action. On the date stated below, I served the attached:

1. **DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
2. **DECLARATION OF ADRON G. BEENE IN SUPPORT OF DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
3. **[proposed] ORDER ON DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
4. **EXHIBITS 13, 14, 15, 17, 18, 26, 27, 28, 29 TO DECLARATION OF ADRON G. BEENE IN SUPPORT OF OPPOSITION TO MSJ**

On the parties listed below at the addresses listed:

**to NEO4J, INC., a Delaware corporation, NEO4J SWEDEN AB, attorneys of record:**
Jeffrey M. Ratinoff
jratinoff@hopkinscarley.com
John V. Picone III
jpicone@hopkinscarley.com
Arthur E. Rothrock
arothrock@hopkinscarley.com
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile (408) 998-4790

__ (By Mailing) I caused a true copy of each document identified above to be placed in a sealed envelope with first class postage affixed. Each such envelope was deposited for collection and mailing that same day in the ordinary course of business in the United States Mail at San Jose, California.

___(By Personal Service) I caused a true copy of each documents identified above to be delivered by hand to the offices of each addressee above.

___(By Overnight Delivery) I caused a true copy of each documents identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee above.

_X__ (By Electronic Service) by transmitting via my electronic service address (adronjr@adronlaw.com) the document(s) listed above to the persons at the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated:  6-1-23                                   _____
                                                                Adron G. Beene