Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 5:18-cv-7182 EJD<br><br>**DECLARATION OF ADRON G. BEENE IN SUPPORT OF DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: July 27, 2023<br>Time: 9:00 a.m.<br>Dept. Courtroom 4, 5th floor<br>Judge: Hon. Edward J. Davila<br><br>**Trial Date November 14, 2023** |

I, Adron G. Beene, declare:

    1.    I am an attorney for defendants and counter claimants in this action and am licensed to practice law in the State of California. I have personal knowledge of the facts set forth in this declaration.

2. Plaintiffs have designated the following attached Exhibits as Confidential:

    a. **Exhibit 13**, an email with bates N4J_010800.

    b. **Exhibit 14**, an email with bates N4J_004168.

    c. **Exhibit 15**, an email with bates N4J_002993.

    d. **Exhibit 17**, an email with bates: N4J_003078.

    e. **Exhibit 18**, an email with bates: N4J_003302.

    f. **Exhibit 26**, a Neo Technology Acknowledgement Form, with bates number N4J_001734.

    g. **Exhibit 27**, an email with subject "Neo4j Enterprise Edition License Changes, sent 5/22/18, with bates number N4J_019995.

3. Plaintiffs have designated the following attached Exhibits as Highly Confidential-Attorneys' Eyes Only Exhibits

    a. **Exhibit 28**, an amended and restated license agreement, effective august 1, 2010, with bates number NSW_000002.

    b. **Exhibit 29**, a portion of a monthly closed won report, with bates number N4J_020132.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 1, 2023 in Kenwood, California.

                                     /s/ Adron G. Beene
                                     Adron G. Beene