1  Adron W. Beene SB# 129040
   Adron G. Beene SB# 298088
2  Attorney at Law
   7960 Soquel Drive, Suite B #296
3  Aptos, CA 95003
   Tel: (408) 392-9233
4  adron@adronlaw.com
5
6  Attorneys for defendants:
   PURETHINK LLC, a Delaware limited
7  liability company, IGOV INC., a Virginia
   corporation, and JOHN MARK SUHY
8

9           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited<br>liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 5:18-cv-7182 EJD<br><br>**[proposed] ORDER ON DEFENDANTS ADMINISTRATIVE MOTION TO CONSIDER WHETER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: July 27, 2023<br>Time: 9:00 a.m.<br>Dept. Courtroom 4, 5th floor<br>Judge: Hon. Edward J. Davila<br><br>**Trial Date November 14, 2023** |

    Having considered defendants' administrative motion to to file exhibits

designated by opposing side as highly confidential-attorneys' eyes only and

confidential under protective order, and all papers submitted by the parties

1  in support of the that motion, the Court finds that there exists good cause
2  to file under seal Exhibits 13, 14, 15, 17, 18, 26, 27, 28, and 29 to the
3  Declaration of Adron G. Beene, in their entirety.
4
5  IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is
6  GRANTED with respect to the documents set forth above.
7
8       **IT IS SO ORDERED.**
9
10 Dated: _____, 2023                              _____
                                                       Honorable Edward J. Davila