John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:    July 27, 2023<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 4, 5th Floor<br>Judge:  Hon. Edward J. Davila |

4860-0494-6792.1

PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                5:18-CV-07182-EJD

Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") respectfully submit this Statement and the concurrently filed Declaration of Philip Rathle ("Rathle Declaration") in response to Defendants and Counterclaimants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 187). While the Rathle Declaration provides the factual basis for filing Exhibits 26, 28 and 29 to the Beene Declaration under seal as required by Civ. L.R. 79-5(f)(3) and 79-5(c)(1), Plaintiffs would also like to bring to the Court's attention that Defendants previously filed Exhibit 28 to the Beene Declaration under seal with their opposition to Plaintiffs' first motion for summary judgment as Exhibit 1 to Dkt. No. 100-3.

The Court previously ordered that this document, which consists of a highly confidential Amended and Restated License Agreement between Neo4j, Inc. and Neo4j Sweden that was designed by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only under the Protective Order, be filed under seal. *See* Dkt. No. 117. For this reason and those stated in the currently filed Rathle Declaration, Plaintiffs respectfully request that the Court again seal this highly confidential and proprietary agreement.[1]

Dated: June 7, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

---

[1] Plaintiffs objected to and requested that Defendants withdraw their redundant and unnecessary filing of this highly confidential and proprietary agreement to reduce the risk of inadvertent disclosure and to simply cite to the previously sealed document. Defendants refused.

4860-0494-6792.1

PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

5:18-CV-07182-EJD