John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**DECLARATION OF PHILIP RATHLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:	July 27, 2023<br>Time:	9:00 a.m.<br>Dept.:	Courtroom 4, 5th Floor<br>Judge:	Hon. Edward J. Davila |

I, Philip Rathle, declare as follows:

1. I am the Chief Technology Officer at Neo4j, Inc., prior to that, I worked in a similar position as SVP, VP, and/or Senior Director of Products at Neo4j USA, beginning in May 2012. During the majority of that time and up until April 2023, I have been responsible for product management of the Neo4j® product portfolio, which includes the Neo4j® graph database

4883-8050-8520.1

DECLARATION OF PHILIP RATHLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED    5:18-CV-07182-EJD

1  platform ("Neo4j® Platform"). My responsibilities have included product strategy and product

2  roadmap, including specifying what features are to be built in successive versions of the Neo4j®

3  Platform, as well as the design and behaviors of those features. I and my team have worked

4  closely the Neo4j® product engineering team, who are responsible for building and testing each

5  successive version of the Neo4j® Platform, and who comprise of over 200 engineers primarily

6  employed by Neo4j Sweden AB.

7       2.   I submit this declaration in response to Defendants and Counterclaimants'

8  Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt.

9  No. 187). The facts stated herein are based on my personal knowledge, except with respect to

10 those matters stated to be on information and belief, and as to those matters, I believe them to be

11 true. If called upon to testify as a witness in this matter, I could and would do so competently.

12      3.   I have reviewed the following exhibits to the Declaration of Adron G. Beene in

13 Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment on Their DCMA

14 Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense ("Beene

15 Declaration"), which either contain Plaintiffs' highly confidential, commercially sensitive

16 business information, or confidential, commercially sensitive business information:

17      a.   **Exhibit 26** to the Beene Declaration consists of a confidential Neo

18 Technology (now Neo4j, Inc.) Acknowledgement Form and Neo Technology License Agreement

19 between Neo Technology and Sandia National Laboratories ("Sandia"). This document contains

20 confidential and proprietary licensing information relating to the relationship between Neo4j, Inc.

21 and Sandia. Given the classified and sensitive nature of the work performed by Sandia National

22 Laboratories for the United States Government, I am also informed and believe that Sandia

23 considers this document confidential. I believe that the public disclosure of this information

24 would substantially harm Neo4j USA's competitive standing in the marketplace, provide

25 competitors with information that they could use to obtain a competitive advantage over Neo4j,

26 Inc. by obtaining insight into the profitability of its software business.

27      b.   **Exhibit 28** to the Beene Declaration is a highly confidential Amended and

28 Restated License Agreement between Neo4j, Inc. and Neo4j Sweden AB (collectively

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4883-8050-8520.1                                - 2 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    5:18-CV-07182-EJD

1  "Plaintiffs").  This intercompany agreement contains highly confidential and proprietary
2  information relating to the business and financial relationship between Neo4j, Inc., and its
3  wholly-owned subsidiary, Neo4j Sweden AB.  Neo4j Inc. is a privately held company and does
4  not publically disclose its internal financial or business operations information, or in particular
5  this agreement.  It also limits access of this agreement and internal business and financial
6  information on a "need-to-know basis" to a small number of high-level employees of Neo4j, Inc.
7  and Neo4j Sweden AB, and limits its disclosure subject to a non-disclosure/confidentiality
8  agreement.  I believe that the public disclosure of this information would substantially harm our
9  competitive standing in the marketplace, provide competitors with information that could be used
10 to obtain a competitive advantage over Plaintiffs by obtaining insight into their financial
11 condition, as well as the profitability of their software business.

12        c.    **Exhibit 29** to the Beene Declaration is a highly confidential report of
13 government customer wins inside and outside of the United States. This report contains highly
14 confidential and proprietary sales and financial information relating to Neo4j, Inc. and Neo4j
15 Sweden AB's customers, as well as its business and financial condition.  Neo4j, Inc. is a privately
16 held company and does not publically disclose its internal financial and sales information, or in
17 particular, the amount of licensing and subscription fees specific customers pay for commercial
18 licenses to Neo4j® Enterprise Edition.  It also limits access of this internal financial information
19 on a "need-to-know basis" to a small number of high-level employees of Neo4j, Inc. and Neo4j
20 Sweden AB, and limits its disclosure subject to a non-disclosure/confidentiality agreement.  I
21 believe that the public disclosure of this information would substantially harm our competitive
22 standing in the marketplace, provide competitors, including the Defendants in this action, with
23 information that could be used to obtain a competitive advantage over Plaintiffs by obtaining
24 insight into the financial condition of Plaintiffs, the profitability of their software business and the
25 identity of their customers that may not otherwise be publicly available.

26       4.    All of the documents discussed above contain information that is either
27 confidential or highly confidential, and competitively sensitive.  Neo4j, Inc. takes significant
28 precautions to ensure that this type of information is not publicly disclosed.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4883-8050-8520.1                                                    - 3 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    5:18-CV-07182-EJD

- 4 -

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct, and that this declaration was executed on this 2nd day of June,
3    2023, at Malmö, Sweden.

_____
Philip Rathle

Hopkins & Carley
Attorneys At Law
San Jose ♦ Redwood City

4883-8050-8520.1                                                - 4 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    5:18-CV-07182-EJD