John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 5:18-cv-07182-EJD<br><br>**REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR DMCA CLAIM AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM AND UNCLEAN HANDS DEFENSE**<br><br>Date:	July 27, 2023<br>Time:	9:00 a.m.<br>Dept:	Courtroom 4, 5th Floor<br>Judge:	Hon. Edward J. Davila<br><br>Trial Date:	November 14, 2023 |

4859-7342-0652.1

REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

I, Jeffrey M. Ratinoff, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiff Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned matter. I make this declaration in support of Plaintiffs' reply brief concurrently filed herewith, in support of their Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense.

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. Attached hereto as **Exhibit A** is a true and correct copy of additional relevant pages from the transcript for the Deposition of PureThink LLC, iGov Inc. and John Mark Suhy taken by Plaintiffs on November 29, 2022. The parties stipulated that this testimony would be binding on all Defendants. *See* Dkt. No. 155.

4. Attached hereto as **Exhibit B** is a true and correct copy of relevant pages from the transcript for the Rule 30(b)(6) Deposition of Graph Foundation Inc. taken on October 16, 2020 (Vol. 1) cited in Plaintiffs' reply brief in support of their Motion for Summary Judgment.

5. Attached hereto as **Exhibit C** is a true and correct copy of relevant pages from the transcript for the Rule 30(b)(6) Deposition of Graph Foundation Inc. taken on November 9, 2020 (Vol. 2) cited in Plaintiffs' reply brief in support of their Motion for Summary Judgment.

6. Attached hereto as **Exhibit D** is a true and correct copy of additional relevant pages from the transcript for the Deposition of Jim Weyant of CACI International, Inc. ("CACI") taken by Plaintiffs on September 16, 2022, which are cited in Plaintiffs' reply brief in support of their Motion for Summary Judgment. CACI produced Mr. Weyant as its designated witness on the topics of examination included in a deposition subpoena served by Plaintiffs on Next Century, which was acquired by CACI International, Inc. in October 2019. Next Century/CACI initially designated these excerpts as either "Confidential" and "Attorneys' Eyes Only" under the Protective Order, but subsequently agreed to withdraw those designations.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4859-7342-0652.1     - 1 -
REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1    7.    Attached hereto as **Exhibit E** is a true and correct copy of a February 1, 2019 email from Shahak Nagiel to Jim Weyant (both of Next Century), along with a prior email exchange between Mr. Weyant and David Fauth of Neo4j USA.  Next Century/CACI produced this document on or about September 15, 2022, which bears the Bates Nos. CACI00003635-CACI00003636, in response to Plaintiffs' document subpoena. Next Century/CACI designated this document as "Confidential" under the Protective Order when produced, but subsequently agreed to withdraw that designation.  This was also authenticated and marked for identification as Exhibit 48 during the deposition of James Weyant.  *See* Exhibit D at 65:18-66:5.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

8.    Attached hereto as **Exhibit F** is a true and correct copy of an email exchange between Shahak Nagiel and Jason Zagalsky of Neo4j USA occurring between January 14, 2019 and February 5, 2019, along with prior email exchanges between Next Century/CACI and Neo4j USA employees.  Next Century/CACI produced this document on or about September 15, 2022, which bears the Bates Nos. CACI00003635- CACI00003636, in response to Plaintiffs' document subpoena. Next Century/CACI designated this document as "Confidential" under the Protective Order when produced, but subsequently agreed to withdraw that designation.  This was also authenticated and marked for identification as Exhibit 49 during the deposition of James Weyant. *See* Exhibit D at 76:11-77:1.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion are highlighted in yellow.

9.    Attached hereto as **Exhibit G** is a true and correct copy of an April 17, 2015 email and two attachments sent by Erik Nolten of Neo4j USA to John Mark Suhy (jmsuhy@purethink.com) as a follow-up to an email sent by Neo4j USA on April 10, 2015, which was attached as Exhibit 9 to the Declaration of Jeffrey M. Ratinoff filed in support of Plaintiffs' Motion for Summary Judgment (Dkt. No. 183-1).  This email and its two attachments were produced by Defendants on or about September 11, 2019 in native format and bear the Bates Nos. PT00003344.001, PT00003345.001 and PT00003346.001.

10.    Attached hereto as **Exhibit H** is a true and correct copy of an April 17, 2015 email sent by John Mark Suhy (jmsuhy@purethink.com) to Erik Nolten in response to Exhibit G above.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4859-7342-0652.1                                   - 2 -
REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD

1  This email was produced by Defendants on or about September 11, 2019 in native format and
2  bears the Bates Nos. PT00003343.001–PT00003343.002.  The portions referenced by and/or that
3  are most relevant to Plaintiffs' Motion are highlighted in yellow.

4    11.  Attached hereto as **Exhibit I** is a true and correct copy of an October 13, 2015
5  email exchange between Erik Nolten and John Mark Suhy (jmsuhy@purethink.com), which was
6  produced by Defendants on or about September 11, 2019 in native format and bears the Bates Nos.
7  PT00002726.001.  The portions referenced by and/or that are most relevant to Plaintiffs' Motion
8  are highlighted in yellow.

9    I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct, and that this declaration was executed on this 29th day of June 2023,
11 at San Jose, California.

  /s/ *Jeffrey M. Ratinoff*
  Jeffrey M. Ratinoff

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4859-7342-0652.1                                  - 3 -
REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD