**EXHIBIT A**

```
            UNITED STATES DISTRICT COURT
            NORTHER DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware
corporation; and NEO4J
SWEDEN AB, a Swedish
corporation,                    CASE NO.
                                5:18-cv-07182-EJD
          Plaintiffs,
vs.
PureThink, LLC, a Delaware
limited liability company;
IGOV, INC., a Virginia
corporation; and JOHN MARK
SUHY, an individual,
          Defendants.
_____/


 REMOTE VIDEOTAPED DEPOSITION OF JOHN MARK SUHY, JR.
   INDIVIDUALLY AND AS PERSON MOST KNOWLEDGEABLE
        PURSUANT TO FED. R. CIV. P. 30(b)(1)
          FOR IGOV INC. AND PURETHINK LLC


DATE:          November 29, 2022

TIME:          8:06 a.m. PST

LOCATION:      Via Zoom Videoconference

REPORTED       KAREN L. BUCHANAN
BY:            CSR No. 10772
               CLR No. 031106-04
```

1

```
 1   of tracking the 2166 hours plus that you spent
 2   between May of 2015 and 2017?
 3        A.   Yeah.  I basically was working full time
 4   and more than eight hours a day just to get
 5   everything done.  And that's how we came up with the
 6   dates, the times, the amounts, everything.
 7        Q.   Do you have time sheets to evidence that
 8   time spent?
 9        A.   Hmm -- not time sheets, but I'm sure that
10   you get repos and commits, and all the documents and
11   whatnot would kind of show that.  Writing a 15-page
12   marketing document on how we're going to approach
13   government and whatnot takes days to do.
14        Q.   But you didn't actually keep any official
15   records to track that time, did you?
16        A.   I don't believe we would have needed to,
17   because it was full time, fully dedicated.
18        Q.   Do you have --
19        A.   We're not charging -- you know, usually you
20   track -- you track hours when you're charging
21   someone and billing the rates.  This was an
22   investment on our end, so there would have been no
23   need to do that.  So our goal was to be 100-percent
24   focused on this.
25        Q.   So the $650,000 is essentially just an
```

177

```
 1    estimate that you came up with?
 2         A.   I believe --
 3              MR. BEENE:  Objection to form.
 4              THE WITNESS:  Might be -- go ahead.
 5              MR. BEENE:  Objection to form.
 6              THE WITNESS:  I believe it might be too low
 7    now from everything else that I've kind of gone
 8    through, but -- I believe it could actually be more.
 9    BY MR. RATINOFF:
10         Q.   But you don't have any records to show for
11    that as far as time sheets or other timekeeping
12    data, correct?
13         A.   I have many records to show for it, just
14    not time sheets.
15         Q.   And then how did you determine that Neo4j's
16    $300 an hour is what Neo4j would have paid you to do
17    the work on an hourly basis?
18              (Reporter interruption.)
19              THE WITNESS:  Neo4j charges -- or posts
20    their rates sheets, and I believe it was on a
21    document that we had shared under the Partner
22    Agreement that you had given us.  But that's the
23    rate we would have charged.
24              We're subject matter experts.  If they're
25    charging that, we can justify that we should be able
```

178

```
 1                    REPORTER'S CERTIFICATE
              The undersigned Certified Shorthand
 2     Reporter licensed in the State of California does
       hereby certify:
 3              I am authorized to administer oaths or
       affirmations pursuant to Code of Civil Procedure,
 4     Section 2093(b), and prior to being examined, the
       witness was duly administered an oath by me.
 5              I am not a relative or employee or attorney
       or counsel of any of the parties, nor am I a
 6     relative or employee of such attorney or counsel,
       nor am I financially interested in the outcome of
 7     this action.
                I am the deposition officer who
 8     stenographically recorded the testimony in the
       foregoing deposition, and the foregoing transcript
 9     is a true record of the testimony given by the
       witness.
10              Before completion of the deposition, review
       of the transcript [x] was [^ ] was not requested.
11     If requested, any changes made by the deponent (and
       provided to the reporter) during the period allowed
12     are appended hereto.
                In witness whereof, I have subscribed my
13     name this 5th day of December, 2022.
14
15
16
17
18     
19
       KAREN L. BUCHANAN
20
       CSR No. 10772
21
22     CLR No. 031106-04
23
24
25
```

410