**EXHIBIT B**

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware        ) CASE NO.
corporation, and NEO4J         ) 5:19-CV-06226-EJD
SWEDEN AB, a Swedish           )
corporation,                   )
                               )
              Plaintiffs,      )
                               )
     vs.                       )
                               )
GRAPH FOUNDATION, INC., an     )
Ohio corporation,              )
GRAPHGRID, INC., an Ohio       )
corporation, and ATOMRAIN      )
INC., a Nevada corporation,    )
                               )
              Defendants.      )

                         REMOTE VIA ZOOM

                 30(b)(6) DEPOSITION OF NEO4J INC

                        BY BRAD NUSSBAUM


_____
                          9:17 A.M. PDT
                   FRIDAY, OCTOBER 16, 2020
_____



By:  Denise Myers Byrd, CSR 8340, RPR
```

1

1  recollection as to what Neo4j-OE is or was?
2      A.  It looks like it was -- I don't really know.  I
3  mean, I can read what it says here.  I'm not sure what
4  John Mark was doing with this commit.  This might have
5  been, like, an early bit of tinkering, which engineers
6  do from time to time.  So I'm not sure.  It looks like
7  there was ever only one commit so it doesn't look like
8  it did anything.  I'm not sure what that actually does.
9  It may just be some files.
10     Q.  Under the Read Me header there -- do you see
11  where I'm looking?  It says:
12          "The Neo4j open enterprise plugin
13      simply adds back in enterprise features
14      that Neo4j Inc. removed from Neo4j."
15     A.  Right.  That's what it reads.  Yeah, that's
16  what it says.  This, of course, is not the repository we
17  actually use.  So there's one -- there's one commit on
18  this.  I don't think this ever did anything.  Probably
19  doesn't even work.
20     Q.  Was Mr. Suhy involved in the initial
21  development of the ONgDB fork?
22     A.  Yes.
23     Q.  And what was his involvement?
24     A.  He's made various commits, developed various
25  solutions, yeah.

82

```
 1              with legal counsel."
 2              Do you see that at the top of the email?
 3      A.   If you need legal advice, you'll have to talk
 4   with legal counsel.  Okay, top of the email.  All right.
 5   I'm at the top of the email.
 6      Q.   Do you see that sentence?  And then as of --
 7      A.   Right.
 8      Q.   As of August 21, 2018, had Graph Foundation
 9   sought out legal counsel's advice on whether it can
10   remove the Commons Clause from the AGPL?  I'm not asking
11   you to reveal what the advice was, just simply whether
12   it sought out legal advice.
13      A.   I don't remember if we did.  There were
14   conversations happening with our law firm here Taggart.
15   I don't recall if we discussed this exact
16   interpretation.
17      Q.   Was there any point in time after this where
18   Graph Foundation obtained legal -- a legal opinion on
19   whether it can remove the Commons Clause from the AGPL
20   with Neo4j software?
21           MR. PERNICK:  I'm going to -- never mind.
22   That's a position that's been taken in legal filings in
23   this case.
24           MR. RATINOFF:  Yeah, let me bracket that.
25   BY MR. RATINOFF:
```

117

1   Q.  Let me say between the filing of this lawsuit
2   and the formation of Graph Foundation, has Graph
3   Foundation obtained a legal opinion regarding whether to
4   remove the Commons Clause from the AGPL with Neo4j
5   software?
6   A.  Prior to removing the Commons Clause, there
7   wasn't a -- you know, a formal legal -- like I would say
8   anything written, like, nobody wrote and gave us a
9   document as an official law firm stating, like, here as
10  our law firm, we will tell you you can do this and not
11  have any problems.  And nobody -- you know, I don't know
12  a lawyer that you could get that would actually say, you
13  know, this is exactly what you can do in this situation
14  because, as you know, here we are.  I think our counsel
15  who I've had -- I had, you know, maybe a conversation
16  with in person --
17          MR. PERNICK:  Brad, I just want to make
18  sure -- Brad, I just want to stop you because I do not
19  want you to reveal any attorney-client -- the substance
20  of any attorney-client communications.
21          THE WITNESS:  We had conversations with our
22  lawyer about this.  I forget when we talked to Jeff.  We
23  were talking to Jeff a lot.  I don't think we just sat
24  down and did this.  I think we had conversations about
25  the Graph Foundation when we formed it.  Part of it

COURT REPORTER'S CERTIFICATE

I, DENISE MYERS BYRD, CA CSR 8340, RPR, the officer before whom the foregoing proceeding was conducted, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken down by me in stenotype to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of said action. Signed this 9th day of October 2020.

*Denise Myers Byrd*
Denise Myers Byrd
CSR 8340, RPR, CLR 102409-02

253