**EXHIBIT C**

```
              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA



NEO4J, INC., a Delaware
corporation; and NEO4J SWEDEN
AB, a Swedish corporation,

          Plaintiffs,

vs.                                  CASE NO.
                                     5:19-cv-06226-EJD
GRAPH FOUNDATION, INC., an
Ohio corporation; GRAPHGRID,
INC., an Ohio corporation;
and ATOMRAIN, INC., a Nevada
corporation,

          Defendants.
_____/

         REMOTE VIDEOTAPED DEPOSITION OF
                  BRAD NUSSBAUM
    as representative of GRAPH FOUNDATION, INC.
 pursuant to Federal Rule of Civil Procedure 30(b)(6)

                    VOLUME II



DATE:          November 9, 2020

TIME:          10:03 a.m.

LOCATION:      via videoconference


REPORTED BY:   BENJAMIN GERALD
               California CSR No. 14203
               Washington CSR No. 3468
```

1  the AGPL Commons and the like.  So I guess that would

2  have put conversations at April/May of 2018.

3      Q.  So if you had any conversations about the Neo4j

4  Creative Commons license, it would have been around the

5  time of Graph Foundation's formation in June of 2018; is

6  that correct?

7      A.  I mean, that may not have been the only time.

8  That's certainly the time that we were talking about,

9  you know, the validity of the licenses that were at

10 play.  Again, I don't recall this one getting much

11 focus.  I don't think the way that we were using it was

12 deemed to apply to the material as this license states,

13 so I don't think it was applicable.

14     Q.  And you had mentioned -- I think we talked

15 about this last time, about the applicability of the

16 Commons Clause.

17     Are you relying on a formal opinion of counsel

18 to support your position that removal of the Commons

19 Clause from Neo4j's AGPL was appropriate?

20     MR. PERNICK:  Objection.  Jeff, are you asking

21 whether we're asserting an advice-of-counsel defense?

22     MR. RATINOFF:  Yeah, I am.

23     MR. PERNICK:  So we have not asserted an

24 advice-of-counsel defense.

25     MR. RATINOFF:  Okay.

CERTIFICATE

I, BENJAMIN GERALD, Certified Shorthand Reporter, Certificate No. 14203, for the State of California do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken shorthand at the time and place herein named;

That the deposition is a true record of the witness's testimony as reported to the best of my ability by me, and was thereafter transcribed to typewriting by computer under my direction;

That request [X] was [ ] was not made to read and correct said deposition.

I further certify that I am not interested in the outcome of said action, nor am I connected with, nor related to any of the parties in said action, nor to their respective counsel.

Witness my hand this 11th day of October, 2020.

BENJAMIN GERALD
CSR No. 14203

308