**EXHIBIT D**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., et al.,

             Plaintiff,

vs.                        CASE NO.
                        5:18-cv-07182-EJD

PURETHINK LLC, et al.,

             Defendants.
_____/


VIDEOTAPED DEPOSITION OF
JIM WEYANT
as representative of CACI INTERNATIONAL, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)


**CONFIDENTIAL PORTIONS**


DATE:          September 16, 2022

TIME:          8:16 a.m. Pacific Time

LOCATION:     via videoconference


REPORTED BY: BENJAMIN GERALD
             California CSR No. 14203
             Washington CSR No. 3468
             Texas CSR No. 11912

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., et al.,

              Plaintiff,

vs.                          CASE NO.
                          5:18-cv-07182-EJD

PURETHINK LLC, et al.,

              Defendants.
_____/


VIDEOTAPED DEPOSITION OF
JIM WEYANT
as representative of CACI INTERNATIONAL, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)


**ATTORNEYS' EYES ONLY PORTIONS**


DATE:         September 16, 2022

TIME:         8:16 a.m. Pacific Time

LOCATION:   via videoconference


REPORTED BY: BENJAMIN GERALD
             California CSR No. 14203
             Washington CSR No. 3468
             Texas CSR No. 11912

1

1    A.  Yes.

2    Q.  And did Next Century, in early 2019, obtain a

3 version of ONgDB that was 3.5.1 as referenced in this

4 top email?

5    A.  I can't tell that from the email.

6    Q.  Did Next Century upgrade its -- whatever

7 version of ONgDB it was using in January of 2019 to

8 ONgDB 3.5, and it could have been any sub-version of

9 that?

10    A.  Yeah, I can't tell that from that email, but we

11 would strive for parity.

12    Q.  You have no reason to believe that, if ONgDB

13 3.5.1 was released, that Next Century would move to that

14 version if it was equal to the current version of Neo4j

15 Enterprise?

16    A.  Yes, we would have -- we would have leveraged

17 the most current version available.

18    MR. RATINOFF:  And let me go ahead and mark the

19 next email, which I'm going to drop here.

20    (Exhibit 48 was marked for identification.)

21 BY MR. RATINOFF:

22    Q.  Just let me know when you're able to open it.

23    A.  I see it.

24    Q.  Okay.  Now, this has been marked with a Bates

25 number of -- last four digits are 3635, and I'll

65

1    represent to you this was produced by CACI in response

2    to the subpoena issued by Neo4j.

3            Do you have any reason to believe this isn't a

4    true and correct copy of that email?

5        A.  I have no reason to believe otherwise.

6        Q.  Let's scroll down to the -- the last page or

7    second to last page of this email, 3636.

8            Do you see there's an email from a David Fauth

9    to -- addressed to you?

10       A.  Yup, I see it.

11       Q.  Okay.  Do you know who David Fauth is?

12       A.  I do.

13       Q.  Who is he?

14       A.  He was an employee of Neo4j.

15       Q.  And do you know Mr. Fauth personally?

16       A.  I do.

17       Q.  And how do you know Mr. Fauth?

18       A.  We worked together from 2006 to 2011 at a

19   previous company.

20       Q.  Okay.  And did -- would you say you have a

21   personal friendship with him?

22       A.  Yes.

23       Q.  And there's an email from Mr. Fauth asking, "Do

24   you have any insight into the PoC using Neo4j?  Is it

25   near the end and is there a decision pending?"

                                                              66

1      Do you see that?

2      A.  I do.

3      Q.  And what is your understanding of what

4  Mr. Fauth was referring to?

5      A.  He would have been referring to the evaluation

6  efforts under the Blue Rocket Task Order 39.

7      Q.  Okay.  And this is -- I think you mentioned

8  that, at least as of initially starting, Task Order 39

9  was set to conclude in February of 2019, correct?

10     A.  Correct.

11     Q.  Okay.  And was there an extension provided by

12  the NSA at that time to continue with that project in

13  February?

14     A.  Yes.

15     Q.  And did Next Century receive additional funding

16  in conjunction with that extension?

