**EXHIBIT E**

| | |
|---|---|
| **From:** | Shahak Nagiel(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f006c8dede6943518898b9d3bf8a79a1-Shahak Nagiel) |
| **To:** | Jim Weyant |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Neo4j PoC Status |
| **Sent:** | 02/01/2019 01:59:13 PM -0800 (PST) |
| **Attachments:** | |

Jim-

The other Neo4j sales rep we've been working with has also been in touch occasionally, checking on our status. Obviously, they are interested in moving towards a commercial license sale.

What I haven't told them yet (but likely will need to soon) is that we're pursuing an open-source alternative (the same Neo4j source code but built and licensed separately) which bundles all the same features as the Neo4j enterprise version but without the costs.

Neo4j obviously does not advertise this option, and I worry that as sales folks report to their management that potential customers are choosing open-source alternatives, it won't be long before they make decisions about future versions that make it harder for the open-source versions to keep up with the enterprise features. Will be interesting.

(Either way, hopefully this doesn't sour things between you and Dave too much.)



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com





CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: Jim Weyant
Sent: Friday, February 1, 2019 4:48 PM
To: David Fauth
Cc: Shahak Nagiel
Subject: RE: Neo4j PoC Status

Hey Dave:
Yes, Neo4J performed well in recent prototyping work we did, and we intend to continue leveraging the OS capabilities for future short-term work to my knowledge. I've cc'd our tech lead, Shahak Nagiel who can provide better insight regarding

future partnerships that the government customer may or may not be interested in.
Thx,
Jim
PS – I owe you a separate email about PSU, congrats again to you and Nancy on raising a great daughter.
From: David Fauth [mailto:david.fauth@neo4j.com]
Sent: Friday, February 01, 2019 2:42 PM
To: Jim Weyant
Subject: Neo4j PoC Status
Jim,
Do you have any insight into the PoC using Neo4j? Is it near an end and is there a decision pending?

Also, would you be interested in talking to our contact to discuss partnerships with Neo4j?

Dave
--
**David Fauth**
Neo4j
540-809-0249 mobile
david.fauth@neo4j.com
www.neo4j.com

CONFIDENTIAL