**EXHIBIT G**

| | |
|---|---|
| **From:** | Erik Nolten (erik.nolten@neotechnology.com) |
| **To:** | John Mark Suhy (jmsuhy@purethink.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Fwd: PureThink LLC - signed |
| **Attachments:** | unnamed document.pdf; unnamed document.pdf; |
| **Sent:** | 04/17/2015 09:30:20 AM -0700 (PST) |

Please confirm you got them now.


---------- Forwarded message ----------
From: **Erik Nolten** <erik.nolten@neotechnology.com>
Date: 2015-04-10 22:29 GMT+02:00
Subject: Fwd: PureThink LLC - signed
To: John Mark Suhy <jmsuhy@purethink.com>


Here you go...

Verstuurd vanaf mijn iPhone

Begin doorgestuurd bericht:

> **Van:** Michaela Johansson <michaela.johansson@neotechnology.com>
> **Datum:** 10 april 2015 21:22:51 CEST
> **Aan:** Erik Nolten <erik.nolten@neotechnology.com>
> **Onderwerp: PureThink LLC - signed**
>
>> Hi Erik,
>>
>> please see below.
>>
>> Have a great weekend!
>>
>> //M.



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed: *Lars Nordwall* (DocuSigned, 5E9692354E8643E...)   Signed: _____

| Neo Technology, Inc. | PureThink LLC |
|---|---|
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

Neo Technology has the right to cancel this <u>exclusivity</u>  agreement at any time and for any reason.

Signed: *LARS NORDWALL* (DocuSigned, 5E9692354E8643E...)   Signed: _____

| Neo Technology, Inc.<br>Lars Nordwall<br>COO<br>Neo Technology, Inc.<br>lars.nordwall@neotechnology.com<br>1-855-636-4532 | PureThink LLC<br>John Mark Suhy<br>CTO PureThink LLC<br>jmsuhy@purethink.com<br>703-862-7780 |
|---|---|