**EXHIBIT H**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Erik Nolten (erik.nolten@neotechnology.com)
**CC:**
**BCC:**
**Subject:** Re: PureThink LLC - signed
**Attachments:**
**Sent:** 04/17/2015 09:38:36 AM -0700 (PST)

Thanks - I got them. Our spam filters blocked it for some reason because of the foreign characters. We will ensure our system never blocks emails from your domain again since we usually only look through spam every 2 weeks.

I am sending back a copy with my signature next.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Fri, Apr 17, 2015 at 12:30 PM, Erik Nolten <erik.nolten@neotechnology.com> wrote:
> Please confirm you got them now.
>
>
> ---------- Forwarded message ----------
> From: **Erik Nolten** <erik.nolten@neotechnology.com>
> Date: 2015-04-10 22:29 GMT+02:00
> Subject: Fwd: PureThink LLC - signed
> To: John Mark Suhy <jmsuhy@purethink.com>
>
>
> Here you go...
>
> Verstuurd vanaf mijn iPhone
>
> Begin doorgestuurd bericht:
>
>> **Van:** Michaela Johansson <michaela.johansson@neotechnology.com>
>> **Datum:** 10 april 2015 21:22:51 CEST
>> **Aan:** Erik Nolten <erik.nolten@neotechnology.com>
>> **Onderwerp: PureThink LLC - signed**
>>
>> Hi Erik,
>>
>> please see below.
>>
>> Have a great weekend!
>>
>> //M.

PT00003343.002