**EXHIBIT I**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Erik Nolten (erik.nolten@neotechnology.com)
**CC:**
**BCC:**
**Subject:** Re: Invitation for VIP Dinner and Cocktail Hour for Solution partners
**Attachments:**
**Sent:** 10/13/2015 01:58:52 PM -0700 (PST)

I will be attending the Dinner.

Look forward to seeing you again.

John Mark

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Tue, Oct 13, 2015 at 6:08 AM, Erik Nolten <erik.nolten@neotechnology.com> wrote:
> For our Solution partners at Graph Connect we have a special invitation to join the VIP Dinner and Cocktail hour.
>
> Also, this is great opportunity to personal meet our new partner lead for the North America, John Broad. Off course, John will also be at the GC all day.
>
> **What: VIP Dinner and Cocktail Hour**
> **Where: Hard Water, http://hardwaterbar.com/**
> **When: Oct. 20 6-10PM**
>
> Because this is "on invitation only" as we have limited space, do not share this invitation with others. Please let me know if you will join the VIP Dinner.
>
> Looking forward to see all of you again!!
>
> Regards, Erik Nolten
> Director alliance & channel | Neo Technology
> erik.nolten@neotechnology.com
> Cell: +31 652 721 808
> Skype: erik.nolten