John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene SB# 298088
adronjr@adronlaw.com
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION BY THE PARTIES TO BENCH TRIAL AND WAIVER OF RIGHT TO JURY TRIAL**<br><br>**[F. R. Civ. P. 39(a)(1)]** |

4878-4302-1437.1
STIPULATION BY THE PARTIES TO BENCH TRIAL AND WAIVER OF RIGHT TO JURY TRIAL
CASE NO. 5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

## **STIPULATION**

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys. Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate to modify the current case schedule for the above-entitled action for good cause showing as follows:

WHEREAS, the Parties each previously demanded a trial by jury on their respective claims and defenses asserted in their respective operative pleadings.

WHEREAS, a jury trial in the above captioned case is currently set to commence on November 14, 2023.

WHEREAS, the Parties have met and conferred regarding certain pretrial issues as required by the Court's Standing Order for Civil Cases.

WHEREAS, the Parties discussed and agreed that having their respective claims and defenses adjudicated by the Court rather than a jury would be in the interest of judicial economy.

WHEREAS, the Parties discussed and agreed to withdraw their respective jury demands and waive their right to a jury trial on all issues for which a such a right exists pursuant to Rule 39(a)(1) of the Federal Rules of Civil Procedure.

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1. Plaintiffs' jury demand asserted in their operative pleadings (Dkt. Nos. 90 and 178), is HEREBY WITHDRAWN pursuant to Rule 39(a)(1) of the Federal Rules of Civil Procedure.

2. Plaintiffs HEREBY WAIVE their right to a jury trial on issues for which a federal right to a jury trial exists, and consent to having the Court adjudicate all issues for which a jury trial was previously demanded.

3. Defendants' jury demand asserted in their operative pleadings (Dkt. Nos. 91 and 177) is HEREBY WITHDRAWN pursuant to Rule 39(a)(1) of the Federal Rules of Civil Procedure.

/ / /

4. Defendants HEREBY WAIVE their right to a jury trial on issues for which a federal right to a jury trial exists and consent to having the Court adjudicate all issues for which a jury trial was previously demanded.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 1, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated: September 1, 2023

*/s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  September 1, 2023

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4878-4302-1437.1 — - 4 -
STIPULATION BY THE PARTIES TO BENCH TRIAL AND WAIVER OF RIGHT TO JURY TRIAL
CASE NO. 5:18-CV-07182-EJD