1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
7960 Soquel Drive Ste B #296
Aptos CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

NEO4J, INC., a Delaware corporation, and
NEO4J SWEDEN AB, a Swedish
corporation,
Plaintiffs,
v.

PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY, an
individual,
Defendants.

AND RELATED COUNTERCLAIMS

CASE NO. 5:18-CV-7182 EJD

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE CERTAIN ITEMS OF INFLAMMATORY AN IRRELEVANT EVIDENCE, ARGUMENT, AND TESTIMONY**

Date: October 12, 2023
Time: 11:00 a.m.
Dept. Courtroom 4, 5th floor
Judge: Hon. Edward J. Davila

Trial Date November 14, 2023

Defendant hereby submits the following opposition to plaintiff's motion in limine no. 4 regarding Certain Items of Inflammatory and Irrelevant Evidence, Argument, and Testimony.

This opposition is made under the provisions of the Federal Rules of Evidence 401, 402, and 403 and related case law and is based upon the pleadings and papers on file in this action, and upon such of the argument and evidence as may be presented prior to or at the hearing of this matter.

Motion In Limine 4 seeks to exclude inflammatory evidence that could prejudice a jury. This motion was probably drafted before the parties agreed to a bench trial. DKT 197 2:17 ("Would be highly prejudicial if disclosed to the jury")

**1. Plaintiffs' motion in limine is improper.**

Motion four is another dispositive motion on defendants' unclean hands defense.  Using motions in limine as dispositive motions in improper. *Bradley v. Pittsburgh Bd. of Educ.*, 913 F.2d 1064, 1069–70, 62 Ed. Law Rep. 894 (3d Cir. 1990) § 1:4. In limine law and procedure—Typical use of motion— Limitations on use, Federal Motions in Limine § 1:4

Defendant intends to introduce evidence of Plaintiffs' misconduct as a defense. The unclean hands defense was specifically reserved for phase 2 and should not be dispensed in an inlimine motion.

Motion four is also improper as it is overbroad, seeking to exclude  "all other argument, testimony and evidence regarding Plaintiffs' motives for filing the present suit against Defendants, as well as any alleged animosity Plaintiffs held towards Defendants." Plaintiffs do not specify the evidence,

testimony, or argument to be excluded. Instead, the motion is a blanket

exclusion, which is improper:

> Motions in limine may be inappropriate where it is difficult to
> specify exactly what evidence is the subject of the motion. Often
> the trial judge must wait until the context of the trial before the
> judge can assess the factual context of the evidence and determine
> the admissibility of it. Actual testimony often defies pretrial
> predictions of what a witness will say on the stand. U.S. v. Cline,
> 188 F. Supp. 2d 1287, 1291, 59 Fed. R. Evid. Serv. 99 (D. Kan.
> 2002), aff'd, 349 F.3d 1276 (10th Cir. 2003). Moreover, a trial judge
> should not grant an in limine motion to exclude evidence unless
> the evidence is inadmissible for all purposes. U.S. v. Caputo, 313
> F. Supp. 2d 764, 767–68 (N.D. Ill. 2004), opinion vacated on
> reconsideration, 2004 WL 5576653 (N.D. Ill. 2004), amended in
> part, 2004 WL 5576652 (N.D. Ill. 2004) (motion granted in this
> case); West American Ins. Co. v. Moonlight Design, Inc., 126 F.
> Supp. 2d 1141, 1141–43 (N.D. Ill. 2000); Wagschal v. Sea Ins. Co.,
> Ltd., 861 F. Supp. 263, 265–66 (S.D. N.Y. 1994).

§ 1:4. In limine law and procedure—Typical use of motion—Limitations

on use, Federal Motions in Limine § 1:4

**2.  Plaintiffs' motion in limine is unnecessary.**

With respect to FRE 403, "[t]he standard for prejudicial impact is

different for a bench trial rather than a trial by jury." *Asphalt Workers*

*Union 1018 of Laborers Int'l Union of N. Am. v. Falzone*, No. 05-CV-2336,

2011 WL 13294637, *2 (E.D.N.Y. Mar. 30, 2011) (citations omitted)

(admitting exhibits where the relevance was "limited" because "they are still

probative"); see also *Victoria's Secret Stores Brand Mgmt., Inc. v. Sexy Hair*

*Concepts, LLC*, No. 07-CV-5804, 2009 WL 959775, *8 n.4 (S.D.N.Y. Apr. 8,

2009) ("In the context of a bench trial, . . . there is no possibility of

prejudice"); *Refinemet Int'l Co. v. Eastbourne N.V.*, 815 F. Supp. 738, 740

(S.D.N.Y. 1993) (noting that "the law favors admission of evidence in non-jury

trials"), aff'd, 25 F.3d 105 (2d Cir. 1994).

1
2
3
4

The Honorable Judge Tigar from this District, includes in his standing order for bench trials: "Motions in limine are usually unnecessary in a bench trial." As there is no evidence which could mislead a jury in a bench trial, this motion should be denied.

5

### 3. CONCLUSION

6
7

Based on the foregoing, defendant respectfully requests that this Court enter an order denying plaintiffs' motion in limine no. 4.

8

Dated: September 22, 2023

9
10
11
12
13
14

          */s/ Adron W. Beene*
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorneys At Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

15
16
17

Attorneys for Defendants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

18
19
20
21
22
23
24
25

1

**ATTESTATION OF E-FILED SIGNATURE**

2

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the

3

filing of this document from all signatories for whom a signature is indicated by a "conformed"

4

signature (/s/) within this electronically filed document and I have on file records to support this

5

concurrence for subsequent production to the Court if so ordered or for inspection upon request.

6

Dated:  September 22, 2023

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*/s/ Adron G. Beene*
Adron W. Beene
Adron G. Beene
Attorneys At Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233

Attorneys for Defendants and
Counter-Claimants
PURETHINK LLC, IGOV INC., and
JOHN MARK SUHY