Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
7960 Soquel Drive Ste B #296
Aptos CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 5 TO PRECLUDE DEFENDANTS FROM OFFERING A NEW CONTRACT CLAIM/THEORY AND CERTAIN DAMAGES THEORIES RELATED THERETO**<br><br>Date: October 12, 2023<br>Time: 11:00 a.m.<br>Dept. Courtroom 4, 5th floor<br>Judge: Hon. Edward J. Davila<br><br>Trial Date November 14, 2023 |

**1. Plaintiffs' motion in limine no. 5 is improper.**

Motion five is yet another dispositive motion, this time on defendants' damage claims. Using motions in limine as dispositive motions is improper. *Bradley v. Pittsburgh Bd. of Educ.*, 913 F.2d 1064, 1069–70, 62 Ed. Law Rep. 894 (3d Cir. 1990) § 1:4. In limine law and procedure—Typical use of motion—Limitations on use, Federal Motions in Limine § 1:4

The damages sought are: In an action for breach of contract, the measure of damages is "the amount which will compensate the party aggrieved for all the detriment proximately caused thereby, or which, in the ordinary course of things, would be likely to result therefrom" (Civ. Code, § 3300), provided the damages are "clearly ascertainable in both their nature and origin" (Civ. Code, § 3301). *Erlich v. Menezes* (1999) 21 Cal.4th 543, 550.

PureThink did not change the basis of its breach of contract claim in the summary judgment motion nor fail to provide evidence to support its damage claim. This has been briefed in the pending summary judgment motion and it is improper for Neo4J to keep briefing issues. The evidence is Mr. Suhy testified about the time he spent developing the Government version. That is evidence. Neo4J has no counter evidence. Mr. Suhy explained at his deposition the scope and effort undertaken to make a government addition. The Neo4J version at the time could not be licensed to the government until he completed his work.

While Neo4J expresses surprise as the "new" damage claims, Defendants provided testimony of the $650,000 in damages for designing and developing the Government Edition under the exclusivity agreement at his deposition as it was referenced as far back as its Rule 26 damage

disclosure made in early 2019 (then $750,000). *See* Exhibit A, Defendants' and Counterclaimants' Purethink LLC, IGOV Inc. And John Mark Suhy Initial FRCP Rule 26 Disclosures, 11:20-25.

The claim is not a reasonable value of services rendered. It is a contract claim based on the time and value spent developing the government version so Purethink could use its exclusive license to sell Neo4J to the government. Neo4J breached the agreement and should pay all damages for such breach.

Defendants object to the inlimine motion as it is burdensome, does not seek specific evidentiary exclusions and are further excessive briefing in this case. See FRCP 1.

**2. CONCLUSION**

Based on the foregoing, defendant respectfully requests that this Court enter an order denying plaintiffs' motion in limine no. 5.

Dated: September 22, 2023

*/s/ Adron W. Beene*

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorneys At Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for Defendants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

**EXHIBIT A**

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants. | CASE NO. 5:18-cv-07182-EJD<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' PURETHINK LLC, IGOV INC. AND JOHN MARK SUHY INITIAL FRCP RULE 26 DISCLOSURES** |
| PURETHINK LLC, a Delaware limited liability company, IGOV, INC., a Virginia corporation,<br><br>Counterclaimants,<br><br>v.<br><br>NEO4J, INC., a Delaware corporation,<br><br>Counterdefendant. | |



**EXHIBIT A**

Defendants PURETHINK LLC, IGOV INC., JOHN MARK SUHY and Counterclaimants PURETHINK LLC and IGOV INC. provide the following Initial disclosures under FRCP Rule 26 (a) (1):

(i) Witnesses

All the IRS witnesses listed below have direct knowledge of PureThink's work with the IRS, Neo4j's behavior, and interference with PureThink.

Neo4j's behavior caused them to ban Neo4j and adopt ONgDB.

We are advised Neo4j threatened to sue IRS after Jeff Butler gave a speech and mentioned either Tigergraph or ONgDB. All the employees except for Mike Dunn, are in Washington DC. Mike Dunn resides in Orlando.

