John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, | CASE NO.  5:18-cv-07182-EJD |
| Plaintiffs, | **JOINT TRIAL EXHIBIT LIST** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1       In accordance with Rule 16 of the Federal Rules of Civil Procedure and pursuant to the

2   Court's Standing Order For Civil Trials, (hereinafter the "Court's Standing Pretrial Order"),

3   Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively, "Plaintiffs"), PureThink LLC, iGov

4   Inc., and John Mark Suhy (collectively, "Defendants") submit a joint list of exhibits likely to be

5   employed by the parties at the trial of this action.  This joint list is attached hereto as Exhibit A.

6       Exhibits marked by Plaintiffs are numbered 1 through 207.  Additional exhibits that

7   Plaintiffs will use at trial are marked with numbers between 208 and 1000.  Exhibits marked by

8   Defendants are numbered 1001 through 1106.  Additional exhibits Defendants will use at trial are

9   marked with numbers 1107 through 2000.  The parties also reserve their right to offer as exhibits

10  additional documents that become necessary for rebuttal or impeachment purposes.

11  Dated:  September 28, 2023                    HOPKINS & CARLEY
                                                 A Law Corporation
12

13

14                                               By: */s/ Jeffrey M. Ratinoff*
                                                    John V. Picone III
15                                                  Jeffrey M. Ratinoff
                                                    Arthur E. Rothrock
16                                                  Attorneys for Plaintiffs and
                                                    Counter-Defendants
17                                                  NEO4J, INC. and NEO4J SWEDEN AB

18  Dated:  September 28, 2023                       */s/ Adron W. Beene*
                                                    Adron W. Beene
19                                                  Adron G. Beene
                                                    Attorneys for Defendants and Counter-
20                                                  Claimants
                                                    PURETHINK LLC, IGOV INC., and
21                                                  JOHN MARK SUHY

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2      Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3   the filing of this document from all signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this electronically filed document and I have on file records to

5   support this concurrence for subsequent production to the Court if so ordered or for inspection

6   upon request.

7   Dated:  September 28, 2023                    HOPKINS & CARLEY
                                                   A Law Corporation
8

9
                                                   By: /s/ Jeffrey M. Ratinoff
10                                                    John V. Picone III
                                                      Jeffrey M. Ratinoff
11                                                    Arthur E. Rothrock
                                                      Attorneys for Plaintiffs and
12                                                    Counter-Defendants
                                                      NEO4J, INC. and NEO4J SWEDEN AB
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 1 | 08/04/14 | Trademark Registration Certificate for "Neo4j" trademark, Registration No. 4,784,280. | N4J_000001 | Philip Rathle | | |
| 2 | 10/12/15 | Capture of Neo4j USA's October 12, 2015 Trademark Policy located at https://neo4j.com/trademark-policy/ | Dkt. No. 98-2, Exh. 5 | Philip Rathle | | |
| 3 | 11/07/20 | Exemplar of AGPL as previously used by Neo4j Sweden for Neo4j® EE version 3.3 | Dkt. No. 98-2, Exh. 1 | Philip Rathle | | |
| 4 | 05/17/18 | Rathle announcement published on Neo4j USA's website regarding the release of Neo4j® CE and Neo4j® EE version 3.4 and introduction of Commons Clause | Dkt. No. 98-2, Exh. 2 | Philip Rathle | | |
| 5 | 11/07/20 | Neo4j Sweden Software License used with Neo4j® EE version 3.4, which includes the Commons Clause | Dkt. No. 98-2, Exh. 3 | Philip Rathle | | |
| 6 | 11/15/18 | Announcement regarding the release of Neo4j CE and Neo4j EE v3.5 published by Rathle on Neo4j USA's website | Dkt. No. 98-2, Exh. 4 | Philip Rathle | | |
| 7 | 10/22/19 | Press release issued by Neo4j USA titled "Neo4j is the Graph Database of Choice for World's Top Financial Services Organization" | Dkt. No. 98-3, Exh. 8 | Philip Rathle or Jason Zagalsky | | |
| 8 | 01/29/20 | Press release issued by Neo4j USA titled "Neo4j Marks Another Year of Product, Customer and Community Momentum" | Dkt. No. 98-3, Exh. 7 | Jason Zagalsky | | |
| 9 | 10/20/20 | Press release issued by Neo4j USA titled "Neo4j is the Choice of Leading Companies for Graph Databases in the Cloud" | Dkt. No. 98-3, Exh. 4 | Jason Zagalsky | | |
| 10 | 11/25/20 | Printout of Neo4j USA webpage, providing links to various awards received, https://neo4j.com/awards/ | Dkt. No. 98-3, Exh. 1 | Jason Zagalsky | | |
| 11 | 09/22/23 | Neo4j Awards and Honors web capture | N/A | Philip Rathle | | |
| 12 | 09/24/20 | 9/24/2020 Aggregator Agreement between Neo4j, Inc. and Carahsoft Technology Corporation | N4J_020264 | Lars Nordwall or Kelly Zawalski | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 13 | 2016-2022 | Neo4j USA Income Statement FY16 through Q3-FY22 | N4J_019991 - HC-AEO | Kelly Zawalski or Mike Asher | | |
| 14 | 10/24/22 | Neo4j USA Monthly Closed Won Report as of 2022-10-24 | N4J_019992 - HC-AEO | Kelly Zawalski or Mike Asher | | |
| 15 | 11/14/22 | Neo4j Monthly Closed Won Report as of 2022-11-14 | N4J_020132 - HC-AEO | Kelly Zawalski or Mike Asher | | |
| 16 | 10/01/17 | Neo4j USA Price List, Effective Oct 1, 2017 | N4J_020187 - HC-AEO | Kelly Zawalski or Mike Asher | | |
| 17 | 04/01/19 | Neo4j USA Price List, Effective April 1, 2019 | N4J_020230 - HC-AEO | Kelly Zawalski or Jason Zagalsky | | |
| 18 | 04/01/20 | Neo4j USA Price List, Effective April 1, 2020 | N4J_020201 - HC-AEO | Kelly Zawalski or Jason Zagalsky | | |
| 19 | 07/01/21 | Neo4j USA Price List, Effective July 1, 2021 | N4J_020153 - HC-AEO | Kelly Zawalski or Jason Zagalsky | | |
| 20 | 09/29/14 | Solicitation/Contract/Order for Commercial Items from MPO to PureThink for Neo4j Enterprise Edition commercial License | 00012000 | John Mark Suhy or Jason Zaglasky | | |
| 21 | 09/30/14 | Neo4j Solution Partner Agreement between Neo4j Inc. and PureThink LLC, signed by John Mark Suhy on behalf of PureThink. | N4J_000004 | Lars Nordwall | | |
| 22 | 04/09/15 | Email and attachment sent by John Mark Suhy to Erik Nolten regarding the purpose of the Government Edition and an attachment stating that Neo4j has the right to cancel exclusive reseller status at anytime | PT00003382.001 | Lars Nordwall or Philip Rathle | | |
| 23 | 04/10/15 | Email exchange between John Mark Suhy and Erik Nolten where Suhy indicates that the exclusivity agreement would consist of two letters, with the internal one stating that Neo4j has the right to cancel exclusive reseller status at anytime. | PT00003380.001 | Lars Nordwall or Philip Rathle | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|-------------------|--------------------|---------------|
| 24 | 04/10/15 | Email sent by Erik Nolten to John Mark Suhy with Lars Nordwall's signatures on two letters regarding iGov being the exclusive reseller of the Government Edition | PT00003371.001; PT00003372.001; PT00003373.001 | Lars Nordwallor Philip Rathle | | |
| 25 | 04/17/15 | Email from Erik Nolten to John Mark Suhy re PureThink LLC - signed, enclosing Neo4j-signed April 11, 2015 internal and external Neo4j Gov't Edition letters | PT00003344.001; PT00003345.001; PT00003346.001 | John Mark Suhy | | |
| 26 | 04/17/15 | Email from John Mark Suhy to Erik Nolten re PureThink LLC - signed, confirming receipt of Neo4j-signed April 11, 2015 internal and external Neo4j Gov't Edition letters | PT00003343.001 | John Mark Suhy | | |
| 27 | 07/14/15 | Email sent by John Mark Suhy to David Frauth re why the Government Edition was created. | PT00003112.001 | Lars Nordwall or Philip Rathle | | |
| 28 | 07/28/15 | Email and attachment sent by John Mark Suhy to Charles Fischer re why the Government Edition was created. | PT00003056.001; PT00003057.001 | Lars Nordwall or Philip Rathle | | |
| 29 | 07/31/15 | Email exchange between Erik Nolten and Charles Fischer attaching the internal and external April 11, 2015 letters signed by Lars Nordwall | N4J_002105 | Lars Nordwall or Philip Rathle | | |
| 30 | 09/09/15 | Email from John Mark Suhy to Scott Colip of KSM Consulting explaining that Government Edition was created to obtain sole source procurement | PT00002924.001 | John Mark Suhy | | |
| 31 | 09/29/15 | Order for Supplies or Services from FBI to PureThink for Neo4j Enterprise Edition commercial License | 00012053 | John Mark Suhy or Jason Zaglasky | | |
| 32 | 1/28/2016 | Email from John Mark Suhy to David Fauth regarding Neo4j Government Edition with attached diagrams | PT00000160.001 | John Mark Suhy | | |
| 33 | 8/25/2016 | Email from John Mark Suhy to David Mohr re Government Edition consists of Neo4j Enterprise Edition + FISMA framework | PT00001226.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 34 | 09/23/16 | IRS Order for Supplies or Services, Order No. TIRNO-16-P-00202, to PureThink for implementation of Neo4j Government Edition for $229,000 | 105 | Michael Dunn or John Mark Suhy | | |
| 35 | 10/27/16 | Email sent by John Mark Suhy to Philip Rathle regarding the FBI not renewing their subscription for Neo4j EE. | PT00000960.001 | Philip or John Mark Suhy | | |
| 36 | 01/26/17 | Email from John Mark Suhy to Lars Nordwall and Philip Rathle re Discussion Topics | PT00000676.001; PT00000677.001; PT00000678.001 | Philip Rathle or Lars Nordwall | | |
| 37 | 03/15/17 | Email exchange between John Mark Suhy and John Broad regarding renegotiating the Partner Agreement | 00004046 | John Mark Suhy or Jason Zaglasky | | |
| 38 | 04/04/17 | Email from John Broad to John Mark Suhy regarding the IRS using Neo4j EE under the AGPL | 0000191 | Jason Zagalsky | | |
| 39 | 04/04/17 | Email from John Mark Suhy to Jason Zagalsky, copying the IRS, stating that the IRS can Neo4j EE under the AGPL | 0000205 | Jason Zagalsky | | |
| 40 | 04/04/17 | Email from Jason Zagalsky to John Mark Suhy admonishing Suhy for advising the IRS to use Neo4j EE under the AGPL | 0000206 | Jason Zagalsky | | |
| 41 | 5/12/2017 | Email sent by John Mark Suhy to Philip Rathle regarding the IRS using Neo4j EE under the AGPL | 00004185 | Philip Rathle | | |
| 42 | 05/30/17 | Letter from Lars Nordwall to John Mark Suhy providing notice of breach of Partner Agreement based on PureThink using and supporting open source Neo4j software. | 000226 | Lars Nordwall or Jason Zagalsky | | |
| 43 | 06/19/17 | Email sent by John Broad (copying Jason Zagalsky) to John Mark Suhy providing notice of discontinuing Government Edition effective June 19, 2017 | PT00000482.001 | Jason Zagalsky | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 44 | 06/23/17 | Articles of Incorporation for iGov, Inc., which establish that iGov was formed by Suhy after Neo4j USA sent PureThink a notice of breach of the Partner Agreement. | N4J_000156 | John Mark Suhy | | |
| 45 | 06/29/17 | Email sent by John Mark Suhy to John Broad and Jason Zagalsky confirming he will take down Neo4j mark and Government Edition from PureThink's website | PT00000467.001 | Jason Zagalsky | | |
| 46 | 07/06/17 | Email exchange between John Mark Suhy and Sascha Moccozet of the National Institute of Standards and Technology explaining that the Neo4j Government Edition "is just Neo4j Enterprise + FISMA Framework plugins + Additional support and services" | IGOV0001570573.001 | John Mark Suhy | | |
| 47 | 07/11/17 | Letter from Lars Nordwall of Neo4j USA to John Mark Suhy of PureThink LLC providing notice of termination of the Partner Agreement. | 000245 | Lars Nordwall | | |
| 48 | 07/11/17 | Email from Jason Zagalsky to Michael Dunn regarding termination of PureThink as a Neo4j partner | N4J_010916 | Jason Zagalsky | | |
| 49 | 07/11/17 | Email from John Mark Suhy to Brian Rodrigue re Some updates on new package, representing that "Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : Government Package for Neo4j" | IGOV000285490.001; IGOV0002854591.001; IGOV0002854592.001 | John Mark Suhy | | |
| 50 | 07/11/17 | Email from John Mark Suhy to Sascha Moccozet re Price List Attached, representing that "Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : Government Package for Neo4j" | IGOV0002860420.001; IGOV0002860421.001; IGOV0002860422.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**

