John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**NOTICE OF ERRATA FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THEIR DMCA CLAIM AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM AND UNCLEAN HANDS DEFENSE (DKT. NO. 191)** |

Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB ("Plaintiffs") respectfully submit their Corrected Reply in Support of Their Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense, which is attached hereto as **Exhibit 1** ("Corrected Reply Brief").

Plaintiffs recently discovered that their Reply to Defendants Responsive Separate Statement of Undisputed Material Facts attached to Plaintiffs' Reply in Support of Their Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense (Dkt. No. 191) inadvertently omitted Fact No. 45. This resulted in the numbering of the subsequent Facts to be off in both the reply brief and the statement attached thereto.

The attached Corrected Reply Brief contains the following corrected citations:

1. Page 8, Line 20: UDF No. 58 corrected to UDF No. 59.
2. Page 8, Line 21: UDF No. 59 corrected to UDF No. 60.
3. Page 11, Line 15: UDF Nos. 65-67 corrected to UDF Nos. 66-68.
4. Page 12, Line 4: UDF Nos. 69-72 corrected to UDF Nos. 70-73.
5. Page 13, Line 4: UDF No. 65 corrected to UDF No. 66.
6. Page 14, Line 23: UDF Nos. 85, 109 corrected to UDF Nos. 86, 110.
7. Page 14, Line 26: UDF No. 86 corrected to UDF No. 87.
8. Page 15, Line 6: UDF No. 57 corrected to UDF No. 58.
9. Page 15, Line 10: UDF Nos. 52-53, 74, 77, 88 corrected to UDF Nos. 53-54, 75, 78, 89.

The Corrected Reply Brief also contains a corrected Reply to Defendants Responsive Separate Statement of Undisputed Material Facts that reincorporates Fact No. 45 and corrects the numbering of the Facts appearing thereafter.

Dated: October 4, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiff and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4893-4508-1220.1
NOTICE OF ERRATA FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:18-CV-07182-EJD