1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NEO4J, INC., et al.,

Plaintiffs,

v.

PURETHINK, LLC, et al.,

Defendants.

Case No.  5:18-cv-07182-EJD

**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Re: ECF No. 182

Plaintiffs filed this Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Mot.") pursuant to Civil L.R. 79-5(f) in conjunction with its motion for partial summary judgment.  ECF No. 182.  "A party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  Plaintiffs take no position on the appropriateness of keeping these documents under seal and provisionally filed the Exhibits under seal in the interest of caution.  ECF No. 182-1 ¶ 4.  The motion seeks to seal Exhibits 1 and 43–47 to the Declaration of Jeffrey M. Ratinoff in support of Plaintiffs' Motion for Summary Judgment ("Ratinoff MSJ Declaration").  The Court **DENIES** the request for the reasons describe below.

Exhibit 1 to the Ratinoff MSJ Declaration is an excerpt from the Rule 30(b)(6) October 22, 2020 deposition transcription of Defendant iGov Inc.  ECF No. 97-1, ¶ 8.  Defendants appear to have waived their right to designate any of this transcript under Section 5.2 of the parties' Protective Order because Defendants failed to provide specific designations by the deadline, *see*

1    Mot. ¶ 1, and failed to comply with the applicable provisions in the Protective Order prohibiting

2    blanket designations, ECF No. 182-1 ¶ 2.  Defendants have not provided declaration in support of

3    sealing these documents pursuant to Civil L.R. 79-5(f)(3).  Accordingly, since no compelling

4    reason has been shown for keeping Exhibit 1 under seal, the Court denies the request.

5         Exhibits 43–47 to the Ratinoff MSJ Declaration are documents produced by the IRS in

6    response to subpoena served by Plaintiffs and designated as "Confidential" under the Stipulated

7    Protective Order (ECF No. 34).  The IRS subsequently narrowed that designation down to the

8    redacted portion of these exhibits, which constitutes "Sensitive But Unclassified (SBU)"

9    Information in accordance with IRS/Treasury regulations.  Plaintiffs provided notice to the IRS of

10   their obligations to file a declaration in support of sealing these documents if they wish to avoid

11   their disclosure to the public.  Mot. ¶ 2; *see* ECF No. 182-10.  Plaintiffs take no position on

12   whether the documents are entitled to confidential protection under the Protective Order or

13   appliable law, or whether there are compelling reasons for keeping such information sealed, and

14   the IRS has not filed a statement in support.  Because no compelling reason has been shown for

15   keeping these documents under seal, the Court denies the request to seal Exhibits 43–47.

16        For the foregoing reasons, the motion is DENIED.

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Exhibit 1 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Entire Exhibit | Defendants | DENIED |
| Exhibits 43 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | DENIED |

Case No.: 5:18-cv-07182-EJD
ORDER DEN. ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED

| | | | |
|---|---|---|---|
| Exhibit 44 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | DENIED |
| Exhibit 45 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | DENIED |
| Exhibit 46 to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment | Excerpts highlighted in red | Internal Revenue Service | DENIED |

Plaintiffs are directed to refile the Exhibits on the public docket in conformity with this Order by November 3, 2023.

**IT IS SO ORDERED.**

Dated: October 27, 2023

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California