John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>[~~PROPOSED~~] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br><br>Date:       July 27, 2023<br>Time:      9:00 a.m.<br>Dept.:      Courtroom 4, 5th Floor<br>Judge:    Hon. Edward J. Davila |

4888-5099-1720.1

[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED         5:18-CV-07182-EJD

Now before the Court is Defendants and Counterclaimants' ("Defendants") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). Having considered the Administrative Motion and all papers in support of the Administrative Motion submitted by Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and good cause appearing, the Court finds that:

1. There exist compelling overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and therefore good cause to file the documents designated and produced under the Protected Order (Dkt. No. 34) by Plaintiffs:

| Identification of Materials to be Sealed | Designating Party Information |
|---|---|
| Exhibit 26 to Beene Declaration (Dkt. No. 188-2) is a Neo Technology Acknowledgement Form and Neo Technology License Agreement between Neo Technology and Sandia National Laboratories. | Constitutes Plaintiffs' confidential and proprietary financial and licensing information relating to the customer relationship between Neo Technology (now Neo4j, Inc.) and Sandia National Laboratories ("Sandia"), and the disclosure of which would irreparably harm Neo4j, Inc.'s competitive standing in the marketplace and with its customers, and provide competitors with information that could be used to obtain an unfair competitive advantage over Plaintiffs |
| Exhibit 28 to Beene Declaration (Dkt. No. 188-2) is a license agreement between Neo4j, Inc. and Neo4j Sweden AB. | Constitutes Plaintiffs' private, highly confidential, and commercially sensitive business, operations, and financial information, and the disclosure of which would irreparably harm Plaintiffs' competitive standing in the marketplace, and provide competitors with information that could be used to obtain an unfair competitive advantage over Plaintiffs. |
| Exhibit 29 to Beene Declaration (Dkt. No. 188-2) is a financial report of Plaintiffs' customer wins. | Constitutes Plaintiffs' private, highly confidential, and commercially sensitive business, customer, and financial information, and the disclosure of which would irreparably harm Plaintiffs' competitive standing in the marketplace, and provide competitors with information that could be used to obtain an unfair competitive advantage over Plaintiffs. |

2. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4888-5099-1720.1

[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED       5:18-CV-07182-EJD

     3.      The proposed sealing is narrowly tailored; and

     4.      No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Defendants' Administrative Motion is GRANTED with respect to the documents set forth above and they HEREBY BE FILED UNDER SEAL.

**Defendants' Administrative Motion is DENIED IN PART with respect to Exhibits 13, 14, 15, 17, 18 and 27 to the Declaration of Adron G. Beene (ECF No. 188-2) in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment.**

**Defendants are directed to refile the Exhibits 13, 14, 15, 17, 18, and 27 on the public docket in conformity with this Order by November 3, 2023.**

IT IS SO ORDERED.

Dated: __October 27__, 2023

                                                    Honorable Edward J. Davila

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4888-5099-1720.1                          - 3 -

[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                  5:18-CV-07182-EJD