John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene SB# 298088
adronjr@adronlaw.com
Attorney at Law
7960 Soquel Drive Suite #296
Aptos, CA 95003
Tel: (408) 392-9233

Attorneys for Defendants and
Counterclaimants PURETHINK LLC,
IGOV INC., and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**AMENDED JOINT WITNESS LIST FOR TRIAL** |

Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs" or "Neo4j") and Defendants and Counterclaimants PureThink LLC and iGov, Inc., and Defendant John Mark Suhy (collectively "Defendants") in accordance with this Court's Standing Order for Civil Cases, respectfully submit this Joint Witness List.

## I.   PLAINTIFFS' WITNESSES

Plaintiffs disclose the following witnesses that are likely to be called at trial, other than solely for impeachment or rebuttal:

1.  **Jason Zagalasky, Federal Accounts Manager, Neo4j, Inc.** Mr. Zagalasky will testify regarding Neo4j, Inc.'s commercial sales process and pricing structure in the United States. Mr. Zagalasky will further testify about Neo4j, Inc.'s sales efforts directed towards U.S. Government agencies, including the IRS and Maryland Procurement Office, and the loss of such sales due to their adoption of ONgDB.

2.  **Kelly Zawalski, Vice President of Finance, Neo4j, Inc.** Ms. Zawalski will provide testimony about Neo4j USA's commercial sales process and revenue, pricing structure, reseller relationships and margins, sales commissions and partnerships.

3.  **Steven Boyles, expert witness for Neo4j, Inc. and Neo4j Sweden AB.** Mr. Boyles will provide expert testimony on the calculations of Plaintiffs' lost sales and revenue caused by Defendants' violations of the Lanham Act and DMCA. He will also provide expert testimony on the calculations of Defendants' illicit profits earned from their alleged violations of the Lanham Act and DMCA.

4.  **Ashwani Mayur, eGovernment Solutions, Inc. ("eGov Solutions")**, via deposition testimony due to his unavailability at trial. Mr. Mayur will testify regarding the CKGE Contract eGov Solutions entered into with the IRS. He will also testify regarding eGov Solutions delegation of that contract to Mr. Suhy and iGov and the payments made to them under the CKGE Contract.

5.  **Jim Weyant, Next Century/CACI, Inc. ("Next Century")**, via deposition testimony due to his unavailability at trial. Mr. Weyant will testify about Next Century's evaluation and use of ONgDB and Neo4j® Enterprise Edition in relation to a contract with the Maryland

Procurement Office. Neo4j, Inc.'s sales efforts directed towards the Maryland Procurement Office, and the loss of such sales due to their adoption of ONgDB.

6. **Michael Stavrianos, ASR Analytics LLC ("ASR")**, via deposition testimony due to his unavailability at trial. Mr. Stavrianos will testify about with Mr. Suhy's performance of support and consulting work relating to ONgDB at the IRS under iGov's subcontracts with ASR and the task orders issued under that subcontracts. Mr. Stavrianos will also testify regarding the payments made to iGov for such work performed by Mr. Suhy.

7. **John Mark Suhy, PureThink LLC and iGov Inc.** Mr. Suhy is expected to testify regarding his removal of Neo4j Sweden's Copyright Management Information (CMI), the distribution of Neo4j Sweden's software after removal of the CMI and his support such software. He will also testify regarding the payments received by iGov for such work performed by Mr. Suhy.

8. **Turin Pollard, Greystones Consulting, Inc.**, via deposition testimony due to his unavailability at trial. Mr. Pollard will testify regarding Greystone's acquisition of iGov and hiring of Mr. Suhy. He will also testify regarding Greystones assumption of iGov's subcontracts with ASR and allowing Mr. Suhy to continue performing under the task orders issued thereunder.

## II. DEFENDANTS' WITNESSES

Defendants disclose the following witnesses that are likely to be called at trial, other than solely for impeachment or rebuttal:

1. **John Mark Suhy.** Mr. Suhy is the principle for iGov Inc., and PureThink LLC when it was operational. He provides services related to Graph Database technology. Mr. Suhy is expected to testify broadly related to the defense, claims and affirmative defenses against Neo4j.

///
///
///
///
///
///
///

4858-7800-5642.1
- 2 -
AMENDED JOINT WITNESS LIST FOR TRIAL; CASE NO. 5:18-CV-07182-EJD

- 3 -

Dated:  November 1, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Arthur E. Rothrock
    Attorneys for Plaintiffs and Counter-Defendants NEO4J, INC. and NEO4J SWEDEN AB

Dated:  November 1, 2023

By: */s/ Adron W. Beene*
    Adron W. Beene
    Adron G. Beene
    Attorneys for Defendants and Counterclaimants PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: November 1, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and Counter-Defendants NEO4J, INC. and NEO4J SWEDEN AB