John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, <br><br> Plaintiffs, <br><br> v. <br><br> PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, <br><br> Defendants. | CASE NO.  5:18-cv-07182-EJD <br><br> **AMENDED JOINT TRIAL EXHIBIT LIST** |
| AND RELATED COUNTERCLAIMS. | |

1    Pursuant to the Court's Standing Order For Civil Trials, (hereinafter the "Court's Standing

2  Pretrial Order") and in light of the Court's recent summary judgment order (Dkt. No. 216),

3  Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively, "Plaintiffs") and Defendants

4  PureThink LLC, iGov Inc., and John Mark Suhy (collectively, "Defendants") submit this

5  amended joint list of exhibits likely to be employed by the parties at the trial of this action.  This

6  amended joint list is attached hereto as Exhibit A.

7  Dated:  November 7, 2023                    HOPKINS & CARLEY
                                                A Law Corporation
8

9
                                                By: /s/ Jeffrey M. Ratinoff
10                                                  John V. Picone III
                                                    Jeffrey M. Ratinoff
11                                                  Arthur E. Rothrock
                                                    Attorneys for Plaintiffs and
12                                                  Counter-Defendants
                                                    NEO4J, INC. and NEO4J SWEDEN AB
13

14  Dated:  November 7, 2023                        /s/ Adron W. Beene
15                                                  Adron W. Beene
                                                    Adron G. Beene
16                                                  Attorneys for Defendants and Counter-
                                                    Claimants
17                                                  PURETHINK LLC, IGOV INC., and
                                                    JOHN MARK SUHY
18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2      Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3   the filing of this document from all signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this electronically filed document and I have on file records to

5   support this concurrence for subsequent production to the Court if so ordered or for inspection

6   upon request.

7   Dated:  November 7, 2023                    HOPKINS & CARLEY
                                                 A Law Corporation
8

