UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TITLE:  *NEO4J, INC., et al. v. PURETHINK LLC, et al.*
CASE NUMBER:  5:18-CV-07182 EJD

## Civil Minutes and Trial Log

Date:   November 14, 2023

Time in Court:  9:14-9:41 AM; 10:00-11:28 AM; 11:41 AM – 12:32 PM; 1:39-2:38 PM; 3:04-4:32 PM

**(TOTAL TIME:  5 hr, 12 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     John Picone, Jeffrey Ratinoff, Arthur Rothrock
Also present:   Paralegal – Danny Zapeda

Defendant Attorney(s) present:   Adron W. Beene, Adron G. Beene

**PROCEEDINGS:  Trial (Day 1)**

Bench Trial  held.  Further Trial set for November 28, 2023, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: 8, 4, 6, 86, 87, 88, 57, 89, 91, 126, 128, 131, 16, 17, 18, 19, 103, 110, 116, 118, 119, 15
Defendants: 1027, 117, 1064

**The following exhibits are admitted into evidence:**
Plaintiffs:      8, 4, 6, 86, 87, 88, 57, 89, 91, 126, 128, 131, 16, 17, 18, 19, 103, 110, 116, 118, 119, 15
Defendants:    1027, 117, 1064

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *NEO4J, Inc., et al. v. PureThink LLC, et al.*
Case No:  5:18-CV-07182 EJD

# TRIAL LOG

| TRIAL DATE: November 14, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:14 am | Court in Session | |
| | | 9:20 am | Housekeeping matters addressed:  Deposition Designations and Depo Transcripts | |
| | | 9:41 am | Court breaks for 19 min | |
| | | 10:00 am | Court in session | |
| | | 10:01 am | Counsel will provide submission of undisputed facts – truncated down from what appears | |
| | | | Plaintiff seeks leave to add 1 exhibit and 4 deposition excerpts | |
| | | 10:02 am | Court Grants leave and directs counsel to submit a filing which identifies which additional exhibit and deposition exhibits Plaintiff will submit.  Counsel may request exhibit to be filed under seal. | |
| | | 10:03 am | Plaintiff begins opening statement | |
| | | 10:09 am | Plaintiff concludes opening statement | |
| | | | Defense begins opening statement | |
| | | 10:28 am | Defense concludes opening statement | |
| | | | Plaintiff calls Witness #1 Jason Zagalsky | |
| | | 10:29 am | Witness sworn | |
| | | 10:30 am | Plaintiff begins direct examination of Jason Zagalsky | |
| 8 | | 10:54 am | ADMITTED INTO EVIDENCE:  2020-01-29 Press release issued by Neo4j USA titled "Neo4j Marks Another Year of Product, Customer and Community Momentum" | |

| TRIAL DATE: November 14, 2023 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson | |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 4 | | 11:02 am | ADMITTED INTO EVIDENCE: 2018-05-17 Rathle announcement published on Neo4j USA's website regarding the release of Neo4j® CE and Neo4j® EE version 3.4 and introduction of Commons Clause | |
| 6 | | 11:09 am | ADMITTED INTO EVIDENCE: 2018-11-15 Announcement regarding the release of Neo4j CE and Neo4j EE v3.5 published by Rathle on Neo4j USA's website | |
| 86 | | 11:13 am | ADMITTED INTO EVIDENCE: 2017-11-01 archive of PureThink LLC's webpage, http://purethink.com/ from Wayback Machine, which states that iGov was formed by the "principle behind PureThink" | |
| 87 | | 11:17 am | ADMITTED INTO EVIDENCE: 2018-01-13 Printout of iGov's webpage, https://igovsol.com/about.html, which states that iGov was formed by the "principle behind PureThink" | |
| 88 | | 11:20 am | ADMITTED INTO EVIDENCE: 2018-01-13 Copy of printout of iGov's webpage, https://igovsol.com/neo4j.html, showing use of Neo4j Mark in "Government Development Packages for Neo4j" | |
| 57 | | 11:27 am | ADMITTED INTO EVIDENCE: 2018-02-15 Letter from the Department of Treasurer to John Mark Suhy enclosing Neo4j, Inc.'s September 19, 2017 Agency-Level Protest of the IRS's sole-source award to iGov | |
| | | 11:28 am | Court breaks for 13 min | |
| | | 11:41 am | Court in session | |
| | | 11:42 am | Plaintiff continues direct examination of Jason Zagalsky | |
| | | | Ex. 4 – previously admitted | |
| 89 | | 11:46 am | ADMITTED INTO EVIDENCE: 2018-12-04 archive of iGov's webpage, https://igovsol.com/neo4j.html, from Wayback Machine showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI | |
| | | 11:47 am | Ex. 6, previously admitted | |
| 91 | | 11:50 am | ADMITTED INTO EVIDENCE: 2019-10-01 capture of iGov's webpage, https://igovsol.com/index.html, encouraging users to adopt ONgDB for free over Neo4j EE | |
| 126 | | 12:00 pm | ADMITTED INTO EVIDENCE: 2018-05-22 Email from Jason Zagalsky to Michael Dunn regarding sole-source order with eGov Sol for consulting and support of CKGE | |

