1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406
    *mailing address:*
6   P.O. Box 1469
    San Jose, CA 95109-1469
7   Telephone:    (408) 286-9800
    Facsimile:    (408) 998-4790
8
    Attorneys for Plaintiffs and Counter-Defendants
9   NEO4J, INC. and NEO4J SWEDEN AB

10  Adron W. Beene, Bar No. 129040
    adron@adronlaw.com
11  Adron G. Beene SB# 298088
    adronjr@adronlaw.com
12  Attorney at Law
    7960 Soquel Drive Suite #296
13  Aptos, CA 95003
    Tel: (408) 392-9233
14
    Attorneys for Defendants and Counterclaimants
15  PURETHINK LLC, IGOV INC., and JOHN
    MARK SUHY

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19  NEO4J, INC., a Delaware corporation,          CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN, AB, a Swedish
    corporation,                                  **STIPULATION AND [PROPOSED]**
20                                                **ORDER TO ADMIT DEPOSITION**
                      Plaintiffs,                 **TESTIMONY AND CORRESPONDING**
21                                                **TRIAL EXHIBITS**
              v.
22
    PURETHINK LLC, a Delaware limited
23  liability company, IGOV INC., a Virginia
    corporation, and JOHN MARK SUHY, an
24  individual,

25                    Defendants.                 Trial Date: November 14, 2023

26

27  AND RELATED COUNTERCLAIMS.

28

## **STIPULATION**

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants"). Plaintiffs and Defendants (collectively, the "Parties") through their respective counsel HEREBY STIPULATE as follows:

WHEREAS, the Parties agreed in their Amended Joint Final Pretrial Statement that they would not contest the authenticity of any documents that were marked as exhibits during the party and non-party depositions taken in the case unless the party contesting the authenticity made such an objection during that deposition. Dkt. No. 220 at 40:4-6.

WHEREAS, the Parties agreed in their Amended Joint Final Pretrial Statement that deposition designations may be submitted for the Court's consideration without having them read in open court where in the interest of judicial economy. Dkt. No. 220 at 40:7-8.

WHEREAS, Plaintiffs filed their Deposition Designations on September 28, 2023 (Dkt. No. 210), and Exhibit 2 thereto as amended on November 16, 2023 (Dkt. No. 226).

WHEREAS, Defendants filed their Counter-Deposition Designations without any objections to Plaintiffs' Designations on November 7, 2023. Dkt. No. 222.

WHEREAS, on November 14, 2023, the Parties stipulated on the record that Plaintiffs' Deposition Designations and Defendants' Counter-Designations would be admitted into evidence without the need to read or play the live testimony during trial.

WHEREAS, on November 14, 2023, the Parties stipulated on the record that Plaintiffs' Trial Exhibits would be admitted into evidence without the need to read or play the corresponding designated deposition testimony during trial.

ACCORDINGLY, the Parties HEREBY STIPULATE that Plaintiffs' Deposition Designations and Defendants' Counter-Designations be admitted into evidence without the need to read or play the live testimony during trial. The Parties FURTHER STIPULATE that the following Trial Exhibits and corresponding designated deposition testimony SHALL BE ADMITTED into evidence at trial:

