UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE:** *NEO4J, INC., et al. v. PURETHINK LLC, et al.*
**CASE NUMBER**: 5:18-CV-07182 EJD

## Civil Minutes and Trial Log

Date:   November 28, 2023

Time in Court:  9:12-9:55 AM; 11:15 AM – 11:55 AM; 1:05-2:26 PM; 2:40-5:07 PM ; 5:18-5:38 PM

**(TOTAL TIME:  6 hr, 31 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     John Picone, Jeffrey Ratinoff
                                   Also present:  Paralegal – Danny Zapeda

Defendant Attorney(s) present:   Adron W. Beene, Adron G. Beene

**PROCEEDINGS:  Trial (Day 2)**

Bench Trial held.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs:      209, 34, 182, 113, 130, 132, 125, 58, 60, 59, 66, 210, 83, 147, 211, 212, 213
Defendants:   150, 1011, 1044, 1043, 1101, 1097, 1098, 1002, 1010, 1012

**The following exhibits are admitted into evidence:**
Plaintiffs:      **209, 34, 182, 113, 130, 132, 125, 58, 60, 59, 66, 210, 83, 147, 211, 212, 213**
Defendants:   **150, 1011, 1044, 1043, 1101, 1097, 1098, 1002, 1010, 1012**

**Cheré Robinson
Courtroom Deputy
Original: Efiled
CC:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *NEO4J, Inc., et al. v. PureThink LLC, et al.*
Case No:  5:18-CV-07182 EJD

# TRIAL LOG

| TRIAL DATE: November 28, 2023 | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:12 am | Court in Session |
| | | 9:13 am | Counsel addresses new defense exhibits 1107 and 1108 |
| | | | Plaintiff objects to the introduction to Exs. 1107 and 1008. |
| | | 9:27 am | Court sustains objections re |
| | | 9:28 am | Defense calls Witness # 3 Steven Boyle |
| | | | Witness Stephen Boyle sworn |
| | | | Defense objects to witness demonstrative aide |
| | | 9:47 am | Ex. 209 – Expert Report of Steven Boyle |
| | | 9:43 am | Ex. 208 – CV of Steven Boyle - displayed |
| | | 9:46 am | Plaintiff moves for witness to testify as damages expert |
| | | 9:47 am | Court permits witness Steven Boyle to testify as damages expert |
| | | | Plaintiff continues direct examination of Steven Boyle |
| | | 9:55 am | Court breaks for 1 hr, 20 min |
| | | 11:15 am | Court in session |
| 209 | | 11:17 am | ADMITTED INTO EVIDENCE – 2022-12-22 Expert Report of Steven B. Boyle |
| | | | Counsel stipulate to certain dollar amounts or ranges listed in witness demonstrative aide |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: November 28, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 11:19 am | Court directs counsel to file stipulation as to agreement regarding amounts certain dollar amounts or range(s) listed in witness demonstrative aide slide deck.  Counsel notes they agree to certain amounts, not to causation | |
| | | 11:21 am | Plaintiff continues direct examination of Steven Boyle | |
| | | | Slide 11 of demonstrative aide – Next Century – MPO Lost Profits, Lost Revenues Table | |
| | | 11:25 am | Slide 15 of demonstrative aide – Next Century – MPO Lost Profits, Calculated Lost Profits Table | |
| | | 11:31 am | Ex. 118 – previously admitted | |
| | | 11:33 am | Ex. 15 – previously admitted | |
| | | 11:39 am | Slide 19 of demonstrative aide | |
| | | 11:41 am | Slide 17 of demonstrative aide – Internal Revenue Service Lost Profits, Lost Revenue – CDGE Example | |
| | | 11:42 am | Slide 20 of demonstrative aide – Internal Revenue Service Lost Profits, Gross Lost Revenue – Summary | |
| | | 11:45 am | Slide 22 of demonstrative aide - Internal Revenue Service Lost Profits, Lost revenue – Net of Discounts | |
| | | 11:46 am | Slide 24 of demonstrative aide – Internal Revenue Service Lost Profits, Saved Expenses – Reseller Margin | |
| | | 11:47 am | Slide 25 of demonstrative aide – Internal Revenue Service Lost Profits, Saved Expenses – Employee Commissions | |
| | | 11:48 am | Slide 26 of demonstrative aide - Internal Revenue Service Lost Profits, Saved Expenses – Reseller Margin | |
| | | 11:49 am | Slide 27 of demonstrative aide – Internal Revenue Service Lost Profits, Saved Expenses – Employee Commissions | |
| | | 11:50 am | Slide 28 of demonstrative – calculated lost profts | |
| | | 11:51 am | Plaintiff completes direct examination of Steven Boyle | |
| | | | Witness #3 Steven Boyle excused | |

