UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., A DELAWARE CORPORATION, AND NEO4J SWEDEN AB, A SWEDISH CORPORATION, | CASE CV-18-07182 EJD |
| PLAINTIFFS, | SAN JOSE, CALIFORNIA |
| V. | NOVEMBER 14, 2023 |
| PURETHINK LLC, A DELAWARE LIMITED LIABILITY COMPANY, IGOV INC., A VIRGINIA CORPORATION, AND JOHN MARK SUHY, AN INDIVIDUAL, | VOLUME 1<br>PAGES 1 - 186<br>**SEALED PAGES 127 - 129**<br>**SEALED PAGES 171 - 176** |
| DEFENDANTS. | |

_____

AND RELATED COUNTERCLAIMS.

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFFS:   HOPKINS & CARLEY
                      BY:  JOHN V. PICONE III
                           JEFFREY M. RATINOFF
                           ZACHARY ROSENBAUM
                      A LAW CORPORATION
                      THE LETITIA BUILDING
                      70 SOUTH FIRST STREET
                      SAN JOSE, CA 95113

      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

```
1     A P P E A R A N C E S: (CONT'D)
2
      FOR THE DEFENDANTS:          LAW OFFICES OF ADRON W. BEENE
3                                  BY:  ADRON W. BEENE
                                        ADRON GUSTAV BEENE, JR.
4                                  7960 SOQUEL DRIVE, SUITE B #296
                                   APTOS, CALIFORNIA 95003
5
6     ALSO PRESENT:               HOPKINS & CARLEY
                                  BY:  DANNY ZEPEDA, I.T.
7
                                  NEO4J
8                                 MERTON THOMPSON, AGC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

<u>INDEX OF PROCEEDINGS</u>

2

3   PLAINTIFFS' OPENING STATEMENT                    P. 23

4   DEFENDANTS' OPENING STATEMENT                    P. 27

5

    PLAINTIFFS':

6

    **JASON ZAGALSKY**
7        DIRECT EXAM BY MR. RATINOFF               P. 36
         CROSS-EXAM BY MR. BEENE                   P. 135
8

9   **KELLY ZAWALSKI**
         DIRECT EXAM BY MR. RATINOFF               P. 163
10        CROSS-EXAM BY MR. BEENE                   P. 177

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXHIBITS

|  | MARKED | ADMITTED |
|---|---|---|

PLAINTIFFS':

| | | |
|---|---|---|
| 8 | | 50 |
| 4 | | 55 |
| 6 | | 59 |
| 86 | | 61 |
| 87 | | 64 |
| 88 | | 66 |
| 57 | | 70 |
| 89 | | 74 |
| 91 | | 76 |
| 126 | | 81 |
| 128 | | 83 |
| 131 | | 86 |
| 16 | | 93 |
| 17 | | 95 |
| 18 | | 100 |
| 19 | | 102 |
| 103 | | 112 |
| 110 | | 115 |
| 116 | | 121 |
| 118 | | 125 |
| 119 | | 131 |
| 15 | | 171, 172 |

DEFENDANTS':

| | | |
|---|---|---|
| 1027 | | 145 |
| 117 | | 153 |
| 1064 | | 156 |

```
 1      SAN JOSE, CALIFORNIA                    NOVEMBER 14, 2023

 2                     P R O C E E D I N G S

 3          (COURT CONVENED AT 9:14 A.M.)

 4              THE COURT:  THANK YOU.  PLEASE BE SEATED.

 5          AND LET'S CALL OUR MORNING CALENDAR.  THIS IS 18-7182,

 6      NEO4J, INCORPORATED, VERSUS PURETHINK.

 7          LET ME FIRST CAPTURE THE APPEARANCE OF THE PARTIES.

 8      PLEASE.  WHO APPEARS FOR THE PLAINTIFF?

 9              MR. PICONE:  JOHN PICONE, HOPKINS & CARLEY, ON

10      BEHALF OF THE PLAINTIFF NEO4J.

11              MR. RATINOFF:  JEFFREY RATINOFF ON BEHALF OF

12      NEO4J SWEDEN AB.

13              THE COURT:  THANK YOU.  AND ANYONE ELSE ON YOUR

14      TABLE YOU WOULD LIKE TO INTRODUCE?

15              MR. PICONE:  SURE.  THIS IS DANNY ZEPEDA.  HE'S A

16      HOPKINS & CARLEY PARALEGAL.

17              THE COURT:  THANK YOU.  GOOD MORNING.

18              MR. PICONE:  I ALSO HAVE SOME GUESTS IN THE GALLERY.

19      WOULD YOU LIKE ME TO INTRODUCE THEM OR DO THEM AFTER THE

20      APPEARANCES?

21              THE COURT:  I'M HAPPY TO HAVE YOU INTRODUCE THEM.

22              MR. PICONE:  MERTON THOMPSON.

23              THE COURT:  I'M SORRY.

24              MR. PICONE:  MERTON THOMPSON.  HE IS THE ASSISTANT

25      GENERAL COUNSEL FOR NEO4J.
```

09:15AM   1                    THE COURT:  OKAY.

09:15AM   2                    MR. PICONE:  I ALSO HAVE ZACH ROSENBAUM.  I THINK

09:15AM   3          THIS IS HIS FOURTH DAY WITH HOPKINS & CARLEY?

09:15AM   4                    MR. ROSENBAUM:  YEAH.

09:15AM   5                    MR. PICONE:  AND HE'S BRAND NEW.

09:15AM   6                    THE COURT:  OKAY.  WELL, HE SHOULD BE AT YOUR TABLE

09:15AM   7          THEN.  HE'S COMING TO OBSERVE TODAY.

09:15AM   8                    MR. PICONE:  HE'S COMING TO OBSERVE TODAY.  HE JUST

09:15AM   9          STARTED, SO HE'S NOT GOING TO SPEAK.

09:15AM  10                    THE COURT:  WELCOME.

09:15AM  11                    MR. PICONE:  AND WE HAVE OUR WITNESSES TODAY,

09:15AM  12          JASON ZAGALSKY AND KELLY ZAWALSKI.

09:15AM  13                    THE COURT:  OKAY.  THANK YOU.  GOOD MORNING

09:15AM  14          EVERYONE.  WELCOME.

09:15AM  15              AND FOR THE DEFENSE?

09:15AM  16                    MR. BEENE:  GOOD MORNING, YOUR HONOR.

09:15AM  17              MY NAME IS ANDRON BEENE, I'M SENIOR.  I'M REPRESENTING

09:15AM  18          PURETHINK, IGOV, AND MR. JOHN SUHY.

09:15AM  19              WITH ME IS MY SON, ADRON BEENE JR., AND HE IN TURN ALSO

09:16AM  20          REPRESENTS THE SAME PARTIES.

09:16AM  21                    THE COURT:  GOOD MORNING.

09:16AM  22                    MR. BEENE:  AND ON THIS SIDE IS MR. JOHN SUHY WHO IS

09:16AM  23          THE DEFENDANT IN THIS ACTION, AND YOU'VE PROBABLY SEEN HIS NAME

09:16AM  24          BEFORE.

09:16AM  25                    THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.

09:16AM  1    THANK YOU.  I APPRECIATE IT.

09:16AM  2         WELL, THIS IS THE TRIAL THAT WE'VE ULTIMATELY AFTER A LONG

09:16AM  3    AND MUCH LITIGATION, WE'VE ARRIVED AT THIS POINT.  AND THE

09:16AM  4    ISSUES THAT ARE BEFORE US ARE REALLY REGARDING ANY DAMAGES,

09:16AM  5    DAMAGES, IF ANY, AND WHAT THOSE ARE.

09:16AM  6         THE PLAINTIFF INTENDS TO GO FORWARD THIS MORNING WITH SOME

09:16AM  7    EVIDENCE.

09:16AM  8         WHY DON'T YOU -- WHAT I THOUGHT I WOULD DO, IF YOU WOULD

09:16AM  9    LIKE, IS AFFORD THE PARTIES AN OPPORTUNITY TO MAKE A BRIEF

09:16AM  10   OPENING STATEMENT.

09:16AM  11        THIS IS A BENCH TRIAL.  THERE'S NO JURY HERE.  BUT IF YOU

09:16AM  12   WANTED TO SAY ANYTHING ABOUT WHAT YOU THINK THE EVIDENCE WILL

09:16AM  13   SHOW, IF NOT FOR THE ENTIRETY OF THE CASE BUT AT LEAST FOR THIS

09:16AM  14   MORNING, WHAT EVIDENCE YOU THINK IS GOING TO BE PRODUCED TODAY,

09:17AM  15   THAT WOULD -- I'D WELCOME THAT IF YOU WOULD WANT.  YOU DON'T

09:17AM  16   HAVE TO.

09:17AM  17        WHAT I WOULD ASK YOU TO DO AS WE GO FORWARD EACH DAY IS

09:17AM  18   COMMUNICATE WITH OUR COURTROOM DEPUTY EACH DAY AS TO THE

09:17AM  19   ANTICIPATED WITNESS THAT MIGHT BE CALLED AS WELL AS ANY

09:17AM  20   EXHIBITS THAT YOU THINK WOULD BE INTRODUCED ON THAT DATE SO

09:17AM  21   THAT WE HAVE A RECORD OF THOSE AND WE CAN KEEP TRACK OF THOSE.

09:17AM  22        I THINK WE'VE TALKED ABOUT THIS BEFORE IN OUR PRETRIAL

09:17AM  23   CONFERENCE, BUT IF ANY WITNESSES HAVE ANY NEEDS, INTERPRETERS

09:17AM  24   OR OTHER SPECIAL NEEDS, YOU SHOULD LET US KNOW IN ADVANCE AS

09:17AM  25   WELL SO WE CAN PREPARE FOR THAT.

09:17AM 1   AND ABSENT THAT, I WOULD JUST ASK ON BEHALF OF THE COURT

09:17AM 2 REPORTER, AND CANDIDLY MYSELF, WHEN YOU SPEAK AND WHEN

09:17AM 3 WITNESSES SPEAK, PLEASE TRY TO DO SO SLOWLY AND CLEARLY AND

09:17AM 4 ARTICULATE AS BEST YOU CAN SO YOU CAN GET -- WE ALL CAN HAVE

09:18AM 5 THE BEST RECORD THAT WE CAN.

09:18AM 6   WE'RE ALL VERY, VERY BLESSED THIS MORNING TO HAVE WITH US

09:18AM 7 THE FINEST COURT REPORTER IN THE BUILDING, AND SHE IS HERE TO

09:18AM 8 TAKE THIS TRIAL DOWN, BUT EVEN WITH ALL OF HER SKILLS AND

09:18AM 9 EXPERIENCE, SHE CANNOT, IN FACT SHE WOULD FIND IT DIFFICULT TO

09:18AM 10 RECORD PEOPLE WHEN THEY TALK EITHER TOO FAST, TOO SLOW, THEY

09:18AM 11 DON'T SPEAK LOUD OR THEY DON'T ENUNCIATE, OR THE WORST SIN FROM

09:18AM 12 A COURT REPORTER'S PERSPECTIVE IS TWO PEOPLE TALK AT THE SAME

09:18AM 13 TIME OVER EACH OTHER.  SO I KNOW YOU'LL ALL AVOID THAT.

09:18AM 14   SO UNLESS THERE'S ANYTHING ELSE, IF YOU HAVE LIVE

09:18AM 15 WITNESSES THAT YOU WANT TO BEGIN WITH, WE CAN DO THAT.

09:18AM 16   MR. PICONE:  YOUR HONOR, WE HAVE SOME HOUSEKEEPING

09:18AM 17 MATTERS THAT WE WOULD LIKE TO AT LEAST BRING TO YOUR ATTENTION

09:18AM 18 AND IF WE CAN GET SOME CLARITY ON THEM.

09:19AM 19   THE COURT:  YES.

09:19AM 20   MR. PICONE:  SO JUST TO HELP YOU OUT, THE PARTIES

09:19AM 21 HAVE AGREED THAT THE DEPO DESIGNATIONS WOULD BE SUBMITTED TO

09:19AM 22 THE COURT WITHOUT THEM HAVING TO BE READ IN OPEN COURT JUST TO

09:19AM 23 SAVE EVERYONE THE TIME.

09:19AM 24   THE COURT:  OKAY.

09:19AM 25   MR. PICONE:  NO THAT -- IT WOULDN'T BE LIKE AN

09:19AM 1    AUDIBLE BOOK, YOU KNOW, THAT MY DULL VOICE JUST READING

09:19AM 2    DEPOSITION TRANSCRIPT AFTER DEPOSITION TRANSCRIPT, AND WE

09:19AM 3    THOUGHT WE WOULD SPARE YOU THAT.

09:19AM 4         THE COURT:  THANK YOU FOR THAT.  I JUST WANT TO GET

09:19AM 5    CLARITY ON THAT.

09:19AM 6      THERE ARE DEPOSITION TESTIMONIES THAT ARE ON VIDEO OR

09:19AM 7    DIGITAL, THEY'VE BEEN DIGITIZED, AS I UNDERSTAND IT, ON THUMB

09:19AM 8    DRIVES OR SOMETHING.  WE COULD PLAY THOSE IN OPEN COURT IF YOU

09:19AM 9    WISH, AND WE COULD SIT AND WATCH AND LISTEN AND VIEW THOSE, ALL

09:19AM 10   OF US HERE IN COURT, IF YOU WOULD LIKE TO DO THAT.

09:19AM 11        MR. PICONE:  WE HAD SPOKEN WITH COUNSEL PRIOR TO

09:19AM 12   THIS, AND WE THOUGHT THE MOST EFFICIENT WAY TO DO THAT WAS TO

09:19AM 13   PRESENT THEM TO YOU IN BINDERS AND PAPER AND JUST IDENTIFY THEM

09:20AM 14   DURING THE TESTIMONY TO THE EXTENT THAT IT'S NECESSARY AND ALSO

09:20AM 15   IDENTIFY THEM AND PROVIDE THEM TO THE COURT SO THAT YOU COULD

09:20AM 16   USE THEM IN RENDERING A DECISION AND MAKING -- IN DOING YOUR

09:20AM 17   WORK.

09:20AM 18        THE COURT:  OKAY.  AND THEN AS I UNDERSTAND IT THE

09:20AM 19   VIDEOS THAT I'M TALKING ABOUT, THOSE ARE WHAT YOU WOULD LIKE TO

09:20AM 20   SUBMIT TO ME AND I CAN VIEW THOSE IN CHAMBERS OUTSIDE YOUR

09:20AM 21   PRESENCE?  I JUST WANT TO MAKE SURE THAT I UNDERSTAND.

09:20AM 22        MR. PICONE:  WE WERE ACTUALLY JUST THINKING THIS,

09:20AM 23   THE TRANSCRIPTS.

09:20AM 24        THE COURT:  OH, OKAY.

09:20AM 25        MR. RATINOFF:  YOUR HONOR, IF IT'S OKAY I CAN JOIN

09:20AM 1    MY COCOUNSEL?

09:20AM 2                THE COURT:  YES.

09:20AM 3                MR. RATINOFF:  WE HAVE, ACTUALLY TO MAKE EASIER FOR

09:20AM 4    YOU, WE HAVE PREPARED BINDERS THAT HAVE THE DESIGNATIONS THAT

09:20AM 5    WE HAVE FILED AS WELL AS THE EXHIBITS THAT ARE REFERENCED IN

09:20AM 6    THAT TESTIMONY THAT WE WOULD MOVE INTO EVIDENCE.

09:20AM 7        I THINK IT'S MUCH EASIER TO DO THAT THAN TO JUST PLAY THE

09:20AM 8    VIDEOS AND HAVE TO SCRAMBLE THROUGH THE ENTIRE TRIAL BINDERS TO

09:20AM 9    DETERMINE WHAT IS BEING ADMITTED THROUGH THAT DEPOSITION.

09:20AM 10       SO WE'RE HAPPY TO PROVIDE THAT TO YOU NOW OR AT THE END OF

09:21AM 11   THE DAY TODAY.  WE ALSO, OF COURSE, MADE COPIES FOR COUNSEL AS

09:21AM 12   WELL.

09:21AM 13               THE COURT:  OKAY.  SO WHAT DOES THAT DO FOR THE

09:21AM 14   VIDEO PORTION OF THE DEPOSITIONS?  IS THAT SOMETHING THAT YOU

09:21AM 15   WANT ME TO LOOK AT, TO VIEW?

09:21AM 16               MR. PICONE:  WE DIDN'T THINK IT WAS NECESSARY,

09:21AM 17   YOUR HONOR.

09:21AM 18               THE COURT:  OKAY.

09:21AM 19               MR. PICONE:  WE THOUGHT IT WOULD BE EASIER JUST FOR

09:21AM 20   YOU TO READ THE TRANSCRIPT AS OPPOSED TO SITTING AND VIEWING

09:21AM 21   THEM.

09:21AM 22               THE COURT:  OKAY.

09:21AM 23               MR. PICONE:  SO WE HAD DISPENSED WITH THE VIDEO

09:21AM 24   ALTOGETHER.

09:21AM 25               THE COURT:  OKAY.  I SEE.  ALL RIGHT.

09:21AM  1          WELL, LET ME ASK YOUR COLLEAGUE OPPOSITE'S HIS THOUGHTS ON

09:21AM  2   THAT.

09:21AM  3          MR. BEENE:  HELLO, YOUR HONOR.  ANDRON BEENE,

09:21AM  4   SENIOR.

09:21AM  5      WE HAVE NO PROBLEM WITH THAT.

09:21AM  6          THE COURT:  OKAY.

09:21AM  7          MR. BEENE:  I THINK WHAT WE HAD DISCUSSED WAS THAT

09:21AM  8   WE WOULD SUBMIT YOU THE PAPER TRANSCRIPTS AND YOU CAN -- WE

09:21AM  9   DON'T NEED TO READ IT INTO THE RECORD AND TAKE VALUABLE COURT

09:21AM  10  TIME TO DO THAT, AND YOU CAN DO THAT, AND I DON'T THINK ANY

09:21AM  11  VISUAL IS NECESSARY.  WE DON'T NEED TO BE THERE WHILE YOU'RE

09:21AM  12  READING OR LISTENING OR WATCHING IT.

09:21AM  13         THE COURT:  OKAY.

09:21AM  14         MR. BEENE:  MAKE IT EFFICIENT.

09:21AM  15         THE COURT:  I JUST WANT TO SAY SOMETHING.  AND I'M

09:22AM  16  NOT SUGGESTING THAT I DISAGREE AND THAT I WON'T ACCEPT YOUR

09:22AM  17  PLAN HERE.  SOMETIMES PEOPLE FEEL THAT, WELL, YOU NEED TO, LIKE

09:22AM  18  A JURY, YOU NEED TO LOOK AT THE WITNESS WHEN SHE'S TESTIFYING

09:22AM  19  SO THAT YOU CAN DETERMINE HER DEMEANOR, HER CHARACTER, THE

09:22AM  20  NATURE AND QUALITY OF HER TESTIMONY AND THOSE TYPES OF THINGS.

09:22AM  21      SOMETIMES THAT'S IMPORTANT.  PARTICULARLY IN SOME CASES

09:22AM  22  LAWYERS FEEL THAT GOES TO CREDIBILITY AND ALL OF THOSE THINGS.

09:22AM  23      THAT MAY NOT BE AN ISSUE IN THIS CASE.  THIS CASE MAY BE

09:22AM  24  PURE INFORMATION, AND THAT'S WHAT I TAKE FROM THIS AGREEMENT

09:22AM  25  THAT YOU'RE REACHING.

09:22AM 1          MR. PICONE:  WITH ONE EXCEPTION.  COUNSEL JUST

09:22AM 2    REMINDED ME THAT WE MAY PLAY ONE SNIPPET OF A RELATED ENTITY,

09:22AM 3    BUT OTHER THAN THAT, I AGREE WITH YOU, I DON'T THINK THAT THE

09:22AM 4    NORMAL AND ORDINARY EVALUATIONS OF THE NONVERBAL NATURE OF

09:23AM 5    SOMEONE'S TESTIMONY IS ESPECIALLY CRITICAL IN THIS PARTICULAR

09:23AM 6    CASE.

09:23AM 7          THE COURT:  OKAY.

09:23AM 8          MR. BEENE:  YES, WE'RE DEALING WITH THE IRS AND NSA,

09:23AM 9    SO IT'S VERY COMMERCIAL.

09:23AM 10          THE COURT:  OKAY.  OKAY.  THANK YOU.  I APPRECIATE

09:23AM 11    THAT.  I JUST WANT TO GET CLARITY FOR THE RECORD AS TO WHAT YOU

09:23AM 12    WOULD LIKE ME TO DO, AND I'M HAPPY TO ACCEPT YOUR PROPOSAL

09:23AM 13    THEN.

09:23AM 14          MR. BEENE:  GREAT.

09:23AM 15          THE COURT:  OKAY.

09:23AM 16          MR. PICONE:  WE THINK IT'S THE MOST EFFICIENT, AND

09:23AM 17    WE DON'T FEEL IT WOULD IN ANY WAY DEROGATE YOUR ABILITY TO

09:23AM 18    REACH A CONCLUSION AND RENDER A VERDICT.

09:23AM 19          THE COURT:  OKAY.  THANK YOU.

09:23AM 20          MR. PICONE:  WE DO HAVE SOME DEPOSITIONS THAT WILL

09:23AM 21    BE SUBMITTED AS WELL BECAUSE THEY'RE UNAVAILABLE PURSUANT TO

09:23AM 22    THE FEDERAL RULES, SO THOSE WILL BE LARGELY THIRD PARTIES, AND

09:23AM 23    WE'LL IDENTIFY THEM AS THEY ARE -- AS THEIR TESTIMONY BECOMES

09:23AM 24    RELEVANT.

09:23AM 25          WE ALSO SAID THAT WE HAD STIPULATED WITH OPPOSING COUNSEL

09:23AM  1   REGARDING DEPOSITION EXHIBITS.  TO THE EXTENT THAT DEPOSITION

09:24AM  2   EXHIBITS WERE NOT OBJECTED TO DURING THE DEPOSITIONS THAT WE

09:24AM  3   STIPULATED THAT WE WOULD MOVE THOSE RELEVANT DEPOSITION

09:24AM  4   EXHIBITS INTO EVIDENCE.

09:24AM  5        DID I GET THAT RIGHT?

09:24AM  6             MR. BEENE:  YES.  WHY DON'T I COME UP AND JOIN.

09:24AM  7   WHAT HE SAID IS CORRECT.

09:24AM  8             THE COURT:  OKAY.

09:24AM  9             MR. PICONE:  THIS ONE MAY BE A LITTLE MORE

09:24AM  10  CONTROVERSIAL.

09:24AM  11       WE HAD 57 UNDISPUTED FACTS THAT WERE INITIALLY SUBMITTED

09:24AM  12  IN THE JOINT PRETRIAL STATEMENT.

09:24AM  13       AND THEN THE AMENDED STATEMENT THE DEFENDANTS LODGED SOME

09:24AM  14  OBJECTIONS THAT THEY SAID THEY DIDN'T DISPUTE THEM, AND I'M

09:24AM  15  PARAPHRASING, THEY DIDN'T DISPUTE THEM FOR PURPOSES OF THE

09:24AM  16  TRIAL, BUT THAT THEY RESERVE THE RIGHT TO DISPUTE THEM AT SOME

09:24AM  17  LATER POINT DURING AN APPEAL.

09:24AM  18       WE DON'T THINK THAT'S RIGHT, BUT WE JUST WANTED TO ALERT

09:25AM  19  YOU TO THE EXISTENCE OF THAT ISSUE BECAUSE WE'RE TREATING

09:25AM  20  UNDISPUTED FACTS AS UNDISPUTED FACTS, AND WE BELIEVE THAT THE

09:25AM  21  RESERVATION OF RIGHT AND CLEAVING OFF THE APPELLATE REVIEW

09:25AM  22  VERSUS THE TRIAL REVIEW IS INAPPROPRIATE.

09:25AM  23       BUT COUNSEL SHOULD ADD THEIR PERSPECTIVE ON THAT.

09:25AM  24             THE COURT:  MR. BEENE.

09:25AM  25             MR. BEENE:  YOUR HONOR, WHAT NEO4J HAS DONE IS PUT

09:25AM 1    IN STATEMENTS OF FACT THAT YOU STATED IN YOUR BRIEFS, AND THEN

09:25AM 2    THEY SAY, WELL, YOU HAVE TO AGREE TO THIS BECAUSE THE JUDGE

09:25AM 3    SAID SO.  AND WE HAVE GOT A LOT OF THESE ISSUES GOING BACK AND

09:25AM 4    FORTH.

09:25AM 5        AND WHEN I SAID, WELL, I DON'T WANT TO DISAGREE WITH WHAT

09:25AM 6    YOU STATED IN YOUR ORDER, BUT I DON'T WANT TO ADMIT THAT IT'S

09:25AM 7    TRUE FOR PURPOSES OF APPEAL BECAUSE WE FEEL THAT THE UNDERLYING

09:25AM 8    ISSUES IN THE SUMMARY JUDGMENT MOTION, THOSE FACTS SHOULD HAVE

09:26AM 9    BEEN DISPUTABLE FOR TRIAL.

09:26AM 10   BUT -- SO TO STREAMLINE TRIAL I JUST SAID, LOOK, FINE,

09:26AM 11   WE'LL GO WITH WHAT THE JUDGE SAID, BUT WE RESERVE IT SO THEY

09:26AM 12   DON'T GO ON APPEAL AND SAY, HEY, THEY ALREADY ADMITTED THIS

09:26AM 13   STUFF.  I DON'T THINK THAT TYPE OF PROCEDURAL SITUATION SEEMS

09:26AM 14   APPROPRIATE TO ME.

09:26AM 15       THE COURT:  AND WHAT I HEAR MR. BEENE SAYING IS

09:26AM 16   THAT, JUDGE, WE'VE GOT YOUR ORDER, WE RESPECTFULLY DISAGREE

09:26AM 17   WITH SOME OF IT, AND BY GOING FORWARD TODAY, WE ARE NOT WAIVING

09:26AM 18   ANY APPELLATE REMEDY WE HAVE AS TO YOUR ORDER AND AS TO

09:26AM 19   EVIDENCE THAT COMES IN THIS TRIAL.

09:26AM 20   DID I STATE THAT CORRECTLY?

09:26AM 21       MR. BEENE:  CORRECT.

09:26AM 22       THE COURT:  NOW, WHETHER OR NOT OR HOW THAT GOES

09:26AM 23   WITH AGREEMENT ON UNDISPUTED FACTS, I UNDERSTAND MR. PICONE'S

09:26AM 24   PART, ARE YOU SAYING THAT, WELL, WE'RE GOING TO WITHDRAW OUR

09:26AM 25   AGREEMENT ABOUT UNDISPUTED FACTS AND SAY THAT THEY ARE IN

09:26AM  1    DISPUTE?

09:26AM  2            MR. BEENE:  WELL, FOR PURPOSES OF -- FOR PURPOSES OF

09:27AM  3    TRIAL THEY'RE UNDISPUTED, BUT THAT'S WITHOUT WAIVER OF OUR

09:27AM  4    RIGHT TO ATTACK -- WITHOUT WAIVER OF OUR RIGHT TO APPEAL THE

09:27AM  5    UNDERLYING RULINGS.

09:27AM  6            THE COURT:  PREVIOUS ORDERS.

09:27AM  7            MR. BEENE:  YES.  FRANKLY, THERE'S NO REASON TO HAVE

09:27AM  8    THESE 100 FACTS BECAUSE IT'S JUST TAKING YOUR ORDER AND PUTTING

09:27AM  9    IT INTO TRIAL INSTEAD OF STARTING WITH THE ORDER AND GOING TO

09:27AM 10    DAMAGES.

09:27AM 11            THE COURT:  OKAY.

09:27AM 12            MR. BEENE:  THAT WAS OUR POINT IS THAT THERE ARE TOO

09:27AM 13    MANY FACTS HERE AND THEY WANT TO PUT THESE IN TO HAVE TONS OF

09:27AM 14    FACTS, AND THERE WAS A BIG DEBATE GOING ON EARLIER ABOUT, WELL,

09:27AM 15    THIS IS WHAT -- YOU MUST AGREE TO THIS FACT BECAUSE THAT'S WHAT

09:27AM 16    THE JUDGE WROTE RIGHT HERE IN THIS SUMMARY JUDGMENT.

09:27AM 17        SO I DIDN'T HAVE 100 HOURS TO ARGUE THIS.  SO I'M JUST

09:27AM 18    TRYING TO STREAMLINE IT AND SAY, FINE, FOR PURPOSE, THEY'RE

09:27AM 19    UNDISPUTED, BUT WE DON'T WAIVE OUR RIGHT TO APPEAL THE

09:27AM 20    UNDERPINNINGS OF THOSE FACTS.

09:28AM 21            MR. PICONE:  I'M A LITTLE BIT CONFUSED BECAUSE I

09:28AM 22    NEVER CONFRONTED THIS BEFORE ACTUALLY.

09:28AM 23        SO I DON'T DISPUTE THAT DEFENDANTS HAVE THE RIGHT TO

09:28AM 24    APPEAL TO THE EXTENT THAT THEY HAVE NOT ALREADY, AND THERE IS

09:28AM 25    LAW OF THE CASE.  BUT SAY, FOR EXAMPLE, TESTIMONY REGARDING

09:28AM  1     DAMAGES AND LEGAL ISSUES REGARDING DAMAGES, WE DON'T DISPUTE

09:28AM  2     THAT THEY HAVE THE RIGHT TO CHALLENGE ANY VERDICT ON APPEAL.

09:28AM  3          I'M JUST PUZZLED ON THE -- IF IT'S NOT DISPUTED FOR TRIAL

09:28AM  4     IF SOMEHOW LATER ON IN APPEAL WE ONLY DID THAT FOR TRIAL BUT WE

09:28AM  5     DISPUTE THIS FACT AND SO WHAT DOES THAT DO FOR THE RECORD

09:28AM  6     BECAUSE WE TOOK THE FACT AS UNDISPUTED, WE DIDN'T ADDUCE

09:28AM  7     EVIDENCE SUPPORTING THAT FACT BECAUSE WE'VE ALREADY DONE THAT

09:28AM  8     WITH SUMMARY JUDGMENT, AND TO REDO ALL OF THAT WORK WOULD BE

09:29AM  9     CUMULATIVE, AND IT WOULD BE A WASTE OF THE COURT'S RESOURCES.

09:29AM  10          SO WHAT WE WERE HOPING TO DO IS TAKE THOSE UNDISPUTED

09:29AM  11    FACTS, AND WE WOULD INTRODUCE THOSE INTO THE RECORD AS

09:29AM  12    UNDISPUTED, BECAUSE THEY WERE IN YOUR ORDERS, AND IT WAS A

09:29AM  13    FINDING OF THE COURT, BUT THAT, YOU KNOW, ULTIMATELY TO THE

09:29AM  14    EXTENT THAT THEY HAVE NOT APPEALED ALREADY, THEY CAN APPEAL ANY

09:29AM  15    SUBSEQUENT RULINGS BUT THAT DOESN'T REALLY -- THE FACT ISSUE IS

09:29AM  16    THE ONE THAT IS TROUBLING ME BECAUSE OTHERWISE THEN WE DON'T

09:29AM  17    ADDUCE EVIDENCE TO SUPPORT THAT FACT, AND IF IT'S UNDISPUTED,

09:29AM  18    WE DON'T HAVE TO.  BUT IF IT'S DISPUTED LATER, ON APPEAL THEY

09:29AM  19    COULD SAY, WELL, OBVIOUSLY THEY DIDN'T HAVE SUBSTANTIAL

09:29AM  20    EVIDENCE TO SUPPORT THIS FACT BECAUSE THEY DIDN'T ADDUCE ANY

09:29AM  21    TESTIMONY OR EVIDENCE SUPPORTING IT.

09:29AM  22          THE COURT:  WELL, IT SOUNDS LIKE -- PARDON ME FOR

09:29AM  23    INTERJECTING.

09:29AM  24          MR. PICONE:  NO, GO AHEAD.  I'M CONFUSED.

09:29AM  25          THE COURT:  IT SOUNDS TO ME LIKE THERE ARE DISPUTED

09:29AM 1  FACTS, AND THAT'S WHAT THE TRIAL IS FOR IS TO SEEK RESOLUTION

09:30AM 2  OF FACTS THAT ARE IN DISPUTE.

09:30AM 3      WHAT I HEAR YOU SAYING IS, WELL, WE HAVE AGREED WITH YOUR

09:30AM 4  ORDER AND THE FACTS THAT YOU'RE GOING TO PUT IN ARE FACTS

09:30AM 5  DERIVATIVE FROM THE COURT'S ORDER.

09:30AM 6      MR. PICONE:  THAT'S RIGHT.

09:30AM 7      THE COURT:  AND IF THAT'S THE EVIDENCE THAT YOU'RE

09:30AM 8  GOING TO PUT IN, THEN I CAN SEE MR. BEENE SAYING, THAT'S FINE,

09:30AM 9  WE AGREE THAT'S IN YOUR ORDER, JUDGE, BUT WE DON'T AGREE

09:30AM 10  NECESSARILY WITH YOUR ORDER BECAUSE WE MAY APPEAL YOUR ORDER,

09:30AM 11  AND WE MAY APPEAL THIS TRIAL IF THERE IS -- IF YOU DECIDE

09:30AM 12  AGAINST US, WE MAY APPEAL.

09:30AM 13      ONE OF THE GROUNDS FOR OUR APPEAL IS THE FACTS THAT YOU

09:30AM 14  FOUND IN YOUR ORDER, WE OBJECT TO.  AND IF THEY WERE INTRODUCED

09:30AM 15  IN THE TRIAL, THAT CONTINUES WITH OUR APPELLATE REMEDY.  THAT'S

09:30AM 16  KIND OF WHAT I HEAR YOU SAYING.

09:31AM 17      BUT IF THE FACTS ARE GOING TO BE ADDITIONAL TO WHAT WAS IN

09:31AM 18  THE ORDER OR OTHERS, THEN I CAN SEE THAT -- WELL, IF THERE IS

09:31AM 19  AN AGREEMENT ON IT -- IF THERE'S DISPUTE, THEN WE NEED TO

09:31AM 20  LITIGATE THOSE AT THE TRIAL.

09:31AM 21      MR. PICONE:  RIGHT.  SO I'M TALKING ABOUT THOSE

09:31AM 22  FACTS THAT ARE IN THE ORDERS, AND WE'RE TAKING THEM AS

09:31AM 23  ESTABLISHED BECAUSE THE COURT MADE A FINDING AFTER REVIEWING

09:31AM 24  THE EVIDENCE AND MADE A FINDING OF THAT.

09:31AM 25      SO --

09:31AM 1        THE COURT:  PARDON ME.  MAYBE THE PROBLEM IS

09:31AM 2  NOMENCLATURE.  MAYBE WE SHOULDN'T CALL THEM "UNDISPUTED FACTS."

09:31AM 3  MAYBE YOU SHOULD CALL IT THE COURT'S ORDERING AND THE FINDING

09:31AM 4  OF THE COURT AND THAT'S WHAT YOU'RE PUTTING IN.

09:31AM 5       BECAUSE THEY'RE STILL, AND WITH ALL RESPECT, AND I KNOW

09:31AM 6  MR. BEENE HAS THAT, HE'S SAYING JUDGE, GIVE US YOUR ORDER.  WE

09:31AM 7  DON'T NECESSARILY AGREE WITH IT, AND THERE'S LIKELY TO BE AN

09:31AM 8  APPEAL ON IT WITH ALL DUE RESPECT.

09:32AM 9       IF THIS TRIAL IS BASED ON WHAT YOUR ORDER SAID, THEN WE

09:32AM 10  RESERVE THE RIGHTS, ALL OF OUR APPELLATE REMEDIES, IF YOU GO

09:32AM 11  AGAINST US IN THIS TRIAL, TO APPEAL YOUR DECISION HERE AND

09:32AM 12  CONCURRENT WITH THAT IS THE GENESIS OF YOUR OPINION HERE WHICH

09:32AM 13  WAS YOUR ORDER, AND THAT WOULD BE PART OF THE APPEAL I THINK.

09:32AM 14        MR. BEENE:  YES.  THE ISSUE I THINK, YOUR RULING

09:32AM 15  ON -- WHICH WAS A SUMMARY JUDGMENT RULING WHICH YOU FOUND FACTS

09:32AM 16  OF, WITH THE SUMMARY JUDGMENT RULE THAT NO JURY, REASONABLE

09:32AM 17  JURY WOULD FIND THAT, AND, THEREFORE, YOU CAN GRANT SUMMARY

09:32AM 18  JUDGMENT.

09:32AM 19       SO RATHER THAN SAYING THERE ARE DISPUTED FACTS, I'M

09:32AM 20  DENYING SUMMARY JUDGMENT, YOU SAID I'M FINDING THIS FACT.  SO

09:32AM 21  THAT'S A FACTUAL FINDING.

09:32AM 22       ON APPEAL WE CAN SAY THAT WAS INAPPROPRIATE, THAT A

09:33AM 23  REASONABLE JURY COULD FIND THERE'S A DISPUTE.  ON APPEAL

09:33AM 24  THERE'S AN ISSUE ON SUMMARY JUDGMENT OF WHETHER THAT WAS

09:33AM 25  CORRECT.

09:33AM 1      BUT ON TRIAL WE'RE GOING THROUGH FINDINGS OF FACT.  BUT

09:33AM 2   THEY'RE TRYING TO SAY, WELL, YOU MUST ADMIT THOSE FOR ALL

09:33AM 3   PURPOSES.  AND WHAT WE'RE SAYING IS NO, WE'RE ADMITTING THEM

09:33AM 4   FOR PURPOSES OF TRIAL.  MY FOOTNOTE WAS THE SUMMARY JUDGMENT

09:33AM 5   RULINGS, THOSE FACTS, ARE FOR PURPOSES OF TRIAL.  WE'RE NOT

09:33AM 6   WAIVING THE FINDINGS OF FACT FOR PURPOSES OF APPEAL.

09:33AM 7           THE COURT:  OKAY.

09:33AM 8           MR. BEENE:  AND, FRANKLY, SINCE YOU'VE GRANTED

09:33AM 9   SUMMARY JUDGMENT ON LIABILITY, IN MY VIEW THERE'S NO REASON TO

09:34AM 10  RETRY LIABILITY AND HAVE ALL OF THIS PAPER AND HUNDREDS OF

09:34AM 11  FACTS, WE JUST START WITH LIABILITY AND START WITH DAMAGES.

09:34AM 12          THE COURT:  I THOUGHT THAT'S WHAT WE WERE DOING.

09:34AM 13          MR. PICONE:  I THOUGHT SO, TOO.  AND I ACTUALLY HAVE

09:34AM 14  NO OBJECTION TO THAT, ACTUALLY.  IF WE'RE GOING TO -- THE

09:34AM 15  FINDINGS OF LIABILITY HAVE BEEN MADE, AND I AGREE WITH COUNSEL

09:34AM 16  IN SOME SENSE THAT THERE'S NO REASON TO NECESSARILY HAVE THAT

09:34AM 17  ALL, ONCE AGAIN, IN THE RECORD OF THIS PARTICULAR TRIAL BECAUSE

09:34AM 18  THIS PARTICULAR TRIAL IS EXCLUSIVELY DEALING WITH THE DAMAGES.

09:34AM 19      SO THE EVIDENCE ADDUCED IN THIS TRIAL IS ONLY GOING TO

09:34AM 20  RELATE TO THE DAMAGES PORTION OF THE CASE.  IT IS NOT GOING TO

09:34AM 21  GO BACK AND RELITIGATE SETTLED ISSUES THAT HAVE BEEN RESOLVED

09:34AM 22  ON SUMMARY ADJUDICATION.

09:34AM 23      SO I SUPPOSE THAT COUNSEL'S CAVEAT REGARDING AGREEING FOR

09:35AM 24  THE PURPOSES OF THE TRIAL THAT THESE FACTS ARE UNDISPUTED, BUT

09:35AM 25  THAT RESERVING THE RIGHT TO LATER CHALLENGE THEM ON APPEAL, TO

09:35AM  1    THE EXTENT THAT THEY HAVE NOT APPEALED ALREADY, I SUPPOSE

09:35AM  2    THAT'S FINE.

09:35AM  3            THE COURT:  SO MY UNDERSTANDING WAS THAT WHAT WE

09:35AM  4    WERE GOING TO ENGAGE FOR THE NEXT FEW DAYS IS LITIGATION ABOUT

09:35AM  5    DAMAGES, AND THAT'S BASED ON THE COURT'S RULINGS AND FINDINGS

09:35AM  6    ON SUMMARY JUDGMENT, AND THOSE FACTS REMAIN AND THEY'RE THE

09:35AM  7    ORDER OF THE COURT, PARDON ME.  YOU HAVEN'T WAIVED ANY

09:35AM  8    APPELLATE REMEDY AS TO THAT.

09:35AM  9         THE NEXT PHASE FOR THE COURT IS DAMAGES.

09:36AM  10        I'M LOOKING AT DOCUMENT 220, WHICH IS YOUR MOST RECENT

09:36AM  11   JOINT PRETRIAL CONFERENCE STATEMENT.  AND ON PAGE 34, ECF

09:36AM  12   PAGE 35, YOU LIST ISSUES THAT REMAIN.  AND I ASKED YOU TO DO

09:36AM  13   THIS IN ADVANCE SO THAT WE WOULD ALL BE ON THE SAME PAGE, WHAT

09:36AM  14   ARE WE DOING WHEN WE NEXT GET TOGETHER?  AND I WANTED THAT

09:36AM  15   INFORMATION SO WE WOULD ALL HAVE IT.  AND MAYBE YOU HAVE IT IN

09:36AM  16   FRONT OF YOU SO THAT WE CAN GO THROUGH IT AGAIN.

09:36AM  17            MR. PICONE:  I'M SORRY, ON PAGE 35?

09:36AM  18            THE COURT:  34, ECF 35, 34 OF THE DOCUMENT.  IT'S

09:36AM  19   DOCUMENT 220.  I THINK THIS IS THE MOST RECENT FILING.

09:37AM  20        (PAUSE IN PROCEEDINGS.)

09:37AM  21            MR. PICONE:  WE AGREE.  THOSE ARE THE ISSUES THAT

09:37AM  22   REMAIN IN THE CASE.

09:37AM  23            THE COURT:  SO LET ME JUST CHECK MY CALENDAR FOR

09:37AM  24   JUST A MOMENT WHILE WE GO OFF THE RECORD FOR A MOMENT.

09:37AM  25        (RECESS STARTS AT 9:37 A.M. UNTIL 9:59 A.M.)

09:59AM 1        THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

09:59AM 2   RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

09:59AM 3      WE TOOK A LITTLE BREAK.

09:59AM 4      LET ME ASK THE PARTIES, WHAT IS THE STATUS OF THINGS?

09:59AM 5        MR. PICONE:  WE HAVE RESOLVED THE ISSUE, YOUR HONOR,

09:59AM 6   AND WE PROPOSE TO READ THE PREVIOUSLY ENUMERATED UNDISPUTED

09:59AM 7   FACTS THAT ARE NOW UNDISPUTED.

09:59AM 8      SO WE HAD A LIST OF APPROXIMATELY 117.  WE EXCISED THE

09:59AM 9   ONES THAT ARE PART OF YOUR PREVIOUS ORDERS, AND NOW WE HAVE

09:59AM 10  AGREED THAT THERE'S A LIMITED SUBSET OF THOSE PREVIOUS 117

10:00AM 11  FACTS THAT WILL BE UNDISPUTED.

10:00AM 12       THE COURT:  OKAY.  AND DO YOU HAVE A LIST THAT YOU

10:00AM 13  CAN PRESENT, A WRITTEN LIST?

10:00AM 14       MR. PICONE:  WE CAN DO A VARIETY OF THINGS.  WE CAN

10:00AM 15  READ IT INTO THE RECORD, WE CAN PRESENT A WRITTEN LIST, OR WE

10:00AM 16  CAN PRESENT A SECOND AMENDED JOINT PRETRIAL STATEMENT WHICH

10:00AM 17  WILL LIST ONLY THE UNDISPUTED FACTS, WHICHEVER IS MORE

10:00AM 18  CONVENIENT FOR THE COURT.

10:00AM 19       THE COURT:  WELL, I DON'T THINK WE NEED TO HAVE THEM

10:00AM 20  READ.  IT SOUNDS LIKE THERE ARE MANY OF THEM.

10:00AM 21       MR. PICONE:  THERE ARE.

10:00AM 22       THE COURT:  RIGHT.  SO LET'S NOT READ THOSE INTO THE

10:00AM 23  RECORD.  WE CAN HAVE YOU PREPARE A SUBMISSION, A STIPULATION, A

10:00AM 24  TRIAL AGREEMENT, AND YOU CAN FILE THAT AND THAT WOULD BE OUR

10:00AM 25  GUIDEPOST FOR GOING FORWARD.

10:00AM  1              MR. PICONE:  THAT'S FINE.

10:00AM  2              THE COURT:  LET'S DO THAT.

10:00AM  3              MR. BEENE:  YES, I THINK WE WORK IT OUT.  I THINK WE

10:00AM  4     COULD SUBMIT -- WE'RE NOT IN TRIAL TOMORROW.  WE CAN WORK

10:00AM  5     SOMETHING OUT WHERE WE SUBMIT JUST THE UNDISPUTED FACTS AND

10:00AM  6     TRUNCATED DOWN --

10:00AM  7              THE COURT:  THAT'S PERFECT.

10:00AM  8              MR. BEENE:  -- SO THAT IT'S -- BECAUSE WE REDUCED A

10:00AM  9     LOT OF THE DISPUTES.

10:00AM  10             THE COURT:  OKAY.

10:01AM  11             MR. BEENE:  OKAY.

10:01AM  12             THE COURT:  SO LET'S DO THAT.

10:01AM  13             MR. PICONE:  SO THE LAST HOUSEKEEPING MATTER IS THAT

10:01AM  14    WE SOUGHT AGREEMENT WITH DEFENDANTS TO MAKE AN AMENDMENT TO

10:01AM  15    SOME EXHIBITS AND OMITTED DEPOSITION TESTIMONY, AND THEY DIDN'T

10:01AM  16    OBJECT.  SO WE WOULD LIKE TO SEEK LEAVE TO ADD ONE EXHIBIT AND

10:01AM  17    FOUR DEPOSITION EXHIBITS.

10:01AM  18             THE COURT:  OKAY.  ANY OBJECTION TO THAT?

10:01AM  19             MR. BEENE:  NO, YOUR HONOR.

10:01AM  20             THE COURT:  ALL RIGHT.  SO YOU CAN PRESENT THOSE

10:01AM  21    WHENEVER YOU WOULD LIKE.

10:01AM  22             MR. PICONE:  OKAY.  DO YOU WANT ME TO IDENTIFY THEM

10:01AM  23    OR JUST PRESENT THEM?

10:01AM  24             THE COURT:  YOU CAN -- WHY DON'T YOU FILE SOMETHING

10:01AM  25    ALSO JUST SO THE RECORD IS CLEAR AS TO WHAT ADDITIONAL ITEMS

10:01AM 1      YOU'RE GOING TO PRESENT.

10:01AM 2              MR. BEENE:  I WILL POINT OUT THAT ONE OF THE

10:01AM 3      EXHIBITS IS ATTORNEYS' EYES ONLY.

10:01AM 4              THE COURT:  OKAY.

10:01AM 5              MR. BEENE:  SO THAT WILL REQUIRE A LITTLE BIT OF

10:02AM 6      GYMNASTICS.

10:02AM 7              THE COURT:  OKAY.

10:02AM 8              MR. PICONE:  WE CAN ALWAYS --

10:02AM 9              THE COURT:  YOU CAN SEAL THAT IF YOU WANT TO.

10:02AM 10             MR. PICONE:  GREAT.  THANK YOU, YOUR HONOR.

10:02AM 11             THE COURT:  OKAY.  THANK YOU.  WELL, THIS WAS TIME

10:02AM 12     WELL SPENT.  I THINK IT WILL PRODUCE EFFICIENCIES.

10:02AM 13         SO WHAT SHOULD I HEAR FROM THE PLAINTIFFS THEN?

10:02AM 14             MR. PICONE:  WE HAVE A VERY BRIEF OPENING STATEMENT.

10:02AM 15             THE COURT:  OKAY.

10:02AM 16         **(COUNSEL FOR PLAINTIFFS GAVE THEIR OPENING STATEMENT.)**

10:02AM 17             MR. PICONE:  GOOD MORNING, YOUR HONOR.

10:02AM 18         AS WE'VE SOMEWHAT LABORIOUSLY FIGURED OUT, THAT WE'RE

10:02AM 19     REALLY JUST HERE ABOUT DAMAGES TODAY.

10:03AM 20         SO THE COURT HAS ALREADY MADE FINDINGS OF LIABILITY ON ALL

10:03AM 21     OF THE DISPUTED CLAIMS.

10:03AM 22         SO WHAT THE PARTIES ARE HERE TO DISCUSS REALLY ARE JUST

10:03AM 23     THE DAMAGES, AND THOSE ARE RELATED TO NEO4J'S FIRST CAUSE OF

10:03AM 24     ACTION FOR TRADEMARK INFRINGEMENT;

10:03AM 25         ITS SECOND CAUSE OF ACTION FOR FALSE ADVERTISING AND FALSE

PLAINTIFFS' OPENING STATEMENT

10:03AM  1    DESIGNATION OF ORIGIN; AND,

10:03AM  2        THE THIRD AND FOURTH CAUSES OF ACTION FOR UNFAIR

10:03AM  3    COMPETITION UNDER BOTH STATE AND FEDERAL LAW; AND,

10:03AM  4        LASTLY, IT'S DAMAGES FOR NEO4J'S EIGHTH CAUSE OF ACTION

10:03AM  5    FOR VIOLATIONS OF THE DMCA FOR UNLAWFUL REMOVAL OF COPYRIGHT

10:03AM  6    MANAGEMENT INFORMATION.

10:03AM  7        AND ALL OF THESE DAMAGE CLAIMS ARE VERY SIMILAR.  THEY

10:03AM  8    SEEK TO SEE WHAT THE ACTUAL DAMAGES ARE CAUSED BY THE

10:04AM  9    DEFENDANTS FOR THE ACTIVITIES;

10:04AM  10       AND WHAT PORTION OF THOSE, THE MAJORITY OF THE CLAIMS ALSO

10:04AM  11   HAVE A DISGORGEMENT ELEMENT, WHAT PORTION OF THOSE CLAIMS ARE

10:04AM  12   SUBJECT TO DISGORGEMENT;

10:04AM  13       WHETHER OR NOT THE DEFENDANTS' CONDUCT CONSTITUTES AN

10:04AM  14   EXCEPTIONAL CASE;

10:04AM  15       AND WHETHER SUBSEQUENTLY NEO4J'S ENTITLED TO ITS

10:04AM  16   ATTORNEYS' FEES AND THE AMOUNT OF THOSE FEES THAT CAN BE

10:04AM  17   RECOVERED;

10:04AM  18       AND LASTLY, WHETHER THE PRELIMINARY INJUNCTION THAT WAS

10:04AM  19   ISSUED SHOULD BE MADE PERMANENT.

10:04AM  20       WITH SOME MINOR VARIATIONS, VIRTUALLY ALL OF THE CAUSES OF

10:04AM  21   ACTION HAVE THOSE SAME ALLEGATIONS AND CLAIMS RELATED TO THE

10:04AM  22   DAMAGES COMPONENT.

10:04AM  23       AS FAR AS THE EVIDENCE THAT NEO4J WILL SUBMIT TO SUPPORT

10:04AM  24   ITS LOST PROFITS CLAIMS, ONE OF THEIR DAMAGES EXPERT'S,

10:04AM  25   STEVEN BOYLES, WILL TESTIFY THAT NEO4J LOST MORE THAN

10:05AM  1      $3.8 MILLION IN NET LOST REVENUE.

10:05AM  2          THE COURT HAS ALREADY FOUND THAT NEO4J LOST A MULTI YEAR

10:05AM  3      DEAL WITH NEXT CENTURY, AND THAT'S VIA THE MARYLAND PROCUREMENT

10:05AM  4      OFFICE, WAS WORTH MORE THAN 2.2 MILLION WHEN IT ADOPTED ONGDB.

10:05AM  5          AND THAT WE'LL ALSO SHOW THAT THE IRS NEEDED THE

10:05AM  6      ENTERPRISE EDITION FEATURES, AND THAT OTHER DIVISIONS THAT

10:05AM  7      ALREADY LICENSED AUTHENTIC COMMERCIAL VERSIONS OF NEO4J

10:05AM  8      ENTERPRISE EDITION AND THE IRS USE OF ONGDB IN VARIOUS OTHER

10:05AM  9      PROJECTS RESULTED IN NEO4J LOSING SIGNIFICANT REVENUE.

10:05AM 10          JASON ZAGALSKY OF NEO4J, JIM WEYANT OF NEXT CENTURY,

10:05AM 11      NEXT CENTURY'S SUCCESSOR'S CACI VIA DEPOSITION, AND

10:05AM 12      MICHAEL DUNN OF THE IRS VIA DEPOSITION WILL SUPPORT THOSE

10:06AM 13      CLAIMS AS WELL AS EXHIBITS AND UNDISPUTED FACTS.

10:06AM 14          NEO4J WILL ALSO PROVE THAT THE DEFENDANTS GENERATED

10:06AM 15      APPROXIMATELY 1.5 MILLION IN ILL-GOTTEN PROFITS FROM THEIR

10:06AM 16      VIOLATIONS OF THE LANHAM ACT AND THE DMCA.

10:06AM 17          SPECIFICALLY, IGOV AND MR. SUHY RECEIVED 1.316 MILLION

10:06AM 18      UNDER A FIVE YEAR CONTRACT TO SUPPORT THE IRS'S CKGE PLATFORM

10:06AM 19      AND ANOTHER CONTRACT BETWEEN EGOVERNMENT SOLUTIONS AND THE IRS

10:06AM 20      WHERE MR. SUHY HAD AN INTEREST IN EGOV.

10:06AM 21          WE'LL ALSO SHOW THAT IGOV AND SUHY OBTAINED $246,082 UNDER

10:06AM 22      SUBCONTRACTS WITH ASR ANALYTICS WHERE IGOV SUPPORTED THE IRS

10:06AM 23      CKGE PLATFORM.

10:06AM 24          THE EVIDENCE SUPPORTING DISGORGEMENT INCLUDES THE CKGE

10:06AM 25      CONTRACT DOCUMENTS, EMAILS BETWEEN MR. SUHY AND EGOV, IGOV

10:06AM  1    FINANCIAL DOCUMENTS AND OTHER RELATED COMMUNICATIONS,

10:07AM  2    UNDISPUTED FACTS AND DOCUMENTS.

10:07AM  3        LASTLY, NEO4J WILL PROVE THAT THIS IS AN EXCEPTIONAL CASE.

10:07AM  4    UNDER THE LANHAM ACT AND THE DMCA, THE EVIDENCE AND THE

10:07AM  5    UNDISPUTED FACTS ESTABLISH THAT THIS IS AN EXCEPTIONAL CASE.

10:07AM  6    THIS IS ESPECIALLY THE CASE SINCE THE COURT FOUND THAT THE

10:07AM  7    DEFENDANTS' CONDUCT WAS DELIBERATE, FALSE, AND MISLEADING.

10:07AM  8        DEFENDANTS' LITIGATION CONDUCT, INCLUDING REPEATEDLY

10:07AM  9    RE-ARGUING SETTLED CLAIMS AND RE-ASSERTING CLAIMS THAT THE

10:07AM  10   COURT HAD DISMISSED PREVIOUSLY UNNECESSARILY MULTIPLIED AND

10:07AM  11   DUPLICATED EFFORTS AND EXTENDED THE EXPENSE AND EFFORT

10:07AM  12   ASSOCIATED WITH THIS CASE.

10:07AM  13       NEO4J IS ENTITLED TO PRE-JUDGMENT INTEREST AND REASONABLE

10:07AM  14   ATTORNEYS' FEES AND COSTS DUE TO THE FACT THAT THIS IS AN

10:07AM  15   EXCEPTIONAL CASE.

10:07AM  16       AND LASTLY, NEO4J IS ENTITLED TO A PERMANENT INJUNCTION TO

10:07AM  17   PREVENT THE DEFENDANTS' FURTHER VIOLATIONS OF NEO4J'S

10:08AM  18   INTELLECTUAL PROPERTY.

10:08AM  19       THANK YOU.

10:08AM  20           THE COURT:  THANK YOU.  MR. BEENE, DO YOU WISH TO

10:08AM  21   MAKE ANY STATEMENT NOW OR RESERVE UNTIL LATER?

10:08AM  22           MR. BEENE:  I WOULD LIKE TO MAKE A STATEMENT NOW,

10:08AM  23   YOUR HONOR.

10:08AM  24           THE COURT:  PLEASE PROCEED.

10:08AM  25   ///

DEFENDANTS' OPENING STATEMENT

10:08AM 1      **(COUNSEL FOR DEFENDANTS GAVE THEIR OPENING STATEMENT.)**

10:08AM 2              MR. BEENE:  YOUR HONOR, MY NAME IS ANDRON BEENE.

10:08AM 3          MR. SUHY, WHO IS IN COURT HERE TODAY, HE'S A FREE SOFTWARE

10:08AM 4      GUY.  HE LIKES TO SUPPORT THE FREE SOFTWARE COMMUNITY.  HE'S

10:08AM 5      KNOWN IN THE COMMUNITY, AND HE LIKES TO PUT IN FREE SOFTWARE TO

10:08AM 6      THE U.S. GOVERNMENT, AND THE U.S. GOVERNMENT LIKES THAT, TOO.

10:09AM 7          HE WAS A CONTRACTOR ALREADY SIGNED UP FOR THE U.S.

10:09AM 8      GOVERNMENT WHEN NEO4J CAME TO HIM TO DO DEALS WITH THE U.S.

10:09AM 9      GOVERNMENT.

10:09AM 10          I'M GOING TO THREAD LIGHTLY ON YOUR PRIOR ORDERS, PLEASE,

10:09AM 11      YOUR HONOR.

10:09AM 12          MR. SUHY THEN DID A GOVERNMENT EDITION TO CREATE SOME

10:09AM 13      SECURITY LEVELS SO THAT NEO4J COULD BE USED WITH THE

10:09AM 14      GOVERNMENT.

10:09AM 15          MR. SUHY TRIED TO SELL A COMMERCIAL LICENSE AS A PARTNER

10:09AM 16      TO THE IRS HE ACTUALLY TRIED TO DO THAT, BUT WHAT HAPPENED IS

10:09AM 17      THE IRS WAS ALREADY USING A VERSION CALLED COMMUNITY, WHICH IS

10:09AM 18      A GPL VERSION.

10:10AM 19          GPL IS DIFFERENT THAN AGPL.  GPL IS SEEN AS AN APPLICATION

10:10AM 20      WHERE THE AGPL IS A SERVER TYPE APPLICATION AVAILABLE OVER THE

10:10AM 21      NETWORK.

10:10AM 22          THE PROBLEM IS THE IRS WAS ALREADY USING NEO4J COMMUNITY

10:10AM 23      FOR FREE.  THEY WANTED TO DEVELOP A PLATFORM, IT'S THE CKGE

10:10AM 24      PLATFORM, AND YOU'LL HEAR ABOUT THIS, I FEEL, A LITTLE BIT.

10:10AM 25      THAT IS A COMPLEX PLATFORM OF DIFFERENT APPLICATIONS OF WHICH

DEFENDANTS' OPENING STATEMENT

10:10AM  1    NEO4J IS ONE PART.  AND THEY WERE LOOKING TO DEVELOP THE

10:10AM  2    PLATFORM.

10:10AM  3         JOHN WAS WORKING WITH NEO4J AND SAID -- TALKED TO THE IRS

10:10AM  4    AND THEY SAID THEY DON'T HAVE THE BUDGET TO PAY FOR A LICENSE.

10:11AM  5         JOHN SAID, WELL, LET'S DO THE DEVELOPMENT, GET A

10:11AM  6    COMMERCIAL LICENSE IN THERE, AND THEN WE'LL LOCK IT IN SO DOWN

10:11AM  7    THE ROAD YOU'LL HAVE IT.  IN OTHER WORDS, YOU'LL HAVE THE

10:11AM  8    CUSTOMER.  BASICALLY DO THE DEVELOPMENT OF THE PLATFORM, GIVE

10:11AM  9    THEM A FREE LICENSE AND DEVELOPMENT, AND THEN WHEN THEY WERE

10:11AM  10   READY TO USE IT IN PRODUCTION, THEN YOU CAN GET YOUR COMMERCIAL

10:11AM  11   LICENSE FEE.

10:11AM  12        THIS IS WHAT JOHN TALKED TO NEO4J, AND HAD THE AGREEMENT

10:11AM  13   OF THE HIGH COMMAND OF NEO4J, WENT TO THE IRS, TOLD THEM ABOUT

10:11AM  14   IT, AND THEN IT FELL APART.  AND NEO4J CHANGED ITS MIND AND

10:11AM  15   SAID, NO, WE NEED A LICENSE AGREEMENT, AND YOU HAVE TO GET

10:11AM  16   THEM.  AND THERE IS A WHOLE LOT OF -- BUT THIS IS THE GENESIS

10:11AM  17   OF EVERYTHING IS THAT THE IRS WANTED AN OPEN SOURCE LICENSE,

10:11AM  18   WAS USING AN OPEN SOURCE LICENSE, AND JOHN COULDN'T FORCE THEM

10:12AM  19   TO BUY A COMMERCIAL LICENSE.

10:12AM  20        SO THEN IT FELL APART, THE PARTNERSHIP FELL APART.  NEO4J

10:12AM  21   GOT MAD, JOHN GOT MAD, ALL OF THESE THINGS HAPPENED.  AND THE

10:12AM  22   IRS ENDED UP IN SORT OF A ROUND ABOUT WAY, IN FACT, I BARELY

10:12AM  23   UNDERSTAND IT.

10:12AM  24        JOHN DID THE WORK ON THE PLATFORM, AND THERE'S AN SOW FOR

10:12AM  25   THIS CKGE, AND IT IS NOT LICENSING NEO4J AND MAINTAINING AND

10:12AM  1    WRITING AND MODIFYING IT.  IT'S SETTING UP THE WHOLE PLATFORM.

10:12AM  2        SO AT THE SAME TIME JOHN HAD A COMMERCIAL LICENSE WITH

10:12AM  3    MPO AND NSA, AND IN THEIR DAMAGE CLAIM THERE'S A NEW CENTURY

10:13AM  4    WHICH IS A CONSULTANT FOR THE MARYLAND PROCUREMENT OFFICE WHICH

10:13AM  5    IS THE PURCHASING ARM OF THE NSA.

10:13AM  6        SO WHEN WE LOOK AT THIS, THERE ARE TWO ORGANIZATIONS, THE

10:13AM  7    IRS AND THE NSA THAT THEY'RE SEEKING DAMAGES ON.

10:13AM  8        JOHN ALREADY HAD A COMMERCIAL CONTRACT WITH THE NSA,

10:13AM  9    ALREADY WAS DOING THAT, EXCEPT THE NSA DECIDED NOT TO RENEW IT.

10:13AM  10   THEY DIDN'T WANT IT ANYMORE.  SO THEY HAD A COMMERCIAL

10:13AM  11   CONTRACT, THEY KNEW WHAT IT WAS, AND THEY DECIDED TO STOP.

10:13AM  12       THE ISSUE THAT WE FOCUS ON A LITTLE BIT HERE, AND I REALLY

10:13AM  13   LOOK AT IS KEY, THE COMMONS CLAUSE.  WE'VE HAD A FEW MOTIONS ON

10:14AM  14   THAT.

10:14AM  15       WHAT IS IMPORTANT HERE IN MY SENSE IS THAT THE COMMONS

10:14AM  16   CLAUSE ONLY PREVENTS THE IRS AND THE NSA FROM SELLING

10:14AM  17   SOFTWARE.  OKAY.

10:14AM  18       SO THE COMMONS CLAUSE IMPLICATES THAT THE IRS AND THE NSA

10:14AM  19   MAY NOT SELL THE SOFTWARE.  AND FOR THE COURT'S EDIFICATION,

10:14AM  20   OUR EXHIBIT IS 1002, WHICH IS THE NEO4J APL CONTRACT WITH THE

10:15AM  21   COMMONS CLAUSE.

10:15AM  22       THE DEFINITION IN THE COMMONS CLAUSE, THERE'S A BROADER

10:15AM  23   ONE WHAT SELL MEANS, BUT THAT INCLUDES SELLING IT, PROVIDING TO

10:15AM  24   THIRD PARTIES.  THE DEFINITION OF SELL:  SELL MEANS PRACTICING

10:15AM  25   ANY OR ALL RIGHTS GRANTED TO YOU UNDER THE LICENSE TO PROVIDE

DEFENDANTS' OPENING STATEMENT

```
10:15AM   1      TO THIRD PARTIES FOR FEAR OF OTHER CONSIDERATION A PRODUCT OR

10:15AM   2   SERVICE THAT EXISTS ENTIRELY OR SUBSTANTIALLY OF THE SOFTWARE

10:15AM   3   OR THE FUNCTIONALITY OF THE SOFTWARE.

10:15AM   4      THE IRS AND THE NSA DO NOT SELL NEO4J DATABASES.  THEY DO

10:15AM   5   NOT PROVIDE SERVICES WHERE THEY TAKE TAXPAYER INFORMATION OR

10:16AM   6   NATIONAL SECURITY INFORMATION AND ALLOW YOU TO PURCHASE IT.

10:16AM   7   JUST NO SUCH THING.

10:16AM   8      THE COMMONS CLAUSE, REMOVAL OR NOT, HAS NO IMPACT ON THE

10:16AM   9   U.S. GOVERNMENT.

10:16AM  10      JOHN REMOVED THIS NOT TO GAIN AN ECONOMIC ADVANTAGE OR

10:16AM  11   SOMETHING WITH THE GOVERNMENT.  THEY DON'T SELL IT.

10:16AM  12      HE DID THAT OUT OF HIS OFFICE SOURCE PHILOSOPHY.

10:16AM  13      IN FACT, HIS POINT OF VIEW IS SHOWN -- THERE'S AN

10:16AM  14   EXHIBIT 1101, AND THIS IS WHEN WE'RE TALKING TO NEW CENTURY,

10:16AM  15   THE NSA GROUP.

10:17AM  16      SO THE IRS WAS USING THE OPEN SOURCE AND USING THE AGPL,

10:17AM  17   TOLD JOHN THEY DON'T NEED THE AGPL, THEY DON'T NEED THE

10:17AM  18   COMMERCIAL, THEY CAN DO IT WITH COMMUNITY.  THE EVIDENCE WILL

10:17AM  19   SHOW THAT.  THAT'S WHAT THE IRS SAID.

10:17AM  20      ON THE NSA ON NEW CENTURY, THIS WHOLE ISSUE ON WHETHER THE

10:17AM  21   NSA PURCHASED SOFTWARE BASED ON AN IMPLIED REPRESENTATION ON

10:17AM  22   JOHN SUHY'S WEBSITE, THIS REALLY SORT OF DENIGRATES THE

10:17AM  23   UNITED STATES GOVERNMENT PURCHASING DEPARTMENTS.  THEY DO A

10:17AM  24   LITTLE MORE RESEARCH IN SPENDING $2 MILLION.  THEY'RE READING A

10:17AM  25   THIRD PARTY'S WEBSITE SIDE.
```

DEFENDANTS' OPENING STATEMENT

10:17AM 1    WHAT THEY DID ACTUALLY WAS THAT THEY GOT A COPY OF THE

10:17AM 2  COMMERCIAL VERSION, AND THEY GOT A COPY OF ONGDB, AND THEY GOT

10:18AM 3  A SUPPORT PERSON FROM NEO4J AND THEY LOOKED AT THE TWO

10:18AM 4  PRODUCTS, RIGHT?

10:18AM 5    THEY DIDN'T RELY ON A REPRESENTATION IMPLIED BY AN AD.

10:18AM 6  THEY LOOKED AT THE SOFTWARE.

10:18AM 7    AND JOHN DID TELL NEW CENTURY, I'LL QUOTE, IN FEBRUARY OF

10:18AM 8  2018, "IF YOU ARE USING ONGDB AND HAVE ANY CONCERNS OR DON'T

10:18AM 9  SEE IT KEEPING UP WITH ENTERPRISE FEATURES, YOU CAN ALWAYS

10:18AM 10  SWITCH TO A COMMERCIAL NEO4J ENTERPRISE PACKAGE THROUGH ANY

10:18AM 11  PARTNER ON THE NEO4J.COM WEBSITE."

10:18AM 12    SO JOHN WAS TELLING THE NSA, IF YOU DON'T FIND THAT ONGDB

10:18AM 13  MEETS YOUR REQUIREMENTS, GO BUY THE COMMERCIAL.

10:19AM 14    THE NSA DIDN'T BUY THE COMMERCIAL LICENSE, NOT BECAUSE IT

10:19AM 15  HAD ALL OF THE FEATURES, ALL OF THE ISSUES AND THE FALSE

10:19AM 16  ADVERTISING ARGUMENTS OR DIDN'T HAVE A LICENSE OR THIS.  THEY

10:19AM 17  DIDN'T BUY IT BECAUSE OF COST, MONEY.  THEY DIDN'T HAVE IT IN

10:19AM 18  THEIR BUDGET.  THE IRS DIDN'T HAVE IT IN THEIR BUDGET.

10:19AM 19    AND THE REAL DIFFERENCE HERE BETWEEN PAYING $2 MILLION FOR

10:19AM 20  SOFTWARE AND PAYING ZERO IS THE REASON WHY NEO4J LOST SALES ON

10:19AM 21  ITS OWN PRODUCT.  NEO4J HAS THE OPEN SOURCE SOFTWARE AND MAKES

10:19AM 22  IT AVAILABLE.

10:19AM 23    ON THE DMCA CLAIM, THE ARGUMENTS ABOUT HOW THE DMCA CLAIMS

10:20AM 24  ARE SYNONYMOUS.  SWEDEN DOESN'T SELL SOFTWARE.  THEY DON'T SELL

10:20AM 25  THE COMMERCIAL LICENSE.  ALL THEY DO IS HAVE THE OPEN SOURCE

10:20AM  1    VERSION, COMMUNITY OR THE -- I CALL IT AGPL.

10:20AM  2        SO THEY DIDN'T LOSE SELLS TO NSA OR IRS.  THEY DON'T SELL

10:20AM  3    TO NSA OR IRS.

10:20AM  4        THERE IS A STATUTORY VIOLATION BETWEEN 2500, 25,000 PER

10:20AM  5    ACT.  THE EVIDENCE WILL SHOW, AND THIS IS EXHIBIT 110, THAT

10:20AM  6    JOHN REMOVED THE COMMONS CLAUSE FROM SWEDEN'S VERSION OF THE

10:20AM  7    AGPL AND THE HEADER OUT AS WELL AND REPLACED IT WITH THE

10:20AM  8    STANDARD AGPL LICENSE.  YOU'VE HEARD ABOUT THIS A FEW TIMES.

10:21AM  9        AND THE REASON WE'RE GOING TO BRING IT UP ONE MORE TIME

10:21AM  10   QUICKLY IS UNDER 17 U.S.C. 1203, A COURT MAY REDUCE OR REMIT

10:21AM  11   THE TOTAL AWARDED DAMAGES IF IT FINDS THE VIOLATOR WAS NOT

10:21AM  12   AWARE AND HAD NO REASON TO BELIEVE THAT HIS ACTS CONSTITUTED A

10:21AM  13   VIOLATION.  THIS IS A STOP GAP MEASURE AND THE DMCA ALLOWS THE

10:21AM  14   COURT IN ITS DISCRETION TO LOOK AT THE SITUATION AND SAY, HEY,

10:21AM  15   WHAT IS GOING ON HERE.

10:21AM  16       WHAT YOU'LL FIND IS THAT THE LICENSE -- JOHN REMOVED THE

10:21AM  17   COMMONS CLAUSE IN MARCH OF 2018.  EXHIBIT 1010 ONLY SHOWS THE

10:22AM  18   MARCH DATE FOR SOME REASON, BUT THE TIMING OF THE EMAIL SHOWS

10:22AM  19   THAT ITS EARLY EVENTS WAS MARCH OF 2018.

10:22AM  20       HE DID THAT AFTER DISCUSSIONS WITH THE FREE SOFTWARE

10:22AM  21   FOUNDATION ABOUT WHETHER THIS WAS APPROPRIATE TO REMOVE.  AND

10:22AM  22   NEO4J HAS EVIDENCE, WELL, YOU DID NOT TALK TO A LAWYER, WELL,

10:22AM  23   YOU DIDN'T DO THIS, YOU DIDN'T DO THAT.

10:22AM  24       HE TALKED TO THE PEOPLE WHO WROTE THE CONTRACT.  HE ALSO

10:22AM  25   HAD A CONVERSATION OR AN EMAIL WITH BRAD NUSSBAUM WHERE HE SAID

10:22AM  1      THAT HE HAD TALKED TO FSF, GOT THE SAME ANSWER, AND HE HAD

10:22AM  2      TALKED TO A LAWYER AND THAT GENTLEMAN WAS FROM THE GRAPH

10:22AM  3      FOUNDATION.

10:23AM  4          SO JOHN HAD THAT EMAIL.  AND NEW CENTURY EVEN SAID THEY

10:23AM  5      WERE GOING TO TALK TO THEIR ATTORNEY, TOO.  I DON'T KNOW IF

10:23AM  6      THEY DID.  BUT THAT'S WHAT JOHN SAW.

10:23AM  7          BACK AFTER HE SAW THAT, HE THEN OFFERED TO COMMIT TO THE

10:23AM  8      GRAPH FOUNDATION WEBSITE REMOVING THE CLAUSE, AND HE DID THAT

10:23AM  9      UNDER THIS DISCUSSION OF WHAT HE'D READ AND SAW AND SPOKE TO.

10:23AM  10     AND WHAT THE LICENSE SAYS UNDER SECTION 7, HE DIDN'T REALIZE

10:23AM  11     THAT THAT DIDN'T APPLY TO THE DEVELOPER OR THE LICENSOR, SO

10:23AM  12     YOUR RULING IS THAT THE LICENSOR CAN ADD TERMS THAT SECTION 7

10:23AM  13     ONLY APPLIES TO DOWNSTREAM LICENSEES.  HE DID NOT REALIZE THAT.

10:23AM  14         THE EVIDENCE, I THINK, OF WHY HE DID IT IS STATED IN

10:24AM  15     EXHIBIT 110.  UPDATE THE LICENSED TEXT FILE TO BE PURE AGPL AS

10:24AM  16     TO NOT VIOLATE THE FSF COPYRIGHT AND TO BE IN LINE WITH THE

10:24AM  17     AGPL LICENSE.

10:24AM  18         THAT'S STATED IN A REPOSITORY COMMITMENT DATED.  IT WASN'T

10:24AM  19     ADDED POST LITIGATION OR SOMETHING TO CREATE A CLAIM.  AND IT

10:24AM  20     WAS BEFORE YOUR HONOR'S RULINGS; IT WASN'T IN SPITE OF THEM.  I

10:24AM  21     JUST -- I DON'T KNOW IF THAT'S IMPORTANT.  IT'S IMPORTANT TO

10:24AM  22     ME.

10:24AM  23         SO MR. SUHY DOESN'T SELL SOFTWARE.

10:25AM  24         MR. SUHY'S ADVERTISEMENT THAT YOU FOUND FALSE, YOUR HONOR,

10:25AM  25     WAS COMPARISON OF NEO4J'S COMMERCIAL LICENSE, U.S.A.'S

DEFENDANTS' OPENING STATEMENT

10:25AM 1    COMMERCIAL LICENSE AND NEO4J SWEDEN'S OPEN SOURCE LICENSE.

10:25AM 2        ONGDB WAS MENTIONED IN THAT ADVERTISEMENT, GRANT THAT.

10:25AM 3    I'M NOT TRYING TO HIDE THAT BALL.  BUT THERE'S NOTHING IN HIS

10:25AM 4    ADS THAT SAYS HE CAN DEVELOP A PLATFORM AS A PROFESSIONAL

10:25AM 5    SERVICE BETTER THAN NEO4J.

10:25AM 6        THE ADVERTISEMENT, THERE'S NO FALSITY ATTRIBUTED TO

10:25AM 7    MR. SUHY'S SOFTWARE DEVELOPMENT WORK.  SO THE CASES, YOU MADE A

10:26AM 8    FALSE ADVERTISEMENT ON A COMMENTS CLAUSE ISSUE, AND A

10:26AM 9    DROP-AN-ENGINE ISSUE, AND, THEREFORE, WE'RE DAMAGED BY YOUR

10:26AM 10   PROFESSIONAL SUPPORT.  IT IS TRULY APPLES AND ORANGES.

10:26AM 11       SO AS A RESULT -- THE CASE OBVIOUSLY HAS BEEN AROUND FOR A

10:26AM 12   WHILE.  THERE WERE A LOT OF THINGS GOING ON WITH THIS CASE WITH

10:26AM 13   COVID AND THINGS.  BUT IT'S REALLY MORE OF A CASE OF THE

10:26AM 14   INJUNCTION.  I THINK INJUNCTIVE RELIEF IS AN APPROPRIATE REMEDY

10:26AM 15   HERE, AND IT PROBABLY COULD HAVE RESOLVED THIS CASE YEARS AGO.

10:27AM 16       THE GRAPH FOUNDATION, WHICH HAD ONGDB, THEY'RE THE ONES

10:27AM 17   THAT LICENSE AND HAVE THE REPOSITORY AVAILABLE FOR EVERYBODY.

10:27AM 18   ONLY AN INJUNCTION WAS GRANTED AGAINST THEM, AND THEY'RE THE

10:27AM 19   ONES THAT DISTRIBUTED THOUSANDS OF COPIES OF ONGDB.  SO I DON'T

10:27AM 20   FEEL DAMAGES ARE APPROPRIATE OR ATTORNEYS' FEES BECAUSE THEY

10:27AM 21   WOULD ONLY SEEM TO PUNISH JOHN FOR HIS PHILOSOPHICAL POSITION

10:27AM 22   REGARDING OPEN SOURCE SOFTWARE AS HIS CONDUCT WAS NOT

10:27AM 23   ANTICOMPETITIVE IN INTENT OR IN PRACTICE.

10:28AM 24       THANK YOU.

10:28AM 25           THE COURT:  THANK YOU.  ALL RIGHT.  THANK YOU.

| | | |
|---|---|---|
| 10:28AM | 1 | DOES THE PLAINTIFF HAVE A WITNESS TO CALL OR ANY EVIDENCE |
| 10:28AM | 2 | TO PRESENT? |
| 10:28AM | 3 | MR. PICONE:  WE DO. |
| 10:28AM | 4 | WE CALL JASON ZAGALSKY FROM NEO4J AS OUR FIRST WITNESS. |
| 10:28AM | 5 | THE COURT:  OKAY.  SIR, IF YOU WOULD COME FORWARD. |
| 10:28AM | 6 | YOU CAN STAND OVER HERE AND FACE OUR COURTROOM DEPUTY. |
| 10:28AM | 7 | WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR |
| 10:28AM | 8 | YOU. |
| 10:28AM | 9 | **(PLAINTIFFS' WITNESS, JASON ZAGALSKY, WAS SWORN.)** |
| 10:28AM | 10 | THE WITNESS:  YES. |
| 10:28AM | 11 | THE COURT:  I'LL INVITE YOU TO HAVE A SEAT UP HERE |
| 10:28AM | 12 | AND MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE CHAIR |
| 10:28AM | 13 | AND MICROPHONE AS YOU NEED. |
| 10:28AM | 14 | THERE'S WATER THERE FOR YOUR REFRESHMENT. |
| 10:29AM | 15 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE, |
| 10:29AM | 16 | AND IT'S MOVEABLE.  YOU CAN MOVE IT ABOUT AND CLOSER TO YOU AS |
| 10:29AM | 17 | YOU NEED. |
| 10:29AM | 18 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 10:29AM | 19 | AND SPELL IT, PLEASE. |
| 10:29AM | 20 | THE WITNESS:  GOOD MORNING, YOUR HONOR. |
| 10:29AM | 21 | MY NAME IS JASON ZAGALSKY, J-A-S-O-N, Z AS IN ZEBRA |
| 10:29AM | 22 | A-G-A-L-S-K-Y. |
| 10:29AM | 23 | THE COURT:  THANK YOU. |
| 10:29AM | 24 | COUNSEL. |
| 10:29AM | 25 | MR. RATINOFF:  THANK YOU, YOUR HONOR. |

**DIRECT EXAMINATION**

BY MR. RATINOFF:

Q.   MR. ZAGALSKY, CAN YOU PLEASE INTRODUCE YOURSELF TO THE

COURT?

A.   SURE.

Q.   MORE FORMALLY THAN JUST YOUR NAME.

A.   SURE.  AGAIN, MY NAME IS JASON ZAGALSKY.  I'M THE FEDERAL

TECHNICAL ACCOUNT MANAGER AT NEO4J FOR THE PAST SEVEN YEARS.

Q.   AND AS TECHNICAL, FEDERAL TECHNICAL ACCOUNT MANAGER, WHAT

DOES THAT ROLE INVOLVE?

A.   I'M RESPONSIBLE FOR SALES OF NEO4J SOFTWARE TO THE FEDERAL

GOVERNMENT AND FEDERAL GOVERNMENT CONTRACTORS.

     I ALSO, OVER THE PAST SEVEN YEARS I'VE HELPED WITH GROWING

THE FEDERAL TEAM AT NEO4J.

Q.   AND PRIOR TO NEO4J, WHERE WERE YOU EMPLOYED?

A.   PRIOR TO NEO4J I WAS AT ORACLE FOR TEN YEARS.

Q.   AND PRIOR TO ORACLE WERE YOU EMPLOYED AS WELL?

A.   PRIOR TO ORACLE I WAS AT A COMPANY CALLED STELLENT VERY

BRIEFLY, FOR FIVE WEEKS, BEFORE I WAS ACQUIRED BY ORACLE.

Q.   AND THEN PRIOR TO THE ACQUISITION OF STELLENT?

A.   STELLENT, S-T-E-L-L-E-N-T.

Q.   AND THEN BEFORE STELLENT, WERE YOU WORKING SOMEWHERE?

A.   YES.  I WAS AT IN ANNAPOLIS MICRO SYSTEMS, ANNAPOLIS,

A-N-N-A-P-O-L-I-S, MICRO SYSTEMS, THREE WORDS.

Q.   AS FAR AS YOUR EDUCATIONAL BACKGROUND, DID YOU GRADUATE

10:30AM 1    COLLEGE?

10:30AM 2    A.   I DID.  I WENT TO THE UNIVERSITY OF WISCONSIN MADISON, AND

10:30AM 3    I GRADUATED WITH A BACHELOR OF SCIENCE IN ELECTRICAL

10:31AM 4    ENGINEERING.

10:31AM 5    Q.   AND I DON'T MEAN TO DATE YOU, BUT APPROXIMATELY WHAT YEAR

10:31AM 6    DID YOU GRADUATE?

10:31AM 7    A.   1991.

10:31AM 8    Q.   AND THEN GOING BACK TO YOUR ROLE AT NEO4J, CAN YOU EXPLAIN

10:31AM 9    TO THE COURT AND DESCRIBE HOW GOVERNMENT SALES WORK AT NEO4J?

10:31AM 10   A.   SURE.  WELL, WE SELL SOFTWARE PRIMARILY THROUGH RESELLERS

10:31AM 11   TO THE FEDERAL GOVERNMENT AND FEDERAL CONTRACTORS.

10:31AM 12   Q.   AND WHAT'S THE PRIMARY PRODUCT THAT YOU'RE RESPONSIBLE FOR

10:31AM 13   SELLING AT NEO4J?

10:31AM 14   A.   NEO4J ENTERPRISE EDITION, WHICH IS A GRAPH DATABASE.

10:31AM 15   Q.   AND CAN YOU MAYBE PROVIDE A LITTLE MORE DETAIL ON WHAT

10:31AM 16   NEO4J ENTERPRISE EDITION IS AS FAR AS BEING A GRAPH DATABASE?

10:31AM 17   A.   SURE.  GRAPH DATABASE IS A SPECIAL KIND OF DATABASE WHERE

10:31AM 18   THE DATA IS STORED IN MEMORY AND ON DISK AS A GRAPH, A GRAPH

10:32AM 19   BEING NODES IN RELATIONSHIPS OR ENTITIES AND THEIR CONNECTIONS.

10:32AM 20       AND THERE'S SEVERAL DIFFERENT USE CASES FOR GRAPH

10:32AM 21   DATABASES.  IT'S NOT AN APPLICATION BUT JUST A DATABASE.  IT

10:32AM 22   CAN BE USED FOR -- TYPICALLY IN THE GOVERNMENT USED FOR THINGS

10:32AM 23   LIKE CRIMINAL INVESTIGATIONS, INTELLIGENCE INVESTIGATIONS,

10:32AM 24   FRAUD INVESTIGATIONS, SUPPLY CHAIN ANALYTICS, KNOWLEDGE GRAPHS,

10:32AM 25   THINGS LIKE THAT.

10:32AM  1    Q.   AND GOING BACK TO NEO4J, INC., AS A COMPANY, WHERE IS

10:32AM  2    NEO4J, INC., BASED?

10:32AM  3    A.   IN CALIFORNIA.

10:32AM  4    Q.   AND RIGHT HERE IN THE BAY AREA?

10:32AM  5    A.   YES, SAN MATEO.

10:32AM  6    Q.   AND DOES NEO4J HAVE OTHER OFFICES ELSEWHERE?

10:32AM  7    A.   YES.  WELL, NEO4J, INC., HAS OFFICES -- WELL, PRIOR TO

10:33AM  8    COVID WE HAD OTHER OFFICES, BUT WE'RE DISTRIBUTED REMOTELY

10:33AM  9    THROUGHOUT THE U.S., AND THERE'S ALSO A SUBSIDIARY OF

10:33AM  10   NEO4J, INC., NEO4J AB IN SWEDEN, AND THAT'S WHERE ALL OF THE

10:33AM  11   DEVELOPMENT AND ENGINEERING IS DONE FOR NEO4J'S PRODUCTS.

10:33AM  12   Q.   WELL, AND THEN AS FAR AS NEO4J, INC., WHAT IS ITS ROLE IN

10:33AM  13   THE UNITED STATES?

10:33AM  14   A.   NEO4J, INC., INCLUDES THE REVENUE ORGANIZATION, WHICH

10:33AM  15   INCLUDES SALES AND SUPPORT, PROFESSIONAL SERVICES, CUSTOMER

10:33AM  16   SUCCESS, THINGS LIKE THAT.

10:33AM  17        THERE'S ALSO A MARKETING DEPARTMENT AND THE GENERAL

10:33AM  18   ADMINISTRATION FUNCTIONS ARE ALL CONTAINED WITHIN NEO4J, INC.

10:33AM  19   Q.   AND WHERE ARE YOU BASED OUT OF FOR YOUR WORK FOR NEO4J?

10:34AM  20   A.   I'M BASED IN ANNAPOLIS, MARYLAND NOT FAR FROM WASHINGTON,

10:34AM  21   D.C., AND, OF COURSE, THAT'S WHERE MOST OF THE FEDERAL

10:34AM  22   GOVERNMENT WORK IS, SO IT'S A CONVENIENT PLACE TO LIVE AND

10:34AM  23   WORK.

10:34AM  24   Q.   UNDERSTOOD.  AND GOING BACK TO NEO4J'S PRODUCTS, AND I'LL

10:34AM  25   JUST TAKE YOU BACK TO APPROXIMATELY 2017, AT THAT TIME DID

10:34AM  1    NEO4J OFFER ANY OTHER PRODUCTS BESIDES NEO4J ENTERPRISE

10:34AM  2    EDITION?

10:34AM  3    A.   2017?  NO, THAT WAS THE ONLY PRODUCT.

10:34AM  4    Q.   OKAY.  WAS THERE DIFFERENT VERSIONS OF NEO4J GRAPH

10:34AM  5    DATABASE SOFTWARE?

10:34AM  6    A.   YES.  WELL, THERE WERE DIFFERENT EDITIONS.  THERE WAS

10:34AM  7    NEO4J ENTERPRISE EDITION AND NEO4J COMMUNITY EDITION.

10:34AM  8    Q.   AND I KNOW YOU'VE MENTIONED A LITTLE BIT ABOUT NEO4J

10:34AM  9    ENTERPRISE.  COULD YOU DESCRIBE WHAT THE DIFFERENCES ARE?

10:34AM 10        OR LET'S JUST START WITH NEO4J COMMUNITY EDITION.  CAN YOU

10:34AM 11    DESCRIBE WHAT THE NEO4J COMMUNITY EDITION IS?

10:34AM 12    A.   YES.  THE NEO4J COMMUNITY EDITION IS THE CORE DATABASE.

10:35AM 13    IT'S LIMITED IN FEATURES AND PERFORMANCE.

10:35AM 14    Q.   AND AS FAR AS THE LIMITATIONS IN PERFORMANCE, WHAT DO YOU

10:35AM 15    MEAN BY THAT?

10:35AM 16    A.   IT'S LIMITED TO ONLY TAKING ADVANTAGE OF UP TO FOUR CORES

10:35AM 17    AND A SERVER.  SO YOU COULD HAVE A HUGE 24 CORE SERVER.  WITH

10:35AM 18    THE COMMUNITY EDITION, IT WOULD ONLY TAKE ADVANTAGE OF 4 CORES.

10:35AM 19    IT DOESN'T INCLUDE ANY OF THE ENTERPRISE FEATURES THAT WE HAVE

10:35AM 20    THAT IMPROVE THE PERFORMANCE OF THE DATABASE, AND IT'S ALSO

10:35AM 21    LIMITED TO ONLY RUNNING ON A SINGLE SERVER SO THERE'S NO

10:35AM 22    CLUSTERING FOR HORIZONTAL SCALING.

10:35AM 23    Q.   AND I THINK WE'RE GOING TO BE USING TERMS LIKE SERVERS,

10:35AM 24    CORES, THINGS OF THAT NATURE.  I THINK IT WOULD BE HELPFUL FOR

10:35AM 25    THE COURT MAYBE IF YOU COULD JUST SORT OF EXPLAIN HOW NEO4J

ZAGALSKY DIRECT BY MR. RATINOFF

10:35AM 1    RELATES TO THOSE TERMS?

10:35AM 2    A.   SURE.  SO NEO4J IS A DATABASE SOFTWARE.  IT'S TYPICALLY

10:36AM 3    RUN ON A COMPUTER SERVER.  SOMETIMES WE REFER TO A COMPUTER

10:36AM 4    SERVER AS A MACHINE.

10:36AM 5    Q.   AND THEN HOW DOES A CORE RELATE TO A MACHINE?

10:36AM 6    A.   OH, SURE.  SO OUR LICENSING MODEL RESTRICTS SUBSCRIPTION

10:36AM 7    OR LICENSE BY THE NUMBER OF CPU CORES, WHICH CPU IS THE

10:36AM 8    COMPUTING POWER WITHIN A COMPUTER.  SO YOU CAN HAVE ANY NUMBER

10:36AM 9    OF CPU'S IN A COMPUTER.  THE MORE CPU'S YOU HAVE, THE MORE

10:36AM 10   PROCESSING POWER YOU HAVE.

10:36AM 11           THE COURT:  SO DOES CORE MEAN AN INDIVIDUAL MACHINE?

10:36AM 12           THE WITNESS:  NO, NO.

10:36AM 13           THE COURT:  WHAT DOES CORE MEAN?

10:36AM 14           THE WITNESS:  A CORE IS -- IT'S GOTTEN COMPLICATED

10:36AM 15   OVER THE YEARS.  IT USED TO BE A COMPUTER WOULD HAVE A CPU IN

10:37AM 16   IT, A CENTRAL PROCESSING UNIT, AND THERE WOULD BE ONE CPU THAT

10:37AM 17   DOESN'T HAVE MULTIPLE CORES.  IT WOULD JUST BE A CPU.

10:37AM 18       AND THEN AS TIME GOES BY, THE GUYS AT INTEL AND OTHER

10:37AM 19   MANUFACTURERS OF CPU'S GOT SMARTER AND MADE THINGS SMALLER AND

10:37AM 20   MORE COMPACT, AND THEY STARTED PUTTING MULTIPLE CORES OR

10:37AM 21   COMPUTE ENGINES WITHIN A SINGLE CPU.

10:37AM 22       AND THEN THE GUYS WHO MAKE THE COMPUTERS, THEY WANTED TO

10:37AM 23   HAVE MORE THAN JUST ONE CPU, EVEN IF IT HAD MULTIPLE CORES IN A

10:37AM 24   SINGLE CPU, IN ORDER TO GET PARALLELISM AND HIGHER PERFORMANCE

10:37AM 25   FOR PROCESSING, THEY STARTED PUTTING MULTIPLE CPU'S IN A SINGLE

ZAGALSKY DIRECT BY MR. RATINOFF

10:37AM 1    SERVER OR A SINGLE MACHINE.

10:37AM 2        SO YOU HAVE THE MACHINE OR THE SERVER AND WITHIN THAT YOU

10:37AM 3    HAVE SOME NUMBER OF CPU'S AND WITHIN THE CPU YOU CAN HAVE SOME

10:37AM 4    NUMBER OF CORES.

10:37AM 5            THE COURT:  OKAY.

10:37AM 6            THE WITNESS:  ALL OF THAT GIVES YOU, AS YOU GET MORE

10:37AM 7    AND MORE CORES, YOU GET MORE PROCESSING POWER.

10:37AM 8        SO WE LICENSE BY THE NUMBER OF CPU CORES IN A MACHINE OR

10:38AM 9    SERVER BECAUSE THE MORE CPU CORES YOU HAVE, THE BETTER

10:38AM 10   PERFORMANCE YOU CAN GET FROM OUR SOFTWARE.

10:38AM 11       WE ALSO INCLUDE IN OUR LICENSING MODEL THE AMOUNT OF

10:38AM 12   MEMORY OR RAM IN THE COMPUTER BECAUSE THE WAY THAT OUR SOFTWARE

10:38AM 13   WORKS, THE MORE OF THE DATA THAT IS STORED IN MEMORY, THE

10:38AM 14   HIGHER THE PERFORMANCE YOU CAN GET FROM OUR DATABASE.

10:38AM 15       SO WE COUNT THE NUMBER OF SERVERS OR MACHINES, AND THE

10:38AM 16   NUMBER OF CPU CORES IN THE SERVER OR MACHINE, AND THE AMOUNT OF

10:38AM 17   MEMORY IN THE MACHINE, AND THAT'S HOW WE LICENSE OUR SOFTWARE.

10:38AM 18           MR. RATINOFF:  THANK YOU.  THAT WAS VERY HELPFUL, I

10:38AM 19   THINK.  D.

10:38AM 20   Q.   OKAY.  AND THEN GOING BACK TO NEO4J ENTERPRISE EDITION,

10:39AM 21   YOU MENTIONED THAT THERE ARE CERTAIN ENTERPRISE ONLY FEATURES.

10:39AM 22       WHAT DID YOU MEAN BY THAT?

10:39AM 23   A.   SO WE DIFFERENTIATE THE COMMERCIAL NEO4J ENTERPRISE

10:39AM 24   EDITION.

10:39AM 25       GOING BACK, NEO4J COMMUNITY EDITION IS FREE UNDER THE GPL

ZAGALSKY DIRECT BY MR. RATINOFF

10:39AM 1    LICENSE.

10:39AM 2         NEO4J ENTERPRISE EDITION IS COMMERCIALLY LICENSED BY NEO4J

10:39AM 3    UNDER A NEO4J LICENSE.

10:39AM 4         AND I FORGOT WHAT YOUR QUESTION WAS.

10:39AM 5         (LAUGHTER.)

10:39AM 6    BY MR. RATINOFF:

10:39AM 7    Q.   THAT'S FINE.  I KNOW IT'S YOUR FIRST TIME TESTIFYING IN

10:39AM 8    TRIAL.

10:39AM 9    A.   YES.

10:39AM 10   Q.   OKAY.  UNDERSTOOD.

10:39AM 11        SO MY QUESTION WAS, AND MAYBE I'LL BE A LITTLE BIT MORE

10:39AM 12   PRECISE, CAN YOU IDENTIFY WHAT THE ENTERPRISE ONLY FEATURES YOU

10:39AM 13   PREVIOUSLY REFERENCED IN A GENERAL SENSE?

10:39AM 14   A.   YES.  SO THE NEO4J ENTERPRISE EDITION INCLUDES A NUMBER OF

10:39AM 15   ENTERPRISE FEATURES THAT MAKE IT MORE VALUABLE AND MORE USEFUL

10:40AM 16   TO CUSTOMERS WHO ARE BUILDING AN APPLICATION ON NEO4J.

10:40AM 17        SO THE -- THERE'S A FAIRLY LONG LIST OF ENTERPRISE

10:40AM 18   FEATURES, BUT SOME OF THE MOST RELEVANT AND COMMON REASONS WHY

10:40AM 19   CUSTOMERS PURCHASE NEO4J ENTERPRISE EDITION IS FOR CLUSTERING,

10:40AM 20   WHICH MEANS THE ABILITY TO HAVE NEO4J RUNNING ON MULTIPLE

10:40AM 21   SERVERS AND ALL CONNECTED TOGETHER WORKING TOGETHER AND YOU

10:40AM 22   CLUSTER FOR TWO REASONS.

10:40AM 23        ONE IS FOR HIGH AVAILABILITY, WHICH MEANS IF YOU'RE -- ONE

10:40AM 24   OF THE SERVERS CRASHES, FAILS, STOPS RUNNING, THE OTHER SERVERS

10:40AM 25   WILL CONTINUE TO RUN AND THERE WON'T BE ANY DOWNTIME FOR THE

10:40AM 1    USERS OF THE DATABASE.

10:40AM 2         ANOTHER REASON FOR CLUSTERING IS FOR PERFORMANCE.  NEO4J

10:40AM 3    ENTERPRISE ALLOWS FOR HORIZONTAL SCALING ACROSS THE MACHINES OR

10:41AM 4    SERVERS, SO IF THERE'S A NUMBER OF USERS ACCESSING THE DATABASE

10:41AM 5    AT THE SAME TIME, THE READS OR QUERIES THE DATABASE CAN BE

10:41AM 6    DISTRIBUTED ACROSS THE MACHINES, AND THAT PROVIDES BETTER

10:41AM 7    PERFORMANCE AND BETTER EXPERIENCE FOR THE USERS OF THE

10:41AM 8    DATABASE.

10:41AM 9         SO THAT'S THE FIRST CATEGORY OF ENTERPRISE FEATURES.

10:41AM 10        I MENTIONED HORIZONTAL SCALING FOR PERFORMANCE.  THERE'S

10:41AM 11   ALSO UNLIMITED VERTICAL SCALING, WHICH MEANS THAT I HAD

10:41AM 12   MENTIONED FOR THE COMMUNITY EDITION, IT WOULD ONLY TAKE

10:41AM 13   ADVANTAGE OF FOUR CORES PER MACHINE.

10:41AM 14        WITH THE ENTERPRISE EDITION, THE NEO4J WILL TAKE ADVANTAGE

10:41AM 15   OF ALL OF THE CPU CORES IN EACH MACHINE.  SO THAT WILL PROVIDE

10:41AM 16   FOR BETTER PERFORMANCE.

10:41AM 17        THERE ARE ALSO A NUMBER OF PERFORMANCE FEATURES WHICH ARE

10:42AM 18   ENTERPRISE ONLY FEATURES.  LIKE, FOR EXAMPLE, THERE'S AN

10:42AM 19   ENTERPRISE CYPHER RUN TIME, WHICH MAKES QUERIES OR READS FROM

10:42AM 20   THE DATABASE MUCH, MUCH FASTER THAN THE CYPHER RUN TIME IN

10:42AM 21   COMMUNITY EDITION.

10:42AM 22        THERE ARE OTHER PERFORMANCE FEATURES THAT ARE A LITTLE

10:42AM 23   MORE TECHNICAL THAT I WON'T GET INTO, BUT THERE IS ALSO

10:42AM 24   MONITORING AND ADMINISTRATION FEATURES IN THE ENTERPRISE

10:42AM 25   EDITION AND THERE'S SOME SCHEMA FEATURES AS WELL, INCLUDING ONE

ZAGALSKY DIRECT BY MR. RATINOFF

10:42AM  1    THAT IS PRETTY OFTEN USED CALLED NODE I.D., N-O-D-E AND THEN

10:42AM  2    I.D. FOR SHORTHAND FOR IDENTIFICATION.

10:42AM  3    Q.   AND ARE THERE ANY DIFFERENCES BETWEEN THE LEVEL OF SUPPORT

10:42AM  4    THAT ARE PROVIDED BETWEEN COMMUNITY AND ENTERPRISE EDITION?

10:42AM  5    A.   YES.

10:42AM  6    Q.   AND WHAT ARE THOSE DIFFERENCES?

10:42AM  7    A.   COMMUNITY EDITION IS NOT SUPPORTED BY NEO4J.  IT'S

10:42AM  8    SUPPORTED BY THE COMMUNITY.

10:43AM  9        WE HAVE A COMMUNITY FORUM WHERE IF SOMEONE IS NOT A

10:43AM  10   CUSTOMER IS USING COMMUNITY EDITION, THEY POSE A QUESTION TO

10:43AM  11   THE FORUM ONLINE AND SOMEBODY AT NEO4J IN OUR DEVELOPER

10:43AM  12   RELATIONS MIGHT ANSWER IT, SOMEBODY WHO IS A DEVELOPER AND

10:43AM  13   USING THE NEO4J FOR A LONG TIME FROM ANYWHERE MIGHT ANSWER THE

10:43AM  14   QUESTIONS.

10:43AM  15       BUT NEO4J AS A COMPANY DOES NOT SUPPORT NEO4J COMMUNITY

10:43AM  16   EDITION.  WE DON'T SELL SUPPORT PACKAGES FOR NEO4J COMMUNITY

10:43AM  17   EDITION, WE DON'T PROVIDE PROFESSIONAL SERVICES ON THE NEO4J

10:43AM  18   COMMUNITY EDITION.

10:43AM  19       IF SOMEONE IS USING THE NEO4J COMMUNITY EDITION, IT'S

10:43AM  20   STRICTLY ON THEIR OWN.

10:43AM  21       ON THE OTHER HAND, NEO4J ENTERPRISE EDITION, WE SELL

10:43AM  22   COMMERCIAL SUBSCRIPTIONS FOR NEO4J ENTERPRISE EDITION WHICH

10:43AM  23   INCLUDES CUSTOMER SUPPORT AS WELL AS PROFESSIONAL SERVICES.

10:44AM  24       PROFESSIONAL SERVICES IS CONSULTING SERVICES.  WE HAVE AN

10:44AM  25   ORGANIZATION OF CONSULTING ENGINEERS THAT PROVIDE ENABLEMENT TO

10:44AM  1      PARTNERS AND TRAINING AND ENABLEMENT DEVELOPMENT SERVICES AND

10:44AM  2      SO ON AND SO FORTH TO CUSTOMERS AS WELL.

10:44AM  3              THE COURT:  SO DO YOU SELL COMMUNITY EDITION?

10:44AM  4              THE WITNESS:  WE DO NOT SELL COMMUNITY EDITION.

10:44AM  5      COMMUNITY EDITION IS FREE.

10:44AM  6              THE COURT:  THAT'S JUST OUT THERE?

10:44AM  7              THE WITNESS:  THAT IS JUST OUT THERE.

10:44AM  8              THE COURT:  IN THE COMMUNITY?

10:44AM  9              THE WITNESS:  CORRECT.

10:44AM  10             THE COURT:  I SEE.

10:44AM  11     BY MR. RATINOFF:

10:44AM  12     Q.  AND WHY, TO BUILD ON YOUR HONOR'S QUESTION, WHY OFFER A

10:44AM  13     COMMUNITY EDITION?

10:44AM  14     A.  NEO4J WAS STARTED AN ON OPEN SOURCE COMPANY WITH OPENNESS

10:44AM  15     IN MIND.

10:44AM  16         WE BUILT OUR BUSINESS GOING WAY BACK TO AROUND 2010, WE

10:44AM  17     RELEASED THE FIRST FREE OPEN SOURCE NEO4J COMMUNITY EDITION AS

10:45AM  18     THE FIRST GRAPH DATABASE, OPEN SOURCE GRAPH DATABASE OUT THERE.

10:45AM  19         WE BUILT A MASSIVE COMMUNITY OF DEVELOPERS AROUND THE FREE

10:45AM  20     OPEN SOURCE COMMUNITY EDITION.

10:45AM  21         AND SHORTLY THEREAFTER, WE MONETIZED THAT INVESTMENT IN

10:45AM  22     THE FREE SOFTWARE BY BUILDING THE COMMERCIALLY LICENSED NEO4J

10:45AM  23     ENTERPRISE EDITION.

10:45AM  24     Q.  AND THEN I THINK EARLIER ON YOU MENTIONED SOMETHING ABOUT

10:45AM  25     BUILDING AN APPLICATION ON TOP OF NEO4J?

10:45AM  1    A.    YES.

10:45AM  2    Q.    AND WHAT DID YOU MEAN BY THAT?

10:45AM  3    A.    SO, AGAIN, I ALSO MENTIONED THAT NEO4J IS A DATABASE, A

10:45AM  4    PLATFORM.  SOMEONE WHO BUYS NEO4J DOESN'T HAVE AN APPLICATION

10:45AM  5    THAT END USERS CAN USE.  IT REQUIRES A NEO4J PARTNER OR A

10:45AM  6    GOVERNMENT CONTRACTOR OR THE GOVERNMENT THEMSELVES OR A

10:45AM  7    COMMERCIAL COMPANY TO BUILD AN APPLICATION THAT CONNECTS TO THE

10:46AM  8    DATABASE SO THAT THERE'S A USER INTERFACE AND APPLICATION THAT

10:46AM  9    THE USERS CAN USE.

10:46AM  10   Q.    AND DOES NEO4J SUPPORT THAT TYPE OF DEVELOPMENT AS WELL

10:46AM  11   THROUGH ITS PROFESSIONAL SERVICES?

10:46AM  12   A.    WE DO, YES.

10:46AM  13            THE COURT:  AND THAT'S UNIQUE FOR EACH CUSTOMER?

10:46AM  14            THE WITNESS:  YES, YES, THE APPLICATION IS TYPICALLY

10:46AM  15   UNIQUE FOR EACH CUSTOMER.

10:46AM  16   BY MR. RATINOFF:

10:46AM  17   Q.    AND FROM YOUR EXPERIENCE DATING BACK MANY SEVEN YEARS,

10:46AM  18   WOULD YOU CONSIDER NEO4J ENTERPRISE TO BE COMMERCIALLY

10:46AM  19   SUCCESSFUL?

10:46AM  20   A.    EXTREMELY COMMERCIALLY SUCCESSFUL, YES.

10:46AM  21   Q.    AND HOW IS THAT?

10:46AM  22   A.    SO, AGAIN, WE FUND THE RELEASE OF THE OPEN SOURCE PRODUCT

10:46AM  23   RELEASE, THE ENTERPRISE EDITION, TO MONETIZE THE INVESTMENT,

10:46AM  24   AND WE ACTUALLY WERE THE CREATOR OF THE GRAPH DATABASE

10:46AM  25   CATEGORY.

10:47AM 1      SO WE, WITH NEO4J ENTERPRISE EDITION, WE MANAGED TO BUILD

10:47AM 2  A TREMENDOUS MARKET FOR GRAPH DATABASES WITH MANY CUSTOMERS TO

10:47AM 3  THE POINT THAT THERE'S A NUMBER OF SMALL COMPANIES BUILDING

10:47AM 4  GRAPH DATABASES TRYING TO GET IN ON THE MASSIVE MARKET THAT

10:47AM 5  NEO4J CREATED.  EVEN BIG COMPANIES LIKE ORACLE, MICROSOFT,

10:47AM 6  AMAZON HAVE BUILT GRAPH DATABASES OR LAYERS ON TOP OF WHATEVER

10:47AM 7  DATABASE THAT THEY HAVE IN ORDER TO COMPETE WITH NEO4J AS THE

10:47AM 8  MARKET LEADER.

10:47AM 9      AGAIN, WE CREATED THE MARKET, AND WE REMAINED THE MARKET

10:47AM 10 LEADER BY FAR EVER SINCE.

10:47AM 11     THE COURT:  DO YOU CONSIDER THOSE INDIVIDUALS, THOSE

10:47AM 12 COMPANIES, ORACLE, MICROSOFT, AMAZON, AS COMPETITORS?

10:48AM 13     THE WITNESS:  IT'S INTERESTING BECAUSE THEY DO HAVE

10:48AM 14 GRAPH DATABASE OFFERINGS, BUT IT'S RARE, ESPECIALLY IN THE

10:48AM 15 FEDERAL GOVERNMENT, FOR ME TO NEED TO COMPETE WITH THEM BECAUSE

10:48AM 16 OUR PRODUCT IS SO SUPERIOR TO OUR PRODUCTS AS FAR AS FEATURES,

10:48AM 17 FUNCTIONALITY, INTERFACE, USABILITY, PERFORMANCE.

10:48AM 18     SO WHEN SOMEONE WANTS A GRAPH DATABASE, ALMOST EXCLUSIVELY

10:48AM 19 THEY COME TO NEO4J AND THEN THEY ASK US TO HELP THEM JUSTIFY

10:48AM 20 BUYING NEO4J OVER THE COMPETITORS.

10:48AM 21     THE COURT:  DO ORACLE, MICROSOFT, THOSE OTHERS, I

10:48AM 22 THINK YOU SAID THAT THEY DON'T TYPICALLY DO COMMERCE WITH THE

10:48AM 23 FEDERAL GOVERNMENT LIKE YOU DO?  IT SOUNDS LIKE THE FEDERAL

10:48AM 24 GOVERNMENT IS ONE OF YOUR HIGHEST, BIGGEST CLIENTS.

10:49AM 25     THE WITNESS:  THEY'RE A SIGNIFICANT CUSTOMER FOR

10:49AM  1    NEO4J, YES.

10:49AM  2        THEY DO -- I CAN'T SAY THAT THEY DON'T SELL TO THE

10:49AM  3    GOVERNMENT, BUT WHAT I CAN SAY IS THAT I RARELY COME ACROSS

10:49AM  4    THEM IN THE MARKETPLACE.  AND WHEN I DO, LIKE I SAID, IT'S IN

10:49AM  5    THE FORM OF, YEAH, WE REALLY WANT TO USE NEO4J, BUT WE NEED TO

10:49AM  6    DO A SOLE SOURCE JUSTIFICATION, WE NEED TO DO AN ANALYSIS OF

10:49AM  7    ALTERNATIVES, CAN YOU HELP ME WITH WHY NEO4J IS BETTER THAN

10:49AM  8    ORACLE'S SPACIAL AND GRAPH PRODUCTS OR BETTER THAN AMAZON'S

10:49AM  9    NEPTUNE, BETTER THAN MICROSOFT'S COSMOS DB.

10:49AM  10        SO THEY ASK FOR HELP IN JUSTIFYING WHY THEY SHOULD BUY

10:49AM  11   NEO4J.

10:49AM  12             THE COURT:  OKAY.  THANK YOU.  SORRY.

10:49AM  13             MR. RATINOFF:  THANK YOU, YOUR HONOR.

10:49AM  14   Q.  YOU HAVE A WITNESS BINDER IN FRONT OF YOU, I BELIEVE.

10:49AM  15   THERE ARE SOME TAB NUMBERS WHICH CORRESPOND TO -- NOW YOU DO.

10:50AM  16   A.  I'M LOOKING AROUND.

10:50AM  17   Q.  IF YOU WOULD GO AHEAD AND TURN TO TAB 8, WHICH HAS BEEN

10:50AM  18   PREMARKED AS TRIAL EXHIBIT NUMBER 8.

10:50AM  19        AND DO YOU RECOGNIZE EXHIBIT 8?

10:50AM  20   A.  I DO.  IT'S VERY HELPFUL BECAUSE IT KIND OF SHOWS WHAT I

10:50AM  21   WAS JUST TALKING ABOUT.

10:50AM  22   Q.  OKAY.  HOW SO?

10:50AM  23   A.  SO THIS IS A, THIS IS A PRESS RELEASE THAT WE DID IT LOOKS

10:50AM  24   LINE IN JANUARY 2020 TOUTING OUR SUCCESSES IN 2019.  AND

10:50AM  25   THERE'S A BIG IMAGE.  IN THE CENTER THEY'RE SHOWING NEO4J AS

ZAGALSKY DIRECT BY MR. RATINOFF

10:50AM 1    NUMBER ONE AND THEN A BUNCH OF, YOU KNOW, OTHER GRAPH DATABASES

10:50AM 2    BELOW US.

10:50AM 3        WHAT THIS IS IS IT'S A SNAPSHOT OF AN IMAGE, OR A SNAPSHOT

10:50AM 4    OF THE DB ENGINE'S WEBSITE.  SO DB ENGINE IS A WEBSITE COMMONLY

10:51AM 5    USED IN THE DATABASE INDUSTRY TO SEE WHERE DIFFERENT DATABASES,

10:51AM 6    HOW THEY STACK RANK AGAINST THEIR COMPETITION.

10:51AM 7        AND IT'S BASED ON POPULARITY.  IT'S A POPULARITY SCORE

10:51AM 8    THAT THIS DB ENGINE CREATES BASED ON THINGS LIKE MENTIONS ON

10:51AM 9    SOCIAL MEDIA, STACK OVERFLOW, CONVERSATIONS, THINGS LIKE THAT.

10:51AM 10   IT'S POPULARITY BASED AS OPPOSED TO REVENUE BASED OR SOMETHING

10:51AM 11   LIKE THAT.

10:51AM 12   Q.  AND IT SEEMS LIKE IT'S PUT UP IN THE FRONT OF THIS PRESS

10:51AM 13   RELEASE.  IS THIS SOMETHING THAT WE SHOULD CONSIDER TO BE

10:51AM 14   SIGNIFICANT?

10:51AM 15   A.  YES, VERY SIGNIFICANT.  SO ESPECIALLY EARLY ON IN MY TIME

10:52AM 16   AT NEO4J WHEN WE WERE STILL A YOUNGER COMPANY, MUCH SMALLER.

10:52AM 17   WHEN I STARTED AT NEO4J IN OCTOBER OF 2016, I WAS EMPLOYEE

10:52AM 18   NUMBER 125.  NOW WE'RE CLOSER TO 800 EMPLOYEES.

10:52AM 19       SO WE WERE A SMALL COMPANY GETTING STARTED, NOT AS WELL

10:52AM 20   KNOWN, AND IN MY PRESENTATIONS TO PROSPECTIVE CUSTOMERS, THIS

10:52AM 21   WAS ACTUALLY A SLIDE IN MY SLIDE DECK SHOWING THE RANKING OF

10:52AM 22   NEO4J FOR POPULARITY SHOWING THAT, YOU KNOW, WE'RE THE MARKET

10:52AM 23   LEADER, WE'RE NUMBER ONE.

10:52AM 24       SO I JUST DON'T HAVE TO TELL YOU WE'RE NUMBER ONE, BUT YOU

10:52AM 25   CAN LOOK AT WHAT DB ENGINE IS SAYING, AND IT'S CLEAR FROM THAT

ZAGALSKY DIRECT BY MR. RATINOFF

10:52AM  1      THAT WE'RE THE MOST POPULAR GRAPH DATABASE.

10:52AM  2      Q.   AND IS THERE ANY OTHER PORTIONS OF THIS PRESS RELEASE THAT

10:52AM  3      YOU FIND TO BE A SIGNIFICANT INDICATOR OF NEO4J'S SUCCESS?

10:52AM  4      A.   YES.

10:52AM  5           SO IF YOU GO TO THE SECOND PARAGRAPH BELOW THE IMAGE

10:53AM  6      THERE'S SOME MENTIONS OF SOME ANALYSTS, BIG ANALYST COMPANIES,

10:53AM  7      GARTNER AND FORRESTER, WHO LOOK AT TECHNOLOGY AND WRITE REPORTS

10:53AM  8      AND COMPARE TECHNOLOGIES.  AND IT'S REFERENCING SOME DIFFERENT

10:53AM  9      THINGS LIKE GARTNER PAIR INSIGHTS, GARTNER MAGIC QUADRANT,

10:53AM  10     FORRESTER WAVE.  AND IT'S SHOWING THAT ANALYSTS WHO LOOK AT

10:53AM  11     TECHNOLOGY WERE NOTICING NEO4J.

10:53AM  12          AND BACK IN, YOU KNOW, 2019, YOU KNOW, THAT WAS SORT OF

10:53AM  13     WHEN NEO4J REALLY STARTED GETTING NOTICED, I BELIEVE.  SO

10:53AM  14     THAT'S WHY IT APPEARED IN THIS PRESS RELEASE.

10:53AM  15               MR. RATINOFF:  YOUR HONOR, I'D LIKE TO MOVE TRIAL

10:53AM  16     EXHIBIT NUMBER 8 INTO EVIDENCE.

10:53AM  17               THE COURT:  ANY OBJECTION?

10:53AM  18               MR. BEENE:  NO OBJECTION, YOUR HONOR.

10:53AM  19               THE COURT:  IT'S ADMITTED.

10:54AM  20          (PLAINTIFFS' EXHIBIT 8 WAS RECEIVED IN EVIDENCE.)

10:54AM  21     BY MR. RATINOFF:

10:54AM  22     Q.   I'D LIKE TO GO AHEAD AND CHANGE GEARS HERE.  ARE YOU

10:54AM  23     FAMILIAR WITH THE VERSION HISTORY OF NEO4J ENTERPRISE?

10:54AM  24     A.   YES.

10:54AM  25     Q.   AND HOW DID YOU COME FAMILIAR WITH THE VERSION HISTORY?

10:54AM 1    A.   THROUGH MY WORK SELLING NEO4J SOFTWARE, IT'S IMPORTANT TO

10:54AM 2    UNDERSTAND AS WE MAKE NEW RELEASES OF VERSIONS, WHEN WE ADD NEW

10:54AM 3    FEATURES AND CAPABILITIES, WHEN WE FIX BUGS, ET CETERA, WE

10:54AM 4    CREATE NEW VERSIONS OF NEO4J ENTERPRISE.

10:54AM 5        SO THERE'S, YOU KNOW, VERSIONS LIKE 3.1, 3.2, 3.3, WE CALL

10:54AM 6    THOSE DOT RELEASES WHICH ARE RELEASED EVERY -- WELL, BACK IN

10:54AM 7    THE 2019, 2020 TIMEFRAME, THEY WERE TYPICALLY RELEASED EVERY

10:55AM 8    SIX MONTHS, THE DOT RELEASES.

10:55AM 9        AND THEN THERE WERE MINOR RELEASES LIKE 3.2.1, AND 3.2.2,

10:55AM 10   ET CETERA, THAT WERE RELEASED MORE FREQUENTLY, SOMETIMES ON A

10:55AM 11   MONTHLY BASIS.

10:55AM 12   Q.   AND I THINK YOU STOPPED AT NEO4J 3.3?

10:55AM 13   A.   UH-HUH.

10:55AM 14   Q.   WHAT WAS THE NEXT DOT RELEASE AFTER THAT?

10:55AM 15   A.   THAT WAS 3.4.

10:55AM 16   Q.   OKAY.  AND I ASSUME, OR LET ME ASK IT THIS WAY, DO YOU

10:55AM 17   REMEMBER APPROXIMATELY WHEN 3.4 WAS RELEASED BY NEO4J?

10:55AM 18   A.   3.4 WOULD HAVE BEEN RELEASED -- I'M NOT SURE I RECALL.

10:55AM 19   Q.   LET'S GO AHEAD AND HAVE YOU TURN TO --

10:55AM 20   A.   IT'S BEEN A WHILE, I KNOW THAT.

10:55AM 21   Q.   UNDERSTOOD.  THAT'S WHY I'M HERE TO HELP.

10:55AM 22       LET'S GO AHEAD AND TURN TO TAB 4 IN YOUR BINDER.

10:55AM 23   A.   DID YOU SAY 4?

10:55AM 24   Q.   YES, 4.  LET'S GET LANDSCAPE ORIENTED?

10:56AM 25   A.   YES, THIS HELPS.

ZAGALSKY DIRECT BY MR. RATINOFF

10:56AM  1    Q.   AND I JUST WANTED TO POINT TO THIS.  THIS HAS BEEN

10:56AM  2    PREMARKED AS PLAINTIFFS' TRIAL EXHIBIT NUMBER 4.

10:56AM  3         YOU MENTIONED THIS HELPS.  HOW DOES THIS HELP?

10:56AM  4    A.   WELL, IT'S GOT A DATE ON IT.

10:56AM  5    Q.   OKAY.

10:56AM  6    A.   MAY 17TH, 2018.  THIS IS A BLOG POST WRITTEN BY

10:56AM  7    PHILIP RATHLE, OUR VICE PRESIDENT OF PRODUCTS.  IT'S ANNOUNCING

10:56AM  8    THE RELEASE OF NEO4J 3.4.

10:56AM  9    Q.   AND WHEN NEO4J RELEASED 3.4, WHICH EDITIONS WERE RELEASED

10:56AM  10   WITH THAT NOMENCLATURE?

10:56AM  11   A.   BOTH COMMUNITY EDITION AND ENTERPRISE EDITION.

10:56AM  12   GENERALLY -- WELL, I COULD PROBABLY SAY ALWAYS.  WE ALWAYS

10:56AM  13   RELEASE COMMUNITY EDITION VERSION CONCURRENT WITH NEO4J

10:57AM  14   ENTERPRISE EDITION.  SO THERE WOULD HAVE BEEN A 3.4 COMMUNITY

10:57AM  15   EDITION AND A 3.4 ENTERPRISE EDITION.

10:57AM  16   Q.   AND WHAT IS THE PURPOSE OF THIS BLOG POST TO THE EXTENT

10:57AM  17   THAT YOU HAVEN'T ALREADY DISCUSSED -- LET ME STRIKE THAT

10:57AM  18   QUESTION.

10:57AM  19        WHAT WAS THE SIGNIFICANCE OF THIS PARTICULAR BLOG POST?

10:57AM  20   A.   SO I GUESS THE MOST SIGNIFICANT THING IS THAT IT'S KIND OF

10:57AM  21   EXPLAINING THE NEW FEATURES AND IMPROVEMENTS THAT CAME OUT WITH

10:57AM  22   VERSION 3.4 OVER WHAT WAS IN 3.3 AS WELL AS WHICH, YOU KNOW,

10:57AM  23   FEATURES ARE ENTERPRISE ONLY FEATURES INCLUDED IN NEO4J

10:57AM  24   ENTERPRISE EDITION VERSUS, YOU KNOW, NOT INCLUDED IN NEO4J

10:57AM  25   COMMUNITY EDITION.

10:57AM   1          AROUND THIS TIME WE, MAYBE EVEN A LITTLE BIT BEFORE THIS

10:58AM   2     GOING BACK TO 3.1, 3.2, WE STARTED REALLY DIFFERENTIATING IN

10:58AM   3     WHAT WAS AVAILABLE IN NEO4J ENTERPRISE EDITION VERSUS NEO4J

10:58AM   4     COMMUNITY EDITION TO CREATE MORE VALUE IN THE COMMERCIALLY

10:58AM   5     LICENSED PRODUCT NEO4J ENTERPRISE EDITION.

10:58AM   6     Q.   AND AS FAR AS GOING TO THE NEXT PAGE OF EXHIBIT 4, THERE'S

10:58AM   7     A SECTION THAT SAYS PERFORMANCE IMPROVEMENTS.

10:58AM   8          WHAT IS THAT A REFERENCE TO?

10:58AM   9     A.   SO THERE WERE SOME, YOU KNOW, THERE WAS SOME NEW FEATURES

10:58AM  10     AND IMPROVED FEATURES IN THIS VERSION.

10:58AM  11          YOU CAN SEE HIGHLIGHTED IS FAST BACKUPS ONLY FOR

10:58AM  12     ENTERPRISE TWO TIMES FASTER.

10:58AM  13          ENTERPRISE CYPHER RUN TIME WAS IMPROVED BY 70 PERCENT OVER

10:58AM  14     3.3, WHICH WAS REALLY SIGNIFICANT, AND THERE WERE SOME CHANGES

10:58AM  15     TO THE BULK IMPORTER WHICH IS ONLY RESUMABLE IN THE ENTERPRISE

10:59AM  16     EDITION.

10:59AM  17     Q.   AND DOES THE ENTERPRISE CYPHER RUN TIME UP TO 70 PERCENT

10:59AM  18     FASTER, WHICH EDITION DOES THAT APPLY TO?

10:59AM  19     A.   ONLY THE ENTERPRISE EDITION, THAT'S WHY IT SAYS ENTERPRISE

10:59AM  20     CYPHER RUN TIME.

10:59AM  21     Q.   I'M TURNING TO PAGE -- UNFORTUNATELY, THIS IS NOT BATES

10:59AM  22     NUMBERED SO THERE WOULD BE A BIG GRAPH ABOUT TWO-THIRDS OF THE

10:59AM  23     WAY THROUGH.

10:59AM  24     A.   YES, I'VE FOUND IT.

10:59AM  25     Q.   IT SAYS, IT READS, "DASH NEO4J ENTERPRISE CYPHER RUN

10:59AM  1    TIME"?

10:59AM  2    A.   YES.

10:59AM  3    Q.   OKAY.  AND DO YOU UNDERSTAND WHAT THIS PARTICULAR GRAPH IS

10:59AM  4    INDICATING?

10:59AM  5    A.   YES.  FOR THE NEO4J ENTERPRISE ONLY, IT'S SHOWING THAT THE

11:00AM  6    ENTERPRISE CYPHER RUN TIME IS 70 PERCENT FASTER IN VERSION 3.4

11:00AM  7    VERSUS 3.3 WHERE INTERESTING, IT ALSO SHOWS THE PREVIOUS

11:00AM  8    RELEASE 3.3 THERE WAS ONLY A 10 PERCENT IMPROVEMENT OVER 3.2.

11:00AM  9    SO 70 PERCENT IMPROVEMENT WAS MASSIVE, AND IT'S SOMETHING THAT

11:00AM  10   WE TALLIED.

11:00AM  11   Q.   AND MAYBE YOU CAN PROVIDE A LITTLE MORE DETAIL OR COULD

11:00AM  12   YOU PLEASE PROVIDE A LITTLE BIT OF DETAIL OF WHAT CYPHER RUN

11:00AM  13   TIME IS?

11:00AM  14   A.   THE CYPHER RUN TIME IS THE ENGINE IN NEO4J THAT BASICALLY

11:00AM  15   ANSWERS THE QUESTIONS THAT THE USERS ARE ASKING OF THE

11:00AM  16   DATABASE, SO THE QUERIES.

11:00AM  17        CYPHER IS THE GRAPH QUERY LANGUAGE WHICH NEO4J INVENTED

11:00AM  18   AND IS USED BY DEVELOPERS TO CREATE QUESTIONS OR QUERIES TO GET

11:01AM  19   INFORMATION OF THE DATABASE.

11:01AM  20        SO THE CYPHER RUN TIME IS A REALLY CRITICAL PART OF NEO4J

11:01AM  21   FOR PERFORMANCE.

11:01AM  22   Q.   AND WERE THERE ANY CHANGES IN THE WAY THAT NEO4J LICENSED

11:01AM  23   BOTH EDITIONS OF NEO4J 3.4?

11:01AM  24   A.   NO CHANGE TO COMMUNITY EDITION.  BUT THIS IS WHEN WE MADE

11:01AM  25   THE CHANGE TO THE LICENSING OF NEO4J ENTERPRISE EDITION ADDING

11:01AM  1    THE COMMONS CLAUSE TO THE AGPL.

11:01AM  2    Q.   AND WHY DID NEO4J ADD THE COMMONS CLAUSE?

11:01AM  3    A.   WE ADDED THE COMMONS CLAUSE IN ORDER TO PROTECT OUR

11:01AM  4    SOFTWARE AND MAKE IT SO THAT OTHER COMPANIES WOULDN'T BE ABLE

11:01AM  5    TO SELL OUR SOFTWARE, YOU KNOW, KIND OF PACKAGE IT UP AND SELL

11:02AM  6    IT WITHOUT NEO4J ALLOWING THEM TO RESELL ON OUR BEHALF AND

11:02AM  7    GIVING US A LICENSE FEE AS WELL AS TO KEEP, AGAIN, THIRD

11:02AM  8    PARTIES FROM SELLING SERVICES, CUSTOMER SUPPORT SERVICES OR

11:02AM  9    CONSULTING SERVICES, DEVELOPMENT SERVICES ON THE NEO4J

11:02AM  10   ENTERPRISE EDITION.

11:02AM  11   Q.   AT LEAST WITHOUT PAYING FOR A LICENSE?

11:02AM  12   A.   WITHOUT PAYING FOR A LICENSE, CORRECT.

11:02AM  13   Q.   OKAY.  LET'S GO AHEAD AND --

11:02AM  14        ACTUALLY, BEFORE I DO THAT, I WOULD LIKE TO MOVE EXHIBIT 4

11:02AM  15   INTO EVIDENCE.

11:02AM  16        MR. BEENE:  NO OBJECTION, YOUR HONOR.

11:02AM  17        THE COURT:  IT'S ADMITTED.

11:02AM  18        (PLAINTIFFS' EXHIBIT 4 WAS RECEIVED IN EVIDENCE.)

11:02AM  19   BY MR. RATINOFF:

11:02AM  20   Q.   AND LET'S GO AHEAD AND TURN TO EXHIBIT OR TAB 6.

11:02AM  21   A.   GOT.

11:02AM  22   Q.   TAB 6 HAS BEEN PREMARKED AS PLAINTIFFS' EXHIBIT 6.

11:03AM  23        DO YOU RECOGNIZE THIS EXHIBIT?

11:03AM  24   A.   I DO.

11:03AM  25   Q.   AND HOW DO YOU RECOGNIZE IT?

ZAGALSKY DIRECT BY MR. RATINOFF

11:03AM 1    A.    IT'S ANOTHER BLOG POST WRITTEN BY OUR VICE PRESIDENT OF

11:03AM 2    PRODUCTS, PHILIP RATHLE, R-A-T-H-L-E, AND IT IS ANNOUNCING OUR

11:03AM 3    NEO4J ENTERPRISE EDITION VERSION 3.5 AND A FURTHER CHANGE TO

11:03AM 4    OUR LICENSING MODEL FOR NEO4J ENTERPRISE EDITION WHERE WE WERE

11:03AM 5    SHIFTING TO AN OPEN CORE MODEL.

11:03AM 6    Q.    AND WHAT DO YOU MEAN BY OPEN CORE MODEL?

11:03AM 7    A.    WITH OPEN CORE, THE CORE DATABASE, WHICH IS NEO4J

11:03AM 8    COMMUNITY EDITION, REMAINED OPEN SOURCE UNDER THE GPL.

11:03AM 9         HOWEVER, NEO4J ENTERPRISE EDITION AT THIS POINT WAS MOVED

11:03AM 10   CLOSED SOURCE, FULLY PROPRIETARY AND ONLY AVAILABLE VIA

11:03AM 11   COMMERCIAL LICENSE.

11:03AM 12   Q.    AND WHEN YOU MEAN ONLY AVAILABLE, WHAT ARE YOU -- HOW DOES

11:04AM 13   THAT APPLY TO THE SOURCE CODE?

11:04AM 14   A.    THE SOURCE CODE IS PROPRIETARY.  SO PRIOR TO 3.5, THE

11:04AM 15   SOURCE CODE WAS AVAILABLE PUBLICALLY ON GITHUB FOR ANYBODY TO

11:04AM 16   REVIEW OUR SOURCE CODE.

11:04AM 17        IT MAY SEEM STRANGE THAT WE HAD THIS

11:04AM 18   NEO4J ENTERPRISE EDITION, THE COMMERCIAL VERSION OF NEO4J THAT

11:04AM 19   WE WERE SELLING PRIOR TO 3.5 WITHIN -- IT WAS DUAL LICENSED

11:04AM 20   UNDER THE AGPL AND LATER AGPL WITH COMMONS CLAUSE FOR OPEN

11:04AM 21   SOURCE WITH THE PRIMARY PURPOSE BEING SO THAT OUR CUSTOMERS,

11:04AM 22   ESPECIALLY BACK WHEN WE WERE A SMALLER COMPANY, HAVING THE

11:04AM 23   COMFORT OF BEING ABLE TO VIEW THE SOURCE CODE.

11:04AM 24        BUT THAT WAS IT.  THAT WAS THE INTENT WAS SO OUR CUSTOMERS

11:05AM 25   WERE COMFORTABLE THAT THE SOURCE CODE WAS AVAILABLE THERE AND

11:05AM 1     IF NEO4J WENT UNDER AND THEY INVESTED A LOT IN BUILDING

11:05AM 2     APPLICATIONS ON TOP OF NEO4J, THE SOURCE CODE WAS THERE AND

11:05AM 3     THEY COULD HAVE ACCESS TO IT IN GITHUB.

11:05AM 4         WELL, IN 2018, WITH THE RELEASE OF 3.5, WE'RE A

11:05AM 5     WELL-ESTABLISHED COMPANY AND WE DIDN'T HAVE THOSE DISCUSSIONS

11:05AM 6     ANY MORE WITH CUSTOMERS WHERE THEY'RE WORRIED ABOUT NEO4J GOING

11:05AM 7     ORDER, AND WE NO LONGER FELT IT NECESSARY TO HAVE THE SOURCE

11:05AM 8     CODE AVAILABLE.  SO WE WENT FULLY PROPRIETARY SOURCE CODE AND

11:05AM 9     NO LONGER PUBLISHED OUR NEW VERSION STARTING WITH 3.5 ON

11:05AM 10    GITHUB.

11:05AM 11         THE COURT:  SO DID THE OLD SOURCE CODE REMAIN THEN

11:05AM 12    ON GITHUB?

11:05AM 13         THE WITNESS:  YES.

11:05AM 14         THE COURT:  SO THERE WAS LIMITATION TO THE COMMUNITY

11:05AM 15    AS TO THE USE OF THE OLDER VERSION?

11:05AM 16         THE WITNESS:  CORRECT.

11:05AM 17         THE COURT:  AND YOU MONETIZED, YOU MADE THE

11:05AM 18    DECISION, THE COMPANY DID, TO CLOSE SOURCE AND THEN ALL OF THE

11:06AM 19    IMPROVEMENTS THAT WOULD FOLLOW 3.5, I GUESS IT WAS, WOULD BE

11:06AM 20    PROPRIETARY?

11:06AM 21         THE WITNESS:  YES.  I JUST WANT TO EXPLAIN ONE

11:06AM 22    LITTLE CAVEAT OVER WHAT YOU JUST SAID.

11:06AM 23         SO NEO4J ENTERPRISE EDITION WAS NEVER MEANT FOR COMMUNITY

11:06AM 24    USE.  IT WAS OPEN SOURCE, BUT IT WAS -- WE DIDN'T DISTRIBUTE

11:06AM 25    BINARIES FOR ENTERPRISE EDITION.  WE ONLY MADE THE SOURCE

11:06AM 1    AVAILABLE.

11:06AM 2         AND SOMEONE IN THE COMMUNITY, EVEN IF THEY WANTED TO, THEY

11:06AM 3    WOULD HAVE A REALLY HARD TIME COMPILING NEO4J ENTERPRISE

11:06AM 4    EDITION.  IT ESSENTIALLY WASN'T DONE BY THE COMMUNITY.  IT WAS

11:06AM 5    THERE FOR VIEWING.

11:06AM 6         AS OPPOSED TO NEO4J COMMUNITY EDITION WHERE THE SOURCE

11:06AM 7    CODE WAS THERE AND PROBABLY FAIRLY COMMON FOR THE COMMUNITY TO

11:06AM 8    CHANGE THE SOURCE CODE AND COMPILE THE SOURCE CODE, BUT WE ALSO

11:07AM 9    MADE THE BINARIES, THE EXECUTABLES FOR COMMUNITY EDITION

11:07AM 10   AVAILABLE FROM THE BEGINNING, AND WE STILL DO.

11:07AM 11             THE COURT:  OKAY.

11:07AM 12   BY MR. RATINOFF:

11:07AM 13   Q.   AND WERE THERE CHANGES IN TERMS OF ADDITIONAL FEATURES TO

11:07AM 14   NEO4J 3.5 ENTERPRISE?

11:07AM 15   A.   YES, CERTAINLY.

11:07AM 16   Q.   AND FEATURES THAT WEREN'T PREVIOUSLY FOUND IN 3.4; IS THAT

11:07AM 17   WHAT YOU MEAN?

11:07AM 18   A.   YES.  WITH EVERY, AGAIN, WITH EVERY DOT RELEASE, WHEN YOU

11:07AM 19   GO FROM 3.3 TO 3.4, WE ADDED NEW FEATURES AND IMPROVEMENTS AND

11:07AM 20   GO FROM 3.4 TO 3.5, THERE'S NEW FEATURES AND IMPROVEMENTS.

11:07AM 21   EVERY NEW RELEASE HAS NEW FEATURES AND IMPROVEMENTS.

11:07AM 22   Q.   WERE THERE ANY SIGNIFICANT NEW FEATURES THAT COME TO MIND

11:07AM 23   WITH 3.5 THAT WERE FIRST INTRODUCED?

11:07AM 24   A.   I DON'T RECALL.  I'M SURE THERE WERE, BUT I DON'T RECALL.

11:07AM 25   LOOKING THROUGH THIS BLOG POST YOU SHOW AS AN EXHIBIT, THIS

11:08AM 1    BLOG POST AS OPPOSED TO THE LAST ONE WAS REALLY TO ANNOUNCE THE

11:08AM 2    NEW LICENSING MODEL VERSUS ANNOUNCING THE NEW FEATURES BECAUSE

11:08AM 3    PROBABLY THE BIGGEST THING WITH 3.5 WAS THE LICENSING MODEL.

11:08AM 4    BUT THERE CERTAINLY WERE NEW FEATURES, I JUST DON'T REMEMBER

11:08AM 5    WHAT THEY WERE.

11:08AM 6           MR. RATINOFF:  I WOULD LIKE TO MOVE PLAINTIFFS'

11:08AM 7    EXHIBIT 6 INTO EVIDENCE.

11:08AM 8           MR. BEENE:  NO OBJECTION, YOUR HONOR.

11:08AM 9           THE COURT:  IT'S ADMITTED.

11:08AM 10       (PLAINTIFFS' EXHIBIT 6 WAS RECEIVED IN EVIDENCE.)

11:08AM 11   BY MR. RATINOFF:

11:08AM 12   Q.  I'D LIKE TO GO AHEAD AND SWITCH GEARS AGAIN.  DO YOU KNOW

11:08AM 13   WHO JOHN MARK SUHY IS?

11:08AM 14   A.  YES.

11:08AM 15   Q.  AND HOW DO YOU KNOW WHO JOHN MARK SUHY IS?

11:08AM 16   A.  HE WAS THE PRINCIPAL OF A COMPANY CALLED PURETHINK, WHICH

11:08AM 17   WAS A NEO4J PARTNER IN THE FEDERAL SPACE WHEN I STARTED WORKING

11:08AM 18   AT NEO4J IN 2016.

11:08AM 19   Q.  AND IS PURETHINK STILL A NEO4J PARTNER?

11:09AM 20   A.  NO.

11:09AM 21   Q.  AND DID THAT STATUS CHANGE AT SOME POINT DURING YOUR

11:09AM 22   EMPLOYMENT?

11:09AM 23   A.  IT DID.

11:09AM 24   Q.  AND DO YOU RECALL APPROXIMATELY WHEN?

11:09AM 25   A.  I BELIEVE IT WAS IN 2017, PROBABLY THE SUMMER OF 2017.

11:09AM 1    Q.   AND ARE YOU FAMILIAR WITH A COMPANY CALLED IGOV, INC.?

11:09AM 2    A.   I AM.

11:09AM 3    Q.   AND HOW DID YOU BECOME FAMILIAR WITH IGOV, INC.?

11:09AM 4    A.   AROUND THE TIME THAT WE TERMINATED THE PARTNERSHIP

11:09AM 5    AGREEMENT WITH PURETHINK, YOU KNOW, I WENT TO THE PURETHINK

11:09AM 6    WEBSITE, AND IT BASICALLY ANNOUNCED THAT MR. SUHY HAD CREATED A

11:09AM 7    NEW COMPANY CALLED IGOV AND IT POINTED TO THE IGOV WEBSITE.

11:10AM 8    Q.   OKAY.  CAN YOU PLEASE TURN TO TAB 86 IN YOUR BINDER?

11:10AM 9    A.   I'M THERE.

11:10AM 10   Q.   AND DO YOU MIND PUTTING THE EXHIBIT UP.

11:10AM 11        I'M ALSO GOING TO HAVE AN ELECTRONIC VERSION BECAUSE THIS

11:10AM 12   IS ACTUALLY A LIVE HTML DOCUMENT NATIVE.

11:10AM 13   A.   OKAY.

11:10AM 14   Q.   WE CAN GO AHEAD AND START ON THE PAPER VERSION WHILE HE'S

11:10AM 15   TRYING TO GET IT UP ON THE SCREEN.

11:10AM 16   A.   SURE.

11:10AM 17   Q.   I DON'T WANT TO TAKE UP THE COURT'S TIME UNNECESSARILY.

11:10AM 18        SO WE'RE LOOKING AT EXHIBIT 86?

11:11AM 19   A.   UH-HUH, YES.

11:11AM 20   Q.   DO YOU RECOGNIZE EXHIBIT 86?

11:11AM 21   A.   YES.

11:11AM 22   Q.   AND WHAT IS EXHIBIT 86?

11:11AM 23   A.   IT'S THE PURETHINK WEBSITE THAT I WAS JUST REFERRING TO.

11:11AM 24   Q.   AND THEN YOU HAD MENTIONED THAT THERE WAS A LINK TO THE

11:11AM 25   IGOV WEBSITE I BELIEVE.  IS THAT WHAT YOUR TESTIMONY WAS?

11:11AM  1      A.   YES.

11:11AM  2      Q.   OKAY.  DANNY, CAN YOU PLEASE PUT THE CURSER OVER THE TOP.

11:11AM  3      IT SAYS GOVERNMENT PACKAGE FOR NEO4J, INC.

11:11AM  4           DO YOU SEE WHERE THAT CURSER IS HOVERING?

11:11AM  5      A.   YEP.  YES, IGOVSOL.COM.  THAT WAS THE GOVERNMENT WEBSITE.

11:11AM  6           MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 86 INTO

11:12AM  7      EVIDENCE, YOUR HONOR.

11:12AM  8           MR. BEENE:  NO OBJECTION, YOUR HONOR.

11:12AM  9           THE COURT:  IT'S ADMITTED.

11:12AM  10          (PLAINTIFFS' EXHIBIT 86 WAS RECEIVED IN EVIDENCE.)

11:12AM  11     BY MR. RATINOFF:

11:12AM  12     Q.   LET'S GO AHEAD AND TURN TO TAB 87.  ARE YOU THERE?

11:12AM  13     A.   I'M THERE.

11:12AM  14     Q.   OKAY.  DO YOU RECOGNIZE WHAT IS -- AND EXCUSE ME ONE

11:12AM  15     SECOND.  APOLOGIES.  TECHNICAL ISSUE.

11:12AM  16          IF YOU CAN TAKE A LOOK AT -- I'M SORRY.  DO YOU HAVE

11:12AM  17     EXHIBIT 87 IN FRONT OF YOU?  DO YOU RECOGNIZE EXHIBIT 87?

11:12AM  18     A.   YES, I DO.  THIS IS THE IGOV HOME PAGE OR WEBSITE THAT I

11:12AM  19     WAS REFERRING TO.

11:12AM  20     Q.   AND WHAT WAS YOUR REACTION WHEN YOU SAW THIS WEB PAGE?

11:12AM  21     A.   I WAS I GUESS SURPRISED BECAUSE IT CAME UP VERY, VERY

11:12AM  22     QUICKLY AFTER THE TERMINATION OF PURETHINK AND DISAPPOINTED TO

11:12AM  23     SEE THAT MR. SUHY, BASED ON MY READING OF THIS AND

11:13AM  24     UNDERSTANDING, HAD CREATED A NEW BUSINESS ENTITY WHICH WOULD

11:13AM  25     ALLOW HIM TO CONTINUE TO PROVIDE SERVICES ON

11:13AM  1      NEO4J ENTERPRISE EDITION WHICH WOULD HAVE BEEN A VIOLATION OF

11:13AM  2      THE PARTNER AGREEMENT BETWEEN NEO4J, INC. AND PURETHINK.

11:13AM  3          SO THE WAY I READ THIS IS THAT MR. SUHY BY PASSED THE

11:13AM  4      RESTRICTIONS IN THE PARTNER AGREEMENT BY SIMPLY CREATING A NEW

11:13AM  5      BUSINESS ENTITY.

11:13AM  6              MR. BEENE:  YOUR HONOR, DO I SAY OBJECTION HERE

11:13AM  7      OR --

11:13AM  8              THE COURT:  YOU CAN SAY OBJECTION THERE.

11:13AM  9              MR. BEENE:  I MOVE TO STRIKE THAT LAST TESTIMONY.

11:13AM  10     THEY HAVE DISMISSED THEIR BREACH OF CONTRACT CLAIM IN THIS

11:13AM  11     ACTION, AND WE WAIVED THE CLAIMS RELATED TO THAT.  AND I THINK

11:14AM  12     THIS IS NOT APPROPRIATE AND IT'S IRRELEVANT.

11:14AM  13             MR. RATINOFF:  IT'S FOUNDATIONAL.  WE'RE NOT TRYING

11:14AM  14     TO RELITIGATE THE CLAIM.  IT'S FOUNDATIONAL.

11:14AM  15             THE COURT:  FOR?

11:14AM  16             MR. RATINOFF:  FOR DAMAGES.

11:14AM  17             THE COURT:  WELL, THEN IT SOUNDS LIKE IT'S RELEVANT.

11:14AM  18     YOU'RE SAYING IT IS RELEVANT FOR DAMAGES.

11:14AM  19             MR. RATINOFF:  YEAH, I WOULD APPRECIATE A LITTLE

11:14AM  20     LEEWAY TO GET THROUGH THE TESTIMONY AND IF HE WANTS TO OBJECT

11:14AM  21     THEN, THAT'S FINE.

11:14AM  22             THE COURT:  WELL, I'LL ALLOW IT TO COME IN AND GIVE

11:14AM  23     IT WHATEVER WEIGHT THE COURT FINDS IS APPROPRIATE, BUT --

11:14AM  24             MR. RATINOFF:  I CAN ADD, YOUR HONOR, ONE OF THE

11:14AM  25     ISSUES THAT THEY RAISED IS THAT MR. SUHY DOES NOT COMPETE WITH

ZAGALSKY DIRECT BY MR. RATINOFF                                   63

11:14AM  1    NEO4J AND THIS EVIDENCE GOES TO COUNTER THAT ASSERTION.

11:14AM  2         ALTHOUGH WE WOULD ACTUALLY, YOU KNOW, WE BELIEVE THAT'S

11:14AM  3    ALREADY BEEN ESTABLISHED, BUT THEY'VE DISPUTED IT SO IT'S

11:14AM  4    SOMETHING THAT NEEDS TO COME IN.

11:14AM  5         THE COURT:  WELL, MY PAUSING WAS WHETHER OR NOT THIS

11:15AM  6    WITNESS IS QUALIFIED TO TESTIFY ABOUT HIS BELIEF ABOUT THE

11:15AM  7    BREACH OR WHETHER IT WAS VIOLATIVE IN ANY WAY.

11:15AM  8         BUT THAT WASN'T THE OBJECTION.  THE OBJECTION WAS

11:15AM  9    RELEVANCE.

11:15AM 10         MR. BEENE:  IT WAS RELEVANCE.  I DON'T WANT TO HAVE

11:15AM 11    TO COME IN AND TALK ABOUT IT'S AN ILLEGAL CLAUSE, THIS STUFF.

11:15AM 12    IT'S GONE.  SO ONCE THINGS ARE GONE, THEY SHOULDN'T COME BACK.

11:15AM 13    SO IT'S IRRELEVANT IS MY POSITION.

11:15AM 14         THE COURT:  OKAY.  WELL, I'LL PERMIT IT JUST FOR

11:15AM 15    THIS, AND YOU'RE GOING TO MOVE ON FOR -- THIS IS FOUNDATIONAL

11:15AM 16    TO ANOTHER QUESTION.

11:15AM 17         MR. RATINOFF:  YES, YOUR HONOR, AND A THEME.  SO

11:15AM 18    WE'RE NOT GOING TO DWELL ON THE CONTRACT AT ALL.

11:15AM 19         THE COURT:  OKAY.

11:15AM 20    BY MR. RATINOFF:

11:15AM 21    Q.   AND THEN -- I'M SORRY.  DID YOU FINISH YOUR ANSWER?

11:15AM 22    A.   I DON'T KNOW.

11:15AM 23         THE COURT:  I THINK HE DID.  YOU CAN ASK ANOTHER

11:15AM 24    QUESTION.

11:15AM 25    BY MR. RATINOFF:

11:15AM 1    Q.   OKAY.  ALL RIGHT.  AND I WAS ASKING YOU ABOUT WHAT YOUR

11:15AM 2    REACTION WAS TO THIS WEBSITE.

11:15AM 3         IN ADDITION YOU REFERENCE A CONTRACT.  WAS THERE ANYTHING

11:16AM 4    ELSE ABOUT THIS WEBSITE THAT BOTHERED YOU?

11:16AM 5    A.   WELL, I MEAN, I WAS BOTHERED TO FIND THAT MR. SUHY WAS

11:16AM 6    INTENDING TO CONTINUE TO COMPETE WITH NEO4J WITH THIS NEW

11:16AM 7    BUSINESS ENTITY.

11:16AM 8    Q.   AND WHEN YOU SAY, "COMPETE WITH NEO4J," WHAT DO YOU MEAN

11:16AM 9    BY "COMPETE"?

11:16AM 10   A.   WELL, IGOV WAS, YOU KNOW, INTENDING TO SELL SERVICES

11:16AM 11   AROUND NEO4J ENTERPRISE EDITION, AND PART OF MY JOB WAS SELLING

11:16AM 12   SERVICES AROUND NEO4J ENTERPRISE EDITION.  SO IGOV WAS IN

11:16AM 13   DIRECT COMPETITION WITH THE PRODUCTS AND SERVICES THAT I WAS

11:16AM 14   SELLING.

11:16AM 15            MR. RATINOFF:  YOUR HONOR, I'D LIKE TO MOVE

11:16AM 16   EXHIBIT 87 INTO EVIDENCE.

11:17AM 17            MR. BEENE:  NO OBJECTION.

11:17AM 18            THE COURT:  IT'S ADMITTED.

11:17AM 19       (PLAINTIFFS' EXHIBIT 87 WAS RECEIVED IN EVIDENCE.)

11:17AM 20   BY MR. RATINOFF:

11:17AM 21   Q.   LET'S GO AHEAD AND TURN TO EXHIBIT 88.

11:17AM 22        AND DO YOU RECOGNIZE EXHIBIT 88?

11:17AM 23   A.   I DO.

11:17AM 24   Q.   AND WHAT IS EXHIBIT 88?

11:17AM 25   A.   THIS IS ANOTHER PAGE WITHIN THE IGOV WEBSITE AT THE TIME.

11:17AM 1    Q.    AND YOU LOOKED AT THIS PARTICULAR PAGE I BELIEVE YOU SAID

11:17AM 2    IN THE SUMMER OF 2017?

11:17AM 3    A.    YES.

11:17AM 4    Q.    AND WHAT WAS YOUR REACTION TO THIS PAGE?

11:17AM 5    A.    WELL, NOW THAT I SEE IT, THIS REMINDS ME WHY I SAW IGOV AS

11:17AM 6    COMPETITION, BECAUSE IN THE INDUSTRY, LIKE I MENTIONED, WE HAD,

11:17AM 7    YOU KNOW, A NUMBER OF SMALL COMPANIES THAT WERE TRYING TO

11:17AM 8    COMPETE WITH NEO4J, AND TYPICALLY WHAT A SMALL COMPANY WOULD

11:17AM 9    DO, WOULD BE TO PRESENT COMPETITIVE ANALYSIS OF WHAT THEY CAN

11:18AM 10   PROVIDE VERSUS THE MARKET LEADER.

11:18AM 11        SO NEO4J NEVER PROVIDED -- WELL, AS FAR AS I KNOW, NEVER

11:18AM 12   PROVIDED A COMPETITIVE ANALYSIS AGAINST OTHER GRAPH DATABASES

11:18AM 13   BECAUSE WE'RE THE MARKET LEADER, BUT OTHER COMPANIES DID.

11:18AM 14        TO ME, AS A SALES PROFESSIONAL, I LOOKED AT THIS AND SAW

11:18AM 15   IT AS A COMPETITIVE ANALYSIS CREATED BY IGOV WANTING TO SHOW

11:18AM 16   PROSPECTIVE NEO4J CUSTOMERS WHY THEY WOULD GET BETTER VALUE BY

11:18AM 17   PURCHASING SERVICES FROM IGOV ALONG WITH THE -- I MEAN,

11:18AM 18   BASICALLY WHAT IGOV, MY UNDERSTANDING OF THIS WEBSITE WAS IGOV

11:18AM 19   WAS SUGGESTING TO CUSTOMERS THAT THEY DIDN'T HAVE TO BUY A

11:19AM 20   NEO4J SUBSCRIPTION BECAUSE THEY COULD USE THE, THEY COULD USE

11:19AM 21   THE FREE OPEN SOURCE VERSION AND THEY WOULD PROVIDE SERVICES.

11:19AM 22   Q.    AND WHEN YOU MEAN FREE OPEN SOURCE VERSION, ARE YOU

11:19AM 23   REFERRING TO COMMUNITY OR ENTERPRISE EDITION?

11:19AM 24   A.    I'M REFERRING TO NEO4J ENTERPRISE EDITION.

11:19AM 25   Q.    AND AT THAT TIME DO YOU RECALL WHAT EDITION WAS AVAILABLE,

11:19AM 1    VERSION WISE?  I APOLOGIZE.

11:19AM 2    A.   VERSION, YES.  UM, I BELIEVE AT THE TIME THIS WOULD HAVE

11:19AM 3    BEEN -- I'M LOOKING TO SEE IF IT SAYS IT -- BUT IT PROBABLY

11:19AM 4    WOULD HAVE BEEN NEO4J VERSION 3.3 OR 3.2.  SOMEWHERE AROUND

11:19AM 5    THERE.

11:19AM 6              MR. RATINOFF:  I WOULD LIKE TO MOVE EXHIBIT 88 INTO

11:19AM 7    EVIDENCE.

11:19AM 8              MR. BEENE:  NO OBJECTION.

11:19AM 9              THE COURT:  IT'S ADMITTED.

11:20AM 10        (PLAINTIFFS' EXHIBIT 88 WAS RECEIVED IN EVIDENCE.)

11:20AM 11   BY MR. RATINOFF:

11:20AM 12   Q.   AND DID YOU CONTINUE TO MONITOR IGOV'S WEBSITE AFTER

11:20AM 13   LOOKING AT IT INITIALLY?

11:20AM 14   A.   I DID, YES.

11:20AM 15   Q.   AND WHY DID YOU DO THAT?

11:20AM 16   A.   BECAUSE I SAW IGOV AS A COMPETITOR.  THEY WERE, THEY WERE,

11:20AM 17   YOU KNOW, TALKING TO THE SAME PROSPECTS THAT I WAS TALKING TO

11:20AM 18   AND TRYING TO SELL NEO4J'S SERVICES AS WELL AS PROVIDE, PROVIDE

11:20AM 19   THE SOFTWARE FOR FREE.

11:20AM 20   Q.   AND ASIDE FROM THE WEBSITE, WERE THERE ANY OTHER

11:20AM 21   INDICATIONS TO YOU THAT IGOV WAS A COMPETITOR?

11:20AM 22   A.   YES.

11:20AM 23   Q.   AND WHAT WERE THOSE INDICATIONS?

11:20AM 24   A.   WELL, IN SEPTEMBER OF 2017 I BECAME AWARE OF A

11:21AM 25   PRE-SOLICITATION NOTICE OR SPECIAL NOTICE OF INTENT TO AWARD

11:21AM   1    SOLE SOURCE CONTRACT BY THE IRS TO PURETHINK.

11:21AM   2    Q.   AND HOW DID YOU DISCOVER THAT?

11:21AM   3    A.   I BELIEVE -- YOU KNOW, THERE'S -- THOSE SOLICITATIONS ARE

11:21AM   4    PUBLICLY POSTED, SO I SAW IT ON THE INTERNET.

11:21AM   5    Q.   IS THAT SOMETHING THAT YOU DO AS PART OF YOUR JOB IS TO

11:21AM   6    MONITOR GOVERNMENT SOLICITATIONS.

11:21AM   7    A.   I DO, I MONITOR GOVERNMENT SOLICITATIONS, YES.

11:21AM   8    Q.   AND WHY IS THAT?

11:21AM   9    A.   IT GIVES ME INFORMATION TO KNOW WHEN THERE'S A

11:21AM  10    SOLICITATION THAT I SHOULD BE BIDDING ON.

11:21AM  11    Q.   AND WHAT DID YOU DO ONCE YOU SAW THAT SPECIAL NOTICE?

11:21AM  12    A.   I IMMEDIATELY CONFERRED WITH THE LEADERSHIP TEAM AT NEO4J

11:21AM  13    AND RECOMMENDED THAT WE PROTEST THE IMPENDING SOLE SOURCE

11:22AM  14    AWARD.

11:22AM  15    Q.   AND DID NEO4J PROTEST THAT AWARD?

11:22AM  16    A.   WE DID.

11:22AM  17    Q.   IF YOU COULD GO AHEAD AND TURN TO EXHIBIT 57.

11:22AM  18    A.   I'M THERE.

11:22AM  19    Q.   OKAY.  AND IF YOU WOULD GO AHEAD AND TURN TO THE THIRD

11:22AM  20    PAGE OF THE EXHIBIT, IT'S ACTUALLY PAGE 1 OF THE LETTER FROM

11:22AM  21    ARNOLD & PORTER.

11:22AM  22        DO YOU SEE THAT?

11:22AM  23    A.   I DO, YES.

11:22AM  24    Q.   AND DO YOU RECOGNIZE THIS PORTION OF THE EXHIBIT?

11:22AM  25    A.   YES.

11:22AM  1    Q.   AND WHAT IS IT?

11:22AM  2    A.   IT IS THE PROTEST LETTER THAT NEO4J SENT TO THE IRS.

11:22AM  3    Q.   AND AT THE TIME, WHAT SOFTWARE WAS THE IRS USING FOR GRAPH

11:22AM  4    DATABASE TO YOUR KNOWLEDGE?

11:22AM  5    A.   AT THE TIME THEY WERE USING NEO4J ENTERPRISE EDITION.

11:22AM  6    Q.   AND YOU'LL LOOK IN THE FIRST PAGE OF THIS LETTER THERE'S A

11:23AM  7    REFERENCE TO THE IGOV GRAPH DATABASE AND RELATED SERVICES

11:23AM  8    INTENDED TO SUPPORT THE AGENCY'S CDW KNOWLEDGE GRAPH

11:23AM  9    ENVIRONMENT AND THEN IN PARENS AND QUOTES CKGE.

11:23AM  10        DO YOU SEE THAT?

11:23AM  11   A.   I DO, YES.

11:23AM  12   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT THAT IS IN

11:23AM  13   REFERENCE TO?

11:23AM  14   A.   I DO.  IT WAS, IT WAS -- I REMEMBER IT BEING A LITTLE

11:23AM  15   STRANGE BECAUSE IT WAS NOTICE OF INTENT TO AWARD A CONTRACT TO

11:23AM  16   PURETHINK I BELIEVE, BUT YET THEY REFERENCED AN IGOV GRAPH

11:23AM  17   DATABASE.

11:23AM  18        AND I -- YOU KNOW, I NEVER HEARD OF AN IGOV GRAPH

11:23AM  19   DATABASE, BUT I ASSUMED THAT THAT MEANT NEO4J ENTERPRISE BEING

11:23AM  20   DELIVERED TO THE IRS BY IGOV.

11:24AM  21   Q.   AND THEN LOOKING AT PAGE 5 OF THE LETTER, NOT THE EXHIBIT.

11:24AM  22   A.   THE BIG NUMBERS AT THE TOP?

11:24AM  23   Q.   YEAH, YEAH.

11:24AM  24   A.   YES.

11:24AM  25   Q.   SORRY ABOUT THAT.  ARE YOU -- DO YOU SEE WHERE THERE'S A

11:24AM  1    ROMAN NUMERAL III, GROUNDS OF PROTEST?

11:24AM  2    A.   YES.

11:24AM  3    Q.   AND WHAT IS THIS IN REFERENCE TO PURETHINK IS -- I'M

11:24AM  4    SORRY.  DID YOU SEE THIS LETTER BEFORE IT WAS FILED WITH THE

11:24AM  5    GOVERNMENT?

11:24AM  6    A.   I DID.  I REVIEWED IT PRIOR TO ITS SUBMISSION TO THE

11:24AM  7    GOVERNMENT.

11:24AM  8    Q.   AND WHAT WAS YOUR UNDERSTANDING OF THIS PARTICULAR ROMAN

11:24AM  9    NUMERAL III, SECTION A, AND THEN THERE'S A REFERENCE TO

11:24AM  10   BUSINESS SERVICES IN THE SECOND PARAGRAPH?

11:24AM  11   A.   UH-HUH, YES.

11:24AM  12   Q.   AND IT SAYS, "HERE THE SPECIAL NOTICE STATES THAT

11:24AM  13   PURETHINK IS THE ONLY PROVIDER OF BUSINESS SERVICES NEEDED FOR

11:25AM  14   THE AGENCY'S CDW," CHARLIE, DAVID, WILCOX, "KNOWLEDGE GRAPH

11:25AM  15   ENVIRONMENT."

11:25AM  16        DO YOU SEE THAT?

11:25AM  17   A.   YES, I DO.

11:25AM  18   Q.   AND WHAT IS THAT IN REFERENCE TO?

11:25AM  19   A.   SO THE -- PART OF THE SOLE SOURCE JUSTIFICATION IN THE

11:25AM  20   SPECIAL NOTICE WAS SAYING THAT PURETHINK WAS THE ONLY PROVIDER

11:25AM  21   OF BUSINESS SERVICES WHICH WAS NEEDED BY THE CKGE.  CKGE IS

11:25AM  22   SHORT FOR CDW KNOWLEDGE GRAPH ENVIRONMENT.

11:25AM  23   Q.   SO SINCE IT'S A MOUTHFUL, CAN WE JUST CALL IT CKGE?

11:25AM  24   A.   ABSOLUTELY.

11:25AM  25   Q.   I THINK COUNSEL WOULD PROBABLY AGREE TO THAT.

11:25AM 1    A.   SO THIS IS, YOU KNOW, STATING OUR -- THAT, YOU KNOW, WE

11:25AM 2    DIDN'T BELIEVE THAT IT WAS TRUE THAT PURETHINK WAS THE ONLY

11:26AM 3    PROVIDER OF BUSINESS SERVICES NEEDED BY THE CKGE.

11:26AM 4        WE SHARED NEO4J WAS CAPABLE OF DOING THAT, ATOM RAIN,

11:26AM 5    A-T-O-M  R-A-I-N, TWO WORDS; GRAPH AWARE, AWARE, A-W-A-R-E.  I

11:26AM 6    CAN READ THEM, BUT THERE ARE THREE OTHER COMPANIES THAT WERE I

11:26AM 7    BELIEVE NEO4J PARTNERS AT THE TIME THAT WOULD HAVE BEEN

11:26AM 8    PERFECTLY CAPABLE OF PROVIDING BUSINESS SERVICES.

11:26AM 9            MR. RATINOFF:  AND I'D LIKE TO GO AHEAD AND MOVE

11:26AM 10   EXHIBIT 57 INTO EVIDENCE?

11:26AM 11           THE COURT:  ANY OBJECTION?

11:26AM 12           MR. BEENE:  NO OBJECTION.

11:26AM 13           THE COURT:  IT'S ADMITTED.

11:26AM 14       (PLAINTIFFS' EXHIBIT 57 WAS RECEIVED IN EVIDENCE.)

11:26AM 15   BY MR. RATINOFF:

11:26AM 16   Q.   NOW, I THINK YOU MENTIONED AT THE TIME THAT YOU THOUGHT

11:26AM 17   3.3 WAS THE CURRENT VERSION OF NEO4J; IS THAT CORRECT?

11:27AM 18   A.   YES.

11:27AM 19   Q.   AND WE DID TALK ABOUT NEO4J 3.4 EARLIER, I BELIEVE.

11:27AM 20   A.   CORRECT.

11:27AM 21   Q.   AND ONCE NEO4J RELEASED NEO4J ENTERPRISE 3.4 IN I BELIEVE

11:27AM 22   NOVEMBER OF 2018 -- NO, I'M SORRY, MAY OF 2018, WAS THAT THE

11:27AM 23   CORRECT DATE?

11:27AM 24       LET'S STRIKE THAT QUESTION.  I DON'T WANT TO CONFUSE YOU.

11:27AM 25   A.   THERE WERE A LOT OF DATES BACK THEN.  IT'S BEEN A LONG

11:27AM 1      TIME.

11:27AM 2      Q.   I KNOW IT WAS A LONG TIME AGO.

11:27AM 3           SO I'M GOING TO TURN YOU BACK TO AN EXHIBIT.

11:27AM 4           LET'S GET IT CORRECT.

11:27AM 5                MR. BEENE:  EXCUSE ME, YOUR HONOR.  I APOLOGIZE.  DO

11:27AM 6      YOU EVER TAKE A BREAK DURING THE DAY?

11:27AM 7                THE COURT:  WELL, WE BEGAN EVIDENCE AT 10:00.  I

11:27AM 8      THOUGHT WE WOULD GO UNTIL NOON.

11:27AM 9                MR. BEENE:  OKAY.

11:28AM 10               THE COURT:  BUT IF WE NEED A BREAK, IF ANYBODY NEEDS

11:28AM 11     A BREAK FOR JUST A MOMENT, I'M HAPPY TO TAKE ONE NOW IF YOU

11:28AM 12     WOULD LIKE.

11:28AM 13               MR. BEENE:  I WOULD APPRECIATE IT.

11:28AM 14               THE COURT:  LET'S TAKE TEN MINUTES.

11:28AM 15               MR. BEENE:  I CAN'T SPEAK FOR OTHERS.

11:28AM 16               THE COURT:  SURE.  LET'S TAKE TEN MINUTES AND THEN

11:28AM 17     WE'LL COME BACK.  YOU CAN STAND DOWN, SIR.

11:28AM 18               THE WITNESS:  SURE.

11:28AM 19               THE COURT:  AND WE'LL SEE YOU IN TEN MINUTES.

11:28AM 20          (RECESS FROM 11:28 A.M. UNTIL 11:40 A.M.)

11:40AM 21               THE COURT:  PLEASE BE SEATED.  THANK YOU.

11:40AM 22     THE WITNESS CAN RESUME THE STAND, PLEASE.

11:41AM 23     ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

11:41AM 24     I THOUGHT WE WOULD GO UNTIL 12:30 IF THAT'S OKAY.

11:41AM 25               MR. RATINOFF:  THAT'S FINE, YOUR HONOR.  I'M

11:41AM  1    ACTUALLY ALMOST DONE WITH THIS PARTICULAR PORTION OF HIS

11:41AM  2    TESTIMONY.  I THINK WE CAN ALSO, WITH YOUR PREFERENCE, WE CAN

11:41AM  3    STOP AT NOON OR A LITTLE BIT AFTER NOON.

11:41AM  4           THE COURT:  OKAY.  ALL RIGHT.  WELL, LET'S SEE WHERE

11:41AM  5    YOU GO.

11:41AM  6           MR. RATINOFF:  I'LL LET YOU KNOW IF I'M AT A

11:41AM  7    STOPPING POINT AND IF YOU WANT TO TAKE A BREAK, THEN I'M FINE

11:41AM  8    WITH THAT.

11:41AM  9    Q.   I THINK WHERE WE LEFT OFF WE WERE TALKING ABOUT ONGDB 3.4,

11:41AM  10   AND WE WERE TRYING TO FIGURE OUT WHAT DATE THAT CAME OUT.

11:41AM  11          AND I WANT YOU TO JUST GO AHEAD AND LOOK AT EXHIBIT 4,

11:41AM  12   PLEASE.

11:42AM  13          THE CLERK:  THAT'S ALREADY IN EVIDENCE.

11:42AM  14          THE COURT:  IT'S BEEN ADMITTED, AND WE CAN PUBLISH

11:42AM  15   THIS.

11:42AM  16          THE WITNESS:  MAY 17TH, 2018.  WE ALREADY TALKED

11:42AM  17   ABOUT THIS SOME MORE AND I COULDN'T REMEMBER.

11:42AM  18   BY MR. RATINOFF:

11:42AM  19   Q.   I WAS ASKING YOU APPROXIMATELY WHEN THE 3.4 WAS RELEASED?

11:42AM  20   A.   YES.

11:42AM  21   Q.   DOES THIS DOCUMENT HELP REFRESH YOUR RECOLLECTION?

11:42AM  22   A.   YES, YES, MAY 2018.

11:42AM  23   Q.   OKAY.  AND SO AT THIS TIME DID YOU STILL VIEW IGOV AS A

11:42AM  24   COMPETITOR?

11:42AM  25   A.   YES, I DID.

11:42AM  1    Q.   AND WHY IS THAT?

11:42AM  2    A.   I VIEWED THEM AS A COMPETITOR BECAUSE THEY WERE -- AT THIS

11:42AM  3    POINT WHEN WE INTRODUCED THE COMMONS CLAUSE, I BELIEVE IGOV WAS

11:42AM  4    DISTRIBUTING BINARIES FOR NEO4J ENTERPRISE EDITION.  SO

11:43AM  5    BASICALLY PROVIDING A COMPILED VERSION OF

11:43AM  6    NEO4J ENTERPRISE EDITION TO CUSTOMERS FOR FREE AND THEN

11:43AM  7    PROVIDING SERVICES.

11:43AM  8         SO THAT WAS EATING INTO MY SALES OPPORTUNITIES BECAUSE I

11:43AM  9    WAS CHARGING FOR MY SOFTWARE AND IGOV WAS GIVING IT AWAY.

11:43AM 10    Q.   AND IN ADDITION TO THE BINARIES, WERE THERE ANY OTHER

11:43AM 11    CHANGES IN THE WAY THAT IGOV IS COMPETING OR STARTING TO

11:43AM 12    COMPETE WITH NEO4J?

11:43AM 13    A.   YES.  THEY WERE SELLING SERVICES AS WELL.

11:43AM 14    Q.   AND DID THEY MAKE ANY CHANGES TO THEIR SOFTWARE AT THAT

11:43AM 15    TIME?

11:43AM 16    A.   YES, THEY DID.  AS A MATTER OF FACT, I BELIEVE -- YEAH,

11:43AM 17    THIS WAS WHEN ONGDB WAS CREATED AND THEY STARTED DISTRIBUTING

11:44AM 18    ONGDB, WHICH IS BASICALLY A PIRATED VERSION OF NEO4J.  THEY

11:44AM 19    MODIFIED THE LICENSE CODE AND REMOVED THE COMMONS CLAUSE, AND,

11:44AM 20    THAT'S RIGHT, THIS IS WHEN THEY -- THEY WERE DELIVERING A

11:44AM 21    PIRATED VERSION OF OUR SOFTWARE FOR FREE ALONG WITH SERVICES.

11:44AM 22    Q.   OKAY.  AND JUST TO BE CLEAR, WHAT DO YOU MEAN BY "PIRATED

11:44AM 23    SOFTWARE"?

11:44AM 24    A.   WELL, THEY STARTED WITH NEO4J LICENSED SOFTWARE, THEY

11:44AM 25    MODIFIED THE LICENSE, AND COMPILED IT IN STRANGE WAYS AND

11:44AM 1    DELIVERED IT TO CUSTOMERS TELLING THEM THAT IT WAS A FREE

11:44AM 2    DROP-IN REPLACEMENT FOR NEO4J ENTERPRISE EDITION.  IT DIDN'T

11:44AM 3    HAVE A PROPER LICENSE.  I CALL THAT PIRATED.

11:45AM 4    Q.   AND THEN IF YOU WOULD TURN TO EXHIBIT 89.

11:45AM 5         DO YOU RECOGNIZE EXHIBIT 89?

11:45AM 6    A.   I DO.

11:45AM 7    Q.   AND WHAT IS EXHIBIT 89?

11:45AM 8    A.   IT'S A LATER VERSION OF THE IGOV WEBSITE WHERE THEY ARE

11:45AM 9    INDICATING THAT THEY SUPPORT ONGDB ENTERPRISE, WHICH IS THE

11:45AM 10   PIRATED VERSION OF NEO4J ENTERPRISE EDITION THAT I MENTIONED.

11:45AM 11        MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 89 INTO

11:45AM 12   EVIDENCE.

11:45AM 13        MR. BEENE:  NO OBJECTION.

11:45AM 14        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM 15        (PLAINTIFFS' EXHIBIT 89 WAS RECEIVED IN EVIDENCE.)

11:45AM 16   BY MR. RATINOFF:

11:45AM 17   Q.   AND YOU MENTIONED ONGDB.  WHETHER WAS ONGDB -- I'M SORRY.

11:46AM 18   DID YOU LOOK AT THE SOFTWARE ON ONGDB?

11:46AM 19   A.   I DID.  I LOOKED AT THE SOURCE CODE ON GITHUB.

11:46AM 20   Q.   AND WHAT DID YOU FIND?

11:46AM 21   A.   I FOUND THAT THE COMMONS CLAUSE WAS REMOVED FROM THE

11:46AM 22   LICENSE.  SO IT WAS VERSION 3.4 OF NEO4J ENTERPRISE EDITION,

11:46AM 23   BUT INSTEAD OF HAVING THE PROPER NEO4J AGPL PLUS COMMENTS

11:46AM 24   CLAUSE LICENSE, IT JUST HAD THE STANDARD AGPL LICENSE.

11:46AM 25   Q.   AND THEN MOVING ON TO NEO4J 4.5, WE TALKED ABOUT THAT A

11:46AM 1      LITTLE BIT EARLIER?

11:46AM 2      A.   UH-HUH.

11:46AM 3      Q.   AND IF YOU WOULD GO AHEAD -- I WON'T TEST YOU ON THE DATE.

11:46AM 4      IF YOU WOULD GO AHEAD AND TURN TO EXHIBIT 6, AND I BELIEVE THIS

11:46AM 5      HAS ALREADY BEEN ADMITTED.

11:46AM 6      A.   YES, NOVEMBER 2018.

11:46AM 7      Q.   OKAY.  SO AT THAT TIME, AND -- STRIKE THAT.

11:47AM 8           ANY TIME AFTER THAT, DID YOU CONTINUE TO VIEW IGOV AS A

11:47AM 9      COMPETITOR?

11:47AM 10     A.   YES.

11:47AM 11     Q.   AND WHY IS THAT?

11:47AM 12     A.   WELL, THEY CONTINUED TO DISTRIBUTE ONGDB AND SELL SERVICES

11:47AM 13     ON ONGDB, BUT THEY WENT FROM ONGDB 3.4 TO ONGDB 3.5, WHICH

11:47AM 14     REALLY SHOULDN'T HAVE BEEN POSSIBLE BECAUSE 3.5, REMEMBER, WAS

11:47AM 15     WHEN WE MOVED TO THE FULLY PROPRIETARY CLOSED SOURCE MODEL FOR

11:47AM 16     THE NEO4J ENTERPRISE EDITION.

11:47AM 17          SO WHEN I SAW THAT IGOV WAS CONTINUING TO DISTRIBUTE

11:47AM 18     NEO4J ENTERPRISE EDITION WITH A 3.5 VERSION, I WAS SURPRISED

11:47AM 19     AND DISAPPOINTED OF COURSE.  IT SHOULDN'T HAVE BEEN POSSIBLE.

11:48AM 20          SO I WENT BACK TO GITHUB AND LOOKED AT THE SOURCE CODE

11:48AM 21     AND FOUND THAT IT WAS SORT OF A MISHMASH OF NEO4J'S VERSIONS

11:48AM 22     PUT TOGETHER AND CALLED ONGDB 3.5.5 WITH AN AGPL LICENSE.

11:48AM 23     Q.   AND YOU SAID IT WAS 3.5.5?  DID YOU SAY IT WAS ONGDB

11:48AM 24     3.5.5?

11:48AM 25     A.   YES.

11:48AM  1    Q.   AND DID NEO4J HAVE A RELEASE OF NEO4J ENTERPRISE WITH THE

11:48AM  2    VERSION NUMBER 3.5.5?

11:48AM  3    A.   YES, WE DID.

11:48AM  4    Q.   AND THEN IF YOU WOULD GO AHEAD AND PLEASE TURN TO

11:48AM  5    EXHIBIT 91.  I'LL GIVE YOU A SECOND, I'M SORRY.

11:49AM  6    A.   I'M THERE.

11:49AM  7    Q.   OKAY.  DO YOU RECOGNIZE EXHIBIT 91?

11:49AM  8    A.   YES, I DO.

11:49AM  9    Q.   AND WHAT IS EXHIBIT 91?

11:49AM  10   A.   IT'S IGOV'S WEBSITE FROM MARCH OF 2019 ANNOUNCING THAT

11:49AM  11   ONGDB ENTERPRISE 3.5.5 IS READY FOR PRODUCTION.

11:49AM  12        MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 91 INTO

11:49AM  13   EVIDENCE.

11:49AM  14        MR. BEENE:  NO OBJECTION.

11:49AM  15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:49AM  16     (PLAINTIFFS' EXHIBIT 91 WAS RECEIVED IN EVIDENCE.)

11:49AM  17   BY MR. RATINOFF:

11:49AM  18   Q.   IS THIS WHERE YOU LEARNED ABOUT ONGDB 3.5.5?

11:49AM  19   A.   YES.

11:49AM  20   Q.   AND I THINK YOU ALREADY TESTIFIED.  WHAT DID YOU DO AFTER

11:49AM  21   YOU SAW THIS WEBSITE?

11:49AM  22   A.   I DON'T RECALL.  I'M NOT SURE WHAT YOU'RE ASKING.

11:50AM  23   Q.   I APOLOGIZE.  YOU MENTIONED EARLIER THAT YOU WENT TO

11:50AM  24   GITHUB?

11:50AM  25   A.   OH, YES.

ZAGALSKY DIRECT BY MR. RATINOFF

11:50AM  1   Q.   AND WHAT PROMPTED YOU TO GO TO GITHUB?

11:50AM  2   A.   WELL, THIS IS A LITTLE DIFFERENT HERE THAN THE PREVIOUS

11:50AM  3   PIRATED VERSION OF THE SOFTWARE BECAUSE IT SAYS RIGHT HERE

11:50AM  4   ONGDB 3.5.5 IS NEO4J 3.5.5 CORE PLUS THE ENTERPRISE FEATURES

11:50AM  5   THAT NEO4J, INC., REMOVED FROM THE CODE BASE AS OF VERSION 3.5.

11:50AM  6        SO I TOOK THAT TO MEAN THE NEO4J 3.5.5 CORE, I TOOK THAT

11:50AM  7   TO MEAN THE NEO4J COMMUNITY EDITION 3.5.5, PLUS THE ENTERPRISE

11:51AM  8   FEATURES THAT WE REMOVED FROM THE CODE BASE AS OF 3.5.

11:51AM  9        WHAT I TOOK THIS TO MEAN WAS THAT SINCE NEO4J WAS NO

11:51AM 10   LONGER PUBLISHING SOURCE CODE FOR THE NEO4J ENTERPRISE EDITION

11:51AM 11   FEATURES AS OF 3.5, MR. SUHY SOMEHOW WAS TAKING FEATURES,

11:51AM 12   SOURCE CODE THAT WASN'T PART OF 3.5.5 AND COMPILING IT WITH THE

11:51AM 13   COMMUNITY EDITION 3.5.5 TO CREATE HIS NEWEST PIRATED VERSION OF

11:51AM 14   NEO4J WHICH HE WAS STILL CALLING A DROP-IN REPLACEMENT FOR

11:51AM 15   NEO4J ENTERPRISE EDITION.

11:51AM 16   Q.   AND WAS ONGDB A PROBLEM FOR YOU IN SELLING TO GOVERNMENT

11:52AM 17   AGENCIES?

11:52AM 18   A.   YES, IT WAS.

11:52AM 19   Q.   AND HOW IS IT A PROBLEM?

11:52AM 20   A.   WELL, GOVERNMENT CUSTOMERS WHO BECAME AWARE OF ONGDB, THEY

11:52AM 21   HAD A CHOICE OF PURCHASING THE NEO4J SUBSCRIPTION AS A COST

11:52AM 22   FROM NEO4J, INC., OR -- AND PURCHASING NEO4J SUPPORT AND

11:52AM 23   SERVICES FROM NEO4J, INC., OR GETTING THE FREE PIRATED VERSION

11:52AM 24   FROM IGOV ALONG WITH SERVICES FROM MR. SUHY.

11:52AM 25        AND, YOU KNOW, SOME PEOPLE IN THE GOVERNMENT LIKE IT FREE.

11:52AM  1    WHO WOULDN'T?

11:52AM  2        SO IT MADE MY JOB A LITTLE MORE DIFFICULT IN CERTAIN

11:52AM  3    CASES.

11:53AM  4            MR. RATINOFF:  YOUR HONOR, I'M IN A PLACE WHERE I

11:53AM  5    CAN STOP OR IF WE PROCEED, I'LL PROBABLY NEED AT LEAST ANOTHER

11:53AM  6    HALF HOUR OR 45 MINUTES OR SO?

11:53AM  7            THE COURT:  WELL, I THOUGHT WE WOULD GO TO THE

11:53AM  8    BOTTOM OF THE HOUR JUST TO CAPTURE SOME --

11:53AM  9            MR. RATINOFF:  -- LOST TIME?

11:53AM  10           THE COURT:  YES.  SO WHY DON'T WE DO THAT.  WE'LL

11:53AM  11   BREAK ABOUT 12:30 FOR LUNCH.

11:53AM  12           MR. RATINOFF:  OKAY.

11:53AM  13   Q.  AND ARE YOU FAMILIAR WITH A DIVISION AT THE IRS WITH THE

11:53AM  14   ACRONYM RAAS?

11:53AM  15   A.  YES, I AM.

11:53AM  16   Q.  AND WHAT IS YOUR UNDERSTANDING OF RAAS?

11:53AM  17   A.  RESEARCH, APPLIED ANALYTICS, AND STATISTICS.

11:53AM  18   Q.  AND HOW IS THAT OR WHAT IS THAT IN TERMS OF BEING AT THE

11:53AM  19   IRS?

11:53AM  20   A.  WELL, TO ME, RAAS WAS THE GROUP THAT HAD BEEN USING NEO4J.

11:53AM  21   SINCE PRIOR TO MY ARRIVAL AT NEO4J IN 2016, THEY HAD BEEN USING

11:54AM  22   NEO4J COMMUNITY EDITION.

11:54AM  23       AND THEN THEY, IN 2017, THEY BEGAN USING, YOU KNOW, THE

11:54AM  24   VARIOUS PIRATED VERSIONS OF NEO4J ENTERPRISE VERSION THAT

11:54AM  25   MR. SUHY PROVIDED TO THEM.

ZAGALSKY DIRECT BY MR. RATINOFF

11:54AM  1    Q.   AND THEN YOU MENTIONED BEFORE YOUR ARRIVAL.  DID YOU HAVE

11:54AM  2    ANY PRIOR KNOWLEDGE OF WHAT RAAS WAS BEFORE COMING TO NEO4J?

11:54AM  3    A.   NO, I DIDN'T.

11:54AM  4    Q.   SO YOU LEARNED ABOUT RAAS THROUGH YOUR WORK AT NEO4J?

11:54AM  5    A.   CORRECT.

11:54AM  6    Q.   NOW, I THINK WE ALREADY DISCUSSED THE CKGE AND WHAT IT

11:54AM  7    MEANS?

11:54AM  8    A.   YES.

11:54AM  9    Q.   AND HOW DOES THE CKGE RELATE TO RAAS?

11:54AM  10   A.   RAAS WAS THE ORGANIZATION AT THE IRS THAT WAS RESPONSIBLE

11:54AM  11   FOR THE CKGE PROGRAM.

11:54AM  12   Q.   AND I BELIEVE WE SAW THAT PROGRAM MENTIONED IN THE PROTEST

11:55AM  13   THAT WE LOOKED AT EARLIER; CORRECT?

11:55AM  14   A.   CORRECT.

11:55AM  15   Q.   AND WHAT ENDED UP HAPPENING WITH THAT PROTEST?

11:55AM  16   A.   WELL, WE WON THE PROTEST AND THE IRS, RAAS TEAM, HAD TO

11:55AM  17   WORK WITH THEIR PROCUREMENT FOLKS TO GO BACK AND REWORK THE

11:55AM  18   SOLICITATION THAT WAS FAULTY AS INDICATED BY THE FACT THAT WE

11:55AM  19   WON THE PROTEST.

11:55AM  20        AND THEN IN I BELIEVE IT WAS MAY OF 2018 I CAME ACROSS A

11:55AM  21   PRE-SOLICITATION NOTICE OR INTENT TO AWARD A SOLE SOURCE

11:55AM  22   CONTRACT FOR THE CKGE PROGRAM TO A COMPANY CALLED EGOVERNMENT

11:55AM  23   SOLUTIONS.

11:56AM  24   Q.   AND, AGAIN, WHERE DID YOU LEARN ABOUT THE SOLICITATION?

11:56AM  25   A.    IT WAS PUBLICALLY POSTED ON THE INTERNET.

11:56AM 1   Q.   THROUGH ONE OF THE SITES THAT YOU MENTIONED EARLIER THAT

11:56AM 2   YOU MONITOR?

11:56AM 3   A.   THAT'S CORRECT.

11:56AM 4   Q.   AND DO YOU KNOW WHO EGOVERNMENT SOLUTIONS IS?

11:56AM 5   A.   I DO.

11:56AM 6   Q.   AND WHO IS EGOVERNMENT SOLUTIONS?

11:56AM 7   A.   IT'S ANOTHER BUSINESS ENTITY OR COMPANY THAT MR. SUHY WAS

11:56AM 8   INVOLVED IN AT THE TIME.

11:56AM 9   Q.   AND HOW DID YOU COME TO LEARN THAT?

11:56AM 10   A.   WELL, WHEN I SAW THE PRE-SOLICITATION NOTICE, I BELIEVE I,

11:56AM 11   YOU KNOW, WENT TO GOOGLE AND SEARCHED EGOVERNMENT SOLUTIONS.

11:56AM 12   Q.   AND ONCE YOU SAW THAT SOLICITATION, WHAT DID YOU DO?

11:56AM 13   A.   WELL, THE FIRST THING I WOULD HAVE DONE WOULD HAVE BEEN TO

11:57AM 14   BROUGHT IT TO THE ATTENTION OF MY LEADERSHIP, AND WE HAD SOME

11:57AM 15   DISCUSSIONS ON HOW TO PROCEED, AND WE DECIDED THAT I WOULD SEND

11:57AM 16   A LETTER VIA EMAIL TO MIKE DUNN, MICHAEL DUNN, D-U-N-N, WHO WAS

11:57AM 17   THE TECHNICAL LEAD AT RAAS ON THE CKGE PROGRAM.

11:57AM 18   Q.   AND WHY WOULD YOU SEND AN EMAIL TO MR. DUNN?

11:57AM 19   A.   I WANTED TO MAKE SURE THAT MR. DUNN AND HIS LEADERSHIP

11:57AM 20   WERE AWARE OF THE NEW LICENSING MODEL FOR NEO4J 3.4 WITH THE

11:57AM 21   COMMONS CLAUSE AND NEO4J'S BELIEF THAT THEIR SOLICITATION WOULD

11:58AM 22   REQUIRE THEIR CONTRACTORS TO VIOLATE THE COMMONS CLAUSE.

11:58AM 23   Q.   WHAT DO YOU MEAN BY VIOLATE THE COMMONS CLAUSE?

11:58AM 24   A.   WELL, THE COMMONS CLAUSE PREVENTED THIRD PARTY COMPANIES

11:58AM 25   FROM PROVIDING PAID SERVICES ON NEO4J VERSION 3.4.  SO THE

11:58AM   1    WHOLE POINT OF THE SOLICITATION IN MAY OF 2018 WAS TO GET A

11:58AM   2    CONTRACTOR TO PROVIDE SERVICES ON NEO4J ENTERPRISE FOR THE CKGE

11:58AM   3    PROGRAM.

11:58AM   4        SO I THOUGHT THE IRS WOULD WANT TO BE AWARE OF THE

11:58AM   5    CONFLICT THERE.

11:58AM   6    Q.   AND YOU MENTIONED AN EMAIL?

11:58AM   7    A.   YES.

11:58AM   8    Q.   AND DID YOU SEND AN EMAIL TO MR. DUNN?

11:59AM   9    A.   I DID, YES.

11:59AM   10   Q.   AND COULD YOU GO AHEAD AND TURN TO EXHIBIT 126.

11:59AM   11        DO YOU RECOGNIZE EXHIBIT 126?

11:59AM   12   A.   YES.

11:59AM   13   Q.   AND IS THIS THE EMAIL YOU WERE REFERRING TO?

11:59AM   14   A.   YES, THIS IS THE EMAIL I WAS REFERRING TO, YES.

11:59AM   15        MR. RATINOFF:  I WOULD LIKE TO MOVE EXHIBIT 126 INTO

11:59AM   16   EVIDENCE.

11:59AM   17        THE COURT:  ANY OBJECTION?

11:59AM   18        MR. BEENE:  OH, I'M SORRY.  NO OBJECTION.

11:59AM   19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:59AM   20   (PLAINTIFFS' EXHIBIT 126 WAS RECEIVED IN EVIDENCE.)

11:59AM   21   BY MR. RATINOFF:

11:59AM   22   Q.   IT'S A LONG EMAIL.  WHAT -- I THINK YOU TALKED ABOUT WHAT

11:59AM   23   YOUR INTENT WAS, BUT WHAT WAS THE HIGH LEVEL SUBSTANCE OF THIS

11:59AM   24   EMAIL?

11:59AM   25   A.   WELL, WHAT I ALREADY MENTIONED IS ON PAGE 2 OF THE EMAIL

ZAGALSKY DIRECT BY MR. RATINOFF

```
11:59AM    1    WHERE I EXPLAINED, POINT OUT THE COMMONS CLAUSE AND EXPLAIN

12:00PM    2    WHAT IT IS ALL ABOUT.

12:00PM    3        I ALSO, I BELIEVE, EXPLAIN THAT WE BELIEVE THAT IT'S -- IT

12:00PM    4    WOULD BE IMPORTANT FOR THE IRS TO BE USING A SUPPORTED

12:00PM    5    NEO4J ENTERPRISE EDITION, COMMERCIALLY SUPPORTED, SO THAT THEY

12:00PM    6    CAN GET SUPPORT FROM NEO4J ALONG WITH NEW FEATURES AND

12:00PM    7    CAPABILITIES WHEN THEY'RE RELEASED, SECURITY UPDATES, SO ON AND

12:00PM    8    SO FORTH.

12:00PM    9    Q.   AND JUST OUT OF CURIOSITY, IF SOMEONE PURCHASED A LICENSE,

12:00PM   10    A COMMERCIAL LICENSE FOR NEO4J ENTERPRISE, WOULD THEY BE ABLE

12:01PM   11    TO GET SUPPORT FROM SOMEONE ELSE BESIDES NEO4J?

12:01PM   12    A.   YES.

12:01PM   13    Q.   AND GOING TO THE VERY END OF THIS EMAIL, DO YOU SEE THE

12:01PM   14    LAST PARAGRAPH, "WE ARE AVAILABLE TO DISCUSS THE LICENSE

12:01PM   15    CHANGES AND YOUR CURRENT SITUATION AT YOUR EARLIEST

12:01PM   16    CONVENIENCE"?

12:01PM   17    A.   YES.

12:01PM   18    Q.   DID THE IRS RESPOND TO THIS EMAIL?

12:01PM   19    A.   YES, THEY DID.

12:01PM   20    Q.   AND WHAT WAS THAT RESPONSE?

12:01PM   21    A.   I GOT A RESPONSE FROM LISA ROSENMERKEL, AND SHE SENT ME AN

12:01PM   22    EMAIL RESPONSE.

12:01PM   23    Q.   IF YOU WOULD GO AHEAD AND TURN TO EXHIBIT 127 -- I'M

12:02PM   24    SORRY, 128.  IT'S A LENGTHY EMAIL EXCHANGE, SO IF YOU WOULD

12:02PM   25    TAKE A BRIEF MOMENT AND LET ME KNOW WHEN YOU'VE HAD A CHANCE TO
```

12:02PM  1    REVIEW IT.

12:02PM  2    A.   YES.  THIS IS THE EMAIL THAT I WAS REFERRING TO THAT

12:02PM  3    STARTS AT THE END WITH THE EMAIL THAT I WROTE TO MIKE DUNN, MY

12:02PM  4    FOLLOW-UP, AND LISA RESPONDING THAT THEY WOULD LIKE TO STICK

12:02PM  5    WITH VERSION 3.2 AT THE TIME BUT SHE INVITED US TO COME IN AND

12:03PM  6    PROVIDE A DEMO OF VERSION 3.4.

12:03PM  7    Q.   I'M GOING TO JUST STOP YOU RIGHT THERE.  I'M GOING TO GET

12:03PM  8    IN TROUBLE.  I JUST WANT TO MAKE SURE THAT I MOVE THIS INTO

12:03PM  9    EVIDENCE BEFORE WE GET YOUR TESTIMONY.

12:03PM  10   A.   SURE.

12:03PM  11          MR. RATINOFF:  I WANT TO GO AHEAD AND MOVE

12:03PM  12   EXHIBIT 128 INTO EVIDENCE.

12:03PM  13          MR. BEENE:  NO OBJECTION.

12:03PM  14          THE COURT:  IT'S ADMITTED.

12:03PM  15       (PLAINTIFFS' EXHIBIT 128 WAS RECEIVED IN EVIDENCE.)

12:03PM  16   BY MR. RATINOFF:

12:03PM  17   Q.   I APOLOGIZE FOR INTERRUPTING.  YOU WERE TALKING ABOUT

12:03PM  18   MOVING TO VERSION NEO4J ENTERPRISE 3.4?

12:03PM  19   A.   YEAH.  SO LISA'S RESPONSE WAS BASICALLY THAT WE ARE

12:03PM  20   INTERESTED IN TALKING TO YOU, NEO4J, AND WE WOULD LIKE TO

12:03PM  21   INVITE YOU TO COME IN AND PRESENT AND DEMO YOUR VERSION 3.4.

12:03PM  22   Q.   OKAY.  DID YOU END UP DOWNLOADING 3.4 WITH THE IRS?

12:04PM  23   A.   YES, WE DID.

12:04PM  24   Q.   OKAY.  AND HOW DID THAT HAPPEN?

12:04PM  25   A.   SO IF YOU CONTINUE IN THE EMAIL, WHERE IT'S THE MAY 25TH

12:04PM 1    EMAIL FROM ME TO LISA, I ACTUALLY SUGGESTED THAT WE HAVE TWO

12:04PM 2    MEETINGS, THAT WE HAVE A BUSINESS MEETING AND A TECHNICAL

12:04PM 3    MEETING.

12:04PM 4         AND SHE RESPONDED AT THE TOP BOTH MEETINGS WOULD BE GOOD.

12:04PM 5         AND WE EVENTUALLY GOT BOTH MEETINGS SCHEDULED, THE

12:04PM 6    BUSINESS MEETING AND THE TECHNICAL MEETING.

12:04PM 7    Q.   AND WHAT WAS THE PURPOSE OF THE BUSINESS MEETING?

12:04PM 8    A.   THE BUSINESS MEETING WAS TO ADDRESS THE NEW LICENSE MODEL

12:04PM 9    WITH THE COMMONS CLAUSE, MAKE SURE THAT THEY UNDERSTAND IT, AND

12:04PM 10   ALSO ENCOURAGE THEM TO PURCHASE THE COMMERCIALLY AVAILABLE

12:04PM 11   NEO4J ENTERPRISE EDITION.

12:05PM 12   Q.   AND WHICH ENTERPRISE EDITION WAS THAT?

12:05PM 13   A.   3.4.

12:05PM 14   Q.   AND APPROXIMATELY WHEN DID THAT BUSINESS MEETING TAKE

12:05PM 15   PLACE?

12:05PM 16   A.   IT WOULD HAVE BEEN LIKE THE FIRST WEEK OF JUNE.

12:05PM 17   Q.   AND WHO WAS AT THAT MEETING?

12:05PM 18   A.   IT WAS MYSELF; ONE OF MY COLLEAGUES; ON THE IRS SIDE IT

12:05PM 19   WAS LISA ROSENMERKEL, SHE WAS MIKE DUNN'S POSITION AND

12:05PM 20   ASSOCIATE DIRECTOR OF DMD, WHICH IS THE DATA MANAGEMENT

12:05PM 21   DIVISION OF RAAS; AND HER BOSS, JEFF BUTLER, WHO WAS THE

12:05PM 22   DIRECTOR OF THE DATA MANAGEMENT DIVISION, DMD.

12:05PM 23   Q.   AND AGAIN, HOW DOES THE DMD RELATE TO RAAS?

12:05PM 24   A.   IT'S THE DIVISION WITHIN RAAS WHICH WAS RESPONSIBLE FOR

12:06PM 25   THE CKGE.

ZAGALSKY DIRECT BY MR. RATINOFF

12:06PM   1    Q.   AND THEN YOU MENTIONED A TECHNICAL MEETING.  WHAT WAS THE

12:06PM   2    PURPOSE OF THE TECHNICAL MEETING?

12:06PM   3    A.   THE TECHNICAL MEETING IS WHAT LISA ORIGINALLY REQUESTED

12:06PM   4    AND AS FOLLOW-UP TO MY EMAIL FOR NEO4J TO PRESENT THE FEATURES,

12:06PM   5    BENEFITS, AND CAPABILITIES OF NEO4J VERSION 3.4.

12:06PM   6         AND FROM OUR PERSPECTIVE IT WAS ALSO TO GATHER

12:06PM   7    REQUIREMENTS FROM THE RAAS TEAM SO THEY COULD PROVIDE A QUOTE

12:06PM   8    SO WE COULD MAKE A PURCHASE.

12:06PM   9    Q.   AND I ASSUME THAT TOOK PLACE?

12:06PM   10   A.   YES, IT DID.

12:06PM   11   Q.   AND WHEN DID IT TAKE PLACE?

12:06PM   12   A.   THE TECHNICAL MEETING WAS IN THE MIDDLE OF JULY.

12:07PM   13   Q.   AND DO YOU RECALL WHO WAS IN ATTENDANCE AT THAT MEETING?

12:07PM   14   A.   ON THE NEO4J SIDE IT WAS DEFINITELY ME AND OUR PRODUCT

12:07PM   15   VICE PRESIDENT, PHILIP RATHLE.

12:07PM   16        THERE MAY HAVE BEEN -- MY SELLS ENGINEER MAY HAVE BEEN

12:07PM   17   THERE.  THERE MIGHT HAVE BEEN SOMEONE ELSE FROM NEO4J, BUT I

12:07PM   18   DON'T RECALL.

12:07PM   19        ON THE IRS SIDE, LISA ROSENMERKEL WAS THERE; MIKE DUNN WAS

12:07PM   20   THERE.  I REMEMBER THERE WAS A FAIRLY BIG TABLE, SO THERE WERE

12:07PM   21   A BUNCH OF PEOPLE THERE THAT I DON'T RECALL.

12:07PM   22        I DO RECALL THAT JEFF BUTLER WAS NOT THERE.  HE WAS OUT OF

12:07PM   23   TOWN, AND HE COULD NOT MAKE IT.  I REMEMBER THAT BECAUSE LISA

12:07PM   24   HAD TO, YOU KNOW, GET THE SLIDES AND SHARE IT WITH HIM SO THAT

12:07PM   25   WE COULD HAVE A FOLLOW-UP MEETING.

12:08PM  1    Q.   AND WHAT HAPPENED AFTER THE CONCLUSION OF THAT MEETING?

12:08PM  2    A.   I REMEMBER THERE WAS SOME BACK AND FORTH ON THEIR

12:08PM  3    REQUIREMENTS FOR A QUOTE, AND WE PROVIDED A QUOTE FOR

12:08PM  4    NEO4J ENTERPRISE EDITION.

12:08PM  5    Q.   WOULD YOU PLEASE GO AHEAD AND TURN TO EXHIBIT 131.  AND

12:08PM  6    THIS IS ANOTHER EMAIL EXCHANGE.  SO FEEL FREE TO REVIEW IT

12:08PM  7    QUICKLY OR SLOWLY, WHATEVER IS COMFORTABLE FOR YOU, AND LET ME

12:08PM  8    KNOW WHEN YOU'VE FINISHED.

12:08PM  9    A.   SO I'M STARTING FROM THE BACK AND --

12:08PM  10   Q.   BEFORE WE GET INTO THE DETAILS, I JUST WANT TO MAKE SURE.

12:08PM  11   A.   YES.

12:08PM  12   Q.   I'M TRYING TO STAY OUT OF TROUBLE, SO LET'S JUST START

12:08PM  13   WITH DO YOU RECOGNIZE THIS EXHIBIT?

12:08PM  14   A.   YES.

12:08PM  15   Q.   AND WHAT -- AT A HIGH LEVEL, WHAT IS IT?

12:08PM  16   A.   THIS IS AN EMAIL EXCHANGE BETWEEN LISA ROSENMERKEL AND

12:09PM  17   MYSELF.

12:09PM  18   Q.   AND THIS IS THE -- I'M SORRY, STRIKE THAT.

12:09PM  19        I WOULD LIKE TO GO AHEAD AND MOVE EXHIBIT 131 INTO

12:09PM  20   EVIDENCE.

12:09PM  21            THE COURT:  ANY OBJECTION?

12:09PM  22            MR. BEENE:  NO OBJECTION.

12:09PM  23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:09PM  24        (PLAINTIFFS' EXHIBIT 131 WAS RECEIVED IN EVIDENCE.)

12:09PM  25   BY MR. RATINOFF:

ZAGALSKY DIRECT BY MR. RATINOFF

12:09PM   1    Q.   ALL RIGHT.  LET'S GO AND WE CAN START WHERE YOU WANTED TO

12:09PM   2    START FROM, WHICH I BELIEVE IS TOWARDS THE END?

12:09PM   3    A.   YES.  SO THIS IS THE EMAIL EXCHANGE THAT I HAD RECALLED

12:09PM   4    AND MENTIONED PREVIOUSLY.

12:09PM   5         AT THE END IT STARTS WITH THE CALENDAR INVITE FOR THE

12:09PM   6    JULY 16TH, 2018, TECHNICAL MEETING.

12:09PM   7    Q.   ALL RIGHT.  SO THAT'S THE DATE THAT THE MEETING OCCURRED?

12:09PM   8    A.   YES.

12:09PM   9    Q.   AND THEN YOU PREVIOUSLY MENTIONED A QUOTE.

12:09PM  10         DO YOU RECOGNIZE THE EMAIL THAT IS DATED JULY 18TH, 2018,

12:09PM  11    AT 4:19 P.M. FROM YOURSELF?

12:09PM  12    A.   YES.  THAT WAS IN RESPONSE TO LISA'S EMAIL BELOW WHERE SHE

12:10PM  13    CLARIFIED THE REQUIREMENTS FOR PRICING.

12:10PM  14         AND I RESPONDED WITH AN EXPLANATION OF HOW I WOULD PROVIDE

12:10PM  15    THEM PRICING FOR A NON-STANDARD CONFIGURATION AND WHAT THAT

12:10PM  16    PRICING WOULD BE.

12:10PM  17    Q.   WHAT DO YOU MEAN BY NON-STANDARD CONFIGURATION?

12:10PM  18    A.   WE HAVE -- SO WE LICENSE OR WE SELL OUR PRODUCT AS A

12:10PM  19    SUBSCRIPTION WHICH INCLUDES LICENSE FOR PRODUCTION MACHINES,

12:10PM  20    FOR TEST AND DEVELOPMENT MACHINES, IT INCLUDES SUPPORT, AND

12:10PM  21    EACH SUBSCRIPTION -- WE HAVE A LIST OF STANDARD SUBSCRIPTION

12:11PM  22    THAT WE TELL THAT HAVE A NUMBER OF PRODUCTION AND TEST MACHINES

12:11PM  23    AND A NUMBER OF CORES, CPU CORES AND MEMORY PER MACHINE.

12:11PM  24         SO WE HAVE DIFFERENT SUBSCRIPTION BUNDLES, THINGS LIKE

12:11PM  25    DISCOVERY BUNDLE, ENTERPRISE BUNDLE AND SO ON.

12:11PM 1    SO THEIR REQUIREMENT DIDN'T FIT WELL INTO ANY OF OUR

12:11PM 2    STANDARD SUBSCRIPTION BUNDLES.

12:11PM 3    SO WHAT I DID IS I TOOK OUR ENTERPRISE BUNDLE, WHICH IS

12:11PM 4    NORMALLY A THREE MACHINE BUNDLE THAT PROVIDES FOR CLUSTERING,

12:11PM 5    BUT THEY DIDN'T HAVE A REQUIREMENT AT THE TIME FOR A CLUSTER OF

12:11PM 6    THREE MACHINES.  THEY JUST WANTED TO HAVE A SINGLE MACHINE FOR

12:11PM 7    PRODUCTION.

12:11PM 8    AND -- BUT THEIR MACHINE -- WE HAD A BUNDLE CALLED THE

12:12PM 9    DISCOVERY BUNDLE AT THAT TIME WHICH ONLY ALLOWED FOR 4 CPU

12:12PM 10   CORES AND 64 GIGABYTES OF MEMORY AND DIDN'T ALLOW FOR WHAT THEY

12:12PM 11   HAD, WHICH WAS MORE THAN 4 CORES AND 64 GIGABYTES OF MEMORY.

12:12PM 12   WHAT THEY HAD WAS 300 GIGABYTES OF MEMORY IN THEIR CURRENT

12:12PM 13   SYSTEM OR 300 GIGABYTES OF DATA IN THEIR CURRENT SYSTEM, AND

12:12PM 14   OUR ENTERPRISE BUNDLE ALLOWED FOR UP TO 256 GIGABYTES OF

12:12PM 15   MEMORY.

12:12PM 16   SO WHAT WE DID AS THE PRICE LISTED AT THE TIME ALLOWED FOR

12:12PM 17   IS WE STACKED 2 MACHINE LICENSES OF 24 CORES AND 256 ON TOP OF

12:13PM 18   EACH OTHER, SO IT WOULD GIVE THEM A LICENSE FOR ONE MACHINE

12:13PM 19   WITH 48 CORES AND 512 GIGABYTES OF RAM.

12:13PM 20   Q.   AND WHY DID YOU COME UP WITH THAT PARTICULAR BUNDLE?

12:13PM 21   A.   IT WOULD HAVE BEEN REALLY HIGH PRICE TAG THAT I DIDN'T

12:13PM 22   EXPECT THEM TO BE ABLE TO AFFORD AT THE TIME FOR A FULL

12:13PM 23   ENTERPRISE BUNDLE.  SO WE CAME UP WITH SOMETHING NON-STANDARD

12:13PM 24   IN ORDER TO CLOSELY MATCH THEIR NEEDS AND THEIR EXPECTED BUDGET

12:13PM 25   BECAUSE LISA SHARED AT THE TIME THAT THEY DIDN'T HAVE A

12:13PM  1    SIGNIFICANT BUDGET FOR THIS, AND THEY WANTED SOMETHING SMALL TO

12:13PM  2    START WITH.

12:13PM  3    Q.   AND THEN WHAT HAPPENED AFTER YOU PROVIDED THAT QUOTE?

12:13PM  4    A.   AFTER I PROVIDED THE QUOTE, I'M LOOKING AT THE EMAIL THAT

12:14PM  5    LISA FORWARDED TO JEFF, JEFF BUTLER TO REVIEW, I FOLLOWED UP

12:14PM  6    AGAIN AND FOLLOWED UP AGAIN.

12:14PM  7         AND EVENTUALLY AT THE TOP SHE RESPONDED THANKING ME FOR

12:14PM  8    THE QUOTE OR THE PRICING AND INDICATED THAT IT WAS USEFUL FOR

12:14PM  9    PLANNING PURPOSES BUT LOOKING AT THEIR OPTIONS AND THEIR

12:14PM  10   CURRENT BUDGET, THEY HAD DECIDED NOT TO MAKE A PURCHASE AT THAT

12:14PM  11   TIME.

12:14PM  12   Q.   AND WHAT WAS YOUR REACTION TO LISA'S EMAIL OF JULY 27,

12:14PM  13   2018?

12:14PM  14   A.   MY REACTION WAS OBVIOUSLY DISAPPOINTED BECAUSE I FELT LIKE

12:15PM  15   I HAD BUILT A DECENT RAPPORT WITH LISA AND SHE SEEMED TO

12:15PM  16   UNDERSTAND THINGS.

12:15PM  17        AND I FELT LIKE THEY WERE GOING TO DO WHAT WAS IN MY

12:15PM  18   OPINION THE RIGHT THING AND MAKE A PURCHASE.

12:15PM  19        BUT, YOU KNOW, LOOKING AT THE EMAIL WHERE SHE SAYS

12:15PM  20   CONSIDERING OUR OPTIONS AND OUR BUDGET, I TOOK THAT TO MEAN,

12:15PM  21   WELL, I COULD MAKE A PURCHASE FROM YOU NEO4J, OR I COULD USE

12:15PM  22   THE FREE PIRATED VERSION OF NEO4J ONGDB OR WHATEVER VERSION OF

12:15PM  23   NEO4J ENTERPRISE EDITION THAT JOHN MARK SUHY WAS PROVIDING THEM

12:15PM  24   AT THE TIME.

12:15PM  25   Q.   DID YOU SUSPECT JOHN MARK SUHY HAD PROVIDED ONGDB TO THE

ZAGALSKY DIRECT BY MR. RATINOFF

12:15PM 1    IRS?

12:15PM 2    A.   WELL, LOOKING AT THE DATE, I THINK THIS WAS LIKE LITERALLY

12:15PM 3    JUST BEFORE ONGDB WAS RELEASED, BUT I WAS AWARE THAT HE WAS

12:16PM 4    PROVIDING NEO4J ENTERPRISE EXECUTABLES TO THE IRS BASED ON

12:16PM 5    VERSION 3.2, NEO4J ENTERPRISE 3.2 BECAUSE THAT'S WHAT THEY WERE

12:16PM 6    COMPARING.  THAT'S WHAT THEY -- I MEAN, SHE WAS TELLING ME,

12:16PM 7    WELL, YOU KNOW, PREVIOUSLY IN THE EMAIL, SHE SAID, WELL, WE'RE

12:16PM 8    GOING TO, WE'RE PROBABLY GOING TO STICK WITH VERSION 3.2, MAYBE

12:16PM 9    IT WAS THE PREVIOUS EMAIL, NEO4J ENTERPRISE 3.2, BUT WE'LL LOOK

12:16PM 10   AT 3.4 FOR PLANNING PURPOSES.

12:16PM 11       SO I KNEW THEY WERE USING NEO4J ENTERPRISE 3.2 AND THAT

12:16PM 12   MR. SUHY HAD PROVIDED IT.

12:16PM 13   Q.   AND YOU PREVIOUSLY MENTIONED USING RESELLERS; IS THAT

12:17PM 14   CORRECT?

12:17PM 15   A.   THAT'S CORRECT.

12:17PM 16   Q.   AND HAD THEY ACCEPTED THAT QUOTE, WOULD YOU HAD USED A

12:17PM 17   RESELLER?

12:17PM 18   A.   YES, WE DO ALL OF OUR BUSINESS WITH THE FEDERAL GOVERNMENT

12:17PM 19   THROUGH RESELLERS.

12:17PM 20   Q.   AND WHY IS THAT?

12:17PM 21   A.   IT'S -- FRANKLY, IT'S EASIER AND LESS RISKY FOR A SOFTWARE

12:17PM 22   COMPANY TO WORK WITH RESELLERS THAN HAVE TO DEAL WITH THE

12:17PM 23   FEDERAL GOVERNMENT AND THEIR COMPLICATED PROCUREMENT PROCESS

12:17PM 24   AND THE FEDERAL ACQUISITION REGULATIONS AND ALL OF THAT.

12:17PM 25       SO IT'S COMMON IN THE SOFTWARE INDUSTRY FOR SOFTWARE

12:17PM 1    VENDORS TO SELL THROUGH RESELLERS.

12:17PM 2    Q.   AND WAS NEO4J WORKING WITH A RESELLER OR RESELLERS AT THAT

12:17PM 3    TIME?

12:17PM 4    A.   LET'S SEE.  SO THIS WAS JULY OF 2018.  SO AT THE TIME WE

12:17PM 5    HAD JUST BROUGHT ON A RESELLER CALLED INTELLIPEAK IN MAY OF

12:17PM 6    2018.  INTELLIPEAK, I-N-T-E-L-L-I-P-E-A-K.

12:18PM 7    Q.   AND WOULD INTELLIPEAK, WOULD THEY HAVE RECEIVED A RESELLER

12:18PM 8    FEE IN CONJUNCTION WITH THAT TRANSACTION HAD IT GONE THROUGH?

12:18PM 9    A.   YES.  YES, THEY WOULD HAVE.  THEIR FEDERAL RESELLER

12:18PM 10   AGREEMENT WITH NEO4J INCLUDED A 7 PERCENT MARGIN OR DISCOUNT.

12:18PM 11   SO THEY WOULD HAVE GOTTEN 7 PERCENT OF THE 1 YEAR FEE OR THE

12:18PM 12   3 YEAR FEE, WHATEVER THE IRS DECIDED TO PURCHASE, THEY WOULD

12:18PM 13   HAVE GOTTEN 7 PERCENT OF THAT PRICE THAT THE IRS PAID TO THEM

12:18PM 14   AND THEY WOULD HAVE PAID US TO -- WHATEVER THE PRICE THAT THE

12:18PM 15   IRS PAID TO THEM LESS 7 PERCENT.

12:19PM 16   Q.   YOU MENTIONED PRICING STRUCTURE BY BUNDLES.  IS THERE A --

12:19PM 17   DOES NEO4J HAVE POLICIES THAT SET THE PRICES FOR THOSE BUNDLES?

12:19PM 18   A.   YES, WE DO.

12:19PM 19   Q.   AND HOW ARE THOSE POLICIES COMMUNICATED TYPICALLY?

12:19PM 20   A.   WE HAVE AN INTERNAL NEO4J PRICE LIST.

12:19PM 21   Q.   SO AT THIS TIME I'M GOING TO INTRODUCE AN EXHIBIT.  THIS

12:19PM 22   IS AN EXHIBIT THAT WAS DESIGNATED ATTORNEYS' EYES ONLY, AND WE

12:19PM 23   WISH TO MAINTAIN THAT DESIGNATION.

12:19PM 24       SO I'VE ASKED ONCE IT'S SUBMITTED, THAT WE KEEP IT FROM

12:19PM 25   PUBLIC DISPLAY.

12:19PM 1          THE COURT:  IT WON'T BE PUBLISHED.

12:19PM 2       WHAT IS THE EXHIBIT NUMBER?

12:19PM 3          MR. RATINOFF:  I'M GOING TO START WITH TRIAL

12:19PM 4    EXHIBIT 16.

12:19PM 5       AND THE NEXT, I BELIEVE, FOUR SUCCESSIVE EXHIBITS I

12:19PM 6    BELIEVE ARE DESIGNATED AS AEO.

12:19PM 7          THE COURT:  OKAY.

12:19PM 8          MR. RATINOFF:  THE ONLY ISSUE IS THAT MR. SUHY IS AT

12:19PM 9    COUNSEL TABLE AND HE WOULD BE ABLE TO SEE IF COUNSEL IS ABLE TO

12:19PM 10   SEE THE DOCUMENT.

12:19PM 11      SO I KNOW THEY HAVE A BINDER WITH A PAPER VERSION.  IF

12:20PM 12   IT'S OKAY, IS THERE A WAY WE CAN TURN OFF THAT MONITOR SO THEY

12:20PM 13   CAN LOOK AT THE PAPER VERSION?

12:20PM 14         THE COURT:  IS THAT OKAY WITH YOU COUNSEL?

12:20PM 15         MR. BEENE:  IN YOUR AO -- I PULLED THEM ALL OUT OF

12:20PM 16   YOUR EXHIBITS BECAUSE I HAVE A SEPARATE BINDER ALREADY.

12:20PM 17         MR. RATINOFF:  OKAY.

12:20PM 18         MR. BEENE:  WHAT IS IT THAT YOU DON'T WANT HIM TO

12:20PM 19   LOOK AT, THE EXHIBIT THAT YOU SHOW?

12:20PM 20         MR. RATINOFF:  CORRECT.  I JUST DON'T WANT IT

12:20PM 21   DISPLAYED ON THE SCREEN.

12:20PM 22         MR. BEENE:  THAT'S FINE.  WE HAVE NOT SHOWN HIM ANY

12:20PM 23   OF THIS.

12:20PM 24         MR. RATINOFF:  SO DOES IT MAKE MORE SENSE TO WORK

12:20PM 25   OFF PAPER THEN?

12:21PM   1              (DISCUSSION OFF THE RECORD.)

12:21PM   2                   THE COURT:  THERE'S A MONITOR.

12:21PM   3       BY MR. RATINOFF:

12:21PM   4       Q.   ALL RIGHT.  LET'S GO AHEAD AND TURN BACK TO EXHIBIT 16.

12:21PM   5       A.   YES, I'M THERE.

12:21PM   6       Q.   OKAY.  DO YOU RECOGNIZE WHAT HAS BEEN MARKED AS

12:21PM   7       EXHIBIT 16?

12:21PM   8       A.   YES, I DO.

12:21PM   9       Q.   AND VERY BRIEFLY, WHAT IS EXHIBIT 16?

12:21PM  10       A.   THIS IS THE NEO4J INTERNAL PRICE LIST DATED OCTOBER 1,

12:21PM  11       2017.

12:21PM  12                   MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 16 IN

12:21PM  13       EVIDENCE.

12:22PM  14                   MR. BEENE:  NO OBJECTION.

12:22PM  15                   THE COURT:  IT'S ADMITTED.

12:22PM  16            (PLAINTIFFS' EXHIBIT 16 WAS RECEIVED IN EVIDENCE.)

12:22PM  17       BY MR. RATINOFF:

12:22PM  18       Q.   NOW, AT A MORE DETAIL LEVEL, WHAT IS EXHIBIT 16?

12:22PM  19       A.   WELL, THIS IS OUR PRICE LIST, WHICH WOULD HAVE BEEN USED

12:22PM  20       AT THE TIME OF THE DISCUSSIONS AND THE QUOTE, PRICING TO THE

12:22PM  21       IRS.

12:22PM  22            IT SHOWS THE VARIOUS BUNDLES LIKE I DESCRIBED.  IT SHOWS

12:22PM  23       THE ENTERPRISE BUNDLE, IT SHOWS THE DISCOVERY BUNDLE, IT SHOWS

12:22PM  24       SOME OTHER THINGS THAT WE WERE SELLING, INCLUDING SERVICES AT

12:22PM  25       THE TIME.

ZAGALSKY DIRECT BY MR. RATINOFF

12:22PM 1   Q.   AND JUST FOR THE RECORD, WHERE ARE YOU REFERRING TO THE

12:22PM 2   ENTERPRISE BUNDLE PAGE WAS?

12:22PM 3   A.   THAT WOULD BE PAGE 2 OF 14.

12:22PM 4   Q.   AND THEN YOU MENTION THAT WITH THE IRS THERE IS A PORTION

12:22PM 5   OF THIS BUNDLE THAT YOU BASE THE PRICING ON; IS THAT CORRECT?

12:22PM 6   A.   THAT'S CORRECT.

12:22PM 7   Q.   AND WHERE IS THAT IN THIS DOCUMENT?

12:22PM 8   A.   SO, AGAIN, SINCE THEY ONLY HAD ONE MACHINE IN THIS BUNDLE

12:23PM 9   STANDARD AND IT COMES WITH THREE MACHINES, I DIDN'T USE THE

12:23PM 10  PRICE FOR THE ENTIRE BUNDLE, I USED UNDER ADDITIONAL PRODUCTION

12:23PM 11  CAPACITY WHERE IT SAYS ADDITIONAL MACHINE LICENSES, I USED THE

12:23PM 12  PRICE FOR THE ADDITIONAL MACHINE LICENSES.

12:23PM 13      AND THEN IT SAYS MACHINE LICENSES CAN BE STACKED EITHER

12:23PM 14  VERTICALLY OR HORIZONTALLY.  SO I STACKED TWO OF THOSE MACHINE

12:23PM 15  LICENSES VERTICALLY TO GET TO THE 48 CORES AND 512 GIGABYTES OF

12:23PM 16  MEMORY WHICH MET THEIR REQUIREMENTS.  SO TWO TIMES THE PRICE

12:23PM 17  SHOWN THERE FOR AN ADDITIONAL MACHINE LICENSE.

12:23PM 18      AND THEN IF YOU GO DOWN TO A LA CARTE OPTIONS, THEY HAVE

12:23PM 19  THE STATED REQUIREMENT FOR KERBEROS, WHICH IS AN ADD-ON

12:23PM 20  SECURITY FEATURES AND INCLUDED THE PRICE THAT IT SHOWS THERE

12:24PM 21  PER MACHINE.

12:24PM 22  Q.   AND YOU HAD MENTIONED -- I THINK YOU ALREADY DESCRIBED IN

12:24PM 23  DETAIL ABOUT MACHINES, CORES, AND MEMORY.

12:24PM 24      I HEARD YOU MENTION TEST MACHINES, BUT NOT EXPLAIN WHAT

12:24PM 25  THOSE ARE.  SO COULD YOU PLEASE EXPLAIN THE DIFFERENCE BETWEEN

12:24PM   1    A PRODUCTION MACHINE AND A TEST MACHINE?

12:24PM   2    A.   SURE.  A PRODUCTION MACHINE IS A MACHINE THAT A CUSTOMER

12:24PM   3    USES WITH REAL DATA AND USERS AND IT PROVIDES SOME BUSINESS

12:24PM   4    VALUE TO THE CUSTOMER.

12:24PM   5        A TEST MACHINE CAN BE, FOR OUR PURPOSES, A MACHINE THAT A

12:24PM   6    CUSTOMER IS USING FOR TEST PURPOSES OR DEVELOPMENT PURPOSES,

12:24PM   7    TYPICALLY NOT WITH REAL PRODUCTION DATA AND NOT USED BY USERS

12:25PM   8    OF THE APPLICATION THAT IS BUILT ON THE NEO4J.

12:25PM   9    Q.   AND THEN MOVING ON TO EXHIBIT 17.  IT SHOULD BE THE NEXT

12:25PM  10    TAB IN YOUR BINDER.

12:25PM  11    A.   I'VE GOT IT.

12:25PM  12    Q.   DO YOU RECOGNIZE EXHIBIT 17?

12:25PM  13    A.   YES, I DO.

12:25PM  14    Q.   AND VERY BRIEFLY, WHAT IS EXHIBIT 17?

12:25PM  15    A.   THIS IS THE APRIL 1, 2019, VERSION OF THE NEO4J INTERNAL

12:25PM  16    PRICE LIST.

12:25PM  17           MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 17 INTO

12:25PM  18    EVIDENCE.

12:25PM  19           MR. BEENE:  NO OBJECTION.

12:25PM  20           THE COURT:  IT'S ADMITTED.  IT WON'T BE PUBLISHED.

12:25PM  21        (PLAINTIFFS' EXHIBIT 17 WAS RECEIVED IN EVIDENCE.)

12:25PM  22           MR. RATINOFF:  THANK YOU, YOUR HONOR.

12:25PM  23    Q.   YOU MENTIONED THE DATE OF -- EFFECTIVE DATE OF APRIL 1ST,

12:25PM  24    2019; IS THAT CORRECT?

12:25PM  25    A.   THAT'S CORRECT.

ZAGALSKY DIRECT BY MR. RATINOFF

12:25PM 1   Q.   AND WAS THIS THE PRICE LIST THAT SUPERSEDED THE LAST ONE

12:26PM 2   THAT WE WERE LOOKING AT, EXHIBIT 16?

12:26PM 3   A.   YES, IT WAS.

12:26PM 4   Q.   AND WERE THERE ANY SIGNIFICANT CHANGES IN YOUR MIND WITH

12:26PM 5   THE PRICING?

12:26PM 6   A.   YES, THERE WERE.  THERE WAS CHANGES TO THE ENTERPRISE

12:26PM 7   BUNDLE.  OUR STANDARD ENTERPRISE BUNDLE WENT FROM 24 CORES PER

12:26PM 8   MACHINE TO 12 CORES PER MACHINE, AND WE ALSO WENT AWAY FROM

12:26PM 9   THAT STACKED CONCEPT FOR MACHINES THAT WERE BIGGER THAN THE

12:26PM 10  STANDARD MACHINE, AND WE HAD THE ABILITY TO INDEPENDENTLY ADD

12:26PM 11  CPU CORES AND MEMORY FOR LICENSING PURPOSES.

12:26PM 12  Q.   AND WHAT WAS THE REASON FOR THAT?

12:26PM 13  A.   TO MAKE IT SO THAT -- MORE FLEXIBLE FOR CUSTOMERS.  SO IF

12:26PM 14  THEY HAD MORE CORES, THEY COULD ONLY PAY FOR THE MORE CORES; IF

12:27PM 15  THEY HAD MORE MEMORY, THEY COULD ONLY PAY FOR MORE MEMORY OR

12:27PM 16  PAY FOR BOTH.  WHATEVER THEIR CONFIGURATION REQUIREMENTS WERE,

12:27PM 17  IT WAS MORE FLEXIBLE.

12:27PM 18  Q.   AND WERE THERE ANY CHANGES WITH RESPECT TO ANYTHING ELSE

12:27PM 19  WITH THE ENTERPRISE BUNDLE?

12:27PM 20  A.   WE CHANGED THE PRICE FOR THE ADDITIONAL MACHINE LICENSES.

12:27PM 21  IT WENT DOWN A BIT.

12:27PM 22  Q.   ANYTHING ELSE?

12:27PM 23  A.   ANOTHER THING WE DID AT THIS TIME WAS MADE OUR -- THE WAY

12:27PM 24  WE SOLD BUNDLES WAS WE ALWAYS INCLUDED ONE TEST MACHINE PER

12:27PM 25  PRODUCT MACHINE -- PER PRODUCTION MACHINE IN THE STANDARD

ZAGALSKY DIRECT BY MR. RATINOFF

12:27PM  1    BUNDLES THAT WE PRICED FOR OUR CUSTOMERS.

12:27PM  2    Q.   AND WHY THAT CHANGE?

12:27PM  3    A.   WE FOUND THAT CUSTOMERS IN GENERAL HAD AT LEAST ONE TEST

12:27PM  4    OR DEVELOPMENT ENVIRONMENT IN ADDITION TO THEIR PRODUCTION

12:28PM  5    ENVIRONMENT.

12:28PM  6         SO RATHER THAN GIVING THEM A PRICE THAT DIDN'T INCLUDE IT

12:28PM  7    UP-FRONT, WE JUST GAVE THEM THE FULL BUNDLE PRICE, INCLUDING

12:28PM  8    THE PRODUCTION AND THE TEST AND DEVELOPMENT MACHINES.

12:28PM  9    Q.   NOW, TURNING TO PAGE 8 OF 19 OF EXHIBIT 17.

12:28PM  10   A.   I'M ALMOST THERE.  WHOOPS.  THERE ARE SOME BLANK PAGES.

12:28PM  11   LET'S SEE IF I'VE GOT AN 18.

12:28PM  12        WAIT, YOU SAID 8 OF 19.  YES, I HAVE IT.

12:28PM  13   Q.   AND AT THE TOP IT SAYS NEO4J DISCOVERY BUNDLE?

12:28PM  14   A.   YES.

12:28PM  15   Q.   AND WERE THERE ANY CHANGES IN PRICING WITH THE LAST LIST

12:28PM  16   IN THE DISCOVERY BUNDLE?

12:28PM  17   A.   I BELIEVE THERE WERE.  SO THERE WAS A SIGNIFICANT CHANGE

12:29PM  18   TO THE DISCOVERY BUNDLE WHEREAS PRIOR TO 2019 WE OFFERED ONLY A

12:29PM  19   SMALL DISCOVERY BUNDLE WITH 4 CORES AND 64 GIGABYTES.

12:29PM  20        WITH THE 2019 PRICE LIST WE ADDED ANOTHER OPTION FOR

12:29PM  21   DISCOVERY BUNDLE WHICH WAS 12 CORES AND 256 GIGABYTES OF

12:29PM  22   MEMORY, WHICH CAME WITH A HIGHER PRICE.

12:29PM  23   Q.   AND --

12:29PM  24   A.   AND IT ALL -- I'M SORRY.  GO AHEAD.

12:29PM  25   Q.   NO, GO AHEAD.

12:29PM 1    A.   OH.  I ALSO WANTED TO ADD WITH THE 2017 PRICE LIST AND

12:29PM 2    PRIOR, WE ALLOWED ADDITIONAL CORES BUT NOT ADDITIONAL MEMORY

12:29PM 3    WITH THE DISCOVERY BUNDLE.

12:29PM 4        SO AS YOU CAN SEE HERE WITH THE 2019 PRICE LIST, A

12:29PM 5    CUSTOMER COULD ADD ADDITIONAL CORES OR THEY COULD ADD

12:30PM 6    ADDITIONAL MEMORY, OR BOTH, WITH THE DISCOVERY BUNDLE.

12:30PM 7    Q.   AND DID YOU FIND THOSE -- OR HOW DID THOSE CHANGES IN

12:30PM 8    PRICING AFFECT YOU?

12:30PM 9    A.   INTERESTING.  I JUST NOTICED ONE OTHER THING.  PRIOR TO

12:30PM 10   THIS, THERE WAS NO KERBEROS OPTION.  OH, YES, THERE WAS.  I

12:30PM 11   APOLOGIZE.  YOU CAN STRIKE THAT.

12:30PM 12   Q.   ALL RIGHT.

12:30PM 13   A.   HOW DID THE CHANGES AFFECT ME?  IT MADE IT MORE -- IT MADE

12:30PM 14   THE PRICING MORE FLEXIBLE.

12:30PM 15   Q.   AND DID THAT PLAY OUT IN PRACTICE?

12:30PM 16   A.   OH, YES.

12:30PM 17   Q.   IN YOUR EXPERIENCE?

12:30PM 18   A.   YES.

12:30PM 19   Q.   AND LET'S GO AHEAD AND TURN TO EXHIBIT 18.

12:30PM 20            THE COURT:  WELL, WHY DON'T WE TAKE OUR LUNCH RECESS

12:30PM 21   NOW WITH EXHIBIT 18.  WE'LL TAKE AN HOUR FOR LUNCH AND START AT

12:31PM 22   1:30.  MY SENSE IS TO GO UNTIL 4:30 TODAY AND END AT 4:30, 5:00

12:31PM 23   OR SOMETHING LIKE THAT.

12:31PM 24        I ALSO WANT TO CALL TO YOUR ATTENTION EXHIBIT 131 I

12:31PM 25   BELIEVE WAS PUBLISHED.  THAT DID CONTAIN SOME PRICING, AND I

ZAGALSKY DIRECT BY MR. RATINOFF

12:31PM  1    DON'T KNOW IF YOU WANTED TO LEAVE THAT IN OR STRIKE THAT.

12:31PM  2    THAT'S THE EMAIL.

12:31PM  3              MR. RATINOFF:  YOUR HONOR, THAT WAS ORIGINALLY

12:31PM  4    DESIGNATED AEO, BUT IT WAS ORIGINALLY FILED WITH OUR SUMMARY

12:31PM  5    JUDGMENT MOTION SO WE ALLOWED IT TO BE PUBLISHED.

12:31PM  6              THE COURT:  OKAY.  GREAT.

12:31PM  7              MR. RATINOFF:  THANK YOU FOR THAT.

12:31PM  8              THE COURT:  GREAT.  HAVE A GOOD LUNCH.  WE'LL SEE

12:31PM  9    YOU IN AN HOUR.

12:31PM 10         (LUNCH RECESS TAKEN AT 12:31 P.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

12:31PM  1              **AFTERNOON SESSION**

01:38PM  2

01:38PM  3         (COURT CONVENED AT 1:38 P.M.)

01:38PM  4              THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

01:38PM  5    PREVIOUSLY PRESENT ARE PRESENT AGAIN.

01:38PM  6         LET'S ASK THE WITNESS TO RESUME THE STAND, PLEASE.

01:39PM  7         I'LL REMIND YOU YOU'RE STILL UNDER OATH, MR. ZAGALSKY.

01:39PM  8         I THINK YOU WERE GOING TO TAKE UP EXHIBIT 18.

01:39PM  9              MR. RATINOFF:  THAT'S CORRECT, YOUR HONOR.  TO

01:39PM  10   CONFIRM, WE'RE STILL UNDER AEO AND SO THIS WON'T BE PUBLISHED.

01:39PM  11   Q.   OKAY.  I BELIEVE WE LEFT OFF LOOKING AT EXHIBIT 18.

01:39PM  12        DO YOU RECOGNIZE EXHIBIT 18?

01:39PM  13   A.   YES, I DO.

01:39PM  14   Q.   AND BRIEFLY WHAT IS EXHIBIT 18?

01:39PM  15   A.   THIS IS NEO4J INTERNAL PRICE LIST EFFECTIVE APRIL 1ST,

01:39PM  16   2020.

01:39PM  17              MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 18 INTO

01:39PM  18   EVIDENCE, PLEASE.

01:39PM  19              MR. BEENE:  NO OBJECTION.

01:39PM  20              THE COURT:  IT'S ADMITTED.  IT WILL NOT BE

01:39PM  21   PUBLISHED.

01:39PM  22        (PLAINTIFFS' EXHIBIT 18 WAS RECEIVED IN EVIDENCE.)

01:39PM  23   BY MR. RATINOFF:

01:39PM  24   Q.   WAS THIS THE SUCCEEDING OR SUCCESSOR TO WHAT WE LOOKED AT

01:39PM  25   AS EXHIBIT 17?

01:39PM 1    A.   YES, IT WAS.

01:39PM 2    Q.   AND WERE THERE ANY SIGNIFICANT CHANGES FOR INSTANCE IN THE

01:40PM 3    ENTERPRISE BUNDLE FROM THE PRIOR PRICE LIST?

01:40PM 4    A.   NO, I DON'T THINK THERE'S ANYTHING DIFFERENT.

01:40PM 5    Q.   AGAIN, IS THIS A PRICE LIST THAT YOU WOULD USE IN

01:40PM 6    CONDUCTING GOVERNMENT SALES?

01:40PM 7    A.   YES.

01:40PM 8    Q.   AND THEN TURNING TO THE DISCOVERY BUNDLE, WHICH I BELIEVE

01:40PM 9    IS ON PAGE 8 OF 22.

01:40PM 10        LET ME KNOW WHEN YOU ARE THERE.

01:40PM 11   A.   OKAY.

01:40PM 12   Q.   AND WERE THERE ANY SIGNIFICANT CHANGES TO THE DISCOVERY

01:40PM 13   BUNDLE FROM THE PRIOR PRICE LIST?

01:40PM 14   A.   YES.

01:40PM 15   Q.   AND WHAT WERE THOSE CHANGES?

01:41PM 16   A.   THERE WAS A SMALL PRICE INCREASE ON THE DISCOVERY BUNDLE

01:41PM 17   TO THE LARGE BUNDLE.  ACTUALLY THEY CHANGED THE NAME, TOO.

01:41PM 18   THEY CHANGED IT FROM REGULAR TO LARGE AND SO A PRICE CHANGE.

01:41PM 19   Q.   I'M SORRY, YOU SAID THEY CHANGED IT FROM LARGE TO REGULAR?

01:41PM 20   A.   YES.  THE PRIOR PRICE LIST WAS SMALL AND LARGE AND THEN

01:41PM 21   THE 2020 PRICE IT WAS SMALL AND REGULAR.

01:41PM 22   Q.   AND THEN TURNING TO THE NEXT PAGE OF EXHIBIT 18, PAGE 9 OF

01:41PM 23   22 AND THERE'S A PRODUCT OR A NAME NEO4J GRAPH DATA SCIENCE

01:41PM 24   BUNDLE?

01:41PM 25   A.   YES.

01:41PM   1    Q.   AND WHAT IS THE NEO4J GRAPH DATA SCIENCE BUNDLE?

01:41PM   2    A.   IT WAS A NEW BUNDLE THAT WAS INCLUDED FOR THE FIRST TIME

01:42PM   3    IN APRIL OF 2020 IN OUR PRICE LIST.  IT WAS A BUNDLE OF THREE

01:42PM   4    NEO4J PRODUCTS, INCLUDING THE NEO4J ENTERPRISE EDITION, WHICH

01:42PM   5    WAS THE GRAPH DATABASE, BLOOM, WHICH IS OUR GRAPH DATATIZATION

01:42PM   6    TOOL, AND GRAPH DATA SCIENCE LIBRARY, WHICH WAS A COLLECTION OF

01:42PM   7    GRAPH ALGORITHMS AND TOOLING FOR AI AND MACHINE LEARNING,

01:42PM   8    ARTIFICIAL INTELLIGENCE AND MACHINE LEARNING.  THAT WAS A NEW

01:42PM   9    PRODUCT THAT WE RELEASED AS A COMMERCIAL LICENSED PRODUCT IN

01:42PM   10   2020.  SO THE PRICE LIST WAS UPDATED TO REFLECT THAT.

01:42PM   11   Q.   AND WHAT WAS THE PURPOSE OF THIS NEW BUNDLE?

01:43PM   12   A.   IN ORDER TO PROVIDE A BUNDLE THAT INCLUDES THOSE THREE

01:43PM   13   PRODUCTS SO WE COULD SELL IT TO OUR CUSTOMERS.

01:43PM   14   Q.   AND THEN TURNING TO WHAT HAS BEEN PREMARKED AS EXHIBIT 19?

01:43PM   15   A.   YES.

01:43PM   16   Q.   AND DO YOU RECOGNIZE EXHIBIT 19?

01:43PM   17   A.   YES, I DO.

01:43PM   18   Q.   AND BRIEFLY, WHAT IS EXHIBIT 19?

01:43PM   19   A.   IT'S THE NEO4J PRICE LIST EFFECTIVE JULY 1ST, 2021.

01:43PM   20        MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 19 INTO

01:43PM   21   EVIDENCE.

01:43PM   22        MR. BEENE:  NO OBJECTION.

01:43PM   23        THE COURT:  IT'S ADMITTED.  IT WON'T BE PUBLISHED.

01:43PM   24     (PLAINTIFFS' EXHIBIT 19 WAS RECEIVED IN EVIDENCE.)

01:43PM   25   BY MR. RATINOFF:

ZAGALSKY DIRECT BY MR. RATINOFF

01:43PM  1    Q.   AND DID THIS PRICE LIST, EXHIBIT 19, SUPERSEDE EXHIBIT 18?

01:43PM  2    A.   YES.

01:43PM  3    Q.   AND THEN TURNING TO THE ENTERPRISE BUNDLE WHICH I BELIEVE

01:44PM  4    IS PAGE 4 OF 34.

01:44PM  5    A.   YES.

01:44PM  6    Q.   WAS THERE ANYTHING SIGNIFICANTLY DIFFERENT ABOUT THE

01:44PM  7    ENTERPRISE BUNDLE IN THIS PRICE LIST?

01:44PM  8    A.   NO.

01:44PM  9    Q.   AND THEN TURNING TO THE DISCOVERY BUNDLE LATER ON IN THE

01:44PM  10   PRICE LIST.  I BELIEVE THAT SHOULD BE PAGE 12 OF 34.

01:44PM  11   A.   YES.

01:44PM  12   Q.   WERE THERE ANY CHANGES -- STRIKE THAT.

01:45PM  13        WERE THERE ANY SIGNIFICANT CHANGES OVER THE PRIOR PRICE

01:45PM  14   LIST WITH RESPECT TO THE DISCOVERY BUNDLE?

01:45PM  15   A.   NO.

01:45PM  16   Q.   TURNING TO THE NEXT SECTION STARTING ON PAGE 14 OF 34 IT

01:45PM  17   SAYS NEO4J GRAPH DATA SCIENCE BUNDLE?

01:45PM  18   A.   YES.

01:45PM  19   Q.   AND WERE THERE ANY CHANGES OVER THE PRIOR PRICE LIST WITH

01:45PM  20   RESPECT TO THE NEO4J GRAPH DATA SCIENCE BUNDLE?

01:45PM  21   A.   YES.

01:45PM  22   Q.   AND WHAT WERE THOSE CHANGES?

01:45PM  23   A.   WE ADDED A GRAPH DATA SCIENCE MINI BUNDLE AS A FOURTH

01:45PM  24   OPTION FOR NUMBER OF CPU CORES AND MEMORY INCLUDED WITH THE

01:45PM  25   GRAPH DATA SCIENCE BUNDLE.

01:45PM   1    Q.   AND DOES THIS PRICE LIST, EXHIBIT 19, IS THIS CURRENTLY

01:45PM   2    STILL IN EFFECT AT NEO4J?

01:45PM   3    A.   YES, IT IS.

01:45PM   4    Q.   TURNING BACK TO THE IRS, HAVE YOU HAD ANY OTHER EXPERIENCE

01:46PM   5    IN SELLING NEO4J COMMERCIAL LICENSES TO THE IRS?

01:46PM   6    A.   YES, I HAVE.

01:46PM   7    Q.   AND HOW MANY APPROXIMATELY DO YOU RECALL?

01:46PM   8    A.   WELL, AT LEAST TWO.

01:46PM   9    Q.   ALL RIGHT.  LET'S START WITH THE FIRST ONE THAT COMES TO

01:46PM   10   MIND.

01:46PM   11        OF THOSE TWO, WHICH ONE DOES COME TO YOUR MIND?

01:46PM   12   A.   IT WAS CSIRC, C-S-I-R-C.

01:46PM   13   Q.   AND WHAT IS CSIRC?

01:46PM   14   A.   IT'S -- I CAN'T -- I'M NOT 100 PERCENT ACTUALLY IF IT'S AN

01:46PM   15   ORGANIZATION WITHIN THE IRS OR A PROGRAM NAME, BUT IT'S CYBER

01:46PM   16   SECURITY USE CASE FOR NEO4J AND THERE'S A PRIME CONTRACTOR

01:47PM   17   CALLED ALPHASIX THAT BROUGHT US THAT OPPORTUNITY AND IT WAS AN

01:47PM   18   ENTERPRISE BUNDLE.

01:47PM   19   Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT OPPORTUNITY WAS

01:47PM   20   FIRST BROUGHT TO NEO4J?

01:47PM   21   A.   YES, I DO.  IT WAS IN 2019.  IT WAS A ONE YEAR DEAL, AND

01:47PM   22   THEY'RE STILL OUR CUSTOMER SO THEY'VE RENEWED EVERY YEAR AFTER.

01:47PM   23        THERE WAS, I BELIEVE IT WAS 2019, A COUPLE YEARS INTO

01:47PM   24   THEIR BETA CUSTOMER THEY EXPANDED THEIR CONFIGURATION, THEY

01:47PM   25   ADDED CORES AND/OR MEMORY, WHICH INCREASED THEIR SOFTWARE FEE,

01:48PM  1    AND THEY ALSO AT THAT POINT HAD US PROVIDE PRICING FOR OPTION

01:48PM  2    YEARS SO THEY COULD EASILY RENEW YEAR AFTER YEAR, WHICH THEY'VE

01:48PM  3    CONTINUED TO DO.

01:48PM  4    Q.   OKAY.  SO JUST SO I UNDERSTAND THE TIMELINE, SO

01:48PM  5    ALPHASIX -- I'M SORRY.  YOU SOLD THE SUBSCRIPTION FIRST IN

01:48PM  6    2019; IS THAT CORRECT?

01:48PM  7    A.   THAT'S CORRECT.

01:48PM  8    Q.   AND IT WAS A ONE YEAR SUBSCRIPTION?

01:48PM  9    A.   THAT'S CORRECT.

01:48PM 10    Q.   AND WHAT BUNDLE WAS THAT FOR?

01:48PM 11    A.   THAT WAS FOR THE NEO4J ENTERPRISE EDITION ENTERPRISE

01:48PM 12    BUNDLE.

01:48PM 13    Q.   AND SO IT WOULD HAVE BEEN WHICH PRICE LIST AT THAT POINT?

01:48PM 14    DO YOU RECALL?

01:48PM 15    A.   2019, SO THAT WOULD HAVE BEEN THE 2019 PRICE LIST BECAUSE

01:48PM 16    I BELIEVE IT WAS LIKE SEPTEMBER ORDER, SOMEWHERE AROUND THERE.

01:49PM 17    SO IT -- WELL, THAT -- YEAH, AT THAT POINT I THINK OUR PRICE

01:49PM 18    LISTS CAME OUT IN JULY, SO IT WOULD HAVE BEEN THE 2019 PRICE

01:49PM 19    LIST.

01:49PM 20    Q.   AND THEN YOU MENTIONED EXPANDING CONFIGURATION.  I'M

01:49PM 21    SORRY, BEFORE I GET THERE, YOU MENTIONED IT WAS RENEWALS?

01:49PM 22    A.   YES.

01:49PM 23    Q.   AND AS YOU SIT HERE NOW, DO YOU RECALL HOW MANY RENEWALS

01:49PM 24    THERE WERE?

01:49PM 25    A.   LIKE I MENTIONED, THEY'RE STILL A CUSTOMER TODAY SO IF IT

01:49PM  1    STARTED IN 2019, IT WOULD HAVE BEEN A RENEWAL IN 2020, 2021,

01:49PM  2    2022, AND 2023, SO FOUR RENEWALS.

01:49PM  3    Q.   AND DID YOU USE A RESELLER IN CONJUNCTION WITH THAT

01:49PM  4    PARTICULAR SALE?

01:49PM  5    A.   YES, WE DID.

01:49PM  6    Q.   AND WHICH RESELLER DID YOU USE?

01:49PM  7    A.   THAT WENT THROUGH COMPSEC, C-O-M-P-S-E-C.

01:50PM  8    Q.   AND WHY COMPSEC?

01:50PM  9    A.   SO THE SALES PROCESS STARTED BACK IN 2017 SHORTLY AFTER I

01:50PM 10    STARTED WITH NEO4J, AND COMPSEC WAS THE FIRST FEDERAL RESELLER

01:50PM 11    THAT I BROUGHT IN TO NEO4J IN 2017.

01:50PM 12         AND -- SO SINCE WE STARTED WITH THEM, THEY PROVIDED THE

01:50PM 13    FIRST QUOTE TO ALPHASIX WHO WAS NOT A NEO4J PARTNER, SO WE HAD

01:50PM 14    TO GO THROUGH COMPSEC AND THEY PROVIDED A QUOTE IN 2017 AND

01:50PM 15    WAS -- YOU KNOW, THEY STRUGGLED TO GET FUNDING IN 2017, '18,

01:50PM 16    FINALLY GOT IT IN '19.  SO COMPSEC PROVIDED MANY QUOTES YEAR

01:50PM 17    AFTER YEAR TO ALPHASIX AND ULTIMATELY FINALLY GOT THE ORDER

01:51PM 18    WITH US IN 2019.

01:51PM 19    Q.   SO THEY WERE ABLE TO GET FUNDING -- OR I SHOULD SAY --

01:51PM 20    STRIKE THAT.  THE IRS WAS ABLE TO GET FUNDING?

01:51PM 21    A.   YES.

01:51PM 22    Q.   AND YOU MENTIONED THERE WAS ANOTHER.  I BELIEVE YOU SAID

01:51PM 23    TWO.  SO WHAT WAS THE SECOND DEAL THAT CAME TO YOUR MIND?

01:51PM 24    A.   THE SECOND ONE WAS CI, OR CRIMINAL INVESTIGATIONS, AT THE

01:51PM 25    IRS.

01:51PM  1    Q.   AND WHEN DID THAT SALE OCCUR?

01:51PM  2    A.   THAT ONE?  IT WAS DURING COVID.  I BELIEVE IT WAS 2021.

01:51PM  3    Q.   AND DO YOU RECALL WHAT BUNDLE OR SUBSCRIPTION THAT WAS

01:51PM  4    SOLD TO THE CI DIVISION IN THE IRS?

01:51PM  5    A.   YES.  THEY PURCHASED THE GRAPH DATA SCIENCE STARTER

01:52PM  6    BUNDLE.

01:52PM  7    Q.   AND THAT WAS REFLECTED IN THE -- WHICH, THE 2020 PRICE

01:52PM  8    LIST, I BELIEVE?

01:52PM  9    A.   2021 PRICE LIST.

01:52PM 10    Q.   OH, EXCUSE ME.

01:52PM 11    A.   THE JULY 2021 PRICE LIST.  I BELIEVE IT WAS A FALL ORDER

01:52PM 12    IF I RECALL CORRECTLY.

01:52PM 13    Q.   AND DID THE SALE GO THROUGH A RESELLER?

01:52PM 14    A.   IT DID, YES.

01:52PM 15    Q.   AND WHO WAS THE RESELLER ON THAT SALE?

01:52PM 16    A.   IT WAS AFFIGENT.

01:52PM 17    Q.   AND WHO IS AFFIGENT?

01:52PM 18    A.   AFFIGENT IS A RESELLER THAT WE BROUGHT IN AS A NEO4J

01:52PM 19    PARTNER I BELIEVE IN 2020 OR SO.  WE WANTED TO HAVE A PARTNER

01:52PM 20    THAT HAD A SEWP CONTRACT SO THAT WE COULD WORK WITH THEM

01:53PM 21    DIRECTLY WITH CUSTOMERS THAT PURCHASED VIA THE SEWP CONTRACT

01:53PM 22    VEHICLE.  SEWP IS S-E-W-P.  IT'S A CONTRACT VEHICLE THAT'S RUN

01:53PM 23    BY NASA, BUT IT'S VERY COMMONLY USED THROUGHOUT FEDERAL

01:53PM 24    CIVILIAN AGENCIES, INCLUDING IRS.

01:53PM 25         IN MY EXPERIENCE, THE IRS QUITE TYPICALLY USES THE SEWP

01:53PM  1     VEHICLE TO PURCHASE SOFTWARE.

01:53PM  2          SO WE WANTED TO HAVE AN AUTHORIZED NEO4J RESELLER THAT

01:53PM  3     COULD RESPOND DIRECTLY TO SEWP RFP'S SOLICITATIONS.

01:53PM  4     Q.   AND DOES NEO4J STILL USE AFFIGENT AS A RESELLER?

01:54PM  5     A.   WE DO.  NOT AS OFTEN ANYMORE, BUT WE DO.

01:54PM  6     Q.   AND DO YOU RECALL IF THERE WAS A RESELLER FEE INVOLVED IN

01:54PM  7     THE TRANSACTION?

01:54PM  8     A.   YES.

01:54PM  9     Q.   AND WHAT WAS THE RESELLER FEE FOR AFFIGENT?

01:54PM  10    A.   5 PERCENT.

01:54PM  11    Q.   ALL RIGHT.  I'D LIKE TO SWITCH GEARS AWAY FROM THE IRS.

01:54PM  12    ARE YOU FAMILIAR WITH, MAYBE WE TALKED ABOUT THIS EARLIER BUT

01:54PM  13    IT'S AFTER LUNCH, ARE YOU FAMILIAR WITH THE MARYLAND

01:54PM  14    PROCUREMENT OFFICE?

01:54PM  15    A.   I AM.

01:54PM  16    Q.   ARE YOU FAMILIAR WITH THE ACRONYM MPO?

01:54PM  17    A.   ABSOLUTELY.

01:54PM  18    Q.   SO IF I SAY MPO, YOU UNDERSTAND THAT I'M REFERRING TO THE

01:54PM  19    MARYLAND PROCUREMENT OFFICE?

01:54PM  20    A.   YES.

01:54PM  21    Q.   OKAY.  AND WHAT IS THE MARYLAND PROCUREMENT OFFICE?

01:54PM  22    A.   IT'S THE CONTRACTING OFFICE FOR THE NATIONAL SECURITY

01:54PM  23    AGENCY.

01:54PM  24    Q.   AND HOW DID YOU BECOME FAMILIAR WITH THE MPO?

01:55PM  25    A.   I ACTUALLY STARTED WORKING WITH MPO -- SO WHEN PEOPLE

01:55PM  1    REFER TO NSA A LOT OF TIMES, WE PREFER TO REFER TO NSA AS MPO

01:55PM  2    BECAUSE YOU DON'T WANT EVERYONE IN THE COMPANY TO KNOW THAT

01:55PM  3    YOU'RE WORKING WITH NSA.

01:55PM  4         SO WHEN I SAY MPO, I DON'T JUST MEAN MARYLAND PROCUREMENT

01:55PM  5    OFFICE AS THE CONTRACTING OFFICE BUT WE'RE TALKING ABOUT NSA.

01:55PM  6         SO I STARTED WORKING WITH MPO AS AN ELECTRICAL ENGINEER

01:55PM  7    WAY BACK IN 1994 WHEN I WAS WORKING FOR ANNAPOLIS MICRO

01:55PM  8    SYSTEMS.  I WAS DOING CONSULTING CONTRACT WORK FOR THE NSA.

01:55PM  9    Q.   AND HAVE YOU HAD ANY SALES EXPERIENCE WITH THE MPO?

01:56PM 10    A.   YES.

01:56PM 11    Q.   PRIOR TO NEO4J?

01:56PM 12    A.   YES.  DURING -- TOWARD THE END OF MY TIME AT ANNAPOLIS

01:56PM 13    MICRO SYSTEMS I MOVED FROM BEING AN ENGINEER, A CONSULTING

01:56PM 14    ENGINEER, TO A SALES ENGINEER AND THEN A SALES REPRESENTATIVE.

01:56PM 15    AND MY ONLY -- MY FULL TERRITORY WHEN I WAS SELLING TO MPO,

01:56PM 16    ANNAPOLIS MICRO SYSTEMS, WAS MPO.

01:56PM 17    Q.   AND DID YOU HAVE ANY OPPORTUNITIES TO SELL PRODUCTS TO THE

01:56PM 18    MPO IN ANY OF YOUR OTHER PRIOR POSITIONS?

01:56PM 19    A.   YES, ALL OF THEM.  THEY WERE IN MY TERRITORY.  I WAS

01:56PM 20    SELLING TO MPO THROUGHOUT MY CAREER.

01:56PM 21    Q.   AND THAT INCLUDES ORACLE?

01:56PM 22    A.   YES, IT INCLUDES ORACLE, IT INCLUDES STELLENT, IT INCLUDES

01:57PM 23    SGI, SILICON GRAPHICS.

01:57PM 24    Q.   OH, SGI.  I DON'T BELIEVE YOU MENTIONED SGI.  DID YOU WORK

01:57PM 25    FOR THERE AS WELL?

01:57PM 1    A.    DID WE SKIP THAT ONE?  YES.

01:57PM 2    Q.    AND WHAT DOES SGI STAND FOR?

01:57PM 3    A.    SGI STANDS FOR SILICON GRAPHICS, INC.

01:57PM 4    Q.    AND I THINK WE MISSED THAT.  IS SGI A PLACE WHERE YOU

01:57PM 5    WORKED PREVIOUSLY?

01:57PM 6    A.    I DID.  PRIOR TO ORACLE AND PRIOR TO STELLENT I WORKED AT

01:57PM 7    SGI FOR ABOUT THREE YEARS.  THAT'S WHERE I WENT AFTER

01:57PM 8    ANNAPOLIS MICRO SYSTEMS.

01:57PM 9         SO I STARTED MY SALES CAREER AT ANNAPOLIS MICRO SYSTEMS

01:57PM 10   AND THEN MOVED ON TO SGI AS A SALES REPRESENTATIVE.

01:57PM 11   Q.    AND THEN ORACLE AFTER SGI?

01:57PM 12   A.    THAT'S CORRECT.

01:57PM 13   Q.    NOW, ARE YOU FAMILIAR WITH A COMPANY CALLED NEXT, NEXT

01:57PM 14   CENTURY?

01:57PM 15   A.    YES, I AM.

01:57PM 16   Q.    AND WHAT IS NEXT CENTURY?

01:58PM 17   A.    NEXT CENTURY IS A GOVERNMENT CONTRACTOR THAT PROVIDES

01:58PM 18   CONTRACT CONSULTING SERVICES TO THE FEDERAL GOVERNMENT.

01:58PM 19   Q.    AND HOW DID YOU BECOME FAMILIAR WITH NEXT CENTURY?

01:58PM 20   A.    SOMEONE FROM NEXT CENTURY NAMED MICHAEL SMOLYAK REACHED

01:58PM 21   OUT TO NEO4J.  THEY WERE INTERESTED IN GETTING SOME HELP ON

01:58PM 22   EVALUATING NEO4J ENTERPRISE EDITION FOR A PROJECT THAT THEY

01:58PM 23   WERE WORKING ON AT THE TIME.

01:58PM 24   Q.    AND I THINK WE NEED TO SPELL SMOLYAK SO IF YOU WOULDN'T

01:58PM 25   MIND DOING THAT.

01:58PM  1      A.   LET ME TRY.  S-M-O-L-Y-A-K.

01:59PM  2      Q.   AND TURNING BACK TO WHEN YOU WERE FIRST CONTACTED, WHAT

01:59PM  3      WERE THE CIRCUMSTANCES OF THAT CONVERSATION?

01:59PM  4      A.   MICHAEL WAS WORKING ON A PROJECT FOR A GOVERNMENT

01:59PM  5      CUSTOMER.  I'M NOT SURE I REMEMBER WHICH GOVERNMENT CUSTOMER.

01:59PM  6           BUT HE WAS EVALUATING NEO4J ENTERPRISE EDITION, AND HE HAD

01:59PM  7      SOME QUESTIONS ABOUT NEO4J'S ABILITY TO SCALE TO THE

01:59PM  8      REQUIREMENTS THAT THEY WERE LOOKING AT AND SOME OF THE

01:59PM  9      ENTERPRISE FEATURES OF NEO4J ENTERPRISE EDITION.

01:59PM  10          AND WE ANSWERED HIS TECHNICAL QUESTIONS AND SHARED SOME

01:59PM  11     INFORMATION ABOUT THE LICENSING THAT NEO4J ENTERPRISE EDITION

01:59PM  12     REQUIRED COMMERCIAL LICENSE WITH NEO4J.

02:00PM  13     Q.   AND I'M GOING TO GO AHEAD AND HAVE YOU TURN TO

02:00PM  14     EXHIBIT 103.

02:00PM  15     A.   I'M THERE.

02:00PM  16     Q.   THIS WAS ORIGINALLY DESIGNATED AS CONFIDENTIAL, BUT WE DID

02:00PM  17     GET APPROVAL FROM CACI TO NOT HAVE IT UNDER THE PROTECTIVE

02:00PM  18     ORDER ANY LONGER, SO I'M HAPPY TO PUT THIS BACK INTO THE PUBLIC

02:00PM  19     RECORD.

02:00PM  20          OKAY.  TURNING BACK TO TRIAL EXHIBIT 103.  DO YOU

02:00PM  21     RECOGNIZE THIS EXHIBIT?

02:00PM  22     A.   YES, I DO.

02:00PM  23     Q.   AND VERY BRIEFLY, HOW DO YOU RECOGNIZE IT?

02:00PM  24     A.   THIS WAS THE INITIAL EMAIL THAT I RECEIVED WHEN

02:00PM  25     MICHAEL SMOLYAK AT NEXT CENTURY REACHED OUT TO ME AT NEO4J.

02:00PM  1          MR. RATINOFF:  I'D LIKE TO ASK THAT EXHIBIT 103 BE

02:01PM  2     ADMITTED INTO EVIDENCE.

02:01PM  3          THE COURT:  ANY OBJECTION?

02:01PM  4          MR. BEENE:  OH.  NO OBJECTION.

02:01PM  5          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:01PM  6        (PLAINTIFFS' EXHIBIT 103 WAS RECEIVED IN EVIDENCE.)

02:01PM  7     BY MR. RATINOFF:

02:01PM  8     Q.   AND TURNING BACK TO EXHIBIT 103 THERE'S, IN THE LAST

02:01PM  9     EMAIL, SO IT WOULD BE AT THE VERY TOP, JUNE 6TH -- I'M SORRY,

02:01PM  10    JUNE 14TH, 2018.  AND YOU RESPOND HERE, WHAT ARE YOU REFERRING

02:01PM  11    TO AS "YES, CLUSTERING DOES REQUIRE THE PURCHASE OF AN

02:01PM  12    ENTERPRISE EDITION SUBSCRIPTION"?

02:01PM  13    A.   CLUSTERING IS A NEO4J ENTERPRISE EDITION ENTERPRISE ONLY

02:01PM  14    FEATURE.

02:01PM  15    Q.   AND SO IN JUNE OF 2018 WAS NEO4J 3.4 THE MOST CURRENT

02:02PM  16    VERSION?

02:02PM  17    A.   THAT SOUNDS RIGHT, BUT I WOULD LIKE TO GO BACK TO THAT

02:02PM  18    OTHER EXHIBIT TO CONFIRM.

02:02PM  19    Q.   PLEASE DO TO MAKE SURE YOU HAVE THE CORRECT DATES.  I

02:02PM  20    BELIEVE YOU'RE REFERRING TO EXHIBIT 4?

02:02PM  21    A.   THANK YOU.  SO THIS IS SEPTEMBER -- I'M SORRY, JUNE 2018,

02:02PM  22    AND 3.4 WAS RELEASED IN MAY OF 2018.  SO, YES, 3.4 WAS THE

02:02PM  23    CURRENT VERSION AT THAT TIME?

02:02PM  24    Q.   AND DID YOU OFFER HERE IN THE NEXT PARAGRAPH TO HAVE A

02:02PM  25    CONVERSATION TO DISCUSS THE REQUIREMENTS?  AND I'M

ZAGALSKY DIRECT BY MR. RATINOFF

02:02PM 1    PARAPHRASING.

02:03PM 2    A.   YES.

02:03PM 3    Q.   AND DID YOU HAVE A CONVERSATION WITH MR. SMOLYAK?

02:03PM 4    A.   YES, WE DID.

02:03PM 5    Q.   AND WHAT WAS THE SUBSTANCE OF THAT CONVERSATION?

02:03PM 6    A.   WE TALKED ABOUT THEIR REQUIREMENTS FOR THE PROJECT THAT

02:03PM 7    THEY WERE EVALUATING NEO4J FOR AND ANSWERED SOME QUESTIONS

02:03PM 8    ABOUT THE FEATURES OF NEO4J ENTERPRISE EDITION AND WHICH

02:03PM 9    FEATURES REQUIRED, WHICH FEATURES THAT THEY NEEDED FOR THEIR

02:03PM 10   PROJECT REQUIRED NEO4J ENTERPRISE EDITION.

02:03PM 11       THEY WANTED TO DETERMINE -- THE WHOLE POINT OF THEM

02:03PM 12   REACHING OUT TO US WAS TO DETERMINE WHETHER THEY COULD USE THE

02:03PM 13   FREE OPEN SOURCE VERSION NEO4J COMMUNITY EDITION OR WHETHER

02:03PM 14   THEY WOULD NEED TO PURCHASE A LICENSE FOR THE

02:03PM 15   NEO4J ENTERPRISE EDITION.

02:03PM 16   Q.   AND APPROXIMATELY WHEN DID THAT CONVERSATION TAKE PLACE?

02:03PM 17   A.   WELL, CANDACE WAS PRETTY QUICK ABOUT SCHEDULING MEETINGS

02:04PM 18   AND AT THE BOTTOM OF THE EMAIL IT SAYS -- I ASKED CANDACE TO

02:04PM 19   SCHEDULE A MEETING SO IT WOULD HAVE BEEN PROBABLY THE NEXT WEEK

02:04PM 20   AFTER JUNE 14TH OF 2018.

02:04PM 21   Q.   AND WHAT HAPPENED AFTER THAT CONVERSATION?

02:04PM 22   A.   AFTER THAT CONVERSATION WE DIDN'T HEAR BACK FROM -- I

02:04PM 23   DON'T BELIEVE WE HEARD BACK FROM NEXT CENTURY AGAIN UNTIL LATER

02:04PM 24   IN THAT YEAR WHEN WE DID HAVE CONVERSATIONS WITH MICHAEL AND

02:04PM 25   SOME OTHER PEOPLE AT NEXT CENTURY ABOUT A DIFFERENT PROJECT

02:04PM  1   WHERE THEY WERE EVALUATING NEO4J ENTERPRISE EDITION, THAT

02:04PM  2   PROJECT WAS FOR THE MPO.

02:04PM  3   Q.   AND WHEN DO YOU RECALL THAT SECOND CONTACT OCCURRED FROM

02:04PM  4   NEXT CENTURY?

02:05PM  5   A.   LIKE I SAID, I'M PRETTY SURE THAT WAS AT THE END OF 2018,

02:05PM  6   MAYBE AROUND DECEMBER.

02:05PM  7   Q.   AND WHAT DID YOU LEARN FROM NEXT CENTURY ABOUT THE PROJECT

02:05PM  8   THAT THEY WERE CONSIDERING USING NEO4J ENTERPRISE?

02:05PM  9   A.   SO WE SPOKE AND EMAILED AND MET IN PERSON, AND MUCH MORE

02:05PM  10  SUBSTANTIAL INTERACTION ON THAT PROJECT.

02:05PM  11      THEY WERE INDEED EVALUATING NEO4J ENTERPRISE EDITION FOR A

02:05PM  12  LARGE PROJECT AT MPO, AND THEY HAD SPECIFIC QUESTIONS AS I

02:05PM  13  RECALL ABOUT NEO4J ENTERPRISE EDITION ENTERPRISE ONLY FEATURES,

02:05PM  14  THINGS LIKE ENTERPRISE SECURITY, CLUSTERING.  THOSE ARE THE

02:06PM  15  FEATURES THAT I RECALL THEY NEEDED.

02:06PM  16      AND THEY ACTUALLY HAD SOME PRETTY IN-DEPTH TECHNICAL

02:06PM  17  QUESTIONS AND TRYING TO GET VARIOUS ENTERPRISE FEATURES

02:06PM  18  WORKING, AND I CONNECTED THEM WITH MY SOLUTION OR SELLS

02:06PM  19  ENGINEER, GARY MANN, AT THE TIME, AND PROVIDED HIM AS A

02:06PM  20  RESOURCE TO THEIR TEAM.

02:06PM  21      GARY WAS A PRE-SELLS ENGINEER.  HE WAS MY TECHNICAL GUY

02:06PM  22  THAT HELPS ME HELP PROSPECTIVE NEO4J CUSTOMERS EVALUATE NEO4J.

02:06PM  23      AND MY EXPECTATION AT THE TIME, SINCE THEY WERE ASKING

02:06PM  24  ABOUT NEO4J ENTERPRISE EDITION FEATURES, WAS THAT THAT WOULD

02:06PM  25  LEAD TO A SALE OF NEO4J ENTERPRISE EDITION.

02:06PM   1   Q.   OKAY.  LET'S GO AHEAD AND TURN TO EXHIBIT 110.

02:07PM   2        THIS IS A SOMEWHAT LENGTHY DOCUMENT, EMAIL EXCHANGE.  SO

02:07PM   3   TAKE YOUR TIME AND LET ME KNOW WHEN YOU'RE READY.

02:07PM   4   A.   I'M READY.

02:07PM   5   Q.   AND DO YOU RECOGNIZE EXHIBIT 110?

02:07PM   6   A.   I DO.

02:07PM   7   Q.   AND BRIEFLY, HOW DO YOU RECOGNIZE EXHIBIT 110?

02:07PM   8   A.   I WENT ALL OF THE WAY TO THE BACK TO START, AND I WAS

02:07PM   9   HAPPY TO SEE THAT I WAS RIGHT, IT WAS DECEMBER 2018.

02:07PM   10       AND MICHAEL SMOLYAK REACHED OUT TO US AGAIN AND WAS ASKING

02:07PM   11  US FOR SOME TECHNICAL SUPPORT.  HE HAD SOME TECHNICAL QUESTIONS

02:07PM   12  ABOUT NEO4J ENTERPRISE EDITION.

02:07PM   13  Q.   OKAY.  I'M JUST GOING TO PAUSE YOU RIGHT THERE.

02:08PM   14  A.   SURE.

02:08PM   15       MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 110 INTO

02:08PM   16  EVIDENCE.

02:08PM   17       MR. BEENE:  NO OBJECTION.

02:08PM   18       THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:08PM   19       (PLAINTIFFS' EXHIBIT 110 WAS RECEIVED IN EVIDENCE.)

02:08PM   20  BY MR. RATINOFF:

02:08PM   21  Q.   AND I'M LOOKING AT EXHIBIT 110.  I'M SORRY.  I DIDN'T MEAN

02:08PM   22  TO CUT YOU OFF, I JUST WANT TO MAKE SURE THAT WE GOT THIS IN

02:08PM   23  THE RECORD.

02:08PM   24  A.   YES.

02:08PM   25  Q.   SO DID YOU HAVE ANY ADDITIONAL THOUGHTS ON THIS EMAIL

02:08PM  1    EXCHANGE?

02:08PM  2    A.   WE'VE BEEN THROUGH IT.  THERE'S A LOT OF BACK AND FORTH

02:08PM  3    BETWEEN GARY AND MICHAEL.  I SEE IT GOES INTO JANUARY.  LOTS OF

02:08PM  4    INTERESTING DETAILS HERE.  KEEP GOING.

02:09PM  5        IT LOOKS LIKE THERE WERE SOME SECURITY ISSUES THAT THEY

02:09PM  6    WERE HAVING GETTING THINGS WORKING.

02:09PM  7        AND GETTING TO JANUARY 14TH, I SEE THAT THIS IS -- IT

02:09PM  8    LOOKS LIKE WHEN I WAS INTRODUCED TO ANOTHER PERSON AT

02:09PM  9    NEXT CENTURY, SHAHAK.

02:09PM  10   Q.   WHO IS SHAHAK?

02:09PM  11   A.   SHAHAK NAGIEL, N-A-G-I-E-L.  HE WAS THE TECHNICAL LEADER

02:09PM  12   OR TECHNICAL DIRECTOR, WHATEVER, OF THE TECHNICAL TEAM THAT WAS

02:09PM  13   EVALUATING NEO4J ENTERPRISE EDITION FOR THE MPO.

02:09PM  14   Q.   AND LOOKING AT THE EMAIL THAT YOU REFERENCED ON

02:10PM  15   JANUARY 14TH, IT LOOKS LIKE YOU HAD A CONVERSATION WITH

02:10PM  16   MR. NAGIEL?

02:10PM  17   A.   YES, I DID.

02:10PM  18   Q.   AND WHAT WAS THAT CONVERSATION ABOUT?

02:10PM  19   A.   I SEE THAT -- YEAH, THIS IS WHEN, IF I RECALL CORRECTLY,

02:10PM  20   BASED ON -- OH, YEAH.  I WROTE IT RIGHT THERE.

02:10PM  21       THEIR FUNDING FOR THEIR EVALUATION OF

02:10PM  22   NEO4J ENTERPRISE EDITION PROJECT WAS EXPIRING IN FEBRUARY AND

02:10PM  23   THEY WERE PUTTING TOGETHER A PROPOSAL, I WAS AWARE THAT THEY

02:10PM  24   WERE PUTTING TOGETHER A PROPOSAL TO THE MPO TO EXTEND THEIR

02:10PM  25   WORK WITH NEO4J TO OPERATIONALIZE, DO THE IMPLEMENTATION OF A

ZAGALSKY DIRECT BY MR. RATINOFF

02:10PM  1    SOLUTION AND APPLICATION ON TOP OF NEO4J ENTERPRISE EDITION.

02:10PM  2        SO I WANTED TO MAKE SURE THAT HE WAS AWARE THAT -- OF THE

02:10PM  3    PRICING FOR NEO4J ENTERPRISE EDITION FOR COMMERCIAL

02:11PM  4    SUBSCRIPTION SO THAT THEY COULD INCLUDE THAT IN THEIR PROPOSAL

02:11PM  5    TO THE MPO SO THAT WHEN THEY GOT THE CONTRACT WORK FROM MPO, IT

02:11PM  6    WOULD INCLUDE FUNDING SO THAT THEY COULD PURCHASE

02:11PM  7    NEO4J ENTERPRISE EDITION ON BEHALF OF THE MPO.

02:11PM  8    Q.   AND DID YOU LEARN ANYTHING ELSE ABOUT THE PROJECT DURING

02:11PM  9    THAT CONVERSATION?

02:11PM  10   A.   I DID.

02:11PM  11   Q.   WHAT WAS THAT?

02:11PM  12   A.   ACTUALLY, IT LOOKS LIKE -- AT THAT POINT HE WASN'T -- HE

02:11PM  13   HADN'T ASKED FOR PRICING YET.

02:11PM  14       I ASKED HIM IN THAT EMAIL AFTER THAT CONVERSATION IF HE

02:12PM  15   WAS INTERESTED IN GETTING PRICING FOR NEO4J.

02:12PM  16   Q.   AND THEN LOOKING AT YOUR FEBRUARY 5TH, 2019 EMAIL?

02:12PM  17   A.   YES.

02:12PM  18   Q.   IT STARTS ON THE FIRST PAGE OF THE EXHIBIT AND IT

02:12PM  19   CONTINUES ON TO THE SECOND?

02:12PM  20   A.   YES.

02:12PM  21   Q.   IN THE TOP PARAGRAPH IT SAYS, "WHEN WE SPOKE BRIEFLY EARLY

02:12PM  22   LAST MONTH, YOU HAD INDICATED THAT YOU WERE USING THE FREE OPEN

02:12PM  23   SOURCE VERSION OF NEO4J."

02:12PM  24   A.   OH, RIGHT.

02:12PM  25   Q.   "AND PLANNED TO CONTINUE."

02:12PM  1          WHAT IS THAT IN REFERENCE TO?

02:12PM  2     A.   DURING THAT CONVERSATION WE HAD DISCUSSED THAT HE -- THEY

02:12PM  3     WERE USING THE OPEN SOURCE VERSION OF NEO4J, WHICH WOULD -- AT

02:12PM  4     THAT TIME MY EXPECTATION WAS THAT SHOULD HAVE BEEN

02:12PM  5     NEO4J COMMUNITY EDITION, THE FREE OPEN SOURCE VERSION.

02:12PM  6          BUT IT DIDN'T MAKE SENSE BECAUSE, YOU KNOW, FOR THE PAST

02:13PM  7     FEW MONTHS THEY HAD BEEN WORKING WITH GARY ON FEATURES AND

02:13PM  8     CAPABILITIES THAT ONLY EXISTED IN NEO4J ENTERPRISE EDITION.

02:13PM  9     Q.   SO AS OF JANUARY/FEBRUARY 2019, WHAT WAS THE MOST CURRENT

02:13PM  10    VERSION OF NEO4J ENTERPRISE?

02:13PM  11    A.   2019.  I'M GOING TO GO BACK TO THAT EXHIBIT AGAIN SO I

02:13PM  12    DON'T SAY THE WRONG ONE.  I THINK IT WAS 3.5.  LET ME GO BACK

02:13PM  13    AND LOOK.

02:13PM  14         IS THAT EXHIBIT 6?  YEAH.  YES.  THAT WAS 3.5.

02:13PM  15    Q.   AND AT THAT POINT WAS NEO4J OFFERING AN OPEN SOURCE

02:14PM  16    VERSION OF NEO4J ENTERPRISE?

02:14PM  17    A.   NO, WE WEREN'T.

02:14PM  18    Q.   AND THEN YOU RECEIVED A RESPONSE ON IT LOOKS LIKE THE SAME

02:14PM  19    DAY, FEBRUARY 5TH, 2019?

02:14PM  20    A.   YES.

02:14PM  21    Q.   AND THE FIRST PARAGRAPH HE SAYS, "NEO4J'S STRENGTHS HELPED

02:14PM  22    CONVINCE US AND THE CUSTOMER THAT IT IS THE RIGHT GRAPH PRODUCT

02:14PM  23    FOR THEIR REQUIREMENTS."

02:14PM  24         DO YOU SEE THAT?

02:14PM  25    A.   YES, I DO.

02:14PM 1    Q.   AND THEN FOLLOWING THAT PARAGRAPH, "INDEED, WE HAVE

02:14PM 2    (ALMOST) REACHED THE END OF THIS TASK ORDER, AND HAVE BEEN

02:14PM 3    DEMONSTRATING OUR INTEGRATION WITH A SMALL NEO4J DEVELOPMENT

02:14PM 4    CLUSTER."

02:14PM 5         AND THEN THE NEXT SENTENCE.  "WE HAVE FOUND THAT THE OPEN

02:14PM 6    SOURCED (NON-COMMERCIAL) BUILDS FROM THE NEO4J SOURCE CODE

02:14PM 7    PROVIDE THE CLUSTERING AND SECURITY REQUIREMENTS NEEDED IN OUR

02:14PM 8    ENVIRONMENT."

02:14PM 9         AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:15PM 10   A.   WELL, THAT HELPED ME UNDERSTAND WHY THINGS SEEMED STRANGE

02:15PM 11   BEFORE THAT WHEN HE SAID HE WAS USING THE FREE OPEN SOURCE

02:15PM 12   VERSION, AND I KNEW THAT WE WERE HELPING HIM WITH NEO4J

02:15PM 13   ENTERPRISE EDITION.

02:15PM 14        SO WHAT THAT MEANT TO ME IS THAT THE ONLY WAY THAT HE

02:15PM 15   COULD BE USING WHAT HE THOUGHT WAS A FREE OPEN SOURCED VERSION,

02:15PM 16   HE SAID OPEN SOURCE NON-COMMERCIAL BUILDS FROM THE NEO4J SOURCE

02:15PM 17   CODE, THAT HAD TO BE ONGDB.

02:15PM 18   Q.   AND WHY DID YOU THINK IT WAS ONGDB?

02:15PM 19   A.   WELL, THERE WAS NO -- AT THAT TIME THERE WAS NO FREE OPEN

02:15PM 20   SOURCE VERSION OF NEO4J ENTERPRISE EDITION.

02:15PM 21        THE ONLY THING OUT THERE THAT HE COULD HAVE BEEN USING WAS

02:15PM 22   ONGDB.

02:15PM 23   Q.   BECAUSE AT THAT TIME HE HADN'T PURCHASED A -- OR I

02:16PM 24   SHOULDN'T SAY HE, BUT NEXT CENTURY HAD NOT PURCHASED A

02:16PM 25   COMMERCIAL LICENSE NEO4J ENTERPRISE EDITION?

02:16PM  1      A.   THAT'S CORRECT.

02:16PM  2      Q.   AND WHAT DID YOU DO AFTER YOU RECEIVED THAT EMAIL?

02:16PM  3      A.   AFTER THIS EMAIL I FOLLOWED UP WITH SHAHAK, TRIED TO

02:16PM  4      FOLLOW UP WITH SHAHAK, THE EMAIL, TO FURTHER DISCUSS, YOU KNOW,

02:16PM  5      HIS APPARENT DECISION TO USE ONGDB INSTEAD OF

02:16PM  6      NEO4J ENTERPRISE EDITION.

02:16PM  7      Q.   AND WERE YOUR EFFORTS WITH SHAHAK SUCCESSFUL?

02:16PM  8      A.   NOT IMMEDIATELY.  I HAD TO GO AROUND HIM.

02:16PM  9      Q.   WHAT DO YOU MEAN YOU HAD TO GO AROUND HIM?

02:16PM  10     A.   EVENTUALLY I HAD TO GET TO THE CTO OF NEXT CENTURY AND HAD

02:17PM  11     A MEETING WITH THE CTO.

02:17PM  12     Q.   DO YOU RECALL THE CTO'S NAME?

02:17PM  13     A.   I BELIEVE IT WAS TODD HUGHES.

02:17PM  14     Q.   AND WHAT WAS THE NATURE OF YOUR CONVERSATIONS WITH

02:17PM  15     MR. HUGHES?

02:17PM  16     A.   WELL, WE WANTED TO MEET WITH THEM BECAUSE WE WERE

02:17PM  17     CONCERNED ABOUT THE FACT THAT THEY WERE USING ONGDB, WHICH WAS

02:17PM  18     IMPROPERLY LICENSED, UNLICENSED, AND WE WANTED TO MAKE SURE

02:17PM  19     THAT THEY UNDERSTOOD THE RESTRICTIONS OF THE COMMONS CLAUSE

02:17PM  20     WHICH HAD BEEN IMPROPERLY REMOVED FROM ONGDB AND THE RISKS THAT

02:17PM  21     THEY WERE PUTTING THEMSELVES AND THEIR CUSTOMER IN BY CHOOSING

02:17PM  22     TO USE THE FREE ONGDB VERSUS USING NEO4J ENTERPRISE EDITION AND

02:18PM  23     HAVING THE CUSTOMER PURCHASE A SUBSCRIPTION.

02:18PM  24     Q.   DID MR. HUGHES CONFIRM YOUR SUSPICIONS AT THAT POINT THAT

02:18PM  25     THEY WERE USING ONGDB, THEY BEING THE NSA AND NEXT CENTURY?

02:18PM   1    A.   I DON'T BELIEVE HE DID, NO.   HE DIDN'T AT THAT TIME.

02:18PM   2    Q.   LET'S GO AHEAD AND TURN TO EXHIBIT 116.

02:18PM   3    A.   OKAY.

02:18PM   4    Q.   LET ME KNOW WHEN YOU'VE HAD A CHANCE TO REVIEW

02:18PM   5    EXHIBIT 116.

02:19PM   6    A.   OKAY.

02:19PM   7    Q.   AND DO YOU RECOGNIZE EXHIBIT 116?

02:19PM   8    A.   YES, I DO.

02:19PM   9    Q.   AND WHAT IS EXHIBIT 116, VERY BRIEFLY?

02:19PM   10   A.   IT'S AN EMAIL THREAD BETWEEN MYSELF AND TODD HUGHES AND

02:19PM   11   SHAHAK NAGIEL IN MARCH AND APRIL OF 2019.

02:19PM   12           MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 116 IN

02:19PM   13   EVIDENCE.

02:19PM   14           THE COURT:  ANY OBJECTION?

02:19PM   15           MR. BEENE:  NO OBJECTION.

02:19PM   16           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:19PM   17       (PLAINTIFFS' EXHIBIT 116 WAS RECEIVED IN EVIDENCE.)

02:19PM   18   BY MR. RATINOFF:

02:19PM   19   Q.   AND I WANT TO TURN YOUR ATTENTION TO THE BEGINNING OF THE

02:19PM   20   EMAIL THREAD.  I BELIEVE IT'S ON THE SECOND TO THE LAST PAGE,

02:19PM   21   MARCH 20TH, 2019, EMAIL.

02:19PM   22           FROM TODD HUGHES?

02:20PM   23   A.   YES.

02:20PM   24   Q.   DOES THAT HELP REFRESH YOUR RECOLLECTION OF WHEN YOU

02:20PM   25   LEARNED THAT THE MPO AND NEXT CENTURY WERE USING ONGDB?

02:20PM 1    A.   YES.

02:20PM 2    Q.   SO DO YOU HAVE AN UNDERSTANDING OF WHAT HE'S REFERRING TO

02:20PM 3    "AFTER OUR CONVERSATION ON MARCH 8TH"?

02:20PM 4    A.   YES.

02:20PM 5    Q.   AND WHAT IS YOUR UNDERSTANDING OF THAT CONVERSATION?

02:20PM 6    A.   DURING THE CONVERSATION, LIKE I SAID, WE WERE DISCUSSING

02:20PM 7    THE RISKS OF USING ONGDB AND THAT THEY WERE USING ONGDB ON THE

02:20PM 8    MPO PROJECT, AND FOLLOWING THAT CONVERSATION THEY WERE

02:20PM 9    CONVINCED THAT THEY NEEDED TO HAVE A CONVERSATION WITH THE

02:20PM 10   CUSTOMER ABOUT NEO4J ENTERPRISE EDITION VERSUS ONGDB AND THAT

02:21PM 11   THE CUSTOMER IS NOW WILLING TO CONSIDER A QUOTE FROM NEO4J --

02:21PM 12   FOR NEO4J ENTERPRISE EDITION.

02:21PM 13   Q.   AND WHAT HAPPENED AFTER YOU RECEIVED THAT MARCH 8TH -- I'M

02:21PM 14   SORRY, THE MARCH 20TH EMAIL?

02:21PM 15   A.   WELL, THEY ALSO ASKED TO SCHEDULE A MEETING TO LEARN MORE

02:21PM 16   ABOUT THE UPCOMING NEO4J ENTERPRISE EDITION 4.0 RELEASE.

02:21PM 17        AND WE DID SCHEDULE A MEETING, AND WE ALSO PROVIDED

02:21PM 18   INFORMATION TO THEM VIA EMAIL OF HOW WE LICENSE

02:21PM 19   NEO4J ENTERPRISE EDITION, AND THEY SHARED WITH US BASED ON US

02:22PM 20   PROVIDING WHAT KIND OF INFORMATION WE WOULD NEED TO PROVIDE A

02:22PM 21   QUOTE, THEY PROVIDED TO US THE CONFIGURATION OF THE STAGING OR

02:22PM 22   TEST ENVIRONMENT THAT THEY CURRENTLY HAD OR THEY WERE CURRENTLY

02:22PM 23   BUILDING ACCORDING TO THE MARCH 22ND, MARCH 22, 2019 EMAIL FROM

02:22PM 24   SHAHAK TO ME, THEY WERE IN THE PROCESS AT THAT POINT OF

02:22PM 25   BUILDING A STAGING ENVIRONMENT.

02:22PM  1        AND HE DESCRIBES -- HE PROVIDES THE INFORMATION FOR THAT

02:22PM  2    STAGING ENVIRONMENT TO ME SO THAT I CAN PROVIDE PRICING.

02:22PM  3    Q.   OKAY.  AND DID YOU END UP -- I THINK YOU MENTIONED THERE

02:22PM  4    WAS A MEETING.  DID YOU END UP HAVING A MEETING WITH OR

02:22PM  5    SCHEDULING A MEETING WITH THE MPO AND NEXT CENTURY?

02:22PM  6    A.   YES, WE DID.

02:22PM  7    Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT OCCURRED?

02:22PM  8    A.   WELL, AT THE TOP OF THIS EMAIL, THE EMAIL DATED APRIL 1ST

02:23PM  9    INDICATES THAT WE WERE SCHEDULING THE MEETING FOR APRIL 15TH.

02:23PM 10        SO -- AND I'M GUESSING THAT WE HAD IT ON APRIL 15TH BASED

02:23PM 11    ON -- I'M SURMISING FROM THE EMAIL THAT WE HAD IT ON

02:23PM 12    APRIL 15TH, AND I DO REMEMBER HAVING THE MEETING.

02:23PM 13    Q.   AND WHO WAS PRESENT AT THAT MEETING?

02:23PM 14    A.   FROM NEO4J IT WAS MYSELF, AND PHILIP RATHLE, AND POSSIBLY

02:23PM 15    GARY MANN AS WELL.  I DON'T REMEMBER IF GARY WAS THERE FOR

02:23PM 16    SURE.

02:23PM 17        ON THE NEXT CENTURY SIDE IT WAS JIM WEYANT, AND I BELIEVE

02:23PM 18    SHAHAK NAGIEL WAS THERE.  I'M NOT SURE IF SHAHAK WAS THERE, BUT

02:23PM 19    I KNOW JIM WAS THERE.

02:23PM 20    Q.   AND I DON'T KNOW IF WE COVERED THIS WITH YOU, BUT WHO WAS

02:24PM 21    JIM WEYANT?

02:24PM 22    A.   JIM WEYANT WAS I BELIEVE SHAHAK'S MANAGER.  SHAHAK IS

02:24PM 23    S-H-A-H-A-K.  HE WAS SHAHAK'S MANAGER, AND HE WAS A VICE

02:24PM 24    PRESIDENT AT NEXT CENTURY.  AND WEYANT IS SPELLED W-E-Y-A-N-T.

02:24PM 25    Q.   AND WAS THERE ANYONE ELSE AT THE MEETING BESIDES THE

02:24PM   1    INDIVIDUALS -- I'M SORRY, THE INDIVIDUALS THAT YOU'VE ALREADY

02:24PM   2    LISTED?

02:24PM   3    A.   YES.   THE MPO TECHNICAL DIRECTOR FOR THE PROJECT THAT

02:24PM   4    NEXT CENTURY WAS WORKING FOR THEM, HIS NAME WAS MATT

02:24PM   5    RICHARDSON.

02:24PM   6    Q.   AND WHAT DID YOU DISCUSS AT THAT MEETING?

02:24PM   7    A.   WE DISCUSSED THE FEATURES AND CAPABILITIES COMING OUT WITH

02:25PM   8    THE NEW VERSION OF NEO4J 4.0, NEO4J ENTERPRISE EDITION 4.0.

02:25PM   9         THERE WERE A LOT OF CHANGES IN 4.0, AND HE THOUGHT HE

02:25PM  10    SHOULD KNOW ABOUT WHAT IS IN 4.0, BECAUSE IF HE WAS GOING TO

02:25PM  11    CONTINUE TO USE ONGDB, IT WASN'T GOING TO BE POSSIBLE FOR HIM

02:25PM  12    TO GET THE 4.0 ENTERPRISE FEATURES BECAUSE NEO4J 3.5 AND

02:25PM  13    BEYOND, INCLUDING 4.0, WERE FULLY CLOSED SOURCE.

02:25PM  14         AND WE ALSO DISCUSSED THE IMPROPER LICENSING OF ONGDB AND

02:25PM  15    THE RISKS THAT WE SAW THAT HE WOULD BE PUTTING ON NEXT CENTURY

02:25PM  16    AND THE MPO BY CONTINUING TO USE ONGDB.

02:26PM  17         AND SO WE TALKED ABOUT AGAIN THE REQUIREMENTS THAT THEY

02:26PM  18    HAD FOR NEO4J.

02:26PM  19         AND AT THE END OF THE MEETING THE CUSTOMER ASKED FOR A

02:26PM  20    QUOTE, AND I REMEMBER IT LIKE IT WAS YESTERDAY.   AFTER WE WERE

02:26PM  21    WALKING OUT OF THE MEETING, AFTER THE CUSTOMER ALREADY LEFT,

02:26PM  22    JIM AND I WERE WALKING TOGETHER AND HE SAID SOMETHING TO ME

02:26PM  23    LIKE, SO JUST SEND US A PROPOSAL, AND WE WILL MAKE SURE IT GETS

02:26PM  24    TO MATT, BECAUSE I DIDN'T HAVE MATT'S CONTACT INFORMATION.

02:26PM  25    Q.   AND DID YOU END UP PREPARING A PROPOSAL?

02:26PM 1    A.   YES, I DID.

02:26PM 2    Q.   AND DID YOU SEND THAT PROPOSAL TO JIM?

02:26PM 3    A.   I SENT IT TO SHAHAK, I BELIEVE.

02:26PM 4    Q.   ALL RIGHT.

02:26PM 5    A.   WHO WORKED FOR JIM?

02:26PM 6    Q.   ALL RIGHT.  LET'S TURN TO EXHIBIT 118.

02:27PM 7         ACTUALLY, BEFORE WE DO, THIS ONE HAS BEEN MARKED AS AEO,

02:27PM 8    SO I WOULD ASK THAT WE GO AHEAD AND KEEP IT FROM THE PUBLIC

02:27PM 9    RECORD.

02:27PM 10             THE COURT:  OKAY.  IT'S 118?

02:27PM 11             MR. RATINOFF:  CORRECT, 118.

02:27PM 12   Q.   DO YOU RECOGNIZE WHAT HAS BEEN PREMARKED AS EXHIBIT 118?

02:27PM 13   A.   YES, I DO.

02:27PM 14   Q.   AND WHAT IS IT?

02:27PM 15   A.   IT'S AN EMAIL FROM ME TO SHAHAK COPIED TO JIM DATED

02:27PM 16   APRIL 19, 2019.

02:27PM 17             MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 118 INTO

02:27PM 18   EVIDENCE.

02:27PM 19             THE COURT:  ANY OBJECTION?

02:27PM 20             MR. BEENE:  NO OBJECTION.

02:27PM 21             THE COURT:  IT'S ADMITTED.  IT WON'T BE PUBLISHED.

02:27PM 22        (PLAINTIFFS' EXHIBIT 118 WAS RECEIVED IN EVIDENCE.)

02:27PM 23   BY MR. RATINOFF:

02:27PM 24   Q.   AND THEN IT LOOKS LIKE THERE'S AN ATTACHMENT TO THIS

02:27PM 25   EMAIL.

02:27PM   1          WHAT IS THE ATTACHMENT?

02:27PM   2     A.   IT'S THE PROPOSAL THAT I PREPARED FOR THE KMS PROJECT,

02:28PM   3     WHICH WAS THE PROJECT THAT NEXT CENTURY WAS WORKING ON FOR MPO.

02:28PM   4     Q.   AND I'M GOING TO ASK YOU SOME SPECIFIC QUESTIONS ABOUT THE

02:28PM   5     PRICING, SO IF THERE'S ANYTHING THAT YOU FEEL LIKE YOU DON'T

02:28PM   6     WANT IN THE PUBLIC RECORD OR FOR MR. SUHY TO HEAR, JUST LET ME

02:28PM   7     KNOW AND WE CAN, I THINK, AGREE THAT HE CAN STEP OUT FOR A

02:28PM   8     MINUTE OR TWO.

02:28PM   9     A.   OKAY.  I DON'T WANT TO MENTION ANY OF THE PRICING IN THE

02:28PM  10     PUBLIC RECORD.

02:28PM  11     Q.   OKAY.

02:28PM  12          MR. RATINOFF:  YOUR HONOR, I WOULD ASK AT THIS POINT

02:28PM  13     THAT ONLY PERSONS WHO ARE ENTITLED TO VIEW NEO4J ENTERPRISE AEO

02:28PM  14     MATERIAL BE ALLOWED TO HEAR THE TESTIMONY.

02:28PM  15          I BELIEVE THAT WOULD BE COUNSEL FOR THE DEFENDANTS AND IT

02:28PM  16     LOOKS LIKE EVERYONE ELSE FROM THIS SIDE FOR NEO4J ARE FROM OUR

02:28PM  17     OFFICE.

02:28PM  18          THE COURT:  OKAY.

02:28PM  19          MR. BEENE:  YES.

02:28PM  20          THE COURT:  ALL RIGHT.  IF THOSE PARTIES COULD LEAVE

02:28PM  21     THE COURTROOM NOW, AND WE WILL INDICATE WHEN THEY CAN RETURN.

02:29PM  22          THIS IS SEALED, AND IT'S NOT BEING DISPLAYED ON OUR

02:29PM  23     MONITORS.

02:29PM  24          **(SEALED PROCEEDINGS PAGES 127 - 129.)**

         25

02:29PM   1      ///

02:34PM   2      ///

02:34PM   3           (OPEN COURT.)

02:34PM   4      BY MR. RATINOFF:

02:34PM   5      Q.   AND THEN WHAT HAPPENED AFTER YOU SENT THAT PROPOSAL TO

02:34PM   6      NEXT CENTURY?

02:34PM   7      A.   I FOLLOWED UP WITH SHAHAK ASKING, YOU KNOW, HOW THE

02:35PM   8      CUSTOMER RESPONDED TO THE QUOTE IN AN EMAIL.

02:35PM   9      Q.   AND DID YOU GET A RESPONSE FROM SHAHAK?

02:35PM  10      A.   AS I RECALL IT WASN'T IMMEDIATE, BUT I KEPT FOLLOWING UP,

02:35PM  11      AND I DID GET A RESPONSE.

02:35PM  12      Q.   AND DO YOU RECALL WHAT THAT RESPONSE WAS?

02:35PM  13      A.   YES.   THE RESPONSE WAS THAT THEY WEREN'T GOING TO PURCHASE

02:35PM  14      NEO4J ENTERPRISE EDITIONS.

02:35PM  15      Q.   OKAY.   AND LET ME TURN YOU TO EXHIBIT 119.

02:35PM  16      A.   I'M THERE.

02:35PM  17      Q.   JUST LET ME KNOW WHEN YOU'VE HAD A CHANCE TO LOOK AT 119.

02:35PM  18      A.   YES, I'M LOOKING AT IT.   I'LL GO TO THE BACK.   IT'S JUST

02:35PM  19      TWO PAGES.   SO, YES, I SEE IT.

02:36PM  20      Q.   AND DO YOU RECOGNIZE EXHIBIT 119?

02:36PM  21      A.   I DO.

02:36PM  22      Q.   AND WHAT IS EXHIBIT 119?

02:36PM  23      A.   IT'S AN EMAIL EXCHANGE BETWEEN MYSELF AND SHAHAK REGARDING

02:36PM  24      THE PRICING PROPOSAL THAT I HAD PROVIDED.

02:36PM  25           MR. RATINOFF:   I'D LIKE TO MOVE EXHIBIT 119 INTO

02:36PM  1    EVIDENCE.

02:36PM  2              MR. BEENE:  NO OBJECTION.

02:36PM  3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:36PM  4         (PLAINTIFFS' EXHIBIT 119 WAS RECEIVED IN EVIDENCE.)

02:36PM  5    BY MR. RATINOFF:

02:36PM  6    Q.   AND I'LL TURN YOUR ATTENTION TO THE FILING ON THE CHAIN.

02:36PM  7    IT SHOULD BE THE TOP OF THE FIRST PAGE.

02:36PM  8         AND WHAT DID YOU UNDERSTAND MR. NAGIEL TO MEAN THAT "WE

02:36PM  9    CONTINUE TO USE ONGDB FOR OUR DEVELOPMENT PURPOSES BASED ON THE

02:36PM  10   CUSTOMER'S DIRECTION"?

02:36PM  11   A.   I UNDERSTOOD THAT MATT RICHARDSON HAD TOLD NEXT CENTURY TO

02:36PM  12   CONTINUE TO USE ONGDB AND BECAUSE THEY DIDN'T WANT TO SPEND

02:37PM  13   MONEY ON NEO4J ENTERPRISE EDITION LICENSING WHEN THEY COULD GET

02:37PM  14   ONGDB FOR FREE.

02:37PM  15   Q.   AND TO YOUR KNOWLEDGE DID THEY, AFTER THIS -- I'M SORRY.

02:37PM  16   STRIKE THAT.

02:37PM  17        AFTER THIS COMMUNICATION, WHAT ELSE TRANSPIRED BETWEEN

02:37PM  18   NEO4J AND NEXT CENTURY?

02:37PM  19   A.   I BELIEVE I FOLLOWED UP AGAIN, AND I WANTED TO HAVE

02:37PM  20   PROBABLY FURTHER CONVERSATIONS ABOUT THEIR DECISION.  I'M SURE

02:37PM  21   I RESPONDED TO THE EMAIL OR SOMETHING TO THAT EFFECT.

02:37PM  22   Q.   AND ULTIMATELY DID NEXT CENTURY COME BACK AND ACCEPT THE

02:38PM  23   PROPOSAL THAT YOU PROVIDED THEM?

02:38PM  24   A.   NO, THEY NEVER DID.

02:38PM  25   Q.   HAD YOU CLOSED THAT SALE, WHICH -- OR WOULD YOU HAVE USED

02:38PM   1        A RESELLER?

02:38PM   2        A.   YES, I WOULD HAVE.

02:38PM   3        Q.   OKAY.  AND AT THAT TIME IN APRIL OF 2019, WHICH RESELLER

02:38PM   4        WOULD YOU HAVE USED?

02:38PM   5        A.   AT THAT TIME I WOULD HAVE USED I BELIEVE INTELLIPEAK.

02:38PM   6        Q.   AND WHY INTELLIPEAK?

02:38PM   7        A.   THEY WERE A PARTNER THAT WE HAD RECENTLY BROUGHT ON TO

02:38PM   8        RESELL INTO THE INTELLIGENCE COMMUNITY.

02:38PM   9        Q.   AND WOULD THERE HAVE BEEN A RESELLER FEE INVOLVED WITH

02:39PM   10       INTELLIPEAK?

02:39PM   11       A.   YES.

02:39PM   12       Q.   AND DO YOU KNOW WHAT THAT RESELLER FEE WOULD HAVE BEEN?

02:39PM   13       A.   YES, 7 PERCENT.

02:39PM   14       Q.   NOW, YOU MENTIONED YOU HAD A LONG HISTORY WITH MPO.  I

02:39PM   15       DON'T THINK WE GOT INTO YOUR HISTORY AT NEO4J.

02:39PM   16            HAVE YOU EVER BEEN ABLE TO -- I'M SORRY.  STRIKE THAT.

02:39PM   17            HAVE YOU MADE ANY OTHER SALES TO THE MPO WHILE AT NEO4J?

02:39PM   18       A.   YES, I HAVE.

02:39PM   19       Q.   AND DO YOU RECALL APPROXIMATELY HOW MANY SALES YOU'VE

02:39PM   20       MADE?

02:39PM   21       A.   AT LEAST THREE OR FOUR.

02:39PM   22       Q.   AND TO THE BEST OF YOUR RECOLLECTION, DO YOU -- LET'S

02:39PM   23       START WITH THE FIRST ONE THAT COMES TO YOUR MIND.

02:39PM   24            WHAT SALE IS THAT?

02:39PM   25       A.   YES.  I REMEMBER THE FIRST ONE VERY WELL BECAUSE IT WAS

02:39PM   1    ALMOST IMMEDIATELY AFTER I JOINED NEO4J IN OCTOBER OF 2016 I

02:39PM   2    GOT IN CONTACT WITH A PROGRAM CALLED GRAND ALCHEMY AT THE MPO

02:40PM   3    AND FAIRLY QUICKLY CLOSED A DEAL.

02:40PM   4         THEY HAD ALREADY BEEN USING THE NEO4J COMMUNITY EDITION,

02:40PM   5    THEY NEEDED SOME ENTERPRISE FEATURES INCLUDING CLUSTERING AND

02:40PM   6    ENTERPRISE SECURITY, SO THEY WANTED TO MOVE TO

02:40PM   7    NEO4J ENTERPRISE EDITION.  AND IT WAS PROBABLY AROUND THE

02:40PM   8    MIDDLE OF THE SUMMER OF 2018 THAT I CLOSED THAT FIRST DEAL WITH

02:40PM   9    THE MPO.

02:40PM  10    Q.   AND DO YOU RECALL WHAT THE DEAL WAS FOR PRODUCT WISE?

02:40PM  11    A.   IT WAS, IT WAS A FAIRLY SMALL DEAL, BUT THEY NEEDED

02:40PM  12    CLUSTERING, SO IT MUST HAVE BEEN THE BUSINESS BUNDLE.

02:40PM  13    Q.   AND WAS IT A MULTI YEAR OR A ONE YEAR DEAL?

02:40PM  14    A.   IT WAS A MULTI YEAR DEAL.

02:41PM  15    Q.   AND DO YOU RECALL ANY OTHER SALES THAT YOU MADE TO THE

02:41PM  16    MPO?

02:41PM  17    A.   YES, I DO.

02:41PM  18    Q.   OKAY.  WHAT IS THE NEXT ONE THAT COMES TO MIND?

02:41PM  19    A.   THE NEXT ONE IS A PROGRAM CALLED ROCK STAR.  IT WAS A

02:41PM  20    SMALLER DEAL.  IT WAS A DISCOVERY BUNDLE.  AND I REMEMBER THEY

02:41PM  21    RENEWED AT LEAST -- THEY RENEWED ONCE, ONE YEAR, I BELIEVE.

02:41PM  22    Q.   AND WERE THERE ANY OTHER DEALS WITH THE MPO THAT YOU WERE

02:41PM  23    ABLE TO CLOSE THAT COME TO MIND?

02:41PM  24    A.   YES.  THE NEXT ONE WAS A PROGRAM CALLED VIGILANT TIGER.

02:41PM  25    Q.   AND WHAT WAS VIGILANT TIGER AS FAR AS THE DEAL?

02:41PM  1    A.   YEAH.  IT WAS GRAPH DATA SCIENCE LARGE BUNDLE, SO IT WAS A

02:41PM  2    PRETTY BIG DEAL.  AND THEY'RE STILL A CUSTOMER.  THEY'VE

02:42PM  3    RENEWED -- LET'S SEE.  THEY'VE RENEWED TWICE.  WE GOT THE

02:42PM  4    SECOND RENEWAL THIS YEAR IN 2023.  SO THE FIRST RENEWAL WAS IN

02:42PM  5    2022, SO WE MUST HAVE DONE THE FIRST DEAL IN 2021.  YEAH, IT

02:42PM  6    WAS A COVID DEAL, YEP, 2021.

02:42PM  7    Q.   SO I UNDERSTAND, THE VIGILANT TIGER THEN IS STILL AN

02:42PM  8    ACTIVE SUBSCRIPTION?

02:42PM  9    A.   YES, THEY'RE STILL A CUSTOMER.

02:42PM 10         MR. RATINOFF:  YOUR HONOR, I HAVE NO FURTHER

02:42PM 11    QUESTIONS AT THIS TIME.

02:42PM 12         THE COURT:  CROSS-EXAMINATION?

02:42PM 13         MR. BEENE:  YOUR HONOR, WOULD IT BE APPROPRIATE TO

02:42PM 14    TAKE A LITTLE BREAK RIGHT NOW?

02:42PM 15         THE COURT:  SURE.  WE CAN TAKE ABOUT 12 MINUTES.

02:42PM 16         MR. BEENE:  PERFECT.

02:42PM 17         THE COURT:  DOES THAT WORK?

02:42PM 18         MR. BEENE:  THANK YOU.

02:42PM 19         THE COURT:  AND THEN WE'LL RETURN FOR

02:42PM 20    CROSS-EXAMINATION.

02:43PM 21      (RECESS FROM 2:43 P.M. UNTIL 3:03 P.M.)

03:03PM 22         THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

03:03PM 23    PREVIOUSLY PRESENT ARE PRESENT AGAIN.

03:03PM 24      SIR, IF YOU WOULD TAKE THE STAND AGAIN.

03:03PM 25         MR. BEENE, YOU HAVE CROSS-EXAMINATION?

03:04PM   1          MR. BEENE:  YES, YOUR HONOR.

03:04PM   2       AND I UNDERSTAND I'M SUPPOSED TO STAND HERE FOR THIS

03:04PM   3   (INDICATING)?

03:04PM   4          THE COURT:  WHEREVER YOU WOULD LIKE.  AT A LECTERN.

03:04PM   5   THAT ONE IS FINE.  YOU'LL BE CLOSER.

03:04PM   6          MR. BEENE:  NO PROBLEM.

03:04PM   7                        **CROSS-EXAMINATION**

03:04PM   8   BY MR. BEENE:

03:04PM   9   Q.   GOOD AFTERNOON, SIR.

03:04PM   10  A.   GOOD AFTERNOON.

03:04PM   11  Q.   HOW ARE YOU DOING?

03:04PM   12  A.   I'M DOING WELL.  HOW ARE YOU.

03:04PM   13  Q.   I'M DOING OKAY.

03:04PM   14       AS I TOLD YOUR COUNSEL BEFORE THE BREAK, I WANTED TO ASK

03:04PM   15  YOU SOME GENERAL QUESTIONS TO SEE IF WE CAN GET THROUGH THINGS

03:04PM   16  EASILY, AND IF NOT, THEN WE'LL GO THROUGH THIS DOCUMENTS.

03:04PM   17       OKAY?

03:04PM   18  A.   OKAY.

03:04PM   19  Q.   SO FIRST, YOU TESTIFIED THAT NEO4J AND MR. SUHY'S ENTITIES

03:04PM   20  COMPETE?

03:04PM   21  A.   YES.

03:04PM   22  Q.   BECAUSE YOU BOTH SUPPORT ENTERPRISE; RIGHT?

03:05PM   23  A.   YES.

03:05PM   24  Q.   OKAY.  NOW, THE THING IS, IS ENTERPRISE ONE IS A

03:05PM   25  COMMERCIAL VERSION; RIGHT?

03:05PM  1    A.   I DON'T UNDERSTAND YOUR QUESTION.

03:05PM  2              MR. RATINOFF:  OBJECTION.  VAGUE.

03:05PM  3              THE COURT:  I'M SORRY, YOU DON'T UNDERSTAND THE

03:05PM  4    QUESTION?

03:05PM  5              THE WITNESS:  I DON'T UNDERSTAND HIS QUESTION.

03:05PM  6         CAN YOU BE MORE SPECIFIC?

03:05PM  7    BY MR. BEENE:

03:05PM  8    Q.   DOES NEO4J SELL SOFTWARE LICENSES?

03:05PM  9    A.   YES.

03:05PM  10   Q.   OKAY.  AND IS THAT A COMMERCIAL TRANSACTION?

03:05PM  11   A.   YES.

03:05PM  12   Q.   OKAY.  SO I'M TALKING ABOUT ENTERPRISE THAT'S LICENSED

03:05PM  13   COMMERCIALLY?

03:05PM  14   A.   YES.

03:05PM  15   Q.   AND THAT'S WHAT NEO4J U.S.A. SUPPORTS; CORRECT?

03:05PM  16   A.   YES.

03:05PM  17   Q.   OKAY.  NOW, MR. SUHY DOESN'T SUPPORT THAT VERSION OF

03:05PM  18   ENTERPRISE, DOES HE?

03:05PM  19              MR. RATINOFF:  OBJECTION AS VAGUE, YOUR HONOR.

03:05PM  20              THE COURT:  IT'S CALLING ON HIS KNOWLEDGE, IF HE

03:06PM  21   KNOWS THAT.

03:06PM  22              MR. BEENE:  YES.

03:06PM  23              THE COURT:  DO YOU UNDERSTAND THE QUESTION, SIR?

03:06PM  24              THE WITNESS:  I DON'T UNDERSTAND THE QUESTION.

03:06PM  25   BY MR. BEENE:

03:06PM 1    Q.   OKAY.  SO --

03:06PM 2              THE COURT:  WHY DON'T YOU RE-ASK THE QUESTION.

03:06PM 3              MR. BEENE:  YES, I WILL.

03:06PM 4    Q.   SO YOU SAID THAT NEO4J AND MR. SUHY COMPETE BECAUSE YOU

03:06PM 5    BOTH SUPPORT ENTERPRISE; CORRECT?

03:06PM 6    A.   I DON'T THINK I SAID IT THAT WAY, NO.

03:06PM 7    Q.   OKAY.  HOW DO THEY COMPETE THEN?

03:06PM 8    A.   WELL, NEO4J, INC., SELLS COMMERCIAL SUBSCRIPTIONS FOR

03:06PM 9    NEO4J ENTERPRISE EDITION AND SELLS SERVICES ON

03:06PM 10   NEO4J ENTERPRISE EDITION.

03:06PM 11        AND MR. SUHY AND HIS COMPANIES OVER THE YEARS HAVE

03:06PM 12   PROVIDED VERSIONS, PIRATED VERSIONS OF NEO4J ENTERPRISE EDITION

03:07PM 13   ALONG WITH SERVICES THAT HE WAS SELLING ON THOSE PIRATED

03:07PM 14   NEO4J ENTERPRISE EDITION.

03:07PM 15   Q.   AND THE PIRATED VERSIONS, THE SOFTWARE IS BASED ON

03:07PM 16   NEO4J AB'S SOFTWARE; CORRECT?

03:07PM 17   A.   I DON'T UNDERSTAND WHAT YOU MEAN BY NEO4J AB'S SOFTWARE.

03:07PM 18   Q.   OKAY.  HAVE YOU EVER HEARD OF THE AGPL LICENSE?

03:07PM 19   A.   YES.

03:07PM 20   Q.   AND DO YOU KNOW WHO NEO4J AB IS?

03:07PM 21   A.   YES.

03:07PM 22   Q.   AND THAT'S A SWEDISH COMPANY; RIGHT?

03:07PM 23   A.   THAT'S CORRECT.

03:07PM 24   Q.   AND THEY LICENSE NEO4J SOFTWARE UNDER A AGPL LICENSE;

03:07PM 25   RIGHT?

03:07PM  1    A.   THEY LICENSE NEO4J COMMUNITY EDITION UNDER A GPL LICENSE.

03:07PM  2    Q.   RIGHT, BUT IT'S NEO4J SOFTWARE; RIGHT?

03:08PM  3    A.   YES.

03:08PM  4    Q.   AND THEY ALSO LICENSE NEO4J SOFTWARE UNDER THE AGPL

03:08PM  5    LICENSE; RIGHT?

03:08PM  6    A.   TODAY THEY DO NOT LICENSE SOFTWARE UNDER THE AGPL LICENSE.

03:08PM  7    Q.   OKAY.  THEY DID BEFORE, DIDN'T THEY?

03:08PM  8    A.   YES.  THERE WAS A PREVIOUS TIME WHEN NEO4J LICENSED

03:08PM  9    NEO4J ENTERPRISE EDITION UNDER THE AGPL, AND THEN THERE WAS A

03:08PM 10    TIME THAT THEY LICENSED NEO4J UNDER THE AGPL WITH A COMMONS

03:08PM 11    CLAUSE.

03:08PM 12    Q.   RIGHT.  SO THE VERSION -- WHAT WAS IT, VERSION 3.5, WAS

03:08PM 13    THAT THE LAST AGPL VERSION THAT NEO4J AB LICENSED?

03:08PM 14    A.   NO.

03:08PM 15    Q.   WHAT WAS THE LAST VERSION?

03:08PM 16    A.   THE LAST VERSION OF NEO4J THAT WAS AGPL WITHOUT THE

03:09PM 17    COMMONS CLAUSE WAS NEO4J ENTERPRISE EDITION 3.3.

03:09PM 18    Q.   AND SO MY QUESTION WAS WHAT WAS THE LAST VERSION OF THE

03:09PM 19    SOFTWARE UNDER THE AGPL?  I DIDN'T RESTRICT IT WITH COMMONS

03:09PM 20    CLAUSE.

03:09PM 21    A.   OH, I THINK I CORRECTLY ANSWERED THAT THE LAST VERSION OF

03:09PM 22    NEO4J LICENSED UNDER THE AGPL WAS 3.3.

03:09PM 23    Q.   OKAY.  AND WHAT WAS THE LAST VERSION BEFORE THE COMMONS

03:09PM 24    CLAUSE WAS ADDED?

03:09PM 25         MR. RATINOFF:  OBJECTION.  ASKED AND ANSWERED.

03:09PM  1                    THE COURT:  I DON'T THINK IT WAS.  OVERRULED.

03:09PM  2                    MR. BEENE:  I'M SORRY.

03:09PM  3                    THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

03:09PM  4                    THE WITNESS:  I'LL SAY IT AGAIN.  THE LAST VERSION

03:09PM  5        LICENSED UNDER THE NEO4J -- SORRY.  THE LAST VERSION OF

03:09PM  6        NEO4J ENTERPRISE UNDER THE AGPL WITHOUT THE COMMONS CLAUSE WAS

03:10PM  7        NEO4J ENTERPRISE EDITION VERSION 3.3.

03:10PM  8        BY MR. BEENE:

03:10PM  9        Q.    OKAY.  OKAY.  SO I'M NOT HEARING CORRECTLY.

03:10PM  10            WHAT IS THE VERSION WHERE THE COMMONS CLAUSE WAS PUT ON

03:10PM  11       THE AGPL SOFTWARE?

03:10PM  12       A.    NEO4J ENTERPRISE EDITION VERSION 3.4.

03:10PM  13       Q.    ALL RIGHT.  AND HOW MANY MORE VERSIONS WERE THERE OF THE

03:10PM  14       AGPL WHICH HAD THE COMMONS CLAUSE IN IT?

03:10PM  15       A.    3.4 AND ALL OF THE 3.4 SUB RELEASES, 3.4.1, 3.4.2 --

03:10PM  16       Q.    SURE.

03:10PM  17       A.    -- WERE UNDER THE AGPL WITH THE COMMONS CLAUSE.

03:11PM  18            3.5 WAS CLOSED SOURCE, NOT AVAILABLE UNDER THE AGPL WITH

03:11PM  19       THE COMMONS CLAUSE.

03:11PM  20            THE EXCEPTION, THERE WAS A PRE-RELEASE 3.5 THAT WAS

03:11PM  21       LICENSED UNDER THE, UNDER THE AGPL WITH COMMONS CLAUSE.

03:11PM  22            BUT WHEN THE RELEASE VERSION OF 3.5 CAME OUT, IT WAS NOT

03:11PM  23       AVAILABLE WITH AGPL AND COMMONS CLAUSE.

03:11PM  24       Q.    OKAY.

03:11PM  25       A.    ONLY THE PRE-RELEASED VERSION WHICH WAS OUT THERE ON

03:11PM   1    GITHUB.

03:11PM   2    Q.   OKAY.  SO MR. SUHY, THE DEFENDANTS IN THIS CASE, THEY

03:11PM   3    SUPPORT THE AGPL VERSION OF ENTERPRISE; CORRECT?

03:11PM   4    A.   NO.

03:11PM   5    Q.   OKAY.  DO THEY SUPPORT --

03:12PM   6    A.   I APOLOGIZE.  LET ME RE-ANSWER THAT QUESTION.

03:12PM   7         THERE WAS A TIME WHEN MR. SUHY'S, SOME OF HIS COMPANIES

03:12PM   8    SUPPORTED THE NEO4J VERSION WITH AGPL WITHOUT THE COMMONS

03:12PM   9    CLAUSE, AND THEN THERE WERE TIMES, INCLUDING NOW I BELIEVE,

03:12PM  10    WHERE MR. SUHY'S COMPANIES SUPPORTED IN SUPPORT OF

03:12PM  11    NEO4J ENTERPRISE EDITION WITH AGPL AND COMMONS CLAUSE.

03:12PM  12    Q.   BUT EVER SINCE THE PARTNERSHIPS TERMINATED, HE'S NEVER

03:12PM  13    SUPPORTED THE BINARY VERSION THAT NEO4J U.S.A. LICENSES?

03:12PM  14    A.   COULD YOU REPEAT THE QUESTION, PLEASE?

03:13PM  15    Q.   SURE.  SINCE HE WAS TERMINATED AS A PARTNER, OKAY, BEFORE

03:13PM  16    THEN HE WAS SUPPORTING THE NEO4J COMMERCIAL VERSION; RIGHT?

03:13PM  17    A.   YES, THAT'S CORRECT.

03:13PM  18    Q.   AFTER HE WAS TERMINATED, HE NO LONGER SUPPORTS THE

03:13PM  19    COMMERCIAL VERSION; RIGHT?

03:13PM  20    A.   THAT'S CORRECT.

03:13PM  21    Q.   OKAY.  HE SUPPORTS WHAT WE WOULD BE CALLING THE SWEDEN --

03:13PM  22    LET ME START THAT OVER AGAIN.

03:13PM  23         HE SUPPORTS THE NEO4J AB AGPL VERSION AFTER HIS

03:13PM  24    TERMINATION?

03:13PM  25    A.   I WOULDN'T -- NO.  I -- THERE IS NO NEO4J AB VERSION OF

03:14PM  1    NEO4J ENTERPRISE EDITION.

03:14PM  2            NEO4J AB AND NEO4J, INC., BOTH SELL THE SAME SOFTWARE.

03:14PM  3    Q.   HOW MUCH DOES SWEDEN CHARGE FOR THE AGPL LICENSE?

03:14PM  4    A.   HOW MUCH DO THEY CHARGE FOR THE AGPL LICENSE?

03:14PM  5            NEO4J AB NOR NEO4J, INC., EVER CHARGED FOR SOFTWARE

03:14PM  6    LICENSED UNDER THE AGPL.

03:14PM  7            AT THE TIME WHEN THERE WAS A NEO4J ENTERPRISE UNDER THE

03:14PM  8    AGPL, WE HAD A DUAL LICENSE MODEL.  THE SAME SOFTWARE WAS

03:14PM  9    LICENSED VIA GPL, SORRY, VIA AGPL AND COMMONS CLAUSE AND

03:15PM  10   LICENSED COMMERCIALLY.

03:15PM  11           SO IF YOU WERE A CUSTOMER, THE COMMERCIAL LICENSE APPLIED

03:15PM  12   TO YOU.

03:15PM  13   Q.   AND IF YOU DID NOT WANT TO DO THAT AS THE IRS AND NSA DID

03:15PM  14   NOT WANT TO DO THAT, YOU GO AND DOWNLOAD THE OPEN SOURCE

03:15PM  15   VERSION; RIGHT?

03:15PM  16   A.   NO.

03:15PM  17   Q.   THEY COULDN'T DO THAT?

03:15PM  18   A.   NOT FROM NEO4J.

03:15PM  19   Q.   ANYWHERE?  IS THERE A COPY OF THE NEO4J SOFTWARE OUT THERE

03:15PM  20   ON THE INTERNET?

03:15PM  21   A.   YES, THERE IS.  THERE HAVE BEEN MANY COPIES OF THE NEO4J

03:15PM  22   SOFTWARE WHICH MR. SUHY PRODUCED AND DISTRIBUTED THAT WERE

03:15PM  23   EXECUTABLES GENERATED BY MR. SUHY COMPILING

03:15PM  24   NEO4J ENTERPRISE EDITION SOFTWARE OF VARIOUS FLAVORS AND

03:15PM  25   VERSIONS AND LICENSES.

03:15PM  1    Q.   AND THOSE WERE AVAILABLE ON THE GRAPH FOUNDATION GITHUB

03:16PM  2    REPOSITORY?

03:16PM  3    A.   THE SOURCE FILES OR THE EXECUTABLES?

03:16PM  4    Q.   THE EXECUTABLES.

03:16PM  5    A.   NO, THE EXECUTABLES -- I DON'T BELIEVE GITHUB INCLUDES

03:16PM  6    EXECUTABLES.  GITHUB IS JUST THE SOURCE CODE.

03:16PM  7         MR. SUHY DISTRIBUTED THE EXECUTABLES VIA HIS VARIOUS

03:16PM  8    WEBSITES, IGOV, GRAPH STACK, GRAPH STACK.IO, AND ALSO VIA THE

03:16PM  9    GRAPH FOUNDATION WEBSITE.

03:16PM  10   Q.   SO THE GRAPH FOUNDATION DID HAVE THE REPOSITORY FOR ONGDB,

03:16PM  11   DIDN'T IT?

03:16PM  12   A.   THE GRAPH FOUNDATION?  WHAT DO YOU MEAN BY REPOSITORY?

03:17PM  13   Q.   DOES NEO4J AB HAVE A REPOSITORY FOR SOFTWARE ON GITHUB?

03:17PM  14   A.   YES.

03:17PM  15   Q.   OKAY.

03:17PM  16   A.   THE SOURCE CODE FOR -- TODAY THE SOURCE CODE FOR

03:17PM  17   NEO4J COMMUNITY EDITION IS AVAILABLE ON GITHUB.

03:17PM  18        THE SOURCE CODE FOR NEO4J ENTERPRISE EDITION AVAILABLE

03:17PM  19   TODAY IS NOT AVAILABLE ON GITHUB TODAY.

03:17PM  20        THERE HAVE BEEN TIMES IN THE PAST WHERE THE

03:17PM  21   NEO4J ENTERPRISE EDITION SOURCE CODE WITH AGPL AND/OR WITH AGPL

03:17PM  22   AND COMMONS CLAUSE WERE AVAILABLE ON GITHUB.

03:17PM  23   Q.   SO YOU KNOW WHAT A REPOSITORY IS, DON'T YOU?

03:17PM  24   A.   YES.

03:17PM  25   Q.   AND ISN'T ONGDB ON GRAPH FOUNDATION'S REPOSITORY?

03:18PM 1    A.   YES, THE SOURCE CODE FOR ONGDB IS ON GRAPH FOUNDATION'S

03:18PM 2    REPOSITORY.

03:18PM 3         IT'S ALSO ON GRAPH STACK.IO'S REPOSITORY.

03:18PM 4         SO GRAPH FOUNDATION'S REPOSITORY WAS NOT THE ONLY PLACE

03:18PM 5    THAT SOMEBODY COULD GET THE ONGDB SOURCE CODE.

03:18PM 6    Q.   THE COMMUNITY VERSION, THAT'S THE GPL VERSION OF NEO4J;

03:18PM 7    CORRECT?

03:18PM 8    A.   YES.

03:18PM 9    Q.   AND YOU TOLD THE IRS THAT THEY COULD USE THE COMMUNITY

03:18PM 10   VERSION OF NEO4J?

03:18PM 11             MR. RATINOFF:  OBJECTION.  IT'S VAGUE AS TO TIME.

03:18PM 12             THE COURT:  DO YOU WANT TO TIME STAMP THAT?

03:18PM 13        DO YOU UNDERSTAND THE QUESTION, WHEN YOU SPOKE TO THE IRS?

03:19PM 14             THE WITNESS:  I UNDERSTAND THE QUESTION, BUT I DON'T

03:19PM 15   UNDERSTAND THE TIMEFRAME.

03:19PM 16             THE COURT:  COULD YOU HELP THE WITNESS.

03:19PM 17             MR. BEENE:  YOU KNOW, I WILL.

03:19PM 18        I'LL HAVE TO GO THROUGH THE DOCUMENTS IF HE CAN'T

03:19PM 19   REMEMBER.  I WAS TRYING TO DO IT QUICKLY, BUT THAT'S NOT GOING

03:19PM 20   TO HAPPEN.

03:19PM 21             THE COURT:  SURE.

03:19PM 22   BY MR. BEENE:

03:19PM 23   Q.   THE IRS USED THE COMMUNITY VERSION BEFORE PURETHINK WAS

03:19PM 24   INVOLVED IN TRYING TO SELL THE IRS COMMERCIAL LICENSE; CORRECT?

03:19PM 25   A.   YES, THE IRS USED THE NEO4J COMMUNITY EDITION PRIOR TO

03:19PM   1    WHEN NEO4J AND PURETHINK ATTEMPTED TO SELL THE SOFTWARE TO THE

03:19PM   2    IRS.

03:19PM   3    Q.   SO THE IRS IS ABLE TO MANAGE ITS PLATFORM USING COMMUNITY;

03:19PM   4    CORRECT?

03:19PM   5    A.   EARLY ON BEFORE WE SOLD A SUBSCRIPTION FOR

03:20PM   6    NEO4J ENTERPRISE EDITION TO PURETHINK FOR THE IRS, THEY WERE

03:20PM   7    USING NEO4J COMMUNITY EDITION FOR EARLY DEVELOPMENT RESEARCH

03:20PM   8    EVALUATION OF NEO4J.

03:20PM   9    Q.   TO BE FAIR, SIR, YOU SAID THE IRS.  I DON'T THINK

03:20PM   10   PURETHINK EVER SOLD TO THE IRS A COMMERCIAL VERSION.  IT WAS

03:20PM   11   THE MPO, NSA?

03:20PM   12   A.   SO I GUESS IT DEPENDS ON HOW YOU LOOK AT IT.

03:21PM   13   Q.   SIR, DO YOU HAVE A WHITE BINDER IN FRONT OF YOU?

03:21PM   14   A.   YES, I DO.

03:21PM   15   Q.   COULD YOU PLEASE TURN TO TAB 10127?

03:21PM   16   A.   10127?

03:21PM   17   Q.   1027?

03:21PM   18   A.   AH, 1027.  GOT IT.

03:21PM   19   Q.   AND ON THE FIRST PAGE OF THIS, THERE'S A BATE STAMP AT THE

03:21PM   20   BOTTOM N4J 019995.

03:21PM   21        DO YOU SEE THAT ON THE BOTTOM OF THE RIGHT COLUMN?

03:21PM   22   A.   YES, I DO.

03:21PM   23   Q.   AND ABOUT THE MIDDLE THERE'S AN EMAIL MAY 22ND, 2018 AT

03:21PM   24   12:19 P.M. FROM JASON ZAGALSKY.

03:22PM   25        DO YOU SEE THAT?

03:22PM   1    A.   YES, I DO.

03:22PM   2    Q.   AND IS THAT YOUR EMAIL ADDRESS?

03:22PM   3    A.   YES, IT IS.

03:22PM   4    Q.   DID YOU SEND THIS EMAIL TO MR. DUNN ON OR ABOUT MAY 22ND,

03:22PM   5    2018?

03:22PM   6    A.   YES.

03:22PM   7    Q.   YOU AGREE THAT THIS IS A PRETTY LENGTHY EMAIL TO SEND TO A

03:22PM   8    CUSTOMER, ISN'T IT?

03:22PM   9    A.   ABSOLUTELY AGREED, YES.

03:22PM  10    Q.   AND ON THE LAST PAGE ABOVE YOUR SIGNATURE IN THE SECOND

03:22PM  11    FULL PARAGRAPH?

03:22PM  12    A.   THE ONE THAT STARTS "WE EXPECT"?

03:22PM  13    Q.   NO.  "IN LIGHT OF ALL OF THE INFORMATION"?

03:22PM  14    A.   YES.

03:22PM  15    Q.   THE SECOND SENTENCE HERE STATES, "WE WOULD LIKE TO SEE,"

03:22PM  16    CORRECTION.  I'LL STRIKE THAT.

03:22PM  17         YOUR HONOR, I WOULD LIKE TO MOVE EXHIBIT 1027 INTO

03:23PM  18    EVIDENCE.

03:23PM  19              THE COURT:  ANY OBJECTION?

03:23PM  20              MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

03:23PM  21              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:23PM  22         (DEFENDANTS' EXHIBIT 1027 WAS RECEIVED IN EVIDENCE.)

03:23PM  23    BY MR. BEENE:

03:23PM  24    Q.   SO BACK TO MY PUBLICATION.  IT SAYS, "WE WOULD LIKE TO SEE

03:23PM  25    YOU TRANSITION YOUR CURRENT APPROACH OF USING

03:23PM  1    NEO4J ENTERPRISE EDITION WITHOUT A COMMERCIAL LICENSE TO BECOME

03:23PM  2    A LICENSEE OR THAT YOU MOVE TO NEO4J COMMUNITY EDITION, WHICH

03:23PM  3    IS A FULLY OPEN SOURCE UNDER THE GPL V3," PERIOD.

03:24PM  4         DO YOU SEE THAT?

03:24PM  5    A.   YES, I DO.

03:24PM  6    Q.   SO AS FAR AS MATTER OF TIME IN 2018 YOU TOLD THE IRS THAT

03:24PM  7    THEY CAN USE THE COMMUNITY EDITION?

03:24PM  8    A.   THAT'S CORRECT.

03:24PM  9    Q.   AND YOU TOLD THE NSA THE SAME, HAVEN'T YOU?

03:24PM  10   A.   YES.

03:24PM  11   Q.   AND THAT'S A COMMON MANTRA THAT YOU TOLD CUSTOMERS?

03:24PM  12   A.   YES, IT IS.

03:24PM  13   Q.   ON THE RIGHT PAGE OF THAT SAME EXHIBIT, THAT'S PAGE 19996,

03:24PM  14   YOU CITE THE COMMONS CLAUSE IN THE LETTER TO MR. DUNN; RIGHT?

03:24PM  15   A.   YES.

03:24PM  16   Q.   SO HERE YOU'RE TELLING MR. DUNN ABOUT THE COMMONS CLAUSE;

03:24PM  17   RIGHT?

03:24PM  18   A.   THAT'S CORRECT.

03:24PM  19   Q.   ANY DOUBT THAT MR. DUNN, PEOPLE AT THE IRS, OR THE PEOPLE

03:25PM  20   AT THE NSA, MPO, OR NEXT CENTURY HAD ANY CONFUSION ABOUT THE

03:25PM  21   COMMONS CLAUSE?

03:25PM  22   A.   IS THERE ANY DOUBT THAT ANY OF THOSE PEOPLE HAD ANY

03:25PM  23   CONFUSION ABOUT THE COMMONS CLAUSE?

03:25PM  24        THAT'S KIND OF A DOUBLE NEGATIVE SO I'M TRYING TO FIGURE

03:25PM  25   OUT WHAT YOU'RE ASKING.

ZAGALSKY CROSS BY MR. BEENE

03:25PM 1    Q.   WELL, YOU TOLD -- LET ME DO THAT OVER AGAIN.  YOU TOLD

03:25PM 2    MR. DUNN AT THE IRS, COMMONS CLAUSE LICENSE CONDITION; RIGHT?

03:25PM 3    A.   YES.

03:25PM 4    Q.   AND THIS IS IN EXHIBIT 1027 IN BOLD?

03:25PM 5    A.   YES.

03:25PM 6    Q.   OKAY.  AND YOU'VE TOLD NSA ABOUT THE COMMONS CLAUSE AS

03:25PM 7    WELL; RIGHT?

03:25PM 8    A.   THAT'S CORRECT.

03:25PM 9    Q.   AND PERHAPS NEXT CENTURY, MPO?

03:26PM 10   A.   THAT'S CORRECT, YES.

03:26PM 11   Q.   OKAY.  IN THE COMMONS CLAUSE THE SECOND SENTENCE OF THIS

03:26PM 12   SAYS, "WITHOUT LIMITING OTHER CONDITIONS IN THE LICENSE, THE

03:26PM 13   GRANT OF RIGHTS UNDER THE LICENSE WILL NOT EXCLUDE, AND THE

03:26PM 14   LICENSEE DOES NOT GRANT YOU THE RIGHT TO SELL THE SOFTWARE,"

03:26PM 15   PERIOD.

03:26PM 16       RIGHT?

03:26PM 17   A.   YES, IT DOES.

03:26PM 18   Q.   AND YOUR COPY OF THE COMMONS CLAUSE WAS A VERBATIM COPY OF

03:26PM 19   THE COMMONS CLAUSE THAT IS IN THE NEO4J AB LICENSE; RIGHT?

03:26PM 20   A.   YES.

03:26PM 21   Q.   OKAY.  I'M SORRY.  IT'S NOT A TRICK QUESTION, IT'S JUST A

03:26PM 22   FORMAL THING.

03:26PM 23   A.   OKAY.

03:26PM 24   Q.   AND YOU AGREE THAT THE IRS DOES NOT SELL THE SOFTWARE,

03:26PM 25   NEO4J SOFTWARE?

03:26PM  1   A.   I AGREE THAT THE IRS DOES NOT SELL THE NEO4J SOFTWARE BUT

03:27PM  2   ALSO THE SELL IN THE COMMONS CLAUSE IS FURTHER DEFINED IN THE

03:27PM  3   NEXT SENTENCE.

03:27PM  4   Q.   OKAY.  LET ME BREAK THIS DOWN.  DO YOU AGREE -- I'M SORRY.

03:27PM  5   YOU'RE LOOKING OVER AT YOUR ATTORNEY FOR INSTRUCTIONS?

03:27PM  6   A.   NO.

03:27PM  7   Q.   OKAY.  YOU AGREE THAT THE NSA DOES NOT SELL NEO4J

03:27PM  8   SOFTWARE, DOESN'T IT?

03:27PM  9   A.   I AGREE THAT THE NSA DOES NOT SELL NEO4J SOFTWARE, YES.

03:27PM  10  Q.   OKAY.  AND THE DEFINITION OF SELL, IT OFTEN INCLUDES

03:27PM  11  SERVICES; RIGHT?

03:27PM  12  A.   YES, THAT'S RIGHT.

03:27PM  13  Q.   AND THE NSA DOESN'T PROVIDE SERVICES FOR SELL, DOESN'T

03:27PM  14  SELL SERVICES USING THE NEO4J SOFTWARE, DOES IT?

03:27PM  15  A.   THAT'S CORRECT, YES.

03:27PM  16  Q.   THE IRS DOESN'T MAKE MONEY SELLING SERVICES WITH THE NEO4J

03:28PM  17  SOFTWARE, DOES IT?

03:28PM  18  A.   YES, THAT'S CORRECT.

03:28PM  19  Q.   ON THE NSA, NEXT CENTURY, MPO, THAT SCENARIO, I THINK WE

03:28PM  20  SORT OF ENDED YOUR TESTIMONY THERE, SO LET ME START THERE AND

03:28PM  21  THEN GO TO THE IRS.  HOW'S THAT?

03:28PM  22  A.   THAT'S FINE WITH ME.

03:28PM  23  Q.   OKAY.  DO YOU KNOW IF MR. SUHY OR ANY OF HIS ENTITIES DID

03:28PM  24  ANY WORK UNDER THE NSA, NEXT CENTURY, YOU KNOW, THAT

03:29PM  25  TRANSACTION THAT YOU TESTIFIED ABOUT?

03:29PM  1    A.   YOU'RE ASKING IF I TESTIFIED ABOUT MR. SUHY DOING ANY WORK

03:29PM  2    RELATED TO THAT TRANSACTION?  IS THAT YOUR QUESTION?

03:29PM  3    Q.   LET ME BE MORE PRECISE.

03:29PM  4         YOU TESTIFIED ABOUT A TRANSACTION WHERE YOU WERE TRYING TO

03:29PM  5    SELL LICENSES TO NEXT CENTURY FOR THE NSA; RIGHT?

03:29PM  6    A.   RIGHT, NEXT CENTURY.

03:29PM  7    Q.   NEXT CENTURY, SORRY.

03:29PM  8    A.   YES.

03:29PM  9    Q.   AND THEY DIDN'T DO A DEAL WITH NEO4J, DID THEY?

03:29PM  10   A.   THAT'S CORRECT.

03:29PM  11   Q.   AND MR. SUHY DIDN'T DO A DEAL WITH -- ON THAT TRANSACTION,

03:29PM  12   DID HE?

03:29PM  13   A.   I DON'T KNOW.  I'M NOT GOING TO BE PRIVY TO THAT.

03:29PM  14   Q.   AND THAT'S MPO OR NSA, YOU NEVER HEARD THAT HE DID OR

03:30PM  15   THESE ENTITIES DID ANY DEAL WITH HIM ON THAT TRANSACTION, DID

03:30PM  16   YOU?

03:30PM  17   A.   IF YOU MEAN BY DOING A DEAL YOU'RE ASKING IF I'M AWARE OF

03:30PM  18   HIM SELLING ANY SERVICES TO NEXT CENTURY AND MPO AROUND THAT

03:30PM  19   PROJECT, IS THAT YOUR QUESTION?

03:30PM  20   Q.   YES.

03:30PM  21   A.   I'M NOT AWARE OF HIM SELLING ANY SERVICES TO THEM, NO.

03:30PM  22   Q.   AND DID HE SELL ANY SOFTWARE?

03:30PM  23   A.   HE DIDN'T SELL ANY SOFTWARE, BUT HE WAS RESPONSIBLE FOR

03:30PM  24   PUTTING THE SOFTWARE THAT THEY USED IN THE PUBLIC DOMAIN SO

03:30PM  25   THAT THEY COULD USE IT.

03:30PM 1          SO HE DIDN'T SELL IT, BUT HE PROVIDED IT.

03:30PM 2     Q.   WELL, THE SOFTWARE WAS PUT IN THE PUBLIC DOMAIN BY NEO4J

03:31PM 3     SWEDEN, WASN'T IT?

03:31PM 4     A.   NOT THE SOFTWARE THAT THEY USED, NO.

03:31PM 5     Q.   THE SOFTWARE THAT THEY USED WAS DERIVED FROM NEO4J

03:31PM 6     SWEDEN'S SOFTWARE; RIGHT?

03:31PM 7     A.   THE SOFTWARE THAT THEY USED WAS COMPILED AND DISTRIBUTED

03:31PM 8     IN EXECUTABLE FORMAT BY MR. SUHY AND PUT IN THE PUBLIC DOMAIN,

03:31PM 9     AND THAT'S THE SOFTWARE THAT THEY USED.

03:31PM 10    Q.   AND DOWNLOADABLE FROM THE -- WHERE DID THEY DOWNLOAD IT

03:31PM 11    FROM?

03:31PM 12    A.   THEY WOULD HAVE HAD TWO CHOICES.  THEY COULD HAVE

03:31PM 13    DOWNLOADED IT FROM ONE OF MR. SUHY'S WEBSITES, THEY COULD HAVE

03:31PM 14    GOTTEN IT FROM IGOV, GRAPH STACK.IO OR GRAPH FOUNDATION.

03:31PM 15    Q.   SO YOU DON'T KNOW?

03:31PM 16    A.   NO, I DON'T KNOW.

03:31PM 17    Q.   ALL RIGHT.  HAD THE NSA TOLD YOU THAT THEY DIDN'T DO THE

03:32PM 18    DEAL BECAUSE THEY DIDN'T HAVE THE BUDGET; RIGHT?

03:32PM 19    A.   NO NOT SPECIFICALLY, NO, THEY DIDN'T TELL ME THAT.

03:32PM 20    Q.   THEY TOLD YOU THAT THEY DIDN'T WANT TO SPEND THE MONEY,

03:32PM 21    THEY DIDN'T HAVE THE MONEY FOR IT, IT COST TOO MUCH?

03:32PM 22    A.   NO, THEY NEVER TOLD ME THAT.

03:32PM 23    Q.   OKAY.  DO YOU HAVE THE BLUE BINDER IN FRONT OF YOU,

03:32PM 24    EXHIBIT 128?

03:32PM 25    A.   IS THIS BLUE (INDICATING)?

03:32PM  1      Q.   WELL, I GUESS.  WHAT IS THAT, YOUR -- THAT'S IT.

03:32PM  2      A.   WELL, IT'S GREY OR BLACK TO ME.  IS THAT THE ONE YOU'RE

03:32PM  3      REFERRING TO, THE ONE LABELED JASON ZAGALSKY WITNESS BINDER,

03:32PM  4      YES.

03:33PM  5      Q.   YES, THAT WOULD BE IT.

03:33PM  6           COULD YOU TURN TO EXHIBIT 128.

03:33PM  7      A.   128, GOT IT.

03:33PM  8      Q.   ON THE BOTTOM THERE'S A BATES STAMP N4J 20063.

03:33PM  9      A.   SO THE THIRD PAGE OF THAT EXHIBIT.

03:33PM  10     Q.   I PULLED IT OUT TO MAKE IT EASIER FOR YOU.

03:33PM  11     A.   YES, I'VE GOT IT.

03:33PM  12          MR. BEENE:  YOUR HONOR, THIS IS EXHIBIT 128 THAT HAS

03:33PM  13     ALREADY BEEN OFFERED INTO EVIDENCE TO MY UNDERSTANDING.

03:33PM  14          THE COURT:  YES, IT'S MY UNDERSTANDING.

03:33PM  15     BY MR. BEENE:

03:33PM  16     Q.   LISA ROSENMERKEL, IRS.  DO YOU SEE THAT?

03:34PM  17     A.   YES.

03:34PM  18     Q.   OH, WAIT A MINUTE, THIS IS THE IRS?

03:34PM  19     A.   CORRECT.

03:34PM  20     Q.   DID THE IRS EVER TELL YOU THAT THEY DIDN'T HAVE A BUDGET?

03:34PM  21     A.   THEY DIDN'T USE THOSE WORDS, NO.

03:34PM  22     Q.   OKAY.  SO LISA ROSENMERKEL ON MAY 23RD, 2018 SAYS, "AS I

03:34PM  23     AM SURE YOU WILL UNDERSTAND GIVEN THE STATE OF THE IRS BUDGET,

03:34PM  24     OUR RESOURCES ARE EXTRAORDINARILY LIMITED IN ALL AVENUES.

03:34PM  25     THOSE RESTRICTED RESOURCES PREVENT US FROM MOVING BEYOND NEO4J

03:34PM  1      V. 3.2 AT THIS TIME."

03:34PM  2          DO YOU SEE THAT?

03:34PM  3      A.   YES.

03:34PM  4      Q.   SO THE IRS DECIDED FOR BUDGETARY REASONS TO STAY AT NEO4J

03:34PM  5      VERSION 3.2; RIGHT?

03:34PM  6      A.   CORRECT.

03:34PM  7      Q.   THE -- COULD YOU LOOK AT EXHIBIT 117 IN YOUR TRIAL BINDER

03:35PM  8      THERE, PLEASE.

03:35PM  9      A.   GOT IT.

03:35PM  10     Q.   AND ON THE TOP THIS IS AN EMAIL FROM YOU TO MR. RATHLE ON

03:35PM  11     APRIL 29TH, 2019; RIGHT?

03:35PM  12     A.   YES.

03:35PM  13          MR. BEENE:  YOUR HONOR, THIS HAS ALREADY BEEN MARKED

03:35PM  14     AND ADMITTED INTO EVIDENCE TO MY UNDERSTANDING.

03:35PM  15          THE COURT:  I DON'T BELIEVE THIS IS IN EVIDENCE YET.

03:35PM  16          MR. RATINOFF:  I BELIEVE THAT'S CORRECT.  IT WAS NOT

03:35PM  17     USED IN HIS DIRECT.  LET ME SEE.

03:35PM  18          THE COURT:  I DON'T HAVE IT IN EVIDENCE.

03:35PM  19          MR. RATINOFF:  I'M SORRY, 118?

03:35PM  20          MR. BEENE:  117.

03:36PM  21          THE COURT:  IT'S NOT IN EVIDENCE.

03:36PM  22          MR. RATINOFF:  WE DON'T HAVE IT IN EVIDENCE EITHER,

03:36PM  23     YOUR HONOR.

03:36PM  24          THE COURT:  THAT'S WHAT I JUST SAID.

03:36PM  25          MR. BEENE:  WELL, I WOULD LIKE TO MOVE IT INTO

03:36PM   1    EVIDENCE.

03:36PM   2            THE COURT:  ANY OBJECTION?

03:36PM   3            MR. RATINOFF:  NO OBJECTION.

03:36PM   4            THE COURT:  IT'S ADMITTED.  AND IT MAY BE PUBLISHED.

03:36PM   5        (DEFENDANTS' EXHIBIT 117 WAS RECEIVED IN EVIDENCE.)

03:36PM   6    BY MR. BEENE:

03:36PM   7    Q.   IN THE FIRST SENTENCE HERE YOU SAY, "WELL, THE CUSTOMER

03:36PM   8    CLEARLY UNDERSTOOD THAT IN HIS OWN WORDS 'ONGDB IS NOT LEGALLY

03:36PM   9    VIABLE,'" AND THAT'S IN QUOTES, "AND YET HE DIRECTED

03:36PM  10    NEXT CENTURY TO CONTINUE USING IT FOR DEVELOPMENT PURPOSES PER

03:36PM  11    BELOW."

03:36PM  12        RIGHT?

03:36PM  13    A.   YES.

03:36PM  14    Q.   SO IN 2019 NSA WAS STILL IN DEVELOPMENT AND NOT IN

03:36PM  15    PRODUCTION USING NEO4J; RIGHT?

03:36PM  16    A.   THAT'S CORRECT.

03:36PM  17    Q.   OKAY.  AND THIS -- THE NSA DISCUSSION STARTED IN 2018,

03:37PM  18    DIDN'T IT?

03:37PM  19    A.   THAT'S CORRECT, YES.

03:37PM  20    Q.   AND IN APRIL OF 2019, IT STILL HADN'T CLOSED, HAD IT?

03:37PM  21    A.   THAT'S CORRECT, YES.

03:37PM  22    Q.   AND WITH THE NSA, YOU PROVIDED THEM AN EVALUATION COPY OF

03:37PM  23    THE ENTERPRISE EDITION?

03:37PM  24    A.   IT DEPENDS ON WHAT YOU MEAN BY "I PROVIDED IT."

03:37PM  25    Q.   THE COMPANY PROVIDED AN EVALUATION OR PROOF OF CONCEPT

03:37PM  1    VERSION OF THE COMMERCIAL SOFTWARE TO NEXT CENTURY?

03:37PM  2    A.   I DON'T KNOW.  THEY COULD HAVE DOWNLOADED IT FROM OUR

03:37PM  3    WEBSITE AND CLICKED THROUGH THE TRIAL AGREEMENT OR THEY COULD

03:38PM  4    HAVE OR THEY COULD HAVE NOT DOWNLOADED IT FROM OUR WEBSITE, AND

03:38PM  5    THEY MAY HAVE NEVER USED THE NEO4J ENTERPRISE EDITION FROM

03:38PM  6    NEO4J.  THEY MAY HAVE BEEN USING ONGDB ALL ALONG.  I DON'T

03:38PM  7    KNOW.

03:38PM  8    Q.   SO THE EMAILS ABOUT YOUR POC TERMINATING SOON, YOU DON'T

03:38PM  9    KNOW WHY THOSE WERE SENT?

03:38PM  10   A.   I DO KNOW WHY THEY WERE SENT.

03:38PM  11   Q.   WHY?

03:38PM  12   A.   BECAUSE WE HAD BEEN SUPPORTING THEM AT THE TIME UNDER THE

03:38PM  13   IMPRESSION THAT THEY WERE EVALUATING THE COMMERCIAL VERSION OF

03:38PM  14   NEO4J ENTERPRISE EDITION.

03:38PM  15       BUT AT THE END OF THAT CONVERSATION, THEY TOLD US THAT

03:38PM  16   THEY WERE USING THE OPEN SOURCE VERSION WHICH WAS ONGDB.

03:39PM  17       SO I DO NOT HAVE KNOWLEDGE OF WHETHER THEY WERE ACTUALLY

03:39PM  18   USING ONGDB ALL ALONG OR WHETHER THEY MIGHT HAVE DOWNLOADED AND

03:39PM  19   TRIED THE COMMERCIAL VERSION OF THE NEO4J ENTERPRISE EDITION.

03:39PM  20   I DON'T KNOW.  THEY NEVER TOLD ME AS FAR AS I RECALL.

03:39PM  21   Q.   OKAY.

03:39PM  22   A.   I REMEMBER BEING SURPRISED WHEN I GOT SOME OF THOSE EMAILS

03:39PM  23   AND HAVING DISCUSSIONS WITH THEM THEY SAID, OH, WE'RE USING

03:39PM  24   OPEN SOURCE.

03:39PM  25       AND WE'RE GOING, HOW COULD YOU BE USING THE OPEN SOURCE

03:39PM  1    WHEN WE WERE HELPING YOU WITH ENTERPRISE FEATURES?

03:39PM  2         AND THEN THAT CONFUSION ON OUR PART WAS RESOLVED WHEN WE

03:39PM  3    FOUND OUT THAT THEY WERE ACTUALLY USING ONGDB, WHICH THEY WERE

03:39PM  4    REFERRING TO AS OPEN SOURCE.

03:39PM  5    Q.  AND YOU HAD PROVIDED THEM WITH THE SERVICE PERSON OR

03:39PM  6    SUPPORT PERSON?

03:39PM  7    A.  A PRE-SELLS ENGINEER, YES.

03:40PM  8    Q.  TO ANSWER THEIR QUESTION?

03:40PM  9    A.  THAT'S CORRECT.

03:40PM  10   Q.  AND TELL THEM THE FEATURES OF THE ENTERPRISE VERSION;

03:40PM  11   RIGHT?

03:40PM  12   A.  YES, THAT'S CORRECT.  WELL, NOT TELL THEM THE FEATURES

03:40PM  13   PER SE, BUT TO HELP THEM WITH USING THE FEATURES IN DOING THEIR

03:40PM  14   EVALUATION AND GETTING THEIR SYSTEM UP AND RUNNING AND WORKING.

03:40PM  15        I'M THE ONLY ONE THAT RAN OUT OF WATER, HUH?

03:40PM  16        THE COURT:  DO YOU NEED SOME WALTER, SIR?  WE'LL GET

03:40PM  17   IT FOR YOU.

03:40PM  18        THE WITNESS:  THANK YOU.  I SEE EVERYONE ELSE

03:40PM  19   POURING.  THANK YOU SO MUCH.

03:41PM  20        THE CLERK:  YOU'RE WELCOME.

03:41PM  21        THE WITNESS:  OH, I DIDN'T KNOW THERE WAS WATER

03:41PM  22   RIGHT THERE.

03:41PM  23        THANK YOU VERY MUCH.

03:41PM  24   BY MR. BEENE:

03:41PM  25   Q.  SIR, AFTER YOU FINISH DRINKING WATER, IN THE WHITE BINDER,

03:41PM   1    PLEASE TURN TO TAB 1064.

03:41PM   2    A.   I'M THERE.

03:42PM   3    Q.   OKAY.  SO THIS IS AN EMAIL THREAD FROM YOU TO MICHAEL

03:42PM   4    DUNN; IS THAT CORRECT?

03:42PM   5    A.   `YES.

03:42PM   6    Q.   THE BOTTOM IS ONE FROM YOU, THAT'S AUGUST 7, 2017, AND YOU

03:42PM   7    WROTE THE EMAIL TO MR. DUNN TALKING TO HIM ABOUT A NEO4J

03:42PM   8    SUBSCRIPTION; RIGHT?

03:42PM   9    A.   YES.

03:42PM  10    Q.   AND THE TOP PART WAS HIS RESPONSE; RIGHT?

03:42PM  11    A.   YES.

03:42PM  12         MR. BEENE:  YOUR HONOR, I WOULD LIKE TO MOVE

03:42PM  13    EXHIBIT 1064 INTO EVIDENCE.

03:42PM  14         THE COURT:  ANY OBJECTION?

03:42PM  15         MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

03:42PM  16         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:42PM  17    (DEFENDANTS' EXHIBIT 1064 WAS RECEIVED IN EVIDENCE.)

03:42PM  18    BY MR. BEENE:

03:43PM  19    Q.   YOUR EMAIL TO MR. DUNN IN AUGUST OF 2017, YOU WERE TALKING

03:43PM  20    ABOUT UPDATING YOUR FORECAST AND TRYING TO FIGURE OUT WHEN

03:43PM  21    THEY'RE GOING TO LICENSE OR PURSUE A COMMERCIAL NEO4J LICENSE;

03:43PM  22    RIGHT?

03:43PM  23    A.   YES.

03:43PM  24    Q.   OKAY.  AND HE RESPONDS THE NEXT DAY, AUGUST 8TH, THAT HE

03:43PM  25    DOESN'T ANTICIPATE DEALING WITH A COMMERCIAL NEO4J LICENSE;

03:43PM  1     RIGHT?

03:43PM  2     A.   LET ME JUST CATCH UP.

03:44PM  3          THAT'S CORRECT, YES.

03:44PM  4     Q.   AND IN 2017 THE AGPL DID NOT HAVE THE COMMONS CLAUSE ON

03:44PM  5     IT, DID IT?

03:44PM  6     A.   CAN I CHECK THE PREVIOUS EXHIBIT?

03:44PM  7     Q.   YES, PLEASE.

03:44PM  8     A.   THAT'S RIGHT, THE COMMONS CLAUSE DIDN'T COME OUT UNTIL

03:44PM  9     2018.

03:44PM  10    Q.   SO THE IRS DETERMINED THAT THEY WERE NOT GOING TO USE A

03:44PM  11    COMMERCIAL NEO4J LICENSE BEFORE THERE WAS A COMMONS CLAUSE;

03:45PM  12    CORRECT?

03:45PM  13    A.   YES.

03:45PM  14    Q.   SIR, THIS BLACK BINDER, THIS ONE BY YOUR COUNSEL --

03:46PM  15    A.   YES.

03:46PM  16    Q.   -- COULD YOU TURN TO TAB 110.

03:46PM  17    A.   YES, I'M THERE.

03:46PM  18         MR. BEENE:  I SUSPECT THAT THIS IS ALREADY MOVED

03:46PM  19    INTO EVIDENCE?

03:46PM  20         THE COURT:  IT IS.

03:46PM  21    BY MR. BEENE:

03:46PM  22    Q.   OKAY.  ON THE BOTTOM OF THE FIRST PAGE THERE'S AN EMAIL

03:46PM  23    FROM YOU TO SHAHAK NAGIEL, 2019.

03:47PM  24         DO YOU SEE THAT?

03:47PM  25    A.   YES.

ZAGALSKY CROSS BY MR. BEENE

03:47PM  1    Q.   AS WE TURN THE PAGE IN THE THIRD PARAGRAPH YOU STATE, "I

03:47PM  2    UNDERSTAND THAT YOU ARE STILL IN EVALUATION/POC/DEVELOPMENT

03:47PM  3    STAGE OF YOUR PROGRAM, AND WE DO WANT TO SUPPORT YOU, BUT WE

03:47PM  4    WOULD LIKE TO UNDERSTAND YOUR PLANS TO GET FUNDING FROM YOUR

03:47PM  5    CUSTOMER SO THAT YOU ARE PROPERLY LICENSED FOR NEO4J EE."

03:47PM  6         DO YOU SEE THAT?

03:47PM  7    A.   YES.

03:47PM  8    Q.   AT THE TIME YOU WROTE THIS IN 2019, ISN'T IT TRUE THAT THE

03:47PM  9    NEXT CENTURY DIDN'T HAVE FUNDING TO LICENSE AND PAY FOR A

03:47PM  10   SUBSCRIPTION FOR THE COMMERCIAL VERSION OF NEO4J ENTERPRISE?

03:48PM  11   A.   THAT'S CORRECT, AT THAT TIME NEO4J DIDN'T HAVE FUNDING IN

03:48PM  12   THEIR CONTRACT.

03:48PM  13   Q.   NEO4J OR NEXT CENTURY?

03:48PM  14   A.   NEXT CENTURY DIDN'T HAVE FUNDING ON THEIR CONTRACT.

03:48PM  15   Q.   RIGHT.  YOU'VE POINTED OUT THAT THE AGPL HAS BEEN SHUT

03:49PM  16   DOWN; IS THAT CORRECT?

03:49PM  17        THAT'S TOO GENERAL.

03:49PM  18        NEO4J SWEDEN'S REPOSITORY FOR ENTERPRISE AGPL WITH THE

03:49PM  19   COMMONS CLAUSE DOESN'T HAVE THE SOURCE CODE ANYMORE; RIGHT?

03:49PM  20   A.   THE CURRENT VERSIONS OF NEO4J LIKE VERSION 4, VERSION 5,

03:50PM  21   ANYTHING BEYOND VERSION, ANYTHING BEYOND VERSION 3.4.  SO

03:50PM  22   VERSION 3.5 AND BEYOND THERE IS NO SOURCE CODE FOR

03:50PM  23   NEO4J ENTERPRISE EDITION ON GITHUB.

03:50PM  24   Q.   SO IT IS JUST THE BINARY; IS THAT CORRECT?

03:50PM  25   A.   NO.  GITHUB DOESN'T -- I DON'T BELIEVE GITHUB --

03:50PM  1    Q.   HOLDS BINARIES?

03:50PM  2    A.   -- HOLDS BINARIES.  IT HOLDS SOURCE CODE.

03:50PM  3    Q.   BUT YOU STILL HAVE THE COMMUNITY, THE GPL VERSION

03:50PM  4    AVAILABLE ON GITHUB?

03:50PM  5    A.   THE SOURCE CODE FOR NEO4J COMMUNITY EDITION, ALL OF THE

03:50PM  6    VERSIONS THAT EVER, YOU KNOW, CURRENT VERSIONS, VERSIONS AT

03:51PM  7    THAT TIME ARE AND HAVE BEEN AVAILABLE ON GITHUB, YES.

03:51PM  8    Q.   WITH THE OLDER VERSIONS OF ENTERPRISE BEFORE THERE WAS

03:51PM  9    EVEN A COMMONS CLAUSE, DO THEY STILL WORK?

03:51PM  10   A.   I DON'T UNDERSTAND YOUR QUESTION.

03:51PM  11   Q.   WELL, IF SOMEONE HAD A VERSION OF LET'S SAY 2.9 --

03:51PM  12   A.   UH-HUH.

03:51PM  13   Q.   -- COULD THEY PUT IT ON A COMPUTER AND GET IT TO RUN?

03:51PM  14   A.   PROBABLY NOT.

03:51PM  15   Q.   PROBABLY NOT?

03:51PM  16   A.   WELL, IT WOULD HAVE DEPENDENCIES OF OTHER SOFTWARE THAT IS

03:51PM  17   NOT NEO4J THAT'S REQUIRED FOR NEO4J.  ON A COMPUTER TODAY IT

03:51PM  18   WOULD HAVE NEWER VERSIONS OF OTHER SOFTWARE, AND IT PROBABLY

03:51PM  19   WOULDN'T WORK.

03:51PM  20   Q.   AND NOW THE NEO4J SOFTWARE HAS OPEN SOURCE COMPONENTS,

03:51PM  21   DOESN'T IT?

03:52PM  22   A.   THAT'S CORRECT, SOME OPEN SOURCE COMPONENTS AS FAR AS I

03:52PM  23   KNOW.

03:52PM  24   Q.   AND I'VE SEEN A BUILD FILE AND I'VE SEEN SOME AGPL AND GPL

03:52PM  25   IN THERE.

03:52PM 1        SO WHAT YOU'RE SAYING IS THAT IF THOSE WERE UPDATED THEN

03:52PM 2   NEO4J MAY NOT WORK OR OTHER ENVIRONMENTAL SOFTWARE MAY NOT

03:52PM 3   WORK?

03:52PM 4   A.   YES, OTHER ENVIRONMENTAL SOFTWARE BEING LIKE JAVA.

03:52PM 5   Q.   LINUX?

03:52PM 6   A.   IF YOU HAVE A CURRENT VERSION TODAY OF JAVA, I HIGHLY

03:52PM 7   DOUBT THAT NEO4J 2.1 COMMUNITY EDITION WOULD WORK.  THERE ARE

03:52PM 8   DEPENDENCIES, AND WE SPELL OUT WHAT THE DEPENDENCIES ARE,

03:52PM 9   VERSIONS OF ALL OF THESE DIFFERENT THINGS.

03:52PM 10  Q.   BUT YOU'VE TALKED TO THE IRS AND YOU'VE TALKED TO THE NSA

03:53PM 11  ABOUT NEW FEATURES?

03:53PM 12  A.   YES.

03:53PM 13  Q.   AND HAVING NEW FEATURES AVAILABLE THAT THEY NEED?

03:53PM 14  A.   YES.

03:53PM 15  Q.   AND I IMAGINE YOU'VE TALKED TO OTHER CUSTOMERS ABOUT ALL

03:53PM 16  OF THESE NEW FEATURES THEY NEED AND THEY DON'T BUY FROM YOU;

03:53PM 17  RIGHT?

03:53PM 18  A.   NO, CUSTOMERS DO BUY IT FROM ME.

03:53PM 19       IF THEY WEREN'T BUYING FROM ME THEY WOULDN'T BE CUSTOMERS,

03:53PM 20  SO I DON'T UNDERSTAND YOUR QUESTION.

03:53PM 21  Q.   WELL, YOU'VE TRIED TO SELL THINGS TO PEOPLE, TOLD THEM ALL

03:53PM 22  OF YOUR NEW FEATURES AND THEY DIDN'T DECIDE TO BUY THEM;

03:53PM 23  CORRECT?

03:53PM 24  A.   TYPICAL SALES MOTION DOESN'T INCLUDE TRYING TO SELL NEW

03:53PM 25  FEATURES TO A PROSPECTIVE CUSTOMER.

03:53PM   1        A TYPICAL SELLS MOTION, WE SELL THE PROJECT NEO4J TO THE

03:53PM   2   CUSTOMER BUT WE DON'T TALK ABOUT -- IN A TYPICAL SELLS MOTIONS

03:53PM   3   WE DON'T SAY THERE IS THIS NEW FEATURE COMING.  WE SELL WHAT WE

03:54PM   4   HAVE TODAY.  YOU CAN'T ACTUALLY SELL FEATURES BECAUSE THAT

03:54PM   5   DOESN'T WORK WELL LEGALLY IF YOU SELL THEM SOMETHING BASED ON

03:54PM   6   FEATURES THAT DON'T EXIST.

03:54PM   7   Q.   BUT THE NSA YOU WERE TELLING ABOUT THE UPCOMING FEATURES

03:54PM   8   IN NEO4J; RIGHT?

03:54PM   9   A.   NO.  OH, NSA?  WE WERE TALKING ABOUT NSA 4, YES.

03:54PM  10   Q.   RIGHT, THAT WAS COMING OUT AND THEY WOULD WANT; RIGHT?

03:54PM  11   A.   I DON'T RECALL WHETHER THE INITIAL 4.0 WAS COMING OUT OR

03:54PM  12   IF IT WAS ALREADY OUT.

03:54PM  13        BUT IT IS POSSIBLE.  I SAID IT'S NOT A GENERAL SELLS

03:54PM  14   MOTION, BUT IT IS POSSIBLE THAT AT THAT TIME THAT WE WOULD HAVE

03:54PM  15   TALKED ABOUT IT AND I CAN TELL YOU WHY.

03:54PM  16   Q.   I UNDERSTAND REV REC RULES AND WHY YOU DO NOT MAKE

03:54PM  17   PROMISES OF FUTURE DELIVERABLES.

03:55PM  18   A.   YES.

03:55PM  19   Q.   BUT AS YOU'RE READY TO LAUNCH SOMETHING, YOU START TELLING

03:55PM  20   PEOPLE THERE'S A TIME PERIOD; RIGHT?

03:55PM  21   A.   IN SOME CASES, YES.

03:55PM  22        IN THAT CASE WE WANTED TO MAKE THE MPO, NSA AWARE THAT

03:55PM  23   ONGDB WAS GOING TO BE STUCK AT VERSION 3.5 AND 4.0 WAS GOING TO

03:55PM  24   HAVE NEW FEATURES THAT WEREN'T -- THAT WOULD NEVER BE AVAILABLE

03:55PM  25   IN 3.5.

03:55PM  1          SO IF THEY STARTED WITH 3.5 AND WANTED TO GET THOSE NEW

03:55PM  2     FEATURES, THEY WOULD HAVE TO EVENTUALLY GO TO 4.0.

03:55PM  3          BUT IF 4.0 WASN'T OUT AT THAT TIME, WHICH I DON'T RECALL,

03:55PM  4     BUT IF IT WASN'T OUT AT THAT TIME, I WOULDN'T HAVE BEEN SELLING

03:55PM  5     4.0, I WOULD HAVE BEEN SELLING 3.5 OR 3.7, OR WHATEVER VERSION,

03:56PM  6     WHATEVER COMMERCIALIZED VERSION THAT WE HAD AT THE TIME.

03:56PM  7                    MR. BEENE:  NO FURTHER QUESTIONS.

03:56PM  8                    THE COURT:  ANY REDIRECT?

03:56PM  9                    MR. RATINOFF:  NO, YOUR HONOR.

03:56PM  10                   THE COURT:  MAY THIS WITNESS BE EXCUSED OR IS IT

03:56PM  11    SUBJECT TO RECALL?

03:56PM  12                   MR. BEENE:  YES.

03:56PM  13                   THE COURT:  EXCUSED?

03:56PM  14                   MR. RATINOFF:  YES, YOUR HONOR.

03:56PM  15                   THE COURT:  ALL RIGHT.  YOU CAN BE EXCUSED.

03:56PM  16        DO YOU HAVE ANOTHER WITNESS?

03:56PM  17                   MR. RATINOFF:  I BELIEVE IT'S ONLY, SUBJECT TO

03:56PM  18    CROSS-EXAMINATION, AND IT WOULD TAKE A HALF AN HOUR OR SO.  I

03:56PM  19    WOULD LIKE TO TRY TO GET HER IN TODAY IF POSSIBLE.

03:56PM  20                   THE COURT:  LET'S CALL THE WITNESS, PLEASE.

03:56PM  21                   MR. RATINOFF:  THE PLAINTIFFS WOULD CALL

03:56PM  22    KELLY ZAWALSKI.

03:57PM  23                   THE COURT:  FACE OUR COURTROOM DEPUTY AND RAISE YOUR

03:57PM  24    RIGHT HAND.  SHE HAS A QUESTION FOR YOU.

03:57PM  25          **(PLAINTIFFS' WITNESS, KELLY ZAWALSKI, WAS SWORN.)**

03:57PM  1          THE WITNESS:  I DO.

03:57PM  2          THE COURT:  HAVE A SEAT HERE.  YOU CAN ADJUST THAT

03:57PM  3    MICROPHONE.  I THINK THAT CHAIR RISES AND GOES DOWN AS YOU

03:57PM  4    NEED.

03:57PM  5          I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

03:57PM  6    THERE'S SOME WATER THERE FOR YOUR REFRESHMENT IF YOU WOULD

03:57PM  7    LIKE.

03:57PM  8          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:57PM  9    AND THEN SPELL IT, PLEASE.

03:57PM 10          THE WITNESS:  KELLY ZAWALSKI, K-E-L-L-Y,

03:57PM 11    Z-A-W-A-L-S-K-I.

03:57PM 12          THE COURT:  THANK YOU.  COUNSEL.

03:57PM 13                         **DIRECT EXAMINATION**

03:57PM 14    BY MR. RATINOFF:

03:57PM 15    Q.   GOOD AFTERNOON.  I APOLOGIZE FOR MISPRONOUNCING YOUR NAME.

03:57PM 16    THANK YOU FOR BEING SO PATIENT.

03:57PM 17          WOULD YOU MIND TAKING A MINUTE AND INTRODUCING YOURSELF TO

03:57PM 18    THE COURT, PLEASE.

03:58PM 19    A.   SURE.  KELLY ZAWALSKI.  I'M THE VP OF FINANCE AT NEO4J.

03:58PM 20          I JOINED THE COMPANY IN SEPTEMBER OF 2019, AND I REPORT TO

03:58PM 21    THE CFO.

03:58PM 22    Q.   OKAY.  AND WHAT TYPE OF JOB RESPONSIBILITIES DO YOU HAVE

03:58PM 23    AS THE VP OF FINANCE?

03:58PM 24    A.   I MANAGE THE CORPORATE ACCOUNTING FUNCTION FOR THE COMPANY

03:58PM 25    ON A WORLDWIDE BASIS.

03:58PM  1          MY GROUP THAT I MANAGE IS ABOUT 20 PEOPLE.

03:58PM  2     Q.   AND PRIOR TO JOINING NEO4J, WHERE DID YOU WORK?

03:58PM  3     A.   I WORKED AT ARTHUR ANDERSEN, MY FIRST JOB, A PUBLIC

03:58PM  4     ACCOUNTING FIRM FOR FOUR YEARS.

03:58PM  5          AND THEN AFTER THAT I MOVED TO A SERIES OF PRIVATE AND

03:58PM  6     PUBLIC SOFTWARE COMPANIES.

03:58PM  7     Q.   AND WHAT TYPE OF JOB RESPONSIBILITIES IN GENERAL DID YOU

03:58PM  8     HAVE AT THOSE OTHER COMPANIES?

03:59PM  9     A.   I MANAGED THE WHOLE BREADTH OF THE ACCOUNTING FUNCTION.

03:59PM  10    SO THAT INCLUDES REVENUE RECOGNITION, ACCOUNTS RECEIVABLE,

03:59PM  11    ACCOUNTS PAYABLE, GENERAL LEDGER.  REALLY EVERYTHING THAT HAS

03:59PM  12    TO DO WITH THE COMPANY PRODUCING ITS FINANCIAL STATEMENTS.

03:59PM  13    Q.   AND I THINK YOU'VE USED THE WORD "ACCOUNTING" SEVERAL

03:59PM  14    TIMES.  DO YOU HAVE ANY EDUCATION OR BACKGROUND IN ACCOUNTING?

03:59PM  15    A.   I DO.  I WENT TO THE UNIVERSITY OF COLORADO AT BOULDER AND

03:59PM  16    I GRADUATED IN 1994.

03:59PM  17    Q.   AND DO YOU HAVE ANY POST GRADUATE CERTIFICATIONS?

03:59PM  18    A.   I RECEIVED MY CPA IN 1999.

03:59PM  19    Q.   AND THEN TURNING BACK TO NEO4J, AT A HIGH LEVEL, CAN YOU

03:59PM  20    DESCRIBE HOW NEO4J GENERATES REVENUE?

03:59PM  21    A.   PRIMARILY THROUGH THE LICENSE OF NEO4J ENTERPRISE EDITION.

03:59PM  22    Q.   AND I BELIEVE YOU HEARD MR. ZAGALSKY TESTIFY ABOUT

04:00PM  23    RESELLERS?

04:00PM  24    A.   CORRECT.

04:00PM  25    Q.   AND OUTSIDE OF THE GOVERNMENT SECTOR DOES NEO4J USE

ZAWALSKI DIRECT BY MR. RATINOFF

04:00PM  1    RESELLERS?

04:00PM  2    A.   WE DO.

04:00PM  3    Q.   AND ARE THOSE RESELLERS PAID A RESELLER FEE?

04:00PM  4    A.   THEY ARE.

04:00PM  5    Q.   AND HOW DOES NEO4J DETERMINE RESELLER FEES WITH ITS

04:00PM  6    VARIOUS RESELLERS?

04:00PM  7    A.   IT'S COMMERCIALLY NEGOTIATED WITH THAT RESELLER BASED ON

04:00PM  8    WHAT THEY CAN BRING TO THE TABLE FROM A TRANSACTION POINT OF

04:00PM  9    VIEW.

04:00PM  10   Q.   AND WITHIN THE SCOPE OF YOUR JOB, ARE YOU -- DO YOU HAVE

04:00PM  11   KNOWLEDGE OF THESE VARIOUS RESELLER ARRANGEMENTS?

04:00PM  12   A.   YES.

04:00PM  13   Q.   AND GENERALLY FROM A COMPANY WIDE, SO THAT WOULD BE

04:00PM  14   GOVERNMENT SECTOR AND BEYOND, DOES NEO4J TRACK THE AVERAGE

04:00PM  15   RESELLER FEE IT INCURS?

04:01PM  16   A.   WE DO.

04:01PM  17   Q.   AND HOW DOES NEO4J TRACK THAT?

04:01PM  18   A.   WE KEEP TRACK OF THE DIFFERENT RESELLER AGREEMENTS THAT WE

04:01PM  19   HAVE.  IT'S A RANGE OF DIFFERENT PERCENTAGES THAT WE PAY

04:01PM  20   RESELLERS FROM ONE INDUSTRY TO ANOTHER.

04:01PM  21   Q.   AND THEN GOING BACK TO STARTING IN THE TIME PERIOD OF

04:01PM  22   2018, WHAT WAS THE -- IF YOU KNOW, WHAT WAS THE APPROXIMATE OR

04:01PM  23   AVERAGE RESELLER FEE ACROSS THE BOARD FOR NEO4J?

04:01PM  24   A.   ON AVERAGE IT WAS ABOUT 3 PERCENT.

04:01PM  25   Q.   AND THEN TURNING MORE SPECIFICALLY TO THE GOVERNMENT

04:01PM   1   SECTOR, WHICH YOU'VE HEARD TESTIMONY ON TODAY, DO YOU HAVE AN

04:01PM   2   IDEA OF WHAT THE AVERAGE RESELLER FEE SINCE 2018 HAS BEEN IN

04:01PM   3   THAT SPECIFIC SECTOR?

04:01PM   4   A.   FROM 5 TO 10 PERCENT.

04:01PM   5   Q.   AND I KNOW WE'VE HEARD SOME RESELLERS MENTIONED.  I THINK

04:02PM   6   ONE OF THEM IS INTELLIPEAK.  IS THAT CURRENTLY A NEO4J

04:02PM   7   RESELLER?

04:02PM   8   A.   THEY ARE.

04:02PM   9   Q.   ANOTHER ONE THAT WAS MENTIONED WAS AFFIGENT.  ARE YOU

04:02PM   10  FAMILIAR WITH AFFIGENT?

04:02PM   11  A.   I AM.

04:02PM   12  Q.   AND WHAT IS YOUR UNDERSTANDING OF WHO AFFIGENT IS?

04:02PM   13  A.   THEY ARE A RESELLER THAT WE USE IN THE GOVERNMENT SECTOR.

04:02PM   14  Q.   AND HOW LONG HAS NEO4J BEEN USING AFFIGENT?

04:02PM   15  A.   I BELIEVE THE FIRST AGREEMENT WAS IN 2018, MAY OF 2018,

04:02PM   16  PERHAPS 2019.

04:02PM   17  Q.   AND I BELIEVE MR. ZAGALSKY ALREADY TESTIFIED, BUT IS THERE

04:02PM   18  AN AGREED UPON RESELLER FEE WITH AFFIGENT?

04:02PM   19  A.   THERE IS.

04:02PM   20  Q.   AND DO YOU KNOW WHAT THAT FEE IS?

04:03PM   21  A.   I BELIEVE IT'S 5 PERCENT.

04:03PM   22  Q.   AND ARE YOU FAMILIAR WITH A COMPANY CALLED CARAHSOFT?

04:03PM   23  A.   YES.

04:03PM   24  Q.   AND WHO IS CARAHSOFT?

04:03PM   25  A.   THEY ARE ANOTHER GOVERNMENT RESELLER.

04:03PM  1    Q.   AND DOES NEO4J HAVE A RELATIONSHIP WITH CARAHSOFT?

04:03PM  2    A.   WE DO.

04:03PM  3    Q.   AND FOR THE RECORD, WOULD YOU MIND SPELLING CARAHSOFT.  I

04:03PM  4    THINK IT'S SPELLED A LITTLE DIFFERENTLY THAN IT SOUNDS.

04:03PM  5    A.   YEAH.  C-A-R-A-H-S-O-F-T.

04:03PM  6    Q.   AND WHAT IS THE -- I'M SORRY.  WHAT IS THE NATURE OF

04:03PM  7    NEO4J'S RELATIONSHIP WITH CARAHSOFT?

04:03PM  8    A.   THEY ARE A FEDERAL RESELLER AS WELL OR A GOVERNMENT

04:03PM  9    RESELLER AS WELL.

04:03PM  10   Q.   AND FOR APPROXIMATELY HOW LONG HAS NEO4J USED CARAHSOFT AS

04:03PM  11   A RESELLER?

04:03PM  12   A.   SEPTEMBER OF 2020.

04:03PM  13   Q.   AND DOES NEO4J HAVE AN AGREED UPON RESELLER FEE WITH

04:04PM  14   CARAHSOFT?

04:04PM  15   A.   WE DO.

04:04PM  16   Q.   AND DO YOU KNOW WHAT THAT FEE IS?

04:04PM  17   A.   6 PERCENT.

04:04PM  18   Q.   AND HOW ARE THOSE RESELLERS' FEES APPLIED TO GOVERNMENT

04:04PM  19   SALES?

04:04PM  20   A.   THEY'RE APPLIED TO THE GROSS SALES PRICE FOR THAT

04:04PM  21   TRANSACTION.

04:04PM  22   Q.   AND WHAT DO YOU MEAN BY GROSS SALES PRICE?

04:04PM  23   A.   THE PRICE PAID BY THE CUSTOMER.

04:04PM  24   Q.   AND DOES --

04:04PM  25   A.   NET OF ANY DISCOUNTS.

04:04PM  1    Q.   AND IS THE RESELLER FEE CONSIDERED A COST IN A TRANSACTION

04:04PM  2    BETWEEN NEO4J AND ONE OF ITS CUSTOMERS?

04:04PM  3    A.   YES.

04:04PM  4    Q.   AND ARE THERE ANY OTHER DIRECT COSTS THAT ARE ASSOCIATED

04:04PM  5    WITH THE SALE OF COMMERCIAL SUBSCRIPTIONS FOR NEO4J SOFTWARE?

04:04PM  6    A.   WE PAY OUR EMPLOYEES OR SALES PERSONNEL IN SUPPORTING

04:04PM  7    SALES PERSONNEL COMMISSIONS.

04:05PM  8    Q.   AND TO BE MORE SPECIFIC, AS TO THE YEAR 2018, DID NEO4J

04:05PM  9    PAY COMMISSIONS IN SALES?

04:05PM  10   A.   YES.

04:05PM  11   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT THE AVERAGE

04:05PM  12   COMMISSION RATE PAID IN 2018 WAS?

04:05PM  13   A.   APPROXIMATELY 15 AND A QUARTER PERCENT.

04:05PM  14   Q.   AND HOW DO YOU KNOW THAT NUMBER IS THE AVERAGE FROM THAT

04:05PM  15   TIME PERIOD?

04:05PM  16   A.   I WAS ASKED TO DO RESEARCH AS PART OF THIS CASE WHAT OUR

04:05PM  17   AVERAGES WERE.

04:05PM  18   Q.   AND WHO DID YOU WORK WITH TO DO THAT RESEARCH?

04:05PM  19   A.   WE HAVE A COMPENSATION TEAM INTERNALLY, AND SO I CONSULTED

04:05PM  20   WITH THEM, ASKED THEM FOR THEIR ANALYSIS.

04:05PM  21   Q.   AND THEN MOVING ON TO 2019, DO YOU KNOW WHAT THE TOTAL

04:05PM  22   AVERAGE COMMISSION RATE WAS IN THE GOVERNMENT SALES SECTOR?

04:05PM  23   A.   13 AND A QUARTER PERCENT.

04:06PM  24   Q.   AND HOW DID YOU COME TO LEARN THAT NUMBER?

04:06PM  25   A.   SAME.  CONSULTING WITH OUR CORPORATE COMPENSATION TEAM.

ZAWALSKI DIRECT BY MR. RATINOFF

04:06PM  1    Q.   AND IT SOUNDS LIKE THERE'S A 2 PERCENT DROP FROM 2018 TO

04:06PM  2    2019.

04:06PM  3         DO YOU KNOW WHY THAT WAS?

04:06PM  4    A.   AS THE COMPANY MATURES, OUR SALES QUOTAS INCREASED AND

04:06PM  5    THAT NATURALLY DECREASED THE PERCENTAGE PAID TO OUR SALES

04:06PM  6    PERSONNEL.

04:06PM  7    Q.   AND AS A GENERAL MATTER, HAS THAT TREND CONTINUED, THE

04:06PM  8    DOWNWARD TREND CONTINUED SINCE 2019?

04:06PM  9    A.   GENERALLY SPEAKING.

04:06PM  10   Q.   AND THEN HOW DOES NEO4J CALCULATE EMPLOYEE COMMISSIONS ON

04:06PM  11   A PARTICULAR SALE?

04:06PM  12   A.   WE CALCULATE THE COMMISSIONS, IN THIS CASE WE'RE TALKING

04:06PM  13   ABOUT A GOVERNMENT TRANSACTION, THE GROSS SALES PRICE, NET OF

04:07PM  14   ANY DISCOUNTS, AND RESELLER FEES.

04:07PM  15   Q.   AND THEN LOOKING AT THE 15 POINT -- OR 15 AND A QUARTER

04:07PM  16   PERCENT RATE, HOW IS THAT APPLIED TO ANY PARTICULAR CUSTOMER

04:07PM  17   RELATIONSHIP?

04:07PM  18   A.   THE SAME.  SO TAKING THE PRICE PAID BY THE CUSTOMER,

04:07PM  19   REDUCING IT BY THE RESELLER FEE AND ANY DISCOUNTS, AND THE

04:07PM  20   COMMISSION IS PAID BASED ON THAT.

04:07PM  21   Q.   SO THE NUMBER AFTER YOU APPLY THE DISCOUNT TO THE -- I'M

04:07PM  22   SORRY, JUST TO MAKE SURE I GET THE MATH CORRECT, I'M NOT GREAT

04:07PM  23   AT MATH, THAT'S WHY I'M A LAWYER.

04:07PM  24        SO THE NET NUMBER THAT IS USED FOR DETERMINING COMMISSION

04:07PM  25   IS AFTER FIRST THE RESELLER FEE IS TAKEN OUT FROM THAT NUMBER

04:07PM 1    AND THEN IT'S -- AND THAT NUMBER HAS A DISCOUNT POTENTIALLY AS

04:08PM 2    WELL.

04:08PM 3         SO IT'S AFTER THOSE COSTS ARE TAKEN INTO ACCOUNT?

04:08PM 4    A.   THAT'S RIGHT.

04:08PM 5              MR. RATINOFF:  YOUR HONOR, AT THIS TIME I HAVE A

04:08PM 6    SPREADSHEET, IT'S AN EXCEL SPREADSHEET, AND IT'S NOT

04:08PM 7    PRACTICABLE TO PRINT IT OUT BECAUSE IT IS WIDE.  IT IS MARKED

04:08PM 8    ATTORNEYS' EYES ONLY, SO I WOULD ASK AT THIS TIME IF YOU COULD

04:08PM 9    SEAL THE EXHIBIT AS WELL AS THE TRANSCRIPT.

04:08PM 10             THE COURT:  SURE, WE CAN DO THAT.

04:08PM 11        MR. SUHY, IF YOU WOULD LEAVE AGAIN.  THANK YOU, SIR.

04:08PM 12        **(SEALED PROCEEDINGS PAGES 171 - 176.)**

13

14

15

16

17

18

19

20

21

22

23

24

25

04:08PM 1    ///

04:08PM 2    ///

04:17PM 3         (OPEN COURT.)

04:17PM 4              THE COURT:  CROSS-EXAMINATION?

04:17PM 5                        **CROSS-EXAMINATION**

04:17PM 6    BY MR. BEENE:

04:17PM 7    Q.   GOOD AFTERNOON.  MY NAME IS ANDRON BEENE, AND I REPRESENT

04:17PM 8    MR. SUHY, THE DEFENDANTS IN THIS CASE.

04:17PM 9         DO YOU UNDERSTAND THAT?

04:17PM 10   A.   I DO.

04:17PM 11             THE COURT:  WE'RE BRINGING YOUR CLIENT BACK IN.  BUT

04:17PM 12   PLEASE CONTINUE.

04:17PM 13             MR. BEENE:  THANK YOU FOR REMINDING US.

04:18PM 14        (PAUSE IN PROCEEDINGS.)

04:18PM 15             MR. BEENE:  WE'RE READY.  THANK YOU.

04:18PM 16   Q.   MS. ZAWALSKI, ARE YOU A CPA?

04:18PM 17   A.   I AM.

04:18PM 18   Q.   AND YOU'RE FAMILIAR WITH GAAP, GENERALLY ACCEPTED

04:19PM 19   ACCOUNTING PRINCIPLES?

04:19PM 20   A.   YES.

04:19PM 21   Q.   AND THE EXHIBIT THAT YOU JUST SHOWED, IS THAT A GAAP

04:19PM 22   ACCOUNTING?

04:19PM 23   A.   NO.  THAT'S THE SALE REPORTING OUT OF OUR CRM.

04:19PM 24   Q.   THE REPORTS HERE ARE SHOWING NET SALES LESS COMMISSION;

04:19PM 25   RIGHT?

04:19PM  1    A.   THE SALES THAT WE'RE SHOWING ARE GROSS, THE GROSS, THE

04:19PM  2    GROSS SALES PRICE FOR THAT TRANSACTION.

04:19PM  3    Q.   OKAY.  AND YOU TESTIFIED ABOUT THE COMMISSIONS, THE

04:19PM  4    AVERAGE COMMISSIONS THAT THE SALES REPS MAKE?

04:19PM  5    A.   CORRECT.

04:19PM  6    Q.   AND THE REASON IS BECAUSE THE EXPERT HAS A CHART WITH ALL

04:19PM  7    OF THAT.

04:19PM  8         WHAT I'M CURIOUS ABOUT IS WHY DID THE -- WHY DIDN'T YOU

04:20PM  9    LOOK AT THE NUMBERS TO FIGURE OUT THE AVERAGE COMMISSIONS?

04:20PM  10   A.   WE DID.  WE DID AN ANALYSIS, OUR COMPENSATION TEAM, WHICH

04:20PM  11   IS THE EXPERTS ON THIS DATA, PREPARED THE ANALYSIS.

04:20PM  12   Q.   BUT ISN'T THERE A SPREADSHEET THAT SHOWS YOU WHAT THE

04:20PM  13   TOTAL COMMISSIONS WERE AND WHAT THE AVERAGE WAS?

04:20PM  14   A.   THERE -- YEAH, THE ANALYSIS WAS DONE AT THE TIME, YEAH.

04:20PM  15   Q.   AND WHERE IS IT?

04:20PM  16   A.   I PREPARED THE INFORMATION MANY YEARS AGO -- OR I DIDN'T,

04:20PM  17   ACTUALLY OUR COMPENSATION TEAM DID.

04:20PM  18   Q.   BUT YOU DIDN'T TESTIFY ON THE STAND ABOUT THAT WRITTEN

04:20PM  19   DOCUMENT, DID YOU?

04:20PM  20   A.   THE WRITTEN -- THE ANALYSIS ITSELF?

04:20PM  21   Q.   YEAH.

04:20PM  22   A.   I TESTIFIED ABOUT THE PERCENTAGE BUT NOT THE REPORT OR THE

04:20PM  23   SPREADSHEET THAT WAS DONE.

04:21PM  24   Q.   RIGHT.  THE CONCLUSION?

04:21PM  25   A.   THE CONCLUSION, YES.

ZAWALSKI CROSS BY MR. BEENE

04:21PM 1   Q.   WHAT ARE THE -- WHAT IS THE -- I'M SORRY.  STRIKE THAT.

04:21PM 2   LET ME START AGAIN.

04:21PM 3        WHAT IS THE GSA PER YEAR FOR NEO4J U.S.A.?

04:21PM 4   A.   CAN YOU DESCRIBE WHAT THE ACRONYM MEANS?

04:21PM 5   Q.   GENERAL SERVICES ADMINISTRATIVE EXPENSES UNDER GAAP.

04:21PM 6   A.   SO WHAT -- SORRY.  YOU WANT TO KNOW WHAT OUR OPERATING

04:21PM 7   EXPENSES ARE?

04:21PM 8   Q.   YEAH.

04:21PM 9   A.   FOR WHAT PERIOD OF TIME?

04:21PM 10  Q.   2018, '19, '20, '21, '22.  DO YOU HAVE AN AVERAGE?

04:21PM 11  A.   I'M NOT SURE I UNDERSTAND THE QUESTION, TO BE HONEST.

04:21PM 12  Q.   DO YOUR INVESTORS EVER ASK YOU WHAT IS OUR AVERAGE

04:21PM 13  OPERATION EXPENSES FOR A YEAR?

04:22PM 14  A.   YES, OF COURSE.

04:22PM 15  Q.   AND WHAT DO YOU TELL THEM?

04:22PM 16  A.   WE PROVIDE THEM WITH THE FINANCIAL REPORTS FOR THAT

04:22PM 17  PERIOD.

04:22PM 18  Q.   DO YOU KNOW WHAT THE REPORTS SAY WHAT THE AVERAGE

04:22PM 19  OPERATING EXPENSES ARE PER YEAR?

04:22PM 20  A.   I WOULD NEED TO LOOK AT OUR LATEST FINANCIAL REPORTS.

04:22PM 21  Q.   DO YOU KNOW WHAT YOUR NET PROFITS ARE?

04:22PM 22  A.   WE ARE IN A LOSS POSITION RIGHT NOW.

04:22PM 23  Q.   OKAY.  YOU HAVE 800 EMPLOYEES?

04:22PM 24  A.   CORRECT.

04:22PM 25  Q.   AND DO YOU KNOW WHAT THAT PAYROLL IS?

04:22PM  1    A.   I WASN'T PREPARED FOR ALL OF THESE QUESTIONS ABOUT THE

04:23PM  2    FINANCIALS OF THE COMPANY.

04:23PM  3    Q.   HAVE YOU EVER HEARD OF GRAPH FOUNDATION?

04:23PM  4    A.   I HAVE BY VIRTUE OF THIS CASE.

04:23PM  5    Q.   DID YOU HAVE AN EXTRAORDINARY INCOME OFF OF SOME

04:23PM  6    SETTLEMENT OR JUDGMENT THAT WAS ENTERED AGAINST THEM THAT THEY

04:23PM  7    PAID NEO4J?

04:23PM  8    A.   I BELIEVE SO, BUT I WASN'T CLOSE TO THE CASE.

04:23PM  9    Q.   DO YOU KNOW HOW MUCH THEY PAY NEO4J?

04:23PM 10    A.   I -- NO, I DON'T KNOW.

04:23PM 11    Q.   DID YOU WORK WITH THE EXPERT WITNESS IN THIS CASE,

04:23PM 12    MR. BOYLES?

04:23PM 13    A.   I DID.

04:23PM 14    Q.   DID YOU PROVIDE HIM WITH THESE FINANCIAL STATEMENTS, LIKE

04:23PM 15    A P & L?

04:23PM 16    A.   NO, THAT WASN'T REQUESTED.

04:23PM 17    Q.   I DIDN'T REQUEST THAT YOU PROVIDE IT TO HIM?

04:23PM 18    A.   NO, NOT THAT I RECALL.

04:24PM 19         MR. BEENE:  I HAVE NO FURTHER QUESTIONS.  THANK YOU.

04:24PM 20         THE COURT:  REDIRECT?

04:24PM 21         MR. RATINOFF:  NO, YOUR HONOR.  WE ARE FINISHED WITH

04:24PM 22    THE WITNESS.

04:24PM 23         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

04:24PM 24    I HAVE -- BEFORE YOU LEAVE --

04:24PM 25         THE WITNESS:  YES.

ZAWALSKI CROSS BY MR. BEENE

04:24PM  1            THE COURT:  PLEASE SIT DOWN.

04:24PM  2            THE WITNESS:  OH.

04:24PM  3            THE COURT:  I JUST HAVE A COUPLE, WITH COUNSEL'S

04:24PM  4    PERMISSION, PERHAPS UNRELATED QUESTIONS.

04:24PM  5        BUT IN TRAINING NOW, ARE CPA'S -- IS THERE ANY ADDITIONAL

04:24PM  6    OR SPECIFIC EDUCATION FOR ACCOUNTANTS IN TRAINING IN RELATION

04:24PM  7    TO THE TECH INDUSTRY.

04:24PM  8            THE WITNESS:  WELL, I WORKED IN PUBLIC ACCOUNTING

04:24PM  9    AND SO I -- IN THE BAY AREA IN THE SILICON VALLEY, AND MY FOCUS

04:24PM  10   FROM AN AUDIT POINT OF VIEW WAS IN SOFTWARE COMPANIES, AND SO I

04:25PM  11   HAVE LEARNED A LOT IN THAT EXPERIENCE, AND THEN I'VE APPLIED

04:25PM  12   THAT IN CORPORATE ENVIRONMENTS SINCE.

04:25PM  13           THE COURT:  I'M JUST CURIOUS WHETHER THE SCHOOLS ARE

04:25PM  14   TEACHING -- WHAT WAS IT, THE BIG 10 AND THE BIG 8?

04:25PM  15           THE WITNESS:  YEAH.  WHEN I WAS THERE IT WAS THE

04:25PM  16   BIG 6.

04:25PM  17           THE COURT:  NOW IT'S DOWN TO 4?

04:25PM  18           THE WITNESS:  YEAH.

04:25PM  19           THE COURT:  AND DURING THE TRAINING, WAS THERE ANY

04:25PM  20   TRAINING ABOUT SPECIAL SKILL SETS THAT INDIVIDUALS SHOULD HAVE

04:25PM  21   FOR TECH COMPANIES?  I'M JUST CURIOUS.  IT'S UNRELATED TO THIS

04:25PM  22   CASE.  SO THESE LAWYERS ARE BEING VERY PATIENT IN RELATION TO

04:25PM  23   MY QUESTIONS.

04:25PM  24           THE WITNESS:  YEAH, THERE ARE CERTAIN TECHNICAL

04:25PM  25   ACCOUNTING AREAS THAT REQUIRE SPECIAL SKILL SETS AND SO KIND OF

04:25PM  1    A SCENARIO OF REVENUE RECOGNITION IS BIG.

04:25PM  2         OTHER AREAS OF, YOU KNOW, KIND OF TECHNICAL EXPERTISE ARE

04:25PM  3    -- EQUITY ACCOUNTING IN PARTICULAR IS VERY CHALLENGING.

04:26PM  4              THE COURT:  SURE.  THANK YOU.

04:26PM  5              THE WITNESS:  SURE.

04:26PM  6              THE COURT:  MY NEXT QUESTION IS DO YOU KNOW, KIND OF

04:26PM  7    THE SIMILAR VEIN ABOUT TRAINING AND PERHAPS IN YOUR EXPERIENCE,

04:26PM  8    WHAT CONCERNS DO CPA'S HAVE NOW WITH AI AND HOW THAT IS GOING

04:26PM  9    TO AFFECT IF IT'S INTEGRATED INTO ACCOUNTING AND BUSINESS

04:26PM  10   RESOLUTIONS, WHAT IS THE LATEST WORD ON THAT IN YOUR INDUSTRY?

04:26PM  11             THE WITNESS:  UM, I MEAN, THERE'S CONCERN ABOUT

04:26PM  12   FRAUD, MISREPRESENTATION, HOW THAT MIGHT IMPACT THE FINANCIAL

04:26PM  13   STATEMENTS.

04:26PM  14        I THINK THERE'S CONCERN ABOUT JOB STABILITY, YOU KNOW, AND

04:26PM  15   WHAT THAT MIGHT MEAN FOR THE PROFESSION LONG TERM.

04:26PM  16        BUT I THINK FRAUD IN GENERAL IS AN AREA OF ATTENTION IN

04:26PM  17   THE ACCOUNTING PROFESSION, AND SO GIVEN THAT THERE WOULD BE A

04:26PM  18   CLOSE EYE ANYWAY IN THAT AREA.

04:27PM  19             THE COURT:  ARE YOU AWARE OF ANY SPECIAL TRAINING

04:27PM  20   THAT IS BEING OFFERED NOW AT UNIVERSITIES, COLLEGES, FOR THE

04:27PM  21   CPA DEGREE OR TRAINING IN THAT, CONFERENCES?  WHEN YOU GO TO

04:27PM  22   CONFERENCES, DOES THAT COME UP?

04:27PM  23             THE WITNESS:  WELL, MASTER'S DEGREES ARE REQUIRED

04:27PM  24   NOW FOR THE CPA.

04:27PM  25             THE COURT:  THAT'S RIGHT.

04:27PM 1        THE WITNESS:  YES.  AND THEN THERE'S CONFERENCES OF

04:27PM 2   ALL TYPE RELATED TO AI AND OTHER EMERGING, YOU KNOW, KIND OF

04:27PM 3   ISSUES THAT IMPACT THE ACCOUNTING INDUSTRY AND COMPANIES.

04:27PM 4        THE COURT:  AND I EXPECT THAT CRYPTO CURRENCY

04:27PM 5   CREATES ITS OWN CHAOS?

04:27PM 6        THE WITNESS:  IT CAN, YES.

04:27PM 7        THE COURT:  OKAY.  THANK YOU.  ANY QUESTIONS BASED

04:27PM 8   ON MY --

04:27PM 9        MR. PICONE:  I THINK YOU SHOULD BE MORE CONCERNED

04:27PM 10  ABOUT AI AFFECTING THE LEGAL PROFESSION, YOUR HONOR.  THAT'S

04:27PM 11  FRONT OF MIND FOR ME.

04:27PM 12        THE COURT:  OKAY.  THANK YOU, MS. ZAWALSKI.  YOU CAN

04:27PM 13  STAND DOWN.  THANK YOU.  SHE'S EXCUSED.  THANK YOU.

04:28PM 14     ALL RIGHT.  THANK YOU.  WE'VE EXHAUSTED OUR DAY.  I'VE

04:28PM 15  LOOKED AT OUR SCHEDULE, AND WE'RE NEXT SCHEDULED TO BE HERE ON

04:28PM 16  TUESDAY, THE 21ST, AND THAT'S THE MORNING ONLY.

04:28PM 17     I UNDERSTAND THERE MIGHT BE SOME ISSUES.

04:28PM 18        MR. BEENE:  YES.  CAN I APPROACH?

04:28PM 19        THE COURT:  SURE.  WHY DON'T YOU COME FORWARD.

04:28PM 20        MR. BEENE:  I'M NOT SURE THE WORD IS AN ISSUE, IT'S

04:28PM 21  LOGISTICS TIMING.

04:28PM 22     SO MR. SUHY IS FLYING IN FROM VIRGINIA AND TO COME OUT FOR

04:28PM 23  HALF A DAY -- OBVIOUSLY WE DEFER TO YOUR HONOR -- BUT IN THE

04:28PM 24  TIMING OF THE YEAR, THANKSGIVING, WE TALKED A LITTLE BIT AND

04:28PM 25  SORT OF BEFORE THE HEARING, AND IF THE EXPERT CAN COME THE NEXT

04:28PM 1    DAY, THE NEXT DAY IN YOUR SCHEDULE, THEN WE TAKE OFF NEXT

04:28PM 2    TUESDAY AND THEN JUST GO THE FOLLOWING TUESDAY AND THEN THE

04:28PM 3    FINAL TUESDAY.

04:28PM 4            THE COURT:  OKAY.  SO I HAVE OUR CRD, WHO IS

04:29PM 5    WONDERFUL, GAVE ME THE SCHEDULE HERE, TUESDAY THE 21ST, MORNING

04:29PM 6    ONLY; TUESDAY THE 28TH, ALL DAY; FRIDAY, DECEMBER 1ST, ALL DAY;

04:29PM 7    MONDAY, DECEMBER 4TH, JUST THE MORNING; AND THEN TUESDAY,

04:29PM 8    DECEMBER 5TH, ALL DAY.  THERE'S A BREAK AT 10:00 A.M. FOR

04:29PM 9    SOMETHING THAT I HAVE TO DO VIA ZOOM.

04:29PM 10       BUT THAT'S OUR CURRENT SCHEDULE.

04:29PM 11           MR. BEENE:  SO LOOK AT YOUR WITNESS LIST.  FROM --

04:29PM 12   IF I'M CORRECT, WE HAVE -- THEY HAVE MR. BOYLES, THEIR EXPERT,

04:29PM 13   AND MR. SUHY.

04:29PM 14           THE COURT:  RIGHT.

04:29PM 15           MR. RATINOFF:  YOUR HONOR, MR. BOYLES IS TRAVELLING

04:29PM 16   TODAY, SO I HAVE PUT IN A REQUEST FOR HIS AVAILABILITY.

04:29PM 17       WE ARE AGREEABLE TO CANCELLING, GIVEN HOW THIS CASE IS

04:29PM 18   NARROWED, THE 22ND PENDING MR. BOYLES.

04:29PM 19           THE COURT:  21ST.

04:29PM 20           MR. RATINOFF:  SORRY, THE 21ST, PENDING MR. BOYLES

04:30PM 21   CONFIRMING THE 21ST.

04:30PM 22           THE COURT:  WELL, THAT'S FINE.  THANK YOU.  I DON'T

04:30PM 23   THINK CROSS COUNTRY TRAVEL FOR THREE HOURS OF TESTIMONY IS

04:30PM 24   PROBABLY --

04:30PM 25           MR. BEENE:  DURING THANKSGIVING.

04:30PM  1          THE COURT:  RIGHT, DURING THAT WEEK.

04:30PM  2          MR. BEENE:  AND I BELIEVE THAT WITH YOUR SCHEDULE

04:30PM  3   ALSO I FELT THAT IT WOULD BE TWO MORE DAYS, WHEREAS IF YOU DID

04:30PM  4   A HALF DAY, IT WOULD BE HALF, FULL, HALF.

04:30PM  5          THE COURT:  RIGHT.  SO LET'S THEN -- WE'LL CANCEL

04:30PM  6   THEN THE 21ST, THE MORNING OF THE 21ST, BUT WE WON'T DISTURB

04:30PM  7   THE BALANCE OF THE SCHEDULE, THAT IS THE 28TH, THE 1ST, THE

04:30PM  8   4TH, AND THE 5TH.  WE'LL JUST LEAVE THAT AS IS.

04:30PM  9          MR. BEENE:  PERFECT.

04:30PM  10         THE COURT:  DOES THAT WORK FOR YOU?

04:30PM  11         MR. RATINOFF:  WELL, I WAS GOING TO SAY CAN I LET

04:30PM  12  YOU KNOW TOMORROW WHEN I HEAR FROM MR. BOYLES TO LET ME KNOW IF

04:30PM  13  HE'S AVAILABLE THE 28TH?

04:30PM  14         THE COURT:  SURE.  EITHER OF THOSE DAYS.  AND THEN

04:30PM  15  WE CAN TAKE A WITNESS OUT OF ORDER.

04:30PM  16         MR. BEENE:  YES, WE CAN SWAP.  IF HE'S AVAILABLE

04:31PM  17  EITHER OF THESE DAYS AND THEN WE'LL JUST SWITCH.  EXPERTS ARE

04:31PM  18  USUALLY QUITE FUNGIBLE AT PLACEMENT IN BENCH TRIALS.

04:31PM  19         MR. RATINOFF:  I SHOULD HOPEFULLY HAVE AN ANSWER

04:31PM  20  TOMORROW.

04:31PM  21         THE COURT:  THAT'S GREAT.  ANYTHING ELSE?

04:31PM  22         MR. BEENE:  NO, YOUR HONOR.

04:31PM  23         THE COURT:  OKAY.  GREAT.

04:31PM  24         MR. PICONE:  THANK YOU.

04:31PM  25         THE COURT:  SO WE'LL SEE EVERYBODY BACK ON THE 28TH.

04:31PM   1                    MR. BEENE:  YES.

04:31PM   2                    MR. RATINOFF:  YES.

04:31PM   3                    MR. BEENE:  SHOULD THEY JUST REPORT TO COURT?

04:31PM   4                    THE COURT:  WE'RE GOING TO VACATE THE 21ST.

04:31PM   5                    MR. BEENE:  IF WE CAN'T DO IT --

04:31PM   6                    MR. RATINOFF:  I THINK WE'LL JUST LET THE COURT KNOW

04:31PM   7        WHETHER OR NOT WE CAN PRODUCE MR. BOYLES ON THE 28TH.

04:31PM   8                    THE COURT:  BUT WE'LL HAVE A WITNESS.

04:31PM   9                    MR. RATINOFF:  ON THE 28TH EITHER WAY?

04:31PM  10                    THE COURT:  YES.

04:31PM  11                    MR. BEENE:  YES.  MY CLIENT WILL BE HERE.

04:31PM  12                    THE COURT:  YES, EITHER OR.

04:31PM  13                    MR. RATINOFF:  YES.

04:31PM  14                    THE COURT:  OKAY.  GREAT.  WELL, HAVE WONDERFUL

04:31PM  15        HOLIDAYS.

04:31PM  16                    MR. BEENE:  THANK YOU, YOUR HONOR.  YOU TOO.

04:31PM  17                    MR. PICONE:  THANK YOU, YOUR HONOR.

04:31PM  18                    THE CLERK:  COURT IS CONCLUDED.

04:32PM  19               (COURT CONCLUDED AT 4:32 P.M.)

         20

         21

         22

         23

         24

         25

1

2

3                          <u>CERTIFICATE OF REPORTER</u>

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                          IRENE RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
17

18                          DATED:  NOVEMBER 15, 2023
19

20

21

22

23

24

25