```
 1                      UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5      NEO4J, INC., A DELAWARE
        CORPORATION, AND NEO4J SWEDEN
 6      AB, A SWEDISH CORPORATION,        CASE CV-18-07182 EJD

 7             PLAINTIFFS,                 SAN JOSE, CALIFORNIA

 8        V.                               NOVEMBER 28, 2023

 9      PURETHINK LLC, A DELAWARE          VOLUME 2
        LIMITED LIABILITY COMPANY, IGOV
10      INC., A VIRGINIA CORPORATION,      PAGES 187 - 389
        AND JOHN MARK SUHY, AN
11      INDIVIDUAL,

12             DEFENDANTS.

13      _____

        AND RELATED COUNTERCLAIMS.
14

                            TRANSCRIPT OF TRIAL
15              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
16

        A-P-P-E-A-R-A-N-C-E-S
17

          FOR THE PLAINTIFFS:   HOPKINS & CARLEY
18                              BY:  JOHN V. PICONE III
                                     JEFFREY M. RATINOFF
19                                   ARTHUR E. ROTHROCK
                                A LAW CORPORATION
20                              THE LETITIA BUILDING
                                70 SOUTH FIRST STREET
21                              SAN JOSE, CA 95113

22             (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23

          OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                                   CERTIFICATE NUMBER 8074

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
        TRANSCRIPT PRODUCED WITH COMPUTER.
```

1

A P P E A R A N C E S: (CONT'D)

2

FOR THE DEFENDANTS:          LAW OFFICES OF ADRON W. BEENE
3                                      BY:  ADRON W. BEENE
                                            ADRON GUSTAV BEENE
4                                      7960 SOQUEL DRIVE, SUITE B #296
                                       APTOS, CALIFORNIA 95003
5

6    ALSO PRESENT:                     HOPKINS & CARLEY
                                       BY:  DANNY ZEPEDA, I.T.
7

                                       NEO4J
8                                      MERTON THOMPSON, AGC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

INDEX OF PROCEEDINGS

2


3

PLAINTIFFS':

4

**STEVEN BOYLES**

5          DIRECT EXAM BY MR. RATINOFF              P. 204

6


DEFENDANTS':

7

**JOHN MARK SUHY**

8          DIRECT EXAM BY MR. BEENE                 P. 249
           CROSS-EXAM BY MR. RATINOFF              P. 311

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXHIBITS

                                    MARKED        ADMITTED

PLAINTIFFS':

209                                               222
150                                               245
34                                                314
182                                               315
113                                               333
130                                               337
132                                               338
125                                               342
58                                                354
60                                                356
59                                                358
66                                                359
210                                 364           365
83                                                371
147                                               377
211                                               378
212                                 380           381
213                                               382


DEFENDANTS':

1011                                              260
1044                                              265
1043                                267           267
1101                                282           284
1097                                              290
1098                                              291
1002                                              294
1010                                294           294
1012                                302           303

```
 1      SAN JOSE, CALIFORNIA                    NOVEMBER 28, 2023

 2                      P R O C E E D I N G S

 3          (COURT CONVENED AT 9:11 A.M.)

 4              THE COURT:  WE'RE BACK ON THE RECORD IN OUR TRIAL.

 5          LET'S JUST HAVE COUNSEL MAKE THEIR APPEARANCE JUST FOR THE

 6      RECORD, PLEASE.

 7          WHO APPEARS FOR THE PLAINTIFF?

 8              MR. PICONE:  JOHN PICONE, HOPKINS & CARLEY, AND

 9      JEFF RATINOFF.

10              THE COURT:  THANK YOU.  GOOD MORNING.

11              MR. BEENE:  GOOD MORNING, YOUR HONOR.

12          ANDRON BEENE HERE ON BEHALF OF THE DEFENDANTS PURETHINK,

13      INC., IGOV, INC., AND MR. SUHY.

14              THE COURT:  THANK YOU, GOOD MORNING.

15              MR. BEENE JR.:  ANDRON BEENE, JUNIOR, FOR

16      DEFENDANTS.

17              THE COURT:  THANK YOU.  GOOD MORNING.

18              MR. BEENE:  EXCUSE ME.  ONE OF THE AUDIENCE MEMBERS

19      WOULD LIKE THE HEARING DEVICE IF THAT COULD BE ARRANGED.

20              THE CLERK:  CERTAINLY.

21              THE COURT:  ALL RIGHT.  WE'RE PROCEEDING THIS

22      MORNING CONTINUING WITH THE TRIAL IN THIS MATTER, AND I JUST

23      WANTED TO REMIND FOLKS THAT WE DO HAVE A HARD STOP ABOUT 9:55,

24      SOMETHING LIKE THAT.  I HAVE TO ENGAGE A CONFERENCE FOR ABOUT

25      45 MINUTES, MAYBE AN HOUR, AND THEN WE CAN RESUME.
```

| | | |
|---|---|---|
| 09:12AM | 1 | MR. BEENE:  THAT'S FINE, YOUR HONOR. |
| 09:12AM | 2 | WE HAVE TWO NEW EXHIBITS THAT THEY'RE OBJECTING TO THAT WE |
| 09:12AM | 3 | WANT -- THEY'RE LATE EXHIBITS -- CAN I APPROACH THE LECTERN? |
| 09:12AM | 4 | THE COURT:  YES.  SURE, WHY DON'T YOU COME TO THE |
| 09:12AM | 5 | LECTERN. |
| 09:13AM | 6 | MR. BEENE:  LATE EXHIBITS.  AND THE REASON IS THAT |
| 09:13AM | 7 | THEY ARE RECENT. |
| 09:13AM | 8 | ONE EXHIBIT IS -- WE'VE NUMBERED IT 1108, AND IT'S AN |
| 09:13AM | 9 | EXHIBIT THAT WAS DATED NOVEMBER 13TH, 2023, THE DAY BEFORE |
| 09:13AM | 10 | TRIAL STARTED.  AND THIS IS A CEASE AND DESIST FROM THE |
| 09:13AM | 11 | FREE SOFTWARE FOUNDATION REGARDING NEO4J'S VIOLATION OF |
| 09:13AM | 12 | FREE SOFTWARE FOUNDATION'S COPYRIGHTS AND TRADEMARK. |
| 09:13AM | 13 | THE COURT:  I'M SORRY, WHAT IS IT?  IT'S A LETTER? |
| 09:13AM | 14 | MR. BEENE:  IT'S A LETTER FROM THE FREE SOFTWARE |
| 09:13AM | 15 | FOUNDATION WHICH IS A CEASE AND DESIST TO NEO4J, INC., BECAUSE |
| 09:14AM | 16 | FREE SOFTWARE FOUNDATION STATES THAT THEY'RE VIOLATING THE |
| 09:14AM | 17 | FREE SOFTWARE FOUNDATION'S COPYRIGHT TRADEMARK WITH RESPECT TO |
| 09:14AM | 18 | ADDING THE COMMONS CLAUSE TO THE FREE SOFTWARE FOUNDATION'S |
| 09:14AM | 19 | COPYRIGHTED LICENSE. |
| 09:14AM | 20 | THE COURT:  SO THIS IS A LETTER FROM THEM TO NEO4J? |
| 09:14AM | 21 | MR. BEENE:  THAT'S CORRECT. |
| 09:14AM | 22 | THE COURT:  AND THE DATE OF THE LETTER IS? |
| 09:14AM | 23 | MR. BEENE:  NOVEMBER 13TH, 2023. |
| 09:14AM | 24 | THE COURT:  OKAY. |
| 09:14AM | 25 | MR. RATINOFF:  WELL, YOUR HONOR, THE ONLY WAY THEY |

09:14AM 1    GOT A HOLD OF THIS LETTER IS THAT THE FREE SOFTWARE FOUNDATION

09:14AM 2    FROM THE EMAIL THAT WAS SENT TO THEM, WHICH IS KIND OF THE

09:14AM 3    COINCIDENCE BEING THE DAY BEFORE TRIAL AND SENDING THE LETTER,

09:14AM 4    AND IT SEEMS LIKE THERE'S SOME COLLUSION GOING ON AND THIS IS

09:14AM 5    JUST MANUFACTURED EVIDENCE.

09:14AM 6        IT'S ALSO IRRELEVANT.  THEY TRIED TO ARGUE, AND AT LEAST

09:14AM 7    IN EMAILS WITH ME, THAT IT WOULD BE GOING TO MR. SUHY'S STATE

09:14AM 8    OF MIND, BUT THIS IS DATED THIS YEAR.

09:14AM 9        MR. SUHY'S STATE OF MIND IN 2018 IS WHAT IS RELEVANT.

09:14AM 10       IT'S ALSO INADMISSIBLE HEARSAY.  FRANKLY, THE

09:15AM 11   FREE SOFTWARE FOUNDATION IS SIMPLY REITERATING DEFENDANTS'

09:15AM 12   PRIOR ARGUMENTS ABOUT WHAT THE LICENSE, WHICH YOUR HONOR HAS

09:15AM 13   ALREADY RULED, MEANS.  SO IT'S NO DIFFERENT.  IT'S THE SAME

09:15AM 14   ARGUMENTS ABOUT SECTION 10, SAME ARGUMENTS ABOUT SECTION 7.

09:15AM 15       THE NINTH CIRCUIT HAS AFFIRMED THAT DECISION.  SO WHETHER

09:15AM 16   THE FREE SOFTWARE FOUNDATION IS REITERATING THE SAME INCORRECT

09:15AM 17   VIEW OF THE LICENSE IS JUST SIMPLY IRRELEVANT.

09:15AM 18       I DON'T KNOW HOW THEY GET THIS IN EITHER BECAUSE THEY

09:15AM 19   DON'T HAVE A WITNESS WHO CAN ACTUALLY TESTIFY TO THE TRUTH OF

09:15AM 20   THIS, AND IF THEY DID IT WOULD BE MR. SUHY REITERATING THE

09:15AM 21   EXACT SAME ARGUMENTS THAT THEY LOST ON.

09:15AM 22       THE OTHER ISSUE WITH THIS IS THAT THEY NEVER DISCLOSED THE

09:15AM 23   FREE SOFTWARE FOUNDATION AS A WITNESS ON THEIR INITIAL

09:15AM 24   DISCLOSURES.  THEY HAD FOUR YEARS TO DEPOSE THE FREE SOFTWARE

09:15AM 25   FOUNDATION TO FIND OUT WHAT THEIR VIEW WAS, AND THEY CHOSE NOT

09:15AM  1    DO THAT.  SO THE DOORS ALREADY SHUT ON THAT.

09:15AM  2         SO THIS EXHIBIT, AS WELL AS THE BLOG POST, WHICH IS

09:15AM  3    ESSENTIALLY THE SAME THING, WHICH AGAIN, IT'S NO COINCIDENCE

09:16AM  4    THAT THIS WAS DATED ON NOVEMBER 14TH.

09:16AM  5         NOW, OBVIOUSLY IF DISCOVERY WERE STILL OPEN, WE WOULD WANT

09:16AM  6    TO ASK FOR ALL OF THE COMMUNICATIONS THAT MR. SUHY AND HIS

09:16AM  7    COUNSEL HAD WITH THE FREE SOFTWARE FOUNDATION TO FIND OUT HOW

09:16AM  8    MUCH OF THIS WAS MANUFACTURED.

09:16AM  9         SO I THINK IT'S IMPROPER TO BRING THIS UP NOW.  I THINK

09:16AM  10   IT'S IRRELEVANT.  AND IT WOULD JUST BE INADMISSIBLE BASED ON

09:16AM  11   THE HEARSAY.

09:16AM  12             THE COURT:  OKAY.  THANK YOU.

09:16AM  13             MR. BEENE:  YOUR HONOR, THE -- WE CANNOT TELL THEM

09:16AM  14   THAT WE WERE PUTTING IN EVIDENCE TO SUPPORT OUR STATE OF MIND.

09:16AM  15   THAT'S A MANTRA THAT THEY HAVE.

09:16AM  16        AND UNDER THE DMCA, THERE'S AN INNOCENCE SECTION WHICH

09:16AM  17   MR. SUHY CAN PROVE THAT HE WAS NOT AWARE OF AND HE HAD NO

09:16AM  18   INFORMATION THAT WHAT HE DID, REMOVING THE COMMONS CLAUSE, WAS

09:16AM  19   A VIOLATION.

09:16AM  20        THAT STATUTE IS A DAMAGES STATUTE THAT ALLOWS THE COURT TO

09:16AM  21   REDUCE OR REMIT DAMAGES BECAUSE OF INNOCENT INFRINGEMENT.

09:17AM  22        MR. SUHY TALKED TO THE FREE SOFTWARE FOUNDATION, AND THEY

09:17AM  23   TOLD HIM THESE THINGS, AND THERE'S EVIDENCE THAT WE WILL HAVE

09:17AM  24   THAT -- OTHER EFFORTS THAT HE MADE.

09:17AM  25        BUT FREE SOFTWARE FOUNDATION HAS NOW PUT IT IN WRITING

09:17AM 1    WHAT THEY TOLD HIM HE COULD DO.  AND MR. -- I CAN'T PRONOUNCE

09:17AM 2    HIS NAME, BUT IT'S EXHIBIT 1107.  I'LL JUST SPELL IT OUT FOR

09:17AM 3    YOU.  K-R-Z-Y-S-Z-T-O-F SPACE S-I-E-W-L-C-Z.  HE'S THE AUTHOR

09:17AM 4    OF THE BLOG WHICH IS PUBLICLY AVAILABLE ON THE INTERNET.  THIS

09:17AM 5    IS A STATEMENT BY THE FREE SOFTWARE FOUNDATION OF THEIR

09:17AM 6    POSITION ON THE SUBJECT OF THE COMMONS CLAUSE AND SECTION 7 OF

09:18AM 7    THE FREE SOFTWARE FOUNDATION'S LICENSE.

09:18AM 8        SO THIS GOES TO THE FACT THAT JOHN WAS -- HAD NO AWARENESS

09:18AM 9    THAT HIS REMOVAL WAS A VIOLATION.  AND I SAY IT OFTEN, THIS WAS

09:18AM 10   DONE BEFORE YOUR RULING.  I THINK THAT'S IMPORTANT THAT HE

09:18AM 11   WASN'T DOING IT IN SPITE OF YOUR RULING, YOUR HONOR.

09:18AM 12       YOUR RULING WAS DOCKET 88 IN THE GRAPH FOUNDATION CASE.

09:18AM 13   THAT'S WHERE YOU FIRST SAID THAT THE -- IT WAS A MOTION TO

09:18AM 14   STRIKE, A PLEADING MOTION.  I THINK IT WAS 12(B)(6) BUT THE

09:18AM 15   SAME STANDARD.

09:18AM 16       AND IN THAT RULING YOU FOUND THAT THE ALLEGATION WHERE THE

09:18AM 17   CONTRACT WAS NEO4J SWEDEN'S CONTRACT, BECAUSE THAT'S WHAT WAS

09:19AM 18   ALLEGED IN THE COMPLAINT.  BUT THE DEFENSE SAID, WELL, IT'S A

09:19AM 19   COPYRIGHT BY THE FREE SOFTWARE FOUNDATION.  AND YOU HELD THERE

09:19AM 20   THAT THE DEFENSE DID NOT HAVE STANDING TO ASSERT THE

09:19AM 21   FREE SOFTWARE FOUNDATION'S COPYRIGHT.  SO THAT'S THE GENESIS OF

09:19AM 22   THE WHOLE STORY.  THAT MORPHED INTO SUMMARY JUDGMENT MOTION OR

09:19AM 23   MOVED INTO SUMMARY JUDGMENT IN THIS CASE.

09:19AM 24       WHAT -- YOU KNOW, THE THING HERE IS, IS THAT THAT WAS AN

09:19AM 25   ALLEGATION THAT IS THEIR LICENSE AND YOU INTERPRETED IT AS

09:19AM 1    THEIR LICENSE BECAUSE THAT WAS THE ALLEGATION UNDER THE

09:19AM 2    PLEADING MOTION.

09:19AM 3         THE FREE SOFTWARE FOUNDATION IS ASSERTING ITS COPYRIGHT TO

09:19AM 4    THE AGPL STATING ITS POSITION ON SECTION 7.

09:19AM 5         AND THE FREE SOFTWARE FOUNDATION HAS SENT A CEASE AND

09:20AM 6    DESIST TO NEO4J SO THAT THEY STOP VIOLATING THE COPYRIGHT.

09:20AM 7         THEY ALSO ENCOURAGE THEM TO TELL EVERYBODY THAT THEY CAN

09:20AM 8    REMOVE THE COMMONS CLAUSE FROM THE LICENSE AGREEMENT, WHICH

09:20AM 9    WOULD -- IN EFFECT WHAT THE FREE SOFTWARE FOUNDATION IS ASKING

09:20AM 10   FOR ELIMINATES THEIR DAMAGE CLAIM IN THIS CASE.

09:20AM 11             THE COURT:  OKAY.  I THINK I --

09:20AM 12             MR. BEENE:  SO WE THINK IT'S RELEVANT.

09:20AM 13             THE COURT:  ARE YOU OFFERING -- FIRST OF ALL,

09:20AM 14   EXHIBIT 1108 I THINK IS THE LETTER, THE CEASE AND DESIST

09:20AM 15   LETTER?

09:20AM 16             MR. BEENE:  CORRECT.

09:20AM 17             THE COURT:  AND THEN 1107 IS A BLOG POST BY A THIRD

09:20AM 18   INDIVIDUAL?

09:20AM 19             MR. BEENE:  YES, BY A GENTLEMAN'S NAME I CAN'T

09:20AM 20   PRONOUNCE.

09:20AM 21             THE COURT:  YES.  SO ARE YOU OFFERING 1108 FOR THE

09:20AM 22   TRUTH OF THE MATTER ASSERTED IN THE DOCUMENT?

09:20AM 23             MR. BEENE:  THE -- IT'S FOR -- NO.

09:20AM 24             THE COURT:  THEN WHAT IS THE RELEVANCE, THEN?

09:20AM 25             MR. BEENE:  IT'S OFFERED TO SUPPORT MR. SUHY'S

09:21AM 1      POSITION.

09:21AM 2             THE COURT:  OKAY.  SO --

09:21AM 3             MR. BEENE:  IN THE INNOCENCE DEFENSE.  IT'S WHAT

09:21AM 4      THEY ARE PUBLISHING TO THE PUBLIC.

09:21AM 5             THE COURT:  SO IF YOU'RE SUGGESTING THAT THIS GOES

09:21AM 6      TO YOUR CLIENT'S STATE OF MIND, IS THAT WHAT YOU'RE SAYING?

09:21AM 7             MR. BEENE:  NO.

09:21AM 8             THE COURT:  THEN I DON'T SEE THE RELEVANCE.  HELP ME

09:21AM 9      WITH THAT.

09:21AM 10            MR. BEENE:  THE ISSUE IS UNDER INNOCENCE -- ON THE

09:21AM 11     SUMMARY JUDGMENT MOTION --

09:21AM 12            THE COURT:  I'M LOOKING AT THE OBJECTION, THE

09:21AM 13     HEARSAY OBJECTION.

09:21AM 14            MR. BEENE:  RIGHT.

09:21AM 15            THE COURT:  AND IF THERE'S ANY EXCEPTION TO THE

09:21AM 16     HEARSAY OF THIS PARTICULAR DOCUMENT.  IF YOU'RE NOT OFFERING IT

09:21AM 17     FOR THE TRUTH OF THE MATTER ASSERTED, THEN WHY DOES IT COME IN

09:21AM 18     AND FOR WHAT PURPOSE?

09:21AM 19            MR. BEENE:  IT -- THE BLOG POSTING COMES IN BECAUSE

09:21AM 20     IT'S A STATEMENT BY THE FREE SOFTWARE FOUNDATION OF THEIR

09:21AM 21     POSITION ON THEIR LICENSE AGREEMENT WHICH IS CONSISTENT WITH

09:21AM 22     WHAT THEY TOLD MR. SUHY AND WHAT HE DID.

09:22AM 23            THE COURT:  OKAY.  SO LET'S MOVE TO THAT THEN.

09:22AM 24     1107, IT SOUNDS LIKE YOU ARE OFFERING THAT FOR THE TRUTH OF THE

09:22AM 25     MATTER ASSERTED IN THE DOCUMENT, IN THE BLOG?

09:22AM  1          MR. BEENE:  WELL, IT'S A STATEMENT THEY MAKE.  AND I

09:22AM  2     TAKE IT THAT THEY PUBLISH IT ON THE INTERNET THAT IT'S TRUE.

09:22AM  3          THE COURT:  SO YOU'RE OFFERING IT FOR THE TRUTH OF

09:22AM  4     THE MATTER ASSERTED?

09:22AM  5          MR. BEENE:  WELL, IT'S JUST NOTICE.  IT'S A NOTICE

09:22AM  6     ISSUE.

09:22AM  7          THE COURT:  SO YOU'RE NOT OFFERING IT FOR THE TRUTH

09:22AM  8     OF THE MATTER ASSERTED?

09:22AM  9          MR. BEENE:  RIGHT.  I'M NOT PUTTING THIS GENTLEMAN

09:22AM  10    ON TO HAVE HIM TESTIFY AND AUTHENTICATE THAT HE WROTE THIS, BUT

09:22AM  11    HE DID.

09:22AM  12         THE COURT:  THEN WHAT IS THE RELEVANCE OF THIS

09:22AM  13    DOCUMENT, THEN?

09:22AM  14         MR. BEENE:  IT SUPPORTS JOHN SUHY'S INNOCENCE

09:22AM  15    DEFENSE AND THE DMCA THAT HE DID WHAT THE FREE SOFTWARE

09:22AM  16    FOUNDATION --

09:22AM  17         THE COURT:  SO IN THAT SENSE -- PARDON ME FOR

09:22AM  18    INTERRUPTING YOU, BUT IN THAT SENSE I THINK THERE HAS TO BE A

09:22AM  19    FOUNDATION LAID THAT THERE IS RELIANCE OR AT LEAST NOTICE OF

09:22AM  20    THE DOCUMENT, AND THAT PROBABLY WOULD COME FROM YOUR CLIENT

09:23AM  21    SHOULD HE DECIDE TO TESTIFY IN THE CASE.

09:23AM  22         MR. BEENE:  WELL, OBVIOUSLY THIS WAS PUBLISHED IN

09:23AM  23    2014 AND HE TOOK IT OFF IN 2018 I THINK.  SO HE'S NOT GOING TO

09:23AM  24    TESTIFY THAT HE RELIED ON THIS DOCUMENT.

09:23AM  25         THE COURT:  OKAY.

09:23AM 1          MR. BEENE:  HE WILL TESTIFY WHAT HE WAS TOLD, WHICH

09:23AM 2    IS CONSISTENT WITH THIS DOCUMENT.

09:23AM 3          THE COURT:  OKAY.  IT SOUNDS LIKE THEN THAT YOU ARE

09:23AM 4    ASKING THE COURT TO RECEIVE THIS FOR THE TRUTH OF THE MATTER

09:23AM 5    ASSERTED BECAUSE IT WILL, AND IT SOUNDS LIKE IN YOUR OPINION IT

09:23AM 6    WILL CORROBORATE YOUR CLIENT'S TESTIMONY THAT IS IN LINE WITH

09:23AM 7    THESE TWO DOCUMENTS?

09:23AM 8          MR. BEENE:  WELL, IT WILL CORROBORATE MY CLIENT'S

09:23AM 9    TESTIMONY.  HE'S CERTAINLY GOING TO RELY ON IT.

09:23AM 10          THE COURT:  WELL, IF THERE'S CORROBORATION THEN I

09:23AM 11   THINK YOU'RE ASKING TO SAY -- AREN'T YOU SAYING THAT THIS IS

09:23AM 12   WHAT MY CLIENT SAID AND YOU SHOULD BELIEVE THEM BECAUSE THERE

09:23AM 13   ARE OTHER DOCUMENTS THAT ASSERT THE SAME THING AND YOU SHOULD

09:24AM 14   BELIEVE THOSE FOR THE TRUTH OF THE MATTER ASSERTED BECAUSE THAT

09:24AM 15   THEN CORROBORATES MY CLIENT'S POSITION?

09:24AM 16          MR. BEENE:  WELL, I THINK THE THING IS THAT WHAT I'M

09:24AM 17   ARGUING IS A BLOG IS A PUBLIC POSTING OF THEIR POSITION.  I'M

09:24AM 18   NOT SO CERTAIN THAT IT'S REQUIRING A TRUTH -- A TOMA, A TRUTH

09:24AM 19   OF THE MATTER ASSERTED, POSITION.  THIS IS WHAT THEY SAY.

09:24AM 20          THE COURT:  OKAY.

09:24AM 21          MR. BEENE:  SO ANYONE READING THIS CAN RELY ON IT.

09:24AM 22          THE COURT:  I THINK YOU NEED TO LAY A FOUNDATION FOR

09:24AM 23   IT AND ABSENT A FOUNDATION, THIS IS BESIDES THE HEARSAY, THERE

09:24AM 24   HAS TO BE SOME FOUNDATION OF WHERE THIS CAME FROM AND WHO

09:24AM 25   POSTED IT AND, YOU KNOW, THOSE TYPES OF THINGS.

09:24AM 1          MR. BEENE:  WE HAVE.  WE STIPULATED THAT WEB PAGES

09:24AM 2    THAT COME FROM THE INTERNET ARCHIVE, THE FOUNDATION IS

09:24AM 3    ESTABLISHED.

09:24AM 4          THE COURT:  WELL, I'M HEARING THERE'S AN OBJECTION

09:24AM 5    TO THIS DOCUMENT.

09:24AM 6          MR. RATINOFF:  YOUR HONOR, THE STIPULATION WAS THAT

09:24AM 7    IT WOULDN'T REQUIRE AUTHENTICATION FROM THE INTERNET ARCHIVE

09:25AM 8    THAT THIS IS ACTUALLY FROM THEIR WEBSITE.  IT DIDN'T COVER THE

09:25AM 9    ADMISSIBILITY OF SOMETHING LIKE THIS.

09:25AM 10         SO -- AND I DID WANT TO ADDRESS A FEW POINTS THAT COUNSEL

09:25AM 11   MADE WHICH ARE ACTUALLY INCORRECT.  AND JUST TO BE CLEAR, WHAT

09:25AM 12   THEY'RE REALLY TRYING TO DO HERE, LAST NIGHT AT 1 -- I'M SORRY,

09:25AM 13   YESTERDAY AFTERNOON AT 1:46 P.M. AFTER I RAISED THE SAME

09:25AM 14   OBJECTIONS TO COUNSEL HE WROTE, "THE RECENT FSF BLOG AND CEASE

09:25AM 15   AND DESIST LETTER ESTABLISH MR. SUHY HAD NO REASON TO BELIEVE

09:25AM 16   HIS ACTS CONSTITUTED A VIOLATION OF THE DMCA."

09:25AM 17         I DON'T KNOW HOW THAT DOESN'T GO TO HIS STATE OF MIND AND

09:25AM 18   THE ONLY WAY IT WOULD BE RELEVANT WOULD BE IF THIS BLOG WERE

09:25AM 19   SOMETHING THAT HE CONSIDERED AT THE TIME THAT HE REMOVED THE

09:25AM 20   DMCA CLAIM.

09:25AM 21         WHAT THEY'RE REALLY TRYING TO DO HERE IS TO TRY TO GET IN

09:25AM 22   EVIDENCE SO THEY CAN GO TO THE NINTH CIRCUIT OR ASK YOUR HONOR

09:25AM 23   TO HAVE A NEW TRIAL.  THIS IS ANOTHER INSTANCE OF THEM

09:25AM 24   RE-ARGUING THE SAME POINT, AND THEY'RE JUST TRYING TO, YOU

09:26AM 25   KNOW -- I THINK THIS IS, WHAT, THE FOURTH TIME THAT WE HAVE

09:26AM 1    GONE THROUGH WHAT SECTION 7 MEANS, AND IT'S KIND OF GETTING

09:26AM 2    OLD.

09:26AM 3        THE OTHER ISSUE, TOO, IS IN YOUR HONOR'S ORDER, WHICH

09:26AM 4    MR. SUHY DID SEE IN I BELIEVE IT WAS NOVEMBER OF 2020, ALSO

09:26AM 5    SAID THAT NEO4J HAD THE RIGHT TO LICENSE ITS SOFTWARE AS IT

09:26AM 6    SEES FIT.

09:26AM 7        YOUR HONOR ALSO ADDRESSED THIS COPYRIGHT INFRINGEMENT

09:26AM 8    ISSUE IN ITS MOST RECENT MSJ ORDER AND SAID WHETHER OR NOT

09:26AM 9    NEO4J VIOLATED THE FREE SOFTWARE FOUNDATION'S COPYRIGHT IS

09:26AM 10   IRRELEVANT.  THE ISSUE IS WHETHER MR. SUHY INFRINGED OR ALTERED

09:26AM 11   NEO4J SWEDEN'S CMI.

09:26AM 12       FINALLY, THEIR FOCUS ON THIS INNOCENT INFRINGER DEFENSE,

09:26AM 13   THERE IS NO SUCH DEFENSE WITH THE LANHAM ACT.  YOUR HONOR HAS

09:26AM 14   ALREADY FOUND THAT HE MADE INTENTIONAL FALSE STATEMENTS IN

09:26AM 15   REPRESENTING NOT JUST THAT THE SOFTWARE WAS FREE AND OPEN, AND

09:26AM 16   WHICH WAS BASED ON THE AGPL'S PROVISIONS, BUT YOUR HONOR ALSO

09:27AM 17   FOUND THAT HE VIOLATED THE LANHAM ACT AND FALSELY ADVERTISED

09:27AM 18   THAT IT WAS A DROP-IN REPLACEMENT, WHICH HAD NOTHING TO DO WITH

09:27AM 19   THE LICENSE.

09:27AM 20       THE COURT:  WELL, LET ME -- THANK YOU.  THESE TWO

09:27AM 21   DOCUMENTS ARE BEFORE THE COURT AND YOU'RE SEEKING TO ADMIT

09:27AM 22   THESE, AND WE'VE HAD SOME COLLOQUY ABOUT THE HEARSAY NATURE.  I

09:27AM 23   THINK THERE WAS A HEARSAY OBJECTION.

09:27AM 24       MR. RATINOFF:  THAT IS CORRECT, YOUR HONOR.

09:27AM 25       THE COURT:  AND WE'VE HAD SOME COLLOQUY ABOUT THAT.

09:27AM 1    I'M GOING TO SUSTAIN THE OBJECTION WITHOUT MORE AT THIS POINT,

09:27AM 2    AND I THINK I'VE INDICATED THE REASONS FOR THAT.

09:27AM 3         MY SENSE IS THAT THERE HAS TO BE ADDITIONAL FOUNDATION

09:27AM 4    MADE.  I DON'T SEE THE RELEVANCE IF THEY'RE NOT OFFERED FOR THE

09:27AM 5    TRUTH OF THE MATTER ASSERTED.

09:27AM 6         I UNDERSTAND YOUR POSITION ON THAT, BUT AT THIS POINT I'LL

09:27AM 7    SUSTAIN THE OBJECTIONS ABSENT -- YOU'RE FREE TO INTRODUCE THOSE

09:27AM 8    IF YOU THINK YOU CAN LAY A PROPER FOUNDATION AND/OR OVERCOME

09:27AM 9    ANY HEARSAY AS TO THESE DOCUMENTS.

09:27AM 10              MR. BEENE:  I UNDERSTAND, YOUR HONOR.

09:27AM 11              THE COURT:  OKAY.  THANK YOU.

09:27AM 12              MR. RATINOFF:  THANK YOU, YOUR HONOR.

09:28AM 13              THE COURT:  OKAY.  SO WE HAVE ABOUT 25 MINUTES LEFT.

09:28AM 14    DO YOU HAVE A WITNESS TO CALL?

09:28AM 15              MR. RATINOFF:  YES, YOUR HONOR.  PLAINTIFFS WOULD

09:28AM 16    CALL STEVEN BOYLES AS OUR DAMAGES EXPERT.

09:28AM 17              THE COURT:  OKAY.  IF YOU WOULD COME FORWARD, SIR,

09:28AM 18    AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND,

09:28AM 19    SHE HAS A QUESTION FOR YOU.

09:28AM 20         **(PLAINTIFFS' WITNESS, STEVEN BOYLES, WAS SWORN.)**

09:28AM 21              THE WITNESS:  I DO.  THANK YOU.

09:28AM 22              THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR, AND

09:28AM 23    MAKE YOURSELF COMFORTABLE.  PLEASE FEEL FREE TO ADJUST THE

09:28AM 24    CHAIR AND MICROPHONE AS YOU NEED.

09:28AM 25         WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

| | | |
|---|---|---|
| 09:29AM | 1 | AND THEN SPELL IT, PLEASE. |
| 09:29AM | 2 | THE WITNESS:  EXCUSE ME.  MY NAME IS STEVEN BOYLES. |
| 09:29AM | 3 | IT IS S-T-E-V-E-N.  BOYLES IS B-O-Y-L-E-S. |
| 09:29AM | 4 | THE COURT:  THANK YOU.  COUNSEL. |
| 09:29AM | 5 | MR. RATINOFF:  THANK YOU, YOUR HONOR.  I JUST WANTED |
| 09:29AM | 6 | TO MENTION THAT I'VE CONFERRED WITH COUNSEL, AND WE'VE AGREED |
| 09:29AM | 7 | BASED ON THE PRIOR STIPULATION THAT WE FILED LAST TUESDAY, AS |
| 09:29AM | 8 | WELL AS WHAT HAS ALREADY BEEN ADMITTED, THAT THE EXHIBITS THAT |
| 09:29AM | 9 | MR. BOYLES WILL BE USING ARE ADMITTED AT LEAST BY STIPULATION, |
| 09:29AM | 10 | AND WE WOULD ASK YOUR HONOR TO AFFIRM THAT. |
| 09:29AM | 11 | THE COURT:  ALL RIGHT. |
| 09:29AM | 12 | MR. BEENE:  THAT'S SO STIPULATED. |
| 09:29AM | 13 | THE COURT:  OKAY.  SO YOU'VE GIVEN THE EXHIBIT. |
| 09:29AM | 14 | NOW, DO YOU HAVE THOSE EXHIBIT NUMBERS IN ADVANCE NOW? |
| 09:29AM | 15 | MR. RATINOFF:  I HAVE A BINDER FOR YOUR HONOR. |
| 09:29AM | 16 | THE COURT:  OH, I HAVE THE BINDER. |
| 09:29AM | 17 | MR. RATINOFF:  YEP.  BUT THERE'S A LIST OF EXHIBITS |
| 09:30AM | 18 | IN THE FRONT OF THE BINDER WHICH WE CAN ALSO MAKE AN ADDITIONAL |
| 09:30AM | 19 | COPY. |
| 09:30AM | 20 | THE COURT:  DO YOU HAVE THAT, CHERE? |
| 09:30AM | 21 | THE CLERK:  I DON'T.  READ THEM JUST QUICKLY. |
| 09:30AM | 22 | MR. RATINOFF:  I HAVE GIVE YOU MINE. |
| 09:30AM | 23 | THE CLERK:  OKAY. |
| 09:30AM | 24 | MR. RATINOFF:  HOW ABOUT THAT?  (HANDING.) |
| 09:30AM | 25 | /// |

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
| 09:30AM  | 1  | **DIRECT EXAMINATION**                                  |
| 09:30AM  | 2  | BY MR. RATINOFF:                                        |
| 09:30AM  | 3  | Q.   MR. BOYLES, HAVE YOU PREPARED A DEMONSTRATIVE TODAY? |
| 09:30AM  | 4  | A.   I HAVE.                                            |
| 09:30AM  | 5  | MR. RATINOFF:  YOUR HONOR, MAY I APPROACH THE           |
| 09:30AM  | 6  | WITNESS?                                                |
| 09:30AM  | 7  | THE COURT:  YES.                                        |
| 09:30AM  | 8  | MR. RATINOFF:  (HANDING.)                               |
| 09:30AM  | 9  | MR. BEENE:  YOUR HONOR, WE DO HAVE AN OBJECTION TO      |
| 09:30AM  | 10 | THIS DEMONSTRATIVE EXHIBIT.  IT'S, I BELIEVE, 39 PAGES LONG. |
| 09:30AM  | 11 | AND IN OUR VIEW IT'S AN ATTEMPT TO AMEND THEIR ORIGINAL EXPERT |
| 09:30AM  | 12 | REPORT AND SUBSTITUTE IT WITH ANOTHER LENGTHY REPORT, AND |
| 09:30AM  | 13 | THAT'S INAPPROPRIATE TO TENDER THAT TO US LAST NIGHT.   |
| 09:31AM  | 14 | THE COURT:  YOU GAVE THIS LAST NIGHT?                   |
| 09:31AM  | 15 | MR. RATINOFF:  YEAH, I PROVIDED THE DEMONSTRATIVE       |
| 09:31AM  | 16 | LAST NIGHT, YOUR HONOR.                                 |
| 09:31AM  | 17 | THE COURT:  SO YOUR OBJECTION IS THAT YOU'RE NOT        |
| 09:31AM  | 18 | SEEKING TO INTRODUCE THIS INTO EVIDENCE?                |
| 09:31AM  | 19 | MR. RATINOFF:  NO, YOUR HONOR.  THIS IS SIMPLY TO       |
| 09:31AM  | 20 | ASSIST THE COURT AND THE WITNESS TO GO THROUGH HIS OPINIONS. |
| 09:31AM  | 21 | THE COURT:  OKAY.                                       |
| 09:31AM  | 22 | MR. BEENE:  WELL, WE'VE AGREED THAT THEY HAVE 209,      |
| 09:31AM  | 23 | WHICH IS THE ORIGINAL EXPERT REPORT.                    |
| 09:31AM  | 24 | WHAT THEY'RE TRYING TO DO IS TO USE THIS AS A NEW EXPERT |
| 09:31AM  | 25 | REPORT UNDER THE GUISE OF DEMONSTRATIVE EVIDENCE.  THEY'VE |

09:31AM 1    CHANGED THE NUMBERS IN HERE.

09:31AM 2         I THINK IT'S INAPPROPRIATE TO SUBMIT A -- AS A

09:31AM 3    DEMONSTRATIVE EVIDENCE SOMETHING THAT IS REALLY JUST AN AMENDED

09:31AM 4    EXPERT REPORT SERVED THE NIGHT BEFORE THE WITNESS TESTIFIES.

09:31AM 5              THE COURT:  WELL, IF THIS WITNESS PREPARED AN EXPERT

09:31AM 6    REPORT, WHICH EVERYBODY HAS AND IT'S BEEN SUBMITTED TO THE

09:31AM 7    COURT, AND NOW HE TESTIFIES DIFFERENTLY, THAT'S CERTAINLY FAIR

09:32AM 8    GAME FOR CROSS-EXAMINATION, AND I EXPECT THAT YOU COULD RAISE

09:32AM 9    THAT IF YOU WOULD LIKE TO, WHICH WOULD SEVERELY AND PERHAPS

09:32AM 10   IMPACT THE CREDIBILITY OF A WITNESS.

09:32AM 11        AS YOU INDICATE, HE SUBMITTED A REPORT MONTHS AGO, AND

09:32AM 12   THEN ON THE EVE OF EXAMINATION HE SUBMITS TO YOU YET A

09:32AM 13   DIFFERENT REPORT THAT HAS DIFFERENT CALCULATIONS, THAT'S

09:32AM 14   CERTAINLY FODDER FOR CROSS-EXAMINATION AND WOULD GO TO THE

09:32AM 15   CREDIBILITY OF WHY A WITNESS DECIDED ON THE EVE OF HIS

09:32AM 16   TESTIMONY TO CHANGE HIS TESTIMONY PERHAPS IN A MORE FAVORABLE

09:32AM 17   WAY FOR THE CLIENT.

09:32AM 18        MY SENSE IS THAT THAT WOULD BE YOUR ARGUMENT AND CRITICISM

09:32AM 19   OF THE TESTIMONY.

09:32AM 20             MR. BEENE:  WELL, I UNDERSTAND THAT, YOUR HONOR.

09:32AM 21   BUT THE LATENESS OF PROVIDING AN EXPERT REPORT AND EXPECTING US

09:32AM 22   TO REVIEW 39 PAGES TO 69 PAGES WHILE WE'RE TRYING THE CASE IS

09:33AM 23   SOMETHING THAT SHOULD LEAD TO STRIKING AN AMENDED REPORT, WHICH

09:33AM 24   IS WHAT THIS --

09:33AM 25             THE COURT:  NO, I UNDERSTAND YOUR POSITION HERE.

| | | |
|---|---|---|
| 09:33AM | 1 | YOU GOT IT LAST NIGHT AT WHAT TIME? |
| 09:33AM | 2 | MR. BEENE:  I DON'T RECALL.  THERE'S A TON OF |
| 09:33AM | 3 | EMAILS.  THERE WERE A FEW THINGS GOING ON. |
| 09:33AM | 4 | THE COURT:  SURE.  SURE. |
| 09:33AM | 5 | ARE YOU ASKING FOR A CONTINUANCE SO YOU CAN REVIEW THIS |
| 09:33AM | 6 | DOCUMENT? |
| 09:33AM | 7 | MR. BEENE:  NO.  THANK YOU, YOUR HONOR. |
| 09:33AM | 8 | THE COURT:  OKAY. |
| 09:33AM | 9 | MR. BEENE:  WE WOULD LIKE TO TRY THE CASE. |
| 09:33AM | 10 | THE COURT:  SURE. |
| 09:33AM | 11 | MR. BEENE:  PURSUANT TO FEDERAL RULES OF CIVIL |
| 09:33AM | 12 | PROCEDURE 1, ECONOMICALLY AND JUSTIFIABLY GET IT RESOLVED. |
| 09:33AM | 13 | THE COURT:  WELL, LET ME OFFER YOU AN OPPORTUNITY -- |
| 09:33AM | 14 | I DON'T WANT YOU TO FEEL LIKE THIS HAS BEEN THRUST UPON YOU AT |
| 09:33AM | 15 | THE LAST MINUTE, AND I UNDERSTAND THAT.  IT'S DIFFERENT THAN |
| 09:33AM | 16 | THE EXPERT REPORT. |
| 09:33AM | 17 | WE HAVE 20 MINUTES BEFORE I HAVE TO STEP DOWN.  MAYBE WE |
| 09:34AM | 18 | SHOULD DEFER THIS WITNESS'S TESTIMONY TO GIVE YOU AN |
| 09:34AM | 19 | OPPORTUNITY TO REVIEW THIS DOCUMENT DURING THE BREAK THAT WE'RE |
| 09:34AM | 20 | GOING TO HAVE BEFORE THE WITNESS BEGINS HIS TESTIMONY. |
| 09:34AM | 21 | MR. BEENE:  MAY I -- THAT'S A GOOD IDEA, BUT MAYBE |
| 09:34AM | 22 | USING YOUR TIME WISELY, I THINK LET'S START WITH THE CV.  WHY |
| 09:34AM | 23 | DON'T WE DO THE NON-DEMONSTRATIVE, AND THEN YOU CAN DO YOUR |
| 09:34AM | 24 | OTHER SO WE HAVE THE TIME ON THE TRIAL. |
| 09:34AM | 25 | THE COURT:  SURE. |

09:34AM  1              MR. RATINOFF:  YOUR HONOR, I JUST WANT TO ADDRESS A

09:34AM  2     COUPLE OF POINTS WITH COUNSEL.  AS THE TESTIMONY WILL SHOW, AND

09:34AM  3     I'M NOT GOING TO TESTIFY ON MR. BOYLES'S BEHALF, BUT IT'S

09:34AM  4     IRONIC BECAUSE MR. BOYLES'S NUMBERS ARE ACTUALLY LOWER IN HIS

09:34AM  5     REPORT IN ONE RESPECT SO.

09:34AM  6          ALSO, THE NUMBERS THAT HE DID PROVIDE IN HIS REPORT ARE

09:34AM  7     WITHIN THE RANGE.  SO WE'LL GET TO THAT IN DETAIL, BUT WE DON'T

09:34AM  8     BELIEVE THAT THIS CONSTITUTES ANY CHANGE IN HIS OPINIONS OR HIS

09:34AM  9     CALCULATION SO.

09:34AM 10              THE COURT:  YES.

09:34AM 11     BY MR. RATINOFF:

09:34AM 12     Q.   GOOD MORNING, MR. BOYLES.

09:34AM 13     A.   GOOD MORNING.

09:34AM 14     Q.   I THINK WE HAD FIRST TALKED ABOUT YOUR DEMONSTRATIVE.  YOU

09:35AM 15     PREPARED YOUR DEMONSTRATIVE FOR YOUR TESTIMONY HERE TODAY?

09:35AM 16     A.   I DID.

09:35AM 17     Q.   AND LET ME GO AHEAD AND BRING THAT UP, PLEASE.

09:35AM 18              MR. ZEPEDA:  IT'S AEO.

09:35AM 19              MR. RATINOFF:  OH, OKAY.  IT'S AEO.  THIS PART

09:35AM 20     ISN'T.

09:35AM 21              THE COURT:  IS THIS ATTORNEYS' EYES ONLY?

09:35AM 22              MR. RATINOFF:  PART OF IT IS, YOUR HONOR.

09:35AM 23     UNFORTUNATELY, THERE WASN'T A WAY TO ACTUALLY INDIVIDUALLY

09:35AM 24     DESIGNATE PAGES, SO WE'LL JUST CALL OUT THE FEW PAGES WHERE

09:35AM 25     THERE ARE AEO MATERIALS.

BOYLES DIRECT BY MR. RATINOFF

| | | |
|---|---|---|
| 09:35AM | 1 | THE CLERK:  I'VE CLEARED THE ANNOTATION, BUT I DON'T |
| 09:36AM | 2 | KNOW. |
| 09:36AM | 3 | MR. ZEPEDA:  MAYBE IT'S AFFECTING MY SCREEN.  DO YOU |
| 09:36AM | 4 | SEE IT ON YOUR SCREEN? |
| 09:36AM | 5 | THE CLERK:  NO.  IT'S AFFECTING ALL OF THE SCREENS. |
| 09:36AM | 6 | MR. PICONE:  IS IT WHEN YOU MOVE THE CURSOR? |
| 09:36AM | 7 | THE CLERK:  HOW ARE YOU DISPLAYING?  ARE YOU DOING |
| 09:36AM | 8 | WHAT YOU DID BEFORE? |
| 09:36AM | 9 | THE COURT:  WE ARE OFF THE RECORD ON THIS. |
| 09:36AM | 10 | (PAUSE IN PROCEEDINGS.) |
| 09:36AM | 11 | THE COURT:  WE'RE BACK ON THE RECORD. |
| 09:36AM | 12 | BY MR. RATINOFF: |
| 09:36AM | 13 | Q.   MR. BOYLES, COULD YOU PLEASE INTRODUCE YOURSELF TO THE |
| 09:36AM | 14 | COURT AND WHAT YOU'RE HERE TO DO TODAY? |
| 09:36AM | 15 | A.   SURE.  I DON'T SEE IT ON MY SCREEN, BUT THAT'S OKAY. |
| 09:37AM | 16 | AS I STATED, MY NAME IS STEVEN BOYLES.  I'VE BEEN |
| 09:37AM | 17 | PRACTICING IN THE PUBLIC ACCOUNTING AND FINANCIAL ANALYSES |
| 09:37AM | 18 | PROFESSION FOR APPROXIMATELY 25 YEARS NOW. |
| 09:37AM | 19 | I'VE BEEN QUALIFIED AS AN EXPERT IN BUSINESS VALUATION AND |
| 09:37AM | 20 | DAMAGE ANALYSIS, AMONG OTHER THINGS WITHIN THE FORENSIC ARENA, |
| 09:37AM | 21 | SINCE 2008. |
| 09:37AM | 22 | I AM A CERTIFIED PUBLIC ACCOUNTANT.  I'M CERTIFIED IN |
| 09:37AM | 23 | FINANCIAL FORENSICS, I'M ACCREDITED IN BUSINESS VALUATION, I'M |
| 09:37AM | 24 | AN ACCREDITED SENIOR APPRAISER. |
| 09:37AM | 25 | I HAVE HISTORICALLY TAUGHT CLASSES WITHIN THE GRADUATE |

09:37AM  1    LEVEL PROGRAM AT GOLDEN GATE UNIVERSITY WITHIN THE MASTER'S

09:37AM  2    FORENSICS ACCOUNTING PROGRAM, SPECIFICALLY RELATED TO

09:37AM  3    CALCULATIONS OF ECONOMIC DAMAGES, FORENSIC ACCOUNTING AS AN

09:37AM  4    OVERVIEW, INTELLECTUAL PROPERTY DISPUTES, AND BUSINESS

09:37AM  5    VALUATION.

09:37AM  6         I'VE ALSO FURTHER AUTHORED CHAPTERS WITHIN A LOST PROFITS

09:38AM  7    TEXTBOOK SPECIFICALLY ON LOSS CAUSATION.

09:38AM  8         AND I'M CURRENTLY THE CO-CHAIR OF THE LITIGATION AND ADR

09:38AM  9    SPECIALTY GROUP OF AN INTERNATIONAL LEGAL AND ACCOUNTING

09:38AM  10   ORGANIZATION CALLED TAG ALLIANCES.

09:38AM  11   Q.   AND YOU'RE CURRENTLY EMPLOYED BY FIVE CORNERS GROUP;

09:38AM  12   CORRECT?

09:38AM  13   A.   CORRECT, I AM A MEMBER OF FIVE CORNERS CONSULTING.

09:38AM  14   Q.   AND WHAT HAS BEEN YOUR ROLE AT FIVE CORNERS CONSULTING?

09:38AM  15   A.   AS A MEMBER I HAVE GENERAL ADMINISTRATIVE DUTIES SUCH AS

09:38AM  16   SERVICING CLIENTS, BRINGING IN CLIENTS, COLLECTING REVENUES.

09:38AM  17        THE WORK THAT I DO PRIMARILY AND THE WORK THAT MY FIRM

09:38AM  18   PRIMARILY CONDUCTS IS WITHIN ACCOUNTING INVESTIGATIONS AND

09:38AM  19   DAMAGE ANALYSES PRIMARILY FOCUSSED ON INTELLECTUAL PROPERTY

09:38AM  20   DISPUTES.

09:38AM  21   Q.   AND HOW LONG HAVE YOU BEEN AT FIVE CORNERS?

09:38AM  22   A.   I JUST PASSED MY FIFTH YEAR ANNIVERSARY WITH THE FIRM.

09:39AM  23   Q.   AND WHERE WERE YOU PREVIOUSLY EMPLOYED BEFORE AT FIVE

09:39AM  24   CORNERS?

09:39AM  25   A.   PRIOR TO FIVE CORNERS I WAS WITH ANOTHER FORENSIC

09:39AM  1    ACCOUNTING AND CONSULTING FIRM IN THE BAY AREA CALLED HEMMING

09:39AM  2    MORSE, WHICH IS M-O-R-S-E.

09:39AM  3    Q.   AND WHAT WAS YOUR ROLE AS HEMMING MORSE?

09:39AM  4    A.   IT WAS GENERALLY THE SAME AS MY ROLE IS NOW, I WAS A

09:39AM  5    PARTNER IN THAT FIRM AND SO I HAD THE SAME TYPE OF DUTIES.

09:39AM  6    PROFESSIONALLY MY PRACTICE STILL INVOLVED ASSESSMENT OF

09:39AM  7    ECONOMIC DAMAGES PRIMARILY WITH AN EMPHASIS ON INTELLECTUAL

09:39AM  8    PROPERTY MATTERS.

09:39AM  9    Q.   AND HOW LONG WERE YOU AT HEMMING MORSE?

09:39AM  10   A.   I BELIEVE IT WAS ABOUT SEVEN AND A HALF YEARS.

09:39AM  11   Q.   AND THEN PRIOR TO HEMMING MORSE, WHERE DID YOU WORK?

09:39AM  12   A.   PRIOR TO THAT I WAS WITH ANOTHER FORENSIC ACCOUNTING FIRM

09:39AM  13   IN THE BAY CALLED STONETURN, ONE WORD, GROUP.

09:39AM  14   Q.   AND WHAT DID YOUR ROLE ENTAIL AT STONETURN?

09:40AM  15   A.   AGAIN, GENERALLY THE SAME.  I WAS A MANAGING DIRECTOR IN

09:40AM  16   THAT FIRM.  I STARTED PROVIDING EXPERT WITNESS WORK BUT

09:40AM  17   STARTING IN THAT FIRM I WAS STILL A CONSULTING EXPERT

09:40AM  18   PRIMARILY, BUT IT WAS THE SAME TYPE OF DAMAGES ANALYSES AND

09:40AM  19   INTELLECTUAL PROPERTY MATTERS.

09:40AM  20   Q.   AND DID YOU PROVIDE A REPORT IN THIS CASE?

09:40AM  21   A.   I DID.

09:40AM  22   Q.   AND WOULD YOU PLEASE TURN TO TAB OR EXHIBIT 209.

09:40AM  23        I'LL NOTE FOR THE RECORD THIS REPORT HAS BEEN MARKED AEO.

09:40AM  24        THE COURT:  I'M SORRY, SAY AGAIN.

09:40AM  25        MR. RATINOFF:  THIS REPORT HAS BEEN MARKED

09:40AM 1    ATTORNEYS' EYES ONLY.

09:40AM 2              THE COURT:  OKAY.

09:40AM 3              MR. RATINOFF:  SO WE WOULD NOT WANT TO DISPLAY IT.

09:40AM 4              THE COURT:  OKAY.  THIS IS EXHIBIT 209?

09:40AM 5              MR. RATINOFF:  CORRECT.  WE STIPULATED EARLIER THAT

09:40AM 6    THE EXHIBITS THAT MR. BOYLES WOULD TESTIFY TO WOULD BE

09:40AM 7    ADMITTED, SO -- BUT WE WOULD REQUEST THAT THIS ISN'T PUBLISHED

09:40AM 8    DUE TO ITS AEO NATURE.

09:41AM 9              MR. BEENE:  EXCUSE ME.  WHAT WAS THE QUESTION?

09:41AM 10        THE EXHIBIT 209, THE WHOLE THING IS MARKED AEO, AND I

09:41AM 11   DON'T BELIEVE THE WHOLE THING IS AEO.

09:41AM 12        WE HAVE PEOPLE IN OUR STANDS I DON'T WANT MARCHING IN AND

09:41AM 13   OUT.

09:41AM 14        IS THERE SOME WAY -- I'VE TURNED OFF MR. SUHY'S MONITOR

09:41AM 15   JUST SO WE DON'T HAVE ANY ISSUES.

09:41AM 16        IS THERE SOME WAY THAT WHEN YOU DO IT, IF THERE IS

09:41AM 17   ACTUALLY SOMETHING THAT IS SENSITIVE, WE CAN STOP AND ASK

09:41AM 18   MR. KUHN TO LEAVE.

09:41AM 19             THE COURT:  WHO IS THE WITNESS?  CAN YOU SPELL HIS

09:41AM 20   NAME.

09:41AM 21             MR. BEENE:  K-U-H-N.

09:41AM 22             THE COURT:  THANK YOU.  209 WAS NOT IN THE BINDER

09:41AM 23   THAT WAS PROVIDED TO ME.  I DO HAVE A COPY FROM THE CLERK.

09:41AM 24        DO YOU HAVE 209?

09:41AM 25             MR. BEENE:  YES, YOUR HONOR.

09:41AM   1                  THE COURT:  OKAY.  DO YOU HAVE THAT?  OKAY.

09:41AM   2        BY MR. RATINOFF:

09:41AM   3        Q.   MR. BOYLES, DID YOU INCLUDE A CV IN THIS REPORT?

09:42AM   4        A.   I DID, YES.

09:42AM   5        Q.   AND WHEN WAS THE DATE OF THIS REPORT?

09:42AM   6        A.   THIS WAS ISSUED ON DECEMBER 22ND OF 2022.

09:42AM   7        Q.   AND HAS YOUR CV CHANGED SINCE THAT TIME?

09:42AM   8        A.   IT HAS.

09:42AM   9        Q.   AND JUST GENERALLY, HOW HAS IT CHANGED?

09:42AM  10        A.   MY CV INCORPORATES TESTIMONY THAT I HAVE PROVIDED, AND

09:42AM  11        SINCE THAT DATE OF ISSUING THE REPORT I HAVE TESTIFIED IN

09:42AM  12        DEPOSITIONS AND TRIALS.

09:42AM  13        Q.   AND WOULD YOU PLEASE TURN TO EXHIBIT 208.

09:42AM  14             THIS IS NOT MARKED AEO SO IT CAN BE PUBLISHED.

09:42AM  15        A.   OKAY.

09:42AM  16        Q.   AND DO YOU RECOGNIZE WHAT HAS BEEN ADMITTED AS

09:42AM  17        EXHIBIT 208?

09:42AM  18        A.   I DO.

09:42AM  19        Q.   AND WHAT IS IT?

09:42AM  20        A.   THIS APPEARS TO BE MY MOST CURRENT CV.

09:42AM  21        Q.   AND THIS HAS YOUR FULL EMPLOYMENT AND EDUCATIONAL

09:43AM  22        BACKGROUND?

09:43AM  23        A.   IT DOES, YES.

09:43AM  24        Q.   AND BRIEFLY ON YOUR EDUCATIONAL BACKGROUND, DID YOU ATTEND

09:43AM  25        A FOUR YEAR UNIVERSITY?

09:43AM 1   A.   I DID.  I ATTENDED AND GRADUATED FROM THE UNIVERSITY OF

09:43AM 2   SOUTH FLORIDA.  I GRADUATED IN 1998 WITH A BACHELOR'S OF

09:43AM 3   SCIENCE DEGREE WITH AN EMPHASIS IN ACCOUNTING.

09:43AM 4        I ALSO ATTENDED A FIFTH YEAR ACCOUNTING MASTER'S PROGRAM

09:43AM 5   WITHIN THE UNIVERSITY SO THAT I COULD OBTAIN THE EDUCATION

09:43AM 6   REQUIREMENTS TO SIT FOR THE CPA EXAM.

09:43AM 7   Q.   AND YOU OBTAINED A CPA?

09:43AM 8   A.   I DID.  AFTER SATISFYING MY EDUCATION AND EMPLOYMENT

09:43AM 9   REQUIREMENTS, I RECEIVED MY CPA I BELIEVE IN 2001, MAYBE THE

09:43AM 10  BEGINNING OF 2002.

09:43AM 11  Q.   AND YOU DESCRIBED YOUR WORK AS INVOLVING AND TESTIFYING AS

09:43AM 12  AN EXPERT; CORRECT?

09:43AM 13  A.   THAT IS AN ASPECT OF MY WORK, YES.

09:44AM 14  Q.   AND APPROXIMATELY HOW MANY TIMES HAVE YOU TESTIFIED AT A

09:44AM 15  TRIAL OR ARBITRATION?

09:44AM 16  A.   I BELIEVE IT'S APPROACHING OR RIGHT AROUND 30 TIMES.

09:44AM 17  Q.   AND DOES THAT INCLUDE TRADEMARK AND COPYRIGHT CASES?

09:44AM 18  A.   IT DOES.

09:44AM 19  Q.   AND YOU'VE TESTIFIED AT TRIAL IN TRADEMARK AND COPYRIGHT

09:44AM 20  CASES?

09:44AM 21  A.   YES, CORRECT.

09:44AM 22  Q.   AND AT ANY TIME WHEN YOU TESTIFIED AT TRIAL, WERE YOU

09:44AM 23  QUALIFIED AS AN EXPERT?

09:44AM 24  A.   YES.

09:44AM 25  Q.   AND AT ANY TIME WHEN YOU WERE QUALIFIED AS AN EXPERT, WAS

09:44AM   1      YOUR TESTIMONY EXCLUDED?

09:44AM   2      A.   I DON'T BELIEVE SO, NO.

09:44AM   3      Q.   COULD YOU PLEASE BRIEFLY DESCRIBE WHAT YOU WERE TASKED TO

09:44AM   4      DO IN THIS PARTICULAR MATTER?

09:44AM   5      A.   BROADLY SPEAKING, I WAS ASKED TO QUANTIFY THE DAMAGES THAT

09:44AM   6      WERE EXPERIENCED BY NEO4J AS A RESULT OF THE ACTIONS OF

09:44AM   7      DEFENDANTS IN THIS CASE.

09:44AM   8           ULTIMATELY, THAT RESULTED IN ASSESSMENT OF LOST PROFITS

09:45AM   9      DAMAGES OR ACTUAL DAMAGES, AS WELL AS ASSESSMENTS OF UNJUST

09:45AM  10      ENRICHMENT FOR DEFENDANTS' PROFITS.

09:45AM  11      Q.   AND THEN APPROXIMATELY HOW MUCH TIME DID YOU SPEND ON THIS

09:45AM  12      MATTER?

09:45AM  13      A.   I BELIEVE IT WAS APPROXIMATELY 95 TO 105 HOURS THROUGH

09:45AM  14      ISSUANCE OF THE REPORT.

09:45AM  15      Q.   AND WERE YOU COMPENSATED FOR THIS TIME?

09:45AM  16      A.   I WAS, YES.

09:45AM  17      Q.   AND WHAT IS YOUR NORMAL HOURLY -- I'M SORRY, WHAT IS YOUR

09:45AM  18      NORMAL HOURLY RATE THAT YOU CHARGE?

09:45AM  19      A.   THE RATE THAT MY FIRM RECEIVED WAS 525 AN HOUR FOR MY TIME

09:45AM  20      AND LESSER RATES FOR OTHER PEOPLE'S TIME.

09:45AM  21      Q.   SO OTHER PEOPLE ASSISTED YOU IN PROVIDING AN OPINION IN

09:45AM  22      THIS CASE?

09:45AM  23      A.   YES.  I UTILIZED ONE OF MY PARTNERS, SCOTT SPERTZEL, TO

09:45AM  24      ASSIST ME IN THIS MATTER.  SPERTZEL IS S-P-E-R-T-Z-E-L.

09:46AM  25           AND MORE RECENTLY I UTILIZED A STAFF INDIVIDUAL TO ASSIST

BOYLES DIRECT BY MR. RATINOFF                                    215

09:46AM   1    WITH SOME ADDITIONAL PREJUDGMENT INTEREST CALCULATIONS.

09:46AM   2    Q.   DID ANY OF THOSE INDIVIDUALS PROVIDE SUBSTANTIVE INPUT IN

09:46AM   3    YOUR OPINIONS?

09:46AM   4    A.   I WOULD SAY THAT MR. SPERTZEL ASSISTED ME DURING THE

09:46AM   5    GENERATION OF THE REPORT, BUT THE OPINIONS AND ANALYSES ARE ALL

09:46AM   6    MY OWN.

09:46AM   7         MR. RATINOFF:  YOUR HONOR, I WOULD LIKE TO REQUEST

09:46AM   8    TO HAVE MR. BOYLES QUALIFIED AS A DAMAGES EXPERT IN THIS CASE.

09:46AM   9         THE COURT:  AS A DAMAGES EXPERT?

09:46AM  10         MR. RATINOFF:  YES.

09:46AM  11         THE COURT:  AND IN WHAT AREA?  WHAT?

09:46AM  12         MR. RATINOFF:  TRADEMARK AND DMCA COPYRIGHT DAMAGES

09:46AM  13    IN THE FORM OF LOST PROFITS.

09:46AM  14         THE COURT:  OKAY.

09:46AM  15         MR. RATINOFF:  AND DEFENDANTS' PROFITS AS A

09:46AM  16    SUBSTITUTE FOR ACTUAL DAMAGES OR AS A DISGORGEMENT REMEDY.

09:47AM  17         THE COURT:  COUNSEL, ANY OBJECTION?

09:47AM  18         MR. BEENE:  NO OBJECTION, YOUR HONOR.

09:47AM  19         THE COURT:  ALL RIGHT.  THIS WITNESS WILL BE SO

09:47AM  20    QUALIFIED, AND THE COURT WILL ACCEPT THE TESTIMONY AS SUCH.

09:47AM  21    BY MR. RATINOFF:

09:47AM  22    Q.   AND WHAT GENERAL TYPE OF MATERIALS DID YOU CONSIDER IN

09:47AM  23    FORMING YOUR OPINIONS IN THIS CASE?

09:47AM  24    A.   THERE WERE A LOT OF MATERIALS THAT WERE PROVIDED TO ME.

09:47AM  25    CERTAINLY I TEND TO START WITH REVIEWING THE PLEADINGS, ANY

09:47AM  1   INTERROGATORY RESPONSES OR RELATED TYPE OF DOCUMENTS;

09:47AM  2        I BELIEVE EARLY ON I RECEIVED THE SUMMARY JUDGMENT ORDER

09:47AM  3   THAT WAS ISSUED IN MAY OF 2021;

09:47AM  4        THERE WERE A NUMBER OF FINANCIAL DOCUMENTS FROM BOTH

09:47AM  5   PARTIES, OR ALL PARTIES;

09:47AM  6        CERTAINLY PRICE LISTS PROVIDED BY NEO4J;

09:47AM  7        THERE WERE BANK STATEMENTS, PROFIT AND LOSS STATEMENTS,

09:47AM  8   INVOICES, CANCELLED CHECKS AND OTHER THINGS PROVIDED BY

09:47AM  9   DEFENDANTS;

09:47AM 10        THERE WERE A NUMBER OF DEPOSITION TESTIMONIES THAT I

09:47AM 11   REVIEWED;

09:48AM 12        THERE WAS ALSO VARIOUS EMAIL COMMUNICATIONS AMONG THE

09:48AM 13   PARTIES THAT WERE REVIEWED INITIALLY.

09:48AM 14   Q.   AND DO YOU RECALL -- DO YOU HAVE YOUR DEMONSTRATIVE UP

09:48AM 15   HERE?

09:48AM 16   A.   I HAVE A COPY OF IT.

09:48AM 17   Q.   IS IT ON THE SCREEN?

09:48AM 18   A.   I DO NOT ON THE SCREEN.

09:48AM 19   Q.   I DON'T EITHER.

09:48AM 20        WELL, I THINK AT THIS POINT -- YOUR HONOR, DO YOU HAVE A

09:48AM 21   HARD COPY?

09:48AM 22            THE COURT:  I DO.

09:48AM 23            MR. RATINOFF:  OKAY.  MAYBE WE SHOULD JUST STICK

09:48AM 24   WITH THE HARD COPY AND YOU JUST TELL US WHEN TO TURN THE PAGES.

09:48AM 25        WE'RE HAVING SOME TECHNICAL DIFFICULTY?

BOYLES DIRECT BY MR. RATINOFF

09:48AM  1          ALL RIGHT.  IT'S BACK.

09:48AM  2     Q.   AND THEN YOU MENTIONED DEPOSITION TESTIMONY THAT YOU

09:48AM  3     REVIEWED?

09:48AM  4     A.   YES.

09:48AM  5     Q.   AND WHICH DEPOSITION TESTIMONY DID YOU REVIEW?

09:48AM  6     A.   I BELIEVE I REVIEWED DEPOSITION TESTIMONY FROM MR. SUHY;

09:48AM  7     MR. DUNN OF THE IRS; MR. STAVRIANOS OF ASR; MR. WEYANT OF I

09:48AM  8     BELIEVE IT'S CACI.  IT WAS NEXT CENTURY'S SUCCESSOR ENTITY.

09:49AM  9          I DON'T RECALL IF I -- THERE MAY HAVE BEEN OTHERS.  THOSE

09:49AM 10     ARE THE ONES COMING TO MIND.

09:49AM 11     Q.   AND THIS IS WHAT YOU CONSIDERED IN PREPARING YOUR REPORT?

09:49AM 12     A.   CORRECT.

09:49AM 13     Q.   SINCE YOU PREPARED YOUR REPORT, DID YOU CONSIDER ANY

09:49AM 14     ADDITIONAL MATERIALS?

09:49AM 15     A.   I DID, YES.

09:49AM 16     Q.   OKAY.

09:49AM 17     A.   I RECEIVED MORE RECENTLY THE SUMMARY JUDGMENT ORDER THAT

09:49AM 18     WAS ISSUED I BELIEVE IN OCTOBER OF THIS YEAR RELATED TO THIS

09:49AM 19     CASE;

09:49AM 20          I RECEIVED THE STIPULATION OF UNDISPUTED FACTS THAT WERE

09:49AM 21     ISSUED IN THIS CASE; AND,

09:49AM 22          THEN I'VE REVIEWED THE TRIAL TESTIMONY OF MR. ZAGALASKY

09:49AM 23     AND MS. ZAWALSKI, WHICH WAS CONSISTENT I BELIEVE IN MOST

09:49AM 24     RESPECTS TO THE INTERVIEWS THAT I CONDUCTED OF THEM IN DECEMBER

09:49AM 25     OF 2022.

BOYLES DIRECT BY MR. RATINOFF

09:49AM 1   Q.   WAS THERE ANYTHING IN THESE NEW MATERIALS THAT CAUSED YOU

09:50AM 2   TO CHANGE YOUR CALCULATIONS?

09:50AM 3   A.   THE TESTIMONY THAT I REVIEWED OF MR. ZAGALASKY AND

09:50AM 4   MS. ZAWALSKI QUALIFIED, I BELIEVE -- CERTAINLY MR. ZAGALASKY'S

09:50AM 5   TESTIMONY CLARIFIED THE RESELLER MARGIN PERCENTAGE AND HOW THAT

09:50AM 6   WOULD BE APPLIED.

09:50AM 7       AND SO THE CALCULATIONS -- ALTHOUGH THE METHODOLOGY WAS

09:50AM 8   IDENTICAL THAT I DEPLOYED IN THESE UPDATED CALCULATIONS, THE

09:50AM 9   FIGURES WERE DIFFERENT.  SO THE RATE WAS A DIFFERENT RATE THAT

09:50AM 10  HE TESTIFIED TO THAN WHAT I UNDERSTOOD IN GENERATING MY REPORT

09:50AM 11  AND HOW IT WAS TO BE APPLIED.

09:50AM 12  Q.   AND DO YOU RECALL WHAT THE DIFFERENCE IN RESELLER MARGIN

09:50AM 13  OR WHAT THE DIFFERENCE IN RESELLER MARGINS WERE?

09:50AM 14  A.   YES.  THE -- INITIALLY MY UNDERSTANDING WAS THAT THE

09:50AM 15  RESELLER MARGIN GENERALLY RANGED BETWEEN 5 AND 10 PERCENT.

09:51AM 16      I BELIEVE FOR PURPOSES OF MY REPORT WE UTILIZED A

09:51AM 17  6 PERCENT RATE BASED ON A PARTICULAR COMPANY THAT WE REVIEWED.

09:51AM 18      THE APPLICATION OF THAT MARGIN WITHIN MY REPORT APPLIED

09:51AM 19  THAT EXPENSE ONLY TO THE FIRST YEAR OF THE LICENSING AGREEMENT,

09:51AM 20  WHEREAS WHAT I UNDERSTAND FROM THE TESTIMONY OF MR. ZAGALASKY

09:51AM 21  IS THAT THEY WOULD USE INTELLIPEAK AS THEIR PREFERRED PROVIDER

09:51AM 22  WHO HAS A HIGHER RATE AT 7 PERCENT, AND THAT COST IS APPLICABLE

09:51AM 23  TO THE ENTIRE LICENSING STRUCTURE.

09:51AM 24      SO IT ACTUALLY INCREASES COSTS AND DRIVES THE PROFITS

09:51AM 25  DOWN.

BOYLES DIRECT BY MR. RATINOFF

09:51AM 1   Q.   SO THE NET EFFECT WAS WHAT, IMPLYING THAT INTELLIPEAK

09:51AM 2   7 PERCENT ACROSS THE BOARD?

09:51AM 3   A.   THE APPLICATION TO MY CALCULATIONS WAS TO REDUCE THE LOST

09:51AM 4   PROFIT FIGURES.

09:52AM 5   Q.   IT DIDN'T INCREASE?

09:52AM 6   A.   THAT ASPECT DID NOT INCREASE THE CALCULATIONS, NO.

09:52AM 7   Q.   AND DID YOU -- STRIKE THAT.

09:52AM 8       AND CAN YOU GIVE THE COURT -- I'M SORRY.  CAN YOU GIVE THE

09:52AM 9   COURT AN OVERVIEW OF WHAT YOUR OPINIONS WERE AFTER REVIEWING

09:52AM 10  ALL OF THESE MATERIALS?

09:52AM 11  A.   SURE.  SO THE NEXT SLIDE I SUMMARIZED THE OPINIONS THAT

09:52AM 12  ARE PREPARED IN THIS DEMONSTRATIVE, WHICH AS COUNSEL REFERENCED

09:52AM 13  EARLIER, IT'S SORT OF FRAME WORKING AROUND THE CALCULATIONS

09:52AM 14  WITHIN THE INITIAL REPORT.

09:52AM 15      SO AS WE CAN SEE ON THIS SLIDE, I'VE PROVIDED THE COURT

09:52AM 16  WITH A LOW AND A HIGH END RANGE IN PART BASED ON THE

09:52AM 17  CALCULATION THAT I JUST DESCRIBED.

09:52AM 18      BUT AT THE TOP OF THIS SCHEDULE IT TALKS ABOUT THE LOST

09:52AM 19  PROFIT CALCULATIONS OR THE ACTUAL DAMAGES TO NEO4J, THE LOW END

09:52AM 20  BEING -- SHOULD I SPEAK THE NUMBERS?  I'M SORRY, I DON'T KNOW

09:53AM 21  WHERE WE ARE WITH AEO INFORMATION.

09:53AM 22  Q.   THAT'S FINE.  I THINK THE ONLY THING THAT WE'RE CONCERNED

09:53AM 23  ABOUT FOR AEO WOULD BE PRICE LISTS AND THEN PARTICULAR ISSUES

09:53AM 24  DEALING WITH FINANCIAL STATEMENTS FROM NEO4J?

09:53AM 25  A.   UNDERSTOOD.  THANK YOU.

09:53AM 1        SO FROM A LOST PROFITS PERSPECTIVE, BASED ON THE TWO

09:53AM 2    CUSTOMERS OR CLIENTS THAT WE'VE ASSESSED POTENTIAL LOST PROFITS

09:53AM 3    FOR, THE RANGE IS APPROXIMATELY $4.4 MILLION TO $5.46 MILLION

09:53AM 4    OF LOST PROFITS.

09:53AM 5        THAT'S SOMEWHAT IN THE RANGE.  I BELIEVE THE ORIGINAL

09:53AM 6    RANGE OF DAMAGES WAS SLIGHTLY HIGHER THAN THE LOW END AND LOWER

09:53AM 7    THAN THE HIGH END.  SO IT'S IN THE REALM.

09:53AM 8        AS FAR AS THE DEFENDANTS' PROFITS THAT WE HAVE CALCULATED,

09:53AM 9    BASED ON THE ANALYSIS CONDUCTED, I'VE ASSESSED THOSE AT

09:53AM 10   APPROXIMATELY $1.56 MILLION.

09:53AM 11   Q.  AND WAS THERE ANY CHANGE IN YOUR ANALYSIS WITH THE

09:54AM 12   DEFENDANTS' PROFITS SINCE YOU PREPARED YOUR REPORT?

09:54AM 13   A.  NO, I WOULDN'T SAY THAT THERE WAS ANY CHANGE IN EITHER

09:54AM 14   FROM A METHODOLOGY PERSPECTIVE, BUT THE NUMBERS DID NOT CHANGE

09:54AM 15   IN RELATION TO MY REPORT IN REGARDS TO DEFENDANTS' PROFITS.

09:54AM 16        MR. RATINOFF:  YOUR HONOR, I WANT TO BE MINDFUL OF

09:54AM 17   YOUR TIME.  I THINK THIS WOULD BE A PERFECT TIME TO STOP.

09:54AM 18        THE COURT:  OKAY.  LET'S DO THAT.  LET'S TAKE A

09:54AM 19   BREAK NOW.  THANK YOU.

09:54AM 20        WE'LL CONTINUE WITH THE TESTIMONY AFTER THE BREAK AND IN

09:54AM 21   HOPEFULLY ABOUT 45 MINUTES.

09:54AM 22        DURING THIS TIME, COUNSEL CAN REVIEW BOTH THE REPORT AS

09:54AM 23   WELL AS THE DEMONSTRATIVE, AND WE CAN TAKE THAT UP IF YOU WOULD

09:54AM 24   LIKE BEFORE THE WITNESS TESTIFIES.

09:54AM 25        WE'LL BE IN RECESS.  THANK YOU.

09:54AM  1          MR. RATINOFF:  THANK YOU, YOUR HONOR.

09:54AM  2          (RECESS FROM 9:54 A.M. UNTIL 11:15 A.M.)

11:15AM  3          THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

11:15AM  4   PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:15AM  5       WE'LL ASK MR. BOYLES TO RETURN TO THE STAND.

11:16AM  6       BEFORE WE GO FURTHER, I WANTED TO ASK COUNSEL, DID YOU

11:16AM  7   HAVE AN OPPORTUNITY TO REVIEW THE DEMONSTRATIVE?

11:16AM  8          MR. BEENE:  YES, YOUR HONOR, AND WE HAVE REACHED A

11:16AM  9   STIPULATION --

11:16AM  10          THE COURT:  OH.

11:16AM  11          MR. BEENE:  -- ON THE SUMMARY OF OPINION TO DISPENSE

11:16AM  12   WITH THE TESTIMONY MOVING FORWARD.  HE HAS A FEW QUESTIONS HE

11:16AM  13   WANTS TO TALK ABOUT, BUT WE'RE GOING TO -- HE'S GOING TO

11:16AM  14   IDENTIFY SOME OF THE PAGES ON THE DEMONSTRATIVE EVIDENCE, AND

11:16AM  15   THEN I THINK THOSE PAGES CAN BE CONSIDERED EVIDENCE OR

11:16AM  16   STIPULATION, HOWEVER YOU WANT TO HANDLE IT.

11:16AM  17          THE COURT:  OKAY.  SO LET ME JUST ASK A QUESTION.

11:16AM  18   SO 209, IS THAT THE REPORT?

11:16AM  19          MR. RATINOFF:  YES, YOUR HONOR.  AND I BELIEVE IT

11:16AM  20   ACTUALLY WASN'T ADMITTED BECAUSE IT WASN'T ON THE INDEX LIST.

11:17AM  21   IT WAS POINTED OUT TO ME DURING THE BREAK.

11:17AM  22       SO I WOULD ASK THAT 209 BE ADMITTED.

11:17AM  23          THE COURT:  ANY OBJECTION?

11:17AM  24          MR. BEENE:  NO OBJECTION.

11:17AM  25          THE COURT:  ALL RIGHT.  THAT WILL BE ADMITTED.

11:17AM 1          (PLAINTIFFS' EXHIBIT 209 WAS RECEIVED IN EVIDENCE.)

11:17AM 2               THE COURT:  FOR THE PUBLIC RECORD, HOWEVER, THERE

11:17AM 3     ARE SOME PAGES THAT ARE AEO, AND BEFORE IT'S ADMITTED, I'LL ASK

11:17AM 4     YOU TO REVIEW THOSE AND REDACT THOSE BEFORE IT GOES ON THE

11:17AM 5     PUBLIC FILE.

11:17AM 6               MR. RATINOFF:  ABSOLUTELY, YOUR HONOR.  WE DO HAVE A

11:17AM 7     REDACTED VERSION.  I CAN GET THAT ON FILE OR SEND IT.

11:17AM 8               THE COURT:  SURE.  YOU CAN COORDINATE WITH OUR

11:17AM 9     COURTROOM DEPUTY.

11:17AM 10              MR. RATINOFF:  RIGHT.  AND I'LL GET THAT TO YOU.

11:17AM 11         BUT I GUESS IT'S SOMEWHAT MOOTED.  AS COUNSEL MENTIONED,

11:17AM 12    WE STIPULATED.  IF YOU WOULD LOOK AT PAGE 4 OF THE

11:17AM 13    DEMONSTRATIVE OR SLIDE 4.

11:17AM 14              THE COURT:  YES.

11:17AM 15              MR. RATINOFF:  WE STIPULATED TO THESE AMOUNTS, THE

11:17AM 16    RANGE FOR BOTH NEXT CENTURY, MPO, AND THE INTERNAL REVENUE

11:17AM 17    SERVICE IS LOST NET PROFITS FOR NEO4J.

11:18AM 18         BUT BECAUSE THERE IS A RANGE, I DO WANT TO HAVE

11:18AM 19    MR. BOYLES, FOR THE COURT'S BENEFIT, EXPLAIN HOW OR WHY THOSE

11:18AM 20    RANGES EXIST AND HOW WE GOT TO THEM.  SO THAT WOULD BE VERY

11:18AM 21    BRIEF, MUCH MORE BRIEF THAN ORIGINALLY ANTICIPATED.

11:18AM 22         WITH RESPECT TO THE SECOND PIECE OF DEFENDANTS' PROFIT

11:18AM 23    SUBJECT TO DISGORGEMENT OR AS A SUBSTITUTE FOR PLAINTIFFS'

11:18AM 24    PROFITS, WE'VE STIPULATED TO THESE AMOUNTS BEING PAID IN TOTAL

11:18AM 25    TO MR. SUHY AND/OR IGOV.

BOYLES DIRECT BY MR. RATINOFF

11:18AM  1        IN THE CASE OF ASR ANALYTICS, THE CONTRACT IS WITH IGOV,

11:18AM  2  BUT WITH THE INTERNAL REVENUE SERVICE, I BELIEVE THE FIRST

11:18AM  3  $300,000 WAS PAID TO MR. SUHY PERSONALLY AND THEN THE REMAINDER

11:18AM  4  WAS EITHER -- THERE WAS SOME SWITCH OVER TO IGOV BEING THE

11:18AM  5  RECIPIENT.

11:18AM  6        IS THAT FAIR?

11:18AM  7            MR. BEENE:  YES.  ON THE SLIDE DECK, PAGE 29

11:18AM  8  SHOWS -- IT'S CALLED DEFENDANTS' PROFITS TOTAL OF 1,562,083.

11:19AM  9  THAT IS A CALCULATION OF THE PROFITS THAT EITHER IGOV AND/OR

11:19AM 10  JOHN SUHY RECEIVED, SO THAT THAT NUMBER IS CALCULATED

11:19AM 11  ACCURATELY AND IT'S THE AMOUNT OF.

11:19AM 12            THE COURT:  OKAY.

11:19AM 13            MR. BEENE:  WE'RE JUST -- WE'RE AGREEING TO THE

11:19AM 14  AMOUNTS, NOT TO CAUSATION.

11:19AM 15            THE COURT:  UNDERSTOOD.

11:19AM 16        WHAT I WOULD LIKE YOU TO DO THEN IS TO FILE A STIPULATION.

11:19AM 17            MR. RATINOFF:  SURE.

11:19AM 18            THE COURT:  JUST PUT THIS IN A STIPULATION SO THE

11:19AM 19  RECORD IS CLEAR AS TO WHAT THESE FIGURES ARE.

11:19AM 20            MR. BEENE:  SURE.

11:19AM 21            THE COURT:  WHAT THE STIPULATION CAPTURES.

11:19AM 22        DOES THAT MAKE SENSE?

11:19AM 23            MR. RATINOFF:  YES, YOUR HONOR.  AND MR. BOYLES WILL

11:19AM 24  PROVIDE TESTIMONY IN THE RECORD, AND WE'LL CITE TO HIS

11:19AM 25  TESTIMONY IN THE STIPULATION TO EXPLAIN THE RANGES I GUESS

11:19AM  1    WOULD BE THE BEST WAY TO DO IT.

11:19AM  2              THE COURT:  OKAY.

11:19AM  3              MR. BEENE:  SO I THINK THAT'S A LONGER ANSWER TO

11:19AM  4    YOUR QUESTION, BUT MAYBE A BETTER ANSWER TO YOUR QUESTION.

11:20AM  5              THE COURT:  WELL, THANK YOU.

11:20AM  6         THE QUESTION I WAS GOING TO ASK INITIALLY IS DO YOU NEED

11:20AM  7    MORE TIME TO REVIEW ANY OF THIS?  IT SOUNDS LIKE --

11:20AM  8              MR. BEENE:  WE'VE TAKEN CARE OF IT.

11:20AM  9              THE COURT:  OKAY.  THANK YOU.

11:20AM 10              MR. BEENE:  THANK YOU.

11:20AM 11              THE COURT:  ANYTHING FURTHER BEFORE WE CONTINUE WITH

11:20AM 12    THE WITNESS'S TESTIMONY?

11:20AM 13              MR. RATINOFF:  NO, YOUR HONOR.

11:20AM 14              THE COURT:  ANYTHING FROM THE DEFENSE BEFORE WE

11:20AM 15    CONTINUE WITH THE TESTIMONY OF THIS WITNESS?

11:20AM 16              MR. BEENE:  NO, YOUR HONOR.

11:20AM 17              THE COURT:  OKAY.  THANK YOU.

11:20AM 18    BY MR. RATINOFF:

11:20AM 19    Q.  ALL RIGHT.  MR. BOYLES, AS YOU'VE HEARD, THERE'S BEEN A

11:20AM 20    DISCUSSION AMONGST THE PARTIES AND SORT OF NARROWING THE SCOPE

11:20AM 21    OF YOUR TESTIMONY HERE TODAY.

11:20AM 22         BUT AS YOU MENTIONED EARLIER, YOU DETERMINED THERE WAS A

11:20AM 23    RANGE OF DAMAGES POTENTIALLY FOR BOTH THE NEXT CENTURY, MPO

11:20AM 24    LOST SALE OPPORTUNITY, AND THE IRS USE OF ONGDB; CORRECT?

11:20AM 25    A.  CORRECT.

BOYLES DIRECT BY MR. RATINOFF

| | | |
|---|---|---|
| 11:20AM | 1 | Q.   AND FOR THE COURT'S BENEFIT, I THINK WE CAN START WITH -- |
| 11:21AM | 2 | LET'S SEE, I THINK IT'S SLIDE 13. |
| 11:21AM | 3 |       ACTUALLY, LET'S BACK UP THERE FOR A SECOND JUST SO WE'RE |
| 11:21AM | 4 | CLEAR.  THIS PARTICULAR PAGE IS AEO, SO I WOULD JUST HAVE IT |
| 11:21AM | 5 | NOT PUBLISHED AT THIS TIME. |
| 11:21AM | 6 |             THE COURT:  WHAT PAGE? |
| 11:21AM | 7 |             MR. RATINOFF:  IT'S PAGE 11. |
| 11:21AM | 8 |             THE COURT:  OKAY.  BEFORE WE PUBLISH THAT, WE'LL |
| 11:21AM | 9 | TAKE IT DOWN ON OUR SCREENS. |
| 11:21AM | 10 |             THE CLERK:  IT'S NOT SHOWN TO THE PUBLIC, |
| 11:21AM | 11 | YOUR HONOR. |
| 11:21AM | 12 |             THE COURT:  OKAY.  WAS IT SHOWN ON YOUR SCREEN? |
| 11:21AM | 13 |             THE WITNESS:  IT WAS. |
| 11:21AM | 14 |             THE COURT:  NOT NOW? |
| 11:21AM | 15 |             THE WITNESS:  NOT NOW. |
| 11:21AM | 16 |             THE COURT:  SO YOU HAVE A HARD COPY THOUGH? |
| 11:21AM | 17 |             THE WITNESS:  NOW IT'S BACK UP. |
| 11:21AM | 18 |             THE COURT:  OKAY. |
| 11:21AM | 19 | BY MR. RATINOFF: |
| 11:21AM | 20 | Q.   AND THIS CHART IS IN REFERENCE TO A PARTICULAR EXHIBIT; |
| 11:21AM | 21 | CORRECT? |
| 11:21AM | 22 | A.   ARE YOU TALKING ABOUT PAGE 11? |
| 11:21AM | 23 | Q.   YES. |
| 11:21AM | 24 | A.   YES, IT IS. |
| 11:22AM | 25 | Q.   AND CAN YOU BRIEFLY EXPLAIN WHAT YOU UNDERSTAND THE CHART |

11:22AM 1   ON PAGE 11 TO BE?

11:22AM 2   A.   YES.  THIS IS AN EXTRACTION FROM A PROPOSAL THAT WAS

11:22AM 3   PROVIDED BY NEO4J TO NEXT CENTURY OR MPO RELATED TO A PROPOSED

11:22AM 4   LICENSE AGREEMENT WITH BOTH GROSS AND WITH POTENTIAL DISCOUNTS

11:22AM 5   FOR PREPAYMENT.

11:22AM 6   Q.   AND THIS IS A LOST SALE THAT YOU IDENTIFIED?

11:22AM 7   A.   YES, IT IS.

11:22AM 8   Q.   AND HOW DID YOU IDENTIFY THIS LOST SALE?

11:22AM 9   A.   WELL, INITIALLY I UNDERSTOOD THAT THE COURT HAD ALREADY

11:22AM 10  PROVIDED AN ORDER THAT THIS WAS IDENTIFIED AS A LOST SALE.

11:22AM 11      IN FURTHERANCE TO THAT, I, THROUGH MY ANALYSIS, I DID

11:22AM 12  IDENTIFY THAT THE PROPOSAL MET THE PARAMETERS THAT THE

11:22AM 13  NEXT CENTURY AND MPO WERE LOOKING FOR AS FAR AS THE NUMBER OF

11:22AM 14  MACHINES AND THE NUMBER OF CORES THAT WERE DESIRED AND THE TYPE

11:23AM 15  OF FEATURES THAT WERE PRESENTED OR PROVIDED FOR WITHIN NEO4J

11:23AM 16  WAS APPROPRIATE FOR WHAT THEIR NEEDS WERE AND THE ONLY

11:23AM 17  ALTERNATIVE SEEMED TO BE THE ONGDB.

11:23AM 18  Q.   AND THEN I NOTE THAT THERE ARE TWO NUMBERS THAT ARE

11:23AM 19  HIGHLIGHTED HERE IN PAGE 11 ON THIS TABLE.

11:23AM 20  A.   YES.

11:23AM 21  Q.   AND WHY ARE THOSE NUMBERS HIGHLIGHTED?

11:23AM 22  A.   WELL, THE FIRST NUMBER ON THE FAR RIGHT IS IDENTIFIED AS

11:23AM 23  TOTAL SUBSCRIPTION FEE.  THAT IS THE GROSS FEE OF A LICENSE

11:23AM 24  OVER A THREE YEAR PERIOD, ASSUMING THERE'S NO DISCOUNT.

11:23AM 25      SO THE ASSUMPTION OF THAT FIGURE IS THAT THERE WOULD NOT

11:23AM 1    BE A PREPAYMENT AS WAS REFLECTED WITHIN THE LICENSE PROPOSAL.

11:23AM 2        THE SECOND FIGURE IDENTIFIED OR HIGHLIGHTED IS THE

11:23AM 3    $2.26 MILLION FIGURE.  THAT IS UNDER THE ASSUMPTION THAT A

11:23AM 4    MULTI YEAR SUBSCRIPTION WITH UP-FRONT PAYMENT IS AGREED TO BY

11:24AM 5    THE PARTIES AND SO THERE WOULD BE A 15 PERCENT DISCOUNT,

11:24AM 6    ASSUMING THAT THAT PAYMENT IS PROVIDED UP-FRONT.

11:24AM 7        THE COURT:  ARE THESE FIGURES, ARE THESE FIGURES

11:24AM 8    AEO?

11:24AM 9        MR. RATINOFF:  NO, THE FIGURES THEMSELVES ARE NOT.

11:24AM 10   IT'S THE COSTS AND THINGS LIKE THAT THAT ARE.

11:24AM 11       THE COURT:  OKAY.  SO I DON'T NEED TO STRIKE THE

11:24AM 12   22 -- THE NUMBER THAT WAS STATED?

11:24AM 13       MR. RATINOFF:  NO.

11:24AM 14       THE COURT:  OKAY.

11:24AM 15       MR. RATINOFF:  THANK YOU, YOUR HONOR, THOUGH, FOR

11:24AM 16   THAT.

11:24AM 17   Q.  AND THEN TURNING TO SLIDE 13, CAN YOU PLEASE WALK THE

11:24AM 18   COURT THROUGH WHAT THESE NUMBERS REPRESENT AND WHY THERE'S TWO

11:24AM 19   COLUMNS FOR DISCOUNTED FEE AND UNDISCOUNTED FEE CALCULATIONS?

11:24AM 20   A.  CERTAINLY.  SO THIS IS THE SUMMARY CALCULATION OF LOST

11:24AM 21   PROFITS.

11:24AM 22       STARTING WITH THE DISCOUNTED FEE ON THE LEFT, WHICH IS

11:24AM 23   SORT OF THE MIDDLE COLUMN, WE START WITH THE 2,266,000 THAT WE

11:25AM 24   JUST SAW FROM SLIDE 11.  THAT IS THE DISCOUNTED FEE.

11:25AM 25       SO THE ASSUMPTION HERE IS THAT THE PARTIES WOULD HAVE

BOYLES DIRECT BY MR. RATINOFF

11:25AM  1    ENTERED INTO A LICENSING AGREEMENT, THREE YEAR LICENSING

11:25AM  2    UP-FRONT PAYMENT, INCLUDING A 15 PERCENT DISCOUNT AGAINST THE

11:25AM  3    FEE.

11:25AM  4        WE THEN HAVE PROVIDED THE RESELLER FEE OF 7 PERCENT, WHICH

11:25AM  5    IS APPLICABLE TO THE ENTIRETY OF THE LICENSING REVENUE.  SO

11:25AM  6    2,266,000 TIMES 7 PERCENT IS 158,687.

11:25AM  7        THAT IS THEN SUBTRACTED FROM THE FEE TO THEN APPLY THE

11:25AM  8    NEXT LEVEL OF COSTS.  SO WE'RE LEFT WITH 2,108,000 ROUGHLY.

11:25AM  9        WE THEN APPLY EMPLOYEE COMMISSIONS.  THE RATE WE INITIALLY

11:25AM 10    SET IN MY REPORT WAS 15.26 PERCENT.  THAT 15.26 PERCENT IS

11:26AM 11    APPLIED TO THE ENTIRE $2.1 MILLION SUBTOTAL.

11:26AM 12        AND THE REASON IT'S APPLIED TO THE ENTIRE FIGURE IS THAT

11:26AM 13    IT'S AN UP-FRONT PAYMENT AND SO THE COMMISSIONS ARE PROVIDED

11:26AM 14    FOR IN THE YEAR THAT THE CONTRACT IS PAID, THE FIRST YEAR

11:26AM 15    EFFECTIVELY.

11:26AM 16        SO SINCE IT'S ALL PAID IN THE FIRST YEAR, THAT EMPLOYEE

11:26AM 17    COMMISSION IS MUCH HIGHER THAN WE'LL SEE IN THE NEXT COLUMN.

11:26AM 18        SUBTRACTING THE 321 OF EMPLOYEE COMMISSIONS FROM THE

11:26AM 19    $2.1 MILLION FIGURE LEAVES US WITH LOST PROFITS OF 1,786,542.

11:26AM 20        I'VE ALSO DONE JUST BELOW THAT, STAYING IN THE DISCOUNTED

11:26AM 21    FEE COLUMN, A CALCULATION UTILIZING A 13.27 PERCENT COMMISSION

11:26AM 22    RATE INSTEAD OF THE 15.26.  THE REASON BEING, BASED ON THE

11:26AM 23    TESTIMONY THAT WAS PROVIDED AT TRIAL, THAT THERE WERE THE TWO

11:26AM 24    RATES THAT WOULD BE POTENTIALLY APPLICABLE.  I WANTED TO SIMPLY

11:27AM 25    PROVIDE THE COURT WITH AN OPTION TO MAKE A FACT DETERMINATION

11:27AM  1    AND HAVE A CALCULATION IN FRONT OF HIM.

11:27AM  2        SO INSTEAD OF THE $321,000 OF EMPLOYEE COMMISSIONS ABOVE,

11:27AM  3    IT WOULD BE A SMALLER NUMBER WITH THE RESULT BEING 1,828,497

11:27AM  4    INSTEAD OF THE 1,786,000 RESULT.

11:27AM  5        THE COLUMN TO THE RIGHT IS THE UNDISCOUNTED FEE.

11:27AM  6            THE COURT:  PARDON ME.  SO THE DELTA BETWEEN THOSE

11:27AM  7    TWO, THE 1.7 AND THE 1.8 IS THE 13 PERCENT COMMISSION?

11:27AM  8            THE WITNESS:  IT'S THE DIFFERENCE BETWEEN THE

11:27AM  9    13 PERCENT AND THE 15 PERCENT.

11:27AM 10            THE COURT:  OKAY.

11:27AM 11            THE WITNESS:  THE NEXT COLUMN IS THE UNDISCOUNTED

11:27AM 12    FEE THAT AGAIN WE JUST SAW ON SLIDE 11, IT'S THE GROSS

11:27AM 13    LICENSING REVENUE.

11:27AM 14        SO THE ASSUMPTION THERE IS THAT NEXT CENTURY DID NOT

11:27AM 15    PROVIDE AN UP-FRONT PAYMENT.  THEY WOULD LICENSE IT YEAR OVER

11:27AM 16    YEAR AT THE GROSS AMOUNT OF 889,000, SO THE RESULT BEING

11:28AM 17    2,667,000 OF LOST LICENSING REVENUE.

11:28AM 18        THE RESELLER FEE IS NOW HIGHER BECAUSE IT'S APPLIED TO A

11:28AM 19    HIGHER REVENUE FIGURE.  SO SIMPLY 2.667 TIMES 7 PERCENT RESULTS

11:28AM 20    IN A SUBTOTAL OF 2,480,000.

11:28AM 21        WE THEN APPLY THE EMPLOYEE COMMISSIONS JUST LIKE WE DID

11:28AM 22    BEFORE.  THE DIFFERENCE IS THAT WE'RE ONLY APPLYING IT TO THAT

11:28AM 23    FIRST YEAR OF LOST REVENUE.

11:28AM 24        SO EFFECTIVELY THE 15.26 PERCENT IS MULTIPLIED BY THE

11:28AM 25    889,000 OF THE FIRST YEAR REVENUE MINUS THE RESELLER FEE.  SO

11:28AM   1        IT'S CLEARLY MUCH LOWER BECAUSE THE COMMISSIONS DO NOT APPLY TO

11:28AM   2        SUBSEQUENT RENEWAL PERIODS.

11:28AM   3            SO THIS LOST PROFIT FIGURE IS GOING TO BE HIGHER AT

11:28AM   4        $2.35 MILLION, AND THEN AGAIN RUNNING THE SAME CALCULATION

11:28AM   5        UTILIZING THE 13 PERCENT EMPLOYEE COMMISSION AS A SLIGHTLY

11:29AM   6        HIGHER, YOU CAN SEE ABOUT $16,000 OR SO AT 2,370,000.

11:29AM   7        BY MR. RATINOFF:

11:29AM   8        Q.   AND WHAT WAS THE DIFFERENCE BETWEEN APPLYING OR WHAT LED

11:29AM   9        YOU TO APPLY THE 13.27 PERCENT AS AN ALTERNATE TO

11:29AM  10        15.26 PERCENT?

11:29AM  11        A.   WELL, AGAIN, THE IDEA WAS -- THERE'S A COUPLE OF REASONS,

11:29AM  12        IN FACT, ONE BEING THE FACT THAT THE HYPOTHETICAL NEGOTIATION

11:29AM  13        WOULD HAVE TAKEN PLACE IN 2019.

11:29AM  14            IN 2019 THE COMMISSION RATE AVERAGE 13.27 PERCENT.

11:29AM  15            THE YEAR PRIOR, IN 2018, IT WAS 15.26 PERCENT.

11:29AM  16            AND SINCE WE DIDN'T RECEIVE ANY COST INFORMATION ON THE

11:29AM  17        COMMISSIONS SUBSEQUENT TO 2019, WE ENDED UP INITIALLY GOING

11:29AM  18        WITH THE 15.26 PERCENT.

11:30AM  19            HOWEVER, AGAIN, BASED ON THE TESTIMONY THAT I UNDERSTOOD

11:30AM  20        WAS PROFFERED AT TRIAL BY MS. ZAWALSKI, I WANTED TO AT LEAST

11:30AM  21        OFFER THE ALTERNATIVES.

11:30AM  22        Q.   AND THEN JUST TURNING YOUR BINDER TO EXHIBIT 118.  THIS

11:30AM  23        HAS BEEN MARKED AS AEO.

11:30AM  24        A.   I'M THERE.

11:30AM  25        Q.   OKAY.  AND DO YOU RECOGNIZE EXHIBIT 118?

11:30AM  1    A.   I DO.

11:30AM  2    Q.   AND WHAT DO YOU UNDERSTAND 118 TO BE?

11:30AM  3    A.   I UNDERSTAND THAT THIS IS THE PROPOSAL THAT WAS SENT BY

11:30AM  4    NEO4J TO THE MARYLAND PROCUREMENT OFFICE FOR THE NEXT CENTURY,

11:30AM  5    EXCUSE ME, PROPOSAL, WHICH IS WHAT WE ARE LOOKING AT ON

11:30AM  6    SLIDE 11 OR AN EXCERPT FROM THAT ON SLIDE 11.

11:30AM  7    Q.   AND WITH RESPECT TO APPLYING THE 15 PERCENT DISCOUNT

11:31AM  8    VERSUS NOT APPLYING, WHAT WAS THE BASIS FOR PROVIDING THOSE

11:31AM  9    ALTERNATIVES?

11:31AM  10   A.   EXCUSE ME.  WELL, AS I UNDERSTOOD IT, THERE WERE OTHER

11:31AM  11   TRANSACTIONS CONDUCTED BETWEEN THE MPO AND NEO4J.  SOME OF

11:31AM  12   THOSE TRANSACTIONS WERE FOR SINGLE YEAR LICENSING AND AT LEAST

11:31AM  13   ONE WAS FOR A MULTI YEAR TRANSACTION.

11:31AM  14        SO, AGAIN, BASED ON THE TESTIMONY AND THAT UNDERSTANDING,

11:31AM  15   I WANTED TO PROVIDE THE COURT WITH THE OPPORTUNITY TO MAKE THE

11:31AM  16   FACTUAL DETERMINATION AS TO WHETHER OR NOT IT WOULD HAVE BEEN A

11:31AM  17   SINGLE YEAR WITH RENEWALS OR AN UP-FRONT PAYMENT THREE YEAR

11:31AM  18   LICENSE.

11:31AM  19   Q.   AND YOU REFERRED TO ADDITIONAL SALES.  WHERE DID YOU SEE

11:31AM  20   THOSE ADDITIONAL SALES?

11:31AM  21   A.   IT WAS ON A DOCUMENT.  I BELIEVE IT'S A MONTHLY CLOSING

11:32AM  22   WIN TYPE OF DOCUMENT THAT IS PREPARED BY NEO4J THAT IDENTIFIES

11:32AM  23   EACH TRANSACTION OR EACH LICENSE AND WHETHER OR NOT IT'S A NEW

11:32AM  24   LICENSE, A RENEWAL, OR AN UP SALE TYPE OF TRANSACTION.

11:32AM  25   Q.   EXCUSE ME ONE SECOND.

11:32AM   1          (DISCUSSION OFF THE RECORD.)

11:32AM   2              MR. RATINOFF:  YOUR HONOR, I'M GOING TO HAVE

11:32AM   3   EXHIBIT 15 PUT UP.  IT'S ALSO AN AEO DESIGNATED DOCUMENT.

11:32AM   4          MR. BEENE, IN A SECOND I'LL HAVE YOU REFER TO YOUR

11:32AM   5   MONITOR.  IT'S NOT A HARD COPY EXHIBIT.

11:32AM   6   Q.   YOU SHOULD SEE AN EXCEL SPREADSHEET IN FRONT OF YOU RIGHT

11:33AM   7   NOW.

11:33AM   8   A.   I DO.

11:33AM   9   Q.   OKAY.  DO YOU RECOGNIZE -- TAKE YOUR TIME SCROLLING

11:33AM  10   THROUGH IT.

11:33AM  11          DO YOU RECOGNIZE WHAT HAS BEEN MARKED AND ADMITTED AS

11:33AM  12   EXHIBIT 15?

11:33AM  13   A.   YES, I DO.

11:33AM  14   Q.   OKAY.  AND WHAT IS IT?

11:33AM  15   A.   THIS IS THE DOCUMENT THAT I WAS DESCRIBING THAT I REVIEWED

11:33AM  16   THAT REFERENCES THE MONTHLY CLOSINGS OR PROJECTS WON.

11:33AM  17   Q.   AND IN REFERENCE TO THE MPO?

11:33AM  18   A.   THE -- YES, THIS ACTUALLY REFERS TO BOTH THE LICENSING AS

11:33AM  19   WELL AS THE MPO TOWARDS THE BOTTOM.

11:33AM  20   Q.   AND THEN YOU ALSO HAD THE INTERNAL REVENUE SERVICE'S, A

11:33AM  21   RANGE OF LOST REVENUE; CORRECT?

11:33AM  22   A.   I DID, YES.

11:33AM  23   Q.   OKAY.  LET'S GO AHEAD AND TURN TO SLIDE 28.  IT LOOKS LIKE

11:34AM  24   WE'RE MISSING THE -- IT LOOKS LIKE THERE'S A TABLE MISSING FROM

11:34AM  25   THE ELECTRONIC VERSION.

11:34AM 1    A.   IT SHOULD BE THERE NOW.

11:34AM 2    Q.   OH, THERE IT IS.  OKAY.  ANIMATION.

11:34AM 3         ALL RIGHT.  COULD YOU PLEASE WALK THE COURT THROUGH THESE

11:34AM 4    FOUR FIGURES THAT ARE IN THIS SLIDE 28?

11:34AM 5    A.   CERTAINLY.  SO THIS PROCESS IS EFFECTIVELY IDENTICAL TO

11:34AM 6    WHAT I JUST DESCRIBED FOR MPO.  IT'S A LITTLE MORE SUMMARIZED

11:34AM 7    BECAUSE THERE'S MORE PROJECTS FOR THE IRS AS YOU CAN SEE

11:34AM 8    STARTING WITH THE CKGE AND DOWN TO THE GHOST PREP.

11:34AM 9         ADDITIONALLY, THESE PROJECTS WERE -- EFFECTIVELY WOULD

11:34AM 10   HAVE BEEN LICENSED OVER A PERIOD OF TIME, SO THE STARTING POINT

11:35AM 11   IS NOT ALWAYS THE SAME YEAR.

11:35AM 12        WITH CKGE, WE STARTED IN 2018 BASED ON AN INITIAL

11:35AM 13   PROPOSAL.

11:35AM 14        SO, AGAIN, STARTING WITH THE FAR LEFT-HAND SIDE, THE

11:35AM 15   DIFFERENCE BETWEEN THE TWO LARGE TABLES I GUESS WE CAN SEE ON

11:35AM 16   THE LEFT-HAND SIDE THE CALCULATION IS BASED ON A 15.26 PERCENT

11:35AM 17   EMPLOYEE COMMISSION AS REFERENCED ON THE BOTTOM, WHEREAS THE

11:35AM 18   TABLE ON THE RIGHT, THE ONLY DIFFERENCE IS THE 13.27 PERCENT IS

11:35AM 19   APPLIED TO CALCULATE THOSE LOST PROFITS.

11:35AM 20        WITHIN THE TABLES THERE'S, AGAIN, A DISCOUNTED AND

11:35AM 21   UNDISCOUNTED FEE.

11:35AM 22        THE DISCOUNTED FEE GOES THROUGH A COUPLE OF HYPOTHETICAL

11:35AM 23   NEGOTIATION ELEMENTS.  ONE IS THAT THE IRS WOULD HAVE

11:35AM 24   NEGOTIATED FOR ONLY ONE TEST MACHINE EVEN THOUGH THE PROPOSALS

11:36AM 25   WITH THE IRS AND THE PRICE LISTS INDICATED THAT THERE WOULD BE

BOYLES DIRECT BY MR. RATINOFF

11:36AM  1    ONE TEST MACHINE PER PRODUCT OR PER PRODUCTIVITY MACHINE.

11:36AM  2         SO WE PULLED OUT THAT COST.

11:36AM  3         ADDITIONALLY, THE ORIGINAL PRICE LIST FOR YK1 CORPORATION

11:36AM  4    ALSO ESCALATED AFTER THE FIRST YEAR LICENSE ARRANGEMENT, SO WE

11:36AM  5    ESTIMATED THAT THE IRS WOULD HAVE NEGOTIATED FOR THE ORIGINAL

11:36AM  6    PRICE LIST, WHICH IS A SMALL $10,000 PER YEAR ADJUSTMENT.

11:36AM  7         ULTIMATELY, THOUGH, BASED ON OTHER WORK REVIEWED, IT

11:36AM  8    APPEARED AS THOUGH THERE WOULD BE POTENTIALLY A 15 PERCENT

11:36AM  9    DISCOUNT APPLIED TO THE IRS LICENSING FEE ARRANGEMENT.

11:36AM 10         AND SO THE DISCOUNTED SUBSCRIPTION FEE ALSO ADDS THAT 15

11:36AM 11    PERCENT REDUCTION TO THE LIST PRICES ON TOP OF THE OTHER THINGS

11:36AM 12    THAT I JUST MENTIONED.

11:36AM 13         SO APPLYING THAT, JUST AS WE DID BEFORE WE STARTED WITH A

11:37AM 14    DISCOUNTED REVENUE BASED ON A NEGOTIATION;

11:37AM 15         WE THEN APPLY THAT SAME 7 PERCENT RESELLER MARGIN, THAT'S

11:37AM 16    SUBTRACTED OUT;

11:37AM 17         WE THEN APPLY THE 15.26 EMPLOYEE COMMISSION RATE AGAINST

11:37AM 18    THAT NET RESELLER MARGIN REVENUE, AND THAT ENDS UP WITH THE

11:37AM 19    FIGURES THAT WE SEE IN THAT FIRST COLUMN OF NUMBERS STARTING

11:37AM 20    WITH THE 1.299 MILLION.

11:37AM 21         AGAIN, THE DIFFERENCE BETWEEN THAT AND THE COLUMN NEXT TO

11:37AM 22    IT WHERE CKGE IS 1.5, WE SIMPLY HAVE NOT DISCOUNTED FOR THE

11:37AM 23    15 PERCENT BETWEEN THE IRS AND NEO4J BASED ON THE ASSUMPTION OR

11:37AM 24    BASED ON THE UNDERSTANDING THAT SOME OF THOSE DEALS THAT NEO4J

11:37AM 25    AND THE IRS ENTERED INTO PREVIOUSLY WERE ALSO ONE YEAR DEALS,

| | | |
|---|---|---|
| 11:37AM | 1 | NOT MULTI YEAR, AND WOULD NOT TRIGGER A DISCOUNT PER THE PRICE |
| 11:37AM | 2 | LIST. |
| 11:37AM | 3 | Q.   AND IN RELATION TO THOSE OTHER DEALS WITH THE IRS, CAN YOU |
| 11:38AM | 4 | PLEASE TURN BACK TO EXHIBIT 15, AGAIN AEO. |
| 11:38AM | 5 | YOU SHOULD HAVE THE SPREADSHEET BEFORE YOU AGAIN. |
| 11:38AM | 6 | A.   I DO. |
| 11:38AM | 7 | Q.   AND DID YOU UTILIZE THE SPREADSHEET IN DETERMINING YOUR |
| 11:38AM | 8 | CALCULATIONS? |
| 11:38AM | 9 | A.   I DID.  AND IF YOU SCROLL TO THE RIGHT SLIGHTLY, YOU |
| 11:38AM | 10 | SHOULD BE ABLE TO SEE THAT THE TERM OF EACH OF THESE DEALS -- |
| 11:38AM | 11 | RIGHT THERE IS FINE.  SO THE TERM START DATE IN COLUMN L AND |
| 11:38AM | 12 | END DATE IN COLUMN M AS IN MARY, YOU CAN SEE FOR THE IRS, THESE |
| 11:38AM | 13 | ARE ALL EFFECTIVELY ONE YEAR DEALS. |
| 11:38AM | 14 | SO PER PRICE LIST WOULD NOT BE APPLICABLE FOR A DISCOUNT. |
| 11:38AM | 15 | Q.   AND THEN YOU MENTION WITH THE CKGE THERE WERE TWO |
| 11:38AM | 16 | HYPOTHETICAL NEGOTIATIONS; CORRECT? |
| 11:38AM | 17 | A.   I DON'T KNOW IF I MENTIONED IT.  I CAN'T RECALL, BUT THERE |
| 11:38AM | 18 | WERE TWO HYPOTHETICAL NEGOTIATIONS WITHIN THAT PARTICULAR |
| 11:39AM | 19 | TRANSACTION.  THE FIRST, BASED ON A LIMITED NUMBER OF MACHINERY |
| 11:39AM | 20 | BEING LICENSED, AND THEN THAT WAS ESCALATED IN THE SUBSEQUENT |
| 11:39AM | 21 | YEAR BEING APRIL OF 2019.  I'M SORRY, AUGUST OF 2019. |
| 11:39AM | 22 | MR. RATINOFF:  YOUR HONOR, MR. BOYLES HAS SLIDES |
| 11:39AM | 23 | THAT PROVIDE A MORE NUANCED OR EACH INSTANCE IN A HYPOTHETICAL |
| 11:39AM | 24 | NEGOTIATION.  WE'RE HAPPY TO GO THROUGH THAT IF THE COURT WOULD |
| 11:39AM | 25 | LIKE US TO. |

11:39AM  1                    THE COURT:  WELL, EXCUSE ME.  IT'S YOUR CASE.

11:39AM  2                    MR. RATINOFF:  OKAY.

11:39AM  3                    THE COURT:  IF YOU WANT ME TO LOOK AND UNDERSTAND

11:39AM  4       THIS, THAT'S FINE.

11:39AM  5       BY MR. RATINOFF:

11:39AM  6       Q.  I KNOW THIS IS A LITTLE MORE COMPLICATED THAN THE MPO, SO

11:39AM  7       PERHAPS WE CAN JUST BRIEFLY GO THROUGH SLIDES 19 AND 20.

11:39AM  8                    THE COURT:  I'M SORRY.

11:39AM  9                    MR. BEENE:  EXCUSE ME.  I OBJECT.  YOU KNOW, WE

11:39AM 10       STIPULATED TO THE FACTS.  WE DON'T NEED TO CONTINUE.  THESE

11:40AM 11       ISSUES ARE TO BE FINISHED.  WE'RE TRYING TO ACCELERATE THE

11:40AM 12       TRIAL, NOT --

11:40AM 13                    THE COURT:  I UNDERSTAND.

11:40AM 14                    MR. BEENE:  SO WE AGREED THAT THEY COULD DISCERN THE

11:40AM 15       DIFFERENCE BETWEEN THE HIGH AND THE LOW, AND THEY'VE DONE THAT.

11:40AM 16                    THE COURT:  WELL, IT WOULD BE HELPFUL FOR ME TO GO

11:40AM 17       THROUGH JUST THIS ONE EXERCISE AND LET'S SEE HOW THIS WORKS.

11:40AM 18            SO WHY DON'T YOU PROCEED WITH THIS.

11:40AM 19                    MR. RATINOFF:  THANK YOU, YOUR HONOR.

11:40AM 20            I MEAN, IF COUNSEL WANTS TO STIPULATE TO THE HIGHS, WE CAN

11:40AM 21       STOP.

11:40AM 22                    THE COURT:  WHY DON'T YOU GO FORWARD WITH THIS.

11:40AM 23       BY MR. RATINOFF:

11:40AM 24       Q.  ALL RIGHT.  MR. BOYLES, WOULD IT BE BENEFICIAL, DO YOU

11:40AM 25       THINK, OR LET'S GO AHEAD AND START WITH -- I BELIEVE IT WAS

| | | |
|---|---|---|
| 11:40AM | 1 | SLIDE -- LET'S GO AHEAD AND START WITH SLIDE 17. |
| 11:40AM | 2 | THE COURT:  16? |
| 11:41AM | 3 | MR. RATINOFF:  I'M SORRY, 17. |
| 11:41AM | 4 | Q.   AND YOU HAD MENTIONED YOU DETERMINED DIFFERENT |
| 11:41AM | 5 | YEAR-TO-YEAR CONTRACTS; IS THAT CORRECT? |
| 11:41AM | 6 | A.   I REVIEWED THE PRICE LISTS UNDER THE ASSUMPTION FOR EACH |
| 11:41AM | 7 | YEAR, UNDER THE ASSUMPTION THAT THERE WOULD BE ANNUAL RENEWALS |
| 11:41AM | 8 | AND DIFFERENT PRICE LISTS MAY BE APPLICABLE. |
| 11:41AM | 9 | Q.   OKAY.  AND WHAT IS SLIDE 17 SHOWING WITH RESPECT TO THE |
| 11:41AM | 10 | CKGE? |
| 11:41AM | 11 | A.   SO THIS IS A SUMMARY EXCERPT SPECIFIC TO CKGE AND THE |
| 11:41AM | 12 | STARTING OF THE PROCESS THAT I DEPLOYED IN CALCULATING LOST |
| 11:41AM | 13 | REVENUE FOR THE LOST PROFIT CALCULATION. |
| 11:41AM | 14 | THE FIRST ROW YOU CAN SEE STARTING IN AUGUST OF 2018 IT |
| 11:41AM | 15 | HAS A TOTAL LIST PRICE OF $156,000 FOR A TOTAL OF ONE MACHINE. |
| 11:41AM | 16 | THIS IS BASED ON A PROPOSAL THAT WAS PROVIDED BY NEO4J TO THE |
| 11:42AM | 17 | IRS THAT APPEARED TO BE BASED ON A DISCOUNTED APPLICATION. |
| 11:42AM | 18 | THE SUBSEQUENT YEARS ARE BASED ON REVIEW OF THE PRICE |
| 11:42AM | 19 | LISTS AND THE SPECS THAT WERE REQUIRED BY THE IRS FOR EACH OF |
| 11:42AM | 20 | THOSE YEARS. |
| 11:42AM | 21 | Q.   AND THEN MOVING ON TO SLIDE 20.  COULD YOU PLEASE WALK THE |
| 11:42AM | 22 | COURT THROUGH WHAT THESE FIGURES REPRESENT? |
| 11:42AM | 23 | A.   SURE.  IF WE CAN MAYBE AT LEAST REFER BACK TO SLIDE 17 FOR |
| 11:42AM | 24 | CKGE, THE TOTAL OF THAT PRICE IS 1,768,000.  SO THAT'S THE |
| 11:42AM | 25 | ENTIRETY OF THE LOST REVENUE BEFORE DISCOUNTS. |

11:42AM  1        SO AS WE MOVE OVER TO SLIDE 20, WE SIMPLY -- WHAT I'M

11:42AM  2   DOING HERE IS I'M SIMPLY PROVIDING A SNAPSHOT OF THAT SAME

11:42AM  3   CALCULATION IN SUMMARY FORM FOR EACH OF THE PROJECTS.

11:43AM  4        SO WE CAN SEE CKGE HAS ALL OF THOSE FIGURES THAT WERE JUST

11:43AM  5   REFERENCED WITH THE TOTAL ON THE RIGHT BEING THAT SAME

11:43AM  6   1,768,000.

11:43AM  7        AND I PROVIDE THE SAME ANALYSIS FOR EACH OF THE OTHER

11:43AM  8   PROJECTS.  YK1 IS 660,000.  AND THESE ARE ALL UNDISCOUNTED

11:43AM  9   FIGURES WITH THE EXCEPTION OF THAT FIRST YEAR FOR CKGE WHICH

11:43AM 10   WAS A DISCOUNTED PRICE.

11:43AM 11        SO WE CAN SEE THE TOTAL OF THIS LOST REVENUE FOR THE IRS

11:43AM 12   IS ON A GROSS BASIS 3,602,000.

11:43AM 13   Q.   AND THEN WHY DO SOME OF THE PROJECT PRICES START AT

11:43AM 14   DIFFERENT POINTS IN TIME?

11:43AM 15   A.   THAT'S BASED ON THE NEEDS OF THE IRS AND WHEN THEY WERE

11:43AM 16   IMPLEMENTING ONGDB FOR THOSE PARTICULAR PROJECTS.

11:43AM 17        AND I'LL ADD THAT YOU CAN SEE THAT THE PRICES ARE

11:44AM 18   DIFFERENT BETWEEN CKGE, YK1 AND THE OTHERS, AGAIN, BASED ON THE

11:44AM 19   SPECS, BEING THE NUMBER OF MACHINES THAT ARE BEING LICENSED AND

11:44AM 20   THE NUMBER OF CORES WITHIN THOSE MACHINES AS REFLECTED IN THE

11:44AM 21   PRICE LIST.

11:44AM 22        AND PRIMARILY WHAT WE'RE DOING HERE IS FOR AT LEAST

11:44AM 23   CORPORATE.  ACTUALLY FOR YK1 ALL OF THE WAY DOWN THEY USED A

11:44AM 24   DISCOVERY BUNDLE PRICING OR THEY WOULD HAVE USED A DISCOVERY

11:44AM 25   BUNDLE, WHICH IS A MORE COST EFFECTIVE PRICING MECHANISM

BOYLES DIRECT BY MR. RATINOFF

11:44AM  1    WHEREAS CKGE WAS A MUCH MORE ROBUST LICENSING ARRANGEMENT, SO

11:44AM  2    IT WOULD HAVE REQUIRED AN ENTERPRISE EDITION.

11:44AM  3    Q.   AND TURNING TO SLIDE 22, WALK THE COURT THROUGH THESE

11:44AM  4    NUMBERS.

11:44AM  5    A.   SURE.  SO THE TOTAL LIST PRICE ON THE LEFT-HAND SIDE,

11:44AM  6    AGAIN, THESE SCHEDULES KIND OF FLOW FROM LEFT TO RIGHT PAGE TO

11:44AM  7    PAGE.  SO THE TOTAL LIST IS WHAT WE JUST LOOKED AT.  THE

11:45AM  8    3,602,000.

11:45AM  9         AND THEN THE COLUMNS TO THE RIGHT OF THAT FIGURE ARE THE

11:45AM 10    VARIOUS REDUCTIONS THAT I DEPLOYED WITHIN A POTENTIAL

11:45AM 11    HYPOTHETICAL NEGOTIATION.

11:45AM 12         SO AS I MENTIONED EARLIER, THE NEXT ONE, REDUCTION FOR

11:45AM 13    APPLICABLE PRICE LIST.  FOR YK1 CORPORATE THE BUNDLE PRICE

11:45AM 14    INCREASED FROM THE FIRST YEAR TO THE SECOND YEAR.  I ASSUMED

11:45AM 15    THAT THE IRS WOULD HAVE NEGOTIATED FOR THAT LOWER PRICE EACH

11:45AM 16    YEAR.

11:45AM 17         SAME THING FOR THE DISCOUNT WITH THE TEST MACHINES.  THE

11:45AM 18    PRICE LISTS AND THE CALCULATIONS THAT WE PREVIOUSLY SAW ASSUME

11:45AM 19    THAT FOR EVERY MACHINE THERE WOULD BE A TEST MACHINE REQUIRED

11:45AM 20    PER THAT PRICE LIST OF $8,000 PER.  I ASSUMED, AGAIN, THAT THE

11:45AM 21    IRS WOULD ONLY HAVE A NEED FOR ONE TEST MACHINE AND WOULD HAVE

11:45AM 22    NEGOTIATED ACCORDINGLY, SO THAT WOULD AGAIN REDUCE THE

11:45AM 23    REVENUES.

11:45AM 24         AND THEN ULTIMATELY, WE CAN SEE THE ADJUSTED LIST AT

11:46AM 25    3,480,000, WHICH IS THEN FURTHER DISCOUNTED AT 15 PERCENT BASED

11:46AM  1    ON THE OTHER ANALYSES THAT I CONDUCTED.

11:46AM  2    Q.   AND YOU MENTIONED AN ASSUMPTION ON TEST MACHINES.  WHAT IS

11:46AM  3    THAT ASSUMPTION BASED ON?

11:46AM  4    A.   WELL, I BELIEVE THERE WERE SOME OTHER CONTRACTS THAT WE

11:46AM  5    REVIEWED THAT ONLY HAD ONE TEST MACHINE THAT WAS APPLIED

11:46AM  6    ULTIMATELY.

11:46AM  7    Q.   AND THEN MOVING ON TO SLIDE 24.  IF YOU COULD BRIEFLY WALK

11:46AM  8    THE COURT THROUGH WHAT THIS TABLE REPRESENTS?

11:46AM  9    A.   SURE.  SO THIS GOES BACK TO, AGAIN, THAT LAST SLIDE THAT

11:46AM 10    WE LOOKED AT WE ENDED ON A -- AFTER THE 15 PERCENT APPLICATION

11:46AM 11    OF THE DISCOUNT WITH A TOTAL OF 2,981,400 AT THE BOTTOM.

11:46AM 12        WE THEN APPLY THE RESELLER MARGIN THAT I MENTIONED OF

11:47AM 13    7 PERCENT TO THAT REVENUE, AND THAT AMOUNTS TO 208,698.

11:47AM 14        SUBTRACTING THAT FROM THE NET REVENUE LEAVES US WITH A NET

11:47AM 15    OF RESELLER MARGIN OF 2,772,702, AND THIS IS THE FIGURE THAT WE

11:47AM 16    THEN APPLY THE EMPLOYEE COMMISSION TO AT LEAST FOR THE FIRST

11:47AM 17    YEAR THAT IS.

11:47AM 18    Q.   OKAY.  AND THEN TURNING TO SLIDE 25.  WHAT DOES THE TABLE

11:47AM 19    ON SLIDE 25 REPRESENT?

11:47AM 20    A.   SO THIS IS THE APPLICATION OF THE EMPLOYEE COMMISSION

11:47AM 21    EXPENSE IN MORE DETAIL THAN WE SAW A LITTLE WHILE AGO.

11:47AM 22        SO AGAIN, WE'RE STARTING WITH WHAT WE JUST ENDED WITH ON

11:47AM 23    THE LAST SLIDE, SO A NET OF RESELLER MARGIN WE CAN SEE

11:47AM 24    2,772,702.

11:47AM 25        WE THEN APPLY THE EMPLOYEE COMMISSION NOT TO THAT FIGURE

BOYLES DIRECT BY MR. RATINOFF

11:48AM 1    BUT TO THE FIRST YEAR REVENUE OF EACH OF THOSE PROJECTS.  SO

11:48AM 2    IT'S THE 15.26 PERCENT AGAINST THE FIRST YEAR REVENUE OF CKGE,

11:48AM 3    AND THAT FIRST YEAR REVENUE WOULD HAVE BEEN BOTH THE

11:48AM 4    AUGUST 2018 YEAR AS WELL AS THE AUGUST 2019 YEAR.

11:48AM 5    Q.   AND THAT'S BECAUSE THERE WAS TWO DIFFERENT HYPOTHETICAL

11:48AM 6    NEGOTIATIONS FOR THAT PROJECT?

11:48AM 7    A.   CORRECT.

11:48AM 8    Q.   AND THEN TURNING TO SLIDE 26.  THERE'S ANOTHER TABLE HERE.

11:48AM 9        COULD YOU PLEASE WALK THE COURT THROUGH WHAT THESE FIGURES

11:48AM 10   MEAN?

11:48AM 11   A.   YES.  SO THIS IS BASICALLY REPLICATING WHAT WE JUST TALKED

11:48AM 12   ABOUT.  THIS IS WITHOUT DISCOUNTS.

11:48AM 13       SO WHEN I SAY, "THIS IS WITHOUT DISCOUNTS," THIS IS

11:48AM 14   WITHOUT THE 15 PERCENT DISCOUNT.  IT STILL HAS A NEGOTIATED

11:48AM 15   DISCOUNT FOR THE FIRST YEAR CKGE.  IT ALSO INCLUDES THE

11:49AM 16   REDUCTION IN PRICE LIST AND THE NEGOTIATED REDUCTION FOR TEST

11:49AM 17   MACHINES.  SO WE CAN SEE HERE AGAIN THIS REFERS BACK TO AN

11:49AM 18   EARLIER SLIDE.  THE TOTAL IS 3,480,000 BEFORE 15 PERCENT

11:49AM 19   DISCOUNT APPLIED.

11:49AM 20       AND WE THEN WALK THROUGH THE SAME APPLICATION APPLYING THE

11:49AM 21   RESELLER MARGIN OF 7 PERCENT TO THE ENTIRETY OF THAT REVENUE

11:49AM 22   RESULTS IN A LOSS OR A RESELLER MARGIN OF 3,236,400.

11:49AM 23       AND THEN TO THIS NUMBER WE APPLY THE PERCENTAGE FOR

11:49AM 24   EMPLOYEE COMMISSIONS.

11:49AM 25   Q.   AND THEN TURNING TO SLIDE 27.  WHAT DOES THE TABLE ON

11:49AM  1    SLIDE 27 REPRESENT?

11:49AM  2    A.   SO THIS HERE IS THE APPLICATION OF THE EMPLOYEE

11:49AM  3    COMMISSIONS ELEMENT.  SO AGAIN, REFERRING BACK TO THE LAST

11:49AM  4    SLIDE THE TOTAL ENDING NUMBER WAS 3,236,400.

11:50AM  5        WE APPLY THE EMPLOYEE COMMISSIONS TO THAT LEVEL OF REVENUE

11:50AM  6    OR NET REVENUE, BUT AGAIN, THE COMMISSIONS ARE ONLY APPLICABLE

11:50AM  7    TO THE FIRST YEAR BECAUSE THIS IS A MULTI YEAR NOT PAID

11:50AM  8    UP-FRONT.

11:50AM  9        SO THAT COMMISSION OF 15.26 PERCENT IS ONLY APPLICABLE TO

11:50AM  10   THE FIRST YEAR OF REVENUE OF THESE LICENSED PROJECTS, SO THAT

11:50AM  11   LEAVES US WITH A LOST PROFIT HERE OF 3,069,646.

11:50AM  12       AND THESE NUMBERS WE JUST TALKED THROUGH ARE WHAT ROLLED

11:50AM  13   INTO THOSE SUMMARY TABLES WE LOOKED AT A SHORT WHILE AGO.

11:50AM  14   Q.   AND SPECIFICALLY WITH RESPECT TO THE IRS, THAT WOULD BE

11:50AM  15   SLIDE 28?

11:50AM  16   A.   CORRECT.  AND SO WE CAN SEE THE BOTTOM IS THE SAME TOTALS

11:50AM  17   WE JUST WALKED THROUGH.

11:50AM  18           MR. RATINOFF:  NO FURTHER QUESTIONS, YOUR HONOR.

11:50AM  19           THE COURT:  ALL RIGHT.  THANK YOU.

11:50AM  20       CROSS-EXAMINATION?

11:50AM  21           MR. BEENE:  NO QUESTIONS, YOUR HONOR.  NO QUESTIONS,

11:50AM  22   YOUR HONOR.

11:50AM  23           THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED?

11:51AM  24           MR. BEENE:  YES.

11:51AM  25           MR. RATINOFF:  YES, YOUR HONOR.

11:51AM  1          THE COURT:  OKAY.  THANK YOU.  YOU'RE EXCUSED.

11:51AM  2          THE WITNESS:  THANK YOU.

11:51AM  3          MR. RATINOFF:  AND WE'LL PREPARE A WRITTEN

11:51AM  4   STIPULATION THAT CAPTURES WHAT WE DISCUSSED TODAY.

11:51AM  5          THE COURT:  YES.  YOU HAVE ANOTHER WITNESS TO CALL?

11:51AM  6          MR. RATINOFF:  YOUR HONOR, AT THIS TIME SUBJECT TO

11:51AM  7   RECALLING MS. ZAWALSKI, WE HAVE NO FURTHER WITNESSES.

11:51AM  8          THE COURT:  OKAY.  SO DO YOU INTEND TO CALL --

11:51AM  9   RECALL THIS WITNESS THEN?

11:51AM  10          MR. RATINOFF:  YES, WE DO, ALTHOUGH WE UNDERSTAND

11:51AM  11   THERE'S AN OBJECTION TO THAT SO --

11:51AM  12          THE COURT:  WELL, MAYBE WE SHOULD TALK ABOUT THAT.

11:51AM  13      ARE YOU RESTING NOW SUBJECT TO?

11:52AM  14      (DISCUSSION AMONGST PLAINTIFFS' COUNSEL OFF THE RECORD.)

11:52AM  15          MR. RATINOFF:  WE CAN DO AN OFFER OF PROOF,

11:52AM  16   YOUR HONOR.

11:52AM  17          THE COURT:  WHY DON'T YOU COME TO THE LECTERN, BOTH

11:52AM  18   OF YOU COME TO THE LECTERN.

11:52AM  19          MR. RATINOFF:  SO COUNSEL ASKED QUESTIONS WHETHER

11:52AM  20   GRAPH FOUNDATION HAD PAID FOR THE SETTLEMENT EFFECTIVELY.

11:52AM  21      THERE'S NOTHING IN THE JUDGMENT IN THAT CASE.  AND SHE WAS

11:52AM  22   ASKED -- SHE DID NOT KNOW THE ANSWER TO THAT QUESTION.  WE

11:52AM  23   DIDN'T KNOW IT WAS AN ISSUE.

11:52AM  24      SHE'S PREPARED TO COME AND TESTIFY AND INDICATE THAT THERE

11:52AM  25   WAS NO PAYMENT MADE BY GRAPH FOUNDATION AS PART OF THAT

11:52AM 1    SETTLEMENT.

11:52AM 2         SO I WOULD JUST MAKE AN OFFER OF PROOF, AND WE CAN MOVE

11:52AM 3    ON.

11:52AM 4              MR. BEENE:  SURE.  I DON'T NEED TO HAUL A WITNESS

11:52AM 5    IN.

11:52AM 6              MR. RATINOFF:  I'M SURE SHE WOULD BE HAPPY TO HEAR

11:52AM 7    THAT.

11:52AM 8              MR. BEENE:  YES.

11:52AM 9              THE COURT:  OKAY.  SO YOU'RE AGREEING TO SOME FACT

11:52AM 10   HERE?

11:52AM 11             MR. RATINOFF:  YES, YOUR HONOR.

11:52AM 12             THE COURT:  AND THAT FACT IS?

11:52AM 13             MR. RATINOFF:  THAT GRAPH FOUNDATION DID NOT PAY ANY

11:52AM 14   MONEY IN CONJUNCTION WITH THE SETTLEMENT AND THE STIPULATED

11:53AM 15   INJUNCTION.

11:53AM 16             MR. BEENE:  THAT'S ACCEPTABLE.

11:53AM 17             THE COURT:  THAT'S ACCEPTABLE.  OKAY.  YOU CAN PUT

11:53AM 18   THIS IN WRITING THEN ALSO?

11:53AM 19             MR. RATINOFF:  ABSOLUTELY, YOUR HONOR.  AND THEN

11:53AM 20   WITH THAT, THE PLAINTIFFS REST.

11:53AM 21             THE COURT:  OKAY.

11:53AM 22             MR. BEENE:  YOUR HONOR, ON THAT ISSUE, I HAVE ON MY

11:53AM 23   CHEAT SHEET, I SAID MAKE SURE YOU INTRODUCE THIS.  IT'S THAT

11:53AM 24   INJUNCTION RULING.

11:53AM 25        WAS THAT 150 IN DEFENDANTS' EXHIBITS?  AND I WOULD AS A

11:53AM 1    MATTER OF COURSE OFFER TO ADMIT THIS INTO EVIDENCE.  THIS IS A

11:53AM 2    STIPULATED JUDGMENT AND PERMANENT INJUNCTION IN CASE

11:53AM 3    5:19-CV-06226 EJD.  THAT IS EXHIBIT 150 IN PLAINTIFFS'

11:53AM 4    EXHIBITS.

11:54AM 5            MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

11:54AM 6            THE COURT:  OKAY.  THAT WILL BE ADMITTED.

11:54AM 7        (PLAINTIFFS' EXHIBIT 150 WAS RECEIVED IN EVIDENCE.)

11:54AM 8            MR. BEENE:  THANK YOU.

11:54AM 9            THE COURT:  YOU'RE WELCOME.

11:54AM 10       (PAUSE IN PROCEEDINGS.)

11:54AM 11           MR. BEENE:  YOUR HONOR, WE'RE PREPARED TO PUT

11:54AM 12   MR. SUHY ON THE STAND.  GIVEN THE TIME, DO YOU WANT TO START

11:54AM 13   HIM OFF AND GO?

11:54AM 14           THE COURT:  SURE.

11:54AM 15           MR. BEENE:  OR HAVE LUNCH, OR WHATEVER YOUR

11:54AM 16   DRUTHERS.

11:54AM 17           THE COURT:  MAYBE WE SHOULD GO FORWARD.  WE TOOK

11:54AM 18   ABOUT AN HOUR BREAK.  WHY DON'T WE GO FOR ABOUT AN HOUR, AND

11:55AM 19   THEN WE'LL TAKE A LUNCH BREAK.

11:55AM 20       WOULD THAT WORK?

11:55AM 21           MR. BEENE:  PERFECT.

11:55AM 22           THE COURT:  GREAT.

11:55AM 23       (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

11:55AM 24           MR. BEENE:  COULD WE TAKE A SHORT RESTROOM BREAK?

11:55AM 25           THE COURT:  LET ME JUST ASK, WOULD YOU PREFER TO

| | | |
|---|---|---|
| 11:55AM | 1 | COME BACK AT 1:00 O'CLOCK TO START THE TESTIMONY? |
| 11:55AM | 2 | MR. RATINOFF:  I THINK THAT MAKES MORE SENSE. |
| 11:55AM | 3 | MR. BEENE:  YES, THAT'S PROBABLY A BETTER IDEA. |
| 11:55AM | 4 | THE COURT:  LET'S TAKE OUR LUNCH BREAK, AND WE'LL |
| 11:55AM | 5 | SEE YOU AT 1:00 O'CLOCK. |
| 11:55AM | 6 | MR. BEENE:  PERFECT.  THANK YOU, YOUR HONOR. |
| 11:55AM | 7 | MR. RATINOFF:  THANK YOU, YOUR HONOR. |
| 11:55AM | 8 | MR. BEENE:  AND I DON'T KNOW IF WE'RE ON THE RECORD. |
| 11:55AM | 9 | MR. SUHY IS THE LAST WITNESS. |
| 11:55AM | 10 | THE COURT:  OKAY.  TERRIFIC. |
| 11:55AM | 11 | MR. BEENE:  SO WE'RE TRYING TO WRAP THIS UP TODAY, |
| 11:55AM | 12 | BUT JUST TO LET YOU KNOW. |
| 11:55AM | 13 | THE COURT:  OKAY.  GREAT.  THANK YOU. |
| 01:04PM | 14 | (LUNCH RECESS TAKEN AT 11:55 A.M.) |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

| | | |
|---|---|---|
| 01:04PM | 1 | **AFTERNOON SESSION** |
| 01:04PM | 2 | (COURT CONVENED AT 1:04 P.M.) |
| 01:04PM | 3 | THE COURT:  PLEASE BE SEATED.  ALL PARTIES |
| 01:04PM | 4 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 01:04PM | 5 | MR. BEENE, YOU HAVE A WITNESS? |
| 01:04PM | 6 | MR. BEENE:  MR. RATINOFF HAD A QUESTION FOR ME. |
| 01:04PM | 7 | MR. RATINOFF:  YES.  THERE'S A HOUSEKEEPING -- |
| 01:04PM | 8 | THE COURT:  WHY DON'T YOU COME FORWARD. |
| 01:04PM | 9 | MR. RATINOFF:  SO THE FIRST THING I WANTED TO DO |
| 01:04PM | 10 | SINCE WE STIPULATED TO DAMAGES, THE PLAINTIFFS ARE GOING TO |
| 01:05PM | 11 | ELECT ACTUAL DAMAGES AS THE RECOVERY FOR ITS DMCA CLAIM VERSUS |
| 01:05PM | 12 | STATUTORY DAMAGES. |
| 01:05PM | 13 | THE SECOND IS MR. BOYLES HAD PREPARED CALCULATIONS AT THE |
| 01:05PM | 14 | END OF HIS PRESENTATION FOR PREJUDGMENT INTEREST THROUGH |
| 01:05PM | 15 | DECEMBER 1ST.  YOU KNOW, WE WOULD STIPULATE TO THE NUMBER, AND |
| 01:05PM | 16 | SO I JUST WANTED TO GET ON THE RECORD WHETHER COUNSEL WOULD |
| 01:05PM | 17 | ALSO STIPULATE TO THOSE NUMBERS SUBJECT TO YOUR HONOR'S |
| 01:05PM | 18 | DETERMINATION OF WHAT THE DAMAGES ARE, IF ANY, AND THE AMOUNT. |
| 01:05PM | 19 | MR. BEENE:  YES, YES, THAT'S FINE. |
| 01:05PM | 20 | THE COURT:  OKAY. |
| 01:05PM | 21 | MR. RATINOFF:  AND WE'LL INCLUDE THAT IN THE WRITTEN |
| 01:05PM | 22 | STIPULATION AS WELL. |
| 01:05PM | 23 | THE COURT:  OKAY. |
| 01:05PM | 24 | MR. RATINOFF:  AND THE LAST ISSUE IS THAT WE HAD NOT |
| 01:05PM | 25 | RECEIVED A CERTIFICATION PURSUANT TO YOUR HONOR'S PRELIMINARY |

| | | |
|---|---|---|
| 01:05PM | 1 | INJUNCTION FROM THE IRS THAT THEY STOP USING THE ONGDB SOFTWARE |
| 01:05PM | 2 | CONTAINING THE DMCA VIOLATIONS.  IT'S BEEN WELL OVER 14 DAYS |
| 01:05PM | 3 | SINCE YOUR HONOR ISSUED THAT INJUNCTION, SO WE WOULD JUST LIKE |
| 01:05PM | 4 | TO GET AN UPDATE FROM COUNSEL ON WHAT IS GOING ON WITH THAT. |
| 01:06PM | 5 | MR. BEENE:  YES.  I KNOW WE SENT THEM A REQUEST TO |
| 01:06PM | 6 | COMPLY WITH IT.  I ACTUALLY HAD THE SAME QUESTION BUT ON A |
| 01:06PM | 7 | BREAK I'LL ASK MY CLIENT.  I HAVEN'T RECEIVED ONE, EITHER.  BUT |
| 01:06PM | 8 | WE REQUEST THAT THEY COMPLY WITH YOUR ORDER. |
| 01:06PM | 9 | THE COURT:  OKAY.  THANK YOU. |
| 01:06PM | 10 | AND YOU'D LIKE YOUR WITNESS TO COME FORWARD? |
| 01:06PM | 11 | MR. BEENE:  YES, YOUR HONOR.  I'D LIKE TO CALL |
| 01:06PM | 12 | MR. JOHN SUHY. |
| 01:06PM | 13 | THE COURT:  COME FORWARD, PLEASE.  WHY DON'T YOU |
| 01:06PM | 14 | FACE OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND.  SHE |
| 01:07PM | 15 | HAS A QUESTION FOR YOU. |
| 01:07PM | 16 | **(DEFENDANTS' WITNESS, JOHN MARK SUHY, WAS SWORN.)** |
| 01:07PM | 17 | THE WITNESS:  YES. |
| 01:07PM | 18 | THE COURT:  LET ME INVITE YOU TO HAVE A SEAT HERE, |
| 01:07PM | 19 | SIR.  FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU MAKE |
| 01:07PM | 20 | YOURSELF COMFORTABLE. |
| 01:07PM | 21 | THERE'S REFRESHMENT OF WATER THERE TO HELP YOURSELF. |
| 01:07PM | 22 | THE WITNESS:  THANK YOU. |
| 01:07PM | 23 | THE COURT:  YOU'RE WELCOME.  WHEN YOU ARE |
| 01:07PM | 24 | COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME AND SPELL YOUR |
| 01:07PM | 25 | LAST NAME, PLEASE. |

01:07PM  1          THE WITNESS:  OKAY.  MY NAME IS JOHN MARK SUHY.

01:07PM  2     J-O-H-N, M-A-R-K, S-U-H-Y.

01:07PM  3          THE COURT:  THANK YOU.  COUNSEL.

01:07PM  4                    **DIRECT EXAMINATION**

01:07PM  5     BY MR. BEENE:

01:07PM  6     Q.   MR. SUHY, I'D LIKE TO TAKE THE FIRST PART OF THIS JUST

01:07PM  7     SORT OF YOUR BACKGROUND AND WHO YOU ARE.  OKAY?

01:07PM  8     A.   OKAY.

01:07PM  9     Q.   AND WHERE DO YOU LIVE, SIR?

01:07PM 10     A.   I LIVE IN ALEXANDRIA, VIRGINIA.

01:07PM 11     Q.   AND HOW LONG HAVE YOU LIVED THERE?

01:07PM 12     A.   AT LEAST EIGHT YEARS OR NINE YEARS.

01:07PM 13     Q.   AND DO YOU HAVE FAMILY?

01:07PM 14     A.   YES.

01:07PM 15     Q.   AND WHO IS YOUR FAMILY IN ALEXANDRIA?

01:08PM 16     A.   MY MOM, MY DAD, MY SISTER, I HAVE AUNTS AND UNCLES ALL IN

01:08PM 17     THAT AREA.

01:08PM 18     Q.   OKAY.  OKAY.  AND YOU WERE MARRIED?

01:08PM 19     A.   YES.

01:08PM 20     Q.   AND DO YOU HAVE ANY CHILDREN?

01:08PM 21     A.   YES.

01:08PM 22     Q.   AND HOW MANY?

01:08PM 23     A.   THREE.

01:08PM 24     Q.   LET'S TALK ABOUT YOUR COLLEGE EDUCATION.  YOU WENT TO

01:08PM 25     COLLEGE?

01:08PM  1     A.   YES.

01:08PM  2     Q.   WHERE DID YOU GO TO SCHOOL?

01:08PM  3     A.   I WENT TO OLD DOMINION AND TRANSFERRED AND FINISHED AT

01:08PM  4     GEORGE MASON UNIVERSITY, BOTH IN VIRGINIA.

01:08PM  5              THE COURT:  SIR, I'M GOING TO ASK YOU TO JUST PULL

01:08PM  6     THAT MICROPHONE A LITTLE CLOSER TO WHERE YOU ARE.  IT MOVES.

01:08PM  7              THE WITNESS:  OKAY.

01:08PM  8              THE COURT:  THANK YOU.

01:08PM  9     BY MR. BEENE:

01:08PM  10    Q.   OKAY.  AND DID YOU GET A DEGREE FROM COLLEGE?

01:08PM  11    A.   YES, I GOT A DEGREE IN COMPUTER SCIENCE.

01:08PM  12    Q.   WITH THAT DEGREE, DID YOU SPECIALIZE IN ANY AREA OF

01:09PM  13    COMPUTER SCIENCES?

01:09PM  14    A.   NO.  GENERALIZED ACROSS THE BOARD, EVERYTHING FROM WEB APP

01:09PM  15    DEVELOPMENT, PLATFORM DEVELOPMENT, ARTIFICIAL INTELLIGENCE.  I

01:09PM  16    ENJOY ALL OF THE TECHNOLOGIES.

01:09PM  17    Q.   BUT THIS IS ALL SOFTWARE RELATED?

01:09PM  18    A.   YES.

01:09PM  19    Q.   OKAY.  WHAT WAS YOUR FIRST, LIKE I SAY, REAL JOB AFTER

01:09PM  20    COLLEGE, SOMETHING RELATED TO YOUR EDUCATION?

01:09PM  21    A.   IT WAS WITH A COMPANY CALLED CORE EXPRESS.  THEIR SALES

01:09PM  22    TEAM WERE HAVING A PROBLEM SELLING THEIR TECHNOLOGY.  IT WAS

01:09PM  23    SOMETHING CALLED DARK FIBER, AND I HELPED BUILD A TOOL THAT LET

01:09PM  24    THEM GO AND CALCULATE THEIR -- WHEN THE SALESPEOPLE GET THE --

01:09PM  25    YOU GET A PERCENTAGE WHEN YOU SELL SOMETHING.  IT HELPED

SUHY DIRECT BY MR. BEENE

01:10PM  1    CALCULATE THAT FOR THEM, THE -- NOT THE PROFIT, THE COMMISSION.

01:10PM  2    SORRY.

01:10PM  3    Q.   AND YOU SAID THAT YOU BUILT A TOOL.  WHAT SORT OF TOOL DID

01:10PM  4    YOU BUILD?

01:10PM  5    A.   IT WAS A WEB APPLICATION THAT HAD A DATABASE ON THE BACK

01:10PM  6    END AND THE FRONT END THAT WAS AVAILABLE THROUGH THE WEB

01:10PM  7    BROWSER WHICH BACK THEN WAS A NEW THING.

01:10PM  8    Q.   AND WHAT TYPE OF SOFTWARE WERE YOU USING ON THAT?  WAS IT

01:10PM  9    OPEN SOURCE OR PROPRIETARY?

01:10PM  10   A.   ALL THREE IN OPEN SOURCE.

01:10PM  11   Q.   AND IS IT YOUR PRACTICE TO USE OPEN SOURCE SOFTWARE?

01:10PM  12   A.   YES, WHENEVER POSSIBLE.

01:10PM  13   Q.   AND WHY IS THAT?

01:10PM  14   A.   WELL, OPEN SOURCE, I BELIEVE, GIVES YOU THE FREEDOM OF --

01:10PM  15   YOU KNOW, IF YOU FOLLOW THE FREE SOFTWARE FOUNDATION, IT'S NOT

01:10PM  16   ABOUT BEING FREE, IT'S ABOUT THE LIBERTIES, AND I THINK IT'S

01:11PM  17   JUST IMPORTANT THAT THAT'S HOW WE CAN SHARE OUR KNOWLEDGE.  YOU

01:11PM  18   KNOW, TEAMS GO AND SPEND HUNDREDS OF THOUSANDS OF HOURS

01:11PM  19   BUILDING SOFTWARE, AND THAT SOFTWARE CAN BE USED IN THE MARS

01:11PM  20   ROVER, LIKE ON THE MARS ROVER, AND WITHOUT ANY COSTS TO

01:11PM  21   TAXPAYERS OR ANYBODY.  I'VE ALWAYS LOVED FREE SOFTWARE.

01:11PM  22   Q.   NOW LET'S -- WELL, YOU'VE BEEN WORKING WITH SOFTWARE,

01:11PM  23   FREE SOFTWARE FOR MANY YEARS; RIGHT?

01:11PM  24   A.   YES.

01:11PM  25   Q.   HOW MANY YEARS?

01:11PM  1    A.   AT LEAST 15 TO 20.  I CAN'T EVEN COUNT.  SINCE I STARTED

01:11PM  2    WORKING ON EVEN STARTING OFF WITH -- I THINK LIKE WHEN LENUX

01:12PM  3    FIRST, LENUX I HAVE BEEN WORKING WITH IS FREE SOFTWARE, IT'S

01:12PM  4    BEEN AT LEAST 15 OR 20 YEARS.

01:12PM  5    Q.   AND WHAT IS LENUX?

01:12PM  6    A.   LENUX IS THE OPERATING SYSTEM.

01:12PM  7    Q.   AND IS IT A FREE OPERATING SYSTEM FOR COMPUTERS?

01:12PM  8    A.   YES, IT IS.

01:12PM  9    Q.   AT SOME POINT YOU BECAME A CONTRACTOR FOR THE U.S.

01:12PM 10    GOVERNMENT?

01:12PM 11    A.   YES.

01:12PM 12    Q.   WHAT -- HOW DID THAT COME ABOUT?

01:12PM 13    A.   I WAS KNOWN FOR BUILDING TOOLS, UNIQUE TOOLS, AND I

01:12PM 14    BELIEVE THAT IT STARTED WITH THE NAVY WHERE THEY HAD A PROBLEM,

01:12PM 15    AND THIS IS BEFORE IT WENT TO NSA OR MPO, THEY HAD A PROBLEM

01:12PM 16    THAT NEEDED TO BE SOLVED AND A STARTUP IN THE PRIVATE SECTOR

01:13PM 17    COULD EASILY COME AND DO, BUT THE RULES FOR GOVERNMENT

01:13PM 18    CONTRACTING MADE IT HARD TO DO THAT.

01:13PM 19        SO I GOT IN FRONT OF THESE ORGANIZATIONS AND SAID, HEY,

01:13PM 20    LOOK, LET'S TRY THIS, LET'S USE FREE SOFTWARE, WE'LL BUILD THIS

01:13PM 21    OUT AND YOU'LL HAVE A SOLUTION THAT YOU CAN USE MOVING FORWARD.

01:13PM 22    AND SO I GOT LUCKY I THINK, AND THEY LIKED WHAT I BUILT AND IT

01:13PM 23    KEPT GOING FROM THERE, WORD OF MOUTH, I KEPT ON BUILDING

01:13PM 24    THINGS.  AND AS LONG AS THEY APPROVED AND LIKED IT AND GAVE

01:13PM 25    GOOD FEEDBACK CIRCUIT, THEN I COULD CONTINUE ON DOING IT.

01:13PM  1    Q.   AND HOW WERE YOU PAID FOR YOUR SERVICES?

01:13PM  2    A.   AS A CONTRACTOR.  SO IT WOULD PAY EITHER MY COMPANY.

01:13PM  3    USUALLY IT WOULD BE MY COMPANY AND THEN MY COMPANY WOULD PAY

01:13PM  4    MYSELF.

01:13PM  5    Q.   AND DID YOU CHARGE A SOFTWARE LICENSE FEE?

01:13PM  6    A.   NO.

01:13PM  7    Q.   SO YOUR BUSINESS MODEL WAS TO PROVIDE PROFESSIONAL

01:13PM  8    SERVICES WITH FREE AND OPEN SOFTWARE TO THE GOVERNMENT?

01:13PM  9    A.   YES.

01:13PM 10    Q.   TO ENGAGE IN THAT MODEL, DID YOU HAVE TO BE QUALIFIED

01:14PM 11    SOMEHOW WITH THE GOVERNMENT?

01:14PM 12    A.   NO.  YOU HAD TO HAVE CLEARANCES FOR ACCESS TO CERTAIN

01:14PM 13    INFORMATION THAT RANGED FROM SECRET TO TOP SECRET, BUT NO

01:14PM 14    QUALIFICATIONS FOR -- I'M TRYING TO THINK.  I DON'T THINK

01:14PM 15    THERE'S ANY QUALIFICATIONS THAT REQUIRED YOU TO DO THAT.  JUST

01:14PM 16    WORD OF MOUTH USUALLY IS HOW YOU GET THESE CONTRACTS.

01:14PM 17    Q.   IS IT MORE FAVORABLE TO GET CONTRACTS IF YOU'RE A SMALL

01:14PM 18    BUSINESS OR A SINGLE PERSON ENTITY?

01:14PM 19    A.   YES, BECAUSE THE GOVERNMENT GETS CREDIT FOR MEETING

01:14PM 20    CERTAIN RATIOS OF LIKE HUB ZONE, H-U-B, OR WOMEN OWNED.  THERE

01:14PM 21    IS SOMETHING CALLED ADAY.

01:15PM 22         SO THE GOVERNMENT TRIES TO HELP SMALL BUSINESSES, AND THEY

01:15PM 23    HAVE IT SET ASIDE SPECIFICALLY FOR SMALL BUSINESSES AND SO THEY

01:15PM 24    DON'T HAVE TO COMPETE WITH THE BIG BILLION DOLLAR COMPANIES.

01:15PM 25    Q.   AND WAS PURETHINK, LET'S GO THERE, WERE THEY OPERATING AS

01:15PM 1    A HUB ZONE?

01:15PM 2    A.   NOT PURETHINK.  IGOV WAS.

01:15PM 3    Q.   HOW DID YOU FIRST GET INVOLVED WITH NEO4J?

01:15PM 4    A.   MPO HAD REACHED OUT TO ME, NSA, AND WE -- OR I HAD A LIST

01:15PM 5    OF TECHNOLOGIES THAT I WAS WORKING ON, AND THEY WERE ALL OPEN

01:15PM 6    SOURCE TECHNOLOGIES, AND NEO4J HAPPENED TO BE ON THAT LIST, AND

01:15PM 7    SO THEY REACHED OUT AND SAID WE WANT TO PROCURE THIS.  AND I

01:15PM 8    SAID -- I THINK I SAID, WELL, IT'S FREE.  THEY SAID, NO, THEY

01:15PM 9    NEED A LICENSE FOR THE ENTERPRISE.

01:15PM 10        AND THEN THEY BASICALLY REACHED OUT TO ME, AND THEN I

01:15PM 11   REACHED OUT TO NEO4J, AND I SAID I THINK WE NEED TO WORK

01:16PM 12   TOGETHER BECAUSE THEY NEED THIS, AND YOU'RE THE ONLY ONES THAT

01:16PM 13   SELL THIS COMMERCIAL LICENSE.

01:16PM 14        THE COURT:  EXCUSE ME.  WHEN YOU SAY "THEY," ARE YOU

01:16PM 15   REFERRING TO THE GOVERNMENT?

01:16PM 16        THE WITNESS:  YES, I'M SORRY.

01:16PM 17        THE COURT:  OKAY.

01:16PM 18   BY MR. BEENE:

01:16PM 19   Q.   WHEN DID THAT OCCUR?

01:16PM 20   A.   AROUND 2015, 2014, END OF IT, OR EARLY 2015.

01:16PM 21   Q.   SO THAT WAS THE FIRST COMMERCIAL CONTRACT WITH THE NSA;

01:16PM 22   RIGHT?

01:16PM 23   A.   YES.

01:16PM 24   Q.   AND HOW LONG WAS THAT CONTRACT?

01:16PM 25   A.   IT ONLY WAS FOR A YEAR.  IT DIDN'T RENEW.

SUHY DIRECT BY MR. BEENE

01:16PM   1    Q.   IT DID NOT RENEW?

01:16PM   2    A.   NO.

01:16PM   3    Q.   DID YOU TRY AND SELL THEM A THREE YEAR LICENSE?

01:16PM   4    A.   I BELIEVE THAT WE TRIED TO SELL, AND I WORKED WITH NEO,

01:16PM   5    NEO4J SALES TEAM ON THIS, AND WE TRIED TO SELL THEM A LICENSE,

01:16PM   6    BUT IN THE DEBRIEF, THEY WERE -- EVERYTHING THEY NEEDED WAS IN

01:17PM   7    COMMUNITY EDITION.

01:17PM   8    Q.   OKAY.  SO WHAT DID YOU DO -- WHAT DID YOU SELL THEM BACK

01:17PM   9    IN 2015?

01:17PM   10   A.   IN 2015 THEY GOT A DISCOVERY BUNDLE OF NEO4J I BELIEVE IT

01:17PM   11   WAS, OR IT MIGHT HAVE BEEN A FULL, IT MIGHT HAVE BEEN A FULL

01:17PM   12   BUNDLE.  I DON'T KNOW WHAT THE NAMES ARE BECAUSE THEY'RE

01:17PM   13   CHANGING AROUND, BUT IT WAS A LICENSE.

01:17PM   14   Q.   OKAY.  AND THEN THEY STOPPED THAT LICENSE AT THE END OF

01:17PM   15   THE FIRST YEAR?

01:17PM   16   A.   YES.

01:17PM   17   Q.   AND THEN THEY WENT TO THE COMMUNITY NEO4J?

01:17PM   18   A.   YES, AND THEY HAD ALREADY BEEN USING COMMUNITY BEFOREHAND.

01:17PM   19   Q.   OKAY.  SO THE NSA HAD BEEN USING NEO4J COMMERCIAL

01:17PM   20   ENTERPRISE; RIGHT?

01:17PM   21   A.   YES.

01:17PM   22   Q.   AND THE COMMUNITY VERSION OF NEO4J; RIGHT?

01:17PM   23   A.   YES.

01:17PM   24   Q.   OKAY.  SO THAT'S THE EARLY PHASE OF THE NSA, THEY DID

01:18PM   25   RENEW, WENT ON AND YOU NEVER DID BUSINESS WITH THEM AGAIN;

SUHY DIRECT BY MR. BEENE

01:18PM  1    RIGHT?

01:18PM  2    A.   CORRECT.

01:18PM  3    Q.   AND STUFF WE'LL GET TO LATER, BUT THAT'S THE BEGINNING.

01:18PM  4         LET'S DO THE SAME WITH THE IRS.  HOW DID YOU FIRST GET

01:18PM  5    INVOLVED WITH THE IRS?

01:18PM  6    A.   NEO4J HAD A SALES TEAM THAT WAS TRYING TO SELL THEM A

01:18PM  7    LICENSE AND THEY NEEDED A WHOLE SOLUTION BUILT.  THEY DIDN'T

01:18PM  8    NEED JUST A LICENSE.

01:18PM  9         AND SO THE IRS DECIDED THEY DIDN'T HAVE THE BUDGET FOR

01:18PM  10   PURCHASING ENTERPRISE EDITION WHEN THEY DIDN'T HAVE A PRODUCT.

01:18PM  11   THINK OF IT AS A CAR, THEY WANTED THE CAR, NOT JUST THE

01:18PM  12   ALTERNATOR.

01:18PM  13        SO I WENT BACK AND GOT PERMISSION FROM LARS NORDWALL,

01:19PM  14   N-O-R-D-W-A-L-L, WHO WAS THE COO OF -- I GOT PERMISSION AND

01:19PM  15   TOLD HIM, LOOK, LET'S BUILD A SOLUTION, THAT'S WHAT I'M GOOD

01:19PM  16   AT, AND THEN YOU CAN GET REOCCURRING LICENSE FEES AFTER THAT IF

01:19PM  17   YOU WANT.

01:19PM  18        SO THAT'S -- HE AGREED WITH THAT AND WE WENT AND BUILT

01:19PM  19   THIS PLATFORM, WHICH --

01:19PM  20   Q.   HANG ON A SECOND BEFORE WE GO DOWN THE ROAD TOO FAR.

01:19PM  21        COULD YOU TURN IN THE WHITE BINDER TO EXHIBIT 1011?

01:19PM  22   A.   EXHIBIT 11?

01:19PM  23   Q.   IT'S 1011.

01:19PM  24   A.   OKAY.  I'M THERE.

01:19PM  25   Q.   OKAY.  NOW, IS THIS A 2016 STATEMENT OF WORK THAT THE IRS

SUHY DIRECT BY MR. BEENE

01:20PM  1    WAS TRYING TO GET SOMEONE TO DO FOR THE CKGE PROJECT?

01:20PM  2              MR. RATINOFF:  OBJECTION, YOUR HONOR.  THAT'S

01:20PM  3    LEADING.

01:20PM  4              MR. BEENE:  WELL, IT'S A FOUNDATION.

01:20PM  5              THE COURT:  FOUNDATION.  OVERRULED.

01:20PM  6         YOU CAN ANSWER THE QUESTION, SIR.

01:20PM  7              THE WITNESS:  YES, THIS WAS THE STATEMENT OF WORK

01:20PM  8    FOR THAT BEGINNING YEAR.

01:20PM  9    BY MR. BEENE:

01:20PM  10   Q.   AND WHAT IS THE CKGE?

01:20PM  11   A.   IT'S A PLATFORM OF TOOLS AROUND -- THERE'S A DATA

01:20PM  12   WAREHOUSE CALLED CDW THAT IS BASED ON SYBASE, AND THIS IS A

01:20PM  13   SUITE OF TOOLS THAT HELPS CREATE A GRAPH ENVIRONMENT TO BE ABLE

01:20PM  14   TO GO IN AND ANALYZE USING GRAPH TOOLING.

01:20PM  15        IT EXPANDED OUT TO BE MUCH MORE THAN THAT, BUT IT'S USING

01:20PM  16   OPEN SOURCE GRAPH TOOLS INCLUDING SPARK, APACHE SPARK.

01:21PM  17   Q.   WHAT IS APACHE SPARK?

01:21PM  18   A.   IT'S A FRAMEWORK FOR -- AND I MISSTATED THAT.  THE APACHE

01:21PM  19   SPARK HAS SOME LIBRARIES THAT DO THE GRAPH, THEY HAVE GRAPH

01:21PM  20   FRAMES AND WHATNOT.

01:21PM  21        BUT IT'S A LIBRARY FOR DOING DATA INGESTION, ETL ON HUGE

01:21PM  22   SETS OF DATA, BEING ABLE TO DO THEM PARALLEL, BREAKING THEM

01:21PM  23   APART, AND DOING THEM IN SMALL JOBS.

01:21PM  24   Q.   AND THE PHRASE APACHE, THAT REFERS TO THE OPEN SOURCE

01:21PM  25   LICENSE?

SUHY DIRECT BY MR. BEENE

01:21PM 1    A.   YES.  WELL, IT'S THE FOUNDATION THAT ALSO MANAGES.  IT WAS

01:21PM 2    UNDER THE FOUNDATION AS WELL.

01:21PM 3    Q.   RIGHT.  ON THE STATEMENT OF WORK, EXHIBIT 1011, THE THIRD

01:22PM 4    PARAGRAPH THERE'S A REFERENCE TO HADOOP SPARK/CLUSTER.  DO YOU

01:22PM 5    SEE THAT?  HADOOP, H-A-D-O-O-P.  IT'S ON PAGE 2 OF THIS

01:22PM 6    STATEMENT OF WORK.

01:22PM 7    A.   OKAY.  YES.

01:22PM 8    Q.   AND WHAT IS THAT REFERENCE TO?

01:22PM 9    A.   THAT'S REFERENCING THE TOOLS FOR DOING ETL, EDWARD, T --

01:22PM 10   ETL IS AN EXTRACT TRANSFORM LOAD.  SO GETTING DATA FROM

01:22PM 11   DIFFERENT SOURCES, CONVERTING IT INTO NEW SOURCES TO BE ABLE TO

01:22PM 12   ANALYZE IT AND WHATNOT.

01:22PM 13   Q.   AND THERE'S A REFERENCE HERE TO DESIGN SOMETHING UNDER

01:22PM 14   FISMA?

01:22PM 15   A.   YES.

01:22PM 16   Q.   AND WHAT IS FISMA?

01:23PM 17   A.   THE ACRONYM -- I KEEP FORGETTING THE ACRONYM, BUT IT'S A

01:23PM 18   SUITE OF CONTROLS THAT ARE AN ATTEMPT TO MAKE SOFTWARE

01:23PM 19   PLATFORMS MORE SECURE BY ENFORCING CONTROLS AND RULES SO YOU

01:23PM 20   DON'T LOSE TAXPAYER INFORMATION OR HAVE INFORMATION LEAK THAT

01:23PM 21   SHOULDN'T BE LEAKED.

01:23PM 22   Q.   SO ON PAGE 2 IT SAYS FEDERAL INFORMATION SECURITY

01:23PM 23   MODERNIZATION ACT?

01:23PM 24   A.   THAT'S CORRECT.

01:23PM 25   Q.   AND I SEE WHY YOU DON'T HAVE THAT ON THE TIP OF YOUR

SUHY DIRECT BY MR. BEENE

01:23PM 1    TONGUE.

01:23PM 2              THE COURT:  ARE YOU INTRODUCING THIS?

01:23PM 3              MR. BEENE:  I'M SORRY, YOUR HONOR?

01:23PM 4              THE COURT:  SHOULD THIS BE INTRODUCED INTO EVIDENCE?

01:23PM 5              MR. BEENE:  YES.  I'D LIKE TO ADMIT EXHIBIT 1011.

01:23PM 6              THE COURT:  ANY OBJECTION?

01:23PM 7              MR. RATINOFF:  YES, YOUR HONOR.  I'M A LITTLE

01:23PM 8    UNCLEAR WHERE THIS DOCUMENT CAME FROM.  THERE'S NO BATES

01:23PM 9    NUMBERS ON IT, AND I DON'T THINK A FOUNDATION HAS BEEN

01:23PM 10   ESTABLISHED WHO AUTHORED IT, AND I ALSO BELIEVE I HEARD THERE

01:23PM 11   WAS TESTIMONY ABOUT IT BEING FROM A 2016 CONTRACT, WHICH I

01:23PM 12   DON'T BELIEVE IS RELEVANT AT THIS POINT.

01:23PM 13       MR. SUHY IS NOT PURSUING HIS BREACH OF CONTRACT CLAIM FOR

01:24PM 14   THAT IRS.

01:24PM 15             THE COURT:  CAN YOU LAY A FOUNDATION FOR THIS

01:24PM 16   DOCUMENT THROUGH THIS WITNESS?

01:24PM 17             MR. BEENE:  YEAH.

01:24PM 18             THE COURT:  OKAY.  WHY DON'T YOU.  SURE.

01:24PM 19   BY MR. BEENE:

01:24PM 20   Q.   MR. SUHY, DID YOU RECEIVE THIS DOCUMENT FROM THE IRS?

01:24PM 21   A.   YES.

01:24PM 22   Q.   AND WHAT IS THIS DOCUMENT?

01:24PM 23   A.   THIS IS THE STATEMENT OF WORK EXPLAINING WHAT NEEDS TO BE

01:24PM 24   DONE WITHIN THE CONTRACT, WHAT THEY WANT TO PAY FOR.

01:24PM 25   Q.   AND THE DAMAGE CLAIM THAT NEO4J HAS IS FOR CKGE?

SUHY DIRECT BY MR. BEENE

01:24PM 1   A.   YES.

01:24PM 2   Q.   AND THIS IS A STATEMENT OF WORK FOR THE CKGE PROJECT?

01:24PM 3   A.   YES.

01:24PM 4   Q.   AND DID YOU TAKE THIS STATEMENT OF WORK AND SHOW IT TO

01:24PM 5   NEO4J?

01:24PM 6   A.   YES, WE DID.

01:24PM 7   Q.   AND THEY REVIEWED IT TO MAKE A QUOTE TO THE IRS?

01:24PM 8   A.   NO.  THEY WERE NOT INTERESTED IN DOING SERVICES.  WE DO

01:24PM 9   THE SERVICE AND CONTRACTING.

01:24PM 10       THEIR ONLY INTEREST IS IN DOING LICENSE SALES.

01:24PM 11  Q.   BUT THIS STATEMENT OF WORK IS THE WORK THAT WAS DONE UNDER

01:25PM 12  THE CKGE IRS AGREEMENT; RIGHT?

01:25PM 13  A.   YES.

01:25PM 14       MR. BEENE:  YOUR HONOR, THIS IS THE FUNDAMENTAL

01:25PM 15  TERMS OF SERVICES THAT THEY ARE SUING FOR DAMAGES UNDER, AND HE

01:25PM 16  RECEIVED IT FROM THE IRS, AND IT WAS USED AS PART OF A QUOTE TO

01:25PM 17  DO THE CKGE PROJECT.

01:25PM 18       MR. RATINOFF:  WELL, I DISAGREE.

01:25PM 19       THE COURT:  WHY DON'T YOU STAND UP.

01:25PM 20       MR. RATINOFF:  I DISAGREE WITH HIS CHARACTERIZATION

01:25PM 21  OF THE DOCUMENT, BUT WE WON'T OBJECT TO ITS ADMISSIBILITY.

01:25PM 22       THE COURT:  THANK YOU.  IT'S ADMITTED.

01:25PM 23       (DEFENDANTS' EXHIBIT 1011 WAS RECEIVED IN EVIDENCE.)

01:25PM 24       MR. BEENE:  THANK YOU.

01:25PM 25  Q.   MR. SUHY, THE SAME EXHIBIT, 1011, PAGE 2, ABOVE THAT SCOPE

SUHY DIRECT BY MR. BEENE

01:25PM 1    OF WORK AND DESCRIPTION OF TASKS IT SAYS DMD ALSO MANUFACTURES

01:26PM 2    ANOTHER LEGACY GRAPH ENVIRONMENT, YK1, THAT IS SCHEDULED TO BE

01:26PM 3    INTEGRATED INTO THE CKGE.

01:26PM 4        DO YOU SEE THAT?

01:26PM 5    A.   YES.

01:26PM 6    Q.   AND THEN IT DISCUSSES AN ORACLE DATA STORAGE.

01:26PM 7        COULD YOU TELL US WHAT THAT IS?

01:26PM 8    A.   IT'S A DATABASE AND SO YOU PERFORM SEQUEL QUERIES ON IT TO

01:26PM 9    GET DATA, BUT IT'S AN RDBMS RELATIONAL DATABASE.

01:26PM 10   Q.   AND NOW, THE ORACLE DATABASE IS PROPRIETARY?

01:26PM 11   A.   YES, IT IS.

01:26PM 12   Q.   AND EVENTUALLY WAS THAT DATABASE CONNECTED INTO THE CKGE

01:26PM 13   PLATFORM?

01:26PM 14   A.   NO, THAT WAS NEVER CONNECTED IN.  THAT WAS ONLY USED WITH

01:26PM 15   NEO4J COMMUNITY TO PROVIDE FRONT END.  YK1 HAD A FRONT END

01:27PM 16   APPLICATION.  SO IT WAS ONLY USED WITHIN YK1.

01:27PM 17   Q.   OKAY.  SO WHAT IS THE YK1 PROJECT?

01:27PM 18   A.   SO THE YK1 PROJECT IS WHEN YOU HAVE BIG COMPANIES THAT

01:27PM 19   HAVE LOTS OF SUBSIDIARIES, AND I'M NOT A TAX EXPERT, I'M JUST

01:27PM 20   EXPLAINING FROM WHAT I KNOW OF IT, THEY HAVE LOTS OF SUB

01:27PM 21   COMPANIES, AND THOSE COMPANIES HAVE TAX AGREEMENTS AND THOSE

01:27PM 22   COMPANIES HAVE SUB COMPANIES.

01:27PM 23       SO THEY WANTED A TOOL TO BE ABLE TO GO IN AND FIND THE

01:27PM 24   CONNECTIONS BETWEEN THESE COMPANIES AND SEE IF THERE WERE

01:27PM 25   LOOPS, IF THERE ARE -- IF THEY NEEDED TO CREATE NEW TAX LAWS

SUHY DIRECT BY MR. BEENE

01:27PM 1    AND WHATNOT.

01:27PM 2         AND THE INTERFACE WAS A CUSTOM BUILT APP THAT THEY

01:27PM 3    INTERFACED WITH.  THE BACK END IS THAT THEY DIDN'T KNOW

01:27PM 4    WHAT WAS -- THE END USERS DON'T KNOW WHAT IS IN THE BACK, THEY

01:27PM 5    ONLY KNOW THE TOOL IN FRONT OF THEM.

01:27PM 6    Q.   DID YK1 PROJECT USE A NEO4J DATABASE?

01:28PM 7    A.   YES.

01:28PM 8    Q.   AND WHAT TIME?

01:28PM 9    A.   IT WAS A COMMUNITY EDITION.  I DON'T REMEMBER THE VERSION,

01:28PM 10   BUT IT WAS A COMMUNITY EDITION VERSION OF IT.

01:28PM 11   Q.   SO WHAT DID YOU DO ON THE CKGE PLATFORM?

01:28PM 12   A.   I BUILT OUT THE SERVICES, THE USER INTERFACES.  IT WAS --

01:28PM 13   IT CONSISTED OF DIFFERENT APPS.  SO THINK OF -- WITH GOOGLE,

01:29PM 14   WHEN YOU COME IN AND YOU SEE A MAIL APP, A CALENDAR APP.  I

01:29PM 15   CREATED APPS TO HELP THEM GO IN AND IDENTIFY FRAUD, TOOLING TO

01:29PM 16   HELP THEIR INVESTIGATORS.

01:29PM 17        WE HAVE SUSPECT EFIN FILERS.  E-F-I-N, EFIN, BUILT A TOOL

01:29PM 18   TO ALLOW THOSE EFIN FILERS TO LOOK INTO A POSTGRES DATABASE AND

01:29PM 19   FIND OUT IF THERE'S ANY ABNORMAL FILINGS BY THESE EFIN

01:29PM 20   PROVIDERS.

01:29PM 21        SO THESE ARE ALL A SUITE OF TOOLS THAT WERE AIMED AT

01:29PM 22   HELPING INVESTIGATORS.

01:29PM 23   Q.   THAT SUITE OF TOOLS, WERE THOSE OPEN SOURCE SOFTWARE

01:29PM 24   TOOLS?

01:29PM 25   A.   YES, EVERYTHING THAT WE WORKED ON WERE ALL OPEN SOURCE.

SUHY DIRECT BY MR. BEENE

01:29PM  1    Q.   AND WHAT OTHER SOFTWARE DID YOU -- TOOLS DID YOU WORK ON

01:29PM  2    UNDER THIS PROGRAM?

01:29PM  3    A.   ELASTIC SEARCH, SPARK, HADOOP, POSTGRES, MARIADB, NEO4J, A

01:30PM  4    HUGE AMOUNT OF LIBRARIES LIKE OPEN SOURCE LIBRARIES.  IN THE

01:30PM  5    UI'S, FOR EXAMPLE, WE MIGHT HAVE 15 OR 20 DIFFERENT OPEN SOURCE

01:30PM  6    LIBRARIES TO DO EVERYTHING FROM GRAPHS TO CHARTS TO SOMETHING

01:30PM  7    CALLED D3, WHICH ALLOWS YOU TO DO CHARTS AND LIKE PIE CHARTS

01:30PM  8    AND WHATNOT, VISUALIZATIONS.

01:30PM  9         KAFKA, K-A-F-K-A.  THERE'S A LOT MORE, IT'S JUST I'D HAVE

01:30PM 10    TO GO AND LOOK AT ALL OF OUR DEPENDENCY GRAPHS TO SEE WHICH

01:31PM 11    ONES, BUT WE USUALLY WILL KNOW WHAT LICENSE IS BEING USED AND

01:31PM 12    WHATNOT SO WE CAN REPORT THAT.

01:31PM 13    Q.   SO THE CKGE PLATFORM WAS AN AMALGAMATION OF A LOT OF

01:31PM 14    DIFFERENT SOFTWARE; RIGHT?

01:31PM 15    A.   YES, OH, YES.

01:31PM 16    Q.   AND WAS IT ALL NEO4J SOFTWARE?

01:31PM 17    A.   NO, NOT AT ALL.  NEO4J WAS ONLY USED IN CERTAIN PARTS OF

01:31PM 18    THE TOOL, WHICH IS WHERE WE WANTED TO DO QUERIES WHICH WERE

01:31PM 19    MORE EFFICIENT USING A GRAPH COMPARED TO USING SEQUEL, BUT IT

01:31PM 20    WAS A SMALL PART OF THE WHOLE ENTIRE PLATFORM.

01:31PM 21    Q.   AT THE TIME WHEN YOU WERE DEALING WITH THE CKGE PROPOSAL,

01:31PM 22    WERE YOU A PARTNER OF NEO4J'S?

01:32PM 23    A.   YES, WITH THE IRS, YES.

01:32PM 24    Q.   OKAY.  AND WERE YOU TRYING TO SELL THE IRS A COMMERCIAL

01:32PM 25    LICENSE?

SUHY DIRECT BY MR. BEENE

01:32PM  1    A.   YES, I WAS.

01:32PM  2    Q.   AND WERE YOU SUCCESSFUL IN SELLING THE IRS A COMMERCIAL

01:32PM  3    LICENSE?

01:32PM  4    A.   NO.  THEY WANTED -- THEY DIDN'T HAVE A BUDGET FOR

01:32PM  5    LICENSES.  THEY WANTED TO HAVE A SOLUTION BUILT.

01:32PM  6    Q.   WHEN YOU WERE WORKING ON SELLING THE COMMERCIAL LICENSE TO

01:32PM  7    THE IRS, COMMERCIAL LICENSE OF NEO4J, DID YOU KNOW WHAT NEO4J

01:32PM  8    VERSION THEY WERE USING AT THE TIME?

01:32PM  9    A.   THEY WERE USING NEO4J COMMUNITY EDITION VERSION.  IT MIGHT

01:32PM  10   HAVE BEEN 2, OR I'M NOT SURE OF THE ACTUAL VERSION NUMBER, BUT

01:32PM  11   IT WAS NEO4J COMMUNITY EDITION, WHATEVER THE MOST CURRENT

01:33PM  12   VERSION OF THAT WAS.

01:33PM  13   Q.   SO THAT WAS A GPL VERSION; RIGHT?

01:33PM  14   A.   GPLV3, YES.

01:33PM  15   Q.   NOW, WHO IS JOHN BROAD?

01:33PM  16   A.   JOHN BROAD WORKED WITH NEO4J.  HE WAS THE PARTNER.  HE WAS

01:33PM  17   WHO I WORKED WITH AS A PARTNER AND LIAISON.  I DON'T KNOW WHAT

01:33PM  18   HIS OFFICIAL TITLE WAS.

01:33PM  19   Q.   OKAY.  DID YOU WORK WITH HIM ON THE IRS CONTRACT?

01:33PM  20   A.   YES.

01:33PM  21   Q.   WHO IS MATTHEW FREDERICKSON?

01:33PM  22   A.   MATTHEW FREDERICKSON IS THE SALESPERSON FOR NEO4J.

01:33PM  23   Q.   DID YOU WORK WITH HIM ON THE IRS CONTRACT?

01:33PM  24   A.   YES.

01:33PM  25   Q.   LET ME SHOW YOU MARKED FOR IDENTIFICATION EXHIBIT 1044.

01:34PM  1          EXHIBIT 1044 IS AN EMAIL THREAD AND THE LOWER ONE IS

01:34PM  2     APRIL 28TH, 2016, AND THE NEXT ONE IS A LITTLE LATER IN THE

01:34PM  3     MORNING.

01:34PM  4          HAVE YOU -- DID YOU SEND THE EMAIL ON THE BOTTOM OF THIS

01:34PM  5     THREAD?

01:34PM  6     A.   YES, I DID.

01:34PM  7     Q.   AND DID YOU RECEIVE THE RESPONSE ON TOP?

01:34PM  8     A.   YES.

01:34PM  9          MR. BEENE:  YOUR HONOR, I WOULD LIKE EXHIBIT 1044

01:34PM 10     ADMITTED INTO EVIDENCE.

01:34PM 11          THE COURT:  ANY OBJECTION?

01:35PM 12          MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

01:35PM 13          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:35PM 14          (DEFENDANTS' EXHIBIT 1044 WAS RECEIVED IN EVIDENCE.)

01:35PM 15     BY MR. BEENE:

01:35PM 16     Q.   MR. SUHY, ON APRIL 28TH, 2016, YOU SENT THIS EMAIL TO

01:35PM 17     MR. BROAD.  AND WHY WERE YOU SENDING THIS EMAIL TO HIM?

01:35PM 18     A.   THE IRS SAID THAT THEY WERE NOT INTERESTED IN PURCHASING

01:35PM 19     AN ENTERPRISE LICENSE.  THEY WERE ALREADY USING COMMUNITY

01:35PM 20     EDITION, AND SO THEY DIDN'T SEE THE POINT IN IT.  THEY DIDN'T

01:35PM 21     HAVE A SOLUTION THAT THEY WANTED.

01:35PM 22          SO THE IRS HAD SAID, HEY, WE'RE NOT GOING TO PROCURE THIS.

01:35PM 23     AND I TALKED TO JOHN BROAD AND LARS AS WELL SAYING LET'S RECOUP

01:35PM 24     THIS AND LET ME BUILD SOMETHING FOR THEM AND WE'LL USE THAT

01:35PM 25     FIRST YEAR'S REVENUE TO BUILD THE SOLUTION, AND THEN YOU'LL

SUHY DIRECT BY MR. BEENE

```
01:35PM   1    HAVE REOCCURRING REVENUE MOVING FORWARD.

01:36PM   2        AND THAT'S WHAT THIS WAS TALKING ABOUT WAS THAT APPROACH

01:36PM   3    TO TRY SALVAGING THE LOSS OF A CONTRACT JUST FOR A LICENSE.

01:36PM   4    THE ORIGINAL LICENSE CONTRACT WE WANTED THE IRS TO -- OR WE

01:36PM   5    PROPOSED THE IRS, WHICH MAKES SENSE BECAUSE IT'S ALL LOST.

01:36PM   6        IF WE HADN'T DONE THIS, YOU HAD TO HAVE WORK TO BE ON

01:36PM   7    CONTRACT WITH THE IRS AND GET YOUR CLEARANCE AND WHATNOT, AND

01:36PM   8    THEY THOUGHT IT WAS A GOOD IDEA BECAUSE THEY SAID NOW WE HAVE

01:36PM   9    SOMETHING THERE AND SOMEONE INSIDE TO HELP THEM BUILD WHAT THEY

01:36PM  10    NEED AND THEN IT'S SMOOTH SAILING AFTER THAT.  LICENSES CAN BE

01:36PM  11    PURCHASED, YOU KNOW, AFTER THE SOLUTION WAS THERE TO ACTUALLY

01:36PM  12    USE THEM.

01:37PM  13    Q.   SO YOUR PLAN WAS TO BUILD IN THE COMMERCIAL SOFTWARE IN

01:37PM  14    THE PLATFORM AND THEN LICENSE IT LATER?

01:37PM  15    A.   YES, BUT IT WASN'T BUILT IN.  THE GRAPHS THEMSELVES ARE

01:37PM  16    SITTING THERE AND THEY'RE JUST A RESOURCE YOU QUERY FOR DATA,

01:37PM  17    BUT THAT WAS THE GOAL WAS THAT WE WOULD BUILD EVERYTHING USING

01:37PM  18    THAT AND THEN THEY COULD KEEP SELLING THEIR LICENSES TO THEM,

01:37PM  19    BUT THEY WOULD HAVE A FULL SOLUTION, WHICH WAS THEIRS TO USE.

01:37PM  20    Q.   AND BACK IN 2016 YOU FELT YOU HAD AGREEMENT FROM MR. BROAD

01:37PM  21    AND HIS EMAIL SAYS, "THANK YOU JOHN MARK.  THIS IS IN LINE WITH

01:37PM  22    OUR THINKING."

01:37PM  23    A.   YES.

01:37PM  24    Q.   LET ME MOVE TO THE NEXT EXHIBIT, 1043.

01:38PM  25        I'D LIKE THIS MARKED FOR IDENTIFICATION PURPOSES.
```

01:38PM   1           (DEFENDANTS' EXHIBIT 1043 WAS MARKED FOR IDENTIFICATION.)

01:38PM   2      BY MR. BEENE:

01:38PM   3      Q.   EXHIBIT 1043 IS AN EMAIL WITH A DATE SENT OF 8-15-2016.

01:38PM   4      IT STATES FROM LARS NORDWALL TO JOHN MARK SUHY.

01:38PM   5           MR. SUHY, WHO IS MR. NORDWALL?

01:38PM   6      A.   MR. NORDWALL WAS THE COO OF NEO4J AT THE TIME.

01:38PM   7      Q.   AND HERE DID YOU RECEIVE THIS EMAIL FROM MR. NORDWALL?

01:38PM   8      A.   YES.

01:38PM   9      Q.   AND YOU HAD PREVIOUSLY SENT HIM AN EMAIL IN THIS THREAD ON

01:38PM  10      AUGUST 12TH, 2016?

01:38PM  11      A.   YES, THAT'S CORRECT.

01:39PM  12           MR. BEENE:  AND I WOULD LIKE TO MOVE EXHIBIT 1043

01:39PM  13      INTO EVIDENCE.

01:39PM  14           THE COURT:  ANY OBJECTION?

01:39PM  15           MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

01:39PM  16           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:39PM  17           (DEFENDANTS' EXHIBIT 1043 WAS RECEIVED IN EVIDENCE.)

01:39PM  18      BY MR. BEENE:

01:39PM  19      Q.   BACK IN 2016 YOU WERE WORKING WITH THE IRS ON A CKGE

01:39PM  20      PLATFORM ISSUE; RIGHT?

01:39PM  21      A.   YES.

01:39PM  22      Q.   AND AS WE DISCUSSED WITH THE LAST EXHIBIT, YOU ARE

01:39PM  23      EXPLAINING TO LARS YOUR PLAN OF DOING THE -- WELL, WHAT WERE

01:39PM  24      YOU DOING?  WHAT WERE YOU WRITING LARS ABOUT?

01:39PM  25      A.   I WAS EXPLAINING THAT NEO4J IS LIKE AN ALTERNATOR AND THAT

SUHY DIRECT BY MR. BEENE

01:39PM 1    WE NEED TO GIVE THEM A WHOLE VEHICLE OR A SOLUTION THAT USES IT

01:39PM 2    TO JUSTIFY GETTING A SALE FOR IT.

01:39PM 3         AND SO I SAID THAT WHENEVER YOU HAVE A DEAL THAT FALLS

01:39PM 4    THROUGH LIKE THIS, WHY DON'T YOU HAVE US BUILD THEM A SOLUTION.

01:39PM 5    WE'LL USE ALL OPEN SOURCE SOFTWARE, AND THEN YOU CAN CONNECT IT

01:40PM 6    TO NEO4J, AND THEN YOU CAN TAKE IT AND START SELLING YOUR

01:40PM 7    COMMERCIAL LICENSES YEAR AFTER YEAR.

01:40PM 8    Q.   SO LET ME LOOK HERE.  YOU WROTE THAT THE IRS HAS BEEN

01:40PM 9    USING NEO4J COMMUNITY EDITION FOR QUITE SOME TIME NOW IN AN R&D

01:40PM 10   ENVIRONMENT; RIGHT?

01:40PM 11   A.   YES.

01:40PM 12   Q.   AND WHAT IS THE SIGNIFICANCE OF THAT?

01:40PM 13   A.   WELL, NEO4J -- THE COMMUNITY EDITION DID EVERYTHING THAT

01:40PM 14   THEY WANTED IT TO DO.  THE ENTERPRISE DIDN'T ADD ANY OF THESE

01:40PM 15   NEW TOOLS THAT THEY NEEDED FOR CKGE, AND SO THAT'S AN ISSUE

01:40PM 16   BECAUSE THEY ALREADY HAVE BEEN PROVING THIS IN COMMUNITY.  IT'S

01:40PM 17   GOING TO BE A HARD SALE FOR THE SALES TEAM TO COME IN AND SAY,

01:40PM 18   HEY, WE WANT YOU TO START PAYING FOR SOMETHING WHEN IT'S

01:40PM 19   ALREADY WORKING FOR YOU AND HOW YOU'RE USING IT NOW.

01:40PM 20   Q.   AND THE COMMUNITY IS THE GPL OPEN SOURCE VERSION?

01:40PM 21   A.   YES.

01:40PM 22   Q.   THE NEXT I GUESS THIRD PARAGRAPH DOWN THE SECOND SENTENCE

01:41PM 23   IT SAYS, "THAT DEAL WAS ABOUT TO FALL THROUGH SIMPLY BECAUSE

01:41PM 24   THE SUBSCRIPTION PRICE ATE UP THEIR ENTIRE R&D BUDGET AND LEFT

01:41PM 25   NO MONEY FOR THE DEVELOPMENT."

SUHY DIRECT BY MR. BEENE

01:41PM  1        RIGHT?

01:41PM  2    A.    YES.

01:41PM  3    Q.    AND WHAT WAS THAT PROBLEM?

01:41PM  4    A.    THE PROBLEM WAS THAT THEY ACTUALLY NEEDED A SOLUTION

01:41PM  5    BUILT.  AND SO THEY HAD THE BUDGET.  THEY NEEDED A FINAL

01:41PM  6    PRODUCT, AND THEY HAD THE MONEY FOR THAT.  THEY DID NOT HAVE

01:41PM  7    MONEY TO PURCHASE A LICENSE, ESPECIALLY WHEN YOU DIDN'T HAVE A

01:41PM  8    PRODUCT THAT COULD ACTUALLY MAKE USE OF THE SOFTWARE.

01:41PM  9    Q.    AND THE NEXT PARAGRAPH YOU WRITE, "THEY WERE PREPARED TO

01:41PM  10   STAY WITH NEO4J COMMUNITY AND USE THEIR BUDGET TO PAY AN

01:41PM  11   INTEGRATOR (NOT A NEO TECHNOLOGY PARTNER) TO BUILD OUT THE

01:41PM  12   PROTOTYPE"?

01:41PM  13   A.    YES.

01:41PM  14   Q.    AND WHY DID YOU TELL LARS THAT?

01:41PM  15   A.    BECAUSE IF YOU'RE INVOLVED IN THE PROJECT, THEN YOU HAVE A

01:42PM  16   VOICE IN FRONT OF THEM AND YOU CAN SHOW THEM ALL OF THE

01:42PM  17   FEATURES THAT YOU MIGHT HAVE.  WITHOUT BEING PART OF THAT

01:42PM  18   PROJECT, YOU HAVE NO VOICE INSIDE OF THE GOVERNMENT, SO MEANING

01:42PM  19   IT WOULD END AT THAT POINT BECAUSE YOU WOULD HAVE SOMEONE ELSE

01:42PM  20   THAT DOESN'T HAVE TO -- THEY'RE NOT SPEAKING FOR NEO4J, THEY'RE

01:42PM  21   NOT A PARTNER, AND SO THEY'RE LOOKING OUT USUALLY FOR -- NOT

01:42PM  22   FOR NEO4J'S INTEREST.  SO BEING INVOLVED WOULD BE IMPORTANT.

01:42PM  23   IT'S A TERM THAT THEY USE FOR LOBBYING, A KIND OF -- I THINK

01:42PM  24   IT'S LIKE LOBBYING, THAT'S THE REASON THAT YOU WOULD WANT TO BE

01:42PM  25   INVOLVED.

SUHY DIRECT BY MR. BEENE

01:42PM  1    Q.   AND YOU POINT OUT THAT THEY WERE GOING TO PAY AN

01:42PM  2    INTEGRATOR TO BUILD IT OUT AND NOT A NEO4J PARTNER?

01:42PM  3    A.   YES.

01:42PM  4    Q.   IS THAT WHAT YOU ANTICIPATED?

01:42PM  5    A.   YES, I KNEW WHO THE INTEGRATOR WOULD BE AS WELL.

01:43PM  6    Q.   NOW, YOU SAID NOT A NEO PARTNER.

01:43PM  7         WAS IT TYPICAL AT THIS POINT THAT NEO4J DIDN'T DO THE

01:43PM  8    PROFESSIONAL SERVICES?

01:43PM  9    A.   NO, THEY DON'T DO THE PROFESSIONAL SERVICES.  THEY JUST

01:43PM  10   SELL THE LICENSES.

01:43PM  11   Q.   AND THEN THIRD PARTY CONSULTANTS DO THE PROFESSIONAL

01:43PM  12   SERVICES?

01:43PM  13   A.   YES, THEIR PARTNERS WILL DO THE PROFESSIONAL SERVICES.

01:43PM  14   Q.   SO THE NEXT PARAGRAPH HERE YOU SAY, "AT THE LAST MOMENT

01:43PM  15   WHEN THE IRS SAID IT DOESN'T LOOK LIKE THEY COULD MOVE FORWARD,

01:43PM  16   WE ASKED FOR A DEBRIEF AND BASED ON THE INFORMATION WE TRIED A

01:43PM  17   NEW TACTIC (WITH YOUR TEAM'S PERMISSION)."

01:43PM  18        WHAT'S A DEBRIEF?

01:43PM  19   A.   A DEBRIEF IS YOU HAVE THE RIGHT, IF A GOVERNMENT AGENCY

01:43PM  20   TURNS DOWN EITHER A PROJECT, IT'S SPECIFIC TYPES OF RFP'S, YOU

01:44PM  21   CAN REQUEST A DEBRIEF, AND THEY TELL YOU THAT YOU CAN LEARN

01:44PM  22   FROM YOUR MISTAKES SAYING WHY DIDN'T THIS WORK, TELL US WHAT WE

01:44PM  23   CAN DO BETTER NEXT TIME.  SO THAT'S WHAT A DEBRIEF IS.

01:44PM  24   Q.   AND THEN YOU'RE GOING TO TRY A NEW TACTIC WITH YOUR TEAM'S

01:44PM  25   APPROVAL?

SUHY DIRECT BY MR. BEENE

01:44PM  1    A.   YES.

01:44PM  2    Q.   AND THAT IS, "WE OFFERED THE PROFESSIONAL SERVICES TO

01:44PM  3    BUILD OUT THEIR PROTOTYPE SYSTEM AS PART OF THE FIRST YEAR'S

01:44PM  4    SUBSCRIPTION BUNDLE PRICE"?

01:44PM  5    A.   YES.

01:44PM  6    Q.   AND WHO WAS GOING TO DO THE PROFESSIONAL SERVICES TO BUILD

01:44PM  7    OUT THE PLATFORM?

01:44PM  8    A.   THAT WOULD BE ME ON THIS CONTRACT.

01:45PM  9    Q.   AND YOU POINTED OUT -- I AM SORRY.  ON EXHIBIT 1043,

01:45PM  10   EXHIBIT 1043.  YOU SAID, "I JUST WANTED TO BRING THIS IDEA TO

01:45PM  11   YOUR ATTENTION IN CASE YOU ARE EXPERIENCING DEALS THAT ARE

01:45PM  12   FALLING THROUGH THAT HAVE THE FOLLOWING CHARACTERISTICS.

01:45PM  13        "LIMITED TOTAL BUDGET WHERE THE NEO4J SUBSCRIPTION COST

01:45PM  14   EATS INTO THEIR DEVELOPMENT BUDGET (BUT NOT

01:46PM  15   PRODUCTION/OPERATIONS BUDGET GOING FORWARD)."

01:46PM  16        WHAT DO YOU MEAN BY THAT?

01:46PM  17   A.   SO A LOT OF TIMES NEO4J WAS NEW TO THEM AND THEY NEEDED A

01:46PM  18   SOLUTION THAT WOULD BE LIKE AN END USER APP, IT WOULD BE A UI,

01:46PM  19   FOR EXAMPLE, OR AN APP.  AND THEY WOULD NEED TO HAVE THAT BUILT

01:46PM  20   UP FIRST TO EVEN BE ABLE TO GO TO THE NEXT STEP TO GET -- A

01:46PM  21   USER INTERFACE.

01:46PM  22        SO IT WOULD -- I USED THE ANALOGY THAT IF YOU WERE TRYING

01:46PM  23   TO SELL SOMEONE A MINIVAN, IT'S GOING TO BE HARD FOR YOU TO GO

01:46PM  24   AND SELL -- I AM SORRY, SELL THEM AN ALTERNATOR, IT'S GOING TO

01:46PM  25   BE HARD FOR YOU TO GO AND SAY HERE'S AN ALTERNATOR, YOU CAN

SUHY DIRECT BY MR. BEENE

01:46PM   1    TAKE YOUR KIDS TO SCHOOL.

01:46PM   2         BUT IF WE CAME AND SAID HERE'S A MINIVAN, WE BUILT IT ALL

01:47PM   3    OUT FOR YOU, IT'S USING THIS ALTERNATOR, YOU HAVE TO PAY FOR,

01:47PM   4    IT'S MORE LIKELY THAT THEY WILL GO AND CONTINUE THE RENEW.

01:47PM   5         SO IT WAS A WAY TO HELP THEM GET THE RENEWALS AND THEIR

01:47PM   6    LICENSE RENEWALS MOVING FORWARD AFTER INITIALLY BUILDING OUT A

01:47PM   7    SOLUTION.

01:47PM   8    Q.   OKAY.  AND LARS NORDWALL, THE COO, HE SAYS, "HI JOHN,

01:47PM   9    EXCELLENT OBSERVATION AND RECOMMENDATION.  I FULLY AGREE, WE

01:47PM  10    SHOULD APPLY THE SAME APPROACH ELSEWHERE.  THIS IS A

01:47PM  11    NO-BRAINER."

01:47PM  12         DO YOU SEE THAT?

01:47PM  13    A.   YES.

01:47PM  14    Q.   SO DID LARS TELL YOU TO GO AHEAD WITH THE IRS PROPOSAL

01:47PM  15    CONSISTENT WITH YOUR OUTLINE OF YOUR AUGUST 12TH, 2016?

01:47PM  16    A.   YES.

01:47PM  17    Q.   THEN WHAT HAPPENED TO THAT PROPOSAL?

01:48PM  18    A.   SO WE RESUBMITTED A PROPOSAL SAYING WE WOULD BUILD OUT A

01:48PM  19    SOLUTION, A PROTOTYPE FOR THEM.  IT WAS APPROVED.  WE DIDN'T

01:48PM  20    HAVE LICENSE REVENUE SO THEY WERE USING -- NEO4J WAS UNDER GPL,

01:48PM  21    THEY WERE USING THAT AND THEN WE BROUGHT IN NEO4J ENTERPRISE

01:48PM  22    UNDER AGPL, THIS IS BEFORE THE COMMONS CLAUSE, AND -- I'M

01:48PM  23    SORRY, I FORGOT.  I LOSE TRACK REAL QUICKLY.

01:48PM  24    Q.   I'VE BEEN NOT MODIFYING MY PRONOUNS NICELY HERE.

01:48PM  25         THIS WAS A PURETHINK; RIGHT?

01:48PM  1    A.  YES, WITH PURETHINK.

01:48PM  2    Q.  SO PURETHINK MADE A QUOTE TO PROVIDE PROFESSIONAL SERVICES

01:49PM  3    TO THE IRS?

01:49PM  4    A.  YES.

01:49PM  5    Q.  AND THEN YOU WERE TERMINATED AS PARTNER AND LOST THE DEAL.

01:49PM  6    HOW DID ALL OF THAT HAPPEN?

01:49PM  7    A.  WELL, THE IRS HAD ASKED ME WHY THEY CAN'T JUST USE NEO4J

01:49PM  8    ENTERPRISE FOR FREE.  THEY WERE ALREADY USING COMMUNITY.  THEY

01:49PM  9    HAD LEARNED THAT IT WAS AGPL.  AND JASON ZAGALASKY AND

01:49PM 10    JOHN BROAD CAME AND SAID WE'LL LOSE THIS CONTRACT IF YOU DON'T

01:49PM 11    TELL THEM THAT THEY HAVE TO USE A COMMERCIAL LICENSE IN

01:49PM 12    PRODUCTION.  I WASN'T GOING TO SAY THAT AT ALL.

01:49PM 13        SO THINGS TURNED BAD AFTER THAT.  I WASN'T -- THEY DIDN'T

01:49PM 14    WANT TO WORK WITH ME.  I DON'T KNOW WHAT THE REASONINGS WERE ON

01:50PM 15    THEIR END, BUT I DIDN'T WANT TO SAY THAT TO THEM WHEN IT WAS

01:50PM 16    OBVIOUS THAT ANY OF THEIR LAWYERS COULD GO READ THE CONTRACT OR

01:50PM 17    THE LICENSE AND SEE IT.

01:50PM 18    Q.  WHY DIDN'T YOU WANT TO TELL THE IRS THAT THEY COULDN'T USE

01:50PM 19    THE OPEN SOURCE VERSION?

01:50PM 20    A.  BECAUSE IT WASN'T TRUE, THEY COULD USE IT IN PRODUCTION.

01:50PM 21    Q.  NOW, AFTER YOU'RE TERMINATED AS A PARTNER AT NEO4J, DID

01:50PM 22    YOU CHANGE OR DID YOU START A NEW COMPANY RATHER CALLED IGOV?

01:50PM 23    A.  YES.

01:50PM 24    Q.  AND WHY DID YOU SET UP IGOV?

01:51PM 25    A.  UNDER THE PARTNER AGREEMENT FOR -- BETWEEN PURETHINK AND

01:51PM  1    NEO4J, THEY PROHIBITED WORKING WITH OPEN SOURCE LICENSES, AND

01:51PM  2    SO IGOV WAS SET UP SO IT COULD ACTUALLY PROVIDE THE GOVERNMENT

01:51PM  3    WITH SOFTWARE SOLUTIONS ONLY USING OPEN SOURCE LICENSES.

01:51PM  4    Q.   DID IGOV ULTIMATELY GET THE IRS CKGE CONTRACT?

01:51PM  5    A.   NO.

01:51PM  6    Q.   WHY NOT?

01:51PM  7    A.   I DON'T KNOW, I DON'T KNOW THE EXACT REASON.  I KNOW THERE

01:51PM  8    WAS A PROTEST AND THERE WAS A MISTAKE IN THEIR ANNOUNCEMENT,

01:51PM  9    BUT NEO4J WENT AND TOLD -- SOMEONE AT NEO4J, I THINK IT WAS

01:51PM  10   JASON ZAGALASKY, HAD TOLD THEM THAT THEY COULD NOT WORK WITH

01:52PM  11   IGOV AS WELL AS PURETHINK.

01:52PM  12             MR. RATINOFF:  OBJECTION, YOUR HONOR.  THAT'S

01:52PM  13   HEARSAY.

01:52PM  14             THE WITNESS:  IT WAS IN AN EMAIL.

01:52PM  15             THE COURT:  ARE YOU OFFERING THIS FOR THE TRUTH OF

01:52PM  16   THE MATTER ASSERTED?

01:52PM  17             MR. BEENE:  I DON'T KNOW, YOUR HONOR.  IT'S HEARSAY.

01:52PM  18             THE COURT:  OKAY.

01:52PM  19             MR. BEENE:  IT'S JUST HARD IN THIS WORLD WHY

01:52PM  20   SOMETHING HAPPENED TO HIM BUT --

01:52PM  21             THE COURT:  ARE YOU OFFERING THIS NOT FOR THE TRUTH

01:52PM  22   OF THE MATTER?

01:52PM  23             MR. BEENE:  NOT FOR THE TRUTH, BUT WHAT HE HEARD.

01:52PM  24   WHETHER IT'S TRUE OR NOT.

01:52PM  25             THE COURT:  WELL, IS IT BEING OFFERED --

SUHY DIRECT BY MR. BEENE                                    275

01:52PM  1              MR. BEENE:  I GUESS THAT'S SPECULATIVE THEN, RIGHT.

01:52PM  2              THE COURT:  ARE YOU OFFERING IT NOT FOR ITS TRUTH

01:52PM  3     BUT TO DESCRIBE SUBSEQUENT CONDUCT OF HIM AFTER HE HEARD THIS?

01:52PM  4              MR. BEENE:  YES.

01:52PM  5              THE COURT:  ALL RIGHT.  I'LL ADMIT IT FOR THAT

01:52PM  6     LIMITED PURPOSE ONLY.

01:52PM  7              MR. RATINOFF:  THANK YOU, YOUR HONOR.

01:52PM  8     BY MR. BEENE:

01:52PM  9     Q.   OKAY.  SO WHY DID YOU -- CORRECTION.  STRIKE THAT.

01:52PM  10         WHAT IS YOUR UNDERSTANDING OF WHY IGOV DID NOT GET THE IRS

01:53PM  11    CONTRACT?

01:53PM  12    A.   IT'S MY UNDERSTANDING THAT IT DIDN'T GET IT BECAUSE OF A

01:53PM  13    PROTEST, FROM NEO4J'S PROTEST ON THE CONTRACT AWARD ITSELF.

01:53PM  14    Q.   SO THEN DID YOU EVER WORK ON THIS IRS PROJECT?

01:53PM  15    A.   YES.

01:53PM  16    Q.   HOW?

01:53PM  17    A.   THE IRS REACHED OUT AND SAID, LOOK, WE WANT TO WORK WITH

01:53PM  18    YOU, BUT WE WOULD LIKE TO USE OUR SMALL BUSINESS INITIATIVES,

01:53PM  19    AND SO THEY FOUND EGOV -- WELL, I SAID EGOVERNMENT SOLUTIONS I

01:53PM  20    HELPED START.  I'M NO LONGER A MAJORITY OWNER OF IT.  THEY HAVE

01:53PM  21    HUB ZONE.  AND I SAID IF THAT'S ACCEPTABLE TO YOU AND LETS YOU

01:53PM  22    MEET YOUR REQUIREMENTS AND PLUS YOU CAN HAVE YOUR SOLUTION

01:53PM  23    BUILT.

01:53PM  24         SO THEY CREATED A NEW CONTRACT OR AN RFP FOR THAT AND PUT

01:54PM  25    IT OUT FOR EVERYONE TO GO AND DECIDE IF THEY WANTED TO PROTEST

SUHY DIRECT BY MR. BEENE
276

01:54PM  1    AND WHATNOT AND WHEN IT WASN'T PROTESTED, IT BECAME A CONTRACT

01:54PM  2    TO EGOVERNMENT SOLUTIONS.

01:54PM  3    Q.   OKAY.  ARE YOU STILL A SHAREHOLDER AT EGOV SOLUTIONS?

01:54PM  4    A.   NO.

01:54PM  5    Q.   ARE YOU A DIRECTOR OR OFFICER OF EGOV SOLUTIONS?

01:54PM  6    A.   NO.

01:54PM  7    Q.   HAVE YOU EVER BEEN A SHAREHOLDER AT EGOV SOLUTIONS?

01:54PM  8    A.   YES.

01:54PM  9    Q.   AND WHAT HAPPENED TO YOUR STOCK?

01:54PM  10   A.   I SOLD IT.

01:54PM  11   Q.   WERE YOU EVER AN OFFICER OR DIRECTOR OF EGOV SOLUTIONS?

01:54PM  12   A.   YES.

01:54PM  13   Q.   AND WHEN DID YOU STOP DOING THAT?

01:54PM  14   A.   I'M NOT SURE OF THE DATE.  IT WAS -- IT MIGHT HAVE BEEN

01:54PM  15   2018 TO 2019 TIMEFRAME, WHEN I SOLD, WHEN I SOLD MY STOCKS

01:55PM  16   BACK, AROUND THAT TIME I OFFICIALLY WAS REMOVED AS WELL AS AN

01:55PM  17   OFFICER.

01:55PM  18   Q.   OKAY.  SO THE WORK DONE ON THE IRS WAS THROUGH EGOV

01:55PM  19   SOLUTIONS AND THEY PAID EITHER IGOV OR YOU FOR THAT WORK;

01:55PM  20   RIGHT?

01:55PM  21   A.   YES, THEY PAID IGOV.

01:55PM  22   Q.   WHAT WAS THE HOURLY RATE THAT YOU RECEIVED FOR THE WORK

01:55PM  23   THAT YOU DID?

01:55PM  24   A.   IT WAS FIXED PRICE, BUT I BELIEVE IT CAME OUT TO $150 AN

01:55PM  25   HOUR.

SUHY DIRECT BY MR. BEENE

01:55PM 1    Q.   SO THE REVENUES THAT YOU GENERATED ON THE CKGE PROJECT WAS

01:55PM 2    YOUR HOURLY WORK AT $150 AN HOUR?

01:56PM 3    A.   YES, IT ENDED UP BEING THAT.  WE HAD -- WELL, REVENUES,

01:56PM 4    NOT PROFIT, YES, THAT'S CORRECT.

01:56PM 5    Q.   RIGHT.  IT'S JUST ON TOP AND REVENUES?

01:56PM 6    A.   YES.

01:56PM 7    Q.   OKAY.  AND THERE'S NO LICENSE REVENUES IN THAT?

01:56PM 8    A.   NO.

01:56PM 9    Q.   AND DOES IGOV, PURETHINK OR YOU SELL U.S. GOVERNMENT

01:56PM 10   SOFTWARE LICENSES?

01:56PM 11   A.   NO.

01:56PM 12   Q.   AND HOW MANY YEARS WERE YOU INVOLVED IN THE CKGE PROJECT?

01:56PM 13   A.   AT LEAST FIVE YEARS.

01:56PM 14   Q.   WHO IS MR. DUNN?

01:57PM 15   A.   MIKE DUNN IS THE TECHNOLOGY LIAISON FOR THE IRS HE IS WHO

01:57PM 16   I WORKED WITH FOR CKGE.  HE WAS THEIR -- MY CONTACT.

01:57PM 17   Q.   OKAY.  OKAY.

01:57PM 18        AND DID YOU HAVE AN OCCASION WHEN HE TALKED TO YOU ABOUT

01:57PM 19   USING COMMUNITY?

01:57PM 20   A.   MANY TIMES.  I'M TRYING TO THINK.  JUST RECENTLY THERE WAS

01:57PM 21   A SWITCH BACK TO COMMUNITY BECAUSE OF THE COURT ORDER, BUT

01:57PM 22   BEFORE THAT THEY WERE USING COMMUNITY, AND WE'VE TALKED ABOUT

01:57PM 23   IT BEFORE, AND HE'S ASKED ABOUT WHAT FEATURES ARE IN COMMUNITY

01:57PM 24   ARE ENTERPRISE.

01:57PM 25        I EXPLAINED TO HIM THAT WE'RE NOT ACTUALLY USING ANY OF

SUHY DIRECT BY MR. BEENE

01:57PM  1    THE ENTERPRISE FEATURES, IT'S JUST I'M FAMILIAR WITH IT BECAUSE

01:58PM  2    I HELP WITH THAT WORK, SO WITH THE ONGDB WORK.

01:58PM  3    Q.   JUST ON THAT NOTE, WE HAD A QUESTION EARLIER.  TELL ME,

01:58PM  4    DID YOU SEND THE IRS A COPY OF THIS COURT'S ORDER FOR

01:58PM  5    INJUNCTION AND REMOVING SOFTWARE OFF OF THEIR SERVERS?

01:58PM  6    A.   YES, YES.

01:58PM  7    Q.   WHO DID YOU SEND THAT TO?

01:58PM  8    A.   TO MIKE DUNN AND TO THEIR ATTORNEYS THAT I KNEW WERE

01:58PM  9    INVOLVED THAT I HAD EMAILS FROM.

01:58PM  10   Q.   OKAY.  AND HAVE THEY GOTTEN BACK TO YOU?

01:58PM  11   A.   NO.

01:58PM  12   Q.   DO YOU KNOW WHY?

01:58PM  13   A.   I DON'T KNOW WHY, BUT I DO KNOW THAT THEY, THEY DECIDED TO

01:58PM  14   SWITCH BACK TO COMMUNITY AFTER THAT.

01:59PM  15   Q.   AND WHILE YOU WERE IN THE MIDDLE OF THIS CKGE PROJECT, I

01:59PM  16   SUPPOSE DURING THE EGOV TIME, DID THE IRS TRY AND SELL ANOTHER

01:59PM  17   COMMERCIAL ENTERPRISE LICENSE TO THE IRS?

01:59PM  18   A.   WELL, IRS NEVER SELLS LICENSES.  YOU MEAN NEO4J?

01:59PM  19   Q.   I'M SORRY.  WHILE YOU WERE INVOLVED IN THE CKGE PROJECT,

01:59PM  20   DID NEO4J TRY AND SELL TO THE IRS A COMMERCIAL LICENSE TO

01:59PM  21   ENTERPRISE?

01:59PM  22   A.   YES.

01:59PM  23   Q.   OKAY.  AND DID YOU HAVE ANY DISCUSSION WITH THE IRS ABOUT

01:59PM  24   WHETHER OR NOT THEY SHOULD BUY THAT LICENSE?

01:59PM  25   A.   YES.  I SPOKE TO THEM ABOUT THE FEATURES AND WHAT -- I

02:00PM   1    DIDN'T TELL, I DIDN'T SAY YES OR NO BECAUSE I KNOW THEY MAKE

02:00PM   2    THEIR OWN DECISIONS, BUT I GAVE THEM ALL OF THE FEATURES THAT

02:00PM   3    WERE BEING USED AND WHAT THEY DIDN'T NEED, AND I HELPED TO

02:00PM   4    EDUCATE THEM BECAUSE I FELT THE SALES TEAMS WERE FEEDING THEM

02:00PM   5    STUFF THAT THEY WERE CAUSING CONFUSION SAYING THAT YOU NEED

02:00PM   6    THIS AND THAT WHEN IN REALITY YOU DIDN'T, BUT THAT'S THE TYPE

02:00PM   7    OF CONVERSATIONS I'VE HAD WITH THEM.

02:00PM   8    Q.   SO THE IRS KNEW WHAT THE COMMERCIAL VERSION OF ENTERPRISE,

02:00PM   9    WHAT FUNCTIONALITY IT HAD?

02:00PM  10    A.   YEAH, THEY HAD -- THE NEO4J SALES TEAM WOULD COME IN AND

02:00PM  11    DO DEMOS, AND THEY WOULD SHOW NEW FEATURES THAT WERE COMING OUT

02:00PM  12    IN LIKE THE NEW VERSION AND WHATNOT.

02:00PM  13         BUT I WASN'T INVOLVED IN THOSE DEMONSTRATIONS.

02:00PM  14    Q.   AND THE IRS HAD A COPY OF THE AGPL VERSION OF ENTERPRISE;

02:00PM  15    RIGHT?

02:00PM  16    A.   YES.

02:01PM  17    Q.   AND SO THEY COULD COMPARE THE FEATURES BETWEEN THOSE TWO

02:01PM  18    ITEMS; RIGHT?

02:01PM  19    A.   OH, YES.

02:01PM  20    Q.   DID THE IRS CONSIDER ANY OTHER GRAPH DATABASES AT THAT

02:01PM  21    TIME?

02:01PM  22    A.   THEY WERE LOOKING AT TIGER GRAPH AND USING APACHE'S GRAPH

02:01PM  23    FRAMES, F-R-A-M-E-S.

02:01PM  24    Q.   SO THE TIGER GRAPH, WHAT IS THAT?

02:01PM  25    A.   A TIGER GRAPH IS A COMPETING GRAPH DATABASE.  IT'S KNOWN

02:01PM  1     FOR BEING MORE SCALEABLE THAN -- NEO4J HAS CLUSTERING, BUT IT'S

02:01PM  2     HIGH AVAILABILITY, MEANING YOU TAKE A COPY OF EVERY INSTANCE

02:01PM  3     AND YOU PUT IT OUT AND THEN YOU CAN LOAD BALANCE ACROSS.

02:02PM  4         WHEREAS TIGER GRAPH TOOK THE APPROACH OF DOING SHARDING

02:02PM  5     LIKE ELASTIC SEARCH WHERE YOU CAN SHARD YOUR DATA OUT

02:02PM  6     AUTOMATICALLY ACROSS MULTIPLE SERVERS THAT ARE LESS EXPENSIVE.

02:02PM  7         NEO4J, IF YOU HAVE A ONE TERABYTE DATABASE, YOU NEED TO BE

02:02PM  8     ABLE TO HANDLE THAT, ALL OF THAT SIZE ON EVERY SERVER, AND IT'S

02:02PM  9     VERY EXPENSIVE TO PURCHASE EVERY SERVER YOU WOULD NEED IN A

02:02PM  10    CLUSTER.

02:02PM  11        WHEREAS TIGER GRAPH, FOR EXAMPLE, COULD USE SMALLER

02:02PM  12    INSTANCES THAT THEY HAVE.

02:02PM  13        THE IRS HAS LOTS OF SERVERS LAYING AROUND.

02:02PM  14    Q.   AND HAS -- TO YOUR KNOWLEDGE, HAS THE IRS EVER MADE A

02:02PM  15    DECISION IF THEY'RE GOING TO GO WITH THE APACHE FRAME?

02:02PM  16    A.   NOT YET.

02:02PM  17    Q.   AND TIGER GRAPH?

02:02PM  18    A.   NOT YET.

02:02PM  19    Q.   OR NEO4J COMMERCIAL ENTERPRISE?

02:02PM  20    A.   NO, THEY HAVEN'T.

02:02PM  21    Q.   BUT THEY'RE USING THE COMMUNITY NOW?

02:02PM  22    A.   YEAH, THEY'RE USING THE COMMUNITY NOW ACROSS THE BOARD.

02:03PM  23    THAT'S ALL THEY'RE USING.

02:03PM  24    Q.   OKAY.

02:03PM  25    A.   IN THE CKGE PROJECT AND THE GHOST PREPARER AND ALL OF

02:03PM  1   THOSE PROJECTS THAT WERE MENTIONED.

02:03PM  2   Q.   ARE YOU STILL PRESENTLY DOING WORK ON THIS CKGE PRONG?

02:03PM  3   A.   NOT ON CKGE.  WE DON'T HAVE THE CONTRACT ANYMORE.

02:03PM  4   Q.   WHO DOES?

02:03PM  5   A.   ATOMRAIN HAD WON IT, AND THEN THEY HAD A PROTEST SO IT'S

02:03PM  6   STILL BEING OUT FOR AWARD.  SO IT'S -- IT HASN'T BEEN AWARDED

02:03PM  7   AGAIN, THAT CONTRACT.

02:03PM  8   Q.   NOW, ATOMRAIN IS A NEO4J CONSULTANT?

02:03PM  9   A.   THEY WERE.  THEY'RE, THEY'RE -- ATOMRAIN IS THE TWO

02:03PM 10   BROTHERS THAT ARE THE SAME BROTHERS BEHIND THE GRAPH

02:03PM 11   FOUNDATION.  SO THEY'RE -- THEY HAVE A COMPANY CALLED ATOMRAIN,

02:03PM 12   AND THEY HAVE A COMPANY CALLED GRAPH GRID.

02:04PM 13   Q.   SO ATOMRAIN WAS BEING SUED AND THEY SETTLED?

02:04PM 14   A.   I BELIEVE IT WAS ATOMRAIN, THE GRAPH FOUNDATION, AND MAYBE

02:04PM 15   GRAPH GRID IN THE GRAPH FOUNDATION CASE.

02:04PM 16   Q.   RIGHT.

02:04PM 17   A.   YEP.

02:04PM 18   Q.   AND THEY ARE NOW BACK IN PROVIDING PROFESSIONAL SERVICES

02:04PM 19   ON NEO4J PLATFORM?

02:04PM 20   A.   YES.

02:04PM 21   Q.   AND THEY'RE DOING THAT BECAUSE THE CKGE PLATFORM IS VERY

02:04PM 22   LARGE AND JUST IS A LIMITED TO NEO4J?

02:05PM 23   A.   AND TO CLARIFY, THEY WERE A CONTRACTOR.  THEY DIDN'T WIN

02:05PM 24   THE DIRECT AWARD FOR CKGE RECENTLY.  THEY WERE A TEAM WITH

02:05PM 25   ANOTHER COMPANY, BUT I DON'T KNOW THE NAME.  BUT IT WAS BECAUSE

02:05PM  1    OF THEM THAT THEY GOT THE AWARD BECAUSE THEY HAD THE KNOWLEDGE.

02:05PM  2    Q.   NOW, THE IRS DOESN'T SELL SOFTWARE SERVICES USING NEO4J,

02:05PM  3    DOES IT?

02:05PM  4    A.   THEY DON'T SELL ANY SOFTWARE SERVICES.

02:05PM  5    Q.   AND THAT'S THE SAME AS THE NSA, TOO?

02:05PM  6    A.   YES.

02:05PM  7    Q.   AND DID THEY EVER TALK TO YOU ABOUT SELLING THEIR

02:05PM  8    DATABASES TO ANYBODY?

02:05PM  9    A.   NO.

02:05PM  10   Q.   I APOLOGIZE.  THESE NUMBERS ARE HARD TO READ IN THE ORDER

02:06PM  11   THAT THEY ARE IN.

02:06PM  12       LET'S MOVE TO NSA CURRENT.  SO WE SORT OF STARTED WITH

02:06PM  13   THEM OLD, RIGHT?  YOU HAD A CONTRACT WITH THE NSA BACK IN 2015?

02:06PM  14   A.   YES.

02:06PM  15   Q.   AND THEY DIDN'T RENEW IT; RIGHT?

02:06PM  16   A.   NO.

02:06PM  17   Q.   OKAY.  AND THAT WAS A COMMERCIAL ENTERPRISE LICENSE THAT

02:06PM  18   THE NSA WAS USING?

02:06PM  19   A.   YES.

02:06PM  20   Q.   AND THEN LET'S GO TO EXHIBIT 1101.

02:07PM  21       I'D LIKE TO HAVE EXHIBIT 1101 MARKED FOR IDENTIFICATION

02:07PM  22   PURPOSES.

02:07PM  23       (DEFENDANTS' EXHIBIT 1101 WAS MARKED FOR IDENTIFICATION.)

02:07PM  24   BY MR. BEENE:

02:07PM  25   Q.   MR. SUHY, THE FIRST PAGE OF EXHIBIT 1101 IS AN EMAIL FROM

02:08PM   1        S-H-A-H-A-K, N-A-G-I-E-L AND IT'S DATED FEBRUARY 19TH, 2019.

02:08PM   2             DO YOU SEE THAT?

02:08PM   3        A.   YES.

02:08PM   4        Q.   OKAY.  AND THIS IS AN EMAIL THREAD, SOME OF WHICH IS

02:08PM   5        BETWEEN YOU AND MR. NAGIEL; CORRECT?

02:08PM   6        A.   YES.

02:08PM   7        Q.   AND DOES EXHIBIT 1101 INCLUDE EMAILS THAT YOU SENT TO HIM

02:08PM   8        OR RECEIVED FROM HIM?

02:08PM   9        A.   YES, IT DOES.

02:08PM  10        Q.   AND THERE'S ALSO SOME EMAILS FROM BRAD NUSSBAUM; CORRECT?

02:08PM  11        A.   CORRECT.

02:08PM  12        Q.   AND WHO WAS MR. NUSSBAUM?

02:08PM  13        A.   BRAD NUSSBAUM IS ONE OF THE FOUNDERS OF THE GRAPH

02:08PM  14        FOUNDATION AS WELL AS THE FOUNDER OF ATOMRAIN AND GRAPH GRID.

02:08PM  15        Q.   OKAY.

02:09PM  16             YOUR HONOR, I'D LIKE TO MOVE EXHIBIT 1101 INTO EVIDENCE.

02:09PM  17                  THE COURT:  ANY OBJECTION?

02:09PM  18                  MR. RATINOFF:  NO OBJECTION.  I WOULD ALSO LIKE TO

02:09PM  19        NOTE --

02:09PM  20                  THE COURT:  I'M SORRY, I CAN'T HEAR YOU.

02:09PM  21                  MR. RATINOFF:  I BELIEVE THIS WAS ALSO DESIGNATED AS

02:09PM  22        A PLAINTIFFS' EXHIBIT.  I'LL HAVE TO LOOK IT UP.  AND IT WAS A

02:09PM  23        DEPOSITION EXHIBIT.

02:09PM  24                  THE COURT:  WAS IT ADMITTED AS A PLAINTIFFS'

02:09PM  25        EXHIBIT?

02:09PM 1          MR. RATINOFF:  I BELIEVE IT IS.  SO NO OBJECTION.

02:09PM 2          THE COURT:  WELL --

02:09PM 3          MR. BEENE:  IT MAY NOT BE IN TRIAL BUT SOMEWHERE

02:09PM 4     ELSE.  SOMETIMES IT GETS DUPLICATED.

02:09PM 5          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:09PM 6     (DEFENDANTS' EXHIBIT 1101 WAS RECEIVED IN EVIDENCE.)

02:09PM 7          MR. BEENE:  THANK YOU.

02:09PM 8     BY MR. BEENE:

02:09PM 9     Q.   MR. SUHY, COULD YOU LOOK AT THE NEXT TO THE LAST PAGE OF

02:09PM 10    EXHIBIT 1101, THERE'S AN EMAIL OCTOBER 28TH -- OCTOBER 22ND,

02:10PM 11    2018?

02:10PM 12    A.   OKAY.  I'M LOOKING.  OKAY.

02:10PM 13    Q.   SO THIS IS AN EMAIL FROM SHAHAK NAGIEL, PRINCIPAL

02:10PM 14    ENGINEER, AT NEXT CENTURY.

02:10PM 15         BEFORE YOU RECEIVED THIS EMAIL, DID YOU KNOW MR. NAGIEL?

02:10PM 16    A.   I DON'T BELIEVE SO, NO.

02:10PM 17    Q.   OKAY.  SO HE WAS MAKING INQUIRIES ABOUT THE AGPL COMMUNITY

02:11PM 18    AND ENTERPRISE VERSIONS OF NEO4J?

02:11PM 19    A.   YES.

02:11PM 20    Q.   HE NOTES IN HIS EMAIL THAT NEO4J ENTERPRISE DOESN'T HAVE

02:11PM 21    EVERYTHING THAT THE COMMUNITY AND AGPL SOFTWARE DOES.

02:11PM 22         DO YOU SEE THAT?

02:11PM 23    A.   I SEE IT, BUT COULD YOU SAY IT AGAIN.

02:11PM 24    Q.   WELL, LET ME SEE.  HE WRITES HERE, "NEO4J ENTERPRISE

02:11PM 25    CONSISTS OF MODULES FROM NEO4J COMMUNITY EDITION AND MODULES

SUHY DIRECT BY MR. BEENE

02:11PM 1    LICENSED UNDER AGPLV3 WITH THE COMMONS CLAUSE IN THE

02:11PM 2    REPOSITORY, AND OTHER CLOSED SOURCE COMPONENTS NOT PRESENT IN

02:11PM 3    THIS REPOSITORY."

02:12PM 4    A.   OKAY.

02:12PM 5    Q.   SO HE'S SAYING HERE THAT NEO4J ENTERPRISE HAS CLOSED

02:12PM 6    SOURCE COMPONENTS NOT IN THE COMMUNITY OR THE AGPL VERSION?

02:12PM 7    A.   YES, HE'S SAYING THAT.

02:12PM 8    Q.   IS THAT TRUE?

02:12PM 9    A.   NO.  AT THAT TIME NEO4J ENTERPRISE WAS AGPL, THE AGPL

02:12PM 10   LICENSE AND THE COMMERCIAL VERSION, IT WAS JUST A DIFFERENCE IN

02:12PM 11   THAT LICENSE FILE ITSELF.  ALL OF THE SOURCE CODE WAS THE SAME.

02:12PM 12   STARTING WITH 5.3 I THINK THEY STOPPED REMOVING SOURCE CODE,

02:12PM 13   BUT THIS WAS BASED ON AN EARLIER VERSION.  ENTERPRISE

02:12PM 14   COMMERCIAL AND ENTERPRISE OPEN SOURCE, WELL, YOU CAN'T SAY OPEN

02:12PM 15   SOURCE, WELL, ENTERPRISE AGPL WITH COMMONS HAD THE SAME SOURCE

02:12PM 16   CODE.  WHEN IT COMPLIES, IT'S THE SAME BINARIES.

02:13PM 17   Q.   OKAY.  AT SOME POINT LATER NEO4J CHANGED THAT THOUGH?

02:13PM 18   A.   YES.

02:13PM 19   Q.   SO YOU RESPONDED TO MR. NAGIEL AND I GUESS THERE'S A CC TO

02:13PM 20   DIANE GRIFFITH.

02:13PM 21       DO YOU SEE THAT?

02:13PM 22   A.   I SEE THAT, YES.

02:13PM 23   Q.   DID YOU EVER SPEAK TO HER?

02:13PM 24   A.   NO, I DON'T THINK I EVER SPOKE TO HER.

02:13PM 25   Q.   DID YOU EVER SPEAK TO MR. NAGIEL?

SUHY DIRECT BY MR. BEENE

02:13PM  1    A.    ONLY IN EMAILS.

02:13PM  2    Q.    OKAY.  SO IN THIS THREAD HE'S GOING BACK AND FORTH ABOUT

02:13PM  3    THE DIFFERENT FUNCTIONS BETWEEN THE DIFFERENT VERSIONS AND THE

02:13PM  4    AGPL VERSIONS; RIGHT?

02:14PM  5    A.    YES.

02:14PM  6    Q.    AND IF WE GO TO I GUESS IT'S THE THIRD PAGE OF

02:14PM  7    EXHIBIT 10 -- CORRECTION, 1101 THERE'S AN EMAIL AT THE BOTTOM

02:14PM  8    FROM YOU DATED FEBRUARY 18TH, 2019.

02:14PM  9        DO YOU SEE THAT?

02:14PM  10   A.    IS THAT THE ONE THAT STARTS "I PRESUME"?  IT STARTS WITH

02:14PM  11   "I PRESUME"?

02:14PM  12   Q.    NO.  THE FIRST PART OF THIS SAYS, "YES, THE GRAPH

02:14PM  13   FOUNDATION WILL BE MANAGING THE ENTERPRISE'S FEATURES MOVING

02:14PM  14   FORWARD."

02:14PM  15       DO YOU SEE THAT?

02:14PM  16   A.    YES.

02:14PM  17   Q.    AND WHAT DOES THAT MEAN?

02:14PM  18   A.    THE GRAPH FOUNDATION IS THE OWNER OF THE FORK OF NEO4J

02:14PM  19   ENTERPRISE CALLED ONGDB.

02:14PM  20       AND SO SINCE NEO4J STOPPED ADDING THEIR SOURCE CODE

02:14PM  21   STARTING WITH 3.5.0 RELEASE, IT WAS UP TO THE GRAPH FOUNDATION

02:15PM  22   TO ADD CODE TO ENSURE THAT IT HAD THE FEATURES THAT THE

02:15PM  23   COMMUNITY WANTED TO KEEP IT UP TO DATE BECAUSE THERE WAS NO --

02:15PM  24   BEFORE THEN THE CODE WAS ALL PROVIDED BY NEO4J UNDER AGPL AND

02:15PM  25   SO YOU COULD JUST COPY IT OVER AND YOU HAD YOUR FORK.

SUHY DIRECT BY MR. BEENE

02:15PM  1          NOW, SINCE THAT CODE WASN'T THERE THEY HAD TO COME IN AND

02:15PM  2   START HAVING THEIR TEAMS BUILD OUT AND ADD NEW TOOLING AND

02:15PM  3   WHATNOT TO WORK WITH THAT VERSION.  SORRY.

02:15PM  4          THE COURT:  THEY HAD TO COME FORWARD AND START OVER

02:15PM  5   TO CONTINUE WORK?

02:15PM  6          THE WITNESS:  YEAH.  SO AS SOON AS -- CAN I RESTART

02:15PM  7   IT BECAUSE I'M SORRY.

02:15PM  8          THE COURT:  SURE.  GO AHEAD.

02:15PM  9          THE WITNESS:  THE -- BEFORE NEO4J ENTERPRISE HAD ALL

02:15PM 10   OF THE SOURCE CODE OF ALL OF THE FEATURES, AND SO IT WAS JUST A

02:15PM 11   COPY OVER OR YOU WOULD DO SOMETHING CALLED A GIT CLONE AND THEN

02:15PM 12   YOU WOULD HAVE ALL OF THE SOURCE CODE FILES.

02:16PM 13          AFTER 3.5, THERE WAS NO MORE ENTERPRISE EDITIONS IN THE

02:16PM 14   ENTERPRISE FOLDER.  AND SO WHENEVER SOMETHING WAS UPDATED, THE

02:16PM 15   GRAPH FOUNDATION HAD TO GO AND FIX OR BUILD OUT THEIR FEATURES

02:16PM 16   FOR ONGDB.  THERE WAS NO LONGER A DIRECT COPY OF THE SOURCE

02:16PM 17   CODE OVER INTO THE FORK.

02:16PM 18          THE COURT:  TELL ME WHAT A FORK IS.

02:16PM 19          THE WITNESS:  A FORK IS WHEN YOU HAVE AN OPEN SOURCE

02:16PM 20   SOFTWARE, ALL OF THE SOURCE CODE, YOU COULD BASICALLY MAKE A

02:16PM 21   COPY OF IT, AND THEN IT REMAINS LINKED TOGETHER SO YOU CAN PULL

02:16PM 22   IN CHANGES FROM THE ORIGINATING, THE ORIGINATING SOURCE CODE

02:16PM 23   ITSELF.

02:16PM 24          SO NEO4J HAS EVERYTHING IN GITHUB.  WHEN YOU CREATE A

02:16PM 25   FORK, THERE'S ACTUALLY A BUTTON ON GITHUB THAT SAYS CREATE A

02:16PM    1    FORK AND THAT WILL MAKE A FULL COPY OF THE ENTIRE CODE BASE,

02:16PM    2    ALL OF THE COMMITS, EVERYTHING ABOUT THAT CODE BASE.

02:16PM    3             THE COURT:  I SEE.  THANK YOU.

02:16PM    4             THE WITNESS:  F-O-R-K.

02:17PM    5    BY MR. BEENE:

02:17PM    6    Q.   BACK TO 1101, THAT FEBRUARY 18TH, 2019 EMAIL, YOU SAY "IF

02:17PM    7    YOU ARE USING ONGDB AND HAVE ANY CONCERNS, OR DON'T SEE IT

02:17PM    8    KEEPING UP WITH ENTERPRISE FEATURES, YOU CAN ALWAYS SWITCH TO A

02:17PM    9    COMMERCIAL NEO4J ENTERPRISE PACKAGE THROUGH ANY PARTNER ON THE

02:17PM   10    NEO4J.COM, WEBSITE."

02:17PM   11    A.   YES.

02:17PM   12    Q.   WHY WERE YOU EXPLAINING THAT THEY COULD GO AND PURCHASE A

02:17PM   13    LICENSE FROM NEO4J?

02:17PM   14    A.   WELL, IF, IF THEY WERE WORRIED ABOUT SOME FEATURES THEY

02:17PM   15    MIGHT NEED IN THE FUTURE THAT ONGDB MIGHT NOT HAVE YET, THEY

02:17PM   16    CAN ALWAYS JUST GO AND PURCHASE A LICENSE FROM NEO4J IF THOSE

02:18PM   17    FEATURES ARE SOMETHING THAT THEY REALLY NEED.

02:18PM   18    Q.   OKAY.  SO YOU WEREN'T TELLING THE NEXT CENTURY, WHICH IS

02:18PM   19    MPO AND NSA, DON'T USE A COMMERCIAL LICENSE EVER?

02:18PM   20    A.   NO.  IF THEY HAVE A NEED OR IF IT MEETS ALL OF THEIR NEEDS

02:18PM   21    IN A FREE OR OPEN SOURCE VERSION, THEY SHOULD USE IT.  IF IT

02:18PM   22    DOESN'T, THEY SHOULD USE A COMMERCIAL LICENSE THAT MEETS THEIR

02:18PM   23    NEEDS IF IT HAS FEATURES THAT THEY NEED.

02:18PM   24    Q.   WHAT WAS YOUR INVOLVEMENT WITH THIS 2018, 2019 TRANSACTION

02:18PM   25    WITH NEXT CENTURY?

SUHY DIRECT BY MR. BEENE

02:19PM  1     A.   THEY HAD JUST SEEN SOMETHING THAT I HAD DISCUSSED I THINK

02:19PM  2     ON THE GITHUB ISSUE, AND THEY WANTED TO ASK ME MORE ABOUT WHAT

02:19PM  3     WE WERE TALKING ABOUT WHEN IT HAD TO DO WITH THE COMMONS

02:19PM  4     CLAUSE.

02:19PM  5          BUT I DID NOT WANT TO.  I WASN'T TRYING TO SELL THEM

02:19PM  6     ANYTHING.  I WANTED TO PASS THEM OFF TO THE FOUNDATION WHO

02:19PM  7     COULD TALK ABOUT THE PRINCIPLES AND EVERYTHING THAT THEY HAVE

02:19PM  8     ABOUT THE FOUNDATION AND ONGDB.

02:19PM  9          SO MY GOAL WAS TO GET THEM OVER SO THEY COULD AT LEAST

02:19PM  10    LEARN FROM THE GRAPH FOUNDATION ON WHAT THE PLANS WERE FOR THE

02:19PM  11    FUTURE AND WHATNOT.

02:19PM  12         BUT IT WAS NOT TO SELL THEM ANYTHING OR, YOU KNOW, TRY TO

02:19PM  13    GET A CONTRACT WITH THEM OR ANYTHING LIKE THAT.

02:19PM  14    Q.   DID YOU EVER, THIS IS 2018, 2019, DID YOU EVER GET A

02:19PM  15    CONTRACT WITH THE NSA?

02:19PM  16    A.   NO, WE NEVER GOT A CONTRACT WITH THEM.

02:19PM  17    Q.   AND THAT'S DIRECTLY OR INDIRECTLY?

02:19PM  18    A.   NO, I NEVER GOT A CONTRACT OR WAS INVOLVED WITH THE NSA

02:19PM  19    AGAIN.

02:19PM  20    Q.   DID -- DO YOU KNOW IF BRAD NUSSBAUM, GRAPH FOUNDATION, IF

02:20PM  21    THEY GOT A CONTRACT WITH THE NSA OUT OF THIS?

02:20PM  22    A.   I DON'T BELIEVE THEY DID, BUT I'M NOT POSITIVE, UNLESS IT

02:20PM  23    WAS AN UNPUBLISHED, YOU KNOW, BUT I'VE NEVER HEARD OF HIM

02:20PM  24    GETTING A CONTRACT.

02:20PM  25    Q.   OKAY.  SO WHY DID YOU HAND THIS OVER TO MR. NUSSBAUM?

02:20PM  1    A.   I JUST WANTED TO GET THEM OVER TO SOMEONE WHO COULD SPEAK

02:20PM  2    MORE.  THEY TALKED TO LAWYERS ABOUT THIS SUBJECT, AND IT WAS

02:20PM  3    BETTER FOR THEM TO TALK TO THEM INSTEAD OF ME BEING THE MIDDLE

02:20PM  4    PERSON.

02:21PM  5    Q.   COULD YOU TURN TO EXHIBIT 1097, PLEASE.

02:21PM  6    A.   I'M THERE.

02:21PM  7    Q.   CAN YOU TELL ME WHAT EXHIBIT 1097 IS?

02:21PM  8    A.   IT LOOKS LIKE THE WEB PAGE ON IGOVSOL.COM, THE WEBSITE.

02:21PM  9    IT'S THE DOWNLOADS PAGE.

02:21PM  10   Q.   AND THIS IS A COPY OF THE WEBSITE THAT YOU CREATED?

02:21PM  11   A.   YES.

02:21PM  12   Q.   AND WHEN DID YOU FIRST CREATE THIS WEBSITE?

02:21PM  13   A.   PROBABLY RIGHT AFTER I CREATED IGOV, IGOV, INC.

02:22PM  14   Q.   AND WHICH WAS WHEN, 2018?

02:22PM  15   A.   2018, YES, I BELIEVE SO.

02:22PM  16        MR. BEENE:  I'D LIKE TO MOVE INTO EVIDENCE

02:22PM  17   EXHIBIT 1097.

02:22PM  18        THE COURT:  ANY OBJECTION?

02:22PM  19        MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

02:22PM  20        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:22PM  21   (DEFENDANTS' EXHIBIT 1097 WAS RECEIVED IN EVIDENCE.)

02:22PM  22   BY MR. BEENE:

02:22PM  23   Q.   IF WE CAN TURN TO THE NEXT IN ORDER, EXHIBIT 1098.

02:22PM  24   THIS APPEARS TO BE THE PURETHINK WEBSITE.

02:22PM  25   A.   YES.

SUHY DIRECT BY MR. BEENE

02:22PM 1   Q.   CAN YOU TELL ME WHAT EXHIBIT 1098 IS?

02:22PM 2   A.   THIS IS THE PURETHINK LANDING PAGE WEBSITE.

02:22PM 3   Q.   AND WHEN DID YOU CREATE THE PURETHINK WEBSITE?

02:23PM 4   A.   I CREATED THE PURETHINK WEBSITE YEARS AGO, BUT THIS

02:23PM 5   CONTENT HERE, I ALWAYS AM UPDATING THE WEBSITE WITH NEWS AND

02:23PM 6   WHATNOT.

02:23PM 7        THIS WOULD HAVE BEEN CREATED AFTER THE GOVERNMENT EDITION

02:23PM 8   WAS DISCONTINUED.  SO IT WOULD HAVE BEEN 2018, EARLY 2019.

02:23PM 9   Q.   WELL, LET ME ASK YOU TO LOOK AT THE FOOTER ON THE BOTTOM.

02:23PM 10  A.   11-8-2018?

02:23PM 11  Q.   NO, THAT'S -- IT SAYS WEB.ARCHIVE.ORG/WEB.

02:23PM 12       DO YOU SEE THAT?

02:23PM 13  A.   YES.

02:23PM 14  Q.   AND IT WAS 2017?

02:23PM 15  A.   OH, SO IT WAS THE END OF 2017.

02:23PM 16  Q.   SOMEWHERE AROUND 2017, 2018; RIGHT?

02:23PM 17  A.   YES.

02:23PM 18       MR. BEENE:  I'D LIKE TO MOVE EXHIBIT 1098 INTO

02:24PM 19  EVIDENCE.

02:24PM 20       THE COURT:  ANY OBJECTION?

02:24PM 21       MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

02:24PM 22       THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:24PM 23       (DEFENDANTS' EXHIBIT 1098 WAS RECEIVED IN EVIDENCE.)

02:24PM 24  BY MR. BEENE:

02:24PM 25  Q.   I'D JUST LIKE TO ASK YOU ABOUT THE GRAPH FOUNDATION FOR A

02:24PM  1    MOMENT.  HAVE YOU EVER BEEN A SHAREHOLDER OF THE GRAPH

02:24PM  2    FOUNDATION?

02:24PM  3    A.   NO.

02:24PM  4    Q.   HAVE YOU EVER BEEN AN OFFICER OF THE GRAPH FOUNDATION?

02:24PM  5    A.   NO.

02:24PM  6    Q.   HAVE YOU EVER BEEN A DIRECTOR OF THE GRAPH FOUNDATION?

02:24PM  7    A.   NO.

02:24PM  8    Q.   WERE THERE DISCUSSIONS AT ONE TIME OF MAKING YOU A

02:24PM  9    DIRECTOR?

02:24PM  10   A.   THERE WERE, BUT WE NEVER -- IT NEVER WENT THROUGH.

02:24PM  11   Q.   DO YOU KNOW WHY THE GRAPH FOUNDATION WAS SET UP?

02:24PM  12   A.   IT WAS SET UP TO BRING OR TO KEEP NEO4J OPEN SOURCE, I

02:25PM  13   BELIEVE.  I'M SORRY.

02:25PM  14        IT WAS SET UP TO BE THE -- WHAT WOULD YOU CALL IT? -- THE

02:25PM  15   HOLDER OF ONGDB TO ENSURE IT WOULD STAY OPEN SOURCE.  I KNOW

02:25PM  16   THERE WERE SOME WORRIES THAT AFTER THE COMMONS CLAUSE THAT

02:25PM  17   MAYBE NEO4J COMMUNITY MIGHT GO CLOSED SOURCE AS WELL AND THERE

02:25PM  18   NEEDED TO BE A PLACE TO LAND FOR THE COMMUNITY IF THAT

02:25PM  19   HAPPENED.

02:25PM  20   Q.   SO THERE WAS CONCERN THAT ONE DAY YOU WAKE UP AND THEN

02:25PM  21   NEO4J COMMUNITY OR ENTERPRISE GITHUB WOULD BE CLOSED?

02:25PM  22   A.   YES, OR HAVE RESTRICTIONS TO IT THAT EFFECTIVELY CLOSED

02:25PM  23   IT.

02:26PM  24        (PAUSE IN PROCEEDINGS.)

02:26PM  25            MR. BEENE:  YOUR HONOR, IF IT PLEASE, COULD WE TAKE

02:26PM   1      ABOUT A TEN MINUTE BREAK?

02:26PM   2              THE COURT:  SURE.  SURE.  WE'LL TAKE A RECESS NOW, A

02:26PM   3      BRIEF RECESS OF ABOUT TEN MINUTES.  THANK YOU.

02:26PM   4          (RECESS FROM 2:26 P.M. UNTIL 2:40 P.M.)

02:40PM   5              THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:40PM   6          MR. SUHY, IF YOU COULD TAKE THE STAND AGAIN, PLEASE.  ALL

02:40PM   7      PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

02:40PM   8          COUNSEL.

02:40PM   9              MR. BEENE:  THANK YOU, YOUR HONOR.

02:41PM  10      Q.   MR. SUHY, COULD YOU TURN TO EXHIBIT 1002 IN THE WHITE

02:41PM  11      BINDER?

02:41PM  12      A.   YES, I'M HERE.

02:41PM  13      Q.   EXCUSE ME?

02:41PM  14      A.   I'M HERE.

02:41PM  15      Q.   AND WHAT IS EXHIBIT 1002?

02:41PM  16      A.   THIS IS THE LICENSE FILE THAT WAS IN NEO4J ENTERPRISE WITH

02:41PM  17      THE COMMONS CLAUSE.

02:41PM  18      Q.   AND THIS IS THE LICENSE FILES PART OF THE OPEN SOURCE

02:41PM  19      LICENSE?

02:41PM  20      A.   YES.

02:41PM  21      Q.   OKAY.

02:41PM  22          YOUR HONOR, I WOULD LIKE TO HAVE EXHIBIT 1002 ADMITTED

02:41PM  23      INTO EVIDENCE.

02:41PM  24              THE COURT:  ANY OBJECTION?

02:41PM  25              MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

02:41PM  1                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:41PM  2           (DEFENDANTS' EXHIBIT 1002 WAS RECEIVED IN EVIDENCE.)

02:42PM  3      BY MR. BEENE:

02:42PM  4      Q.   SIR, COULD YOU TURN TO EXHIBIT 1010.

02:42PM  5           I'D LIKE IT MARKED FOR IDENTIFICATION PURPOSES.

02:42PM  6           (DEFENDANTS' EXHIBIT 1010 WAS MARKED FOR IDENTIFICATION.)

02:42PM  7      BY MR. BEENE:

02:42PM  8      Q.   EXHIBIT 110 --

02:42PM  9                THE COURT:  1010?

02:42PM 10      BY MR. BEENE:

02:42PM 11      Q.   1010.

02:42PM 12           COULD YOU TELL US WHAT EXHIBIT 1010 IS?

02:42PM 13      A.   YES.  THIS IS A COMMIT THAT I MADE FOR -- IT'S A COMMIT

02:43PM 14      THAT CHANGES THE AGPL LICENSE TO BE VERBATIM, AND THIS WAS DONE

02:43PM 15      ON THE ONGDB REPOSITORY.

02:43PM 16      Q.   ALL RIGHT.

02:43PM 17           I WOULD LIKE TO HAVE EXHIBIT 1010 ADMITTED.

02:43PM 18                THE COURT:  ANY OBJECTION?

02:43PM 19                MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

02:43PM 20                THE COURT:  IT'S ADMITTED; AND IT MAY BE PUBLISHED.

02:43PM 21           (DEFENDANTS' EXHIBIT 1010 WAS RECEIVED IN EVIDENCE.)

02:43PM 22      BY MR. BEENE:

02:43PM 23      Q.   ON PAGE 1 OF EXHIBIT 1010 IT SHOWS HERE JOHN MARK SUHY

02:43PM 24      COMMITTED ON MARCH 1ST.

02:43PM 25           DO YOU SEE THAT?

SUHY DIRECT BY MR. BEENE

02:43PM   1     A.   YES.

02:43PM   2     Q.   AND DO YOU KNOW WHAT YEAR THAT WAS?

02:43PM   3     A.   2019.

02:43PM   4     Q.   OKAY.  AND THEN WHAT IS THE TOP LINE HERE?  IT SAYS,

02:44PM   5     "UPDATED THE LICENSE.TXT FILE TO BE PURE AGPL AS TO NOT VIOLATE

02:44PM   6     THE FSF COPYRIGHT AND TO BE IN LINE WITH THE AGPL LICENSE."

02:44PM   7     A.   SO WHENEVER YOU MAKE A COMMIT, YOU HAVE TO DESCRIBE THE

02:44PM   8     PURPOSE, WHAT THE COMMIT IS ABOUT AND WHY YOU'RE DOING IT SO

02:44PM   9     OTHER TEAMS CAN GET CONTEXT OF WHAT THIS IS ABOUT, THE COMMIT,

02:44PM   10    AND THEN THEY CAN APPROVE IT OR NOT APPROVE IT.

02:44PM   11             THE COURT:  CAN I INTERRUPT COUNSEL FOR JUST A

02:44PM   12    MINUTE?

02:44PM   13        CAN YOU JUST TELL ME WHAT IS A COMMIT AND HOW DOES THAT

02:44PM   14    WORK IN THIS ENVIRONMENT?

02:44PM   15             THE WITNESS:  SURE.  SO WHENEVER YOU HAVE SOFTWARE

02:44PM   16    IN A REPO --

02:44PM   17             THE COURT:  AND TELL ME WHAT A REPO IS.

02:44PM   18             THE WITNESS:  I'M SORRY.  GIT IS A, G-I-T, IS A REPO

02:44PM   19    FOR SOFTWARE VERSION CONTROL.

02:44PM   20             THE COURT:  AND WHAT IS REPO?

02:44PM   21             THE WITNESS:  A REPOSITORY.  SORRY.

02:44PM   22        SO WHAT HAPPENS IS WHENEVER YOU MAKE CHANGES TO THE

02:45PM   23    SOFTWARE, THEN YOU NEED TO COMMIT THOSE, AND IT PROVIDES A LOG

02:45PM   24    OF ALL OF THE CHANGES SO YOU COULD GO BACKWARDS IN TIME AND SEE

02:45PM   25    WHAT HAS BEEN DONE.  IT LET'S YOU SEE FULL SITUATIONAL

```
02:45PM    1    AWARENESS ABOUT EVERY CHANGE THAT HAS MADE THE SOFTWARE WHAT IT

02:45PM    2    IS AT THE CURRENT TIME.

02:45PM    3              THE COURT:  SO THIS IS ON AN OPEN SOURCE PLATFORM OF

02:45PM    4    SOME SORT.

02:45PM    5              THE WITNESS:  IT'S ON GITHUB WHICH MICROSOFT OWNS

02:45PM    6    NOW, BUT I THINK THEY PURCHASED IT.

02:45PM    7              THE COURT:  AND GITHUB WAS?

02:45PM    8              THE WITNESS:  GITHUB IS A HOSTED SOLUTION FOR YOUR

02:45PM    9    GIT RECIPIENTS.  SO PRETTY MUCH EVERYONE USES THEM FOR LIKE ALL

02:45PM   10    OF THE BIG OPEN SOURCE PROJECTS.

02:45PM   11              THE COURT:  OKAY.  SO GITHUB IS A REPOSITORY, IS IT,

02:45PM   12    IS THAT FAIR TO SAY?  NO.

02:45PM   13              THE WITNESS:  IT'S LIKE A -- IT'S TENS OF THOUSANDS

02:45PM   14    OF REPOSITORIES THAT ARE PUBLIC HOSTED FOR TEAMS TO GO AND

02:45PM   15    PUSH, TO PUSH THEIR PROJECTS UP, THEIR REPOSITORIES UP.

02:45PM   16              THE COURT:  SO IT'S A -- IS IT A SITE?

02:46PM   17              THE WITNESS:  IT'S A WEBSITE.  IT'S GITHUB.COM.

02:46PM   18              THE COURT:  AND IT'S SOMETHING THAT DEVELOPERS OR

02:46PM   19    OTHERS, MEMBERS, A PRIVATE CITIZEN USES THAT TO DO RESEARCH OR

02:46PM   20    CREATE SOFTWARE, IS THAT WHAT THAT DOES?

02:46PM   21              THE WITNESS:  WELL, IT CAN BE -- SO IT CAN BE USED

02:46PM   22    FOR STORING OR TRACKING YOUR SOFTWARE.  IF YOU ONLY KEEP YOUR

02:46PM   23    SOFTWARE LOCAL, YOU COULD LOSE IT IN A FIRE OR SOMETHING, AND

02:46PM   24    SO IT'S A FREE SERVICE FOR THE COMMUNITY TO PUSH THEIR PROJECTS

02:46PM   25    UP AND HAVE THEIR GIT REPOSITORIES UP THERE.
```

SUHY DIRECT BY MR. BEENE

02:46PM  1          THE COURT:  AND DOES EVERYBODY HAVE ACCESS THEN TO

02:46PM  2   EVERYTHING THAT IS POSTED ON THAT?

02:46PM  3          THE WITNESS:  THERE ARE PRIVATE.  YOU CAN SET IT UP

02:46PM  4   SO YOU HAVE PRIVATE REPOSITORIES WHERE ONLY YOUR TEAM MEMBERS

02:46PM  5   ARE ALLOWED TO HAVE ACCESS.  BUT, YES, YOU CAN GO ON WITHOUT

02:46PM  6   SIGNING UP AND SEARCH THROUGH ALL OF THE GIT REPOSITORIES

02:46PM  7   WITHIN GITHUB.

02:46PM  8          THE COURT:  OKAY.  AND THEN YOU SAID A COMMIT.  HOW

02:46PM  9   DOES A COMMIT FIT INTO ALL OF THAT?

02:46PM 10          THE WITNESS:  SO IN GIT, LET'S SAY I MAKE A CHANGE

02:46PM 11   TO CHANGE A LETTER FROM A TO B.  THAT NOW HAS MADE A

02:47PM 12   MODIFICATION.

02:47PM 13          THE COURT:  IN A SOFTWARE.

02:47PM 14          THE WITNESS:  IN THE SOURCE CODE.  IN THE SOURCE

02:47PM 15   CODE.  SO IT'S FOR THE SOURCE CODE.

02:47PM 16          THE COURT:  OKAY.

02:47PM 17          THE WITNESS:  SO SINCE I MADE A CHANGE TO THAT, YOU

02:47PM 18   WRITE A MESSAGE SAYING I CHANGED THIS FROM A TO B BECAUSE OF

02:47PM 19   THIS, AND IT LET'S ALL OF THE OTHER TEAM MEMBERS COLLABORATE

02:47PM 20   AND SAY DO WE AGREE WITH THIS?  DOES THIS DO WHAT WE WANT?

02:47PM 21   DOES IT BREAK TESTS?  AND IF SO, IT -- AND IT ALLOWS YOU TO

02:47PM 22   COLLABORATE AND DETERMINE IF THOSE CHANGES ARE GOING TO BE

02:47PM 23   BROUGHT IN.

02:47PM 24       AND THEN YOU HAVE A WHOLE HISTORY OF THE CHANGES FROM THE

02:47PM 25   BEGINNING, THE INCEPTION OF THE PROJECT DOWN TO WHERE IT IS

02:47PM 1    RIGHT NOW, EVERY SINGLE SMALL CHANGE IS REPRESENTED IN A --

02:47PM 2    WELL, YOU COMMIT A BATCH OF CHANGES.

02:47PM 3        SO YOU WOULDN'T DO IT FOR EVERY LETTER CHANGE, BUT YOU

02:47PM 4    WOULD SAY I MADE -- YOU'D HAVE A TICKET THAT SAYS, FOR EXAMPLE,

02:47PM 5    MAKE THIS COLOR GREEN.  SO YOU WOULD GO AND YOU WOULD CHANGE

02:47PM 6    THE SOURCE FILES THAT WOULD AFFECT THE COLOR, AND THEN YOU

02:47PM 7    WOULD DO THE COMMIT AND YOU WOULD SAY THIS IS CHANGING THE

02:48PM 8    COLOR TO GREEN, AND THEN THE OTHER TEAM MEMBERS CAN COME IN AND

02:48PM 9    THEY CAN COMPARE BECAUSE YOU'RE GOING TO HAVE LOTS OF TEAM

02:48PM 10   MEMBERS THAT ARE WORKING ON DIFFERENT VERSIONS OF THE PROJECT

02:48PM 11   AND SO THEY CAN ALL COME IN AND COMPARE AND SAY IS THIS GOING

02:48PM 12   TO CONFLICT WITH WHAT I'M DOING, AND IT LET'S YOU MERGE

02:48PM 13   EVERYTHING IN.

02:48PM 14       BUT IT'S PART OF THE SOFTWARE PROCESS.

02:48PM 15           THE COURT:  SO IF SOMEONE HAS SOFTWARE ON THIS

02:48PM 16   WEBSITE AND THEY'RE USING IT FOR THIS OTHER PURPOSE -- IT

02:48PM 17   SOUNDS LIKE MANY PEOPLE CAN YOU USE IT FOR THEIR OWN

02:48PM 18   INDEPENDENT PURPOSES.

02:48PM 19           THE WITNESS:  OH, YES.

02:48PM 20           THE COURT:  IT'S NOT JUST FOR DEVELOPERS TO CREATE

02:48PM 21   AND DEVELOP IT.

02:48PM 22       PARDON ME, BUT IT SOUNDS LIKE CHAOS IF YOU HAVE ONE PIECE

02:48PM 23   OF SOFTWARE AND PEOPLE CAN COME IN AND CHANGE IT.

02:48PM 24           THE WITNESS:  WELL, SO YOU HAVE TO FORK IT.  SO THEY

02:48PM 25   WON'T LET YOU COME IN -- YOU CAN'T COME IN AND I CAN'T GO, FOR

02:48PM  1    EXAMPLE, TO NEO4J'S REPOSITORY AND MAKE CHANGES THERE, BUT I

02:48PM  2    CAN FORK IT.

02:48PM  3              THE COURT:  I SEE.

02:48PM  4              THE WITNESS:  AND THERE'S A BUTTON THAT SAYS FORK,

02:49PM  5    AND I CAN MAKE CHANGES THERE.  SO THAT'S WHAT A FORK IS.

02:49PM  6              THE COURT:  AND THIS IS WHY FORKS ARE IMPORTANT IN

02:49PM  7    THIS CONVERSATION.  I UNDERSTAND THAT.  I SEE.

02:49PM  8         OKAY.  THANK YOU.  I'M SORRY FOR THE --

02:49PM  9              MR. BEENE:  NO.

02:49PM  10             THE WITNESS:  I BELIEVE GIT CAME AROUND, I'M SORRY,

02:49PM  11   IT CAME AROUND BECAUSE OF LENUX, I BELIEVE, I THOUGHT IT WAS

02:49PM  12   BECAUSE OF THE COMPLEXITIES WITH LINUX.

02:49PM  13        LINUX DEVELOPED THIS REPOSITORY, I THINK THAT'S THE CASE,

02:49PM  14   BUT IT'S VERY COMPLICATED.  YOU HAVE TO USE IT.  LET'S JUST SAY

02:49PM  15   EVERY MODERN SOFTWARE DEVELOPER USES GIT OR SOME VERSION OF --

02:49PM  16   IT USED TO BE SUBVERSION, BUT IT'S AN IMPORTANT TOOL.

02:49PM  17             THE COURT:  OKAY.  THANK YOU.

02:49PM  18   BY MR. BEENE:

02:49PM  19   Q.   MR. SUHY, THE GOVERNMENT, THE PEOPLE THAT YOU'VE WORKED

02:50PM  20   WITH DO NOT SELL NEO4J SOFTWARE OR SERVICES BASED ON NEO4J

02:50PM  21   SOFTWARE, DO THEY?

02:50PM  22   A.   NO.

02:50PM  23   Q.   THEN WHY DID YOU GO THROUGH THE TROUBLE TO REMOVE THE

02:50PM  24   AG -- THE COMMONS CLAUSE FROM EXHIBIT 1010?

02:50PM  25   A.   WELL, THIS IS IN THE -- THE FREE SOFTWARE FOUNDATION HAS

02:50PM  1    THESE TENANTS ON WHAT MAKES SOMETHING FREE AND EVERYTHING I'VE

02:50PM  2    LEARNED FROM THE FORUMS, FROM READING THEIR WEBSITE, THEIR BLOG

02:50PM  3    POST IS ABOUT KEEPING SOFTWARE AND THE FREEDOMS AROUND THE

02:50PM  4    SOFTWARE.

02:50PM  5         AND SO WHEN I SAW THIS, I KNEW RIGHT AWAY THAT THIS IS

02:50PM  6    SOMETHING THAT WASN'T ALLOWED.  THE WHOLE PURPOSE OF THE AGPLV3

02:50PM  7    WAS TO PREVENT THIS FROM HAPPENING.

02:51PM  8         SO I FELT -- IN MY COMMIT MESSAGE, I ACTUALLY SAID THAT I

02:51PM  9    DIDN'T WANT TO VIOLATE THE FSF COPYRIGHT WHEN WE DID THIS.  SO

02:51PM  10   THAT WAS MY -- WHEN I MADE THIS COMMIT, THAT WENT INTO THE

02:51PM  11   GRAPH FOUNDATION, AND THEY HAD TO DO THEIR OWN DUE DILIGENCE AS

02:51PM  12   WELL.

02:51PM  13        BUT THIS DEFINITELY SEEMS THAT IT'S GOING AGAINST -- IT'S

02:51PM  14   TAKING AWAY FREEDOMS AND THAT'S THE WHOLE -- THAT'S WHAT THE

02:51PM  15   FREE SOFTWARE FOUNDATION IS ABOUT IN THESE LICENSES.  THEY ARE

02:51PM  16   ABOUT YOUR FREEDOM.  IT'S NOT ABOUT BEING FREE.  IT'S FREEDOMS

02:51PM  17   LIKE LIBERTY TYPE OF FREEDOMS.

02:51PM  18   Q.   BEFORE YOU TOOK THIS ON, HAD YOU DONE ANY RESEARCH ON

02:51PM  19   WHETHER IT'S APPROPRIATE TO REMOVE DOCUMENTS FROM AN AGPL

02:51PM  20   LICENSE?

02:51PM  21   A.   JUST FROM MY READING, TALKING WITH PEOPLE, AND I WANTED

02:51PM  22   DUE DILIGENCE I WANTED TO LEARN ABOUT.  SO I WENT AND LEARNED

02:52PM  23   ABOUT COPYRIGHT AND, YOU KNOW, HOW THAT WOULD AFFECT IT, AND

02:52PM  24   THAT'S ACTUALLY WHAT I WAS MOST WORRIED ABOUT WAS THE

02:52PM  25   FREE SOFTWARE FOUNDATION COMING AFTER US BECAUSE WE WEREN'T

02:52PM   1        FOLLOWING THE RULES IN THE LICENSE ITSELF.

02:52PM   2             BUT I DID DO RESEARCH.

02:52PM   3        Q.   OKAY.  DID YOU TALK TO THE FSF?

02:52PM   4        A.   I WROTE THEM AN EMAIL.

02:52PM   5        Q.   OKAY.  OKAY.

02:52PM   6             THE COURT:  WAS THAT AT THE TIME YOU POSTED THIS?

02:52PM   7        BEFORE?  AFTER?

02:52PM   8             THE WITNESS:  I BELIEVE IT WAS BEFORE THIS BECAUSE I

02:52PM   9        WOULD HAVE DONE -- I DON'T KNOW THE EXACT TIME, BUT I KNOW IT

02:52PM   10       WAS IN THE DOCUMENTS, IN THE DISCOVERY, BUT I DON'T KNOW WHAT

02:52PM   11       THAT WAS, BUT, YEAH, IT WOULD HAVE BEEN, IT WOULD HAVE BEEN, IT

02:52PM   12       WOULD HAVE BEEN BEFORE, BUT IT COULD HAVE BEEN AFTER, TOO.  I

02:52PM   13       DON'T KNOW.  I'M SORRY.

02:53PM   14       BY MR. BEENE:

02:53PM   15       Q.   DID YOU REVIEW THE FREQUENTLY ASKED QUESTIONS ON THE NEW

02:53PM   16       WEBSITE?

02:53PM   17       A.   ON THE FREE SOFTWARE FOUNDATION'S?  YES.

02:53PM   18       Q.   RIGHT.  AND WAS THERE DISCUSSIONS ABOUT THE COMMONS

02:53PM   19       CLAUSE?

02:53PM   20       A.   RECENTLY OR?

02:53PM   21       Q.   BACK THEN?

02:53PM   22       A.   THERE WAS, THERE WAS -- IT WAS CLEAR THAT THEY HAD -- THAT

02:53PM   23       RESTRICTIONS WEREN'T SUPPOSED TO BE ADDED BUT I DON'T

02:53PM   24       BELIEVE -- I DON'T KNOW IF THEY MENTIONED THE COMMONS CLAUSE

02:53PM   25       DIRECTLY, BUT ANY TYPE OF RESTRICTIONS WERE NOT SUPPOSED TO BE

02:53PM   1    ADDED TO THE AGPL, THAT'S WHAT I HAD READ.

02:53PM   2    Q.   LET ME SORT OF TURN THE TIDE.

02:53PM   3         OBVIOUSLY HIS HONOR HAS DECIDED DIFFERENTLY IN RULINGS.

02:53PM   4         BUT BEFORE HE ISSUED HIS RULING, DID YOU SEE ANYTHING AND

02:53PM   5    ANY THREATS ANYWHERE THAT WAS INAPPROPRIATE TO REMOVE

02:54PM   6    ADDITIONAL TERMS ON A GPL OR AGPL LICENSE?

02:54PM   7    A.   NO.

02:54PM   8    Q.   WAS THERE ANYBODY OUT THERE ARGUING THAT ONLY ADDITIONS

02:54PM   9    THAT A SECONDARY PERSON PUT ON COULD BE REMOVED?

02:54PM   10   A.   ONLY, ONLY IN A TICKET AND IN GITHUB THERE WAS AN ISSUE

02:54PM   11   WHERE THE NEO4J ATTORNEY WAS MAKING SOME STATEMENTS, BUT I

02:54PM   12   DON'T REMEMBER THE DATE ON THAT.

02:54PM   13   Q.   OKAY.  BUT OUTSIDE OF NEO4J'S ATTORNEY, WAS THERE ANY

02:54PM   14   GENERAL DISCUSSION IN THE OPEN SOURCE COMMUNITY THAT YOU CAN'T

02:54PM   15   REMOVE FURTHER RESTRICTIONS?

02:54PM   16   A.   THAT YOU CANNOT REMOVE THEM?  NO.

02:54PM   17        THE DISCUSSIONS ARE THAT YOU CAN REMOVE THEM.

02:55PM   18   Q.   CAN YOU PLEASE TURN TO EXHIBIT 1012.

02:55PM   19        I WOULD LIKE TO MARK FOR IDENTIFICATION PURPOSES

02:55PM   20   EXHIBIT 1012.

02:55PM   21        (DEFENDANTS' EXHIBIT 1012 WAS MARKED FOR IDENTIFICATION.)

02:55PM   22   BY MR. BEENE:

02:55PM   23   Q.   MR. SUHY, DO YOU RECOGNIZE THIS EXHIBIT?

02:55PM   24   A.   YES, I DO.

02:55PM   25   Q.   AND WHAT IS THIS EXHIBIT?

02:55PM 1    A.   THIS IS AN EMAIL THREAD FROM NEXT CENTURY AND THE GRAPH

02:55PM 2    FOUNDATION, WHICH I WAS PART OF.  I WAS CC'D ON IT.

02:56PM 3              MR. BEENE:  I WOULD LIKE TO MOVE EXHIBIT 1012 INTO

02:56PM 4    EVIDENCE.

02:56PM 5              THE COURT:  ANY OBJECTION?

02:56PM 6              MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

02:56PM 7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:56PM 8         (DEFENDANTS' EXHIBIT 1012 WAS RECEIVED IN EVIDENCE.)

02:56PM 9    BY MR. BEENE:

02:56PM 10   Q.   MR. SUHY, THIS EMAIL THREAD IS AN EXCHANGE BETWEEN

02:56PM 11   BRAD NUSSBAUM, AND SHAHAK NAGIEL, AND DIANE GRIFFITH; RIGHT?

02:56PM 12   A.   CORRECT.

02:56PM 13   Q.   AND WHY IS IT THAT YOU WEREN'T TALKING TO PEOPLE IN THIS

02:56PM 14   THREAD?

02:56PM 15   A.   I BELIEVE AT THIS POINT I PASSED IT OFF AND THEY JUST KEPT

02:56PM 16   ME ON THE CC LIST, BUT I WASN'T PART OF THE CONVERSATION

02:56PM 17   ANYMORE.

02:56PM 18   Q.   NOW, BRAD NUSSBAUM OF THE GRAPH FOUNDATION ON

02:57PM 19   FEBRUARY 22ND, 2019, HIS EMAIL, HE SAYS, "WE HAVE BEEN ADVISED

02:57PM 20   BY THE FREE SOFTWARE FOUNDATION IN A NON-LEGAL CAPACITY AND

02:57PM 21   HAVE VERIFIED WITH OUR LEGAL COUNSEL INDEPENDENTLY THAT THE

02:57PM 22   COMMONS CLAUSE IS A 'FURTHER RESTRICTION' TO AGPLV3 AND MAY BE

02:57PM 23   REMOVED ACCORDING TO THIS CLAUSE OF AGPLV3."

02:57PM 24        DO YOU SEE THAT?

02:57PM 25   A.   YES.

02:57PM   1    Q.   AND YOU RECEIVED THIS EMAIL BEFORE YOU REMOVED THE COMMONS

02:57PM   2    CLAUSE AND MADE THE COMMIT --

02:57PM   3    A.   YES.

02:57PM   4    Q.   -- AS SHOWN IN THIS THICK EXHIBIT 1010?

02:58PM   5    A.   YES.

02:58PM   6    Q.   AND DID YOU NOTE THAT MR. NAGIEL OF NEXT CENTURY FOLLOWS

02:58PM   7    AND SAYS, "THANKS AGAIN, MUCH APPRECIATED.  WE HAVE A

02:58PM   8    CONFERENCE CALL SCHEDULED MONDAY WITH OUR COUNSEL."

02:58PM   9         DO YOU SEE THAT?

02:58PM  10    A.   YES.

02:58PM  11    Q.   AND THAT EMAIL -- WELL, BRAD'S IS DATED FEBRUARY 22ND,

02:58PM  12    2019; RIGHT?

02:58PM  13    A.   CORRECT.

02:58PM  14    Q.   AND YOUR COMMIT WHERE YOU TOOK THE COMMONS CLAUSE WAS

02:58PM  15    MARCH 1ST, 2019?

02:58PM  16    A.   CORRECT.

02:58PM  17    Q.   RIGHT AFTER THAT?

02:58PM  18    A.   YES.

02:58PM  19    Q.   NOW, FOR THE 1010 COMMIT, WERE YOU AUTHORIZED TO MAKE A

02:59PM  20    CHANGE AND PUT IT INTO THE REPOSITORY AND RELEASE IT TO THE

02:59PM  21    PUBLIC?

02:59PM  22    A.   NO.  THE GRAPH FOUNDATION HAD TO APPROVE EVERYTHING THAT

02:59PM  23    GOES INTO THE REPOSITORY.

02:59PM  24         ARE YOU TALKING ABOUT THE GRAPH FOUNDATION'S.

02:59PM  25    Q.   UH-HUH.

SUHY DIRECT BY MR. BEENE

02:59PM   1   A.   YES.

02:59PM   2   Q.   HOW A REPOSITORY WORKS, I MEAN, ANYONE CAN MAKE REQUEST

02:59PM   3   CHANGES, BUT THERE'S A GATEKEEPER THERE?

02:59PM   4   A.   YES, AND THAT'S WHAT PULL REQUESTS ARE FOR, P-U-L-L.

02:59PM   5          THE COURT:   WHAT IS A PULL REQUEST?

02:59PM   6          THE WITNESS:   SO IF YOU MAKE A CHANGE TO SOMETHING,

02:59PM   7   YOU WANT IT TO BE BROUGHT INTO THE MAIN WORKING VERSION OF THE

02:59PM   8   SOFTWARE, YOU CAN LOOK IT OVER, DO A CODE REVIEW AND THEN SAY,

02:59PM   9   ALL RIGHT, GO AHEAD AND PULL IT INTO THE MAIN REPOSITORY, WHICH

02:59PM   10  IS THE MAIN BRANCH, AND THEN THAT BECOMES PART OF THE HISTORY

02:59PM   11  OF THE SOFTWARE ONCE IT'S BEEN MERGED INTO THAT BRANCH.

02:59PM   12         SO IT'S A WAY OF ORGANIZATION AND COLLABORATION I GUESS.

03:00PM   13  YOU DON'T WANT TO JUST ALLOW FOR ANYTHING TO COME INTO THE

03:00PM   14  SOFTWARE BECAUSE YOU CAN HAVE VULNERABILITIES AND WHATNOT.

03:00PM   15         THE COURT:   THAT WAS THE CHAOS I WAS REFERRING TO

03:00PM   16  EARLIER.

03:00PM   17         MR. BEENE:   WHAT'S THAT?

03:00PM   18         THE COURT:   THAT WAS THE CHAOS I WAS REFERRING TO

03:00PM   19  EARLIER.

03:00PM   20         MR. BEENE:   IT IS CHAOS.

03:00PM   21  Q.   MR. SUHY, UNDER 1010 YOU REMOVED THE COMMONS CLAUSE AND

03:00PM   22  INFORMATION ON ONE SET OF THE SOFTWARE; RIGHT?

03:00PM   23  A.   IT WAS FROM ONE FILE THAT WAS APPLIED.  IT WAS THE SAME

03:00PM   24  FILE BUT FROM DIFFERENT DIRECTORIES, BUT IT WAS THAT SAME FILE.

03:00PM   25  IS THAT WHAT YOU ARE --

03:00PM 1   Q.   AND NEO4J'S COPYRIGHT AND NAME AND THINGS ARE SOMEWHERE IN

03:01PM 2   THE ELECTRONIC FILE OF THE SOFTWARE?

03:01PM 3   A.   CAN YOU ASK THAT AGAIN?  I DIDN'T UNDERSTAND.  I'M SORRY.

03:01PM 4   Q.   ON THE EXHIBIT 110 OR 1010, THIS REAL THICK THING

03:01PM 5   (INDICATING).

03:01PM 6   A.   YEAH, I'M LOOKING AT IT NOW.

03:01PM 7   Q.   IN THE ELECTRONIC FILE, IS THERE A REFERENCE TO NEO4J'S

03:01PM 8   LICENSE OR THEIR NAME?

03:01PM 9   A.   IT WOULD BE NEO4J SWEDEN.

03:01PM 10       YES, IN THIS FILE IT WOULD BE VERBATIM, BUT IT WAS

03:01PM 11   NEO4J SWEDEN BEFORE THIS.  IT MENTIONED -- ACTUALLY I'M NOT

03:01PM 12   SURE.  IN THIS FILE THERE'S NO REFERENCE TO THEIR NAME THOUGH.

03:01PM 13   Q.   I THINK WE HEARD A BUNCH OF OTHER FILES WERE MOVED

03:02PM 14   SOMEWHERE ELSE IN THE SOFTWARE.  HAVE YOU HEARD THAT?

03:02PM 15   A.   YES.

03:02PM 16   Q.   AND DID YOU -- LIKE 128 OTHER FILES?

03:02PM 17   A.   HOW MANY?

03:02PM 18   Q.   LIKE 128 OTHER FILES?

03:02PM 19   A.   YES, I DIDN'T, I DIDN'T MAKE ANY.  I ONLY MADE CHANGES TO

03:02PM 20   THE AGPL LICENSE TO MAKE IT VERBATIM.  I DIDN'T TOUCH ANY OTHER

03:02PM 21   FILES.  I DIDN'T REMOVE ANYTHING FROM OTHER FILES.

03:02PM 22   Q.   DO YOU KNOW WHO DID?

03:02PM 23   A.   IT WOULD HAVE BEEN THE GRAPH FOUNDATION, AND THEY WOULD BE

03:02PM 24   IN THE COMMITS BECAUSE THAT'S THE WHOLE PURPOSE OF THE COMMIT

03:02PM 25   HISTORY IS SO YOU KNOW EXACTLY WHAT HAPPENED, BUT IT WAS NOT ME

03:02PM    1    THAT DID THAT.

03:02PM    2    Q.   IN YOUR TRANSACTIONS WITH THE UNITED STATES GOVERNMENT AND

03:02PM    3    NEO4J, DID NEO4J SWEDEN EVER MAKE AN OFFER TO LICENSE SOFTWARE

03:02PM    4    TO THE GOVERNMENT?

03:02PM    5    A.   NEO4J SWEDEN DOESN'T LICENSE SOFTWARE SO IT'S -- WELL, I

03:03PM    6    DON'T KNOW IF LICENSE IS THE -- BECAUSE THEY HAVE THE AGPL

03:03PM    7    LICENSE, BUT THEY DON'T SELL SOFTWARE.  IT'S NEO4J U.S.A., THAT

03:03PM    8    IS WHO SELLS IT, SELLS OR LICENSES.  I DON'T KNOW WHAT THE TERM

03:03PM    9    IS.

03:03PM   10    Q.   WELL, YOU'RE SORT OF CORRECT WITH THAT NOMENCLATURE.  LET

03:03PM   11    ME BREAK IT DOWN THIS WAY.  THERE'S NEO4J COMMUNITY THAT

03:03PM   12    DOESN'T COST ANY MONEY; RIGHT?

03:03PM   13    A.   CORRECT.

03:03PM   14    Q.   AND THAT'S UNDER A GPL LICENSE; RIGHT?

03:03PM   15    A.   CORRECT.

03:03PM   16    Q.   AND THERE'S NEO4J ENTERPRISE THAT IS LICENSED UNDER THE

03:03PM   17    AGPL WITH COMMONS CLAUSE; RIGHT?

03:03PM   18    A.   CORRECT.

03:03PM   19    Q.   AND THAT'S NO COST, EITHER?

03:03PM   20    A.   NO COST.

03:03PM   21    Q.   SO NEO4J SWEDEN LICENSES A GPL, AGPL VERSION BUT IT

03:04PM   22    DOESN'T CHARGE ANYONE MONEY FOR IT?

03:04PM   23    A.   YES, THEY DO NOT.

03:04PM   24    Q.   THE NEO4J ENTERPRISE SOFTWARE THAT WE OFTEN REFER TO AS

03:04PM   25    COMMERCIAL, THAT NEO4J U.S.A. SELLS LICENSES; RIGHT?

03:04PM   1    A.   CORRECT.

03:04PM   2    Q.   AND NEO4J SWEDEN DOESN'T SELL LICENSES OR SERVICES FOR THE

03:04PM   3    COMMERCIAL VERSION OF NEO4J?

03:04PM   4    A.   NO, THEY DON'T.

03:04PM   5              MR. BEENE:  NO FURTHER QUESTIONS, YOUR HONOR.

03:04PM   6              THE COURT:  ALL RIGHT.  CROSS-EXAMINATION?

03:05PM   7              MR. RATINOFF:  THANK YOU, YOUR HONOR.

03:05PM   8              THE COURT:  BEFORE THAT, I BEG YOUR PARDON, I DID

03:05PM   9    HAVE A COUPLE OF QUESTIONS.  PARDON ME.  I WANTED TO ASK YOU,

03:05PM  10    SIR, YOU TESTIFIED EARLIER ABOUT BEING TERMINATED AS A PARTNER.

03:05PM  11              THE WITNESS:  YES.

03:05PM  12              THE COURT:  COULD YOU TELL US HOW THAT OCCURRED.

03:05PM  13              THE WITNESS:  YES.

03:05PM  14              THE COURT:  SPEAK INTO THE MICROPHONE.

03:05PM  15              THE WITNESS:  SO WHEN WE FIRST HAD THIS AGREEMENT

03:05PM  16    WITH THE IRS WHERE WE WOULD DO A SOLUTION, IT MEANT THAT THERE

03:05PM  17    WAS NO LICENSE -- NO MONEY FOR BUYING A COMMERCIAL LICENSE.

03:05PM  18    THEY DIDN'T NEED ANY OF THE COMMERCIAL FEATURES AND SO INSTEAD

03:05PM  19    OF LOSING THE CONTRACTING NOT BEING IN FRONT OF THE IRS, THEY

03:05PM  20    DECIDED, HEY, WE'LL GO AHEAD, AND WE'LL JUST CONTINUE ON AND

03:06PM  21    THEY'LL USE THE OPEN SOURCE LICENSE.  NEO4J SAID THAT.

03:06PM  22         WELL, IN THE PARTNER AGREEMENT IT SAYS THAT YOU'RE NOT

03:06PM  23    ALLOWED TO USE OPEN SOURCE LICENSES.

03:06PM  24         SO WHEN JASON ZAGALASKY, WHO TESTIFIED BEFORE, CAME ON

03:06PM  25    BOARD, HE BASICALLY CHANGED AND SAID, NO, WE BASICALLY HAVE TO

SUHY DIRECT BY MR. BEENE

03:06PM 1  HAVE THE ENTERPRISE LICENSE COST FOR THIS.

03:06PM 2  AND I SAID, NO, THIS IS ALREADY A DONE DEAL, WE CAN'T DO

03:06PM 3  THIS WITH THE GOVERNMENT.

03:06PM 4  SO HE WANTED US TO -- THE GOVERNMENT THEN CAME AFTER THAT

03:06PM 5  AND THEN SAID, WELL, WAIT A SECOND, THE AGPL IS FREE, WHY DON'T

03:06PM 6  WE JUST USE THAT.

03:06PM 7  AND HE WANTED ME TO SAY THAT AGPL COULD NOT -- OR NEO4J

03:06PM 8  OPEN SOURCE COULD NOT BE USED IN PRODUCTION ENVIRONMENTS, WHICH

03:06PM 9  IS NOT TRUE, SO I WOULDN'T DO THAT.

03:06PM 10  AND THEN WHEN I WOULDN'T DO THAT, EVERYTHING WENT BAD AND

03:06PM 11  THE BREACH WAS BECAUSE I WAS WORKING WITH THE OPEN SOURCE

03:06PM 12  SOFTWARE, WHICH THEY TOLD ME TO DO IN OUR AGREEMENT.

03:06PM 13  AND SO --

03:06PM 14  THE COURT:  SO DID THEY FORMALLY TELL YOU WE'RE NO

03:07PM 15  LONGER IN BUSINESS WITH YOU?

03:07PM 16  THE WITNESS:  OH, YES, THEY SENT A BREACH LETTER,

03:07PM 17  YES.  AND THEY SENT IT -- YES.

03:07PM 18  THE COURT:  AND I ALSO WANTED TO ASK YOU ABOUT

03:07PM 19  THE -- YOU TALKED ABOUT WORKING ON THE IRS PROJECT IN AN RFP

03:07PM 20  THROUGH EGOV SOLUTIONS.  TELL ME A LITTLE BIT ABOUT THAT AND

03:07PM 21  HOW DID THAT WORK.

03:07PM 22  THE WITNESS:  SO EGOVERNMENT SOLUTIONS WAS ANOTHER--

03:07PM 23  I'M AN ENTREPRENEUR AND SO I STARTED EGOVERNMENT SOLUTIONS,

03:07PM 24  I --

03:07PM 25  THE COURT:  YOU DID?

SUHY DIRECT BY MR. BEENE

03:07PM 1          THE WITNESS:  -- I DID ORIGINALLY WITH ANOTHER

03:07PM 2   PARTNER, AND THEN WE BROUGHT IN TWO OTHER PARTNERS.  AT THAT

03:07PM 3   POINT THEY WANTED TO TAKE IT A DIFFERENT DIRECTION, AND I JUST

03:07PM 4   WAS NOT MOTIVATED.  SO I WANTED TO SELL IT, SELL MY PORTION,

03:07PM 5   WHICH IS FOR A SMALL AMOUNT.  IT'S NOT LIKE IN SILICON VALLEY

03:07PM 6   STANDARDS.

03:07PM 7          SO WHAT HAPPENED WAS THE IRS SAID THAT THEY COULD USE HUB

03:07PM 8   ZONE IF THEY WANTED, THEY WANTED TO HAVE THEIR PROCUREMENTS

03:07PM 9   DONE SO THEY COULD MEET CERTAIN REQUIREMENTS LIKE 8A AND HUB

03:07PM 10  ZONE.

03:08PM 11         AND SO I SAID, OH, WELL, EGOVERNMENT SOLUTIONS IS A HUB

03:08PM 12  ZONE.

03:08PM 13         THEY SAID, WELL, CAN WE MAKE THAT AGREEMENT GO THROUGH

03:08PM 14  THEM?

03:08PM 15         AND SO I SAID, WELL, I STILL HAVE SOME SAY IN THIS, AND SO

03:08PM 16  I CAN GO AND TALK TO THE PARTNERS.

03:08PM 17            THE COURT:  I SEE.  OKAY.  THANK YOU.

03:08PM 18         THOSE WERE THE ONLY QUESTIONS I HAD.  ANY OTHER QUESTIONS

03:08PM 19  BASED ON MY QUESTIONS?

03:08PM 20            MR. BEENE:  NO.  THANK YOU, YOUR HONOR.

03:08PM 21            THE COURT:  OKAY.  THANK YOU.

03:08PM 22      CROSS-EXAMINATION?

03:08PM 23            MR. RATINOFF:  YOUR HONOR, I MIGHT JUST NEED A

03:08PM 24  SECOND TO GET BINDERS DISTRIBUTED.

03:08PM 25         DO YOU HAVE THE MASTER THREE VOLUME OF BINDERS OF

03:08PM   1        PLAINTIFFS' EXHIBITS?

03:08PM   2                THE COURT:  I SHOULD HAVE IT.

03:08PM   3                THE CLERK:  I THINK SO.

03:08PM   4                THE COURT:  THAT'S WHAT THOSE THREE BINDERS WERE,

03:08PM   5        YES.

03:09PM   6                MR. RATINOFF:  I DID PREPARE A FEW BINDERS FOR

03:09PM   7        CROSS, AND I'LL HAND TO YOUR HONOR AND THE WITNESS AND FOR EASE

03:09PM   8        OF REFERENCE.

03:09PM   9                THE COURT:  YES.

03:09PM  10                MR. RATINOFF:  I APOLOGIZE, I MAY BE JUMPING AROUND

03:09PM  11        A LITTLE BIT BINDER WISE.

03:09PM  12                THE WITNESS:  SO CAN I MOVE THIS OR DO I NEED THIS

03:09PM  13        (INDICATING)?

03:09PM  14                MR. RATINOFF:  NO, YOU'LL NEED THAT AS WELL.

03:09PM  15                            **CROSS-EXAMINATION**

03:09PM  16        BY MR. RATINOFF:

03:09PM  17        Q.   GOOD AFTERNOON, MR. SUHY.

03:09PM  18        A.   GOOD AFTERNOON.

03:09PM  19        Q.   AND THANK YOU FOR FLYING OUT HERE.  I APPRECIATE THAT.  I

03:09PM  20        KNOW IT WAS A LONG TRIP.

03:09PM  21             YOU WERE TESTIFYING REGARDING THE QUOTES CKGE CONTRACT;

03:09PM  22        CORRECT?

03:09PM  23        A.   CORRECT.

03:09PM  24        Q.   AND, IN FACT, THERE'S ACTUALLY MULTIPLE CONTRACTS THAT

03:09PM  25        RELATED TO THIS CKGE; ISN'T THAT TRUE?

03:09PM  1    A.   ARE YOU TALKING ABOUT THE ASR PROJECTS?

03:10PM  2    Q.   NO, I'M TALKING ABOUT THE CONTRACTS THAT YOU JUST

03:10PM  3    TESTIFIED ABOUT.  YOU TESTIFIED ABOUT A CONTRACT WITH THE IRS

03:10PM  4    FOR CKGE, THERE WAS A STATEMENT OF WORK FOR THAT?

03:10PM  5    A.   YES.

03:10PM  6    Q.   AND DO YOU RECALL WHEN THAT CONTRACT WAS AWARDED?

03:10PM  7    A.   I'M NOT SURE OF THE EXACT DATE.  BUT ARE YOU TALKING ABOUT

03:10PM  8    THE ORIGINAL PURETHINK.

03:10PM  9    Q.   WELL, I DON'T KNOW.  IS THAT WHAT YOU WERE TALKING ABOUT

03:10PM  10   WHEN YOU TESTIFIED ABOUT THE STATEMENT OF WORK?

03:10PM  11   A.   THE ONE THAT WE SAW RIGHT HERE?  I'D HAVE TO GO BACK AND

03:10PM  12   SEE IT, WHAT YEAR IT WAS.

03:10PM  13        PURETHINK WOULD HAVE BEEN THE FIRST.

03:10PM  14   Q.   LET'S GO AHEAD AND LOOK AT THE EXHIBIT.  THIS IS TRIAL

03:10PM  15   EXHIBIT 1011.  IT'S IN THE WHITE BINDER.

03:11PM  16   A.   OKAY.

03:11PM  17   Q.   SO LOOKING AT EXHIBIT 1011, IS THIS STATEMENT OF WORK FOR

03:11PM  18   THE PURETHINK CKGE CONTRACT?

03:11PM  19   A.   I BELIEVE THIS WOULD BE THE EGOV STATEMENT OF WORK.

03:11PM  20   Q.   OKAY.  AND THEN PRIOR TO THIS CONTRACT THERE WAS A

03:11PM  21   CONTRACT WITH THE IRS THAT YOU CALLED THE CKGE CONTRACT FOR

03:11PM  22   PURETHINK; CORRECT?

03:11PM  23   A.   I DON'T KNOW IF IT WAS CALLED CKGE, BUT IT WAS FOR CKGE.

03:11PM  24   Q.   ALL RIGHT.  LET'S GO AHEAD AND TURN TO TRIAL EXHIBIT 34.

03:11PM  25   I BELIEVE THAT WOULD BE IN ONE OF THE BIG BINDERS.  I DON'T

03:11PM  1    KNOW IF YOU HAVE ONE OF THOSE HANDY?

03:11PM  2    A.   I DON'T HAVE A 34.

03:12PM  3              THE COURT:  HE'S GOING TO GIVE YOU MORE BINDERS.

03:12PM  4              THE WITNESS:  OH, OKAY.

03:12PM  5              MR. RATINOFF:  SORRY.  MORE PAPER.

03:12PM  6         MAY I APPROACH, YOUR HONOR?

03:12PM  7              THE COURT:  YES.

03:12PM  8              MR. RATINOFF:  WE MAY HAVE MORE (HANDING).

03:12PM  9    Q.   ALL RIGHT.  MR. SUHY, IF YOU COULD PLEASE TURN TO TAB 34.

03:12PM  10   A.   YES, I'M THERE.

03:12PM  11   Q.   AND DO YOU RECOGNIZE WHAT HAS BEEN MARKED AS EXHIBIT 34?

03:12PM  12   A.   YES.

03:12PM  13   Q.   OKAY.  AND WHAT IS IT?

03:12PM  14   A.   THIS IS THE CONTRACT TO PURETHINK.

03:12PM  15   Q.   OKAY.  IS THIS THE CONTRACT THAT YOU WERE TALKING ABOUT IN

03:12PM  16   THESE 2016 AND 2017 EMAILS WITH NEO4J THAT YOU JUST TALKED

03:12PM  17   ABOUT?

03:12PM  18   A.   YES.

03:13PM  19   Q.   SO ALL OF THE CONVERSATIONS THAT YOU WERE DISCUSSING WITH

03:13PM  20   LARS AND JASON AND THE REST OF THE NEO4J TEAM WHERE YOU'RE

03:13PM  21   HAVING A DISPUTE OVER THE TYPE OF LICENSE THE IRS WAS

03:13PM  22   PURCHASING, THAT ALL RELATED TO THE PURETHINK CONTRACT;

03:13PM  23   CORRECT?

03:13PM  24   A.   I BELIEVE SO.

03:13PM  25   Q.   OKAY.  AND THEN YOU MENTIONED THERE WAS A SECOND CONTRACT;

03:13PM  1    CORRECT?

03:13PM  2    A.   YES.

03:13PM  3    Q.   AND THAT'S WHAT YOU CALL THE EGOV SOLUTIONS CONTRACT?

03:13PM  4    A.   YES.

03:13PM  5    Q.   AND THEN IF YOU WOULD GO AHEAD AND TURN TO -- WE'RE GOING

03:13PM  6    TO NEED ANOTHER BINDER.  IT'S GOING TO BE EXHIBIT 182.

03:13PM  7         BEFORE I DO THAT, I WOULD MOVE EXHIBIT 34 INTO EVIDENCE.

03:13PM  8              MR. BEENE:  NO OBJECTION.

03:13PM  9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:13PM 10         (PLAINTIFFS' EXHIBIT 34 WAS RECEIVED IN EVIDENCE.)

03:14PM 11              THE WITNESS:  I DON'T HAVE 182.  I HAVE 162 AS THE

03:14PM 12    ENDING PAGE.

03:14PM 13              THE COURT:  THE NUMBERS SHOULD BE ON THE SPINE OF

03:14PM 14    THE BINDERS.

03:14PM 15              THE CLERK:  SORRY.  IT'S NOT ON THEIRS

03:14PM 16    UNFORTUNATELY, YOUR HONOR.

03:14PM 17              MR. RATINOFF:  I'VE GOT IT RIGHT HERE.

03:14PM 18              THE COURT:  COULD YOU CHECK TO SEE IF IT'S IN THERE.

03:14PM 19              MR. RATINOFF:  IT IS, YOUR HONOR.

03:14PM 20              THE COURT:  OKAY.

03:14PM 21    BY MR. RATINOFF:

03:14PM 22    Q.   OKAY.  DO YOU RECOGNIZE EXHIBIT 182?

03:14PM 23    A.   I DIDN'T FIND IT.  I HAVE VOLUME 1 OF 3, VOLUME 2 OF 3,

03:15PM 24    BUT I DON'T HAVE VOLUME 3 OF 3.

03:15PM 25              THE CLERK:  HOW ABOUT THIS ONE (HANDING)?

03:15PM  1                    THE WITNESS:  OKAY.  I'M HERE.

03:16PM  2       BY MR. RATINOFF:

03:16PM  3       Q.   OKAY.  DO YOU RECOGNIZE WHAT HAS BEEN MARKED AS

03:16PM  4       EXHIBIT 182?

03:16PM  5       A.   YES.

03:16PM  6                    MR. RATINOFF:  I BELIEVE THIS ACTUALLY HAS BEEN

03:16PM  7       STIPULATED TO BE ADMITTED, BUT I WOULD JUST CONFIRM THAT IT BE

03:16PM  8       ADMITTED INTO EVIDENCE.

03:16PM  9                    THE COURT:  ANY OBJECTION?

03:16PM  10                   MR. BEENE:  I HAVE NO OBJECTION, YOUR HONOR.

03:16PM  11                   THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:16PM  12           (PLAINTIFFS' EXHIBIT 182 WAS RECEIVED IN EVIDENCE.)

03:16PM  13      BY MR. RATINOFF:

03:16PM  14      Q.   SO LOOKING AT EXHIBIT 182, THIS IS THE EGOV SOLUTIONS

03:16PM  15      CONTRACT THAT YOU HAVE TESTIFIED ABOUT?

03:16PM  16      A.   YES.

03:16PM  17      Q.   AND THEN THE DATE OF THIS CONTRACT, ACCORDING TO BOX 1, IS

03:16PM  18      MAY 24TH, 2018; CORRECT?

03:16PM  19      A.   CORRECT.

03:16PM  20      Q.   SO BY THIS TIME PURETHINK HAD BEEN TERMINATED AS A NEO4J

03:16PM  21      PARTNER; CORRECT?

03:16PM  22      A.   CORRECT.

03:16PM  23      Q.   AND YOU HAD ALREADY FORMED IGOV; CORRECT?

03:16PM  24      A.   YES.

03:16PM  25      Q.   IT IS YOUR TESTIMONY THAT THIS CONTRACT DIDN'T REQUIRE

SUHY CROSS BY MR. RATINOFF                                    316

03:17PM  1    PROVIDING SUPPORT FOR NEO4J ENTERPRISE SOFTWARE?

03:17PM  2    A.   YES, IT DID NOT.

03:17PM  3    Q.   AND IS IT YOUR TESTIMONY THAT THIS CONTRACT DIDN'T REQUIRE

03:17PM  4    YOU TO PROVIDE SUPPORT FOR ONGDB AT THE IRS WITH RESPECT TO THE

03:17PM  5    CKGE?

03:17PM  6    A.   NO, IT DID NOT.

03:17PM  7    Q.   THAT'S NOT YOUR TESTIMONY?

03:17PM  8    A.   NO, THAT'S CORRECT, IT DID NOT REQUIRE ME TO DO SUPPORT.

03:17PM  9    Q.   BUT YOU ACTUALLY DID SUPPORT ONGDB AT THE IRS UNDER THIS

03:17PM  10   CKGE CONTRACT; ISN'T THAT CORRECT?

03:17PM  11   A.   YES.  WELL, IT WASN'T UNDER THE CONTRACT, IT WAS FREE

03:17PM  12   ASSISTANCE?

03:17PM  13   Q.   BUT THAT WAS YOUR VIEW OF THE CONTRACT; CORRECT?

03:17PM  14   A.   YES.

03:17PM  15   Q.   NOT THE IRS'S VIEW THOUGH; RIGHT?

03:17PM  16   A.   THE IRS, I DON'T BELIEVE, EXPECTED ME TO PERFORM OR TO

03:18PM  17   SUPPORT ONGDB.  THEY ACTUALLY HAD A TEAM DEDICATED TO THAT.

03:18PM  18   Q.   YOU WERE AT MR. DUNN'S DEPOSITION, WEREN'T YOU?

03:18PM  19   A.   YES.

03:18PM  20   Q.   AND DID YOU RECALL HEARING MR. DUNN TESTIFY THAT, IN FACT,

03:18PM  21   HE CONSIDERED YOUR WORK WITH ONGDB AT THE IRS TO BE PART OF

03:18PM  22   THAT CKGE CONTRACT?

03:18PM  23   A.   I REMEMBER HEARING THAT, BUT IT WASN'T CORRECT.

03:18PM  24   Q.   SO YOU DISAGREE WITH THAT?

03:18PM  25   A.   YES.  HE'S NOT A CONTRACT PERSON.  I HELPED OUT WITH SO

03:18PM    1    MUCH STUFF, THEY ESSENTIALLY JUST ASSUMED THAT EVERYTHING I

03:18PM    2    HELPED OUT WITH WAS PART OF THE CONTRACT, WHICH YOU'RE NOT

03:18PM    3    SUPPOSED TO DO FREE STUFF FOR THE GOVERNMENT.

03:18PM    4    Q.   LET'S GO AHEAD AND --

03:19PM    5         I'M JUST WAITING FOR ONE DOCUMENT, YOUR HONOR.

03:19PM    6         (PAUSE IN PROCEEDINGS.)

03:19PM    7    BY MR. RATINOFF:

03:19PM    8    Q.   I'D LIKE TO GO AHEAD AND TURN YOUR ATTENTION TO A PLEADING

03:20PM    9    ENTITLED STIPULATION OF UNDISPUTED FACTS FOR TRIAL.

03:20PM   10    A.   WHERE, WHERE --

03:20PM   11              THE COURT:  WHERE WOULD THAT BE FOR HIM?

03:20PM   12              MR. RATINOFF:  SORRY.  I MISUNDERSTOOD.  I THOUGHT

03:20PM   13    HE HAD IT.

03:20PM   14         MAY I APPROACH?

03:20PM   15              THE COURT:  YES.

03:20PM   16              MR. RATINOFF:  (HANDING.)

03:20PM   17    Q.   MR. SUHY, I'LL REPRESENT TO YOU THAT THIS WAS A PLEADING

03:20PM   18    FILED IN THIS CASE SIGNED BY YOUR COUNSEL ON YOUR BEHALF.  IT'S

03:20PM   19    A SERIES OF FACTS THAT WE HAVE STIPULATED TO IN THIS TRIAL.

03:20PM   20         I'D LIKE TO SPECIFICALLY TURN YOUR ATTENTION TO FACT

03:20PM   21    NUMBER 68.

03:20PM   22              THE COURT:  IS THIS DOCUMENT 227?

03:20PM   23              MR. RATINOFF:  IT IS, YOUR HONOR.  THIS IS ECF

03:20PM   24    NUMBER 227.

03:20PM   25              THE COURT:  ALL RIGHT.  THANK YOU.

SUHY CROSS BY MR. RATINOFF

| | | |
|---|---|---|
| 03:20PM | 1 | MR. RATINOFF:  I DON'T KNOW IF I ASKED THAT IT BE |
| 03:20PM | 2 | ADMITTED AS PART OF THE RECORD. |
| 03:21PM | 3 | THE COURT:  IT'S ON FILE. |
| 03:21PM | 4 | MR. RATINOFF:  SO WE CAN GO AHEAD AND DISPLAY IT. |
| 03:21PM | 5 | Q.  ALL RIGHT.  PLEASE LOOK AT FACT NUMBER 68.  IT SAYS, |
| 03:21PM | 6 | "UNDER THE CKGE CONTRACT, SUHY PROVIDED ARCHITECTURE DESIGN AND |
| 03:21PM | 7 | HARDWARE REQUIREMENTS NEEDED TO RUN ONGDB INSTALLATIONS ON |
| 03:21PM | 8 | MULTIPLE SERVERS WITHIN THE CKGE." |
| 03:21PM | 9 | DO YOU SEE THAT? |
| 03:21PM | 10 | A.  YES. |
| 03:21PM | 11 | Q.  AND SO IS THAT NOT TRUE? |
| 03:21PM | 12 | A.  THAT'S TRUE. |
| 03:21PM | 13 | Q.  AND THEN LOOKING AT FACT NUMBER 73, "UNDER THE CKGE |
| 03:21PM | 14 | CONTRACT, SUHY AND IGOV WERE RESPONSIBLE FOR SUPPORTING AND |
| 03:21PM | 15 | MAINTAINING AND UPDATE ONGDB IN AN INTERNAL GITLAB REPOSITORY |
| 03:21PM | 16 | FOR THE RAAS AT THE IRS." |
| 03:21PM | 17 | DO YOU SEE THAT? |
| 03:21PM | 18 | A.  YES. |
| 03:21PM | 19 | Q.  IS THAT ALSO TRUE? |
| 03:21PM | 20 | A.  NO. |
| 03:21PM | 21 | MR. BEENE:  OBJECT, YOUR HONOR.  I OBJECT TO HIM |
| 03:21PM | 22 | ASKING QUESTIONS ABOUT STIPULATED FACTS.  THE PURPOSE OF THE |
| 03:22PM | 23 | STIPULATED FACTS IS TO AVOID WASTING TIME AT TRIAL. |
| 03:22PM | 24 | THE COURT:  WELL, THE FACTS ARE STIPULATED AS I SEE |
| 03:22PM | 25 | THEM HERE BUT HE CAN EXAMINE THE WITNESS AS TO THE WITNESS'S |

SUHY CROSS BY MR. RATINOFF

03:22PM  1    OPINION ABOUT THEM.

03:22PM  2           SO I'LL ALLOW THE QUESTION AND THE ANSWER.

03:22PM  3                MR. RATINOFF:  THANK YOU, YOUR HONOR.

03:22PM  4    Q.   SO TURNING BACK TO WHAT I JUST READ, FACT NUMBER 73, YOUR

03:22PM  5    ANSWER IS THAT'S NOT TRUE?

03:22PM  6    A.   WHAT I WAS TOLD IS THAT THESE STIPULATIONS IN HERE,

03:22PM  7    BECAUSE THE RULINGS HAD MADE THEM TRUE SO EVERYTHING IN HERE --

03:22PM  8    EVERYTHING THAT WAS IN HERE SUCH AS I REMEMBER THERE WAS

03:22PM  9    SOME -- I TALKED TO MY COUNSEL SAYING, HEY, THIS DOESN'T SOUND

03:22PM  10   RIGHT, BUT SINCE --

03:22PM  11               THE COURT:  SIR, YOU DON'T HAVE TO TELL US.

03:22PM  12               THE WITNESS:  OH, SORRY.

03:22PM  13               THE COURT:  YOU DON'T HAVE TO TELL US WHAT YOUR

03:22PM  14   LAWYER TOLD YOU AND WHAT YOU DISCUSSED.  THAT'S PRIVATE.

03:22PM  15               THE WITNESS:  OKAY.

03:22PM  16               THE COURT:  AND YOU CAN TALK TO YOUR LAWYER IF YOU

03:22PM  17   WANT BEFORE YOU ANSWER A QUESTION ABOUT YOUR COMMUNICATIONS --

03:22PM  18               THE WITNESS:  OKAY.

03:22PM  19               THE COURT:  -- WITH YOUR COUNSEL.

03:23PM  20       BUT HE'S NOT ASKING YOU TO REVEAL ANY CONFIDENTIAL

03:23PM  21   COMMUNICATION WITH YOUR ATTORNEY.  YOU DON'T HAVE TO REVEAL

03:23PM  22   THAT IN YOUR ANSWER IF THAT MAKES SENSE, IF YOU UNDERSTAND

03:23PM  23   THAT.

03:23PM  24               THE WITNESS:  I UNDERSTAND NOW.

03:23PM  25               MR. RATINOFF:  I WOULD ACTUALLY STRIKE THAT ANSWER

03:23PM  1    AS NONRESPONSIVE.

03:23PM  2              THE WITNESS:  BUT I CAN TELL YOU THAT WE WEREN'T

03:23PM  3    RESPONSIVE --

03:23PM  4              THE COURT:  EXCUSE ME, SIR.  HIS ANSWER THAT?

03:23PM  5              MR. RATINOFF:  I MEAN, HIS EXPLANATION, YOUR HONOR,

03:23PM  6    IT'S IRRELEVANT.  I MEAN, THIS IS A STIPULATION OF FACT.  HE'S

03:23PM  7    PROVIDED INCONSISTENT TESTIMONY.

03:23PM  8              THE COURT:  WELL, LET'S -- WHY DON'T YOU ASK THE

03:23PM  9    QUESTION AGAIN AND WE'LL START OVER.

03:23PM  10             MR. RATINOFF:  OKAY.  THANK YOU.

03:23PM  11   Q.   SO YOUR TESTIMONY TODAY WAS THAT CKGE, THE CONTRACT DIDN'T

03:23PM  12   REQUIRE YOU TO PROVIDE SUPPORT FOR ONGDB; CORRECT?

03:23PM  13   A.   YES.

03:23PM  14   Q.   YET FACT NUMBER 73 SAYS OTHERWISE; ISN'T THAT RIGHT?

03:23PM  15   A.    THIS IS INCORRECT, IT WASN'T PART OF THE CONTRACT.  I

03:23PM  16   MEAN, I DID IT UNDER THE CONTRACT, BUT IT WASN'T A REQUIREMENT.

03:23PM  17   I DID IT FOR FREE TO HELP THEM BECAUSE I'M ONE OF THE ONLY

03:24PM  18   PEOPLE THAT KNOWS HOW TO DO -- USE GITLAB, AND THAT'S WHY THEY

03:24PM  19   COME TO ME FOR HELP ON A VARIETY OF DIFFERENT THINGS.

03:24PM  20   Q.   BUT YOU COULD HAVE SAID NO; RIGHT?

03:24PM  21   A.   I COULD HAVE, BUT I NEVER SAY NO.

03:24PM  22   Q.   AND DIDN'T YOU JUST TESTIFY THAT PROVIDING ASSISTANCE

03:24PM  23   OUTSIDE OF THE CONTRACT IS A VIOLATION OF GOVERNMENT

03:24PM  24   REGULATIONS?

03:24PM  25   A.   YES.

03:24PM  1    Q.   AND SO YOU VIOLATED GOVERNMENT REGULATIONS THEN BY DOING

03:24PM  2    THIS?

03:24PM  3    A.   I MIGHT HAVE.

03:24PM  4    Q.   SO TURNING TO FACT 74, "UNDER THE CKGE CONTRACT SUHY AND

03:24PM  5    IGOV HELPED THE IRS UPGRADE THE CKGE PLATFORM TO ONGDB VERSION

03:24PM  6    3.5 IN APRIL OF 2019 AND INTEGRATED SUBSEQUENT SUBVERSIONS

03:24PM  7    THROUGH AT LEAST APRIL OF 2022."

03:24PM  8         IS THAT CORRECT?

03:24PM  9    A.   CORRECT.

03:24PM  10   Q.   SO AGAIN, IS IT YOUR TESTIMONY THAT THIS WAS NOT REQUIRED

03:24PM  11   UNDER THE CONTRACT?

03:24PM  12   A.   YES, IT WAS NOT REQUIRED UNDER THE CONTRACT.

03:24PM  13   Q.   AND YOU DID THIS OUT OF THE GOODNESS OF YOUR HEART?

03:25PM  14   A.   YES.

03:25PM  15   Q.   AND YOU DID IT IN VIOLATION OF GOVERNMENT REGULATIONS?

03:25PM  16   A.   I DON'T KNOW IF IT HURTS ME OR THE GOVERNMENT IS NOT

03:25PM  17   ALLOWED TO ACCEPT FREE WORK, BUT THAT'S WHY, THAT'S WHY I WOULD

03:25PM  18   ALWAYS HELP.  I WAS PART OF THE CKGE PROJECT.  NO ONE ASKED

03:25PM  19   QUESTIONS.  I DO STUFF LIKE THAT ALL OF THE TIME.  I HELP THEM

03:25PM  20   WITH SECURITY VULNERABILITIES, EVERYTHING.  IT'S NOT PART OF

03:25PM  21   THE CONTRACT.

03:25PM  22   Q.   YOU COULD HAVE JUST SAID NO?

03:25PM  23   A.   I COULD HAVE.

03:25PM  24   Q.   BUT YOU DIDN'T?

03:25PM  25   A.   NO.

SUHY CROSS BY MR. RATINOFF

03:25PM 1    Q.   AND I BELIEVE YOU PREVIOUSLY TESTIFIED THAT THE IRS DIDN'T

03:25PM 2    REQUIRE ANY ENTERPRISE FEATURES UNDER THE CKGE; IS THAT

03:25PM 3    CORRECT?

03:25PM 4    A.   CORRECT.

03:25PM 5    Q.   GO AHEAD AND PLEASE TURN TO FACT NUMBER 77.  IT SAYS, "THE

03:25PM 6    IRS USED AT LEAST ONE NEO4J ENTERPRISE-ONLY FEATURE, NODE I.D.,

03:25PM 7    VIA ONGDB IN CKGE."

03:25PM 8         DO YOU SEE THAT?

03:25PM 9    A.   UH-HUH.

03:25PM 10   Q.   DO YOU DISAGREE WITH THAT?

03:26PM 11   A.   THERE'S NO SUCH THING AS AN ENTERPRISE FEATURE CALLED NODE

03:26PM 12   I.D., SO I DISAGREE WITH THAT.

03:26PM 13   Q.   WOULD YOU BE SURPRISED IF MR. DUNN TESTIFIED TO THE

03:26PM 14   CONTRARY?

03:26PM 15   A.   I WOULD BE VERY SURPRISED CONSIDERING THAT WE HAVE

03:26PM 16   DOWNGRADED EVERYTHING TO COMMUNITY AND IT WORKS FINE.

03:26PM 17   Q.   BUT I'M NOT TALKING ABOUT NOW, I'M TALKING ABOUT BACK IN

03:26PM 18   2018, 2019 WITH ONGDB?

03:26PM 19   A.   YES, I WOULD SAY THAT THAT'S INCORRECT.

03:26PM 20   Q.   BUT YET YOU STIPULATED TO IT?

03:26PM 21   A.   YES.

03:26PM 22        WELL, DIDN'T THE COURT MAKE THIS STIPULATION?

03:26PM 23   Q.   SO, MR. SUHY, YOUR COUNSEL WAS VERY ADAMANT ABOUT NOT

03:26PM 24   STIPULATING TO FACTS THAT WERE SUBJECT TO THE COURT'S ORDERS?

03:26PM 25   A.   WELL, THAT'S INCORRECT.  THERE'S NO SUCH THING AS NODE

```
03:26PM   1    I.D. THAT I'M AWARE OF.

03:27PM   2    Q.   AND THEN LOOKING AT --

03:27PM   3    A.   SORRY.  THERE'S NO SUCH THING AS AN ENTERPRISE FEATURE

03:27PM   4    CALLED NODE I.D.  ALL NODES HAVE NODE I.D.'S.  THAT'S PART OF

03:27PM   5    COMMUNITY.

03:27PM   6    Q.   AND IT'S YOUR UNDERSTANDING THAT THERE'S PERFORMANCE

03:27PM   7    DIFFERENCES BETWEEN NEO4J COMMUNITY EDITION AND NEO4J COMMUNITY

03:27PM   8    EDITION; CORRECT?

03:27PM   9    A.   THERE CAN BE.

03:27PM  10    Q.   AND ONE OF THOSE IS, ACCORDING TO FACT NUMBER 78 THAT,

03:27PM  11    "THE IRS UNDERSTOOD THAT NEO4J EE CAN RUN CYPHER QUERIES

03:27PM  12    SIGNIFICANTLY FASTER THAN NEO4J COMMUNITY EDITION WHICH IS

03:27PM  13    ADVANTAGEOUS IN TERMS OF PRODUCTIVITY"?

03:27PM  14    A.   YES, I SEE IT.

03:27PM  15    Q.   IS THAT TRUE?

03:27PM  16    A.   I DON'T BELIEVE THAT IT'S ADVANTAGEOUS TO THE

03:27PM  17    PRODUCTIVITY.  IT MIGHT BE A FEW MILLISECONDS.  BUT, YES, IT IS

03:27PM  18    TRUE THAT THE ENTERPRISE CYPHER, IT CAN HANDLE CERTAIN QUERIES

03:28PM  19    FASTER THAN COMMUNITY.

03:28PM  20    Q.   AND DO YOU RECALL MR. ZAGALASKY'S TESTIMONY BACK BEFORE

03:28PM  21    THANKSGIVING?

03:28PM  22    A.   YES.

03:28PM  23    Q.   AND YOU RECALL THAT THERE WAS A NEWS RELEASE OR A BLOG

03:28PM  24    ENTRY FOR NEO4J 3.4?

03:28PM  25    A.   I BELIEVE -- YES, I THINK I REMEMBER THAT.
```

03:28PM  1   Q.  GO AHEAD AND TURN TO EXHIBIT 4, PLEASE.  IT WILL BE IN

03:29PM  2   VOLUME NUMBER 3 OF YOUR BIG BINDERS.

03:29PM  3   A.  I'M THERE.  I'M THERE.

03:29PM  4   Q.  AND IF YOU WANT TO GO AHEAD AND I THINK IT'S ON THE SECOND

03:29PM  5   OR THIRD PAGE -- IT ACTUALLY MIGHT BE FURTHER DOWN THERE'S A

03:29PM  6   LARGE PARAGRAPH THAT SHOWS THE PERFORMANCE DIFFERENCES BETWEEN

03:29PM  7   ENTERPRISE AND COMMUNITY?

03:29PM  8   A.  ON WHICH PAGE, I'M SORRY?

03:29PM  9        MR. RATINOFF:  AND THIS HAS ALREADY BEEN ADMITTED.

03:29PM  10        THE CLERK:  I WAS GOING TO SAY EXHIBIT 4, RIGHT?

03:29PM  11        MR. RATINOFF:  YES.

03:29PM  12        THE WITNESS:  AND WHAT WAS THE PAGE?  I'M SORRY.

03:29PM  13        THE CLERK:  IT'S UP ON YOUR SCREEN.

03:29PM  14        THE WITNESS:  OH, THERE WE GO.  YES, I SEE THAT.

03:30PM  15   BY MR. RATINOFF:

03:30PM  16   Q.  DO YOU SEE 70 PERCENT PERFORMANCE ENHANCEMENT?  DO YOU SEE

03:30PM  17   THAT?

03:30PM  18   A.  YES, I SEE THAT.

03:30PM  19   Q.  THAT'S NOT A SIGNIFICANT ENHANCEMENT?

03:30PM  20   A.  WHEN YOU'RE TALKING ABOUT HOW SMALL THE LATENCY IS, THE

03:30PM  21   MILLISECONDS ARE FOR THESE TYPES OF QUERIES.  IT WOULDN'T BE

03:30PM  22   KNOWN BY A HUMAN.

03:30PM  23   Q.  AND DO YOU ALSO UNDERSTAND THAT THERE ARE LIMITATIONS TO

03:30PM  24   THE NUMBER OF CORES YOU CAN USE WITH THE COMMUNITY EDITION;

03:30PM  25   ISN'T THAT CORRECT?

03:30PM  1    A.   THAT'S INCORRECT.

03:30PM  2    Q.   SO YOU DISAGREE WITH MR. ZAGALASKY'S TESTIMONY?

03:30PM  3    A.   YES.

03:30PM  4    Q.   AND WHY IS THAT?

03:30PM  5    A.   BECAUSE I KNOW THE SOFTWARE IN AND OUT AND THERE'S NO

03:30PM  6    LIMITATIONS TO THE THREADING AND WHATNOT THAT WOULD BE APPLIED

03:30PM  7    TO CORES.  IT'S A LEGAL MECHANISM.

03:30PM  8         FROM WHAT I UNDERSTOOD, IT'S -- THE CORES ARE LIMITED

03:30PM  9    THROUGH YOUR COMMERCIAL LICENSE.

03:31PM  10   Q.   OH.  SO THERE'S LEGAL LIMITATIONS TO GOING BEYOND THE FOUR

03:31PM  11   CORES?

03:31PM  12   A.   IF YOU SIGNED AN AGREEMENT THAT WAS, THAT WAS A COMMERCIAL

03:31PM  13   AND IT SAID YOU CAN ONLY USE FOUR CORES.

03:31PM  14   Q.   BUT I'M NOT ASKING ABOUT COMMUNITY ENTERPRISE, I'M TALKING

03:31PM  15   ABOUT COMMUNITY.  YOU DON'T NEED A PAID LICENSE TO USE

03:31PM  16   COMMUNITY?

03:31PM  17   A.   NO.

03:31PM  18   Q.   SO WHAT YOU'RE TALKING ABOUT, LIMITATION ON CORES WITH

03:31PM  19   ENTERPRISE, ISN'T RELEVANT TO THE COMMUNITY EDITION?

03:31PM  20   A.   THERE IS NO LIMITATION OF CORES ON THE COMMUNITY EDITION.

03:31PM  21   Q.   NOW, YOU MENTIONED TIGER GRAPH IN YOUR TESTIMONY?

03:31PM  22   A.   YES.

03:31PM  23   Q.   AND TIGER GRAPH, THAT'S A CHINESE OWNED COMPANY OR AT

03:31PM  24   LEAST IN PART?

03:31PM  25   A.   I DON'T KNOW WHO OWNS THEM.

SUHY CROSS BY MR. RATINOFF

03:31PM   1    Q.   AND IF A COMPANY, A SOFTWARE COMPANY HAD CCP INVESTORS OR

03:32PM   2    OWNERSHIP IN PART, WOULD THAT BE A PROBLEM FOR U.S. GOVERNMENT

03:32PM   3    WORK?

03:32PM   4    A.   HAVE -- I DON'T UNDERSTAND THE QUESTION CCP.

03:32PM   5    Q.   SO NOT TAIWAN BUT PEOPLE'S REPUBLIC OF CHINA?

03:32PM   6    A.   OKAY.  I BELIEVE THAT WOULD BE AN ISSUE, YEAH.

03:32PM   7    Q.   AND SO THERE WOULD BE A PROBLEM WITH USING SOFTWARE THAT

03:32PM   8    IS CREATED BY A PRC OWNED COMPANY FOR THE GOVERNMENT?

03:32PM   9    A.   NOT NECESSARILY.  I THINK IT WOULD -- THE GOVERNMENT WOULD

03:32PM   10   HAVE TO KNOW WHO CONTROLS IT.

03:32PM   11   Q.   BUT IF IT'S CONTROLLED BY THE CHINESE, IT WOULD BE AN

03:32PM   12   ISSUE FOR SECURITY REASONS?

03:32PM   13   A.   I BELIEVE SO.  I'M NOT POSITIVE, BUT I WOULD THINK THAT

03:32PM   14   WOULD BE THE CASE.

03:32PM   15        FOR DOD, MOST DEFINITELY.

03:32PM   16   Q.   AND WHEN YOU TESTIFIED ABOUT THE IRS SWITCHING TO THE

03:32PM   17   COMMUNITY EDITION, YOU WERE REFERRING TO AFTER THE COURT'S

03:32PM   18   OCTOBER 25TH, 2023 ORDER; CORRECT?

03:33PM   19   A.   CORRECT.

03:33PM   20   Q.   SO THAT SWITCH HAPPENED ONLY AFTER THE COURT'S ORDER?

03:33PM   21   A.   YES.

03:33PM   22   Q.   BUT THAT WASN'T THE FIRST TIME THAT THE COURT ACTUALLY

03:33PM   23   RULED THAT YOU COULDN'T REMOVE THE COMMONS CLAUSE; ISN'T THAT

03:33PM   24   RIGHT?

03:33PM   25   A.   I BELIEVE SO.  YEAH.

SUHY CROSS BY MR. RATINOFF

03:33PM 1      Q.   AND THEN YOU ALSO TESTIFIED THAT YOU NO LONGER ARE

03:33PM 2      PERFORMING SUPPORT SERVICES FOR THE IRS; IS THAT RIGHT?

03:33PM 3      A.   I'M NOT -- I NEVER TESTIFIED TO THAT.

03:33PM 4      Q.   SO THE CKGE CONTRACT THAT -- THE GOVERNMENT SOLUTIONS

03:33PM 5      CONTRACT, THAT HAS RUN ITS COURSE; CORRECT?

03:33PM 6      A.   THAT'S RUN ITS COURSE.

03:33PM 7      Q.   SO YOU'RE NO LONGER PROVIDING SERVICES UNDER IT?

03:33PM 8      A.   NO.

03:33PM 9      Q.   AND ARE YOU PROVIDING ANY SERVICES FOR THE IRS RIGHT NOW?

03:33PM 10     A.   I ASSIST THEM -- WELL, I'M EMPLOYED NOW AND THEY HAVE A

03:33PM 11     CONTRACT WITH ASR THAT DOES SOME SECURITY WORK.

03:33PM 12     Q.   AND HOW DO YOU KNOW THAT THEY SWITCHED TO THE COMMUNITY

03:33PM 13     EDITION?

03:33PM 14     A.   BECAUSE I WAS TOLD.  I WAS ON THE EMAIL THREADS THAT

03:34PM 15     EVERYONE NEEDED TO MOVE.  AND THE WHOLE PLATFORM WAS SOMETHING

03:34PM 16     THAT I BUILT, SO THEY HAVE TO CHECK WITH ME TO MAKE SURE THAT

03:34PM 17     IT WOULD -- IT COULD JUST BE DOWNGRADED WITHOUT ANY ISSUES.

03:34PM 18     Q.   AND WHAT VERSION OF COMMUNITY EDITION IS THE IRS USING

03:34PM 19     NOW?

03:34PM 20     A.   4.4.

03:34PM 21     Q.   AND IS 4.4 COMMUNITY EDITION SIGNIFICANTLY MORE ROBUST

03:34PM 22     THAN, SAY, COMMUNITY EDITION VERSION 3.4?

03:34PM 23     A.   IT'S MORE ROBUST THAN THE ENTERPRISE VERSION 3.4.  SO

03:34PM 24     BOTH.

03:34PM 25     Q.   SO IT MADE IT EASIER TO MOVE TO COMMUNITY EDITION NOW

03:34PM   1    BECAUSE OF THOSE PERFORMANCE ENHANCEMENTS.

03:34PM   2    A.   NO.  IT WAS THE FEATURES THAT WERE BEING USED FOR A

03:34PM   3    STRAIGHT SEQUEL, SO IT DIDN'T HAVE ANYTHING TO DO.  IT WAS MORE

03:34PM   4    PERFORMANT THOUGH, BUT IT WASN'T -- IT DIDN'T MAKE IT EASIER.

03:34PM   5    IT WAS MORE PERFORMANT.

03:34PM   6    Q.   MEANING HIGHER PERFORMANCE?

03:34PM   7    A.   YEAH, IT WAS HIGHER PERFORMANCE.

03:34PM   8    Q.   THANK YOU.

03:34PM   9         I BELIEVE YOU ALSO TESTIFIED THAT THE IRS LAWYERS AGREED

03:35PM  10    THAT THE COMMONS CLAUSE COULD HAVE BEEN REMOVED FROM THE AGPL;

03:35PM  11    CORRECT?

03:35PM  12    A.   CORRECT.

03:35PM  13    Q.   ARE YOU SURE ABOUT THAT?

03:35PM  14    A.   WELL, WE HAD A DISCUSSION WITH THEM.  THEY DIDN'T COME AND

03:35PM  15    SAY WE AGREE.

03:35PM  16    Q.   IT'S A YES OR NO QUESTION.  ARE YOU SURE?

03:35PM  17    A.   I'M SURE.

03:35PM  18    Q.   OKAY.  AND WERE YOU AT MR. DUNN'S DEPOSITION?

03:35PM  19    A.   YES.

03:35PM  20    Q.   AT THIS TIME I WOULD LIKE TO ASK MR. PICONE IF HE JUST

03:35PM  21    WOULDN'T MIND READING IN SOME DEPOSITION TESTIMONY FOR

03:35PM  22    MR. DUNN.  I BELIEVE IT IMPEACHES THE WITNESS.

03:35PM  23              THE COURT:  IMPEACH THE WITNESS?

03:35PM  24              MR. RATINOFF:  IT WILL IMPEACH THE WITNESS, YES.

03:35PM  25              THE COURT:  AS TO A PRIOR INCONSISTENT STATEMENT OF

```
03:35PM   1        THIS WITNESS?

03:35PM   2                MR. RATINOFF:  YES.

03:35PM   3                THE COURT:  HOW DOES MR. DUNN'S TESTIMONY IMPEACH

03:35PM   4        THIS WITNESS FOR A PRIOR INCONSISTENT STATEMENT?

03:35PM   5                MR. RATINOFF:  WELL, YOUR HONOR, HE'S ASSERTING THAT

03:35PM   6        THE IRS CONSULTED THEIR COUNSEL AND AGREED THAT THE COMMONS

03:35PM   7        CLAUSE BE REMOVED.

03:35PM   8            SO I DON'T KNOW HOW YOU WOULD GET THAT KNOWLEDGE.  THE

03:35PM   9        KNOWLEDGE CAN ONLY COME FROM THE IRS.

03:36PM  10                THE WITNESS:  I CAN EXPLAIN IF YOU WOULD LIKE.

03:36PM  11                THE COURT:  I DON'T UNDERSTAND THE USE OF THIS -- OF

03:36PM  12        A DIFFERENT WITNESS'S TESTIMONY TO IMPEACH SOMETHING THAT HE

03:36PM  13        SAID.

03:36PM  14            BUT IT SOUNDS LIKE IT'S USED TO ACTUALLY COUNTER HIS

03:36PM  15        TESTIMONY.

03:36PM  16                MR. RATINOFF:  I GUESS, YOUR HONOR, IT'S NOT A

03:36PM  17        SITUATION BECAUSE WE AGREED TO SUBMIT DEPOSITION TESTIMONY, AND

03:36PM  18        I KNOW I COULD JUST PLAY THE TESTIMONY AFTER HE TESTIFIES.  SO,

03:36PM  19        I MEAN, I'M HAPPY TO DO THAT IF WE WERE ACTUALLY HAVING THE

03:36PM  20        WITNESS, BUT I KNOW MR. BEENE WOULD LIKE TO GET OUT OF HERE

03:36PM  21        TODAY.

03:36PM  22                THE COURT:  SO THIS WITNESS JUST TESTIFIED ABOUT A

03:36PM  23        FACT AND YOU HAVE TESTIMONY FROM ANOTHER WITNESS THAT SAYS

03:36PM  24        SOMETHING CONTRARY TO WHAT HE JUST SAID.  IS THAT WHAT THE

03:36PM  25        PURPOSE IS?
```

SUHY CROSS BY MR. RATINOFF

```
03:36PM   1                MR. RATINOFF:  YES, YOUR HONOR.

03:36PM   2                THE COURT:  OKAY.  WHY DON'T YOU JUST IDENTIFY IT BY

03:36PM   3    PAGE.

03:36PM   4                MR. RATINOFF:  YEAH, I BELIEVE THIS HAS BEEN

03:36PM   5    DESIGNATED.  IF THAT'S HOW YOU WOULD LIKE TO PROCEED,

03:37PM   6    YOUR HONOR.  I JUST WANT TO MAKE SURE THAT WE DO IT IN THE MOST

03:37PM   7    EFFICIENT WAY.

03:37PM   8                THE COURT:  NO.  THAT'S FINE.  SO WHERE ARE WE HERE?

03:37PM   9                MR. RATINOFF:  THIS WOULD BE THE IRS'S 30(B)(6)

03:37PM  10    WITNESS, MR. DUNN, AND STARTING AT PAGE 97 -- LET ME START OVER

03:37PM  11    AGAIN.

03:37PM  12        IT WOULD BE STARTING AT PAGE 97, LINE 17 ENDING AT

03:37PM  13    PAGE 98, LINE 21.

03:37PM  14                THE COURT:  OKAY.  AND WHAT IS THE EXHIBIT NUMBER?

03:37PM  15                MR. RATINOFF:  THAT IS REFERENCED THERE?

03:37PM  16                THE COURT:  RIGHT.  WHAT IS THIS TESTIMONY?  DO YOU

03:37PM  17    HAVE THAT?

03:37PM  18                MR. RATINOFF:  DO YOU MEAN THE EXHIBIT NUMBER AS FAR

03:37PM  19    AS THE DEPOSITION DESIGNATION?

03:37PM  20                THE COURT:  RIGHT.

03:37PM  21        (DISCUSSION AMONGST PLAINTIFFS' COUNSEL OFF THE RECORD.)

03:37PM  22                THE COURT:  IS THERE JUST ONE DEPOSITION OF

03:38PM  23    MR. DUNN?

03:38PM  24                MR. RATINOFF:  YES, YES, YOUR HONOR.

03:38PM  25                THE COURT:  OKAY.
```

03:38PM  1          MR. RATINOFF:  AND THEN WE HAVE SOME ADDITIONAL

03:38PM  2  TESTIMONY FOR MR. DUNN WHICH I BELIEVE CONTRADICTS MR. SUHY.

03:38PM  3  SO I CAN PROVIDE THAT AT THE END TO MAKE IT A LITTLE --

03:38PM  4          THE COURT:  SO THIS IS THE PORTION THAT YOU WOULD

03:38PM  5  LIKE THE COURT TO RECEIVE AND BE NOTED, PAGE 97, LINE 17

03:38PM  6  THROUGH PAGE 98, LINE 21?

03:38PM  7          MR. RATINOFF:  CORRECT.

03:38PM  8          THE COURT:  OKAY.

03:38PM  9          MR. RATINOFF:  ACTUALLY FOR FUTURE REFERENCES,

03:38PM  10  SHOULD I DO IT IN LINE OR SHOULD I DO IT AT THE END OF

03:38PM  11  MR. SUHY'S TESTIMONY?

03:38PM  12          THE COURT:  YOU CAN DO IT CONCURRENT WITH IF YOU

03:38PM  13  WOULD LIKE.

03:38PM  14          MR. RATINOFF:  OKAY.  I WILL DO IT LIKE THAT TO MAKE

03:38PM  15  IT EASIER FOR YOU LATER ON.

03:38PM  16          THE COURT:  SURE.  RIGHT.

03:38PM  17  BY MR. RATINOFF:

03:38PM  18  Q.   NOW, TURNING TO THE MARYLAND PROCUREMENT OFFICE, THE MPO,

03:39PM  19  AND NEXT CENTURY, YOU PROVIDED SOME TESTIMONY ON THAT; CORRECT?

03:39PM  20  A.   THAT'S CORRECT.

03:39PM  21  Q.   AND LET'S MOVE ON TO THE WHITE BINDER, WHICH WAS -- AND IF

03:39PM  22  YOU WANT TO GO AHEAD AND TURN TO EXHIBIT 1101.

03:39PM  23  A.   I'M THERE.

03:39PM  24  Q.   AND THEN I BELIEVE YOU TESTIFIED THAT IN FEBRUARY OF 2019

03:39PM  25  YOU HAD COMMUNICATED WITH MR. SHAHAK NAGIEL?

03:39PM  1    A.   CORRECT.

03:39PM  2    Q.   I'M SORRY?

03:39PM  3    A.   CORRECT.

03:39PM  4    Q.   BUT THIS CONVERSATION THAT YOU HAD IN FEBRUARY WASN'T THE

03:40PM  5    FIRST TIME THAT YOU TALKED ABOUT ONGDB WITH NEXT CENTURY;

03:40PM  6    CORRECT?

03:40PM  7    A.   I DON'T REMEMBER.  I THOUGHT THIS WAS THE FIRST TIME.

03:40PM  8    Q.   LET'S GO AHEAD AND TURN TO TRIAL EXHIBIT 113.  ALSO, JUST

03:40PM  9    KEEP THIS ONE OPEN, TOO.  IT'S IN YOUR CROSS BINDER AND IN THE

03:40PM  10   MAIN BINDER, TOO.

03:40PM  11   A.   I HAVE IT.

03:40PM  12   Q.   I'M JUST GOING TO HAVE YOU REFER TO THIS ONE.  CAN YOU

03:41PM  13   JUST TAKE A LOOK AT 1101 AND 1113 AND LET ME KNOW IF YOU

03:41PM  14   BELIEVE THAT THEY ARE THE SAME EMAILS?

03:41PM  15   A.   IT LOOKS LIKE THE SAME EMAIL.

03:41PM  16   Q.   THE ONLY REASON WHY I'M DOING THIS IS IT SEEMS LIKE THE

03:41PM  17   FONT ON THE EXHIBIT THAT YOU WERE USING DURING YOUR DIRECT IS A

03:41PM  18   LITTLE OFF, AND THIS IS ALSO A DEPOSITION EXHIBIT AND IT HAS

03:41PM  19   ALSO BEEN ADMITTED.

03:41PM  20            THE CLERK:  IT WASN'T ADMITTED.

03:41PM  21            MR. RATINOFF:  IT WAS BY STIPULATION.

03:41PM  22            THE CLERK:  IT HASN'T BEEN ORDERED.

03:41PM  23            MR. RATINOFF:  GOOD POINT.  I WOULD MOVE EXHIBIT 113

03:41PM  24   INTO EVIDENCE.

03:41PM  25            MR. BEENE:  NO OBJECTION.

```
03:41PM   1              THE COURT:  ALL RIGHT.  THANK YOU.  DID YOU SAY 113

03:41PM   2    IS THE SAME AS 1101?

03:41PM   3              MR. RATINOFF:  THE WITNESS SAID THIS.

03:41PM   4              THE COURT:  OKAY.  ARE YOU CONFIRMING THAT?

03:41PM   5              MR. RATINOFF:  I BELIEVE IT IS.

03:41PM   6              THE COURT:  ALL RIGHT.  THIS WILL BE RECEIVED

03:41PM   7    WITHOUT OBJECTION.

03:41PM   8              MR. BEENE:  YOUR HONOR, JUST FOR THE RECORD, THERE

03:41PM   9    WERE A BUNCH OF COPIES OF THIS, AND I PROBABLY -- AND HE WAS

03:42PM  10    TRYING TO GET THE MOST COMPLETE ONE, AND SO THAT'S WHAT OUR

03:42PM  11    ATTEMPTS ARE.  SO IF THEY'RE MISSING AN INTERNAL THREAD, IT

03:42PM  12    MIGHT BE, BUT I DON'T KNOW WHY.

03:42PM  13              THE COURT:  OKAY.  THAT'S FINE.  THEY'RE BOTH IN.

03:42PM  14         (PLAINTIFFS' EXHIBIT 113 WAS RECEIVED IN EVIDENCE.)

03:42PM  15              MR. RATINOFF:  I AM JUST TRYING TO DO THIS SO IT'S

03:42PM  16    EASIER TO READ.

03:42PM  17              THE COURT:  SURE.

03:42PM  18    BY MR. RATINOFF:

03:42PM  19    Q.   SO IF YOU WOULD GO AHEAD AND TURN TO THE BATES NUMBERED

03:42PM  20    PAGE AT THE BOTTOM YOU WILL SEE A LARGE NUMBER, 3514?

03:42PM  21    A.   I'M THERE.

03:42PM  22    Q.   AND THEN YOU'LL SEE THAT THERE'S AN OCTOBER 22ND, 2018

03:42PM  23    EMAIL FROM MR. NAGIEL?

03:42PM  24    A.   YES, I SEE THAT.

03:42PM  25    Q.   AND IT APPEARS TO BE ADDRESSING YOU; IS THAT CORRECT?
```

SUHY CROSS BY MR. RATINOFF                                          334

03:42PM  1    A.   YES.

03:42PM  2    Q.   IT SAYS, "HI JOHN, I'M TRYING TO BETTER UNDERSTAND THE

03:42PM  3    LICENSING NUANCES OF NEO4J ENTERPRISE EDITION, AND CAME ACROSS

03:42PM  4    SOME POSTS YOU MADE ON STACK OVERFLOW."

03:42PM  5         DO YOU SEE THAT?

03:42PM  6    A.   YES, I DO.

03:42PM  7    Q.   AND THEN THE NEXT PARAGRAPH, "NEO4J GITHUB REPO INCLUDES

03:43PM  8    THIS AT THE BOTTOM IN THE LICENSE SECTION, EMPHASIS MINE.

03:43PM  9    NEO4J ENTERPRISE CONSISTS OF MODULES FROM NEO4J COMMUNITY

03:43PM 10    EDITION AND MODULES LICENSED UNDER THE AGPLV3 WITH THE COMMONS

03:43PM 11    CLAUSE IN THIS REPOSITORY AND OTHER YOU ARE CLOSED SOURCE

03:43PM 12    COMPONENTS NOT PRESENT IN THIS REPOSITORY."

03:43PM 13         DO YOU SEE THAT?

03:43PM 14    A.   YES.

03:43PM 15    Q.   AND THEN YOUR RESPONSE IS DIRECTLY ABOVE THAT DATED

03:43PM 16    OCTOBER 22ND, 2018; CORRECT?

03:43PM 17    A.   CORRECT.

03:43PM 18    Q.   OKAY.  AND THEN HERE YOU SAY, "THE CLOSED SOURCE

03:43PM 19    COMPONENTS REFERENCED ACTUALLY DO HAVE RELATED SOURCE CODE IN

03:43PM 20    THE GIT REPOSITORIES.  NEO4J INC. REMOVED THE CODE FROM THE

03:43PM 21    CURRENT BRANCHES BUT THEY WERE STILL IN THE HISTORY."

03:43PM 22         DO YOU SEE THAT?

03:43PM 23    A.   YES.

03:43PM 24    Q.   OKAY.  AND THEN SEVERAL PARAGRAPHS DOWN YOU SAY, "WE

03:44PM 25    ACTUALLY PACKAGED THESE FEATURES, SOURCE CODE, BACK INTO THE

SUHY CROSS BY MR. RATINOFF

03:44PM 1    OPEN SOURCE CODE DISTRIBUTIONS."

03:44PM 2        AND THEN THERE'S A REFERENCE TO THE GRAPH FOUNDATION'S

03:44PM 3    GITHUB; IS THAT CORRECT?

03:44PM 4    A.   YES.

03:44PM 5    Q.   AND THEN BELOW THAT THERE'S A REFERENCE TO A LINK TO A

03:44PM 6    BLOG ENTRY ON YOUR WEBSITE; ISN'T THAT RIGHT?

03:44PM 7    A.   YES.

03:44PM 8    Q.   AND THEN FOLLOWING THAT PARAGRAPH YOU TELL NEXT CENTURY,

03:44PM 9    "THESE ARE JUST SOME OF THE REASONS BRAND NAME JUSTIFICATION

03:44PM 10   FOR NEO4J ENTERPRISE COMMERCIAL PACKAGES IS HARD TO SUPPORT.

03:44PM 11   NOT TO MENTION THE U.S. TREASURY HAS NOW ADOPTED ONGDB

03:44PM 12   ENTERPRISE -- WHICH IS THE SAME CODE BASE WITH JUST A DIFFERENT

03:44PM 13   NAME AND THE REMOVAL OF THE COMMONS CLAUSE."

03:44PM 14       DO YOU SEE THAT?

03:44PM 15   A.   YES.

03:44PM 16   Q.   SO, IN FACT, BY OCTOBER OF 2018 YOU ALREADY MOVED THE

03:44PM 17   COMMONS CLAUSE; ISN'T THAT RIGHT?

03:44PM 18   A.   NO.  IT WAS ONLY DONE ON THAT COMMIT.  SO THIS IS -- THIS

03:44PM 19   MIGHT HAVE BEEN PLANNING ON IT, BUT IT WASN'T REMOVED UNTIL

03:45PM 20   THAT COMMIT.  I THINK WE WERE TALKING ABOUT REMOVING IT, BUT WE

03:45PM 21   TOOK OUR TIME OR I TOOK MY TIME TO GO AND RESEARCH.

03:45PM 22       BUT THAT'S INCORRECT, IT WASN'T REMOVED BY THIS TIME.

03:45PM 23   Q.   BUT YOU ACTUALLY DISTRIBUTED ONGDB 3.4 BEFORE 3.5 --

03:45PM 24   STRIKE THAT.  THE COMMIT THAT YOU'RE REFERRING TO, THAT WAS FOR

03:45PM 25   ONGDB VERSION 3.5; CORRECT?

03:45PM  1    A.   NO.  THAT WOULD HAVE BEEN -- IT COULD HAVE BEEN 3.5.  I

03:45PM  2    DON'T KNOW.  I'D HAVE TO GO LOOK AT THE REPO.

03:45PM  3    Q.   LET'S JUST LOOK AT THE COMMIT.  LET'S TURN TO

03:45PM  4    EXHIBIT 1010.

03:45PM  5         AND THIS HAS BEEN ADMITTED SO WE CAN PUBLISH IT.

03:46PM  6         NOW, LOOKING AT THE --

03:46PM  7              THE COURT:  THIS CAN BE PUBLISHED IF YOU WANT TO PUT

03:46PM  8    IT UP.

03:46PM  9              THE CLERK:  APPARENTLY THE DEFENSE ONLY HAS THEIRS

03:46PM  10   ELECTRONICALLY.  CAN YOU PUBLISH 1010?

03:46PM  11              MR. BEENE JR.:  YES.

03:46PM  12   BY MR. RATINOFF:

03:46PM  13   Q.   WHILE THEY'RE WORKING OUT THE TECHNICAL ISSUES, YOU'LL SEE

03:46PM  14   THERE'S A LITTLE 3.5 WITH A LITTLE, IT LOOKS LIKE A -- I DON'T

03:46PM  15   KNOW HOW TO BEST DESCRIBE IT -- A BRANCH ICON.

03:46PM  16        DO YOU SEE THAT?

03:46PM  17   A.   YES, I SEE THAT.

03:46PM  18   Q.   AND IT LOOKS LIKE A PRICE TAG 3.5.9.

03:46PM  19        DO YOU SEE THAT?

03:46PM  20   A.   YES.

03:46PM  21   Q.   AND THIS COMMITS FOR A FORK OFF OF NEO4J 3.5; CORRECT?

03:46PM  22   A.   IT'S A BRANCH.

03:46PM  23   Q.   BUT THE VERSION IS BASED OFF OF NEO4J ENTERPRISE 3.5;

03:46PM  24   CORRECT?

03:46PM  25   A.   THAT'S WHAT IT SAYS, CORRECT.

| | | |
|---|---|---|
| 03:46PM | 1 | Q.   AND THAT'S NOT 3.4? |
| 03:47PM | 2 | A.   YEP. |
| 03:47PM | 3 | Q.   AND THERE WAS NO NEO4J 3.4, WAS THERE? |
| 03:47PM | 4 | A.   I DON'T REMEMBER.  I THINK WE WERE JUST CALLING IT NEO4J |
| 03:47PM | 5 | ENTERPRISE.  I DON'T KNOW IF THERE HAD -- NO, THERE HAD TO HAVE |
| 03:47PM | 6 | BEEN BECAUSE I KNOW THERE WAS ONE INSIDE IRS 3.4. |
| 03:47PM | 7 | Q.   AND THAT VERSION DIDN'T HAVE THE COMMONS CLAUSE, DID IT? |
| 03:47PM | 8 | A.   INSIDE IRS IT ALWAYS HAD THE COMMONS CLAUSE.  I DON'T |
| 03:47PM | 9 | THINK IT WAS REMOVED LIKE YOU SAID AND THAT EMAIL WAS |
| 03:47PM | 10 | INCORRECT. |
| 03:48PM | 11 | MR. RATINOFF:  BEAR WITH ME, YOUR HONOR.  I'M JUST |
| 03:48PM | 12 | TRYING TO FIND A COUPLE OF EXHIBITS HERE. |
| 03:48PM | 13 | Q.   GO AHEAD AND TURN TO EXHIBIT 130. |
| 03:48PM | 14 | A.   I'M THERE. |
| 03:48PM | 15 | Q.   AND DO YOU RECOGNIZE WHAT HAS BEEN MARKED AS EXHIBIT 130? |
| 03:48PM | 16 | A.   YES, I DO. |
| 03:48PM | 17 | Q.   AND THIS IS AN EMAIL THAT YOU SENT TO MR. DUNN ON |
| 03:48PM | 18 | APPROXIMATELY JUNE 9TH, 2018? |
| 03:48PM | 19 | A.   CORRECT. |
| 03:49PM | 20 | MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 130 INTO |
| 03:49PM | 21 | EVIDENCE. |
| 03:49PM | 22 | THE COURT:  ANY OBJECTION? |
| 03:49PM | 23 | MR. BEENE:  NO OBJECTION. |
| 03:49PM | 24 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 03:49PM | 25 | (PLAINTIFFS' EXHIBIT 130 WAS RECEIVED IN EVIDENCE.) |

03:49PM    1    BY MR. RATINOFF:

03:49PM    2    Q.   AND THE SUBJECT IS FINAL PROJECT NAME OPEN NATIVE GRAPH

03:49PM    3    DB.

03:49PM    4         IS THAT ONGDB?

03:49PM    5    A.   YES.

03:49PM    6    Q.   AND IT LOOKS LIKE YOU'RE TELLING MR. DUNN THAT YOU'LL BE

03:49PM    7    REPLACING THE NAME NEO4J WITH ONGDB?

03:49PM    8    A.   YES.

03:49PM    9    Q.   LET'S GO AND TURN TO EXHIBIT 132.

03:49PM   10         DO YOU RECOGNIZE EXHIBIT 132?

03:49PM   11    A.   YES.

03:49PM   12    Q.   AND THIS IS AN EMAIL CHAIN OR EXCHANGE THAT YOU HAD WITH

03:50PM   13    MR. DUNN IN AUGUST OF 2018; CORRECT?

03:50PM   14    A.   THAT'S CORRECT.

03:50PM   15         MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 132 INTO

03:50PM   16    EVIDENCE.

03:50PM   17         THE COURT:  ANY OBJECTION?

03:50PM   18         MR. BEENE:  NO OBJECTION.

03:50PM   19         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:50PM   20         (PLAINTIFFS' EXHIBIT 132 WAS RECEIVED IN EVIDENCE.)

03:50PM   21    BY MR. RATINOFF:

03:50PM   22    Q.   AND THEN LOOK AT THE AUGUST 13TH EMAIL WHICH IS ON THE

03:50PM   23    SECOND PAGE AND MR. DUNN SAYS, "HI JOHN MARK, WOULD IT BE

03:50PM   24    EASIER TO GO AHEAD AND USE ONGDB NOW IN CKGE OR WAIT AND DEPLOY

03:50PM   25    CKGE WITH NEO4J 3.3.2 WE HAVE, AND THEN LATER TRANSITION TO

SUHY CROSS BY MR. RATINOFF

03:50PM 1    ONGDB?"

03:50PM 2        DO YOU SEE THAT?

03:50PM 3    A.   CORRECT, YES.

03:50PM 4    Q.   AND THEN HE SAYS, "WE DO NOT WANT TO MOVE TO NEO4J 3.4.X

03:50PM 5    AGPL."

03:50PM 6        DO YOU SEE THAT?

03:50PM 7    A.   YES.

03:50PM 8    Q.   AND YOU RECOMMEND IN THE NEXT EMAIL TO MR. DUNN, "I THINK

03:50PM 9    WE SHOULD USE ONGDB 3.4.X FOR THE LAUNCH.  IT HAS A LOT OF

03:50PM 10   PERFORMANCE ENHANCEMENTS OVER 3.3.X."

03:51PM 11       DO YOU SEE THAT?

03:51PM 12   A.   YES, I DO.

03:51PM 13   Q.   AND THEN YOU'LL SEE MR. DUNN RESPONDS ON THE FIRST PAGE ON

03:51PM 14   AUGUST 13TH, 2018, WANTS TO LOOP LISA IN THERE.

03:51PM 15       DO YOU SEE THAT?

03:51PM 16   A.   YES.

03:51PM 17   Q.   AND THEN "ASK HER IF WE'RE OK AND GO AHEAD AND JUST USE

03:51PM 18   ONGDB."

03:51PM 19       DO YOU SEE THAT?

03:51PM 20   A.   YES.

03:51PM 21   Q.   AND YOU RESPOND?

03:51PM 22   A.   YES.

03:51PM 23   Q.   AND THAT'S THE LAST ONE, THE TOP OF THE CHAIN?

03:51PM 24   A.   YES.

03:51PM 25   Q.   AND YOU SAY YOU'RE CONFIDENT THAT UPGRADING ONGDB 3.4 FOR

SUHY CROSS BY MR. RATINOFF

03:51PM 1    THE LAUNCH IS A SMART MOVE.

03:51PM 2        DO YOU SEE THAT?

03:51PM 3    A.   YES.

03:51PM 4    Q.   AND THEN YOU'LL SEE DOWN BELOW, I THINK IT'S THE FIFTH

03:51PM 5    PARAGRAPH?

03:51PM 6    A.   YES.

03:51PM 7    Q.   YOU STATE, "ONGDB OPEN SOURCE LICENSES COME DIRECTLY FROM

03:51PM 8    THE GRAPH FOUNDATION AS WELL, NOT FROM NEO4J INC. WHICH IS A

03:51PM 9    HUGE BENEFIT BASED ON THEIR PAST BEHAVIOR."

03:51PM 10        DO YOU SEE THAT?

03:51PM 11   A.   YES.

03:51PM 12   Q.   AND SO WHEN YOU SAY ONGDB OPEN SOURCE LICENSES, THAT MEANS

03:51PM 13   THERE'S NO COMMONS CLAUSE; RIGHT?

03:52PM 14   A.   I DON'T KNOW WHAT I MEANT WHEN I SAID THIS, BUT I WAS

03:52PM 15   TALKING ABOUT THE LICENSE, THE FORK IS COMING FROM ONGDB, THE

03:52PM 16   GRAPH FOUNDATION, AND IT'S NOT COMING FROM NEO.

03:52PM 17   Q.   RIGHT.  BUT THE FORK DIDN'T HAVE THE COMMONS CLAUSE IN THE

03:52PM 18   LICENSE; ISN'T THAT RIGHT?

03:52PM 19   A.   I DON'T, I DON'T KNOW.

03:52PM 20        I KNOW THAT THE SOURCE CODE WE COMPILED FROM AND THE IRS

03:52PM 21   KEPT IT IN THERE, KEPT THE COMMONS CLAUSE IN THERE.

03:52PM 22   Q.   AND HOW DO YOU KNOW THAT?

03:52PM 23   A.   BECAUSE I WENT AND WHEN THE IRS CAME AND SAID DO WE HAVE

03:52PM 24   ANYTHING, YOU HAD CALLED IT A MISLICENSED -- MONTHS AGO YOU

03:52PM 25   TOLD IRS THAT THEY WERE USING MISLICENSED SOFTWARE AND SO THEY

03:52PM   1    ASKED ME TO POINT THEM TO THE SOURCE CODE, AND I SHOWED THEM

03:52PM   2    THE LICENSES THAT SHOWED THE COMMONS CLAUSE WAS STILL THERE.

03:52PM   3    Q.   SO YOU'RE CERTAIN YOU DIDN'T REMOVE THE COMMONS CLAUSE

03:52PM   4    FROM THE ONGDB 3.4 LICENSE?

03:52PM   5    A.   NOT THAT THE IRS HAD.

03:52PM   6         IF I HAD EVER DONE IT, I DON'T REMEMBER IT.  I DON'T THINK

03:53PM   7    I DID.

03:53PM   8    Q.   ALL RIGHT.  LET'S GO AHEAD.  I WANT TO FINISH MR. SUHY'S

03:53PM   9    DEPOSITION TESTIMONY.  ACTUALLY, BEFORE I GET THERE, LET'S GO

03:53PM   10   AHEAD AND TURN TO EXHIBIT 125.

03:53PM   11   A.   WHAT NUMBER?  I'M SORRY.

03:53PM   12   Q.   EXHIBIT 125.  ARE YOU THERE?

03:53PM   13   A.   YES.

03:53PM   14   Q.   OKAY.  DO YOU RECOGNIZE EXHIBIT 125?

03:53PM   15   A.   YES, I DO.

03:53PM   16   Q.   AND THIS IS AN EMAIL THAT YOU SENT TO MR. DUNN ON MAY 5TH,

03:54PM   17   2022?

03:54PM   18   A.   YES.

03:54PM   19   Q.   AND I'M SORRY, IN 2018.

03:54PM   20   A.   YES, 2018.

03:54PM   21   Q.   HERE YOU'RE TELLING HIM THAT THE FREE SOFTWARE FOUNDATION

03:54PM   22   SAID THAT YOU COULD REMOVE THE COMMONS CLAUSE; IS THAT RIGHT?

03:54PM   23   A.   I SAID THAT I ATTACHED THE GUIDANCE THAT THEY GAVE VIA

03:54PM   24   EMAIL.

03:54PM   25             THE COURT:  ARE YOU SEEKING ADMISSION OF THIS?

03:54PM   1              MR. RATINOFF:  YES.  THANK YOU, YOUR HONOR.  SORRY

03:54PM   2     ABOUT THAT.

03:54PM   3              THE COURT:  ANY OBJECTION?

03:54PM   4              MR. BEENE:  NO OBJECTION.

03:54PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:54PM   6          (PLAINTIFFS' EXHIBIT 125 WAS RECEIVED IN EVIDENCE.)

03:54PM   7     BY MR. RATINOFF:

03:54PM   8     Q.   AND THE ATTACHMENTS, THE MAY 22ND, 2018 EMAIL THAT YOU

03:54PM   9     RECEIVED FROM THE FREE SOFTWARE FOUNDATION?

03:54PM  10     A.   YES, IT WAS -- WELL, IT'S NOT IN THIS -- IT SAYS I HAVE

03:55PM  11     ATTACHED THE FREE SOFTWARE FOUNDATION GUIDANCE TO US, BUT I

03:55PM  12     DON'T SEE THE ATTACHMENT.

03:55PM  13          OH, THERE IT IS.  THERE IT IS.

03:55PM  14     Q.   YOU'VE GOT THAT?

03:55PM  15     A.   YES, I SEE IT.

03:55PM  16     Q.   SO LOOKING DOWN AT -- LET'S GO AHEAD AND MOVE ON.

03:55PM  17          NOW, YOU SAID YOU DID RESEARCH AND LOOKED UP THINGS BEFORE

03:55PM  18     YOU REMOVED THE COMMONS CLAUSE; IS THAT RIGHT?

03:55PM  19     A.   YES.

03:55PM  20     Q.   AND THAT WAS IN 2018?

03:55PM  21     A.   I BELIEVE SO.  THE DATES ARE ALL -- I BELIEVE THAT WAS

03:55PM  22     2018.

03:55PM  23     Q.   AND THE AGPL, THAT'S A LICENSE; RIGHT?

03:55PM  24     A.   YES.

03:55PM  25     Q.   AND DO YOU CONSIDER THAT A LEGAL DOCUMENT?

SUHY CROSS BY MR. RATINOFF

03:55PM  1    A.   I DON'T -- I THOUGHT IT IS A -- I DON'T KNOW IF IT WOULD

03:56PM  2    BE A LEGAL DOCUMENT OR NOT.  I THOUGHT LICENSES WERE LEGAL

03:56PM  3    DOCUMENTS.

03:56PM  4    Q.   OKAY.  SO YOU THINK LICENSES ARE LEGAL DOCUMENTS.  OKAY.

03:56PM  5         AND THEN YOU DIDN'T CONSULT A LAWYER BEFORE YOU REMOVED

03:56PM  6    THE COMMONS CLAUSE, DID YOU?

03:56PM  7    A.   NO.

03:56PM  8    Q.   AND NOW, I KNOW YOU TESTIFIED ABOUT THE COMMIT THAT YOU

03:56PM  9    MADE AND YOU WERE WORRIED ABOUT THE FREE SOFTWARE FOUNDATION'S

03:56PM  10   COPYRIGHT; ISN'T THAT RIGHT?

03:56PM  11   A.   CORRECT.

03:56PM  12   Q.   AND YOU UNDERSTOOD THAT NEO4J SWEDEN WAS THE COPYRIGHT

03:56PM  13   HOLDER FOR THE SOFTWARE; ISN'T THAT RIGHT?

03:56PM  14   A.   YES.

03:56PM  15   Q.   SO YOU JUST DIDN'T CARE ABOUT NEO4J SWEDEN'S COPYRIGHT

03:56PM  16   WHEN YOU ALTERED THE LICENSE?

03:56PM  17           MR. BEENE:  OBJECTION.  ARGUMENTATIVE.

03:56PM  18           THE COURT:  WHY DON'T YOU REPHRASE.  SUSTAINED.

03:56PM  19   BY MR. RATINOFF:

03:56PM  20   Q.   THANK YOU.

03:56PM  21        SO YOU GAVE NO CONSIDERATION TO THE EFFECT, THAT IS, THE

03:56PM  22   CHANGING OF THE LICENSE, WOULD HAVE ON NEO4J'S RIGHT TO LICENSE

03:56PM  23   ITS COPYRIGHT; ISN'T THAT RIGHT?

03:56PM  24   A.   WELL, THAT'S WHY I ONLY MADE THE CHANGE TO THE LICENSE

03:56PM  25   FILE AND NOT THEIR OTHER SOURCE CODE THAT SAID COPYRIGHT AGPL

SUHY CROSS BY MR. RATINOFF

03:56PM  1    COMMONS CLAUSE, COPYRIGHT NEO4J.  I ONLY DID IT ON THE AGPL

03:57PM  2    LICENSE FILE.

03:57PM  3    Q.   BUT YOU DIDN'T REMOVE JUST THE COMMONS CLAUSE; RIGHT?

03:57PM  4    A.   NO.

03:57PM  5    Q.   YOU COULD HAVE JUST REMOVED THE COMMONS CLAUSE THOUGH;

03:57PM  6    RIGHT?

03:57PM  7    A.   BUT THE INSTRUCTIONS SAY TO MAKE IT VERBATIM.

03:57PM  8    Q.   OKAY.  BUT I'M ASKING YOU, YOU COULD HAVE, IN COMMITTING,

03:57PM  9    IN CHANGING THE LICENSE, YOU COULD HAVE JUST REMOVED THE

03:57PM  10   COMMONS CLAUSE; ISN'T THAT RIGHT?

03:57PM  11   A.   YES.

03:57PM  12   Q.   AND THEN GOING BACK TO EXHIBIT 1010 IN THE WHITE BINDER.

03:57PM  13   A.   I'M THERE.

03:57PM  14   Q.   SO WHEN YOU PLACED VERBATIM -- STRIKE THAT.

03:57PM  15        WHEN YOU REPLACED THE NEO4J SWEDEN'S LICENSE AS IT EXISTS

03:58PM  16   IN 3.5, YOU SAID YOU REPLACED IT VERBATIM; CORRECT?

03:58PM  17   A.   CORRECT.

03:58PM  18   Q.   SO YOU ESSENTIALLY REMOVED ALL OF THE REFERENCES TO

03:58PM  19   NEO4J SWEDEN IN THAT LICENSE, DIDN'T YOU?

03:58PM  20   A.   YES.

03:58PM  21   Q.   IS POINTING TO NEO4J'S WEBSITE, IS THAT A FURTHER

03:58PM  22   RESTRICTION IN THE LICENSE?

03:58PM  23   A.   I DON'T BELIEVE SO, NO.

03:58PM  24   Q.   AND INDICATING THAT A COMMERCIAL LICENSE IS AVAILABLE AND

03:58PM  25   THE LICENSE, IS THAT A FURTHER RESTRICTION?

03:58PM  1    A.   ARE YOU TALKING ABOUT THE ONES IN THE NOTICE.TXT FILES?

03:58PM  2    Q.   I'M TALKING ABOUT THE LICENSE.TXT FILES, THIS EXHIBIT

03:58PM  3    RIGHT HERE (INDICATING).

03:58PM  4    A.   OKAY.

03:58PM  5    Q.   I'M REFERRING TO 1010.

03:58PM  6    A.   OKAY.  CAN YOU ASK THAT AGAIN?  I'M SORRY.

03:58PM  7    Q.   DO YOU MIND READING BACK THE QUESTION?

03:58PM  8         THE COURT:  MADAM REPORTER, WOULD YOU READ BACK THE

03:59PM  9    LAST QUESTION, PLEASE.

03:59PM  10        (RECORD READ BY COURT REPORTER.)

03:59PM  11   BY MR. RATINOFF:

03:59PM  12   Q.   I'LL JUST START AGAIN.  THANK YOU.

03:59PM  13        ALL RIGHT.  LET'S GO AHEAD AND TURN IN EXHIBIT 1010 TO

03:59PM  14   PAGE -- IT WOULD BE BATES NUMBER 013075.  IT'S ALSO IN

03:59PM  15   DOCUMENT 25 OUT OF 377.

03:59PM  16   A.   I'M THERE.

03:59PM  17   Q.   OKAY.  AND SO THEN LOOKING AT IN THE MIDDLE OF THE PAGE

03:59PM  18   YOU'LL SEE THAT THERE'S AN ENTERPRISE BACKUP LICENSE.TXT.

03:59PM  19        DO YOU SEE THAT?

03:59PM  20   A.   YES, I DO.

03:59PM  21   Q.   AND THAT'S ONE OF THE LICENSE.TXT FILES THAT YOU CHANGED?

03:59PM  22   A.   YES.

03:59PM  23   Q.   AND THIS REPRESENTS WHAT THE LICENSE LOOKED LIKE BEFORE

03:59PM  24   YOU CHANGED IT; CORRECT?

03:59PM  25   A.   YES.

SUHY CROSS BY MR. RATINOFF

```
03:59PM   1    Q.   AND SO IT'S LIKE A RED LINE AND IT SHOWS THAT YOU ERASED

04:00PM   2    IT?

04:00PM   3    A.   YES.

04:00PM   4    Q.   AND IN HERE YOU'LL SAY -- I'M SORRY, YOU'LL SEE NEO4J

04:00PM   5    ENTERPRISE OBJECT CODE CAN BE LICENSED INDEPENDENTLY FROM THE

04:00PM   6    SOURCE UNDER SEPARATE COMMERCIAL TERMS.

04:00PM   7         DO YOU SEE THAT?

04:00PM   8    A.   YES.

04:00PM   9    Q.   EMAIL INQUIRIES CAN BE DIRECTED TO LICENSING AT

04:00PM  10    NEO4J.COME.

04:00PM  11         DO YOU SEE THAT?

04:00PM  12    A.   YES.

04:00PM  13    Q.   AND MORE INFORMATION IS ALSO AVAILABLE AT, AND I'LL

04:00PM  14    PARAPHRASE, NEO4J.COM/LICENSING/.

04:00PM  15         DO YOU SEE THAT?

04:00PM  16    A.   YES.

04:00PM  17    Q.   AND THOSE ARE NOT FURTHER RESTRICTIONS; RIGHTS?

04:00PM  18    A.   YES.

04:00PM  19    Q.   BUT YOU REMOVED THEM?

04:00PM  20    A.   YES.

04:00PM  21    Q.   NOW, GOING BACK TO YOUR TESTIMONY, YOU SAID THAT YOU

04:00PM  22    DIDN'T REMOVE -- WELL, YOUR TESTIMONY NOW IS THAT YOU REMOVED

04:00PM  23    THE COMMONS CLAUSE --

04:01PM  24    A.   3.5.

04:01PM  25    Q.   SO YOUR TESTIMONY NOW IS THAT YOU REMOVED THE COMMONS
```

04:01PM  1    CLAUSE FROM ONGDB 3.4; CORRECT?

04:01PM  2    A.   NO, I DON'T THINK I DID.

04:01PM  3    Q.   AND THAT'S NOT YOUR TESTIMONY?

04:01PM  4    A.   NO.

04:01PM  5    Q.   AND SO YOUR TESTIMONY IS THAT YOU NEVER REMOVED THE

04:01PM  6    COMMONS CLAUSE FROM ONGDB 3.4?

04:01PM  7    A.   I DON'T BELIEVE SO.  I WENT THROUGH ALL OF THE GIT REPOS

04:01PM  8    TO SEE WHERE I HAD DONE IT, THE GIT COMMITS TO FIND OUT EXACTLY

04:01PM  9    WHERE I DID IT, AND THAT WAS ON THE ONE THAT WE WERE JUST

04:01PM 10    LOOKING AT WHICH IS 3.5.

04:01PM 11    Q.   RIGHT.  BUT IT'S POSSIBLE THAT YOU COULD HAVE DONE IT

04:01PM 12    WITHOUT DOING IT ON GITHUB; ISN'T THAT TRUE?

04:01PM 13    A.   IT'S POSSIBLE, BUT I DIDN'T DO THAT.

04:02PM 14         THE COURT:  EXCUSE ME.  ARE YOU SAYING YOU DID NOT

04:02PM 15    DO IT ON 3.4 BUT YOU DID IT ON 3.5?

04:02PM 16         THE WITNESS:  YES.

04:02PM 17         THE COURT:  OKAY.  THANK YOU.

04:02PM 18         MR. RATINOFF:  YOUR HONOR, EXCUSE ME ONE SECOND.

04:02PM 19         THE COURT:  SURE.

04:02PM 20    (DISCUSSION AMONGST PLAINTIFFS' COUNSEL OFF THE RECORD.)

04:02PM 21         MR. RATINOFF:  YOUR HONOR, AT THIS TIME I'M GOING TO

04:02PM 22    PLAY MR. SUHY'S DEPOSITION TESTIMONY.  SINCE IT'S MR. SUHY, I

04:02PM 23    ASSUME THAT WOULD BE PERMISSIBLE.

04:02PM 24         THE COURT:  SURE.  COULD YOU IDENTIFY WHERE THAT IS.

04:02PM 25         MR. RATINOFF:  YES.  I'M WORKING ON THAT RIGHT NOW.

04:02PM  1                    THE COURT:  OKAY.

04:02PM  2                    MR. RATINOFF:  APOLOGIES.

04:02PM  3               (PAUSE IN PROCEEDINGS.)

04:03PM  4                    MR. RATINOFF:  IT MAY BE FASTER IF I DO IT.

04:03PM  5                    THE COURT:  AND THIS TESTIMONY IS NOT TO BE

04:03PM  6     REPORTED.  YOU'LL IDENTIFY WHERE IT IS.

04:03PM  7               (PAUSE IN PROCEEDINGS.)

04:03PM  8                    MR. RATINOFF:  SO I CAN TELL YOU WHAT WE'RE GOING TO

04:03PM  9     PLAY.  I'M SORRY, WE WERE NOT EXPECTING TO DO THIS TODAY.

04:03PM 10          SO IT'S GOING TO BE CLIPS IN THE FOLLOWING, MR. SUHY'S

04:03PM 11     VOLUME 1:

04:03PM 12               PAGE 171, LINE 23 THROUGH PAGE 173, LINE 21;

04:04PM 13               PAGE 178, LINE 1 THROUGH PAGE 179, LINE 8;

04:04PM 14               PAGE 181, LINE 24, THROUGH 188, LINE 15, AND THE

04:04PM 15     REFERENCED TRIAL EXHIBIT IN THAT TESTIMONY WILL BE TRIAL

04:04PM 16     EXHIBIT 61, WHICH WAS STIPULATED OR WAS SUBJECT TO OUR

04:04PM 17     STIPULATION THAT HAS NOT BEEN FILED BUT I WILL ASK THAT IT BE

04:04PM 18     ADMITTED ONCE THE TESTIMONY IS READ.

04:04PM 19               PAGE 189, LINE 4, THROUGH 192, LINE 17.  THAT'S IN

04:04PM 20     REFERENCE TO TRIAL EXHIBIT 62, WHICH WILL BE REFERENCED IN THE

04:05PM 21     DEPO AS EXHIBIT 23.  TRIAL EXHIBIT 61 WILL BE REFERENCED IN THE

04:05PM 22     DEPO, HIS DEPO EXHIBIT 22.

04:05PM 23                    THE COURT:  22?

04:05PM 24                    MR. RATINOFF:  YEAH.  IT'S TRIAL EXHIBIT 61 STAMPED

04:05PM 25     AND MARKED AS DEPOSITION EXHIBIT 22; TRIAL EXHIBIT 62, WHICH

04:05PM  1    HAS ALSO BEEN MARKED AS DEPOSITION EXHIBIT 23.

04:05PM  2         AND THEN WE'LL HAVE LINE -- I'M SORRY, PAGE 192, LINE 18

04:05PM  3    THROUGH 193, LINE 24.

04:05PM  4         I'M SORRY, PAGE 195, LINE 6 THROUGH PAGE 196, LINE 1;

04:05PM  5         PAGE 196, LINE 22 THROUGH PAGE 201, LINE 16 WITH REFERENCE

04:05PM  6    TO TRIAL EXHIBIT 65, WHICH IN THE DEPOSITION WILL BE DEPOSITION

04:05PM  7    EXHIBIT 24.

04:05PM  8         DO YOU HAVE THOSE READY TO GO?

04:06PM  9              MR. ZEPEDA:  YES.

04:06PM 10              MR. RATINOFF:  OKAY.

04:06PM 11              THE COURT:  ALL RIGHT.  ANY OBJECTION?

04:06PM 12              MR. BEENE:  NO OBJECTION, YOUR HONOR.

04:06PM 13              THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL PLAY THOSE

04:06PM 14    NOW.

04:06PM 15         (VIDEOTAPED DEPOSITION OF JOHN SUHY PLAYED IN OPEN COURT

04:06PM 16    OFF THE RECORD.)

04:33PM 17              THE COURT:  DOES THAT CONCLUDE?

04:33PM 18              MR. RATINOFF:  YES, YOUR HONOR.  I APOLOGIZE FOR THE

04:33PM 19    LENGTH.

04:33PM 20              THE COURT:  SO BACK TO LIVE.

04:33PM 21              MR. RATINOFF:  BACK TO LIVE EXAMINATION, YES.  WAKE

04:33PM 22    UP TIME.

04:33PM 23    Q.   SO IN YOUR DEPOSITION TESTIMONY, YOU DIDN'T MENTION GRAPH

04:33PM 24    FOUNDATION GETTING ADVICE OF COUNSEL; CORRECT?

04:33PM 25    A.   NO, I DIDN'T MENTION IT, BUT THAT WAS PART OF IT.

SUHY CROSS BY MR. RATINOFF                                              350

04:33PM   1    Q.   BUT NOT IN YOUR DEPOSITION TESTIMONY?

04:33PM   2    A.   WELL, I DIDN'T INCLUDE EVERYTHING.

04:33PM   3    Q.   WELL --

04:33PM   4    A.   I DIDN'T INCLUDE EVERYTHING.  YOU SAW HOW LONG IT WAS.  I

04:33PM   5    WAS GETTING CONFUSED, BUT, YES, I DID NOT INCLUDE THAT

04:34PM   6    DESCRIPTION FROM THE GRAPH FOUNDATION IN THE DEPOSITION.

04:34PM   7    Q.   AND THERE WAS NO REFERENCE TO THE IRS'S COUNSEL IN THAT

04:34PM   8    EITHER; RIGHT?

04:34PM   9    A.   NO.

04:34PM  10    Q.   OKAY.  LET'S GO AHEAD AND TURN TO EXHIBIT 89 THAT WAS

04:34PM  11    PREVIOUSLY ADMITTED.

04:34PM  12         YOU CAN FIND IT IN YOUR CROSS BINDER EASILY IF THAT'S

04:34PM  13    HANDY OR IT MAY BE IN THE VOLUME 1 IN THE BIG BINDER.

04:34PM  14    A.   89?

04:34PM  15    Q.   YES.

04:34PM  16    A.   I'M THERE.

04:34PM  17    Q.   I'M GOING TO HAVE DANNY PUT THIS UP BECAUSE I WANT HIM TO

04:34PM  18    HOOVER OVER SOME HTML.  HOLD OFF ON THAT.

04:34PM  19         DO YOU RECOGNIZE WHAT HAS BEEN ADMITTED AS EXHIBIT 89?

04:34PM  20    A.   YES, I DO.

04:34PM  21    Q.   AND DOES THE -- THIS IS THE IGOV WEBSITE?

04:34PM  22    A.   YES, IT'S THE PAGE.

04:34PM  23    Q.   AND YOU'LL SEE DOWN AT THE BOTTOM THERE'S AN ADDRESS.

04:34PM  24         DO YOU SEE WEB.ARCHIVE.ORG?

04:34PM  25    A.   YES.

04:34PM  1    Q.   DO YOU SEE THAT?

04:34PM  2    A.   YES.

04:34PM  3    Q.   THAT'S THE INTERNET ARCHIVE?

04:34PM  4    A.   YES.

04:34PM  5    Q.   AND ALSO KNOWN AS THE WAYBACK MACHINE; CORRECT?

04:35PM  6    A.   CORRECT.

04:35PM  7    Q.   AND THERE'S A DATE HERE AND IT LOOKS LIKE DECEMBER 4TH,

04:35PM  8    2018, IT'S THE FIRST DIGITS THERE.

04:35PM  9         DO YOU SEE THAT?

04:35PM 10    A.   YES, I DO.

04:35PM 11    Q.   AND THAT'S BEFORE YOUR MARCH COMMIT; RIGHT?

04:35PM 12    A.   YES.

04:35PM 13    Q.   AND MARCH 2019, TO BE CLEAR ON THE RECORD.

04:35PM 14         NOW, GO TO THE SECOND PAGE.

04:35PM 15         ACTUALLY, LET'S GO TO THE FIRST PAGE THERE'S AN ONGDB

04:35PM 16    ENTERPRISE THERE.

04:35PM 17         DO YOU SEE THAT?

04:35PM 18    A.   YES.

04:35PM 19    Q.   AND, DANNY, DO YOU WANT TO HOOVER OVER THAT, PLEASE.

04:35PM 20         DO YOU SEE THAT REFERENCES GRAPH FOUNDATION'S ONGDB

04:35PM 21    PRODUCT.

04:35PM 22         DO YOU SEE THAT?

04:35PM 23    A.   YES.

04:35PM 24    Q.   AND SO OBVIOUSLY THE SOFTWARE EXISTED AT THAT TIME; RIGHT?

04:35PM 25    A.   THE WHAT?

SUHY CROSS BY MR. RATINOFF

04:35PM  1    Q.   THE SOFTWARE, ONGDB SOFTWARE EXISTED AT THAT TIME; RIGHT?

04:35PM  2    A.   I DON'T KNOW IF WE WERE COMING UP WITH A NAME FOR IT AND

04:35PM  3    IT ACTUALLY EXISTED.  WE WERE PLANNING ON IT AT THAT TIME, BUT

04:35PM  4    I DON'T KNOW IF IT ACTUALLY EXISTED AT THAT TIME.

04:35PM  5    Q.   LET'S GO AHEAD AND GO TO THE NEXT PAGE AND YOU'LL SEE

04:36PM  6    THERE'S -- AT THE TOP IT SAYS, "IF YOU DO NOT NEED SUPPORT FOR

04:36PM  7    YOUR ONGDB ENTERPRISE OR NEO4J ENTERPRISE OPEN SOURCE LICENSED

04:36PM  8    DISTRIBUTION, THEN SIMPLY DOWNLOAD ONGDB ENTERPRISE AS A DROP

04:36PM  9    IN REPLACEMENT FOR AN EXISTING COMMERCIAL LICENSED DISTRIBUTION

04:36PM 10    OF THE SAME VERSION NUMBER."

04:36PM 11         DO YOU SEE THAT?

04:36PM 12    A.   YES.

04:36PM 13    Q.   AND, DANNY, CAN YOU HOOVER OVER THAT ONGDB ENTERPRISE.

04:36PM 14         ONCE AGAIN, IT'S REFERRING TO THE GRAPH FOUNDATION'S

04:36PM 15    WEBSITE.

04:36PM 16         DO YOU SEE THAT?

04:36PM 17    A.   YES.

04:36PM 18    Q.   AND SO YOU'RE SAYING DOWNLOAD, YOU'RE SAYING DOWNLOAD

04:36PM 19    ONGDB ON YOUR WEBSITE; RIGHT?

04:36PM 20    A.   YES.

04:36PM 21    Q.   AND POINTING TO THE GRAPH FOUNDATION'S WEBSITE; ISN'T THAT

04:36PM 22    CORRECT?

04:36PM 23    A.   CORRECT.

04:36PM 24    Q.   AND YOU SAID THAT THEY'RE THE PUBLISHER OF THE SOFTWARE;

04:36PM 25    IS THAT RIGHT?

SUHY CROSS BY MR. RATINOFF                                    353

04:36PM  1    A.   CORRECT.

04:36PM  2    Q.   NOW, YOU HAD MENTIONED I BELIEVE THAT -- WE'VE BEEN

04:37PM  3    TALKING A LOT ABOUT THE DMCA BUT THERE'S A TRADEMARK IN THIS

04:37PM  4    CASE; RIGHT?  YES?

04:37PM  5    A.   CORRECT.

04:37PM  6    Q.   AND YOU'VE BEEN AWARE OF NEO4J'S TRADEMARKS FOR QUITE SOME

04:37PM  7    TIME, IN FACT, DATING BACK UNTIL AT LEAST 2018; CORRECT?

04:37PM  8    A.   CORRECT, YES.

04:37PM  9    Q.   AND YOU WERE AWARE AT THE TIME THAT WHEN YOU CREATED ONGDB

04:37PM  10   THAT YOU COULDN'T USE NEO4J'S TRADEMARK ONCE YOU MODIFIED THE

04:37PM  11   SOFTWARE; ISN'T THAT RIGHT?

04:37PM  12   A.   I WASN'T SURE ABOUT THAT BECAUSE I DON'T REMEMBER IF THE

04:37PM  13   TRADEMARK GUIDANCE OR IF YOU EVEN HAD GUIDANCE ON WHAT TO DO IF

04:37PM  14   YOU FORK IT BECAUSE GITHUB KEEPS THE SAME NAME.  IT CALLS IT

04:37PM  15   NEO4J.  WHEN YOU DO A FORK, IT'S CALLED NEO4J.  SO I WASN'T

04:37PM  16   SURE WHAT THE GUIDANCE WAS ON THE TRADEMARK.

04:37PM  17        BUT NORMALLY COMPANIES WOULD SAY YOU HAVE TO CHANGE THE

04:37PM  18   NAME.

04:37PM  19   Q.   AND THEN PRIOR TO ONGDB YOU WERE PROMOTING NEO4J

04:38PM  20   ENTERPRISE 3.4 WITHOUT THE COMMONS CLAUSE; ISN'T THAT CORRECT?

04:38PM  21   A.   I WAS PROMOTING 3.4 AGPL, BUT I DON'T REMEMBER IF I WAS

04:38PM  22   PROMOTING IT WITH OR WITHOUT THE COMMONS CLAUSE.

04:38PM  23        I WOULD ASSUME THAT I WOULD, BECAUSE I THOUGHT THE COMMONS

04:38PM  24   CLAUSE WAS INCORRECT, I WOULD ASSUME -- WELL, I DON'T WANT TO

04:38PM  25   MAKE ASSUMPTIONS, BUT I DON'T KNOW.

04:38PM  1    Q.   SO IN ORDER TO DO THAT YOU WOULD HAVE CHANGED THE LICENSE

04:38PM  2    FOR NEO4J ENTERPRISE 3.4 TO MAKE IT AGPL ONLY; RIGHT?

04:38PM  3    A.   NOT NECESSARILY.  JUST SAYING THAT IT COULD BE REMOVED WAS

04:38PM  4    WHAT I THINK WAS WHAT WAS HAPPENING.

04:38PM  5    Q.   AND THEN LET'S GO AHEAD AND TURN TO TRIAL EXHIBIT 58.

04:38PM  6    A.   I'M THERE.

04:39PM  7    Q.   IT'S ALSO IN THE CROSS BINDER?

04:39PM  8    A.   I'M THERE.

04:39PM  9    Q.   DO YOU RECOGNIZE THIS EMAIL?

04:39PM  10   A.   YES.

04:39PM  11   Q.   AND YOU SENT IT TO BEN AND BRAD NUSSBAUM IN APPROXIMATELY

04:39PM  12   MARCH 26TH, 2018; CORRECT?

04:39PM  13   A.   YES.

04:39PM  14            MR. RATINOFF:  I'D MOVE EXHIBIT 58 INTO EVIDENCE.

04:39PM  15            THE COURT:  ANY OBJECTION?

04:39PM  16            MR. BEENE:  NO OBJECTION.

04:39PM  17            THE COURT:  THANK YOU.  IT'S ADMITTED.  IT CAN BE

04:39PM  18   PUBLISHED.

04:39PM  19        (PLAINTIFFS' EXHIBIT 58 WAS RECEIVED IN EVIDENCE.)

04:39PM  20   BY MR. RATINOFF:

04:39PM  21   Q.   AND YOU STATE SUBJECT -- THE SUBJECT STATES

04:39PM  22   GRAPHSTACK.IO -- AVOID TRADEMARK ISSUES.

04:39PM  23        DO YOU SEE THAT?

04:39PM  24   A.   YES.

04:39PM  25   Q.   SO YOU'RE AWARE OF NEO4J'S TRADEMARK AT LEAST AS OF MARCH

SUHY CROSS BY MR. RATINOFF

04:39PM   1    OF 2018; CORRECT?

04:39PM   2    A.   CORRECT.

04:39PM   3    Q.   AND THEN IF YOU LOOK AT THE SECOND TO THE LAST PARAGRAPH,

04:39PM   4    "I CAN GET AWAY WITH ALLOWING DOWNLOADS ON NEO4J ON THE SITE

04:39PM   5    THAT HAVE NO CODE MODIFICATIONS OR PLUG INS BUT AS SOON AS WE

04:40PM   6    ADD APOC OR SOMETHING ELSE, THE NOMINATIVE TRADEMARK PROTECTION

04:40PM   7    DOES NOT APPLIES EASILY."

04:40PM   8        CORRECT?

04:40PM   9    A.   CORRECT.

04:40PM  10    Q.   SO AT THAT TIME YOU KNEW THAT IF YOU MADE CHANGES TO NEO4J

04:40PM  11    SOFTWARE, YOU WOULD HAVE TO AVOID INFRINGING ITS TRADEMARK;

04:40PM  12    ISN'T THAT RIGHT?

04:40PM  13    A.   CORRECT.

04:40PM  14    Q.   YOU ALSO SAID THAT YOU WERE NOT ON THE BOARD AT GRAPH

04:40PM  15    FOUNDATION; RIGHT?

04:40PM  16    A.   NO, I WAS NOT.

04:40PM  17    Q.   BUT GRAPH FOUNDATION WAS YOUR IDEA, WASN'T IT?

04:40PM  18    A.   NO, IT WASN'T.

04:40PM  19    Q.   LET'S TURN TO PAGE -- I'M SORRY, EXHIBIT 60.

04:40PM  20        ARE YOU THERE?

04:40PM  21    A.   YES, I'M THERE.

04:40PM  22    Q.   AND YOU'LL SEE THAT IT'S AN EMAIL, AT LEAST THE TOP

04:41PM  23    EMAIL -- IT LOOKS LIKE ONE EMAIL.  I APOLOGIZE.  SO THE EMAIL

04:41PM  24    IS FROM YOUR PURETHINK ACCOUNT; IS THAT RIGHT?

04:41PM  25    A.   YES.

SUHY CROSS BY MR. RATINOFF

04:41PM   1   Q.   AND YOU SENT THIS TO BEN AND BRAD NUSSBAUM; CORRECT?

04:41PM   2   A.   YES.

04:41PM   3   Q.   AND THE SUBJECT IS QUICK NOTE ON FORK?

04:41PM   4   A.   YES.

04:41PM   5          MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 60 INTO

04:41PM   6   EVIDENCE.

04:41PM   7          MR. BEENE:  NO OBJECTION, YOUR HONOR.

04:41PM   8          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

04:41PM   9       (PLAINTIFFS' EXHIBIT 60 WAS RECEIVED IN EVIDENCE.)

04:41PM  10   BY MR. RATINOFF:

04:41PM  11   Q.   AND THEN YOU'LL SEE IN THE SECOND PARAGRAPH IT SAYS, "WHEN

04:41PM  12   I SPOKE ABOUT SETTING UP A NONPROFIT FOR A FORK -- IT MAKES

04:41PM  13   OTHER KERNEL DEVS MORE INCLINED TO BE PART OF IT."

04:41PM  14   Q.   DO YOU SEE THAT?

04:41PM  15   A.   YES.

04:41PM  16          THE COURT:  MAYBE YOU SHOULD SLOW DOWN WITH YOUR

04:41PM  17   CADENCE, THAT WOULD BE HELPFUL.

04:41PM  18          MR. RATINOFF:  I APOLOGIZE, YOUR HONOR.  I'LL REREAD

04:41PM  19   THE QUOTE.

04:41PM  20   Q.   WHEN I SPOKE ABOUT SETTING UP A NONPROFIT FOR A FORK -- IT

04:41PM  21   MAKES OTHER KERNEL, K-E-R-N-E-L, DEVS, D-E-V-S, MORE INCLINED

04:42PM  22   TO BE PART OF IT."

04:42PM  23   Q.   DO YOU SEE THAT?

04:42PM  24   A.   YES.

04:42PM  25   Q.   SO AT THAT TIME YOU WERE TALKING TO THE NUSSBAUMS ABOUT



04:42PM 1   FORMING THE GRAPH FOUNDATION; IS THAT RIGHT?

04:42PM 2   A.   I WAS GIVING THEM GUIDANCE ON WHAT SHOULD BE DONE TO

04:42PM 3   TRUST, IF AN ORGANIZATION IS GOING TO TRUST A NONPROFIT -- I'M

04:42PM 4   SORRY, THE COMMITERS IN THE COMMUNITY WILL TRUST A NONPROFIT

04:42PM 5   MORE THAN A COMPANY.

04:42PM 6   Q.   BUT YOU WERE DISCUSSING FORMING GRAPH FOUNDATION WITH THE

04:42PM 7   NUSSBAUMS AT THAT TIME; ISN'T THAT RIGHT?

04:42PM 8   A.   THE GRAPH FOUNDATION, THEY -- IT'S THEIR -- WHAT THEY CAME

04:42PM 9   UP WITH.  I WAS TELLING THEM THAT THEY NEEDED TO SET UP

04:42PM 10  SOMETHING LIKE A FOUNDATION, BUT IT WASN'T -- THEY CAME UP WITH

04:42PM 11  THE NAME GRAPH FOUNDATION AND THEY CREATED EVERYTHING, AND I

04:42PM 12  HELPED.

04:42PM 13  Q.   THAT'S NOT MY -- YEAH, SO YOU HELPED?

04:42PM 14  A.   YEAH, I ASSISTED, YEAH.  I GAVE THEM GUIDANCE.

04:42PM 15  Q.   SO YOU WORKED WITH THEM AND HELPED THEM FORM GRAPH

04:42PM 16  FOUNDATION; ISN'T THAT RIGHT?

04:42PM 17  A.   I GAVE THEM GUIDANCE.  I DON'T KNOW -- I DIDN'T DO ANY

04:42PM 18  PHYSICAL WORK, PAPERWORK OR ANYTHING LIKE THAT.

04:42PM 19  Q.   AND THEN LET'S GO AHEAD AND TURN TO -- I HAVE TOO MANY

04:43PM 20  PAPERS HERE.

04:43PM 21       LET'S GO AHEAD AND TURN TO TRIAL EXHIBIT 59.  YOU'LL SEE

04:43PM 22  THIS IS AN EMAIL FROM YOUR PURETHINK ACCOUNT TO PHILIP RATHLE.

04:43PM 23       DO YOU SEE THAT?

04:43PM 24  A.   YES.

04:43PM 25  Q.   AND YOU SENT THIS EMAIL APPROXIMATELY MAY 21ST, 2018?

04:43PM 1    A.   YES.

04:43PM 2              MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 59 INTO

04:43PM 3    EVIDENCE.

04:43PM 4              THE COURT:  ANY OBJECTION?

04:43PM 5              MR. BEENE:  NO OBJECTION.

04:43PM 6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

04:43PM 7         (PLAINTIFFS' EXHIBIT 59 WAS RECEIVED IN EVIDENCE.)

04:44PM 8    BY MR. RATINOFF:

04:44PM 9    Q.   LET'S GO AHEAD AND LOOK AT THE BOTTOM OF THE FIRST PAGE.

04:44PM 10   AND YOU'LL SEE IT SAYS, "I'VE ALREADY DONE THE PREPARATION TO

04:44PM 11   CREATE A NONPROFIT ORGANIZATION WITH THE NECESSARY BY LAWS AND

04:44PM 12   GOVERNANCE MODEL FOR A COMMUNITY FORK OF NEO4J TO GET THINGS

04:44PM 13   STARTED AND TO ENSURE ITS LONG TERM SUCCESS (IF ADOPTED)."

04:44PM 14        DO YOU SEE THAT?

04:44PM 15   A.   YES.

04:44PM 16   Q.   AND SO THE DATE OF THIS EMAIL IS 5-21; RIGHT?

04:44PM 17   A.   CORRECT.

04:44PM 18   Q.   AND THEN THE DATE OF EXHIBIT 60 IS THE SAME DATE; ISN'T

04:44PM 19   THAT RIGHT?

04:44PM 20   A.   CORRECT.

04:44PM 21   Q.   SO, IN FACT, YOU WERE DOING MORE THAN JUST GIVING

04:44PM 22   GUIDANCE; ISN'T THAT RIGHT?

04:44PM 23   A.   NO.  I WANTED TO TRY TO FORCE THEM TO WORK OUT THE

04:44PM 24   AGREEMENT WITH THE BREACH AND EVERYTHING THAT HAD HAPPENED, AND

04:44PM 25   SO I USED THAT INFORMATION ABOUT THE GRAPH FOUNDATION AS IF IT

```
04:44PM   1    WAS COMING FROM ME.

04:44PM   2    Q.   SO YOU WERE MISREPRESENTING WHAT YOU WERE DOING WITH THE

04:44PM   3    GRAPH FOUNDATION?

04:44PM   4    A.   YES.

04:44PM   5    Q.   LET'S GO AHEAD AND TURN TO TRIAL EXHIBIT 66.

04:45PM   6         DO YOU RECOGNIZE TRIAL EXHIBIT 66?

04:45PM   7    A.   YES.

04:45PM   8    Q.   AND THIS IS AN EMAIL THAT YOU SENT TO A BRIAN RODRIGUE,

04:45PM   9    R-O-D-R-I-G-U-E.   I DON'T KNOW IF I PRONOUNCED THAT CORRECTLY.

04:45PM   10   SO DO YOU KNOW WHO THAT IS?

04:45PM   11   A.   YES.

04:45PM   12   Q.   AND WHO IS THAT, BRIAN RODRIGUE?

04:45PM   13   A.   HE IS A PERSON THAT WORKS IN TECHNOLOGY AT EXCELLA.

04:46PM   14   Q.   AND YOU SENT THIS EMAIL ON AUGUST 10TH, 2018?

04:46PM   15   A.   CORRECT.

04:46PM   16         MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 66 INTO

04:46PM   17   EVIDENCE, PLEASE.

04:46PM   18         THE COURT:  ANY OBJECTION?

04:46PM   19         MR. BEENE:  NO OBJECTION.

04:46PM   20         THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

04:46PM   21    (PLAINTIFFS' EXHIBIT 66 WAS RECEIVED IN EVIDENCE.)

04:46PM   22   BY MR. RATINOFF:

04:46PM   23   Q.   AND THEN IN THE FOURTH PARAGRAPH YOU SAY, "WE CREATED A

04:46PM   24   NONPROFIT WITH AN APACHE LIKE GOVERNANCE MODEL TO ENSURE NEO4J

04:46PM   25   STAYS OPEN SOURCE IN CASE NEO DECIDES TO TAKE IT CLOSED SOURCE
```

04:46PM 1    ANY TIME IN THE FUTURE."

04:46PM 2        DO YOU SEE THAT?

04:46PM 3    A.   YES.

04:46PM 4    Q.   AND SO WERE YOU MISREPRESENTING YOUR INVOLVEMENT WITH THE

04:46PM 5    GRAPH FOUNDATION AT THIS TIME TO MR. RODRIGUE?

04:46PM 6    A.   NO. NO.

04:46PM 7    Q.   AND SO YOU WERE INVOLVED IN FORMING GRAPH FOUNDATION?

04:46PM 8    A.   I WAS GIVING GUIDANCE AS PART OF THIS.  I CONSIDERED

04:46PM 9    MYSELF PART OF THE TEAM JUST LIKE I CONSIDERED MYSELF PART OF

04:46PM 10   THE NEO4J TEAM FOR THE OPEN SOURCE FORK.

04:46PM 11   Q.   WELL IN THE EMAIL YOU SAID WE CREATED.

04:46PM 12   A.   WELL, I DIDN'T CREATE IT.

04:46PM 13   Q.   BUT YOU TOLD MR. RODRIGUE YOU DID, DIDN'T YOU?

04:47PM 14   A.   WELL, I DID SAY THAT, BUT THAT WASN'T MEANT TO BE A

04:47PM 15   MISREPRESENTATION.  I WAS TALKING AS GRAPH FOUNDATION PART OF

04:47PM 16   THE TEAM.

04:47PM 17   Q.   SO YOU ONLY MADE MISREPRESENTATIONS TO NEO4J; IS THAT

04:47PM 18   RIGHT?

04:47PM 19   A.   YES.

04:47PM 20   Q.   OKAY.  AND THEN DOWN BELOW HERE --

04:47PM 21   A.   I'D LIKE TO CLARIFY MISREPRESENTATION.

04:47PM 22       ARE YOU SAYING THAT I WAS PART OF THE GRAPH FOUNDATION AND

04:47PM 23   THAT I -- I WANTED TO SCARE -- IT WAS A SCARE TACTIC TO GET

04:47PM 24   NEO4J TO COME BACK TO US OR TO WORK OUT THE PROJECT.

04:47PM 25       SO WHEN YOU SAY "MISREPRESENTATION," I LIED TO PHILIP, BUT

| | |
|---|---|
| 04:47PM | 1 |

IN THIS INSTANCE RIGHT HERE, I WAS PART OF THE TEAM.  BUT I
MADE IT LOOK LIKE I WAS THE ONE DOING EVERYTHING SO THAT THEY
COULD COME AND THEY COULD FIX THAT BREACH DEAL WITH ME.

Q.   WELL, THE PURETHINK CONTRACT WAS LONG OVER BY THEN, WASN'T
IT?

A.   BUT THERE WAS STILL MONEY THAT WAS OWED AND THERE WAS
STILL MONEY THAT WAS PUT OUT WHICH WAS THE EXCLUSIVITY
AGREEMENT.

Q.   OKAY.  AND THEN GOING DOWN THE PARAGRAPH.  I THINK IT'S
ABOUT HALF WAY DOWN THE PAGE.

     IT SAYS, "MOTION RECENTLY THEY TRIED ADDING A COMMONS
CLAUSE TO THE AGPL LICENSE, TRYING TO PRECENT" -- I ASSUME YOU
MEANT PREVENT?

A.   YES.

Q.   "COMPANIES FROM SELLING (AND COMPETING AGAINST THEM ON
PROCUREMENTS)."

     DO YOU SEE THAT?

A.   YES, I DO.

Q.   AND SO YOU UNDERSTOOD THE COMMONS CLAUSE WOULD BE A
COMMERCIAL RESTRICTION ON COMPANIES COMPETING WITH NEO4J; IS
THAT WHAT YOU MEANT?

A.   YES, THAT WOULD BE A RESTRICTION FROM ANYBODY SELLING
NEO4J AND COMPETING.

Q.   AND THEN, IN FACT, YOU TOLD MR. RODRIGUE, "ALL OF THE
NEO4J ENTERPRISE DISTRIBUTIONS WE PACKAGE FROM NOW ON WILL COME

SUHY CROSS BY MR. RATINOFF

04:49PM  1    FROM THE FOUNDATION AND THAT HAVE THE STANDARD VANILLA AGPLV3

04:49PM  2    OPEN SOURCE LICENSE."

04:49PM  3        DO YOU SEE THAT?

04:49PM  4    A.   YES, I DO.

04:49PM  5    Q.   AND THAT DATE AGAIN IS AUGUST 2018?

04:49PM  6    A.   CORRECT.

04:49PM  7    Q.   AND THAT'S OVER SIX MONTHS BEFORE YOU CHANGED THE LICENSE

04:49PM  8    IN VERSION 3.5; IS THAT RIGHT?

04:49PM  9    A.   CORRECT.

04:49PM  10   Q.   NOW, YOU SEEM TO NOT REALLY LIKE NEO4J; ISN'T THAT RIGHT?

04:49PM  11   A.   I LIKE NEO4J SWEDEN.  I THINK IT'S -- I THINK WHAT NEO4J

04:49PM  12   DID WAS GREAT FOR RELEASING NEO4J INTO THE PUBLIC AND MAKING IT

04:49PM  13   FREE.

04:49PM  14       I DON'T LIKE WHAT HAPPENED BY THEM TRYING TO ADD THE

04:49PM  15   COMMONS CLAUSE AND MAKING IT COMMERCIAL ONCE THEY ALREADY USED

04:49PM  16   THE COMMUNITY TO BUILD THEM UP TO WHERE THEY ARE.

04:49PM  17       I HAVE NO PERSONAL ISSUES.  I'M UPSET ABOUT THE LAWSUIT,

04:49PM  18   OF COURSE, BUT --

04:50PM  19   Q.   WELL, YOU PREVIOUSLY TESTIFIED THAT, YOU KNOW, PURETHINK

04:50PM  20   HAD AN ISSUE WITH THE IRS WHERE THEY DIDN'T WANT TO PAY FOR A

04:50PM  21   COMMERCIAL LICENSE AND THEY WANTED TO PAY FOR SUPPORT; RIGHT?

04:50PM  22   A.   THEY WANTED TO PAY FOR SUPPORT OF THE WHOLE PLATFORM WHICH

04:50PM  23   IS 20, 30 DIFFERENT SERVICES.

04:50PM  24   Q.   RIGHT.  BUT THEY DIDN'T WANT TO -- IN THE APPROXIMATE

04:50PM  25   $229,000 THAT THEY PAID PURETHINK, $229,000 THAT THEY PAID

SUHY CROSS BY MR. RATINOFF

04:50PM  1      PURETHINK, THEY DIDN'T WANT TO PAY FOR A COMMERCIAL LICENSE FOR

04:50PM  2      NEO4J ENTERPRISE; CORRECT?

04:50PM  3      A.   I DON'T KNOW IF "WANT" WAS THE WORD.  THEY DIDN'T HAVE THE

04:50PM  4      BUDGET FOR IT.

04:50PM  5      Q.   SO AT THAT POINT YOU REALIZED THAT IT WOULD BE EASIER FOR

04:50PM  6      YOU TO MAKE MONEY BY GIVING GOVERNMENT ENTITIES OPEN SOURCE

04:50PM  7      NEO4J AND CHARGING THEM FOR SUPPORT; RIGHT?

04:50PM  8      A.   NO.  THAT, THAT -- THE CONCEPT OF USING ONLY THE COMMUNITY

04:50PM  9      WAS AFTER THE BREACH, AFTER WE WERE MADE NOT A PARTNER.

04:50PM  10     Q.   AND YOU TAKE NO RESPONSIBILITY FOR THAT BREACH, YOU DID

04:51PM  11     NOTHING?

04:51PM  12     A.   THAT WAS ALL NEO4J'S.

04:51PM  13     Q.   ALL RIGHT.  THIS HAS NOT BEEN -- THIS IS A REBUTTAL

04:51PM  14     EXHIBIT AND IT WILL BE TAB H IN YOUR BINDER.

04:51PM  15          DANNY, DO YOU HAVE COPIES WE CAN PROVIDE TO OPPOSING

04:51PM  16     COUNSEL?

04:51PM  17               MR. ZEPEDA:  YOU TOOK THE BINDER.

04:51PM  18               MR. RATINOFF:  I TOOK THE BINDER?  ALL RIGHT.  I

04:51PM  19     FEEL LIKE I HAVE TOO MUCH PAPER.

04:51PM  20     Q.   BEFORE I HAVE YOU LOOK AT THAT, I'LL WAIT UNTIL YOUR

04:52PM  21     COUNSEL GETS IT ACTUALLY.

04:52PM  22          ARE YOU READY?

04:52PM  23     A.   I AM.

04:52PM  24               MR. RATINOFF:  COUNSEL, DO YOU HAVE THE EMAIL?

04:52PM  25               MR. BEENE:  YES.

04:52PM   1          MR. RATINOFF:  SORRY.  YOUR HONOR, I WANTED TO MAKE

04:52PM   2   SURE EVERYONE HAS A COPY.  IT SOUNDS LIKE THEY DO.  THIS WAS A

04:52PM   3   DOCUMENT THAT WAS PRODUCED BY DEFENDANTS -- I WILL HAVE THIS

04:52PM   4   MARKED AS TRIAL EXHIBIT 210 I THINK IS THE NEXT SEQUENCE IN

04:52PM   5   PLAINTIFFS' EXHIBITS.

04:52PM   6          THE COURT:  ALL RIGHT.

04:52PM   7      (PLAINTIFFS' EXHIBIT 210 WAS MARKED FOR IDENTIFICATION.)

04:52PM   8   BY MR. RATINOFF:

04:52PM   9   Q.   AND DO YOU RECOGNIZE THIS EMAIL?

04:53PM  10   A.   I CAN'T FIND 210.

04:53PM  11   Q.   NO, IT WOULD BE TAB H.  WE'RE JUST MARKING --

04:53PM  12   A.   TAB H?

04:53PM  13   Q.   YEAH.

04:53PM  14   A.   YES.

04:53PM  15   Q.   AND DO YOU RECOGNIZE THIS EMAIL?

04:53PM  16   A.   YES, I DO.

04:53PM  17   Q.   AND YOU HAD AN EMAIL EXCHANGE HERE WITH A

04:53PM  18   TIMBROWN@GMAIL.COM?

04:53PM  19   A.   YES.

04:53PM  20   Q.   AND WHO IS TIM BROWN?

04:53PM  21   A.   TIM BROWN IS A FRIEND THAT I'VE KNOWN SINCE COLLEGE.

04:53PM  22   Q.   AND HE'S NOT AN EMPLOYEE OF PURETHINK OR IGOV?

04:53PM  23   A.   NO.

04:53PM  24          MR. RATINOFF:  I'D LIKE TO MOVE WHAT HAS NOW MARKED

04:53PM  25   AS EXHIBIT 210 IN EVIDENCE.

04:53PM   1                    THE COURT:  ANY OBJECTION?

04:53PM   2                    MR. BEENE:  NO OBJECTION.

04:53PM   3                    THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

04:53PM   4             (PLAINTIFFS' EXHIBIT 210 WAS RECEIVED IN EVIDENCE.)

04:53PM   5       BY MR. RATINOFF:

04:53PM   6       Q.   SO DO YOU SEE MR. BROWN TELLS YOU ON MAY 24TH, 2017,AT

04:53PM   7       22:28, MILITARY TIME --

04:53PM   8       A.   YES.

04:53PM   9       Q.   -- AND THAT WOULD BE 10:00 P.M. OR 10:28 P.M.

04:54PM  10             AND YOU SEE MR. BROWN SAYS, "I'M JUST SAYING IF YOU START

04:54PM  11       TELLING CUSTOMERS THAT THEY SHOULD STOP PAYING FOR LICENSES AND

04:54PM  12       IT GETS BACK TO THEM, THEY WILL TAKE IT PERSONALLY.  THAT IS A

04:54PM  13       REVENUE STREAM THAT YOU ARE THREATENING.  WHEN COMPANIES TAKE

04:54PM  14       THINGS PERSONALLY, THEY GENERALLY USE THE COURT SYSTEM AS A

04:54PM  15       RESOURCE."

04:54PM  16             DO YOU SEE THAT?

04:54PM  17       A.   YES.

04:54PM  18       Q.   AND SO MR. BROWN WAS WARNING YOU NOT TO BREACH YOUR

04:54PM  19       CONTRACT WITH NEO4J AND TELL CUSTOMERS THAT THEY SHOULD BE

04:54PM  20       USING NEO4J UNDER THE AGPL; RIGHT?

04:54PM  21       A.   NO.

04:54PM  22       Q.   THAT'S NOT WHAT HE'S SAYING?

04:54PM  23       A.   NO, I DON'T SEE HIM SAYING THAT.

04:54PM  24       Q.   LET'S GO BACK AND LOOK AT YOUR MAY 24TH EMAIL OF 2017,

04:54PM  25       TIME STAMPED 21:59.

SUHY CROSS BY MR. RATINOFF

04:55PM  1      YOU SAY, "WE AREN'T DOING ANYTHING WRONG -- WE ARE GIVING

04:55PM  2  THEM OUR SUPPORT AND THAT THEY WOULD USE THE NEO4J ENTERPRISE

04:55PM  3  UNDER OPEN SOURCE LICENSE THAT THEY DIDN'T KNOW EVEN EXISTED.

04:55PM  4  NEO4J," AND PARDON ME MY FRENCH, "FUCKED US WHEN I WOULDN'T

04:55PM  5  COME TO WORK FOR THEM BUT THERE IS ACTUALLY NO ILLEGAL OR

04:55PM  6  CONTRACTUAL ISSUES BETWEEN NEO AND US ON THIS DEAL.  THIS WAS

04:55PM  7  MY BACK-UP BUSINESS MODEL.  BASICALLY WE ARE THE ONLY COMPANY

04:55PM  8  IN THE FEDERAL SPACE WITH NEO4J SUPPORT PAST PERFORMANCE SO

04:55PM  9  THIS WAS THE PLAN IF THEY EVER STEPPED ON YOUR TOES."

04:55PM  10      DO YOU SEE THAT?

04:55PM  11  A.  YES.

04:55PM  12  Q.  AND SO YOU INTENDED TO BREACH THE AGREEMENT WITH NEO4J,

04:55PM  13  DIDN'T YOU?

04:55PM  14  A.  NO.

04:55PM  15  Q.  AND SO THERE WAS NO REASON TO HAVE A BACK-UP PLAN, THEN?

04:55PM  16  A.  THERE IS ALWAYS A REASON TO HAVE A BACK-UP PLAN.

04:56PM  17  Q.  AND SO AT THIS POINT YOU TOLD THE IRS THAT THEY COULD USE

04:56PM  18  NEO4J ENTERPRISE UNDER AN AGPL; RIGHT?

04:56PM  19  A.  I BELIEVE IT CAME OUT WHEN JASON HAD TOLD THEM THAT THEY

04:56PM  20  COULDN'T USE IT IN PRODUCTION, SO, YES, I BELIEVE THAT WAS THE

04:56PM  21  CASE.

04:56PM  22      I DON'T REMEMBER THE DATES THOUGH.

04:56PM  23  Q.  GOING BACK UP TO YOUR LAST EMAIL AFTER MR. BROWN SAID,

04:56PM  24  "I'M JUST SAYING YOU START TELLING CUSTOMERS THAT THEY SHOULD

04:56PM  25  STOP PAYING FOR LICENSES"; DO YOU SEE THAT?

04:56PM 1    A.   YES.

04:56PM 2    Q.   AND YOUR EMAIL IT LOOKS LIKE IT'S 7:36 P.M. ON MAY 24TH?

04:56PM 3    A.   YES, I SEE THAT.

04:56PM 4    Q.   AND THEN YOU ARE REFERRING TO MR. BROWN'S EMAIL SAYS,

04:56PM 5    "THEY COULD DO THAT -- BUT THAT WOULD BE RETARDED ON THEIR PART

04:56PM 6    AS I CAN JUST SHUT DOWN THE COMPANY AND START ANOTHER ONE THE

04:56PM 7    NEXT DAY -- THEY WOULD LOSE A HUGE -- IT WAS HUGE IN THE

04:56PM 8    GOVERNMENT SPACE IF AGENCIES KNEW THAT ENTERPRISE IS AVAILABLE

04:56PM 9    FREE ESPECIALLY DURING DEVELOPMENT PERIODS."

04:56PM 10        DO YOU SEE THAT?

04:57PM 11   A.   YES.

04:57PM 12   Q.   AND THEN MR. BROWN, AS I SAID, SAID YOU'RE THREATENING THE

04:57PM 13   REVENUE STREAM BY TELLING COMPANIES OR ENTITIES THAT THEY CAN

04:57PM 14   USE NEO4J ENTERPRISE FOR FREE; RIGHT?

04:57PM 15   A.   YES, WHICH IS THE TRUTH.

04:57PM 16   Q.   DO YOU UNDERSTAND NEO4J GENERATES REVENUE FROM SELLING

04:57PM 17   COMMERCIAL LICENSES?

04:57PM 18   A.   YES, I DO.

04:57PM 19   Q.   DO YOU KNOW HOW MUCH MONEY NEO4J SPENDS EVERY YEAR

04:57PM 20   DEVELOPING ITS SOFTWARE?

04:57PM 21   A.   I DO NOT KNOW.

04:57PM 22   Q.   DO YOU THINK IT'S IN THE MAGNITUDE OF MILLIONS?

04:57PM 23   A.   I'M NOT SURE.  STARTING AT WHAT TIME PERIOD?  NOW?

04:57PM 24   Q.   IN GENERAL, YOUR EXPERIENCE WITH SOFTWARE COMPANIES, IT

04:57PM 25   TAKES MILLIONS OF DOLLARS TO DEVELOP SOFTWARE; ISN'T THAT

SUHY CROSS BY MR. RATINOFF

04:57PM 1    RIGHT?

04:57PM 2    A.   WELL, WHEN IT'S OPEN SOURCE, THERE'S A DIFFERENCE.

04:57PM 3         BUT, YES, IF IT WAS CLOSED SOURCE, THEN, YES, YOU WOULD BE

04:57PM 4    PAYING EMPLOYEES.

04:57PM 5    Q.   BUT NEO4J, EVEN IN ITS OPEN SOURCE SOFTWARE, USED

04:58PM 6    EMPLOYEES TO GENERATE MOST OF THE SOURCE CODE; CORRECT?

04:58PM 7    A.   I DON'T KNOW THAT.

04:58PM 8    Q.   DO YOU KNOW HOW MANY EMPLOYEES HAD WORKED ON, EMPLOYEES OF

04:58PM 9    NEO4J HAD WORKED ON DEVELOPING NEO4J SOFTWARE?

04:58PM 10   A.   I'M NOT POSITIVE.  WE DID A REPORT, AND THERE WERE NOT A

04:58PM 11   LOT OF NEO4J EMAIL ADDRESSES IN THE GIT COMMITS.

04:58PM 12        SO I HAVE A FEELING IT WOULD BE MOSTLY THE COMMUNITY AND

04:58PM 13   THEN NEO4J DOING PART OF IT AS WELL, BUT I DON'T KNOW THE

04:58PM 14   PERCENTAGES.

04:58PM 15   Q.   AND TO YOUR KNOWLEDGE THE ENTERPRISE FEATURES IN NEO4J

04:58PM 16   ENTERPRISE WERE DEVELOPED BY NEO4J; CORRECT?

04:58PM 17   A.   THAT WAS PART OF THE OPEN SOURCE, SO I DON'T KNOW.

04:58PM 18   Q.   YOU DON'T KNOW IF ANY OF THE ENTERPRISE FEATURES WERE

04:59PM 19   DEVELOPED?

04:59PM 20   A.   WELL, I KNOW ALL THE NEW ONES WERE BECAUSE IT'S CLOSED

04:59PM 21   SOURCE NOW.

04:59PM 22   Q.   AND YOU BASICALLY BUILT A BUSINESS, AS YOU SAID IN YOUR

04:59PM 23   EMAIL, YOU WENT AHEAD AND FORMED IGOV; RIGHT?

04:59PM 24   A.   CORRECT.

04:59PM 25   Q.   AND THE BUSINESS MODEL FOR IGOV WAS TO OFFER INITIALLY

SUHY CROSS BY MR. RATINOFF                                               369

04:59PM   1      NEO4J ENTERPRISE SOFTWARE UNDER THE AGPL; CORRECT?

04:59PM   2      A.   NO.  THE BUSINESS MODEL WAS TO OFFER SOLUTIONS DEVELOPMENT

04:59PM   3      FOR OPEN SOURCE SOFTWARE ONLY AND NOT GO INTO PROPRIETARY

04:59PM   4      ANYMORE.

04:59PM   5      Q.   BUT IT WAS PRIMARILY FOCUSSED ON DEVELOPING PLATFORM

04:59PM   6      AROUND NEO4J SOFTWARE; ISN'T THAT RIGHT?

04:59PM   7      A.   NO.  THAT WAS JUST WHAT THE MARKETING WAS BECAUSE IT WAS

04:59PM   8      THE MOST EXPERIENCE THAT WE HAD.

04:59PM   9      Q.   BUT YOU WEREN'T GENERATING ANY REVENUE BETWEEN 2018 AND

04:59PM   10     SAY 2022 SUPPORTING ANYTHING BUT NEO4J RELATED SOFTWARE; ISN'T

04:59PM   11     THAT RIGHT?

04:59PM   12     A.   NO.  ALL OF THE REVENUE WAS FOR CONSULTING AND BUILDING

04:59PM   13     OUT THIS PLATFORM.  NEO4J WAS ONE PIECE OF THAT PLATFORM.

05:00PM   14     Q.   AND THAT PLATFORM BEING THIS CKGE?

05:00PM   15     A.   CKGE AND ALL OF THE SERVICES, YES.

05:00PM   16     Q.   SO YOU WEREN'T LIKE SUPPORTING TIGER GRAPH?

05:00PM   17     A.   NO.

05:00PM   18     Q.   AND YOU WEREN'T SUPPORTING ANY OTHER GRAPH DATABASE

05:00PM   19     SOFTWARE?

05:00PM   20     A.   YES, IT WAS.

05:00PM   21     Q.   IN THE CKGE?

05:00PM   22     A.   YES.

05:00PM   23     Q.   AND THERE WAS OTHER GRAPH --

05:00PM   24     A.   APACHE SPARK USING GRAPH FRAMES LIBRARY, AND WE ALSO USED

05:00PM   25     SOME FEATURES FROM ELASTIC THAT WERE IN THE GRAPH AREA, BUT IT

| | | |
|---|---|---|
| 05:00PM | 1 | HAD TO SUPPORT ALL OF THE TOOLS.  AND THINK OF IT AS PROVIDING |
| 05:00PM | 2 | AN END-TO-END WARRANTY FOR A WHOLE CAR AND IT'S NOT JUST ONE |
| 05:00PM | 3 | SUPPORT FOR THE ALTERNATOR AND ONE FOR THE WATER PUMP. |
| 05:01PM | 4 | Q.   AND THEN YOU DIDN'T VIEW YOURSELF AS COMPETING WITH NEO4J |
| 05:01PM | 5 | AT ALL? |
| 05:01PM | 6 | A.   NO, BECAUSE WE DIDN'T SELL LICENSES.  I WAS COMPETING WITH |
| 05:01PM | 7 | THE PARTNERS WHO WANTED TO BUILD SOLUTIONS, BUT NOT WITH NEO4J. |
| 05:01PM | 8 | Q.   OH.  BECAUSE YOU OFFERED THE SOFTWARE FOR FREE; RIGHT? |
| 05:01PM | 9 | A.   WELL, WE MADE SURE THAT THE GOVERNMENT AGENCIES HAD THEIR |
| 05:01PM | 10 | OWN VERSION AND THEY USUALLY WOULD BRING IT TO THE TABLE AND WE |
| 05:01PM | 11 | WOULD GIVE IT TO THEM, BUT TO DOWNLOAD IT, THEY DIDN'T.  BUT IT |
| 05:01PM | 12 | WAS FREE. |
| 05:01PM | 13 | Q.   SO LET'S GO AHEAD AND TURN TO TRIAL EXHIBIT 83.  AND THIS |
| 05:01PM | 14 | WAS PREVIOUSLY ADMITTED. |
| 05:02PM | 15 | THE CLERK:  I DON'T HAVE IT. |
| 05:02PM | 16 | MR. RATINOFF:  LET'S GO AHEAD AND DO THAT THEN. |
| 05:02PM | 17 | Q.   DO YOU RECOGNIZE EXHIBIT 83? |
| 05:02PM | 18 | A.   YES, I DO. |
| 05:02PM | 19 | Q.   AND WHAT IS EXHIBIT 83? |
| 05:02PM | 20 | A.   IT'S A PROTEST FOR A, FOR -- NEO4J WAS EITHER AWARDED OR |
| 05:02PM | 21 | IT WAS ABOUT TO BE AWARDED A SOLICITATION OF A COMMERCIAL |
| 05:02PM | 22 | LICENSE FOR NEO4J. |
| 05:02PM | 23 | Q.   AND YOU'RE REFERRING TO THE PROTEST AND THE ATTACHMENT TO |
| 05:02PM | 24 | THE EMAIL; IS THAT RIGHT? |
| 05:02PM | 25 | A.   YES. |

05:02PM  1                    MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 83 INTO

05:02PM  2      EVIDENCE.

05:02PM  3                    THE COURT:  ANY OBJECTION?

05:02PM  4                    MR. BEENE:  NO OBJECTION.

05:02PM  5                    THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

05:02PM  6           (PLAINTIFFS' EXHIBIT 83 WAS RECEIVED IN EVIDENCE.)

05:02PM  7      BY MR. RATINOFF:

05:02PM  8      Q.   I'M LOOKING AT THE FIRST PARAGRAPH.  AND YOU'LL SEE IT

05:03PM  9      SAYS IN PART IGOV HEREBY FILES THIS DELIVERY ORDER PROTEST

05:03PM 10      CHALLENGING A DELIVERY ORDER OR AWARD BY THE INTERNAL REVENUE

05:03PM 11      SERVICE, PARAPHRASE, OF A CONTRACT AND OR PURCHASE DELIVERY

05:03PM 12      ORDER TO ALPHASIX CORPORATION.

05:03PM 13           DO YOU SEE THAT?

05:03PM 14      A.   YES, I DO.

05:03PM 15      Q.   AND YOU WERE HERE FOR MR. ZAGALASKY'S TESTIMONY ABOUT

05:03PM 16      ALPHASIX?

05:03PM 17      A.   YES.

05:03PM 18      Q.   AND YOU UNDERSTAND THAT ALPHASIX IS A PARTNER OF NEO4J?

05:03PM 19      A.   YES, I DO.

05:03PM 20      Q.   TURNING TO -- YOU'LL SEE THERE'S A DOT 00 NUMBER, IT'S DOT

05:03PM 21      003 OF THE PROTEST?

05:03PM 22      A.   I'M THERE.

05:03PM 23      Q.   AND IN THIS PROTEST YOU'LL SEE IN THE THIRD PARAGRAPH YOU

05:03PM 24      STATE, "THE OPEN NATIVE GRAPH DATABASE (ONGDB) IS A FREE AND

05:04PM 25      OPEN, COMPETING ENTERPRISE GRAPH PLATFORM TO NEO4J ENTERPRISE."

05:04PM   1              DO YOU SEE THAT?

05:04PM   2       A.   YES, I DO.

05:04PM   3       Q.   SO ONGDB, EVEN THOUGH IT'S OFFERED FOR FREE, YOU

05:04PM   4       REPRESENTED IT'S A COMPETING SOFTWARE PLATFORM; RIGHT?

05:04PM   5       A.   I GUESS SO, YES.

05:04PM   6       Q.   YOU WROTE THIS; RIGHT?

05:04PM   7       A.   I DON'T KNOW IF I WOULD SAY -- YEAH, IT'S COMPETING

05:04PM   8       BECAUSE IT'S -- IT WOULD TAKE -- IF SOMEBODY CHOSE THAT, IT

05:04PM   9       WOULD TAKE AWAY BUSINESS.  I GUESS THAT'S -- IF THAT'S THE

05:04PM  10       DEFINITION OF COMPETING.

05:04PM  11       Q.   AND WHEN YOU MEAN TAKE AWAY BUSINESS, YOU MEAN TAKE AWAY

05:04PM  12       BUSINESS FROM NEO4J?

05:04PM  13       A.   WHY WOULD YOU PAY FOR A LICENSE WHEN YOU CAN GET THE EXACT

05:04PM  14       SAME THING FOR FREE?

05:04PM  15       Q.   EXACTLY.  AND THEN TURNING TO PAGE 4, DOT DOT 4, YOU'LL

05:04PM  16       SEE THERE'S A HEADING THERE INTERESTED PARTY.

05:04PM  17              DO YOU SEE THAT?

05:04PM  18       A.   UH-HUH.

05:04PM  19       Q.   AND YOU STATE, "IGOV IS AN INTERESTED PARTY WHOSE ECONOMIC

05:05PM  20       INTERESTS ARE DIRECTLY AFFECTED BY THE IRS'S INTENT TO MAKE

05:05PM  21       THIS AWARD TO ALPHASIX CORPORATION.  IGOV IS A PROSPECTIVE

05:05PM  22       OFFEROR FOR THE SERVICES THAT THE IRS IS ACQUIRING FROM

05:05PM  23       ALPHASIX CORPORATION."

05:05PM  24              DO YOU SEE THAT?

05:05PM  25       A.   YES.

SUHY CROSS BY MR. RATINOFF

05:05PM 1   Q.   AND YOU UNDERSTAND FROM MR. ZAGALASKY'S TESTIMONY THAT

05:05PM 2   ALPHASIX WAS SELLING A COMMERCIAL SUBSCRIPTION WITH NEO4J AS A

05:05PM 3   PARTNER; RIGHT?

05:05PM 4   A.   BUT THIS TIME THEY WERE TALKING ABOUT SUPPORT FOR CYBER

05:05PM 5   SECURITY DATA WAREHOUSE.  IT WASN'T -- IT WAS OUR STUDIO,

05:05PM 6   NEO4J, THAT WAS THE PROTEST.  I DON'T KNOW HOW THAT'S RELEVANT

05:05PM 7   FOR THIS.

05:05PM 8   Q.   I THINK THE RELEVANCE IS FOR THE COURT TO DECIDE BUT --

05:05PM 9   A.   NO.  I MEAN, I DIDN'T KNOW, I DIDN'T KNOW THAT THAT'S WHAT

05:05PM 10  ALPHASIX WAS.

05:05PM 11       ALL I KNEW IS THAT IN THE RFP IT SAID THAT THEY WERE

05:05PM 12  SELLING NEO4J AND OUR STUDIO SOFTWARE SUPPORT FOR THE CYBER

05:05PM 13  SECURITY DATA WAREHOUSE.

05:05PM 14  Q.   BUT THE SOFTWARE IS PART OF THIS PROTEST, THE SOFTWARE

05:05PM 15  YOU'RE PROTESTING WAS NEO4J ENTERPRISE WITH A COMMERCIAL

05:06PM 16  LICENSE; RIGHT?

05:06PM 17  A.   I BELIEVE SO, YES.

05:06PM 18       THE PROTEST WAS SAYING YOU SHOULD LOOK AT OPEN SOURCE AND

05:06PM 19  THERE ARE OTHER PEOPLE WHO COULD OFFER THIS.  IT SAVES TAXPAYER

05:06PM 20  MONEY.  IT'S A WASTE OF MONEY TO PAY FOR SOMETHING WHEN YOU

05:06PM 21  DON'T -- WHEN YOU CAN HAVE THE EXACT SAME FUNCTIONALITY.  AT

05:06PM 22  LEAST IT'S WORTH THEM TO MAKE THAT DECISION.

05:06PM 23  Q.   IT WOULD BE MORE EXPENSIVE TO PAY FOR COPYRIGHT

05:06PM 24  INFRINGEMENT THOUGH, WOULDN'T IT?

05:06PM 25  A.   I DON'T KNOW.

05:06PM  1    Q.   LET'S GO AHEAD AND LOOK AT TAB E.  THIS IS SOMETHING ELSE

05:06PM  2    THAT WAS PRODUCED?

05:06PM  3              THE COURT:  IS THIS A NEW EXHIBIT?

05:06PM  4              MR. RATINOFF:  IT IS.

05:06PM  5              THE COURT:  ALL RIGHT.  HOW MUCH LONGER DO YOU THINK

05:06PM  6    YOU HAVE?

05:06PM  7              MR. RATINOFF:  I'D SAY HALF AN HOUR.

05:06PM  8              THE COURT:  OKAY.  WE'LL TAKE OUR RECESS TODAY.

05:06PM  9    IT'S ABOUT FIVE AFTER, SIX AFTER 5:00.  WE'LL COME BACK -- I

05:06PM  10   THINK FRIDAY IS OUR NEXT DAY.

05:06PM  11             MR. BEENE:  YES.

05:07PM  12             THE COURT:  AND SO WE'LL START AT 9:00 A.M. AND

05:07PM  13   WE'LL SEE YOU THEN.

05:07PM  14       THANK YOU.

05:07PM  15             MR. BEENE:  YOUR HONOR, COULD I REQUEST, SINCE THIS

05:07PM  16   IS TAKING THIS LONG, IF MR. SUHY COULD APPEAR HYBRID BY ONE OF

05:07PM  17   THE MONITORS.  HE LIVES BACK EAST IN VIRGINIA, AND THIS IS

05:07PM  18   REALLY HARD FOR HIM TO FLY BACK AND FORTH.  HE MAKES 150 BUCKS

05:07PM  19   AN HOUR AND I WOULD HAVE -- I DON'T KNOW HOW MUCH LONGER HE HAS

05:07PM  20   TO BE ON THE STAND.  I WOULDN'T IMAGINE IT TO BE TOO LONG.

05:08PM  21       (PAUSE IN PROCEEDINGS.)

05:08PM  22             MR. RATINOFF:  YOUR HONOR, I CAN PROBABLY FINISH IN

05:08PM  23   15 MINUTES.  I DON'T WANT TO INCONVENIENCE MR. SUHY.

05:08PM  24             THE COURT:  YOU KNOW, I APPRECIATE YOU BEING

05:08PM  25   CONCERNED ABOUT OUR STAFF AS WELL.

SUHY CROSS BY MR. RATINOFF

05:08PM  1          MR. RATINOFF:  OKAY.

05:08PM  2          THE COURT:  THAT'S THE INCONVENIENCE.

05:08PM  3          MR. RATINOFF:  UNDERSTOOD.

05:08PM  4          THE COURT:  WELL, LET'S DO THIS.  LET ME TAKE A

05:08PM  5   BREAK FOR FIVE MINUTES.  WHY DON'T YOU MEET AND CONFER ABOUT

05:08PM  6   THE LOGISTICS OF HAVING HIM APPEAR REMOTELY, AND THEN I'LL COME

05:08PM  7   BACK.

05:08PM  8          MR. BEENE:  THANK YOU, YOUR HONOR.

05:08PM  9      (RECESS FROM 5:08 P.M. UNTIL 5:18 P.M.)

05:18PM  10          THE COURT:  BACK ON THE RECORD.  ALL PARTIES

05:18PM  11   PREVIOUSLY PRESENT ARE PRESENT AGAIN.

05:18PM  12      MR. SUHY IS BACK ON THE STAND.

05:18PM  13      WE'LL HAVE UNTIL THE BOTTOM OF THE HOUR TO FINISH

05:18PM  14   TESTIMONY.

05:18PM  15          MR. RATINOFF:  THANK YOU, YOUR HONOR, FOR YOUR

05:18PM  16   INDULGENCE, I APPRECIATE THAT, AND TO YOUR STAFF.

05:18PM  17   Q.   MR. SUHY, YOU MENTIONED ESSENTIALLY THE IRS STOPPED USING

05:18PM  18   ONGDB AFTER THE COURT'S RULING ON SUMMARY JUDGMENT; CORRECT?

05:18PM  19   A.   YES.

05:18PM  20   Q.   BUT THAT WASN'T THE FIRST TIME THAT THE COURT DETERMINED

05:18PM  21   THAT SECTION 7 AND 10 DIDN'T ALLOW YOU TO USE THE COMMONS

05:18PM  22   CLAUSE; ISN'T THAT RIGHT?

05:18PM  23   A.   THE COURT, I'M SORRY?  THE COURT SAID?  YES, THE COURT

05:19PM  24   SAID THAT BEFORE.

05:19PM  25   Q.   AND THEN GOING BACK TO -- AS FAR BACK AS IT WAS MENTIONED

SUHY CROSS BY MR. RATINOFF

05:19PM  1    IN 2020; ISN'T THAT RIGHT?

05:19PM  2          WELL, LET ME HELP YOU THERE AND STRIKE THAT QUESTION.

05:19PM  3    A.   I DIDN'T KNOW IT WAS A QUESTION.

05:19PM  4    Q.   THAT'S FINE.  LET'S JUST GO TO EXHIBIT 147.

05:19PM  5    A.   OKAY.

05:19PM  6          THE COURT:  147?

05:19PM  7          MR. RATINOFF:  YES, YOUR HONOR.

05:19PM  8    Q.   DO YOU RECOGNIZE EXHIBIT 147?

05:19PM  9    A.   YES.

05:19PM  10   Q.   AND THIS IS AN EMAIL THAT YOU SENT ON NOVEMBER 13TH -- I'M

05:19PM  11   SORRY, ON NOVEMBER 17TH, 2020 TO DONALD@FSF.ORG; IS THAT RIGHT?

05:19PM  12   A.   YES.

05:19PM  13   Q.   AND THEN ATTACHED TO THAT, THIS EMAIL IS AN ORDER FROM THE

05:20PM  14   COURT DATED NOVEMBER 13TH, 2020; IS THAT RIGHT?

05:20PM  15   A.   YES.

05:20PM  16   Q.   AND I BELIEVE YOUR COUNSEL PREVIOUSLY RAISED THIS ORDER;

05:20PM  17   IS THAT RIGHT?

05:20PM  18   A.   CORRECT.

05:20PM  19   Q.   OKAY.  AND THEN YOU'RE SENDING THIS ORDER TO MR. -- I

05:20PM  20   DON'T REMEMBER HIS LAST NAME -- BUT DONALD AT FREE SOFTWARE

05:20PM  21   FOUNDATION, YOU'RE SAYING, ATTACHING AN ORDER -- I ATTACHED THE

05:20PM  22   ORDER I'M REFERENCING TO THIS EMAIL.  IN A NUTSHELL NEO4J

05:20PM  23   ENTERPRISE LICENSED --

05:20PM  24          THE COURT:  YOU'RE ASKING THIS TO BE RECEIVED IN

05:20PM  25   EVIDENCE?

05:20PM   1                    MR. RATINOFF:  YES.

05:20PM   2                    THE COURT:  ANY OBJECTION?

05:20PM   3                    MR. BEENE:  NO OBJECTION.

05:20PM   4                    THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

05:20PM   5               (PLAINTIFFS' EXHIBIT 147 WAS RECEIVED IN EVIDENCE.)

05:20PM   6     BY MR. RATINOFF:

05:20PM   7     Q.   LET ME JUST SKIP THAT AND GO DOWN TO THE COURT AGREES WITH

05:20PM   8     NEO4J IN THAT THEY CAN ADD FURTHER RESTRICTIONS TO THE AGPL AND

05:20PM   9     THAT LICENSES DOWN THE LINE CANNOT -- LICENSEES DOWN THE LINE

05:21PM  10     CANNOT REMOVE THE ADDITIONAL RESTRICTION AS THE AGPL CLEARLY

05:21PM  11     STATES.

05:21PM  12          DO YOU SEE THAT?

05:21PM  13     A.   YES.

05:21PM  14     Q.   AND SO BY THIS TIME YOU ALREADY KNEW THE COURT HAD MADE

05:21PM  15     THAT DETERMINATION; IS THAT CORRECT?

05:21PM  16     A.   YES.

05:21PM  17     Q.   BUT YET YOU CONTINUED TO PROMOTE ONGDB; ISN'T THAT RIGHT?

05:21PM  18     A.   WELL, ONGDB -- THE -- WHEN THE GRAPH FOUNDATION HAD THE --

05:21PM  19     WHAT'S THE NAME OF IT? -- THE INJUNCTION, THEY WENT TO 3.4 AND

05:21PM  20     WITHOUT THE COMMONS CLAUSE THEY WEREN'T ALLOWED TO USE

05:21PM  21     ANYTHING, THEY HAD TO GO BACK TO AN OLDER VERSION.

05:21PM  22     Q.   AND I'M NOT TALKING ABOUT THE INJUNCTION WHICH WAS IN

05:21PM  23     FEBRUARY OF THE FOLLOWING YEAR.  I'M TALKING ABOUT AT THAT TIME

05:21PM  24     IN NOVEMBER OF 2020, YOU CONTINUED TO PROMOTE ONGDB UNDER THE

05:21PM  25     AGPL; ISN'T THAT RIGHT?

05:21PM 1    A.   I BELIEVE SO.

05:21PM 2    Q.   SO, IN FACT, SINCE YOU MENTIONED THE INJUNCTION, AFTER THE

05:21PM 3    INJUNCTION, YOU CONTINUED TO PROMOTE ONGDB UNDER THE AGPL

05:22PM 4    THROUGH YOUR GRAPH STACK WEBSITE; ISN'T THAT RIGHT?

05:22PM 5    A.   I BELIEVE SO, YES.

05:22PM 6    Q.   I THINK BEFORE THE BREAK WE WERE LOOKING AT -- LET ME FIND

05:22PM 7    IT.  TAB E IN YOUR BINDER, CROSS BINDER.

05:22PM 8    A.   I'M THERE.

05:22PM 9    Q.   AND YOU UNDERSTAND THIS IS A LETTER THAT YOU SENT ON

05:23PM 10   APPROXIMATELY JULY 24TH, 2020 TO THE -- IT LOOKS LIKE SOMEONE

05:23PM 11   AT THE AGO.GOV; IS THAT RIGHT?

05:23PM 12   A.   CORRECT.

05:23PM 13         MR. RATINOFF:  AND I THINK THIS WOULD BE MARKED AS

05:23PM 14   EXHIBIT 211.  I WOULD MOVE IT INTO EVIDENCE.

05:23PM 15         THE COURT:  ANY OBJECTION?

05:23PM 16         MR. BEENE:  NO OBJECTION.

05:23PM 17         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

05:23PM 18      (PLAINTIFFS' EXHIBIT 211 WAS MARKED AND RECEIVED IN

05:23PM 19   EVIDENCE.)

05:23PM 20   BY MR. RATINOFF:

05:23PM 21   Q.   AND YOU SEE HERE IN THIS DOCUMENT IT SAYS AFFIGENT, YOU'RE

05:23PM 22   PROTESTING ON THE WORD "AFFIGENT"; IS THAT RIGHT?

05:23PM 23   A.   YES.

05:23PM 24   Q.   AND YOU HEARD FROM MR. ZAGALASKY THAT AFFIGENT WAS

05:23PM 25   ACTUALLY A RESELLER OF NEO4J SOFTWARE; ISN'T THAT RIGHT?

SUHY CROSS BY MR. RATINOFF                                          379

05:23PM   1      A.   YES, LAST WEEK.

05:23PM   2      Q.   ARE YOU TALKING ABOUT HIS TESTIMONY LAST WEEK?

05:23PM   3      A.   YES.

05:23PM   4      Q.   YES.  AND THEN YOU FILED THIS PROTEST TO PROTEST AN AWARD

05:23PM   5      THAT PAID FOR A COMMERCIAL LICENSE TO NEO4J ENTERPRISE?

05:24PM   6      A.   YES.

05:24PM   7      Q.   AND THEN TURNING TO PAGE 3 UNDER INTERESTED PARTY?

05:24PM   8      A.   I'M THERE.

05:24PM   9      Q.   IT SAYS, "IGOV IS AN INTERESTED PARTY WHOSE ECONOMIC

05:24PM  10      INTERESTS ARE DIRECTLY AFFECTED BY THE GAO'S INTENT TO MAKE

05:24PM  11      THIS AWARD TO AFFIGENT LLC.  IGOV IS A PROSPECTIVE OFFEROR FOR

05:24PM  12      THE SERVICES THAT GAO IS ACQUIRING FROM AFFIGENT LLC."

05:24PM  13           DO YOU SEE THAT?

05:24PM  14      A.   YES.

05:24PM  15      Q.   AND YOU WERE FILING THIS SUGGESTING THAT THEY WOULD

05:24PM  16      CONSIDER ONGDB TO BE IN YOUR SERVICES; IS THAT RIGHT?

05:24PM  17      A.   YEAH, I THINK OUR SERVICES.  OUR SERVICES.

05:24PM  18      Q.   I'M SORRY?

05:24PM  19      A.   OUR SERVICES.  WE'RE SAYING WE CAN BUILD SOFTWARE AS WELL.

05:24PM  20           YES, I WAS SAYING IN THIS THAT WE ARE SOMEBODY WHO HAS

05:24PM  21      EXPERIENCE AND CAN PROVIDE AND BUILD YOU SOLUTIONS.

05:24PM  22      Q.   AND IN THIS CASE IT WAS, IT WAS SOLUTIONS BASED ON NEO4J

05:24PM  23      ENTERPRISE; CORRECT?

05:25PM  24      A.   IT WOULD HAVE BEEN ONLY BECAUSE IGOV ONLY FOCUSSED ON FREE

05:25PM  25      SOFTWARE, SO IT WOULD HAVE BEEN NEO4J ENTERPRISE UNDER AGPL OR

05:25PM  1    ONGDB.

05:25PM  2    Q.   RIGHT.  SO YOU'RE TELLING THE GAO THAT THEY COULD USE

05:25PM  3    ONGDB FOR FREE INSTEAD OF USING NEO4J ENTERPRISE UNDER A

05:25PM  4    COMMERCIAL LICENSE; CORRECT?

05:25PM  5    A.   YES, AND THEN THEY'LL HAVE MORE MONEY TO PAY FOR A

05:25PM  6    SOLUTION TO BE BUILT.

05:25PM  7    Q.   AND LET'S GO TO THE NEXT TAB F.

05:25PM  8    A.   I'M THERE.

05:25PM  9    Q.   AND THEN I'M JUST GOING TO PREMARK THIS AS PLAINTIFFS'

05:25PM  10   EXHIBIT 212.

05:25PM  11        (PLAINTIFFS' EXHIBIT 212 WAS MARKED FOR IDENTIFICATION.)

05:25PM  12   BY MR. RATINOFF:

05:25PM  13   Q.   DO YOU RECOGNIZE THIS DOCUMENT?

05:25PM  14   A.   YES, I DO.

05:25PM  15   Q.   AND WHAT IS IT?

05:25PM  16   A.   IT'S AN ANOTHER PROTEST LETTER FOR NIH.

05:25PM  17   Q.   AND LOOKING ON THE THIRD PAGE AGAIN UNDER INTERESTED

05:25PM  18   PARTY, IT SAYS, "IGOV, INC., IS AN INTERESTED PARTY WHOSE

05:26PM  19   DIRECT ECONOMIC INTERESTS ARE AFFECTED BY NIH'S INTENT TO MAKE

05:26PM  20   A SOLE SOURCE AWARD TO NEO4J INC.  IGOV IS A PROSPECTIVE

05:26PM  21   OFFEROR OF THE SERVICES THAT NIH SEEKS TO ACQUIRE FROM NEO4J."

05:26PM  22        DO YOU SEE THAT?

05:26PM  23   A.   YES.

05:26PM  24        THE COURT:  YOU'RE ASKING THIS TO BE ADMITTED INTO

05:26PM  25   EVIDENCE?

05:26PM  1             MR. RATINOFF:  YES.

05:26PM  2             THE COURT:  ANY OBJECTION?

05:26PM  3             MR. BEENE:  NO.

05:26PM  4             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

05:26PM  5         (PLAINTIFFS' EXHIBIT 212 WAS RECEIVED IN EVIDENCE.)

05:26PM  6             MR. RATINOFF:  SORRY, YOUR HONOR.  I'M JUST TRYING

05:26PM  7     TO --

05:26PM  8     Q.   AND YOU HEARD MR. ZAGALASKY TESTIFY THAT NEO4J ALSO

05:26PM  9     PROVIDES DEVELOPMENT SERVICES FOR PEOPLE BUILDING PLATFORMS ON

05:26PM  10    NEO4J; ISN'T THAT RIGHT?

05:26PM  11    A.   I HEARD HIM SAY THAT.

05:26PM  12    Q.   AND IT SEEMS TO BE CONSISTENT WITH WHAT YOU'RE SUGGESTING

05:26PM  13    IN THIS PROTEST; ISN'T THAT RIGHT?

05:26PM  14    A.   NO, NEO4J DIDN'T DO THAT WHEN THIS HAPPENED.

05:26PM  15         IF THEY STARTED OFFERING THE SERVICES, IT WAS RECENTLY.

05:27PM  16    Q.   THIS WILL BE MY LAST EXHIBIT.

05:27PM  17         LET'S GO AHEAD AND GO TO EXHIBIT D OR TAB D.

05:27PM  18    A.   I'M THERE.

05:27PM  19    Q.   DO YOU RECOGNIZE TAB D?

05:27PM  20    A.   YES.

05:27PM  21    Q.   AND WHAT IS IT?

05:27PM  22    A.   IT LOOKS LIKE A WEBSITE FROM THE WAYBACK MACHINE FOR FSF.

05:27PM  23    Q.   I'M SORRY, TAB B?

05:27PM  24             THE COURT:  B AS IN BOY.

05:27PM  25             THE WITNESS:  OH, I'M THERE.

05:27PM   1    BY MR. RATINOFF:

05:27PM   2    Q.   SO 2015 NEO4J PRICE LIST?

05:28PM   3    A.   I'M THERE.

05:28PM   4    Q.   AND DO YOU RECOGNIZE THE DOCUMENT?

05:28PM   5         SIR, DO YOU RECOGNIZE THE DOCUMENT?

05:28PM   6    A.   OH, YES, YES.

05:28PM   7    Q.   AND DO YOU SEE IT WAS USED IN YOUR DEPOSITION?  DO YOU SEE

05:28PM   8    THAT?

05:28PM   9    A.   YES.

05:28PM  10             MR. RATINOFF:  AND I WOULD MOVE THIS INTO EVIDENCE.

05:28PM  11             MR. BEENE:  NO OBJECTION.

05:28PM  12             MR. RATINOFF:  IT SHOULD BE 213.

05:28PM  13             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

05:28PM  14         (PLAINTIFFS' EXHIBIT 213 WAS RECEIVED IN EVIDENCE.)

05:28PM  15    BY MR. RATINOFF:

05:28PM  16    Q.   IF YOU WANT TO GO AHEAD AND TURN TO PAGE 10 OF 13?

05:28PM  17    A.   I'M THERE.

05:28PM  18    Q.   AND YOU SEE TRAINING AND PROFESSIONAL SERVICES.  DO YOU

05:28PM  19    SEE THAT HEADING?

05:28PM  20    A.   YES.

05:28PM  21    Q.   AND IT SAYS, "SUBJECT MATTER EXPERTS ARE AVAILABLE ON AN

05:28PM  22    HOURLY AND DAILY RATES TO AID IN MODELING, DEVELOPMENT SUPPORT,

05:28PM  23    AND PRODUCT DELIVERY."

05:28PM  24         DO YOU SEE THAT?

05:28PM  25    A.   YES, I DO.

SUHY CROSS BY MR. RATINOFF

05:28PM  1    Q.   AND THE DATE THERE IS OCTOBER 1ST, 2015.

05:29PM  2         DO YOU SEE THAT?

05:29PM  3    A.   YES.

05:29PM  4    Q.   AND SO IT'S FAIR TO SAY THAT NEO4J WAS OFFERING

05:29PM  5    DEVELOPMENT SERVICES AT LEAST AS EARLY AS OCTOBER 2015;

05:29PM  6    CORRECT?

05:29PM  7    A.   THESE WERE SERVICES ONLY FOR NEO4J.  THESE WEREN'T

05:29PM  8    DEVELOPMENT SERVICES ACROSS PLATFORMS.  THESE WERE SERVICES

05:29PM  9    ONLY FOR NEO4J CREATING MODELS, QUERIES, VERY SPECIFIC TO ONLY

05:29PM  10   DOING IT FOR NEO4J.

05:29PM  11   Q.   PROJECTS USING NEO4J SOFTWARE?

05:29PM  12   A.   IT WAS FOR NEO4J SOFTWARE ITSELF, NOT FOR THE PROJECTS

05:29PM  13   THAT USED IT.

05:29PM  14        LARS TOLD ME --

05:29PM  15             MR. RATINOFF:  I HAVE NO FURTHER QUESTIONS.

05:29PM  16        THANK YOU, YOUR HONOR.

05:29PM  17             THE COURT:  ALL RIGHT.  REDIRECT?

05:29PM  18             MR. BEENE:  I HAVE NO REDIRECT, YOUR HONOR.

05:29PM  19             THE COURT:  ALL RIGHT.  THANK YOU.  MAY THIS WITNESS

05:29PM  20   BE EXCUSED?

05:29PM  21             MR. BEENE:  YES, SIR.

05:29PM  22             THE COURT:  SIR, YOU CAN STAND DOWN.  THANK YOU.

05:29PM  23             MR. RATINOFF:  SO, YOUR HONOR, THERE WAS ONE

05:29PM  24   HOUSEKEEPING MATTER.  I BELIEVE THERE WERE SEVERAL EXHIBITS.  I

05:29PM  25   BELIEVE THERE'S A MISCOMMUNICATION ON --

05:29PM  1              THE COURT:  WELL, WE'RE GOING TO TALK ABOUT THAT IN

05:29PM  2      JUST A MOMENT.

05:29PM  3          ANY ADDITIONAL EVIDENCE FROM THE DEFENSE?

05:30PM  4              MR. BEENE:  NO, YOUR HONOR.

05:30PM  5              THE COURT:  DOES THE DEFENSE REST THEN?

05:30PM  6              MR. BEENE:  YEAH.

05:30PM  7              THE COURT:  THANK YOU.  THERE'S NO REBUTTAL EVIDENCE

05:30PM  8      THEN.

05:30PM  9          IS THERE ANY REBUTTAL EVIDENCE?  ANYTHING ELSE?  THEY PUT

05:30PM  10     NOTHING ON OTHER THAN THE WITNESS.  ALL RIGHT.  THANK YOU.

05:30PM  11         SO WHAT WE'RE GOING TO DO NOW, I'M GOING TO TASK YOU,

05:30PM  12     COUNSEL, WITH GOING OVER THE EXHIBIT LIST AND MAKING IT

05:30PM  13     ACCURATE AND MAKING SURE THAT ALL OF THE EXHIBITS THAT YOU

05:30PM  14     BELIEVE WERE ADMITTED ACTUALLY APPEAR ON A LIST, SO I'LL ASK

05:30PM  15     YOU TO MEET AND CONFER AND TALK TO OUR DEPUTY TO GET THAT

05:30PM  16     COMPLETED.

05:30PM  17         AS TO CLOSING ARGUMENTS, MY SENSE IS TO HAVE YOU DRAFT

05:30PM  18     CLOSING ARGUMENTS FOR ME TO ASSIST BASED ON THE EVIDENCE AND

05:30PM  19     THEN YOU CAN APPLY THAT TO THE STIPULATED FACTS AND EXHIBITS,

05:30PM  20     INCLUDING NEW EXHIBITS.

05:30PM  21         I DON'T KNOW WHAT YOUR THOUGHTS ARE ON AUGMENTING YOUR

05:31PM  22     FINDINGS AND -- FINDINGS OF FACT AND CONCLUSIONS OF LAW, IF YOU

05:31PM  23     WANT TO GO THROUGH THAT AGAIN, OR -- AND I'M HAPPY TO RECEIVE

05:31PM  24     THAT IF YOU WANT TO ADD ANYTHING, AUGMENT THEM WITH THE

05:31PM  25     EVIDENCE THAT HAS COME IN, MAYBE THAT'S THE BEST THING TO DO,

05:31PM  1      BUT I'M HAPPY TO HEAR FROM YOU.

05:31PM  2              MR. RATINOFF:  IT'S FUNNY YOU MENTIONED THAT.  WE

05:31PM  3      DID HAVE A CONVERSATION EARLIER, AND I THINK WE AGREE WE WOULD

05:31PM  4      WAIVE CLOSING.  AND YOUR HONOR PREVIOUSLY, I THINK AT ONE POINT

05:31PM  5      YOU SUGGESTED AFTER THE ORDER CAME OUT WE WOULD WANT TO AMEND

05:31PM  6      OUR CONCLUSIONS OF FACT AND LAW, AND I THINK WE CAN JUST EACH

05:31PM  7      DO THAT AND SUBMIT THAT FOR YOUR HONOR'S CONSIDERATION.

05:31PM  8              THE COURT:  THAT'S FINE.  THAT'S FINE.

05:31PM  9          THAT'S FINE.  I'M HAPPY TO DO IT.  THAT'S PROBABLY THE

05:31PM 10      NEATER WAY RATHER THAN HAVE ME INCORPORATE TWO DIFFERENT

05:31PM 11      DOCUMENTS.

05:31PM 12              MR. BEENE:  YES.  IT WAS ALSO, IF YOU RECALL, WHAT

05:31PM 13      WE HAD FILED BEFORE WE HAD STUFF FROM BEFORE, AND WE HAD BEEN

05:31PM 14      TAKING STUFF OUT.

05:31PM 15              THE COURT:  NO, YOU'VE BEEN VERY EFFICIENT.

05:32PM 16              MR. BEENE:  SO I HOPE YOU'RE NOT READING THAT

05:32PM 17      BECAUSE THERE'S A LOT OF STUFF THAT IS GONE.  SO WE THOUGHT WE

05:32PM 18      WOULD STRIP THAT OUT AND THEN JUST FOCUS ON THIS.

05:32PM 19          AND IT'S PROBABLY BETTER FOR YOU TO HAVE A NEUTRAL

05:32PM 20      STATEMENT LIKE DON'T ARGUE AND THEN THAT WAY YOU DON'T HAVE TO

05:32PM 21      READ A BUNCH OF NOISE.

05:32PM 22              THE COURT:  SO I'LL RECEIVE EACH OF YOUR RESPECTIVE

05:32PM 23      DOCUMENTS.

05:32PM 24          LET ME ASK YOU, FIRST OF ALL, ABOUT PAGE LIMITATIONS.  ARE

05:32PM 25      THERE ANY PAGE LIMITATIONS THAT I NEED TO IMPOSE ON THAT?

05:32PM 1          MR. RATINOFF:  I THINK THE PAGES WILL SHRINK BECAUSE

05:32PM 2    I DON'T BELIEVE YOUR HONOR HAD A PAGE LIMIT ON THAT ORIGINALLY.

05:32PM 3          THE COURT:  NO, I DIDN'T.

05:32PM 4          MR. RATINOFF:  AND THEY WILL BE SHORTER BECAUSE SOME

05:32PM 5    OF THE CLAIMS WERE ADDRESSED IN SUMMARY JUDGMENT.  SO I CAN'T

05:32PM 6    SAY WHAT THAT NUMBER WILL BE, BUT I THINK IT WILL BE LESS THAN

05:32PM 7    WHAT IT WAS BEFORE.

05:32PM 8          MR. BEENE:  IT WILL ALMOST HAVE TO BE.

05:32PM 9          MR. RATINOFF:  IT WOULD HAVE TO BE.

05:32PM 10         MR. BEENE:  YOUR HONOR, WHAT WOULD YOU EXPECT?  WHAT

05:33PM 11   WOULD BE A REASONABLE EXPECTATION?

05:33PM 12         THE COURT:  WELL, I DON'T WANT TO PRECLUDE YOU FROM

05:33PM 13   INCLUDING ANYTHING THAT YOU THINK IS IMPORTANT IN EACH OF YOUR

05:33PM 14   CASES.

05:33PM 15     NOW, AS YOU KNOW, THERE'S A 25 PAGE CAP ON MOTIONS, AND I

05:33PM 16   DON'T KNOW IF YOU NEED THAT, IF YOU WANT THAT, I COULD IMPOSE

05:33PM 17   THAT SAME CAP ON YOU.

05:33PM 18     IF YOU WOULD LIKE TO EXCEED THAT, JUST LET ME KNOW, AND

05:33PM 19   I'M HAPPY TO DO THAT AS WELL.

05:33PM 20     IF YOU TELL ME YOU NEED 150 PAGES, WE'LL PROBABLY HAVE A

05:33PM 21   CONVERSATION.

05:33PM 22     BUT, YOU KNOW, IF YOU CAN.

05:33PM 23         MR. BEENE:  I THINK WE ALREADY HAD 150 PAGES OF

05:33PM 24   BRIEFING IN THIS CASE, YOUR HONOR.

05:33PM 25         THE COURT:  RIGHT.  AND THEN I WANT TO ASK YOU WHAT

05:33PM   1    THE TIMING OF THAT IS AND WHEN YOU WOULD LIKE TO GET THAT TO

05:33PM   2    ME.  WE'RE IN THE HOLIDAY SEASON, AND I RECOGNIZE THAT THAT

05:33PM   3    PRESENTS ISSUES, TRAVEL AND EVERYTHING ELSE.

05:33PM   4        SO I --

05:33PM   5            MR. BEENE:  I PERSONALLY, BECAUSE OF THE

05:33PM   6    HOLIDAYS AND WHAT I -- YESTERDAY WAS MY BIRTHDAY, AND I WAS

05:33PM   7    DRAFTING AN EXAMINATION OF AN EXPERT.

05:34PM   8        NOW, WHAT DID YOU DO ON YOUR BIRTHDAY?

05:34PM   9            MR. RATINOFF:  TODAY IS MY DAD'S 80TH BIRTHDAY

05:34PM  10    ACTUALLY.

05:34PM  11            MR. BEENE:  SO IS IT OKAY LIKE SOME TIME,

05:34PM  12    JANUARY 10TH, OR SOMETHING LIKE THAT?

05:34PM  13            THE COURT:  ABSOLUTELY.

05:34PM  14        LET ME SAY I'M HAPPY TO HAVE YOU MEET AND CONFER AND

05:34PM  15    SELECT A SCHEDULE THAT IS APPROPRIATE FOR YOUR CLIENTS TO

05:34PM  16    SUPPORT YOUR CLIENT'S POSITION BUT CONCURRENT WITH THAT TO

05:34PM  17    SUPPORT YOUR PERSONAL LIVES OVER THE HOLIDAY SEASON.

05:34PM  18            MR. RATINOFF:  I APPRECIATE THAT.

05:34PM  19            THE COURT:  AND WE CAN RECEIVE THAT IN THE MIDDLE OF

05:34PM  20    JANUARY.  AND I'M HAPPY TO HAVE YOU MEET AND CONFER ON THAT,

05:34PM  21    AND YOU CAN GIVE ME A DATE.

05:34PM  22        AND PROBABLY THE BEST THING TO DO WOULD BE TO, I DON'T

05:34PM  23    KNOW, PICK A FRIDAY.  THE 19TH OR THE 26TH OF JANUARY ARE GOOD

05:34PM  24    DAYS.  IF YOU WANT TO -- THOSE ARE FRIDAYS.

05:34PM  25            MR. RATINOFF:  HOW ABOUT THE 19TH?

| | | |
|---|---|---|
| 05:34PM | 1 | MR. BEENE:  YES. |
| 05:35PM | 2 | MR. RATINOFF:  I'VE GOT TRAVEL WITH CHEER |
| 05:35PM | 3 | COMPETITION WITH MY DAUGHTER. |
| 05:35PM | 4 | THE COURT:  AND I'M NOT WEDDED TO THOSE DAYS.  I'M |
| 05:35PM | 5 | OFFERING YOU IN JANUARY ANYTHING THAT LOOKS LIKE IT WILL WORK |
| 05:35PM | 6 | FOR YOU.  EVEN THE END OF THE MONTH IS FINE WITH ME.  MEET AND |
| 05:35PM | 7 | CONFER AND MAKE SURE I HAVE AN EXHIBIT, AN APPROPRIATE EXHIBIT |
| 05:35PM | 8 | LIST, AND EVERYTHING THAT YOU THOUGHT WAS IN WAS IN.  TALK WITH |
| 05:35PM | 9 | MS. ROBINSON.  I HAVE MY NOTES ABOUT WHAT WAS ADMITTED AND WHAT |
| 05:35PM | 10 | WAS NOT, AND WE'LL LOOK AND COMPARE THOSE.  AND THEN YOU CAN |
| 05:35PM | 11 | GET YOUR DOCUMENTS TO ME SOME TIME. |
| 05:35PM | 12 | MR. RATINOFF:  WILL YOUR HONOR BE SIGNING THE |
| 05:35PM | 13 | STIPULATION THAT WE FILED BACK ON -- I BELIEVE IT WAS |
| 05:35PM | 14 | NOVEMBER 21, 2023? |
| 05:35PM | 15 | THE COURT:  YES. |
| 05:35PM | 16 | MR. RATINOFF:  SO RIGHT BEFORE THANKSGIVING. |
| 05:35PM | 17 | THE COURT:  YES. |
| 05:35PM | 18 | MR. RATINOFF:  I THINK THAT WOULD HELP US FIGURE OUT |
| 05:35PM | 19 | WHAT IS LEFT. |
| 05:35PM | 20 | THE COURT:  SURE.  OKAY.  I WILL SIGN THAT. |
| 05:35PM | 21 | ANYTHING ELSE? |
| 05:35PM | 22 | MR. BEENE:  THANK YOU AND YOUR STAFF FOR STAYING |
| 05:35PM | 23 | OVER TIME SO MY CLIENT CAN GET HOME. |
| 05:36PM | 24 | THE COURT:  SURE.  HE HAS FAMILY, TOO, WE LEARNED. |
| 05:36PM | 25 | OKAY. |

05:36PM 1          MR. RATINOFF:  THANK YOU, YOUR HONOR.

05:36PM 2          MR. PICONE:  THANK YOU, YOUR HONOR.

05:36PM 3          MR. BEENE:  THANK YOU, YOUR HONOR.

05:36PM 4       (COURT CONCLUDED AT 5:36 P.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, RMR, CRR
17         CERTIFICATE NUMBER 8074

18

19                   DATED:  NOVEMBER 29, 2023

20

21

22

23

24

25