1 | John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com

2 | Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com

3 | HOPKINS & CARLEY
A Law Corporation

4 | The Letitia Building
70 South First Street

5 | San Jose, CA  95113-2406
*mailing address:*

6 | P.O. Box 1469
San Jose, CA 95109-1469

7 | Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

8 |

| Attorneys for Plaintiffs and Counter-Defendants

9 | NEO4J, INC. and NEO4J SWEDEN AB

10 | Adron W. Beene, Bar No. 129040
adron@adronlaw.com

11 | Adron G. Beene SB# 298088
adronjr@adronlaw.com

12 | Attorney at Law
7960 Soquel Drive Suite #296

13 | Aptos, CA 95003
Tel: (408) 392-9233

14 |

| Attorneys for Defendants and Counterclaimants

15 | PURETHINK LLC, IGOV INC., and JOHN
MARK SUHY

16 |

UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 |

| NEO4J, INC., a Delaware corporation, | CASE NO.  5:18-cv-07182-EJD

19 | NEO4J SWEDEN, AB, a Swedish
corporation,

20 | | **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiffs,

21 |

v.

22 |

23 | PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY, an

24 | individual,

25 | Defendants.

26 |

27 | AND RELATED COUNTERCLAIMS.

28 |

4881-4801-1671.1

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW; CASE NO. 5:18-CV-07182-EJD

**STIPULATION**

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective counsel as follows:

WHEREAS, Plaintiffs and Defendants (collectively, the "Parties") respectively filed their original Proposed Findings of Fact and Conclusions of Law on October 2, 2023.

WHEREAS, at the conclusion of the trial in this Action, the Parties agreed to file Amended Proposed Findings of Fact and Conclusions of Law on January 19, 2024.

WHEREAS, the Court instructed the Parties to file a stipulation reflecting the same.

ACCORDINGLY, IT IS HEREBY STIPULATED THAT the Parties shall file Amended Proposed Findings of Fact and Conclusions of Law on or before 5:30 p.m. PST on January 19, 2024.

Dated:  December 18, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

Dated:  December 18, 2023

    */s/ Adron W. Beene*
    Adron W. Beene
    Adron G. Beene
    Attorneys for Defendants and Counter-
    Claimants
    PURETHINK LLC, IGOV INC., and
    JOHN MARK SUHY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

             EDWARD J. DAVILA
             United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4881-4801-1671.1
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; CASE NO. 5:18-CV-07182-EJD

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  December 18, 2023

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

4881-4801-1671.1
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; CASE NO. 5:18-CV-07182-EJD