John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Adron W. Beene, Bar No. 129040
adron@adronlaw.com
Adron G. Beene SB# 298088
adronjr@adronlaw.com
Attorney at Law
7960 Soquel Drive Suite #296
Aptos, CA 95003
Tel: (408) 392-9233

Attorneys for Defendants and Counterclaimants
PURETHINK LLC, IGOV INC., and JOHN
MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4881-4801-1671.1
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; CASE NO. 5:18-CV-07182-EJD

1

## **STIPULATION**

2         This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j

3   Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov

4   Inc. and John Mark Suhy (collectively, "Defendants") through their respective counsel as follows:

5         WHEREAS, Plaintiffs and Defendants (collectively, the "Parties") respectively filed their

6   original Proposed Findings of Fact and Conclusions of Law on October 2, 2023.

7         WHEREAS, at the conclusion of the trial in this Action, the Parties agreed to file

8   Amended Proposed Findings of Fact and Conclusions of Law on January 19, 2024.

9         WHEREAS, the Court instructed the Parties to file a stipulation reflecting the same.

10        ACCORDINGLY, IT IS HEREBY STIPULATED THAT the Parties shall file Amended

11  Proposed Findings of Fact and Conclusions of Law on or before 5:30 p.m. PST on January 19,

12  2024.

13  Dated:  December 18, 2023                HOPKINS & CARLEY
                                            A Law Corporation
14
                                            By: */s/ Jeffrey M. Ratinoff*
15                                              John V. Picone III
                                                Jeffrey M. Ratinoff
16                                              Attorneys for Plaintiffs and
                                                Counter-Defendants
17                                              NEO4J, INC. and NEO4J SWEDEN AB

18

19  Dated:  December 18, 2023                 */s/ Adron W. Beene*
                                                Adron W. Beene
20                                              Adron G. Beene
                                                Attorneys for Defendants and Counter-
21                                              Claimants
                                                PURETHINK LLC, IGOV INC., and
22                                              JOHN MARK SUHY

23

24        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Dated:  _____December 19, 2023_____    _____
                                            EDWARD J. DAVILA
27                                          United States District Court Judge

28

4881-4801-1671.1

1

### ATTESTATION OF E-FILED SIGNATURE

2      Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3   the filing of this document from all signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this electronically filed document and I have on file records to

5   support this concurrence for subsequent production to the Court if so ordered or for inspection

6   upon request.

7   Dated:  December 18, 2023

8

HOPKINS & CARLEY
A Law Corporation

9
10
11
12

By: /s/ Jeffrey M. Ratinoff
      John V. Picone III
      Jeffrey M. Ratinoff
      Attorneys for Plaintiffs and
      Counter-Defendants
      NEO4J, INC. and NEO4J SWEDEN AB

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4881-4801-1671.1

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR THE PARTIES TO FILE AMENDED PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW; CASE NO. 5:18-CV-07182-EJD