John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Arthur E. Rothrock, Bar No. 312704
arothrock@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**DECLARATION OF JASON ZAGALSKY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN ADMITTED TRIAL EXHIBITS UNDER SEAL** |

I, Jason Zagalsky, declare as follows:

1. I am currently the Federal Technical Account Manager at Neo4j, Inc. and have held this position since October 2016.  During that time, I have been responsible for sales of Neo4j® software to the federal government and federal government contractors. I submit this

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4872-7570-2943.1
DECLARATION OF JASON ZAGALSKY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN ADMITTED TRIAL EXHIBITS UNDER SEAL; CASE NO. 5:18-CV-07182-EJD

1  declaration in conjunction with Neo4j, Inc. and Neo4j Sweden AB's (collectively "Plaintiffs'")
2  Administrative Motion to File Certain Admitted Trial Exhibits Under Seal.

3      2.    The facts stated herein are based on my personal knowledge, except with respect
4  to those matters stated to be on information and belief, and as to those matters, I believe them to
5  be true. If called upon to testify as a witness in this matter, I could and would do so competently.

6      3.    I have reviewed the following exhibits identified in the concurrently filed
7  Admitted Trial Exhibit List and Joint Certification of Admitted Trial Exhibits, which either
8  contain Plaintiffs' highly confidential, commercially sensitive business information, or
9  confidential, commercially sensitive business information:

10      a.    **Trial Exhibit 15** is a highly confidential report of government customer
11  wins inside and outside of the United States. This report contains highly confidential and
12  proprietary sales and financial information relating to Neo4j, Inc. and Neo4j Sweden AB's
13  customers, as well as its business and financial condition. Neo4j, Inc. is a privately held company
14  and does not publically disclose its internal financial and sales information, or in particular, the
15  amount of licensing and subscription fees specific customers pay for commercial licenses to
16  Neo4j® Enterprise Edition. It also limits access of this internal financial information on a "need-
17  to-know basis" to a small number of high-level employees of Neo4j, Inc. and Neo4j Sweden AB,
18  and limits its disclosure subject to a non-disclosure/confidentiality agreement. I believe that the
19  public disclosure of this information would substantially harm our competitive standing in the
20  marketplace, provide competitors, including the Defendants in this action, with information that
21  could be used to obtain a competitive advantage over Plaintiffs by obtaining insight into the
22  financial condition of Plaintiffs, the profitability of their software business and the identity of
23  their customers that may not otherwise be publicly available.

24      b.    **Trial Exhibits 16, 17, 18, 19 and 213** are versions of Neo4j, Inc.'s internal
25  price lists, which contain confidential and proprietary pricing information. Neo4j, Inc. does not
26  publically disclose its internal pricing information, or in particular, the amount of licensing and
27  subscription fees specific customers pay for commercial licenses to Neo4j® Enterprise Edition.
28  It also limits access of these internal price lists on a "need-to-know basis" to a small number of

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4872-7570-2943.1     - 2 -
DECLARATION OF JASON ZAGALSKY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN ADMITTED TRIAL EXHIBITS UNDER SEAL; CASE NO. 5:18-CV-07182-EJD

1  high-level employees of Neo4j, Inc. and Neo4j Sweden AB, and limits its disclosure subject to a
2  non-disclosure/confidentiality agreement.  I believe that the public disclosure of this information
3  would substantially harm our competitive standing in the marketplace, provide competitors,
4  including the Defendants in this action, with information that could be used to obtain a
5  competitive advantage over Plaintiffs by obtaining insight on how Plaintiffs price their software
6  and related products and services that are not otherwise be publicly available.

7          c.       **Trial Exhibit 209** is the 2022-12-22 Expert Report of Steven B. Boyles.
8  The redacted portions of that report consist of excerpts from the aforementioned confidential
9  internal price lists and other confidential pricing, sales and financial information that Neo4j
10 USA's does not publically disclose. Access to this internal pricing and financial information on a
11 "need-to-know basis" to a small number of high-level employees of Neo4j, Inc. and Neo4j
12 Sweden AB, and limits its disclosure subject to a non-disclosure/confidentiality agreement.  I
13 believe that the public disclosure of this information would substantially harm our competitive
14 standing in the marketplace, provide competitors, including the Defendants in this action, with
15 information that could be used to obtain a competitive advantage over Plaintiffs by obtaining
16 insight on how Plaintiffs price their software and related products and services that may not
17 otherwise be publicly available.

18         d.       **Trial Exhibit 118** is an April 19, 2019 Neo4j Proposal to the Maryland
19 Procurement Office (MPO) and Next Century, which contains commercially sensitive and highly
20 confidential information regarding the structure and amount of licensing and subscription fees for
21 Neo4j® Enterprise Edition, as well as pricing and discount information. It also reveals specific
22 and detailed information concerning our software features, subscription models, professional
23 service offerings, and marketing strategy, which Neo4j, Inc. considers to be commercially
24 sensitive and highly confidential. The disclosure of this information would expose Neo4j, Inc. to
25 substantial competitive harm. In particular, it would provide competitors, including Defendants,
26 with information that could be used by them to obtain a competitive advantage over Neo4j, Inc.
27 and potentially damage its actual and potential customer relationships.
28 / / /

4872-7570-2943.1  - 3 -
DECLARATION OF JASON ZAGALSKY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN ADMITTED TRIAL EXHIBITS UNDER SEAL; CASE NO. 5:18-CV-07182-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4.      All of the documents and excerpts discussed above contain information that is highly confidential and competitively sensitive. Neo4j, Inc. takes significant precautions to ensure that this type of information is not publicly disclosed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 22nd day of January, 2024, at Annapolis, Maryland.

*Jason Zagalsky*