John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,<br><br>Plaintiffs,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 5:18-cv-07182-EJD<br><br>**MANUAL FILING NOTIFICATION**<br><br>**TX15 *(SEALED DOCUMENT)* – *Excel Spreadsheet – 2022-11-14 Neo4j Monthly Closed Won Report as of 2022-11-14*<br><br>Judge: Hon. Edward J. Davila |

4853-9100-7135.1

MANUAL FILING NOTIFICATION     CASE NO. 5:18-CV-07182-EJD

1    **REGARDING CONFIDENTIAL TRIAL EXHIBIT 15 ("TX15"), FILED UNDER**
2    **SEAL IN THIS CASE**.  This exhibit is submitted in physical form only, and is being maintained
3    in the case file in the Clerk's office.
4         This document was not efiled for the following reason:
5         _X_    Document is in native Excel format and cannot be converted to PDF.
6    Dated:  January 26, 2024                HOPKINS & CARLEY
                                             A Law Corporation
7
8                                            By: */s/ Jeffrey M. Ratinoff*
                                                 John V. Picone III
9                                                Jeffrey M. Ratinoff
                                                 Attorneys for Plaintiffs and
10                                               Counter-Defendants
                                                 NEO4J, INC. and NEO4J SWEDEN AB