**TRIAL EXHIBIT 15**

**EXHIBIT FILED UNDER SEAL**