**TRIAL EXHIBIT 16**

**EXHIBIT FILED UNDER SEAL**