**TRIAL EXHIBIT 17**

**EXHIBIT FILED UNDER SEAL**