**TRIAL EXHIBIT 18**

**EXHIBIT FILED UNDER SEAL**