**TRIAL EXHIBIT 19**

**EXHIBIT FILED UNDER SEAL**