**TRIAL EXHIBIT 34**

OMB Control No. 1505-0081

## ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF 9 PAGES

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| 09/23/2016 | TIRNO-16-P-00202 | a. NAME OF CONSIGNEE: 29999 — Internal Revenue Service |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. M-6-M5-22-RO-O08 000 | b. STREET ADDRESS: 77 K Street, NW |
| 5. ISSUING OFFICE (Address correspondence to) Internal Revenue Service  3477  5000 Ellin Road  Lanham, MD 20706 | | c. CITY: Washington   d. STATE: DC   e. ZIP CODE: 20002 |

### 7. TO:

a. NAME OF CONTRACTOR  ATTN: John Mark Suhy Jr   Phone: 703-348-3968
b. COMPANY NAME  01150027  PURETHINK, LLC
c. STREET ADDRESS  1902 CAMPUS COMMONS DR STE 101
d. CITY: RESTON   e. STATE: VA   f. ZIP CODE: 20191

f. SHIP VIA: Renee Goss

### 8. TYPE OF ORDER

[X] a. PURCHASE — REFERENCE YOUR: _null_
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA: 16160919D M522001 4R 2512 K0610
10. REQUISITIONING OFFICE: RAS:O 202-803-9010

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
[X] a. SMALL  [ ] b. OTHER THAN SMALL  [X] c. DISADVANTAGED  [ ] d. WOMEN-OWNED  [ ] e. HUBZone
[ ] f. SERVICE-DISABLED VETERAN-OWNED  [ ] g. WOMEN-OWNED SMALL BUSINESS(WOSB) ELIGIBLE UNDER THE WOSB PROGRAM  [ ] h. EDWOSB

12. F.O.B. POINT: Destination

13. PLACE OF  a. INSPECTION: Destination   b. ACCEPTANCE: Destination
14. GOVERNMENT B/L NO.
15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date): 09/22/2017
16. DISCOUNT TERMS: Terms: 0%  Days: 0

### 17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | POC: Vivian Daniels 240-613-7385<br><br>Period of Performance 09/23/2016 - 09/22/2017<br><br>The purpose of this order is to acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD) in accordance with the statement of work, which is hereby incorporated as part of this order for the services described below: | | | | | |
| 0001 | Implementation of the Government Edition Neo4j project | 1.00 | YR | 229,000.00 | 229,000.00 | |

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.

SEE BILLING INSTRUCTIONS ON REVERSE

21. MAIL INVOICE TO:
a. NAME: 12108 — Invoices must be submitted via the Invoice Processing Platform at www.ipp.gov
b. STREET ADDRESS (or P.O. Box):
c. CITY:   d. STATE:   e. ZIP CODE:

17(h) TOT. ◄ (Cont. pages)  0.00

◄ 17(i) GRAND TOTAL  229,000.00

22. UNITED STATES OF AMERICA BY (Signature): Genevieve Colvin
Digitally signed by Genevieve Colvin  DN: c=US, o=U.S. Government, ou=Department of the Treasury, ou=Internal Revenue Service, ou=People, serialNumber=476145, cn=Genevieve Colvin  Date: 2016.09.22 15:53:11 -04'00'

23. NAME (Typed): GENEVIEVE COLVIN 2406137384
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION  PREVIOUS EDITION NOT USABLE   Computer Generated
OPTIONAL FORM 347 (REV.2/2012)  Prescribed by GSA/FAR 48 CFR 53.213(f)

Plaintiffs' Trial Exhibit 34

CONFIDENTIAL  Witness: Michael Dunn  EX 159  11/17/2022 S. Sailor

## Statement of Work

Introduction/Overview
This contract will provide facilitate the deployment, for testing and feasibility of the Neo4j Government Edition (NGE) via an one-year use of Neo4j Government Edition, which both the software use and professional services.[1]

Background
Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD) have been evaluating the Neo4j graph database capabilities over the past 1.5 years, and Neo4j is currently an Enterprise Architecture (EA) approved graph database.  RAAS' work has used the Community edition of Neo4j, and the Government Edition is a special version that is only sold to US government agencies.  It provides the same capabilities as the Enterprise Edition[2].  Additionally, the Government Edition provides FISMA and 508 Compliant, and comes with professional services for configuration, setup, and troubleshooting.

Prior work using Neo4j as a graph database has shown benefits for both investigators in Fraud Operations, EITC preparer compliance, and demand exists in other units as well. The interest in the NGE is to use both the enhanced features involving FISMA and 508 compliance, and the professional services to deploy user interface capabilities.  The work will allow RAAS to determine not only the continued benefits but the feasibility and extent of capabilities to implement user interaction features able to help users in both investigations and applied analytics for services and enforcement.

