**TRIAL EXHIBIT 51**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:** Hess Chris (Christopher.E.Hess@irs.gov), Rosenmerkel Lisa S (Lisa.S.Rosenmerkel@irs.gov), Goss Renee Y (Renee.Y.Goss@irs.gov), Colvin Genevieve (Genevieve.Colvin@irs.gov), Daniels Vivian D (Vivian.D.Daniels@irs.gov), Suhy John M Jr [Contractor] (John.M.SuhyJr@irs.gov), Butler Jeff (Jeff.Butler@irs.gov)
**BCC:**
**Subject:** RE: Quick Solution
**Attachments:**
**Sent:** 07/12/2017 09:28:02 AM -0700 (PST)

You are correct, there is no work stoppage.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703.862.7780
https://purethink.com

CONFIDENTIAL
Witness: Michael Dunn

EX 162

11/17/2022 S. Sailor

On Jul 12, 2017 12:16 PM, "Dunn Michael C" <Michael.C.Dunn@irs.gov> wrote:

> I would like to know from my perspective that I appreciate you communication and involvement helping to clarify and work on options. I'll let the Procurement talk to anything regarding the nature of the SOW arrangements and needs. I'm assuming under the current contract that there is no work stoppage.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Business Systems Planning
>
> Research, Applied Analytics, & Statistics
>
> (o) 202.803.9009
>
> From: John Mark Suhy [mailto:jmsuhy@purethink.com]
> Sent: July-12-17 11:31 AM
> To: Dunn Michael C <Michael.C.Dunn@irs.gov>
> Cc: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Hess Chris <Christopher.E.Hess@irs.gov>; Goss Renee Y <Renee.Y.Goss@irs.gov>; Colvin Genevieve <Genevieve.Colvin@irs.gov>; Daniels Vivian D <Vivian.D.Daniels@irs.gov>; Butler Jeff <Jeff.Butler@irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
> Subject: Quick Solution
>
> Our lawyer just pointed out that since iGov Inc has no limitations on supporting or providing services for Neo4j Enterprise open source licenses, we can just have iGov Inc. assume over all the obligations of the current contract now instead of waiting for the next procurement.

**Plaintiffs' Trial Exhibit 51**

IGOV0001570544.001

Nothing would change, we would have the same team, locations and would keep working as we always have.   iGov owns the new Government Package for Neo4j as well.

Neo Technology can't prevent us from fulfilling our obligations under PureThink, but this move would remove any concerns you may still have.

After Jason and John's behavior and actions to this point, who knows what they will try next.

Neo Technology should have never brought you into this because  PureThink has a contract with Treasury, not Neo Technology, and if they think we've done something wrong, they should sue PureThink, not go to you.

I just want to reassure you that we will fulfill our obligations on our contract, that is not in question. I hope that is clear.

I hope their behavior does not reflect poorly on us.

Let me know your thoughts.

Respectfully,

John Mark


John Mark Suhy
[jmsuhy@igovsol.com](jmsuhy@igovsol.com)
[703.862.7780](703.862.7780)
[https://igovsol.com](https://igovsol.com)


On Jul 12, 2017 9:42 AM, "John Mark Suhy" <[jmsuhy@purethink.com](jmsuhy@purethink.com)> wrote:

> Renee, Vivian, and Genevieve
>
> I happen to be meeting with our lawyer at 10 am and would be happy to call you and give you an update so you have a clear picture of everything.

The termination letter they sent seems to be in response to finding out they won't get a commercial renewal.

Let me know the best number to reach you at and we can fill you in.

We are continuing forward as normal with our work.

Thank you,

John Mark

John Mark Suhy
PureThink
jmsuhy@purethink.com
703.862.7780
https://purethink.com

On Jul 12, 2017 9:09 AM, "Dunn Michael C" <Michael.C.Dunn@irs.gov> wrote:

> Renee, Vivian, and Genevieve,
>
> John Mark replied to the situation regarding the Neo4j email, and he wants to know if you all want to talk about this: if so, you can reach out to him at his contact information.

Let me know if I need to know/do anything in response please.

_____

Michael C. Dunn

Data Management Division/Business Systems Planning

Research, Applied Analytics, & Statistics

(o) 202.803.9009

From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: July-12-17 9:02 AM

To: Dunn Michael C <Michael.C.Dunn@irs.gov>

Cc: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Hess Chris <Christopher.E.Hess@irs.gov>; Goss Renee Y <Renee.Y.Goss@irs.gov>; Butler Jeff <Jeff.Butler@irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
Subject: Re: FW: Termination of Neo4j Solution Partner PureThink LLC

Hi Mike,

 This is something John Broad wrote after finding out you were not going to renew a commercial subscription again.  Our lawyer indicated it is not legally enforcable on many fronts.  You don't have anything to worry about and our lawyer would be happy to talk to you if you have any doubts.

