**TRIAL EXHIBIT 52**

**CONFIDENTIAL**
Witness: Michael Dunn
**EX 163**
11/17/2022 S. Sailor

| | |
|---|---|
| **From:** | Daniels Vivian D (Vivian.D.Daniels@irs.gov) |
| **To:** | John Mark Suhy (jmsuhy@purethink.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | SF18 TIRNO-17-Q-00209/M7M528ROO00 |
| **Attachments:** | SF18.pdf; Statement of Work_CKGE_FY17.docx; |
| **Sent:** | 07/27/2017 09:38:40 AM -0700 (PST) |

Greetings,

Please furnish quote to the issuing office on or before 8/1/17 @ 11:00 am EST.  Attached is statement of work (SOW) helping with providing the quote.  Complete every section of SF18.  Please provide a digital or wet signature.

V/r,
Vivian Daniels
SA & IA
(OS:A:P:B:A:B)
Vivian.d.daniels@irs.gov

**Plaintiffs' Trial Exhibit 52**

IGOV0001570511.001

OMB Control No. 1505-0081

| **REQUEST FOR QUOTATIONS** *(THIS IS NOT AN ORDER)* | THIS RFQ ☐ IS   ☒ IS NOT A SMALL BUSINESS PURCHASE SET-ASIDE. | PAGE 1 | OF PAGES 7 |
|---|---|---|---|

| 1. REQUEST NO. TIRNO-17-Q-00209 | 2. DATE ISSUED 07/27/2017 | 3. REQUISITION/PURCHASE REQUEST NO. M-7-M5-28-RO-O00 000 | 4. CERT. FOR NAT. DEF. UNDER BDSA REG. 2 AND/OR DMS REG. 1  > | RATING |
|---|---|---|---|---|

| 5a. ISSUED BY | 6. DELIVER BY (Date) |
|---|---|
| Internal Revenue Service   3477 <br> 5000 Ellin Road <br> Lanham, MD 20706 | **08/01/2017** |

| 5b. FOR INFORMATION CALL: *(No collect calls)* ||| 7. DELIVERY ||
|---|---|---|---|---|
| NAME | AREA CODE | NUMBER | ☒ FOB DESTINATION | ☐ OTHER (See Schedule) |
| Vivian Daniels | 240 | 613 - 7385 | 9. DESTINATION ||
| 8. TO: All Offerors ||| a. NAME OF CONSIGNEE   29999 <br> Internal Revenue Service ||
| a. NAME | b. COMPANY || b. STREET ADDRESS <br> 77 K Street, NW ||
| c. STREET ADDRESS ||| c. CITY <br> Washington ||
| d. CITY | e. STATE | f. ZIP CODE | d. STATE <br> DC | e. ZIP CODE <br> 20002 |

| 10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE IN BLOCK 5A ON OR BEFORE CLOSE OF BUSINESS (Date) **08/01/2017** | **IMPORTANT:** This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it to the address in Block 5A. This request does not commit the Government to pay any costs incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to this Request for Quotations must be completed by the quoter. |
|---|---|

**11. SCHEDULE** (Include applicable Federal, State and local taxes)

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
|---|---|---|---|---|---|
| | **Please return filled in where RED & Yellow is marked** <br> **Contract POC:** <br> **Print Name:** _____ **(Fill In)** <br> **E-mail:** _____ **(Fill In)** <br> **Phone#:** _____ **(Fill In)** <br><br> **DUN#:** _____ **(Fill In)** <br><br> **Tax ID#:** _____ **NAICS Code:** _____ **(Fill In)** <br><br> **Open Market  Yes ☐   No ☐** <br><br> **GSA  Yes ☐   No ☐  GSA#** _____ **(Fill in)** <br><br> **Fed-Link Yes ☐   No ☐  Fed-Link#** _____ **(Fill in)** <br><br> **Billing POC:** <br> **Print Name:** _____ <br><br> **Telephone#:** _____ <br><br> **Email Address:** _____ <br><br> **Business Size: Large ____  Small _____** <br> **Women Owned____** <br> **SBA cert 8(a) Firm _____** <br> **SBA cert disadvantaged SB _____** <br> **Svc disabled vet owned SB _____** <br> **SBA cert HUBzone Firm _____** <br> **Veteran owned SB _____ (Check all that applies)** <br><br> **In order to be a valid quote section 13 – 16 in yellow must be completed and provide electronic or wet signature.** | | | | |

| **12. DISCOUNT FOR PROMPT PAYMENT** | A. 10 Calendar Days % | B. 20 Calendar Days % | C. 30 Calendar Days % | d. Calendar Days <br> Number | Percentage % |
|---|---|---|---|---|---|

NOTE:  Additional provisions and representations ☐ are  ☐ are not attached.

