**TRIAL EXHIBIT 58**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Benjamin Nussbaum (ben@atomrain.com), Brad Nussbaum (brad@atomrain.com)
**CC:**
**BCC:**
**Subject:** graphstack.io - avoid trademark issues
**Attachments:**
**Sent:** 03/26/2018 01:18:42 PM -0700 (PST)

I added you as admins to graphstack.io repos.

Incase you are wondering what this is - graphstack.io is the website I will have completed soon that will be used to provide Neo4j Enterprise open source packages for downloads without infringing on Neo4j's trademarks.

It is the only name I could find that was open.

I.E.  I can get away with allowing downloads of Neo4j on the site that have no code modifications or plugins but as soon as we add apoc or something else - the nominative trademark protection does not apply as easily.
So:    Neo4j Enterprise AGPL + APOC (and other plugins) = GraphStack

When you download it and extract it - it is /neo4j-enterprise-x.x.x   same as before.

Witness:
John Mark Suhy
**Exhibit 09**
10/22/2020  B Gerald

**Plaintiffs'
Trial Exhibit
58**

GFI 30(b)(6)
Brad Nussbaum
**Ex 19**
10/16/2020   D Myers


IGOV0001570252