**TRIAL EXHIBIT 59**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Philip Rathle (philip@neo4j.com)
**CC:**
**BCC:**
**Subject:** Re: Touching base
**Attachments:** purethink Mail - IRS breakdown.pdf; april-2016-email-number-5-agreement.pdf;
**Sent:** 05/21/2018 02:46:30 PM -0700 (PST)

Please give me some time to digest your proposal and see if this makes
sense from a business perspective for us. I probably will have some
questions, In fact I have one right offhand.

Question:

If we were to consider what you proposed, would you require us to
waive our right to pursue our claims, such as tortious interference
against Neo4j Inc in the
future? I believe we can work together moving forward, and in
parallel let the courts decide what is fair for the past. We have
invested quite a bit of time and money into preparation based on the
statute of limitations, and I would think that you would also say it
is fair to let the courts work out what is right - if we agree to
accept the court's decision and move on.

Beyond that question,

In order to trust us, I think based on your email response, you should
really just peak at the attachments I re-attached to this email. Not
to prove anything, but to show that you should be wary of taking one
side of the story from John and Jason.
These attachments are just so you keep an open mind when working with
us. Please read them - they are attached, short and can help our
relationship. I highlighted them to make it quick.

On another note, regarding the licensing, you may want to consider the
implications of going closed source right now.

I completely understand where you are coming from, and you have a
tough decision to make. I wouldn't want to be in your position
regarding that topic, so I respect that you are in a precarious
position and have to make a decision.

My biggest worry does not have to do with you going closed source, but
with how the community reacts. As you can imagine, there will be
probably be several community forks of Neo4j if you go the closed
source router. An unorganized fork without the proper governance
model can lead to the community being in the same situation as they
would be with you if you do go closed source. It would force us to do
a proper fork that addresses governance, meaning spending time I
don't feel like spending. But it would be needed for the Government.

I've already done the preparation to create non profit organization
with the necessary bylaws and governance model for a community fork of
Neo4j to get things started, and to ensure it's long term success (if
adopted).

**Plaintiffs' Trial Exhibit 59**

CONFIDENTIAL

IGOV00000298.0001

We took guidance from MariaDb and my mentors on how to do it right and
for the community, I am very confident that this will benefit the
community.

By design, if we do launch this community fork and re-brand , it won't
be something I can stop once the legal entity is in place and
launched, which is the point of ensuring the community has control.
I am not sure how it would effect our
working together, but as you can guess - it could actually hurt us all
if we end up making this partnership work and this fork becomes
popular.

Let me know if there is a time Friday that you want to catch up for a call.

Have a good day,

Sincerely,


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com


On Mon, May 21, 2018 at 1:06 AM, Philip Rathle wrote:
> Hi John,
>
> What Lars and I have been discussing is that we put forward some funds for
> joint marketing in the form of a couple events per year that would be
> staffed by you and some Neo4j folks, showing that we're behind you and
> giving you a chance to sell people on your Neo4j services prowess as well as
> other software that you've developed. And that we then offer you commission
> on the sale. We would as part of this agree to give you additional leeway
> with extended development licenses. As part of this you would agree to
> represent Neo4j in a way that is mutually beneficial, and more precisely
> stop making representations that benefit you in the short term at the
> expense of harming Neo4j, which in the longrun stands to hurt you as well,
> together with Neo4j users, employees, and so on. Lars' initial proposal was
> that we'd start with somewhere on the order of $30k for the first event and
> that we pay that based on entering into an agreement with you where you
> remove or significantly change your website.
>
> You've made claims about commissions you have said you are owed. John
> Broad's response about the commission is that he has no record of you ever
> notifying us to claim that account. At the same time my understanding is
> that you received $199k from the IRS for a one-year Neo4j subscription on
> our behalf, and never remitted the majority share to Neo4j. I'm sure you
> have your own interpretations. But this isn't my area and I don't have the
> time or the right knowledge to try and mediate these two views. I believe
> both you and we stand to gain the most by looking ahead at how we can both
> be more successful in the future, which I'll summarize again below.
>
> Before I get there I'd like to be clear about something, which is that we

