**TRIAL EXHIBIT 62**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** licensing@fsf.org
**CC:**
**BCC:**
**Subject:** Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
**Attachments:**
**Sent:** 06/20/2018 02:51:03 PM -0700 (PST)

Good evening Donald,

Thank you for taking the time to help us.   This was very useful.

I would like to add some context to the question and ask 2 follow up questions below.

We are creating a fork of the open source Neo4j graph database, and putting the fork under the control of a non profit organization with a governance model that will ensure the technology remains free and open to all in the future.

Neo4j Database (aka Neo4j)  is currently licensed under the GPL license for their community edition and AGPL v3 for their enterprise edition.

The AGPL license is found in License.txt files in the enterprise folders of their public GitHub repository:  https://github.com/neo4j/neo4j/

Our fork is only focused on the enterprise edition which is AGPL v3 - and which was modified by Neo4j Inc in the code base.

Neo4j Inc is the copyright holder of the Neo4j Database code we are going to fork.  We are calling the fork a different name, and the fork will remain AGPL as required.

Neo4j Inc has a separate commercial license for Neo4j Database (Neo4j) which as a copyright holder we understand is allowed.  This is not the issue.

Our issue and questions are around Neo4j Inc's recent addition of restrictive terms to the AGPL v3 license found in the License.txt files in their code base.

See:  https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

Below is a summary of their modifications they added to this file.  Each of the AGPL License.txt files are identical to the reference link below.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

At the top of the License file they added the following:

**The software ("Software") is developed and owned by Neo4j Sweden AB**
**(referred to in this notice as "Neo4j") and is subject to the terms**
**of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:**

.... AGPL v3 Standard  License content here.....

At the very bottom of the License file they added the following content:

"Commons Clause" License Condition

**The Software is provided to you by the Licensor under the License, as**
**defined below, subject to the following condition. Without limiting**

**Plaintiffs' Trial Exhibit 62**

Witness: John Mark Suhy
**Exhibit 23**
10/22/2020  B Gerald

**other conditions in the License, the grant of rights under the License**
**will not include, and the License does not grant to you, the right to**
**Sell the Software.  For purposes of the foregoing, "Sell" means**
**practicing any or all of the rights granted to you under the License**
**to provide to third parties, for a fee or other consideration,**
**a product or service that consists, entirely or substantially,**
**of the Software or the functionality of the Software. Any license**
**notice or attribution required by the License must also include**
**this Commons Cause License Condition notice.**


Neo4j Inc is then referencing these new restrictive clauses to cause legal uncertainty to anyone who is considering using their enterprise software, or any forks.

They have told us that our fork of Neo4j Database must abide by these additional restrictions added to the License.txt files that contain the AGPL license content.

This behavior is what drove the need for an open and free fork in the first place.

Neo4j Inc has told us that the additional clauses they added to the AGPL License.txt files must not be removed, and must be present in our new fork.

Below are the follow up questions we have relating to our fork of their project.  We want to ensure we are doing this right so the community benefits and we honor our obligations under the AGPL license.

1) As the copyright holder, is Neo4j Inc allowed to add the specific additional terms mentioned above to the  License.txt file (containing the AGPL license terms) and enforce these new additions?
https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

2) In our fork,  are we allowed to remove the additional terms and comments they have added to the License.txt files that go beyond the standard AGPL v3 license content?
Neo4j Inc is telling us that we can not change these License.txt files, i.e. we must leave these additional restrictions and content in the AGPL License.txt files of our forked code.
They then reference them to cause legal uncertainty.


The following GitHub diff link clarifies exactly what we would do by removing extraneous content beyond the standard AGPLv3 license in those files:

https://github.com/graphstackio/neo4j/pull/5/commits/d5cf74ea538cf80a94c8eee059cfb5a0e2b2ac72

We appreciate your guidance, we have not been able to find answers to these questions for quite some time now.

Thank you,

Respectfully,

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com


On Tue, May 22, 2018 at 11:38 AM, Donald R Robertson III via RT <licensing@fsf.org> wrote:

On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license.  It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file.  The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition
> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at <https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager

Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

IGOV0001570157.004