**TRIAL EXHIBIT 65**

Witness:
John Mark Suhy
**Exhibit 24**
10/22/2020  B Gerald

**From:**         Donald R Robertson III via RT (licensing-comment@fsf.org)
**To:**
**CC:**           jmsuhy@purethink.com
**BCC:**
**Subject:**      [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
**Attachments:**
**Sent:**         08/21/2018 08:50:57 AM -0700 (PST)

I apologize for the delay in responding here, as a small non-profit we are sometimes overwhelmed with the requests for our services. Also, I want to preface the following by stating that we cannot provide you with legal advice. The information we provide is hopefully useful, but if you need legal advice, you'll have to talk with legal counsel.

On Wed Jun 20 17:51:51 2018, jmsuhy@purethink.com wrote:
> Good evening Donald,
>
[snip]
>
> 1) As the copyright holder, is Neo4j Inc allowed to add the specific
> additional terms mentioned above to the License.txt file (containing
> the
> AGPL license terms) and enforce these new additions?
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/
> neo4j-enterprise/LICENSE.txt

The copyright holder on a work is the one with the power to enforce the terms of the license. So when the copyright holder fails to uphold the terms of the license, there unfortunately isn't anyone to turn to in order to force their hand in a legal sense. But the community can work to persuade them to do the right thing. And if the copyright holder won't do the right thing, then the community should simply avoid their work.

>
> 2) In our fork, are we allowed to remove the additional terms and
> comments
> they have added to the License.txt files that go beyond the standard
> AGPL
> v3 license content?
> Neo4j Inc is telling us that we can not change these License.txt
> files,
> i.e. we must leave these additional restrictions and content in the
> AGPL
> License.txt files of our forked code.
> They then reference them to cause legal uncertainty.
>
>

**Plaintiffs'
Trial Exhibit
65**

If a work was previously available under a free license, and later that license is changed, users can always use that earlier version under the terms of the free license. Also, as noted before, the GPL and AGPL also both have this provision:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10. If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

GFI 30(b)(6)
Brad Nussbaum
**Ex 16**
10/16/2020  D Myers

Unfortunately, I cannot give you legal advice as to how that would work for your particular situation, but I hope that this information proves useful to you.

[snip]

--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

IGOV0001570125.002