**TRIAL EXHIBIT 66**

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Brian Rodrigue (brian.rodrigue@excella.com)
**CC:**
**BCC:**
**Subject:** Checking In
**Attachments:**
**Sent:** 08/10/2018 08:09:41 AM -0700 (PST)

Good Morning Brian,

I just wanted to check in as we have not talked for a while.

I hope all is well.

If you have time next week, I can give you an update on our Neo4j activities.

We created a non profit with an Apache like governance model to ensure Neo4j stays open source incase Neo decides to take it closed source anytime in the future.

Check out https://graphfoundation.org

All the Neo4j enterprise distributions we package from now on will come from the foundation and have the standard vanilla AGPLv3 open source license.

Treasury and a bunch of analytic companies in the area now use these.

I figured you would want to know because Neo4j Inc has been trying to scare companies lately telling them they will close source, etc.

Most recently, they tried adding a 'commons clause' to the AGPL license , trying to precent companies from selling (and competing against them on procurements)

The free software foundation guidamce was to ignore it as it was invalid because restrictions like this, cant be added to the AGPL license, but it doesn't stop them from trying to use it to cause confusion.

Anyway, the foundation was actually setup because of this behavior.

On another note, how is your wife's cyber focus coming?

Have you been working with any interesting texhnology lately?

Have a good weekend,

John Mark

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

**Plaintiffs' Trial Exhibit 66**