**TRIAL EXHIBIT 69**

**From:** John Mark Suhy (jmsuhy@igovsol.com)
**To:** lee.e.smales.civ@mail.mil
**CC:**
**BCC:**
**Subject:** Question regarding: Global Adaptive Planning Collaborative Information Environment 2.0
**Attachments:**
**Sent:** 08/22/2018 11:40:41 AM -0700 (PST)

---

I noticed in an older FBO sources sought (link below) that you were looking for people with experience with Neo4j, which you referred to as FOSS (Free and open source) which is not entirely true.

You may want to reference the Neo4j Enterprise open source distribution which has the name "ONgDB Enterprise". ONgDB = Open Native Graph Database.   This distribution is the free and open source fork of Neo4j Enterprise.   US Treasury and other agencies use this.

I figured you may want to pass this back to the team who had you put out the solicitation because when you use the name Neo4j (Enterprise), you are usually referencing the commercial license.

ONgDB Enterprise is built from the same official source code, but is 100% open source with no catches.

Link: https://www.graphfoundation.org/projects/ongdb/

I would be happy to connect you with our US Treasury point of contacts to verify everything.
If you create a follow up solicitation - and only name Neo4j, it could be a problem for you.

Below is the line this email discusses, and shows you how to change it to be accurate.

Other FOSS products incorporated include LeafletJS, GeoTools, TinyMCE, docx4j, Hazelcast, JQuery, JQuery UI, Spring, Hibernate, DropWizard, Docker, and **neo4j.**

to

Other FOSS products incorporated include LeafletJS, GeoTools, TinyMCE, docx4j, Hazelcast, JQuery, JQuery UI, Spring, Hibernate, DropWizard, Docker, and **neo4j/ONgDB**.

https://www.fbo.gov/spg/USAF/AFMC/ESC/FA8730-SS-GAPCIE/listing.html

Have a good day,


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com



IGOV0001573588