**TRIAL EXHIBIT 83**

**From:**       John Mark Suhy (jmsuhy@igovsol.com)
**To:**         traci.a.brinkley@irs.gov
**CC:**         Richard Starr (richardestarr@starrlaw.biz)
**BCC:**
**Subject:**    AGENCY-LEVEL DELIVERY ORDER PROTEST OBJECTION SOLICITATION 2032H5-20-F-00394 STAY
                REQUIRED
**Attachments:** IRS-PROTEST-2032H5-20-F-00394.pdf;
**Sent:**       07/10/2020 11:38:36 AM -0700 (PST)

Good afternoon,

Attached is iGov Inc's agency level protest for solicitation
#2032H5-20-F-00394 relating to the delivery order of Neo4j software
and/or support.



Let me know if you have any questions or need additional information.

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

**Plaintiffs'
Trial Exhibit
83**

IGOV0002851647.001



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

**July 8th, 2020**

**AGENCY-LEVEL DELIVERY ORDER PROTEST OBJECTION TO FULL AND OPEN
COMPETITION, BRAND NAME JUSTIFICATION AND DELIVERY ORDER AWARD;
REQUEST FOR INDEPENDENT REVIEW AWARD STAY REQUIRED**

**BY ELECTRONIC MAIL:
TO: traci.a.brinkley@irs.gov**

Traci A. Brinkley

**Re: Delivery Order Protest of iGov, Inc.
Under Solicitation No. 2032H5-20-F-00394
Internal Revenue Service**

Dear Ms. Brinkley,

iGov Inc. (**"iGov"**) located at 7686 Richmond Highway Suite 101-B Alexandria, VA,
22306, telephone number 703-862-7780, and e-mail address jmsuhy@igovsol.com,
hereby files this delivery order protest challenging the delivery order award by
the Internal Revenue Service (**"Agency"** or **"IRS"**) of a contract and/or
purchase/delivery order to ALPHASIX CORPORATION  under Solicitation No. **2032H5-
20-F-00394 ("Solicitation**") through which the Agency intends to obtain Neo4j software
and/or support services.

By this Protest (defined below), iGov also objects to the Agency's lack of providing for
full and open competition, brand name justification and the Agency's intended award.

Competition is the required means by which the U.S. Government acquires products
and services, subject to only very limited exceptions.  [1] iGov files this bid protest in

---

[1] *See* FAR 1.102-2(a)(5) ("It is the policy of the System to promote competition in the
acquisition process.").

IGOV0002851648.001



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

response to the Agency's award for the delivery order referenced in Solicitation No. **2032H5-20-F-00394** [2]

This solicitation and award is improper because of several factors.

The solicitation indicates that a full and open competition after the exclusion of sources took place, however a full and open competition is impossible because of the reasons given in this protest.

Neo4j Inc has internal partner agreements, which prevent a full and open competition. Neo4j has internal processes aimed at allowing neo4j partners to 'register' or 'claim' a deal such as the solicitation this protest in response to.

This prevents full and open competition because this internal agreement effectively prevents other partners from competing for the project making the Neo4j component of this procurement a sole source award.

Once a company registered a potential deal, it would have been impossible for your agency to identify other sources or competitive pricing to ensure this solicitation was full and open competition.

Furthermore, the partner agreement, which Neo4j partners sign, forbids partners such as ALPHASIX CORPORATION, from promoting, marketing or supporting the free and open Neo4j distributions and forks such as ONgDB, which is already in production use at IRS.

The Internal Revenue Service, for instance, has qualified vendors supporting large open source ONgDB (Fork of Neo4j) enterprise distribution in production environments.

As mentioned above, procuring Neo4j, without allowing for the competing open source enterprise distributions effectively, means your agency has sole sourced the award to the awardee. Not only is this improper, but the IRS may be spending money it does not need to, as there are no license costs for the open source distributions.

