**TRIAL EXHIBIT 86**

PureThink  00020015  Case 5:18-cv-07182-EJD  Document 241-22  Filed 01/26/24  Page 2 of 8

119 captures
14 Dec 2001 – 8 Jun 2019

SEP NOV DEC
◀ **01** ▶
2016 **2017** 2019

About this capture

# Neo4j Government Edition News

If your agency was planning on procuring Neo4j Government Edition, then please checkout iGov Inc's new **Government Package** for Neo4j.

PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal agencies has ceased their partnership with Neo Technology and Neo4j Government Edition has been retired.

The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because iGov Inc is not a solution partner, it can offer packages at great cost savings to US Government Agencies as it has no restrictions on working with Neo4j Enterprise open source licenses!

iGov Inc and the new **Government Package** for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

iGov Inc's new **Government Package** for Neo4j can be added to any Neo4j instance making it a "Government Edition". By default, all Government Packages for Neo4j now comes with Neo4j Enterprise included under it's open source license!

Learn More about iGov Inc and it's new Government Package for Neo4j

## WHO WE ARE

PureThink is a software development company established in 2002 and located in Reston, Va. It is part of the Dulles High Tech corridor and Washington, DC Metro area.

## DISTINGUISHERS

**Plaintiffs' Trial Exhibit 86**



Witness: John Mark Suhy
Exhibit 04
10/22/2020 B Gerald

- Solid past performance in Federal, DOD, and commercial spaces.
- Our management team is comprised of highly experienced technology professionals.
- No off-shoring : Because we focus on the US Government exclusively, our resources are all located in the USA and have the ability to be cleared or already hold clearances.
- Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.
- Security focused. All of our software development professionals must go through security training. We were 2011 RSA speakers regarding continuous monitoring and the cloud.
- Our company is well established with over 12 years in business.

## General Contact

(703) 348-3968

☐ info@purethink.com

☐ 1902 Campus Commons Drive Suite 101 Reston, VA 20191

## Customer Support

Toll Free: **+1 (855) 979-7771**

☐ support@purethink.com

See our support page for more information.

# PHILOSOPHY

To help you succeed, we believe in working closely and cooperatively with our clients. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

# RESULTS

Our mission is to bring the greatest value to our clients by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with whom we tailor

solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

# DUNS & CAGE Information

- DUNS: 147591627
- CAGE Code: 5KLU9

# NAICS Codes

- 511210 Software Reseller
- 541511 Software Development
- 541512 Systems Integration / CAD / CAM / LAN
- 541519 Software Installation / Disaster Recover
- 611420 Software Training
- 541330 Engineering Services

# SIC Codes

- 5045 Computers and Computer Peripheral Equipment and Software
- 7371 Computer Programming Services
- 7372 Prepackaged Software
- 7373 Computer Integrated Systems Design
- 7378 Computer Maintenance and Repair
- 7379 Computer Related Services, Not Elsewhere Classified

# About PureThink

PureThink is a software development company established in 2002 and located in Reston, Va. We focus on bringing innovative technologies to US Federal and State government agencies.

### CONTACT US

**(703) 348-3968**

info@purethink.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191

# PURETHINK

© 2017 PureThink Corp All Rights Reserved.

33 captures
10 Feb 2003 – 19 Aug 2018

OCT  AUG  SEP
     19
2016 2018 2019
About this capture

# Bringing  technologies to the government.

PureThink focuses on bringing innovative, emerging technologies to the US Government.

Join Our Team!

## WHO WE ARE

PureThink is a software development company established in 2002 and located in Reston, Va. It is part of the Dulles High Tech corridor and Washington, DC Metro area.

## DISTINGUISHERS

- Solid past performance in Federal, DOD, and commercial spaces.
- Our management team is comprised of highly experienced technology professionals.
- No off-shoring : Because we focus on the US Government exclusivly, our resources are all located in the USA and have the ability to be cleared or already hold clearances.
- Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.
- Security focused. All of our software development professionals must go through security training. We were 2011 RSA speakers regarding continuous monitoring and the cloud.
- Our company is well established with over 12 years in business.

### General Contact

(703) 348-3968

info@purethink.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191

Customer Support

Toll Free: **+1 (855) 979-7771**

✉ support@purethink.com

See our support page for more information.

# PHILOSOPHY

To help you succeed, we believe in working closely and cooperatively with our clients. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

# RESULTS

Our mission is to bring the greatest value to our clients by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with whom we tailor solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

## DUNS & CAGE Information

- DUNS: 147591627
- CAGE Code: 5KLU9

## NAICS Codes

- 511210 Software Reseller
- 541511 Software Development
- 541512 Systems Integration / CAD / CAM / LAN
- 541519 Software Installation / Disaster Recover
- 611420 Software Training
- 541330 Engineering Services

## SIC Codes

- 5045 Computers and Computer Peripheral Equipment and Software
- 7371 Computer Programming Services
- 7372 Prepackaged Software
- 7373 Computer Integrated Systems Design
- 7378 Computer Maintenance and Repair
- 7379 Computer Related Services, Not Elsewhere Classified

## About PureThink

PureThink is a software development company established in 2002 and located in Reston, Va. We focus on bringing innovative technologies to US Federal and State government agencies.

### CONTACT US
### (703) 348-3968

✉ info@purethink.com

📍 1902 Campus Commons Drive Suite 101 Reston, VA 20191

PURETHINK

© 2018 PureThink Corp All Rights Reserved.

[Neo4j] is a trademark of Neo Technology, Inc.