**TRIAL EXHIBIT 87**



Witness:
John Mark Suhy
**Exhibit 03**
10/22/2020  B Gerald

# Bringing open source technologies to the government.

iGov focuses on building innovative opening source based solutions for the US Government.

Plaintiffs'
Trial Exhibit
**87**

## WHO WE ARE

iGov is a Virginia software development company located in Reston, Va. iGov Inc is located in the Dulles High Tech corridor and Washington, DC Metro area.

The principle behind PureThink and the developer of the retired Neo4j Government Edition has created iGov Inc, which is not a Neo4j Solution Partner. Every US Federal government procurement of Neo4j was through PureThink and supported by our team. Now we can offer packages that allow US Federal agencies to gain all the benefits they had from our team's experience and past performance with the ability to apply it to Neo4j Enterprise using its free open source license!

What sets iGov Inc apart, is the past performance and experience our team brings to the table as well as the ability to develop solutions and support Neo4j Enterprise open source licenses. You will find this is a rare combination especially considering the fact that we can now support Neo4j Enterprise open source licenses.

> Neo4j Government Edition has been retired by Neo4j Inc..
>
> PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal agencies has ceased their partnership with Neo4j Inc.. The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because we are not a solution partner, we are not under the extremely restrictive terms dealing with services around Neo4j open source licenses which applies to partners. With iGov Inc, we can offer packages that allow US Federal agencies to gain all the benefits they have from our team's experience and past performance we've gained, but now with the ability to apply it to Neo4j Enterprise open source licenses! Before now, the only option for development or non-critical system support was the extremely costly commercial production support packages. Things have changed, and US Federal agencies are going to benefit from huge savings related to

Neo4j and Neo4j solutions.

iGov Inc and the Government Package for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

The new **Government Package for Neo4j** can be added to any Neo4j instance making it a "Government Edition".

By default, **all Government Packages for Neo4j now comes with Neo4j Enterprise** included under its open source license!

Once ready for production, agencies can choose to have either iGov Inc, a Neo4j Solution partner of their choice, or their own team handle production support. This allows agencies to decide what best fits their production and system needs.

iGov Inc and its partners offered production support packages that cover complex big data architectures that usually make up a Neo4j solution not just Neo4j itself. Ex: ElasticSearch, Apache Kafka, and more.

Please contact us for past performance references, and current Federal agency customer references to find out more about our team and offerings.

Procurement offices can reach out to us for necessary paperwork, documentation, and more needed to make smart procurement decisions. It's simple, if your agency is in development, then procuring a Neo4j Enterprise commercial package is likely not in the best interest of your agency.

Please contact neo4j@igovsol.com for more information.

# DISTINGUISHERS

- Our team has solid Neo4j solutions development and support past performance in Federal government.
- Our management team is comprised of highly experienced technology professionals.
- No off-shoring : Because we focus on the US Government exclusively, our resources are all located in the USA and have the ability to be cleared or already hold clearances.
- Extensive domain knowledge, adaptability, and experience in emerging technologies, methodologies and processes.

## General Contact

(703) 862-7780

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191

## Customer Support

Toll Free: **+1 (855) 979-7771**

support@igovsol.com

See our support page for more information.

# PHILOSOPHY

To help you succeed, we believe in working closely and cooperatively with our clients. Our goal is to ensure everyone on the same page regarding project status, methods and tasks. Our approach is to develop software according to an Agile methodology which means we emphasize people and interaction rather than complicated processes and endless documentation.

# RESULTS

Our mission is to bring the greatest value to our clients by leveraging our considerable depth of resources and experience. We align our approach to the specific business drivers of each business we work with whom we tailor solutions to best suit different cultural environments, industries, and market conditions. We focus on business strategy implementation, not business strategy development.

## DUNS & CAGE Information Given upon request.

## NAICS Codes

- 511210 Software Reseller

- 541511 Software Development
- 541512 Systems Integration / CAD / CAM / LAN
- 541519 Software Installation / Disaster Recover
- 611420 Software Training
- 541330 Engineering Services

## SIC Codes

- 5045 Computers and Computer Peripheral Equipment and Software
- 7371 Computer Programming Services
- 7372 Prepackaged Software
- 7373 Computer Integrated Systems Design
- 7378 Computer Maintenance and Repair
- 7379 Computer Related Services, Not Elsewhere Classified

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2019 iGov Inc. All Rights Reserved.