**TRIAL EXHIBIT 88**



**Plaintiffs'
Trial Exhibit
88**

**Witness:
John Mark Suhy
Exhibit 11**
10/22/2020  B Gerald

## US Federal Government Packages for Neo4j Solutions

If your agency is planning on building a solution around Neo4j, then this package provides the best value over a commercial subscription.

Request Procurement Document Package

## Government Development Packages for Neo4j

iGov Inc's development packages for Neo4j are a better value than Neo4j Enterprise commercial support subscriptions for US federal agencies currently developing Neo4j solutions. Spend your budget building a solution instead of unnecessary production support for something not yet built! Its that simple!

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

### NEO4J INC. COMMERCIAL SUBSCRIPTION
### $29K - $1M+

| |
|---|
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

| |
|---|
| **IGOV INC. GOVERNMENT DEVELOPMENT PACKAGES** <br> **$25K+** |
| 100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!. |
| Neo4j Enterprise Software |
| Only available through iGov Inc |
| No annual subscription, you are free to do whatever you want in the future. |
| Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc. |
| Defaults Neo4j Enterprise Open Source license. |
| No limitations on usage, instances or cores - cost goes 100% to solutions development |
| FISMA and 508 Toolkit and Services |
| Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. |

| |
|---|
| **OPEN SOURCE** |

| FREE |
|---|
| There is no reason you should be using Neo4j Community Edition. |
| Neo4j Enterprise Software (Same physical software as commercial package) |
| No limitations on usage, can be used in production with as many instances and cores as you want. |
| Standard GNU AGPL v3.0 Open source License. |

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW     PRICE COMPARISON     PROCUREMENT COMPARISON     WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

### Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

### UI/UX Development

The development packages include UI and UX design services to assist developing everything from your

dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.



# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874 / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |

| | |
|---|---|
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

### $25,000+

### 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

## Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

|  | **Government Development Package w/ Neo4j Enterprise** | **Neo4j Enterprise commercial support subscription** | **Neo4j Enterprise (default open source license)** |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |
| Can I create custom derivative versions of | **YES** | **YES** | **YES** |

| | | | |
|---|---|---|---|
| Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | | | |
| Does Neo4j Inc. provide official email and phone production support? | **No*** <br> *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | | **YES** for all <br> *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | |

# Why iGov Inc ?

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

iGov Inc's new Government Package can be used as a direct replacement for the now retired Neo4j Government Edition. iGov Inc is the only vendor providing this package. Even more, this package includes Neo4j Enterprise under its open source license!

**How is this possible?** Read below to learn more....

> **Neo4j Government Edition** has been retired by Neo4j Inc..
>
> PureThink, the company who created, managed and sold Neo4j Government Edition to all US Federal

agencies has ceased their partnership with Neo4j Inc.. The principle behind PureThink and the Government Package has created a new corporate entity called **iGov Inc**, which is not a Neo4j Solution Partner. Because we are not a solution partner, we are not under the extremely restrictive terms dealing with services around Neo4j open source licenses which applies to partners. With iGov Inc, we can offer packages that allow US Federal agencies to gain all the benefits they have from our team's experience and past performance we've gained, but now with the ability to apply it to Neo4j Enterprise open source licenses! Before now, the only option for development or non-critical system support was the extremely costly commercial production support packages. Things have changed, and US Federal agencies are going to benefit from huge savings related to Neo4j and Neo4j solutions.

iGov Inc and the Government Package for Neo4j allows agencies to spend their money on developing innovative solutions around Neo4j, not paying for unnecessary production support before they even have a solution built that could be in production.

The new **Government Package for Neo4j** can be added to any Neo4j instance making it a "Government Edition".

By default, **all Government Packages for Neo4j now comes with Neo4j Enterprise** included under its open source license!

Once ready for production, agencies can choose to have either iGov Inc, a Neo4j Solution partner of their choice, or their own team handle production support. This allows agencies to decide what best fits their production and system needs.

iGov Inc and its partners offered production support packages that cover complex big data architectures that usually make up a Neo4j solution not just Neo4j itself. Ex: ElasticSearch, Apache Kafka, and more.

Please contact us for past performance references, and current Federal agency customer references to find out more about our team and offerings.

Procurement offices can reach out to us for necessary paperwork, documentation, and more needed to make smart procurement decisions. It's simple, if your agency is in development, then procuring a Neo4j Enterprise commercial package is not likely in the best interest of your agency.

Please contact neo4j@igovsol.com for more information.

iGov Inc is the only US Federal vendor whose team has proven past performance supporting and developing innovative solutions around Neo4j and the ability to work with Neo4j Enterprise open source licenses!

## About iGov

iGov Inc. is a software development company located in Reston, Va.

We focus on building innovative solutions for US Government agencies using open-source technologies.

CONTACT US

**(703) 862-7780**

info@igovsol.com

1902 Campus Commons Drive Suite 101 Reston, VA 20191



© 2019 iGov Inc. All Rights Reserved.