**TRIAL EXHIBIT 91**

 (index.html) ☰

iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

## March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

### About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**Plaintiffs' Trial Exhibit 91**

N4J_018834

CONTACT US

 (index.html)

mailto:info@igovsol.com

7686 Richmond Highway Suite 101-B Alexandria, VA 22306


(index.html)

© 2019 iGov Inc. All Rights Reserved.