**TRIAL EXHIBIT 103**

Witness:
Jim Weyant 30(b)(6)
**EX 42**
9/16/2022 B. Gerald

| | |
|---|---|
| **From:** | Jason Zagalsky(jason@neo4j.com) |
| **To:** | Michael Smolyak |
| **CC:** | David Fauth; Gary Mann; Candace Shin |
| **BCC:** | |
| **Subject:** | Re: persistence mechanism to store large graphs |
| **Sent:** | 06/14/2018 07:47:25 AM -0700 (PST) |
| **Attachments:** | |

Hi Michael,

10 billion nodes and 10 trillion relationships is a large graph for sure. With Neo4j, you scale vertically for larger graphs - entire graph must be stored in each server of the cluster, preferably in memory for ultimate performance.
Horizontal scaling through clustering provides higher read/query performance, but doesn't help with bigger graphs today.
There are some architectural options we can consider, and we also have some roadmap capabilities that may be relevant to you - what is the timeframe for scaling to the full data size you mentioned?

Yes, clustering does require the purchase of an Enterprise Edition subscription.
Pricing is based on number of servers in the cluster, cores per server, and RAM per server, starting at $111k per year for a 3-server cluster with standard support.

We would be glad to have a conversation to discuss your requirements and see how we can help.

Please work with Candace to schedule a time for a conference call.

Best Regards,
Jason


**Jason Zagalsky**
**Federal Technical Account Manager | Neo4j, Inc.**
410-280-9697 | jason@neo4j.com


On Wed, Jun 13, 2018 at 3:35 PM, Bob Anthony <bob.anthony@neo4j.com> wrote:
> Thanks Michael.
>
> I've added Jason Zagalsky to this email. He is responsible for our federal related business.
>
> Jason will follow up with you to coordinate a meeting.
>
> Bob
>
> On Wed, Jun 13, 2018, 2:52 PM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:
>> Hi Bob,
>>
>> This is the follow-up to our phone conversation this morning. I am inquiring about Neo4J for the project, for which I am a tech lead, and whose goal is to generate graphs representing real life transactions with the purposes of performing tasks of alignment and detection on them by other project teams.
>>
>> My concern is to be able to store this graphs in a way that scales horizontally, since in the later stages of the project the graph size is supposed to reach on the order of $10^{10}$ nodes and $10^{13}$ edges.
>>
>> We are considering other kinds of storage as well (distributed file systems, relational or NoSQL databases, like

**Plaintiffs'
Trial Exhibit
103**

MongoDB). The advantage of using Neo4J would be an ability to treat the data as graphs rather than just a collection of transactions and actors.

My question to you was whether or not in order for the database to be horizontally scalable (clusterable) we need Enterprise edition and if so, what will the cost of such a cluster be based on.

Thank you,

Michael

| https://portal.ne | Michael Smolyak  <br>Principal Engineer  <br>w (443) 545-3109 \| c (443) 739-9200  <br>michael.smolyak@nextcentury.com |

2701 Technology Drive, Suite 100 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

https://portal.nextcentury.com/ope

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.