**TRIAL EXHIBIT 104**

Case 5:18-cv-07182-EJD   Document 241-28   Filed 01/26/24   Page 2 of 2

**From:** Diane Griffith(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dfc2720e2fca40879270e967fa9ea97d-Diane Griff)
**To:** Seth Cooper; Shahak Nagiel
**CC:** Sean Graff; Rebecca Butterfield
**BCC:**
**Subject:** Neo4j GSA pricing information links
**Sent:** 10/01/2018 08:55:06 AM -0700 (PST)
**Attachments:**

---

I did not talk to Neo4j. I used GSA pricing I was able to find published already for intro to their pricing. Neo4j prices by instance and cores but has bundles.

Where I found the GSA pricing link was off of a blog entry by iGov Solutions:

https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

It links to the GSA pricing that is available:

https://drive.google.com/file/d/0B7w76NCg0bmVd2dpcU5lTjBsQWs/view

And iGov publishes some information of their packaging and general comparision chart on this page for Neo4j:

https://igovsol.com/neo4j.html

Again nothing was downloaded and imported on this product either.

iGov maintains a site and mirror as well as an amazon mirror to give access to Neo4j Enterprise at open source level vs the bundles that give you community licensing. They have information available on this at their website:

https://graphstack.io/

Just sharing source of that pricing information.

Diane



Plaintiffs' Trial Exhibit 104

Witness: Jim Weyant 30(b)(6)
EX 43
9/16/2022 B. Gerald

CONFIDENTIAL                                                                                                    CACI00005178