**TRIAL EXHIBIT 107**

Witness:
Jim Weyant 30(b)(6)
**EX 46**
9/16/2022 B. Gerald

**From:** John Mark Suhy(jmsuhy@igovsol.com)
**To:** Shahak Nagiel
**CC:** Diane Griffith
**BCC:**
**Subject:** Re: Neo4j licensing
**Sent:** 10/26/2018 05:48:30 PM -0700 (PST)
**Attachments:**

Good evening,

Yes, the open source enterprise distributions we package have the this feature. (ONgDB does as well)

Simply set the property to true and the features are enabled.

Have a good evening.


John Mark Suhy



On Fri, Oct 26, 2018 at 3:05 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John,
>
> Can you comment on the iGov-packaged enterprise distribution specifically with respect to multi-data centers? As stated:
>
>> In order to confirm that you are operating under a suitable license, you must explicitly set the following in *neo4j.conf*:
>>
>> `causal_clustering.multi_dc_license=true`
>>
>> Without this configuration all of the multi-data center features will remain disabled.
>
> Have you verified this works without the commercial license?
>
> 
> **Shahak Nagiel**
> Principal Engineer
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com
>
> 2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com
>
> 

Plaintiffs'
Trial Exhibit
**107**

CONFIDENTIAL                                              CACI00004931

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Monday, October 22, 2018 10:10 PM
To: Shahak Nagiel
Cc: Diane Griffith
Subject: Re: Neo4j licensing

If they are planning on adding many more proprietary components , then I would suspect it would have to be in future releases such as 3.5 and beyond in the roadmap.
Not in the 3.4.x versions which are incredibly powerful.

There is actually a team in place at the GraphFoundation that will ensure the future Neo4j open source enterprise distributions have feature parity with the commercial distributions if Neo4j Inc does try to take future features closed source. It will be hard to compete with themselves, as 3.4 is incredibly powerful and fast.

On another note, have you also looked at TigerGraph? It may be a technology you may want to also through into the evaluations, especially if you are considering closed source graph databases.


Have a good evening,

John Mark Suhy




John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com


On Mon, Oct 22, 2018 at 9:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> A little more reading...
>
> https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html
>
> So has anything changed since then, to your knowledge (ie only the causal cluster encryption)?
>
> Get Outlook for Android
>
> ___
>
> From: Shahak Nagiel
> Sent: Monday, October 22, 2018 8:50:18 PM

To: jmsuhy@purethink.com
Cc: Diane Griffith
Subject: Neo4j licensing

Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

> Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.
>
> When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

CONFIDENTIAL