**TRIAL EXHIBIT 110**

| | |
|---|---|
| **From:** | Shahak Nagiel(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f006c8dede6943518898b9d3bf8a79a1-Shahak Nagiel) |
| **To:** | Jason Zagalsky |
| **CC:** | gary.mann@neo4j.com; Diane Griffith; Jim Weyant |
| **BCC:** | |
| **Subject:** | Re: Neo4j licensing |
| **Sent:** | 02/05/2019 05:27:23 PM -0800 (PST) |
| **Attachments:** | |

Hi Jason,

Thanks for the message, and thanks again to Gary for his assistance addressing our questions. Neo4j's strengths helped convince us and the customer that it is the right graph product for their requirements.

Indeed, we have (almost) reached the end of this task order, and have been demonstrating our integration with a small Neo4j development cluster. We have found that open-sourced (non-commercial) builds from the Neo4j source code provide the clustering and security requirements needed in our environment. Understanding, of course, that this does not include ongoing professional services support, I would be curious to know whether Neo4j offers that as an a-la-carte fashion? I don't know whether or not that's something the customer would be interested in as we move beyond the initial prototype phase, but I could see the value in that and would be happy to inquire about it.

Thanks,
Shahak



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com





CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

From: Jason Zagalsky <jason@neo4j.com>
Sent: Tuesday, February 5, 2019 12:13 PM
To: Shahak Nagiel
Cc: gary.mann@neo4j.com; Diane Griffith
Subject: Neo4j licensing

Hi Shahak,

**Plaintiffs' Trial Exhibit 110**

When we spoke briefly early last month, you had indicated that you were using the free open source version of Neo4j and planned to continue. As Gary has been assisting you and your team with Neo4j Enterprise Edition for past several months, I wanted to make sure that you and your team understand our licensing model:

Neo4j CE (Community Edition) is the only free open source version of Neo4j. It does not have any security or clustering features, and we understand that your project requires both and so Neo4j EE (Enterprise Edition) is required to meet your security, high availability, and scaling needs. Indeed, Gary has been helping you and your team with security and clustering questions, and thus it is clear that you are using Neo4j EE.

I understand that you are still in evaluation / POC / development stage of your program, and we do want to support you, but we would like to understand your plans to get funding from your customer so that you are properly licensed for Neo4j EE. We do allow a free 30-day trial period for Neo4j EE, and we can have you execute a simple one page trial extension agreement if needed to help you get through a long procurement process without putting your Neo4j development on hold, but using Neo4j EE throughout a 6-12 month evaluation and development period with plans to only procure a license subscription when you are ready to go into production does not work well with our license model. As you have not requested Neo4j pricing to include in your proposal to your customer, I hope you can understand that causes us concern. We would like to continue to work with you to support your efforts on both the technical side and the licensing side. Can we schedule a conference call to discuss this week? Wednesday after 3pm or anytime Friday would work for us... please let us know what works for you.

Thanks,
Jason

**Jason Zagalsky**
**Federal Technical Account Manager | Neo4j, Inc.**
410-280-9697 | jason@neo4j.com

---

On Mon, Jan 14, 2019 at 9:43 AM Jason Zagalsky <jason@neo4j.com> wrote:
> Hi Shahak,
>
> It was nice speaking with you last week... thanks for taking my call.
>
> I understand that your current funding expires in February and you are currently putting together a proposal for funding to continue the project. Please let me know if you would like to include Neo4j Enterprise Edition pricing in your proposal... glad to provide you with a quote for a Neo4j subscription, as well as Professional Services - on-site training and consulting.
>
> Best Regards,
> Jason
>
> **Jason Zagalsky**
> **Federal Technical Account Manager | Neo4j, Inc.**
> 410-280-9697 | jason@neo4j.com
>
> ---
>
> On Fri, Jan 4, 2019 at 3:40 PM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:
> > Gary,
> > Thank you again for your incredible level of support. I will try this configuration and let you know.
> > Michael
> >
> > **From:** Gary Mann <gary.mann@neo4j.com>

**Reply-To:** "gary.mann@neo4j.com" <gary.mann@neo4j.com>
**Date:** Friday, January 4, 2019 at 3:06 PM
**To:** Michael Smolyak <michael.smolyak@nextcentury.com>
**Cc:** "jason@neo4j.com" <jason@neo4j.com>, Shahak Nagiel <shahak.nagiel@nextcentury.com>, Diane Griffith <diane.griffith@nextcentury.com>, Rebecca Butterfield <rebecca.butterfield@nextcentury.com>, Sean Graff <sean.graff@nextcentury.com>
**Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)

