**TRIAL EXHIBIT 112**

| | |
|---|---|
| **From:** | Brad Nussbaum (brad@graphfoundation.org) |
| **To:** | Shahak Nagiel (shahak.nagiel@nextcentury.com) |
| **CC:** | Diane Griffith (diane.griffith@nextcentury.com), John Mark Suhy (jmsuhy@igovsol.com) |
| **BCC:** | |
| **Subject:** | Re: Neo4j licensing |
| **Attachments:** | |
| **Sent:** | 02/19/2019 06:07:59 AM -0800 (PST) |

Hi Shahak,

Nice to e-meet you.

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. contributions will continue to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

Our repo (https://github.com/graphfoundation/ongdb/) has all the enterprise capabilities in 3.5. You can find access to new distributions on the foundation site at https://www.graphfoundation.org/projects/ongdb/.

You can read more about Neo4j, Inc.'s recent changes and the full Graph Foundation response here: https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/

Best,
Brad

> On Feb 19, 2019, at 08:48, John Mark Suhy <jmsuhy@igovsol.com> wrote:
>
> I wanted to introduce you to Brad Nussbaum from the Graph Foundation.
>
> He can tell you more about the high level goals and plans around ONgDB and answer any specific questions as well relating to ONgDB.
>
> I cc'd him on this thread.
>
> Have a good day,
>
> John Mark
>
>
> On Mon, Feb 18, 2019 at 8:01 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
>> No concerns on my part; I'm just trying to understand the plans and the implications for the future.  So will the Community portion of the codebase be merged from the neo4j repo for every release?
>>
>> Thanks, and good evening.
>>
>> Get Outlook for Android
>>
>> **From:** John Mark Suhy <jmsuhy@igovsol.com>
>> **Sent:** Monday, February 18, 2019 7:41:07 PM



Plaintiffs' Trial Exhibit 112

Witness: John Mark Suhy
Exhibit 31
10/22/2020  B Gerald

IGOV0001573400.0001

**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Yes - the graph foundation will be managing the enterprise features moving forward.

If you are using ONgDB and have any concerns, or don't see it keeping up with enterprise features, you can always switch to a commercial Neo4j Enterprise package through any partner on the Neo4j.com website.

On Mon, Feb 18, 2019 at 7:37 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Thanks, John. That helps, but this basically means that all enterprise changes moving forward (big fixes and new features alike) are completely forked off from Neo4j proper, right? Any concerns about long-term consistency/parity/maintainability?
>
> Get Outlook for Android
>
> ---
>
> **From:** John Mark Suhy <jmsuhy@igovsol.com>
> **Sent:** Monday, February 18, 2019 7:29:00 PM
> **To:** Shahak Nagiel
> **Cc:** Diane Griffith
> **Subject:** Re: Neo4j licensing
>
>
> Check out this issue - It may help you with your question.
>
> https://github.com/graphfoundation/ongdb/issues/3
>
>
> On Mon, Feb 18, 2019 at 6:33 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
>> Hi John,
>>
>> I presume you're aware that, as of the 3.5 branch in github, Neo4j seems to have close-sourced the entire enterprise/ directory. (Here's one commit that was related.)
>>
>> What's your take on this? Where does this leave ONgDB moving forward?
>>
>> Regards,
>> Shahak
>>
>> 
>>
>> **Shahak Nagiel**
>> Principal Engineer
>> w (240) 297-5089 | c (413) 274-2425
>> shahak.nagiel@nextcentury.com
>>
>> 
>>
>> 2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
>> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, October 22, 2018 9:50 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Good evening,


The 'closed source components' referenced actually do have the related source code in the git repositories. Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions. Turning features such as causal clustering encryption back on.
See: https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they have done.
See: https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support. Not to mention the US Treasury has now adopted ONgDB Enterprise  -  which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.   From a past performance perspective, the open source distributions are actually in production in the Federal government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source enterprise distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have more questions.

IGOV0001573400.0003

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com


On Mon, Oct 22, 2018 at 8:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi John,
>
> I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.
>
> Neo4j's github repo includes this at the bottom in the License section (emphasis mine):
>
>> Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, **and other closed source components not present in this repository**.
>>
>> When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.
>
> I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

   

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

--

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573400.0005