**TRIAL EXHIBIT 114**

| | |
|---|---|
| **From:** | Shahak Nagiel(/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F006C8DEDE6943518898B9D3BF8A79A1-SHAHAK NAGIEL) |
| **To:** | Rebecca Butterfield; Field Flanagan; Sean Graff; Diane Griffith; Eric Gustafson; Daniel Mosesson; Sam Siegel; Michael Smolyak |
| **CC:** | |
| **BCC:** | |
| **Subject:** | ONgDB |
| **Sent:** | 02/21/2019 03:04:16 PM -0800 (PST) |
| **Attachments:** | |

All-

Please ensure that, from this point forward, we are only using binaries/containers released by ONgDB, <u>not</u> by Neo4j. This applies to all lanes, all servers (shared and local), and both networks (high and low).

I suggest deleting all Neo4j binaries/containers to help with this.

Let me know if you have any questions.

Thanks,
Shahak



**Shahak Nagiel**
Principal Engineer
w **(240) 297-5089** | c **(413) 274-2425**
shahak.nagiel@nextcentury.com

  

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

Plaintiffs' Trial Exhibit **114**

Witness: Jim Weyant 30(b)(6)
**EX 52**
9/16/2022 B. Gerald