**TRIAL EXHIBIT 115**

| | |
|---|---|
| **From:** | Shahak Nagiel(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f006c8dede6943518898b9d3bf8a79a1-Shahak Nagiel) |
| **To:** | Marco de Palma; Todd Hughes |
| **CC:** | Jim Weyant |
| **BCC:** | |
| **Subject:** | Re: Neo4j Meeting at Next Century |
| **Sent:** | 03/05/2019 07:09:16 AM -0800 (PST) |
| **Attachments:** | |

Sounds good, thanks Marco.

Can you or Jim comment on how sensitive we should be in the future with things like:

- Posting questions/issues on Stack Overflow or other 3rd party sites related to Neo4j
- Posting questions/issues on Neo4j-owned forums
- Attending Neo4j TEMs at the airline or other nearby events (where these sales guys often hang out and seek leads)

The concern here, of course, is that if we say we're using ONgDB but they sense that we're active on Neo4j-related discussions, then could it provide them with potential legal ammunition that we're really still using Neo4j?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com





Witness:
Jim Weyant 30(b)(6)
**EX 53**
9/16/2022 B. Gerald

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: Marco de Palma
Sent: Tuesday, March 5, 2019 9:15 AM
To: Shahak Nagiel; Todd Hughes
Cc: Jim Weyant
Subject: RE: Neo4j Meeting at Next Century
It looks like our schedules are messy. I called and spoke with Todd.
He's going to circle back with them with the messaging below:
i.e.
a) He was not fully informed at the meeting since he didn't know it was going to involve this question.
b) He is now more informed and has learned: that we are no longer evaluating Neo4J on this project. We are evaluating and using ONgDB. Maybe other projects and opportunities might make sense for a partnership with them.
Todd, keep us posted.

**Plaintiffs'
Trial Exhibit
115**

Regards,
...Marco

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: Shahak Nagiel
Sent: Monday, March 04, 2019 9:51 PM
To: Marco de Palma; Todd Hughes
Cc: Jim Weyant
Subject: Re: Neo4j Meeting at Next Century

Sounds good to me, thanks.



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: Marco de Palma
Sent: Monday, March 4, 2019 9:40 PM
To: Todd Hughes
Cc: Shahak Nagiel; Jim Weyant
Subject: Re: Neo4j Meeting at Next Century

I'll setup a time where we can sync on messaging before you respond. You've inquired and found that...
I think the key is that we are no longer evaluating Neo4J on this project. We are evaluating and using ONgDB.
Maybe other projects and opportunities might make sense for a partnership with them.
Does that sound right?

Regards,
...Marco

On Mar 4, 2019, at 9:30 PM, Todd Hughes <todd.hughes@nextcentury.com> wrote:

I'm happy to respond. I'm thinking a call would be the best thing. Does anyone else want to be on it?
Todd

From: Shahak Nagiel
Sent: Monday, March 4, 2019 5:05 PM
To: Marco de Palma <marco.depalma@nextcentury.com>

Cc: Jim Weyant <jim.weyant@nextcentury.com>; Todd Hughes <todd.hughes@nextcentury.com>
Subject: Fw: Neo4j Meeting at Next Century

FYSA...

Will Todd be the lead on responding? Do we need to coordinate?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

From: Jason Zagalsky <jason@neo4j.com>
Sent: Monday, March 4, 2019 5:03 PM
To: Todd Hughes
Cc: Thomas Schellenberg; Jillian Crisman; Clark Dorman; Jim Weyant; John Broad; David Fauth; Shahak Nagiel
Subject: Re: Neo4j Meeting at Next Century

Hi Todd,
Following up on our discussion at your office a few weeks ago... Shall we schedule a phone call to discuss next steps this week?
Best Regards,
Jason

Jason Zagalsky
Federal Technical Account Manager | Neo4j, Inc.
410-280-9697 | jason@neo4j.com
On Tue, Feb 12, 2019, 3:06 PM Todd Hughes <todd.hughes@nextcentury.com> wrote:

> Address:
> 3120 Fairview Park Drive
> Suite 700
> Falls Church, VA 22042
>
> Conference room phone number:
> (443) 472-4213