**TRIAL EXHIBIT 116**

**Witness:**
**Jim Weyant 30(b)(6)**
**EX 54**
9/16/2022 B. Gerald

| | |
|---|---|
| **From:** | Jason Zagalsky(jason@neo4j.com) |
| **To:** | Shahak Nagiel |
| **CC:** | Todd Hughes; Jim Weyant |
| **BCC:** | |
| **Subject:** | Re: Neo4j update |
| **Sent:** | 04/01/2019 02:58:44 PM -0700 (PST) |
| **Attachments:** | |

**CAUTION:** This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Shahak,

I have confirmed with Philip Rathle, Product VP, that 1400 on April 15 will work for him. He will be in town from California and will plan to spend the night in Maryland rather than heading out after the User Group Meeting. It would be great if you could get confirmation from Matt that he can attend the meeting... Philip also offered that we could meet Tuesday morning if that works better for Matt and your team.

Regarding the DR configuration - OK, I understand you require Active-Active and will put together a quote for you. We have a new price list just getting finalized and I believe for your configuration that it will provide you with better pricing than current price list. I think I should be able to get you the quote next week.

Best Regards,
Jason

**Jason Zagalsky**
**Federal Technical Account Manager | Neo4j, Inc.**
410-280-9697 | jason@neo4j.com

On Mon, Apr 1, 2019 at 5:20 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> I've got a recurring meeting at 1400 on Monday, but am free thereafter (1500). The trickier part will be to try getting on the calendar of our civilian lead (Matt), who is notoriously overbooked. I currently show an opening for him at 1600 that day, but am unsure whether he'd want to leave home around then, and/or get preempted by another meeting between now and then.
>
> Perhaps we could schedule something in our HQ space (unclass) for 1600, and then Matt could join us if he's available?
>
> Regarding the architecture: No, the customer is interested in a multi-master configuration. (Though bear in mind we're planning to orchestrate the data synchronization in between the two sites already for the different parts of the architecture, so there's no need for specialized multi-master features...in case that makes a difference.)
>
> Thanks,
> Shahak
>
> 
>
> **Shahak Nagiel**
> **Principal Engineer**
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com
> 

**Plaintiffs'**
**Trial Exhibit**
**116**

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

From: Jason Zagalsky <jason@neo4j.com>
Sent: Thursday, March 28, 2019 11:16 PM
To: Shahak Nagiel
Cc: Todd Hughes; Jim Weyant
Subject: Re: Neo4j update

> CAUTION: This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Shahak,

Our product VP, Philip Rathle will be speaking at the upcoming Ft. Meade Neo4j User Group Meeting on April 15 at BAH in NBP. We would like to offer to meet with you and your customer that afternoon to discuss what's coming for Neo4j, get your feedback, and make sure that our future plans address any future requirements you might have... Would 2:30pm work?

Thanks for sharing your preliminary configuration for quoting purposes. In order to reduce cost, would you consider an active-passive architecture where there is a passive DR site where the Neo4j servers are simply kept up to date, and only actively accessing the DB when there is a DR event? Or are you looking for a fully active-active configuration where transactions may be processed at either site at any time?

Best Regards,
Jason

**Jason Zagalsky**
Federal Technical Account Manager | Neo4j, Inc.
410-280-9697 | jason@neo4j.com

On Fri, Mar 22, 2019 at 10:33 AM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Jason-
>
> We don't yet have a firm grasp on what the (eventual) production posture will be, but for now we are building a staging environment with:
>
> - Two different regions (data centers); they are mirrors of each other for H/A and failover
> - Each region will have:
>   - One "RKS" cluster with three nodes, each node having ~96G RAM and 7 cores (14 with hyperthreading)
>   - One "KE" cluster with likely similar specs as above

Thanks,
Shahak



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

From: Jason Zagalsky <jason@neo4j.com>
Sent: Wednesday, March 20, 2019 11:23 AM
To: Shahak Nagiel
Cc: Todd Hughes
Subject: Re: Neo4j update

CAUTION: This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Number of production servers, cores per server, and memory per server. Same info for test servers. Unlimited Development servers are included with subscription bundles. Standard Bundles are as follows:

Enterprise Bundle - 3x 24-core/256GB servers for production and same for test.

Business Bundle - 3x 4-core/64GB servers for production and same for test.

We can build up from those bundles to meet specific requirements.

Jason Zagalsky
Federal Technical Account Manager | Neo4j, Inc.
410-280-9697 | jason@neo4j.com

On Wed, Mar 20, 2019, 11:12 AM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
> Hi Jason,
>
> No, it's not urgent. Let me know what information you need (e.g. number of nodes? CPUs?) to generate a quote.



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

  

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: Jason Zagalsky <jason@neo4j.com>
Sent: Wednesday, March 20, 2019 10:54 AM
To: Todd Hughes
Cc: Shahak Nagiel
Subject: Re: Neo4j update

CAUTION: This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Todd and Shahak!

I am available for a phone call to discuss today from 3 to 5pm, and then I am out of office on PTO Thursday through Monday. So let me know if getting a quote to them is urgent, and glad to support you in that this afternoon.

Best Regards,
Jason

Jason Zagalsky
Federal Technical Account Manager | Neo4j, Inc.
410-280-9697 | jason@neo4j.com


On Wed, Mar 20, 2019, 10:51 AM Todd Hughes <todd.hughes@nextcentury.com> wrote:
> Hi Jason,
>
> After our conversation on March 8, Shahak walked our customer through the pros and cons of Neo4j vs. ONgDB. The door of opportunity has opened slightly, as the customer is now willing to consider a quote from Neo4J as well as to schedule a meeting to learn more about the 4.0 release. Shahak can provide more information on the technical requirements involved in the quote, so please contact him when it's convenient.
>
> Todd
> ----
> Todd C. Hughes, Ph.D.
> Chief Technology Officer
> Next Century Corporation

CONFIDENTIAL                                                                                          CACI00003304

3120 Fairview Park Drive, Suite 700
Falls Church, VA 22042
703.957.3845

CONFIDENTIAL

CACI00003305