**TRIAL EXHIBIT 118**

**EXHIBIT FILED UNDER SEAL**