**TRIAL EXHIBIT 119**

| | |
|---|---|
| **From:** | Shahak Nagiel(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f006c8dede6943518898b9d3bf8a79a1-Shahak Nagiel) |
| **To:** | Jason Zagalsky |
| **CC:** | Jim Weyant |
| **BCC:** | |
| **Subject:** | Re: Neo4j pricing for MPO KMS Project |
| **Sent:** | 04/29/2019 11:30:52 AM -0700 (PST) |
| **Attachments:** | |

Hi Jason,

I imported (high side) your proposal and shared it with Matt. Unfortunately--although not surprisingly--he has not yet responded. I will ping him again this week about it and about the offer for a follow-on meeting, though I believe he expressed interest in doing so.

We continue to use ONgDB for our development purposes based on the customer's direction.

Thanks,
Shahak



**Shahak Nagiel**
**Principal Engineer**
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com





Witness:
Jim Weyant 30(b)(6)
**EX 56**
9/16/2022 B. Gerald

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

---

**From:** Jason Zagalsky <jason@neo4j.com>
**Sent:** Monday, April 29, 2019 1:58 PM
**To:** Shahak Nagiel
**Cc:** Jim Weyant
**Subject:** Re: Neo4j pricing for MPO KMS Project

**Plaintiffs' Trial Exhibit 119**

CAUTION: This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Shahak,

Has Matt shared with you any feedback on the proposal I provided?
Is he still interested in scheduling a meeting to discuss CE vs. EE?
At this point do you feel that using CE is a serious option for your project, or do you just need help showing Matt why CE

won't meet his requirements?
Has ONgDB been completely removed from consideration at this point?
One thing I am not sure I mentioned is that if Matt does decide to move forward with a purchase of a Neo4j EE subscription, you could use a free 30-day trial of Neo4j EE to continue your development while the purchase makes it's way through the MPO procurement process.

Feel free to give me a call this afternoon if you prefer to discuss live rather than via email.

Best Regards,
Jason

**Jason Zagalsky**
Federal Technical Account Manager | Neo4j, Inc.
410-280-9697 | jason@neo4j.com


On Fri, Apr 19, 2019 at 4:03 PM Jason Zagalsky <jason@neo4j.com> wrote:
> Hi Shahak,
>
> Thanks again for setting up the meeting with Matt this week. Have you received any feedback from him following the meeting? We would be glad to schedule a technical deep dive on enterprise features in the coming weeks as we discussed. For now, you will find a high level list of enterprise features included in the attached proposal that I prepared for Matt. Please forward the proposal to Matt and share any feedback.
>
> Best Regards,
> Jason
>
> **Jason Zagalsky**
> Federal Technical Account Manager | Neo4j, Inc.
> 410-280-9697 | jason@neo4j.com