**TRIAL EXHIBIT 120**

| | |
|---|---|
| **From:** | Shahak Nagiel(/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f006c8dede6943518898b9d3bf8a79a1-Shahak Nagiel) |
| **To:** | Jason Zagalsky; Jim Weyant |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Neo4j pricing for MPO KMS Project |
| **Sent:** | 07/21/2019 07:25:06 PM -0700 (PST) |
| **Attachments:** | |

**Plaintiffs' Trial Exhibit 120**

Hi Jason,

Apologies, I was on vacation for a couple of weeks.

Last I spoke with Matt about this subject, he was not interested in pursuing the EE option at this time. If there's an updated quote or other information, I'll be happy to forward to him. We'll continue to monitor for updates as 4.0 is rolled out.

Thanks,
Shahak



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com



2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com





Witness: Jim Weyant 30(b)(6) **EX 57** 9/16/2022 B. Gerald

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

From: Jason Zagalsky <jason@neo4j.com>
Sent: Sunday, July 21, 2019 9:46 PM
To: Shahak Nagiel <shahak.nagiel@nextcentury.com>; Jim Weyant <jim.weyant@nextcentury.com>
Subject: Re: Neo4j pricing for MPO KMS Project

CAUTION: This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Following up to see whether it makes sense to reconnect per below? I am going to be on business travel this week starting Tuesday and then on vacation and fully disconnected for a week and a half after that. So if your customer is considering moving forward with Neo4j EE, we should probably catch up and discuss tomorrow. I am sure we can get you a more robust capability that provides the same SLA as your Neo4j CE based solution for a much lower price point than what we originally proposed based on your initial stated requirements. Let me know if you would like to discuss an updated quote with a smaller configuration to provide customer with a more apples to apples price comparison.

Best Regards,
Jason

**Jason Zagalsky**
**Federal Technical Account Manager | Neo4j, Inc.**
410-280-9697 | jason@neo4j.com



On Mon, Jul 15, 2019 at 10:32 AM Jason Zagalsky <jason@neo4j.com> wrote:
> Hi Shahak and Jim,
>
> When we met in May, we talked about getting together in July to have a detailed sub-graph security discussion. Before we do that, can we schedule a quick call to follow up on the discussion from last meeting and get an understanding of what direction you have gone since then? You were talking about moving off of ONgDB to Neo4j CE and using Kafka for backups with 2 Neo4j CE instances to provide some level of HA, so I am curious how that has gone and whether a Neo4j EE security discussion even makes sense at this point or if you are happy with Neo4j CE. Do you have any availability for a call this afternoon or tomorrow afternoon?
>
> Thanks,
> Jason
>
> **Jason Zagalsky**
> **Federal Technical Account Manager | Neo4j, Inc.**
> 410-280-9697 | jason@neo4j.com
>
>
> On Tue, May 28, 2019 at 4:46 PM Jason Zagalsky <jason@neo4j.com> wrote:
>> Hi All,
>>
>> Looking forward to our meeting tomorrow. Just want to let you know that Gary and I will be joining you at your office, and I have invited Philip Rathle to join us again via phone.
>>
>> Best Regards,
>> Jason
>>
>> **Jason Zagalsky**
>> **Federal Technical Account Manager | Neo4j, Inc.**
>> 410-280-9697 | jason@neo4j.com
>>
>>
>> On Fri, May 24, 2019 at 12:07 PM Cristie Onder <cristie.onder@nextcentury.com> wrote:
>>> Jason,
>>> My understanding is that Matt will be there.
>>> Thanks,
>>> Cristie
>>>
>>> **From:** Jason Zagalsky <jason@neo4j.com>

**Sent:** Friday, May 24, 2019 10:52 AM
**To:** Cristie Onder <cristie.onder@nextcentury.com>
**Cc:** Jim Weyant <jim.weyant@nextcentury.com>; Shahak Nagiel <shahak.nagiel@nextcentury.com>; Gary Mann <gary.mann@neo4j.com>
**Subject:** Re: Neo4j pricing for MPO KMS Project

**CAUTION:** This email originated from outside Next Century. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi - just wondering whether Matt confirmed he would attend the meeting on Wednesday? Also I assume on the agenda will be reviewing the pricing proposal as well as technical discussion on Neo4j Enterprise Edition vs Community Edition? Shahak - here is a link if you want to give some thought to EE vs CE ahead of the meeting: https://neo4j.com/subscriptions/#editions We will be prepared to dig into the details of each of the Enterprise-only features at the meeting.
Best Regards,
Jason

**Jason Zagalsky**
**Federal Technical Account Manager | Neo4j, Inc.**
410-280-9697 | jason@neo4j.com

On Mon, May 20, 2019 at 4:35 PM Cristie Onder <cristie.onder@nextcentury.com> wrote: