**TRIAL EXHIBIT 121**

**Witness:**
**Jim Weyant 30(b)(6)**
**EX 58**
9/16/2022 B. Gerald

| | |
|---|---|
| **From:** | Brad Nussbaum(brad@graphfoundation.org) |
| **To:** | Michael Smolyak |
| **CC:** | John Mark Suhy; Shahak Nagiel |
| **BCC:** | |
| **Subject:** | Re: OngDB release schedule |
| **Sent:** | 01/23/2020 10:55:35 AM -0800 (PST) |
| **Attachments:** | |

**EXTERNAL EMAIL - This email originated from outside of CACI. Do not click any links or attachments unless you recognize and trust the sender.**

Hi Michael,

We are working on a 4.0 release now and can update you when we get closer to have a releasable version.

There are a lot of improvements in 4.0 but we are growing community and optimistic this mission will keep gaining contributor support.

What is your current use case and are there specific features of 4.0 that are the most interesting to you?

Best,

Brad

From: Michael Smolyak <michael.smolyak@nextcentury.com>
Date: Wednesday, January 22, 2020 at 5:10 PM
To: Brad Nussbaum <brad@graphfoundation.org>
Cc: John Mark Suhy <jmsuhy@igovsol.com>, Shahak Nagiel <shahak.nagiel@nextcentury.com>
Subject: OngDB release schedule

Hello Brad,

I work with Shahak Nagiel who wrote to you earlier regarding the possibility of using OngDB instead of the enterprise edition of Neo4j.

I am currently leading the Graph Database team responsible for deploying an OngDB-based solution into production.

I saw that Neo4j version 4.0 was recently released and wanted to inquire into your foundation's plans to release the corresponding version of OngDB.

Is it in the plans? If so, what is the time frame for such a release?

Thank you,

Michael



**Michael Smolyak**
*Principal Engineer*
w (443) 545-3109 | c (443) 739-9200
michael.smolyak@nextcentury.com

2701 Technology Drive, Suite 100 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

**Plaintiffs'**
**Trial Exhibit**
**121**

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

CONFIDENTIAL

CACI00006261