**TRIAL EXHIBIT 122**

| | |
|---|---|
| **From:** | Smolyak, Michael - US(/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=71D960FECABA474FAB0F4C5ADF0AF471-MICHAEL SMO) |
| **To:** | Turpin, Tammy |
| **CC:** | cmcdonough@novetta.com |
| **BCC:** | |
| **Subject:** | an incident this morning |
| **Sent:** | 10/27/2020 06:20:11 PM -0700 (PST) |
| **Attachments:** | |

Tammy,

I wanted to recount an incident from this morning, which left me completely speechless.

I was deploying the Graph database (OngDB) to the production environment: the deployment contained the new RKS dump and updates to OngDB stored procedures.

OngDB component of the Graph Suite is one of the two modules managed by the Rake-based system developed by Tom. Unlike other Graph components, which rely solely on GitLab, the Rake-based deployment is done from a developer's machine and as such relies on its configuration. CJ, Dave and I discussed with Tom on numerous occasions the need to rework the CI/CD implementation to move from Rake-based system to a simpler GitLab based one, each time facing stiff resistance from him.

During the deployment this morning, I was following the steps outlined by Tom in the deployment procedures only to discover that one step failed on my machine. Apparently something was not configured correctly for the use of the Rake-based deployment. I was time-constrained due to a Spring Planning meeting, which was supposed to start shortly thereafter. I asked Tom to help me out with the step that failed (it required running a Rake command). He could have easily performed this command on his developer VM. He flatly refused to do it stating that since I insisted on him stopping the development the Rake system, he is no longer going to support it and that I should find another way of solving my own problem. Solve the problem I did, deploying OngDB to production, although that made me 15 minutes late for the planning session.

What shocked my in this incident is Tom's behavior crossing any lines of professionalism, team collaboration spirit and subordination. Not only did he resist for months any entreaties to rework the deployment system, but he tells me to find my own solution upon learning that his code does not run in my environment. I must add that upon hearing about Tom's reaction, CJ came to my cubicle to see whether he can be of assistance during the deployment - a normal human reaction of a teammate.

I have no problems with having technical discussion, however many it takes to find the right solution. What I object to is Tom yelling at me as he did at our meeting with Dave Ritch because he disagrees with my opinion or telling me that since I did not allow him to continue working on the Rake system, I am not worthy of his assistance. Tom's repeated unprofessional behavior creates a lot of unnecessary stress in my small team. Team members disagreeing with each other's technical opinions is normal, yelling and refusing request for help is not.

Michael

**Plaintiffs' Trial Exhibit 122**

Witness: Jim Weyant 30(b)(6)
**EX 60**
9/16/2022 B. Gerald

CONFIDENTIAL                                                                                                     CACI00005838