**TRIAL EXHIBIT 123**

CONFIDENTIAL
Witness: Michael Dunn
EX 160
11/17/2022 S. Sailor

**From:** Dunn Michael C (Michael.C.Dunn@irs.gov)
**To:** John Mark Suhy (jmsuhy@purethink.com)
**CC:**
**BCC:**
**Subject:** RE: Updates
**Attachments:**
**Sent:** 03/29/2017 03:55:06 AM -0700 (PST)

Hello,

So today is a mess until later this afternoon: I figure you might want to sleep in given the time of this message J

I just sent out an invite for 200pm eastern to you, and I included Brock and Pat just make sure we got a few heads involved to ask you questions as we start to kick the tires.  Hope that works: if you need to do it earlier, how about just working with Brock and Pat on a time, and I'll catch up.  Otherwise, hope that time works out.

In terms of the working-side: Jason and John did stop by yesterday; I told them we have been really happen with how things are going and working with you, and things are going well for continued interest and arrangement for this capability.  My main point of emphasis I want to express is that we (IRS) want to go into production with this environment within this contract period, and we're assuming we have proper licensing and paid for  12-core production enterprise-license services; as part of that is the unlimited "DEV" environment use.  We are planning for the same purchase level moving forward into any new contract vehicle, and our assumption is similar: there's the licensing of the enterprise production licenses in addition to professional service activities.

To the NGE environment (for lack of a better name), folks are really interested and the demos you've shown of the features and architecture give us good hope of a really improved environment.  As I mentioned, we have been really happen with the interaction and way of working, listening to interests, and consideration, and so appreciate all of that from your side.  We want to keep moving forward and make things better; we also need to make sure all the ducks are in a row and proper situation too.


_____
Michael C. Dunn
Data Management Division
Research, Applied Analytics, & Statistics
(o) 202.803.9009

From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: March-29-17 1:10 AM
To: Dunn Michael C
Subject: Updates

Hello Mike,

Let me know when you want to do a walk through tomorrow.   I've addressed a lot of little quirks.

 I spoke to John and Jason this evening - and I figured you would want an update on that too when we talk.

On another note,  They mentioned that they said there were no other Neo4j Government End-users.  I refreshed their memory- so I am expecting them to get back to you clarify they got it wrong.

**Plaintiffs' Trial Exhibit 123**

Just as a reference, here is what I used to 'refresh' their memories.
I am assuming Jason made the mistake as John was aware.

Neo4j Government Edition Procurements:

Sandia Labs : Standard Purchase Order 1577043, 0  (Current)

(Department of Justice) FBI: procurement DJF-15-1200-P-0010622

Intelligence Agency:  (I just want to make sure sharing the purchase order number is not a violation.  I am just going to email them and ask them.)

IRS.


They are not aware of the one below as they are using Neo4j Enterprise as open source license.

State Department  (Haiti UCREF) : SINLEC12M0031

Their contract was for development of the anti money laundering product unlike the above procurements which were specifically for Neo4j Government Edition, the AML project uses Neo4j Enterprise (open source license).  I will actually show you what we developed for the anti money laundering project relating to Neo4j when we meet this week as it shows what can be done with ETL,  so that kills 2 birds with 1 stone!    We have tools that consume treasury watch lists, among other things, that you can reuse for example.

Talk to you tomorrow,

John Mark



John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

IGOV0001570725.002