**TRIAL EXHIBIT 124**

Witness:
John Mark Suhy
**EX 214**
11/29/2022 K. Buchanan

**From:** Dunn Michael C (Michael.C.Dunn@irs.gov)
**To:** John Mark Suhy (jmsuhy@egovsol.com)
**CC:**
**BCC:**
**Subject:** RE: Market Research: eGovernment Solutions Inc (Hubzone)
**Attachments:**
**Sent:** 10/04/2017 09:32:39 AM -0700 (PST)

Awesome! thank you.

_____
Mike Dunn
Data Management Division/Business Systems Planning
Research, Applied Analytics, & Statistics
Home of the Compliance Data Warehouse
(o) 202.803.9009

-----Original Message-----
From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
Sent: October-04-17 12:22 PM
To: Dunn Michael C
Subject: Market Research: eGovernment Solutions Inc (Hubzone)

Hello Michael,

Here is some information for market research regarding eGovernment Solutions Inc.

eGovernment Solutions Inc is a Virginia corporation located in Northern Virginia.
We are a certified hubzone company. (See link below).
http://dsbs.sba.gov/dsbs/search/dsp_profile.cfm?RequestTimeout=60&DUNS=831040907

We also have a GSA Schedule 70 contract.
Our GSA contract number is GS35F0051Y

Here is our other information:
DUNS #: 831040907
Cage #: 5RN96
Tax ID: 26-435-1689
https://eGovsol.com


eGovernment Solutions focuses on IT professional services including
software development, enterprise architecture, etc. We also have a
current DOD facility clearance and have no restrictions doing work with the government.


The current CKGE environment will require any potential vendor to
provide 2 critical components: 1) The Government Package / Suite for
Neo4j and
2) professional services for continued development.

Other vendors may be able to offer the professional services, but only iGov Inc can fulfill the Government Package / Suite for Neo4j requirement.

**Plaintiffs' Trial Exhibit 124**

To address the first requirement for the Government Package / Suite for Neo4j , eGovernment Solutions Inc can form a teaming partnership with iGov Inc (sub-contractor) specifically to address the first requirement above.

I would like to point out that no other company would be able to address this critical requirement because the Government Package / Suite for Neo4j is only available through iGov Inc which has no other reseller or partner agreements in place with other vendors at this time.

Here is some more information that may be useful for your market research:

- The Government Package / Suite for Neo4j provides the tools and vendor support for the entire graph architecture which covers Neo4j, ElasticSearch, Redis, GE Micro Services, and UI components, Import Tools, and other libraries which makes up the GraphExplorer core.
The package provides services and tools to address FISMA and accessibility, and it has a wide range of libraries and toolsets that
are currently being implemented in the CKGE architecture. It is only
available from a single vendor.

- The same team members from the past contract would be able to stay on under eGovernment Solutions Inc. All of the development environments, tools, etc would also be maintained meaning there would be no ramp up time.

- We spent considerable time setting up the development environment and orchestration tools that allow us to do modern development with IRS because of the limitations on their current development hardware.
Another vendor would have to do this from scratch incurring additional time and cost, and a long ramp up period.

- Regarding the Neo4j component of the architecture. Our team members are all Neo4j certified professionals. We are the only team we know of whom has these qualifications and can also support Neo4j under it's open source license.


Disclosure: I am a minority partner in eGovernment Solutions, and a majority partner (only partner) in iGov Inc. iGov Inc holds the rights and sells and supports the Neo4j Government Package / Suite
which is critical to this project. iGov Inc is only focused on Graph
products and services only.


John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573249.002