**TRIAL EXHIBIT 125**

CONFIDENTIAL
Witness: Michael Dunn
EX 165
11/17/2022 S. Sailor

**From:** John Mark Suhy (jmsuhy@egovsol.com)
**To:** Michael.C.Dunn@irs.gov
**CC:**
**BCC:**
**Subject:** Neo4j latest happenings
**Attachments:** fsf-agpl-confirmation.pdf;
**Sent:** 05/22/2018 03:26:36 PM -0700 (PST)

I just wanted to reach out to you to keep you apprised of the latest happenings involving Neo4j Inc and their handling of the open source Neo4j Enterprise GitHub repository to prevent any confusion.

Off the bat, I just want to make sure that it is clear that nothing has changed that will prevent us from fulfilling any obligations to IRS or IRS using Neo4j Enterprise open source distributions.

A few days ago, Neo4j Inc attempted to add a restrictive term to their open source AGPL license, which is prohibited and unenforceable under the AGPL open source license terms.

The new term attempted to prevent any company from selling Neo4j Enterprise open source distributions for money. I.E. Charging a fee for access to Neo4j Enterprise open source distributions.

We do not sell Neo4j Enterprise software for money, and this has no effect on potential upcoming contracts at Treasury.

Our team has received guidance from the Licensing and Compliance Manager at the Free Software Foundation on this new term, indicating that adding this type of restriction is prohibited by the AGPL license and is therefore not enforceable by Neo4j.

I've attached the free software foundation's guidance to us on the matter via an attachment. If you are not aware, the free software foundation is the organization who manages the open source AGPL license. All open source products who adopt the license must adhere to it.

Again this does not effect IRS in any way, even if the term was enforceable.

On another note, we are pushing up the all new Neo4j Enterprise 3.4.0 open source distribution next week for public access and download.

Neo4j Enterprise 3.4.0 has some very exciting features, go to the Neo4j.com website to learn more about it. It remains free and open source.

Have a good evening,

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780

Plaintiffs'
Trial Exhibit
125

IGOV0001573245.001

https://egovsol.com

IGOV0001573245.002



John Mark Suhy <jmsuhy@purethink.com>

## Neo4j Inc recently added restrictive license conditions to AGPL license.

**Donald R Robertson III via RT** <licensing@fsf.org>  Tue, May 22, 2018 at 11:38 AM
Reply-To: licensing@fsf.org
To: jmsuhy@purethink.com

> On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> > I am not sure whom to bring this up to, but Neo4j Inc, recently added
> > restrictive licensing conditions to their AGPL license. It is my
> > understanding that this is not allowed.
> >
> > Being such a high profile company, I wanted to bring it to your
> > attention and ask if these additions are allowed by AGPL, and if not -
> > who would be responsible for ensuring they remain compliant?
> >
> > The addition of "Commons Clause" License condition was added to their
> > AGPL license file.  The link is below.
> >
> > https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> > enterprise/LICENSE.txt
> >
> > "Commons Clause" License Condition
> > The Software is provided to you by the Licensor under the License, as
> > defined below, subject to the following condition. Without limiting
> > other conditions in the License, the grant of rights under the License
> > will not include, and the License does not grant to you, the right to
> > Sell the Software. For purposes of the foregoing, "Sell" means
> > practicing any or all of the rights granted to you under the License
> > to provide to third parties, for a fee or other consideration,
> > a product or service that consists, entirely or substantially,
> > of the Software or the functionality of the Software. Any license
> > notice or attribution required by the License must also include
> > this Commons Cause License Condition notice.
> >
> >
> >
> > John Mark Suhy
> > PureThink
> > jmsuhy@purethink.com
> > 703-862-7780
> > http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at
<https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright
holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.

--
Sincerely,

IGOV0001573246.001

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---