**TRIAL EXHIBIT 126**

From:        Jason Zagalsky (jason@neo4j.com)
To:          Dunn Michael C (Michael.C.Dunn@irs.gov)
CC:          vivian.d.daniels@irs.gov (vvivian.d.daniels@irs.gov), Goss Renee Y (Renee.Y.Goss@irs.gov)
BCC:
Subject:     Neo4j Enterprise Edition License changes
Attachments:
Sent:        05/22/2018 09:19:14 AM -0700 (PST)

**Plaintiffs'
Trial Exhibit
126**

CONFIDENTIAL
Witness: Michael Dunn
**EX 164**
11/17/2022 S. Sailor

May 22, 2018

Internal Revenue Service
Attn: Michael Dunn
Cc: Vivian Daniels and Renee Goss


To: Michael Dunn

Re:      Neo4j Enterprise Edition License changes

It has come to our attention that you intend to place a HUBZone set-aside sole-source order with eGovernment Solutions Inc, as described in Solicitation# 5000007221, to procure consulting services for the CKGE project, including consulting services around the open source version of Neo4j Enterprise Edition.

In case you haven't already been informed, and in the case you have, we wanted to be sure that you heard our reasoning... I am writing to make you aware of recent changes to the licensing included with Neo4j Enterprise Edition v3.4 source files on GitHub.  Given the licensing, including these changes, we do not believe that any contractor could fulfill the following requirements in your pre-solicitation notice:

"The vendor is responsible for ensuring any open source products within the CKGE conform to their license-terms. Any modification to the existing infrastructure's open-source programs must adhere to licensing allowances."

First let me please reiterate a few points. Neo4j Enterprise Edition is Neo4j's commercial software edition. This body of intellectual property is wholly-owned by Neo4j, Inc., which owns the full copyright and chooses how to license the source and object code. Neo4j Enterprise Edition is the basis by which the Neo4j software is funded and can evolve; more than 99% of the code is authored by Neo4j employees.

Until recently, Neo4j had chosen to license Neo4j Enterprise Edition under an open source license (the AGPL v3) primarily because we value the openness and transparency it affords.  This enables the community to view code and debug where necessary thereby providing additional scale to the support of the software over a potential closed-source model. It is not, nor has it ever been, our intent for commercial or government organizations to leverage Neo4j Enterprise Edition without paying for a commercial license.

The recent changes that you should be aware of are intended to accommodate the introduction of new closed-source features in Neo4j Enterprise Edition as well as to further align the license with our intent in order to avoid misunderstanding by users and would-be users. These include the following:

1) As of Neo4j 3.3 (Oct. 2017), Neo4j Enterprise Edition object code is available only via a commercial license and not the AGPL. This replaces the previous dual-license binary.

2) Neo4j Enterprise Edition now includes closed-source features in every release, such as have been introduced into the Neo4j 3.3 and the new Neo4j 3.4 (May 2018) releases. We expect that over time an increasing number of new features will be developed as closed source.

3) As a byproduct of including closed source features, it has become increasingly unreliable to build Neo4j outside of Neo4j's own integration environment. For this reason we have removed build scripts from the Neo4j GitHub distribution. Neo4j

spends millions per year on test automation infrastructure, and employs dozens of engineers who assure the quality of the product. Building without the backing of that infrastructure is ill advised and will become increasingly complex and error prone over time.

4) In order to protect our intellectual property and company so that we can continue to serve the community and our customers, there is an important change to the source code license for Neo4j Enterprise that takes effect with the recently released Neo4j 3.4 and that will be applied to all future patch releases of earlier versions going forward.  We have changed all source headers from AGPL v3 to a new license: "AGPL v3 + Commons Clause". The Commons Clause prohibits third parties from selling or otherwise commercially benefiting from the Neo4j Enterprise Edition software in any form. This includes compiling Enterprise Edition source files and selling the resultant binaries or selling consulting services around the deployment and support of those binaries.

The Commons Clause reads as follows:

**"Commons Clause" License Condition**

**The Software is provided to you by the Licensor under the License, as defined below, subject to the following condition. Without limiting other conditions in the License, the grant of rights under the License will not include, and the License does not grant to you, the right to Sell the Software. For purposes of the foregoing, "Sell" means practicing any or all of the rights granted to you under the License to provide to third parties, for a fee or other consideration, a product or service that consists, entirely or substantially, of the Software or the functionality of the Software. Any license notice or attribution required by the License must also include this Commons Cause License Condition notice.**

We feel it is important that you are aware of these changes, which not only make it technically imprudent, but also legally prohibit any vendor from delivering solutions based on the Neo4j Enterprise Edition Intellectual Property from the current release forward without being granted an appropriate license by Neo4j, Inc.

More precisely in reference to your project: it is not possible for any vendor to meet your requirements of adhering/conforming to any open source licensing requirements without violating the Neo4j license terms.

It is Neo4j's obligation and right to continue to assert protections as we deem necessary to protect Neo4j intellectual property, our company, our customers and the Neo4j community.

As you will surely appreciate and we hope will stand to benefit from, Neo4j cannot continue to develop software if we are not able to maintain an income stream for commercial uses such as yours. For the time being we have employed a licensing solution (AGPL v3 + Commons Clause for the source; and commercial-only license for the object code) that balances this imperative and furthers our choice of openness. This provides the community with the benefit of being able to view and debug the code, and we prefer this for our community over moving to fully a closed-source development model. However, this does not preclude further steps should for any reason these fairly significant measures not prove sufficient.

We expect that you will appreciate our status as an eager and enterprising, taxpaying, U.S.-based startup, committed to excellence and a valued member of the technology community. Our aim is to build quality software backed by world-class services. Our expectation is for nothing more extravagant than to earn the rights that any company does: for a mutually-beneficial commercial relationship with the users of our product as well as our partners.

In light of all the above information and changes, we believe the appropriate action at this juncture would be that you cancel the pre-solicitation notice and revisit your approach for CKGE.  We would like to see you transition your current approach of using Neo4j Enterprise Edition without a commercial license to becoming a licensee, or that you move to Neo4j Community Edition which is fully open source under the GPLv3.  Proceeding with either of these two options, you can rework your solicitation into a competitive solicitation that conforms with the current licensing constructs.

Our understanding of your requirements is that it will be significantly less expensive and more reliable over time to choose the first option of licensing Neo4j Enterprise Edition. The Neo4j database software is quite complex, and besides the significant upfront and maintenance costs associated with attempting to emulate outside of the database features that are

N4J_019999

conventionally built inside, there are also risks to reliability, compliance, and security in paying a contractor to manually add and maintain security features, and equally high risks to adding trustable high-availability features. Certain other features are near-impossible for third parties to replicate because they are so tightly intertwined with the core of the database, which requires months of engineering ramp time to understand even inside of our organization.  In particular there are performance, scalability, and schema features of Neo4j Enterprise Edition, which continue to mature in every release as we invest more and more in extending the capability of what we surmise you are finding to be a world-class product.

We are available to discuss the license changes and your current situation at your earliest convenience, and hope we will have the opportunity to welcome you as a customer.

Best Regards,
Jason

**Jason Zagalsky**
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com

N4J_020000