**TRIAL EXHIBIT 129**

CONFIDENTIAL
Witness: Michael Dunn
EX 166
11/17/2022 S. Sailor

| | |
|---|---|
| **From:** | Dunn Michael C (Michael.C.Dunn@irs.gov) |
| **To:** | John Mark Suhy (jmsuhy@egovsol.com) |
| **CC:** | Rosenmerkel Lisa S (Lisa.S.Rosenmerkel@irs.gov) |
| **BCC:** | |
| **Subject:** | RE: neo4j conversion question |
| **Attachments:** | |
| **Sent:** | 06/14/2018 09:21:06 AM -0700 (PST) |

Thanks John Mark, and quite understand the idea and all the considerations and ideas about this whole topic, and I think next week when we meet with Jeff et al., I think this is good part of what can be brought up. The idea about what it would it would take to switch from 3.2 Enterprise to 3.4 Community is just information in understanding pros/cons of options. There's nothing more or decision on any specific course of action. I'm looping in Lisa because she was part of the conversation about just wanting to have information for option evaluation. Nothing more right now.

_____

Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
Sent: Thursday, June 14, 2018 12:11 PM
To: Dunn Michael C <Michael.C.Dunn@irs.gov>
Subject: Re: neo4j conversion question

Plaintiffs' Trial Exhibit 129

I don't think you should consider moving to community, but I will work on an estimate for you today.

Remember, there is nothing from stopping Neo4j Inc from behaving like this around the 'community edition'. It's all the same code base. You would be much safer adopting the open fork we manage than moving to Neo's community edition. You technically are already using the fork distribution today and it has the standard unmodified AGPL license with no illegal modifications. I will explain when we talk. But that is another topic.

To make things simple, regarding moving away from enterprise now for 3.2:

1) Your packages don't have the new clause they added to the AGPL - so moving because of the clause should not be a consideration on your part.

2) If #1 was not enough to make you feel comfortable sticking with what you have, the clause specifically states that you can not "sell" Neo4j Enterprise distributions.

I doubt IRS will start selling Neo4j Enterprise open source distributions to the public.

They are trying to protect themselves from another company protesting Neo4j Enterprise commercial packages in the government.

Their theory seems to be that another competitor like us, can't offer a competing package with support because of this clause, to address Brand Name justification.
I.E. GraphStack (renamed from Neo4j Government Edition) is a competing platform alternative to Neo4j Enterprise commercial packages - with exact feature set because of the open source nature of Neo4j.

They are trying to prevent protests, while trying not to get the open source community into an uproar.

We actually have all the newest open distributions (3.4.0) live at https://graphstack.io and https://igovsol.com/downloads.html - we wouldn't be doing this if there was any legal question, especially with our history of Neo4j bullying us.  But that may give more of an explanation on their moves.

See:   https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

```
"Commons
Clause"
License
Condition


            The Software is provided to you by the Licensor under the License, as

            defined below, subject to the following condition. Without limiting

            other conditions in the License, the grant of rights under the License

            will not include, and the
            License does not grant to you, the right to

            Sell the Software. For purposes of the foregoing, "Sell" means

            practicing any or all of the rights granted to you under the License

            to provide to third parties, for a fee or other consideration,

            a product or service that consists, entirely or substantially,

            of the Software or the functionality of the Software. Any license

            notice or attribution required by the License must also include
```

IGOV0001573231.002

```
    this Commons Cause License Condition notice.
```

On Thu, Jun 14, 2018 at 7:58 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Hi,
> 
> We got a few questions regarding this option:  Switch our CKGE instance from having 3.2 Enterprise (EE) to 3.3.1 Community (CE).
> 
> - How much effort would it take to make the switch?
>     - i.e., if started next week on the switch, it would be ready for use by ... date
> - What downside (e.g., loss of functionality) would be experience between having 3.3.1 CE vs. what we have now in 3.2 EE?
> 
> _____
> Michael C. Dunn
> Data Management Division/Planning and Analysis
> Research, Applied Analytics, and Statistics