**TRIAL EXHIBIT 130**

**From:** John Mark Suhy (jmsuhy@egovsol.com)
**To:** Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:**
**BCC:**
**Subject:** Final Project Name: Open Native Graph DB
**Attachments:**
**Sent:** 06/29/2018 10:55:33 AM -0700 (PST)

The final name of what we have been calling 'open neo4j' is : Open Native Graph DB.

All of the java packages remain org.neo4j.*  as the code is kept in sync with Neo4j's GitHub repo.

In documentation and some pages on the neo4j-browser (which is part of code base we merge) - we simply replace Neo4j -> ONgDB

Ex:

About Neo4j ...  -> About ONgDB ...


--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

**Plaintiffs' Trial Exhibit 130**

IGOV0001573225