**TRIAL EXHIBIT 132**

**From:** John Mark Suhy (jmsuhy@egovsol.com)
**To:** Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:** Manoharan Linkavan [Contractor] (Linkavan.Manoharan@irs.gov), Rosenmerkel Lisa S (Lisa.S.Rosenmerkel@irs.gov), Weng Guoqing [Contractor] (Guoqing.Weng@irs.gov)
**BCC:**
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb
**Attachments:**
**Sent:** 08/13/2018 12:13:46 PM -0700 (PST)

That sounds good.

Lisa,

I am confident that upgrading to ONgDB 3.4.x for the launch is the smart move for a number of reasons.

We actually prefer to support you on the newest 3.4.x ONgDB versions.

We have been testing the platform with the newest 3.4.x versions within for quite some time as well - switching between 3.3.x and 3.4.x distributions does not require any changes to the platform.

Also, it is trivial to flip between 3.3 and 3.4 versions in the future as well.

ONgDB open source licenses come directly from the Graph Foundation as well, not from Neo4j Inc, which is a huge benefit based on their past behavior.

The upgrade would be a low risk move in our opinion.

We can talk more if you wish this week anytime.

Thank you,

John Mark



CONFIDENTIAL
Witness: Michael Dunn
**EX 169**
11/17/2022 S. Sailor

On Mon, Aug 13, 2018 at 12:12 PM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Thanks John Mark. Making sure Lisa is looped in on this, and ask her if we're ok to go ahead and just use ONgDB from now on in the CKGE environment. Let's just hold with 3.3.2 until we get clearance from Lisa.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
> **From:** John Mark Suhy [mailto:jmsuhy@egovsol.com]

**Plaintiffs' Trial Exhibit 132**

**Sent:** Monday, August 13, 2018 11:58 AM
**To:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

I think we should use ONgDB 3.4.x for the launch.  It has a lot of performance enhancements over 3.3.x

We have been testing everything with the 3.3.x and 3.4.x versions , so we know the platform works great with both.

On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Hi John Mark,
>
> Would it be easier to go ahead and use ONgDB now in CKGE or wait and deploy CKGE with Neo4j 3.3.2 we have, and then later transition to ONgDB?
>
> We do not want to move to Neo4j 3.4.x AGPL.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics

--

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573217.0003