**TRIAL EXHIBIT 133**

**From:**  Dunn Michael C (Michael.C.Dunn@irs.gov)
**To:**  John Mark Suhy jmsuhy@egovsol.com, Rosenmerkel Lisa S Lisa.S.Rosenmerkel@irs.gov
**CC:**  Manoharan Linkavan [Contractor] Linkavan.Manoharan@irs.gov, Weng Guoqing [Contractor] Guoqing.Weng@irs.gov, Tikekar Rahul Rahul.Tikekar@irs.gov
**BCC:**
**Subject:**  RE: transition risk question from our ckge neo4j 3.3.2 to ONgdb
**Sent:**  08/14/2018 09:52:46 AM -0700 (PST)
**Attachments:**

John Mark, Go ahead and integrate the ONgDB into the CKGE framework we'll deploy. Can you also loop in Rahul on the topic so he's aware of the option and ideas for yK1 transition.

Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

**CONFIDENTIAL**
Witness: Michael Dunn
**EX 170**
11/17/2022 S. Sailor

**From:** Dunn Michael C
**Sent:** Monday, August 13, 2018 12:12 PM
**To:** 'John Mark Suhy' <jmsuhy@egovsol.com>; Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** RE: transition risk question from our ckge neo4j 3.3.2 to ONgdb

Thanks John Mark. Making sure Lisa is looped in on this, and ask her if we're ok to go ahead and just use ONgDB from now on in the CKGE environment. Let's just hold with 3.3.2 until we get clearance from Lisa.

Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

**From:** John Mark Suhy [mailto:jmsuhy@egovsol.com]
**Sent:** Monday, August 13, 2018 11:58 AM
**To:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

I think we should use ONgDB 3.4.x for the launch. It has a lot of performance enhancements over 3.3.x

We have been testing everything with the 3.3.x and 3.4.x versions, so we know the platform works great with both.

On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:
> Hi John Mark,

**Plaintiffs' Trial Exhibit 133**

IGOV0001573216.001

Would it be easier to go ahead and use ONgDB now in CKGE or wait and deploy CKGE with Neo4j 3.3.2 we have, and then later transition to ONgDB?

We do not want to move to Neo4j 3.4.x AGPL.

_____
Michael C. Dunn
[Data Management Division](#)/Planning and Analysis
Research, Applied Analytics, and Statistics

--
John Mark Suhy
eGovernment Solutions Inc
[jmsuhy@egovsol.com](mailto:jmsuhy@egovsol.com)
703-862-7780
[https://egovsol.com](https://egovsol.com)