**TRIAL EXHIBIT 134**

| | |
|---|---|
| **From:** | Dunn Michael C (Michael.C.Dunn@irs.gov) |
| **To:** | John Mark Suhy jmsuhy@egovsol.com |
| **CC:** | Rosenmerkel Lisa S Lisa.S.Rosenmerkel@irs.gov, Manoharan Linkavan [Contractor] Linkavan.Manoharan@irs.gov, Weng Guoqing [Contractor] Guoqing.Weng@irs.gov, Tikekar Rahul Rahul.Tikekar@irs.gov |
| **BCC:** | |
| **Subject:** | RE: transition risk question from our ckge neo4j 3.3.2 to ONgdb |
| **Sent:** | 08/14/2018 10:05:32 AM -0700 (PST) |
| **Attachments:** | |

Thanks John Mark!

_____
Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

**CONFIDENTIAL**
Witness: Michael Dunn
**EX 171**
11/17/2022 S. Sailor

-----Original Message-----
From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
Sent: Tuesday, August 14, 2018 1:04 PM
To: Dunn Michael C
Cc: Rosenmerkel Lisa S ; Manoharan Linkavan [Contractor] ; Weng Guoqing [Contractor] ; Tikekar Rahul
Subject: Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

Sure - Rahul, we can talk more when I come over there, or feel free to give me a call anytime.

On another note, Gene and I are testing the updated importer on May's data which is built against the ONgDB(Neo4j) 3.4.5 Kernel.

I.E. It is building a 3.4.5 versioned graph.

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com


On Tue, Aug 14, 2018 at 12:52 PM, Dunn Michael C wrote:
> John Mark, Go ahead and integrate the ONgDB into the CKGE framework
> we'll deploy. Can you also loop in Rahul on the topic so he's aware
> of the option and ideas for yK1 transition.
>
>
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
>
>
>
>
> From: Dunn Michael C
> Sent: Monday, August 13, 2018 12:12 PM
> To: 'John Mark Suhy' ; Rosenmerkel Lisa S
>
> Cc: Manoharan Linkavan [Contractor] ; Weng

**Plaintiffs' Trial Exhibit 134**

IGOV0001573215.001

> Cc: Manoharan Linkavan [Contractor] , Weng
> Guoqing [Contractor]
> Subject: RE: transition risk question from our ckge neo4j 3.3.2 to
> ONgdb
>
>
>
> Thanks John Mark. Making sure Lisa is looped in on this, and ask her
> if we're ok to go ahead and just use ONgDB from now on in the CKGE environment.
> Let's just hold with 3.3.2 until we get clearance from Lisa.
>
>
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
>
>
>
>
> From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
> Sent: Monday, August 13, 2018 11:58 AM
> To: Dunn Michael C
> Cc: Manoharan Linkavan [Contractor] ;
> Rosenmerkel Lisa S ; Weng Guoqing
> [Contractor]
> Subject: Re: transition risk question from our ckge neo4j 3.3.2 to
> ONgdb
>
>
>
> I think we should use ONgDB 3.4.x for the launch. It has a lot of
> performance enhancements over 3.3.x
>
>
>
> We have been testing everything with the 3.3.x and 3.4.x versions , so
> we know the platform works great with both.
>
>
>
>
>
>
>
>
>
>
>
> On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C
>
> wrote:
>
> Hi John Mark,
>
>
>
> Would it be easier to go ahead and use ONgDB now in CKGE or wait and

```
> deploy CKGE with Neo4j 3.3.2 we have, and then later transition to ONgDB?
>
>
>
> We do not want to move to Neo4j 3.4.x AGPL.
>
>
>
>
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
>
>
>
>
> --
>
> John Mark Suhy
> eGovernment Solutions Inc
> jmsuhy@egovsol.com
> 703-862-7780
> https://egovsol.com
```