**TRIAL EXHIBIT 137**

Message

| | |
|---|---|
| **From:** | Suhy John M Jr [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=XTPRB99B] |
| **Sent:** | 12/11/2018 3:45:39 PM |
| **To:** | Martin Patrick [patrick.martin@irs.gov] |
| **CC:** | Dunn Michael C [michael.c.dunn@irs.gov]; Tikekar Rahul [rahul.tikekar@irs.gov] |
| **Subject:** | RE: CKGE Memory Usage |

For CKGE the more memory would be best, so at least one with 512 GB Ram would be nice.  There can be a mix of course.
For the graph – the more memory – the more page cache and thus the faster it is because there is not the need for hard drive IO (which is very slow).

Rahul, let me know if you have time for a call next week  - I have some questions that can help identify the YK1 needs.

> CONFIDENTIAL
> Witness: Michael Dunn
> # EX 173
> 11/17/2022 S. Sailor

**From:** Martin Patrick
**Sent:** Tuesday, December 11, 2018 9:04 AM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Tikekar Rahul <Rahul.Tikekar@irs.gov>
**Subject:** RE: CKGE Memory Usage

Let's start with CKGE – Would you expect 4 DL380, 32-core, 256GB RAM to be enough or would 4 DL380, 32-core, 512 RAM be more appropriate?
Could there be a mix if needed? i.e. – Prod1 and 2 need to be 512 and Prod3/Dev/Test could be 256.
Take into consideration future planning and some growth such as YK1.

Patrick Martin
Data Management Division
(202)-803-9343
Patrick.Martin@irs.gov

**From:** Suhy John M Jr [Contractor]
**Sent:** Thursday, December 06, 2018 10:35 AM
**To:** Martin Patrick <Patrick.Martin@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Tikekar Rahul <Rahul.Tikekar@irs.gov>
**Subject:** RE: CKGE Memory Usage

> **Plaintiffs'**
> **Trial Exhibit**
> # 137

I included Rahul on this, because I am not sure about YK1's requirements.

After we do this first incremental update, we will have our first piece of data that can give us an idea of how the graph is growing.    I know it is only the first data point, but it's a start.

Gene is actually going to report the data change metrics for the last data pull from CDW which will be useful.

I can tell you that regarding the SSD drives – I think they will be important around the ETL related stack components (kafka, etc) that has high read and write loads.

Do you want to setup a meeting for next week to go over this once we have those metrics from this last data load?

**From:** Martin Patrick
**Sent:** Thursday, December 06, 2018 10:25 AM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Subject:** CKGE Memory Usage

Hey John Mark,
Between the CKGE environment and the future growth of adding yK1, what memory usage are you estimating for production servers?
We had talked about dedicating all DL 380s instead of the current half VM/half DL 380 we have now.
Would 4 DL 380s with 256GB or 512GB be sufficient? Or any combination of the two?

Patrick Martin
Data Management Division
(202)-803-9343
Patrick.Martin@irs.gov

IRS-PROD-00009221