**TRIAL EXHIBIT 138**

Message

| | |
|---|---|
| **From:** | Martin Patrick [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2HPPB] |
| **Sent:** | 3/11/2019 2:43:12 PM |
| **To:** | Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov] |
| **Subject:** | RE: ONgDB Servers |

Ok got it, thanks for the info!

Patrick Martin
Data Management Division
(202)-803-9343
Patrick.Martin@irs.gov

---

**From:** Suhy John M Jr [Contractor]
**Sent:** Monday, March 11, 2019 10:35 AM
**To:** Martin Patrick <Patrick.Martin@irs.gov>
**Subject:** RE: ONgDB Servers

I actually have a mapping document in the ckge docs – I'll send you the direct link to that on gitlab.

Quick overview:

The AS servers are "Application Servers" and only for hosting the micro-services which happen to all be java / spring boot apps. (Normally micro-services would be deployed as containers – but on the AS servers – they are run as systemd services.)

So an AS server hosts these java apps all as systemd services.
1) Keycloak instance
2) Api Gateway instance
3) Daa api instance
4) Graph Explroer api instance
5) HelpDesk Api instance
6) Postgresql instance

The GDB servers each host a single ongdb node. (instance)

The ES servers each host a single elasticsearch node. (instance)

---

**From:** Martin Patrick
**Sent:** Monday, March 11, 2019 10:10 AM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Subject:** ONgDB Servers

Hey John Mark,
Within CKGE, is ONgDB installed on all the DB servers or AS servers…or both?
Just trying to get an idea of where it's deployed within the environment.

CONFIDENTIAL
Witness: Michael Dunn
**EX 174**
11/17/2022 S. Sailor

**Plaintiffs'
Trial Exhibit
138**

Patrick Martin
Data Management Division
(202)-803-9343
Patrick.Martin@irs.gov

Confidential