**TRIAL EXHIBIT 139**

Message

| | |
|---|---|
| **From:** | Martin Patrick [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2HPPB] |
| **Sent:** | 4/24/2019 2:26:04 PM |
| **To:** | Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov] |
| **Subject:** | RE: Docker Info |

Thank you.
I've followed the steps to load the docker image, include the ports to the firewall, and change the start.sh file to match the newest docker image.
However the container still isn't starting and I'm not seeing any error messages.
Any suggestions or would you prefer a brief meeting to go over this?

```
test-container]# ./start.sh
77b9c381f91cfb9e6a1dd54e3322b49195e645b8c31054820b19b77ccad4e46f
[root@dev2 test-container]# docker container ls
CONTAINER ID    IMAGE    COMMAND    CREATED    STATUS    PORTS    NAMES
```

Patrick Martin
Data Management Division
(202)-803-9343
Patrick.Martin@irs.gov

---

**From:** Suhy John M Jr [Contractor]
**Sent:** Tuesday, April 23, 2019 10:53 PM
**To:** Martin Patrick <Patrick.Martin@irs.gov>
**Subject:** Docker Info

Here is the link to the most current docker images in gitlab for ongdb-enterprise-3.5.3

The README has the command for loading new images.

https://cdwgit.web.irs.gov/ckge/docker-images/tree/master

You can download the image directly using the raw link.  Ex:  Use raw button at https://cdwgit.web.irs.gov/ckge/docker-images/blob/master/ongdb-enterprise-3.5.3.docker
If you want to pull it by curl or wget.

Let me know if you have any issues.

Have a good evening.

Plaintiffs'
Trial Exhibit
**139**

Confidential                                                                 IRS-PROD-00001638