**TRIAL EXHIBIT 141**

Appointment

| | |
|---|---|
| **From:** | Dunn Michael C [/O=INTERNAL REVENUE SERVICE/OU=WASHINGTON DC/CN=RECIPIENTS/CN=USER MAILBOXES/CN=MCDUNN00] |
| **Sent:** | 9/10/2019 2:47:14 PM |
| **To:** | Martin Patrick [patrick.martin@irs.gov]; Young Michael N [Contractor] [michael.n.young@irs.gov]; Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov]; John Mark Suhy [jmsuhy@egovsol.com]; Porter Joshua R [Contractor] [joshua.r.porter@irs.gov]; Edelson Jonathan L [jonathan.l.edelson@irs.gov]; Ansaldi Joseph [joseph.ansaldi@irs.gov] |
| **Subject:** | Canceled: disc of BETA, STAGE, PROD domains + satellites |
| **Location:** | conf call: 888-331-8226; acces code: 9601384 || 77K room 3198 |
| **Start:** | 9/17/2019 5:00:00 PM |
| **End:** | 9/17/2019 6:00:00 PM |
| **Show Time As:** | Free |
| **Importance:** | High |
| **Required Attendees:** | Martin Patrick; Young Michael N [Contractor]; Suhy John M Jr [Contractor]; John Mark Suhy; Porter Joshua R [Contractor]; Edelson Jonathan L (Jonathan.L.Edelson@irs.gov); Ansaldi Joseph |

Disc three domains moving forward:

- BETA (Staging Server): trial and error, development testing, etc. separate graph stores for specific projects, and varied components, etc.
- STAGING (Athena Server): general review before moving into Production (ephemeral in nature) and smaller group of users, and is one graph store instance and hooked into Elastic Search cluster
- PRODUCTION (Multiple servers): Main broken out into three graph store instances, etc.

Plaintiffs' Trial Exhibit 141

CONFIDENTIAL
Witness: Michael Dunn
EX 175
11/17/2022 S. Sailor