**TRIAL EXHIBIT 143**

Message (Encrypted)

**From:**     Suhy John M Jr [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=XTPRB99B]
**Sent:**     9/17/2019 7:56:31 PM
**To:**       Porter Joshua R [Contractor] [joshua.r.porter@irs.gov]
**CC:**       Dunn Michael C [michael.c.dunn@irs.gov]; Young Michael N [Contractor] [michael.n.young@irs.gov]
**Subject:**  RE: Athena ckge-v2 rsync


I am copying the data into my home directory – it should be done within the hour.
I can use it to take a load off of indexing, then once complete – I can use it to test 3.5.9 with the full dataset.

Please don't start the server for an hour or 2 – because doing so can corrupt the data I am copying.

Thanks

---

**From:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:24 PM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** RE: Athena ckge-v2 rsync

We built the ckge-v2 graph on Athena, so it's already there: /bod/opera/ckge-etl-test/ongdb_ckge

That database isn't running at the moment, but I think the permissions should allow you to start it, change settings, etc.

-- Josh


**Joshua R. Porter, Ph.D.**
RAAS Analytics and Strategy Support
m: (571) 289-0795
joshua.r.porter@irs.gov

---

**From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:20 PM
**To:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** Athena ckge-v2 rsync

Did you say you already synced the ckge-v2 graph to Athena?

If not – could you do that – we are going to want 2 instances at least to be used for indexing based the metrics I got from GDB1.

It will also be faster on Athena – so the 2 combined will help a lot.

Thanks

**Plaintiffs'
Trial Exhibit
143**

CONFIDENTIAL
Witness: Michael Dunn

**EX 178**

11/17/2022 S. Sailor

**From:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:09 PM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; jmsuhy@egovsol.com
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** RE: newer version?

Sure, that would be great. Thanks!

**Joshua R. Porter, Ph.D.**
RAAS Analytics and Strategy Support
m: (571) 289-0795
joshua.r.porter@irs.gov

---

**From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:06 PM
**To:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>; jmsuhy@egovsol.com
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** RE: newer version?

I can give you 3.5.9-SNAPSHOT – which is still going through testing – but I think it good to go.

---

**From:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Sent:** Tuesday, September 17, 2019 2:58 PM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; jmsuhy@egovsol.com
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** newer version?

Hey John Mark,

Do you happen to have a newer version of ONgDB available? We are using 3.5.3 for everything, but it looks like there was a bug fix in 3.5.6 that could help address some issues we're having.

Thanks,
Josh

**Joshua R. Porter, Ph.D.**
Data Scientist
RAAS Analytics and Strategy Support
m: (571) 289-0795
joshua.r.porter@irs.gov

IRS-PROD-00002202