**TRIAL EXHIBIT 144**

Message (Encrypted)

| | |
|---|---|
| **From:** | Bird Brian [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JV5PB729] |
| **Sent:** | 9/20/2019 11:57:49 AM |
| **To:** | Tylor Deborah A [Contractor] [deborah.a.tylor@irs.gov] |
| **CC:** | Stavrianos Michael [Contractor] [michael.stavrianos@irs.gov]; Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov] |
| **Subject:** | FW: ONgDB deepwalk and new graph analytics library etc |

Hi Deb,

See below for a note from Mike Dunn regarding some new ongdb libraries related to machine learning that are available on the CDW GitLab site. Perhaps these are something we could layer onto existing IDT problems as we take on more of the IDT graph work?

Thanks,
Brian

**Brian Bird**
Research, Applied Analytics, and Statistics (RAAS) Support
(v): 410.430.2966
brian.bird@irs.gov

**Witness: Michael Stavrianos**
**EX 149**
11/7/2022 B. Gerald

**From:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Sent:** Friday, September 20, 2019 7:18 AM
**To:** Bourque Michael J <Michael.J.Bourque@irs.gov>; Katch Aaron J <Aaron.J.Katch@irs.gov>; Ramos Brock <Brock.Ramos@irs.gov>; Frankenstein William [Contractor] <William.Frankenstein@irs.gov>; Bird Brian [Contractor] <Brian.Bird@irs.gov>; Horvath Ririko <Ririko.Horvath@irs.gov>; Tikekar Rahul <Rahul.Tikekar@irs.gov>
**Cc:** Young Michael N [Contractor] <Michael.N.Young@irs.gov>; Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; Martin Patrick <Patrick.Martin@irs.gov>; Butler Jeff <Jeff.Butler@irs.gov>; Edelson Jonathan L <Jonathan.L.Edelson@irs.gov>
**Subject:** ONgDB deepwalk and new graph analytics library etc

Hi,

The team has updated some stuff for ONgDB:

- The deepWalk neo4j/ongdb library is located under the plugins/graph-analytics/neo4j-ml-models folder using the link below.

- The newest graph analytics library, apoc, etc are all in their respective folders using the link below. Just download them and put them in the plugins folder:

    https://cdwgit.web.irs.gov/ongdb/distributions/tree/master/plugins

- ONgDB 3.5.9 is now the master: https://cdwgit.web.irs.gov/ongdb/distributions/tree/master

**Plaintiffs' Trial Exhibit 144**

Mike Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics & Statistics

Confidential
IRS-PROD-00001293