**TRIAL EXHIBIT 145**

Message

**From**: Huynh Hai H [Hai.Huynh@ci.irs.gov]
**Sent**: 11/12/2019 9:11:18 PM
**To**: Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov]
**Subject**: RE: RE: Graph for local install

CONFIDENTIAL
Witness: Michael Dunn

**EX 181**

11/17/2022 S. Sailor

Thanks much John!

-Hai

> **From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
> **Sent:** Tuesday, November 12, 2019 11:43 AM
> **To:** Huynh Hai H <Hai.Huynh@ci.irs.gov>; Katch Aaron J <Aaron.J.Katch@irs.gov>
> **Subject:** RE: RE: Graph for local install
>
> This is open – they can just follow the instructions that you have. No special usernames, etc for accessing the distributions.
>
> > **From:** Huynh Hai H <Hai.Huynh@ci.irs.gov>
> > **Sent:** Tuesday, November 12, 2019 8:06 AM
> > **To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; Katch Aaron J <Aaron.J.Katch@irs.gov>
> > **Subject:** RE: RE: Graph for local install
> >
> > GM John and Aaron,
> >
> > If some additional folks on my team want to install, am I good to just pass the below along to them or should they initiate the request the same way I did and route through you?
> >
> > Thanks again!
> > -Hai
> >
> > > **From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
> > > **Sent:** Friday, November 08, 2019 4:56 PM
> > > **To:** Katch Aaron J <Aaron.J.Katch@irs.gov>; Huynh Hai H <Hai.Huynh@ci.irs.gov>
> > > **Subject:** RE: RE: Graph for local install
> > >
> > > Hello,
> > >
> > > Here is how you run it on your local laptop.
> > >
> > > Download the latest ongdb for windows.
> > > https://cdwgit.web.irs.gov/graphstack-dist/dist/tree/master/ongdb
> > >
> > > Direct link to 3.5.11
> > > https://cdwgit.web.irs.gov/graphstack-dist/dist/raw/master/ongdb/ongdb-enterprise-3.5.11-windows.zip
> > >
> > > Extract the zip.
> > >
> > > Using windows command prompt go into the directory and run:

**Plaintiffs'
Trial Exhibit
145**

bin\neo4j.bat console

---

**From:** Katch Aaron J <Aaron.J.Katch@irs.gov>
**Sent:** Friday, November 08, 2019 4:43 PM
**To:** Huynh Hai H <Hai.Huynh@ci.irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Subject:** RE: Graph for local install

Hi Hai,
To get started, you can try to locally host a graph instance – it's all in Java so you don't need to install. The is an GUI with the browser – but you need Chrome, maybe Edge will work. I've included some how to files.
Reach out with questions – see you next week!

@Suhy John M Jr [Contractor] can you please FW the link to the ONgDB program?

Thanks, Aaron


Aaron Katch
@Katch Aaron J
Data Exploration and Testing Division
Research, Applied Analytics and Statistics
Email: aaron.j.katch@irs.gov