**TRIAL EXHIBIT 146**

# ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER<br>09/28/2020 | 2. CONTRACT NO. *(If any)*<br>2032H5-19-A-00011 | 6. SHIP TO: |
|---|---|---|
| 3. ORDER NO.<br>2032H8-20-F-00163 | 4. REQUISITION/REFERENCE NO.<br>5000101914 | a. NAME OF CONSIGNEE<br>See Attached Delivery Schedule |

5. ISSUING OFFICE *(Address correspondence to)*
Procurement-Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: DANIELLE RICHARDSON
Tel: +1 240-613-9491 Email: danielle.h.richardson@irs.gov

b. STREET ADDRESS

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|

f. SHIP VIA

7. TO:

a. NAME OF CONTRACTOR
ASR ANALYTICS, LLC

b. COMPANY NAME

c. STREET ADDRESS
1389 CANTERBURY WAY

| d. CITY<br>POTOMAC | e. STATE<br>MD | f. ZIP CODE<br>20854-6103 |
|---|---|---|

**8. TYPE OF ORDER**

☐ a. PURCHASE

REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
See Attached Schedule(s)

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☐ a. SMALL ☐ b. OTHER THAN SMALL ☐ c. DISADVANTAGED ☐ d. WOMEN-OWNED ☐ e. HUBZone
☐ f. SERVICE-DISABLED VETERAN-OWNED ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM ☐ h. EDWOSB

12. F.O.B. POINT

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | | |

## 17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | See Attached Schedule(s) | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(h) TOT.<br>*(Cont. pages)* |
|---|---|---|---|

*SEE BILLING INSTRUCTIONS ON REVERSE*

21. MAIL INVOICE TO:
a. NAME
Invoices must be submitted via IPP
b. STREET ADDRESS *(or P.O. Box)*

| c. CITY | d. STATE | e. ZIP CODE | 17(i)<br>GRAND TOTAL<br>$704,054.60 |
|---|---|---|---|

| 22.UNITED STATES OF AMERICA BY *(Signature)*<br>Danielle H. Richardson | 23. NAME *(Typed)*<br>Digitally signed by Danielle H. Richardson<br>Date: 2020.09.28 09:17:15 -04'00'<br>TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

Plaintiffs'
Trial Exhibit
146

CONFIDENTIAL
Witness: Michael Dunn
EX 185
11/17/2022 S. Sailor

## SUPPLEMENTAL INVOICING INFORMATION

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $              . No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided: contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals.  Prepaid shipping costs will be indicated as a separate item on the invoice.  Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt.  When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been:        inspected,       accepted,       received by me and conforms to contract.  Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | | DATE |
|---|---|---|---|---|---|---|
| | FINAL | | | | | |
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

**OPTIONAL FORM 347** (REV. 2/2012) **BACK**

**SECTION A**

**A.1.0 DATE OF ORDER**:

Effective Date –  September 28, 2020

**A.2.0 AWARD/SIGNATURE:**

The contractor hereby accepts this task order by signature below. By signature of the Contracting Officer in Part A block 22 of Optional Form 347, Order for Supplies or Services this task order is hereby executed.

Signing Official's

Printed Name __Michael Stavrianos_____

Contractor Acceptance _____Michael Stavri_____

Title __Principal_____ Date _9/28/2020_____

**B.1.0  TASK ORDER DESIGNATION**

Firm Fixed Price (FFP) task order is hereby issued to provide the services and deliverable products as outlined in the Performance Work Statement (PWS) entitled "Support for Corporate Graph Database".  Any other versions and revisions of this document are canceled and do not apply.  The applicable PWS is attached and hereby incorporated.

## B.1.1  PERIOD of PERFORMANCE

Base Year:     09/28/2020 – 09/27/2021
Option Year1: 09/28/2021 – 09/27/2022
Option Year 2: 09/28/2022 – 09/27/2023

The total award and obligated amount of this order is $704,054.60. ASR Analytics, LLP proposal dated August 31, 2020 is hereby incorporated by reference. However, if there are any contradictions between the requirements of the order and the proposal, the requirements of the order takes precedence.

## Line Item Table

| Item No. | FSC | Item Description | QTY | Unit | Unit Price | Total Value |
|---|---|---|---|---|---|---|
| 0001 | B506 | Base Year Task 1  Program Management FFP | 1.000 | EA | 19692.00 | 19692.00 |
| 0002 | B506 | Base Year Task 2 Phase In Knowledge  Management and Transition Total Value $5,669.04 FFP Base Year Only | 1.000 | EA | 4899.15 | 4899.15 |
| 0002A | B506 | Funding for CLIN 0002 Phase-In Knowledge Management and Transition FFP | 1.000 | EA | 769.89 | 769.89 |
| 0003 | B506 | Base Year  Task 3 Phase Out Knowledge Management and Transition FFP | 1.000 | EA | 5669.04 | 5669.04 |
| 0004 | B506 | Base Year Task 4 Corporate Graph - Operations and Maintenance Support Total Value $99,301.44 FFP | 1.000 | EA | 94709.10 | 94709.10 |
| 0004A | B506 | Funding for CLIN 0004 CLIN 0004 - Task 4: Corporate Graph - Maintenance and Operations Support FFP | 1.000 | EA | 4592.34 | 4592.34 |
| 0005 | B506 | Base Year Task 5 Corporate Graph Expand and Enhance Data and Features FFP | 1.000 | EA | 99301.44 | 99301.44 |
| 1001 | B506 | Option Year 1 Task 1 Program Manager FFP | 1.000 | EA | 20125.20 | 20125.20 |
| 1003 | B506 | Option Year 1 Task 3 Phase Out Knowledge Management and Transition FFP | 1.000 | EA | 5793.76 | 5793.76 |
| 1004 | B506 | Option Year 1 Task 4 Corporate Graph Operations and | 1.000 | EA | 104581.58 | 104581.58 |

| 1005 | B506 | Maintenance Support<br>Option Year 1 Task 5 Corporate Graph Expand and Enhance Data and Features<br>FFP | 1.000 | EA | 104581.58 | 104581.58 |
|------|------|------|------|------|------|------|
| 2001 | B506 | Option Year 2 Task 1 Program Management<br>FFP | 1.000 | EA | 20568.00 | 20568.00 |
| 2003 | B506 | Option Year 2 Task 3 Phase Out Knowledge Management and Transition<br>FFP | 1.000 | EA | 5921.12 | 5921.12 |
| 2004 | B506 | Option Year 2 Task 4 Corporate Graph Operations and Maintenance Support<br>FFP | 1.000 | EA | 106425.20 | 106425.20 |
| 2005 | B506 | Option Year 2 Task 5 Corporate Graph Expand and Enhance Data and Features<br>FFP | 1.000 | EA | 106425.20 | 106425.20 |

## Accounting and Appropriation Data

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|------|------|------|
| 0001-0001 | 20200919D M552001 4R 2512 | 19692.00 |
| 0002-0001 | 20200919D M552001 4R 2512 | 4899.15 |
| 0002A-0001 | 20200919D M552001 4R 2512 | 769.89 |
| 0003-0001 | UNFD | 5669.04 |
| 0004-0001 | 20200919D M552001 4R 2512 | 94709.10 |
| 0004A-0001 | 18200919D M550001 4R 2512 | 4592.34 |
| 0005-0001 | 20200919D M552001 4R 2512 | 99301.44 |
| 1001-0001 | UNFD | 20125.20 |
| 1003-0001 | UNFD | 5793.76 |
| 1004-0001 | UNFD | 104581.58 |
| 1005-0001 | UNFD | 104581.58 |
| 2001-0001 | UNFD | 20568.00 |
| 2003-0001 | UNFD | 5921.12 |
| 2004-0001 | UNFD | 106425.20 |
| 2005-0001 | UNFD | 106425.20 |

## Delivery Schedule

| Delivery Address | Item No. | QTY | Delivery Date |
|------|------|------|------|
| IRS Location | 0001 | 1.000 | 09/27/2021 |
| IRS Location | 0002 | 1.000 | 09/27/2021 |
| IRS Location | 0002A | 1.000 | 09/27/2021 |
| IRS Location | 0003 | 1.000 | 09/27/2021 |
| IRS Location | 0004 | 1.000 | 09/27/2021 |
| IRS Location | 0004A | 1.000 | 09/27/2021 |
| IRS Location | 0005 | 1.000 | 09/27/2021 |
| IRS Location | 1001 | 1.000 | 09/27/2022 |
| IRS Location | 1003 | 1.000 | 09/27/2022 |
| IRS Location | 1004 | 1.000 | 09/27/2022 |
| IRS Location | 1005 | 1.000 | 09/27/2022 |
| IRS Location | 2001 | 1.000 | 09/27/2023 |
| IRS Location | 2003 | 1.000 | 09/27/2023 |
| IRS Location | 2004 | 1.000 | 09/27/2023 |
| IRS Location | 2005 | 1.000 | 09/27/2023 |

**Performance Work Statement**
Research Applied Analytics and Statistics (RAAS)
Data Analytics and Innovation Support (DAIS) BPA Task Order
Program Area: Graph Database
Initiative Name: Support for Corporate Graph Database

This Task Order adheres to requirements set forth in the IRS Research Applied Analytics and Statistics (RAAS) Data Analytics and Innovation Support (DAIS) Blanket Purchase Agreement (BPA). Requirements established within the RAAS DAIS BPA are identified by reference and exceptions and additions (if any) are noted for the Task Order.

In accordance with the RAAS DAIS BPA, the Internal Revenue Service (IRS) requires professional consulting services to support the Automation with Analytics initiative in accordance with the specific tasks identified for this Task Order. The purpose of this Task Order is to obtain contractor support for the Corporate Graph Database Modules.

## C.1 Introduction/Overview
The IRS identified the importance of advancing data analytics, enforcing the tax code, securing operations and collaborating with external partners to improve tax administration and IRS operations. The IRS recognizes improving outcomes as strategic goals to enhance mission performance. The Office of Research, Applied Analytics & Statistics (RAAS) provides innovative approaches to address IRS challenges using public-private partnerships, collaboration with state tax agencies, the tax industry and other stakeholders that assists with combating identity theft.

To accomplish these strategic changes, RAAS supports IRS Strategic Goals laid out in the FY2018-2022 IRS Strategic Plan addressed below:

1. Empower and enable all taxpayers to meet their tax obligations.
2. Protect the integrity of the tax system by encouraging compliance through administering and enforcing the tax code.
3. Collaborate with external partners proactively to improve tax administration.
4. Advance data access, usability, and analytics to inform decision making and improve operational outcomes.
5. Drive increased agility, efficiency, effectiveness, and security in IRS operations.

## C.2 Background

Recent advances in large-scale analytic computing technologies have the potential to radically improve most business processes in the IRS.  It is now possible to combine disparate, multi-structured, and distributed datasets to enable everything from predicting the future behavior of taxpayers to precise treatment strategies, smart workload plans, and better targeted outreach.  The RAAS organization is helping its business partners achieve these and other goals through an enterprise data ecosystem for research and analytics that enables knowledge discovery and actionable decisions from the vast amount of new and diverse datasets that are rapidly becoming available in nearly every area of tax administration.

One key area of emphasis for RAAS is network analytics leveraging graph database.  RAAS is increasingly creating graph data models to facilitate fast, efficient queries and visualization of complex relationships between people, places, and things.

Through the success of graph database to link business entity data, LB&I requested RAAS'

Data Analytics & Innovation Lab / RAAS Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

assistance in developing a graph database to focus on corporate organizational/tax structures. LB&I desired to create comprehensive pictures of multinational and other large corporate structures that are critical for LBI compliance strategies. This initiative will build upon the base corporate structure created in 2019-2020 that includes a User Interface which summarizes corporate tax returns and compare these returns year over year. There is also a graph explorer componenet that allows agents to view corporate structures based on the tax return filings and their related forms as well as be able to compare changes of the organizational structure year over year.

The IRS graph environment will continue to evolve as an effective tool, however, as this tool becomes more widely available user requests will become more complex, i.e., more complex configurations of data nodes requested by users.

## C.3 Scope

This engagement involves contractor support for Corporate Graph Database Modules. Specifically, the contractor shall provide analytical support to RAAS' Data Exploration and Testing Division (DET), which works closely with business partners across IRS to identify, implement, and evaluate data driven solutions to enhance tax administration in coordination with RAAS' Data Management Division (DMD). The contractor shall maintain appropriate levels of oversight and project management in the performance of work under this PWS.

RAAS is the center of enterprise analytics in the IRS. Demand for data and analytical services continues to increase across all IRS business units, including requests for new data sources that are needed for analytics and artificial intelligence. RAAS is increasingly creating graph data models to facilitate fast, efficient queries and visualization of complex relationships between people, places, and things. The recent adoption of graph database technology by the IRS has rapidly led to new insights and is now used by over 4,000 employees in Examination, Collection, Criminal Investigation, and even cybersecurity functions. Understanding graph data models, graph storage layers, and processes for loading and updating graph data is needed for this effort. RAAS graph data models are accessible by employees through a web-based user interface (UI) that provides authentication, query, visualization, datasheet views, and other functionality. Many of these services are messaged through GraphGrid, a microservices-based API that includes ONgDB.

The scope for the corporate graph module will include operations and maintenance of the current corporate graph infrastructure to ensure availability and utility, modelling of additional data sources for the existing corporate graph database, inclusion of that data into test environment and subsequent inclusion into the production environment. The scope will also include user driven enhancements including additional data sources and user interface features to facilitate understanding of large corporate structures.

The contractor shall review all data sources for accuracy and determine the optimal structure for analytics and reporting. Data shall be analyzed for duplication, formatting errors, and other anomalies to ensure quality for measures and official reporting to external customers and/or stakeholders. The contractor shall recommend or make any changes and/or corrections to data to maintain high levels of data quality, and document those changes in a format consistent with the guidelines to be provided by the Government.

The contractor shall provide project and program documentation, consistent with guidelines to be furnished by the Government, for this effort. Written artifacts shall cover current state processes,

recommended changes to improve the timeliness or quality of data releases, and a monthly status report. The contractor shall work on a team that includes Government employees and other contractors to perform this work.

