**TRIAL EXHIBIT 150**

1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 S First Street
5   San Jose, CA 95113-2406

6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA 95109-1469
    Telephone:    (408) 286-9800
8   Facsimile:    (408) 998-4790

9   Attorneys for Plaintiffs
    NEO4J, INC. and NEO4J SWEDEN AB
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  NEO4J, INC., a Delaware corporation; and      CASE NO.  5:19-cv-06226-EJD
    NEO4J SWEDEN AB, a Swedish
14  corporation,                                  ~~[PROPOSED]~~ STIPULATED JUDGMENT
                                                  AND PERMANENT INJUNCTION
15              Plaintiffs,

16      v.

17  GRAPH FOUNDATION, INC., an Ohio
    corporation, GRAPHGRID, INC., an Ohio
18  corporation, and ATOMRAIN INC., a
    Nevada corporation,
19
                Defendants.
20

21          Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Neo4j" or "Plaintiffs"), and

22  Graph Foundation, Inc. ("GFI"), AtomRain and GraphGrid (GFI, AtomRain and GraphGrid

23  collectively "Defendants" and with Plaintiffs collectively "Parties"), through their undersigned

24  counsel, hereby stipulate and move this Court for entry of judgment and a permanent injunction

25  ("Stipulated Judgment"):

26          Accordingly, IT IS HEREBY ADJUDGED AND ORDERED that:

27          1.      Neo4j and Defendants have entered into a Confidential Settlement Agreement to

28  resolve this action and these parties have agreed on terms of this Stipulated Judgment.

---

**Exhibit stamps:**

CONFIDENTIAL
Witness: Michael Dunn
**EX 190**
11/17/2022 S. Sailor

Witness:
Michael Stavrianos
**EX 156**
11/7/2022 B. Gerald

Plaintiffs'
Trial Exhibit
**150**

2.      On Plaintiffs' claims for (a) trademark infringement, 15 U.S.C. § 1114; (b) false designation of origin and false advertising, 15 U.S.C. § 1125(a); (c) federal unfair competition, 15 U.S.C. § 1125(a); (d) state unfair competition, Cal. Bus. Prof. Code §§ 17200 et seq.; (e) violations of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202(b); and (f) breach of license agreement, Plaintiffs shall recover the injunctive and equitable relief against Defendants herein.

3.      Defendants affirm and acknowledge that Neo4j, Inc. is the rightful owner in the United States of all right, title and interest in and to U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" covering the goods and services in International Classes, 009, 035, 041, 042 and 045 (the "Neo4j® Mark"). Defendants affirm and acknowledge that the Neo4j® Mark and its registration are valid and subsisting. Defendants agree and affirm that they will not at any time or for any reason challenge either the validity of the Neo4j® Mark, its registration or the ownership thereof, or assist any third party in challenging the validity of the Neo4j® Mark or the registration thereof.

4.      Defendants also declare and affirm that Neo4j, Inc. is the owner of U.S. Trademark Application No. 90056224 for the word mark "NEO4J." Defendants affirm and acknowledge that the word mark "NEO4J" subject to that application valid and subsisting. Furthermore, Defendants agree and affirm that they will abandon all efforts to oppose this application and will not challenge the validity or ownership thereof, or the validity or ownership of any resulting registration thereof, or assist any third party in opposing this application or challenging the validity or ownership of the mark subject to this application or the validity of any resulting registration thereof.

5.      Defendants further declare and affirm that Plaintiffs' inclusion of the Commons Clause in the Neo4j Sweden Software License, and example of which is attached hereto as Exhibit A, is valid; and Defendants' removal, replacement and/or omission thereof, and related copyright management information from source code to which Plaintiffs hold the copyright, was not authorized by Plaintiffs, allowed by the terms of the Neo4j Sweden Software License and violated the DMCA, 17 U.S.C § 1202(b) ("DMCA Violation").

6.      Defendants agree and affirm that they will not assist or encourage John Mark Suhy, PureThink LLC and iGov Inc. or any third party in challenging the validity of the Neo4j Sweden

Software License, or in the copying and distribution of source code with a DMCA Violation, including ONgDB version 3.4, ONgDB version 3.5, ONgDB version 3.6 and any subversions or derivatives thereof, or that has been subject to the Neo4j Sweden Software License, including Neo4j® Enterprise Edition 3.4, Neo4j® Enterprise Edition 3.5, or any subsequent versions, subversions, or derivatives thereof.

