**TRIAL EXHIBIT 158**

| | |
|---|---|
| **From:** | John Mark Suhy <jmsuhy@igovsol.com> |
| **Sent:** | Friday, March 29, 2019 3:00 PM |
| **To:** | Michael Stavrianos </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fd99ad6372c4fb782d99f200a173d76-michael.stavrianos@asranalytics.com> |
| **Subject:** | Resume and Proposed KG-API engagement structure |
| **Attach:** | jmsuhy-resume-cyber-graph-1.0.pdf |

Attached is my Cyber specific resume.

It is rough and can be flushed out, but I didn't want to do too much until we talk more as we may want to change it completely based on a role I can play if you want to team on that opportunity.

I will read the cyber RFQ this weekend, I have not looked at it yet.

As for the KG-API assistance.

I think I can help give high level guidance and architecture guidance to Joe each week.
I think 3-5 hours a week would be sufficient - 3 hours would allow me to meet 3 times a week for an hour with Joe and whomever else wants to attend, to identify any current or future potential issues, give architecture guidance, and general guidance on the road map of the project. I think Joe is a capable developer and 3 hours a week would be enough to help guide it alone from an architecture and design perspective.

For the hourly rate: I normally bill $150 / hr for this sort of consulting, but I can adopt a rate which falls within your labor categories. If you would rather do a fixed price approach, etc - just let me know. I figured knowing the time commitment I think would be helpful would let you figure out what you want to do.

If you are free tomorrow, let me know and we can catch up.

Have a good evening,

John Mark

**Plaintiffs' Trial Exhibit 158**

CONFIDENTIAL                                                                 ASR 00719

Location: Alexandria, VA
Phone: 703.862.7780
E-mail: jmsuhy@purethink.com

# John Mark Suhy

## Education

George Mason University          Fairfax, VA
**Bachelors of Science in Computer Science**

## Summary of Qualifications

- Active DOD and Treasury Clearances.
- Senior Java Developer with over 14 years experience across all major JVM focused platforms, architectures, and toolsets.
- Project Management / Requirements Gathering & Documentation / Development Lifecycle Experience for large multi-team projects.
- Neo4j Graph Database Certified Engineer
- Full range cyber security expertise (defensive, offensive , cyber threat intelligence).
- ONgDB (Neo4j Enterprise open source fork) team member and lead developer. https://graphfoundation.org
- Designer and maintainer of GraphStack (https://graphstack.io).  The open source development framework and technology stack that allows teams to build large scale micro-service driven graph solutions.

## Technical Summary

**Industry Focus:**

Government (Federal / DOD / Intelligence), Cyber warfare, Intelligence, Healthcare, Mortgage fraud, General Information Security, Anti-Money Laundering, and tax / refund fraud.

**Technology Focus:**
- Machine Learning (supervised and starting with unsupervised) using different toolsets and apis such as tensorflow.
- Graph databases.
- Most major NOSQL open source databases.
- Streaming / "Big Data" architectures, frameworks and tooling.  (Kafka, Spark, Elasticsearch, etc)
- Container and automation technologies including Docker and Kubernetes

**Cloud Technologies:**
Amazon AWS, Google App Engine, Heroku, Microsoft Azure

## Professional Experience

2002 - Current          PureThink LLC                    Reston, VA
**Partner**
- Head up most R&D relating to supervised and unsupervised machine learning and graph technologies.
- Headed up prime projects relating to open source and graph technology for: Maryland Procurement Office, FBI, Sandia Laboratories, and US Treasury.

2017 - Current          iGov Inc                         Alexandria, VA
**CTO**
- Focused on implementing and adapting new technologies to help drive eGovernment Solutions transition from state and local government to federal government.
- Head up architecture design and implementation teams for large scale distributed systems for both government and commercial customers.

2009 - 2018             eGovernment Solutions Inc        Reston, VA
**Co-founder, CTO & FSO**
- Focused on implementing and adapting new technologies to help drive eGovernment Solutions transition from state and local government to federal government.
- Facility Security Officer
- Sold Dec 2018.

## Other Relevent Experience & Focus

Developed the platform which IRS's CKGE platform is built on top of.

Worked on Treasury contract under SAIC relating to continuous monitoring leveraging emerging cloud platforms. This lead to speaking at RSA 2011 in San Francisco, as part of the Treasury team invited to speak on the topic of continuous monitoring and the cloud.

Current R&D focused on leveraging machine learning, NLP, and graphs to support both defensive and offensive cyber capabilities for US DOD agencies.

Current R&D focusing on cyber threat intelligence leveraging STIX and other technologies that came from DHS and Mitre collaboration around standardizing cyber threat intelligence for data sharing, etc.