**TRIAL EXHIBIT 160**

Witness: Michael Stavrianos
**EX 142**
11/7/2022 B. Gerald



# Invoice #212

**iGov Inc**  
**DUNS:**  
**CAGE:**  
**EIN:**  
**Main Office:**  
7686 Richmond Highway, Suite 101  
Alexandria, Virginia 22306  

Contact Name: John Mark Suhy Jr  
Phone 703-862-7780  
Email: jmsuhy@igovsol.com  

**Invoice:** #212  
**Date:** June 6th, 2019  
**PO #:** NA  

| To | ASR ANALYTICS, LLC<br>1389 CANTERBURY WAY<br>POTOMAC, MD 20854 | |

| PAYMENT TERMS / REMITTANCE INFO |||
|---|---|---|
| Payment Terms: Net 30 | | |
| **Remit To:**<br>iGov Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@igovsol.com | **EFT Information** | |

| LINE ITEM No | PART NUMBER / description | QUANTITY | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| | Tylor Data Services, LLC:IRS RAAS Graph Analytics<br>4/15/2019 - 05/27/2019 | 14 | $125 / HR | |
| | | | TOTAL | $1,750.00 (USD) |

iGov Inc   - https://igovsol.com   - 703-862-7780

Plaintiffs' Trial Exhibit **160**

CONFIDENTIAL                                                                 ASR 01901