**TRIAL EXHIBIT 161**

Message
---

| | |
|---|---|
| From: | Tylor Deborah A [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=WASHINGTON DC/CN=RECIPIENTS/CN=LDLMB] |
| Sent: | 12/6/2019 7:46:36 PM |
| To: | Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov]; Gillon Alexander H [Contractor] [alexander.h.gillon@irs.gov]; Seo Sook H [Contractor] [sook.h.seo@irs.gov]; Stavrianos Michael [Contractor] [michael.stavrianos@irs.gov]; Szczerbinski Lauren [Contractor] [lauren.szczerbinski@irs.gov] |
| Subject: | milestones - O&M |

Hi team,

I began to layout the milestones Aaron requested for the new development in the O&M project. I know we had our other slide which broke things out in a very loose timeline; perhaps this is a detail within that slide. Below is roughly how I see the milestones, and they more or less need to be solved in order below, but will most certainly overlap as they're all interdependent and can be developed in parallel to some degree. John Mark said he can help with creating a roadmap in Jira to help make this more dynamic – thanks John Mark!

1. Data transfer methods between OngDB and HDFS/Spark
    a. Moving data to HDFS
        i. Dependency on DMD opening ports to HDFS so that we don't need to move through edge node bottleneck
    b. Determining suitable data format, file structure
        i. Eg splitting up by node/ relationship types; JSON vs csv
    c. Eventual integration with Kafka bus, data streaming?
2. KGAPI methods
    a. API to automate building of graph from data in step 1
    b. Refine export of graphs to json format compatible with CKGE
    c. Winnowing steps, types of operations, written in Spark SCALA such as
        i. finding networks (eg connected components, label propagation, partition by)
        ii. defining aggregate attributes
        iii. Sorting, filtering operations by these aggregate attributes
    d. Reporting necessary to support winnowing steps
    e. UI widgets to support KGAPI methods above
    f. To test properly, need access to data from step 1
3. Communication between KGAPI/ CKGE and Spark
    a. Livy/ rest endpoint
    b. Security questions
    c. Integration with data transfer methods above
    d. Possible dependence on Hortonworks consultant if we run into unsolvable problems
4. Integration into CKGE
    a. Support of slow running queries and batch Spark operations
        i. Asynch query handling and UI to manage queries (John Mark will present a proposal)
    b. Support of multiple data models
        i. As bring in results from Spark, need to dynamically create new data model and convey to CKGE and allow hopping between results graph and original, big graph
    c. Develop an approach of how to move back and forth between Spark and CKGE to support winnowing process
    d. Improvements in Graph Explorer (thanks to Eric Tressler!) to handle larger graphs in a performant way; biggest effect is on Graph Explorer
5. Maintenance
    a. Infrastructure changes – test and maintain existing app through infrastructure changes
    b. TIN/SSN/EIN schema changes
    c. Incorporate and Document APOC methods to generated new schema graphs and json file

**Plaintiffs' Trial Exhibit 161**

**Witness: Michael Stavrianos EX 150** 11/7/2022 B. Gerald

Thanks,

Deborah Tylor
*Owner of Tylor Data Services, LLC*
*8(a) certified and Economically Disadvantaged Woman Owned Small Business (EDWOSB)*
*c 202.255.4994*
*www.tylordata.com*

Confidential
IRS-PROD-00000335