**TRIAL EXHIBIT 163**

Witness:
Michael Stavrianos
**EX 136**
11/7/2022 B. Gerald



1389 CANTERBURY WAY        POTOMAC, MD 20854        PHONE: (301) 738-9502        FAX: (301) 738-9503

# Modification 001
# to
# MASTER SUBCONTRACT AGREEMENT

This **Modification 001** is being exercised pursuant to Article 7(a), "Changes" within the **Master Subcontract Agreement** #ASR-RAAS_DAIS-iGov-0001 ("Agreement") entered into by and between **ASR Analytics, LLC** (hereinafter "Prime Contractor" or "ASR"), with offices located at 1389 Canterbury Way, Potomac, MD 20854-6103 and **iGov Inc** (hereinafter, "Subcontractor") with offices located at 1902 Campus Commons Drive, Suite 101, Reston, VA 20191.  ASR and Subcontractor are each individually referred to hereinafter as a "Party," or collectively as the "Parties."

**WITNESSETH**

**WHEREAS**, on November 7, 2018, the U.S. Department of the Treasury (Treasury) – Internal Revenue Service ("IRS"), Office of Research, Applied Analytics, and Statistics (the "Client," "RAAS," or "Government") awarded Prime Contractor a blanket purchase agreement ("BPA") contract number GS10F0062R / 2032-H5-19-A-00011 (the "Prime Contract"), entitled "RAAS Data Analytics and Innovation Support (DAIS);" and

**WHEREAS**, Prime Contractor is among four other prime contractors that received similar Unrestricted BPA prime contract awards under the RAAS DAIS program; and

**WHEREAS**, effective November 7, 2018, the Parties executed the Agreement pursuant to Prime Contractor's award of the Prime Contract; and

**WHEREAS**, from time to time, the Government may release a request for quotation ("RFQ") to all Unrestricted BPA contract holders, including Prime Contractor, to which Prime Contractor intends to respond with a bid proposal; and

**WHEREAS**, this Modification 001 reflects a mutual agreement between the Parties to append Article 1, "Task Order Procedures" of the Agreement with additional business terms solely related to an anticipated opportunity for "Employment Tax Innovation Lab Support for the Data Management Division (DMD) and Data Exploration and Testing (DET) Organization," to be released as an RFQ by the Client on or before June 30, 2020; and

**WHEREAS**, the Parties mutually understand that the enforceability of Modification 001 is contingent upon Prime Contractor being awarded a task order ("TO") contract resultant from the Prime Contractor's proposal bid for the RFQ, and where Subcontractor substantively contributed to the proposal bid.  If the Government does not issue a TO award under the RFQ or issues an award to any other BPA prime contractor other than Prime Contractor to which Prime Contractor does not protest, this Modification 001 is unenforceable.  All other terms of the Agreement remain in force in accordance with Article 18. "Severability."

Plaintiffs'
Trial Exhibit
**163**



1389 CANTERBURY WAY        POTOMAC, MD 20854        PHONE: (301) 738-9502        FAX: (301) 738-9503

**Appended Update to Agreement, Article 1. "Task Order Procedures"**

RFQ: "Employment Tax Innovation Lab Support for the Data Management Division (DMD) and Data Exploration and Testing (DET) Organization"

TO Team Lead:  ASR Analytics

TO Contract Type:  Firm Fixed Price ("FFP")

Subcontractor Workshare:  Following BPA task order (TO) award to ASR and successful negotiation of a mutually-agreeable subcontract TO between ASR and Subcontractor, ASR will attempt in good faith to allocate Subcontractor up to 10% (0.1) of a full-time equivalent (FTE) personn, as outlined in the table below.  Subcontractor personnel will be assigned to the following TO Project Roles and corresponding BPA Labor Categories ("LCATs"):

**Subcontractor TO Personnel (DMD and DET Graph Support)**

| Subcontractor //<br>Project Role on TO | Assigned<br>BPA LCAT | # of<br>Subcontractor<br>Personnel | Subcontractor<br>Personnel<br>Commitment |
|---|---|---|---|
| John Mark Suhy //<br>Graph Systems Administrator /<br>Senior Analyst | 0011 Modeling &<br>Simulation<br>Specialist, Senior | 0.1 | Part-time |
| Totals | | 0.1 FTE | |

Key Personnel:  All Subcontractor personnel listed in the preceding table will be designated as Key Personnel under its prime contract with the Client.

Consideration:  In consideration for the commitments expressed above, Subcontractor agrees to solely and exclusively participate with ASR in response to the RFQ.  Subcontractor shall not independently or by way of any other party through direct or indirect contribution or support submit a competing proposal response to the Client for the RFQ.



1389 CANTERBURY WAY        POTOMAC, MD 20854        PHONE: (301) 738-9502        FAX: (301) 738-9503

IN WITNESS WHEREOF the Parties hereto have executed this Modification 001 to the Agreement, effective as of the date first written below.

iGov Inc

By: _____
           Authorized Signature

Name: John Mark Suhy Jr

Title: CTO

Date: 06/02/2020

ASR Analytics, LLC

By: _____
           Authorized Signature

Name: Michael Stavrianos

Title: Founding Principal

Date: 06/04/2020