**TRIAL EXHIBIT 164**

Witness:
Michael Stavrianos

EX 138

11/7/2022 B. Gerald



1389 CANTERBURY WAY          POTOMAC, MD 20854          PHONE: (301) 738-9502          FAX: (301) 738-9503

| Subcontractor Task Order Number 0001 | |
|---|---|
| Subcontract Agreement:  ASR-RAAS_DAIS-iGov-0001 | |
| Prime Contract Number: GS-10F-0062R / 2032H5-19-A-00011 | |
| **PRIME** | **SUBCONTRACTOR** |
| ASR Analytics, LLC<br>1389 Canterbury Way<br>Potomac, MD 20854 | iGov Inc.<br>7686 Richmond Highway, Suite 101-B<br>Alexandria, VA 22306 |

| ASR<br>Project Manager | Michael Stavrianos | Subcontractor<br>Technical POC | John Mark Suhy |
|---|---|---|---|
| Title | Founding Principal | Title | CTO |
| Phone | 301-758-0371 | Phone | 703-862-7780 |
| Fax | 301-735-9503 | Fax | |
| Email | michael.stavrianos@asranalytics.com | Email | jmsuhy@igovsol.com |
| ASR<br>Contractual POC | Becky Kraft | Subcontractor<br>Contractual POC | John Mark Suhy, Jr. |
| Title | Office Manager | Title | CTO |
| Phone | 717-327-9165 | Phone | 703-862-7780 |
| Fax | 301-738-9503 | Fax | |
| Email | becky.kraft@asranalytics.com | Email | jmsuhy@igovsol.com |

Place of Performance: The Subcontractor shall primarily perform work at Subcontractor's facilities and telework. With advanced IRS and ASR Project Manager approval, the Subcontractor may work onsite at 77 K Street NE, Washington, DC 20003 location.

Period of Performance:
September 30, 2020 – September 29, 2021 (Base Year), with an option to extend based on available funding, mutual agreement between the parties and Option Years exercised by the client.
Base Year: 9/30/2020 - 9/29/2021 (Exercised)
Option Year 1: 9/30/2021 - 9/29/2022
Option Year 2: 9/30/2022 - 9/29/2023
Option Year 3: 9/30/2023 - 9/29/2024
Option Year 4: 9/30/2024 - 9/29/2025

Purpose of Task Order/Description of Work:
**2032H5-20-F-00810 | Emerging Compliance Issues**
The scope of this engagement involves Subcontractor support to ASR for the Employment Tax Innovation Lab through delivery of new data, tools, and technology services in the Office of Research, Applied Analytics and Statistics (RAAS) Data Management Division (DMD). DMD manages a large-scale data, analytics, and computing environment. The scope involves analytical support to RAAS' Data Exploration and Testing Division (DET), which works closely with business partners across IRS to identify, implement, and evaluate data driven solutions to enhance tax administration in coordination with DMD.

Plaintiffs'
Trial Exhibit
**164**



1389 CANTERBURY WAY        POTOMAC, MD 20854        PHONE: (301) 738-9502        FAX: (301) 738-9503

RAAS is the center of enterprise analytics in the IRS. Demand for data and analytical services continues to increase across all IRS business units, including requests for new data sources that are needed for analytics and artificial intelligence. While some data is analyzed in its raw, unaltered format, e.g., large text files or special project data, most of the data collected by RAAS are still transformed via extract, transform, load (ETL/T) processes and loaded into SAP IQ, its flagship analytical database. RAAS has a need for support that involves ETL/T, performance tuning, monitoring, and other database management activities detailed in the subtasks below.

The Subcontractor shall support ASR to review data sources for accuracy and determine the optimal structure for analytics and reporting. Data shall be analyzed for duplication, formatting errors, and other anomalies to ensure quality for measures and official reporting to external customers and stakeholders. The Subcontractor shall support ASR to recommend any changes and corrections to data to maintain high levels of data quality, and document those changes in a format consistent with the guidelines provided by the Government.

In addition to relational database structures, RAAS is increasingly creating graph data models to facilitate fast, efficient queries and visualization of complex relationships between people, places, and things. The recent adoption of graph database technology by the IRS has rapidly led to new insights and is now used by over 3,000 employees in Examination, Collection, Criminal Investigation, and even cybersecurity functions. Understanding graph data models, graph storage layers, and processes for loading and updating graph data is needed for this effort.

The Subcontractor shall support ASR to provide project and program documentation, consistent with guidelines to be furnished by the Government, for this effort. Written artifacts shall cover current state processes, recommended changes to improve the timeliness or quality of data releases, and a monthly status report. The Contractor shall work on a team that includes Government employees and other contractors to perform this work.

Contract Type: Time & Materials

Authorized Personnel, Labor Categories, Base Year Fully-Loaded Hourly Rates, Base Year Hours:

John Mark Suhy        Modeling & Simulation Specialist, Senior        $147.69        200 hours

| TASK ORDER CEILING LEVEL (including Unexercised Option Periods) | | | |
|---|---|---|---|
| | Award | Modification | Total |
| T&M Labor | $29,538.00 | $0 | $29,538.00 |
| ODCs / Travel | $0 | $0 | $0 |
| Total | $29,538.00 | $0 | $29,538.00 |
| TASK ORDER AUTHORIZED FUNDING (NOT TO EXCEED PRICE) | | | |
| | Award | Modification | Total |
| T&M Labor | $29,538.00 | $0 | $29,538.00 |
| ODCs / Travel | $0 | $0 | $0 |
| Total | $29,538.00 | $0 | $29,538.00 |

Travel: None anticipated.

CONFIDENTIAL                                        ASR 01753



1389 Canterbury Way        Potomac, MD 20854        Phone: (301) 738-9502        Fax: (301) 738-9503

Timekeeping & Invoicing:  All assigned Subcontractor personnel will report their time incurred within ASR's timekeeping system (SpringAhead) daily and submit hours weekly. An ASR supervisor will be assigned to Subcontractor personnel and will review and approve or reject (with explanation) submitted timesheets. Subcontractor will promptly correct any rejected timesheets. Subcontractor will submit invoices to ASR monthly, derived directly from the hours reported on the approved timesheets. Subcontractor invoice shall be submitted to ASR no later than five (5) business days following each month end. Invoices shall be submitted to zoya.gleizer@asranalytics.com; michael.stavrianos@asranalytics.com; rebecca.myhre@asranalytics.com;  with a copy to becky.kraft@asranalytics.com and jill.long@asranalytics.com. ASR will pay Subcontractor invoices with payment terms of Net 30 days. Subcontractor will be required to provide Accounts Payable details including a W-9 Form and ACH details for paperless payment processing via direct deposit.

Delayed submission and/or errors in the invoice information may result in a delayed payment to Subcontractor.

**ALL OTHER TERMS AND CONDITIONS OF THIS TASK ORDER REMAIN UNCHANGED AND IN FULL FORCE AND EFFECT, EXCEPT AS MODIFIED HEREIN.**

| | **ASR Analytics, LLC** | | **iGov Inc.** |
|---|---|---|---|
| Name | Michael Stavrianos | Name | John Mark Suhy |
| Title | Founding Principal | Title | CTO |
| Signature | *Michael Stavrianos* | Signature | |
| Date | 10/07/2020 | Date | 10/05/2020 |

CONFIDENTIAL                                                                                                    ASR 01754