**TRIAL EXHIBIT 168**

Witness: Michael Stavrianos
**EX 143**
11/7/2022 B. Gerald



# Invoice #267

**iGov Inc**

**Invoice:** #267
**Date:** March 5th, 2021
**PO #:** NA

**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@igovsol.com

| To | ASR ANALYTICS, LLC<br>1389 CANTERBURY WAY<br>POTOMAC, MD 20854 | |

### PAYMENT TERMS / REMITTANCE INFO

Payment Terms: Net 30

**Remit To:**
iGov Inc
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306
Phone 703-862-7780
Email: invoices@igovsol.com

**EFT Information**

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| | IRS:DAIS BPA (IDT Innovation, Knowledge Graph, Corporate Graph, Emerging Compliance Issues) 02/01/2021- 02/28/2021 | 100.16 | $144.51 / HR | |
| | Total Hours: | 100.16 | $144.51 / HR | |
| | | | TOTAL | $14,474.12 (USD) |

iGov Inc   - https://igovsol.com   - 703-862-7780

**Plaintiffs' Trial Exhibit 168**

CONFIDENTIAL

ASR 01915