**TRIAL EXHIBIT 169**

**Witness:** Michael Stavrianos
**EX 144**
11/7/2022 B. Gerald



# Invoice #303

**iGov Inc**

**Main Office:**
7686 Richmond Highway, Suite 101-B
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@igovsol.com

**Invoice:** #303
**Date:** July 7th, 2022
**PO #:** NA

| To | ASR ANALYTICS, LLC<br>1389 CANTERBURY WAY<br>POTOMAC, MD 20854 | |

| PAYMENT TERMS / REMITTANCE INFO ||
|---|---|
| Payment Terms: Net 30 | |
| **Remit To:**<br>iGov Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@igovsol.com | **EFT Information** |

| LINE ITEM No | PART NUMBER / DESCRIPTION | QUANTITY | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| | IRS:DAIS BPA (IDT, KG, CG, ECI)<br>06/01/2022- 06/30/2022 | 43 | $150.94 / HR | $6,490.42 |
| | Total Hours: | 43 | $150.94 / HR | $6,490.42 |
| | | | **TOTAL** | $6,490.42(USD) |

iGov Inc   - https://igovsol.com   - 703-862-7780

**Plaintiffs' Trial Exhibit 169**