**TRIAL EXHIBIT 170**

Attorney's Eyes Only



Plaintiffs'
Trial Exhibit
**170**

9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

## MASTER SUBCONTRACTOR AGREEMENT

Witness:
Turin Pollard 30(b)
**EX 249**
12/1/2022 C. Denlinger


| Subcontractor: | Greystones Consulting Group, LLC | Subcontract Number: | ASR-RAAS_DAIS-Greystones-0001 |
|---|---|---|---|
| Address:<br><br>300 M St. SE<br>Suite 325<br>Washington, DC 20003 | | POC Name: | Turin Pollard |
| | | Phone: | 202-644-8998 |
| | | Fax: | |
| | | Email: | tpollard@greystonesgroup.com |
| | | Base Period of Performance: | 11/07/2018-11/06/2019 |
| Company Business Status: | Woman Owned Small Business | Option Periods: | 1: 11/07/2019-11/06/2022<br>2: 11/07/2020-11/06/2022<br>3: 11/07/2021-11/06/2022<br>4: 11/07/2022-11/06/2023 |
| NAICS Code: | | Prime Contract Number: | GS-10F-0062R / 2032H5-19-A-00011 |
| Federal Customer: | Internal Revenue Service: Office of Research, Applied Analytics and Statistics (RAAS) | Prime Delivery Order Number: | N/A |
| Anticipated Total Value: | $0.00 | Funded Value: | $0.00 |

THIS SUBCONTRACTOR AGREEMENT ("Agreement"), dated as of June 24, 2022, is entered into between **ASR Analytics, LLC** ("Prime Contractor"), a limited liability corporation organized in the State of Maryland, and **Greystones Consulting Group, LLC,** a limited liability corporation organized in the District of Columbia ("Subcontractor"); hereafter, collectively the "Parties." Capitalized terms used herein without definition shall have the meaning ascribed to them in the Prime Contract (as defined below).

WHEREAS, Prime Contractor has entered into a contractual Agreement awarded November 7, 2018 with the **U.S. Department of the Treasury (Treasury) – Internal Revenue Service (IRS), Office of Research, Applied Analytics, And Statistics** (the "Client," "RAAS," or "Government"), contract number **GS10F0062R / 2032H5-19-A-00011** (the "Prime Contract");

WHEREAS, Prime Contractor and Subcontractor desire to enter into an agreement pursuant to which Prime Contractor will retain the services of Subcontractor, and Subcontractor will agree to furnish its services to Prime Contractor in connection with task order engagements as a subcontractor to Prime Contractor under the Prime Contract; and

WHEREAS, Subcontractor maintains an active registration on the System for Award Management (www.sam.gov), including all required organizational representations and certifications; and

WHEREAS, This Agreement contains the following exhibits and appendix, and are attached hereto and made a part hereof: **A** Prime Contract Performance Work Statement; **B** Subcontractor's Labor Categories, Labor Category Descriptions, Key Personnel, and Ceiling Hourly LCAT Rates; **C** Applicable Provisions of the Prime Contract; **D** Insurance; **E** Subcontractor Code of Business Ethics and Conduct and other Certifications; **F** Preventing Personal Conflicts of Interest Certification; **G** RESERVED; **H** Facilities and Personnel Security Requirements; and Appendix **1** Subcontractor Task Order Template.

Greystones000656

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

---

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed with an effective date the day and year first above written.  In performance of this Subcontract, the Parties mutually agree to the terms and conditions and exhibits contained herein.  Each party acknowledges having; (1) read this entire Agreement and (2) the full power and authority to execute this Agreement.

**ASR ANALYTICS, LLC**

Name: Michael Stavrianos

Date: 7/7/2022

Title: Principal

Signature: *Michael Stavrianos*

**GREYSTONES CONSULTING GROUP, LLC**

Name: Sheila Duffy

Date: 7/2/2022

Title: CEOand Founder

Signature: *Sheila Duffy*
3CBB58638001455...

---

Greystones000657



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

**NOW THEREFORE**, in consideration of the foregoing premises, and the mutual covenants and agreements contained herein, the Parties agree as follows:

---

**TASK ORDER PROCEDURES.**

(a)  Upon execution of this Subcontract, Subcontractor will be a subcontract awardee where Subcontractor agrees to perform the services and provide the deliverables (the "Services") as described in a prospectively awarded Subcontractor Task Order, template attached hereto as <u>Appendix 1</u>.  The Services are generally described in the Performance Work Statement ("PWS") attached hereto as <u>Exhibit A</u>.  Subcontractor agrees to furnish Prime Contractor the Services on the terms and subject to the conditions set forth in this Agreement and the Subcontractor Task Order.  There is no funding associated with this Agreement.  Subcontractor Task Orders will be individually funded.  Funding is not transferable between Subcontractor Task Orders.  No work may commence before execution of a Subcontractor Task Order.

Subcontractor agrees that all work performed by Subcontractor will be coordinated with Prime Contractor for purposes of scope, financial reporting, risk assessment, status reporting, and quality control under the Prime Contract and any prospective Prime Contract delivery task orders ("BPA TOs").  Unless otherwise specified in writing, Prime Contractor will lead the business development (BD), capture management, and proposal management activities for any prospective BPA TO.  Subcontract will assist with BD and capture management to pre-market prospective BPA TO opportunities to Prime Contract vehicle.

Each new BPA TO released by the Client under the Prime Contract will subsequently be distributed electronically by Prime Contractor to Subcontractor.  Prime Contractor will facilitate an orderly BPA Request for Task Order Proposal (BPA RTOP) process to ensure all applicable parties, including Subcontractor, have a reasonable opportunity to evaluate and participate in responding to the BPA RTOP.  Prime Contractor will name a "TO Team Lead," specifying a single party in the lead role.  In each case where Subcontractor i) substantially initiates (including where Subcontractor is a contract incumbent), qualifies, and registers a Prospective BPA TO ("Registered TO"), and ii) significantly contributes to the development of a proposal response to the Registered TO which contributes to a BPA TO award to the Prime Contractor, Prime Contractor will grant Subcontractor the right of first refusal to be named TO Team Lead.  Should Subcontractor forego its option to serve as the TO Team Lead, Prime Contractor will designate an alternate party as TO Team Lead.

For any BPA TOs not otherwise designated as Registered TOs, Prime Contractor will name a TO Team Lead based on the TO Team Lead Business Rules table shown below.

**TO Team Lead Business Rules**

| |
|---|
| Subcontractor will serve as TO Team Lead if either of the following factors are prevalent to the BPA TO opportunity:<br><br>Both of the following conditions are true: (1) the Workstream under PWS Section D is principally either i) Compliance Program Analytics and Process Improvement (i.e., Workstream 2), or ii) Examination Selection and Process Analytics (including Mission Engagement) (i.e., Workstream 3); <u>and</u> (2) the IRS Business Operating Division (BOD) where the BPA TO work is primarily focused is either i) Criminal Investigations (CI) or ii) Large Business and International (LB&I).<br>Both of the following conditions are true: (1) the workstream under PWS Section D is principally Taxpayer Behavioral Studies (i.e., Workstream 4); <u>and</u> (2) the IRS BOD where the BPA TO work is |

---



9466 GEORGIA AVE #2025   SILVER SPRING, MD 20910   PHONE: (301) 738-9502   FAX: (301) 738-9503

---

primarily focused is CI or LB&I, including where the work involves psychographic analysis and analysis of IRS transactional or administrative data, but excluding collecting and analyzing data about taxpayer behaviors through i) social science research methods (e.g., surveys, ethnographic research, laboratory experiments), ii) assessment of behavioral dynamics and economics, or iii) using social science data to draw conclusions about taxpayer behavior where Prime Contractor or parties have requisite depth to serve as TO Team Lead.

Prime Contractor will serve as TO Team Lead in all cases where Subcontractor or parties are not otherwise assigned as TO Team Lead.

---

**The designated TO Team Lead will determine BPA TO staffing.  In the case of Registered TOs, the TO Team Lead will have the right of first refusal to substantially staff the BPA TO.  Staffing on all BPA TOs (including remaining staffing for Registered TOs) will be on a "best athlete" basis among Team Member and all other team member firms.**

(b)  Contract Type.  Unless otherwise specified, this Agreement authorizes the Prime Contractor to request firm fixed price ("FFP"), time & materials ("T&M") or cost reimbursement proposals for award of a Subcontractor Task Order.  The Federal Acquisition Regulation ("FAR") clauses incorporated into this Agreement shall apply to all Subcontractor Task Orders (and if necessary, by Subcontractor Task Order contract line number, or "CLIN"), based upon the applicable contract type as described in the FAR.

SUITABLE PERSONNEL.

(a)  The Services will be performed for Subcontractor by the persons satisfying the labor category ("LCAT") requirements listed on Exhibit B, incorporated herein and attached hereto.  Subcontractor's personnel who are designated as essential to performance ("Subcontractor Key Personnel") also are identified in Exhibit B.  Subcontractor shall not remove or replace Subcontractor Key Personnel without Prime Contractor's prior written approval, except in the case of unavailability due to illness, injury or termination of employment.  If any of the Subcontractor Key Personnel are unavailable to continue full-time work called for herein, and if substitute individuals approved by Prime Contractor are not available to continue the work within five (5) days from such unavailability, Prime Contractor shall have the right to replace such unavailable Subcontractor Key Personnel with personnel of Prime Contractor or another subcontractor.  All of Subcontractor's personnel, including all replacement personnel, shall be subject to the prior approval of Prime Contractor and Client, and Prime Contractor shall have the right, at any time, to request removal of any Subcontractor personnel whom Prime Contractor deems, in its reasonable discretion, to be unsatisfactory, or when expressly requested by the Client to remove such personnel, and replace them with personnel of Prime Contractor or another subcontractor.  Upon such request, Subcontractor shall use all reasonable efforts to replace within five (5) business days such removed individual with a substitute employee of Subcontractor acceptable to Prime Contractor, having skills and training suitable to perform the Services.

(b)  Subcontractor agrees that the Government reserves the right to conduct background investigations of any of Subcontractor's personnel, including but not limited to verification of educational background and professional licensing, a check of any criminal convictions, or a credit check.  In any event, Subcontractor shall not assign any individual for whom it has knowledge of an adverse finding on any background check conducted.  Prime Contractor may reject the use of personnel, and demand replacement thereof, in response to any adverse finding.  Any Client Personnel security or background check requirements in addition to the foregoing are set forth in Exhibit H.

(c)  RESERVED.

---

Greystones000659



(d)  In the event that the performance of the Services requires Subcontractor personnel to enter any Government facility or Prime Contractor facility, Subcontractor shall ensure that such personnel abide by any applicable regulations or rules regarding the presence and actions of personnel at such facility.

### TERM / OPTION TERM.

The term of this Agreement shall begin on the date hereof and shall continue until the earlier of (a) the Base Period of Performance ("POP") as identified herein; (b) the termination date of the Prime Contract; or (c) termination pursuant to Section 11, Termination, hereof.

Prime Contractor, in its sole discretion, may unilaterally extend the term of this Agreement for an option period or up to four (4) available options periods, as specified herein.  The notice of Prime Contractor's intent to exercise any such option shall be delivered no less than ten (10) days prior to expiration of this Agreement.  The terms and pricing of each option period shall be as provided under this Agreement and, if not so specified, then the same terms and price under the current period shall apply and govern the option period.

### INCORPORATION OF PRIME CONTRACT PROVISIONS AND ORDER OF PRECEDENCE;  SUBCONTRACTOR'S REPRESENTATIONS AND CERTIFICATIONS.

(a)  The applicable provisions of the Prime Contract, which are attached hereto as Exhibit C, are hereby incorporated as if set forth in full text and form a part hereof.  Any inconsistency or ambiguity in the interpretation or performance of this Agreement shall be resolved by giving precedence in the following order:  (i) this Agreement, excluding the Exhibits; (ii) Exhibit C, Applicable Provisions of the Prime Contract; (iii) the Subcontract Task Order; and (iv) all other exhibits.

Subcontractor certifies that it has submitted representations and certifications either:

(1)                                By completing the annual representations and certifications electronically via the System for Award Management ("SAM") website at http://www.sam.gov.  After reviewing the SAM database information, Subcontractor certifies by execution of the Agreement that the representations and certifications currently posted electronically have been entered or updated within the last twelve (12) months, are current, accurate, complete as of the date of this Agreement and are incorporated in this Agreement by reference (*see* FAR 4.1201); or

(2)                                Directly to Prime Contractor to the following address:
ASR Analytics, LLC
ATTN:  Gina Anderson, Contracts Administrator
9466 Georgia Ave #2025
Silver Spring, MD 20910
Email:  Gina.Anderson@gcomsoft.com

(b)  Subcontractor's representations and certifications are incorporated herein by reference as if set forth in full text and constitute a material part of this Agreement.

(c)  Submission of representations and certifications is a condition of payment.  The Subcontractor shall notify Prime Contractor promptly if there are any material changes to any of its representations and certifications.

Greystones000660



9466 Georgia Ave #2025     Silver Spring, MD 20910     Phone: (301) 738-9502     Fax: (301) 738-9503

---

**Subcontractor's Compensation and Invoice.**

During the term of this Agreement, Prime Contractor agrees to compensate Subcontractor in accordance with each Subcontractor Task Order. Under no circumstances shall Prime Contractor be liable for any amount in excess of the total fixed price or "not-to-exceed" amount specified in each Subcontractor Task Order.

(a) **Fixed Price**. Upon final acceptance in accordance with the Section entitled "Inspection / Acceptance", Prime Contractor shall pay the fixed price amount as identified in the Subcontractor Task Order. Prime Contractor shall pay correct invoices within fifteen (15) days after Prime Contractor's receipt of payment from the Client.

Under no circumstances shall Prime Contractor be liable for any payment for Subcontractor's performance of the Services in excess of the fixed price specified in the Subcontractor Task Order, nor for any taxes or levies however characterized. Prime Contractor will not reimburse expenses unless expressly provided in the Subcontractor Task Order.

Invoice. Subcontractor shall invoice Prime Contractor in accordance with the Subcontractor Task Order. Invoices shall be submitted no later than the 10th calendar days after the close of the month covered by the invoice, or as specified in the individual Task Orders. Invoices submitted later than thirty (30) days after acceptance are subject to rejection. Invoices shall be signed and dated by the Subcontractor. Invoices shall be mailed/emailed to the address(es) in the Subcontractor Task Order. Invoices shall include, at a minimum, the following information: remittance information for ACH/ Direct Deposit or Wire Transfer, subcontract number, Taxpayer Identification Number ("TIN"), brief work description with the associated extended fixed price, as well as any additional information required in the Subcontractor Task Order. If expenses are allowed as provided in this Agreement, Subcontractor must provide copies of actual receipts in order to be reimbursable. The final invoice will list all prior invoices and will be accompanied by a release of claims and any assignment forms.

(b) **Time and Materials**. Prime Contractor agrees to compensate Subcontractor at the hourly or other billing rate identified in Exhibit B. Prime Contractor will not reimburse expenses unless expressly provided in the Subcontractor Task Order. Except as expressly provided under the PWS, no indirect costs, profit/fee or any other burden will be applied by Subcontractor to other direct costs ("ODCs").

Prime Contractor shall pay correct invoices within fifteen (15) days after Prime Contractor's receipt of payment from the Client. To the extent the Contracting Officer directs a withholding as provided under FAR 52.232-7(a), and to the extent such withhold pertains to the Subcontractor's work scope, Prime Contractor shall withhold such amounts from each invoice of Subcontractor. Payment to the Subcontractor of the amount withheld shall be upon the Prime Contractor's receipt of all amounts withheld from the Government with respect to the Subcontractor's Services, and the Prime Contractor's receipt of Subcontractor's release as prescribed by FAR 52.232-7(a).

Time and Materials and Cost Reimbursement Invoices. Subcontractor shall invoice Prime Contractor in accordance with the Subcontractor Task Order. Invoices shall be submitted no later than the 10th calendar days after the close of the month covered by the invoice, or as specified in the individual Task Orders. Invoices submitted later than thirty (30) days after acceptance are subject to rejection. Invoices shall be signed and dated by the Subcontractor, certifying that the costs included are correct, current, accurate and complete and, that each of the personnel provided by Subcontractor, including Subcontractor's lower-tier subcontractors, if any, are invoiced pursuant to their applicable LCATs as provided under Exhibit B. Invoices shall be mailed/emailed to the address(es) in the Subcontractor Task Order, unless otherwise stated therein. Invoices shall set forth cost elements in the same manner as set forth in the Subcontractor Task Order. Invoices shall include, at a minimum, the following information: remittance information for ACH/ Direct Deposit or Wire Transfer, subcontract number, TIN, LCAT,

---

Greystones000661



Resource Name, Number of Hours, brief work description with the associated extended fixed price, as well as any additional information required in the Subcontractor Task Order.  If expenses are allowed as provided in this Agreement, Subcontractor must provide copies of actual receipts in order to be reimbursable.  The final invoice will list all prior invoices and will be accompanied by a release of claims and any assignment forms.

(c)  **Cost Reimbursement**.  Payment to the Subcontractor shall be at the billing rates by LCAT identified in Exhibit B; plus the direct cost for any ODCs as identified in the Subcontractor Task Order.  All costs incurred must be 1] allowable and allocable in accordance with FAR Part 31 in effect on the date of this Agreement, and 2] reimbursable as provided hereunder.  Prime Contractor will not reimburse expenses unless expressly provided in the Subcontractor Task Order.  Except as expressly provided under the PWS, no indirect costs, profit/fee or any other burden will be applied by Subcontractor to other direct costs.

Final Invoice.  The final invoice will list all prior invoices and will be accompanied by a release of claims and assignment forms, as provided in the paragraphs below.

Reimbursable Costs.  For the purpose of reimbursing allowable costs the term "costs" includes only (i) those recorded costs that, at the time of the request for reimbursement, Subcontractor has paid by cash, check, or other form of actual payment for items or services purchases directly for this Agreement; and (ii) the amount of approved financing payments that have been paid by cash, check, or other forms of payment to Subcontractor's lower-tier subcontractors.  Allowable direct costs under this Agreement include Subcontractor's approved indirect cost rates currently established with the Defense Contract Audit Agency ("DCAA").

Final indirect cost rates.  (1) Final annual indirect cost rates and the appropriate bases shall be established in accordance with FAR Subpart 42.7 in effect for the period covered by the indirect cost rate proposal. (2) (i) Subcontractor shall submit to Prime Contractor its proposed final indirect cost rates and supporting cost data within the six-month period following the expiration of each of its fiscal years, or such later date as may be approved by Prime Contractor, and (ii) the proposed rates shall be based on Subcontractor's actual cost experience for that period.  Prime Contractor and Subcontractor shall establish the final indirect cost rates as promptly as practical after receipt of Subcontractor's proposal. (3) Subcontractor and Prime Contractor shall execute a written understanding setting forth the final indirect cost rates.  The understanding shall specify (i) the agreed-upon final annual indirect cost rates, (ii) the bases to which the rates apply, (iii) the periods for which the rates apply, (iv) any specific indirect cost items treated as direct costs in the settlement, and (v) the affected contract and/or subcontract, identifying any with advance agreements or special terms and the applicable rates.  The understanding shall not change any monetary ceiling, contract obligation, or specific cost allowance or disallowance provided for in this Agreement.  The understanding is incorporated into this Agreement upon execution. (4) Failure by the parties to agree on a final annual indirect cost rate shall be a dispute within the meaning of the Disputes clause.

Prime Contractor shall pay correct invoices within fifteen (15) days after Prime Contractor's receipt of payment from the Client.  To the extent the Government Contracting Officer directs a withholding as provided under the Prime Contract and to the extent such withholding pertains to the Subcontractor's work scope, Prime Contractor shall withhold such amounts from each invoice of Subcontractor.  If the Subcontractor becomes aware that the Prime Contractor has overpaid on an invoice, the Subcontractor immediately shall provide written notice thereof and remit the entire overpayment amount to the Prime Contractor. The prime contractor may offset such amounts from any future payments to the Subcontractor.

Payment to the Subcontractor of the balance of allowable costs and any unpaid fee shall be upon (i) the Prime Contractor's receipt of a completion invoice as provided under FAR 52.216-7 (d)(5); (ii) the Prime Contractor's receipt of, or the assignment to the Government of, any refunds, rebates, credits or any other amounts due from Subcontractor; (iii) a release discharging

Greystones000662

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

the Prime Contractor from all liabilities, obligations and claims arising under this Agreement; and (iv) the Prime Contractor's receipt of all amounts withheld by the Government with respect to the Subcontractor's Services.

**5.A.   LIMITATION OF COST/LIMITATION OF FUNDS; OVERTIME.**

Limitation of Cost (T&M / Cost Reimbursement only).

(a)  It is estimated that the total cost to Prime Contractor, exclusive of any fee, (or the ceiling price in the case of a T&M task order) for the performance of this Agreement will not exceed the estimated cost/ceiling price (as applicable) set forth in the Agreement, and Subcontractor agrees to use its best efforts to perform the work specified in the Agreement and all obligations under this Agreement within such estimated cost/ceiling price, as applicable.  If at any time Subcontractor has reason to believe that the costs (or hourly rate payments and material costs in the case of a T&M task order) which it expects to incur in the performance of this Agreement in the next succeeding sixty (60) days, when added to all costs (inclusive of all labor and materials) previously incurred, will exceed seventy-five per cent (75%) of the estimated cost or ceiling price (as applicable), then set forth in the Agreement, or if, at any time, Subcontractor has reason to believe, in the case of a cost reimbursement task order, that the total cost to Prime Contractor, exclusive of any fixed fee, for the performance of this Agreement will be either greater or substantially less than the then estimated cost thereof, Subcontractor shall notify Prime Contractor in writing to that effect, giving its revised estimate of such total cost/ceiling price, as applicable, for the performance of this Agreement.

(b)  Prime Contractor shall not be obligated to reimburse Subcontractor for costs incurred in excess of the estimated cost set forth in the Agreement, and Subcontractor shall not be obligated to continue performance under this Agreement or to incur costs in excess of the estimated cost set forth in the Agreement, unless and until Prime Contractor shall have notified Subcontractor in writing that such estimated cost has been increased and shall have specified in such notice a revised estimated cost which shall thereupon constitute the estimated cost of performance of this Agreement.  No such increase in the estimated cost shall entitle the Subcontractor to any increase in the fee to be paid to the subcontractor unless the increase in cost is caused by an increase in scope.

Limitation of Funds (Cost Reimbursement only).  If limited incremental funds are allotted by the Prime Contractor to the Subcontractor under this Agreement, then such sum shall become an absolute limitation of liability of the Prime Contractor to the Subcontractor under this Agreement.  This sum may be increased from time to time solely at the discretion of Prime Contractor.  Upon the making of any such increase, Prime Contractor shall notify Subcontractor in writing of the amount thereof.  Notwithstanding any other provisions of this Agreement, (i) Subcontractor shall not be bound to take any action in connection with the performance of this Agreement which would cause the amount for which Prime Contractor would be obligated hereunder to exceed the sum then allotted to this Agreement; (ii) Prime Contractor shall not be obligated to pay to the Subcontractor either for reimbursement of costs or fee or otherwise, including upon termination, any amount in excess of the sum allotted to this Agreement; and, (iii) If at any time Subcontractor has reason to believe that the costs which it expects to incur in the performance of this Agreement in the next succeeding sixty (60) days, when added to all costs previously incurred, will exceed seventy-five per cent (75%) of the difference between the sum then allotted to this Agreement and a proportionate amount of the fee, if any, set forth in the Agreement, it shall notify Prime Contractor in writing to that effect.

Termination.  If Prime Contractor determines that the estimated cost or the funds then allotted has been expended and that the estimated cost or the sum allotted, as the case may be, will not be increased as provided herein, Prime Contractor shall terminate this Agreement for the convenience of Prime Contractor pursuant to the clause hereof entitled "Termination."

Greystones000663



<u>Payment for Overtime Premiums</u>.  The Subcontractor agrees to notify Prime Contractor promptly of any proposed overtime that may be required under this Agreement. In no event shall Subcontractor be compensated for any overtime without the prior written authorization of the Prime Contractor.

**COMMUNICATION WITH CLIENT.**

Prime Contractor shall be responsible for coordination of all interactions with the Client relative to the Prime Contract.  The Subcontractor shall have no direct communication with the Client regarding the Services being performed under the Prime Contract or Subcontractor Task Order, written or oral, without the prior consent of Prime Contractor.  Subcontractor shall promptly inform Prime Contractor of any communications it receives from the Client relative to the Prime Contract or Subcontractor Task Order.  The only exception shall be communications in the normal course of performance when Subcontractor's personnel are at a Client site.

**CHANGES.**

(a)  Prime Contractor may at any time, by written notice, and without notice to sureties, if any, make changes within the general scope of this Agreement in any one or more of the following: (i) description of services to be performed; (ii) time of performance (i.e., hours of the day, days of the week, etc.); (iii) place of performance of the services; (iv) drawings, designs or specifications when supplies to be furnished are to be specially manufactured hereunder in accordance with the drawings, designs or specifications; (v) method of shipping or packing of the supplies; (vi) place of delivery; or (iv) Government or Prime Contractor furnished property.

(b)  If any change causes an increase or decrease in the ceiling or contract price or the estimated cost, as applicable, or the time required for performance of any part of the Services under this contract, or otherwise affects, directly or indirectly, any other terms and conditions of this Agreement, Prime Contractor will make an equitable adjustment in the contract price, ceiling price, or the estimated cost and fixed fee, as applicable, and, the delivery schedule or other affected terms and will modify the contract accordingly.  In the case of an incrementally funded contract, in no event shall any equitable adjustment hereunder be deemed to increase the funding limitations set forth in this Agreement.

(c)  Should Subcontractor believe that Prime Contractor has provided direction to perform Services not required under this Agreement, Subcontractor's sole remedy is to seek an equitable adjustment pursuant to this "Changes" clause.

(d)  Any claim for an equitable adjustment by Subcontractor pursuant to this "Changes" clause must be submitted in writing to Prime Contractor within twenty (20) days from the date of notice of the change or contractual direction, unless the parties agree in writing to a longer period.

(e)  Failure to agree to any adjustment shall be resolved in accordance with the disputes procedures of this Agreement.  However, nothing contained in this "Changes" clause shall excuse Subcontractor from proceeding without delay in the performance of this Agreement as changed.

(f)  Contractual direction, including any changes, alterations, or modifications to this Agreement must be made in writing by the Prime Contractor authorized representative identified in Exhibit A.

**OWNERSHIP OF MATERIALS RELATED TO SERVICES.**

Greystones000664

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025      Silver Spring, MD 20910      Phone: (301) 738-9502      Fax: (301) 738-9503

---

(a)  Subcontractor grants to Client and the Prime Contractor the applicable license rights provided under the technical data and computer software rights clauses incorporated by reference or set forth in full text in <u>Exhibit C</u>.

(b)  Subcontractor grants to Prime Contractor the license right to use any technical data or computer software delivered or developed under this Subcontract by Subcontractor to the extent required for Prime Contractor to perform its services under the Prime Contract.

**9.  INSPECTION/ACCEPTANCE.**

(a)  The Prime Contractor has the right to inspect and test all services at any time and place during the term of the Agreement. Prime Contractor may wait to inspect the Services until after the Services are inspected by the Government.  Notwithstanding any payments made to Subcontractor, Prime Contractor reserves the right to reject any non-conformity with the PWS and to seek the remedies provided hereunder.  No Services will be deemed accepted unless Prime Contractor provides its acceptance in writing.  Interim acceptances or approvals of components or partially completed Services shall not limit Prime Contractor's right to reject a system, or a final deliverable comprising more than one component, as non-conforming to the contract requirements.  Notice of all corrections to defective services must be given in writing.  This clause shall apply in the same manner to corrected or replaced materials.

(b)  <u>Cost Reimbursement Task Orders</u>.  If any of the Services performed do not conform with the contract requirements, the Prime Contractor may require the Subcontractor to perform the Services again in conformity with the Subcontractor Task Order requirements with no additional fee. When the defects in Services cannot be corrected by reperformance, the Prime Contractor may (1) require the Subcontractor to take necessary action to ensure that future performance conforms to contract requirements; and (2) reduce any fee payable under the contract to reflect the reduced value of the services performed.

If the Subcontractor fails to promptly perform the Services again or take the action necessary to ensure future performance in conformity with the contract requirements, the Prime Contractor may (1) by contract or otherwise, perform the Services and reduce any fee payable under the contract; or (2) terminate the Agreement for default.

(c)  <u>Time and Materials Task Orders</u>.  If any of the Services performed do not conform with the Subcontractor Task Order requirements, the Prime Contractor may require the Subcontractor to replace or correct the Services that failed to be in conformity with the requirements.  Except as provided in the paragraph below, the cost of replacement or correction shall be determined in accordance with the payment provisions hereof, however, the hourly rate for labor hours incurred for replacement/correction shall be reduced by ten percent (10%), if not otherwise specified, to exclude the portion attributable to profit.  If the Subcontractor fails to proceed promptly with corrections/replacement, the Prime Contractor may perform the replacement or correction at Subcontractor's expense or deduct those amounts from amounts owed to Subcontractor under the contract; or, terminate the contract for default.

Notwithstanding the above, Prime Contractor may direct correction or replacement of defective Services or materials, without cost to the Prime Contractor, in those cases of fraud, lack of good faith or willful misconduct.  To the extent consistent with this clause and if included in <u>Exhibit C</u> hereof, FAR 52.246-6 (Inspection Time and Material and Labor Hour) or FAR 52.212-4 (a\ (Alt. I) shall apply in addition to this clause, as if set forth here in full.

(d)  <u>Fixed Price Task Orders</u>.  If any Services do not conform with the requirements of this Agreement or Subcontractor Task Order, Prime Contractor may require Subcontractor to re-perform the Services in conformity with the requirements, at no increase in the price.  Services are nonconforming and subject to rejection when they are defective in material or workmanship

---

Greystones000665

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

or are otherwise not in conformity with the contract requirements.  If the Services cannot be re-performed to conform to the requirements, Prime Contractor may (i) require Subcontractor to take necessary action to ensure that future performance conforms to contract requirements; and (ii) reduce the price to reflect the reduced value of the Services performed; or (iii) terminate the contract for default.

If Subcontractor fails to promptly perform the Services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Prime Contractor may:  (i) by contract or otherwise, perform the Services and charge to Subcontractor any cost incurred by Prime Contractor that is directly related to the performance of such Service; or (ii) terminate the Agreement for default.  To the extent consistent with this clause and if included in <u>Exhibit C</u> hereof, FAR 52.246-4 (Inspection Services Fixed Price) or FAR 52.212-4(a) shall apply in addition to this clause, as if set forth here in full.

**SUBCONTRACTOR'S WARRANTIES.**

(a)  Subcontractor represents and warrants that the Services will be performed in a professional and workmanlike manner consistent with generally accepted industry practices.  Subcontractor agrees to, and warrants the Services in accordance with, Warranty of Services FAR 52.246-20.  The period within FAR 52.246-20(a) is thirty (30) days.  Except for the express warranties contained in this Agreement, Subcontractor disclaims all other warranties, including the implied warranties of merchantability and fitness for a particular purpose.