17     A.  Yes.

18     Q.  And did that additional funding include or did

19  it budget for a paid license for graph database software

20  to be used?

21     A.  No.

22     Q.  As of February 1st, he -- had Next Century

23  narrowed down the candidates of graph database software

24  in its evaluation?

25     A.  The department narrowed down the choices.

1    Q.  Did you find there was any performance

2   differences at that time between Neo4j Enterprise and

3   ONgDB in your evaluation?

4        A.  To my knowledge, not significant differences.

5             THE REPORTER:  You know, I'm getting it, sir,

6   and I'll speak up -- I'm not shy -- but if you could

7   lean in a little bit, it would -- it would help.  Your

8   microphone is dropping it a bit at the end.  Thank you.

9             THE WITNESS:  Okay.

10  BY MR. RATINOFF:

11       Q.  Okay.  So going up to the top email, and it

12  looks like Mr. Fauth is no longer a recipient of this

13  email.

14            Do you see that?

15       A.  I do.

16       Q.  And it look like it's from Mr. Nagiel to you.

17       A.  Yes.

18       Q.  And he says, "What I haven't told him yet (but

19  will likely need to do" -- "but would (sic) likely need

20  to soon) is that we're pursuing an open-source

21  alternative (the same Neo4j source code but built and

22  licensed separately) which bundles all the same features

23  as the Neo4j Enterprise version but without cost (sic)."

24            Do you see that sentence?

25       A.  I do.

                                                        69

1        Q.  And was it your understanding that he was

2    referring to ONgDB?

3        A.  Yes.

4        Q.  And does that help clarify whether, at that

5    time, Next Century was looking at ONgDB over Neo4j

6    Enterprise?

7        A.  Yes.

8        Q.  So as of February 2019, at least internally,

9    Next Century had decided to choose ONgDB over Neo4j

10   Enterprise?

11       A.  Next Century did not make any decisions on any

12   of these technologies.  We provided government the

13   decision -- government the information to make the

14   decision.

15       Q.  And what information did Next Century provide

16   at this time to the government as far as the -- Neo4j

17   versus ONgDB?

18       A.  We evaluated security, performance, lessons

19   learned, and cost.

20       Q.  And did Next Century, at that time, provide a

21   recommendation to the government as far as which

22   software it would recommend --

23           MR. NIVALA:  I think at this point that I'd

24   like to ask that we go back on AEO designation.

25           MR. RATINOFF:  Okay.  Adron, is that okay if

                                                          70

 1      Q.  And -- I'm sorry.  I didn't mean to cut you

 2  off.

 3      A.  -- and would have gotten feedback in February

 4  as well.

 5      Q.  And what was the feedback that was received in

 6  February 2019 from the NSA?

 7      A.  We would have -- I don't know.  I don't know

 8  specifically when or exactly what they would have given

 9  us regarding graph database technology evaluation at

10  that time.

11      Q.  And that -- you don't personally know, but Next

12  Century would have some record of that?

13      A.  I'm -- in writing, at that point, no.  It would

14  have been verbal feedback from meetings.

15      Q.  Okay.  And is there a reason why -- referring

16  back to the email we were looking at, I believe -- is it

17  Exhibit 47?

18          THE REPORTER:  The last was 48.

19          MR. RATINOFF:  48.  I'm sorry.

20  BY MR. RATINOFF:

21      Q.  Looking back at Exhibit 48, where Mr. Nagiel

22  said, "We haven't told him yet (sic)," is he referring

23  to Neo4j?

24      A.  Yes.

25      Q.  So he's telling you that he hasn't told Neo4j

73

1    that they're pursuing ONgDB over Neo4j Enterprise; is

2    that correct?

3         A.   Correct.

4              MR. RATINOFF:  Okay.  I'm going to show another

5    email.  It's got -- it's to Neo4j folks, so technically

6    it's not internal, and I'm sure Mr. Beene would prefer

7    his client to be involved.  I have to say -- but maybe

8    it's a good time for you to take your lunch break.  I

9    know it's after 1:00 o'clock your time, and we can come

10   back on the record as -- as confidential, if that's okay

11   with Gregg.