**Michael Dunn**
IRS Employee
850 Trafalgar Ct
Maitland, FL 32751
321-253-7609

1. **Jeff Butler**
IRS (Manager)
77 K St NE
Washington, DC 20002
jeff.butler@irs.gov

2. **Lisa Rosenmerkel**
IRS (Manager)
77 K St NE
Washington, DC 20002
lisa.s.rosenmerkel@irs.gov

3. **Chris Hess**
IRS (Manager)
77 K St NE
Washington, DC 20002
Christopher.E.Hess@irs.gov

4. **Rahul Tikekar**
IRS
77 K St NE
Washington, DC 20002
Rahul.Tikekar@irs.gov

5. **Vivian Daniels**
IRS Contract Officer
77 K St NE
Washington, DC 20002
240-613-7385



**EXHIBIT A**

6. **Genevieve Colvin**
IRS Contract Officer
77 K St NE
Washington, DC 20002
Genevieve.Colvin@irs.gov

7. **Vivian Daniels**
IRS Contract Officer
77 K St NE
Washington, DC 20002
Vivian.D.Daniels@irs.gov

8. **Renee Goss**
IRS Contract Officer
77 K St NE
Washington, DC 20002
Renee.Y.Goss@irs.gov

All the witnesses at Department of Homeland Security (DHS) U.S. Citizenship and Immigration Services (USCIS) were part of the team Defednant was working with on a second DHS opportunity. Defendants had invested considerable time into the opportunity which would have resulted in graph consulting and a partnership with Accenture Federal. Things abruptly stopped after they mentioned they spoke to Neo4j Inc.

9. **Lewis, Timothy P**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
timothy.p.lewis@uscis.dhs.gov

10. **Clark, Natasha R**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
natasha.r.clark@uscis.dhs.gov

11. **Hife, John S**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
john.s.hife@uscis.dhs.gov

12. **Choi, Jason J**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
jason.j.choi@uscis.dhs.gov

13. **Yoon, Young H**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
young.h.yoon@uscis.dhs.gov

14. **Bain, Sabyasachi**
2675 Prosperity Ave
Fairfax, VA 20598

800-375-5283
sabyasachi.bain@uscis.dhs.gov

**15. D'Souza, Tracy A**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
tracy.a.dsouza@uscis.dhs.gov

**16. Thompson, Ruben A Jr**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
ruben.a.thompson@uscis.dhs.gov

**17. Gunnink, Jason L**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
jason.l.gunnink@uscis.dhs.gov

**18. Bachtel, Jeffrey L**
2675 Prosperity Ave
Fairfax, VA 20598
800-375-5283
jeffrey.l.bachtel@uscis.dhs.gov

**19. Christina Entwistle**
Accenture Federal / DHS USCIS
14850 Conference Center Dr
Chantilly, VA 20151
877-889-9009
c.entwistle@accenturefederal.com

PureThink worked with Information Analysis Incorporated for quite some time. They are still Neo4j Partners We worked together for quite some time on partnering, and even discussed a buyout of Purethink in the future as it grew. These discussions all stopped somewhat suddenly, and we believe Neo4j Inc made that happen

**20. Stan Reese**
sreese@infoa.com
11240 Waples Mill Road Suite 201
Fairfax, VA 22030

**21. Sandy Rosenberg**
srosenberg@infoa.com
11240 Waples Mill Road Suite 201
Fairfax, VA 22030

22. **Rich DeRose**
11240 Waples Mill Road Suite 201
Fairfax, VA 22030
rderose@infoa.com

23. **Richard Rodriguez**
fhtm9236@gmail.com
571-262-9153



**EXHIBIT A**

**24. Charles Bunce**
cbunce@infoa.com
11240 Waples Mill Road Suite 201
Fairfax, VA 22030

**25. Art Rosenberg**
arosenberg@infoa.com
11240 Waples Mill Road Suite 201
Fairfax, VA 22030

**26. Timothy J Brown**
8023 Langbrook Rd
Springfield, Va 22152
703-597-6333

Business advisor and prior agent of Purethink who met with Neo4j employees in regard to the business planning around Neo4j Government edition and the Purethink exclusivity agreement. Also discussed business with IAI in regard to potential partnership with or buyout of Purethink.

**27. John Mark Suhy Jr**
Defendant
703-862-7780
4202 Adrienne Dr
Alexandria, VA 22309

Has knowledge of the facts behind the claims of the parties in this litigation.