**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 51 | 07/12/17 | Email exchange between John Mark Suhy and Michael Dunn of the IRS regarding PureThink continuing to fulfill its contractual obligations | IGOV0001570544.001 | Mike Dunn or John Mark Suhy | | |
| 52 | 07/27/17 | Email from Daniels Vivan to John Mark Suhy enclosing RFQ and SOW to John Mark Suhy for CKGE support contract | IGOV0001570511.001; IGOV0001570512.001; IGOV0001570513.001 | Michael Dunn or John Mark Suhy | | |
| 53 | 08/03/17 | Follow-up email from John Mark Suhy to Sascha Moccozet of the National Institute of Standards and Technology regarding the IRS moving to iGov and "Government Packages for Neo4j Enterprise. | IGOV000153905.001 | John Mark Suhy | | |
| 54 | 09/08/17 | Email sent by John Mark Suhy to Carol Sinnard of the National Geospatial-Intelligence Agency wherein he explains that iGov is the successor-in-interest to PureThink. | 000036000 | John Mark Suhy | | |
| 55 | 01/02/18 | Email from John Mark Suhy to Ankur Patel re IRS RAAS Data Analytics and Innovation Support: Data Call #1 (iGov) | IGOV0002908953.001; IGOV0002908954 | John Mark Suhy | | |
| 56 | 01/18/18 | Email from John Mark Suhy to Michael Stavrianos re CKGE for RAAS renewal | IGOV0003027601.001 | John Mark Suhy | | |
| 57 | 02/15/18 | Letter from the Department of Treasurer to John Mark Suhy enclosing Neo4j, Inc.'s September 19, 2017 Agency-Level Protest of the IRS's sole-source award to iGov | 000267 | John Mark Suhy | | |
| 58 | 03/26/18 | Email sent by John Mark Suhy to Benjamin Nussbaum and Brand Nussbaum regarding using Neo4j Mark | IGOV0001570252 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 59 | 05/01/18 | Email exchange between John Mark Suhy to Philip Rathle (without attachments) where Rathle warns Suhy about improper use of Neo4j Mark and Suhy tells Rathle that he is forming a non-profit to fork Neo4j EE. | IGOV0000298.001 | Philip Rathle | | |
| 60 | 05/21/18 | Email sent by John Mark Suhy to Benjamin Nussbaum and Brand Nussbaum regarding starting a non-profit to fork Neo4j EE | IGOV0001570192 | John Mark Suhy | | |
| 61 | 05/22/18 | Email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License | IGOV0001570187.001 | John Mark Suhy | | |
| 62 | 06/20/18 | Email exchange between John Mark Suhy and Donald Robertson FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License | IGOV0001570157.001 | John Mark Suhy | | |
| 63 | 07/09/18 | Email exchange between John Mark Suhy and Mariano Lopez of Analytica spanning July 6, 2018 and July 9, 2018 regarding the IRS adopting ONgDB | IGOV0001573221.001 | John Mark Suhy | | |
| 64 | 07/25/18 | Email from John Mark Suhy to Ben Nussbaum discussing founding of Graph Foundation and competing with Neo4j USA | IGOV0001570130.0001 | John Mark Suhy | | |
| 65 | 08/21/18 | Continued email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License | IGOV0001570125.001 | John Mark Suhy | | |
| 66 | 08/10/18 | Email from John Mark Suhy to Brian Rodrigue of Excella regarding the formation of Graph Foundation and its distribution of ONgDB | IGOV0001570129 | John Mark Suhy | | |
| 67 | 11/16/18 | Issue raised on Neo4j Online Community webpage, https://community.neo4j.com/t/Neo4j-desktop-vs-neo4j-server/3066/, regarding ONgDB | N4J-GFI_000008 | Philip Rathle or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 68 | 01/09/19 | Email exchange between John Mark Suhy and Benjamin Nussbaum where Suhy forwards link, https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066/ regarding ONgDB, of issue raised on Neo4j Online Community | IGOV0001570054 | John Mark Suhy | | |
| 69 | 08/22/18 | Email from John Mark Suhy to Lee Smales at the Department of the Air Force where Suhy points him to ONgDB via the GFI website and confirms IRS is using ONgDB | IGOV0001573588 | John Mark Suhy | | |
| 70 | 01/18/19 | Email exchange between John Mark Suhy and Joerg Bacch where Suhy points him to ONgDB 3.5 via the GFI website | IGOV0001570039.0001 | John Mark Suhy | | |
| 71 | 01/25/19 | Unsolicited email from John Mark Suhy to Ron Turner of Expressrules directing him to download ONgDB via GFI's website. | IGOV0001573421 | John Mark Suhy | | |
| 72 | 02/23/19 | Tweet issued from John Mark Suhy's Twitter account, printed on October 2, 2019 encouraging users to download ONgDB via GFI's GitHub repository | N4J_018927 | John Mark Suhy | | |
| 73 | 03/01/19 | Printout of commit titled "Updated the LICENSE.txt file to be pure AGPL as to not violate the fsf copyright and to be in line with the AGPL license" by John Mark Suhy to GFI's GitHub repository for ONgDB v3.5 | N4J_019041 | John Mark Suhy | | |
| 74 | 03/10/19 | Email exchange between John Mark Suhy and Jyothi Viswanadham at Daytona Technologies Ltd. directing him to download ONgDB via GFI's website | IGOV0001573375.0001 | John Mark Suhy | | |
| 75 | 03/26/19 | Email exchange between John Mark Suhy and Robin Witherspoon of Perspecta Engineering, Inc. where he provides links to download ONgDB 3.5 via the GFI website and GitHub repository | IGOV0001573351.0001 | John Mark Suhy | | |