9
                                                 By: */s/ Jeffrey M. Ratinoff*
10                                                   John V. Picone III
                                                     Jeffrey M. Ratinoff
11                                                   Arthur E. Rothrock
                                                     Attorneys for Plaintiffs and
12                                                   Counter-Defendants
                                                     NEO4J, INC. and NEO4J SWEDEN AB
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 1 | 08/04/14 | Trademark Registration Certificate for "Neo4j" trademark, Registration No. 4,784,280. | N4J_000001 | Jason Zagalsky | | |
| 4 | 05/17/18 | Rathle announcement published on Neo4j USA's website regarding the release of Neo4j® CE and Neo4j® EE version 3.4 and introduction of Commons Clause | Dkt. No. 98-2, Exh. 2 | Jason Zagalsky | | |
| 6 | 11/15/18 | Announcement regarding the release of Neo4j CE and Neo4j EE v3.5 published by Rathle on Neo4j USA's website | Dkt. No. 98-2, Exh. 4 | Jason Zagalsky | | |
| 7 | 10/22/19 | Press release issued by Neo4j USA titled "Neo4j is the Graph Database of Choice for World's Top Financial Services Organization" | Dkt. No. 98-3, Exh. 8 | Jason Zagalsky | | |
| 8 | 01/29/20 | Press release issued by Neo4j USA titled "Neo4j Marks Another Year of Product, Customer and Community Momentum" | Dkt. No. 98-3, Exh. 7 | Jason Zagalsky | | |
| 9 | 10/20/20 | Press release issued by Neo4j USA titled "Neo4j is the Choice of Leading Companies for Graph Databases in the Cloud" | Dkt. No. 98-3, Exh. 4 | Jason Zagalsky | | |
| 10 | 11/25/20 | Printout of Neo4j USA webpage, providing links to various awards received, https://neo4j.com/awards/ | Dkt. No. 98-3, Exh. 1 | Jason Zagalsky | | |
| 11 | 09/22/23 | Neo4j Awards and Honors web capture | N/A | Jason Zagalsky | | |
| 12 | 09/24/20 | 9/24/2020 Aggregator Agreement between Neo4j, Inc. and Carahsoft Technology Corporation | N4J_020264 - HC-AEO | Kelly Zawalski | | |
| 13 | 2016-2022 | Neo4j USA Income Statement FY16 through Q3-FY22 | N4J_019991 - HC-AEO | Kelly Zawalski | | |
| 14 | 10/24/22 | Neo4j USA Monthly Closed Won Report as of 2022-10-24 | N4J_019992 - HC-AEO | Kelly Zawalski | | |
| 15 | 11/14/22 | Neo4j Monthly Closed Won Report as of 2022-11-14 | N4J_020132 - HC-AEO | Kelly Zawalski | | |
| 16 | 10/01/17 | Neo4j USA Price List, Effective Oct 1, 2017 | N4J_020187 - HC-AEO | Jason Zagalsky or Kelly Zawalski | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|-----------|--------------------|--------------------|--------------|
| 17 | 04/01/19 | Neo4j USA Price List, Effective April 1, 2019 | N4J_020230 - HC-AEO | Jason Zagalsky or Kelly Zawalski | | |
| 18 | 04/01/20 | Neo4j USA Price List, Effective April 1, 2020 | N4J_020201 - HC-AEO | Jason Zagalsky or Kelly Zawalski | | |
| 19 | 07/01/21 | Neo4j USA Price List, Effective July 1, 2021 | N4J_020153 - HC-AEO | Jason Zagalsky or Kelly Zawalski | | |
| 20 | 09/29/14 | Solicitation/Contract/Order for Commercial Items from MPO to PureThink for Neo4j Enterprise Edition commercial License | 00012000 | John Mark Suhy or Jason Zagalsky | | |
| 21 | 09/30/14 | Neo4j Solution Partner Agreement between Neo4j Inc. and PureThink LLC, signed by John Mark Suhy on behalf of PureThink. | N4J_000004 | Jason Zagalsky | | |
| 34 | 09/23/16 | IRS Order for Supplies or Services, Order No. TIRNO-16-P-00202, to PureThink for implementation of Neo4j Government Edition for $229,000 (Depo Ex. 159) | 105 | Michael Dunn or John Mark Suhy | | |
| 47 | 07/11/17 | Letter from Lars Nordwall of Neo4j USA to John Mark Suhy of PureThink LLC providing notice of termination of the Partner Agreement. | 000245 | Jason Zagalsky | | |
| 49 | 07/11/17 | Email from John Mark Suhy to Brian Rodrigue re Some updates on new package, representing that "Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : Government Package for Neo4j" | IGOV000285490.001; IGOV0002854591.001; IGOV0002854592.001 | John Mark Suhy | | |
| 50 | 07/11/17 | Email from John Mark Suhy to Sascha Moccozet re Price List Attached, representing that "Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : Government Package for Neo4j" | IGOV0002860420.001; IGOV0002860421.001; IGOV0002860422.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 51 | 07/12/17 | Email exchange between John Mark Suhy and Michael Dunn of the IRS regarding PureThink continuing to fulfill its contractual obligations (Depo Ex. 162) | IGOV0001570544.001 | Mike Dunn or John Mark Suhy | | |
| 52 | 07/27/17 | Email from Daniels Vivan to John Mark Suhy enclosing RFQ and SOW to John Mark Suhy for CKGE support contract  (Depo Ex. 163) | IGOV0001570511.001; IGOV0001570512.001; IGOV0001570513.001 | Michael Dunn or John Mark Suhy | | |