| TRIAL DATE: November 14, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 128 | | 12:03 pm | ADMITTED INTO EVIDENCE:  2018-05-31 Email exchange between Lisa Rosenmerkel and Jason Zagalsky regarding scheduling a meeting regarding the IRS's needs relating to Neo4j software | |
| 131 | | 12:10 pm | ADMITTED INTO EVIDENCE:  2018-07-27 Email exchange between Lisa Rosenmerkel and Jason Zegalsky regarding proposal for Neo4j EE subscription bundle for CKGE environment | |
| 16 | | 12:22 pm | ADMITTED INTO EVIDENCE:  (Sealed Document) 2017-10-01 Neo4j USA Price List, Effective Oct 1, 2017 | |
| 17 | | 12:26 pm | ADMITTED INTO EVIDENCE:  (Sealed Document) 2019-04-01 Neo4j USA Price List, Effective April 1, 2019 | |
| | | 12:32 pm | Court breaks for 1 hr, 7 mins | |
| | | 1:39 pm | Court in session | |
| | | | Plaintiff continues direct examination of Jason Zagalsky | |
| 18 | | 1:40 pm | ADMITTED INTO EVIDENCE:  (Sealed Document) 2020-04-01 Neo4j USA Price List, Effective April 1, 2020 | |
| 19 | | 1:44 pm | ADMITTED INTO EVIDENCE:  (Sealed Document) 2021-07-01 Neo4j USA Price List, Effective July 1, 2021 | |
| 103 | | 2:01 pm | ADMITTED INTO EVIDENCE:  2018-06-14 Email from Jason Zagalsky to Michael Smolyak re commercial license needed for certain enterprise-only features | |
| 110 | | 2:08 pm | ADMITTED INTO EVIDENCE:  2019-02-05 Email from Shahak Nagiel to Jason Zagalsky Re: Neo4j licensing informing him that open-sourced builds from the Neo4j source code provided the needed clustering and security requirements | |
| 116 | | 2:20 pm | ADMITTED INTO EVIDENCE:  2019-04-01 Email exchange between Jason Zagalsky and Shahak Nagiel confirming required specifications for a Neo4j EE proposal and scheduling meeting with NextCentury and MPO re same | |
| 118 | | 2:28 pm | ADMITTED INTO EVIDENCE:  (Sealed Document) 2019-04-29 04/29/19 Email from Shahak Nagiel to Jason Zagalsky confirming that NextCentury shared Neo4j USA's proposal with MPO and confirming that NextCentury continued to use ONgDB, and attachment:  Prepared Proposal for Maryland Procurement Office KMS Project | |
| | | 2:29 pm | Sealed session begins | |

| TRIAL DATE: November 14, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Plaintiff questions witness re Ex. 118 | |
| | | 2:33 pm | Ex. 17 – previously admitted. | |
| | | 2:35 pm | Sealed session ends. | |
| 119 | | 2:37 pm | ADMITTED INTO EVIDENCE: 2019-04-29 Email from Shahak Nagiel to Jason Zagalsky confirming that NextCentury shared Neo4j USA's proposal with MPO and confirming that NextCentury continued to use ONgDB | |
| | | 2:38 pm | Court breaks for 26 min | |
| | | 3:04 pm | Court in session | |
| | | 3:05 pm | Defense begins cross-examination of Jason Zagalsky | |
| | 1027 | 3:22 pm | ADMITTED INTO EVIDENCE: 2019-05-22 Emails between Zagalsky and Dunn on Commons Clause | |
| | | 3:32 pm | Ex. 128, previously admitted | |
| | 117 | 3:37 pm | ADMITTED INTO EVIDENCE: 2019-04-01 Email exchange between Jason Zagalsky and Shahak Nagiel confirming Next Century would continue to use ONgDB instead of Neo4j EE | |
| | 1064 | 3:43 pm | ADMITTED INTO EVIDENCE: 2017-08-08 Email from Michael Dunn to Jason Zagalsky re: License | |
| | | 3:47 pm | Ex. 110, previously admitted | |
| | | 3:56 pm | Defense completes cross-examination of Jason Zagalsky | |
| | | | Witness #1 Jason Zagalsky excused | |
| | | | Plaintiff calls Witness #2 Kelly Zawalski | |
| | | 3:57 pm | Witness sworn. | |
| | | 3:58 pm | Plaintiff begins direct examination of Kelly Zawalski | |
| | | 4:09 pm | Sealed session begins | |
| 15 | | 4:11 pm | ADMITTED INTO EVIDENCE: (Sealed Document) Excel Spreadsheet - 2022-11-14 Neo4j Monthly Closed Won Report as of 2022-11-14 | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: November 14, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 4:18 pm | Plaintiff completes direct examination of Kelly Zawalski | |
| | | | Sealed session ends | |
| | | 4:19 pm | Defense begins direct examination of Kelly Zawalski | |
| | | 4:24 pm | Defense completes cross-examination of Kelly Zawalski | |
| | | | Court queries witness | |
| | | 4:28 pm | Witness #2 Kelly Zawalski excused | |
| | | | Court addresses trial schedule with counsel | |
| | | | Court cancels November 21, 2023, Trial Date | |
| | | 4:32 pm | Court is Adjourned | |
| | | | Trial continued to November 28, 2023 | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**