/ / /

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 34 | 09/23/16 | IRS Order for Supplies or Services, Order No. TIRNO-16-P-00202, to PureThink for implementation of Neo4j Government Edition for $229,000 (Depo Ex. 159) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 74:12-75:18; Dkt. No. 210, Ex. 5 (Dunn) at 40:5-43:1 |
| 51 | 07/12/17 | Email exchange between John Mark Suhy and Michael Dunn of the IRS regarding PureThink continuing to fulfill its contractual obligations (Depo Ex. 162) | Dkt. No. 210, Ex. 5 (Dunn) at 65:2-66:2. 69:8-19 |
| 52 | 07/27/17 | Email from Daniels Vivan to John Mark Suhy enclosing RFQ and SOW to John Mark Suhy for CKGE support contract (Depo Ex. 163) | Dkt. No. 210, Ex. 5 (Dunn) at 69:20-71:23 |
| 61 | 05/22/18 | Email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License (Depo Ex. 22) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 169:3-170:3, 182:11-184:10, 187:12-188:15 |
| 62 | 06/20/18 | Email exchange between John Mark Suhy and Donald Robertson FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License (Depo Ex. 23) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 189:1-191:3 |
| 65 | 08/21/18 | Continued email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License (Depo Ex. 24) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 192:18-193:24, 195:17-196:1, 196:22-201:16. |
| 69 | 08/22/18 | Email from John Mark Suhy to Lee Smales at the Department of the Air Force where Suhy points him to ONgDB via the GFI website and confirms IRS is using ONgDB (Depo Ex. 19) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 142:13-145:12. |
| 83 | 07/10/20 | Letter from John Mark Suhy to Traci Brinkley enclosing Agency-Level Delivery Order Protest Objection Solicitation 2032H5-20-F-00394 (Depo Ex. 210) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 147:3-149:17 |
| 104 | 10/01/18 | Email from Dian Griffith to Seth Cooper and Shahak Nagiel of Next Century, referencing links to iGov's website regarding its packages for Neo4j and pricing (Depo Ex. 43) | Dkt. No. 210, Ex. 4 (Weyant) at 35:7-37:13, 38:25-39:18, 39:24-42:3, 42:16-44:23 |

4888-0598-0305.1

STIPULATION AND [PROPOSED] ORDER TO ADMIT DEPOSITION TESTIMONY AND CORRESPONDING TRIAL EXHIBITS; CASE NO. 5:18-CV-07182-EJD

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 105 | 10/17/18 | Email from Diane Griffith to Shahak Nagiel discussing iGov's representations regarding the iGov/Graphstack free version of Neo4j Enterprise having the same enterprise-only features as commercially licensed Neo4j EE (Depo Ex. 44) | Dkt. No. 210, Ex. 4 (Weyant) at 44:24-48:10, 48:19-49:1, 49:18-51:14 |
| 106 | 10/22/18 | Email exchange between John Mark Suhy and Shahak Nagiel of Next Century Corp where Suhy points him to ONgDB 3.4 via the GFI github repository and confirms IRS using ONgDB (Depo Ex. 45) | Dkt. No. 210, Ex. 4 (Weyant) at 51:23-56:21, 57:6-59:17 |
| 107 | 10/26/18 | Email from John Mark Suhy to Shahak Nagiel confirming that iGov-packaged Neo4j enterprise distributions and ONgDB include the enterprise-only multi-data centers feature (Depo Ex. 46) | Dkt. No. 210, Ex. 4 (Weyant) at 59:18-60:15, 60:19-20, 60:25-62:12 |
| 108 | 01/04/19 | Email from John Mark Suhy to Shahak Nagiel regarding working on and anticipated release of ONgDB 3.5.1 (Depo Ex. 47) | Dkt. No. 210, Ex. 4 (Weyant) at 62:13-65:17 |
| 109 | 02/01/19 | Email from Shahak Nagiel to Jim Weyant re Neo4j PoC Status re going with open source alternative (ONgDB) to Neo4j EE (Depo Ex. 48) | Dkt. No. 210, Ex. 4 (Weyant) at 65:18-67:21, 68:1-4, 68:11-70:19, 73:21-74:3 |
| 111 | 02/19/19 | Email from Ben Nussbaum to John Mark Suhy re NextCentury questions re licensing of ONgDB (Depo Ex. 30) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 218:8-221:5 |
| 112 | 02/19/19 | Email from Ben Nussbaum to Shahak Nagel after intro from John Mark Suhy discussing ONgDB v.3.5 (Depo Ex. 31) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 221:24-224:23 |
| 113 | 02/19/19 | Email from Shahak Nagiel to Brad Nussbaum regarding Suhy's comments about Neo4j Sweden adding the Commons Clause in the referenced GitHub thread (Depo Ex. 50) | Dkt. No. 210, Ex. 4 (Weyant) at 83:21-84:11, 86:4-87:15, 87:21-88:3 |
| 114 | 02/21/19 | Email from Shahak Nagiel to multiple recipients at Next Century instructing to only use ONgDB and delete all Neo4j EE binaries/containers (Depo Ex. 52) | Dkt. No. 210, Ex. 4 (Weyant) at 89:24-90:19, 91:1-17 |
| 115 | 03/05/19 | Email from Shahak Nagiel to Marco de Palma, Todd Hughes and Jim Weyant regarding how to address use of ONgDB over Neo4j EE in public forums (Depo Ex. 53) | Dkt. No. 210, Ex. 4 (Weyant) at 91:24-92:25, 93:7-95:11, 95:19-97:17 |