| TRIAL DATE: November 28, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 11:52 am | Counsel agrees to fact that graphic nation did not pay any money with respect to settlement | |
| | 150 | 11:54 am | ADMITTED INTO EVIDENCE - 2021-02-16 Stipulated Judgment and Permanent Injunction Order, ECF No. 110 | |
| | | 11:55 am | Court breaks for 1 hr, 10 min | |
| | | 1:05 pm | Court in session | |
| | | | Counsel addresses additional stipulations regarding an election of actual damages vs. statutory damages and prejudgment interest | |
| | | 1:07 pm | Defense calls Witness #4 John Mark Suhy | |
| | | | Witness Sworn | |
| | | | Defense begins direct examination of Witness #4 John Mark Suhy | |
| Obj | 1011 | 1:22 pm | Offered into Evidence - Foundation to be laid | |
| | 1011 | 1:26 pm | ADMITTED INTO EVIDENCE – Statement of Work re IRS Contract | |
| | 1044 | 1:34 pm | ADMITTED INTO EVIDENCE – 2016-04-28 Broad/Suhy Email String re For IRS - Idea | |
| | 1043 | 1:30 pm | ADMITTED INTO EVIDENCE – August 12-15, 2016, Nordwall/Suhy Email String re Checking In – Updates | |
| | 1101 | 2:09 pm | ADMITTED INTO EVIDENCE – Oct 22, 2018-Feb 19, 2019 Nagiel/Nussbaum/Suhy Email String re Neo4j licensing | |
| | 1097 | 2:22 pm | ADMITTED INTO EVIDENCE – Webpage: https://igovsol.com/downloads.html, dated 10/2/2019 | |
| | 1098 | 2:24 pm | ADMITTED INTO EVIDENCE – Webpage: https//web.archive.org/web/20171102094315/http://purethink.com:80/, dated 11/8/2018 | |
| | | 2:26 pm | Court breaks for 14 min | |
| | | 2:40 pm | Court in session | |
| | | | Defense continues direct examination of John Mark Suhy | |
| | 1002 | 2:41 pm | ADMITTED INTO EVIDENCE: GNU AFFERO GENERAL PUBLIC LICNESE Version 3, 19 November 2007 | |