To move forward evolving Neo4j capabilities, RAAS is executing an R&D project to deploy the NGE.

Scope
The contract will allow the Service the ability to deploy the NGE and work with the vendor via professional services to implement user interface capabilities for both anchor and naïve pattern based use.  The deployment will test these two types of investigation methods that support multiple program interests through a sophisticated UI using a single graph database instance.

Tasks
1. Deploy the NGE framework onto a provided IRS server
2. Configure the NGE with a data model and data loading suitable for evaluating abilities of Field Staff (investigators) to execute two types of investigations using a single NGE instance and Research Analysts to use more naïve-based pattern search capabilities.
3. Help facilitate testing of the configured Alpha Version platform to address refinements and produce a Beta Version.
4. Provide knowledge transfer and other help to IRS staff about deployment and configuration of the NGE platform and user interface.

---

[1] https://purethink.com/
[2] http://neo4j.com/editions/

5. Participate in an periodic monthly status meetings to help answer any questions regarding feasibility of platform and considerations for moving forward as a permanent capability
6. Provide bug fixes, and other troubleshooting of issues via helpdesk-type capabilities Monday-Friday and between 800am-500pm Eastern Time.
7. Document configuration and other implemented elements in order and participate in periodic knowledge sharing meetings with IRS staff.

Delivery[3]

| Deliverable | Description | Time Frame |
|---|---|---|
| 1. Project Kick-Off Meeting Presentation | Provides information regarding moving forward to meet key tasks and other considerations about resource needs, risks, and issues for executing Tasks | Within two calendar weeks of contract award |
| 2. Release Alpha Version of Platform | Configured Neo4j gdb and user interface | Within 160 calendar days of completed interim background clearance |
| 3. Execute support during Alpha Version testing | Help IRS staff in working through testing of the alpha version | Within two calendar weeks of Alpha Version release |
| 4. Release Beta Version of Platform | Refined version of the Alpha Version based on testing feedback | Within 90 calendar days of Alpha Version release |
| 5. Provide any Q&A support during end of project meeting | Provide answers to questions as needed to support evaluating feasibility and considerations for permanent capability | Within 90 calendar days of Beta Version release |
| 6. Provide Documentation about each milestone completed in accordance with IRS agreed-up parameters | Microsoft Word format is acceptable that includes any basic information on configuration and setup and 'How-To' for IRS work needs. | Within 14 calendar days of each Milestone |

Place of Performance
- 77 K STREET NW; WASHINGTON, DC 20002
- As agreed to by Government

---

[3] Assumption completion of interim letter and MBI clearance within 4-6 weeks of contract award

Period of Performance
- 9/23/2016 – 9/22/2017
- Up to one calendar year following completion of interim background check clearance post contract award

Government Furnished Property
- IRS laptops with software and network access reasonable to performing tasks
- On-site office cube space at 77K Street NW location
- At least one Linux OS Server with at least 16 cores and 1TeraByte of RAM and available hard drive space as needed and feasible by IRS

Security
- Must have or receive a IRS Medium-Risk background Clearance
- Must adhere to relevant security and safe protocols and training necessary for execute of tasks

## 52.252-2 Clauses Incorporated by Reference (Feb 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contacting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):http://www.arnet.gov/far/.

## Federal Acquisition Regulation (48 CFR Chapter 1) Clauses Incorporated by Reference

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.232-12 | ADVANCE PAYMENTS (MAR 2001) | (MAR 2001) |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES (May 2014) | (APR 1984) |
| 52.222-50 | Combating Trafficking in Persons.(Mar 2015) | |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (June 2008) | (DEC 2003) |
| 52.225-25 | Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications (Oct 2015) | |
| 52.232-1 | PAYMENTS (APR 1984) | (APR 1984) |
| 52.232-23 | 52.232-23 Assignment of Claims (May 2014) | (JAN 1986) |
| 52.232-39 | Unenforceability of Unauthorized Obligations (Jun 2013) | |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (SEPT 2006) | (JUL 1995) |
| 52.203-7 | 52.203-7 Anti-Kickback Procedures (May 2014) | (JUL 1995) |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights. (Apr 2014) | |
| 52.204-19 | Incorporation by Reference of Representations and Certifications (Dec 2014) | |
| 52.209-5 | Certification Regarding Responsibility Matters. (Oct 2015) | (DEC 2001) |
| 52.213-4 | TERMS AND CONDITIONS--SIMPLIFIED ACQUISITIONS (OTHER THAN COMMERCIAL ITEMS) (Jun 2016) | (JUN 2004) |
| 52.216-24 | LIMITATION OF GOVERNMENT LIABILITY (APR 1984) | (APR 1984) |
| 52.216-25 | CONTRACT DEFINITIZATION (OCT 2010) | (OCT 1997) |
| 52.232-33 | Payment by Electronic Funds Transfer-System for Award Management. (Jul 2013) | (OCT 2003) |
| 52.202-1 | DEFINITIONS (Nov 2013) | (Dec 2001) |
| 52.222-17 | 52.222-17 Non-displacement of Qualified Workers (May 2014) | (FEB 1988) |
| 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving. (Aug 2011) | |