I am surprised that Neo is allowing their employees to act in this fashion, it makes them look unstable which effects their partners.

We are confident this has no impact on the current contract, we are continuing forward with our deliverables as normal. You could switch to iGov if you felt more comfortable before September, but it is not necessary.

Let me know if you have any questions.

John Mark Suhy
PureThink
jmsuhy@purethink.com

703.862.7780
https://purethink.com

On Jul 12, 2017 6:13 AM, "Dunn Michael C" <Michael.C.Dunn@irs.gov> wrote:

Hello John Mark,

We received this notification from Jason (Neo4j), and so it's been passed onto Procurement too: Vivian and Genevieve.  One question I have for this existing contract is if services are stopped due to what Neo4j states below regarding Purethink's inability to provide open-source version support in the below?  Now this is me asking from an initial statement, and so there's probably also a need to either work through Renee to the Procurement folks and/or talk with them too, since I figured they're going to reach out after receiving this email from Jason.

"Regarding the consulting services, please be advised that PureThink is not authorized to provide consulting services and support on open source versions of Neo4j products… prohibit them from providing any consulting services on these products during the term of their agreement and for a period of thirty six (36) months following termination.  Neo will work with IRS to ensure that it receives the correct product and services from an authorized Neo4j partner."

Michael C. Dunn

Data Management Division/Business Systems Planning

Research, Applied Analytics, & Statistics

(o) 202.803.9009

From: Dunn Michael C
Sent: July-12-17 6:03 AM
To: 'Jason Zagalsky' <jason@neo4j.com>
Cc: vvivian.d.daniels@irs.gov; John Broad <john.broad@neo4j.com>; Goss Renee Y <Renee.Y.Goss@irs.gov>
Subject: RE: Termination of Neo4j Solution Partner PureThink LLC

Hello, Thank Jason. I'm looping in Renee Goss, our COR on the Purethink contract.

Michael C. Dunn

Data Management Division/Business Systems Planning

Research, Applied Analytics, & Statistics

(o) 202.803.9009

From: Jason Zagalsky [mailto:jason@neo4j.com]
Sent: July-11-17 7:49 PM
To: Dunn Michael C <Michael.C.Dunn@irs.gov>
Cc: vvivian.d.daniels@irs.gov; John Broad <john.broad@neo4j.com>
Subject: Termination of Neo4j Solution Partner PureThink LLC

July 11, 2017

Internal Revenue Service

Attn: Michael Dunn

Cc: Vivian Daniels

Department of Treasury

To: Michael Dunn

Re:     Termination of Neo4j Solution Partner PureThink LLC ("PureThink")

I write to inform you that Neo4j, Inc., formerly Neo Technology, Inc. ("Neo"), recently terminated its partnership agreement with PureThink.  I understand that IRS has a relationship with PureThink relating to Neo's products.  Because this change in PureThink's status may affect the services and support IRS receives, Neo wanted to notify IRS of this development and to offer Neo's assistance in transitioning IRS to an authorized Neo4j partner to ensure IRS continues to receive the support it requires in a manner that respects Neo's intellectual property rights and contractual relationships.

Neo understands that IRS entered into an agreement with PureThink in September 2016 to purchase a commercial license to Neo4j Government Edition and for consulting services and support.  We understand that the term of that agreement expires on September 22, 2017.  We further understand that IRS paid PureThink $229,000 for a Neo4j subscription and the consulting services.

Regarding IRS's purchase of a Neo4j subscription, Neo still has not received a purchase order from PureThink.  As a result of PureThink's termination, please be advised that PureThink is no longer authorized to purchase a Neo4j subscription on behalf of IRS.  Neo will work with IRS to purchase a subscription through an authorized Neo4j partner.

Regarding the consulting services, please be advised that PureThink is not authorized to provide consulting services and support on open source versions of Neo4j products.  This prohibition applies not only to the APGL-licensed Enterprise Edition but also to the GPL-licensed Community Edition.  While IRS has stated its intention to proceed with the AGPL-licensed Enterprise Edition, please understand that Neo's agreements with its partners, including PureThink, prohibit them from providing any consulting services on these products during the term of their agreement and for a period of thirty six (36) months following termination.  Neo will work with IRS to

ensure that it receives the correct product and services from an authorized Neo4j partner.

We appreciate that this news may come as a surprise to IRS, and Neo wanted to make sure that IRS was promptly notified of this action so that it can make the appropriate decisions.  Neo is available to answer any questions you may have and to assist in transitioning your subscription and support to an authorized Neo4j partner.  We appreciate your continued interest in Neo4j and look forward to continuing to work with you.

Please do not hesitate to reach out to me with any questions regarding this notification.

Sincerely,


**Jason Zagalsky**

**Federal Technical Account Manager  |  Neo4j**

410-280-9697  |  jason@neo4j.com