| 13. NAME AND ADDRESS OF QUOTER | 14. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION | 15. DATE OF QUOTATION |
|---|---|---|
| a. NAME OF QUOTER | | |
| b. STREET ADDRESS | | 16. SIGNER |
| | a. NAME (Type or Print) | b. TELEPHONE |
| c. COUNTY | | AREA CODE |
| d. CITY    e. STATE    f. ZIP CODE | c. TITLE (Type or Print) | NUMBER |

AUTHORIZED FOR LOCAL REPRODUCTION <br> Previous edition not usable

**Standard Form 18** (Rev. 6-95) <br> Prescribed by GSA – FAR (48 CFR) 53.125-1 (a)

IGOV0001570512.001

**Please complete all sections Bold in Red sign and date at the bottom either electronic or wet signature.  Provide the quote on page B-6 – page B-7.**

**52.209-5 Certification Regarding Responsibility Matters.  (Apr 2010)**

As prescribed in 9.104-7(a), insert the following clause:

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that

(i) The Offeror and/or any of its Principals

**(Fill In)  (A)** Are [  ] are not [  ] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

**(Fill In)  (B)** Have [  ] have not [  ] within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks have, the offeror shall also see 52.209-7, if included in this solicitation);

**(Fill In)  (C)** Are [  ] are not [  ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

**(Fill In)  (D)** Have [  ] have not [  ] within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. # 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. # 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior

opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. # 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

**(Fill In) (ii)** The Offeror has [ ] has not [ ] within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(a) Principal, for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offerors responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default. (End of provision)

**DTAR 1052.209-71 Representation By Corporations Regarding An Unpaid Federal Tax Liability Or Conviction Of A Felony Criminal Violation Under Federal Law (Deviation 2015-00002) (Jan 2015)**

(a) In accordance with Sections 744 and 745 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Public Law 113-235) none of the funds made available by this or any other Act may be used to enter into a contract with any corporation that-

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-

**(Fill In) (1)** It is [ ] is not [ ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

**(Fill In) (2)** It is [ ] is not [ ] a corporation that was convicted of a felony criminal violation under any Federal law within the preceding 24 months. (End of provision)

**IR1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION**

(a)  Definitions. As used in this provision- "Authorized representative(s) of the offeror" means the person(s) identified to the Internal Revenue Service (IRS) within the consent to disclose by the offeror as authorized to represent the offeror in disclosure matters pertaining to the offer. "Delinquent Federal tax liability" means any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability. "Tax check" means an IRS process that accesses and uses taxpayer return information to support the Government`s determination of an offeror`s eligibility to receive an award, including but not limited to implementation of the statutory prohibition of making an award to corporations that have an unpaid Federal tax liability (see FAR 9.104-5(b)). (b) Notice.  Pursuant to 26 U.S.C.  6103(a) taxpayer return information, with few exceptions, is confidential.  Under the authority of 26 U.S.C. 6103(h)(1), officers and employees of the Department of the Treasury, including the IRS, may have access to taxpayer return information as necessary for purposes of tax administration.

The Department of the Treasury, Internal Revenue Service, may disclose the results of the tax check conducted in connection with the offeror's response to this solicitation, including taxpayer return

information as necessary to resolve any matters pertaining to the results of the tax check, to the authorized representatives of

**Insert Offeror Name:**  _____  on this offer.  I am aware that in the absence of this authorization, the taxpayers return information of

**Insert Offeror Name**: _____  is confidential and may not be disclosed, which subsequently may remove the offer from eligibility to receive an award under this solicitation. I consent to disclosure of taxpayer return information to the following person(s):

**Insert Person(s) Name and Contact Information:**_____  I certify that I have the authority to execute this consent on behalf of:

**Insert Offeror Name:** _____

**Insert Offeror Taxpayer Identification Number:** _____

**Insert Offeror Address:** _____

**Insert Name of Individual Executing Consent:** _____

**Insert Title of Individual Executing Consent:** _____

**Insert Print Name:** _____

**Insert Signature:** _____

**Insert Date:** _____   (End of provision)

**52.252-1 Solicitation Provisions Incorporated by Reference (Feb 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.arnet.gov/far/

**Federal Acquisition Regulation (48 CFR Chapter 1) Clauses Incorporated by Reference**

| <u>NUMBER</u> | <u>TITLE</u> | <u>DATE</u> |
|---|---|---|
| 1052.232-7003 | Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Aug 2012) | |
| IR1052.209-9002 | NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION | |

TIRNO-17-Q-00209

# Section B

## SUPPLIES OR SERVICES AND PRICES/COSTS

| Line Item No. | Description of Supplies/Services | Qty | U/I | Unit Price | Total |
|---|---|---|---|---|---|
| | Base Year: 9/22/2017 - 9/21/2018<br>-Option Year 1 (9/22/2018 - 9/21/2019)<br>-Option Year 2 (9/22/2019 - 9/21/2020)<br>-Option Year 3 (9/22/2020 - 9/21/2021)<br>-Option Year 4 (9/22/2021 - 9/21/2022) | | | | |
| 0001 | Base Year: 9/22/2017 - 9/21/2018 | 1.00 | YR | _____ | _____ |
| | Period of Performance:<br>9/22/2017 - 9/21/2018 | | | | |
| | Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD). | | | | |
| | Period of Performance:   Start 09/22/2017 - End 09/21/2018 | | | | |
| | Delivery To:   2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 | | | | |
| | FOB:   Destination | | | | |
| 1001 | Option Year 1<br>(9/22/2018 - 9/21/2019) | 1.00 | YR | _____ | _____ |
| | Period of Performance:<br>9/22/2018 - 9/21/2019 | | | | |
| | Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD). | | | | |
| | Period of Performance:   Start 09/22/2018 - End 09/21/2019 | | | | |
| | Delivery To:   2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 | | | | |
| | FOB:   Destination | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2001 | Option Year 2<br>(9/22/2019 - 9/21/2020) | | 1.00 | YR | _____ | _____ |

Period of Performance:
9/22/2019 -9/21/2020
Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD).

| | |
|---|---|
| Period of Performance: | Start 09/22/2019 - End 09/21/2020 |
| Delivery To: | 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 |
| FOB: | Destination |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3001 | Option Year 3<br>(9/22/2020 - 9/21/2021) | | 1.00 | YR | _____ | _____ |

Period of Performance:
9/22/2020 -9/21/2021

Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD).

| | |
|---|---|
| Period of Performance: | Start 09/22/2020 - End 09/21/2021 |
| Delivery To: | 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 |
| FOB: | Destination |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4001 | Option Year 4<br>(9/22/2021 - 9/21/2022) | | 1.00 | YR | _____ | _____ |

Period of Performance:
 9/22/2021 -9/21/2022

Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD).

| | |
|---|---|
| Period of Performance: | Start 09/22/2021 - End 09/21/2022 |
| Delivery To: | 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 |
| FOB: | Destination |

## Statement of Work/Performance Work

## Statement Submitted by RAAS

## For Continued Development and O&M of DMD's CDW Graph Environment via Vendor Support

Introduction/Overview

This contract will facilitate the continued deployment and O&M support needs of DMD's CDW Knowledge Graph Environment (CKGE). The environment provides critical graph research and analytics resources for investigators and research analysts. This contract will provide necessary consulting and professional services to maintain the environment elements have been deployed and develop additional analytical features, and help IRS staff become more knowledge and skilled on using existing capabilities from the R&D project.

Background

Research, Applied Analytics, and Statistics' (RAAS) Data Management Division (DMD) and Data Exploration & Testing (DET), provide Graph Environment capabilities that is comprised of a several analytical support elements that will require consulting and professionals services to sustain and enhance. RAAS' plans are to continue to evolve a knowledge-based environment underpinned by linked-data and graph related capabilities for use by the broader Research & Analytics community, which current emphasis on Fraud related case work by Exam and Collection during Filing Season and Post-Filing season. Prior work using the CKGE has shown benefits for both investigators in a variety of units, such as Fraud Operations, EITC preparer compliance, Exam, Collection, CI, and RICS. Principally, the environment will continue to facilitate a range investigator and research graph type analyses.

The CKGE framework includes a Neo4j's Enterprise Edition open-source version[2], Elastic Search capabilities, and micro-services components useful for supporting graph- related research; the framework, additionally and importantly, has a Federal Information Security Modernization Ac (FISMA) related module interacting within the Neo4j and the framework, that has been specially designed and requires maintenance; the environment also has Section 508 features— along with associated capabilities—to have an efficient and flexible user-interface and processes that help work with data and make them available directly for analysts using open-source capabilities. Services will also involve working with a Hadoop/Spark cluster for enhancing analytical capabilities. Moving forward, IRS staff should be able to increasing support O&M and enhancement services to adjust and update user-interface features, provide efficient FISMA reporting, and maintain and trouble-shoot the environment to the extent of their KSAs.

The current interest is to use both the enhanced features involving FISMA and 508-compliance, and the professional services to maintain the existing capabilities and provide consultation and professional services to expand analytical graph and text search capabilities. The vendor of choice must be familiar with the tools and resources that are currently used in the CKGE environment, and able to promote FISMA security features such as the existing capabilities deployed.

This work has been successful in helping evolve the analytical capabilities using related entities using a different framework of open-source software capabilities to strive for cost-effectiveness and enhance expanded benefits from flexibility to integrated several different linked-data sources. It is a complex environment that requires unique skills and knowledge.