CONFIDENTIAL  IGOV00000298.0002

> are obligated to protect our business and our IP. I'd wanted to share this
> before you bumped into it yourself on GitHub, which I see you have already
> done. We are big fans of openness, as you known, and publish the bulk of the
> Neo4j Enterprise Edition code as open source because we value transparency.
> Most vendors in our position use an open core model: with an open source
> community edition and an overlay of closed-source enterprise code to form
> their commercial enterprise edition. We happen to prefer the transparency
> that open source provides. But we don't not publish our Enterprise Edition
> code so that third parties can appropriate it and compete with us. This
> would be a fairly insane business model for us to engage in, so it's only
> natural that we would further clarify this intent by changing the license.
> This doesn't change our commercial intent in any way, which has been posted
> on our website for some time. And the code it affects is wholly owned and
> copyrighted by Neo4j and in an edition that is broadly understood and
> described as being commercial software.
>
> The Commons Clause (which was drafted not only by us) is the best answer we
> could find for protecting our business and still keeping the code open &
> visible. We could close the code like other vendors have done-- and if we
> were to do so it wouldn't have been the first time in history that one
> person's actions resulted in limiting freedom for a broader community. But
> we prefer to maintain our open spirit at the same time as we protect
> ourselves. Based on the reactions I've seen from even our very strongest
> open source advocates internally, I expect the community will be quite
> sympathetic to whatever steps we need to take to protect our license
> especially when we explain the reasoning. At the end of the day, protecting
> our business allows us to continue producing software. This protects the
> whole community, including users of our Community Edition which we offer
> with no expectation of financial remuneration.
>
> Your business is profitable. Ours is not. You have a website that makes
> commercially harmful representations about Neo4j's trademarked-protected
> brand and this has incurred demonstrable damage. Yet we've sought to resolve
> this amicably. We are willing to set aside differences and work together in
> a way that makes you successful. I understand you're frustrated because of
> interactions you've had with members of our Sales team and that's
> unfortunate. You of course understand that we likewise have good cause to be
> frustrated. But I am willing to set that aside and look forward rather than
> back. I feel optimistic that we're getting there, and I'm stating all of
> this in spirit not of criticism but of getting the issues out onto the table
> and sharing my perspective so that we can make a clear decision to move
> forward.
>
> What I propose is that we get an agreement into place in the next week
> whereby you come fully aboard as a reseller partner, and you take the next
> step in reworking your website to reflect a state of happy partnership. As
> part of this we set a timeline for scheduling a first event where Neo4j will
> provide sponsorship, that is large enough to satisfy your pipeline. I also
> propose that we go arm in arm to the IRS under this agreement: letting them
> know that the license has changed and they will need to engage commercially.
> We're happy for this to continue to happen through you and for you to
> benefit from this work. If you agree, we won't seek compensation for the
> monies that you've already received from IRS for Neo4j, and will in addition
> to the same reseller commission that any other partner would receive, will
> naturally give you the full benefit of the Services you offer them, and any

CONFIDENTIAL

> additional software you provide them. I understand you have other prospects
> in your pipeline and propose we address them in the same way. I should think
> that as a team you will stand a better chance of closing these projects with
> our backing, and should quickly find yourself with more than enough work to
> stay busy. Our licensing change gives you an easy explanation of why you
> have to change course by the way... which addresses an issue you raised
> earlier, namely how to explain to your partners and prospects that you've
> changed gears in such a significant way. I think the timing is perfect and
> this can be a real win-win.
>
> I'm back in California this week and happy to talk further this week. 10 AM
> and 1 PM Pacific Monday (tomorrow) each work, as does 10:30 AM and 3:30 PM
> Tuesday Pacific. Have a think and let's talk about next steps.
>
> Philip
>
> On Sat, May 19, 2018 at 1:04 AM, John Mark Suhy
> wrote:
>>
>> I can stop the social marketing then for right now, I just started
>> back up the social marketing campaign today.
>>
>> I can delete the marketing done today , and hold off on those tasks
>> until I hear from you.
>>
>> Lets touch base next week when you are back.
>>
>> Have a good weekend,
>>
>> John Mark
>>
>>
>> John Mark Suhy
>> PureThink
>> jmsuhy@purethink.com
>> 703-862-7780
>> http://purethink.com
>>
>>
>> On Sat, May 19, 2018 at 3:10 AM, Philip Rathle wrote:
>> > Hi John,
>> >
>> > I'm in Sweden readying myself to fly back after spending the last 7 days
>> > in
>> > Boston, London, and here; and working 15+ hours a day for that entire
>> > period
>> > (weekend included) - finally seeing a light at the end of the tunnel. I
>> > saw
>> > your note during the week and planned to read it and reply either on the
>> > plane ride back or tomorrow or Monday. Things are moving slowly because
>> > we're busy. I need to get ready for my flight now. Look for an email
>> > from me
>> > and let's see if we can continue progress. If we can't, we can't. But I
>> > would still like to.
>> >