FAR 6.301(d), states "When not providing for full and open competition, the contracting officer shall solicit offers from as many potential sources as is practicable under the circumstances."

Furthermore, a brand name justification for Neo4j was not found to be posted. Brand name justifications for Neo4j are extremely hard to justify because of the unique dual license nature of Neo4j. (Open source and proprietary). Unlike software which is 100% closed source, like Oracle database, Neo4j core is open source and can be forked.

---

[2] https://beta.sam.gov/awards/90644204%2BAWARD?keywords=neo4j&sort=-modifiedDate&index=&is_active=true&page=1

IGOV0002851648.002



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

These forks become competitors to Neo4j Enterprise commercial packages and must be considered for proper brand name justification.

This is a unique situation specific to open source software such as Neo4j, which can be publicly forked by any person or company and made into a competing offering.

The Open Native Graph Database (ONgDB) is a free and open, competing enterprise graph platform to Neo4j Enterprise. ONgDB takes Neo4j core and ads enterprise features which directly compete with Neo4j Enterprise. Not only is ONgDB 100% free and open, it has no limitations on cluster size or number of cores. It would have been highly unlikely that a brand name justification for Neo4j Enterprise could have been supported because of these facts. As a reference, ONgDB is used in large production deployments inside the IRS utilizing its competing enterprise features. Please contact the IRS RAAS department for more information.

The procurement states that the requirement is "NEO4J AND RSTUDIO SOFTWARE SUPPORT FOR THE CYBER SECURITY DATA WAREHOUSE (CSDW)." Neo4j core (open source license), and ONgDB Enterprise (open source license) would both meet the graph component of the requirement. Neo4j partners can only support paid enterprise licenses, while everyone else can support the open source licenses. The core features are all the same as they share the same core code base.

iGov requests an independent review of this protest at a level above the Contracting Officer, pursuant to FAR 33.103(d)(4).

Since, there is no proper justification for the IRS for the reasons stated herein, the IRS should sustain this protest and cancel the delivery order.

In addition, sustainment of this protest would not have a negative effect on IRS, as they can use the free and open source ONgDB forked distribution with no limitations on usage in the meantime. There are several vendors inside IRS who have past performance providing support for the open source distributions, something Neo4j partners are forbidden from doing.

Because ONgDB is an up-to-date fork of Neo4j core – the knowledge, data, and software developed will work without modifications. This is a unique situation specific to procuring products that are open source and have competing forks like Neo4j.

Each fork of Neo4j essentially competes with the Neo4j branded distributions – while the underlying core code and functionality is the same.

ONgDB Enterprise (Neo4j Core + EE Features) is already available and in production use at IRS within the RAAS department. There are many vendors inside IRS who support the open source distributions.

IGOV0002851648.003



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

*See* FAR 1.102-2(a) (5) ("It is the policy of the System to promote competition in the acquisition process.").

See https://graphfoundation.org/ongdb/

See https://blog.igovsol.com/2020/01/09/Thinking-about-becoming-a-Neo4j-partner-You-may-want-to-read-this.html

I. **IGOV IS AN INTERESTED PARTY, THE PROTEST IS TIMELY, AND THE COMPETITION IN CONTRACTING ACT REQUIRES A STAY OF AWARD.**

**A. Interested Party**

iGov is an interested party whose economic interests are directly affected by the IRS's intent to make this award to ALPHASIX CORPORATION.  iGov is a prospective offeror for the services that the IRS is acquiring from ALPHASIX CORPORATION.

Exclusion of sources and the decision to set-aside or use a specific contracting vehicle could not have been proper because IRS did not have the relevant facts and information, as well as the information listed above.  Had the solicitation been made in a full and open competition way and the solicitation was still placed on SEWP contract vehicle, iGov could have bid on this solicitation was a teaming partner.   Furthermore, iGov is a team member on the DAIS vehicle and has SDVOSB teaming partners.