Michael -

I was able to reproduce this issue in my test environment with a properly functioning certificate - I was seeing your same issue in chrome, not firefox. Can you check your configuration for the client (bolt/http) SSL policy in neo4.conf? Your client_auth configuration should be NONE, not OPTIONAL for the client policy. Here's my sample configuration:

```
dbms.ssl.policy.test_policy.base_directory=/opt/neo4j-enterprise-3.5.0/certificates/test_policy
dbms.ssl.policy.test_policy.trusted_dir=/opt/neo4j-enterprise-3.5.0/certificates/test_policy/trusted
dbms.ssl.policy.test_policy.private_key=/opt/neo4j-enterprise-3.5.0/certificates/test_policy/neo4jaws.key
dbms.ssl.policy.test_policy.public_certificate=/opt/neo4j-enterprise-3.5.0/certificates/test_policy/neo4jaws.cert
dbms.ssl.policy.test_policy.allow_key_generation=false
dbms.ssl.policy.test_policy.tls_versions=TLSv1.2
dbms.ssl.policy.test_policy.client_auth=NONE

bolt.ssl_policy=test_policy
https.ssl_policy=test_policy
```

I'm not sure that I can explain why this addresses the issue though.
Also for performance reasons - both in your cluster and for client connections, I'd recommend this setting:

```
dbms.netty.ssl.provider=OPENSSL
```

Let me know how it goes.
Thanks,
Gary

**Gary Mann**
Solutions Engineer | Neo4j, Inc.
703-623-8353 | gary.mann@neo4j.com

https://docs

On Thu, Jan 3, 2019 at 1:35 PM Gary Mann <gary.mann@neo4j.com> wrote:

> OK - I'm just trying to think of potential issues. I think ANY certificate warning will cause wss connections to fail in chrome. I've seen cases where the browser connects via https even though the entire chain with intermediate CAs isn't trusted but wss connections fail. I'll try to see if we have some debugging tools that could help identify the warning.
> Gary
> **Gary Mann**
> Solutions Engineer | Neo4j, Inc.

> 703-623-8353 | gary.mann@neo4j.com
>
> 🖻 https://docs

On Thu, Jan 3, 2019 at 1:06 PM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:

> Gary,
> The domain name to which I am connecting does match the subject's CN. I do not have to create an exception to connect o the site.
> This is a direct connection to the server.
> Michael
>
> ---
>
> **From:** Gary Mann <gary.mann@neo4j.com>
> **Sent:** Thursday, January 3, 2019 1:01:44 PM
> **To:** Michael Smolyak
> **Cc:** jason@neo4j.com; Shahak Nagiel; Diane Griffith; Rebecca Butterfield; Sean Graff
> **Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)
>
> Michael -
> I don't know of any specific Chrome-related issues with this other than my experience has been that Chrome is more strict than Firefox when connecting to sources where the cert chain can't be verified. I can try to replicate the issue in my environment - but first a couple of other questions:
> - does the CN of the server cert match the hostname you're connecting to?
> - is there a proxy or anything in the path or is it a direct connection from the browser to the Neo4j server?
> Gary
>
> **Gary Mann**
> Solutions Engineer | Neo4j, Inc.
> 703-623-8353 | gary.mann@neo4j.com
>
> 🖻 https://docs
>
> On Thu, Jan 3, 2019 at 12:15 PM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:
>
>> Gary,
>> Here are the answers to your questions.
>>
>> - We are not using self-signed or untrusted certs. Neo4J server cert is signed by one of the local authorities. That authority is among the CAs in both Firefox and Chrome (that was the issue with Firefox 60 - it did not have the appropriate CA cert among its trusted authorities - after I added it was able to connect). I verified that both browser have the same list of US Gov certificate authorities they trust.
>> - Both Chrome and Firefox can successfully access the log in page for Neo4J browser using HTTPS.
>> - Only Firefox can perform ':server connect' command by logging in with the user credentials. Chrome displays the error I mentioned before at the bottom of "Connect to Neo4J" pane.
>> - The Chrome console shows two web socket errors on the log in page even before I try to log in: WebSocket connection to '..' failed: WebSocket opening handshake was cancelled.
>> - Trying to connect with a user name and password simply adds another web socket error (same message) to the console.
>>
>> Are there known issues with Chrome related to secure web socket or Chrome should work and the error is likely related to our setup (probably CAs the browser trusts)?
>> Thank you,
>> Michael