## C3.1 Summary of Project Specific Tasks
The below tasks summarize the programmatic work to improve activities and processes in the crop graph database

- Task 1 Program Management
- Task 2 Phase-In Knowledge Management and Transition
- Task 3 Phase-Out Knowledge Management and Transition
- Task 4 Corporate Graph – Operations and Maintenance Support
- Task 5 Corporate Graph – Expand and Enhance Data and Features

## C.4 Tasks and Deliverables
The following subsections describe the mandatory and optional requirements for this Task Order. Tasks are identified by Contract Line Item Number (CLIN) to segregate work efforts, obligate and track fund expenditures, manage deliverables, and other administrative purposes. CLINs are numbered in order by Contract Year; e.g., CLIN (Task) 0002 describes a body of work executed in the Base Year (BY), CLIN (Task) 1002 is the same type of work accomplished in Option Year (OY) 1, etc.). CLIN 0001 Program Management, CLIN 0002 Phase-In Knowledge Management and Transition and Optional CLIN 0003 Phase-Out Knowledge Management Transition are standard task requirements for all DAIS BPA Task Orders. Phase Out, Knowledge Transfer may be exercised at the end of any performance period, not just the last performance period. CLINs 0004 and 0005 cover the corporate graph database work.

## CLIN 0001 (FFP) - Task 1: Program Management
*Performance Requirements:*
1. Initiate, plan, execute, and monitor the work of the contractor team to achieve the objectives, address the requirements, and provide the deliverables stated in the Task Order.
2. Conduct the Task Order Kick-off meeting with the Government team.
3. Participate in weekly briefings to provide updates about the work throughout the period of performance, including periodic quality reviews of in-process work. The contractor shall provide status update to RAAS management and other appropriate IRS staff, COR and IRS Initiative Manager/Director, highlighting key accomplishments/work activities, risks, and any general concerns with the completion and/or budget of this work weekly including all schema changes.
4. Ongoing meetings shall be established to go over the progress and deliverables.
5. Produce monthly status reports throughout the period of performance.
6. Meeting notes - within 5 business days of any substantive project meeting between the contractor and the IRS, the contractor will provide meeting notes to SBR.
7. Create a final work summary report and conduct close-out meeting to wrap up any items related to the contractor's final deliverables and any other necessary matters before contractor exits the Task Order.

*Operating Constraints: (if any)*
- Employ IRS processes and adhere to guidelines for data privacy and security risk management throughout the period of performance following IRS security and data

Data Analytics Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

–   protection protocols identified in the BPA.
–   Coordinate with the COR to facilitate staff onboarding and offboarding, annual IT security training, and processing of new contractor personnel background investigations.
–   Perform knowledge management activities to ensure interim work product and final deliverable information is current and all data, analyses, and materials are saved on SharePoint, shared drives, or on Compliance Data Warehouse (CDW) servers.
–   Transfer knowledge of technical skills and lessons learned to IRS staff upon completion of deliverables and work products.


*Expected Outcomes:* IRS informed and consulted on work progress and contractor's quality control and quality assurance processes ensure quality, integrity, and reliability of all Task Order deliverables.


Success Criteria: Meets or exceeds performance requirements identified in Attachment A


*Deliverables/Milestones*
Program Management deliverables in accordance with the BPA:
Deliverable 0001.1: Kickoff Meeting
Deliverable 0001.2: Monthly Status Reports
Deliverable 0001.3: Weekly and Ad Hoc Briefings
Deliverable 0001.4: Close-out Meeting and Activities (Final Work Summary Report (to include documentation inventory based on Deliverable 00004.4, outstanding issues, and Desk Guide Manual for operation and maintenance of Corporate Graph Database Tool))


**CLIN 0002 (FFP) - Task 2: Phase-In Knowledge Management and Transition**
*Performance Requirements:*
1.  The contractor shall develop and deliver a draft and final Start-up Plan.
2.  The contractor personnel shall complete IRS Security and IT Awareness Training
3.  The contractor shall provide supporting documents, meetings and communications as necessary to ensure successful knowledge transfer has been tracked and completed.
4.  The contractor shall participate in knowledge transfer session from either the incumbent contractor or IRS staff based on completed deliverables and work products.  The IRS shall ensure the contractor receives:
    a.  Planning materials, documentation, previous briefings, data queries, data models, filters, templates, tools, and methodologies specific to IRS initiatives.
    b.  Operations and maintenance processes and procedures from IRS staff or incumbent contractor.
    c.  Documentation transfer for all delivered functionality.
    d.  Configurable data, including usernames and passwords and application settings.
    e.  Documentation on processes for reproducibility by the contractor's staff.


*Operating Constraints: (if any)*
–   Work under this Task Order may require a transition support period for the previous contractor to transfer knowledge to the new contractor and/or government staff that takes an average of 3 months
–   All new contractor personnel shall attend a system security orientation within the first 10 business days following initial assignment to any IRS contract/order, and additional IT security awareness training (commensurate with the individual's duties and responsibilities) within 5 business days of being granted access to an IRS facility or system.
–   The IRS relies on multiple teams working together to deliver planned capabilities for one or more products and services. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organizations).

&ndash; All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.

*Expected Outcomes:*
A near-seamless transition between contractors and/or government staff with minimal impact to RAAS's ongoing initiatives at the beginning and end of the Task Order

Success Criteria: Meets or exceeds performance requirements identified in Attachment A

*Deliverables/Milestones for Payment*
Deliverable 0002.1: Start-up Plan:  The contractor shall develop and deliver a Start-up Plan and hold a Start-up Meeting (draft due within the first two weeks after award, final due 1 week after the meeting). The plan shall identify contractor resources and roles involved in the start-up process, the status for contractor personnel security and IT awareness training, provide a list of risks and mitigation strategies, and contain a detailed, resource balanced project schedule for project ramp up and transition. The contractor shall execute the Start-up Plan and complete the transition within one (1) month from effective date of the award.

## CLIN 0003 (FFP) – Optional Task 3: Phase-Out Knowledge Management and Transition
*Performance Requirements:*
The contractor shall:
1. Have personnel on-board during the phase-out period;
2. Remain responsible for the full performance of all efforts and cooperate fully with the staff and/or the new incumbent contractor;
3. Fully cooperate in providing all documentation and data identified by the government as government owned information; and
4. Return any Government publication provided to the contractor during associated contract performance.

*Operating Constraints:*
&ndash; Work under this Task Order may require a transition support period for the previous contractor to transfer knowledge to the new contractor and/or government staff that takes an average of 3 months.
&ndash; The transition phase shall start no later than sixty (60) days prior to the incumbent contract end date.
&ndash; The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organization).
&ndash; All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.

Success Criteria: Meets or exceeds performance requirements identified in Attachment A.

*Expected Outcomes:*
A near-seamless transition between contractors and/or government staff with minimal impact to RAAS's ongoing initiatives at the end of the Task Order.

*Deliverables/Milestones for Payment*
Optional Deliverable 0003.1 - Transition Communications and Materials:
The contractor shall produce key artifacts and transition lead activities including, but not limited to, the following:

Corporate Graph Database Module

Data Analytics Cloud Solution Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

> – Transition Project Plan (tasks and timeline) and updates.
> – Transition Presentation and Transition meeting with the new contractor(s).
> – Desk guides documenting processes and procedures for work performed by contractor.

## CLIN 0004 (FFP) - Task 4: Corporate Graph – Operations and Maintenance Support

*Background:* Operate and maintain the Corporate Graph Tool by providing LB&I and other users continuous access to the tool and respond to DET/DMD project management, stakeholder and user feedback. The contractor shall provide maintenance and support to maintain the existing corporate graph database.

*Performance Requirements:* The vendor shall conduct operations and maintenance duties for all components of the Corporate Graph Database.  The contractor shall work in consultation with DET and LB&I stakeholders to perform the following:

1. Continue maintenance of existing application, including but not limited to, schema and occasional formatting changes from modifications to source graph database; FISMA and 508 compliance reporting, testing, and modifications; Account activation of 2,500 (estimated) new Corporate Users and use monitoring for management
2. Regular data refresh which matches source graph database update cadence and includes documented data validation checks no more than on a monthly basis and no less than quarterly.

3. Provide bug fixes, and other troubleshooting of issues, and notify the user community of those bugs and limitations as they are identified through email and internal system channels by users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time.

*Operating Constraints:*
> – The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organization).
> – All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.
> – The contractor may be limited to the software capabilities currently available within the IRS research & analytics ecosystem as provisioned by RAAS DMD.
> – The contractor may be limited to data that exists within the current IRS research & analytics ecosystem as provisioned by RAAS DMD.

*Expected Outcomes:* Corporate Graph Tool will be consistently available for use by LB&I Revenue Agents and other users with a need for case research.

*Success Criteria:* Meets or exceeds performance requirements identified in Attachment A.

### *Deliverables (Perform Operations and Maintenance on the Corporate Graph)*

Deliverable 0004.1:  The contractor shall continue maintenance of existing applications including but not limited to schema and formatting changes from modifications to source graph database; FISMA and 508 compliance reporting, testing, and modifications; Account activation when users

Corporate Graph Database Module

Data Analytics Cloud Solution Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

provide the appropriate approvals and use monitoring for management.

Deliverable 0004.2: The contractor shall refresh the data by extraction from CDW at specified intervals and perform data validation checks.

Deliverable 0004.3: The contractor shall monitor the CKGE environment to ensure it is available for users to access. When an issue arises notify a government POC or the users of the issue and make timely corrections to bring the graph back to fully functionally asap or no later than 2 business days.

Deliverable 0004.4: The contractor shall provide systems administration and end user documentation for Corporate graphdatabase schema, metadata and documentation.


**CLIN 0005 (FFP) - Task 5: Corporate Graph – Expand and Enhance Data and Features**

*Background:* Enhancements that expand on the functionality delivered in version 1 of the production Corporate Graph Tool as a result of stakeholder requirements and field-testing feedback.

*Performance Requirements:*

1. Expansion of additional business data to address stakeholder requirements achieving a comprehensive organization chart showing the whole organizational structure with the related subsidiaries and related entities including specified tax return line items.
2. Inclusion of paper filed return information comparable to current E-filed information.
3. Integration with other IRS systems to ensure secure access as necessary such as LB&I case file system, treaty information, map applications.
4. Improvements to ETL (extraction, testing and loading) process that can increase speed and bandwidth of current extraction and loading of data and new additional data, finding any issues with load.
5. Adjustments to the graph and rendering features based on field testing as the tool is introduced to LB&I Revenue Agents.
6. Improved interface for naïve, pattern-based use using Java or Cypher to improve functionality for aggregate analysis of corporate structures such as most common year to year changes.

*Operating Constraints:*
   – The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily Contractor, IRS or any combination (multiple contractor organization).
   – All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.
   – Contractor may be limited to the software capabilities currently available within the IRS research & analytics ecosystem as provisioned by RAAS DMD.
   – Contractor may be limited to data that exists within the current IRS research & analytics ecosystem as provisioned by RAAS DMD.


*Expected Outcomes:*
 Corporate Graph Tool will have increased functionality including additional data elements, integration as necessary to external systems.

*Success Criteria:* Meets or exceeds performance requirements identified in Attachment A.
Corporate Graph Database Module

**_Deliverables: (Phasing in Expansion of data elements and other enhancements)_**

Deliverable 0005.1:  The contractor shall coordinate with the project office to determine additional data needed from additional forms as well as enhancements to address user requirements for visualizing and analyzing the graph data.  Form types include but are not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties.  The contractor shall use CDW and when necessary LB&I operational systems to determine the location and quality of data.  Once completed, the contractor shall determine the best solution in extracting the data into CKGE from CDW and other sources that presents well in a graph format.

Deliverable 0005.2 – The contractor shall use the information provided in Deliverable 0005.1 to design, develop, implement, and fully integrate the enhancements into the existing corporate graph database and with external systems to ensure secure access as necessary, e.g., LB&I case file system, treaty information, map applications, etc.

Deliverable 00005.3 – The contractor shall provide a weekly report detailing schedule of new data, feature enhancements and systems integration to include deliverable dates, development progress, user testing and final production implementation.

## OPTION YEAR 1:

## CLIN 1001 (FFP) - Task 1: Program Management
*Performance Requirements:*

1. Initiate, plan, execute, and monitor the work of the contractor team to achieve the objectives, address the requirements, and provide the deliverables stated in the Task Order.
2. Participate in weekly briefings to provide updates about the work throughout the period of performance, including periodic quality reviews of in-process work. The contractor shall provide status update to RAAS management and other appropriate IRS staff, COR and IRS Initiative Manager/Director, highlighting key accomplishments/work activities, risks, and any general concerns with the completion and/or budget of this work weekly including all schema changes.

3. Ongoing meetings shall be established to go over the progress and deliverables.
4. Produce monthly status reports throughout the period of performance.
5. Meeting notes - within 5 business days of any substantive project meeting between the contractor and the IRS, the contractor will provide meeting notes to SBR.
6. Create a final work summary report and conduct close-out meeting to wrap up any items related to the contractor's final deliverables and any other necessary matters before contractor exits the Task Order.

*Operating Constraints: (if any)*
– Employ IRS processes and adhere to guidelines for data privacy and security risk management throughout the period of performance following IRS security and data protection protocols identified in the BPA.
– Coordinate with the COR to facilitate staff onboarding and offboarding, annual IT security

Data Analytics Nationwide Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

training, and processing of new contractor personnel background investigations.
- Perform knowledge management activities to ensure interim work product and final deliverable information is current and all data, analyses, and materials are saved on SharePoint, shared drives, or on Compliance Data Warehouse (CDW) servers.
- Transfer knowledge of technical skills and lessons learned to IRS staff upon completion of deliverables and work products.

*Expected Outcomes:* IRS informed and consulted on work progress and contractor's quality control and quality assurance processes ensure quality, integrity, and reliability of all Task Order deliverables.

Success Criteria: Meets or exceeds performance requirements identified in Attachment A

*Deliverables/Milestones*
Program Management deliverables in accordance with the BPA:
Deliverable 1001.2: Monthly Status Reports
Deliverable 1001.3: Weekly and Ad Hoc Briefings
Deliverable 1001.4: Close-out Meeting and Activities (Final Work Summary Report (to include documentation inventory based on Deliverable 1001.4, outstanding issues, and Desk Guide Manual for operation and maintenance of Corporate Graph Database Tool))

## CLIN 1003 (FFP) – Optional Task 3: Phase-Out Knowledge Management and Transition
*Performance Requirements:*
The contractor shall:
1. Have personnel on-board during the phase-out period;
2. Remain responsible for the full performance of all efforts and cooperate fully with the staff and/or the new incumbent contractor;
3. Fully cooperate in providing all documentation and data identified by the government as government owned information; and
4. Return any Government publication provided to the contractor during associated contract performance.

*Operating Constraints:*
- Work under this Task Order may require a transition support period for the previous contractor to transfer knowledge to the new contractor and/or government staff that takes an average of 3 months
- The transition phase shall start no later than sixty (60) days prior to the incumbent contract end date.
- The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organization).
- All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.