7. Defendants, as well as their shareholders, directors, officers, agents, employees, parents, subsidiaries, successors and assigns, and all those acting under their direction, control or on their behalf, as well as any entity that is spun-off from or formed by them, or acquires or merges with any Defendant are hereby permanently enjoined as follows:

(a) Defendants may not make further use of, or fork any source code first released under the Neo4j Sweden Software License, including Neo4j® Enterprise Edition 3.4, Neo4j® Enterprise Edition 3.5, or any subsequent subversions or derivatives thereof.

(b) Defendants shall not offer for sale, advertise, promote, represent or refer to ONgDB as follows:

    i. A free and open source drop-in replacement of Neo4j® Enterprise Edition distributions with the same version number;

    ii. A drop-in replacement for commercially licensed Neo4j® Enterprise Edition;

    iii. A drop-in replacement for Neo4j® Enterprise Edition under the GNU Affero General Public License, version 3 ("AGPLv3"), without limitations on causal cluster instances, cores, or production usage;

    iv. A fork of the Neo4j® graph database platform that adds enterprise code back into Neo4j® core; and

    v. One hundred percent (100%) free and open source version of Neo4j® Enterprise Edition version 3.4, Neo4j® Enterprise Edition version 3.5, or any version of Neo4j® Enterprise Edition released by Neo4j thereafter.

(c) Defendants shall not represent that Neo4j Sweden AB's inclusion of the Commons Clause to the license governing Neo4j® Enterprise Edition violated the terms of AGPLv3, or make similar statements.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

(d)     Defendants shall not represent that the Free Software Foundation (FSF) or that any government agency determined and/or confirmed that (a) the inclusion of the Commons Clause to any license governing Neo4j® Enterprise Edition violated the terms of AGPLv3; and/or (b) the Commons Clause can be removed from any software license governing Neo4j® Enterprise Edition and/or ONgDB.

(e)     Defendants may only make further use of the following publicly available open source code, subject to the terms of their respective open source licenses: (i) Neo4j Community Edition Source Code under the GNU General Public License, version 3 ("GPL"); (ii) Neo4j® Enterprise Edition version 3.2.14 source code released under the AGPLv3; (iii) Neo4j® Enterprise Edition version 3.3.10 source code released under the AGPLv3; (iv) Neo4j® Enterprise Edition version 3.4.0.RC02 source code released under the AGPLv3.  Nothing herein, however, shall be construed as a license or otherwise entitle Defendants to use any source code, patches or source code commits for Neo4j® Enterprise Edition version 3.3 or Neo4j® Enterprise Edition version 3.4 that were first released under the Neo4j Sweden Software License.  Further, nothing herein shall be construed as a license or otherwise entitle Defendants to use or fork, any of Plaintiffs' source code that was first released as Neo4j® Enterprise Edition version 3.5 or otherwise under the Neo4j Sweden Software License, including but not limited to, all beta releases, release candidates, production releases, stable releases, and official releases, or any subsequent subversions, patches or derivatives thereof.

(f)     Defendants may not make representations about the AGPLv3, and shall instead refer to the Free Software Foundation's website for any interpretation of its meaning.

(g)     Defendants may continue to use the name "ONgDB" for its products so long as (i) it states on any website and/or any public statement that the name stands for "Open Native Graph DB" and removes all references to ONgDB in reference to Plaintiffs and the Neo4j® Mark, other than what is allowed in Paragraph 7(r); and (ii) restarts the version number for ONgDB to version 1.0.

(h)     Within three (3) days of entry of this Stipulated Judgment, Defendants shall permanently remove, take down, destroy and prevent further access to all source code, object code,

binaries, build files, build scripts and distributions from its repositories located at https://github.com/graphfoundation and https://hub.docker.com/r/graphfoundation that contains any Neo4j® Enterprise Edition source code with a DMCA Violation or that was first released subject to the Neo4j Sweden Software License, including ONgDB version 3.4, ONgDB version 3.5, ONgDB version 3.6, and any subversions thereof.

(i)     Within seven (7) days of entry of this Stipulated Judgment, Defendants shall permanently remove, take down, destroy and prevent further access to any version of ONgDB (or any similar software created and/or maintained by Defendants that is within their possession, custody or control) that contains any Neo4j® Enterprise Edition source code with a DMCA Violation or that was first released subject to the Neo4j Sweden Software License, including ONgDB version 3.4, ONgDB version 3.5, ONgDB version 3.6 and any subversions or derivatives thereof.  This removal and destruction shall be effectuated regardless of where that code resides, e.g., Defendants' websites (i.e., https://www.graphfoundation.org/projects/ongdb/, https://www.graphgrid.com/gdp/, https://www.graphgrid.com/ongdb/, and https://www.atomrain.com/products/, and any the Content Delivery Services invoked therein), AWS, AWS Gov Cloud, Docker, GitHub and/or any other source code repository or host service.