(b)  RESERVED.

**TERMINATION / SUSPENSION OF WORK / NOTICE OF DELAY.**

(a)  <u>Notice of Delay</u>.  If Subcontractor has knowledge that any actual or potential condition is delaying or threatens to delay the timely performance of this Agreement of Subcontractor Task Order, Subcontractor shall inform Prime Contractor promptly in writing of such delay and the reasons therefore.  In no event will such notice result in any waiver of Prime Contractor's rights under the Agreement.

(b)  <u>Suspension of Work</u>.  Prime Contractor may suspend performance of this Agreement or Subcontractor Task Order, in whole or in part, upon written notice to Subcontractor and recommence work upon Subcontractor's receipt of written notice from the Prime Contractor.  Subcontractor may claim an equitable adjustment to the Agreement only to the extent such costs are allowed by the Government under the Prime Contract with respect to Subcontractor's work.

(c)  <u>Termination – Cost Reimbursement / Time and Materials.</u>

(1)  Prime Contractor may terminate performance of work under this Agreement in whole or, from time to time, in part, if–(i) Prime Contractor determines that a termination is in Prime Contractor's interest; or (ii) Subcontractor defaults in performing under this Agreement and, for other than delay in delivery, fails to cure the default within ten (10) days after receiving a notice specifying the default.  Default includes failure to make progress in the work so as to endanger performance.

(2)  Prime Contractor shall terminate by delivering to Subcontractor a Notice of Termination specifying whether termination is for default of the Subcontractor or for convenience of Prime Contractor, the extent of termination, and the effective date.  If, after termination for default, it is determined that Subcontractor was not in default or that Subcontractor's failure to perform or to make progress in performance is due to causes beyond the control and without the fault or negligence of Subcontractor

Greystones000666



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

as provided under the Force Majeure clause, the rights and obligations of the parties will be the same as if the termination was for the convenience of Prime Contractor.

(3)  After receipt of a Notice of Termination, and except as directed by Prime Contractor, Subcontractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause: (i.) stop work as specified in the notice; (ii.) place no further lower-tier subcontracts or orders, except as necessary to complete the continued portion of the Subcontractor Task Order; (iii.) terminate all lower-tier subcontracts to the extent they relate to the work terminated; (iv.) assign to Prime Contractor, as directed by Prime Contractor, all right, title, and interest of Subcontractor under the lower-tier subcontracts terminated, in which case Prime Contractor shall have the right to settle or to pay any termination settlement proposal arising out of those terminations; (v.) transfer title (if not already transferred) and, as directed by Prime Contractor, deliver to Prime Contractor all Client/Government Furnished Information (GFI) and Client/Government Furnished Property (GFP); (vi.) complete performance of the work not terminated; (vii.) take any action that may be necessary, or that Prime Contractor may direct, for the protection and preservation of the property related to this Agreement that is in the possession of Subcontractor and in which Prime Contractor has or may acquire an interest.

(4) If Subcontractor and Prime Contractor fail to agree in whole or in part on the amount of costs and/or fee to be paid because of the termination of work, Prime Contractor shall determine, on the basis of information available, the amount, if any, due Subcontractor, and shall pay that amount which shall include:

(i)                          For Cost Reimbursement Orders.  (a) All reimbursable costs not previously paid incurred before the effective date of termination; all reimbursable costs incurred after the effective date of termination which are unavoidable, including contractually obligated costs; approved termination settlement costs (including terminated subcontracts) as provided herein; and, (b) if a termination for default, the total fee payable shall be the proportionate amount of conforming services to the total like services accepted by the Government; if a termination for convenience, the total fee payable shall be calculated based on the percentage of completion of the total amount of Services.  In both cases, the fee payable at termination shall be less previous payments of fee.

(ii)                          For Time and Materials Orders.  (a) If a termination for convenience, the amount of direct labor hours expended before the effective date multiplied by the applicable labor rate, less hourly rate payments already made; material expenses incurred in accordance with this Agreement; any approved labor and material expenses incurred after the effective termination date; and, approved termination settlement costs (including terminated subcontracts) as provided herein; (b) if a termination for default, the same calculation as the above, less any amount for settlement proposal preparation costs and the portion of the hourly rate attributable to profit for Services not finally accepted.

(5)  The cost principles and procedures in FAR Part 31 and the termination procedures in FAR Part 49 shall govern all costs claimed, subject to reimbursement, agreed to, or determined under this clause.  Subcontractor shall be entitled to reimbursement of termination costs only to the extent of the Prime Contractor's recoupment of Subcontractor's proposed termination settlement costs from the Government, which must be submitted by Subcontractor in accordance with FAR Part 49 within six (6) months of the effective date of termination otherwise all such claimed costs are waived.

(6)  In arriving at the amount due the Subcontractor under this clause, there shall be deducted—(1) all unliquidated advance or other payments to Subcontractor, under the terminated portion of this Agreement; (2) any claim which the Prime Contractor has against Subcontractor under this Agreement; and (3) the agreed price for, or the proceeds of sale of materials, supplies, or other things acquired by Subcontractor or sold under this clause and not recovered by or credited to the Prime Contractor.  If the total payments exceed the amount finally determined to be due, Subcontractor shall repay the excess to Prime Contractor upon demand.

Greystones000667



(d)  Termination for Default / Convenience / Fixed Price.

(1)  Default.
(a)   Prime Contractor may, by written notice of default to Subcontractor, terminate this Agreement in whole or in part if Subcontractor fails to: i) provide the Services within the time specified in this Agreement or any extension; ii) make progress, so as to endanger performance of this Agreement; or iii) perform any of the other provisions of this Agreement.
(b)  Prime Contractor's right to terminate this Agreement for default pursuant to (a)(ii) and (a)(iii) above may be exercised if Subcontractor does not cure such failure within ten (10) days (or more if authorized in writing by Prime Contractor) after receipt of the notice from Prime Contractor specifying the failure.
(c)  If Prime Contractor terminates this Agreement for default in whole or in part, it may acquire, under the terms and in the manner Prime Contractor considers appropriate, Services similar to those terminated, and Subcontractor will be liable to Prime Contractor for any excess costs for those Services ("Reprocurement Costs").  However, Subcontractor shall continue the work not terminated.
(d)  If this Agreement is terminated for default, Prime Contractor may require Subcontractor to transfer title and deliver to Prime Contractor, as directed by Prime Contractor, any completed or partially completed Services that Subcontractor has specifically produced or acquired for the terminated portion of this Agreement.   Upon direction of Prime Contractor, Subcontractor shall also protect and preserve property in its possession in which Prime Contractor or Client has an interest.
(e)  Prime Contractor shall pay the price in the Subcontractor Task Order for completed Services delivered and finally accepted up to the effective date of termination. Subcontractor and Prime Contractor shall agree on the amount of payment for Services delivered and accepted and for the protection and preservation of the property.  Failure to agree will be a dispute under the Disputes clause.  Prime Contractor may withhold from these amounts any sum Prime Contractor determines to be necessary to protect Prime Contractor against any loss due to Subcontractor's default.
(f)  If, after termination, it is determined that Subcontractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of Prime Contractor.

(2)  Convenience.
Prime Contractor, with fifteen (30) calendar days' written notice, may terminate this Agreement, in whole or in part, for its convenience.  If this Agreement is terminated for convenience, Prime Contractor's sole liability shall be for (i) payment under the payment provisions of this Agreement for Services that are delivered before the effective date of termination, provided that such Services are ultimately accepted; and (ii) to the extent reimbursed by the Government, payment of Subcontractor's proposed termination costs in accordance with FAR Part 49.

(e)  Prime Contractor may terminate this Agreement immediately upon written notice to Subcontractor if Prime Contractor determines that the performance of any part of this Agreement, or the Services would be in conflict with law, or independence or professional rules.

CONFIDENTIAL INFORMATION.

The Parties shall not disclose and shall protect from disclosure all of the other Party's and Client confidential and or proprietary information, acquired under this Agreement, during the term of the Agreement and for a period of three (3) years following the termination of this Agreement.

The Parties shall not use or duplicate, in any way, any Proprietary Information, including trade secrets, belonging to or supplied by or otherwise made available by the other Party, with the exception of such duplication as required for the performance of

Greystones000668



work or the rendering of services for the other Party or at the direction of the other Party. By definition, all proprietary materials will be clearly stamped and identified as such.

The Parties shall not, without first obtaining the written permission of the other Party, divulge to any other person or organization for any reason, any Proprietary Information belonging to or supplied or otherwise made available by the other Party relating to processes, designs, formulas, products, manufacturing methods, techniques, or any business in which the other Party is engaged.

If either Party desires to employ Proprietary Information in the performance of tasks assigned hereunder which the Party wishes to hold outside the requirements of this clause, that Party shall obtain written approval from the other Party prior to the use of said Proprietary Information.

For purposes of this Agreement, "Confidential Information" or "Proprietary Information" means all information in whatever form relating to the past, present or future business concepts, plans or affairs of a Party or its clients, including without limitation, research, development or technical information or data, drawings, computer programs, trading methods, diagrams, specifications, concepts, theories, methods, processes, programs, costs and pricing data, business plans, operations or systems, of a Party or another party whose information the Party has in its possession under obligations of confidentiality, which is disclosed orally or in writing by a Party during the term of this Agreement.

Notwithstanding anything to the contrary herein, "Confidential Information" shall not include information that (A) was previously known to Subcontractor free of any obligation to keep it proprietary, (B) is disclosed to third parties by Prime Contractor without restriction, (C) is or becomes publicly available by other than unauthorized disclosure, (D) has been independently developed by the receiving party without reference to the disclosing party's confidential information, or (E) is disclosed pursuant to the lawful order of a court or governmental body.

Following the receipt of any item or communication consisting of or relating to the Confidential Information, Contractor shall:

(a)  Restrict disclosure of the information solely to those individuals that have a need to know and that have executed a written confidentiality agreement obligating them (expressly or implicitly) to protect the Confidential Information, and shall not disclose it to other parties;
(b)  Advise those individuals to whom it is disclosed of the obligation to protect and not disclose the Confidential Information; and
(c)  Use the information only for the purpose contemplated by the Parties under the terms of this Agreement, and for no other purpose.

Within twenty (20) days of the disclosing party's request, the receiving party will return all Confidential Information existing in any form, or, upon disclosing party's authorization, shall destroy all such information.

### INDEPENDENT CONTRACTOR.

Subcontractor's relationship with Prime Contractor is that of an independent contractor and nothing in this Agreement shall be construed as creating a partnership, joint venture, or employer-employee relationship.  Nothing in this Agreement shall be deemed to constitute Subcontractor or Prime Contractor the agent of the other.  Neither Subcontractor nor Prime Contractor shall be or become liable or bound by any representation, act or omission whatsoever of the other.  Each party shall be solely responsible for the payment of compensation of its own personnel, agents, lower-tier subcontractors, and other contractors

Attorney's Eyes Only



performing in connection with this Agreement.  Neither party shall be responsible for the payment or compensation of any of the other party's employment benefits, however these benefits are characterized.

Prime Contractor will not: (1) withhold state or federal income tax from Subcontractor's payments; (2) withhold Social Security and Medicare taxes from Subcontractor's payments or make such tax payments on Subcontractor's behalf; or (3) make state or federal unemployment contributions on Subcontractor's behalf.  Subcontractor will pay all applicable taxes related to the performance of services under this Agreement—including income, Social Security, Medicare, and self-employment taxes. Subcontractor will also pay any unemployment contributions related to the performance of Subcontractor services under this Agreement.  Subcontractor will reimburse Prime Contractor if Prime Contractor is required to pay such taxes or unemployment contributions for Subcontractor services.

### NONASSIGNABILITY/CONSENT TO SUBCONTRACT.

Subcontractor shall not assign, transfer, or subcontract all or any portion of this Agreement or any of its obligations hereunder without the Prime Contractor's express, prior written permission.

### DISPUTES UNDER THE PRIME CONTRACT.

(a)  To the extent the Client requires a mandatory disputes resolution process pursuant to statute, regulation, or contract (the "Disputes Process") which governs the resolution of questions of law or fact relating to the Prime Contract, all of the Subcontractor claims, controversies or disputes concerning matters which pertain to disputes cognizable under the Disputes Process shall be governed by the provisions of this Disputes Process and the Subcontractor shall provide Prime Contractor, with a timely and detailed written notice of any such claims or controversies.  Any decision under the Disputes Process relating to the Agreement or the Subcontractor's performance hereunder shall be conclusive and binding upon the Subcontractor unless appealed and reversed.  Prime Contractor shall notify the Subcontractor of any such decision within ten (10) calendar days of Prime Contractor's receipt thereof.

(b)  In the event Prime Contractor elects to appeal any such decision, pursuant to the Disputes Process, the Subcontractor shall provide Prime Contractor with reasonable assistance in the prosecution of such appeal including, but not limited to, reasonable access to the Subcontractor's personnel and non-privileged documents.  The Subcontractor further agrees to reimburse Prime Contractor for any and all reasonable costs associated with an appeal arising out of or relating to the Agreement, taken upon behalf of the Subcontractor.  However, if the Subcontractor notifies Prime Contractor in writing that such an appeal should not be taken upon the Subcontractor's behalf, Prime Contractor shall have the right to continue such an appeal upon behalf of Prime Contractor and the Subcontractor with the Subcontractor providing reasonable assistance in the prosecution of such an appeal as described herein.

(c)  In the event Prime Contractor elects not to appeal any such decision pursuant to the Disputes Process of the Prime Contract, Prime Contractor shall so notify the Subcontractor in writing within fourteen (14) calendar days of Prime Contractor's receipt of such decision.  If within ten (10) calendar days of receipt of Prime Contractor's notice of a decision not to appeal any such decision, the Subcontractor requests Prime Contractor, in writing, to appeal the decision, Prime Contractor may, at its sole discretion, elect to do so at the sole expense of the Subcontractor provided such an appeal would not be in violation of any civil or criminal statute.  If Prime Contractor is required to submit a certification to the Government regarding a claim submitted pursuant to the Contract Disputes Act, Subcontractor will make available to Prime Contractor all data and documentation that is necessary or appropriate to support or confirm the certification.  Subcontractor shall indemnify Prime Contractor, for any claim, loss or liability that Prime Contractor may incur with respect to any such certificate submitted to the Government.  If

Greystones000670

DocuSign Envelope ID: AE81CF7E-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

---

Prime Contractor appeals any such Final Decision, whether at its election or at the Subcontractor's request, a final judgment in any such appeal, if binding upon Prime Contractor under the Prime Contract, shall in turn be binding upon the Subcontractor and Prime Contractor under the Agreement.  Further, the Subcontractor shall be solely responsible for providing any and all information requested by Prime Contractor to support appeals pursuant to the Disputes Process.

(d)  As used herein, the term "appeal" shall include any and all proceedings taken by Prime Contractor before a Government agency, and, if applicable, a Board of Contract Appeals, and any court.  The Subcontractor shall be conclusively bound by any decision of any such dispute resolution forum or tribunal.  Pending completion of Agreement or final disposition of a dispute pursuant to this Section that releases Subcontractor from performance, the Subcontractor shall, at all times, proceed diligently with the performance of the Agreement.

### DISPUTES / WAIVER OF JURY TRIAL

(a)  For any dispute that is not cognizable under Section 15 of this Agreement and that cannot be amicably resolved within a reasonable period of time, Prime Contractor and Subcontractor hereby irrevocably consent to exclusive and personal jurisdiction in the State of Maryland, and either party may pursue any right or remedy available at law and/or equity in that State.  **Each of the Parties hereby irrevocably waives all right to trial by jury in any action, proceeding or counterclaim (whether in contract, statute, tort (including without limitation negligence or otherwise) relating to this Agreement.**  Pending completion of the Agreement or final disposition of a dispute pursuant to this Section that releases Subcontractor from performance, the Subcontractor shall, at all times, proceed diligently with the performance of the Agreement.

### NOTICES.

All notices permitted or required under this Agreement shall be in writing and shall be by personal delivery, a nationally recognized overnight courier service, facsimile transmission, certified or registered mail, return receipt requested, or email with confirmation of receipt requested.  Notices shall be deemed given upon the earlier of actual receipt or one (1) day after deposit with the courier service, receipt by sender of confirmation of electronic transmission or five (5) days after deposit with the U.S. Postal Service.  Notices shall be sent to the addresses set forth in this Agreement, with a copy to Prime Contractor, ASR Analytics, Office Manager, 1389 Canterbury Way, Potomac, MD 20854, or to such other address as either party may specify in writing.

### SEVERABILITY.

In the event that any term or provision of this Agreement shall be held to be invalid, void, or unenforceable, then the remainder of this Agreement shall not be affected, impaired, or invalidated, and each such term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

### WAIVER.

No failure on the part of either party to exercise, and no delay in exercising, any right, remedy, or power under this Agreement shall operate as a waiver.  Nor shall any single or partial exercise of any such right; remedy or power preclude any other or further exercise of any other right, remedy, or power.

### GOVERNING LAW.

Greystones000671



9466 GEORGIA AVE #2025       SILVER SPRING, MD 20910       PHONE: (301) 738-9502       FAX: (301) 738-9503

This Agreement, performance hereunder, and any remedies available to the parties shall be governed by and construed in accordance with the laws of the State of Maryland, without regard to its choice of laws rules.

### INTEGRATION.

This Agreement constitutes the entire agreement of the parties hereto and supersedes all prior and contemporaneous representations, proposals, discussions, and communications, whether oral or in writing.  This Agreement may be modified only in a written amendment signed by an authorized representative of the parties.

### PUBLICITY.

Any news release, advertisement or other form of publicity concerning subcontractor's efforts in connection with this agreement shall be subject to the written approval of the Prime Contractor.  Such approvals shall not be unreasonably delayed or withheld by the Prime Contractor.

### INDEMNIFICATION; LIMITATION OF LIABILITY.

(a)  <u>General</u>.  Subcontractor will defend the Prime Contractor against any claim by any third party from and against any and all claims, losses, penalties, expenses (including reasonable lawyer's fees), demands or judgments related to 1] defective cost or pricing data (excluding Prime Contractor mark-up), as certified in Subcontractor's or its prospective lower-tier subcontractors' Certificates of Current Cost or Pricing Data; 2] income or employment related taxes or benefits associated with Subcontractor's employees or personnel; or, 3] bodily injury, death or damage to real or tangible property which result from or arise out of the negligence or willful misconduct of the Subcontractor during its performance of services under this Agreement.  Subcontractor shall pay the amount of any resulting adverse final judgment or, a settlement to which the Subcontractor consents.  Prime Contractor will (i) notify the Subcontractor in writing, specifying the nature of the action, and (ii) cooperate with the Subcontractor at the Subcontractor's expense in all reasonable respects in connection with the defense of any such action.  Subcontractor shall make no settlement involving consideration, concessions, or agreements other than the payment of money and the exchange of releases without the Prime Contractor's consent, which consent shall not be unreasonably delayed or withheld.

(b)  <u>Intellectual Property</u>.  Subcontractor shall indemnify and hold harmless Prime Contractor and its employees from liability of any nature or kind ("Liability") to the extent such Liability results from a third party claim that the Services or materials provided by Subcontractor infringe upon a third party's intellectual property rights.  Prime Contractor shall promptly notify Subcontractor in writing of any claim of infringement.  Subcontractor will defend such claim at its expense and will pay any costs or damages that may be finally awarded against Prime Contractor.  Subcontractor will not indemnify Prime Contractor, however, to the extent the claim of infringement is caused by (i) Prime Contractor's misuse or modification of the Services; (ii) Prime Contractor's failure to use corrections or enhancements made available by Subcontractor; (iii) information, direction, specification or materials provided by Prime Contractor.  If the Services are, or in Subcontractor's opinion are likely to be, held to be infringing, Subcontractor shall at its expense and option either procure the right for the Government to continue using it or modify or replace it with a non-infringing equivalent.  Prime Contractor will give the Subcontractor the right to control and direct the preparation of a defense or the settlement of any such claim; except, Subcontractor shall not concede any liability on the part of Prime Contractor without its prior written consent.

Greystones000672



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

(c) <u>LIMITATION OF LIABILITY</u>.  NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR ANY SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF BUSINESS OR LOSS OF PROFITS, ARISING OUT OF OR IN CONNECTION WITH THE PERFORMANCE OR NON-PERFORMANCE UNDER THIS AGREEMENT.

EXCEPT FOR THE INDEMNIFICATION OBLIGATIONS PROVIDED HEREIN, CLAIMS BY THE GOVERNMENT UNDER THE PRIME CONTRACT DIRECTLY RESULTING FROM SUBCONTRACTOR'S BREACH OF THIS AGREEMENT, VIOLATIONS OF LAW (INCLUDING THE FOREIGN CORRUPT PRACTICES ACT AND THE FALSE CLAIMS ACT), OR TO THE EXTENT OF A PARTY'S BAD FAITH OR WILLFUL MISCONDUCT, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR AN AMOUNT IN EXCESS OF THE FEES PAYABLE UNDER THE TASK ORDER TO WHICH A CLAIM, DAMAGE OR LIABILITY RELATES.

**INSURANCE.**

Throughout the term of this Agreement, and for a period of one (1) year thereafter if the insurance is claims-based, Subcontractor shall maintain and shall not commence Services under this Agreement until it has obtained all of the insurance required as set forth in <u>Exhibit D</u>, incorporated herein and attached hereto.  Subcontractor shall provide no less than thirty (30) calendar days' written notice to Prime Contractor prior to any material modification, cancellation, or non-renewal of such policies.  The Subcontractor shall not allow any lower-tier subcontractor to commence services under a subcontract until the lower-tier subcontractor has obtained all necessary insurance as required in <u>Exhibit D</u>, or the Subcontractor has insured the subcontractor under its own insurance policies.

**FORCE MAJEURE.**

Neither party will be liable for any delays resulting from circumstances beyond its reasonable control.  In the event of any force majeure event, Subcontractor shall promptly notify Prime Contractor of the event that may cause a delay and take all reasonable actions to mitigate the impact of the delay.  In no event will a force majeure event excuse delays in performance not directly attributable to the event.

**SURVIVAL.**

Provisions regarding ownership, limitations of liability, dispute resolution, indemnification, governing law, confidentiality, severability, waivers, access to records, compliance with laws, waiver of jury trial, order of precedence, notice, and insurance will survive the expiration or termination of this engagement.

**ORGANIZATIONAL & PERSONAL CONFLICTS OF INTEREST.**

Subcontractor acknowledges the principal types of organizational conflicts of interest (OCI): a] unequal access to non-public information that yields a competitive advantage in a competitive procurement; b] the setting of biased ground rules for another procurement arising from the performance of a government contract; and c] impaired objectivity which may include the evaluation of offers or of a party's performance to which the Subcontractor has an interest.  Subcontractor represents and warrants that to the best of its knowledge and belief, and except as otherwise disclosed, it does not have an actual or potential OCI as described in the FAR Subpart 9.5 or other applicable law, legal decision, or regulation.  Subcontractor further affirms that it will not accept work during the term of this Agreement which would create an OCI.

Subcontractor confirms its compliance with the requirements of FAR 52.203-16 <u>Preventing Personal Conflicts of Interest</u> (Dec 2011) and certifies accordingly, pursuant to the attached certification under <u>Exhibit E</u>, incorporated hereunder and made a part

Greystones000673



9466 Georgia Ave #2025       Silver Spring, MD 20910       Phone: (301) 738-9502       Fax: (301) 738-9503

---

hereof. Subcontractor will comply with any conditions imposed or directed by the Government, as necessary, to eliminate or remediate a personal conflict of interest, which may include termination of this Subcontract without penalty to Contractor. Subcontractor agrees that breach of this provision or the certification cited herein shall constitute a material breach of this Agreement.

**FORMER GOVERNMENT EMPLOYEE RESTRICTIONS.**

Subcontractor warrants that its utilization of any former Government employees, if any, to deliver the Services under this Agreement does not violate any statute, regulation or rule regarding the hiring of, or performance of work by, former Government employees. In addition, Subcontractor confirms that it has obtained, reviewed and implemented all necessary or required post-employment ethics advisory opinions and restrictions issued by a Federal Government agency.

**EXPORT CONTROLS.**

Subcontractor shall not export, directly or indirectly, any dual use commodity, hardware, software, technology, or any technical data pertaining thereto, to any individual or country for which the U.S. Government requires an export license or other government approval, without disclosing the requirement for such license or approval to the Prime Contractor and obtaining such license or approval. Subcontractor acknowledges that disclosure of controlled technical data to any foreign person may be deemed an export. Therefore, Subcontractor agrees that, except with the prior written consent of Prime Contractor, it will not assign any personnel to perform Services under this Agreement or grant access to any work or technical data generated or delivered under this Agreement, unless that person qualifies as a "U.S. Person," defined as any individual who is a citizen of the United States, a permanent resident alien of the United States, or a protected individual as defined by 8 U.S.C. 1324b(a)(3).

Subcontractor and all of its personnel are prohibited from diverting, transshipping or re-exporting any controlled commodity or defense article/service or technical data it makes, uses, possesses, receives or has access to in violation of U.S. law. Subcontractor shall not export any defense article or service or technical data pertaining thereto associated with Subcontractor's performance under this Agreement. Subcontractor shall fully comply with the International Traffic in Arms Regulations as set forth at 22 CFR 120 et.seq. and the Export Administration Regulations as set forth at 15 CFR 730 et.seq. If this subcontract includes DFAR clause 252.204-7009 (Requirements Regarding Potential Access to Export Controlled Items), then Subcontractor shall give prompt written notice to Prime Contractor if it becomes aware that it will generate or need access to *export controlled items*, as defined therein. Subcontractor shall indemnify and hold Prime Contractor harmless from all claims, demands, damages, liabilities, costs, fines, penalties, attorneys' fees, and other expenses arising from Subcontractor's failure to comply with this clause.

**RECORDS.**

(a) Subcontractor shall maintain accounting records and other evidence pertaining to costs incurred and hours worked (timesheets, other direct costs) in the performance of the Services and shall make the records available to the Prime Contractor and Client at all reasonable times during the period of the Prime Contract and for not less than five (5) full years from the date of the final payment to Subcontractor or until Prime Contractor closes out the contract with the Client, whichever is later pursuant to this Agreement.

(b) RESERVED.

---

Greystones000674



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

**COMPLIANCE WITH LAWS/CODE OF BUSINESS CONDUCT/FOREIGN CORRUPT PRACTICES ACT.**

(a)  It is a material condition of this Agreement that Subcontractor agrees to comply with all federal (including the FAR and all FAR supplements), state and local laws, executive orders, rules and regulations applicable to its performance under this Agreement.

(b)  In the event the value of this Agreement exceeds $5,000,000 and the period of performance is expected to exceed 120 days, then Subcontractor warrants that it satisfies all of the requirements for a written code of business ethics, a business ethics awareness and compliance program, and an internal control system, as set forth in FAR 52.203-13.  FAR 52.203-13 shall be flowed down to Subcontractor's lower-tier subcontractors as provided therein.  Subcontractor shall disclose in writing to the Prime Contractor and satisfy the disclosure requirements under FAR 3.1003 (a)(2) and FAR 52.203-13 when the Subcontractor has credible evidence that a principal, employee, agent, or subcontractor of the Subcontractor has committed 1] a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations per Title 18 of the U.S. code or 2] a violation of the False Claims Act.  As provided in FAR 3.1003 (a)(3), if the Subcontractor becomes aware that the Government has overpaid on a contract financing or invoice payment, the Subcontractor shall provide a written disclosure to the Prime Contractor and shall remit the overpayment amount to the Government and be liable to the Prime Contractor for any damages or penalties arising therefrom.   Subcontractor shall complete and execute the Subcontractor Code of Business Ethics and Conduct Certification at Exhibit E, attached hereto and made a part hereof.

(c)   Subcontractor, including any and all of its members, officers, agents or employees, individually and collectively, acknowledge and agree that it shall comply with, and be familiar with, all of the requirements under the Foreign Corrupt Practices Act (the "Act"), 15 U.S.C. §§ 78dd-1 et.seq., at all times.  Subcontractor further represents that it shall not provide, grant, or offer, directly or indirectly, any gift, payment, benefit, concession or anything of value to any foreign official, party or candidate for any reason, including the receipt of favorable treatment or to influence any foreign governmental action or matter.  Prime Contractor may terminate this Subcontract for default in the event of breach of this section.

**COOPERATION.**

Subcontractor will not suggest or cause the Government to modify, cancel or fail to renew or extend the Prime Contract with the Prime Contractor.

**RESERVED.**

**SECURITY REQUIREMENTS.**

This Agreement is unclassified.  However, the classification of work to be performed is designated in <u>Exhibit H</u>, or on specific Subcontractor Task Orders issued hereunder.

ASR reserves the right to direct any employee of Subcontractor to be removed from performance, direct or indirect, for reason of security violation(s) whether or not deemed of sufficient severity to warrant action to terminate Subcontractor's or individual's security clearance.  ASR also reserves the right to direct any employee of Subcontractor to be removed for any investigation of alleged misconduct that may, in the opinion of ASR, jeopardize the security of the project.

**NON-SOLICITATION.**



9466 Georgia Ave #2025          Silver Spring, MD 20910          Phone: (301) 738-9502          Fax: (301) 738-9503

During the term of this Agreement and throughout the period of performance of the Prime Contract or any Subcontractor Task Order, including extensions or modifications thereto, and for a period of one (1) year thereafter, the Parties agree that neither shall directly or indirectly solicit for employment or otherwise seek to induce to leave the employ of the other party any technical, professional or managerial employees of the other assigned to work on the proposal effort or any resulting Prime Contract or Subcontractor Task Order, without the prior written agreement of the party whose employee is being considered for employment.  This paragraph shall not preclude employees of either party from independently pursuing employment opportunities with the other party on their own initiative or in response to general solicitations, including but not limited to job postings published in newspapers, trade publications or the Internet.

Greystones000676

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

---

EXHIBIT A

PERFORMANCE WORK STATEMENT

(NOTE, WITHIN THE ATTACHED PWS, THE TERM "CONTRACTOR"
IS INTENDED TO REFER TO BOTH PRIME CONTRACTOR AND SUBCONTRACTOR")

---

Greystones000677



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

## SECTION III  PERFORMANCE WORK STATEMENT (PWS)  For
### Internal Revenue Service
### Data Analytics and Innovation Support

*RFQ Version Number:  2, June 15, 2018*

This Performance Work Statement (PWS) provides high-level task information to establish a multiple- award Blanket Purchase Agreements (BPA) against the General Services Administration's (GSA), Professional Services Schedule (PSS), Special Identification Number (SIN) Category 874-1: Integrated Consulting Services. The BPA will contain Task Orders that will either be Firm Fixed Price (FFP) or Hybrid (FFP and Labor Hour (LH)).  Task Orders issued under this BPA will be enterprise-wide and highly visible  across the Internal Revenue Service (IRS). The IRS may place orders against this BPA as Program Areas  and/or individual initiatives that are identified for contractor support. However, there are no intended or  implied guarantees regarding the use of this vehicle and some orders may be conducted simultaneously  or separately.