12             MR. NIVALA:  Yeah, that's okay with me.

13             MR. RATINOFF:  Okay.  So do we want to -- how

14   long of a lunch do you want to take?  I mean, the

15   shorter lunch is, the quicker you'll be done.

16             MR. NIVALA:  20 minutes?

17             MR. RATINOFF:  You want to just say we'll be

18   back 1:30 East Coast time?

19             MR. NIVALA:  Yeah, that's good for me.

20             Is that good for you, Jim?

21             THE WITNESS:  Sounds good.

22             MR. RATINOFF:  Thank you.

23             THE VIDEOGRAPHER:  Thank you.  We are now going

24   off the video record.  The time is 10:09 a.m.

25             ///

                                                         74

1          (The confidential testimony resumed.)

2               AFTERNOON SESSION

3          (All Parties having been duly noted for the

4          record, proceedings resumed at 10:33 a.m.)

5                    --o0o--

6          THE VIDEOGRAPHER:  We are now back on the video

7     record.  The time is 10:33 a.m.

8     BY MR. RATINOFF:

9          Q.  Okay.  Are we ready to continue?

10         A.  (Nonverbal response.)

11         MR. RATINOFF:  All right.  The witness has

12    given a thumbs up.  Okay.  I'm going to go ahead and

13    mark the next email as 49.

14         (Exhibit 49 was marked for identification.)

15    BY MR. RATINOFF:

16         Q.  And the beginning Bates number on this document

17    is CACI00003597.

18         And Mr. Weyant, let me know when you have a

19    chance to look at this email chain.

20         A.  Okay.  I have it up.

21         Q.  Okay.  And I'll represent to you this was

22    produced by CACI in response to the subpoena issued by

23    Neo4j.

24         Do you have any concerns regarding whether it's

25    a true and correct copy of what was produced?

                                                        76

```
 1          A.  No concerns.

 2          Q.  And if you want to scroll down to what would be

 3     the bottom page marked 3598, the last four digits of the

 4     Bates number, it would actually be the second page of

 5     this email.  Let me know when you're there.

 6          A.  3598?

 7          Q.  Yeah, it should be the second page --

 8          A.  Yup.

 9          Q.  -- of the --

10          A.  Got it.

11          Q.  Okay.  You'll see there's a Monday, January 14,

12     2109, email from Jason Zagalsky.

13          A.  I see it.

14          Q.  Okay.  And he says, "I understand that your

15     current funding expires in February and you are

16     currently putting together a proposal for funding to

17     continue the project."

18              That was back in January, so we were talking

19     about February, so just to confirm that the project was

20     continued and additional funding was granted, correct,

21     as of February 2019?

22          A.  That's correct.

23          Q.  And at that -- at that time, when the renewal

24     was up, there was no recommendation to provide a

25     subscription -- or to purchase a subscription for Neo4j
```

77

1    Enterprise, correct?

2         A.  That is correct.

3         Q.  Okay.  Scrolling up to -- it's the email

4    actually starts on the first page, but then it continues

5    to the top of the second page, so it's the bottom of

6    3597, it's an email from Jason Zagalsky to --

7         A.  Got it.

8         Q.  Okay.  And that's dated February 5th, 2019, and

9    the next page, it says, "When we spoke briefly last" --

10   sorry -- "When we spoke briefly last month, you had

11   indicated you were using the free open-source version of

12   Neo4j and planned to continue."

13            And is that in reference to ONgDB?

14        A.  Yes.

15        Q.  And then you see a reference to "Gary" in

16   various places in this email.

17            Do you understand that's gary.mann@neo4j.com?

18        A.  I understand.

19        Q.  Okay.  And do you know who Gary Mann is?

20        A.  To my knowledge, he's a tech rep for Neo4j.

21        Q.  Okay.  And was Next Century working with Gary

22   at that time?