**28. Dorothee Suhy**
Wife of John Mark Suhy Jr
May be contacted through defendants' counsel

Knowledge of the investment made into Neo4j Government Edition. 1% owner of PureThink. No interest in iGov Inc.

The 2 witnesses below are highly knowledgeable of Neo4j and graph technologies and have knowledge of Neo4j's misrepresentations regarding limitations upon users of Neo4j AGPL licensed software. They are also directors of the Graph Foundation.

29. **Benjamin Nussbaum**
AtomRain Inc
Ohio
(310) 433-9305

**30. Bradely Nussbaum**
AtomRain Inc
Ohio
(310) 429-0582

**31. Ken A. Marks**
ANACAPA Micro Products, Inc.
800.800.7056 Ext.007

Ken Marks is with the company which was awarded the DHS Neo4j contract due to interference by Neo4j Inc.



**EXHIBIT A**

**32. Brian Rodrigue**
Excella Consulting
2300 Wilson Blvd #600
Arlington, Va 22201
540-295-5556

Brian Rodrigue was on the team DHS USCIS had brought on to identify a graph technology to procure. He is the lead who recommended PureThink and Neo4j Government Edition. He has direct knowledge of Neo4j Inc interference including an "uncomfortable" call they had with Neo4j Inc when they were told they could not work with PureThink.

**33. Steven R Baker**
steven@stevenrbaker.com
Sweden

Steven Baker worked at Neo4j Inc, and has direct knowledge of Neo4j's behavior, and intentional misrepresentations relating to the AGPL license restrictions.

**34. Carol E. Sinnard**
National Geospatial-Intelligence Agency (NGA) Procurement Officer
314-676-5541

An NGA procurement officer who handled the initial NGA procurement of Neo4j and may have direct knowledge of interference and business practices which excluded iGov Inc from participating in the procurement.

**35. Harry Lanfersieck**
National Geospatial-Intelligence Agency (NGA)
314-676-1518

An NGA procurement officer who handled the initial NGA procurement of Neo4j and may have direct knowledge of interference and business practices which excluded iGov Inc from participating in the procurement.

**36. Kevin Lawson**
US Air Force Procurement
937-656-7395
Kevin.Lawson.3@us.af.mil

A US Airforce procurement officer who handled a Neo4j procurement and may have direct knowledge of interference and business practices which excluded iGov Inc from participating in the procurement.

**37. Ann Grubbs**
Chief Data Engineer, IT
Lockheed Martin Space

May have knowledge relating to Neo4j Inc interference and business practices relating to iGov Inc, PureThink business opportunities.

**38. Emil Eifrem**
Neo4j CEO

**39. David Fauth**
Neo4j Inc Technical Engineer
540-809-0249

Has direct knowledge of Neo4j Inc behavior relating to the IRS contract which is base of the accused breach, including interference. David Fauth was the Neo4j Inc team member who was supposed to be helping PureThink with the IRS contract.

**40. John Broad**
Vice President, Strategic Alliances & Channels Neo4j Inc
925-788-2347

Has direct knowledge of Neo4j Interference and was directly involved in some of the alleged interference claims made by defendant.

**41. Jason Zagalsky**
Neo4j Inc Federal Sales
410-280-9697

Has direct knowledge of Neo4j Interference. Jason heads up the Neo4j government sales, and was directly involved in some of the alleged interference claims made by defendant.

**42. Mathew Frederickson**
Senior Account Executive Neo4j Inc
206-679-4780

Has direct knowledge of all Neo4j exclusivity agreement, Neo4j Government Edition development, and other interactions between PureThink , Neo4j Inc, and PureThink customers.

**43. Erik Nolten**
Neo4j Inc.
Sweden

Has knowledge and involvement regarding PureThink and Neo4j Exclusivity agreement.

**44. Lars Nordwall**
COO Neo4j Inc

Has knowledge and involvement regarding PureThink and Neo4j Exclusivity agreement. Lars signed some of the docs which will be used to support exclusivity.

**45. Philip Rathle**
Neo4j Inc

Philip is in charge of Neo4j products. He has direct knowledge of activities relating to development of Neo4j Government Edition, and other information related to the case.