Case 5:18-cv-07182-EJD   Document 208   Filed 09/28/23   Page 13 of 33
Neo4j, Inc., et al. v. PureThink, LLC, et al.
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 76 | 03/29/19 | Email from John Mark Suhy to Patrick Widener of Sandia National Laboratories where he provides links to download ONgDB 3.5 via the GFI website | IGOV0001570021 | John Mark Suhy | | |
| 77 | 05/07/19 | Emails sent by John Mark Suhy to steins@sec.gov where he provides links to download ONgDB 3.5 via the GFI website and GitHub repository | IGOV0001573343.00 01 | John Mark Suhy | | |
| 78 | 05/26/19 | Issue #4 opened by John Mark Suhy on GFI's GitHub repository, https://github.com/graphfoundation/ongdb/issues/ 4 where Suhy provides assistance to ONgDB user having technical issues | N4J_019982 | John Mark Suhy | | |
| 79 | 01/20/20 | Tweet issued from John Mark Suhy's Twitter account, printed on October 19, 2020 encouraging users to download ONgDB via GFI's website | Depo Exh. 39 | John Mark Suhy | | |
| 80 | 01/24/20 | Email exchange between John Mark Suhy and Sergio Pires regarding issue with ONgDB v3.5.3 | IGOV0002856686.00 1 | John Mark Suhy | | |
| 81 | 02/19/20 | Email from John Mark Suhy and Keoni Gasparat of Neo4j, inform, copying JCI personnel, telling them to use ONgDB over Neo4j EE | IGOV0002851597.00 01 | John Mark Suhy | | |
| 82 | 04/10/20 | Email exchange between John Mark Suhy and Ravi Pappu where Suhy refers him to GFI to GraphGrid to assist with transition form Neo4j to ONgDB | IGOV0002856672.00 1 | John Mark Suhy | | |
| 83 | 07/10/20 | Letter from John Mark Suhy to Traci Brinkley enclosing Agency-Level Delivery Order Protest Objection Solicitation 2032H5-20-F-00394 | IGOV0002851647.00 1; IGOV0002851648.00 1 | John Mark Suhy | | |
| 84 | 03/04/21 | Email exchange between John Mark Suhy and Philip Kreismayr of Lemon42 GmbH regarding issues with ONgDB v3.5.22 | IGOV0002956759.00 1 | John Mark Suhy | | |
| 85 | 04/03/21 | Tweet issued from John Mark Suhy's Twitter account encouraging the adoption of Graphstack GDB over Neo4j EE | Dkt. No. 183-1, Exh. 49 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 86 | 11/01/17 | 11/1/2017 archive of PureThink LLC's webpage, http://purethink.com/, from Wayback Machine, which states that iGov was formed by the "principle behind PureThink" | 00020015 | John Mark Suhy or Jason Zaglasky | | |
| 87 | 01/13/18 | Printout of iGov's webpage, https://igovsol.com/about.html, which states that iGov was formed by the "principle behind PureThink" | Exhibit 3 to the 10/22/20 deposition of Defendants | John Mark Suhy or Jason Zaglasky | | |
| 88 | 01/13/18 | Copy of printout of iGov's webpage, https://igovsol.com/neo4j.html, showing use of Neo4j Mark in "Government Development Packages for Neo4j" | Depo Exh. 11 | | | |
| 89 | 12/04/18 | 12/04/18 archive of iGov's webpage, https://igovsol.com/**neo4j.html,** from Wayback Machine showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI | N4J_018824 | John Mark Suhy | | |
| 90 | 07/05/19 | 07/05/2019 archive of iGov's webpage, https://igovsol.com/index.html, from Wayback machine, encouraging users to adopt ONgDB for free over Neo4j EE | N/A | | | |
| 91 | 10/01/19 | 10/01/19 capture of iGov's webpage, https://igovsol.com/index.html, encouraging users to adopt ONgDB for free over Neo4j EE | N4J_018834 | John Mark Suhy | | |
| 92 | 10/02/19 | 10/02/2019 capture of iGov's webpage, https://igovsol.com/**neo4j.html** showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI | N4J_018842 | John Mark Suhy | | |
| 93 | 05/20/20 | 5/20/2020 archive of GFI's webpage, https://www.graphfoundation.org/projects/ongdb/, from Wayback Machine with download links for ONgDB | Dkt. No. 98-1, Exh. 57 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**