| 53 | 08/03/17 | Follow-up email from John Mark Suhy to Sascha Moccozet of the National Institute of Standards and Technology regarding the IRS moving to iGov and "Government Packages for Neo4j Enterprise. | IGOV000153905.001 | John Mark Suhy | | |
| 54 | 09/08/17 | Email sent by John Mark Suhy to Carol Sinnard of the National Geospatial-Intelligence Agency wherein he explains that iGov is the successor-in-interest to PureThink. | 000036000 | John Mark Suhy | | |
| 55 | 01/02/18 | Email from John Mark Suhy to Ankur Patel re IRS RAAS Data Analytics and Innovation Support: Data Call #1 (iGov) | IGOV0002908953.001; IGOV0002908954 | John Mark Suhy | | |
| 56 | 01/18/18 | Email from John Mark Suhy to Michael Stavrianos re CKGE for RAAS renewal | IGOV0003027601.001 | John Mark Suhy | | |
| 57 | 02/15/18 | Letter from the Department of Treasurer to John Mark Suhy enclosing Neo4j, Inc.'s September 19, 2017 Agency-Level Protest of the IRS's sole-source award to iGov (Depo Ex. 209) | 000267 | John Mark Suhy or Jason Zaglasky | | |
| 58 | 03/26/18 | Email sent by John Mark Suhy to Benjamin Nussbaum and Brand Nussbaum regarding using Neo4j Mark (Depo Ex. 9) | IGOV0001570252 | John Mark Suhy | | |
| 59 | 05/01/18 | Email exchange between John Mark Suhy to Philip Rathle (without attachments) where Rathle warns Suhy about improper use of Neo4j Mark and Suhy tells Rathle that he is forming a non-profit to fork Neo4j EE. | IGOV0000298.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 60 | 05/21/18 | Email sent by John Mark Suhy to Benjamin Nussbaum and Brand Nussbaum regarding starting a non-profit to fork Neo4j EE (Depo Ex. 10) | IGOV0001570192 | John Mark Suhy | | |
| 61 | 05/22/18 | Email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License (Depo Ex. 22) | IGOV0001570187.001 | John Mark Suhy | | |
| 62 | 06/20/18 | Email exchange between John Mark Suhy and Donald Robertson FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License (Depo Ex. 23) | IGOV0001570157.001 | John Mark Suhy | | |
| 64 | 07/25/18 | Email from John Mark Suhy to Ben Nussbaum discussing founding of Graph Foundation and competing with Neo4j USA | IGOV0001570130.0001 | John Mark Suhy | | |
| 65 | 08/21/18 | Continued email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License (Depo Ex. 24) | IGOV0001570125.001 | John Mark Suhy | | |
| 66 | 08/10/18 | Email from John Mark Suhy to Brian Rodrigue of Excella regarding the formation of Graph Foundation and its distribution of ONgDB | IGOV0001570129 | John Mark Suhy | | |
| 67 | 11/16/18 | Issue raised on Neo4j Online Community webpage, https://community.neo4j.com/t/Neo4j-desktop-vs-neo4j-server/3066/, regarding ONgDB (Depo Ex. 27) | N4J-GFI_000008 | Philip Rathle or John Mark Suhy | | |
| 68 | 01/09/19 | Email exchange between John Mark Suhy and Benjamin Nussbaum where Suhy forwards link, https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066/ regarding ONgDB, of issue raised on Neo4j Online Community  (Depo Ex. 26) | IGOV0001570054 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 69 | 08/22/18 | Email from John Mark Suhy to Lee Smales at the Department of the Air Force where Suhy points him to ONgDB via the GFI website and confirms IRS is using ONgDB (Depo Ex. 19) | IGOV0001573588 | John Mark Suhy | | |
| 70 | 01/18/19 | Email exchange between John Mark Suhy and Joerg Bacch where Suhy points him to ONgDB 3.5 via the GFI website (Depo Ex. 28) | IGOV0001570039.001 | John Mark Suhy | | |
| 74 | 03/10/19 | Email exchange between John Mark Suhy and Jyothi Viswanadham at Daytona Technologies Ltd. directing him to download ONgDB via GFI's website | IGOV0001573375.0001 | John Mark Suhy | | |
| 78 | 05/26/19 | Issue #4 opened by John Mark Suhy on GFI's GitHub repository, https://github.com/graphfoundation/ongdb/issues/4 where Suhy provides assistance to ONgDB user having technical issues | N4J_019982 | John Mark Suhy | | |
| 80 | 01/24/20 | Email exchange between John Mark Suhy and Sergio Pires regarding issue with ONgDB v3.5.3 | IGOV0002856686.001 | John Mark Suhy | | |
| 81 | 02/19/20 | Email from John Mark Suhy and Keoni Gasparat of Neo4j, inform, copying JCI personnel, telling them to use ONgDB over Neo4j EE | IGOV0002851597.0001 | John Mark Suhy | | |
| 82 | 04/10/20 | Email exchange between John Mark Suhy and Ravi Pappu where Suhy refers him to GFI to GraphGrid to assist with transition form Neo4j to ONgDB | IGOV0002856672.001 | John Mark Suhy | | |
| 83 | 07/10/20 | Letter from John Mark Suhy to Traci Brinkley enclosing Agency-Level Delivery Order Protest Objection Solicitation 2032H5-20-F-00394 (Depo Ex. 210) | IGOV0002851647.001; IGOV0002851648.001 | John Mark Suhy | | |
| 84 | 03/04/21 | Email exchange between John Mark Suhy and Philip Kreismayr of Lemon42 GmbH regarding issues with ONgDB v3.5.22 | IGOV0002956759.001 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**