4888-0598-0305.1
STIPULATION AND [PROPOSED] ORDER TO ADMIT DEPOSITION TESTIMONY AND CORRESPONDING TRIAL EXHIBITS; CASE NO. 5:18-CV-07182-EJD

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 120 | 07/21/19 | Email from Shahak Nagiel to Jason Zagalsky (copying Jim Weyant) confirming that the MPO was not interested in paying for a commercial license for Neo4j EE (Depo Ex. 57) | Dkt. No. 210, Ex. 4 (Weyant) at 110:4-111:24 |
| 121 | 01/23/20 | Email exchange between Brad Nussbaum and Michael Smolyak confirming that MPO still using ONgDB and interested in version 4.0 (Depo Ex. 58) | Dkt. No. 210, Ex. 4 (Weyant) at 111:25-112:11, 114:11-118:1, 118:7-10 |
| 122 | 10/27/20 | Email from Michael Smolyak to Tammy Turpin regarding moving ONgDB into production at MPO (Depo Ex. 60) | Dkt. No. 210, Ex. 4 (Weyant) at 125:14-127:23 |
| 123 | 03/29/17 | Email from Michael Dunn to John Mark Suhy regarding meeting with Jason Zagalsky and John Broad of Neo4j USA and need for 12-core enterprise license in production (Depo Ex. 160) | Dkt. No. 210, Ex. 5 (Dunn) at 47:4-23, 48:16-49:14, 49:19-50:25 |
| 124 | 10/04/17 | Email exchange between Michael Dunn and John Mark Suhy regarding iGov and eGovernment Solutions supporting the CKGE platform (Depo Ex. 214) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 188:10-193:25 |
| 127 | 05/22/18 | Email from John Mark Suhy to Michael Dunn regarding Neo4j Sweden adding Commons Clause to AGPL in Neo4j EE 3.4 (Depo Ex. 165) | Dkt. No. 210, Ex. 5 (Dunn) at 96:6-98:21 |
| 129 | 06/15/18 | Email exchange between Michael Dunn and John Mark Suhy regarding the IRS switching from Neo4j EE 3.2 to Neo4j CE 3.4 in light of change to licensing in Neo4j EE 3.4 (Depo Ex. 166) | Dkt. No. 210, Ex. 5 (Dunn) at 101:9-104:12 |
| 132 | 08/13/18 | Email exchange between John Mark Suhy and Michael Dunn recommending that the IRS move from Neo4j EE 3.3.2 to ONgDB 3.4.x in the CKGE framework (Depo Ex. 169) | Dkt. No. 210, Ex. 5 (Dunn) at 126:5-138:2, 138:22-141:24 |
| 133 | 08/14/18 | Email from Michael Dunn to John Mark Suhy instructing him to integrate ONgDB into the CKGE framework (Depo Ex. 170) | Dkt. No. 210, Ex. 5 (Dunn) at 142:15-143:20 |
| 134 | 08/14/18 | Email from Michael C. Dunn to John Mark Suhy confirming he will proceed with ONgDB and also inviting Raul Tikekar to discuss using ONgDB in YK1 platform (Depo Ex. 171) | Dkt. No. 210, Ex. 5 (Dunn) at 145:2-146:21 |