| TRIAL DATE: November 28, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | 1010 | 2:43 pm | ADMITTED INTO EVIDENCE:  2019-03-01 Commit from the GitHub.com web browser, by Mr. Suhy | |
| | | 2:46 pm | Court queries witness | |
| | | 2:49 pm | Court completes query | |
| | | | Defense continues direct examination of John Mark Suhy | |
| | 1012 | 2:56 pm | ADMITTED INTO EVIDENCE – 2019 Feb 19-22 Nagiel/Nussbaum Email String re Neo4j Licensing | |
| | | 3:05 pm | Defense completes direct examination of John Mark Suhy | |
| | | | Court queries witness | |
| | | 3:08 pm | Court completes query | |
| | | 3:10 pm | Plaintiff begins cross-examination of John Mark Suhy | |
| 34 | | 3:13 pm | ADMITTED INTO EVIDENCE – 2016-09-23 IRS Order for Supplies or Services, Order No. TIRNO-16-P-00202, to PureThink for implementation of Neo4j Government Edition for $229,000 | |
| 182 | | 3:16 pm | ADMITTED INTO EVIDENCE – 2018-05-24 Order for Supplies or Services Order No. 2032H8-18-P-00151, 1st year of CKGE Contract for $300,000 | |
| | | 3:20 pm | Document Displayed: ECF No. 227 – 2023-11-20 Stipulation of Facts for Trial | |
| | | 3:30 pm | Ex. 4, previously admitted | |
| | | 3:38 pm | Deposition Transcript of Michael Dunn | |
| | | 3:40 pm | Ex. 1101, previously admitted | |
| 113 | | 3:42 pm | ADMITTED INTO EVIDENCE – Oct 22, 2018-Feb 19, 2019, Nagiel/Nussbaum/Suhy Email String re Neo4j licensing | |
| | | 3:46 pm | Ex. 1010, previously admitted | |
| 130 | | 3:49 pm | ADMITTED INTO EVIDENCE – 2018-06-29 Suhy Email to Dunn re Final Project Name:  Open Native Graph DB | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: November 28, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 132 | | 3:50 pm | ADMITTED INTO EVIDENCE – 2018/08/13 Suhy/Dunn Email String re transition risk question from our ckge neo4j 3.3.2 to ONgdb | |
| 125 | | 3:54 pm | ADMITTED INTO EVIDENCE – 2018-05-22 Suhy Email to Dunn re Neo4j latest happenings, and attachment – fsf-agpl-confirmation.pdf | |
| | | 4:12 pm | Begin 2020-10-22 Video Deposition Testimony of John Mark Suhy – 171:23-173:21; 178-1-179:8; 181:24-188:15; 189:4-192:17; 192:18-193:24; 195:6-196-1; 196:22-201:16 | |
| | | 4:33 pm | End Video Deposition Testimony of John Mark Suhy | |
| | | | Plaintiff continues cross-examination of John Mark Suhy | |
| | | 4:34 pm | Ex. 89, previously admitted | |
| 58 | | 4:39 pm | ADMITTED INTO EVIDENCE – 2018-03-26 Suhy Email to Nussbaum re graphstack.io – avoid trademark issues | |
| 60 | | 4:41 pm | ADMITTED INTO EVIDENCE – 2018-05-21 Suhy Email to Nussbaum re Quick notes on fork | |
| 59 | | 4:43 pm | ADMITTED INTO EVIDENCE – 2018 May 19-21 Rathle/Suhy Email String re Touching base, and attachment – purethink Mail – IRS breakdown.pdf; April-2016-eail-number5-agreement.pdf | |
| 66 | | 4:46 pm | ADMITTED INTO EVIDENCE – 2018-08-10 Suhy email to Rodrigue re Checkin In | |
| 210 | | 4:54 pm | ADMITTED INTO EVIDENCE – 2017-05-24 Suhy Email to Brown re Opinion | |
| 83 | | 5:03 pm | ADMITTED INTO EVIDENCE - 07/10/20 Letter from John Mark Suhy to Traci Brinkley enclosing Agency-Level Delivery Order Protest Objection Solicitation 2032H5-20-F-00394 | |
| | | 5:07 pm | Court breaks for 11 min | |
| | | 5:18 pm | Court in session | |
| | | | Plaintiff continues cross-examination of John Mark Suhy | |
| 147 | | 5:20 pm | ADMITTED INTO EVIDENCE:  11/17/20 Email from John Mark Suhy to donald@fsf.org, craigt@fsf.org, and licensing@fsf.org re Nov 13th 2020 Court opinion on AGPL - may need FSF involvement | |

| TRIAL DATE: November 28, 2023 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| 211 | | 5:23 pm | ADMITTED INTO EVIDENCE - 2020-06-24 iGov Protest Letter to US GAO re Delivery Order Protest of iGov, Inc. Under Solicitation No. 05GA0A20F0012 | |
| 212 | | 5:25 pm | ADMITTED INTO EVIDENCE - 2021-05-09 iGov Letter to National Institutes of Health re Sole source intention protest: iGov Inc. Under Notice #: NOI-RML-2072678, National Institutes of Health, Department of Health and Human Services | |
| 213 | | 5:28 pm | ADMITTED INTO EVIDENCE – 2015-10-01 Neo Tech Price List (USD) | |
| | | 5:29 pm | Plaintiff completes cross-examination of John Mark Suhy | |
| | | | Witness #4 John Mark Suhy excused | |
| | | 5:30 pm | Court and counsel discuss exhibits and closings | |
| | | | Counsel proposes amending Findings and Conclusions and waiving closing arguments | |
| | | 5:33 pm | The Court will receive amended findings and conclusions from the parties and accepts waiver of closing arguments | |
| | | | The Court directs counsel to meet and confer and stipulate to a briefing schedule for filing of the proposed amended findings and conclusions | |
| | | | Counsel will further meet and confer and file any additional stipulation related to admission of exhibits | |
| | | 5:38 pm | Court concluded | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**