| | | |
|---|---|---|
| 1052.232-7003 | Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Aug 2012) | |
| 52.233-2 | SERVICE OF PROTEST (SEPT 2006) | (AUG 1996) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1996) | (AUG 1996) |
| 52.233-4 | Applicable Law for Breach of Contract Claim (Oct 2004) | |
| 52.244-6 | Subcontracts for Commercial Items. (Jun 2016) | (DEC 2001) |

**IR1052.239-9009 Section 508 Conformance (Sep 2006)**

Each electronic and information technology (EIT) product and/or product-related service delivered under the terms of this contract, at a minimum, shall conform to applicable EIT accessibility standards at 36 CFR 1194 at the level of conformance specified in Section J, Attachment X.  The following technical standards have been determined to be applicable to this contract:
_X__   1194.21, Software applications and operating systems.
X_(a) X_(b) X_(c) X_(d) X_(e) X_(f) X_(g) X_(h) X_(i) _(j) _(k) _(l)
 _X__   1194.22, Web-based intranet and internet information and applications.
X_(a) X_(b) X_(c) X_(d) X_(e) X_(f) X_(g) X_(h) X_(i) X_(j) X_(k) X_(l) X_(m) X_(n) X_(o) X_(p)
_ __     1194.23, Telecommunications products.
 _(a) _(b) _(c) _(d) _(e) _(f) _(g) _(h) _(i) _(j) _(k)
_ __     1194.24, Video and multimedia products.
 _(a) _(b) _(c) _(d)
_ __     1194.25, Self -contained, closed products.
 _(a) _(b) _(c) _(d) _(e) _(f) _(g) _(h) _(i) _(j)
_ __     1194.26, Desktop and portable computers.
 _(a) _(b) _(c) _(d)
The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the EIT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.
The following functional performance criteria (36 CFR 1194.31) apply to this contract.
 _X_   (a)   At least one mode of operation and information retrieval that does not require user vision shall be provided, or support for assistive technology used by people who are blind or visually impaired shall be provided.
 X_   (b)   At least one mode of operation and information retrieval that does not require visual acuity greater than 20/70 shall be provided in audio and enlarged print output working together or independently, or support for assistive technology used by people who are visually impaired shall be provided.
 _X_   (c)   At least one mode of operation and information retrieval that does not require user hearing shall be provided, or support for assistive technology used by people who are deaf or hard of hearing shall be provided.
 _X_   (d)   Where audio information is important for the use of a product, at least one mode of operation and information retrieval shall be provided in an enhanced auditory fashion, or support for assistive hearing devices shall be provided.
 _X_   (e)   At least one mode of operation and information retrieval that does not require user speech shall be provided, or support for assistive technology used by

people with disabilities shall be provided.
_X_    (f)    At least one mode of operation and information retrieval that does not require fine motor control or simultaneous actions and that is operable with limited reach and strength shall be provided. [End of clause]

### IR1052.239-9008 Section 508 - Information, Documentation, and Support (Sep 2006)

In accordance with 36 CFR 1194, Subpart D, the electronic information technology (EIT) products and product support services furnished in performance of this contract shall be documented to indicate the current conformance level with Section 508 of the Rehabilitation Act of 1973, per the 1998 Amendments, and the Architectural and Transportation Barriers Compliance Boards Electronic and Information Technology Accessibility Standards.  At no time during the performance of the award shall the level of conformance go below the level of conformance in place at the time of award.  At no additional cost, the contractor shall provide information, documentation, and support relative to the supplies and services as described in Section J, Attachment A, B, C  The contractor shall maintain this detailed listing of compliant products for the full contract term, including forms of extensions, and shall ensure that it is current within five calendar days after award and within three calendar days of changes in products being utilized as follows:
(a) _X_    Product support documentation provided to end-users shall be made available in alternate formats upon request, at no additional charge.
(b) _X_    End-users shall have access to a description of the accessibility and compatibility features of products in alternate formats or alternate methods upon request, at no additional charge.
(c) _X_    Support services for products shall accommodate the communication needs of end-users with disabilities. [End of clause]

### 52.252-2 Clauses Incorporated by Reference (Feb 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contacting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):http://www.arnet.gov/far/