Scope

The contract will provide consulting and professional services to maintenance and enhancements to the CKGE. Furthermore, the vendor will help on modifications to the user interface and overall environment will seek to expand data elements, adjustments to the user interface search and rendering features, and improved interface for naïve, pattern-based use using java or cypher. Consulting and professional service activities will seek to finalize transition of the yK1 components from the existing environment into the CKGE; a specific subtask involves a conversion of some computations that is part of the yK1 related features. In addition, there is an interest testing out using a Spark/Hadoop cluster to improve any ETL aspects for improved efficiency.

The contract will provide options for up to four additional years. The vendor must have IRS MBI clearances at time of award to avoid delays in support in FY18 needs, specifically Filing Season and ongoing fraud operations. In addition, the vendor must be able to immediately work with the FISMA components without any learning, be Neo4j certified, and have knowledge of React, Angularjs, JAVA, micro-services architecture, and Hadoop/Spark as currently deployed in the CKGE framework.

Tasks

1. Provide consulting and professional services support for configuration and evaluation of any expanded CKGE framework elements originally developed during FY17 project and ensure FY18 Quarter 1 readiness for Filing Season support.
    a. Ensure continued availability of the FISMA and 508 related components for FY18 requirements

    b. Develop a plan and consideration to integrate the yK1 linked-data sources to provide query for specific yK1 analytics and provide direct work support as needed for, but not limited, to the following:
        i. yK1 Build-Out Tool (BOT) conversion.
    c. Enhanced UI and supporting elements, as needed, with search and graph rendering changes based on user feedback at least twice.
    d. Provide support to DBAs and analysts testing Spark/Hadoop for ETL changes that involved modification to the existing CKGE framework elements.
    e. Consult and, as needed direct work, for Elastic Search capabilities.
2. Help ensure IRS staff and the CKGE framework has capabilities sufficient for FY18 filing season support activities.
3. Provide knowledge transfer and other help to IRS staff about deployment and configuration of the CKGE framework, including the deployed Graph Explorer.
4. Ensure any open source products conform to their license-terms.
    a. Any modification to the Neo4j Enterprise, open-source edition available through AGPL must be prior approved by IRS
5. Participate in an periodic monthly status meetings to help answer any questions regarding feasibility of platform and considerations for moving forward as a permanent capability
6. Provide troubleshooting of issues and bugs via a helpdesk-type capabilities Monday- Friday and between 800am-500pm Eastern Time.
7. Document and provide configuration and other implemented elements in order to
1) Provide IRS with necessary materials to self-sustain deployment and participate in periodic knowledge sharing meetings with IRS staff.
8. Option Years will focus on continued similar core-related deployment framework and the professional services component will be reduced to approximately ½ of the "Base Year" and be conducted as a time and material type arrangement.

Year 1 (Base) Delivery[1]

| Deliverable | Description | Time Frame |
|---|---|---|
| 1. Project Kick-Off Meeting Presentation | Provides information regarding moving forward to meet key tasks and other considerations about resource needs, risks, and issues for executing Tasks | Within two calendar weeks of contract award |
| 2. Provide consultation and final design options for a modified CKGE framework for evaluation within | A modified KGCE framework will be based upon agreed changes stemming from yK1 plans and user feedback | Within 160 calendar days of completed interim background |

---

[1] Assuming existing MBI cleared-personnel carry-over from prior work

| | | clearance |
|---|---|---|
| Development stage (Alpha Version) | | |
| 3. Execute support during Alpha Version testing | Help IRS staff work through testing of the alpha version | Within two calendar weeks of Alpha Version release |
| 4. Release Beta Version of Platform | Refined version of the Alpha Version based on testing feedback | Within 90 calendar days of Alpha Version release |
| 5. Provide any Q&A support during end of project meeting | Provide answers to questions as needed to support evaluating feasibility and considerations for permanent capability | Within 90 calendar days of Beta Version release |
| 6. Provide Documentation about each milestone completed in accordance with IRS agreed-up parameters | Microsoft Word format is acceptable that includes any basic information on configuration and setup and 'How-To' for IRS work needs | Within 14 calendar days of each Milestone |

Place of Performance

- 77 K STREET NW; WASHINGTON, DC  20002
- As agreed to by Government

Period of Performance

- Base Year: 9/22/2017 – 9/21/2018
- Option Years1 (9/22/2018 – 9/21/2019)
- Option Year 2 (9/22/2019 – 9/21/2020)
- Option Year 3 (9/22/2020 – 9/21/2021)
- Option Year 4 (9/22/2021 – 9/21/2022)

Government Furnished Property

- IRS laptops with software and network access reasonable to performing tasks
- On-site office cube space at 77K Street NW location
- At least one Linux OS Server with at least 16 cores and 1TeraByte of RAM and available hard drive space as needed and feasible by IRS

Security

- Must have a IRS Medium-Risk background Clearance
- Must adhere to relevant security and safe protocols and training necessary for execute of tasks