CONFIDENTIAL                                                                                                IGOV00000298.0004

```
>> > Philip
>> >
>> > On Sat, May 19, 2018 at 1:32 AM, John Mark Suhy
>> > wrote:
>> >>
>> >> I just wanted to let you know that I appreciate you trying to get
>> >> everyone
>> >> together to work things out with us. I thought we were making
>> >> progress,
>> >> but I don't dwell on why something didn't work. It is a waste of
>> >> mental
>> >> energy.
>> >>
>> >> I am assuming that whatever happened that stopped our discussions was
>> >> out
>> >> of your control, since it's not your focus area.
>> >>
>> >> I just wanted to make sure you know that I don't take anything
>> >> business-wise personally, and everything I do is 100% business driven.
>> >> Even
>> >> with what happened with us last year, my attitude is that the courts
>> >> will
>> >> end up settling the issue when the time is right. So just know that
>> >> I am
>> >> always around if you want to talk.
>> >>
>> >> I am good at keeping business and personal stuff separate so if you
>> >> ever
>> >> want to grab a coffee, lunch, etc - let me know , we don't have to talk
>> >> about anything between our companies.
>> >>
>> >> Have a good weekend,
>> >>
>> >> John Mark
>> >>
>> >>
>> >>
>> >>
>> >>
>> >>
>> >>
>> >>
>> >
>> >
>> >
>> > --
>> >
>> > Philip Rathle
>> > VP of Products | Neo4j
>> > +1.650.918.9595 | @prathle
>
>
>
>
> --
```

CONFIDENTIAL

IGOV00000298.0005

>
> Philip Rathle
> VP of Products | Neo4j
> +1.650.918.9595 | @prathle

CONFIDENTIAL

IGOV00000298.0006



**John Mark Suhy <jmsuhy@purethink.com>**

## IRS breakdown
1 message

**John Mark Suhy** <jmsuhy@purethink.com>  Mon, Aug 22, 2016 at 6:00 PM
To: Matthew Fredrickson <matthew.fredrickson@neotechnology.com>, John Broad <john.broad@neotechnology.com>

Just an FYI the breakdown would be 200 | 29 - basically trying to pass something for you to have on books since no matter what we have to get creative on getting it done. Relating to accounting - If you know a creative way of accounting to have more on books let me know.

Also you should identify who from Neo Technology would be on project as advisor to get initial clearance for your team to get further into Treasury.

Talk to you later

John Mark Suhy
PureThink
703-862-7780
jmsuhy@purethink.com
https://purethink.com

John Mark Suhy <jmsuhy@purethink.com>

# For IRS - Idea
2 messages

**John Mark Suhy** <jmsuhy@purethink.com>     Thu, Apr 28, 2016 at 12:28 PM
To: John Broad <john.broad@neotechnology.com>, Matthew Fredrickson <matthew.fredrickson@neotechnology.com>

I just realized that we don't need to have 100% agreement on price and approach internally to give IRS an updated quote, we only need to agree that it is the option we are taking and that cost to build by whoever does it will come out of subscription cost of first year. We can work out details internally once we get the wording in place with IRS for their expectations.

That should make it easier so we can pick option for quite and move forward.

John Mark Suhy
PureThink
703-862-7780
jmsuhy@purethink.com
https://purethink.com

---

**John Broad** <john.broad@neotechnology.com>     Thu, Apr 28, 2016 at 12:42 PM
To: John Mark Suhy <jmsuhy@purethink.com>
Cc: Matthew Fredrickson <matthew.fredrickson@neotechnology.com>

Thank you, John Mark. That is in line with our thinking. The opportunity to secure a subscription from IRS and to stay/get more deeply engaged with them is critical to long term success.

We are committed to making a joint investment, the details of which we expect to be able to work out with you in the coming days/weeks as necessary.

Please give whatever word to IRS that you need to in order to move this opportunity forward.

John

John A. Broad | Director, Channels & Alliances | Neo Technology
mobile: +1.925.788.2347 | skype: john.a.broad | www.neo4j.com
[Quoted text hidden]