Furthermore, the solicitation was effectively sole sourced because of the internal Neo4j partner agreements as described herein and a great deal of potential sources and teaming partners were cut out because the solicitation did not take into consideration the unique open source nature of Neo4j and its competing forks. By specifying the "Neo4j" brand name without a valid brand justification – it cuts out all vendors and teaming partners who are not Neo4j partners, and thus who could have offered competing support offers at a dramatic discount because of the lack of licensing costs for the open source distributions.

*See* FAR 33.101. The IRS maintains authority to resolve this protest pursuant to FAR Part 33.

All the information leading to the decisions leading to the procurement, contract vehicle, and other procurement decisions would have been tainted from the start because of a Neo4j brand name justification and other reasons discussed herein.

**B. Timeliness**



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

The regulations governing agency-level protests provide that protests based on alleged apparent improprieties in a solicitation shall be filed before bid opening or the closing date for receipt of proposals. In all other cases, protests shall be filed no later than 10 days after the basis of protest is known or should have been known, whichever is earlier. The agency, for good cause shown, or where it determines that a protest raises issues significant to the agency's acquisition system, may consider the merits of any protest which is not timely filed.  FAR 33.103(e).

The contact information of the procurement officer was not published on FBO and it took until a day ago to identify the procurement officer to send this protest to.

Furthermore, this protest raises a significant issue relating to the procurement.  Neo4j has deceived the IRS in the past, in an attempt to get IRS to purchase Neo4j software and/or support.   When the RAAS division of IRS learned that Neo4j Enterprise could be used for free under its open source license, the Neo4j federal sales team tried to tell RAAS that they could not use it.  IRS's General Counsel was involved.

We believe this same behavior could have been at play in this procurement based on this past behavior.   RAAS moved over to the Neo4j Enterprise fork called Open Native Graph Database (ONgDB) after this event.  Please contact RAAS for more information.

iGov files this protest **("Protest")** pursuant to the rules defined in FAR 33.103(e). This Protest, therefore, is timely. *(Id.)* By this Protest, iGov also objects to the Agency's brand name justification , the effective sole source award,  Agency's statement that a full and open competition was performed, and the Agency ' s intended award.

## C. Stay of Award

Upon receipt of a protest , a purchase order and/or contract may not be awarded , pending agency resolution of the protest. FAR 33.103(f). Therefore, the Agency must stay the award component relating to Neo4j to ALPHASIX CORPORATION.


## II. BRIEF FACTUAL BACKGROUND


### A. Procurement Background


As noted above, on June 16th, 2020 the IRS provided notice of a delivery order award for Neo4j Software for the effective data of September 19th, 2020.

The solicitation was made using the SEWP contract vehicle as a Service Disabled Veteran Owned Small Business (SDVOSB) set aside.

IGOV0002851648.005



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

The following statements were made in the solicitation posting.

The description of the requirement does not specifically indicate that Neo4j is needed. From the description, Neo4j Core or ONgDB could both fill the requirement. Because Neo4j partners are forbidden from supporting open source licensed distributions, the procurement for support would also require a commercial license – which was not justified and un-needed as the open source distributions have the same functionality as they share the same core code and features as the neo4j branded distributions.

**Description of Requirement**
NEO4J AND RSTUDIO SOFTWARE SUPPORT FOR THE CYBER SECURITY DATA WAREHOUSE (CSDW).

**Extent Competed for Referenced IDV**
FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES

**Extent Competed**
FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES

**Fair Opportunity/Limited Sources**
FAIR OPPORTUNITY GIVEN

**Number of Offers Received**
1

See: https://beta.sam.gov/awards/90644204%2BAWARD?keywords=neo4j&sort=-modifiedDate&index=&is_active=true&page=1

**B. Business Background**

**iGov** is a software development company focusing on support of open source graph analytics.  iGov provides enterprise level support for the Open Native Graph Database (ONgDB) fork of Neo4j.  Because iGov is not a partner of Neo4j Inc, it does not have contract clauses that limit it in promoting, marketing and supporting Neo4j open source distributions. This is something Neo4j partners are forbidden from doing.