**From:** Gary Mann <gary.mann@neo4j.com>
**Sent:** Thursday, January 3, 2019 10:51 AM
**To:** Michael Smolyak
**Cc:** jason@neo4j.com; Shahak Nagiel; Diane Griffith; Rebecca Butterfield; Sean Graff
**Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)

Michael -

I've seen issues with the default self-signed and/or and/or untrusted certificates causing the wss connection for bolt to fail. Is the ca that issued the certificate trusted in the Chrome's certificate store? Or are you bypassing the check when creating the initial https connection to bring up the Neo4j browser?

Also, do you have any more detailed errors from the Developer console of the failed wss connection?

Gary

**Gary Mann**
Solutions Engineer | Neo4j, Inc.
703-623-8353 | gary.mann@neo4j.com

https://docs

On Thu, Jan 3, 2019 at 10:26 AM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:

> Correction to my last email.
> Firefox 60 works fine allowing BOLT connection over SSL (that was a certificate authority issue). This newer version of Firefox handle WebSocket connections over HTTPS correctly.
> Chrome does not work (I tried version 36 and 68 in Windows and Centos 7 respectively). I checked the certificate authorities in Chrome - they match those in Firefox.
> Thank you,
> Michael
>
> **From:** Michael Smolyak
> **Sent:** Thursday, January 3, 2019 9:57:37 AM
> **To:** gary.mann@neo4j.com
> **Cc:** jason@neo4j.com; Shahak Nagiel; Diane Griffith; Rebecca Butterfield; Sean Graff
> **Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)
>
> Gary,
> Thank you for answering my question. The information about establishing two separate SSL policies, one for intra-cluster communication and one for BOLT protocol proved crucial. I successfully followed your advice to secure the cluster.
> There are a few rough edges remain in our setup, perhaps you may have suggestion for smoothing them.
> The main issue is that if we use HTTPS to connect to the cluster through Neo4J browser, we can only use Firefox and only specific versions.
>
> - Chrome does not work displaying the generic exceptions in response to the attempts to connect to Neo4J using BOLT over HTTPS: "Service Unavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4J driver...."
> - Firefox 31 does not work, it does not display errors, just shows an empty database.

- Firefox 38 works fine.
- Firefox 60.4.0esr does not work either - same error in Chrome.
- This is all high-side, where we have limited access to browser versions.
- With BOLT connection requiring SSL, we cannot use Neo4J browser over HTTP, but if I make SSL optional for BOLT, all the browsers are able to connect to the database through BOLT over HTTP.

Thus currently there is only one browser version, Firefox 38, allowing us to connect to the database over secure channel. Judging by the fact that the later version of both Chrome and Firefox do not work, it seems, like they are the rule, while Firefox 38 (where it works) is the exception.
Thank you again for your help.
Michael

---

**From:** Gary Mann <gary.mann@neo4j.com>
**Sent:** Monday, December 17, 2018 9:06 AM
**To:** Michael Smolyak
**Cc:** jason@neo4j.com; Shahak Nagiel; Diane Griffith
**Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)

Michael -
The Neo4j Java Bolt driver doesn't support the passing of client certificates for 2-way PKI authentication yet. Technically, the Neo4j server does support 2-way TLS but that's intended for use by the Neo4j cluster supporting intra-cluster encryption, not for client connections as the driver support isn't there yet.
You can ensure that the Bolt connection from the client is encrypted via TLS using something similar to:

```
public void connect() {

  Config config = Config.builder()

  .withEncryption()

  .build();

  driver = GraphDatabase.driver( url, AuthTokens.basic(username, password ), config );

  System.out.println("Encrypted::" + driver.isEncrypted());

}
```

And authenticate via username/password or other mechanism.
If you're using intra-cluster encryption with client cert authentication, you'll likely need two separate SSL policies configured - one for the cluster and one for clients with different dbms.ssl.policy.<policy>.client_auth settings: OPTIONAL for clients, and REQUIRE for cluster.
Finally, it should be possible to configure 2-way SSL/TLS for the HTTPs connection to the Neo4j browser - I'll work through the configurations for that and send them over.
Hope this helps - let me know if you have any followup questions.
Gary