Success Criteria: Meets or exceeds performance requirements identified in Attachment A

*Expected Outcomes:*
A near-seamless transition between contractors and/or government staff with minimal impact to RAAS's ongoing initiatives at the end of the Task Order.

*Deliverables/Milestones for Payment*
Corporate Graph Database Module

Data Analytics and Cloud Computing Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

<u>Optional Deliverable 1003.1 - Transition Communications and Materials:</u>
The contractor shall produce key artifacts and transition lead activities including, but not limited to, the following:
- – Transition Project Plan (tasks and timeline) and updates.
- – Transition Presentation and Transition meeting with the new contractor(s).
- – Desk guides documenting processes and procedures for work performed by contractor.

**CLIN 1004 (FFP) - Task 4: Corporate Graph – Operations and Maintenance Support**

*Background:* Operate and maintain the Corporate Graph Tool by providing LB&I and other users continuous access to the tool and respond to DET/DMD project management, stakeholder and user feedback. The contractor shall provide maintenance and support to maintain the existing corporate graph database.

*Performance Requirements:* The vendor shall conduct operations and maintenance duties for all components of the Corporate Graph Database.  The contractor shall work in consultation with DET and LB&I stakeholders to perform the following:

1. Continue maintenance of existing application, including but not limited to, schema and occasional formatting changes from modifications to source graph database; FISMA and 508 compliance reporting, testing, and modifications; Account activation of 2,500 (estimated) new Corporate Users and use monitoring for management
2. Regular data refresh which matches source graph database update cadence and includes documented data validation checks no more than on a monthly basis and no less than quarterly.
3. Provide bug fixes, and other troubleshooting of issues, and notify the user community of those bugs and limitations as they are identified through email and internal system channels by users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time.

*Operating Constraints:*

- – The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organization).
- – All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.
- – The contractor may be limited to the software capabilities currently available within the IRS research & analytics ecosystem as provisioned by RAAS DMD.
- – The contractor may be limited to data that exists within the current IRS research & analytics ecosystem as provisioned by RAAS DMD.

*Expected Outcomes:* Corporate Graph Tool will be consistently available for use by LB&I Revenue Agents and other users with a need for case research.

*Success Criteria:* Meets or exceeds performance requirements identified in Attachment A.

**<u>Deliverables (Perform Operations and Maintenance on the Corporate Graph)</u>**

Deliverable 1004.1:  The contractor shall continue maintenance of existing applications including

Corporate Graph Database Module

Data Analytics Neutral Cloud Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

but not limited to schema and formatting changes from modifications to source graph database; FISMA and 508 compliance reporting, testing, and modifications; Account activation when users provide the appropriate approvals and use monitoring for management.

Deliverable 1004.2: The contractor shall refresh the data by extraction from CDW at specified intervals and perform data validation checks.

Deliverable 1004.3: The contractor shall monitor the CKGE environment to ensure it is available for users to access. When an issue arises notify a government POC or the users of the issue and make timely corrections to bring the graph back to fully functionally asap or no later than 2 business days.

Deliverable 1004.4: The contractor shall provide systems administration and end user documentation for Corporate graphdatabase schema, metadata and documentation.


**CLIN 1005 (FFP) - Task 5: Corporate Graph – Expand and Enhance Data and Features**

*Background:* Enhancements that expand on the functionality delivered in version 1 of the production Corporate Graph Tool as a result of stakeholder requirements and field-testing feedback.

*Performance Requirements:*

1. Expansion of additional business data to address stakeholder requirements achieving a comprehensive organization chart showing the whole organizational structure with the related subsidiaries and related entities including specified tax return line items.
2. Inclusion of paper filed return information comparable to current E-filed information.
3. Integration with other IRS systems to ensure secure access as necessary such as LB&I case file system, treaty information, map applications.
4. Improvements to ETL (extraction, testing and loading) process that can increase speed and bandwidth of current extraction and loading of data and new additional data, finding any issues with load.
5. Adjustments to the graph and rendering features based on field testing as the tool is introduced to LB&I Revenue Agents.
6. Improved interface for naïve, pattern-based use using Java or Cypher to improve functionality for aggregate analysis of corporate structures such as most common year to year changes.

*Operating Constraints:*
- The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily Contractor, IRS or any combination (multiple contractor organization).
- All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.
- Contractor may be limited to the software capabilities currently available within the IRS research & analytics ecosystem as provisioned by RAAS DMD.
- Contractor may be limited to data that exists within the current IRS research & analytics ecosystem as provisioned by RAAS DMD.


*Expected Outcomes:*
 Corporate Graph Tool will have increased functionality including additional data elements, integration as necessary to external systems.

Corporate Graph Database Module

Data Analytics Cloud Solution Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

*Success Criteria:* Meets or exceeds performance requirements identified in Attachment A.

### *Deliverables: (Phasing in Expansion of data elements and other enhancements)*

Deliverable 1005.1:  The contractor shall coordinate with the project office to determine additional data needed from additional forms as well as enhancements to address user requirements for visualizing and analyzing the graph data.  Form types include but are not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties.  The contractor shall use CDW and when necessary LB&I operational systems to determine the location and quality of data.  Once completed, the contractor shall determine the best solution in extracting the data into CKGE from CDW and other sources that presents well in a graph format.

Deliverable 1005.2 – The contractor shall use the information provided in Deliverable 0005.1 to design, develop, implement, and fully integrate the enhancements into the existing corporate graph database and with external systems to ensure secure access as necessary, e.g., LB&I case file system, treaty information, map applications, etc.

Deliverable 1005.3 – The contractor shall provide a weekly report detailing schedule of new data, feature enhancements and systems integration to include deliverable dates, development progress, user testing and final production implementation.

## OPTION YEAR 2

### CLIN 2001 (FFP) - Task 1: Program Management
*Performance Requirements:*
1. Initiate, plan, execute, and monitor the work of the contractor team to achieve the objectives, address the requirements, and provide the deliverables stated in the Task Order.
2. Participate in weekly briefings to provide updates about the work throughout the period of performance, including periodic quality reviews of in-process work. The contractor shall provide status update to RAAS management and other appropriate IRS staff, COR and IRS Initiative Manager/Director, highlighting key accomplishments/work activities, risks, and any general concerns with the completion and/or budget of this work weekly including all schema changes.
3. Ongoing meetings shall be established to go over the progress and deliverables.
4. Produce monthly status reports throughout the period of performance.
5. Meeting notes - within 5 business days of any substantive project meeting between the contractor and the IRS, the contractor will provide meeting notes to SBR.
6. Create a final work summary report and conduct close-out meeting to wrap up any items related to the contractor's final deliverables and any other necessary matters before contractor exits the Task Order.

*Operating Constraints: (if any)*
– Employ IRS processes and adhere to guidelines for data privacy and security risk management throughout the period of performance following IRS security and data protection protocols identified in the BPA.

Data Analytics and Advanced Analytics Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

- – Coordinate with the COR to facilitate staff onboarding and offboarding, annual IT security training, and processing of new contractor personnel background investigations.
- – Perform knowledge management activities to ensure interim work product and final deliverable information is current and all data, analyses, and materials are saved on SharePoint, shared drives, or on Compliance Data Warehouse (CDW) servers.
- – Transfer knowledge of technical skills and lessons learned to IRS staff upon completion of deliverables and work products.

*Expected Outcomes:* IRS informed and consulted on work progress and contractor's quality control and quality assurance processes ensure quality, integrity, and reliability of all Task Order deliverables.

Success Criteria: Meets or exceeds performance requirements identified in Attachment A

*Deliverables/Milestones*
Program Management deliverables in accordance with the BPA:
Deliverable 2001.2: Monthly Status Reports
Deliverable 2001.3: Weekly and Ad Hoc Briefings
Deliverable 2001.4: Close-out Meeting and Activities (Final Work Summary Report (to include documentation inventory based on Deliverable 2001.4, outstanding issues, and Desk Guide Manual for operation and maintenance of Corporate Graph Database Tool))

**CLIN 2003 (FFP) – Optional Task 3: Phase-Out Knowledge Management and Transition**
*Performance Requirements:*
The contractor shall:
1. Have personnel on-board during the phase-out period;
2. Remain responsible for the full performance of all efforts and cooperate fully with the staff and/or the new incumbent contractor;
3. Fully cooperate in providing all documentation and data identified by the government as government owned information; and
4. Return any Government publication provided to the contractor during associated contract performance.

*Operating Constraints:*
- – Work under this Task Order may require a transition support period for the previous contractor to transfer knowledge to the new contractor and/or government staff that takes an average of 3 months
- – The transition phase shall start no later than sixty (60) days prior to the incumbent contract end date.
- – The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organization).
- – All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.

Success Criteria: Meets or exceeds performance requirements identified in Attachment A

*Expected Outcomes:*
A near-seamless transition between contractors and/or government staff with minimal impact to RAAS's ongoing initiatives at the end of the Task Order.

Corporate Graph Database Module

Data & Analytics Technical Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

*Deliverables/Milestones for Payment*
Optional Deliverable 2003.1 - Transition Communications and Materials:
The contractor shall produce key artifacts and transition lead activities including, but not limited to, the following:
  – Transition Project Plan (tasks and timeline) and updates.
  – Transition Presentation and Transition meeting with the new contractor(s).
  – Desk guides documenting processes and procedures for work performed by contractor.

## CLIN 2004 (FFP) - Task 4: Corporate Graph – Operations and Maintenance Support

*Background:* Operate and maintain the Corporate Graph Tool by providing LB&I and other users continuous access to the tool and respond to DET/DMD project management, stakeholder and user feedback. The contractor shall provide maintenance and support to maintain the existing corporate graph database.

*Performance Requirements:* The vendor shall conduct operations and maintenance duties for all components of the Corporate Graph Database.  The contractor shall work in consultation with DET and LB&I stakeholders to perform the following:

1.    Continue maintenance of existing application, including but not limited to, schema and occasional formatting changes from modifications to source graph database; FISMA and 508 compliance reporting, testing, and modifications; Account activation of 2,500 (estimated) new Corporate Users and use monitoring for management

2.    Regular data refresh which matches source graph database update cadence and includes documented data validation checks no more than on a monthly basis and no less than quarterly.

3.    Provide bug fixes, and other troubleshooting of issues, and notify the user community of those bugs and limitations as they are identified through email and internal system channels by users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time.

*Operating Constraints:*
  – The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily contractor, IRS or any combination (multiple contractor organization).
  – All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.
  – The contractor may be limited to the software capabilities currently available within the IRS research & analytics ecosystem as provisioned by RAAS DMD.
  – The contractor may be limited to data that exists within the current IRS research & analytics ecosystem as provisioned by RAAS DMD.

*Expected Outcomes:* Corporate Graph Tool will be consistently available for use by LB&I Revenue Agents and other users with a need for case research.

*Success Criteria:* Meets or exceeds performance requirements identified in Attachment A.

Data Analytics Research and Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

## Deliverables (Perform Operations and Maintenance on the Corporate Graph)

Deliverable 2004.1:  The contractor shall continue maintenance of existing applications including but not limited to schema and formatting changes from modifications to source graph database; FISMA and 508 compliance reporting, testing, and modifications; Account activation when users provide the appropriate approvals and use monitoring for management.

Deliverable 2004.2: The contractor shall refresh the data by extraction from CDW at specified intervals and perform data validation checks.

Deliverable 2004.3: The contractor shall monitor the CKGE environment to ensure it is available for users to access. When an issue arises notify a government POC or the users of the issue and make timely corrections to bring the graph back to fully functionally asap or no later than 2 business days.

Deliverable 2004.4: The contractor shall provide systems administration and end user documentation for Corporate graphdatabase schema, metadata and documentation.


## CLIN 2005 (FFP) - Task 5: Corporate Graph – Expand and Enhance Data and Features

*Background:* Enhancements that expand on the functionality delivered in version 1 of the production Corporate Graph Tool as a result of stakeholder requirements and field-testing feedback.

*Performance Requirements:*

1. Expansion of additional business data to address stakeholder requirements achieving a comprehensive organization chart showing the whole organizational structure with the related subsidiaries and related entities including specified tax return line items.
2. Inclusion of paper filed return information comparable to current E-filed information.
3. Integration with other IRS systems to ensure secure access as necessary such as LB&I case file system, treaty information, map applications.
4. Improvements to ETL (extraction, testing and loading) process that can increase speed and bandwidth of current extraction and loading of data and new additional data, finding any issues with load.
5. Adjustments to the graph and rendering features based on field testing as the tool is introduced to LB&I Revenue Agents.
6. Improved interface for naïve, pattern-based use using Java or Cypher to improve functionality for aggregate analysis of corporate structures such as most common year to year changes.


*Operating Constraints:*
   – The IRS relies on multiple teams working together to deliver planned capabilities for one or more products. Teams involved in the transition could be primarily Contractor, IRS or any combination (multiple contractor organization).
   – All work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.
   – Contractor may be limited to the software capabilities currently available within the IRS research & analytics ecosystem as provisioned by RAAS DMD.
   – Contractor may be limited to data that exists within the current IRS research & analytics ecosystem as provisioned by RAAS DMD.

*Expected Outcomes:*

Corporate Graph Database Module

Data Analytics and Cloud Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

Corporate Graph Tool will have increased functionality including additional data elements, integration as necessary to external systems.

*Success Criteria:* Meets or exceeds performance requirements identified in Attachment A.

### *Deliverables: (Phasing in Expansion of data elements and other enhancements)*

Deliverable 2005.1:  The contractor shall coordinate with the project office to determine additional data needed from additional forms as well as enhancements to address user requirements for visualizing and analyzing the graph data.  Form types include but are not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties.  The contractor shall use CDW and when necessary LB&I operational systems to determine the location and quality of data.  Once completed, the contractor shall determine the best solution in extracting the data into CKGE from CDW and other sources that presents well in a graph format.

Deliverable 2005.2 – The contractor shall use the information provided in Deliverable 0005.1 to design, develop, implement, and fully integrate the enhancements into the existing corporate graph database and with external systems to ensure secure access as necessary, e.g., LB&I case file system, treaty information, map applications, etc.

Deliverable 2005.3 – The contractor shall provide a weekly report detailing schedule of new data, feature enhancements and systems integration to include deliverable dates, development progress, user testing and final production implementation.

## C.5 Delivery

The contractor shall submit all required deliverables in accordance with the following schedule. The schedule shall be used to monitor timely progress on this Task Order. This schedule is required to meet mission objectives. Variances to this schedule shall be submitted to the COR and CO for approval.