(j)     Within ten (10) days of entry of this Stipulated Judgment, Defendants shall identify in writing any known third-party commercial and/or governmental use of any version of ONgDB containing any Neo4j Enterprise Edition source code with a DMCA Violation, that was first released subject to the Neo4j Sweden Software License, or not otherwise permitted for use by Paragraph 7(e).

(k)     Defendants shall not offer any development, support, maintenance or hosting services for any version of ONgDB that includes any Neo4j® Enterprise Edition source code with a DMCA Violation or that was first released subject to the Neo4j Sweden Software License, including ONgDB version 3.4, ONgDB version 3.5, ONgDB version 3.6 and any subversions or derivatives thereof.  Defendants can offer consulting services for commercial installations of Neo4j® software, but only where the third party receiving such services has a commercial license and has fully paid the commercial license fees to Plaintiffs. Should Defendants continue to offer

ONgDB consulting services alongside consulting services with Neo4j® software as permitted herein, then any advertising of Defendant's services related to Neo4j® software is subject to adhering to Plaintiffs' then-current Trademark Policy.

(l)   Defendants will not make any negative or disparaging comments or representations about Plaintiffs, and their founders, officers, directors, investors, employees, customers, products, partnership practices, licensing practices or pricing.

(m)   Defendants will take down, delete and otherwise remove all webpages, posts on GitHub, discussion forums, social media posts and blog posts (and all links thereto) that they own, control, or have the ability and/or right to remove wherein they (i) reference Plaintiffs, their licensing policies and practices, (ii) make the same or similar statements referenced in Paragraph 7(b) above, or (iii) use the Neo4j® Mark. Defendants also shall not use the Neo4j® Mark as a hashtag on their respective websites or in any posts made on Twitter, Facebook or similar social media sites.

(n)   Defendants shall not make use of, or direct others to use, any of Plaintiffs' documents or materials, such as software documentation, guides, manuals, change logs, release notes and/or other publicly available technical information to create, maintain, market, use, and/or sell ONgDB (or the equivalent). Any links to Plaintiffs' documentation in Defendants' software shall be removed, or replaced with ONgDB documentation, bearing in mind that Plaintiffs' documentation is licensed under the Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International (CC BY-NC-SA 4.0) and its use by third parties, such as Defendants and their customers, would be restricted to noncommercial purposes.

(o)   Defendants shall not make any statement and/or representations to any third party, affirmatively or in response to an inquiry, that state or imply that they can provide access to or can obtain any software containing any Neo4j® Enterprise Edition source code with a DMCA Violation, that is subject to the Neo4j Sweden Software License, or not otherwise permitted for use by Paragraph 7(e).

(p)   Defendants shall not have any expressed or implied license to use and shall not make any further use of any of Plaintiffs' trademarks, including U.S. Trademark Registration

1   No. 4775253 for "CYPHER," Trademark Registration No. 4784280 for "NEO4J," U.S. Trademark

2   Registration No. 4824877 for "NEO TECHNOLOGY," U.S. Trademark Registration No. 5250026

3   for the Neo4j Logo, and U.S. Trademark Application No. 90056224 for "NEO4J" (collectively

4   "Plaintiffs' US Marks"), other than what is permitted in Paragraph 7(r).

5           (q)     Defendants (and those acting in concert with them) will also permanently

6   remove Plaintiffs' US Marks from their websites, marketing literature, social media sites, and any

7   other public facing resource, including all software interfaces, including, but not limited to, GUIs

8   and command lines.

9           (r)     If Defendants continue to attempt to fork any of Plaintiffs' source code

10  subject to the terms herein, their description of that source code and/or software, if it includes the

11  Neo4j® Mark, may only be made by the following statement: "ONgDB (or any equivalent) is an

12  independent fork of [Neo4j® Enterprise Edition version 3.2.14, Neo4j® Enterprise Edition version

13  3.3.10, and/or Neo4j® Enterprise Edition Source Code version 3.4.0.RC02 licensed under the

14  AGPLv3 and/or Community Edition licensed under the GPL]. ONgDB and [Defendants to insert

15  name of specific Defendant(s)] is not affiliated in any way with Neo4j, Inc. or Neo4j Sweden AB.