Multiple contractors in teaming arrangements are expected under this multiple award BPA. Consequently,  competition of each task order will occur among the multiple awarded BPA holders as established by the  BPA ordering procedures in accordance with FAR Part 8.405-3(c). This multiple award BPA will contain  on/off boarding and on/off ramp requirements to adjust the available pool of contractors if determined  to be in the best interest of the Government.

### A. Purpose
The IRS requires commercial consulting services to strategically improve tax compliance and internal  operations using research, data-driven analysis, models and project/business management to inform  decision making mentioned in the sections below. Contractor support will discern methods with the IRS  that will improve current frameworks, models and techniques; however, in some cases, no change may  be needed.

### B. Background
### IRS Background
The IRS mission is to provide America's taxpayer top quality service by helping them understand and meet  their tax responsibilities and enforce the law with integrity and fairness to all.
To achieve the Mission, the IRS has key future strategic goals pertaining to this requirement:

☐          Empower and enable all taxpayers to meet their tax obligations.
☐          Protect the integrity of the tax system by encouraging compliance through administering and enforcing the tax code.
☐          Collaborate with external partners proactively to improve tax administration.
☐           Advance data access, usability, and analytics to inform decision making and improve operational outcomes.

---

Greystones000678



9466 Georgia Ave #2025      Silver Spring, MD 20910      Phone: (301) 738-9502      Fax: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

☐          Drive increased agility, efficiency, effectiveness, and security in IRS operations.
As major tax legislation is passed, the IRS must quickly mobilize to determine impacts to the IRS mission
and goals, including impacts to IRS business operations, Information Technology, financial reporting and external stakeholders (including taxpayers). In addition to changes brought about by new legislation, the IRS is continually seeking opportunities to improve taxpayer service, enforcement and operations in an environment of limited resources and rapid changes in technology. The IRS is continuing to make significant strategic advances in the overall tax compliance landscape. Since taxpayer behaviors are endlessly changing, the IRS must proactively adapt to identify emerging taxpayer non-compliance trends. As trends become more recognizable, the IRS must design new compliance processes, implement strategies to capture lost revenue and facilitate taxpayer voluntary compliance. Furthermore, as thieves adjust to changes in the tax environment, refund fraud through identity theft of individuals and businesses continues to evolve. To combat these trends, the IRS may benefit from increased use of complex analytical frameworks and models.

**RAAS Background**

The Office of Research, Applied Analytics and Statistics (RAAS) leads a data driven culture through innovative and strategic research, analytics, statistics, and technology services to support effective and efficient tax administration in partnership with internal and external stakeholders. RAAS focuses on solving IRS complex business issues, seeks to transform and continuously improve processes, and conducts cutting-edge research to improve tax administration and IRS operations. RAAS supports an environment that fosters employee development and intellectual curiosity, actively seeking opportunities to transfer skills and knowledge to partners. RAAS delivers an unwavering commitment to precision and quality in the IRS.
The RAAS organization is unique in the IRS; by using data and information to better understand activities throughout the agency, RAAS gains cross-cutting strategic insights that may be difficult for others to see. As a valued member of the IRS's strategic planning processes, RAAS is routinely engaged in activities to promote government efficiency and effectiveness, drive innovation, ensure economic opportunity, and improve services to taxpayers in ways that facilitate their tax law compliance. As a trusted partner, the organization provides analytical skills to ensure that their IRS business partners' strategies are effective in tackling the most pressing problems. Contractor support will assist with identifying innovative, effective ways to problem solve complex programs and legislative requests within the government's climate of budget constraints and shrinking staff.

**C. Scope**
This PWS describes progressive uses of data to promote efficiency and effectiveness, drive innovation, and improve IRS tax governance, compliance, procedures, and operations. The IRS seeks opportunities to enhance data models and analysis needed to support the business processes and fill any potential gaps to make better business decisions. It would involve identifying and defining new business processes to guide the development of IT solutions and improve upon existing business processes (i.e., mapping, benchmarking and analyzing business processes, evaluating performance of redesigned business processes and IT systems, etc.). Contractor support will assist with delivering greater opportunities to improve tax administration in the following ways, but not limited to:

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only

**ASR**
ANALYTICS
A **gcom** COMPANY

9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

☐          Modernize and improve tax administration.

Greystones000680

DocuSign Envelope ID: AF81CF75-7518-4631-B7B2-AEC9EAA7221E



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

☐      Improve the collection and audit of public revenues with the aim of decreasing tax evasion.

☐      Address criminal and fraudulent threats using predictive analytics, trend analysis, assessment and other appropriate contemporary analytical techniques.

☐      Provide high-quality service to taxpayers by addressing common taxpayer questions, concerns, and potential issues; develop appropriate response strategies to improve compliance and reduce  burden.

RAAS requires contractor support services to employ and utilize technical data analytics methodologies,  and processes that will support the understanding, problem solving, issue identification, and decision  making for IRS business partners.

RAAS envisions a combination of services including examining past activities, assessing current functional  needs,  and making assessments and recommendations based on scientific research and analysis to  support future business performance metrics. Contractor services will include well-conceived executive  dashboards, user-friendly dynamic workflows, and forward-looking predictive analytics.

Contractor support will help the IRS understand and address problems, overcome challenges, and recommend integrated solutions by the following set of activities, as needed:

☐      Create an understanding of business challenges.

☐      Leverage analytic skills and models to describe these objectives.

☐      Hypothesize potential solutions based on an appropriate mix of insights from relevant disciplines and subject matter expertise.

☐      Test the hypotheses.

☐      Evaluate hypotheses, using appropriate statistical methods and models from the relevant subject domains, and deploy solutions as appropriate.

☐      Develop strategic approaches that assist the IRS in identifying and addressing emerging challenges.

The Contractor shall develop and test hypotheses that define short and long-term security, user- experience, capability, tax compliance and service support strategies by working closely with IRS thought  leaders and key executives to enhance key processes. Contractor will also provide rapid responses to  emerging issues in all areas of the IRS, including, but not limited to, Taxpayer Behaviors, Identity Theft, Refund Fraud and Revenue Protection, Filing and Payment Compliance, Reporting Compliance, and  Taxpayer Services.

The IRS will use metrics and benchmarks from this work as an important point of reference in achieving  program goals, implementing methods and efficiencies, and establishing processes for continued improvement. Contractor support will align within RAAS to ensure new or modified business capabilities  and processes are defined and delivered based on the legislative requirement or initiative.

**D. Requirements**

RAAS has defined the below business Program Areas under this BPA. Each business Program Area includes  multiple current initiatives and may incorporate additional initiatives in the future. The Program Areas  may  contain  multiple tasks and the criteria for each will vary based on efforts (i.e., deliverables, procedures, resources, schedules, and other variables).

---

Greystones000681



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**Program Areas and Desired Outcomes**

The identified Program Areas are listed and described below, but are not in priority order.      This section
explains the overarching known categories of Program Areas and desired outcomes.

**UNRESTRICTED – PROGRAM AREAS & DESIRED OUTCOMES:**

a)    **Authentication, Identity Theft and Fraud Protection.**

The IRS considers Identity Theft and Authentication fraud serious crimes. The IRS is working to eliminate
both the impact and incidence of Identity Theft, especially where fraudulently prepared tax returns are  used to steal
refunds. The IRS is partnering with public and private sector organizations to develop  applications, protocols and
control measures to better secure the personal data entrusted to the IRS.

RAAS collaborates with other internal operations to combat identity theft by identifying suspicious return  filings,
raising emerging issues, identifying protections, developing remediation tactics, creating "early  warning systems",
identifying matching opportunities, developing long term strategies, and preventing  refund  fraud.  RAAS  analyzes
internal and external data to ensure that information required to be protected for tax administration is secure
and  conducts  analysis  to  verify  that  security.  RAAS  analyzes  historical data to enhance existing identity theft
detection.

Over the  course  of this  BPA, RAAS  will  develop  approaches  to  protect  taxpayers'  information  by identifying,
developing and testing improved authentication tools and techniques given National Institute  for Standards and
Technology (NIST) requirements, the increasingly short amount of time that private  information remains private,
resistance  to inquiries  by  the government which  appear intrusive, legal, procedural  and  policy  limitations  on
information  sharing  between  government  agencies,  and  the technological architecture of the IRS.

**Desired outcome:**  RAAS  will  identify,  develop,  test  and  deliver  new  and  improved  identity  theft
prevention and authentication implementation approaches.

b)    **Compliance Program Analytics and Process Improvement.**

RAAS  helps  business  partners  provide  taxpayers  top  quality  post-filing  services  by  helping  them
understand and comply with all applicable tax laws and by applying the tax laws with integrity and fairness.  This includes
assisting in improving criminal investigation and field collection programs to ensure timely,  accurate case actions on
all collection activities.

RAAS provides innovative evidence-based solutions that are specifically designed to address tax collection  within  the
IRS. RAAS assists Collection functions in re-engineering notices using behavioral insights to  improve payment rates
and to encourage taxpayers to use self-service interactions rather than phone or  correspondence.  RAAS  assists  in
designing  the  notices,  assuring  adequate  sample  sizes  for  tests,  supporting the sending of prototype notices,
and measuring and reporting the response.

RAAS currently supports a wide range of collection programs, including the private debt collection program, by
developing and supporting test and learn opportunities for inventory delivery. RAAS develops  models to predict how
to use early intervention to improve performance of collection activities, such as visits or letters to businesses whose
federal tax deposits cease or substantially drop. RAAS estimates demand, impacted population size, and workload

---



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

for new programs such as restrictions on passport renewal for taxpayers who owe more than $50,000.

**Desired outcome:** RAAS provides evidence-driven analysis for the purposes of selecting taxpayers for any compliance activity based on the expected collection results, improving collectability of delinquent accounts, and optimizing return selection to meet a complex set of legislative and operational requirements.

**c)**                    **Examination Selection and Process Analytics Support.**

The IRS faces two ongoing examination challenges. The first is that it is frequently difficult to distinguish between compliant and non-compliant taxpayers based on only tax return data. The second is that there are more taxpayers requiring attention from compliance activities than the IRS has resources to address. RAAS engages with the IRS examination functions to provide evidence-driven analysis for the purposes of selecting taxpayers for examination activity based on the expected results, and optimizing return selection to meet a complex set of legislative and operational requirements.

The IRS examines (audits) tax returns to verify that the tax reported is correct. Selecting a return for examination does not always suggest that the taxpayer has either made an error or been dishonest. In fact, some examinations result in a refund to the taxpayer or acceptance of the return without change. The IRS uses many different factors when selecting which returns it is going to audit. The IRS has several different computer systems that use statistical analysis to score tax returns based on their likelihood of being correct.

RAAS is involved in providing evidence-driven analysis for the purposes of examination planning as well as more effectively leveraging information returns in the compliance process. There are multiple opportunities for improvement, including identifying the need for and finding ways to use new information returns, engaging taxpayers sooner, using new models to better identify taxpayers and issues to select, etc. While the IRS faces these challenges throughout the organization, they are most observable in the Collection and Examination functions.

**Desired outcome:** The IRS will be better positioned to resolve tax account issues such as tax delinquency, taxpayer account adjustments, and providing information about general IRS procedures. Through interpretation of the law and regulation, and the performance and efficiency of Examinations and Audit processes, the IRS will put new systems and structures in place to analyze and take appropriate actions as applicable. RAAS will employ data and modeling analysis to support IRS audit review/examinations efficiently and accurately to ensure information is reported correctly per the tax laws and to verify the reported amount of tax is correct.

**d)  Taxpayer Behavioral Studies.**

To better serve their IRS business partners, RAAS needs to understand taxpayer behavior and explain taxpayer group dynamics and motivations as they relate to tax liabilities and responsibilities. It is critical for RAAS to stay informed about behavioral economics, social psychology, statistics, and related aspects of the tax administration literature to develop the data and methodologies appropriate for ensuring taxpayers have the resources they need to comply with the tax law and resolve tax issues that develop.

RAAS focuses on promoting voluntary compliance through understanding the intention, purpose, and needs of the taxpayer as well as thorough understanding how taxpayers process, inform, and make decisions. This requires thorough knowledge of IRS and private tools available for taxpayers to interact with the tax system, and the effectiveness of these various tools. This also requires thorough knowledge of IRS issue resolution processes and their roles in influencing subsequent taxpayer compliance and take-up of tax benefits.

RAAS reviews internal and external technical papers, articles, and other reports that use social science data for technical accuracy and proper application of social science methods and statistical analysis, considering the limitations of the behavioral economics and social psychology data to ensure updated techniques and procedures are used.

Greystones000683

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

**Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011**

RAAS develops specifications for social science research studies, locates new sources of social science data and analysis, draws conclusions, and presents the data and analytical materials in the form most suitable to the end users.

**Desired outcome:** The IRS will be postured to apply knowledge of perceptions, approaches, and motivations of Taxpayers' tax law compliance decisions. The IRS will balance taxpayer non-economic motivation against standard economic models of tax evasion in which financial incentives are shaped by audit, penalty, and tax rates.

**e)    Identify Emerging Analytic Techniques.**

RAAS helps business partners scan the literature and academic research for advanced techniques to solve issues as they may arise.

**Desired outcome:** The IRS will be better positioned to address increasingly complex tax administration and compliance issues using the most current analytical techniques.

**f)                      Identify Emerging Compliance Issues.**

RAAS focuses on solving IRS complex business issues by examining the environment for emerging tax compliance issues. As trends become more recognizable, the IRS must design new compliance processes, implement strategies to capture lost revenue and facilitate taxpayer voluntary compliance.

**Desired outcome:** The IRS will understand and identify emerging tax compliance issues before those become advanced.

**g)    Unknown Issues**.

Through the assessment of emerging trends in business and technology, the IRS will identify operational challenges where difficulties may arise. This functional area will help the IRS identify immediate and critical needs for processes that transform policy and legislative inputs into outputs and outcomes for tax administration. It requires an understanding of the overall risk environment for tax administration and an understanding of the components in the overall process.

This functional area will provide analytics that support RAAS development, testing, and deployment of decision services supporting critical business processes, and emerging risk management strategies and challenges for tax administration.

**Desired outcome:**  The IRS will understand emerging issues quickly to explore future innovation, emerging technologies, business processes and best practices to identify solutions and areas for immediate impact while reducing Taxpayer burden. The IRS will be able to implement new governance structures, policies, procedures and training to serve as the framework for tax administration and compliance and address them before the performance is impacted.

---

ASR-RA

DocuSign Envelope ID: AE81CF7F-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**Table 2 – Current Initiatives and Tasks**

| Program Area | RAAS Initiative |
|---|---|
| **UNRESTRICTED:** | |
| 1.   Authentication, Identity Theft and Fraud Protection | i)   Identity Theft Prevention (includes multiple initiatives) <br> i)   Identity Theft Models & Filters (IDTM) <br> i)   Return Integrity & Compliance Service (RICS) Taxpayer Protection Program (TPP) <br> b)   Authentication |
| 2.   Compliance Program Analytics and Process Improvement | h)   Tax Exempt and Government Entities (TEGE) Initiative: Employee Plans (EP) & Exempt Organizations (EO) <br> c)   Exam Planning Scenario Tool (EPST) <br> g)   Electronic Federal Tax Payment System (EFTPS) <br> f)   Private Debt Collection (PDC) <br> e)   Development of Recommender Systems (previously known as Partnership and S Corporation) <br> a)   Automated Collection System (ACS) Optimization and Collection Notice Redesign <br> k)   Intellectual Property Tool (IP Tool) Prototype <br> m)  Administration of Compliance Research and Related Information <br> g)   Federal Tax Deposit (FTD) Alerts (Early Intervention to Facilitate Voluntary Compliance)  j) Passports |
| 3.   Examination Selection and Process Analytics Support | l)   Non-Filer |
| 4.   Taxpayer Behavioral Studies | d)   LB&I Issue Detection and Campaign |
| 5.   Identify Emerging Analytic Techniques | s)   Emerging Analytic Techniques |
| 6.   Identify Emerging Compliance Issues | n)   Emerging Compliance Issues |

---

Greystones000685



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

---

Contract        Number GS-10F-0062R/Order Number 2032H5-19-A-00011

| 7. | Unknown Issues | r) | Unknowns that may arise |
|---|---|---|---|

The specific tasks will vary based on the scope, complexity and needs of each program and initiative. Some will be decided as the need arises. Specific tasking will be identified for each program and will specify the operational organization, the effort and products to be provided as well as skill mix (see section E – Knowledge, Skills and Capabilities Required). The contractor will manage, track and invoice the work by Task Order (see section J - Performance Requirements, Standards and Surveillance). A payment schedule will be agreed on per Task Order. An IRS Initiative Manager (manages projects)/Initiative Director (manages portfolios) and Contracting Officer Representative (COR) will be identified for each Task Order.[1] All services must be provided and performed under the supervision/management of the contractor's manager and in collaboration with the IRS Initiative Manager and Director. Future support will include recommendations that address the critical issues for management actions in the short and long terms.

**Initiative Categories**

*a)    Automated Collection System Optimization and Collection Notice Redesign*

Project Description: Multiple notice prototypes will be evaluated against four hypotheses: 1) to increase taxpayers' use of self-service tools, 2) to increase taxpayer compliance, 3) to decrease taxpayer burden, and 4) to decrease IRS costs. RAAS and partners are exploring opportunities to establish a testing process that would significantly reduce administrative time and enable the service to more quickly achieve insights and refine notices to improve taxpayer experience and promote compliance. The notice redesign testing team, comprised of RAAS and the ACS Optimization team, seeks to test enhancements to notice formatting and content to improve response rate and resolution rate based upon behavior via pilots and other methods as necessary. Goal(s): Expected outcomes include ability to track robust notices performance metrics (including response types and response channels) to identify most impactful changes that can be made to notices, and to encourage or drive taxpayers to utilize online self-service tools and reduce or eliminate wait times. Provide support in assessing the performance of programs against their intended goals through the development and maintenance of program evaluation and measurement criteria and methods.

*b)    Authentication*

Project Description: The Contractor shall support RAAS and the IRS in addressing the challenges in Authentication, including supporting the current state in Authentication; supporting new solutions and performing analytics, developing systemic solutions, developing communications, evaluating opportunities, and creating new metrics as described below:

Identify areas where the IRS interacts with the taxpayer, whether in person, over the phone, via postal mail, electronically, or in other ways:

---

[1] In the past few months, RAAS has selected 3 individuals to serve as permanent Initiative Managers (not detailees, temporary positions), with the intention of having them manage some of the longer-term projects. While RAAS can't guarantee that there will still be a need to transition between project managers, as they rotate across assignments, RAAS hope to keep that sort of rotation to a minimum.

---

Greystones000686

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

☐　　　　　　　Identify evolution in taxpayer behavior over time in interacting with the IRS
☐　　　　　　　Defining areas of risk and misuse
☐　　　　　　　Measure process efficiency and effectiveness and improving existing processes
☐　　　　　　　Survey private collection practices for sector knowledge and best practices

Analyze and review NIST 800-63-3 requirements for places the agency can:
☐　　　　　　　Define and test new rules, metrics, and data for authentication. IRS expects to use statistical analysis to develop and back-test performance of these rules, as well as design and monitor pilots to evaluate return on investment
☐　　　　　　　Consider opportunities to use/improve use of third party and external data that will meet the above standards
☐　　　　　　　Review IRS.gov and other IRS eServices portals for areas where implementation of these standards is cost or risk prohibited, and make recommendations for alternatives in the short and long term

Use internal and external IRS data to conduct studies in the following areas, working with agency subject matter experts:
☐　　　　　　　Determining ways to set up identity proofing in the use of validating taxpayer representatives/powers of attorney. Apply statistical methods to data, and when applicable use behavioral analysis to determine whether submissions are legitimate or fraudulent
☐　　　　　　　Evaluate available structured and unstructured data, as well as propose the collection of new data, to address issues with data breaches, spillages, and misuse of Personally Identifiable Information
☐　　　　　　　Propose hypotheses and recommendations in the IT security realm; Support identification of relevant IT data, anomalies, and share with relevant agency stakeholders
☐　　　　　　　Propose an overall Authentication Plan that builds on the agency's current state and where the IRS can improve based government and industry standards

An example of an above study would be evaluating the use of Prior Year Adjusted Gross Income as use as a signature for electronically filing an income tax return. The study would review the current state, number of rejects, why continued use of this is no longer acceptable, and recommendations on what can be done instead.
Goal(s): RAAS will be assisting keep stakeholders, such as the IRS Online Services Identity Assurance Office in implementing **best p**ractices in authentication. This will be done via a multichannel format such as web, phone, in person, or via correspondence and will help align with the overall IRS Authentication strategy.
*c)*　　　　　　　*Exam Planning Scenario Tool*
Project Description: IRS Examination previously developed work plans using a complicated system of spreadsheets, making it difficult to compare options and see tradeoffs. RAAS has developed EPST to help solve this issue. The tool also helps respon**d to TIGTA and GA**O audits, recommending improvements in the allocation of resources and operational processes. The tool has reduced time

---

Greystones000687

Attorney's Eyes Only



9466 Georgia Ave #2025      Silver Spring, MD 20910      Phone: (301) 738-9502      Fax: (301) 738-9503

---

## Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

to evaluate different planning scenarios and develop exam plans, also optimizing the use of Exam resources, documenting plan assumptions, and improving business outcomes.

There are efforts underway to develop a planning process and improve business outcomes, through automation and incorporation of predictive metrics and models. For example, one of the initiative's focus is to develop analytic capabilities and offering a data-driven approach to generate, evaluate, and monitor executable exam plans. Another focus would be to provide support in assessing the performance of programs against their intended goals through the development and maintenance of program evaluation and measurement criteria and methods.

Goal(s): To optimize the allocation of resources within and across Examination functions, improve business outcomes, and support the IRS vision as necessary.

*d)   LB&I Issue Detection and Campaign*

Project Description: As the result of a TIGTA and GAO audit findings, a need for an improved process for allocating resources during the planning process was identified. Declining resources have led LB&I to develop different strategies to identify areas of non-compliance and to improve workload selection for returns that report the non-compliant issues. For example, with fewer resources in the field, LB&I is designing different methodologies to bring taxpayers into compliance (i.e. soft letters, auditing campaign issues) rather than through the regular field audit that can take several months or years to complete. The goal is to correctly select returns so that the auditor can focus on the specific non-compliant issues order to reduce time spent on each exam. These new strategies should also reduce the no-change rate in LB&I. LB&I Issue Detection and Campaign Strategy Support: 1) Current state technology review and assessment of needs for the campaign approach, 2) Develop a compliance problem framing and sizing for immediate opportunities, and 3) Research, identify and leverage anomaly detection methods from academia and industry.

Goal(s): Identify areas of noncompliance that are undetected in existing rules, filters and other methods as necessary. Support campaign development to address identified issues.

*e)   Recommender Systems (previously known as Partnership and S Corporation)*

Project Description: Recommender systems are ubiquitous in the private sector, but not used in the IRS now. Commercial recommendation systems (like, Amazon, Expedia, Netflix, etc.) use powerful algorithms to drive product recommendations, suggest movies to watch and suggest travel arrangements. Recommender systems are also successfully implemented in insurance companies to highlight non-compliance in claims and invoices. There is broad interest in the IRS in recommender systems to potentially streamline existing work by identifying the right Issues to Examine/Classify, automate issue identification and data entry, and incorporate feedback to enhance accuracy over time. This project supports the development of recommender systems within the IRS by testing recommender models with IRS data, developing potential business use cases, and adapting these models to work on large scale in the IRS environment.

Goal(s): Recommendation systems algorithms have various applications across the IRS, including within CI, LB&I, SB/SE, and TEGE. Recommendation systems are well-suited to problems such as case selection, issue identification, and issue sensing. Furthermore, they do not require historical data to identify noncompliance in the current population. As the impact of the Tax Cuts and Jobs

---

Greystones000688

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

Act becomes more pronounced, recommendation systems can augment current models that are informed by historical data, which will become less reliable in a changing legal landscape.

f)            *Private Debt Collection*

Project Description: The Fixing America's Surface Transportation (FAST) Act requires the IRS to implement a Private Debt Collection (PDC) program to collect outstanding, inactive tax receivables using private collection agencies. RAAS is partnering with SB/SE Collection on several fronts as it stands up the PDC program.

Goal(s): Use data and analytics to support standup of the PDC program. Activities include identifying strategic opportunities for program improvement, developing and analyzing performance measures, developing an inventory allocation strategy and models, designing and implementing test and learn approaches to implementing new types of inventory, measuring and projecting the impacts of changes to the inventory, and ad hoc analytical support as needed.

g)   *Federal Tax Deposit (FTD) Alerts (Early Intervention to Facilitate Voluntary Compliance)*

Project Description: RAAS is developing, testing, and measuring the benefits of earlier IRS interaction with business taxpayers who are likely to fall behind in payments. RAAS uses data-based predictive modeling techniques to identify at-risk taxpayers, test various early interaction methods, measure the impact of the interactions, and assess the potential for interaction to improve taxpayer compliance and reduce the burden of penalties and interest incurred by non-compliant taxpayers.

Goal(s): Expected outcomes include: a) development and operation of models to identify taxpayers who are at-risk of becoming non-compliant and are expected to benefit from early interaction, b) the development and deployment of updated, challenger models which incorporate improvements based on new data as well as internal and external feedback, c) the authoring and completion of transition plans including model documentation, routines for building and cleaning datasets and design of reporting dashboards, and d) the delivery of measurement reports comparing the performance of early interaction activities to alternate activities such as baselines or control groups. This process should assess issues that are both internal and external to the agency. Internal assessment identifies improvement areas for the agency and uses data-based insight to design and recommend improvements. The external assessment leads to an understanding of the opportunities and threats facing the agency.

h)   *Detection of Non-Compliance-TEGE Employee plans (EP), Exempt Organizations (EO), and Tax-Exempt Bonds (TEB)*

Project description: RAAS is responding to the TE/GE Commissioner's request for analytic support to improve ways to enhance anomaly detection in return data and improve exam case selections. This project will improve TE/GE's ability to leverage data to identify EO and EP non-compliance via improved efficiencies when selecting examination cases, the identification of currently undetected EO and EP non-compliance and increased exam change rates for TE/GE priority issues.

Goal(s): The goal of this project is to leverage existing and new sources of data, innovative analytic and statistical approaches, and subject matter expertise to develop data-driven issue identification and case selection methods for EO and EP. The effort will also conduct field tests of these approaches to adjust methodologies and inform decisions about operationalizing case identification and selection models.

---

Greystones000689



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

*i)*                    *Identity Theft Prevention*

Project Description: Recognizing that successful identity thieves require taxpayer personal information, an authentication element for filing (e.g., prior year AGI), a method to file false returns at scale, and a mechanism for collecting the refund money, RAAS conducts critical research both in partnership with key business units to reflect ongoing challenges of defending against current and near term-term threats as well as new research to identify opportunities to prevent future attempts. The RAAS Identity Theft Research Portfolio consists of 9 major research areas:

1.   Data: Identifying and assembling data necessary to support both modeling and data analytics.

In addition to compiling the data from a variety of internal sources, RAAS works with key business partners to identify potential new data sources and elements that may provide further insights into identity theft detection and deterrence.

2.   Detection: RAAS supports the development of models and filters designed to detect identity theft returns during processing. In Filing season 2017, RAAS models and filters protect approximately $600 million in revenue to date. RAAS's overall approach to enhancing IDT detection models encompasses defining new strategies and approaches to detection; performing rapid test-and-learn analytics to inform enhancements to existing models and creating new detection mechanisms. Detection also includes the preparation of models and filters for the production environments and requires working collaboratively across multiple stakeholder groups.

3.   Monitoring: Monitoring includes the weekly reporting of selections on potential IDT returns as well as confirmed IDT cases and the associated false detection rates. Monitoring also includes analyzing model selections and identifying situations where models are not performing as expected and require mid-season adjustments. In addition, of particular interest are unexpected data anomalies that provide early indicators of emerging threats and identifying methods for addressing those threats.

4.   Threat Response: Along with ongoing monitoring, RAAS provides quick response analytics for newly identified threats based on leads or referrals to the IRS.

5.   Taxpayer Experience: RAAS provides analytic support to key business partners charged with treating potential identity theft returns. RAAS supports efforts to evaluate enhanced authentication techniques of potential identity theft returns to ensure that legitimate taxpayers receive their refunds as quickly as possible and that fraudulent refunds are not issued.

6.   Deterrence: RAAS's deterrence work is designed to begin to understand and identify the various business models used by identity thieves. RAAS developed a deterrence framework and identified supporting data to apply advanced analytics to identify strategies to either eliminate avenues of threat delivery or increase the cost of threat delivery to reduce the thieves profit motivation.

7.   Partnerships: In working with key business partners, RAAS analyzes the effectiveness of new data elements provided by industry partners and proposes new data elements or enhancements to existing elements for the use in model and filter development and other identity theft research efforts. RAAS also participates in internal information sharing forums.

   8.   New Technology and Techniques: With the increased sophistication of identity thieves, RAAS explores the application of new technologies and techniques to address the various aspects

---

Greystones000690



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

of the RAAS IDT portfolio of projects. Recent examples involve the identification of natural aggregators to tease out identity theft signals in the data and use visualization tools and graph techniques.

9. Strategy: Improve integrated identity theft strategy based on the GAO Fraud Risk Management Framework and other influences to provide a holistic view of the existing identity theft strategies developed by business units. Multiple business units across the Identity theft are affected by tax refund identity theft. Opportunities exist to provide strategic thinking at multiple levels ranging from potentially refreshing periodically the IRS-wide integrated strategy to how best to align RAAS research efforts to address identity theft.

Goal(s): The RAAS will identify, develop, test and deliver new and improved identity theft prevention and authentication implementation approaches.

*j)* _____ *Passports*

Project Description: SB/SE Collection needs to implement legislation quickly, which denies renewal or issuance of passports to taxpayers who owe over $50,000 to the IRS.

Goal(s): The passport team identified several areas where Policy input is required to support technical requirements development and project planning. The team will assist in workload forecasting in connection with issuing the notices and help assess the impact of the program in bringing taxpayers into compliance.

*k)* *Intellectual Property Tool (IP Tool) Prototype*

Project Description: Intangible assets make up a significant percentage of a company's value and increasingly companies are shifting income abroad 60-80% to reduce the average enterprise's value derived from intangible assets. While a wealth of transfer pricing disparate data sources is available today, each revenue agent must integrate the data, and understand the presence (inception/ownership), movement (transactions), and valuation of intangible assets. The focus is to reduce the time examiners spend doing manual research of external databases. Develop a prototype tool to support IRS in evaluating a company's intellectual property (IP). The prototype tool aims to collect IP data from multiple sources and provide defined reports, graphics, and analytics to accelerate the analysis of the intellectual property during the audit process.