23        A.  Yes.

24        Q.  And what was Gary doing for Next Century?

25        A.  Providing technical assistance to engineers who

78

1    A.  Yes.

2    Q.  Okay.  And then there's a reference to

3    "security and clustering."

4        And would you agree with the statement that

5    those were enterprise features with Neo4J EE?

6    A.  Yes.

7    Q.  And those are also features in ONgDB at that

8    time?

9    A.  Yes.

10   Q.  Okay.  And then moving up to the -- to the --

11   what would be the last email on the first page of the

12   chain from Mr. Nagiel to Mr. Zagalsky.

13       "Hi Jason, thanks for the message, and thanks

14   again to Gary for his assistance in addressing our

15   questions.  Neo4j's strengths helped us" -- sorry.  Let

16   me start over -- "Neo4j's strengths helped convince us

17   and the customer that it is the right graph product for

18   their requirements."

19       Do you see that sentence?

20   A.  I do.

21   Q.  Okay.  So is it fair to say, at this time,

22   February 5th, 2019, that Next Century and the NSA had

23   determined that ONgDB was the preferred graph database

24   software for the Task Order 39?

25   A.  Can you repeat the question again?

80

1    Q.  As of -- as of February 5th, 2019, is it fair

2  to say that Next Century had determined that ONgDB was

3  the best software for the Task Order 39 requirements?

4    A.  Next Century did not make that determination.

5  We gave the customer the evaluation results, and they

6  made the determination.

7    Q.  And they determined that ONgDB was the

8  preferred software for the project?

9    A.  Yes.

10    Q.  It says, "Neo4j's strengths helped us" --

11  "helped convince us and the customer that it was the

12  right graph product for their requirements."

13       So is it fair to say that Next Century also

14  agreed that ONgDB was the preferred graph database

15  software for the project?

16    A.  Yes, based on the customer requirements.

17    Q.  And the only difference between ONgDB and Neo4j

18  at that point was the paid license required for Neo4j

19  Enterprise from Next Century's perspective?

20    A.  Yes, to our knowledge.

21    Q.  And then it says in the next paragraph,

22  "Indeed, we have (almost) reached the end of this task

23  order, and have been demonstrating our integration with

24  a small Neo4j development cluster.  We have found that

25  the open-sourced (non-commercial) builds from the Neo4j

81

1    source code provides the clustering and security

2    requirements needed in our environment."

3            Do you see that?

4        A.  Yes, I do.

5        Q.  Okay.  And is that sentence actually referring

6    to ONgDB and not Neo4j Enterprise?

7        A.  Correct.

8        Q.  And was there any internal discussions at that

9    time regarding the -- the license governing ONgDB

10   internal to Next Century?

11       A.  Not to my knowledge.

12       Q.  Was there any discussions between Next Century

13   and either the Graph Foundation or -- sorry.  Strike

14   that.

15           What -- did Next Century have discussions with

16   Graph Foundation regarding the -- the licensing of ONgDB

17   in February of 2019?

18       A.  There were discussions.  I do not know if they

19   were in February 2019.

20       Q.  Okay.  And what was the subject of those

21   discussions?

22       A.  It was referenced back to the foundation's work

23   with the Department of Treasury, specifically IRS,

24   regarding their -- their evaluation of the license.

25       Q.  And that's -- to be clear, that's the license

82

1   to ONgDB?

2        A.  Yes.

3        Q.  And was there any particular issues with the

4   licensing with ONgDB that Next Century was concerned

5   about?

6        A.  Not to my knowledge.

7        Q.  Your personal knowledge, correct?

8        A.  Correct.

9        Q.  But that's not to say that Next Century wasn't

10  aware of potential issues with the licensing of ONgDB?

11       A.  Next Century, based on the information

12  available in the evaluation that it researched, felt

13  comfortable making recommendations and evaluation

14  comments to the customer that the open-source version

15  would meet their requirements.