**46. Ryan Boyd**
Neo4j Inc

Ryan may have knowledge important to support claims.

**47. Chris Upkes**
Neo4j Inc Field Engineer

Field engineer working with intelligence agency, whom PureThink also worked with. May have knowledge of Neo4j Inc interference with business opportunities, and unfair business practices, including communication of license options which are false and hurt iGov Inc and PureThink opportunities.

**48. Utpal Bhatt**
Vice President Global Marketing, Neo4j Inc.
650-346-7868

As VP of global marketing, Mr Bhatt may have knowledge of Neo4j's behavior relating to the case.

**49. Lance Walter**
CMO Neo4j Inc
650-302-2615

Lance had requested John Mark Suhy does not attend GraphConnect. He also requested TigerGraph marketing person did not attend. We believe lance has knowledge relating to this case.

**50. Ginger Sanfilippo**
Vice President, WW Account Management Neo4j Inc
650-476-9400

May have knowledge relating to Neo4j Government Edition, unfair business practices, and Neo4j Inc interference. Ginger had all PureThink business contacts for contracts and potentials.

51. **Charles Fisher**
Vice President Sales North America Neo4j Inc
415-250-0458
charles@neotechnology.com

Mr Fisher has knowledge of the Neo4j Government Edition and exclusivity. At one point in time, I had to brief him on both of these subjects as sales were starting to pick up.

**52. Bryce Merkl Sasaki**
Marketing Neo4j Inc

Neo4j Inc marketing wrote marketing material supporting PureThink exclusivity and Neo4j Government Edition related claims.

**53. Rik Van Bruggen**
VP Sales Neo4j Inc

Neo4j Inc marketing wrote marketing material supporting PureThink exclusivity and Neo4j Government Edition related claims.

**54. Gabe Stanek**
Redis Inc
700 E El Camino Real Suite 250
Mountain View, CA 94040
415-930-9666

Worked for Neo4j Inc during the time period of the case. May have knowledge related to the case, and alleged Neo4j Inc interference with PureThink and igov Inc.

**55. Igor Borojevic**
Director of Product, Shipping & Payments at OfferUp
227 Bellevue Way NE 57,
Bellevue, WA
Washington, WA 98004

Worked at Neo4j Inc under Philip Rathle and may have knowledge related to Neo4j Government

Edition, Exclusivity, and Neo4j Inc and has direct knowledge of Neo4j's behavior, and intentional misrepresentations relating to the AGPL license restrictions.

**56. Laura Drummer**
Columbia meetup for Neo4j organizer
Director of Software & Engineering at Novetta Solutions
7921 Jones Branch Drive 5th Floor
McLean, VA 22102
571-282-3000

May have direct knowledge of Neo4j Inc interference and unfair business practices which hurt potential business opportunities at Fort Meade Md. May have knowledge to communications relating to Neo4j Inc, iGov and PureThink.

**57. Jessica Dembe**
Front end engineer Mariana Tek
1400 Eye Street NW, Suite 250
Washington, DC 20005

Was part of the DHS team for the first DHS opportunity we claim Neo4j Breached. May have direct knowledge of Neo4j Inc unfair business practices, and interference.

**58. Patrick Elder**
Blackstone Federal
1110 N Glebe Rd #200
Arlington, VA 22201
703-812-9700

Was part of the DHS team for the first DHS opportunity we claim Neo4j Breached. May have knowledge relating to Neo4j Inc interference and business practices relating to iGov Inc, PureThink business opportunities.

**59. Preston Hendrickson**
Principal Systems Analyst, CALIBRE Systems
Technical Lead, U.S. Army Project
6354 Walker Lane Suite 500
Alexandria, Virginia 22310
888-225-4273

Worked with Army on a graph project that iGov and/or PureThink would have been considered for. May have direct knowledge of Neo4j Inc unfair business practices, and interference. CALIBRE is a consulting company that focuses on the US Government, and it is believed that Preston and possibly others at CALIBRE have knowledge of the behavior and interference alleged against Neo4j Inc.

**60. Michael French**
Senior Programmer, CALIBRE Systems
6354 Walker Lane Suite 500
Alexandria, Virginia 22310
888-225-4273

May have knowledge of alleged Neo4j interference with PureThink and iGov Inc in the US government.