**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 94 | 07/27/20 | 07/27/20 capture of iGov's webpage, https://igovsol.com/**neo4j.html** showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI | N4J_018892 | John Mark Suhy | | |
| 95 | 09/13/20 | 9/13/2020 archive from Wayback Machine of iGov's webpage, https://graphstack.io/webpage/, containing download links for improperly licensed ONgDB | N4J_018816 | John Mark Suhy | | |
| 96 | 10/22/20 | 10/22/2020 archive from Wayback Machine of iGov's webpage, https://igovsol.com/downloads.html, containing download links for ONgDB | N4J_0199964 | John Mark Suhy | | |
| 97 | 10/22/20 | 10/22/2020 archive from Wayback Machine of iGov's webpage, https://igovsol.com/index.html, encouraging users to adopt ONgDB for free over Neo4j EE | N4J_019970 | John Mark Suhy | | |
| 98 | 12/09/20 | 12/9/2020 archive of GFI's webpage, https://www.graphfoundation.org/projects/ongdb/, showing  14,000+ downloads of ONgDB | N4J_019978 | John Mark Suhy | | |
| 99 | 03/05/21 | 3/5/2021 archive of iGov's Graphstack webpage from the Wayback Machine, https://graphstack.io, with download links to zip files containing ONgDB and Graphstack GDB | Dkt. No. 183-1, Exh. 48 | John Mark Suhy | | |
| 100 | 12/03/21 | 12/3/2021 archive of iGov's Graphstack webpage from the Wayback Machine, https://graphstack.io, with download links to zip files containing improperly licensed ONgDB and Graphstack GDB. | Dkt. No. 183-1, Exh. 50 | John Mark Suhy | | |
| 101 | 03/31/22 | 3/31/2022 archive of iGov's Graphstack webpage from the Wayback Machine, https://graphstack.io, with download links to zip files containing ONgDB and Graphstack GDB. | Dkt. No. 183-1, Exh. 51 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**

**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 102 | 10/02/19 | 10/02/2019 capture of iGov's webpage, https://igovsol.com/downloads.html containing download links for ONgDB | N4J_018836 | John Mark Suhy | | |
| 103 | 06/14/18 | Email from Jason Zagalsky to Michael Smolyak re commercial license needed for certain enterprise-only features | CACI00005431 | Jason Zagalsky | | |
| 104 | 10/01/18 | Email from Dian Griffith to Seth Cooper and Shahak Nagiel of Next Century, referencing links to iGov's website regarding its packages for Neo4j and pricing | CACI00005178 | Jim Weyant or John Mark Suhy | | |
| 105 | 10/17/18 | Email from Diane Griffith to Shahak Nagiel discussing iGov's representations regarding the iGov/Graphstack free version of Neo4j Enterprise having the same enterprise-only features as commercially licensed Neo4j EE | CACI00004994 | Jim Weyant | | |
| 106 | 10/22/18 | Email exchange between John Mark Suhy and Shahak Nagiel of Next Century Corp where Suhy points him to ONgDB 3.4 via the GFI github repository and confirms IRS is using ONgDB | CACI00004966 | Jim Weyant | | |
| 107 | 10/26/18 | Email from John Mark Suhy to Shahak Nagiel confirming that iGov-packaged Neo4j enterprise distributions and ONgDB include the enterprise-only multi-data centers feature | CACI00004931 | Jim Weyant or John Mark Suhy | | |
| 108 | 01/04/19 | Email from John Mark Suhy to Shahak Nagiel regarding working on and anticipated release of ONgDB 3.5.1 | CACI00003832 | Jim Weyant or John Mark Suhy | | |
| 109 | 02/01/19 | Email from Shahak Nagiel to Jim Weyant re Neo4j PoC Status re going with open source alternative (ONgDB) to Neo4j EE | CACI00003635 | Jim Weyant | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 110 | 02/05/19 | Email from Shahak Nagiel to Jason Zagalsky Re: Neo4j licensing informing him that open-sourced builds from the Neo4j source code provided the needed clustering and security requirements | CACI00003597 | Jason Zagalsky | | |
| 111 | 02/19/19 | Email from Ben Nussbaum to John Mark Suhy re NextCentury questions re licensing of ONgDB | IGOV0001573405.0001 | John Mark Suhy | | |
| 112 | 02/19/19 | Email from Ben Nussbaum to Shahak Nagel after intro from John Mark Suhy discussing ONgDB v.3.5 | IGOV0001573400.0001 | John Mark Suhy | | |
| 113 | 02/19/19 | Email from Shahak Nagiel to Brad Nussbaum regarding Suhy's comments about Neo4j Sweden adding the Commons Clause in the referenced GitHub thread | CACI00003512 | Jim Weyant or John Mark Suhy | | |
| 114 | 02/21/19 | Email from Shahak Nagiel to multiple recipients at Next Century instructing to only use ONgDB and delete all Neo4j EE binaries/containers | CACI00003476 | Jim Weyant | | |
| 115 | 03/05/19 | Email from Shahak Nagiel to Marco de Palma,  Todd Hughes and Jim Weyant regarding how to address use of ONgDB over Neo4j EE in public forums | CACI00003446 | Jim Weyant | | |
| 116 | 04/01/19 | Email exchange between Jason Zagalsky and Shahak Nagiel confirming required specifications for a Neo4j EE proposal and scheduling meeting with NextCentury and MPO re same | CACI00003301 | Jason Zagalsky | | |
| 117 | 04/01/19 | Email exchange between Jason Zagalsky and Shahak Nagiel confirming Next Century would continue to use ONgDB instead of Neo4j EE | Dkt. No. 98-3, Ex. 13, filed under seal. | Jason Zagalsky | | |
| 118 | 04/19/19 | Email from Jason Zagalsky to Shakan Nagiel thanking him for setting up meeting with MPO and attaching Neo4j USA's commercial licensing proposal for $2.2 million | CACI00003155 | Jason Zagalsky | | |