**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 86 | 11/01/17 | 11/1/2017 archive of PureThink LLC's webpage, http://purethink.com/, from Wayback Machine, which states that iGov was formed by the "principle behind PureThink" (Depo Ex. 4) | 00020015 | John Mark Suhy or Jason Zaglasky | | |
| 87 | 01/13/18 | Printout of iGov's webpage, https://igovsol.com/about.html, which states that iGov was formed by the "principle behind PureThink" (Depo Ex. 3) | Exhibit 3 to the 10/22/20 deposition of Defendants | John Mark Suhy or Jason Zaglasky | | |
| 88 | 01/13/18 | Copy of printout of iGov's webpage, https://igovsol.com/neo4j.html, showing use of Neo4j Mark in "Government Development Packages for Neo4j" | Depo Exh. 11 | John Mark Suhy or Jason Zaglasky | | |
| 89 | 12/04/18 | 12/04/18 archive of iGov's webpage, https://igovsol.com/**neo4j.html**, from Wayback Machine showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI | N4J_018824 | John Mark Suhy or Jason Zaglasky | | |
| 91 | 10/01/19 | 10/01/19 capture of iGov's webpage, https://igovsol.com/index.html, encouraging users to adopt ONgDB for free over Neo4j EE | N4J_018834 | John Mark Suhy or Jason Zaglasky | | |
| 92 | 10/02/19 | 10/02/2019 capture of iGov's webpage, https://igovsol.com/**neo4j.html** showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI (Depo Ex. 13) | N4J_018842 | John Mark Suhy or Jason Zaglasky | | |
| 94 | 07/27/20 | 07/27/20 capture of iGov's webpage, https://igovsol.com/**neo4j.htm**l showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI (Depo Ex. 14) | N4J_018892 | John Mark Suhy | | |
| 98 | 12/09/20 | 12/9/2020 archive of GFI's webpage, https://www.graphfoundation.org/projects/ongdb/, showing  14,000+ downloads of ONgDB | N4J_019978 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 103 | 06/14/18 | Email from Jason Zagalsky to Michael Smolyak re commercial license needed for certain enterprise-only features (Depo Ex. 42) | CACI00005431 | Jason Zagalsky | | |
| 104 | 10/01/18 | Email from Dian Griffith to Seth Cooper and Shahak Nagiel of Next Century, referencing links to iGov's website regarding its packages for Neo4j and pricing (Depo Ex. 43) | CACI00005178 | Jim Weyant or John Mark Suhy | | |
| 105 | 10/17/18 | Email from Diane Griffith to Shahak Nagiel discussing iGov's representations regarding the iGov/Graphstack free version of Neo4j Enterprise having the same enterprise-only features as commercially licensed Neo4j EE (Depo Ex. 44) | CACI00004994 | Jim Weyant | | |
| 106 | 10/22/18 | Email exchange between John Mark Suhy and Shahak Nagiel of Next Century Corp where Suhy points him to ONgDB 3.4 via the GFI github repository and confirms IRS is using ONgDB (Depo Ex. 45) | CACI00004966 | Jim Weyant | | |
| 107 | 10/26/18 | Email from John Mark Suhy to Shahak Nagiel confirming that iGov-packaged Neo4j enterprise distributions and ONgDB include the enterprise-only multi-data centers feature (Depo Ex. 46) | CACI00004931 | Jim Weyant or John Mark Suhy | | |
| 108 | 01/04/19 | Email from John Mark Suhy to Shahak Nagiel regarding working on and anticipated release of ONgDB 3.5.1 (Depo Ex. 47) | CACI00003832 | Jim Weyant or John Mark Suhy | | |
| 109 | 02/01/19 | Email from Shahak Nagiel to Jim Weyant re Neo4j PoC Status re going with open source alternative (ONgDB) to Neo4j EE (Depo Ex. 48) | CACI00003635 | Jim Weyant | | |
| 110 | 02/05/19 | Email from Shahak Nagiel to Jason Zagalsky Re: Neo4j licensing informing him that open-sourced builds from the Neo4j source code provided the needed clustering and security requirements  (Depo Ex. 49) | CACI00003597 | Jason Zagalsky | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 111 | 02/19/19 | Email from Ben Nussbaum to John Mark Suhy re NextCentury questions re licensing of ONGDB (Depo Ex. 30) | IGOV0001573405.0001 | John Mark Suhy | | |
| 112 | 02/19/19 | Email from Ben Nussbaum to Shahak Nagel after intro from John Mark Suhy discussing ONGDB v.3.5 (Depo Ex. 31) | IGOV0001573400.0001 | John Mark Suhy | | |
| 113 | 02/19/19 | Email from Shahak Nagiel to Brad Nussbaum regarding Suhy's comments about Neo4j Sweden adding the Commons Clause in the referenced GitHub thread (Depo Ex. 50) | CACI00003512 | Jim Weyant or John Mark Suhy | | |
| 114 | 02/21/19 | Email from Shahak Nagiel to multiple recipients at Next Century instructing to only use ONGDB and delete all Neo4j EE binaries/containers (Depo Ex. 52) | CACI00003476 | Jim Weyant | | |
| 115 | 03/05/19 | Email from Shahak Nagiel to Marco de Palma, Todd Hughes and Jim Weyant regarding how to address use of ONGDB over Neo4j EE in public forums (Depo Ex. 53) | CACI00003446 | Jim Weyant | | |
| 116 | 04/01/19 | Email exchange between Jason Zagalsky and Shahak Nagiel confirming required specifications for a Neo4j EE proposal and scheduling meeting with NextCentury and MPO re same (Depo Ex. 54) | CACI00003301 | Jason Zagalsky or Jim Weyant | | |
| 117 | 04/29/19 | Email exchange between Jason Zagalsky and Shahak Nagiel confirming Next Century would continue to use ONGDB instead of Neo4j EE | Dkt. No. 98-3, Ex. 13, filed under seal. | Jason Zagalsky | | |
| 118 | 04/19/19 | Email from Jason Zagalsky to Shakan Nagiel thanking him for setting up meeting with MPO and attaching Neo4j USA's commercial licensing proposal for $2.2 million (Depo Ex. 55) | CACI00003155 | Jason Zagalsky | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 119 | 04/29/19 | Email from Shahak Nagiel to Jason Zagalsky confirming that NextCentury shared Neo4j USA's proposal with MPO and confirming that NextCentury continued to use ONgDB (Depo Ex. 56) | CACI00003132 | Jason Zagalsky | | |