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 137 | 12/11/18 | Email exchange between John Mark Suhy and Patrick Martin discussing hardware requirements for CKGE and YK1 (Depo Ex. 173) | Dkt. No. 210, Ex. 5 (Dunn) at 152:19-161:22 |
| 138 | 03/11/19 | Email exchange between Martin Patrick and John Mark Suhy regarding ONgDB sever instances in CKGE (Depo Ex. 174) | Dkt. No. 210, Ex. 5 (Dunn) at 161:23-165:13 |
| 141 | 09/10/19 | Cancellation of Meeting from Michael Dunn to Patrick Martin, Michael Young, John Mark Suhy, Joshua Porter, Jonathan Edelson and Joseph Ansaldi re disc of BETA, STAGE, PROD domains (Depo Ex. 175) | Dkt. No. 210, Ex. 5 (Dunn) at 181:11-184:18 |
| 143 | 09/17/19 | Email exchange between Joshua Porter at the IRS and John Mark Suhy regarding updating ONgDB at the IRS from version 3.5.3 to version 3.5.9 (Depo Ex. 178) | Dkt. No. 210, Ex. 5 (Dunn) at 193:2-198:15 |
| 144 | 09/20/19 | Email from Michael Dunn to a number of individuals with the IRS, including John Mark Suhy, Michael Stavrianos and Brian Bird regarding new ONgDB libraries available on internal IRS repository (Depo Ex. 149) | Dkt. No. 210, Ex. 5 (Dunn) at 207:7-210:4 |
| 145 | 11/12/19 | Email exchange between Hai Huynh and John Mark Suhy regarding downloading ONgDB 3.5.11 from internal IRS repository and running on IRS laptop (Depo Ex. 181) | Dkt. No. 210, Ex. 5 (Dunn) at 210:13-211:20, 213:1-216:8 |
| 146 | 09/28/20 | Order for Supplies or Services Contract No. 2032H5-19-A-00011 to ASR Analytics for Corporate Graph Database (Depo Ex. 185) | Dkt. No. 210, Ex. 5 (Dunn) at 238:19-240:4, 241:10-242:14 |
| 154 | 10/01/18 | Subcontract Agreement between ASR Analytics, LLC and iGov, Inc. for prime contract #2032H8-18-C-00037 to Tylor Data Services, LLC for consulting services including technical guidance and deployment support related to the CKGE (Depo Ex. 134) | Dkt No. 210, Ex. 6 (Stavrianos) at 102:8-103:24, 105:1-17, 105:23-106:7 |
| 155 | 11/07/18 | Master Subcontract Agreement between ASR Analytics and iGov, Inc. for Contract No. GS10F0062R / 2032H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) (Depo Ex. 135) | Dkt No. 210, Ex. 6 (Stavrianos) at 108:10-111:1, 111:24-114:8, 115:4-116:16 |