### IR1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (JUL 2015)

(a)    Definitions: "Short payment" as used in this clause means an invoice that includes the cost or price for supplies or services delivered or performed, as well as the cost or price for supplies or services not yet tendered to the Government in accordance with the terms of the contract, order or agreement. "Short payment" example:  The contract requires the delivery of a set number of items, with the price, delivery location, and delivery due date also specified.  The vendor delivers 50% of the items as specified but invoices for 100% of the items. Before implementation of the IPP, the IRS would have paid the vendor for the items delivered and instructed the vendor to re-invoice the IRS when the balances of the items were delivered.  In other words, the IRS would

"short pay" the invoice since the IRS did not remit payment for the full invoice amount. With implementation of the IPP, the IRS can no longer do this because the IRS cannot accept an electronic invoice that includes items not yet received.  The IRS will reject the invoice. The vendor needs to submit an invoice for only the items received by the IRS (in this case, 50%), and, assuming that these items meet all other contract terms and conditions, the IRS will pay the invoiced amount. The vendor submits subsequent invoice(s) for items as they are delivered and accepted.(b) The Invoice Processing Platform (IPP) is a secure Web-based electronic invoicing and payment information service available to all Federal agencies and their suppliers.  Effective October 1, 2012, invoicing for payment through the IPP will be mandatory for all new contract awards. Additional information regarding the IPP may be found at the IPP website address https://www.ipp.gov. Contractors must complete the contractor point of contact information below, and submit it with their proposal submissions.  Contractors may contact the IPP Helpdesk for assistance via e-mail atippgroup@bos.frb.org or via phone at (866) 973-3131.  Once a contract award has been made, the contractor will be contacted by the IPP via e-mail to set-up an account.  It will be necessary for contractors to login to their IPP accounts every 90 days to keep their IPP accounts active.
**(c) PURETHINK**
**Contractor Name:   JOHN MARK SUHY JR**
**Contractor IPP Point of Contact Name:  JOHN MARK SUHY JR**
**Contractor Phone Number:703-348-3968**
**Contractor E-mail Address:jmsuhy@purethink.com**
(d) Electronic Invoicing and Payment Requirements Vendor invoices submitted electronically through the IPP should be in the proper format and contain the information required for payment processing.  In order to be approved for payment, a "proper invoice" must list the items specified in FAR 52.232-25 (a)(3)(i) through (a)(3)(x), or in the case of a Commercial Item Contract, the items included in 52.212-4(g)(1)(i) through (g)(1)(x). If the vendor is offering a discount via the IPP, the discount must be reflected on the invoice. The vendor will select 'Create Invoice'.  The IPP system will default to `Net 30 Prompt Pay` under the Payment Terms dropdown box. The vendor will select from 54 different discount options for the invoice that is being created. If the vendor chooses to offer a discount on the invoice screen, the information will interface to the payment system for processing.  Discounts that are offered on attachments rather than the invoice itself cannot be accepted. Under this contract, the following documents are required to be submitted as an attachment to the invoice (Contracting Officer fills in additional documentation that must be furnished by the contractor (e.g. timesheet)) Please do not submit into IPP any documentation/attachments that conflict with what is stated on the invoice:
(e) Payment and Invoice Questions For payment and invoice questions, contact the Beckley Finance Center at (304) 254-3372 or via e-mail at cfo.bfc.ipp.customer.support@irs.gov.
(f) Waiver If the Contractor is unable to use the IPP for submitting payment requests starting on October 1, 2012, then a waiver form must be completed and submitted with the contractor`s proposal submission for review and approval by the Contracting Officer based on one of the conditions listed in the waiver form included as Attachment 1 to this clause.  The vendor will be notified prior to award as to whether their request

for waiver has been approved or denied.  If the waiver is granted, then a copy of the waiver must be submitted with each paper invoice that the vendor submits to the payment office or the invoice will be returned.
(g) Short Payment Short payment on vendor submitted invoices will no longer be processed or paid.  If any portion of the invoice does not meet the requirements for a proper invoice, the entire invoice shall be rejected and returned to the vendor unpaid.
(End of Clause)

## DTAR 1052.209-71 REPRESENTATION BY CORPORATIONS REGARDING A UNPAID FEDERAL TAX LIABILITY OR CONVICTION OF A FELONY CRIMINAL VIOLATION UNDER FEDERAL LAW (DEVIATION 2015-00002) (JAN 2015)

(a) In accordance with Sections 744 and 745 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Public Law 113-235) none of the funds made available by this or any other Act may be used to enter into a contract with any corporation
that-

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative  remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination  that this further action is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-

(1)   It is %% It is **7501 [] is not %% Is not **7501 []a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

(2) It is %% It is **7501 [] is not %% Is not **7501 [ ] a corporation that was convicted of a felony criminal violation under any Federal law within the preceding 24 months.
(End of provision)