The CTO of iGov Inc, John Mark Suhy, was the developer of the Neo4j Government Edition while CTO of PureThink LLC, a Neo4j partner and exclusive provider of the Neo4j Government Edition to the US Government.  Mr. Suhy also brings his Neo4j

IGOV0002851648.006



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

development experience as a committer and involved community member for the Graph Foundation and its ONgDB enterprise fork of Neo4j.

Mr. Suhy currently works on several contracts inside the IRS.

**Neo4j** is an open source graph database, whose source code is available on GitHub. [3]

Neo4j Inc is a venture funded for-profit startup company who maintains the Neo4j project.

Neo4j (the database) has 2 distributions.  1. Neo4j Community Edition and 2. Neo4j Enterprise Edition.

The **Graph Foundation** is a non-profit organization who maintains the **Open Native Graph Database (ONgDB)** fork of Neo4j. The underlying core source code is synced daily with Neo4j's repository.  [4]

Unlike Neo4j,  the Graph Foundation is a non-for-profit company aimed at ensuring Neo4j remains open source forever through its ONgDB fork.

ONgDB has already been adopted by IRS to replace Neo4j branded distributions and serves large production environments including the CDW Knowledge Graph Environment (CKGE).

ONgDB is supported by several vendors inside IRS already.

Neo4j Partners are forbidden from supporting open source distributions of Neo4j such as ONgDB.

Neo4j Inc has an internal process that allows its partners to 'register' deals such as the that described in the solicitation this protest is focusing on.  This not only prevents the ability for full and open competition, it effectively causes procurements to be unknowingly sole sourced indirectly to a single vendor who registered the deal.

Neo4j Inc has contract clauses in the partner agreement which prevents their partners from marketing/promoting, developing, and supporting the free and open source graph distributions of Neo4j or forks of Neo4j such as ONgDB.

See Partner agreement:

---

[3] https://github.com/neo4j/neo4j/
[4] https://github.com/graphfoundation/ongdb/

IGOV0002851648.007



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

> **4.3.2 During the term of this Agreement and up until thirty six (36) months after th e termination or expiration of this Agreement,**
> **Partner may not develop, market, distribute or offer any services related to any N eo Technology Community Edition Products,**
> **derivative works of such products, or any Partner software code made to work wit h Neo Technology Community Edition Products**
> **(including, without limitation, hosting services, training, technical support, config uration and customization services, etc.).**

Open source distributions and forks of Neo4j support government open source initiatives.

ONgDB and other open source forks of Neo4j should be considered because of the US government's open source initiatives.

See: https://sourcecode.cio.gov/

See: https://www.whitehouse.gov/sites/whitehouse.gov/files/omb/memoranda/2016/m_16_21.pdf

## III. **GROUNDS OF PROTEST**

### A. Not full and open competition and improper brand name justification leading to procurement and/or posting to use Neo4j branded commercial distributions and support.

Full and open competition was impossible because of Neo4j Partner agreements and the internal process of registering deals essentially only allow one company to provide the services. This procurement was effectively sole source procurement because of these agreements and partner clauses.

There is no brand name justification justifying the Neo4j requirement, which could have been protested itself so that full and open competition could be realized.

IGOV0002851648.008



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

A brand name justification would be very hard to support because of the fact that Neo4j is open source, and free and open source forks of Neo4j, such as ONgDB, share the same core code and functionality.

The actual requirement posted states: "NEO4J AND RSTUDIO SOFTWARE SUPPORT FOR THE CYBER SECURITY DATA WAREHOUSE (CSDW)."   All open source Neo4j distributions and forks such as ONgDB satisfy the "Neo4j" requirement and are in fact 100% free with no limits on cores and cluster instances, etc.  There are many vendors inside IRS with past performance supporting the open source distributions.