**Gary Mann**
Soultions Engineer | Neo4j, Inc.
703-623-8353 | gary.mann@neo4j.com

🖼 https://docs

On Fri, Dec 14, 2018 at 4:19 PM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:

> Sent it too fast…
>
> **From:** Michael Smolyak <michael.smolyak@nextcentury.com>
> **Date:** Friday, December 14, 2018 at 4:17 PM
> **To:** "gary.mann@neo4j.com" <gary.mann@neo4j.com>
> **Cc:** "jason@neo4j.com" <jason@neo4j.com>, Shahak Nagiel <shahak.nagiel@nextcentury.com>, Diane Griffith <diane.griffith@nextcentury.com>
> **Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)
>
> Gary,
> Thank you for the quick reply.
> I was trying to present a client certificate. I passed the following JCVM properties to the client pointing to JKS truststore and JKS (or P12) keystore:
>
> -Djavax.net.ssl.keyStore=...
> -Djavax.net.ssl.keyStorePassword=...
> -Djavax.net.ssl.trustStore=...
> -Djavax.net.ssl.trustStorePassword=...
>
> I verified that the cert in the keystore was signed by a CA in the server's truststore.
> Is there a way to connect securely to Neo4J (and log in with user name password) without presenting a client cert? What would that configuration look like?
> Thank you again,
> Michael
>
> **From:** Gary Mann <gary.mann@neo4j.com>
> **Reply-To:** "gary.mann@neo4j.com" <gary.mann@neo4j.com>
> **Date:** Friday, December 14, 2018 at 4:15 PM
> **To:** Michael Smolyak <michael.smolyak@nextcentury.com>
> **Cc:** "gary.mann@neo4j.com" <gary.mann@neo4j.com>, "jason@neo4j.com" <jason@neo4j.com>, Shahak Nagiel <shahak.nagiel@nextcentury.com>, Diane Griffith <diane.griffith@nextcentury.com>
> **Subject:** Re: Problems with connecting to a Neo4J server from a Java client using SSL (TLS)
>
> Hi Michael -
> I can take a look. You mention two-way SSL communications - are you trying to present a client certificate from your Java application or just connect securely over TLS then authenticate using standard user/password?
> Thanks,
> Gary
>
> **Gary Mann**
> Sales Engineer | Neo4j, Inc.
> 703-623-8353 | gary.mann@neo4j.com

CONFIDENTIAL

**Error! Filename not specified.**
On Fri, Dec 14, 2018 at 4:07 PM Michael Smolyak <michael.smolyak@nextcentury.com> wrote:

> Hello Gary and Jason,
> I work on a team with Shahak and Diane prototyping an application using Neo4J. Shahak suggested that I contacted you regarding a problem I have with securing client/server communications.
> I've described my issue here:  https://stackoverflow.com/questions/53732837/securing-neo4j-with-tls-through-bolt-protocol. In brief, what I am trying to do is to require the use of TLS for the BOLT protocol on the server and set up the client to use encryption communicating with the server.
> I was successful configuring the server with BOLT communication requiring encryption. I am able to connect to the server from Neo4J browser using HTTPS and log in inside the browser using bolt protocol. The resulting communication between the browser and the server (WebSocket-based) is secure.
> I am unable to accomplish the same with a Java-based client. I tried cypher-shell and a custom Java application using Neo4J Java driver. Both can connect to the database when encryption for BOLT is disabled. Neither works with encryption. The problem is that the Java client is not presenting the certificate to the server resulting in "bad_certificate" error. I pass certificate information to the JVM (truststore and keystore) on startup, but it has no effect.
> I could not find any documentation on using two-way SSL communication from Java clients. Does Neo4J Java driver support it? Is there any information on how to configure the client.
> I would appreciate any assistance you can render.
> Thank you,
> Michael
>
> https://portal.r   Michael Smolyak
>                    Principal Engineer
>                    w (443) 545-3109 | c (443) 739-9200
>                    michael.smolyak@nextcentury.com
>
> 2701 Technology Drive, Suite 100 | Annapolis Junction, MD 20701
> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com
>
> https://portal.nextcentury.com/c
>
> CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.