All deliveries shall be transmitted via IRS email only to the COR, IRS Initiative Director, and IRS Initiative Manager in the format agreed for each deliverable. Deliverables shall be reviewed and approved by IRS personnel (Initiative Managers, Directors, and COR) via IRS email only. The contractor shall be responsible for tracking and managing deliverables and delivery within IRS and for saving files in the designated SharePoint location specified by the IRS COR (behind the IRS firewall).

| Base Year | | | | |
|---|---|---|---|---|
| Deliverable # | Task # | Deliverable Name | Quantity | Initial Schedule (with X months or due date) |
| 0001.1 0001.2 0001.3 0001.4 | Task 1 (FFP) | Program Management (**throughout period of performance**) | 1 – Presentation and notes <br>• Ongoing Briefings during the period of performance <br>• Up to 12 monthly status reports during the period of performance | • Kickoff Meeting (once at start of Task Order) within 5 business days after award <br>• Monthly Status Reports starting 30 calendar days after award <br>• Ad hoc briefings/reporting throughout the period of performance for status updates regarding tasks 4 & 5 |

| | | | NOTE: IRS payment will be made no more frequently than monthly. If these payments can be rolled into another deliverable due date that would be recommended. | • Monthly Status Updates with the COR and key IRS staff<br>• Weekly Updates with the Initiative Manager<br>• Quarterly Executive Briefings |
|---|---|---|---|---|
| 0002.1 | Task 2 (FFP) | Phase-In Knowledge Management and Transition (**Base Period Only**) | One (1) at start of contract | • Draft Plan no later than two (2) weeks after award<br>• Start Up Meeting no later than two (2) weeks after award<br>• Final Plan no later than one (1) week after Start Up Meeting |
| Optional 0003.1 | Optional Task 3 (FFP) | Phase-Out Knowledge Management and Transition (**Anytime during the period of performance**) | One (1) at end of contract | Transition Communications and Materials<br>• Transition Project Plan no later than sixty (60) calendar days prior to contract end date<br>• Incumbent and new contractor commence transition activities no later than sixty (60) calendar days prior to contract end date |
| 0004.1<br>0004.2<br>0004.3<br>0004.4 | Task 4 | Operations and Maintenance Support (**Throughout Period of Performance**) | 1. Regularly- daily, as needed-Continue maintenance of existing application, including but not limited to, schema and occasional formatting changes from modifications to source graph database; Account activation of around 1,000 new Corporate Users<br>2. Regular -monthly or quarterly data refreshes which matches source graph database update cadence and includes documented data validation<br><br>3. As needed or on a daily basis provide bug fixes, and other troubleshooting of issues, and notify the user community of those bugs and limitations as they are identified through email and internal system channels by users, minimally Monday - Friday and between 7:00am-5:00pm Eastern | • Regularly- daily, as needed- throughout contract provide daily maintenance and troubleshooting any bugs determined in the Corp graph<br>　• Provide report of all schema changes with each refresh.  Regular - monthly or quarterly data refreshes which matches source graph database update cadence and includes documented data validation<br>　• Baseline documentation within two months of award |

| Deliverable # | Task # | Deliverable Name | Quantity | Initial Schedule (with X months or due date) |
|---|---|---|---|---|
| | | | Time<br>4.  Provide initial baseline systems administration and end user documentation for Corporate graphdatabase schema, metadata and documentation quarterly updates | |
| 0005.1<br>0005.2<br>0005.3 | Task 5 | Expand and Enhance Data and Features of corporate graph **(Throughout Period of Performance)** | Deliverable 0005.1: On going- determine additional data needed including but not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties) identify data tables from CDW and other sources and extracting the data into CKGE from CDW and make refinements<br><br>Deliverable 0005.2 Develop, implement, test and fully integrate the enhancements into the existing corporate graph database on a monthly schedule<br><br>Deliverable 0005.3: Weekly report detailing schedule of new data, feature enhancements and systems integration to include deliverable dates, development progress, user testing and final production implementation. | • Within 30 days determine additional data needed including but not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties) and the related data elements outlined from each form<br>• Within 45 days identify which tables from CDW the data for the specified forms listed above are in<br>• Within 60 days determine the best solution in extracting the new data into CKGE from CDW<br>• Establish plan for secure access within 2 months of contract start and establish secure access with two months after plan integrate with other IRS systems while maintaining secure access as necessary at least 3 times subsequent to initial access.<br>• Monthly schedule for enhancements within one month of award<br>• Weekly report within 2 weeks of award |
| **Option year 1** | | | | |
| **Deliverable #** | **Task #** | **Deliverable Name** | **Quantity** | **Initial Schedule (with X months or due date)** |
| 1001.2<br>1001.3<br>1001.4 | Task 1 (FFP or LH) | Program Management | 1 – Presentation and notes<br>•Ongoing Briefings during the period of performance<br>•Up to 12 monthly status reports during the period of performance | •Monthly Status Reports starting 30 calendar days after award<br>•Ad hoc briefings throughout the period of performance<br>•Monthly Status Updates with the COR and key IRS staff<br>•Weekly Updates with the Initiative Manager<br>•Quarterly Executive Briefings |

Data Analytics and Cloud Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

| 1003.1 | Task 3 (FFP) | Phase-Out Knowledge Management and Transition (Anytime during the period of performance) | One (1) at end of contract | Transition Communications and Materials <br>• Transition Project Plan no later than 60 calendar days prior to contract end date <br>Incumbent and new contractor commence transition activities no later than 60 calendar days prior to contract end date |
|---|---|---|---|---|
| 1004.1 1004.2 1004.3 1004.4 | Task 4 | Operations and Maintenance Support **(Throughout Period of Performance)** | 1004.1. Regularly- daily, as needed-Continue maintenance of existing application, including but not limited to, schema and occasional formatting changes from modifications to source graph database; Account activation of around 1,000 new Corporate Users <br><br>1004.2 Regular -monthly or quarterly data refreshes which matches source graph database update cadence and includes documented data validation <br><br>1004.3. As needed or on a daily basis provide bug fixes, and other troubleshooting of issues, and notify the user community of those bugs and limitations as they are identified through email and internal system channels by users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time <br><br>1004.4.  Provide initial baseline systems administration and end user documentation for Corporate graphdatabase schema, metadata and documentation quarterly updates | • Regularly- daily- throughout contract provide daily maintenance and troubleshooting any bugs determined in the Corp graph <br>• Provide report of all schema changes by 30 days of end of performance <br>Regular -monthly or quarterly data refreshes which matches source graph database update cadence and includes documented data validation |

| | | | | |
|---|---|---|---|---|
| 1005.1<br>1005.2<br>1005.3 | Task 5 | Expand and Enhance Data and Features of corporate graph **(Throughout Period of Performance)** | Deliverable 1005.1: On going- determine additional data needed including but not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties) identify data tables from CDW and other sources and extracting the data into CKGE from CDW and make refinements<br><br>Deliverable 1005.2 Develop, implement, test and fully integrate the enhancements into the existing corporate graph database on a monthly schedule<br><br>Deliverable 1005.3: Weekly report detailing schedule of new data, feature enhancements and systems integration to include deliverable dates, development progress, user testing and final production implementation. | • Within 30 days determine additional data needed including but not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties) and the related data elements outlined from each form<br>• Within 60 days identify which tables from CDW the data for the specified forms listed above are in<br>Within 90 days determine the best solution in extracting the data into CKGE from CDW. Before the end of contract integrate with other IRS systems while maintaining secure access as necessary at least 3 times |
| **Option Year 2** | | | | |
| 2001.2<br>2001.3<br>2001.4 | Task 1 (FFP or LH) | Program Management | 1 – Presentation and notes<br>•Ongoing Briefings during the period of performance<br>•Up to 12 monthly status reports during the period of performance | •Monthly Status Reports starting 30 calendar days after award<br>•Ad hoc briefings throughout the period of performance<br>•Monthly Status Updates with the COR and key IRS staff<br>•Weekly Updates with the Initiative Manager<br>•Quarterly Executive Briefings |
| 2003.1 | Task 3 (FFP or LH) | Phase-Out Knowledge Management and Transition (Anytime during the period of performance) | One (1) at end of contract | Transition Communications and Materials<br>• Transition Project Plan no later than 60 calendar days prior to contract end date<br>Incumbent and new contractor commence transition activities no later than 60 calendar days prior to contract end date |
| 2004.1<br>2004.2 | Task 4 | Operations and Maintenance | | • Regularly- daily, as needed-throughout contract provide |

| 2004.3 2004.4 | | Support **(Throughout Period of Performance)** | 2004.1. Regularly- daily, as needed-Continue maintenance of existing application, including but not limited to, schema and occasional formatting changes from modifications to source graph database; Account activation of around 1,000 new Corporate Users<br><br>2004.2 Regular -monthly or quarterly data refreshes which matches source graph database update cadence and includes documented data validation<br><br>2004.3. As needed or on a daily basis provide bug fixes, and other troubleshooting of issues, and notify the user community of those bugs and limitations as they are identified through email and internal system channels by users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time<br><br>2004.4.  Provide initial baseline systems administration and end user documentation for Corporate graphdatabase schema, metadata and documentation quarterly updates | daily maintenance and troubleshooting any bugs determined in the Corp graph Provide report of all schema changes by 30 days of end of performance Regular -monthly or quarterly data refreshes which matches source graph database update cadence and includes documented data validation |
| 2005.1 2005.2 2005.3 | Task 5 | Expand and Enhance Data and Features of corporate graph **(Throughout Period of Performance)** | Deliverable 2005.1: On going- determine additional data needed including but not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties) identify data tables from CDW and other sources and extracting the data into | • Within 30 days determine additional data needed including but not limited to F1120S, F1065, F1120 REIT, F1120-REC, F8832, Treaties) and the related data elements outlined from each form<br>• Within 60 days identify which tables from CDW the data for the specified forms listed above are in<br>• Within 90 days determine the best solution in extracting the |

Case 5:18-cv-07182-EJD    Document 241-66    Filed 01/26/24    Page 28 of 68

Data Analytics Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

| | | | | |
|---|---|---|---|---|
| | | | CKGE from CDW and make refinements<br><br>Deliverable 2005.2 Develop, implement, test and fully integrate the enhancements into the existing corporate graph database on a monthly schedule<br><br>Deliverable 2005.3: Weekly report detailing schedule of new data, feature enhancements and systems integration to include deliverable dates, development progress, user testing and final production implementation. | data into CKGE from CDW Before the end of contract integrate with other IRS systems while maintaining secure access as necessary at least 3 times |

All deliverables and communications related to delivery shall be transmitted electronically to the Contracting Officer's Representative (COR) at the following address(es):

Timothy Mclaughlin, COR
RAAS
Internal Revenue Service
Voice: 401-479-6275
Email: timothy.j.mclaughlin@irs.gov

Dwight Rowland, Alternate COR
RAAS
Internal Revenue Service
Voice: 202-803-9021
Email: dwight.d.rowland@irs.gov

## C.6 Payment Schedule

The Contractor shall include a payment schedule in their proposal with invoicing and payment based on final, approved deliverables. The Contractor shall identify the delivery dates and the contract year (Base Year, Option Year 1, Option Year 2, etc.) for each final, approved deliverable.

### C.7 Performance Requirements, Standards, and Surveillance – See Attachment A.

### C.8 Acceptance of Deliverables
Due to the complexities of the technical work in this BPA Task Order, the government has 20

Palantir Analytics Hardware and Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

workdays to review deliverables, Contractor has 10 workdays to perform revisions, government has 10 workdays to approve the final version. Deliverables shall be invoiced upon completion once agreed by IRS staff. Contractor shall invoice deliverables upon completion once agreed by IRS staff. After acknowledgement and acceptance of deliverable(s), the Contractor's invoice shall be submitted to IPP; however, this can only be done after an email including the COR and any other key personnel have approved and cleared the invoice. This shall allow timely payment prior to the IPP invoice submission.

## C.9 Knowledge, Skills and Capabilities Required - As required by the BPA, unless otherwise specified below.

The following positions are hereby designated as key personnel for this Task Order:

| Name | Task Order Position | BPA Labor Category |
|---|---|---|
| Lauren Szczerbinski | Project Manager | (Offeror to Propose) |
| Amanda Bouman | Data Analyst | (Offeror to Propose) |
| Elizabeth Trenholme | Graph Database Developer | (Offeror to Propose) |
| Benjamin Nussbaum | Technology Advisor | |
| John Mark Suhy | Technology Lead | |

The government desires a balanced team of key and non-key personnel proposed by the contractor. The contractor team shall have the capability to perform all the types of activities and tasks outlined in the Task Order, with attention to delivering the following skills/expertise:

Experience with IRS data file structures and formats; IRS business processes and systems architecture; ETL/T processes; SAP IQ or column data stores; Bash; Open Native Graph Database (ONgDB); Cypher Query Language (CQL), Postgress Database Stores, Hive, and Metabase.

Additional experience is also desired in such areas as:

- Principles and concepts applicable to the design, development, and implementation of data structures, data modeling, database management, and data quality.
- OpenShift, Kubernetes, Docker, and Spring.
- Programming or scripting languages for data manipulation and analysis, such as Perl, Awk, Python, Java, C/C++, or Visual Basic.
- Designing and organizing data based on design and methods that are conducive to analysis and reporting.
- Advanced computational analysis skills including supervised and unsupervised machine learning methods
- Distributed computing tools including Spark GraphFrame

The Contractor shall submit resumes for all contractor employee(s). Resumes are reviewed in accordance with Task Order Level Labor Categories. Personnel working under this task order shall meet the minimum requirements for experience and education.

## C.10 Place of Performance - As required by the BPA, unless otherwise specified below.
The contractor shall primarily perform work at contractor's facilities and telework. With advanced IRS Program Manager approval, the contractor may work onsite at 77 K Street NE, Washington, DC 20003 location.

The contractors may be required to meet with IRS/Customer staff experts, Operations personnel or other contractors at locations other than the one identified above. These will be coordinated with the COR or IRS Program Manager. If contractor personnel receive permission to use an IRS laptop at

Case 5:18-cv-07182-EJD    Document 241-66    Filed 01/26/24    Page 30 of 68

Data Analytics Methodological Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

other approved off-site locations, additional security considerations apply in accordance with the BPA.