16  Neo4j, Inc. and Neo4j Sweden AB do not sponsor or endorse ONgDB and [Defendants to insert

17  name of the specific Defendant(s)]. Neo4j Sweden AB is the owner of the copyrights for Neo4j®

18  software and commercial use of any source code from Neo4j® Enterprise Edition beyond [Neo4j®

19  Enterprise Edition version 3.2.14, Neo4j® Enterprise Edition version 3.3.10, and/or Neo4j®

20  Enterprise Edition Source Code version 3.4.0.RC02] is prohibited and could subject the user to

21  claims of copyright infringement."

22          8.      Neo4j, Inc. and AtomRain Inc. agree that the Neo4j Solution Partner Agreement

23  between AtomRain Inc. and Neo4j, Inc. was previously terminated and no surviving terms remain

24  in effect or enforceable other than any confidentiality obligations that remain.

25          9.      As between Plaintiffs, on one hand, and Defendants, on the other, each shall bear its

26  own costs and attorneys' fees except as specified below in Paragraph 11.

27          10.     The Parties waive any rights to appeal this Stipulated Judgment.

28  / / /

11.     This Stipulated Judgment adjudicates all claims in this litigation and is a final judgment.  However, the Court expressly retains jurisdiction over any action to enforce this Stipulated Judgment and the underlying Confidential Settlement Agreement concurrently entered into by the Parties herewith.  In any such action, the prevailing party shall be entitled to reasonable attorneys' fees and costs.  The Parties request that in any future action to enforce or resolve any disputes regarding this Stipulated Judgment and the underlying Confidential Settlement Agreement, the Court refer the matter to Hon. Edward Davila for all purposes provided he is available.

Dated:  February 15, 2021               HOPKINS & CARLEY
                                        A Law Corporation

                                        By: /s/ Jeffrey M. Ratinoff
                                            John V. Picone III
                                            Jeffrey M. Ratinoff
                                            Attorneys for Plaintiffs
                                            NEO4J, INC. and NEO4J SWEDEN AB

Dated:  February 15, 2021               BERGESON, LLP

                                        By: /s/ John D. Pernick
                                            John D. Pernick
                                            Attorneys for Defendant
                                            GRAPH FOUNDATION, INC.

Dated:  February 15, 2021               SKAGGS FAUCETTE LLP

                                        By: /s/ Jeffrey E. Faucette
                                            Jeffrey E. Faucette
                                            Attorneys for Defendants GRAPHGRID,
                                            INC. and ATOMRAIN INC.


          PURSUANT TO STIPULATION, IT IS SO ORDERED AND ADJUDICATED.


Dated:   February 16   , 2021           _____
                                        EDWARD J. DAVILA
                                        United States District Court Judge

[PROPOSED] STIPULATED JUDGMENT 5:19-CV-06226-EJD

**EXHIBIT A**

neo4j / **neo4j**

<> Code | ⊙ Issues 214 | ⑂ Pull requests 2 | ▷ Actions | ⊞ Projects | ⊡ Wiki | ⊙ Sec

⑂ 3.4 ⌄                                                      ···

**neo4j** / **enterprise** / **neo4j-enterprise** / **LICENSE.txt**



digitalstain Updates enterprise LICENSE.txt and NOTICE.txt ···   ⟳ History

⚇ **3 contributors**

Raw | Blame                                          ▯ ✎ 🗑

693 lines (568 sloc)   35.1 KB

```
 1   NOTICE
 2   This package contains software licensed under different
 3   licenses, please refer to the NOTICE.txt file for further
 4   information and LICENSES.txt for full license texts.
 5
 6   Neo4j Enterprise object code can be licensed independently from
 7   the source under separate commercial terms. Email inquiries can be
 8   directed to: licensing@neo4j.com. More information is also
 9   available at:https://neo4j.com/licensing/
10
11   The software ("Software") is developed and owned by Neo4j Sweden AB
12   (referred to in this notice as "Neo4j") and is subject to the terms
13   of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
14
15
16
17               GNU AFFERO GENERAL PUBLIC LICENSE
18                  Version 3, 19 November 2007
19
20    Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21    Everyone is permitted to copy and distribute verbatim copies
22    of this license document, but changing it is not allowed.
23
24                        Preamble
25
26    The GNU Affero General Public License is a free, copyleft license
27   for software and other kinds of works, specifically designed to ensure
```

cooperation with the community in the case of network server software.