Goal(s): Highlight utility of an analytic tool that enables IRS users to understand the presence and movement of IP (valuation is out of scope for current effort). Tool functionality may include report generation and visualization capabilities related to IP, with feature development informed by close coordination with stakeholders. Provide support in assessing the performance of programs against their intended goals through the development and maintenance of program evaluation and measurement criteria and methods. This process should assess issues that are both internal and external to the agency. Internal assessment leads to an understanding of the agency's strengths and weakness. The external assessment leads to an understanding of the opportunities and threats facing the agency.

*l)* *Non-Filer Strategy Development*

Project Description: The nonfiler strategy is focused on assessing the current nonfiler landscape and identifying innovative, high-impact opportunities to address nonfiler challenges. RAAS is defining, designing, developing, and deploying research opportunities that inform current and future nonfiler strategies. Opportunities under exploration include adjusting business rules and thresholds, leveraging third party data, and introducing new behavioral nudges.

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

Goal(s): RAAS and SB/SE Research have identified four strategy components that frame existing research and guide the identification of future state opportunities:

☐         Enhance existing nonfiler processes to streamline treatment, increase efficiency, and increase taxpayer responsiveness and resolution

☐         Review and test existing analytics and develop new filters and models to identify and prioritize case selection

☐         Assess case characteristics to improve current methods of allocating nonfiler cases across potential treatment streams

☐         Assess the overall resource requirements for discretionary campus work and determine the optimal allocation of resources across treatment streams to maximize revenue

*m)  Administration of Compliance Research and Related Information*

Project Description: This will develop and implement an administration of Compliance Research related approach for various needs. For example, there's a current Preparer tax identification numbers (PTIN) project being utilized by the graph database technology to support W&I's efforts in combating EITC non-compliance by facilitating identification of return preparers for due diligence visits. Networking of data provides enhanced options for detection and treatment of preparer non-compliance. Work has recently expanded to include detection of EFINs suspected of identity theft activity.

Another example, the Employer Identification Number (EIN), there is an expanded pilot phase for RAAS support and partnership with SB/SE Fraud. In the past, the focus was using linked data to assist Fraud Technical Advisors in researching existing fraud referrals received from the field and identifying new fraud activities by applying pattern analysis of the linked data.

Goal(s): Review data to identify networks of preparers engaged in patterns, trends and risky behavior related to specific programs. Define the problem and advise a solution for risk mitigation. A review of measures to assess operational benefits of enhanced data provided by linking, visualization, and pattern detection. This process should assess issues that are both internal and external to the agency. Internal assessment leads to an understanding of the agency's strengths and weakness. The external assessment leads to an understanding of the opportunities and threats facing the agency.

*n)  Emerging Compliance Issues*

Project Description: RAAS will support a review of resources to identify possible opportunities for those with a tax obligation to circumvent the tax system.

Goal(s): RAAS will be able to identify, describe and provide solutions to tax compliance issues identified then the IRS can pursue analytical approaches to address those problems.

---

Greystones000692

Attorney's Eyes Only



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**Other Support**

*r)                    Unknown Emerging Issues*

Description: As mentioned above, emerging trends can address and identify operational challenges where difficulties may arise. This will help the IRS identify immediate and critical needs for processes that transform policy and legislative inputs into outputs and outcomes for tax administration. As projects or initiatives may arise, it is critical to evaluate the risk environment for tax administration and understand components in the overall process. It could include, but not limited to, project management, business management, analytics, research, and data modeling that support RAAS development of decision services supporting critical business processes, and emerging risk management strategies and challenges for tax administration. Goal(s): The IRS will quickly review, assess and address issues as it arises to explore future innovation, emerging technologies, business processes and best practices to identify solutions and areas for immediate impact while reducing Taxpayer burden. Assist the IRS to potentially implement new governance structures, policies, procedures and training to serve as the framework for tax administration and compliance and address them before the performance is impacted. Provide support in assessing the performance of programs against their intended goals through the development and maintenance of program evaluation and measurement criteria and methods. This process should assess issues that are both internal and external to the agency. Internal assessment leads to an understanding of the agency's strengths and weakness. The external assessment leads to an understanding of the opportunities and threats facing the agency. s) *Emerging Analytic Techniques*

Project Description: RAAS will need support in reviewing analytical techniques to address specific issues facing tax compliance that cannot be addressed via more well-known analytical techniques.

Greystones000693



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

Goal(s):  Detailed reviews of analytical techniques, their applicability to specific tax administration  compliance concerns, and reference materials to facilitate their adoption by the IRS.

**E. Knowledge, Skills and Capabilities Required**

**Unrestricted Program Areas and Small Business Set-Aside Program Areas need to have all the Knowledge, Skills and Capabilities Required:**

**Capabilities**

The Contractor shall have the capability to perform all the types of activities and tasks outlined in the  following section.

a)   Enact Administration and Enforcement Support

The Contractor shall have the capability to assist in identifying opportunities for new approaches to tackling IRS and RAAS challenges, often by drawing on deep industry and/or law enforcement experience  (including techniques from other industry sectors or law enforcement domains). The Contractor shall have  the capability to support the IRS enterprise research, planning efforts in the development of processes  and procedures for integrating and conducting research across the IRS. This work may include framework  conceptualization and application of governance mandates. These challenges may be operational or  organizational.

The IRS has a long history of adapting to continually changing and newly emerging taxpayer behaviors. As  trends become more apparent and recognizable, the IRS designs new compliance processes and implements strategies to capture lost revenue and increase taxpayer compliance. RAAS actively partners  within the IRS and beyond to develop, accelerate, and strengthen strategic evidence-driven compliance  initiatives and analytic problem-solving capabilities, to include the following:

o                        Leveraging (accelerating and/or extending) progress with high-value existing compliance initiatives;

o                        Modeling and contributing to a more evidence-driven and analytical culture within core compliance management activities; and

o                        Building a service-wide capacity to continually analyze and apply data analytics to evolve compliance programs.

Tasks may include, but not be limited to:

o                        Interpreting Legislation and Policy
o                        Identifying Efficiency Opportunities
o                        Developing and Framing Issues
o                        Creating Implementation Plans
o                        Assisting in Development of Internal IRS Agency Programs and Solutions
o                        Assisting in Development of Strategy

b)   Conduct Data Exploration and Evaluation Operations.

The Contractor shall have the capability to provide RAAS and the IRS with Data Analytic support to mine

Greystones000694

DocuSign Envelope ID: AF81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

data and configure large, complex data sets using sophisticated software and appropriate methods to identify undiscovered patterns and establish hidden relationships. These data analytics focus on application of appropriate evidence-driven methods, data-driven or knowledge-driven as appropriate. The Contractor shall have the capability to apply advanced knowledge of statistical and mathematical

Greystones000695

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

## Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

theories and techniques that relate to survey sampling, weighting, outlier and missing data adjustments, data analysis, projections and variance estimation.

The Contractor shall have the capability to design research projects that apply valid scientific techniques and utilize information obtained from baselines or historical data to structure uncompromised and efficient analyses. This work requires exploration and hypothesis development to gain insight/knowledge from the data. Applying research approaches to statistical data will be useful for determining attribution, identifying relationships between objects, tracking back differences in similar results, guaranteeing the reliability of the data; and allowing researchers to determine whether a data set can be used in their research.

The Contractor shall have strong troubleshooting and problem-solving capabilities, hands-on experience and/or knowledge of tools such as, Excel, SAS, R, SQL, and Python.

Tasks may include, but not be limited to:
o              Data Analytics and Statistical Functions
o              Modeling and Simulation
o              Data Management
o              Evidence-Based Testing and Evaluation
o              Verification and Validation


c)              Develop and Conduct Surveys

RAAS collects information about taxpayer behaviors, needs, and opinions using surveys. The Contractor shall have the capability to provide methodologies and execution planning to support surveys by writing effective questions and drawing conclusions from the results. The Contractor shall have the capability to support the design and implementation as a systematic process of gathering information on a specific topic by asking questions of individuals and then generalizing the results to the groups represented by the respondents. These surveys can be used to find out attitudes and reactions, to measure client satisfaction, to gauge opinions about various issues, and to add credibility to your research.


Tasks may include, but not be limited to:
o              Applying Sampling Techniques
o              Analyzing, Assessing, and Reporting Findings
o              Identifying Improvement Opportunities and Solutions


The Contractor shall have the capability to provide input towards building and reviewing stakeholder communications strategies, including forms and instructions, call scripts and outreach efforts. These improvement opportunities will drive solution implementation planning and execution. The Contractor shall have the capability to help the IRS realize operational efficiencies and effectively manage costs by improving enterprise-wide resource allocation and streamlining processes.

d)    Conduct Knowledge Management Activities

The Contractor shall employ critical analysis of their tasks to support the information products they produce. This may involve managing repositories of information to facilitate information access and reuse, such as

---

ASR-RAAS_DAIS-Greystones-0001

Greystones000696

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

data warehouses and knowledge management archives.

Tasks will include, but not be limited to:

o                          Maintain Knowledge
o                          Data Management

Greystones000697

DocuSign Envelope ID: AF81CF7E-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

### Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

o        Receive and Transfer Knowledge

**e) Transition to Support**

Transition to support will be done at the Task Order Level. Once BPA is awarded, the Contractor shall conduct an orientation briefing for the Government. The goal is to provide a near-seamless transition between contractors and/or government staff with minimal impact to RAAS's ongoing initiatives at the beginning of this BPA. The intent of the briefing is to initiate the communication process between the Government and Contractor by introducing key BPA participants, explaining their roles, reviewing communication ground rules, and assuring a common understanding of BPA requirements. The new Contractor shall develop and deliver a draft detailed start-up plan that encourages productivity. This plan shall identify the Contractor resources and roles involved in the start-up process, provide a list of risks and mitigation strategies, and contain a detailed, resource balanced project schedule. The orientation briefing shall be held at the Government's facility and both parties shall mutually agree upon the date and time.

Topics to be discussed may include, but not be limited to:

o        Knowledge transfer from existing contractor
o        Required Security Awareness and IT Training
o        Orienting Staff to Workspaces, Equipment, and Facilities
o        Task Order Project Management and Invoicing
o        Status Reports and Status Meetings
o        Data Protection Protocols

**Knowledge and Skills**

The Contractor shall ensure its leadership is fully engaged and available to IRS leadership. Contractor Leadership oversees/directs their contractor staff with ongoing IRS projects, they can be project managers and some cases, depending on the team, can be above the PMs. Key personnel could be both a part of the Technical and Management teams. These leaders should possess a broad scope of influence within their organization and bring their breadth and depth of experience to each Task Order. This includes providing ongoing assessment of program status and recommendations for improvement as needed. The Task Orders issued under this BPA will be enterprise-wide and/or highly visible in nature which will require assert responsibility over the enterprise. For this reason, it is imperative that contractor leaders remain active throughout each Task Order and fully understand each project's status, issues and risks; and work with IRS leaders in providing executive-level oversight and direction to their staff.

In the table below, the contractor shall identify individuals considered as Key Personnel in their quoted staffing projection to fulfill Technical and Management Approach. Positions listed below may be used at BPA and/or Task Order Level. However, IRS is asking that each Contractor identify:

    1. **BPA Level** - Key personnel that will be designated to be utilized across associated Task Orders

o        Point of Contact that will be responsible for direction and coordination with government regarding changes, concerns, and/or updates to their overall BPA management (no cost associated)

2. **Task Order Level** - Program Manager and other key personnel shall be designated during the individual Task Order quotation (cost shall be included in associated Task Order).

---

ASR-RAAS_DAIS-Greystones-0001

Greystones000698

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E
Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

The Contractor shall obtain the Contracting Officer's (CO) written consent before removing, replacing, or diverting any of the personnel assigned to the positions. The Contractor shall (1) notify the CO and the COR reasonably in advance and (2) submit justification (including proposed substitutions) to the CO and the COR in sufficient detail to permit evaluation of the impact on this BPA. All proposed personnel substitutions shall possess capabilities that meet or exceed the requirements of the BPA.

1.    Contractor promptly notifies the CO in writing, at least fifteen (15) working days in advance of the proposed substitutions. The Government has 30 days to approve or disapprove key personnel or they are deemed acceptable substitutions. Contractor must provide:

a.                          detailed explanation of the circumstances necessitating the proposed substitutions,

b.   complete resume for the proposed substitute, and

c.                        any other information requested by the CO needed to approve or disapprove the proposed substitution.

2.   The CO, will forward request to authorized Program Office representative (usually BPA or Task Order Level COR) to conduct an evaluation of request. Representative will notify CO approval or disapproval.

Task Order Key Personnel Roles
The IRS will identify specific requirements for Task Order Key Personnel Roles as Task Orders are issued. The Contractor shall make every effort to retain key personnel under each Task Order to ensure continuity until Task Order completion (acceptable reason for leaving the contract is personnel has left the company or death or other related circumstance).

Greystones000699



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

The Task Order Program Manager shall be responsible for the performance of work performed under their designated Task Orders. The Program Manager shall have full authority to act on behalf of the Contractor on all award matters relating to daily operation. The Program Manager shall be available during core hours – 8:00 a.m. to 4:30 p.m., Monday thru Friday, except Federal holidays or when the IRS facility is closed for administrative reasons.

☐           The Contractor shall submit key personnel resumes to the IRS for review and qualification verification.

☐           Key Personnel whose resumes are proposed are subject to the evaluation process for skillset accessibility. Agreement of the selection by the government and the contractor will be determined before award of BPA(s) and associated Task Order(s).

Knowledge and skills are demonstrated through qualifying experience, education, or training. Ideal contractor personnel would typically have a broad knowledge base of primary RAAS competency areas. The capability to perform applied analytics is contingent upon excellent understanding and knowledge of relational databases, finance, process, data architecture, and a comprehensive understanding of multiple, complex data sources across the IRS.

Contractor personnel should have extensive expertise and experience in the following:

**Research, Analytical and Statistical Skills:**

1.   Strong troubleshooting and problem-solving capabilities.

2.   Robust                          analytical/quantitative/statistical skills, experience managing and maintaining statistical and mathematical theories and techniques that relate to survey design/sampling, weighting, outlier and missing data adjustments, data analysis, projections and variance estimation to include demonstrating experiences using statistical and analytical software (like, but not limited to SAS, SQL, R).

3.   Demonstrated experience with various types and sizes of data sets

4.   Demonstrated creativity and flexibility to rapidly identify and understand new trends and develop new approaches, recommendations and solutions to address continually changing customer behavior and needs.

5.   Demonstrated a high level of knowledge and experience in data management tools and techniques to ensure the delivery of consistent, high-quality products that are aligned to enterprise business strategies and initiatives.

6.   Utilizing critical thinking skills to objectively analyze and evaluate issues to form judgements. 7.   Analyzing events across government, financial industries, law enforcement, and other similar data environments prioritizing them by compliance and business risk, and displaying the results in evidence-driven monitoring and decision support tools.

8.   Ability to conduct rigorous quantitative data analysis, develop insights and develop actionable recommendations due to previous experience developing strategies / performing assessments, gap analyses, and making actionable recommendations requiring large quantitative data sets relevant to the IRS.

9.   Leveraging scientific practices in the application of exploratory data analysis and confirmatory data analysis, where hypotheses are proven true or false.

10.   Detecting compliance risk, fraud, and cyber threats using data discovery, predictive analytics, trend analysis, assessment and appropriate contemporary analytical techniques.

---

Greystones000700

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



## Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

11. Strategy consulting, including analysis, planning and decision support with the demonstrated ability to successfully implement strategies for cost savings and business process efficiencies in the Federal government and/ or private sector.

12. Demonstrated experience analyzing and correlate events across the enterprise data environment, prioritize them according to compliance and business risk and displays the resulting data into appropriate dashboards.

13. Demonstrated experience to discern what potential data sets are relevant and how to use it; how to translate data into enterprise environment; and experience in government data sharing and integration.

**Project and Business Management Skills:**

14. Excellent design and delivery capabilities with proficiency in gathering requirements and translating business requirements into technical specification.

15. High degree of collaboration across wide ranging groups.

16. Demonstrated business savvy with solid interpersonal and communication skills (written and verbal).

17. Effectively communicating complicated data analysis to a high-level, non-analytical audience while simultaneously being detail-oriented enough to work effectively with mid-level, operational managers on the same topic.

18. Effectively coordinating with other government and contractor teams on completing projects in a combined portfolio.

19. Project management skills and knowledge of tools for managing, tracking, reporting, and transitioning large-scale projects.

**Academic and Professional Experience:**

20. 5+ years related work experience in Analytics, Predictive Modeling, Simulation, Database Marketing, Code Development and/or Risk Management.

21. Undergraduate and graduate degrees in analytics, finance, accounting, computer science, management information systems, social sciences, engineering, physics, decision science, or business.

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

The Government retains no direct control over the services provided by the contractor. No contractor employee shall hold himself/herself out to be a Government employee, agent or representative. All contractor personnel attending meetings, answering government telephones, and working in other situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression in the minds of members of the public that they are Government officials, unless, in the judgment of the Department of Treasury, no harm can come from failing to identify themselves. Contractors must also ensure that all documents or reports produced are suitably marked as contractor products or that contractor participation is appropriately disclosed during meetings and other activities.

**H. Place of Performance**

All contractor support is expected to be performed on site at IRS facilities located in Washington, DC unless noted by the IRS. Work requirements may be performed at a designated contractor facility on a case by case basis, as approved by IRS officials. The specific place of performance will be specified in each Task Order. Contractors may be required to travel to select locations for coordination as needed. Work shall primarily be performed at the government facility listed below in Washington, DC. However, on occasion, due to space limitations, holidays, weather conditions, unexpected events, some performance may be required at the Contractor's site. The contractor shall abide by the Department of Treasury Directive (TD) 71-10 regarding provisions for authorized entrance and exit at these facilities:

☐        77 K Street NE, Washington, DC 20003

☐        Main IR – 1111 Constitution Avenue NW, Washington, DC 20224 and

    ☐        New Carrollton Federal Building (NCFB) - 5000 Ellin Road, Lanham, MD 20706. Work performed at any location will be reviewed and requested by the IRS officials (outside of the above locations). If needed, performance shall be required beyond the standard workday in accordance with the contract and this will need to be approved by the IRS Initiative Manager and/or officials.

---

Greystones000702



9466 Georgia Ave #2025          Silver Spring, MD 20910          Phone: (301) 738-9502          Fax: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**Briefing Requirement**

Within five (5) business days of award of BPA(s) and associated Task Orders, the contractor shall meet  with government representatives at a mutually agreeable location in the Washington, DC area or via teleconference. The successful contractor(s) will be asked to be available for  individual awardee Orientation Briefings (i.e., key staff introductions, skills, quality controls, etc.).

o          <u>BPA Level (Orientation Briefings)</u> – At no cost to the government, the contractor will attend an orientation briefing. The COR will coordinate and send "calendar meeting  invite" with an agenda for the meeting. This meeting should include CO, COR, Program  Office stakeholders, and Contractors designated personnel. The 1 hour meeting shall  include          an          introduction of          those          in attendance and          discussion of          contractor's          business/contract management plan (staff, quality control, etc.).

o          <u>Task Order Level (Kick-off Meeting)</u> – The Contractor or COR will coordinate and send "calendar meeting  invite" with an agenda for the meeting. The meeting should discuss  assigned personnel status, location of work, technical approach and other specified in  Task Order. The Contractor shall provide meeting notes (inclusive of follow-up actions) to  the government within five (5) business days of holding the meeting.

**Standard Reports and Other**

The Contractor shall use common reporting during the period of performance in electronic format and  stored in a designated IRS SharePoint Site. Anticipated project documentation includes such common  performance measures such as contract status (tasks, deliverables, costs paid, costs remaining, etc.).   Here is a summary of items to provide, but not limited to:

☐          BPA Orientation Briefing
☐          Task Order Kick-off Meeting
o                    Knowledge Transfer Meetings
o                    Contractor's Work Breakdown Structure
o                    Project, Deliverable and Payment Schedule
o                    Biweekly Meetings
o                    Biweekly Status Reports

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

The BPA Orientation Briefing and Task Order Kick-off Meeting with the contractor and government will occur within 5 business days of award or unless noted by COR and/or CO. As necessary, contractor will provide status briefings with appropriate IRS personnel highlighting accomplishments, status of on-going work, progress of critical tasks and activities, and any general concerns with the completion and/or budget of this work.

The Task Order biweekly status reports will document contractor performance, budget and schedules, due every 2 weeks after award, and will be reviewed and accepted by the COR, IRS Initiative Manager/Director and/or designee. The contractor shall provide biweekly status reports and verbal briefings throughout the period of performance, as necessary. The biweekly status report may be requested more than every 2 weeks if there is concerns and sometimes initiatives have weekly meetings due to the fast pace work, if required a weekly updated may be needed. The contractor will work with RAAS to document all issues discussed and all decisions made. The biweekly status reports will document the following, but not limited to:

- ☐ Point of Contacts for Task Order (Initiative COR, Initiative Manager, Initiative Director, Contractor Team, etc.)
- ☐ All Earned Value Management (EVM) Measures and Metrics will be reviewed and accepted by the COR, IRS Initiative Manager and/or designee monthly (i.e., cost/schedule control, comparison of worked performed and work planned, etc.).

Task Order Status:
- o summary of status
- o achievements of the past month
- o work planned for the coming weeks
- o progress of critical upcoming tasks and activities
- o warnings to any problems or delays in project timeframes
- o attempted solutions of encountered problems.
  - o If problems are encountered that cannot be resolved by the contractor, RAAS (COR, Initiative Managers and Directors) shall be notified immediately. Corrective action plans, if necessary, will be reviewed and accepted by the IRS Initiative Manager or designee, the CO, and the COR monthly.
- o As necessary, contractor will provide verbal briefings with appropriate IRS personnel highlighting accomplishments, status of on-going work, progress of critical tasks and activities, and any general concerns with the completion and/or budget of this work. As needed, the monthly briefings may be required for analysts, management officials, and executives thorough the IRS.
- o Lessons learned
  - o A deliverable schedule will be needed to track ongoing activities per Task Order.

---

Greystones000704



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**Table 4 - Deliverable and Payment Schedule Example**

| Summary of Tasks | Costs (paid* & remaining) | Deliverables | Due Dates | % Complete | Status |
|---|---|---|---|---|---|
| Base Year - Period of Performance: XX/XX/XX - XX/XX/XX | | | | | |
| **Task 1:** Name | $XXX paid $XXX balance ($total) | **1.1:** Deliverable Name | **1.1:** Monthly, biweekly, weekly or date | XX% | 1.1 On Track – Status of deliverable |
| **Task 2:** Name | $XXX paid $XXX balance ($total) | **2.1:** Deliverable Name **2.2:** Deliverable Name | **2.1:** draft date; final date **2.2:** draft 1 date, draft 2 date, final date | XX% X% | 2.1 Delayed - Challenges with X 2.2 Delayed – Due to X |
| **Subtotal** | $XXX paid $XXX balance ($total) | | | | |

*Report date: XX/XX/XX*

\* Invoices will be processed for payment once deliverables are approved by the IRS.

**Task Order Deliverables**

The specific deliverables required, will be set forth in each Task Order.

☐        Each Task Order issued under the BPA(s) will identify specific deliverables required for that Task Order.

☐        The Task Order PWS shall also specify the required delivery dates and timeframes, either in written statement or tabular form.

☐        The Task Order PWS shall also specify any additional inspection and acceptance requirements for that Task Order.

All deliverables must be delivered to the COR and key IRS staff in electronic format (Word, Excel, Power Point (PPT), Visio and/or agreed formats). The monitoring method for key deliverables is identified by an  established percentage of surveillance in Attachment A - Contractor Performance Standards  and Acceptable Quality Level. The acceptable quality of deliverables are subject to COR approval.

1.    The Contractor shall communicate throughout the process with the IRS. Multiple types of media for  that communication, including but not limited to presentation decks, and papers describing the  process and the results may be used.

2.    The Government will perform an initial review of deliverables, and if problems are encountered during  the review, the Contractor must correct them. If necessary, a meeting may be convened to resolve  any differences. The Contractor shall make all required changes to achieve an acceptable deliverable.  The Government will perform its review from receipt of the deliverable or as otherwise specified in  the Task Order.

3.    Conduct briefings and prepare comprehensive reports to keep managers and executives advised of  project plans and progress and to communicate findings and recommendations.

4.    The specific deliverables required under Task Orders issued against this BPA will be set forth in the

Greystones000705

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

Task Orders themselves. All contractor deliverables or work products shall remain categorized as "Official Use Only," "Internal Use Only," or as specified by IRS official. Release of any portion must be  authorized in writing by the government.

DocuSign Envelope ID: AE81CF7E-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

5.        Unless otherwise requested in writing by the COR, work products shall be produced using a minimum of Microsoft Office Professional 2016 products, as applicable, and all work products shall reside on shared drives, SharePoint, project folders or other secure methods that are backed-up and accessible by the designated IRS personnel.

6.        Deliverables for the specific Task Orders will vary.  Deliverables and products may include, but not limited to:

- ☐ After Action Reviews Papers
- ☐ Analysis Products
- ☐ Assessments
- ☐ Behavior Studies
- ☐ Case Reports
- ☐ Cause and Effect Studies
- ☐ Data Analysis
- ☐ Data Visualization
- ☐ Develop Performance Objectives
- ☐ Engagement Strategies
- ☐ Execution Plans
- ☐ Feasibility assessments
- ☐ Hypotheses
- ☐ Impact Assessments
- ☐ Implementation Plans
- ☐ Initiative Plans
- ☐ Innovation Concepts
- ☐ Legislative and Policy Analyses
- ☐ Lessons Learned Reports
- ☐ Models and Simulations
- ☐ Observational Studies
- ☐ Operating Documents
- ☐ Optimization Studies
- ☐ Outcomes Research
- ☐ Performance Action Reviews
- ☐ Performance Metrics
- ☐ Population Studies
- ☐ Process Documentation
- ☐ Program Management Plan
- ☐ Project Plans
- ☐ Recommendations

---

Greystones000707

DocuSign Envelope ID: AE81CF7E-7518-4631-B7B2-AEC9EAA7221E

# Attorney's Eyes Only



**ASR**
ANALYTICS
A **gcom** COMPANY

9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

---

☐ Risk      Plans
Identification ☐ Sampling Designs
☐ Risk      ☐ Satisfaction Reviews
Mitigation   ☐

---

Greystones000708

Attorney's Eyes Only



9466 Georgia Ave #2025          Silver Spring, MD 20910          Phone: (301) 738-9502          Fax: (301) 738-9503

## Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

- ☐ Taxpayer Understanding
- ☐ Test and Learn Analysis
- ☐ Training Plans
- ☐ Treatment Response Studies
- ☐ Trip Reports
- ☐ User Guides
- ☐ Utilization Studies

**J. Performance Requirements, Standards and Surveillance**

This section will describe the methods used to measure performance, the reports required, to evaluate the performance of the contractor. It explains the areas that the contractor will be evaluated on based off this BPA and the contractor's Quality Control Plan. The contractor is responsible for the quality of all work performed. The contractor measures that quality through the contractor's own Quality Control plan. Quality Control is work output, not workers, and therefore includes all work performed under this contract regardless of whether the work is performed by contractor employees or by subcontractors. The contractor's Quality Control Plan will set forth the staffing and procedures for self-inspecting the quality, timeliness, responsiveness, customer satisfaction, and other performance requirements in this BPA. The contractor will develop and implement a performance management system with processes to assess and report their performance to the designated Government representative.

The Government representatives will monitor performance and review performance reports furnished by the contractor to determine how the contractor is performing against communicated performance objectives. The Government will make decisions based on performance measurement metric data and notify the contractor of those decisions. The contractor will be responsible for making required changes in processes and practices to ensure performance is managed effectively.

The work products and schedules that are required for this BPA will be specified in the individual Task Orders, as applicable. For additional information review Attachment A - Contractor Performance Standards and Acceptable Quality Level.

The following items will be evaluated.

1.          Monitoring Method

The initial Contractor's Work Breakdown Structure is due no later than 30 calendar days after award and shall be reviewed and approved by the IRS Initiative Manager and other key personnel within 10 business days (2 weeks) of receipt.

Updates to the baseline project schedule, due with biweekly status reports following initial approval, will be reviewed for acceptance within no less than 10 business days of receipt (2 weeks).

The ongoing Task Order biweekly status meetings and reports will help keep the lines of communications open between the government and contractor on contract status. In some cases, IRS leaders may conduct weekly status briefings for their projects.

2.          Transition to Support Period

Work under this BPA may require a transition to support period (an average of 3 months) for the Contractor to transfer knowledge and other necessary information to a new contractor or government. If needed, specific

Greystones000709

Attorney's Eyes Only

requirements will be requested in a Contractor proposal. It is required to have a seamless transition between contractors and government personnel with minimal impact to RAAS ongoing initiatives. The contractor will professionally comply and provide adequate supportive documents, meetings and communications as necessary for successful knowledge transfer. Task Orders will provide



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

necessary items needed knowledge transfer activities. The IRS anticipates multiple Delivery Teams often working together to deliver planned capabilities for one or more products. Teams could be primary, Contractor, IRS or any combination of Contractor (multiple contractor organization) and IRS personnel. The Contractor shall utilize interactions that work well in multi-contractors and distributed teams to foster collaboration regardless of the team location and composition.

The incumbent contractor shall facilitate the activities and provide the documentation necessary to transition to the IRS or Treasury personnel or potentially to another contractor. The incumbent contractor shall ensure that all design documents, project plans, status of work in progress, meeting minutes and other key documents are completely up to date and posted on the appropriate government SharePoint sites and/or shared drives. To minimize any decreases in productivity and to prevent possible negative impacts on additional services at the beginning and the conclusion of the BPA and its Task Order's performance, if appropriate, a transition phase will start no later than (60) days prior to its expiration date. The contractor shall:

☐ have personnel on board during the phase in and out periods;

☐ remain responsible for the full performance of all efforts and cooperate fully with the staff and/or the new incumbent contractor;

☐ fully cooperate in providing all documentation and data identified by the government as the government owned information; and

☐ return any Government publication provided to the contractor during associated Task Order performance.

All related work and products become the property of the government, regardless of the ownership of the automation hardware or software used to create the products or services.

All reports, charts, logs, and maps shall become the property of the government upon completion or termination of each Task Order and shall be available for inspection by the Government upon request at any time during the Task Order period of performance.

Key deliverables to be produced are:

☐ Transition Project Plan (tasks and timeline)

☐ Transition Presentation, Kickoff Meeting, Closeout Meeting and subsequent meetings with the new contractor(s)

☐ Final Work Summary Report (to include identification of any gaps)

☐ Document inventory and gap analysis

☐

3. Inspection and Acceptance

Each Task Order will specify quality measures that are required from the Contractor. The IRS COR will review all deliverables with key IRS personnel for approval (reference Attachment A). Once review has occurred, then a discussion about the deliverable will be conducted with the contractor and key IRS personnel. The Contractor shall provide items that conform to the requirements identified in the Task Order. Written deliverables shall be reviewed for accuracy, clarity, completeness, and timeliness. All work products must satisfy the requirements of the Government as specified in each Task Order. The Government reserves the right to inspect, test, accept, accept conditionally, or reject any supplies or services that have been tendered for acceptance. The Government

Greystones000711

Attorney's Eyes Only

may require re-performance of nonconforming services at no increase in the Task Order price. The IRS shall notify the Contractor of any concerns and comments in writing within of receipt of a formal deliverable specified in each Task Order.