16       Q.  When you say "the open-source version," you're

17  referring to ONgDB as an open-source version of Neo4j

18  Enterprise?

19       A.  Yes.

20       Q.  All right.

21           MR. RATINOFF:  I think we're up to Exhibit 50.

22  I'm going to drop this into the chat here for your

23  reference.

24           (Exhibit 50 was marked for identification.)

25           ///

                                                          83

1    Q.   Sure.  I understand, but you're testifying --

2    you understand that you're testifying today as far as

3    Next Century's general knowledge, not just your personal

4    knowledge?

5    A.   Sure.  I think the way I heard the question was

6    an internal discussion, and this one does involve

7    someone external to the company, is my interpretation.

8    Q.   Oh, I'm sorry.  I didn't realize -- maybe my

9    question wasn't as sharp as it could have been, so let

10   me -- let me ask you a different question.

11        Were you involved in discussions in Next

12   Century regarding -- and you'll see the reference to the

13   Commons Clause -- with respect to the license for ONgDB?

14   A.   Next Century did have discussions on the

15   Commons Clause and AGPL.

16   Q.   Okay.  And what was the gist of those

17   discussions?

18   A.   The gist of those discussions was that there

19   were not issues with recommend -- recommending to the

20   customer ONgDB.

21   Q.   Why did --

22   A.   (Unintelligible.)

23   Q.   Sorry.

24        THE REPORTER:  Sorry.  I didn't catch the end

25   of that.  Stepped over it.  Please repeat.

85

1          THE WITNESS:  The open-source version.

2          THE REPORTER:  Thank you.

3   BY MR. RATINOFF:

4       Q.  Why did Next Century reach out to the Graph

5   Foundation regarding the AGPL and the Commons Clause?

6       A.  Next Century engineers were doing everything

7   they could to be thorough in the evaluation,

8   recommendations, and inputs to the government and were

9   doing a lot of research, and I'm sure that they, in the

10  Internet research that was done, found the iGov

11  resources out there for ONgDB.

12      Q.  Okay.  And scrolling down to what would be the

13  bottom of the -- towards the bottom of the first page,

14  3512, you'll see an email from Mr. Nagiel to -- looks to

15  be to Brad.

16          And do you know who Brad -- Brad is?

17      A.  Yes, I do.

18      Q.  Okay.  Who -- who is your understanding of who

19  Brad is?  I'm sorry.

20          What's your understanding of who Brad is?

21      A.  Brad is a leader within the Graph Foundation

22  organization.

23      Q.  Okay.  And to be clear, that's Brad Nussbaum?

24      A.  Correct.

25      Q.  You'll see it says, "The (sic) Neo4j sales guys

                                                        86

1   actually contacted us recently specifically about the

2   Commons Clause modifier to the AGPLv3 license, pointing

3   out that we may be in violation of it (if we were using

4   open-source builds of their software -- including, by

5   extension, ONgDB)."

6          Do you see that?

7      A.  I do.

8      Q.  So were you -- was Next Century contacted by

9   Neo4j concerning their use of ONgDB under the AGPL?

10     A.  Yes.

11     Q.  Was it pointed out to Next Century that the

12  Commons Clause had certain restrictions in the use of

13  Neo4j Enterprise software?

14     A.  On behalf of Next Century, in reviewing this

15  thread, I would say yes.

16     Q.  Okay.  Was Next Century made aware that -- that

17  the Commons Clause had been removed from the license

18  that was governing the Neo4j software that was being

19  marketed as ONgDB?

20     A.  I don't know the answer to that question.

21     Q.  Did the license to ONgDB have the Commons

22  Clause in it to Next Century's knowledge?

23     A.  Not to my knowledge.

24     Q.  And was it Next Century's understanding that

25  either the Graph Foundation or iGov had removed the

87

1    Commons Clause from the license governing the Neo4j

2    source code used in ONgDB?

3         A.  I believe yes.

4              MR. RATINOFF:  Okay.  I'd like to drop the next

5    exhibit into the chat for your reference.

6              (Exhibit 51 was marked for identification.)

7    BY MR. RATINOFF:

8         Q.  This is Tab 310, so Bates number ending in

9    3524.  I believe this is Exhibit 51.