**61. Robert Han**
Director Elder Research, Inc.
2107 Wilson Blvd., Suite 850

Arlington, VA 22201
434.227.5872

Has knowledge of Neo4j Inc interference, business practices.

**62. Mariano Lopez**
CEO Analytica
1705 DeSales Street NW Suite 400
Washington D.C. 20036
202-470-4806

Has knowledge of Neo4j Inc interference allegations, business practices.

**63. Eve Freeman**
Data Visualization, TEKsystems
8111 Gatehouse Rd Suite 420, Falls Church, VA 22042 571-623-3700

Mrs Freeman worked with IAI and Neo4j and is believed to have knowledge relating to information relating to the interference and business practice issues alleged.

**64. Jim Webber**
Neo4J, Inc.

It is believed that Jim Webber has extensive knowledge relating to the case.

**65. Andres Taylor**
Square Inc.
1455 Market Street, Suite 600
San Francisco, California 94103
415-375-3176

Formerly worked for Neo4j Inc. May have knowledge relating to Neo4j Government Edition, unfair business practices, and Neo4j Inc interference.

## (ii) Documents

a. Documents, archived blog posts, source code, development logs relating to defendant's designing and development of Neo4j Government Edition, as well as documents relating to Neo4j Inc's knowledge, approval, and internal and external communications about this knowledge.

b. Documents relating to the exclusivity agreement.

c. Documents, website archives, and logs supporting defendant's use of the Neo4j trademark for comparative advertising and to identify the product.

d. Documents relating to the accusation of defendant's breach which lead to termination of the partner agreement which some of plaintiff's claims are based on.

e. Documents showing plaintiff's interference with prospective business contracts and the Neo4J Sweden AB license agreement.

f. Documents showing plaintiff has mislead, lied, and attempted to involve defendant's in fraud.

g. Documents relating to defendants' contractual relationship with clients.

h. Formation documents of iGov showing it bought no assets of or acquired Purethink.

i. Documents relating to defendants' damages claims including documents used to support damage calculations, documents supporting investment made, and documents supporting damage claims all around.

j. Emails between Neo4J, Inc. and defendants.
k. Emails between Purethink and customers.

These documents are located on external hard drive located in Alexandria, VA and which defendants are organizing for production subject to a protective order.

## (iii) Damages

Defendants iGov Inc and John Mark Suhy seek to recover attorney's fees on the trademark claims in the complaint. Those are presently $57,000.

Counterclaimants Purethink, LLC and iGov, Inc. seek damages including punitive damages for interference with prospective economic advantage and interference with contract. Purethink, Inc. also seeks damages for breach of contract. Counterclaimants are informed and believe at this time that its damages are:

1) $26,020.50 in unpaid fees owed to defendant for a DHS deal which was put in place before the plaintiff terminated partner contract.

   Calculation: 25% of the total subscription cost. Subscription was for $104,082 and 25% of that is $26,020.50.

2) $750,000 for lost investment made into designing and developing Neo4j Government Edition (AKA Neo4j Enterprise Government Edition) under the exclusivity agreement.

   Calculation: 25 hours a week were set aside to Neo4j Government Edition designing, developing, and other product related tasks for 2 years. The rate used for these calculation uses Neo4j Inc's professional service rate which was $300.00 per hour for a subject matter expert who would be needed. Suhy, is a certified Neo4j professional and more than fits this rate.

   25 hours per week X 50 weeks per year X 2 years X $300.00 /hr = $750,000

3) $1,200,000 for lost investment made into building the business model, assisting Neo4j sales teams, providing guidance and services relating to growth of the Neo4j and PureThink's joint growth in



**EXHIBIT A**

the US Government.

Calculation: 40 hours per week (On top of the time spent above) X 50 weeks per year X 2 years X $300 /hr

Note: The $300 /hr subject matter hourly rate is justified because I gave up being able to do consulting with Neo4j Inc to focus on this investment.

4) Approximately $12,900,000 in lost revenue on future business opportunities caused by breach of exclusivity agreement. (PureThink)

Overview: Supporting documents, experts, and procurement officer testimony will support that all the future Neo4j procurements in the government would have gone to defendant.