Case 5:18-cv-07182-EJD   Document 208   Filed 09/28/23   Page 18 of 33
**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 119 | 04/29/19 | Email from Shahak Nagiel to Jason Zagalsky confirming that NextCentury shared Neo4j USA's proposal with MPO and confirming that NextCentury continued to use ONgDB | CACI00003132 | Jason Zagalsky | | |
| 120 | 07/21/19 | Email from Shahak Nagiel to Jason Zagalsky (copying Jim Weyant) confirming that the MPO was not interested in paying for a commercial license for Neo4j EE | CACI00002845 | Jason Zagalsky | | |
| 121 | 01/23/20 | Email exchange between Brad Nussbaum and Michael Smolyak confirming that MPO still using ONgDB and interested in version 4.0 | CACI00006260 | James Weyant | | |
| 122 | 10/27/20 | Email from Michael Smolyak to Tammy Turpin regarding moving ONgDB into production at MPO | CACI00005838 | James Weyant | | |
| 123 | 03/29/17 | Email from Michael Dunn to John Mark Suhy regarding meeting with Jason Zagalsky and John Broad of Neo4j USA and need for 12-core enterprise license in production | IGOV0001570725.001 | Mike Dunn or John Mark Suhy | | |
| 124 | 10/04/17 | Email exchange between Michael Dunn and John Mark Suhy regarding iGov and eGovernment Solutions supporting the CKGE platform | IGOV000153249.001 | John Mark Suhy | | |
| 125 | 05/22/18 | Email sent by John Mark Suhy to Michael Dunn of the IRS regarding Neo4j Sweden adding the Commons Clause to Neo4j EE v3.4 | IGOV0001573245.001 | Mike Dunn | | |
| 126 | 05/22/18 | Email from Jason Zagalsky to Michael Dunn regarding sole-source order with eGov Sol for consulting and support of CKGE | N4J_019998 | Jason Zagalsky | | |
| 127 | 05/22/18 | Email from John Mark Suhy to Michael Dunn regarding Neo4j Sweden adding Commons Clause to AGPL in Neo4j EE 3.4 | IGOV0001573245.001; IGOV0001573246.001 | Michael Dunn or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 128 | 05/31/18 | Email exchange between Lisa Rosenmerkel and Jason Zagalsky regarding scheduling a meeting regarding the IRS's needs relating to Neo4j software | N4J_020061 | Jason Zagalsky | | |
| 129 | 06/15/18 | Email exchange between Michael Dunn and John Mark Suhy regarding the IRS switching from Neo4j EE 3.2 to Neo4j CE 3.4 in light of change to licensing in Neo4j EE 3.4 | IGOV0001573231.001 | Michael Dunn or John Mark Suhy | | |
| 130 | 06/29/18 | Email sent by John Mark Suhy to Michael Dunn of the IRS introducing ONgDB as replacement for Neo4j EE | IGOV000153225 | John Mark Suhy | | |
| 131 | 07/27/18 | Email exchange between Lisa Rosenmerkel and Jason Zegalsky regarding proposal for Neo4j EE subscription bundle for CKGE environment | N4J_020130 | Jason Zagalsky | | |
| 132 | 08/13/18 | Email exchange between John Mark Suhy and Michael Dunn recommending that the IRS move from Neo4j EE 3.3.2 to ONgDB 3.4.x in the CKGE framework | IGOV0001573217.001 | Michael Dunn or John Mark Suhy | | |
| 133 | 08/14/18 | Email from Michael Dunn to John Mark Suhy instructing him to integrate ONgDB into the CKGE framework | IGOV0001573216.001 | Michael Dunn or John Mark Suhy | | |
| 134 | 08/14/18 | Email from Michael C. Dunn to John Mark Suhy confirming he will proceed with ONgDB and also inviting Raul Tikekar to discuss using ONgDB in YK1 platform | IGOV0001573215.001 | Michael Dunn or John Mark Suhy | | |
| 135 | 08/24/18 | Email from Ansaldi Joseph to Michael Dunn, forwarding emails from John Mark Suhy regarding | IRS_PROD_00009175 | John Mark Suhy | | |
| 136 | 08/28/18 | Email from John Mark Suhy to A-Sun Truth regarding Suhy managing "Neo4j Enterprise open source distributions" at the IRS, which can be found at GFI's website. | IGOV0001570120.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|-----------|--------------------|--------------------|---------------|
| 137 | 12/11/18 | Email exchange between John Mark Suhy and Patrick Martin discussing hardware requirements for CKGE and YK1 | IRS_PROD_00009220 | Michael Dunn or John Mark Suhy | | |
| 138 | 03/11/19 | Email exchange between Martin Patrick and John Mark Suhy regarding ONgDB sever instances in CKGE | IRS_PROD_00001738 | Michael Dunn or John Mark Suhy | | |
| 139 | 04/24/19 | Email exchange between Martin Patrick and John Mark Suhy with Suhy providing download link for ONgDB Enterprise 3.5.3 on IRS repository | IRS_PROD_00001638 | John Mark Suhy | | |
| 140 | 08/22/19 | Email from Joshua Porter to John Mark Suhy seeking support for ONgDB Enterprise 3.5.3 installed on YK1 server at IRS | IRS_PROD_00001356 | John Mark Suhy | | |
| 141 | 09/10/19 | Cancellation of Meeting from Michael Dunn to Patrick Martin, Michael Young, John Mark Suhy, Joshua Porter, Jonathan Edelson and Joseph Ansaldi re disc of BETA, STAGE, PROD domains | IRS-PROD-00001321 | Mike Dunn | | |
| 142 | 09/13/19 | Email exchange between Nathan Gire at the IRS and John Mark Suhy regarding patched version of ONgDB 3.5.4 | IRS_PROD_00002010 | John Mark Suhy | | |
| 143 | 09/17/19 | Email exchange between Joshua Porter at the IRS and John Mark Suhy regarding updating ONgDB at the IRS from version 3.5.3 to version 3.5.9 | IRS_PROD_00002201 | Mike Dunn or John Mark Suhy | | |
| 144 | 09/20/19 | Email from Michael Dunn to a number of individuals with the IRS, including John Mark Suhy, Michael Stavrianos and Brian Bird regarding new ONgDB libraries available on internal IRS repository | IRS_PROD_00001292 | Mike Dunn | | |
| 145 | 11/12/19 | Email exchange between Hai Huynh and John Mark Suhy regarding downloading ONgDB 3.5.11 from internal IRS repository and running on IRS laptop | IRS_PROD_00000473 | Michael Dunn or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 146 | 09/28/20 | Order for Supplies or Services Contract No. 2032H5-19-A-00011 to ASR Analytics for Corporate Graph Database | Depo Exh. 185 | Michael Dunn | | |
| 147 | 11/17/20 | Email from John Mark Suhy to donald@fsf.org, craigt@fsf.org, and licensing@fsf.org re Nov 13th 2020 Court opinion on AGPL - may need FSF involvement | IGOV000299652.001; IGOV0002997653.001 | John Mark Suhy | | |
| 148 | 11/17/20 | Email from John Mark Suhy to Geoffreyk@fsf.org re Case regarding AGPL precedent: Nov 13th 2020 - Case No. 5:19-cv-06226-EJD | IGOV000299658.001; IGOV000299659.001 | John Mark Suhy | | |
| 149 | 11/23/20 | Email from John Mark Suhy to copyright@fsf.org; licensing@fsf.org re Question regarding AGPL and Verbatim License | IGOV0002997701.001 | John Mark Suhy | | |
| 150 | 02/16/21 | Stipulated Judgment and Permanent Injunction filed in Neo4j, Inc. et al v. Graph Foundation, Inc. case | Depo Exh. 190 | Judicial Notice | | |
| 151 | 05/18/21 | Doc 118 - Order Granting Plaintiffs' Motion for Partial Summary Judgment; Denying Defendants'' Cross-Motion for Summary Judgment | Dkt. No. 118 | Judicial Notice | | |
| 152 | 03/30/22 | Software Freedom Conservancy Article titled "An Erroneous Preliminary Injunction Granted in Neo4j v. PureThink" | Depo Exh. 10 | Bradley M. Kuhn | | |
| 153 | 04/27/22 | Email from John Mark Suhy to Puru Komaravolu and Michael Dunn re "Article Relating to agpl and commons" | EGOVS_00210 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 154 | 10/01/18 | Subcontract Agreement between ASR Analytics, LLC and iGov, Inc. for prime contract #2032H8-18-C-00037 to Tylor Data Services, LLC for consulting services including technical guidance and deployment support related to the CKGE | ASR 01764 | Michael Stavrianos or John Mark Suhy | | |
| 155 | 11/07/18 | Master Subcontract Agreement between ASR Analytics and iGov, Inc. for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) | Depo Exh. 135 | Michael Stavrianos or John Mark Suhy | | |
| 156 | 01/04/19 | Email from John Mark Suhy to Deborah Tylor, Aaron Taylor, Logan Montrone, Lauren Szczerbinski, Michael Stavrianos and Sook Seo providing iGov-based download link for ONgDB | IGOV0002908811.001 | John Mark Suhy | | |
| 157 | 02/15/19 | Email from John Mark Suhy to Joseph Haaga re A few engineering questions, confirming ONgDB docker image for 3.4.12 and 3.5.3 available for CKGE | IGOV0002908642.001 | John Mark Suhy | | |
| 158 | 03/29/19 | Email from John mark Suhy to Michael Stavrianos enclosing resume for Cyber RFQ (KG-API engagement) | ASR 00719 | Michael Stavrianos or John Mark Suhy | | |
| 159 | 03/29/19 | Email from John Mark Suhy to Michael Stavrianos re Resume and Proposed KG-API engagement structure | IGOV0002908801.001; IGOV0002908802.001 | John Mark Suhy | | |
| 160 | 6/6/2019 | Invoice #212 sent by iGov to ASR for work on Tylor Data Services, LLC:IRS RAAS Graph Analytics in the amount of $1,750 | ASR 01901 | Michael Stavrianos or John Mark Suhy | | |
| 161 | 12/06/19 | Email from Deborah Tylor to John Mark Suhy, Alexander Seo Sook, Michael Stavrianos and Lauren Szczerbisnski re KGAPI milestones | IRS-PROD-00000334 | Michael Stavrianos or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 162 | 07/27/20 | Volume 1 - Technical Proposal (RFQ-20-U0016) - ASR Analytics for RAAS Data Analytics and Innovation Support (DAIS) made under Blanket Purchase Agreement for KG-API | Depo Exh. 137 | Michael Stavrianos | | |
| 163 | 06/04/20 | Modification 001 to Master Subcontract Agreement for iGov's work at IRS on RAAS Data Analytics and Innovation Support (DAIS) | ASR 01898 | Michael Stavrianos or John Mark Suhy | | |
| 164 | 10/05/20 | Subcontractor Task Order Number 0001 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $29,538.00 | ASR 01752 | Michael Stavrianos or John Mark Suhy | | |
| 165 | 10/07/20 | Subcontractor Task Order Number 0002 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $25,993.44 | ASR 01758 | Michael Stavrianos or John Mark Suhy | | |
| 166 | 11/09/21 | Subcontractor Task Order Number 0001 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $35,470.90 | ASR 01755 | Michael Stavrianos or John Mark Suhy | | |
| 167 | 11/09/21 | Subcontractor Task Order Number 0002 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $21,131.60 | ASR 01761 | Michael Stavrianos or John Mark Suhy | | |
| 168 | 3/5/2021 | Invoice #267 sent by iGov to ASR for work on TIRS:DAIS BPA (IOT Innovation, Knowledge Graph, Corporate Graph, Emerging Compliance Issues) in the amount of $14,474.12 | ASR 01915 | Michael Stavrianos or John Mark Suhy | | |
| 169 | 7/7/2022 | Invoice #303 sent by iGov to ASR for work on IRS:DAIS BPA (IDT, KG, CG, ECI) in the amount of $6,490.42 | ASR 01956 | Michael Stavrianos or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 170 | 07/07/22 | Master Subcontract Agreement between ASR Analytics and Greystones Consulting Group, LLC for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) | Greystones000656 | Turin Pollard or John Mark Suhy | | |
| 171 | 10/04/22 | Subcontractor Task Order Number 0001_MOD 01 under ASR-RAAS_DAIS-Greystones-0001 for Emerging Compliance Issues, replacing Subcontract Agreement with iGov Inc. | ASR 02025 | Turin Pollard or John Mark Suhy | | |
| 172 | 11/01/22 | Subcontractor Task Order Number 0002_MOD 01 under ASR_RAAS_DAIS-Greystones-0001 for Support for Corporate Graph Database, replacing Subcontract Agreement with iGov Inc. | ASR 02028 | Turin Pollard or John Mark Suhy | | |
| 173 | 11/02/22 | ASR Analytics LLC Transaction List by Vendor 1/1/2015 - 07/27/2022 for payments made to iGov totaling 246,082.55, which the parties stipulated accurately reflected amounts ASR paid iGov through 07/27/2022 | ASR 01999 | Michael Stavrianos | | |
| 174 | 2020 | ASR Analytics Form 1099-NEC for 2020 to iGov for $70,447.22 | ASR 02000 | John Mark Suhy | | |
| 175 | 2021 | ASR Analytics Form 1099-NEC for 2021 to iGov for $127,657.40 | ASR 02002 | John Mark Suhy | | |
| 176 | 09/14/18 | Email from Sheila Duffy to John Mark Suhy regarding PureThink's clients using Neo4j | IGOV0001570113.001 | John Mark Suhy or Turin Pollard | | |
| 177 | 08/05/19 | Email exchange between Sheila Duffy and John Mark Suhy regarding draft email to US Army about Greystones | IGOV0001573317.001 | John Mark Suhy | | |
| 178 | 08/05/19 | Email exchange between Sheila Duffy, Colleen Delawder and John Mark Suhy regarding introduction to Greystones Group and its use of ONgDB | IGOV0001573316.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**

**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 179 | 08/05/19 | Email exchange between Sheila Duffy, Colleen Delawder of US Army and John Mark Suhy regarding introduction to Greystones and its GreyRAVEN platform | IGOV0001573313.0001; IGOV0001573315.0001 | John Mark Suhy | | |
| 180 | 12/31/18 | Stock Purchase Agreement between John Mark Suhy and Ashwani Mayur and Nikhil Budhiraja where Suhy sells his shares in eGov Sol to other shareholders for $20,000 and the proceeds from the CKGE Contract with the IRS | Depo Exh. 100 | Ashwani Mayur or John Mark Suhy | | |
| 181 | 04/06/18 | eGovernment Solutions Inc.'s quote for CKGE Contract prepared by John Mark Suhy | EGOVS_000001 | Ashwani Mayur or John Mark Suhy | | |
| 182 | 05/24/18 | Order for Supplies or Services Order No. 2032H8-18-P-00151, 1st year of CKGE Contract for $300,000 | EGOVS_000015 | Ashwani Mayur or John Mark Suhy | | |
| 183 | 05/31/18 | Amendment of Solicitation/Modification of Contract to correct Order No. 2032H8-18-P-00151 to 2032H8-18-P-00168 for CKGE Contract | EGOVS_000021 | Ashwani Mayur or John Mark Suhy | | |
| 184 | 05/24/19 | Amendment of Solicitation/Modification of Contract to exercise option year 1 in the amount of $200,000.00 with a period of performance is 5/24/2019 - 5/23/2020 for CKGE Contract | EGOVS_000030 | Ashwani Mayur or John Mark Suhy | | |
| 185 | 09/26/19 | Amendment of Solicitation/Modification of Contract to modify funding for option year 1 by $216,000 for CKGE Contract | EGOVS_000034 | Ashwani Mayur or John Mark Suhy | | |
| 186 | 05/24/20 | Amendment of Solicitation/Modification of Contract to exercise option year 2 in the amount of $200,000 for a period of performance of 5/24/2020 to 5/23/2021 for CKGE Contract | EGOVS_000042 | Ashwani Mayur or John Mark Suhy | | |
| 187 | 05/24/21 | Amendment of Solicitation/Modification of Contract to exercise option year 3 in the amount of $200,000 for a period of performance of 5/24/2021 to 5/23/2022 for CKGE Contract | EGOVS_000058 | Ashwani Mayur or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 188 | 05/24/22 | Amendment of Solicitation/Modification of Contract to exercise option year 4 in the amount of $200,000 for a period of performance of 5/24/2022 to 5/23/2023 for CKGE Contract | EGOVS_000062 | Ashwani Mayur or John Mark Suhy | | |
| 189 | 2018-2022 | Ex 110 - Combined Invoicing Docs (Nos. 817, 827, 901, 955, 960, 912) for CKGE Contract totaling $1,316,000 | EGOVS_000068 | Ashwani Mayur or John Mark Suhy | | |
| 190 | 2018 | E-Gov Solutions 1099 to iGov (2018) for $285,700.00 | EGOVS_000140 | Ashwani Mayur or John Mark Suhy | | |
| 191 | 2019 | E-Gov Solutions 1099 to iGov (2019) for $199,850.00 | EGOVS_000141 | Ashwani Mayur or John Mark Suhy | | |
| 192 | 2020 | E-Gov Solutions 1099 to iGov (2020) for $193,000.00 | EGOVS_000142 | Ashwani Mayur or John Mark Suhy | | |
| 193 | 2021 | E-Gov Solutions 1099 to iGov (2021) for $197,000.00 | EGOVS_000143 | Ashwani Mayur or John Mark Suhy | | |
| 194 | 2018-2022 | Combined Wells Fargo Bank Statements for eGovernment Solutions account where IRS deposits and payments to iGov were made | EGOV PRODUCTION 81 | Ashwani Mayur or John Mark Suhy | | |
| 195 | 10/25/22 | LinkedIn profile for Richard Starr - Attorney - Irving Starr Esq., P.C., counsel of record for Defendants | Depo Exh. 116 | Ashwani Mayur or John Mark Suhy | | |
| 196 | 06/01/22 | iGov Invoice #400 to eGovernment Solutions for $189,000 | Depo Exh. 216 | John Mark Suhy | | |
| 197 | | Wells Fargo Statements for eGovernment Solutions Account No. 5581518783 | EGOVS_000151 | John Mark Suhy | | |
| 198 | | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy | EGOVS_000150 | John Mark Suhy | | |
| 199 | | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy | EGOVS_000144 | John Mark Suhy | | |
| 200 | 2014 | PureThink LLC Profit & Loss Statement, January through December 2014 | IGOV0001569059.001 | John Mark Suhy | | |
| 201 | 2015 | PureThink LLC's Profit and Loss Statement for 2015 | IGOV0001569058.001 | John Mark Suhy | | |

Case 5:18-cv-07182-EJD   Document 208   Filed 09/28/23   Page 27 of 33
**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 202 | 2016 | Purethink LLC's Profit and Loss Statement for 2016 | IGOV0001569057.001 | John Mark Suhy | | |
| 203 | 2018 | iGov Inc. Profit and Loss Statement for 2018 | Depo Exh. 33 | John Mark Suhy | | |
| 204 | 2019 | iGov Inc Profit and Loss Statement for 2019 | Depo Exh. 223 | John Mark Suhy | | |
| 205 | 2020 | iGov Inc Profit and Loss Statement for 2020 | Depo Exh. 225 | John Mark Suhy | | |
| 206 | 2021 | iGov Inc Profit and Loss Statement for 2021 | Depo Exh. 226 | John Mark Suhy | | |
| 207 | 9/30/2020 | 9/30/20 archive of GFI's GitHub landing page for its ONgDB repository, https://github.com/graphfoundation/ongdb, from the Wayback Machine | N4J_019440 | Jason Zagalsky or John Mark Suhy | | |
| | | | | | | |
| | | | | | | |
| 1001 | Dec-19 | Result of running git commands for ONgDB 3.4 source code branch | | John Mark Suhy | | |
| 1002 | Dec-19 | AGPL LICENSE.txt files for the ONgDB v3.4 source code branch | | John Mark Suhy | | |
| 1003 | Dec-19 | NOTICE provision for the ONgDB v3.4 source code | | John Mark Suhy | | |
| 1004 | Dec-19 | Results on the native ONgDB git repository for the ONgDB v3.4 branch | | John Mark Suhy | | |
| 1005 | Dec-19 | result of running git commands for ONgDB v3.5 source code branch | | John Mark Suhy | | |
| 1006 | Dec-19 | AGPL LICENSE.txt files for the ONgDB v3.5 source code branch | | John Mark Suhy | | |
| 1007 | Dec-19 | NOTICE provision for the ONgDB v3.5 source code | | John Mark Suhy | | |
| 1008 | Dec-19 | results on the native ONgDB git repository for the ONgDB v3.5 branch | | John Mark Suhy | | |
| 1009 | 3/2/2019 | Commit which was made on Sat Mar 2 00:09:24 2019 -0500, by Mr. Suhy | | John Mark Suhy | | |
| 1010 | 3/1/2019 | Commit from the GitHub.com web browser, by Mr. Suhy | N4J_013051 | John Mark Suhy | | |

Case 5:18-cv-07182-EJD   Document 208   Filed 09/28/23   Page 28 of 33
**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 1011 | | Statement of Work for the CKGE contract, Statement of Work_FINAL.pdf | | John Mark Suhy | | |
| 1012 | 2/22/2019 | Emails between Nagiel, Nussbaum, and Suhy re: Neo4j licensing | CTRL0002854745 | John Mark Suhy | | |
| 1013 | 6/20/2017 | Emails between Suhy and Broad re: Discontinuation of Neo4j Government Edition | N4J_010800 | John Mark Suhy | | |
| 1014 | 2/18/2016 | Emails between Broad and Suhy re: Neo4j v. RDF Use Cases | N4J_004168 | John Mark Suhy | | |
| 1015 | 10/16/2016 | Emails between Rathle and Suhy re: Agency Requesting Security Control Features (Authorization) | N4J_002993 | John Mark Suhy | | |
| 1016 | | 2016 – Neo4j Government Presentation (Main).pdf | | John Mark Suhy | | |
| 1017 | 10/27/2015 | Emails between Broad and Suhy re: Initial Documents | N4J_003078 | John Mark Suhy | | |
| 1018 | 11/18/2015 | Emails between Fauth and Suhy re: Link for FISMA overview | N4J_003302 | John Mark Suhy | | |
| 1019 | | Neo4J Government Business Plan.docx | | John Mark Suhy | | |
| 1020 | 4/11/2015 | Exclusivity agreements April 11, 2015 and June 23, 2016 | | John Mark Suhy | | |
| 1021 | | GPL license used by Neo4j Sweden | | John Mark Suhy | | |
| 1022 | 4/4/2017 | Emails between Zagalsky, Dunn, and Suhy re: Neo4j Licensing Models with fair trade software licensing attachment | | John Mark Suhy | | |
| 1023 | 4/4/2017 | Emails between Zagalsky, and Suhy re: Neo4j Licensing Models | | John Mark Suhy | | |
| 1024 | | Neo Technology License Agreement for Neo4j Software | | John Mark Suhy | | |
| 1025 | 9/26/2023 | NEO4J USPTOTrademark Status | | John Mark Suhy | | |
| 1026 | 6/1/2015 | Neo Technology Acknowledgement Form & License - Sandia National Laboratories | N4J_001734 | John Mark Suhy | | |
| 1027 | 5/22/2019 | Emails between Zagalsky and Dunn on Commons Clause | N4J_019995 | Jason Zagalsky | | |

Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|---------------------|---------------------|----------------|
| 1028 | 8/1/2010 | **AEO** Amended and Restated License Agreement between Neo-Sweden and Neo-US | NSW_000002 | John Mark Suhy | | |
| 1029 | 11/14/2022 | **AEO** Monthly Closed Won Report - Government | N4J_020132 | Jason Zagalsky | | |
| 1030 | 1/6/2021 | EUIPO EUTM File Information for NEO4J | | John Mark Suhy | | |
| 1031 | | USPTO Trade/Service Mark Application, Principal Register | | John Mark Suhy | | |
| 1032 | 2/28/2020 | NEO4J Sweden's response to Defendants' RFP, Set 1 | | John Mark Suhy | | |
| 1033 | 12/22/2022 | Expert Report of Bradley M. Kuhn | | Bradley M. Kuhn | | |
| 1034 | 2/16/2021 | GFI Stipulated Judgment and Permanent Injunction | | John Mark Suhy | | |
| 1035 | 7/16/2020 | Neo4J v. GFI First Amended Complaint | | John Mark Suhy | | |
| 1036 | 8/23/2018 | Meeker on Services and Commons Clause | | John Mark Suhy | | |
| 1037 | 11/13/2018 | Github Issue #11821, Meeker Response | N4J_019444 | John Mark Suhy | | |
| 1038 | 8/22/2018 | Preventing specialized consultants? #4 fossa / commons- clause issue | | John Mark Suhy | | |
| 1039 | 12/2/2019 | The Commons Clause license with FAQ | | John Mark Suhy | | |
| 1040 | 10/26/2015 | Emails between Suhy and Broad re: Initial Documents, with attachments | PT00002684.001 | John Mark Suhy | | |
| 1041 | 5/22/2018 | Emails between Suhy and Dunn re: Neo4j latest happenings, with attachments | IGOV0001573245.001 | John Mark Suhy | | |
| 1042 | 8/15/2016 | Email between Suhy and Lars Nordwall re: IRS | N4J_006800 | Jason Zagalsky | | |
| 1043 | 8/15/2016 | Email between Suhy and Lars Nordwall re: IRS | N4J_006825 | Jason Zagalsky | | |
| 1044 | 4/28/2016 | Email between Suhy and John Broad re: IRS | N4J_005415 | Jason Zagalsky | | |
| 1045 | 8/22/2016 | Email between Suhy and Matthew Fredrickson re: IRS | N4J_011664 | Jason Zagalsky | | |
| 1046 | 9/30/2016 | Email from Jason Zagalsky re: IRS | N4J_007407 | Jason Zagalsky | | |
| 1047 | 1/3/2017 | Email between Matthew Fredrickson and Neo4j Employees re: IRS | N4J_009572 | Jason Zagalsky | | |
| 1048 | 3/29/2017 | Email between John Broad and Jason Zagalsky re: IRS | N4J_010306 | Jason Zagalsky | | |
| 1049 | 3/30/2017 | Email between Jason Zagalsky and John Broad re: IRS | N4J_010308 | Jason Zagalsky | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 1050 | 3/31/2017 | Email between Jason Zagalsky and John Broad re: IRS | N4J_010353 | Jason Zagalsky | | |
| 1051 | 4/4/2017 | Email between Jason Zagalsky and John Broad re: IRS | N4J_010528 | Jason Zagalsky | | |
| 1052 | 4/4/2017 | Email from Jason Zagalsky to IRS re: AGPL | N4J_010498 | Jason Zagalsky | | |
| 1053 | 4/4/2017 | Email from Jason Zagalsky re: IRS AGPL | N4J_010492 | Jason Zagalsky | | |
| 1054 | 5/13/2017 | Email between Jason Zagalsky and John Broad re: Breach | N4J_010611 | Jason Zagalsky | | |
| 1055 | 5/21/2017 | Email between Lars Nordwall and other Neo4j staff re: partnership termination | N4J_010619 | Jason Zagalsky | | |
| 1056 | 5/26/2017 | Email between John Broad and Jason Zagalsky re: IRS | N4J_010621 | Jason Zagalsky | | |
| 1057 | 6/16/2017 | Email between John Broad and Jason Zagalsky re: termination reason | N4J_010789 | Jason Zagalsky | | |
| 1058 | 6/19/2017 | Email from John Broad re: Discontinuation of Neo4j Government Edition | N4J_010794 | Jason Zagalsky | | |
| 1059 | 6/21/2017 | Email from Jason Zagalsky to partner re: Government Edition | N4J_010817 | Jason Zagalsky | | |
| 1060 | 6/22/2017 | Email between Jason Zagalsky and a partner re: Government Edition | N4J_010862 | Jason Zagalsky | | |
| 1061 | 7/1/2017 | Email between Jason Zagalsky and John Broad re: Termination | N4J_010894 | Jason Zagalsky | | |
| 1062 | 7/11/2017 | Email from Jason Zagalsky to IRS re: Termination | N4J_010916 | Jason Zagalsky | | |
| 1063 | 7/17/2017 | Email from Jason Zagalsky to IRS re: Termination | N4J_010929 | Jason Zagalsky | | |
| 1064 | 8/8/2017 | Email from Michael Dunn to Jason Zagalsky re: License | N4J_011051 | Jason Zagalsky | | |
| 1065 | 9/6/2017 | Email between Jason Zagalsky and Neo4j re: IRS | N4J_011094 | Jason Zagalsky | | |
| 1066 | 9/14/2017 | Notes provided by Jason Zagalsky re: NGA | N4J_011097 | Jason Zagalsky | | |
| 1067 | 9/8/2017 | Email from John Mark Suhy to Carol Sinnard at NGA | N4J_011108 | John Mark Suhy | | |
| 1068 | 11/11/2017 | Email from John Broad to BAH: Re PureThink | N4J_011154 | Jason Zagalsky | | |
| 1069 | 12/1/2017 | Email between Jason Zagalsky and Anthoy Flynn | N4J_011161 | Jason Zagalsky | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
Joint Exhibit List

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 1070 | | Document provided in discovery from Request for Production 2 for PureThink | 00014264-00014282 | John Mark Suhy | | |
| 1071 | 1/18/2017 | Email between Jason Zagalsky and John Broad re: IRS | N4J_009667 | Jason Zagalsky | | |
| 1072 | 8/12/2016 | Email from John Mark Suhy relating to IRS SOW | N4J_006762 | John Mark Suhy | | |
| 1073 | 8/12/2016 | Email from John Mark Suhy relating to IRS SOW | N4J_006813 | John Mark Suhy | | |
| 1074 | 10/20/2016 | Email from Jason Zagalsky re: IRS Invoicing | N4J_007976 | Jason Zagalsky | | |
| 1075 | 12/22/2016 | Internal Neo4j Email from John Broad relating to IRS agreement | N4J_008988 | Jason Zagalsky | | |
| 1076 | 4/27/2016 | Email from David Fauth to Neo4j Team re: IRS | N4J_005389 | Jason Zagalsky | | |
| 1077 | 10/23/2016 | Email between Jason Zagalsky and David Mohr re: Gov Edition | N4J_008109 | Jason Zagalsky | | |
| 1078 | 3/28/2017 | Email between Jason Zagalsky and John Broad re: IRS | N4J_010289 | Jason Zagalsky | | |
| 1079 | | Document provided during discovery re: Neo4j Government Business Plan | 00014287-00014303 | John Mark Suhy | | |
| 1080 | 9/27/2016 | Email from John Broad to John Mark Suhy with order form | N4J_007349 | John Broad | | |
| 1081 | 9/27/2016 | Order Form attached to email referenced in N4J_007349 | N4J_007359 | John Broad | | |
| 1082 | 7/12/2017 | Email from John Mark Suhy to IRS relating to IRS order | CTRL0002854280 | John Mark Suhy | | |
| 1083 | 4/4/2017 | Email between John Mark Suhy, John Broad, and Jason Zagalsky re AGPL at IRS | N4J_010513 | John Mark Suhy | | |
| 1084 | 8/10/2017 | Email between Jason Zagalsky and Joseph McMahon re open source | N4J_011077 | Jason Zagalsky | | |
| 1085 | 8/7/2017 | Email between Jason Zagalsky and Benjamin West  re open source | N4J_011007 | Jason Zagalsky | | |
| 1086 | | Email from John Mark Suhy to IRS relating to Enterprise License | CTRL0002854624 | John Mark Suhy | | |
| 1087 | 7/11/2017 | Breach Letter | N4J_000010-N4J_000010 | Jason Zagalsky | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|-----------|--------------------|--------------------|---------------|
| 1088 | | Breach Warning | N4J_000009-N4J_000009 | Jason Zagalsky | | |
| 1089 | 6/30/2017 | John Mark Suhy's Response to Breach Letter | N4J_010877 | Jason Zagalsky | | |
| 1090 | | John Mark Suhy Email to John Broad re: Breach | N4J_010903 | Jason Zagalsky | | |
| 1091 | 6/15/2017 | Email from John Broad to John Mark Suhy Re: Breach | N4J_010783 | Jason Zagalsky | | |
| 1092 | 6/20/2017 | Email from John Mark Suhy to John Broad re: Breach | N4J_010879 | Jason Zagalsky | | |
| 1093 | 4/13/2021 | Email from John Mark Suhy to Sakshi Oberi re: Graphstack | CTRL0002963721 | John Mark Suhy | | |
| 1094 | 3/25/2021 | Email from John Mark Suhy to user asking about graphstack. | CTRL0002998255 | John Mark Suhy | | |
| 1095 | 7/31/2018 | Email from John Mark Suhy to Kevin Lawson re: open source | CTRL0002860424 | John Mark Suhy | | |
| 1096 | 11/14/2017 | Blog post relating to Neo4j open source | N4J_013020 | Jason Zagalsky | | |
| 1097 | 10/2/2019 | iGovsol.com website screenshot with downloads and faq | N4J_013004 | Jason Zagalsky | | |
| 1098 | 8/5/2018 | Purethink.com website screenshot | N4J_000011-N4J_000012 | Jason Zagalsky | | |
| 1099 | 2/19/2019 | Email between Benjamin Nussbaum and John Mark Suhy re handing off to NextCentury | CTRL0002854757 | John Mark Suhy | | |
| 1100 | 2/18/2019 | Email between Ben Nussbaum and John Suhy re: NextCentury | CTRL0002854761 | John Mark Suhy | | |
| 1101 | 2/19/2019 | Email between Brad Nussbaum and Shahak Nagiel of Next Century re commons clause. | CTRL0002854753 | John Mark Suhy | | |
| 1102 | 2/19/2019 | Email between Brad Nussbaum and Shahak Nagiel of Next Century re ONgDB | CTRL0002854754 | John Mark Suhy | | |
| 1103 | | Next Century document showing comparisons of technologies. | CACI00005257 | John Mark Suhy | | |
| 1104 | | Email between Shahak Nagiel and Brad Nussbaum re: Ongdb | CTRL0002854745 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 1105 | | Email between John Broad and John Mark Suhy re: Gov initiatives | N4J_003078 | Jason Zagalsky | | |
| 1106 | | John Mark Suhy's commit for ongdb agpl | N4J_013051 | Jason Zagalsky | | |
| | | | | | | |
| | | | | | | |