| 120 | 07/21/19 | Email from Shahak Nagiel to Jason Zagalsky (copying Jim Weyant) confirming that the MPO was not interested in paying for a commercial license for Neo4j EE (Depo Ex. 50) | CACI00002845 | Jason Zagalsky | | |
| 121 | 01/23/20 | Email exchange between Brad Nussbaum and Michael Smolyak confirming that MPO still using ONgDB and interested in version 4.0 (Depo Ex. 58) | CACI00006260 | James Weyant | | |
| 122 | 10/27/20 | Email from Michael Smolyak to Tammy Turpin regarding moving ONgDB into production at MPO (Depo Ex. 60) | CACI00005838 | James Weyant | | |
| 123 | 03/29/17 | Email from Michael Dunn to John Mark Suhy regarding meeting with Jason Zagalsky and John Broad of Neo4j USA and need for 12-core enterprise license in production (Depo Ex. 160) | IGOV0001570725.001 | Mike Dunn or John Mark Suhy | | |
| 124 | 10/04/17 | Email exchange between Michael Dunn and John Mark Suhy regarding iGov and eGovernment Solutions supporting the CKGE platform (Depo Ex. 214) | IGOV000153249.001 | John Mark Suhy | | |
| 125 | 05/22/18 | Email sent by John Mark Suhy to Michael Dunn of the IRS regarding Neo4j Sweden adding the Commons Clause to Neo4j EE v3.4 (Depo Ex. 165) | IGOV0001573245.001 | Mike Dunn | | |
| 126 | 05/22/18 | Email from Jason Zagalsky to Michael Dunn regarding sole-source order with eGov Sol for consulting and support of CKGE (Depo Ex. 164) | N4J_019998 | Jason Zagalsky | | |
| 127 | 05/22/18 | Email from John Mark Suhy to Michael Dunn regarding Neo4j Sweden adding Commons Clause to AGPL in Neo4j EE 3.4 (Depo Ex. 165) | IGOV0001573245.001; IGOV0001573246.001 | Michael Dunn or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 128 | 05/31/18 | Email exchange between Lisa Rosenmerkel and Jason Zagalsky regarding scheduling a meeting regarding the IRS's needs relating to Neo4j software  (Depo Ex. 167) | N4J_020061 | Jason Zagalsky | | |
| 129 | 06/15/18 | Email exchange between Michael Dunn and John Mark Suhy regarding the IRS switching from Neo4j EE 3.2 to Neo4j CE 3.4 in light of change to licensing in Neo4j EE 3.4 (Depo Ex. 166) | IGOV0001573231.001 | Michael Dunn or John Mark Suhy | | |
| 130 | 06/29/18 | Email sent by John Mark Suhy to Michael Dunn of the IRS introducing ONgDB as replacement for Neo4j EE | IGOV000153225 | John Mark Suhy | | |
| 131 | 07/27/18 | Email exchange between Lisa Rosenmerkel and Jason Zegalsky regarding proposal for Neo4j EE subscription bundle for CKGE environment (Depo Ex. 168) | N4J_020130 | Jason Zagalsky | | |
| 132 | 08/13/18 | Email exchange between John Mark Suhy and Michael Dunn recommending that the IRS move from Neo4j EE 3.3.2 to ONgDB 3.4.x in the CKGE framework (Depo Ex. 169) | IGOV0001573217.0001 | Michael Dunn or John Mark Suhy | | |
| 133 | 08/14/18 | Email from Michael Dunn to John Mark Suhy instructing him to integrate ONgDB into the CKGE framework (Depo Ex. 170) | IGOV0001573216.001 | Michael Dunn or John Mark Suhy | | |
| 134 | 08/14/18 | Email from Michael C. Dunn to John Mark Suhy confirming he will proceed with ONgDB and also inviting Raul Tikekar to discuss using ONgDB in YK1 platform  (Depo Ex. 171) | IGOV0001573215.001 | Michael Dunn or John Mark Suhy | | |
| 135 | 08/24/18 | Email from Ansaldi Joseph to Michael Dunn, forwarding emails from John Mark Suhy regarding | IRS_PROD_00009175 | John Mark Suhy | | |
| 137 | 12/11/18 | Email exchange between John Mark Suhy and Patrick Martin discussing hardware requirements for CKGE and YK1 (Depo Ex. 173) | IRS_PROD_00009220 | Michael Dunn or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 138 | 03/11/19 | Email exchange between Martin Patrick and John Mark Suhy regarding ONgDB sever instances in CKGE (Depo Ex. 174) | IRS_PROD_00001738 | Michael Dunn or John Mark Suhy | | |
| 139 | 04/24/19 | Email exchange between Martin Patrick and John Mark Suhy with Suhy providing download link for ONgDB Enterprise 3.5.3 on IRS repository | IRS_PROD_00001638 | John Mark Suhy | | |
| 140 | 08/22/19 | Email from Joshua Porter to John Mark Suhy seeking support for ONgDB Enterprise 3.5.3 installed on YK1 server at IRS | IRS_PROD_00001356 | John Mark Suhy | | |
| 141 | 09/10/19 | Cancellation of Meeting from Michael Dunn to Patrick Martin, Michael Young, John Mark Suhy, Joshua Porter, Jonathan Edelson and Joseph Ansaldi re disc of BETA, STAGE, PROD domains (Depo Ex. 175) | IRS-PROD-00001321 | Mike Dunn | | |
| 142 | 09/13/19 | Email exchange between Nathan Gire at the IRS and John Mark Suhy regarding patched version of ONgDB 3.5.4 | IRS_PROD_00002010 | John Mark Suhy | | |
| 143 | 09/17/19 | Email exchange between Joshua Porter at the IRS and John Mark Suhy regarding updating ONgDB at the IRS from version 3.5.3 to version 3.5.9  (Depo Ex. 178) | IRS_PROD_00002201 | Mike Dunn or John Mark Suhy | | |
| 144 | 09/20/19 | Email from Michael Dunn to a number of individuals with the IRS, including John Mark Suhy, Michael Stavrianos and Brian Bird regarding new ONgDB libraries available on internal IRS repository (Depo Ex. 149) | IRS_PROD_00001292 | Mike Dunn | | |
| 145 | 11/12/19 | Email exchange between Hai Huynh and John Mark Suhy regarding downloading ONgDB 3.5.11 from internal IRS repository and running on IRS laptop (Depo Ex. 181) | IRS_PROD_00000473 | Michael Dunn or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**

**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 146 | 09/28/20 | Order for Supplies or Services Contract No. 2032H5-19-A-00011 to ASR Analytics for Corporate Graph Database (Depo Ex. 185) | Depo Exh. 185 | Michael Dunn | | |
| 147 | 11/17/20 | Email from John Mark Suhy to donald@fsf.org, craigt@fsf.org, and licensing@fsf.org re Nov 13th 2020 Court opinion on AGPL - may need FSF involvement | IGOV000299652.001; IGOV0002997653.001 | John Mark Suhy | | |
| 148 | 11/17/20 | Email from John Mark Suhy to Geoffreyk@fsf.org re Case regarding AGPL precedent: Nov 13th 2020 - Case No. 5:19-cv-06226-EJD | IGOV000299658.001; IGOV0002997659.001 | John Mark Suhy | | |
| 149 | 11/23/20 | Email from John Mark Suhy to copyright@fsf.org; licensing@fsf.org re Question regarding AGPL and Verbatim License | IGOV0002997701.001 | John Mark Suhy | | |
| 150 | 02/16/21 | Stipulated Judgment and Permanent Injunction filed in Neo4j, Inc. et al v. Graph Foundation, Inc. case | Depo Exh. 190 | Judicial Notice | | |
| 151 | 05/18/21 | Doc 118 - Order Granting Plaintiffs' Motion for Partial Summary Judgment; Denying Defendants'' Cross-Motion for Summary Judgment | Dkt. No. 118 | Judicial Notice | | |
| 152 | 03/30/22 | Software Freedom Conservancy Article titled "An Erroneous Preliminary Injunction Granted in Neo4j v. PureThink" | | John Mark Suhy | | |
| 153 | 04/27/22 | Email from John Mark Suhy to Puru Komaravolu and Michael Dunn re "Article Relating to agpl and commons" | EGOVS_00210 | John Mark Suhy | | |
| 154 | 10/01/18 | Subcontract Agreement between ASR Analytics, LLC and iGov, Inc. for prime contract #2032H8-18-C-00037 to Tylor Data Services, LLC for consulting services including technical guidance and deployment support related to the CKGE (Depo Ex. 134) | ASR 01764 | Michael Stavrianos or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 155 | 11/07/18 | Master Subcontract Agreement between ASR Analytics and iGov, Inc. for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) | Depo Exh. 135 | Michael Stavrianos or John Mark Suhy | | |
| 156 | 01/04/19 | Email from John Mark Suhy to Deborah Tylor, Aaron Taylor, Logan Montrone, Lauren Szczerbinski, Michael Stavrianos and Sook Seo providing iGov-based download link for ONgDB | IGOV0002908811.001 | John Mark Suhy | | |
| 157 | 02/15/19 | Email from John Mark Suhy to Joseph Haaga re A few engineering questions, confirming ONgDB docker image for 3.4.12 and 3.5.3 available for CKGE | IGOV0002908642.001 | John Mark Suhy | | |
| 158 | 03/29/19 | Email from John mark Suhy to Michael Stavrianos enclosing resume for Cyber RFQ (KG-API engagement) (Depo Ex. 133) | ASR 00719 | Michael Stavrianos or John Mark Suhy | | |
| 160 | 6/6/2019 | Invoice #212 sent by iGov to ASR for work on Tylor Data Services, LLC:IRS RAAS Graph Analytics in the amount of $1,750 (Depo Ex. 142) | ASR 01901 | Michael Stavrianos or John Mark Suhy | | |
| 161 | 12/06/19 | Email from Deborah Tylor to John Mark Suhy, Alexander Seo Sook, Michael Stavrianos and Lauren Szczerbisnski re KGAPI milestones (Depo Ex. 150) | IRS-PROD-00000334 | Michael Stavrianos or John Mark Suhy | | |
| 162 | 07/27/20 | Volume 1 - Technical Proposal (RFQ-20-U0016) - ASR Analytics for RAAS Data Analytics and Innovation Support (DAIS) made under Blanket Purchase Agreement for KG-API | Depo Exh. 137 | Michael Stavrianos | | |
| 163 | 06/04/20 | Modification 001 to Master Subcontract Agreement for iGov's work at IRS on RAAS Data Analytics and Innovation Support (DAIS) (Depo Ex. 136) | ASR 01898 | Michael Stavrianos or John Mark Suhy | | |
| 164 | 10/05/20 | Subcontractor Task Order Number 0001 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $29,538.00 (Depo Ex. 138) | ASR 01752 | Michael Stavrianos or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 165 | 10/07/20 | Subcontractor Task Order Number 0002 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $25,993.44  (Depo Ex. 139) | ASR 01758 | Michael Stavrianos or John Mark Suhy | | |
| 166 | 11/09/21 | Subcontractor Task Order Number 0001 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $35,470.90 (Depo Ex. 140) | ASR 01755 | Michael Stavrianos or John Mark Suhy | | |
| 167 | 11/09/21 | Subcontractor Task Order Number 0002 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $21,131.60 (Depo Ex. 141) | ASR 01761 | Michael Stavrianos or John Mark Suhy | | |
| 168 | 3/5/2021 | Invoice #267 sent by iGov to ASR for work on TIRS:DAIS BPA (IOT Innovation, Knowledge Graph, Corporate Graph, Emerging Compliance Issues) in the amount of $14,474.12 (Depo Ex. 143) | ASR 01915 | Michael Stavrianos or John Mark Suhy | | |
| 169 | 7/7/2022 | Invoice #303 sent by iGov to ASR for work on IRS:DAIS BPA (IDT, KG, CG, ECI) in the amount of $6,490.42 (Depo Ex. 144) | ASR 01956 | Michael Stavrianos or John Mark Suhy | | |
| 170 | 07/07/22 | Master Subcontract Agreement between ASR Analytics and Greystones Consulting Group, LLC for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) (Depo Ex. 149) | Greystones000656 | Turin Pollard or John Mark Suhy | | |
| 171 | 10/04/22 | Subcontractor Task Order Number 0001_MOD 01 under ASR-RAAS_DAIS-Greystones-0001 for Emerging Compliance Issues, replacing Subcontract Agreement with iGov Inc. (Depo Ex. 250) | ASR 02025 | Turin Pollard or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|----------------|
| 172 | 11/01/22 | Subcontractor Task Order Number 0002_MOD 01 under ASR_RAAS_DAIS-Greystones-0001 for Support for Corporate Graph Database, replacing Subcontract Agreement with iGov Inc. (Depo Ex. 251) | ASR 02028 | Turin Pollard or John Mark Suhy | | |
| 173 | 11/02/22 | ASR Analytics LLC Transaction List by Vendor 1/1/2015 - 07/27/2022 for payments made to iGov totaling 246,082.55, which the parties stipulated accurately reflected amounts ASR paid iGov through 07/27/2022 (Depo Ex. 145) | ASR 01999 | Michael Stavrianos | | |
| 174 | 2020 | ASR Analytics Form 1099-NEC for 2020 to iGov for $70,447.22 (Depo Ex. 220) | ASR 02000 | John Mark Suhy | | |
| 175 | 2021 | ASR Analytics Form 1099-NEC for 2021 to iGov for $127,657.40 (Depo Ex. 221) | ASR 02002 | John Mark Suhy | | |
| 180 | 12/31/18 | Stock Purchase Agreement between John Mark Suhy and Ashwani Mayur and Nikhil Budhiraja where Suhy sells his shares in eGov Sol to other shareholders for $20,000 and the proceeds from the CKGE Contract with the IRS | Depo Exh. 100 | Ashwani Mayur or John Mark Suhy | | |
| 181 | 04/06/18 | eGovernment Solutions Inc.'s quote for CKGE Contract prepared by John Mark Suhy (Depo Ex. 102) | EGOVS_000001 | Ashwani Mayur or John Mark Suhy | | |
| 182 | 05/24/18 | Order for Supplies or Services Order No. 2032H8-18-P-00151, 1st year of CKGE Contract for $300,000  (Depo Ex. 103) | EGOVS_000015 | Ashwani Mayur or John Mark Suhy | | |
| 183 | 05/31/18 | Amendment of Solicitation/Modification of Contract to correct Order No. 2032H8-18-P-00151 to 2032H8-18-P-00168 for CKGE Contract  (Depo Ex. 104) | EGOVS_000021 | Ashwani Mayur or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 184 | 05/24/19 | Amendment of Solicitation/Modification of Contract to exercise option year 1 in the amount of $200,000.00 with a period of performance is 5/24/2019 - 5/23/2020 for CKGE Contract  (Depo Ex. 105) | EGOVS_000030 | Ashwani Mayur or John Mark Suhy | | |
| 185 | 09/26/19 | Amendment of Solicitation/Modification of Contract to modify funding for option year 1 by $216,000 for CKGE Contract (Depo Ex. 106) | EGOVS_000034 | Ashwani Mayur or John Mark Suhy | | |
| 186 | 05/24/20 | Amendment of Solicitation/Modification of Contract to exercise option year 2 in the amount of $200,000 for a period of performance of 5/24/2020 to 5/23/2021 for CKGE Contract  (Depo Ex. 107) | EGOVS_000042 | Ashwani Mayur or John Mark Suhy | | |
| 187 | 05/24/21 | Amendment of Solicitation/Modification of Contract to exercise option year 3 in the amount of $200,000 for a period of performance of 5/24/2021 to 5/23/2022 for CKGE Contract (Depo Ex. 108) | EGOVS_000058 | Ashwani Mayur or John Mark Suhy | | |
| 188 | 05/24/22 | Amendment of Solicitation/Modification of Contract to exercise option year 4 in the amount of $200,000 for a period of performance of 5/24/2022 to 5/23/2023 for CKGE Contract (Depo Ex. 109) | EGOVS_000062 | Ashwani Mayur or John Mark Suhy | | |
| 189 | 2018-2022 | Ex 110 - Combined Invoicing Docs (Nos. 817, 827, 901, 955, 960, 912) for CKGE Contract totaling $1,316,000 (Depo Ex. 110) | EGOVS_000068 | Ashwani Mayur or John Mark Suhy | | |
| 190 | 2018 | E-Gov Solutions 1099 to iGov (2018) for $285,700.00 (Depo Ex. 111) | EGOVS_000140 | Ashwani Mayur or John Mark Suhy | | |
| 191 | 2019 | E-Gov Solutions 1099 to iGov (2019) for $199,850.00 (Depo Ex. 112) | EGOVS_000141 | Ashwani Mayur or John Mark Suhy | | |
| 192 | 2020 | E-Gov Solutions 1099 to iGov (2020) for $193,000.00 (Depo Ex. 113) | EGOVS_000142 | Ashwani Mayur or John Mark Suhy | | |
| 193 | 2021 | E-Gov Solutions 1099 to iGov (2021) for $197,000.00 (Depo Ex. 114) | EGOVS_000143 | Ashwani Mayur or John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---|---|---|---|---|---|---|
| 194 | 2018-2022 | Combined Wells Fargo Bank Statements for eGovernment Solutions account where IRS deposits and payments to iGov were made (Depo Ex. 115) | EGOV PRODUCTION 81 | Ashwani Mayur or John Mark Suhy | | |
| 195 | 10/25/22 | LinkedIn profile for Richard Starr - Attorney - Irving Starr Esq., P.C., counsel of record for Defendants (Depo Ex. 116) | Depo Exh. 116 | Ashwani Mayur or John Mark Suhy | | |
| 196 | 06/01/22 | iGov Invoice #400 to eGovernment Solutions for $189,000 (Depo Ex. 216) | Depo Exh. 216 | John Mark Suhy | | |
| 197 | | Wells Fargo Statements for eGovernment Solutions Account No. 5581518783 (Depo Ex. 217) | EGOVS_000151 | John Mark Suhy | | |
| 198 | | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy (Depo Ex. 218) | EGOVS_000150 | John Mark Suhy | | |
| 199 | | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy (Depo Ex. 219) | EGOVS_000144 | John Mark Suhy | | |
| 200 | 2014 | PureThink LLC Profit & Loss Statement, January through December 2014 (Depo Ex. 197) | IGOV0001569059.001 | John Mark Suhy | | |
| 201 | 2015 | PureThink LLC's Profit and Loss Statement for 2015 (Depo Ex. 198) | IGOV0001569058.001 | John Mark Suhy | | |
| 202 | 2016 | Purethink LLC's Profit and Loss Statement for 2016 (Depo Ex. 199) | IGOV0001569057.001 | John Mark Suhy | | |
| 203 | 2018 | iGov Inc. Profit and Loss Statement for 2018  (Depo Ex. 3 | Depo Exh. 33 | John Mark Suhy | | |
| 204 | 2019 | iGov Inc Profit and Loss Statement for 2019  (Depo Ex. 223) | Depo Exh. 223 | John Mark Suhy | | |
| 205 | 2020 | iGov Inc Profit and Loss Statement for 2020 (Depo Ex. 225) | Depo Exh. 225 | John Mark Suhy | | |
| 206 | 2021 | iGov Inc Profit and Loss Statement for 2021 (Depo Ex. 227) | Depo Exh. 226 | John Mark Suhy | | |

**Neo4j, Inc., et al. v. PureThink, LLC, et al.**
**Amended Joint Exhibit List**

| Ex. No. | Date | Description | Begs Bates | Sponsoring Witness | Date Marked for ID | Date Admitted |
|---------|------|-------------|------------|--------------------|--------------------|---------------|
| 207 | 9/30/2020 | 9/30/20 archive of GFI's GitHub landing page for its ONgDB repository, https://github.com/graphfoundation/ongdb, from the Wayback Machine | N4J_019440 | Jason Zagalsky or John Mark Suhy | | |
| 208 | | CV of Steven Boyles | | Steven Boyles | | |
| | | | | | | |
| | | | | | | |
| 1002 | Dec-19 | AGPL LICENSE.txt files for the ONgDB v3.4 source code branch | 00035042-00035052 | John Mark Suhy | | |
| 1010 | 3/1/2019 | Commit from the GitHub.com web browser, by Mr. Suhy | N4J_013051 | John Mark Suhy | | |
| 1011 | | Statement of Work for the CKGE contract, Statement of Work_FINAL.pdf | | John Mark Suhy | | |
| 1012 | 2/22/2019 | Emails between Nagiel, Nussbaum, and Suhy re: Neo4j licensing | CTRL0002854745 | John Mark Suhy | | |
| 1027 | 5/22/2019 | Emails between Zagalsky and Dunn on Commons Clause | N4J_019995 | John Mark Suhy | | |
| 1043 | 8/15/2016 | Email between Suhy and Lars Nordwall re: IRS | N4J_006825 | John Mark Suhy | | |
| 1044 | 4/28/2016 | Email between Suhy and John Broad re: IRS | N4J_005415 | John Mark Suhy | | |
| 1064 | 8/8/2017 | Email from Michael Dunn to Jason Zagalsky re: License | N4J_011051 | John Mark Suhy | | |
| 1097 | 10/2/2019 | iGovsol.com website screenshot with downloads and faq | N4J_013004 | John Mark Suhy | | |
| 1098 | 8/5/2018 | Purethink.com website screenshot | N4J_000011-N4J_000012 | John Mark Suhy | | |
| 1101 | 2/19/2019 | Email between Brad Nussbaum and Shahak Nagiel of Next Century re commons clause. | CTRL0002854753 | John Mark Suhy | | |
| 1103 | | Next Century document showing comparisons of technologies. | CACI00005257 | John Mark Suhy | | |