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---------|------|-------------|----------------------------------|
| 158 | 03/29/19 | Email from John mark Suhy to Michael Stavrianos enclosing resume for Cyber RFQ (KG-API engagement) (Depo Ex. 133) | Dkt No. 210, Ex. 6 (Stavrianos) at 91:7-92:6, 93:23-96:19, 97:23-99:20 |
| 160 | 6/6/2019 | Invoice #212 sent by iGov to ASR for work on Tylor Data Services, LLC:IRS RAAS Graph Analytics in the amount of $1,750 (Depo Ex. 142) | Dkt No. 210, Ex. 6 (Stavrianos) at 166:2-167:15 |
| 161 | 12/06/19 | Email from Deborah Tylor to John Mark Suhy, Alexander Seo Sook, Michael Stavrianos and Lauren Szczerbisnski re KGAPI milestones (Depo Ex. 150) | Dkt No. 210, Ex. 6 (Stavrianos) at 189:6-190:3, 190:10-20 |
| 162 | 07/27/20 | Volume 1 - Technical Proposal (RFQ-20-U0016) - ASR Analytics for RAAS Data Analytics and Innovation Support (DAIS) made under Blanket Purchase Agreement for KG-API (Depo Ex. 137) | Dkt No. 210, Ex. 6 (Stavrianos) at 124:3-126:13, 127:5-128:5, 128:12-16, 129:8-130:18, 138:1-25, 139:13-25 |
| 163 | 06/04/20 | Modification 001 to Master Subcontract Agreement for iGov's work at IRS on RAAS Data Analytics and Innovation Support (DAIS) (Depo Ex. 136) | Dkt No. 210, Ex. 6 (Stavrianos) at 119:1-121:14, 121:19-123:24 |
| 164 | 10/05/20 | Subcontractor Task Order Number 0001 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $29,538.00 (Depo Ex. 138) | Dkt No. 210, Ex. 6 (Stavrianos) at 140:14-143:9, 143:15-143:20, 144:1-14 |
| 165 | 10/07/20 | Subcontractor Task Order Number 0002 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $25,993.44 (Depo Ex. 139) | Dkt No. 210, Ex. 6 (Stavrianos) at 144:15-146:14, 147:13-149:23 |
| 166 | 11/09/21 | Subcontractor Task Order Number 0001 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $35,470.90 (Depo Ex. 140) | Dkt No. 210, Ex. 6 (Stavrianos) at 151:8-155:17 |
| 167 | 11/09/21 | Subcontractor Task Order Number 0002 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $21,131.60 (Depo Ex. 141) | Dkt No. 210, Ex. 6 (Stavrianos) at 157:2-159:4, 159:14-160:8. 160:24-162:11, 162:15-163:23 |
| 168 | 3/5/2021 | Invoice #267 sent by iGov to ASR for work on TIRS:DAIS BPA (IOT Innovation, Knowledge Graph, Corporate Graph, Emerging Compliance Issues) in the amount of $14,474.12 (Depo Ex. 143) | Dkt No. 210, Ex. 6 (Stavrianos) at 167:16-169:17 |

4888-0598-0305.1

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 169 | 7/7/2022 | Invoice #303 sent by iGov to ASR for work on IRS:DAIS BPA (IDT, KG, CG, ECI) in the amount of $6,490.42 (Depo Ex. 144) | Dkt. No. 210, Ex. 6 (Stavrianos) at 172:11-173:17, 173:24-174:2 |
| 170 | 07/07/22 | Master Subcontract Agreement between ASR Analytics and Greystones Consulting Group, LLC for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) (Depo Ex. 249) | Dkt. No. 210, Ex. 7 (Pollard) at 163:23-166:10, 167:1-168:21 |
| 171 | 10/04/22 | Subcontractor Task Order Number 0001_MOD 01 under ASR-RAAS_DAIS-Greystones-0001 for Emerging Compliance Issues, replacing Subcontract Agreement with iGov Inc. (Depo Ex. 250) | Dkt. No. 210, Ex. 7 (Pollard) at 180:16-183:5, 183:13-184:11, 185:2-20, 186:5-7 |
| 172 | 11/01/22 | Subcontractor Task Order Number 0002_MOD 01 under ASR_RAAS_DAIS-Greystones-0001 for Support for Corporate Graph Database, replacing Subcontract Agreement with iGov Inc. (Depo Ex. 251) | Dkt. No. 210, Ex. 7 (Pollard) at 186:13-188:23, 189:13-19 |
| 173 | 11/02/22 | ASR Analytics LLC Transaction List by Vendor 1/1/2015 - 07/27/2022 for payments made to iGov totaling 246,082.55, which the parties stipulated accurately reflected amounts ASR paid iGov through 07/27/2022 (Depo Ex. 145) | Dkt. No. 210, Ex. 6 (Stavrianos) at 173:24-177:2; Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 296:6-298:3. |
| 180 | 12/31/18 | Stock Purchase Agreement between John Mark Suhy and Ashwani Mayur and Nikhil Budhiraja where Suhy sells his shares in eGov Sol to other shareholders for $20,000 and the proceeds from the CKGE Contract with the IRS (Depo Ex. 100) | Dkt. No. 210, Ex. 3 (Mayur) at 24:9-11, 30:8-34:15, 34:21-37:14 |
| 181 | 04/06/18 | eGovernment Solutions Inc.'s quote for CKGE Contract prepared by John Mark Suhy (Depo Ex. 102) | Dkt. No. 210, Ex. 3 (Mayur) at 47:14-50:13. |
| 182 | 05/24/18 | Order for Supplies or Services Order No. 2032H8-18-P-00151, 1st year of CKGE Contract for $300,000 (Depo Ex. 103) | Dkt. No. 210, Ex. 3 (Mayur) at 50:14-54:3. |
| 183 | 05/31/18 | Amendment of Solicitation/Modification of Contract to correct Order No. 2032H8-18-P-00151 to 2032H8-18-P-00168 for CKGE Contract (Depo Ex. 104) | Dkt. No. 210, Ex. 3 (Mayur) at 54:10-56:15 |

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 184 | 05/24/19 | Amendment of Solicitation/Modification of Contract to exercise option year 1 in the amount of $200,000.00 with a period of performance is 5/24/2019 - 5/23/2020 for CKGE Contract  (Depo Ex. 105) | Dkt. No. 210, Ex. 3 (Mayur) at 56:15-58:12, 58:18-59:5 |
| 185 | 09/26/19 | Amendment of Solicitation/Modification of Contract to modify funding for option year 1 by $216,000 for CKGE Contract (Depo Ex. 106) | Dkt. No. 210, Ex. 3 (Mayur) at 59:18-61:15, 61:19-63:12 |
| 186 | 05/24/20 | Amendment of Solicitation/Modification of Contract to exercise option year 2 in the amount of $200,000 for a period of performance of 5/24/2020 to 5/23/2021 for CKGE Contract  (Depo Ex. 107) | Dkt. No. 210, Ex. 3 (Mayur) at 63:13-66:15 |
| 187 | 05/24/21 | Amendment of Solicitation/Modification of Contract to exercise option year 3 in the amount of $200,000 for a period of performance of 5/24/2021 to 5/23/2022 for CKGE Contract (Depo Ex. 108) | Dkt. No. 210, Ex. 3 (Mayur) at 67:7-69:15 |
| 188 | 05/24/22 | Amendment of Solicitation/Modification of Contract to exercise option year 4 in the amount of $200,000 for a period of performance of 5/24/2022 to 5/23/2023 for CKGE Contract (Depo Ex. 109) | Dkt. No. 210, Ex. 3 (Mayur) at 69:12-70:23 |
| 189 | 2018-2022 | Ex 110 - Combined Invoicing Docs (Nos. 817, 827, 901, 955, 960, 912) for CKGE Contract totaling $1,316,000 (Depo Ex. 110) | Dkt. No. 210, Ex. 3 (Mayur) at 71:17-78:13 |
| 190 | 2018 | E-Gov Solutions 1099 to iGov (2018) for $285,700.00 (Depo Ex. 111) | Dkt. No. 210, Ex. 3 (Mayur) at 80:13-82:2, 82:10-83:13 |
| 191 | 2019 | E-Gov Solutions 1099 to iGov (2019) for $199,850.00 (Depo Ex. 112) | Dkt. No. 210, Ex. 3 (Mayur) at 84:16-85:8, 86:1-87:3, 87:18-25, 88:5-89:24, 90:9-25 |
| 192 | 2020 | E-Gov Solutions 1099 to iGov (2020) for $193,000.00 (Depo Ex. 113) | Dkt. No. 210, Ex. 3 (Mayur) at 91:17-93:5 |
| 193 | 2021 | E-Gov Solutions 1099 to iGov (2021) for $197,000.00 (Depo Ex. 114) | Dkt. No. 210, Ex. 3 (Mayur) at 93:6-95:6. |
| 194 | 2018-2022 | Combined Wells Fargo Bank Statements for eGovernment Solutions account where IRS deposits and payments to iGov were made (Depo Ex. 115) | Dkt. No. 210, Ex. 3 (Mayur) at 95:7-96:13, 99:8-102:4, 102:19-107:3, 109:8-111:24 |
| 195 | 10/25/22 | LinkedIn profile for Richard Starr - Attorney - Irving Starr Esq., P.C., counsel of record for Defendants (Depo Ex. 116) | Dkt. No. 210, Ex. 3 (Mayur) at 114:9-115:25, 116:3-9 |

4888-0598-0305.1
STIPULATION AND [PROPOSED] ORDER TO ADMIT DEPOSITION TESTIMONY AND CORRESPONDING
TRIAL EXHIBITS; CASE NO. 5:18-CV-07182-EJD

| Ex. No. | Date | Description | Authenticating/Related Testimony |
|---|---|---|---|
| 197 | | Wells Fargo Statements for eGovernment Solutions Account No. 5581518783 (Depo Ex. 217) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 243:2-244:16, 244:21-245:3, 245:13-246:9, 247:5-248:20 |
| 198 | | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy (Depo Ex. 218) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 251:4-252:8, 252:16-253:6, 253:24-254:9 |
| 199 | | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy (Depo Ex. 219) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 259:7-264:17, 266:9-18 |
| 200 | 2014 | PureThink LLC Profit & Loss Statement, January through December 2014 (Depo Ex. 197) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 56:20-59:3 |
| 201 | 2015 | PureThink LLC's Profit and Loss Statement for 2015 (Depo Ex. 198) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 59:6-61:8 |
| 202 | 2016 | Purethink LLC's Profit and Loss Statement for 2016  (Depo Ex. 199) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 61:9-63:23 |
| 203 | 2018 | iGov Inc. Profit and Loss Statement for 2018  (Depo Ex. 33) | Dkt. No. 210, Ex. 1 (Suhy Vol 1) at 227:9-24 |
| 204 | 2019 | iGov Inc Profit and Loss Statement for 2019 (Depo Ex. 223) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 309:21-312:24 |
| 205 | 2020 | iGov Inc Profit and Loss Statement for 2020 (Depo Ex. 225) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 314:4-316:15 |
| 206 | 2021 | iGov Inc Profit and Loss Statement for 2021 (Depo Ex. 227) | Dkt. No. 226, Ex. 2 (Suhy Vol 2) at 318:9-319:17 |

Dated:  November 21, 2023

HOPKINS & CARLEY
A Law Corporation

By: /s/ Jeffrey M. Ratinoff
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated:  November 17, 2023

/s/ Adron W. Beene
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and
JOHN MARK SUHY

STIPULATION AND [PROPOSED] ORDER TO ADMIT DEPOSITION TESTIMONY AND CORRESPONDING
TRIAL EXHIBITS; CASE NO. 5:18-CV-07182-EJD

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3      Dated:_____        _____

4                                           EDWARD J. DAVILA
                                            United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4888-0598-0305.1

STIPULATION AND [PROPOSED] ORDER TO ADMIT DEPOSITION TESTIMONY AND CORRESPONDING
TRIAL EXHIBITS; CASE NO. 5:18-CV-07182-EJD

1

**ATTESTATION OF E-FILED SIGNATURE**

2

        Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3

the filing of this document from all signatories for whom a signature is indicated by a

4

"conformed" signature (/s/) within this electronically filed document and I have on file records to

5

support this concurrence for subsequent production to the Court if so ordered or for inspection

6

upon request.

7

Dated:  November 21, 2023                HOPKINS & CARLEY
                                    A Law Corporation

8

9

                                 By: */s/ Jeffrey M. Ratinoff*

10

                                    John V. Picone III
                                    Jeffrey M. Ratinoff

11

                                    Attorneys for Plaintiffs and
                                    Counter-Defendants

12

                                    NEO4J, INC. and NEO4J SWEDEN AB

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4888-0598-0305.1

STIPULATION AND [PROPOSED] ORDER TO ADMIT DEPOSITION TESTIMONY AND CORRESPONDING
TRIAL EXHIBITS; CASE NO. 5:18-CV-07182-EJD