Furthermore, because of the fact that Neo4j partners cannot support open source Neo4j distributions,  the solicitation has effectively settled on a single brand name without considering the fact that the forks of Neo4j are competing products even though they share the same underlying core code and features.

Had IRS allowed for bids of open source enterprise distributions or forks of Neo4j, then the solicitation would have been full and open as vendors who have not signed the Neo4j partner agreement are free to compete with open source licensed package options. Neo4j branded "commercial" packages have an additional license cost which the open source support packages would not have had to consider.   This would result in dramatic cost savings for IRS, plus using open source options also falls inline with government open source initiatives.

For instance, the following vendors are able to provide support services for open source distributions, and which are already supporting federal agencies for open source licensed distribution in large production environments. This is just a small section of companies who are not Neo4j partners and therefore can support open source distributions and forks of Neo4j. Since they are not under Neo4j partner agreement terms, they are free to bid on any procurement of this sort.

AtomRain Inc.: https://atomrain.com

ASR Analytics:  https://www.asranalytics.com/

Deloitte Inc.: https://www2.deloitte.com/us/en.html

Analytica: (Hubzone) https://www.analytica.net/

eGovernment Solutions Inc.: (Hubzone)  https://egovsol.com

And more…

IGOV0002851648.009



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

Because of the unique dual license nature of Neo4j being open source and proprietary with the ability to be forked and re-branded – Neo4j Inc is NOT the only company that possesses the deep level of knowledge and expertise of Neo4j and its forks. This is a situation that does not occur with products what are 100% proprietary such as with proprietary Oracle database software.

Each fork of Neo4j, such as ONgDB, and packages around them much be considered a competing product to Neo4j in the context of brand name justification.

Because of the Neo4j partner terms and processes mentioned herein, the U.S. Government must closely scrutinizes sole source procurements conducted under any exceptions to the mandate for full and open competition authorized by 10 U.S.C. § 2304( c)(I ), which permits an agency to award a sole-source contract where it properly determines that only one responsible source can meet its requirements.  Because of the unique circumstances mentioned above – a full and open competition was impossible.

*WorldWideLanguage Resources, Inc.,*· SOS

*International Ltd .,* B-296993 et al., Nov . 14, 2005, 2005 CPD ,i 206. When an agency uses noncompetitive procedures under section 2304(c)(I), it must execute a written J&A with sufficient facts and rationale to support the use of the specific authority, FAR §§ 6.302-l(c), 6.303, 6.304, and publish a notice in FBO to permit potential competitors to challenge the agency's intent to procure without full and open competition. 10 U.S.C. § 2304([). *(Id.)* GA O's review of an agency's decision to conduct a sole-source procurement focuses on the adequacy of the rationale and conclusions set forth in the J&A. *(Id.)* Where the record shows that the agency has failed to adequately justify its sole source award decision , GAO will sustain the protest.

The U.S. Government will sustain a protest challenging a sole source award based on the agency's determination that only one source is available, where the record establishes that alternative sources do in fact exist. *National Aerospace Group, Inc .,* B-282843, Aug . 30, 1999, 99-2 CPD ,i 43 (agency's justification for sole source procurement inadequate where the documentation did not reasonably show that only the proposed awardee's exact product would satisfy the agency's needs); *Jervis B. Webb Company; Eaton-Kenway, Inc.,* B-211724, B- 211724.2, Jan. 14, 1985, 85-1 CPD ,i 35 (sole source award of contract on total-package basis unjustified where agency took little or no action to identify and to evaluate possible alternatives).

iGov is prepared to compete for the requirements which the IRS seeks to procure. Additionally, there is no valid basis under the FAR's exceptions to competition to make a sole source award to ALPHASIX CORPORATION, which is the case of this procurement due to the reasons mentioned herein. *Marconi Dynamics, Inc.,* B-252318, June 21, 1993, 93-1 CPD, 475 (proposed sole source award not reasonably based where agency claims--that the unavailability of proprietary data and of certain equipment and facilities (both government furnished and otherwise), combined with the

IGOV0002851648.010



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

short term of performance and low contract value mean that only the sole source can provide the services--were effectively refuted by the protester who demonstrated that the findings were not supported by fact).

**B. The Agency Did Not Describe Any Special or Unique Features in Neo4j Database That Would Support a Brand Name Justification.**

The solicitation requirement states: "NEO4J AND RSTUDIO SOFTWARE SUPPORT FOR THE CYBER SECURITY DATA WAREHOUSE (CSDW)." All open source Neo4j distributions and forks such as ONgDB satisfy the requirement.  Because Neo4j is an open source project with forks which compete with the commercial licenses, procurement offices must realize that stating only trademark name  "Neo4j"  is effectively stating that only "Neo4j" commercial packages are accepted which would require brand name justification.

The solicitation could have countered this effect by stating "Neo4j open source or commercial packages and Neo4j forks including ONgDB are acceptable".

Again, this is a unique situation because of the open source nature of Neo4j and the fact that organizations such as, Graph Foundation, can create forks which are in sync with the core code base, but compete with Neo4j Inc.

*****

Accordingly, for the reasons stated above, it was improper for IRS to make the award to ALPHASIX CORPORATION to provide 'Neo4j' - related graph database subscriptions, software or services.

**IV. THE AGENCY'S ACTIONS RELATED TO THE AWARD PREJUDICED iGov**

Prejudice is an essential element of a protest, including those made directly to an agency. *In re Colonial Storage Co.-Reconsideration, B-253501, B-253501.8, May 31, 1994 CPD ~ 335.* As in any GAO protest, an agency must sustain a Protest where a reasonable possibility of prejudice is shown or evident. *Id.* at 1. If an agency clearly violates procurement requirements, GAO, and the agency must resolve doubts concerning prejudice in favor of the protester. *See United Int'l Eng'g, Inc.; Morrison Knudsen-Dynamics Research; PRC Inc.; Science Applications Int'l Corp., B-245448 et al., Jan. 29, 1992, 92-1 CPD ~ 122; see also Dismas Charities, Inc., B-292091, Jun. 25, 2003, 2003 CPD ~ 125* (rejecting agency's argument that protester was not prejudiced in light of the multiple procurement errors); *Mechanical Contractors, SA, B-277916, Oct. 27, 1997, 97-2 CPD~ 121* ("While the PCC argues that the errors which occurred would not have affected its source selection, we conclude, particularly in light of the multiple errors explained above, that the protester was prejudiced by the agency's actions").

IGOV0002851648.011



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

The Agency's errors in the solicitation and failure to do due diligence to obtain all the facts have clearly prejudiced iGov.  But for the issues cited above, there is more than a reasonable possibility that iGov Inc, would have had an opportunity to compete for the services in support of requirement either directly or through a teaming relationship. *United Int'l Eng'g, Inc., supra. Therefore,* the Agency should sustain iGov Inc's Protest and cancel the solicitation for the IRS requirement.

## V. CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons stated in this protest, iGov is substantially and unfairly prejudiced by the Agency's award to ALPHASIX CORPORATION.  Because of these actions, iGov and many other qualified vendors would have had an opportunity to compete for the services required.

Accordingly, for the reasons stated above, iGov respectfully requests that the Agency sustain its Protest and cancel the delivery order award or part of the award relating to Neo4j software and/or support to ALPHASIX CORPORATION.

(6)(4)

## VI. SERVICE OF PROTEST

iGov Inc. officially files this protest for the procurement and respectfully requests that this protest be subject to an independent review, at a level above the Contracting Officer, pursuant to FAR 33.103(d)(4).

Respectfully,

By:

John M Suhy
CTO iGov Inc.
703-862-7780
jmsuhy@igovsol.com
https://igovsol.com

7686 Richmond Highway Suite 101-B
Alexandria, VA 22306