## C.11 Travel – No travel

## C.12 Period of Performance

Base: September 28, 2020 - September 27, 2021
Option Year 1: September 28, 2021 - September 27, 2022
Option Year2: September 28, 2022 - September 27, 2023

## C.13 Government Furnished Property - **As required by the BPA, unless otherwise specified below.**

The following Government Furnished Property (GFP) shall be provided to the Contractor upon receipt of a clearance approving individual personnel for work on the Task Order:

| ITEMS | QUANTITY |
|---|---|
| Contractor Identification Badge | 1 per employee |
| Contractor Building Access/Proximity Card | 1 per employee |
| Laptop/Desktop Computer with Local Area Network Access | 1 each per employee |
| Office Space (Desk, Chair, Standard Office Equipment) | 1 typical office setting per employee |
| Telephone with VMS (if applicable) | 1 per employee |

*Note: The awarded contractor is responsible for tracking and obtaining their badge, laptop and any other GFP once notified by government personnel.*

Access to GFI required for performance of the task requirements (such as datasets, tools, and other information stored on IRS SharePoint, shared drives, and systems) will be furnished through IRS laptops and authorized user accounts.

## C.14 Security Requirements - **As required by the BPA, unless otherwise specified below.**

## C.15 Further Reading / References

The referenced materials provide context and additional information relevant to the work products under this task order. These references are publicly available information that may clarify the data elements, size, scope, and complexity of work required under this task order.

| Source | Description |
|---|---|
| IRS.gov Website | IRS Strategic Plan |

ATTACHMENT A
**Quality Assurance Surveillance Plan**
**Contractor Performance Standards and Acceptable Quality Level**

**Purpose:** The Contractor shall be responsible for managing and developing a quality control plan to meet the quality standards established in the Task Order Performance Work Statement (PWS). The Government shall be responsible for surveillance and oversight of the Contractor's efforts in meeting the performance standards required by the Task Order. The Government shall monitor Contractor performance against the Task Order performance standards to ensure the Task Order requirements were met. Government surveillance is not intended to duplicate the Contractor's quality control and assurance efforts.

**Performance Review:** The Ongoing Status Meetings provide a regular forum for the Government and Contractor to review performance, and for the COR and other key IRS staff to identify and discuss performance feedback (underperformance, acceptable performance, positive performance) with the Contractor. The COR and other key IRS staff shall conduct periodic in-process reviews to assess the quality of work being performed, ensure that appropriate work lines of inquiry are being pursued, and assess other issues to assure the Government is apprised of the details of ongoing work and to provide feedback to the Contractor to inform its internal quality assurance program. The concept is that, by providing mutual feedback between the Government and the Contractor, quality can continuously be built into the products and processes, and submission and payment of Contractor invoices can be fact-based and fully informed.

The COR and other key staff shall be responsible for Task Order performance monitoring are not empowered to make any contractual commitments or to authorize any contractual changes on the Government's behalf. Any changes that the Contractor deems may affect Task Order price, terms, or conditions shall be referred to the Contracting Officer for action. The Contracting Officer is responsible for the final determination of the adequacy of the Contractor's performance.

**Surveillance Documentation:** The COR maintains the quality assurance documentation and shall provide the documentation to the Contracting Officer as requested, at the end of Task Order performance, and whenever Contractor performance fails to meet acceptable quality levels. The documentation shall contain copies of reports, evaluations, recommendations, surveillance checklists, and any actions related to the Government's performance of the quality assurance surveillance function. All such records shall be retained for the life of the Task Order and forwarded to the Contracting Officer upon completion.

**Performance Standards:** The performance standards shown below shall be monitored, and may be optimized, during the life of the Task Order. The Government and Contractor may periodically reassess the effectiveness of the performance areas, acceptable quality levels (AQLs), metrics, monitoring methods, and incentive or disincentive classifications to keep them in line with the Task Order objectives. Updates to this document shall be assessed in terms of the following characteristics: meaningful to the required services and continuous improvement; measurable for monitoring; and in line with commercial practice or industry standards. The Government and Contractor may propose updates to metrics, measure definitions and monitoring methods based on the Task Order required services.

Individual Task Orders may set their own Performance Metrics in addition to the ones below.

| Required Service | Performance Standard | Acceptable Quality Level | Primary Methods of Surveillance | Incentive or Disincentive |
|---|---|---|---|---|
| Near-seamless transition | • Assignment of a qualified Ramp- | 95% | • Direct observation | • Positive or Negative |

Corporate Graph Database Module

Data Analytics Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

| Required Service | Performance Standard | Acceptable Quality Level | Primary Methods of Surveillance | Incentive or Disincentive |
|---|---|---|---|---|
| between contractors | up manager for smooth transition of projects and services without interruption of service to the customer.<br>• Provide copy of the plan without grammar and format errors 100% of time.<br>• Professionalism between knowledge transfers<br>• All transferred or transitioned components are complete, operational, and comply with all standards and guidelines for each individual work product or item, as appropriate. | | • Validated customer complaints<br>• Random monitoring | CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |
| Contractor Security | • Contractor complies with security requirements | 100% | • Direct observation<br>• Status meetings<br>• Status reports/schedules<br>• Validated customer complaints<br>• Random monitoring | • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |
| Deliverables | • Contractor submits deliverables that meet Task Order requirements and no later than the required due date.<br>• Submission of accurate and complete deliverables within established timelines.<br>• Well-written deliverables (without grammar | 100% | • Direct observation<br>• Status meetings<br>• Status reports/schedules<br>• Validated customer complaints<br>• Random monitoring, including technical review of programming code and analysis | • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |

Data Analytics Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

| Required Service | Performance Standard | Acceptable Quality Level | Primary Methods of Surveillance | Incentive or Disincentive |
|---|---|---|---|---|
| | and format errors, spell check, clear and concise language tailored to the appropriate audience) that do not require significant rework.<br>• Knowledge management activities performed to ensure the fact base is current; and, all data, analyses, and materials are saved on SharePoint, shared drives, or on Compliance Data Warehouse (CDW) servers.<br>• Deliverables are in a format that allows the government to modify and update the work when/if necessary. | | | |
| Communications (Briefings and Reports) | • Well-written deliverables (without grammar and format errors, spell check, clear and concise language tailored to the appropriate audience) that do not require significant rework.<br>• Submission of accurate and clear communications (briefings and reports) within established timelines.<br>• Attend briefing and deliver the required services and information on the date specified. | Satisfactory or Unsatisfactory | • Direct observation<br>• Status meetings<br>• Status reports/schedules<br>• Validated customer complaints<br>• Random monitoring | • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |

| Required Service | Performance Standard | Acceptable Quality Level | Primary Methods of Surveillance | Incentive or Disincentive |
|---|---|---|---|---|
| Data Management | • Produce accurate, consistent, complete, reliable data and information.<br>• Produce data models and data quality work products that are fully documented, tested and functional prior to delivery to the Government.<br>• Manage data and information using data preparation and validation processes to ensure the accuracy, reliability, integrity, and optimal structure of data for analysis and reporting purposes and for use by customers or stakeholders. | Satisfactory or Unsatisfactory | • Inspection of deliverables<br>• Validated customer complaints<br>• Direct observation | • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |
| Customer Satisfaction | • Contractor responds to customer inquiries within 1 business day; Compliance with agency issued task orders; Addressing customer complaints and investigating the issues and/or problems to provide recommended solutions. | Satisfactory or Unsatisfactory | • Semi-annual evaluation of BPA teams' delivery schedule, technical performance, via contact with a sample of BPA users.<br>• Validated customer complaints<br>• Direct observation | • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |
| Invoicing | • Contractor submits accurate and timely invoices within 5 business days of approved work/deliverable completion based on Task Order payment schedule. | 95% | • Direct observation<br>• Status meetings<br>• Status reports/schedules<br>• Random monitoring | • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility |

Data Analytics Technology Support Blanket Purchase Agreement
Unrestricted – 2032H5-19-A-00011/2032H8-20-F-00163
Support for Corporate Graph Database
Attachment 1 - PWS

| Required Service | Performance Standard | Acceptable Quality Level | Primary Methods of Surveillance | Incentive or Disincentive |
|---|---|---|---|---|
| | | | | • Negative: Potential BPA Cancellation |

**Individual Task Order Performance Metrics:**

| PWS Reference Required Service | Performance Standard | Acceptable Quality Level (AQL) | Metric Measure Definition | Monitoring Method Frequency Starting Point for Implementation |
|---|---|---|---|---|
| Communication | Communication is proactive to resolve issues and mitigate risks during development of | Satisfactory or Unsatisfactory | • Direct observation<br>• Status meetings<br>• Status reports/schedules | Monitoring Method: Frequency: Starting Point for Implementation: • Positive or Negative CPARS evaluation<br>• Positive: Continued BPA performance eligibility<br>• Negative: Potential BPA Cancellation |
| | | | | |

# – End of Your PWS –

## Section B – Service Price/Cost

| | |
|---|---|
| **B.1 –**<br>**Type of Contract** | Firm Fixed Price |
| **B.2 –**<br>**CLIN Structure** | The Offeror shall submit a firm-fixed price (FFP) proposal in accordance with the CLIN Structure in the PWS Section C.4 and Attachment 2 -Price Table.  The Excel worksheet supporting detail shall show labor categories, level of effort, BPA hourly rates, extended amounts, and a total amount for each task period, and a grand summary total tab for all task periods. |

## Section C – Performance Work Statement (PWS)

| | |
|---|---|
| **C.1 –**<br>**PWS** | See Attachment #1, Performance Work Statement |

## Section D – Packaging and Marking

| | |
|---|---|
| **D.1 –**<br>**Packaging and**<br>**Marking** | Packaging and marking for the effort called for hereunder shall be performed in accordance with the instructions of the Blanket Purchase Agreement. |

## Section E – Inspection and Acceptance

| | |
|---|---|
| **E.1 –**<br>**Inspection and**<br>**Acceptance** | Inspection and acceptance of the services called for hereunder shall be performed in accordance with the basic contract.  The Contractor Performance Standards and Acceptable Quality Level is located in the PWS. |

## Section F – Deliveries and Performance

| | |
|---|---|
| **F.1 –**<br>**Period of**<br>**Performance** | Periods of Performance:<br><br>Base Period:     September 28, 2020 – September 27, 2021<br>Option Year1:  September 28, 2021 – September 27, 2022<br>Option Year 2: September 28, 2022 – September 27, 2023 |
| **F.2 –**<br>**Deliverables** | See C.5, Delivery, in the PWS. |

## Section G – Contract Administration Data

| | |
|---|---|
| **G.1 –**<br>**Administrative**<br>**Data** | The Contractor shall comply with the terms and conditions of the basic contract. |
| **G.2 –**<br>**Quality Assurance**<br>**Evaluator** | The Contracting Officer's Representative (COR) for this task order will be identified upon award. |

| | |
|---|---|
| **G.3 – Contracting Officer/Contract Specialist** | The Contracting Officer (CO) for this task order is Danielle H. Richardson – danielle.h.richardson@irs.gov |
| **G.4 – Invoicing and Payment Procedures** | All invoices shall be submitted through IPP. |

| Section H – Special Task Order Provisions | |
| --- | --- |
| **H.1 –**<br>**General** | **KEY PERSONNEL**<br>The offeror shall identify, (in their proposal based on information provided in the table below), individuals for the Key Personnel identified below.  The contractor shall submit the name and resume of the contractor employee proposed for each Key Position.<br><br>(table below)<br><br>The Contractor shall submit the resumes (certified by their respective manager) of the contractor employee(s) that will fill the position(s) identified in the table above. |

| Name | Task Order Position | BPA Labor Category |
| --- | --- | --- |
| Lauren Szczerbinski | Task Order Manager | |
| John Mark Suhy | Technology Lead | |
| Benjamin Nussbaum | Technology Advisor | |
| Amanda Bouman | Data Analyst | |
| Elizabeth Trenholme | Graph Database Developer | |

**PERFORMANCE REQUIRED BEYOND STANDARD WORKDAY**
If needed, performance shall be required beyond the standard workday.

**PERFORMANCE AT GOVERNMENT SITES**
If any of this task order effort is performed at specified government facilities, the Contractor shall abide by Department of the Treasury Directive (TD) 71-10 regarding provisions for authorized entrance and exit at these facilities.

**IDENTIFICATION/ BADGES**
The applicable Contractor employees shall not begin working under this task order until all security forms have been properly completed, submitted, and have been issued an interim clearance memo from the IRS.  All Contractor employees shall be required to wear identification badges when working in government facilities.

**PERSONNEL REMOVAL AND REPLACEMENT**
The applicable Contractor employees are subject to investigation by the government. Applicable Contractor employees who undergo Contractor clearances that reveal, but are not limited to, the following, may be unacceptable under this contract: conviction of a felony, a crime of violence or a serious misdemeanor, a record of arrests for continuing offenses, or failure to file or pay federal income tax.  The government reserves the right to determine if a Contractor employee assigned to a task shall continue with the task.  The Contractor shall agree to remove the person assigned within one day of official notification by the government and provide a replacement within five days.  New hires or substitutions of personnel are subject to the Contractor clearance requirement.

**TREASURY RECORDS MANAGEMENT REQUIREMENTS**
Definition. As used in this contract "Federal record" is as defined in 44 U.S.C. § 3301, which includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the

transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them.

The Contractor shall comply with all applicable records management laws and regulations, as well as National Archives and Records Administration (NARA) records policies, including but not limited to the Presidential and Federal Records Act Amendments of 2014 (44 U.S.C. chpts. 21, 29, 31, 33), NARA regulations at36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.

In accordance with 36 CFR 1222.32(b), all data created for Government use and delivered to, or under the legal control of, the Government under this contract are Federal records subject to the provisions of 44 U.S.C. chapters 21, 29, 31, and 33, the Freedom of Information Act (FOIA) (5 U.S.C. 552), as amended, and the Privacy Act of 1974 (5 U.S.C. 552a), as amended and shall be managed and scheduled for disposition in accordance with Federal law.
The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974. Other deliverables will be treated as required or permitted by other provisions of this contract. If no other contract provision applies, the Contractor shall not retain, use, sell, or disseminate copies of any deliverable without the written permission of the Contracting Officer.

The Contractor shall ensure contractor employees, including subcontractor employees, under this contract who create, work with, or otherwise handle Federal records successfully complete initial records management training and annual records management training thereafter.

The Contractor shall include the substance of this requirement in all subcontracts under this contract, when subcontractor employees will create, work with, or otherwise handle Federal records.

**DELIVERABLES/ WORK PRODUCTS**
All Contractor deliverables or work products shall remain categorized as "Official Use Only."  The release of any portion must be authorized in writing by the government.

"The Contractor shall adhere to Section 508 of the Rehabilitation Act of 1973, which requires access to the Federal Government electronic and information technology. The law applies to all Federal agencies when they develop, procure, maintain, or use electronic and information technology. Federal agencies must ensure that this technology is accessible to employees and members of the public with disabilities. http://www.section508.gov/.

Each Electronic and Information technology product or service furnished under this task order shall comply with the Electronic and Information Technology (EIT) Accessibility Standards (29 U.S.C. *&794(d)) this includes all task/delivery orders

| | |
|---|---|
| | and product support services furnished in the performance of this task order.<br><br>For every EIT product or service accepted under this task order by the Government that does not comply with (29 U.S.C. *&794(d)), the Contractor shall at the discretion of the Government, make every effort to replace or upgrade it with a compliant equivalent product or service, if commercially available and cost neutral, on either the planned refresh cycle of the product or service, or on the order renewal date, whichever shall occur first." |
| **H.2 – Security Requirements** | Contractor Officer will ensure Contractor personnel compliance in accordance with IRS HSPD-12 PIV Procedures Manual. Only cleared Contractor personnel, personnel who minimally have received an interim clearance memo, will be allowed to work on this contract. |

## Section I – Contract Clauses

**All clauses located in the Blanket Purchase Agreement flow down to this task order.  In addition, the following are applicable:**

| | |
|---|---|
| | **FAR Clauses Incorporated by Reference**<br><br>52.203-14        Display of Hotline Poster(s) (JUN 2020)<br>52.204-4          Printed or Copied Double-sided on Postconsumer Fiber Content Paper (MAY 2011)<br>52.222-2          Payment for Overtime Premiums (JUL 1990)<br>52.224-2          Privacy Act (APR 1984)<br>52.224-3          Privacy Training, ALT I (JAN 2017)<br>52.239-1          Privacy or Security Safeguards (AUG 1996) |
| **FAR 52.217-8** | **OPTION TO EXTEND SERVICES (NOV 1999)**<br><br>The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to the prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within **30 days.** |
| **FAR 52.217-9** | **OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**<br><br>(a) The Government may extend the term of this contract by written notice to the Contractor within **5** days provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least **60** days before the contract expires. The preliminary notice does not commit the Government to an extension.<br>(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.<br>(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed **3 years**. |
| **52.203-19** | **Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017)**<br><br>(a) Definitions. As used in this clause–<br>"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the |

11

behest of a Federal agency.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

(b) The Contractor shall not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

(c) The Contractor shall notify current employees and subcontractors that prohibitions and restrictions of any preexisting internal confidentiality agreements or statements covered by this clause, to the extent that such prohibitions and restrictions are inconsistent with the prohibitions of this clause, are no longer in effect.

(d) The prohibition in paragraph (b) of this clause does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(e) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015, (Pub. L. 113-235), and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions) use of funds appropriated (or otherwise made available) is prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.

(f) The Contractor shall include the substance of this clause, including this paragraph (f), in subcontracts under such contracts.

(End of Clause)

**52.204-23**

**Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (Jul 2018)**

(a) Definitions. As used in this clause–
"Covered article" means any hardware, software, or service that–
(1) Is developed or provided by a covered entity;
(2) Includes any hardware, software, or service developed or provided in whole or in part by a covered entity; or
(3) Contains components using any hardware or software developed in whole or in part by a covered entity.
"Covered entity" means–
(1) Kaspersky Lab;
(2) Any successor entity to Kaspersky Lab;
(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or
(4) Any entity of which Kaspersky Lab has a majority ownership.
(b) Prohibition. Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91) prohibits Government use of any covered

12

article. The Contractor is prohibited from–

(1) Providing any covered article that the Government will use on or after October 1, 2018; and

(2) Using any covered article on or after October 1, 2018, in the development of data or deliverables first produced in the performance of the contract.

(c) Reporting requirement.

(1) In the event the Contractor identifies a covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or any other source, the Contractor shall report, in writing, to the Contracting Officer or, in the case of the Department of Defense, to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (c)(1) of this clause:

(i) Within 1 business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; brand; model number (Original Equipment Manufacturer (OEM) number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the report pursuant to paragraph (c)(1) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of a covered article, any reasons that led to the use or submission of the covered article, and any additional efforts that will be incorporated to prevent future use or submission of covered articles.

(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts, including subcontracts for the acquisition of commercial items.

(End of Clause)

| | |
|---|---|
| **52.204-25** | **Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment**<br><br>As prescribed in 4.2105(b), insert the following clause:<br><br>Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment (Aug 2020)<br><br>(a) *Definitions.* As used in this clause—<br><br>*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (*e.g.*, connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (*e.g.*, fiber optic, coaxial cable, Ethernet).<br><br>*Covered foreign country* means The People's Republic of China.<br><br>*Covered telecommunications equipment or services* means–<br><br>(1) Telecommunications equipment produced by Huawei Technologies |

13

Company or ZTE Corporation (or any subsidiary or affiliate of such entities);

(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or

(4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means–

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled-

(i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

(ii) For reasons relating to regional stability or surreptitious listening;

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (*e.g.*, connection of a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Reasonable inquiry* means an inquiry designed to uncover any information in the entity's possession about the identity of the producer or provider of covered

telecommunications equipment or services used by the entity that excludes the need to include an internal or third-party audit.

*Roaming* means cellular communications services (*e.g.*, voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

(b) *Prohibition.*

(1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. The Contractor is prohibited from providing to the Government any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract, or extending or renewing a contract, with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract.

(c) *Exceptions.* This clause does not prohibit contractors from providing—

(1) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(2) Telecommunications equipment that cannot route or redirect user data traffic or permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(d) Reporting requirement.

(1) In the event the Contractor identifies covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system, during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report the information in paragraph (d)(2) of this clause to the Contracting Officer, unless elsewhere in this contract are established procedures for reporting the information; in the case of the Department of Defense, the Contractor shall report to

the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (d)(1) of this clause

(i) Within one business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; supplier unique entity identifier (if known); supplier Commercial and Government Entity (CAGE) code (if known); brand; model number (original equipment manufacturer number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (d)(2)(i) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of covered telecommunications equipment or services, and any additional efforts that will be incorporated to prevent future use or submission of covered telecommunications equipment or services.

(e) *Subcontracts.* The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (b)(2), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial items.

(End of clause)

**52.216-1, Type of Contract (Apr 1984)**

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

(End of Provision)

**52.217-5, Evaluation of Options (JUL 1990)**

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of provision)

**IRS Clauses and Provisions**

**IR1052.239-9000 Section 508 Information, Documentation and Support (Dec 2019)**

In accordance with 36 CFR, Appendix C to Part 1194, the information and communication technology (ICT) products and product support services documentation furnished in performance of this contract shall be provided at no additional cost. The contractor shall provide information, documentation, and support relative to the supplies and services as described in the statement of work, performance work statement or statement of objectives (select one). The following technical standards and provisions have been determined to be applicable to this contract:

**_X__ Chapter 6: Support Documentation and Services**

    _X__ 601 General
        _X__ 601.1

    _X__ 602 Support Documentation
        _X__ 602.1 _X__ 602.2 _X__ 602.3 _X__ 602.4

    _X__ 603 Support Services
        _X__ 603.1 _X__ 603.2 _X__ 603.3

(End of clause)

**IR1052.239-9001 Section 508 Conformance (Dec 2019)**

Each information and communication technology (ICT) product and/or product related service delivered under the terms of this contract, at a minimum, shall conform to the applicable accessibility standards at 36 CFR, Appendix C to Part 1194 at the level of conformance as specified in the Attachment entitled, _____ (Please state where attachment may be found).

The following technical standards have been determined to be applicable to this contract:

**___    Chapter 4: Hardware**

    ___ 401 General
        ___ 401.1

    ___ 402 Closed Functionality
        ___ 402.1 ___ 402.2(1-6) ___ 402.3 ___ 402.4 ___ 402.5

    ___ 403 Biometrics
        ___ 403.1

    ___ 404 Preservation of Information Provided for Accessibility
        ___ 404.1

    ___ 405 Privacy
        ___ 405.1

    ___ 406 Standard Connections
        ___ 406.1

    ___ 407 Operable Parts
        ___ 407.1 ___ 407.2 ___ 407.3 ___ 407.4 ___ 407.5 ___ 407.6 ___ 407.7 ___ 407.8

    ___ 408 Display Screens

      ___ 408.1 ___ 408.2 ___ 408.3

___ 409 Status Indictors
    ___ 409.1

___ 410 Color Coding
    ___ 410.1

___ 411 Audible Signals
    ___ 411.1

___ 412 ICT with Two-Way Communication
    ___ 412.1 ___ 412.2 ___ 412.3 ___ 412.4 ___ 412.5 ___ 412.6 ___ 412.7 ___412.8

___ 413 Closed Caption Processing Technologies
    ___ 413.1

___ 414 Audio Description Processing Technologies
    ___ 414.1

___ 415 User Controls for Captions and Audio Descriptions
    ___ 415.1

**_X__ Chapter 5: Software**

_X__ 501 General
    _X__ 501.1

_X__ 502 Interoperability with Assistive Technology
    _X__ 502.1 _X__ 502.2 _X__ 502.3 _X__ 502.4(A-G)

_X__ 503 Applications
    _X__ 503.1 _X__ 503.2 _X__ 503.3 _X__ 503.4

_X__ 504 Authoring Tools
    _X__ 504.1 _X__ 504.2 _X__ 504.3 _X__ 504.4

**_X__ Chapter 7: Referenced Standards**

_X__ 701 General
    _X__ 701.1

_X__ 702 Incorporation by Reference
    _X__ 702.1 ___ 702.2 _X__ 702.3 _X__ 702.4 ___ 702.5 ___ 702.6 ___ 702.7 ___ 702.8 ___ 702.9 _X__ 702.10

The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the ICT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

The following functional performance criteria (36 CFR Chapter 3) apply to this contract.

**_X__ Chapter 3: Functional Performance Criteria**

_X__ 301 General
    _X__ 301.1

_X__ 302 Functional Performance Criteria

_X__ 302.1 _X__ 302.2 _X__ 302.3 _X__ 302.4 _X__ 302.5 _X__ 302.6 _X__ 302.7 _X__ 302.8 _X__ 302.9

(End of clause)

**IR1052.239.9002** **Section 508 Services (Dec 2019)**

All contracts, solicitations, purchase orders, delivery orders and interagency agreements that contain a requirement of services which will result in the delivery of a new or updated information and communication technology (ICT) item/product must conform to the applicable provisions of the appropriate technical standards in 36 CFR, Appendix C to Part 1194, and functional performance criteria in 36 CFR Chapter 3, unless an agency exception to this requirement exists at E202 General Exceptions.

The following technical standards and provisions have been determined to be applicable to this contract:

____    **Chapter 4: Hardware**

   ____ 401 General
      ____ 401.1

   ____ 402 Closed Functionality
      ____ 402.1 ____ 402.2(1-6) ____ 402.3 ____ 402.4 ____ 402.5

   ____ 403 Biometrics
      ____ 403.1

   ____ 404 Preservation of Information Provided for Accessibility
      ____ 404.1

   ____ 405 Privacy
      ____ 405.1

   ____ 406 Standard Connections
      ____ 406.1

   ____ 407 Operable Parts
      ____ 407.1 ____ 407.2 ____ 407.3 ____ 407.4 ____ 407.5 ____ 407.6 ____ 407.7 ____ 407.8

   ____ 408 Display Screens
      ____ 408.1 ____ 408.2 ____ 408.3

   ____ 409 Status Indictors
      ____ 409.1

   ____ 410 Color Coding
      ____ 410.1

   ____ 411 Audible Signals
      ____ 411.1

   ____ 412 ICT with Two-Way Communication
      ____ 412.1 ____ 412.2 ____ 412.3 ____ 412.4 ____ 412.5 ____ 412.6 ____

19

412.7 ___ 412.8

___ 413 Closed Caption Processing Technologies
___ 413.1

___ 414 Audio Description Processing Technologies
___ 414.1

___ 415 User Controls for Captions and Audio Descriptions
___ 415.1

**_X__    Chapter 5: Software**

_X__ 501 General
_X__ 501.1

_X__ 502 Interoperability with Assistive Technology
_X__ 502.1 _X__ 502.2 _X__ 502.3 _X__ 502.4(A-G)

_X__ 503 Applications
_X__ 503.1 _X__ 503.2 _X__ 503.3 _X__ 503.4

_X__ 504 Authoring Tools
_X__ 504.1 _X__ 504.2 _X__ 504.3 _X__ 504.4

**_X__    Chapter 7: Referenced Standards**

_X__ 701 General
_X__ 701.1

_X__ 702 Incorporation by Reference
_X__ 702.1 ___ 702.2 _X__ 702.3 _X__ 702.4 ___ 702.5 ___ 702.6
___ 702.7 ___ 702.8 ___ 702.9 _X__ 702.10

The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the ICT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

The following functional performance criteria (36 CFR Chapter 3) apply to this contract.

**_X__    Chapter 3: Functional Performance Criteria**

_X__ 301 General
_X__ 301.1

_X__ 302 Functional Performance Criteria
_X__ 302.1 _X__ 302.2 _X__ 302.3 _X__ 302.4 _X__ 302.5 _X__
302.6 _X__ 302.7 _X__ 302.8 _X__ 302.9

(End of clause)

**1052.204-9000 Submission of Security Forms and Related Materials (May 2018)**

As described in Department of the Treasury Security Manual (TD P 15-71), Chapter I, Section 1, Position Sensitivity and Risk Designation, Contractor personnel assigned to perform work under an IRS contract/order/agreement must undergo security investigative processing appropriate to the position sensitivity and risk level

designation associated to determine whether the Contractor (including subcontractor) personnel should be permitted to work in the identified position. The Contracting Officer's Representative (COR) (in the absence of the COR, the Contracting Officer (CO)) shall work with the contractor to ensure that no contractor (or subcontractor) employee is granted staff- like access to Sensitive but Unclassified (SBU) information, IRS/contractor (including subcontractor) facilities, information system/asset that process/store SBU information without the required investigation. For security requirements at contractor facilities using contractor-managed resources, please reference Publication 4812, Contractor Security Controls. The contractor shall grant staff-like access to IRS SBU information or information system/assets only to individuals who have received staff-like access approval (interim or final) from IRS Personnel Security.

a. Contractor (including subcontractor) personnel performing under an agreement that authorizes staff-like access to and in IRS/contractor (including subcontractor) facilities, and access to SBU information or information systems are subject to (and must receive a favorable adjudication or affirmative results with respect to) the following eligibility/suitability pre-screening criteria, as applicable:

(1) IRS account history for tax compliance (for initial eligibility, as well as periodic checks for continued compliance while actively working on IRS contracts);

(2) Selective Service registration compliance;

(3) U.S. citizenship/lawful permanent residency compliance;

(4) Background investigation forms;

(5) Credit history;

(6) Federal Bureau of Investigation fingerprint results; and

(7) Prior federal government background investigations.

In this regard, Contractor shall furnish the following electronic documents to the Contractor Security Management (CSM) at CSM@irs.gov within 10 business days (or shorter period) of assigning (or reassigning) an employee to this contract/order/agreement and prior to the contractor (including subcontractor) employee performing any work or being granted staff-like access to IRS SBU or IRS/contractor (including subcontractor) facilities, information systems/assets that process/store SBU information thereunder:

• IRS provided Risk Assessment Checklist (RAC) Form 14606;

• Non-Disclosure Agreement (if contract terms grant SBU access); and,

• Any additional required security forms, which will be made available through CSM and the COR.

b. Tax Compliance, Credit Checks and Fingerprinting:

1. Contractors (including subcontractors) whose duration of employment exceeds 180 days must meet the eligibility/suitability requirements for access and shall undergo a background investigation based on the assigned position risk designation as a condition of work under the Government contract/order/agreement.

2. If the duration of employment is less than 180 days or access is infrequent (i.e. 2 -3 days per month), and the contractor requires unescorted access, the contractor (including subcontractor) employee must meet the eligibility requirements for access in IRM 10.23.2.9, as well as FBI Fingerprint result screening.

3. For contractor (including subcontractor) employees not requiring access to IT systems, a background investigation is not needed and will not be requested if a qualified escort, defined as an IRS employee or as a contractor who has been granted staff-like access, escorts a contractor meeting the conditions of number b.2 above at all times while the escorted contractor accesses IRS facilities and equipment. The contractor (including subcontractor) employee will be permitted to perform

under the contract/order/ agreement and have access to IRS facilities only upon notice of an interim or final approval, as defined in IRM 10.23.2 – Contractor Investigations, and is otherwise consistent with IRS security practices and related IRMs, to include, but not limited to, IRM 1.4.6 – Managers Security Handbook, IRM10.2.14 – Methods of Providing Protection, and IRM 10.8.1 - Policy and Guidance.

The Associate Director, Personnel Security prior to completion of the full investigation, will grant interim staff-like access approval as follows:

a. Individuals who possess a current active U.S. Government security clearance for access to classified information may be granted interim staff-like access for positions after 1) the clearance is verified through the Joint Personnel Adjudication System (JPAS), and 2) after favorable adjudication of pre-screening eligibility/ suitability checks. Individuals with Top Secret clearance may be granted interim staff-like access approval to occupy positions designated at any risk level. Individuals with Secret or Confidential clearances may be granted interim staff-like access approval to occupy positions designated Moderate or Low Risk.

b. Individuals not possessing a current or active U.S. Government security clearance for access to classified information or not possessing a prior Government personnel security investigation that meets the scope and criteria required for their position may be granted interim staff-like access approval upon receipt of all required contractor security forms, and favorable adjudication of pre- screening eligibility/suitability checks.

As prescribed in IRM 10.23.2, escorting in lieu of staff-like access for IT systems and access to SBU data (escorted or unescorted) will not be allowed.

(End of Clause)

## 1052.204-9001 Notification of Change in Contractor Personnel Employment Status, Assignment, or Standing (May 2018)

The contractor shall via e-mail (CSM@irs.gov), notify the Contracting Officer (CO), Contracting Officer's Representative (COR) and the Contractor Security Management (CSM) within 1 business day of the contractor (including subcontractor) becoming aware of any change in the employment status, information access requirement, assignment, or standing of a contractor (or subcontractor) employee under this contract or order – to include, but not limited to, the following conditions:

• Receipt of the employee's notice of intent to separate from employment or discontinue work under this contract/order;

• Knowledge of the employee's voluntary separation from employment or performance on this contract/order (if no prior notice was given);

• Transfer or reassignment of the employee and performance of duties under this contract/order, in whole or in part, to another contract/order (and if possible, identify the gaining contract/order and representative duties/responsibilities to allow for an assessment of suitability based on position sensitivity/risk level designation);

• Denial of or Revocation of Access (RAC) as determined by the IRS

• Separation, furlough or release from employment;

• Anticipated extended absence of more than 45 days;

22

• Change of legal name;

• Change to citizenship or lawful permanent resident status, or employment eligibility;

• Change in gender or other distinction when physical attributes figure prominently in the biography of an individual;

• Actual or perceived conflict of interest in continued performance under this contract/order (provide explanation); or

• Death.

When required by the COR, the contractor may be required to provide the information required by this clause to the IRS using the RAC or security documents as identified by CSM.

The notice shall include the following minimum information:

• Name of contractor employee;

• Nature of the change in status, assignment or standing (i.e., provide a brief non-personal, broad-based explanation);

• Affected contract/agreement/order number(s);

• Actual or anticipated date of departure or separation;

• When applicable, the name of the IRS facility or facilities this individual routinely works from or has access to when performing work under this contract/order;

• When applicable, contractor (including subcontractor) using contractor (or subcontractor) owned systems for work must ensure that their systems are updated to ensure employees no longer have continued access to IRS work, either for systems administration or processing functions; and

• Identification of any Government Furnished Property (GFP), Government Furnished Equipment (GFE), or Government Furnished Information (GFI) (to include Personal Identity Verification (PIV) credentials or badges) provided to the contractor employee and its whereabouts or status.

In the event the subject contractor (including subcontractor) employee is working on multiple contracts, orders, or agreements, notification shall be combined, and the cognizant COR for each affected contract or order (using the Contractor Separation Checklist (Form 14604 (Rev. 4-2015)) shall be included in the joint notification along with the CSM. These documents (the RAC and security forms) are also available by email request to CSM.

The vendor POC and the COR must ensure all badges, Smart Cards, equipment, documents, and other government furnished property items are returned to the IRS, systems accesses are removed, and Real Estate & Facilities Management is notified of federal workspace that is vacant.

As a rule, the change in the employment status, assignment, or standing of a contractor (or subcontractor) personnel to this contract or order would not form the basis for an excusable delay for failure to perform under the terms of this contract, order or agreement.

| | |
|---|---|
| | (End of Clause) |
| **Section J – List of Attachments** | |
| **J.1 – List of Attachments** | Attachment 1 – Price Schedule<br>Attachment 2 – Invoice Schedule |

**Attachment 1 - PRICE SCHEDULE**
**BASE YEAR**

| Task 1: Program Management | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Task Order Manager / Transition Manager | $ 6,564.00 | | 40 |
| | | $ 164.10 | |
| Technology Lead | $ 6,564.00 | $ 164.10 | 40 |
| Technical Advisor | $ 6,564.00 | $ 164.10 | 40 |
| **Subtotal Labor** | $ 19,692.00 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 19,692.00 | | |

| Task 2: Transition In | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Task Order Manager / Transition Manager | $ 1,312.80 | | 8 |
| | | $ 164.10 | |
| Technology Lead | $ 1,312.80 | $ 164.10 | 8 |
| Technical Advisor | $ 1,312.80 | $ 164.10 | 8 |
| Data Analyst | $ 930.08 | $ 116.26 | 8 |
| Graph Database Developer | $ 800.56 | $ 100.07 | 8 |
| **Subtotal Labor** | $ 5,669.04 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 5,669.04 | | |

| Task 3 (Optional): Transition to Support | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Task Order Manager / Transition Manager | $ 1,312.80 | | 8 |
| | | $ 164.10 | |
| Technology Lead | $ 1,312.80 | $ 164.10 | 8 |
| Technical Advisor | $ 1,312.80 | $ 164.10 | 8 |
| Data Analyst | $ 930.08 | $ 116.26 | 8 |
| Graph Database Developer | $ 800.56 | $ 100.07 | 8 |
| **Subtotal Labor** | $ 5,669.04 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 5,669.04 | | |

| Task 4: Corporate Graph - Operations and Maintenance Support | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Technology Lead | $ 9,846.00 | $ 164.10 | 60 |
| Technical Advisor | $ 9,846.00 | $ 164.10 | 60 |
| Data Analyst | $ 42,783.68 | $ 116.26 | 368 |
| Graph Database Developer | $ 36,825.76 | $ 100.07 | 368 |
| **Subtotal Labor** | $ 99,301.44 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 99,301.44 | | |

| Task 5: Corporate Graph – Expand and and Enhance Data and Features | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Technology Lead | $ 9,846.00 | $ 164.10 | 60 |
| Technical Advisor | $ 9,846.00 | $ 164.10 | 60 |
| Data Analyst | $ 42,783.68 | $ 116.26 | 368 |
| Graph Database Developer | $ 36,825.76 | $ 100.07 | 368 |
| **Subtotal Labor** | $ 99,301.44 | | |

**Attachment 1 - PRICE SCHEDULE**

| | | |
|---|---|---|
| **BASE YEAR Costs** | $ | - |
| | | |
| **Total** | $ | 99,301.44 |

**Option Year 1**

| Task 1: Program Management | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Task Order Manager / Transition Manager | $ 6,708.40 | | 40 |
| | | $ 167.71 | |
| Technology Lead | $ 6,708.40 | $ 167.71 | 40 |
| Technical Advisor | $ 6,708.40 | $ 167.71 | 40 |
| **Subtotal Labor** | $ 20,125.20 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 20,125.20 | | |

| Task 3 (Optional): Transition to Support | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Task Order Manager / Transition Manager | $ 1,341.68 | | 8 |
| | | $ 167.71 | |
| Technology Lead | $ 1,341.68 | $ 167.71 | 8 |
| Technical Advisor | $ 1,341.68 | $ 167.71 | 8 |
| Data Analyst | $ 950.56 | $ 118.82 | 8 |
| Graph Database Developer | $ 818.16 | $ 102.27 | 8 |
| **Subtotal Labor** | $ 5,793.76 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 5,793.76 | | |

| Task 4: Corporate Graph - Operations and Maintenance Support | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Technology Lead | $ 10,062.60 | $ 167.71 | 60 |
| Technical Advisor | $ 10,062.60 | $ 167.71 | 60 |
| Data Analyst | $ 45,389.24 | $ 118.82 | 382 |
| Graph Database Developer | $ 39,067.14 | $ 102.27 | 382 |
| **Subtotal Labor** | $ 104,581.58 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 104,581.58 | | |

| Task 5: Corporate Graph – Expand and and Enhance Data and Features | | | |
|---|---|---|---|
| Role | $/Role | Rate | Hours |
| Technology Lead | $ 10,062.60 | $ 167.71 | 60 |
| Technical Advisor | $ 10,062.60 | $ 167.71 | 60 |
| Data Analyst | $ 45,389.24 | $ 118.82 | 382 |
| Graph Database Developer | $ 39,067.14 | $ 102.27 | 382 |
| **Subtotal Labor** | $ 104,581.58 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 104,581.58 | | |

**Option Year 2**

| Task 1: Program Management | | | |
|---|---|---|---|
| **Role** | **$/Role** | **Rate** | **Hours** |
| Task Order Manager / Transition Manager | $ 6,856.00 | | 40 |
| | | $ 171.40 | |
| Technology Lead | $ 6,856.00 | $ 171.40 | 40 |
| Technical Advisor | $ 6,856.00 | $ 171.40 | 40 |
| **Subtotal Labor** | $ 20,568.00 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 20,568.00 | | |

| Task 3 (Optional): Transition to Support | | | |
|---|---|---|---|
| **Role** | **$/Role** | **Rate** | **Hours** |
| Task Order Manager / Transition Manager | $ 1,371.20 | | 8 |
| | | $ 171.40 | |
| Technology Lead | $ 1,371.20 | $ 171.40 | 8 |
| Technical Advisor | $ 1,371.20 | $ 171.40 | 8 |
| Data Analyst | $ 971.36 | $ 121.42 | 8 |
| Graph Database Developer | $ 836.16 | $ 104.52 | 8 |
| **Subtotal Labor** | $ 5,921.12 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 5,921.12 | | |

| Task 4: Corporate Graph - Operations and Maintenance Support | | | |
|---|---|---|---|
| **Role** | **$/Role** | **Rate** | **Hours** |
| Technology Lead | $ 10,284.00 | $ 171.40 | 60 |
| Technical Advisor | $ 10,284.00 | $ 171.40 | 60 |
| Data Analyst | $ 46,139.60 | $ 121.42 | 380 |
| Graph Database Developer | $ 39,717.60 | $ 104.52 | 380 |
| **Subtotal Labor** | $ 106,425.20 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 106,425.20 | | |

| Task 5: Corporate Graph – Expand and and Enhance Data and Features | | | |
|---|---|---|---|
| **Role** | **$/Role** | **Rate** | **Hours** |
| Technology Lead | $ 10,284.00 | $ 171.40 | 60 |
| Technical Advisor | $ 10,284.00 | $ 171.40 | 60 |
| Data Analyst | $ 46,139.60 | $ 121.42 | 380 |
| Graph Database Developer | $ 39,717.60 | $ 104.52 | 380 |
| **Subtotal Labor** | $ 106,425.20 | | |
| **Other Direct Costs** | $ - | | |
| | | | |
| **Total** | $ 106,425.20 | | |

# 52.209-5  Certification Regarding Responsibility Matters.

As prescribed in 9.104-7(a), insert the following provision:

CERTIFICATION REGARDING RESPONSIBILITY MATTERS (OCT 2015)

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are □ are not ⊠ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have □ have not ⊠, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C) Are □ are not ⊠ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

(D) Have □, have not ⊠, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) *The tax liability is finally determined*. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) *The taxpayer is delinquent in making payment*. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) *Examples*.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the

underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii)  The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii)  The Offeror has □ has not ☒, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2)  "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b)  The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c)  A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d)  Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e)  The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

**Parent topic:** 52.209 [Reserved]

or deliverables first produced in the performance of the contract.

(c) Reporting requirement.

(1) In the event the Contractor identifies a covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or any other source, the Contractor shall report, in writing, to the Contracting Officer or, in the case of the Department of Defense, to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (c)(1) of this clause:

(i) Within 1 business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; brand; model number (Original Equipment Manufacturer (OEM) number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the report pursuant to paragraph (c)(1) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of a covered article, any reasons that led to the use or submission of the covered article, and any additional efforts that will be incorporated to prevent future use or submission of covered articles.

(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts, including subcontracts for the acquisition of commercial items.

(End of Clause)

| 52.209-11 | **Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction Under any Federal Law (FEB 2016)** |

(a) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that—

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

13

(b) The Offeror represents that—

(1) It is [ ] is not [X] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and

(2) It is [ ] is not [X] a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

**52.216-1, Type of Contract (Apr 1984)**

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

(End of Provision)

**52.217-5, Evaluation of Options (JUL 1990)**

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of provision)

**IRS Clauses and Provisions**

**IR1052.239-9000 Section 508 Information, Documentation and Support (Dec 2019)**

In accordance with 36 CFR, Appendix C to Part 1194, the information and communication technology (ICT) products and product support services documentation furnished in performance of this contract shall be provided at no additional cost. The contractor shall provide information, documentation, and support relative to the supplies and services as described in the statement of work, performance work statement or statement of objectives (select one). The following technical standards and provisions have been determined to be applicable to this contract:

_X__ **Chapter 6: Support Documentation and Services**

 _X__ 601 General
  _X__ 601.1

 _X__ 602 Support Documentation
  _X__ 602.1 _X__ 602.2 _X__ 602.3 _X__ 602.4

 _X__ 603 Support Services
  _X__ 603.1 _X__ 603.2 _X__ 603.3

(End of clause)

**IR1052.239-9001 Section 508 Conformance (Dec 2019)**

14

_X__ 701.1

_X__ 702 Incorporation by Reference
_X__ 702.1 ___ 702.2 _X__ 702.3 _X__ 702.4 ___ 702.5 ___ 702.6
___ 702.7 ___ 702.8 ___ 702.9 _X__ 702.10

The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the ICT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

The following functional performance criteria (36 CFR Chapter 3) apply to this contract.

_X__    **Chapter 3: Functional Performance Criteria**

_X__ 301 General
_X__ 301.1

_X__ 302 Functional Performance Criteria
_X__ 302.1 _X__ 302.2 _X__ 302.3 _X__ 302.4 _X__ 302.5 _X__
302.6 _X__ 302.7 _X__ 302.8 _X__ 302.9

(End of clause)

**IR1052.232-9001 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Jul 2019)**

(a) Definitions:

"Short payment" as used in this clause means the partial payment of an invoice for goods/services actually rendered at the time of payment when the invoice includes additional goods/services that have not yet been provided/rendered.

"Short payment" example: The contract requires the delivery of a set number of items, with the price, delivery location, and delivery due date also specified. The vendor delivers 50% of the items as specified but invoices for 100% of the items. Before implementation of the IPP, the IRS would have paid the vendor for the items delivered and instructed the vendor to re-invoice the IRS when the balances of the items were delivered. In other words, the IRS would "short pay" the invoice since the IRS did not remit payment for the full invoice amount. With implementation of the IPP, the IRS can no longer do this because the IRS cannot accept an electronic invoice that includes items not yet received. The IRS will reject the invoice. The vendor needs to submit an invoice for only the items received by the IRS (in this case, 50%), and, if these items meet all other contract terms and conditions, the IRS will pay the invoiced amount. The vendor submits subsequent invoice(s) for items as they are delivered and accepted.

(b) The Invoice Processing Platform (IPP) is a secure Web-based electronic invoicing and payment information service available to all Federal agencies and their suppliers. Effective October1, 2012, invoicing for payment through the IPP will be mandatory for all new contract awards. Additional information regarding the IPP may be found at the IPP website address https://www.ipp.gov. Contractors must complete the contractor point of contact information below and submit it with their proposal submissions. Contractors may contact the IPP Helpdesk for assistance via e-mail at ippgroup@stls.frb.org or via phone at (866) 973-3131. Once a contract award has been made, the contractor will be contacted by the IPP via e-mail to set-up an account. It will be necessary for contractors

to login to their IPP accounts every 90 days to keep their IPP accounts active.

(c) Contractor Point of Contact Information

Contractor Name:  ASR Analytics, LLC
Contractor IPP Point of Contact Name: Zoya Gleizer
Contractor Phone Number:  (301)738-9502
Contractor E-mail Address:  zoya.gleizer@asranalytics.com

(d) Electronic Invoicing and Payment Requirements

Vendor invoices submitted electronically through the IPP should be in the proper format and contain the information required for payment processing. To be approved for payment, a "proper invoice" must list the items specified in FAR 52.232-25 (a)(3)(i) through (a)(3)(x), or in the case of a Commercial Item Contract, the items included in 52.212-4(g)(1)(i) through (g)(1)(x).

**If the vendor is offering a discount via the IPP, the discount must be reflected on the invoice. The vendor will select 'Create Invoice'. The IPP system will default to 'Net 30 Prompt Pay' under the Payment Terms dropdown box. The vendor will select from 54 different discount options for the invoice that is being created. If the vendor chooses to offer a discount on the invoice screen, the information will interface to the payment system for processing. Discounts that are offered on attachments rather than the invoice itself cannot be accepted.**

Under this contract, the following documents are required to be submitted as an attachment to the invoice (Contracting Officer fills in additional documentation that must be furnished by the contractor (e.g. timesheet)). **Please do not submit into IPP any documentation/attachments that conflict with what is stated on the invoice:**

Payment and Invoice Questions

For payment and invoice questions, contact the Ancillary Systems at (304) 254-3372 or via e- mail at cfo.fm.ipp.customer.support@irs.gov.

(e)Waiver

If the Contractor is unable to use the IPP for submitting payment requests starting on October 1, 2012, then a waiver form must be completed and submitted with the contractor's proposal submission for review and approval by the Contracting Officer based on one of the conditions listed in the waiver. The vendor will be notified prior to award as to whether their request for waiver has been approved or denied. If the waiver is granted, then a copy of the waiver must be submitted with each paper invoice that the vendor submits to the payment office or the invoice will be returned.

(f) Short Payment

Short payment on vendor submitted invoices will no longer be processed or paid. If any portion of the invoice does not meet the requirements for a proper invoice, the entire invoice shall be rejected and returned to the vendor unpaid.

**IRS Invoice Processing Platform (IPP) Waiver Form**

The IRS invoicing and payment requirements clause (IR1052.232-9000) requires that all invoices under awards made (or effective) on or after October 1, 2012, be submitted electronically via the IPP unless a waiver is requested and granted. If the Contractor is unable to submit its invoice through the IPP, the Contractor shall complete this waiver form indicating the reason for the waiver request by selecting the appropriate box below and providing a narrative summarizing in detail the circumstances requiring a waiver. For a solicitation, submit the waiver form with the proposal submission. For a modification that incorporates the IPP clause into an existing contract, submit the waiver form with the modification. The CO will notify the vendor via e-mail or another appropriate means of communication prior to award as to whether their waiver has been approved or denied. If the waiver is granted, then a copy of the approved waiver must be submitted with each invoice that the vendor submits to the payment office or the invoice will be returned.

Reason for requesting a waiver of the requirement to submit an electronic invoice via the IPP: `NOT APPLICABLE`

☐ 1. Submission of invoices through IPP would impose a hardship on an individual (includes employees and sole proprietors) due to: either a physical or mental disability; a geographic, language, or literacy barrier; or an undue financial burden. The requirement to submit invoices through the IPP is automatically waived for all individuals who do not have payment capability using ACH with a U.S. financialinstitution.

☐ 2. The political, financial or communications infrastructure where the place of businessis located does not support access to the IPP for submitting invoices electronically.

☐ 3. The contractor is located within an area designated by the President of the United States or an authorized agency administration as a disaster area. (Please identifyarea/location.)

☐ 4. The submission of invoices electronically may pose a threat to national security, the lifeor physical safety of an individual may be endangered, or a law enforcement action may be compromised.

☐ 5. The agency does not expect to receive more than one invoice from the same contractor within a one-year period. i.e., the invoice submission is non-recurring.

☐ 6. The contractor customarily submits a high volume of invoices on a regular basis via file format, not currently supported by the IPP (i.e., uses a file format other than XML or CSV) and the high volume of invoices would cause a significant burden to the contractor if submitted through the IPP individually. If utilizing this exception, please identify the file formats supported by yourinvoicing system so that the IPP may consider implementing the requested file format at a later date. File format(s) used:

☐ 7. Other - Please explain:

Attach a separate sheet of paper with a summary narrative substantiating the circumstances for the waiver exception selected from above (1 through 7).

**Waiver Submitted By**:

_____
Contractor Name

_____          _____
Name of Person Submitting Request for Waiver          Title

_____
Signature of Person Submitting Request for Waiver

_____          _____
E-mail Address          Phone No.

_____          _____
Contract/Order No.          Date Submitted

**Waiver Approved By**:

_____
Contracting Officer's Name Printed

_____          _____
Contracting Officer's Signature          Date
            (End of clause)

**1052.204-9000 Submission of Security Forms and Related Materials (May 2018)**

As described in Department of the Treasury Security Manual (TD P 15-71), Chapter I, Section 1, Position Sensitivity and Risk Designation, Contractor personnel assigned to perform work under an IRS contract/order/agreement must undergo security investigative processing appropriate to the position sensitivity and risk level designation associated to determine whether the Contractor (including subcontractor) personnel should be permitted to work in the identified position. The Contracting Officer's Representative (COR) (in the absence of the COR, the Contracting Officer (CO)) shall work with the contractor to ensure that no contractor (or subcontractor) employee is granted staff- like access to Sensitive but Unclassified (SBU) information, IRS/contractor (including subcontractor) facilities, information system/asset that process/store SBU information without the required investigation. For security requirements at contractor facilities using contractor-managed resources, please reference Publication 4812, Contractor Security Controls. The contractor shall grant staff-like access to IRS SBU information or information system/assets only to individuals who have received staff-like access approval (interim or final) from IRS Personnel Security.

a. Contractor (including subcontractor) personnel performing under an agreement that authorizes staff-like access to and in IRS/contractor (including subcontractor) facilities, and access to SBU information or information systems are subject to (and must receive a favorable adjudication or affirmative results with respect to) the

• Name of contractor employee;

• Nature of the change in status, assignment or standing (i.e., provide a brief non-personal, broad-based explanation);

• Affected contract/agreement/order number(s);

• Actual or anticipated date of departure or separation;

• When applicable, the name of the IRS facility or facilities this individual routinely works from or has access to when performing work under this contract/order;

• When applicable, contractor (including subcontractor) using contractor (or subcontractor) owned systems for work must ensure that their systems are updated to ensure employees no longer have continued access to IRS work, either for systems administration or processing functions; and

• Identification of any Government Furnished Property (GFP), Government Furnished Equipment (GFE), or Government Furnished Information (GFI) (to include Personal Identity Verification (PIV) credentials or badges) provided to the contractor employee and its whereabouts or status.

In the event the subject contractor (including subcontractor) employee is working on multiple contracts, orders, or agreements, notification shall be combined, and the cognizant COR for each affected contract or order (using the Contractor Separation Checklist (Form 14604 (Rev. 4-2015)) shall be included in the joint notification along with the CSM. These documents (the RAC and security forms) are also available by email request to CSM.

The vendor POC and the COR must ensure all badges, Smart Cards, equipment, documents, and other government furnished property items are returned to the IRS, systems accesses are removed, and Real Estate & Facilities Management is notified of federal workspace that is vacant.

As a rule, the change in the employment status, assignment, or standing of a contractor (or subcontractor) personnel to this contract or order would not form the basis for an excusable delay for failure to perform under the terms of this contract, order or agreement.

(End of Clause)

**1052.209-9002 Notice and Consent to Disclose and Use of Taxpayer Return Information (May 2018)**

(a) Definitions. As used in this provision-

"Authorized representative(s) of the offeror" means the person(s) identified to the Internal Revenue Service (IRS) within the consent to disclose by the offeror as authorized to represent the offeror in disclosure matters pertaining to the offer.

"Delinquent Federal tax liability" means any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

"Tax check" means an IRS process that accesses and uses taxpayer return information to support the Government's determination of an offeror's eligibility to receive an award, including but not limited to implementation of the statutory

24

prohibition of making an award to corporations that have an unpaid Federal tax liability (see FAR 9.104-5(b)).

(b) Notice. Pursuant to 26 U.S.C. 6103(a) taxpayer return information, with few exceptions, is confidential. Under the authority of 26 U.S.C. 6103(h)(1), officers and employees of the Department of the Treasury, including the IRS, may have access to taxpayer return information as necessary for purposes of tax administration. The Department of the Treasury has determined that an IRS contractor's compliance with the tax laws is a tax administration matter and that the access to and use of taxpayer return information is needed for determining an offeror's eligibility to receive an award, including but not limited to implementation of the statutory prohibition of making an award to corporations that have an unpaid Federal tax liability (see FAR 9.104-5).

(1) The performance of a tax check is one means that will be used for determining an offeror's eligibility to receive an award in response to this solicitation (see FAR 9.104). As a result, the offeror may want to take steps to confirm it does not have a delinquent Federal tax liability prior to submission of its response to this solicitation. If the offeror recently settled a delinquent Federal tax liability, the offeror may want to take steps to obtain information in order to demonstrate the offeror's responsibility to the contracting officer (see FAR 9.104-5).

(c) The offeror shall execute the consent to disclosure provided in paragraph (d) of this provision and include it with the submission of its offer. The consent to disclosure shall be signed by an authorized person as required and defined in 26 U.S.C. 6103(c) and 26 CFR 301.6103(c)-1(e)(4).

(d) Consent to disclosure. I hereby consent to the disclosure of taxpayer return information (as defined in 26 U.S.C. 6103(b)(2)) as follows:

The Department of the Treasury, Internal Revenue Service, may disclose the results of the tax check conducted in connection with the offeror's response to this solicitation, including taxpayer return information as necessary to resolve any matters pertaining to the results of the tax check, to the authorized representatives of _____ on this offer.

I am aware that in the absence of this authorization, the taxpayers return information of ASR Analytics, LLC is confidential and may not be disclosed, which subsequently may remove the offer from eligibility to receive an award under this solicitation.

PERSON(S) NAME AND CONTACT INFORMATION

I consent to disclosure of taxpayer return information to the following person(s):

_____

_____

_____

I certify that I have the authority to execute this consent on behalf of:

Offeror Name: ASR Analytics, LLC

Offeror Taxpayer Identification Number: 20-1204680

Offeror Address: 1389 Canterbury Way, Potomac, MD 20854

25

_____

Name of Individual Executing Consent: Michael Stavrianos

Title of Individual Executing Consent: Founding Principal

Signature: ___ Michael Stavrianos _____

Date: August 31, 2020 _____

**(End of Provision)**

## Section J – List of Attachments

**J.1 –
List of
Attachments**

Attachment 1 - Performance Work Statement
Attachment 2 – Price Table