  The licenses for most software and other practical works are
designed to take away your freedom to share and change the works.  By
contrast, our General Public Licenses are intended to guarantee your
freedom to share and change all versions of a program--to make sure it
remains free software for all its users.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  Developers that use our General Public Licenses protect your rights
with two steps: (1) assert copyright on the software, and (2) offer
you this License which gives you legal permission to copy, distribute
and/or modify the software.

  A secondary benefit of defending all users' freedom is that
improvements made in alternate versions of the program, if they
receive widespread use, become available for other developers to
incorporate.  Many developers of free software are heartened and
encouraged by the resulting cooperation.  However, in the case of
software used on network servers, this result may fail to come about.
The GNU General Public License permits making a modified version and
letting the public access it on a server without ever releasing its
source code to the public.

  The GNU Affero General Public License is designed specifically to
ensure that, in such cases, the modified source code becomes available
to the community.  It requires the operator of a network server to
provide the source code of the modified version running there to the
users of that server.  Therefore, public use of a modified version, on
a publicly accessible server, gives the public access to the source
code of the modified version.

  An older license, called the Affero General Public License and
published by Affero, was designed to accomplish similar goals.  This is
a different license, not a version of the Affero GPL, but Affero has
released a new version of the Affero GPL which permits relicensing under
this license.

  The precise terms and conditions for copying, distribution and
modification follow.

                      TERMS AND CONDITIONS

```
 76
 77      0. Definitions.
 78
 79      "This License" refers to version 3 of the GNU Affero General Public
 80    License.
 81
 82      "Copyright" also means copyright-like laws that apply to other kinds
 83    of works, such as semiconductor masks.
 84
 85      "The Program" refers to any copyrightable work licensed under this
 86    License.  Each licensee is addressed as "you".  "Licensees" and
 87    "recipients" may be individuals or organizations.
 88
 89      To "modify" a work means to copy from or adapt all or part of the work
 90    in a fashion requiring copyright permission, other than the making of an
 91    exact copy.  The resulting work is called a "modified version" of the
 92    earlier work or a work "based on" the earlier work.
 93
 94      A "covered work" means either the unmodified Program or a work based
 95    on the Program.
 96
 97      To "propagate" a work means to do anything with it that, without
 98    permission, would make you directly or secondarily liable for
 99    infringement under applicable copyright law, except executing it on a
100    computer or modifying a private copy.  Propagation includes copying,
101    distribution (with or without modification), making available to the
102    public, and in some countries other activities as well.
103
104      To "convey" a work means any kind of propagation that enables other
105    parties to make or receive copies.  Mere interaction with a user through
106    a computer network, with no transfer of a copy, is not conveying.
107
108      An interactive user interface displays "Appropriate Legal Notices"
109    to the extent that it includes a convenient and prominently visible
110    feature that (1) displays an appropriate copyright notice, and (2)
111    tells the user that there is no warranty for the work (except to the
112    extent that warranties are provided), that licensees may convey the
113    work under this License, and how to view a copy of this License.  If
114    the interface presents a list of user commands or options, such as a
115    menu, a prominent item in the list meets this criterion.
116
117      1. Source Code.
118
119      The "source code" for a work means the preferred form of the work
120    for making modifications to it.  "Object code" means any non-source
121    form of a work.
122
123      A "Standard Interface" means an interface that either is an official
```

```
124    standard defined by a recognized standards body, or, in the case of
125    interfaces specified for a particular programming language, one that
126    is widely used among developers working in that language.
127
128      The "System Libraries" of an executable work include anything, other
129    than the work as a whole, that (a) is included in the normal form of
130    packaging a Major Component, but which is not part of that Major
131    Component, and (b) serves only to enable use of the work with that
132    Major Component, or to implement a Standard Interface for which an
133    implementation is available to the public in source code form.  A
134    "Major Component", in this context, means a major essential component
135    (kernel, window system, and so on) of the specific operating system
136    (if any) on which the executable work runs, or a compiler used to
137    produce the work, or an object code interpreter used to run it.
138
139      The "Corresponding Source" for a work in object code form means all
140    the source code needed to generate, install, and (for an executable
141    work) run the object code and to modify the work, including scripts to
142    control those activities.  However, it does not include the work's
143    System Libraries, or general-purpose tools or generally available free
144    programs which are used unmodified in performing those activities but
145    which are not part of the work.  For example, Corresponding Source
146    includes interface definition files associated with source files for
147    the work, and the source code for shared libraries and dynamically
148    linked subprograms that the work is specifically designed to require,
149    such as by intimate data communication or control flow between those
150    subprograms and other parts of the work.
151
152      The Corresponding Source need not include anything that users
153    can regenerate automatically from other parts of the Corresponding
154    Source.
155
156      The Corresponding Source for a work in source code form is that
157    same work.
158
159      2. Basic Permissions.
160
161      All rights granted under this License are granted for the term of
162    copyright on the Program, and are irrevocable provided the stated
163    conditions are met.  This License explicitly affirms your unlimited
164    permission to run the unmodified Program.  The output from running a
165    covered work is covered by this License only if the output, given its
166    content, constitutes a covered work.  This License acknowledges your
167    rights of fair use or other equivalent, as provided by copyright law.
168
169      You may make, run and propagate covered works that you do not
170    convey, without conditions so long as your license otherwise remains
171    in force.  You may convey covered works to others for the sole purpose
```

of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

  Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

  No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

  When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

  4. Conveying Verbatim Copies.

  You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

  You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

  5. Conveying Modified Source Versions.

  You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified

```
220     it, and giving a relevant date.
221
222     b) The work must carry prominent notices stating that it is
223     released under this License and any conditions added under section
224     7.  This requirement modifies the requirement in section 4 to
225     "keep intact all notices".
226
227     c) You must license the entire work, as a whole, under this
228     License to anyone who comes into possession of a copy.  This
229     License will therefore apply, along with any applicable section 7
230     additional terms, to the whole of the work, and all its parts,
231     regardless of how they are packaged.  This License gives no
232     permission to license the work in any other way, but it does not
233     invalidate such permission if you have separately received it.
234
235     d) If the work has interactive user interfaces, each must display
236     Appropriate Legal Notices; however, if the Program has interactive
237     interfaces that do not display Appropriate Legal Notices, your
238     work need not make them do so.
239
240   A compilation of a covered work with other separate and independent
241 works, which are not by their nature extensions of the covered work,
242 and which are not combined with it such as to form a larger program,
243 in or on a volume of a storage or distribution medium, is called an
244 "aggregate" if the compilation and its resulting copyright are not
245 used to limit the access or legal rights of the compilation's users
246 beyond what the individual works permit.  Inclusion of a covered work
247 in an aggregate does not cause this License to apply to the other
248 parts of the aggregate.
249
250   6. Conveying Non-Source Forms.
251
252   You may convey a covered work in object code form under the terms
253 of sections 4 and 5, provided that you also convey the
254 machine-readable Corresponding Source under the terms of this License,
255 in one of these ways:
256
257     a) Convey the object code in, or embodied in, a physical product
258     (including a physical distribution medium), accompanied by the
259     Corresponding Source fixed on a durable physical medium
260     customarily used for software interchange.
261
262     b) Convey the object code in, or embodied in, a physical product
263     (including a physical distribution medium), accompanied by a
264     written offer, valid for at least three years and valid for as
265     long as you offer spare parts or customer support for that product
266     model, to give anyone who possesses the object code either (1) a
267     copy of the Corresponding Source for all the software in the
```

```
268        product that is covered by this License, on a durable physical
269        medium customarily used for software interchange, for a price no
270        more than your reasonable cost of physically performing this
271        conveying of source, or (2) access to copy the
272        Corresponding Source from a network server at no charge.
273
274        c) Convey individual copies of the object code with a copy of the
275        written offer to provide the Corresponding Source.  This
276        alternative is allowed only occasionally and noncommercially, and
277        only if you received the object code with such an offer, in accord
278        with subsection 6b.
279
280        d) Convey the object code by offering access from a designated
281        place (gratis or for a charge), and offer equivalent access to the
282        Corresponding Source in the same way through the same place at no
283        further charge.  You need not require recipients to copy the
284        Corresponding Source along with the object code.  If the place to
285        copy the object code is a network server, the Corresponding Source
286        may be on a different server (operated by you or a third party)
287        that supports equivalent copying facilities, provided you maintain
288        clear directions next to the object code saying where to find the
289        Corresponding Source.  Regardless of what server hosts the
290        Corresponding Source, you remain obligated to ensure that it is
291        available for as long as needed to satisfy these requirements.
292
293        e) Convey the object code using peer-to-peer transmission, provided
294        you inform other peers where the object code and Corresponding
295        Source of the work are being offered to the general public at no
296        charge under subsection 6d.
297
298      A separable portion of the object code, whose source code is excluded
299    from the Corresponding Source as a System Library, need not be
300    included in conveying the object code work.
301
302      A "User Product" is either (1) a "consumer product", which means any
303    tangible personal property which is normally used for personal, family,
304    or household purposes, or (2) anything designed or sold for incorporation
305    into a dwelling.  In determining whether a product is a consumer product,
306    doubtful cases shall be resolved in favor of coverage.  For a particular
307    product received by a particular user, "normally used" refers to a
308    typical or common use of that class of product, regardless of the status
309    of the particular user or of the way in which the particular user
310    actually uses, or expects or is expected to use, the product.  A product
311    is a consumer product regardless of whether the product has substantial
312    commercial, industrial or non-consumer uses, unless such uses represent
313    the only significant mode of use of the product.
314
315      "Installation Information" for a User Product means any methods,
```

procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,

for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

     a) Disclaiming warranty or limiting liability differently from the
     terms of sections 15 and 16 of this License; or

     b) Requiring preservation of specified reasonable legal notices or
     author attributions in that material or in the Appropriate Legal
     Notices displayed by works containing it; or

     c) Prohibiting misrepresentation of the origin of that material, or
     requiring that modified versions of such material be marked in
     reasonable ways as different from the original version; or

     d) Limiting the use for publicity purposes of names of licensors or
     authors of the material; or

     e) Declining to grant rights under trademark law for use of some
     trade names, trademarks, or service marks; or

     f) Requiring indemnification of licensors and authors of that
     material by anyone who conveys the material (or modified versions of
     it) with contractual assumptions of liability to the recipient, for
     any liability that these contractual assumptions directly impose on
     those licensors and authors.

   All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term.  If a license document contains a further
restriction but permits relicensing or conveying under this License, you
may add to a covered work material governed by the terms of that license
document, provided that the further restriction does not survive such
relicensing or conveying.

   If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

   Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

8. Termination.

You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

9. Acceptance Not Required for Having Copies.

You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

10. Automatic Licensing of Downstream Recipients.

Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an

organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,

```
508   then you must either (1) cause the Corresponding Source to be so
509   available, or (2) arrange to deprive yourself of the benefit of the
510   patent license for this particular work, or (3) arrange, in a manner
511   consistent with the requirements of this License, to extend the patent
512   license to downstream recipients.  "Knowingly relying" means you have
513   actual knowledge that, but for the patent license, your conveying the
514   covered work in a country, or your recipient's use of the covered work
515   in a country, would infringe one or more identifiable patents in that
516   country that you have reason to believe are valid.
517
518     If, pursuant to or in connection with a single transaction or
519   arrangement, you convey, or propagate by procuring conveyance of, a
520   covered work, and grant a patent license to some of the parties
521   receiving the covered work authorizing them to use, propagate, modify
522   or convey a specific copy of the covered work, then the patent license
523   you grant is automatically extended to all recipients of the covered
524   work and works based on it.
525
526     A patent license is "discriminatory" if it does not include within
527   the scope of its coverage, prohibits the exercise of, or is
528   conditioned on the non-exercise of one or more of the rights that are
529   specifically granted under this License.  You may not convey a covered
530   work if you are a party to an arrangement with a third party that is
531   in the business of distributing software, under which you make payment
532   to the third party based on the extent of your activity of conveying
533   the work, and under which the third party grants, to any of the
534   parties who would receive the covered work from you, a discriminatory
535   patent license (a) in connection with copies of the covered work
536   conveyed by you (or copies made from those copies), or (b) primarily
537   for and in connection with specific products or compilations that
538   contain the covered work, unless you entered into that arrangement,
539   or that patent license was granted, prior to 28 March 2007.
540
541     Nothing in this License shall be construed as excluding or limiting
542   any implied license or other defenses to infringement that may
543   otherwise be available to you under applicable patent law.
544
545     12. No Surrender of Others' Freedom.
546
547     If conditions are imposed on you (whether by court order, agreement or
548   otherwise) that contradict the conditions of this License, they do not
549   excuse you from the conditions of this License.  If you cannot convey a
550   covered work so as to satisfy simultaneously your obligations under this
551   License and any other pertinent obligations, then as a consequence you may
552   not convey it at all.  For example, if you agree to terms that obligate you
553   to collect a royalty for further conveying from those to whom you convey
554   the Program, the only way you could satisfy both those terms and this
555   License would be to refrain entirely from conveying the Program.
```

13. Remote Network Interaction; Use with the GNU General Public License.

  Notwithstanding any other provision of this License, if you modify the
Program, your modified version must prominently offer all users
interacting with it remotely through a computer network (if your version
supports such interaction) an opportunity to receive the Corresponding
Source of your version by providing access to the Corresponding Source
from a network server at no charge, through some standard or customary
means of facilitating copying of software.  This Corresponding Source
shall include the Corresponding Source for any work covered by version 3
of the GNU General Public License that is incorporated pursuant to the
following paragraph.

  Notwithstanding any other provision of this License, you have permission
to link or combine any covered work with a work licensed under version 3
of the GNU General Public License into a single combined work, and to
convey the resulting work.  The terms of this License will continue to
apply to the part which is the covered work, but the work with which it is
combined will remain governed by version 3 of the GNU General Public
License.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU Affero General Public License from time to time.  Such new
versions will be similar in spirit to the present version, but may differ
in detail to address new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU Affero
General Public License "or any later version" applies to it, you have
the option of following the terms and conditions either of that
numbered version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number
of the GNU Affero General Public License, you may choose any version
ever published by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU Affero General Public License can be used, that
proxy's public statement of acceptance of a version permanently
authorizes you to choose that version for the Program.

  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

```
604       15. Disclaimer of Warranty.
605
606       THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609   OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
610   THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
611   PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
612   IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613   ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614
615       16. Limitation of Liability.
616
617       IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618   WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
621   USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
622   DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
623   PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
624   EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   SUCH DAMAGES.
626
627       17. Interpretation of Sections 15 and 16.
628
629       If the disclaimer of warranty and limitation of liability provided
630   above cannot be given local legal effect according to their terms,
631   reviewing courts shall apply local law that most closely approximates
632   an absolute waiver of all civil liability in connection with the
633   Program, unless a warranty or assumption of liability accompanies a
634   copy of the Program in return for a fee.
635
636                    END OF TERMS AND CONDITIONS
637
638            How to Apply These Terms to Your New Programs
639
640       If you develop a new program, and you want it to be of the greatest
641   possible use to the public, the best way to achieve this is to make it
642   free software which everyone can redistribute and change under these terms.
643
644       To do so, attach the following notices to the program.  It is safest
645   to attach them to the start of each source file to most effectively
646   state the exclusion of warranty; and each file should have at least
647   the "copyright" line and a pointer to where the full notice is found.
648
649       <one line to give the program's name and a brief idea of what it does.>
650       Copyright (C) <year>  <name of author>
651
```

```
652        This program is free software: you can redistribute it and/or modify
653        it under the terms of the GNU Affero General Public License as
654        published by the Free Software Foundation, either version 3 of the
655        License, or (at your option) any later version.
656
657        This program is distributed in the hope that it will be useful,
658        but WITHOUT ANY WARRANTY; without even the implied warranty of
659        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660        GNU Affero General Public License for more details.
661
662        You should have received a copy of the GNU Affero General Public License
663        along with this program.  If not, see <http://www.gnu.org/licenses/>.
664
665    Also add information on how to contact you by electronic and paper mail.
666
667      If your software can interact with users remotely through a computer
668    network, you should also make sure that it provides a way for users to
669    get its source.  For example, if your program is a web application, its
670    interface could display a "Source" link that leads users to an archive
671    of the code.  There are many ways you could offer source, and different
672    solutions will be better for different programs; see section 13 for the
673    specific requirements.
674
675      You should also get your employer (if you work as a programmer) or school,
676    if any, to sign a "copyright disclaimer" for the program, if necessary.
677    For more information on this, and how to apply and follow the GNU AGPL, see
678    <http://www.gnu.org/licenses/>.
679
680
681    "Commons Clause" License Condition
682
683    The Software is provided to you by the Licensor under the License, as
684    defined below, subject to the following condition. Without limiting
685    other conditions in the License, the grant of rights under the License
686    will not include, and the License does not grant to you, the right to
687    Sell the Software.  For purposes of the foregoing, "Sell" means
688    practicing any or all of the rights granted to you under the License
689    to provide to third parties, for a fee or other consideration,
690    a product or service that consists, entirely or substantially,
691    of the Software or the functionality of the Software. Any license
692    notice or attribution required by the License must also include
693    this Commons Cause License Condition notice.
```