Greystones000712



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

The Contractor shall resubmit the final deliverable to the COR within set workdays specified in each Task Order.
General Standard Acceptance Criteria:
The general quality measures below will be applied to each work product received from the Contractor under this BPA and each Task Orders awarded.

o　　　Accuracy – Work Products shall be accurate in presentation, technical content, and adherence to accepted elements of style.

o　　　Clarity – Work Products shall be clear and concise; business terms shall be used, as appropriate. All diagrams shall be easy to understand and relevant to the supporting narrative.

o　　　Specifications Validity – All Work Products must satisfy the requirements of the Government as specified herein.

o　　　File Editing – All text and diagrammatic files shall be editable by the Government.

o　　　Format – Work Products shall be submitted in hard copy (where applicable) and in media defined in the PWS. The Work Product format may change depending on the tasks and deliverables contained in each Task Order. Hard copy formats shall follow Treasury/IRS Directives and shall be consistent with other similar efforts.

o　　　Timeliness – Work Products shall be submitted on or before the due date specified in accordance with a later scheduled date determined by the CO.

Review of Deliverables:

o　　　The Government will perform an initial review of deliverables, and if problems are encountered during the review, the Contractor must correct them. Again, if necessary, a meeting may be convened to resolve any differences. The Contractor shall make all required changes to achieve an acceptable deliverable. The Government will perform its review of receipt of the deliverable specified in each task order.

o　　　When the review of a deliverable results in necessary modifications, the Government will, in accordance　with the approved task order schedule, provide the necessary documentation to correct the deliverable. It will then be the responsibility of the Contractor to properly and consistently incorporate the comments in the final product.

o　　　These procedures shall not be construed to constitute a waiver on the part of the Government of its rights under FAR Subpart 49.4, entitled "Termination for Default", nor of any other rights or remedies provided by law or under each task order.

o

For additional information review Attachment A - Contractor Performance Standards and Acceptable Quality Level.

**K. Government-Furnished Property and Information**
The specific Government furnished property (GFP), includes materials, equipment, and/or information, to be supplied by the Government will be set forth in the individual Task Orders and in accordance with FAR Part 45, Government Property. The Government will arrange for access to data, works in progress, deliverables, and other materials essential for the Contractor to perform the activities in support of the Task Order. The Contractor shall return any

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

property provided for use under BPA Task Orders by the Government in accordance with FAR 52.245-1. The following GFP may be provided to the Contractor:

Greystones000714

DocuSign Envelope ID: AE81CF7F-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**Table 5 - Government-Furnished Property**

| ITEMS | QUANTITY |
|---|---|
| Contractor Identification Badge | TBD |
| Contractor Building Access/Proximity Card | TBD |
| Laptop/Desktop Computer with Local Area Network Access | TBD |
| Office Space (Desk, Chair, Standard Office Equipment) | TBD |
| Telephone with VMS (if applicable) | TBD |

*Note: The awarded contractor is responsible for tracking and obtaining their badge, laptop and any other GFP once notified by government personnel.*

Government furnished information (GFI), includes manuals, notes, memos, instruction materials and other information, may be provided in the performance of each task order. The following GFI will be provided to the Contractor upon task order award. All work products and data performed under this BPA are government property.

**Information Items**

☐         Internal Revenue Manual (IRM) 2.16.1

☐         Internal Revenue Manual (IRM) 2.8.1, THE SECURITY MANUALS.

☐         Others as necessary

**L. Travel**

The Contractor may be required to travel in performance of Task Orders issued under this BPA. Allowable travel and per diem charges are governed by Pub.L. 99-234 and FAR Part 31, and are reimbursable by the Agency. Travel in performance of a Task Order will only be reimbursable to the extent it is pre-approved in writing by the Contracting Officer's Representative and other IRS official.

Contractor travel under any resultant task order issued under this BPA is expected to primarily be to locations within the local Washington DC metropolitan area. Travel expenses of contractor personnel located within a certain number of miles (e.g. 50 miles, 150 miles) of the place of performance noted in the task order will not be reimbursed. This will be identified at the Task Order level. For example, a contractor personnel located in the Metro DC area will not be reimbursed for travel to New Carrollton.

---

Greystones000715

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

☐      All work shall be performed under the supervision of the Contractor or employees responsible to the Contractor.

☐      Any Sensitive But Unclassified and Privacy Act information used for carrying out the terms of this BPA shall be treated as confidential and shall not be divulged or made known in any manner to any person  except as may be necessary in the performance of this BPA.

☐      Upon Task Order completion, all SBU data in the contractor's possession shall be turned over to the IRS.

☐      Contractor personnel handling or having access to sensitive information shall complete a Non-Disclosure Agreement (NDA).

---

Greystones000716

DocuSign Envelope ID: AE81CF76-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

## EXHIBIT B
### SUBCONTRACTOR LABOR CATEGORIES, LABOR CATEGORY DESCRIPTIONS, KEY PERSONNEL AND CEILING LCAT HOURLY RATES

The Prime Contract was awarded to Prime Contractor as a Federal Supply Schedule (FSS) buy under Prime Contractor's GSA 00CORP FSS, SIN 874-1. Prime Contractor's 00CORP FSS can be found and referenced on GSA's eLibrary. Prime Contractor mapped each Prime Contract labor category (LCAT) to an analogous LCAT within Prime Contractor's 00CORP FSS (refer to Table 3, which follows, extracted from Prime Contractor's accepted bid proposal). When offering personnel, Subcontractor is required to adhere to LCAT mappings within the Prime Contract and the analogous mapping within Prime Contractor's 00CORP FSS.

<u>Subcontractor LCATs, LCAT Descriptions, and Ceiling LCAT Hourly Rates</u>:

Subcontractor hourly rates for each specific Subcontractor Task Order (TO) will be established in writing by mutual consent of the parties.

Prime Contract ceiling rates range from 5% to 22.5% below Prime Contractor's 00CORP FSS rates, depending upon LCAT. Prime Contractor will limit its mark-up of Subcontractor hourly rates to 10% across all Prime Contract LCATs. Assuming a 10% mark-up maximum by Prime Contractor, Subcontractor hourly rates for this Agreement will be as presented in Table 1, below. However, for each individualized TO, Prime Contractor will further reduce its mark-up of Subcontractor hourly rates based on the following guidelines:

• Where annualized Subcontractor costs for an individual TO are at least $250,000, but not more than $500,000, the Prime Contractor mark-up will be limited to 8%.
• Where annualized Subcontractor costs for an individual TO are at least $500,000, but not more than $1,000,000, the Prime Contractor mark-up will be limited to 7%.
• Where annualized Subcontractor costs for an individual TO are at least $1,000,000, but not more than $2,000,000, the Prime Contractor mark-up will be limited to 6%.
• Where annualized Subcontractor costs for an individual TO exceed $2,000,000, the Prime Contractor mark-up will be limited to 5%.

Subcontractor agrees to offer equivalent labor rates for government-, Prime Contractor- and Subcontractor-site work.

Greystones000717

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

| CLIN | RFQ / Solicitation Labor Category | ASR 00CORP Labor Category | Base Year | OY1 | OY2 | OY3 | OY4 |
|------|-----------------------------------|---------------------------|-----------|-----|-----|-----|-----|
| 0001 | Task/ Project Manager | Principal | $ 160.06 | $ 163.59 | $ 167.18 | $ 170.86 | $ 174.63 |
| 0002 | Behavioral Scientist, Senior | Managing Consultant | $ 140.71 | $ 143.80 | $ 146.98 | $ 150.20 | $ 153.51 |
| 0003 | Business Process Engineer | Consultant I | $ 67.39 | $ 68.87 | $ 70.39 | $ 71.93 | $ 73.52 |
| 0004 | Business Process Engineer, Senior | Senior Consultant | $ 108.40 | $ 110.79 | $ 113.23 | $ 115.72 | $ 118.27 |
| 0005 | Business Process Engineer, Senior Principal | Director | $ 176.61 | $ 180.49 | $ 184.46 | $ 188.53 | $ 192.66 |
| 0006 | Data Analyst | Consultant I | $ 58.03 | $ 59.31 | $ 60.61 | $ 61.95 | $ 63.31 |
| 0007 | Data Analyst, Senior | Senior Consultant | $ 102.38 | $ 104.63 | $ 106.94 | $ 109.28 | $ 111.68 |
| 0008 | Economist | Consultant I | $ 71.14 | $ 72.70 | $ 74.31 | $ 75.94 | $ 77.62 |
| 0009 | Economist, Senior | Managing Consultant | $ 136.91 | $ 139.92 | $ 142.98 | $ 146.15 | $ 149.36 |
| 0010 | Modeling and Simulation Specialist | Consultant II | $ 88.13 | $ 90.07 | $ 92.04 | $ 94.07 | $ 96.13 |
| 0011 | Modeling and Simulation Specialist, Senior | Managing Consultant | $ 144.51 | $ 147.69 | $ 150.94 | $ 154.26 | $ 157.65 |
| 0012 | Policy Specialist | Consultant II | $ 75.89 | $ 77.56 | $ 79.27 | $ 81.02 | $ 82.80 |
| 0013 | Policy Specialist, Senior | Managing Consultant | $ 121.69 | $ 124.37 | $ 127.11 | $ 129.90 | $ 132.76 |
| 0014 | Policy Specialist, Senior Advisor | Subject Matter Expert | $ 227.72 | $ 232.73 | $ 237.85 | $ 243.09 | $ 248.42 |
| 0015 | Social Scientist | Consultant I | $ 63.65 | $ 65.05 | $ 66.48 | $ 67.95 | $ 69.44 |
| 0016 | Social Scientist, Senior | Senior Consultant | $ 114.42 | $ 116.94 | $ 119.52 | $ 122.14 | $ 124.84 |
| 0017 | Statistician | Consultant II | $ 93.02 | $ 95.07 | $ 97.15 | $ 99.29 | $ 101.48 |
| 0018 | Statistician, Senior | Principal | $ 151.64 | $ 154.98 | $ 158.39 | $ 161.88 | $ 165.43 |
| 0019 | Strategist | Consultant II | $ 83.23 | $ 85.06 | $ 86.93 | $ 88.84 | $ 90.80 |
| 0020 | Strategist, Senior | Managing Consultant | $ 125.50 | $ 128.27 | $ 131.08 | $ 133.96 | $ 136.91 |
| 0021 | Strategist, Senior Advisor | Subject Matter Expert | $ 203.75 | $ 208.23 | $ 212.81 | $ 217.49 | $ 222.27 |
| 0022 | Threat Intelligence Specialist (IDT) | Consultant II | $ 80.78 | $ 82.56 | $ 84.37 | $ 86.23 | $ 88.12 |
| 0023 | Threat Intelligence Analysis (IDT), Senior | Managing Consultant | $ 129.30 | $ 132.14 | $ 135.06 | $ 138.02 | $ 141.05 |

Greystones000718

DocuSign Envelope ID: AE81CF7E-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

Performance Periods:

| Base Period of Performance: | 11/07/2018 – 11/06/2019 |
|---|---|
| Option Periods: | 1: 11/07/2019 – 11/06/2020<br>2: 11/07/2020 – 11/06/2021<br>3: 11/07/2021 – 11/06/2022<br>4: 11/07/2022 – 11/06/2023 |

Subcontractor Key Personnel:

| IRS RAAS DAIS LCAT (ASR 00CORP LCAT) | Name |
|---|---|
| TBD | TBD |

Greystones000719

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503



Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.

**Table 3: Labor Category Mapping**

| 00CORP GSA PSS LCAT | ASR 00CORP GSA PSS LCAT Description | Cross-Walk to RFQ/ Solicitation LCATs | Cross-Walk Rationale |
|---|---|---|---|
| Subject Matter Expert | Minimum Education Requirement. Bachelor's Degree[a] | (0014) Policy Specialist, Senior Advisor<br>(0021) Strategist, Senior Advisor | |
| Director | Minimum Education Requirement. Bachelor's Degree[a]<br><br>Experience Requirement. Minimum 10 years of relevant work experience. | (0005) Business Process Engineer, Senior Principal | |

4

Greystones000720

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.



| 00CORP GSA PSS LCAT | 00CORP GSA PSS LCAT Description | Cross-Walk to RFQ / Solicitation LCATs | Cross-Walk Rationale |
|---|---|---|---|
| Principal | Minimum Education Requirement: Bachelor's Degree. Experience Requirement: Minimum 7 years of relevant work experience. | (0001) Task/Project Manager<br>(0018) Statistician, Senior | |
| Managing Consultant | Minimum Education Requirement: Bachelor's Degree. Experience Requirement: Minimum 5 years of relevant work experience. | | |

IRS Research Applied Analytics & Statistics (RAAS)
Data Analytics and Innovation Support
RFQ 6072 / GSA RFQ 1260185

5

ASR-RAAS_DAIS-Greystones-0001

Greystones000721

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503



Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.

| Labor Category 00CORP GSA PSS LCAT | ASR 00CORP GSA PSS LCAT Description | Cross-Walk to RFQ/ solicitation LCATs* | Cross-Walk Rationale |
|---|---|---|---|
| Senior Consultant | Minimum Education Requirement. Bachelor's Degree* <br><br> Experience Requirement. Minimum 3 years of relevant work experience. | | |
| Consultant II | Minimum Education Requirement. Bachelor's Degree* <br><br> Experience Requirement. Minimum 1 year of relevant work experience. | | |

ASR Research, Applied Analytics & Statistics (RAAS), Data Analytics and Innovation Support RFQ 6072 / GSA GSA, RFQ1268195

6

Greystones000722

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503



Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.

| 00CORP GSA PSS LCAT | ASR 00CORP GSA PSS LCAT Description | Cross-Walk to RFQ / Solicitation LCAT* | Cross-Walk Rationale |
|---|---|---|---|
| Consultant I | Minimum Education Requirement: Bachelor's Degree† | | |

All ASR and subcontractor personnel have a Bachelor's degree in a relevant field of study, including information technology, computer science, data science and management, economics, statistics, mathematics, business administration, engineering, public administration or public policy. Further, many personnel have advanced degrees or PhDs. Under our 00CORP GSA PSS, a Master's degree substitutes for one (1) year of additional work experience, and a PhD substitutes for three (3) years of additional work experience.

IRS Research, Applied Analytics & Statistics (RAAS)
Data Analytics and Innovation Support
RFQ 60-17 / GSA GSA RFQ1266155

7

**EXHIBIT C**

ASR-RAAS_DAIS-Greystones-0001

Page 68

Greystones000723

Attorney's Eyes Only



| 9466 Georgia Ave #2025 | Silver Spring, MD 20910 | Phone: (301) 738-9502 | Fax: (301) 738-9503 |

---

### APPLICABLE PROVISIONS OF THE PRIME CONTRACT

(NOTE, WITHIN THE ATTACHED REDACTED PROVISIONS, THE TERM "CONTRACTOR," "OFFEROR," OR OTHER COMPARABLE TERMS, ARE INTENDED TO BE SUBSTITUTED WITH "SUBCONTRACTOR," EXCEPT WITH RESPECT TO THOSE CLAUSES RESERVED EXCLUSIVELY FOR THE PRIME CONTRACTOR. SIMILARLY, REFERENCES WITHIN THE PROVISIONS TO "IRS" OR "GOVERNMENT" ARE GENERALLY MEANT TO INCLUDE OR BE SUBSTITUTED WITH "PRIME CONTRACTOR," EXCEPT WITH RESPECT TO THOSE CLAUSES RESERVED EXCLUSIVELY FOR THE IRS OR GOVERNMENT.)

Greystones000724



9466 Georgia Ave #2025    Silver Spring, MD 20910    Phone: (301) 738-9502    Fax: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**SECTION IV FEDERAL ACQUISITION REGULATION (FAR), INTERNAL REVENUE
SERVICE  ACQUISITION PROCEDURES (IRSAP) CLAUSES AND PROVISIONS
Revision 2, June 15, 2018**

**PRIVACY ACT AND DISCLOSURE REQUIREMENTS – PRIVACY ACT OF 1974**
All orders issued against this contract may be subject to the Privacy Act of 1974, 5
U.S.C. §  552(a), and IRS Disclosure rules.  The applicability of Privacy Act and
Disclosure rules to  specific requirements are determined at the time orders are
issued against this contract.

All applicable Clauses incorporated into the GSA Schedule will flow down to this BPA.

**52.252-1 -- SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB
1998)**   This solicitation incorporates one or more solicitation provisions by reference,
with                                              the                                              same
force and effect as if they were given in full text. Upon request, the Contracting Officer
will make
their full text available. The offeror is cautioned that the listed provisions may include
blocks that  must be completed by the offeror and submitted with its quotation or offer.
In lieu of submitting  the full text of those provisions, the offeror may identify the
provision by paragraph identifier and  provide the appropriate information with its
quotation or offer.  Also, the full text of a clause may  be accessed electronically at
this/these address: https://www.acquisition.gov/far/index.html

**NUMBER**           **TITLE**

                     **DATE**

Greystones000725

DocuSign Envelope ID: AF81CF75-7518-4631-B7B2-AEC9EAA7221E
Case 5:18-cv-07182-EJD   Document 241-82   Filed 01/26/24   Page 72 of 155

Attorney's Eyes Only



9466 Georgia Ave #2025      Silver Spring, MD 20910      Phone: (301) 738-9502      Fax: (301) 738-9503

| 52.203-17 | CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS | (APR 2014) |
|---|---|---|
| 52.204-7 | SYSTEM FOR AWARD MANAGEMENT | (OCT 2016) |
| 52.204-9 | PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL | (JAN 2011) |
| 52.209-7 | INFORMATION REGARDING RESPONSIBILITY MATTERS | (JUL 2013) |
| 52.212-1 | INSTRUCTIONS TO OFFERORS—COMMERCIAL ITEMS | (JAN 2017) |
| 52.212-4 | CONTRACT TERMS AND CONDITIONS-COMMERCIAL ITEMS | (JAN 2017) |
| 52.225-25 | PROHIBITION ON CONTRACTING WITH ENTITIES ENGAGING IN CERTAIN ACTIVITIES OR TRANSACTIONS RELATING TO IRAN—REPRESENTATION AND CERTIFICATIONS | (OCT 2015) |
| 52.227-17 | RIGHTS IN DATA – SPECIAL WORKS | (DEC 2007) |
| 52.232-1 | PAYMENTS | (APR 1984) |
| 52.232-18 | AVAILABILITY OF FUNDS | (APR 1984) |
| 52.232-39 | UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS | (JUN 2013) |
| 52.232-40 | PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS | (DEC 2013) |
| 52.242-17 | GOVERNMENT DELAY OF WORK | (APR 1984) |
| 52.245-9 | USE AND CHARGES | (APR 2012) |

Greystones000726



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**1)**     **52.203-18 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation.**

As prescribed in 3.909-3(a), insert the following provision:

Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation (Jan 2017)

(a) *Definition.*

"Internal confidentiality agreement or statement," "subcontract", and "subcontractor", as used in this provision, are defined in the clause at 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements.

(b) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use funds appropriated (or otherwise made available) for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(c) The prohibition in paragraph (b) of this provision does not contravene requirements applicable to Standard Form 312, (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d) *Representation.* By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (*e.g.*, agency Office of the Inspector General).

**2.    52.204-14 SERVICE CONTRACT REPORTING REQUIREMENTS (JAN 2014)**

(a) Definition.

"First-tier subcontract" means a subcontract awarded directly by the Contractor for the purpose of acquiring supplies or services (including construction) for performance of a prime contract. It does not include the Contractor's supplier agreements with vendors, such as long-term arrangements for materials or supplies that benefit multiple contracts and/or the costs of which are normally applied to a Contractor's general and administrative expenses or indirect costs.

(b) The Contractor shall report, in accordance with paragraphs (c) and (d) of this clause, annually by October 31, for services performed under this contract during the preceding

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only

ASR
ANALYTICS
A gcom COMPANY

9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

| Government fiscal year (October 1- | September 30). |
|---|---|

(c) The Contractor shall report the following information:

(1) Contract number and, as applicable, order number.

(2) The total dollar amount invoiced for services performed during the previous Government fiscal year under the contract.

Greystones000728

DocuSign Envelope ID: AE81C575-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(3) The number of Contractor direct labor hours expended on the services performed  during the previous Government fiscal year.

(4) Data reported by subcontractors under paragraph (f) of this clause.

(d) The information required in paragraph (c) of this clause shall be submitted via the  internet at www.sam.gov. (See SAM User Guide). If the Contractor fails to submit the  report in a timely manner, the contracting officer will exercise appropriate contractual  remedies. In addition, the Contracting Officer will make the Contractor's failure to comply  with the reporting requirements a part of the Contractor's performance information under  FAR subpart 42.15.

(e) Agencies will review Contractor reported information for reasonableness and consistency  with available contract information. In the event the agency believes that revisions to the  Contractor reported information are warranted, the agency will notify the Contractor no later  than November 15. By November 30, the Contractor shall revise the report, or document its  rationale for the agency.

(f)(1) The Contractor shall require each first-tier subcontractor providing services under this  contract, with subcontract(s) each valued at or above the thresholds set forth in
4.1703(a)(2), to provide the following detailed information to the Contractor in sufficient time  to submit the report:

(i) Subcontract number (including subcontractor name and DUNS number); and

(ii) The number of first-tier subcontractor direct-labor hours expended on the services  performed during the previous Government fiscal year.

(2) The Contractor shall advise the subcontractor that the information will be made available  to the public as required by section 743 of Division C of the Consolidated Appropriations
Act, 2010.

(End of clause)

## 3.  52.209-5 CERTIFICATION REGARDING RESPONSIBILITY MATTERS (OCT 2015)

**(a)(1)** The Offeror certifies, to the best of its knowledge and belief, that—

(i) The Offeror and/or any of its Principals—

(A) **Are**    **are not X** presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) **Have    have not X,** within a three-year period preceding this offer, been
convicted of or had a civil judgment rendered against them for: commission of fraud or  a criminal offense in connection with obtaining, attempting to obtain, or performing a  public (Federal, State, or local) contract or subcontract; violation of Federal or State  antitrust statutes relating to the submission of offers; or commission of embezzlement,  theft, forgery, bribery, falsification or destruction of records, making false statements,  tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror  checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C) **Are    are not X** presently indicted for, or otherwise criminally or civilly charged by  a governmental entity with, commission of any of the offenses enumerated in
paragraph (a)(1)(i)(B) of this provision;

(D) **Have   , have not X,** within a three-year period preceding this offer, been notified  of any delinquent Federal taxes in an amount that exceeds $3,500 for which the
liability remains unsatisfied.

Greystones000729

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

---

(1) Federal taxes are considered delinquent if both of the following criteria apply:
(i) The tax liability is finally determined. The liability is finally determined if it has

been assessed. A liability is not finally determined if there is a pending

---

Greystones000730



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

administrative or judicial challenge. In the case of a judicial challenge to the
liability, the liability is not finally determined until all judicial appeal rights have  been exhausted.
(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the  taxpayer has failed to pay the tax liability when full payment was due and
required. A taxpayer is not delinquent in cases where enforced collection action
is precluded.
(2) Examples.

                (i) The taxpayer has received a statutory notice of deficiency, under I.R.C. §
6212, which entitles the taxpayer to seek Tax Court review of a proposed tax
deficiency. This is not a delinquent tax because it is not a final tax liability. Should  the taxpayer seek Tax Court review, this will not be a final tax liability until the
taxpayer has exercised all judicial appeal rights.
(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax  liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling  the taxpayer to request a hearing with the IRS Office of Appeals contesting the  lien filing, and to further appeal to the Tax Court if the IRS determines to sustain  the lien filing. In the course of the hearing, the taxpayer is entitled to contest the  underlying tax liability because the taxpayer has had no prior opportunity to  contest the liability. This is not a delinquent tax because it is not a final tax
liability. Should the taxpayer seek tax court review, this will not be a final tax  liability until the taxpayer has exercised all judicial appeal rights.
(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. §  6159. The taxpayer is making timely payments and is in full compliance with the  agreement terms. The taxpayer is not delinquent because the taxpayer is not  currently required to make full payment.
(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not  delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the  Bankruptcy Code).
(ii) The Offeror **has    has not X**, within a three-year period preceding this offer, had one  or more contracts terminated for default by any Federal agency.
(2) "Principal," for the purposes of this certification, means an officer, director, owner,
partner, or a person having primary management or supervisory responsibilities within a  business entity (e.g., general manager; plant manager; head of a division or business  segment; and similar positions).
This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United
States and the Making of a False, Fictitious, or Fraudulent Certification May Render the
Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.
(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time  prior to contract award, the Offeror learns that its certification was erroneous when submitted  or has become erroneous by reason of changed circumstances.
(c) A certification that any of the items in paragraph (a) of this provision exists will not  necessarily result in withholding of an award under this solicitation. However, the certification  will be considered in connection with a determination of the Offeror's responsibility. Failure of  the Offeror to furnish a certification or provide such additional information as requested by the  Contracting Officer may render the Offeror nonresponsible.
(d) Nothing contained in the foregoing shall be construed to require establishment of a
system of records in order to render, in good faith, the certification required by paragraph (a)
of this provision. The knowledge and information of an Offeror is not required to exceed that

---

Greystones000731

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only

9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

which is normally possessed by a prudent person in the ordinary course of business dealings.

Greystones000732



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(e) The certification in paragraph (a) of this provision is a material representation of fact upon  which reliance was placed when making award. If it is later determined that the Offeror
knowingly rendered an erroneous certification, in addition to other remedies available to the  Government, the Contracting Officer may terminate the contract resulting from this solicitation  for default.

(End of provision)

## 4.    52.209-11  REPRESENTATION  BY  CORPORATIONS  REGARDING  DELINQUENT   TAX LIABILITY OR A FELONY CONVICTION UNDER ANY FEDERAL LAW (FEB  2016)

(a) As required by sections 744 and 745 of Division E of the Consolidated and Further  Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in  subsequent appropriations acts, the Government will not enter into a contract with any
corporation that—
(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and  administrative remedies have been exhausted or have lapsed, and that is not being paid  in a timely manner pursuant to an agreement with the authority responsible for collecting  the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an  agency has considered suspension or debarment of the corporation and made a
determination that suspension or debarment is not necessary to protect the interests of  the Government; or
(2) Was convicted of a felony criminal violation under any Federal law within the  preceding 24 months, where the awarding agency is aware of the conviction, unless an  agency has considered suspension or debarment of the corporation and made a  determination that this action is not necessary to protect the interests of the
Government.
(b) The Offeror represents that—
        (1) It is☐  is not X a corporation that has any unpaid Federal tax liability that has been assessed,  for  which  all  judicial  and  administrative  remedies  have  been  exhausted  or have lapsed, and that is not being paid in a timely manner pursuant to an agreement  with the authority responsible for collecting the tax liability; and
(2) It is☐   is not X a corporation that was convicted of a felony criminal violation under a  Federal law within the preceding 24 months.
(End of provision)



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(i) Represents, to the best of its knowledge and belief, that the offeror does not export
any sensitive technology to the government of Iran or any entities or individuals owned
or controlled by, or acting on behalf or at the direction of, the government of Iran;
(ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not  engage in any
activities for which sanctions may be imposed under section 5 of the Iran  Sanctions Act; and
(iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not  knowingly
engage in any transaction that exceeds $3,500 with Iran's Revolutionary
Guard Corps or any of its officials, agents, or affiliates, the property and interests in  property of which are
blocked pursuant to the International Emergency Economic
Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and  Blocked Persons
List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).
(3) The representation and certification requirements of paragraph (o)(2) of this provision  do not apply if—
(i) This solicitation includes a trade agreements certification (e.g., 52.212-3(g) or a  comparable agency
provision); and
(ii) The offeror has certified that all the offered products to be supplied are designated  country end
products.

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(End of provision)

**6.   52.212-5 -- CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (Mar 2016)**

As prescribed in 12.301(b)(4), insert the following clause:

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR)  clauses, which are incorporated in this contract by reference, to implement provisions of law  Executive orders applicable to acquisitions of commercial items:
(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)
(2) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

Greystones000735



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(3) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004)(Public Laws 108-77 and  108-78 (19 U.S.C. 3805 note)).
(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting  Officer has indicated as being incorporated in this contract by reference to implement provisions  of law or Executive orders applicable to acquisitions of commercial items:
[Contracting Officer check as appropriate.]
_**XX**_  (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with  Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).
_**XX**_  (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C.  3509))
__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment  Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the  American Recovery and Reinvestment Act of 2009.)
_**XX**_  (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note)).
__ (5) [Reserved].
_**XX**_  (6) 52.204-14, Service Contract Reporting Requirements (Jan 2014) (Pub. L. 111-117,  section 743 of Div. C).
__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts  (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).
_**XX**_  (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101  note).
_**XX**_  (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters  (Jul 2013) (41 U.S.C. 2313).
__ (10) [Reserved].
__ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C.  657a).
__ (ii) Alternate I (Nov 2011) of 52.219-3.
__ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer)  (15 U.S.C. 657a).
__ (ii) Alternate I (Jan 2011) of 52.219-4.
__ (13) [Reserved]
__ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).
__ (ii) Alternate I (Nov 2011).
__ (iii) Alternate II (Nov 2011).
__ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644)
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.

---

Greystones000736



9466 Georgia Ave #2025     Silver Spring, MD 20910     Phone: (301) 738-9502     Fax: (301) 738-9503

---

_**XX**_ (16) 52.219-8, Utilization of Small Business Concerns (Oct 2014) (15 U.S.C. 637(d)(2) and (3)).

__ (17)(i) 52.219-9, Small Business Subcontracting Plan (Oct 2015) (15 U.S.C. 637(d)(4)).

__ (ii) Alternate I (Oct 2001) of 52.219-9.

__ (iii) Alternate II (Oct 2001) of 52.219-9.

__ (iv) Alternate III (Oct 2015) of 52.219-9.

__ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011) (15 U.S.C. 644(r)).

__ (19) 52.219-14, Limitations on Subcontracting (Nov 2011) (15 U.S.C. 637(a)(14)).

__ (20) 52.219-16, Liquidated Damages—Subcontracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).

__ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) _____ (15 U.S.C. 632(a)(2)).

__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. _____ 637(m)).

__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).

_XX_ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

__ (26) 52.222-19, Child Labor—Cooperation with Authorities and Remedies (Feb 2016) (E.O. 13126).

__ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

_XX_ (28) 52.222-26, Equal Opportunity (Apr 2015) (E.O. 11246).

_XX_ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015)(38 U.S.C. 4212).

_XX_ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

_XX_ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

_XX_ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

_XX_ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).

__ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

__ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types
of commercial items as prescribed in 22.1803.)

__ (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of
commercially available off-the-shelf items.)

__ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

__ (36)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Oct 2015) of 52.223-13.

__ (37)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-14.

__ (38) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42

Greystones000738

Attorney's Eyes Only



9466 Georgia Ave #2025    Silver Spring, MD 20910    Phone: (301) 738-9502    Fax: (301) 738-9503

U.S.C.  8259b).

__ (39)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-16.

_**XX**_  (40) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving  (Aug 2011) (E.O. 13513).

__ (41) 52.225-1, Buy American—Supplies (May 2014) (41 U.S.C. chapter 83).

__ (42)(i) 52.225-3, Buy American—Free Trade Agreements—Israeli Trade Act (May 2014) (41  U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C.  4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283,  110-138, 112-41, 112-42, and 112-43.

__ (ii) Alternate I (May 2014) of 52.225-3.

__ (iii) Alternate II (May 2014) of 52.225-3.

Greystones000739

DocuSign Envelope ID: AF81CF75-7518-4631-B7B3-AEC9EAA7221F

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

__ (iv) Alternate III (May 2014) of 52.225-3.

__ (43) 52.225-5, Trade Agreements (Feb 2016) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

__ (44) 52.225-13, Restrictions on Certain Foreign Purchases (June 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

__ (45) 52.225-26, Contractors Performing Private Security Functions Outside the United States  (Jul 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year  2008; 10 U.S.C. 2302 Note).

__ (46) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).

__ (47) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov  2007) (42 U.S.C. 5150).

__ (48) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41  U.S.C. 4505, 10 U.S.C. 2307(f)).

__ (49) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 4505, 10  U.S.C. 2307(f)).

_**XX**_  (50) 52.232-33, Payment by Electronic Funds Transfer—System for Award Management  (Jul 2013) (31 U.S.C. 3332).

__ (51) 52.232-34, Payment by Electronic Funds Transfer—Other than System for Award Management (Jul 2013) (31 U.S.C. 3332).

__ (52) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C. 3332).

_**XX**_   (53) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

__ (54)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006)  (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

__ (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to

commercial services, that the Contracting Officer has indicated as being incorporated in this  contract by reference to implement provisions of law or Executive orders applicable to  acquisitions of commercial items:

[Contracting Officer check as appropriate.]

__ (1) 52.222-17, Nondisplacement of Qualified Workers (May 2014)(E.O. 13495).

__ (2) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

__ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206  and 41 U.S.C. chapter 67).

__ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price  Adjustment (Multiple Year and Option Contracts) (May 2014) (29 U.S.C. 206 and 41 U.S.C.  chapter 67).

__ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards— Price

Greystones000740

DocuSign Envelope ID: AE81CF75-7518-4631-B7B2-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

__ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to

Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (May  2014) (41 U.S.C. chapter 67).

__ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to

Contracts for Certain Services—Requirements (May 2014) (41 U.S.C. chapter 67).

__ (8) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).

__ (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42  U.S.C. 1792).

__ (10) 52.237-11, Accepting and Dispensing of $1 Coin (Sept 2008) (31 U.S.C. 5112(p)(1)).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions  of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the

Greystones000741



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records—Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this

paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the

extent of the flow down shall be as required by the clause—

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (Oct 2014) (15 U.S.C. 637(d)(2)

and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (Apr 2015)

(v) 52.222-26, Equal Opportunity (Apr 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.



(x) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xi) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627). Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (Oct 2015) (E.O. 12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Jul 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

Alternate I (Feb 2000). As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs
(a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."

Alternate II (Mar 2016). As prescribed in 12.301(b)(4)(ii), substitute the following paragraphs
(d)(1) and (e)(1) for paragraphs (d)(1) and (e)(1) of the basic clause as follows:

(d)(1) The Comptroller General of the United States, an appropriate Inspector General appointed under section 3 or 8G of the Inspector General Act of 1978 (5 U.S.C. App.), or an authorized representative of either of the foregoing officials shall have access to and right to—

(i) Examine any of the Contractor's or any subcontractors' records that pertain to, and involve transactions relating to, this contract; and

(ii) Interview any officer or employee regarding such transactions.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c), of this clause, the Contractor is not required to flow down any FAR clause in a subcontract for
commercial items, other than—

(i) Paragraph (d) of this clause. This paragraph flows down to all subcontracts, except the authority of the Inspector General under paragraph (d)(1)(ii) does not flow down; and

(ii) Those clauses listed in this paragraph (e)(1). Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(A) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).   (B) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act
of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5).

(C) 52.219-8, Utilization of Small Business Concerns (Oct 2014) (15 U.S.C. 637(d)(2) and (3)),

Greystones000744

DocuSign Envelope ID: AE81CF75-7518-4G31-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

in all subcontracts that offer further subcontracting opportunities. If the subcontract (except  subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any  public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer
subcontracting opportunities.

(D) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(E) 52.222-26, Equal Opportunity (Apr 2015) (E.O. 11246).

(F) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(G) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(H) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec  2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause
52.222-40.

(I) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(J) ____(1) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and  E.O 13627).

Greystones000745

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

____(2) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).
(K) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (May
2014) (41 U.S.C. chapter 67).
(L) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts  for Certain Services—Requirements (May 2014) (41 U.S.C. chapter 67).
(M) 52.222-54, Employment Eligibility Verification (Oct 2015) (Executive Order 12989).
(N) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
(O) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (May 2014) __ (42
U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause _____ 52.226-6.
(P) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) __ (46  U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph  (d) of FAR clause 52.247-64.
 (End of Clause)


9.  **52.217-8 -- OPTION TO EXTEND SERVICES (NOV 1999)**

The Government may require continued performance of any services within the limits and  at the rates specified in the contract.  These rates may be adjusted only as a result of
revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision  may be exercised more than once, but the total extension of performance hereunder shall  not exceed 6 months.  The Contracting Officer may exercise the option by written notice to  the Contractor within 30 days of the contract's expiration date.

(End of clause)

10. **52.217-9 - OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**

1.                     The Government may extend the term of this contract by written notice to the  Contractor within _30 days_; provided that the Government gives the Contractor                                                         _
a preliminary written notice of its intent to extend at least _60_ days before the  contract expires. The preliminary notice does not commit the Government to an  extension.
2.                       If the Government exercises this option, the extended contract shall be considered to include this option clause.

---

Greystones000746

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

3.                            The total duration of this contract, including the exercise of any options under this
clause, shall not exceed _60_ (months). __

(End of clause)

### 11. **52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)**

The offeror represents that—
It □ **has,** □  **has not** participated in a previous contract or subcontract subject to the Equal
Opportunity clause of this solicitation;
It □ **has,** □  **has not** filed all required compliance reports; and Representations indicating submission
    of required compliance reports, signed by proposed subcontractors, will be obtained
                                                                              before
subcontract awards.
(End of provision)
**IRS LOCAL CLAUSES & PROVISIONS**

Greystones000747

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025      Silver Spring, MD 20910      Phone: (301) 738-9502      Fax: (301) 738-9503

### 13. IR1052.210-70 CONTRACTOR PUBLICITY (AUG 2011)

The Contractor, or any entity or representative acting on behalf of the Contractor, shall not
refer to the equipment or services furnished pursuant to the provisions of this contract in any news release or commercial advertising, or in connection with any news release or commercial advertising, without first obtaining explicit written consent to do so from the Contracting Officer. Should any reference to such equipment or services appear in any news release or commercial advertising issued by or on behalf of the Contractor without the

Greystones000748



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

required consent, the Government shall consider institution of all remedies available under  applicable law, including 31 U.S.C. 333, and this contract. Further, any violation of this
provision may be considered during the evaluation of past performance in future competitively negotiated acquisitions.

(End of clause)

**14. IR1052.222-70 MINORITY AND WOMEN INCLUSION (APR 2014)**

"Contractor confirms its commitment to equal opportunity in employment and contracting. To  implement this commitment, the Contractor shall ensure, to the maximum extent possible  consistent with applicable law, the fair inclusion of minorities and women in its workforce.
The Contractor shall insert the substance of this clause in all subcontracts awarded under this Contract whose dollar value exceeds $150,000. Within ten business days of a written request from the contracting officer, or such longer time as the contracting officer determines, and without any additional consideration required from the Agency, the Contractor shall provide documentation, satisfactory to the Agency, of the actions it (and as  applicable, its subcontractors) has undertaken to demonstrate its good faith effort to comply  with the aforementioned provisions. For purposes of this contract, "good faith effort" may  include actions by the contractor intended to identify and, if present, remove barriers to  minority and women employment or expansion of employment opportunities for minorities  and women within its workforce. Efforts to remove such barriers may include, but are not  limited to, recruiting minorities and women, providing job-related training, or other activity
that could lead to those results.
"The documentation requested by the contracting officer to demonstrate "good faith effort"  may include, but is not limited to, one or more of the following:

1. The total number of Contractor's employees, and the number of minority and women  employees, by race, ethnicity, and gender (e.g., an EEO-1);

2. A list of subcontract awards under the Contract that includes: dollar amount, date of  award, and subcontractor's race, ethnicity, and/or gender ownership status;

3. Information similar to that required in item 1, above, with respect to each subcontractor;  and/or

4. The Contractor's plan to ensure that minorities and women have appropriate opportunities  to enter and advance within its workforce, including outreach efforts.

(End of clause)

Greystones000749

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E
Attorney's Eyes Only



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

### 17. IR1052.233-1001 APPELLATE REVIEW OF CONTRACTING OFFICER'S PROTEST DECISION

"An interested party may request an independent review of the contracting officer (CO) agency  protest decision by sending the request in writing to the CO. The request must be received by  the CO no later than ten (10) calendar days following receipt of the CO's decision. The request  must invoke this clause and must identify with specificity the reasons why the CO decision is

Greystones000750



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

being appealed. A general disagreement with the decision with no specificity as to the reasons  for the appeal may subject the request to a summary denial. The independent review will be  conducted by an IRS official at least one level above the CO, who has not been personally
involved in the procurement. An independent review by the IRS under this provision does not
toll filing times or due dates for protests filed before either the Government Accountability Office  or any judicial tribunal."

(End of Clause)

## 18. IR1052.239-9008 – Section 508 Information, Documentation, and Support (SEP 2006)

In accordance with 36 CFR 1194, Subpart D, the electronic information technology (EIT) products and product support services furnished in performance of this contract shall be documented to indicate the current conformance level with Section 508 of the Rehabilitation Act  of 1973, per the 1998 Amendments, and the Architectural and Transportation Barriers Compliance Board's Electronic and Information Technology Accessibility Standards. At no time during the performance of the award shall the level of conformance go below the level of conformance in place at the time of award. At no additional cost, the contractor shall provide information, documentation, and support relative to the supplies and services as described in *Clause IR1052.239-9010 Section 508 Services (SEP 2006).* The contractor shall maintain this detailed listing of compliant  products for the full contract term, including all forms of extensions, and shall ensure
that it is current within five calendar days after award and within three calendar days of changes in products being utilized as follows:

(a) Product support documentation provided to end-users shall be made available in alternate formats upon request, at no additional charge.
(b) End-users shall have access to a description of the accessibility and compatibility features of products in alternate formats or alternate methods upon request, at no additional charge.
(c) Support Services for products shall accommodate the communication needs of end- users with disabilities.

*(End of Clause)*

## 19. IR1052.239-9010 SECTION 508 SERVICES (SEP 2006)

All contracts, solicitations, purchase orders, delivery orders and interagency agreements  that contain a requirement for services, which will result in the delivery of a new or  updated electronic and information technology (EIT) item/product, must

DocuSign Envelope ID: AE81CF76-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

conform to the  applicable provisions of the appropriate technical standards in 36 CFR 1194, Subpart B,  and functional performance criteria in 36 CFR 1194.31, Subpart C, unless an agency
exception to this requirement exists.  The following technical standards and provisions have been determined to be applicable to this contract:

_ X_ **1194.21**, Software applications and operating systems.
       _X_(a) _ X _(b) _ X _(c) _ X _(d) _ X _(e) _ X _(f) _ X_(g) _ X_(h) _ X (i) _ X (j) _ ___
X_(k) _ X _(l) ___       ___
_ X_ **1194.22**, Web-based intranet and internet information and applications.

Greystones000752

DocuSign Envelope ID: AE81CF75-7518-4631-B7B3-AEC9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

_ X_(a) _ X_(b) X__(c) _ X_(d)_ X_(e) X__(f) _X_(g) _ X_(h) X_(i) _ X_(j) X (k) X  __     _     _
       (l)
_ X _(m) X __(n) X __(o) X __(p)         _
       _ __ 1194.23, Telecommunications products.
  _(a) _(b) _ _(c) _X_(d) _(e) _ _(f) _(g) _ (h) _ (i) _ _(j) __(k) _ __  _         _
_ X_ 194.24, Video and multimedia products.
  _ _(a) _ _(b) _ X_(c) _ X_(d) _ X_(e)      __       __
_ __ 1194.25, Self contained, closed products.
  _ _(a) _ _(b) _ _(c) _ _(d) _ _(e) _ _(f) _(g) _(h) __(i) __(j)        _    _
_ __ 1194.26, Desktop and portable computers.
  _ _(a) _ _(b) _ _(c) _(d)  _      _

The standards do not require the installation of specific accessibility-related software
or  the Attachment of an assistive technology device, but merely require that the EIT
be  compatible with such software and devices so that it can be made accessible if so
required by the agency in the future.  The following functional performance criteria (36
CFR **1194.31**) apply to this contract:
__x_ (a) At least one mode of operation and information retrieval that does not require
user vision shall be provided, or support for assistive technology used by people who
are  blind or visually impaired shall be provided.
__x_ (b) At least one mode of operation and information retrieval that does not require
visual acuity greater than 20/70 shall be provided in audio and enlarged print output
working together or independently, or support for assistive technology used by people
who are visually impaired shall be provided.
 __x_ (c) At least one mode of operation and information retrieval that does not require
user hearing shall be provided, or support for assistive technology used by people who
are deaf or hard of hearing shall be provided.
 _ x_ (d) Where audio information is important for the use of a product, at least one
mode  of operation and information retrieval shall be provided in an enhanced auditory
fashion,  or support for assistive hearing devices shall be provided.
 _ x_ (e) At least one mode of operation and information retrieval that does not require
user speech shall be provided, or support for assistive technology used by people with
disabilities shall be provided.
 _ x_ (f) At least one mode of operation and information retrieval that does not require
fine motor control or simultaneous actions and that is operable with limited reach and
strength shall be provided.
_ X_  **1194.41**, (a-c) Information, Documentation, and Support (covered by IRSAP
1052.239-9008)

       _x_(a)   _x_(b)   _x_(c)

---

Greystones000753

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**SECURITY CLAUSES**

**21. IR1052.204-9000-- SECURITY SCREENING REQUIREMENTS FOR ACCESS TO SENSITIVE BUT UNCLASSIFIED SYSTEMS OR INFORMATION (MAR 1998)**

(a)  In addition to complying with any functional and technical security requirements set forth  in the schedule and elsewhere in this contract, the Contractor shall request that the
Government initiate personnel screening checks and provide signed user nondisclosure  agreements, as required by this clause, for each contractor employee requiring staff-like  access, i.e., unescorted or unsupervised physical access or electronic access, to the  following limited or controlled areas, systems, programs and data:  *[specified in individual  Task Orders]*.

(b)  The Contractor shall submit a properly completed set of investigative request processing  forms for each such employee in compliance with instructions to be furnished by the
Contracting Officer or his/her designated representative.

(c)  Depending upon the type of investigation necessary, it may take up to several months to   complete  complex  personnel  screening  investigations.   At  the  discretion  of  the Government,  background screening may not be required for employees with recent or current favorable
Federal Government investigations.  To verify the acceptability of a non-IRS, favorable investigation, the Contractor shall submit the forms or information needed, according to instructions furnished by the Contracting Officer.

Greystones000754

ASR ANALYTICS
A gcom COMPANY
9466 GEORGIA AVE #2025 SILVER SPRING, MD 20910 PHONE: (301) 738-9502 FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(d) When contractor employee access is necessary prior to completion of personnel screening, each contractor employee requiring access may be considered for escort access. The Contractor shall promptly submit all requests for approval for escort access to the Contracting Officer or his/her designated representative so as not to endanger timely
contract performance.

(e) The Contractor shall ensure that each contractor employee requiring access executes
any nondisclosure agreements required by the Government prior to gaining staff-like access. The Contractor shall provide signed copies of the agreements to the Site Security Officer (SSO) for inclusion in the employee's security file. The name and location of the
SSO shall be provided by the Government after contract award. Unauthorized access is a
violation of law and may be punishable under the provisions of Title 5 U.S.C. 552a, Executive Order 12356; Title 5 U.S.C. 7211 governing disclosures to Congress; Title 10 U.S.C.1034, as amended by the Military Whistleblower Protection Act governing disclosure
to Congress by members of the military; Title 5 U.S.C. 2302(b)(8) as amended by the Whistleblower Protection Act governing disclosures of illegality, waste, fraud, abuse or public health or safety threats; the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) governing disclosures that could expose confidential Government agents; and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, and 952 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. Section 783(b)) and other applicable statutes.

(f) The Contractor shall notify the Contracting Officer's Representative (COR) or the Site Security Officer no later than the end of the day of the termination for cause of an authorized employee's access. The Contractor shall notify the COR no later than ten days after an authorized employee no longer requires access for any other type of termination. Verbal
notifications shall be confirmed in writing within thirty days.

[End of clause]

**22. IR1052.204-9001-- IDENTIFICATION/BADGING REQUIREMENTS (MAR 1998)**

During the period of this contract, access to IRS facilities for contractor representatives shall be granted as deemed necessary by the Government. All contractor employees whose duties under this contract require their presence at any Treasury, or Treasury bureau, facility shall be clearly identifiable by a distinctive badge furnished by the Government. In addition, corporate identification badges shall be worn on the outer garment at all times. It is the sole responsibility of the Contractor to provide this

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

corporate identification.  Upon the termination  of the employment of any contractor personnel working on this contract, all Government  furnished identification shall be returned to the issuing office.  All on-site contractor
personnel shall abide by security regulations applicable to that site.

[End of clause]

## 23.  IR1052.204-9003 – IRS SECURITY AWARENESS TRAINING REQUIREMENTS (JUN 2013)

The Federal Information Security Management Act of 2002 (FISMA) requires each federal  agency to provide periodic information security awareness training to all employees,  including contractors, involved in the management, use, or operation of Federal

---

Greystones000756

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

information and information systems.  In addition, IRS contractors and their employees are  subject to the Taxpayer Browsing Protection Act of 1997, which prohibits willful unauthorized inspection of returns and return information.  Violation of the Act could result  in civil and criminal penalties.

(a) The contractor shall ensure all contractor personnel complete one or more Information Protection briefings on computer security, disclosure, privacy, physical security, and/or unauthorized access to taxpayer accounts (UNAX), as specified by Contractor Security Management (CSM). CSM can be reached at CSM@irs.gov. Individually and collectively, these briefings make up the IRS Security Awareness Training (SAT) requirements for the Service's information assets. ***Exception: Contractor personnel performing under IRS contracts with Nonprofit Agencies Employing People Who Are Blind or Severely Disabled (as described in FAR Subpart 8.7)  are exempted from the aforementioned SAT requirements, unless the contractor requests SAT, or there is a compelling justification for requiring the training that is approved by the Contracting Officer, in consultation with CSM.***

(i) Security Orientation

All new contractor personnel shall attend a system security orientation within the first
10 business days following initial assignment to any IRS contract/order, and additional IT security awareness training (commensurate with the individual's duties and responsibilities) within 5 business days of being granted access to an IRS facility or system. The Security Orientation will also be attended by new contractor  personnel, including subcontractor personnel, who are authorized under contract to  access IRS IT systems, data, and assets from or through contractor-managed  facilities, systems, and assets, including laptop computers, workstations, servers, and other IT resources.

(ii) Access to Sensitive but Unclassified (SBU) Information and IT Systems Security Awareness Training (SAT)

Contractor personnel, including subcontractor personnel, required to complete SAT
include, but are not necessarily limited to, those involved in any of the following activities:

☐                          Manage, program or maintain IRS information in a production environment;

☐                          Operate an information system on behalf of the IRS;

☐                          Conduct testing or development of information or information systems on behalf of the IRS;

☐                          Provide advisory and assistance (consulting) services, or

---

Greystones000757



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

administrative support;
or
☐      Handling, processing, access to, development, backup or any
services to support
IRS.
(iii) Service Personnel Security Awareness Training
Contractor personnel providing services in the following categories are
required to
complete Physical Security & Emergency Preparedness Training:

☐      Medical;
☐      Cafeteria;
☐      Landscaping;
☐      Janitorial and cleaning (daylight operations);
☐      Building maintenance; or

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

☐ Other maintenance and repair.

(iv) Service Personnel Inadvertent SBU Access Training
Contractor personnel performing: (i) janitorial and cleaning services (daylight operations), (ii) building maintenance, or (iii) other maintenance and repair and need access to IRS facilities and building wherein pipeline processing (the processing of paper tax returns) is performed or where the facility and building has an exemption to the clean desk policy authorized by PSEP, are required to complete Inadvertent SBU Access training. Facilities performing pipeline processing and/or have an exemption to the clean desk policy are:

Clean Desk Waiver Facilities: (Note: The facilities listed below could change annually and are only authorized for one year.)
☐ KY2032 333 Scott St., Covington, KY 41001
☐ KY3005 300 Madison Ave., Covington, KY 41011
☐ MI1951 985 Michigan Ave., Detroit, MI 48226
☐ MN1600 30 East Seventh St., St. Paul, MN 55101
☐ TX2225 2191 Woodward St., Austin, TX 78744

Pipeline Processing Facilities:
☐ CA4664 Fresno Campus, 5045 E. Butler, Fresno, CA 93727
☐ CA7370 1950 G Street, Fresno, CA 93706
☐ CA6530 1000 N. Mooney St., Tulare, CA 93274
☐ KY0085 Covington Campus, 200 West Fourth St., Covington, KY 41011
☐ KY3016 7125 Industrial Rd., Florence, KY 41042
☐ MO1937 Kansas City Campus, 33 W. Pershing Rd., Kansas City, MO 64108
☐ TX2038 Austin Campus, 3651 S IH-35, Austin TX 78741
☐ TX2746 5015 S IH-35, Austin TX 78741
☐ UT0036 Ogden Campus, 1160 W 1200 S, Ogden, UT 84409
☐ UT1430 1973 North Rulon White Blvd., Ogden, UT 84404
☐ UT1476 1125 W 12th St., Ogden, UT 84201

(v) Training Certificate/Notice
The contractor shall submit confirmation of completed SAT (using the form at the Mandatory Briefing web site) or via a confirmation email to CSM at CSM@irs.gov for each employee assigned to a contract/order subject to this clause, with a copy to the Contracting Officer and Contracting Officer's Representative (COR), upon completion, but not later than 10 business days after starting performance under the contract/order. If required by the COR, the contractor may be required to input data into a system, to be defined by the IRS, to describe the security controls being used to protect information, including confirmation of security awareness training.

---

ASR-RAAS_DAIS-Greystones-0001

Greystones000759

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

(vi) Annual Training

For contracts/orders exceeding one year in length, either on a multiyear or multiple year basis, contractor must ensure that personnel complete SAT annually not later than April 30th of each year. The contractor shall submit confirmation of completed annual SAT on all personnel assigned to this contract/order, via email, to the CO, COR, and CSM upon completion, but not later than May 12th of the then current calendar year  or as requested by CSM (whichever date is earlier).

Greystones000760



9466 GEORGIA AVE #2025       SILVER SPRING, MD 20910       PHONE: (301) 738-9502       FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

b. SAT is available on the Mandatory Briefing web site or if this site is not accessible, SAT materials will be made available by CSM at CSM@irs.gov.

c. Contractor's failure to comply with IRS security policy (to include completion and certification of SAT requirements within the timeframe specified) may be subject to having access to IRS IT systems and facilities suspended, revoked or terminated (temporarily or permanently).

[End of clause]

### 24.  IR1052.204.9005 – SUBMISSION OF SECURITY FORMS AND RELATED MATERIALS (JUN 2013)

As described in Department of the Treasury Security Manual (TD P 15-71), Chapter I,   Section 1, Position Sensitivity and Risk Designation, Contractor personnel assigned to  perform work under an IRS contract/order must undergo security investigative processing
appropriate to the position sensitivity and risk level designation associated to determine whether the Contractor personnel should be permitted to work in the identified position. For security requirements at contractor facilities using contractor managed resources, please reference Publication 4812, Contractor Security Controls.

a. Contractor personnel performing under an agreement that authorizes unescorted access  to and in IRS facilities, and access to Sensitive But Unclassified (SBU) information or
information systems are subject to (and must receive a favorable adjudication or affirmative results with respect to) the following eligibility/*suitability* pre-screening criteria,  as applicable:

(1) IRS account history for tax compliance;
(2) Selective Service registration compliance;
(3) U.S. citizenship/residency compliance;
(4) Background investigation forms;
(5) Credit report results (moderate and high risk investigations only);
(6) Federal Bureau of Investigation fingerprint results; and
(7) If applicable, prior background investigations.

In this regard, Contractor shall furnish the following electronic documents to the Contractor  Security Management (CSM) at CSM@irs.gov or CSLP@irs.gov within 10 business days  of assigning (or reassigning) an employee to this contract/order and *prior* to the contract
employee performing any work thereunder:

☐               The IRS provided Risk Assessment Checklist (RAC), and
☐               All required security forms (for new contractor employees), are

---

Greystones000761

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

available
through the publicly accessible website for IRS Procurement.

b. Tax Compliance, Credit Checks and Fingerprinting:

(1) Contractor personnel whose contract/order exceeds 180 days must be eligible for access, per certification of tax compliance, and shall undergo, at a minimum a National Agency Check and Inquiries as a condition of work under the contract/order, to include a credit check and fingerprinting.
(2) If the duration of employment is less than 180 days or access is infrequent (e.g., 2-3 days  per month) and the contractor requires unescorted access, the contractor employee must

Greystones000762



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

be eligible for access, per certification of tax compliance, and require at a minimum a
fingerprint check (Special Agreement Check).
(3) With the exception of contractors who need access to IT systems, no background
investigation or tax check is necessary if the duration of employment is less than 180
days
or access is infrequent when there is escort provided by an IRS employee or an
approved  contractor employee at the same or higher position risk level.

The contractor employee will be permitted to perform under the contract and have access to
IRS facilities only upon notice of an interim or final approval, as defined in Internal
Revenue Manual (IRM) 10.23.2 – Contractor Investigations, and is otherwise
consistent  with IRS security practices and related IRMs, to include, but not limited to,
IRM 1.4.6 –  Managers Security Handbook, IRM 10.2.14 – Methods of Providing
Protection, and IRM  10.8.1 - Policy and Guidance.

As prescribed in IRM 10.23.2, escorting in lieu of staff-like access for IT systems will not be
allowed.

[End of clause]

## 25.  IR1052.204.9006 – NOTIFICATION OF CHANGE IN CONTRACTOR EMPLOYEE EMPLOYMENT STATUS, ASSIGNMENT, OR STANDING (OCT 2015)

The contractor shall via e-mail (CSM@irs.gov), notify the Contracting Officer (CO),
Contracting Officer's Representative (COR) and the Contractor Security Management
(CSM) within 1 business day of the contractor (including subcontractor) becoming
aware of  any change in the employment status, information access requirement,
assignment, or  standing of a contractor (or subcontractor) employee under this
contract or order – to  include, but not limited to, the following conditions:

☐                    Receipt of the employee's notice of intent to separate from employment or
discontinue
work under this contract/order;
☐                    Knowledge of the employee's voluntary separation from employment or
performance
on this contract/order (if no prior notice was given);
☐                    Transfer or reassignment of the employee and performance of duties under
this
contract/order, in whole or in part, to another contract/order (and if possible, identify
the gaining contract/order and representative duties/responsibilities to allow for an
assessment of suitability based on position sensitivity/risk level designation);
☐                    Denial of or Revocation of Access (RAC) as determined by the IRS
☐                    Separation, furlough or release from employment;

Greystones000763



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

☐                   Anticipated extended absence of more than 45 days;

☐                   Change of legal name;

☐                   Change to citizenship or lawful permanent resident status, or employment eligibility;

☐                   Change in gender or other distinction when physical attributes figure prominently in the

biography of an individual;

☐                   Actual or perceived conflict of interest in continued performance under this contract/order (provide explanation); or

☐                   Death.

When required by the COR, the contractor may be required to provide the information

required by this clause to the IRS using the RAC or security documents as identified by

Attorney's Eyes Only



| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

CSM.

The notice shall include the following minimum information:
☐         Name of contractor employee;
☐         Nature of the change in status, assignment or standing (i.e., provide a brief non-
personal, broad-based explanation);
☐         Affected contract/agreement/order number(s);
☐         Actual or anticipated date of departure or separation;
    ☐              When applicable, the name of the IRS facility or facilities this
                   individual routinely works
from or has access to when performing work under this contract/order;
☐              When applicable, contractor (including subcontractor) using contractor (or
subcontractor) owned systems for work must ensure that their systems are updated to
ensure employees no longer have continued access to IRS work, either for systems
administration or processing functions; and
☐              Identification of any Government Furnished Property (GFP),
Government Furnished  Equipment (GFE), or Government Furnished Information (GFI)
(to include Personal  Identity Verification (PIV) credentials or badges) provided to the
contractor employee
and its whereabouts or status.
In the event the subject contractor (including subcontractor) employee is working on
multiple contracts, orders, or agreements, notification shall be combined, and the
cognizant COR for each affected contract or order (using the Contractor Separation
Checklist (Form 14604 (Rev. 4-2015)) shall be included in the joint notification along
with  the CSM. These documents (the RAC and security forms) are also available by
email
request to CSM.

The vendor POC and the COR must ensure all badges, Smart Cards, equipment,
documents, and other government furnished property items are returned to the IRS,
systems accesses are removed, and Real Estate & Facilities Management is notified
of  federal workspace that is vacant.

As a general rule, the change in the employment status, assignment, or standing of a
contractor (or subcontractor) personnel to this contract or order would not form the
basis  for an excusable delay for failure to perform under the terms of this contract,
order or  agreement.   [End of clause]

**26. IR1052.204-9007 – IRS SPECIALIZED INFORMATION TECHNOLOGY (IT) SECURITY
TRAINING (ROLE-BASED) REQUIREMENTS (MAY 2016)**

1.   Consistent with the E-Government Act of 2002, Title III, Federal Information Security

Greystones000765



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

Management Act of 2002 (FISMA), Public Law 107-347, specialized information technology (IT)security training (role-based) shall be completed annually by contractor  and subcontractor employees who have a significant IT security role or responsibility.

2.     <u>Identifying Candidates with a Significant Role or Responsibility for Information/IT Security</u>. (**Special Note**: No contractor or subcontractor employee requiring access to a facility, information system or asset whether owned by the IRS or contractor/subcontractor that process or store IRS SBU information will be granted access without receiving interim or final access approval from personnel security prior to being able to perform under an IRS contract, order or agreement. Escort procedures

Attorney's Eyes Only



| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

shall not be utilized if contractor or subcontractor employees require access to facilities, information systems or assets that process or store IRS SBU information without first receiving a **waiver** from personnel security.)

(1)        Internal Revenue Manual 10.8.1.4.2.2 requires prospective contractor employees to complete specialized role based training prior to beginning duties related to their specialized IT security role(s) under the contract, order or agreement.

(2) Within 10 calendar days of contract award, establishment of an agreement, or order issuance, the Contractor shall submit to the Contracting Officer's Representative (COR) a list of contractor (including subcontractor) employees who will have a significant role or responsibility for information/IT security in the performance of the contract, will identify the specific IT security role the employee will perform under the contract, order, agreement, and will indicate whether such employee(s) has/have completed role-based training, as well as the source and title/subject of the training.

(3) In collaboration with the Enterprise FISMA Services (EFS) Group in IT Cybersecurity, Security Risk Management and Agency-Wide Shared Services (AWSS), Facilities Management and Security Services (FMSS), and Contractor Security Management (CSM), the COR will review the list and confirm that the employee(s) will serve in roles that entail significant responsibility for information/IT security, and will determine that the received training is adequate. The COR will inform the Contractor of the determinations. Indicators of who should complete specialized role-based training annually include, but are not limited to—

☐        Percentage of duties devoted to information/IT security. Typically, those with 50% of their work related to FISMA duties.

☐ Characteristics. Those privileged network user accounts that allow individual full system permissions to the resources within their authority or to delegate that authority.

5.

☐ Catalog of Roles. Those serving in roles identified in the "Required Training Hours for IRS Roles" document maintained at the IT, Cybersecurity, Security Risk Management intranet site for Specialized IT Security Training

3.

4.

Greystones000767

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

modified to include this clause and it is  determined that Contractor employees performing IT Security roles and responsibilities  and have not been provided the training, the Contractor will be required to provide
training to the employee(s) to be completed within 45 calendar days of the determination.

New/Replacement Employees: The Contractor will provide role-based training to new or replaced employees who will have a significant IT security role or responsibility under the contract prior to performance under the contract and will adhere to all other requirements set forth within this clause.

Modified Contracts: When existing contracts are

Annual Requirements: Thereafter, on an annual basis within a FISMA calendar year cycle beginning July 1st of each year, a contractor employee performing under this

Greystones000768

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



| | | | |
|---|---|---|---|
| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

contract in the role identified herein is required to complete specialized IT security, role-based training by June 1st of the following year and report the training to the COR.

6.

<u>Training Certificate/Notice</u>: The contractor shall submit confirmation of annually completed specialized IT security training (role-based) using the Government system identified by AWSS, FMSS, Identity, Credential and Access Management (ICAM), CSM for each employee identified, with a copy to the Contracting Officer and COR, upon completion of the training.

7.   Ad<u>ministrative Remedies: A</u> contractor who fails to provide specialized IT security  training (role-based) requirements, within the timeframe specified, may lose its access privileges.

[End of Clause]

## 27. IR1052.209-9000-- ORGANIZATIONAL CONFLICT OF INTEREST NOTIFICATION (APR 1999)

(a)                   The Contracting Officer has determined there is a conflict or a potential for an  organizational conflict of interest associated with the performance of work for this requirement. Accordingly, the attention of prospective offerors is invited to FAR Subpart 9.5, Organizational Conflicts of Interest.

(b)     ==The nature of this conflict is:  Any contractor that has assisted in any way with development of any documents associated with this BPA RFQ or task orders shall comply with paragraph (d)==

(c)                   The offeror warrants that, to the best of his/her knowledge and belief, there are no relevant facts or circumstances which could give rise to an Organizational  Conflict of Interest (OCI), as defined in FAR 9.5, or that he/she has disclosed all  such relevant information.  Offerors are advised that misrepresentation of the  facts or failure to provide the information requested by the Contracting Officer  may cause the removal of their proposals from further consideration for award.

(d)                   An offeror who believes that the performance of work under the contract may  cause an OCI shall provide in its proposal to the Government a plan to mitigate the OCI.  The plan will be evaluated to determine whether or not the plan effectively mitigates the potential conflict of interest such that the full scope of work contemplated by this solicitation can be performed by the offeror.  The  Director, Procurement, or designee, will then evaluate the mitigation plan and, if  the plan is satisfactory, may grant a waiver to the offeror in accordance with FAR  9.503.

Greystones000769

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

(e)                              Restrictions on the performance of work for this requirement and/or work on
future contract requirements are set forth in the Internal Revenue Service  Acquisition
Procedure (IRSAP) clause at 1052.905-9001, Organizational  Conflicts of Interest.
The terms of the Organizational Conflict of Interest clause  included in this solicitation
are ____ are not _**X**__ subject to negotiations.

[End of provision]

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221F

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

### 28. 1052.209-9001-- ORGANIZATIONAL CONFLICTS OF INTEREST (APR 1999)

(a) **Purpose**. The purpose of this clause is (1) to ensure that the Contractor is not biased because of conflicting roles in financial, contractual, organizational, or other interests which relate to the work to be performed under this contract, and (2) to ensure the Contractor does not obtain any unfair competitive advantage over other parties as a result of its work under this contract.

(b) **Scope.** The restrictions described herein shall apply to performance or participation by the Contractor and any of its affiliates or their successors in interest (hereinafter collectively referred to as the "Contractor") in any activities related to this contract. The term contractor includes the prime contractor, subcontractors, mentors, joint ventures, consultants, or any others acting in a similar capacity.

(c) **Reporting.** The Contractor shall immediately report to the Contracting Officer any conflicts or potential conflicts that arise during the performance of work under this contract, including those that may surface at the subcontract level. Once reported, the Contracting Officer may terminate the contract for convenience if such an action is in the best interest of the Government. However, should there be any misrepresentation of facts in reporting an OCI or a potential OCI, at the prime or subcontract level, or a complete failure to report such, the Contracting Officer may impose the remedies provided in subparagraph (f) of this clause.

(d) **Restrictions.** *(The Contracting Officer shall list appropriate restrictions for the particular acquisition. Listed below are three sample restrictions.)*

(1)                               The Contractor shall not be eligible to participate in Internal Revenue
Service contracts, subcontracts, or proposals which stem directly from the Contractor's performance of work under this contract, for a period of **3** years after the completion of this contract.

(2)                               The Contractor shall not perform any advisory or assistance services

            work under this contract for a period of __**3**__ years, unless directed to do so by the Contracting Officer, if the Contractor has been or is substantially involved in the developing or marketing of its products or services or the products or services of another firm.

(3)                               If, under this contract, the Contractor prepares a statement of work or
specifications to be used in competitive acquisitions, the Contractor shall be ineligible to perform or participate, in any capacity, in any acquisition which is based on said statement of work or specification for a period of __**3**__ years.

---

Greystones000771

DocuSign Envelope ID: AE84CF7F-7518-4C21-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025       Silver Spring, MD 20910       Phone: (301) 738-9502       Fax: (301) 738-9503

(e)                    **Subcontracts.**  The Contractor shall include a clause, substantially similar to this
clause, including this subparagraph, in all subcontracts (including
purchase/delivery orders), teaming arrangements, and/or other agreements  calling for
the performance of work related to this contract unless exempted in
writing by the Contracting Officer.

(f)                    **Remedies.**  For breach of any of the above restrictions or for
nondisclosure or



ASR ANALYTICS
a gcom COMPANY

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

misrepresentation of any facts required to be disclosed concerning this contract, including the existence of an actual or potential organizational conflict at the time  of or after award, the IRS may terminate the contract for default, disqualify the  Contractor from subsequent related efforts, and pursue such other administrative  remedies as may be permitted by law or other terms and conditions of this contract.

[End of clause]

### 29. 1052.224-1 CONTRACT PUBLICATION (APRIL, 2013)

The contractor shall submit, within ten business (10) days from the date of award of the contract  or any order hereunder (exclusive of Saturdays, Sundays, and federal holidays), a .pdf file of the  fully executed contract or order with all proposed necessary redactions, including redactions of
any trade secrets or any commercial or financial information that it believes to be privileged or
confidential business information, suitable for public disclosure at the sole discretion of the  United States Department of the Treasury. The contractor shall provide a detailed written
statement specifying the basis for each of its proposed redactions, including the applicable
exemption under the Freedom of Information Act (FOIA), 5 U.S.C. 552, and, in the case of FOIA  Exemption 4, 5 U.S.C. 552(b)(4), shall demonstrate why the information is considered to be a  trade secret or commercial or financial information that is privileged or confidential. Information  provided by the contractor in response to this requirement may itself be subject to disclosure  under the FOIA. The Treasury will carefully consider all of the contractor's proposed redactions  and associated grounds for nondisclosure prior to making a final determination as to what
information may be properly withheld.

(End of clause)

### 30. IR1052.224-9000--DISCLOSURE OF INFORMATION--SAFEGUARDS

Disclosure of Information--Safeguards (JAN 1998)

In performance of this contract, the contractor agrees to comply with and assume responsibility  for compliance by his/her employees with the following requirements:

(1)    All work shall be performed under the supervision of the contractor or the contractor's  responsible employees.

(2)    Any return or return information made available in any format shall be used only for the  purpose of carrying out the provisions of this contract.  Information contained

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

# Attorney's Eyes Only



9466 Georgia Ave #2025    Silver Spring, MD 20910    Phone: (301) 738-9502    Fax: (301) 738-9503

in such material  shall be treated as confidential and shall not be divulged or made
known in any manner to any  person except as may be necessary in the performance
of the contract.  Inspection by or  disclosure to anyone other than an officer or
employee of the contractor shall require prior
written approval of the Internal Revenue Service.  Requests to make such inspections
or  disclosures should be addressed to the IRS Contracting Officer.

(3)    All returns and return information will be accounted for upon receipt and properly
stored
before, during, and after processing.  In addition, all related output shall be given the
same level  of protection as required for the source material.

(4)    The contractor certifies that the data processed during the performance of this contract

Greystones000774

DocuSign Envelope ID: AE84CF7F-7518-4C81-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

shall be completely purged from all data storage components of his/her computer facility and no  output will be retained by the contractor at the time the IRS work is completed.  If immediate  purging of all data storage components is not possible, the contractor certifies that any IRS data  remaining in any storage component will be safeguarded to prevent unauthorized inspection or  disclosure.

(5)    Any spoilage or any intermediate hard copy printout which may result during the processing  of IRS data shall be given to the IRS Contracting Officer or his/her designee.  When this is not  possible, the contractor will be responsible for the destruction of the spoilage or any
intermediate hard copy printouts and shall provide the IRS Contracting Officer or his/her designee with a statement containing the date of destruction, description of material destroyed,  and the method used.

(6)    No work involving information furnished under this contract will be subcontracted without  the specific approval of the IRS Contracting Officer.

(7)    All computer systems processing, storing and transmitting tax data must meet or exceed  Controlled Access Protections (CAP) wherein the operating security features of the system have  the following minimum requirements: (a) an approved security policy; (b) accountability; (c)  assurance; and (d) documentation.

(8)    Should a person (contractor or subcontractor) or one of his/her employees make any    unauthorized inspection(s) or disclosure(s) of confidential tax information, the terms of the  Default clause (FAR 52.249-8), incorporated herein by reference, may be invoked, and the
person (contractor or subcontractor) will be considered to be in breach of this contract.

(9)    (Include any additional safeguards as appropriate.)

[End of clause]

Disclosure of "Official Use Only" Information Safeguards (DEC 1988)

Any Treasury Department Information made available or to which access is provided, and which  is marked or should be marked "Official Use Only", shall be used only for the purpose of
carrying out the provisions of this contract and shall not be divulged or made known in any  manner to any person except as may be necessary in the performance of the contract.  Disclosure to anyone other than an officer or employee of the contractor or subcontractor at any  tier shall require prior written approval of the IRS.  Requests to make such disclosure should be  addressed to the IRS Contracting Officer.

[End of clause]

---

ASR-RAAS_DAIS-Greystones-0001

Greystones000775

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

**31.  IR1052.224-9001-DISCLOSURE OF INFORMATION--CRIMINAL/CIVIL SANCTIONS.**

Disclosure of Information--Criminal/Civil Sanctions (JAN 1998)

(1)    Each officer or employee of any person (contractor or subcontractor) at any tier to whom  returns or return information is or may be disclosed shall be notified in writing by the person  (contractor or subcontractor) that returns or return information disclosed to such officer or  employee can be used only for a purpose and to the extent authorized herein, and that further  disclosure of any such returns or return information for a purpose or to an extent unauthorized

Greystones000776



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

herein constitutes a felony punishable upon conviction by a fine of as much as $5,000 or  imprisonment for as long as five years, or both, together with the costs of prosecution.  Such  person (contractor or subcontractor) shall also notify each such officer and employee that any  such unauthorized future disclosure of returns or return information may also result in an award  of civil damages against the officer or employee in an amount not less than $1,000 with respect  to each instance of unauthorized disclosure plus in the case of willful disclosure or a disclosure  which is the result of gross negligence, punitive damages, plus the cost of the action.  These penalties are prescribed by IRC Sections 7213 and 7431 and set forth at 26 CFR 301.6103(n)-
1.

(2)    Each officer or employee of any person (contractor or subcontractor) to whom returns or
return information is or may be disclosed shall be notified in writing by such person that any
return or return information made available in any format shall be used only for the purpose of  carrying out the provisions of this contract and that inspection of any such returns or return
information for a purpose or to an extent not authorized herein constitutes a criminal misdemeanor punishable upon conviction by a fine of as much as $1,000.00 or imprisonment
for as long as 1 year, or both, together with the costs of prosecution.  Such person (contractor or  subcontractor) shall also notify each such officer and employee that any such unauthorized  inspection of returns or return information may also result in an award of civil damages against  the officer or employee in an amount equal to the sum of the greater of $1,000.00 for each act
of unauthorized inspection with respect to which such defendant is found liable or the sum of the  actual damages  sustained by the plaintiff as a result of such unauthorized inspection plus in the  case of a willful inspection or an inspection which is the result of gross negligence, punitive
damages, plus the costs of the action.  The penalties are prescribed by IRC Sections 7213A
and 7431.

(3)    Additionally, it is incumbent upon the contractor to inform its officers and employees of the  penalties for improper disclosure imposed by the Privacy Act of 1974, 5 U.S.C. 552a.   Specifically, 5 U.S.C. 552a(I)(1), which is made applicable to contractors by 5 U.S.C.
552a(m)(1), provides that any officer or employee of a contractor, who by virtue of his/her
employment or official position, has possession of or access to agency records which contain  individually identifiable information, the disclosure of which is prohibited by the Privacy Act or

Greystones000777

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

regulations established thereunder, and who knowing that disclosure of the specific material is  so prohibited, willfully discloses the material in any manner to any person or agency not entitled  to receive it, shall be guilty of a misdemeanor and fined not more than $5,000.

[End of clause]

Disclosure of Information-Official Use Only (DEC 1988)

Each officer or employee of the contractor or subcontractor at any tier to whom "Official Use
Only" information may be made available or disclosed shall be notified in writing by the contractor that "Official Use Only" information disclosed to such officer or employee can be used  only for a purpose and to the extent authorized herein, and that further disclosure of any such  "Official Use Only" information, by any means, for a purpose or to an extent unauthorized
herein, may subject the offender to criminal sanctions imposed by 18 U.S.C. Sections 641 and  3571.  Section 641 of 18 U.S.C. provides, in pertinent part, that whoever knowingly converts to  his use or the use of another, or without authority sells, conveys, or disposes of any record of
the United States or whoever receives the same with the intent to convert it to his use or gain,  knowing it to have been converted, shall be guilty of a crime punishable by a fine or imprisoned  up to ten years or both.

Greystones000778

DocuSign Envelope ID: AE84CF7F-7518-4C81-B7B3-A5C9EAA7221E

Attorney's Eyes Only



| | | | |
|---|---|---|---|
| 9466 Georgia Ave #2025 | Silver Spring, MD 20910 | Phone: (301) 738-9502 | Fax: (301) 738-9503 |

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

[End of clause]

### 32. IR1052.224-9008 – SAFEGUARDS AGAINST UNAUTHORIZED DISCLOSURE OF SENSITIVE BUT UNCLASSIFIED INFORMATION (NOV 2015)

1.   Treasury Directive Publication 15-71 (TD P 15-71), Chapter III – Information Security, Section 24 – Sensitive But Unclassified Information defines SBU information as 'any information, the loss, misuse, or unauthorized access to or modification of which could adversely affect the national interest or the conduct of Federal programs, or the privacy to which individuals are entitled under Section 552a of Title 5, United States Code (USC)  (the Privacy Act) but which has not been specifically authorized under criteria established by an executive order or an act of Congress to be kept secret in the interest of national defense or foreign policy.' SBU may be categorized in one or more of the following groups—

☐                 Returns and Return Information
☐                 Sensitive Law Enforcement Information
☐                 Employee Information
☐                 Personally Identifiable Information
☐                 Other Protected Information

2.        Confidentiality requirements for tax returns and return information are established by Section 6103 of the Internal Revenue Code (26 USC 6103), and the penalties for unauthorized access and disclosure of returns and return information are found in Sections 7213, 7213A and 7431 of the Internal Revenue Code (26 USC 7213,  7213A and 7431).

3.        Contractors who perform work at contractor (including subcontractor) managed sites using contractor or subcontractor managed IT resources shall adhere to the general guidance and specific security control standards or requirements contained in Publication 4812, Contractor Security Controls, IRM 10.23.2 - Personnel Security, Contractor Investigations and IRM 10.8.1 - Information Technology (IT) Security, Policy and Guidance. Typically, all contracts that require contractor (including subcontractor) employees to handle, manage, or process SBU information shall be protected at the moderate risk level. Publication 4812 and IRM 10.8.1 and 10.23.2 provide comprehensive lists of all security controls and guidance.

4.        As directed by the Contracting Officer, the contractor will be required to input data into Archer or a similar system to describe the security controls being used to protect information.

5.        <u>Eligibility, Fitness and Suitability</u>. Contractor (including subcontractor) personnel hired for work within the United States or its territories and possessions and who require access,

Greystones000779

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

wherever the location, to IRS owned or controlled facilities or work on contracts that involve the design, operation, repair, or maintenance of information systems, and/or require access to SBU information, must meet the eligibility requirements under IRM 10.23.2, Personnel Security, Contractor Investigations, and shall be subject to security screening and investigative processing, commensurate with the position sensitivity level,

and in accordance with IRM 10.23.2, and TD P 15-71. Contractor (including



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

subcontractor) employees must be favorably adjudicated prior to starting work on the contract/order or before being granted staff-like access (or interim staff-like access, if approved by Personnel Security) to IRS information systems or SBU information.

6. General Conditions for Allowed Disclosure. Any SBU information, in any format, made available to contractor (including subcontract) personnel shall be treated as confidential information and shall be used only for the purposes of carrying out the requirements of this contract. Inspection by or disclosure to anyone other than a duly authorized officer or employee of the contractor (including subcontractor) shall require prior written approval of the IRS. Requests to make such inspections or disclosures shall be addressed to the Contracting Officer (CO).

7. Nondisclosure Agreement. Consistent with TD P 15-71, Chapter II, Section 2, and IRM 10.23.2.17 - Nondisclosure Agreement for Sensitive but Unclassified Information, each contractor (including subcontractor) employee who requires access to SBU information shall complete, sign and submit to Personnel Security – through the CO (or COR, if assigned) — an approved Nondisclosure Agreement (*issued by assigned BPA and/or  TO COR*) prior to being granted access to SBU information under any IRS contract or  order.

8. Encryption. All SBU information must be protected at rest, in transit, and in exchanges (i.e., internal and external communications). The contractor (including subcontractor) shall employ encryption methods and tools to ensure the confidentiality, integrity, and availability of SBU information.

9. Incident and Situation Reporting. The contractor (including subcontractor) shall report any incident/situation in accordance with IRM 10.8.1.4.8.5 - Incident Reporting and to  the COR. Concurrent with its reporting it to the COR, the contractor (including  subcontractor) shall report incidents/situations (24x7x365) to Computer Security Incident Response Center (CSIRC)(IT infrastructure)/Situation Awareness Management Center (SAMC) (anything that does not affect the IT infrastructure) through any of the following methods:

Telephone: (202) 283-4809 (local) or toll free hotline at (866) 216-4809   Fax: (202) 283-0345
E-mail: samc@cirsc.irs.gov

In addition, if the SBU information is or involves returns or return information, or threatens the safety or security of personnel or information systems, the contractor shall report the incident/situation to the Treasury Inspector General for Tax Administration (TIGTA) hotline at (800) 366-4484.

10. Access to Processing and Storage of Sensitive but Unclassified (SBU) Information. The contractor (including subcontractor) shall not allow contractor or subcontractor employees to access, process or store SBU on Information Technology (IT) systems or  assets located outside the continental United States and its outlying territories.



Contractors (including subcontractors) utilizing their own IT systems or assets to  receive or handle IRS SBU data shall not commingle IRS and non IRS data.

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

11.  Disposition of SBU Information. All SBU information processed during the performance
of this contract, or to which the contractor (or subcontractor) was given access (as well as all related output, deliverables, or secondary or incidental by- products, information or data generated by the contractor or others directly or indirectly from the source material),  regardless of form or format, shall be completely purged from all data storage components of the contractor's or subcontractor facility(s) and computer systems, and no SBU/PII information will be retained by the contractor either—

☐                      When it has served its useful, contractual purpose, and is no longer needed to meet  the contractor's (including subcontractor) other, continuing contractual obligations to  the IRS or

☐                      When the contract expires, or is terminated by the IRS (for convenience, default, or
cause).

The contractor (including subcontractor) shall completely purge from its systems and Electronic Information Technology, and/or return all SBU/PII information (originals, copies, and derivative works) within 30 days of the point at which it has served its useful  contractual purpose, or the contract expires or is terminated by the IRS (unless, the CO  determines, and establishes, in writing, a longer period to complete the disposition of  SBU/PII information).

The contractor shall provide to the IRS a written and signed certification to the COR that  all SBU materials/information (i.e., case files, receipt books, PII data and material, removable media (disks, cds, thumb drives)) collected by, or provided to, the contractor been purged, destroyed or returned.

12. Subcontractors. Subcontractors of the contractor are held to the same provisions, investigative requirements, and standards of conduct for handling and protecting SBU information as employees of the prime contractor.

13. Other Safeguards. [Insert any additional disclosure safeguards provided by the Program  Office/COR or that the Contracting Officer determines are necessary and in the best
interest of the Government and not addressed elsewhere in the contract. If none are entered here, there are no other safeguards applicable to this contract action.]

[End of Clause]

## 33. IR1052.224-9009 IRS MANDATORY INFORMATION PROTECTION AND SECURITY AWARENESS TRAINING REQUIREMENTS (MAY 2016)

The Federal Information Security Management Act of 2002 (FISMA) requires each

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

federal agency to provide periodic information security awareness training to all employees (including contractor and subcontractor) involved in the management, use, or operation of Federal information and information systems. In addition, contractors and subcontractors employees are subject to the Taxpayer Browsing Protection Act of 1997, which prohibits willful unauthorized inspection of returns and return information. Violation of the Act could result in civil and criminal penalties.

a)   The contractor, based on the risk designation, the security role, and level of access required by the contractor or subcontractor employee, shall ensure all contractor or subcontractor personnel complete one or more Mandatory Security Awareness

Greystones000784

DocuSign Envelope ID: AE84CF7F-7518-4C81-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

briefings on computer security, disclosure, privacy, physical security, and/or
unauthorized access to taxpayer accounts (UNAX), Individually and collectively,
these briefings make up the IRS Security Awareness Training (SAT) requirements for
the Service's information assets. **Exception:** Contractor personnel (including
subcontractors) performing under IRS contracts with Nonprofit Agencies Employing
People Who Are Blind or Severely Disabled (as described in FAR Subpart 8.7) are
exempted from the aforementioned SAT requirements, unless the contractor
requests SAT, or there is a compelling justification for requiring the training that is
approved by the Contracting Officer (CO), in consultation with Contractor Security
Management (CSM). An example of this would be in an instance where a visually
impaired employee is assigned to perform systems development and has potential
staff-like access to IRS information.

(i)                      **Security Orientation**
All new contractor personnel must complete the initial IRS security orientation
within the first 10 business days, following initial assignment/approval of access, to any
IRS contract, order, or agreement, and any additional IT SAT (commensurate with the
individual's duties and responsibilities) prior to being granted access to IRS,
contractor, or subcontractor facilities, systems or
asset that process or store IRS Sensitive But Unclassified (SBU) information. The
Security Orientation will apply to new contractor personnel, including:
o                                Subcontractor personnel, who are authorized under contract
to
access IRS SBU information, IT systems, data; and
o                                Subcontractor personnel, who are authorized under
contract to handle
or access IRS SBU, contractor managed IT systems or IT assets used
for the purpose of performing IRS work, regardless of where work is performed.

(ii)

(iii)

---

Greystones000785



9466 GEORGIA AVE #2025     SILVER SPRING, MD 20910     PHONE: (301) 738-9502     FAX: (301) 738-9503

**Access to SBU Information and IT Systems SAT**
Contractor personnel, including subcontractor personnel, required to complete SAT include, but are not necessarily limited to, those involved in any of the following activities:

☐      Manag

e, program or maintain IRS information in a production environment;

☐      Manage, program, or maintain IRS information in a development environment, either IRS owned or contractor owned/managed;

☐      Perform systems administration for either IRS systems or contractor managed resources, regardless of where IRS work is being performed;

☐      Operate an information system on behalf of the IRS on IRS systems or contractor (including subcontractor) managed systems;

☐      Conduct testing or development of information or information systems on behalf of the IRS on IRS systems or contractor (including subcontractor) managed systems;

☐      Provide advisory and assistance (consulting) services, or administrative support; or

☐      Handling, processing, access to, development, backup or any services to support IRS.

**Service Personnel Security Awareness Training**

Greystones000786



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

Contractor personnel providing services in the following categories are
required to complete Facilities Management and Security Services (FMSS)  Physical
Security Training:

☐                          Medical;
☐                          Cafeteria;
☐                          Landscaping;
☐                          Janitorial and cleaning (daylight operations);
☐                          Other maintenance and repair.

(iv)                **Service Personnel Inadvertent SBU Access Training**

   Contractor personnel performing: (i) janitorial and cleaning services (daylight
operations), (ii) building maintenance, or (iii) other maintenance and repair  and need
access to IRS facilities and buildings wherein pipeline processing  (the processing of
paper tax returns) is performed or where the facility and  building has an exemption to
the clean desk policy authorized by FMSS
Security, are required to complete Inadvertent SBU Access training. Facilities
performing pipeline processing and/or have an exemption to the clean desk  policy are:

| Clean Desk Waiver Facilities | |
| --- | --- |
| Facilities | Address |
| KY2032 | 333 Scott St., Covington, KY 41001 |
| KY3005 | 300 Madison Ave., Covington, KY |
| MI1951 | 985 Michigan Ave., Detroit, MI 48226 |
| MN1600 | 30 East Seventh St., St. Paul, MN |
| TX2225 | 2191 Woodward St., Austin, TX 78744 |

| Pipeline Processing Facilities | |
| --- | --- |
| Facilities | Address |
| CA4664 | Fresno Campus, 5045 E. Butler, Fresno, CA 93727 |
| CA7370 | 1950 G Street, Fresno, CA 93706 |
| CA6530 | 1000 N. Mooney St., Tulare, CA 93274 |
| KY0085 | Covington Campus, 200 West Fourth St., Covington, KY |
| KY3016 | 7125 Industrial Rd., Florence, KY 41042 |
| MO1937 | Kansas City Campus, 33 W. Pershing Rd., Kansas City, MO |
| TX2038 | Austin Campus, 3651 S IH-35, Austin TX 78741 |
| TX2746 | 5015 S IH-35, Austin TX 78741 |
| UT0036 | Ogden Campus, 1160 W 1200 S, Ogden, UT 84409 |
| UT1430 | 1973 North Rulon White Blvd., Ogden, UT 84404 |
| UT1476 | 1125 W 12th St., Ogden, UT 84201 |

(Note: The facilities listed above can change annually and are only
authorized for one year.)

(v)                **Training Certificate/Notice**
   The contractor must submit confirmation of completed SAT by either:

Attorney's Eyes Only



9466 Georgia Ave #2025          Silver Spring, MD 20910          Phone: (301) 738-9502          Fax: (301) 738-9503

A)  Using form 14616 located at:
http://core.publish.no.irs.gov/forms/internal/pdf/66610g14.pdf for those who
take training other than online; or

B)  Certifying online at the Mandatory Briefing website http://e-
learning.web.irs.gov/Briefings/Contractors/contractor.html with a copy to

Greystones000788



9466 Georgia Ave #2025     Silver Spring, MD 20910     Phone: (301) 738-9502     Fax: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

the CO and Contracting Officer's Representative (COR), upon completion, but not later than 10 business days after assignment to the contract/order. If required, the COR or the contractor may be required to  input data into a system, to be defined by the IRS, to describe the security
            controls being used to protect information, including confirmation of SAT.

(vi)     **Annual Training**
            For contracts/orders/agreement exceeding one year in length, either on a multiyear or multiple year basis, the contractor must ensure that personnel  complete SAT annually no later than October 31st of the current calendar year. The contractor must submit confirmation of completed annual SAT on  all personnel assigned to this contract/order/agreement, via email, to the CO  and COR, upon completion, but no later than November 15th of the current  calendar.

b)            SAT is available on the Mandatory Briefing web site http://e-learning.web.irs.gov/Briefings/Contractors/contractor.html; or if this site is not accessible, SAT materials will be made available by the COR or CSM at awss.csm.training@irs.gov.

c)   Contractor's failure to comply with IRS security policy (to include completion and certification of SAT requirements within the timeframe specified) may be subject to having access to IRS IT systems and facilities suspended, revoked or terminated (temporarily or permanently).

[End of Clause]

### 34. IR1052.239-9007 – ACCESS, USE OR OPERATION OF IRS INFORMATION TECHNOLOGY (IT) SYSTEMS BY CONTRACTORS (APR 2015)

In performance of this contract, the contractor agrees to comply with the following  requirements and assumes responsibility for compliance by his/her employees:

1.   **IRS Information Technology Security Policy and Guidance**. All current and new IRS contractor (including subcontractor) employees authorized staff-like (unescorted) access to Treasury/IRS owned or controlled facilities and information systems, or work, wherever located, on those contracts, which involve the design, operation, repair or maintenance of information systems and access to Sensitive But Unclassified (SBU) information shall comply with the IRS Information Technology Security Policy and Guidance, Internal Revenue Manual (IRM) 10.8.1, 10.8.2, and IRS Publication 4812. Copies of IRM 10.8.1 and 10.8.2 are available at http://www.irs.gov/. This requirement applies to contractors who are using contractor/subcontractor-managed systems, including laptop computers, workstations, servers, and other IT resources) at contractor managed facilities. A copy of Publication 4812 is available at http://www.irs.gov/pub/irs-procure/Publication-4812---Contractor--Security-Controls.pdf.

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

2.   **Access Request and Authorization**. Within ten (10) business days after contract
award or issuance of an order, the contractor shall provide the Contracting Officer's
Representative (COR) and the Contractor Security Management (CSM), via email to
awss.csm.training@irs.gov, a list of names of all applicable contractor and
subcontractor employees and the IRS location(s) identified in the contract for which

---

Greystones000790



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

access is requested. A security screening, if determined appropriate by the IRS and in accordance with IRM 10.23.2, Contractor Investigations, and Department of the Treasury Security Manual (TD P) 15-71, Chapter II, Section 2, will be conducted by CSM.

Contractor (including subcontractor) employees will be permitted to perform under the contract and have access to IRS facilities only upon notice of an interim or final approval, as defined in IRM 10.23.2 and is otherwise consistent with IRS security practices and related IRMs, to include, but not limited to, IRM 1.4.6 – Managers Security Handbook, IRM 10.2.14 – Methods of Providing Protection, and IRM 10.8.1 - Policy and Guidance. Upon notification of a favorable adjudication of a security screening, the COR will complete an Online 5081 (OL 5081), Automated Information System User Registration/Change Request, for each prime or subcontractor employee and require an electronic signature from each such employee indicating the contractor employee has read and fully understands the security requirements governing access to the Service's IT systems.

3. **Remote Access**. If the contract authorizes access to IRS IT systems, information, or assets remotely; that is, from the contractor or other facility, office, or site, the requirements of this clause governs, as well as the general guidance and specific security control standards in IRS Publication 4812, Contractor Security Controls. The contractor will be required to input data into a system, to be defined by the IRS, to describe the security controls being used to protect information.

4. **Contractor Acknowledgement**. The contractor also acknowledges and agrees: (a) That employees must comply with all laws, IRS system security rules and security policies, standards, and procedures, and (b) That any one of its employees unsanctioned, negligent, or willful violation of the laws, system security rules, and security policies, standards, and procedures may result in the revocation of access to IRS information technology systems, immediate removal from IRS premises and the contract, and may be subject to arrest by Federal law enforcement agents.

5. **Limited Personal Use of Government IT Resources.**

   a.    Contractor (including subcontractor) employees, like Federal employees, have no inherent right to use Government IT resources and this policy does not create the right to use Government IT resources for nongovernmental purposes. See IRM 10.8.27, Exhibit 10.8.27-1, Prohibited Uses of Government IT Resources, for specific examples of prohibited uses. See Title 5 - Code of Federal Regulations (CFR) - Part 734 – Political Activities of Federal Employees, for specific

   b.    examples of prohibited political activities.

Greystones000791

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025    SILVER SPRING, MD 20910    PHONE: (301) 738-9502    FAX: (301) 738-9503

| The contractor (including subcontractor) shall report any incident/situation in | accordance with IRM 10.8.1.4.8.5 - Incident Reporting and to the Contracting Officer and COR. Concurrent with its reporting it to the COR, the contractor shall report incidents/situations (24x7x365) to Computer Security Incident Response Center (CSIRC)(IT infrastructure)/Situation Awareness Management Center (SAMC) (anything that does not affect the IT infrastructure) through any of the following methods: |
|---|---|

Greystones000792

DocuSign Envelope ID: AE84CF7F-751B-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

Telephone: (202) 283-4809 (local) or toll free hotline at (866) 216-4809/  TTY
at 800-877-8339
Fax: (202) 283-0345
E-mail: samc@cirsc.irs.gov

☐              Information about unclassified cyber security incidents of a sensitive nature
shall be transmitted using secure messaging or alternative forms of encryption.

☐              If the incident involves the loss, misuse, or unauthorized inspection of SBU  information, the contractor shall also report the incident/situation to the
Treasury Inspector General for Tax Administration (TIGTA) hotline at 800- 366-4484.

6.    **Replacement Personnel.** The CO, at his/her discretion, may require removal of the employee from performance under this or any IRS contract and may require replacement personnel with similar credentials within 5 days of the notice to remove. Replacement personnel must be acceptable to the CO, in consultation with the COR.

7.    **Monitoring Notification**. IRS management retains the right to monitor both the content and the level of access of contractor employees' use of IRS IT systems. Contractor employees do not have a right, nor should they have an expectation, of privacy while using any IRS information technology system at any time, including accessing the Internet or using e-mail.

8.    **Security Reports and Information.** If any reports are required, the COR may direct the submission of such reports and information through a specific IRS application, to be
determined, or the entry of specific information into the application or system.

9.    **Subcontracts.** The Contractor shall incorporate this clause in all subcontracts, subcontract task or delivery orders or other subcontract performance instrument where the subcontractor employees will require access, use or operation of IRS information technology systems.

[End of clause]

### 35. IR1052.239-9014 – INFORMATION SYSTEMS AND INFORMATION SECURITYCONTROLS FOR CONTRACTING ACTIONS SUBJECT TO INTERNAL
### REVENUE MANUAL (IRM) 10.8.1 (APR 2015)

In performance of this contract, the contractor agrees to comply with the following

Greystones000793



9466 GEORGIA AVE #2025       SILVER SPRING, MD 20910       PHONE: (301) 738-9502       FAX: (301) 738-9503

requirements and assumes responsibility for compliance by its employees and subcontractors (and their employees):

a)   *General.* The contractor shall ensure IRS information and information systems are protected at all times. The contractor shall develop, implement, and maintain effective controls and
methodologies in its business processes, physical environments, and human capital or personnel practices that meet or otherwise adhere to the security controls, requirements, and objectives described in applicable security control guidelines, and their respective contracts.

Greystones000794

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

b)   IRM 10.8.1 Applicability. This contract action is subject to Internal Revenue Manual (IRM) Part 10.8.1 – Information Technology (IT) Security, Policy and Guidance. The contractor  shall adhere to the general guidance and specific security control standards or requirements  contained in IRM 10.8.1. While the IRM 10.8.1 shall apply to the requirements to access systems, IRS Publication 4812, Contractor Security Controls, shall also govern. It will address the requirements related to physical and personnel security that must continue to be maintained at contractor sites.

c)   Based on Title III of the E-Government Act of 2002 (Public Law 107-347), also known as the Federal Information Security Management Act of 2002 (FISMA), and standards and guidelines developed by the National Institute of Standards and Technology (NIST), IRM  10.8.1 provides overall IT security control guidance for the IRS, and uniform policies and  guidance to be used by each office, or business, operating, and functional unit within the  IRS that uses IRS information systems to accomplish the IRS mission.

d)   Contractor Security Representative. The contractor shall assign and identify, in its offer, a  Contractor Security Representative (CSR) and alternate CSR to all contracts requiring access to IRS information, information technology and systems, facilities, and/or assets. The  CSR is the contractor's primary point for the Government on all security-related matters and  the person responsible for ensuring the security of information and information systems in  accordance with the terms and conditions of the contract and all applicable security controls.  If required by the Contracting Officer's Representative, the contractor will be required to input data into a system, to be defined by the IRS, to describe the security controls being  used to protect information.

e)   Flow down of clauses. The contractor shall include and flow down, in its subcontracts (or  arrangements or outsourced service agreements) that entail access to SBU information by a subcontractor or agent, at any tier, the substantially same Federal Acquisition Regulation  (FAR) and local security or safeguard clauses or provisions for protecting SBU information  or information systems that apply to and are incorporated in its prime contract with IRS.

(End of clause)

## 36. IR1052.239-9015 – INFORMATION SYSTEMS AND INFORMATION SECURITY  CONTROLS FOR CONTRACTING ACTIONS SUBJECT TO PUBLICATION 4812 (APR 2015)

Greystones000795

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



| | | | |
|---|---|---|---|
| 9466 GEORGIA AVE #2025 | SILVER SPRING, MD 20910 | PHONE: (301) 738-9502 | FAX: (301) 738-9503 |

In performance of this contract, the contractor agrees to comply with the following requirements  and assumes responsibility for compliance by its employees and subcontractors (and their  employees):

a)   *General.* The contractor shall ensure IRS information and information systems (those of the IRS and/or the contractor, as appropriate) are protected at all times. In order to do so, the  contractor shall develop, implement, and maintain effective controls and methodologies in its  business processes, physical environments, and human capital or personnel practices that  meet or otherwise adhere to the security controls, requirements, and objectives described in  applicable security control guidelines, and their respective contracts.

b)   The contractor will be required to input data into a system, to be defined by the IRS, to describe the security controls being used to protect information.

c)

d)

e)

Greystones000796

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



| 9466 Georgia Ave #2025 | Silver Spring, MD 20910 | Phone: (301) 738-9502 | Fax: (301) 738-9503 |

**Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011**

and specific security control standards or requirements contained in PUB 4812. By inclusion of this clause in the contract, PUB 4812 is incorporated into the contract and has the same force and effect as if included in the main body of the immediate contract.

Flowing down from Title III of the E-Government Act of 2002 (Public Law 107- 347), also known as the Federal Information Security Management Act of 2002 (FISMA), and standards and guidelines developed by the National Institute of Standards and Technology (NIST), PUB 4812 identifies basic technical, operational, and management (TOM) security controls and standards required of under contracts for services in which contractor (or subcontractor) employees will either—

**Publication (PUB) 4812 Applicability.** This contracting action is subject to Publication 4812 – Contractor Security Controls. PUB 4812 is available at: http://www.irs.gov/pub/irs-procure/Publication-4812---Contractor--Security-Controls.pdf.

☐     Have access to, develop, operate, or maintain IRS information or information systems on behalf of the IRS (or provide related services) outside of IRS facilities or the direct control of the Service, and/or

☐     Have access to, compile, process, or store IRS SBU information on their own information systems/Information Technology (IT) assets or that of a subcontractor or third-party Service Provider, or when using their own information systems (or that of others) and on IT, or Electronic Information and Technology (EIT) (as defined in FAR Part 2) other than that owned or controlled by the IRS.

Unless the manual specifies otherwise, the IRS-specific requirements in PUB 4812 meet the standard for NIST Special Publication (SP) 800-53 – Federal Information Systems and Organizations (Revision 3 (AUG 2009)) (*Errata as of May 1, 2010*), and the security controls, requirements, and standards described therein are to be used in lieu of the common, at-large security control standards enumerated in NIST SP 800-53 (Rev. 3).

PUB 4812 also describes the framework and general processes for conducting contractor security reviews – performed by IT Cybersecurity—to monitor compliance and assess the effectiveness of security controls applicable to any given contracting action subject to PUB 4812. Upon completion of any IT Cybersecurity review, the contractor must submit a plan within fifteen (15) work days after notification of the results of the review to the CO, with a copy to the COR and IT Cybersecurity, that addresses the correction and mitigation of all identified weaknesses, to include a timeline for completion.

**The contractor shall adhere to the general guidance**

Contractor Security Representative. The contractor shall assign and identify, upon award, a Contractor Security Representative (CSR) and alternate CSR to all contracts requiring access to Treasury/bureau information, information technology and systems, facilities, and/or assets. The CSR is the contractor's primary point for the Government on all security-related matters and the person responsible for ensuring the security of information and information systems in accordance with the terms and conditions of the contract and all applicable security controls.

(Flow down of clauses. The contractor shall include and flow down, in its subcontracts (or arrangements or outsourced service agreements) that entails access to SBU information by a subcontractor, at any tier, the substantially same FAR and local security or safeguard

Greystones000797

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

clauses or provisions for protecting SBU information or information systems that apply to  and are incorporated in its prime contract with IRS.

(End of clause)

### 37. IR1052.239-9016 – INFORMATION SYSTEM AND INFORMATION SECURITY   CONTROL STANDARDS AND GUIDELINES APPLICABILITY (APR 2015)

As part of its information security program, IRS identifies security controls for the organization's information and information systems in the following two key standards and  guiding documents:

☐                         Internal Revenue Manual (IRM) 10.8.1 – Information Technology (IT) Security, Policy
and Guidance, and

☐                         Publication 4812 – Contractor Security Controls

While IRM 10.8.1 and PUB 4812 are both based on NIST SP 800-53 (Rev. 4), they apply to  different operating environments—internal and external to the organization, respectively.

The contractor, by signing its offer, hereby asserts to the best of its knowledge and belief  that the security control guideline(s) most suitable and applicable to the immediate
contracting action, with due consideration to its proposed approach (and work environment)  for fulfilling the Government's requirements and standards for applicability described herein,  is as follows (*check only one block*):

 **IRM 10.8.1 only**              ☐           **PUB 4812 only** ☐         **X**
**Both IRM 10.8.1 and  PUB 4812**

Unless the Contracting Officer (CO) determines, in consultation with Cybersecurity, that a  different (or a second) security control standard or guideline is warranted, the security level  selected/applied for by the contractor under IR1052.239-9016 shall stand. In the event the  Government determines a different (or second) security control standard or guideline is
warranted, the CO shall advise the contractor, in writing, of the Government determination,  and reflect the correct/appropriate security control standard or guideline in the ensuing  contract.

a.   If PUB 4812 is selected (alone or in combination with IRM 10.8.1) as the most suitable security control guideline, the contractor must identify, as part of its proposal submissions (or its submissions under any modification to an existing contract

---

Greystones000798

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

incorporating this clause), the most suitable security control level within the following hierarchy of security control levels (from lowest or highest):

☐                              Core (C) Security Controls
(Abbreviated "C")

☐                              Core (C) plus value greater than Simplified Acquisition Threshold
(SAT)
(Abbreviated "CSAT")

☐                              Core (C) plus Networked Information Technology Infrastructure
(NET)
(Abbreviated "CNET")

☐                              Core (C) plus Software Application Development/Maintenance
(SOFT)
(Abbreviated "CSOFT")

Greystones000799



9466 GEORGIA AVE #2025       SILVER SPRING, MD 20910       PHONE: (301) 738-9502       FAX: (301) 738-9503

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

(*See PUB 4812, Appendix C for guidance in selecting the security control level most suitable and appropriate to the immediate contracting action. If additional guidance is needed in selecting the security control level, contact the CO.*)

b.  The contractor, by signing its offer, hereby asserts to the best of its knowledge and belief that the security control level under PUB 4812 most suitable and applicable to the immediate contracting action, with due consideration to its proposed approach (and work environment) and standards for applicability described herein, is as follows (*check only one*):

**C** ☐          ☐ **CSAT**          ☒ **CNET**          ☐ **CSOFT**

c.  Unless the CO determines, in consultation with Cybersecurity, that a different (higher or lower) security control level is warranted for contracts subject to PUB 4812, the security level selected/applied for by the contractor will govern throughout the life of the contract. In the event the Government determines a different (higher or lower) security level is warranted, the CO will advise the contractor, in writing, of the Government determination. At the end of the contract, for all security levels, the contractor must provide a plan and document the implementation of this plan to ensure that all hard copy and electronic data is returned to the IRS, sanitized, or destroyed.

d.  Failure by the contractor to check any block will result in the use of both guidelines (and for the PUB 4812 portion, use of the most stringent security control level (CSOFT)) until and unless the CO, in consultation with IT Cybersecurity, determines otherwise.

e.  If required by the Contracting Officer's Representative (COR), the contractor will be required to input data into a system, to be defined by the IRS, to describe the security controls being used to protect information.

(End of provision)

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

### EXHIBIT D
### INSURANCE REQUIREMENTS

Subcontractor shall at its own expense, procure and thereafter maintain the following kinds of insurance with respect to performance under this Agreement:

Workers' Compensation and Employers Liability Insurance as required by law except that if this Agreement is to be performed in a State that does not require or permit private insurance, then compliance with the statutory or administrative requirements in any such State will be satisfactory.  The required Workers' Compensation insurance shall extend to cover employer's liability for accidental bodily injury or death and from accidental bodily injury or death and for occupational disease with a minimum liability limit of $100,000.

General Liability Insurance.  Bodily injury liability insurance, in the minimum limits of $500,000 per occurrence shall be required on the comprehensive form of policy.

Automobile Liability Insurance. This insurance shall be required on comprehensive form of policy and shall provide bodily injury liability and property damage liability covering the operation of all automobiles used in connection with the performance of the contract.  At least the minimum limits of $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage shall be required.

Prior to the commencement of work hereunder, Subcontractor shall furnish to ASR a certificate or written statement evidencing issuance of the above required insurance.  Subcontractor shall notify ASR when cancellation or any material change in the policies adversely affects the interests of ASR in such insurance and such changes shall not become effective until thirty (30) days after written notice is provided to ASR.

In the event Subcontractor fails to furnish such certificates prior to commencing work or to continue to maintain such insurance during the performance of the Agreement, ASR shall have the right to terminate this Agreement for default or to withhold any payments or partial payments required to be made under this Agreement and shall have the right to continue withholding any or all of said payments so long as Subcontractor has not complied with the requirements of this clause.

Greystones000801

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

**EXHIBIT E**

**SUPPLIER CODE OF BUSINESS ETHICS AND CONDUCT, USE OF MANDATORY ARBITRATION AGREEMENTS, AND CERTIFICATION RELATING TO COMPENSATION OF FORMER DOD OFFICIALS**

If the expected value of the procurement exceeds $5,500,000 and the period of performance is expected to exceed 120 days, Offeror confirms that it:

**A.   Requirement for Written Code of Business Ethics and Conduct (FAR 52.203-13(b))**

__   Has in place as of the date of submission of its offer a written code of business ethics and conduct pursuant to FAR 52.203-13(b) and has made a copy of the code available to each employee engaged in performance of the contract(subcontract) pursuant to 52.203-13(b)(1)(ii)., or

__   Will have in place a written code of business ethics and conduct pursuant to FAR 52.203-13(b) and will make a copy of the code available to each employee engaged in performance of the contract(subcontract) pursuant to 52.203-13(b)(1)(ii), within thirty (30) days of award of any contract resulting from this solicitation.

**B.   Requirement for Business Ethics Awareness and Compliance Program and Internal Control System (FAR 52.203-13(c))**

__   Has in place as of the date of submission of its offer a business ethics awareness and noncompliance program and internal control system pursuant to FAR 52.203-13(c), or

__   Will have in place as of the date of submission of its offer a business ethics awareness and noncompliance program and internal control system pursuant to FAR 52.203-13(c), within ninety (90) days of award of any contract resulting from this solicitation.

**C.   Exemptions**

__   Is exempt from A and B above because its offer is for an amount less than $5,000,000 or the proposed period of performance is less than 120 days.

__   Is subject to A above, but exempt from B above because offeror is a small business concern or is offering a commercial item (per FAR 2.101).

D.   **Subcontract Flowdown**
Subcontractor agrees to flow down the substance of FAR 52.203-13 Contractor Code of Business Ethics and Conduct to all sub-tier subcontractors pursuant to FAR 52.203-13 (d).

---

Greystones000802

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

### EXHIBIT F
### PREVENTING PERSONAL CONFLICTS OF INTEREST CERTIFICATION

Unless otherwise expressly declared in the Performance Work Statement, the Subcontractor's services shall be deemed to be acquisition functions closely associated with inherently governmental functions so that Subcontractor shall comply with all of the requirements for "Covered Employees" under FAR 52.203-16 Preventing Personal Conflicts of Interest (Dec 2011).

Subcontractor confirms that it _____ **HAS** / _____ **HAS NOT** obtained from each Covered Employee both an initial disclosure, and an updated disclosure as required, of financial interests and other interests, per FAR 52.203-16, that might be affected by the task to which the employee has been assigned.

Subcontractor confirms it _____ **HAS** / _____ **HAS NOT** assigned, nor will it allow, a Covered Employee to perform any task under the Subcontract for which the Subcontractor has identified a personal conflict of interest (as defined under FAR 52.203-16) for the employee.

Subcontractor confirms that it _____ **HAS** / _____**HAS NOT** obtained from the Covered Employee a signed non-disclosure agreement (NDA) to prohibit disclosure of non-public information (as defined in FAR 52.203-16) accessed through performance of the Subcontract and that the NDA further prohibits the use of such non-public information for personal gain.

Subcontractor further confirms that it 1] has informed Covered Employees of their obligations under FAR 52.203-16; 2] maintains effective oversight to verify compliance; and 3] has integrated disciplinary action as part of its compliance regime for cases of non-compliance.

Subcontractor shall immediately report to Contractor, with a complete description of the nature of, any personal conflict of interest violation (as defined by FAR 52.203-16), as soon as it is identified. Subcontractor shall include this certification in any sub-tier subcontract that exceeds $150,000.

---

Greystones000803

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

**EXHIBIT G**
**(RESERVED)**

Greystones000804

DocuSign Envelope ID: AE84CF7F-7518-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

Exhibit H

Facilities and Personnel Security Requirements

(NOTE, WITHIN THE ATTACHED REDACTED PROVISIONS, THE TERM "CONTRACTOR," "OFFEROR," OR OTHER COMPARABLE TERMS, ARE INTENDED TO BE SUBSTITUTED WITH "SUBCONTRACTOR," EXCEPT WITH RESPECT TO THOSE CLAUSES RESERVED EXCLUSIVELY FOR THE PRIME CONTRACTOR. SIMILARLY, REFERENCES WITHIN THE PROVISIONS TO "IRS" OR "GOVERNMENT" ARE GENERALLY MEANT TO INCLUDE OR BE SUBSTITUTED WITH "PRIME CONTRACTOR," EXCEPT WITH RESPECT TO THOSE CLAUSES RESERVED EXCLUSIVELY FOR THE IRS OR GOVERNMENT.)

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

**M. Security**

Contractor personnel shall follow IRS policies and procedures regarding physical and data security, including, but not limited to, IRS Publication 4812, the Internal Revenue Manual, and IRS Agency Wide Shared Services policies and procedures. Publication 4812 is available at: https://www.irs.gov/pub/irs-procure/Publication-4812---Contractor--Security-Controls.pdf

Contractor personnel cannot begin work on a Task Order until completing the background investigation process and IRS security training.

Contractor personnel assigned to perform work on a Task Order under this BPA must undergo background investigative processing appropriate to the position sensitivity and risk level designation associated to determine whether the Contractor personnel should be permitted to work in the identified position. After each Task Order award, the Contractor shall provide a list of the full names of contractor personnel, that were accepted by key IRS personnel during proposal evaluations, to the COR to initiate the background investigation process. All identified contractor personnel shall undergo screening, which ranges from a revalidation of an existing background check to a full background investigation, as determined by the Government.). Investigations that reveal derogatory information about a contractor employee, including, but not limited to conviction of a felony, a crime of violence or a serious misdemeanor, and a record of arrests for continuing offenses, may be sufficient cause to forbid the contractor employee from working

Greystones000805

Attorney's Eyes Only



Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

under this contract. Contractor personnel should be ready to complete background investigation forms the day of the Task Order award. Background investigations for new contractors can take 1 to over 3 months after submission of forms.

The contractor/teams shall be responsible for properly protecting all information used, gathered, disclosed, or developed as a result of work under this BPA. The contractor/teams shall also protect all government data by treating the information as sensitive. If contractor personnel must remove any information from the primary work area, they should protect it to the same extent they would their proprietary data and/or company trade secrets. The use of this data is subject to the Privacy Act will be utilized in full accordance with all rules of conduct as applicable to Privacy Act Information. Contractor personnel assigned to this BPA will have access to data that may contain Privacy Act and Sensitive but Unclassified (SBU) information. In the performance of this BPA, the Contractor agrees to comply and assume responsibility for compliance by his/her employees and to assume responsibility for compliance with all subcontractors and their employees, with the following requirements:

- ☐ All necessary procedures for IRS data training and security shall be followed[²]
  This is not a comprehensive list:
    - o Mandatory Information Protection and Security Awareness Training Requirements - Establishes requirements for the contractor personnel who will have access to IRS owned or managed facilities, Sensitive but Unclassified (SBU) information, or information systems to receive information protection and security awareness training and to require the inclusion of IRS clause IR1052.224-9009 – Mandatory IRS Information Protection and Security Awareness Training Requirements
    - o Safeguards Against Unauthorized Disclosure of Sensitive but Unclassified Information - Addresses the establishment of safeguards against contractor unauthorized disclosure of Sensitive but Unclassified information and requires the execution and submission of a nondisclosure agreement prior to contractor (including subcontractor) employees being granted access to SBU information, or facility, or information system/asset that processes/stores SBU information. The CO shall include IRS clause IR1052.224-9008 - Safeguards against Unauthorized Disclosure of Sensitive but Unclassified Information, in contracts/orders/agreements that grants contractor (including subcontractor) employees access to SBU information, or facilities or information systems/assets that process/store SBU information.
    - o Contractor Access, Use or Operation of IRS Information Technology Systems - Addresses contractor employees use of IRS computer resources on a limited basis and requires the inclusion of IRS clause, IR1052.239-9007 addresses contractor employees use of IRS computer resources on a limited basis and requires the inclusion of IRS clause,

[²] As applicable, reference solicitation provisions and clauses:
- ☐ IR1052.204-9000, IR1052.204-9001, IR1052.204-9003, and IR1052.204-9005
- ☐ IR1052.209-9000 and IR1052.209-9001
- ☐ IR1052.224-9000,
- ☐ IR1052.227-9001, and
☐ IR1052.239-9007.

Greystones000806

Attorney's Eyes Only



9466 GEORGIA AVE #2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

Contract Number GS-10F-0062R/Order Number 2032H5-19-A-00011

IR1052.239-9007 – Access, Use or Operation of IRS Information Technology Systems by Contractors.

o   Emergency Acquisitions involving Access to Personally Identifiable Information and Sensitive but Unclassified Documents and Information - Establishes the requirements to ensure Sensitive but Unclassified (SBU) information or any facilities or information systems/assets in which SBU information is processed/stored are protected when circumstances require contractor (or subcontractor) employees to have staff-like access when emergency contracting is justified.

o   Information Security Control Standards and Guidelines Applicability - This Policy and Procedures Memorandum (P&P) addresses security controls for Contractors under contract and requires the inclusion of IRS clause, IR1052.239-9014 – Information Systems and Information Security Controls for Contracting Actions Subject to Internal Revenue Manual (IRM) 10.8.1.

o   Contractor Notification of Change in Personnel Employment Status, Assignment or Standing - Establishes the policy requiring the contractor to notify the CO, COR, and the Contractor Security Management Office of changes in personnel employment status, assignment, or standing, if the personnel has access to IRS facilities, Sensitive But Unclassified information, or information systems and to require the inclusion of IRS clause IR1052.204-9006 – Notification of Change in Contractor Personnel Employment Status, Assignment, or Standing in solicitations, contracts, orders and agreements.

o   Contractor Basic Technical, Operational, and Management (TOM) Security Controls under IRS Publication 4812 - Addresses basic technical, operational, and management (TOM) security controls under IRS Publication 4812 that contractors must adhered to and requires the inclusion of IRS clause, IR1052.239-9015 – Information Systems and Information Security Controls for Contracting Actions Subject to IRS Publication 4812.

Greystones000807

DocuSign Envelope ID: AE84CF7F-7519-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 Georgia Ave #2025          Silver Spring, MD 20910          Phone: (301) 738-9502          Fax: (301) 738-9503

**Appendix 1**
**SUBCONTRACTOR TASK ORDER (TEMPLATE)**

| | |
|---|---|
| **Subcontractor Task Order Number 0001** | |
| **Subcontract Agreement:  ASR-RAAS_DAIS-Greystones-0001** | |
| **Prime Contract Number:  GS10-F-0062R / 2032H5-19-F-00011** | |

| PRIME | | SUBCONTRACTOR | |
|---|---|---|---|
| ASR Analytics, LLC<br>9466 Georgia Ave #2025<br>Silver Spring, MD 20910 | | Greystones Consulting Group, LLC<br>300 M St SE, Suite 325<br>Washington, DC 20003 | |
| ASR<br>Project Manager | | Subcontractor<br>Technical POC | |
| Title | | Title | |
| Phone | | Phone | |
| Fax | | Fax | |
| Email | | Email | |
| ASR<br>Contractual POC | | Subcontractor<br>Contractual POC | |
| Title | | Title | |
| Phone | | Phone | |
| Fax | | Fax | |
| Email | | Email | |
| Place of Performance: | | | |
| Period of Performance: | | | |
| Purpose of Task Order/Description of Work: | | | |
| Contract Type: | | | |
| Authorized Labor Categories and Rates: | | | |

| TASK ORDER CEILING LEVEL (including Unexercised Option Periods) | | | |
|---|---|---|---|
| | **Award** | **Modification** | **Total** |
| T&M Labor | $0 | $0 | $0 |
| ODCs / Travel | $0 | $0 | $0 |
| Total | $0 | $0 | $0 |
| **TASK ORDER AUTHORIZED FUNDING (NOT TO EXCEED PRICE)** | | | |
| | **Award** | **Modification** | **Total** |
| T&M Labor | $0 | $0 | $0 |
| ODCs / Travel | $0 | $0 | $0 |
| Total | $0 | $0 | $0 |
| Travel | | | |
| Invoicing | | | |
| Timekeeping | | | |

Greystones000808

DocuSign Envelope ID: AE84CF7F-7519-4C31-B7B3-A5C9EAA7221E

Attorney's Eyes Only



9466 GEORGIA AVE #2025          SILVER SPRING, MD 20910          PHONE: (301) 738-9502          FAX: (301) 738-9503

---

**ALL OTHER TERMS AND CONDITIONS OF THIS TASK ORDER REMAIN UNCHANGED AND IN FULL FORCE AND EFFECT, EXCEPT AS MODIFIED HEREIN.**

| **ASR Analytics, LLC** | | **Greystones Consulting Group, LLC** | |
|---|---|---|---|
| Name | Michael Stavrianos | Name | |
| Title | Principal | Title | |
| Signature | | Signature | |
| Date | | Date | |

**Daily Timekeeping / Timesheets**
Subcontractor __ is / __ is not required to submit timesheets to ASR.

**Invoices**

Time & Materials Task Orders
Subcontractor will submit invoices to ASR upon completion of each deliverable.  Invoices should include: (1) a list of the deliverables provided; and (2) the fixed price invoice amount for each deliverable. Invoices should be submitted to zoya.gleizer@gcomsoft.com and brian.bird@gcomsoft.com with a copy to gina.anderson@gcomsoft.com and jill.long@gcomsoft.com. ASR will pay Contractor invoices with payment terms of Net 30 days.

Contractor MUST submit invoices in a timely manner – delayed submission and/or errors in the invoice information may result in a delayed payment to Contractor.

Fixed Price Task Orders
Subcontractor will submit invoices to ASR upon completion of each deliverable.  Invoices should include: (1) a list of the deliverables provided; and (2) the fixed price invoice amount for each deliverable. Invoices should be submitted to zoya.gleizer@gcomsoft.com and brian.bird@gcomsoft.com with a copy to gina.anderson@gcomsoft.com and jill.long@gcomsoft.com. ASR will pay Contractor invoices with payment terms of Net 30 days.

Contractor MUST submit invoices in a timely manner – delayed submission and/or errors in the invoice information may result in a delayed payment to Contractor.

---

Greystones000809