10        A.  I've got it up.

11        Q.  Okay.  And I'll represent to you this is

12   produced by CACI in response to the subpoena issued by

13   Neo4j.

14             Do you have any concerns regarding its

15   authenticity, that it's not a true and correct copy of

16   what was produced?

17        A.  No concerns.

18        Q.  And does this help frame the issue as far as

19   what the discussions internally were with -- with the

20   licensing of ONgDB?

21        A.  Yes.

22        Q.  And you'll see a Todd Hughes; was he an

23   employee of Next Century?

24        A.  Yes, he was.

25        Q.  And he was working on the Task Order 39?

                                                              88

1       A.  No concerns.

2       Q.  No concerns with this being a true and correct

3   copy?

4       A.  No concerns.

5       Q.  Okay.  And then here this is an April 29, 2019,

6   and Mr. Nagiel says, "I imported (high side) your

7   proposal and shared with Matt.  Unfortunately --

8   although not surprisingly -- he has not...responded."

9           So is it fair to say that actually that meeting

10  didn't discuss the proposal since it seems to be

11  referring to forwarding it on without comment from Matt?

12      A.  We had a low-side meeting with Matt, Jason,

13  Shahak, and another Neo4j VP, I believe, which

14  discussed, in part, the proposal among other technical

15  topics, and Neo4j capabilities, and then subsequent to

16  that, the proposal was submitted to Matt via email on

17  the other net.

18      Q.  And at this point, was Neo4j Enterprise still

19  being viewed as an alternative or potential alternative

20  to ONgDB?

21      A.  Being viewed as?

22      Q.  As an alternative, yes.

23      A.  Yes.

24      Q.  And the big difference being, at this point,

25  price?

107

 1        A.   Yes.

 2        Q.   And again, there was no allocation in the

 3   budget at that point for Task Order 50 for a commercial

 4   subscription to Neo4j?  Strike that.  Let me ask it a

 5   different way.

 6             Was the -- earlier, you testified that Task

 7   Order 50 didn't budget in a -- a subscription to graph

 8   database software, correct?

 9        A.   Correct.

10        Q.   And that's still -- is that subject to change

11   depending on the ultimate selection of software?

12        A.   That would be between the prime proxies in the

13   government if they chose to make a mod to the contract

14   to fund a commercial license.

15        Q.   So that was still a possibility depending on

16   other considerations in performance and, you know, with

17   the software?

18        A.   Multiple factors, including performance in

19   software, yes.

20        Q.   And it says in this email as well, "We continue

21   to use ONgDB for our development purposes based on the

22   customer's direction."

23             So as of April 29, 2019, you were instructed by

24   the NSA to use ONgDB for the requirements of Task

25   Order 50?

                                                        108

     A.  Yes.

          MR. RATINOFF:  Okay.  I think at this point I
don't have anymore specific AEO questions related to
Neo4j pricing.  I'll leave it up to Gregg if he's okay
with continuing as confidential.

          MR. NIVALA:  Yeah, sorry.  I was -- for some
reason I wouldn't unmute there.

          Yeah, I have no objection to continuing as
confidential.

          MR. RATINOFF:  Okay.

          THE REPORTER:  You know, Counsel, we've been
going for about an hour anyway.  This might be a good
time for five for me, if that's okay.

          MR. RATINOFF:  Sure.  No problem.  So would we
just come back at -- let's see.  It's 11:27 my time.
Why don't we just say 11:35.

          THE VIDEOGRAPHER:  Sounds good.

          MR. NIVALA:  Sounds good.

          THE VIDEOGRAPHER:  Okay.  We are now going off
the video record.  The time is 11:27 a.m.

          (A short recess was taken.)

          (End of attorneys' eyes only portion of

          testimony.)

                    --o0o--

                                                      109

1    (The confidential testimony resumed.)

2    THE VIDEOGRAPHER:  We are now back on the video

3    record.  The time is 11:36 a.m.

4    MR. RATINOFF:  Okay.  I'd like to put a new

5    exhibit up on the chat here for you to take a look at.

6    (Exhibit 57 was marked for identification.)

7  BY MR. RATINOFF:

8    Q.  This is bearing the beginning Bates number

9  CACI00002845.

10    Do you have that up in front of you now?

11    A.  I do.

12    Q.  And have you had a chance to take a quick look

13  at it?

14    A.  (Nonverbal response.)

15    Q.  Any reason to believe this wasn't a true and

16  correct copy of what was produced by CACI in response to

17  Neo4J's subpoena?

18    A.  No concerns.

19    Q.  Okay.  Just looking at the date here of

20  July 21, 2019, you'll see Mr. Nagiel says, "Last I spoke

21  with Matt about the subject, he was not interested in

22  pursuing the EE option at this time."

23    Do you see that?

24    A.  I do.

25    Q.  Is that referring -- "the EE option" is

110

1    Neo4J EE?

2        A.  Correct.

3        Q.  With respect to the proposal that was

4    previously submitted by Neo4j?

5        A.  Correct.

6        Q.  So as of April 21, 2019, your instructions from

7    the NSA were continue to use ONgDB as the graph database

8    software in Task Order 50?

9        A.  You said April 21st or July 21st?

10       Q.  Sorry.  July 21, 2019.

11       A.  Correct.  At that time, yes, they were

12   directing us to continue our evaluations on ONgDB.

13       Q.  And did Matt tell you exactly why he wasn't

14   interested in pursuing the EE option?

15       A.  There were meetings where they continued the

16   evaluation in the development environment, and ONgDB was

17   continuing to provide performance that they felt was

18   acceptable.

19       Q.  And that included the enterprise-level

20   features:  Clustering, and security, and the other --

21       A.  Yes.

22       Q.  The big differentiator between Neo4j still at

23   this point was price?

24       A.  Yes.

25            MR. RATINOFF:  And then the next exhibit I am

                                                        111

JIM WEYANT, 30(b)(6) - AEO                         September 16, 2022

CERTIFICATE

1

2          I, BENJAMIN GERALD, Certified Shorthand Reporter,

3     Certificate No. 14203, for the State of California do

4     hereby certify:

5          That prior to being examined, the witness named in

6     the foregoing deposition was by me duly sworn to testify

7     to the truth, the whole truth, and nothing but the truth

8     in the within-entitled cause;

9          That said deposition was taken shorthand at the

10    time and place herein named;

11         That the deposition is a true record of the

12    witness's testimony as reported to the best of my

13    ability by me, and was thereafter transcribed to

14    typewriting by computer under my direction;

15         That request [X] was [ ] was not made to read and

16    correct said deposition.

17         I further certify that I am not interested in

18    the outcome of said action, nor am I connected with, nor

19    related to any of the parties in said action, nor to

20    their respective counsel.

21         Witness my hand this 29th day of September, 2022.

22

23

24

25
                BENJAMIN GERALD

           CSR No. 14203
                                                          139

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

```
 1                        CERTIFICATE

 2          I, BENJAMIN GERALD, Certified Shorthand Reporter,

 3      Certificate No. 14203, for the State of California do

 4      hereby certify:

 5          That prior to being examined, the witness named in

 6      the foregoing deposition was by me duly sworn to testify

 7      to the truth, the whole truth, and nothing but the truth

 8      in the within-entitled cause;

 9          That said deposition was taken shorthand at the

10      time and place herein named;

11          That the deposition is a true record of the

12      witness's testimony as reported to the best of my

13      ability by me, and was thereafter transcribed to

14      typewriting by computer under my direction;

15          That request [X] was [ ] was not made to read and

16      correct said deposition.

17          I further certify that I am not interested in

18      the outcome of said action, nor am I connected with, nor

19      related to any of the parties in said action, nor to

20      their respective counsel.

21          Witness my hand this 29th day of September, 2022.

22

23

24
                        BENJAMIN GERALD
25
                        CSR No. 14203

                                                       139
```