PureThink had already talked with one company regarding being purchased, Lars Nordwall discussed a buyout which Suhy turned down. PureThink was planning on selling the company once it hit a specific number of agencies it had a foothold in, which was accelerating.

Calculation: 80% of first year + 25% of all renewals of future US government Neo4j subscriptions. [from joint status conference as edited]. + consulting revenue losses based on historic contract comps.

5) Approximately $2,000,000-$10,000,000 in lost revenue on future business opportunities caused by interference with business. (iGov Inc and PureThink)

Calculation is based on the current known Neo4j procurements and or Neo4j based projects, which would have likely come because of having the most verifiable past performance, government open source initiatives, fact that we build a solution and support for same costs, and other procurement considerations.

Calculations are as follows: 100% of total procurement value of each opportunity that was interfered with + 100% of the total additional consulting services that the winning vendors made beyond the subscription value.

Known and suspected interference currently includes:

- IRS contract awarded to PureThink then canceled.
  Year 1 + Option Year 2 + Option Year 3 + Option Year 4 + Option Year 5 = $300,000 + $200,000 + $200,000 + $200,000. + $200,000 = $1,100,000

- DHS contract work with Accenture Federal and DHS. (Separate from DHS breach) Calculation would be 100% of support contract for Neo4j Enterprise + consulting revenue currently paid for additional development services relating to the contract.

- National Geospatial Agency (NGA) Procurement X + Follow up renewal.
  Calculation would be 100% of support contract for Neo4j Enterprise + consulting revenue currently paid for additional development services relating to the contract.

- NSA work with Northrup Grumman as well as other opportunities with Northrup Grumman
  Calculation would be 100% of support contract for Neo4j Enterprise + consulting revenue currently paid for additional development services relating to the contract.

- Airforce and teaming partner of award. Solicitation F4FTAT8184A001
  Calculation would be 100% of support contract for Neo4j Enterprise + consulting revenue currently paid for additional development services relating to the contract.

- Army opportunity with contractor (Details unknown)
  Calculation would be 100% of support contract for Neo4j Enterprise + consulting revenue currently paid for additional development services relating to the contract.

6) Punitive damages based on interference claims and determined by the jury.

The exact total damages will be ascertained after conducting discovery and expert analysis. Documents upon which the damage calculations are based are located on external hard drive located in Alexandria, VA and which defendants are organizing for production subject to a protective order. Counterclaimants also seek declaratory relief that Section 4.3.2 of the Partner Agreement is void under the Partner Agreement, sections 4.3.1 and 4.3.2 are void under the terms of the Neo4J Sweden AB GPL and AGPL license and the Neo4J trademark is abandon.

## (iv) Insurance

Defendants are not presently aware of any insurance policy covering liability on the plaintiff's claims.



Dated: February 21, 2019

By: */s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY



**EXHIBIT A**

PROOF OF SERVICE

I am a citizen of the United States. My business address is 1754 Technology Drive, Suite 228, San Jose, CA 95110. I am over the age of eighteen years and not a party to the within action. On the date stated below, I served the attached:

**DEFENDANTS' AND COUNTERCLAIMANTS' PURETHINK LLC, IGOV INC. AND JOHN MARK SUHY INITIAL FRCP RULE 26 DISCLOSURES**

On the parties listed below at the addresses listed:

**to NEO4J, INC., a Delaware corporation, attorneys of record:**

Jeffrey M. Ratinoff
jratinoff@hopkinscarley.com
John V. Picone III
jpicone@hopkinscarley.com
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile (408) 998-4790

__ (By Mailing) I caused a true copy of each document identified above to be placed in a sealed envelope with first class postage affixed. Each such envelope was deposited for collection and mailing that same day in the ordinary course of business in the United States Mail at San Jose, California.
___(By Personal Service) I caused a true copy of each documents identified above to be delivered by hand to the offices of each addressee above.
___(By Overnight Delivery) I caused a true copy of each documents identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee above.
_X__ (By Electronic Service) by transmitting via my electronic service address (adronjr@adronlaw.com) the document(s) listed above to the persons at the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: 2-21-19

Adron G. Beene



**EXHIBIT A**

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: September 22, 2023

*/s/ Adron G. Beene*

Adron W. Beene
Adron G. Beene
Attorneys At Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233

Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY