1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406

6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA 95109-1469
    Telephone:     (408) 286-9800
8   Facsimile:     (408) 998-4790

9   Attorneys for Plaintiffs and Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13  NEO4J, INC., a Delaware corporation,         CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN, AB,
14                                               **ADMITTED TRIAL EXHIBIT LIST AND**
                    Plaintiffs,                   **JOINT CERTIFICATION OF ADMITTED**
15                                               **TRIAL EXHIBITS**
            v.
16
    PURETHINK LLC, a Delaware limited
17  liability company, IGOV INC., a Virginia      **(TX171 - TX1101)**
    corporation, and JOHN MARK SUHY, an
18  individual,
19                  Defendants.
20
    AND RELATED COUNTERCLAIMS.
21
22
23
24
25
26
27
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1
ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS                                    CASE NO. 5:18-CV-07182-EJD

Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaims PureThink LLC, iGov Inc. and John Mark Suhy (collectively "Defendants") (collectively, the "Parties"), through their respective counsel, HEREBY CERTIFY, pursuant to Civil L.R. 5(g)(A), that following constitutes the list of exhibits admitted by the Court either during the trial or via stipulation and order in this Action and the attached exhibits are true and correct copies of those admitted exhibits.

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 4 | 2018-05-17 Rathle announcement published on Neo4j USA's website regarding the release of Neo4j® CE and Neo4j® EE version 3.4 and introduction of Commons Clause | 11/14/2023 | Jason Zagalsky* John Mark Suhy |
| 6 | 2018-11-15 Announcement regarding the release of Neo4j CE and Neo4j EE v3.5 published by Rathle on Neo4j USA's website | 11/14/2023 | Jason Zagalsky* |
| 8 | 2020-01-29 Press release issued by Neo4j USA titled "Neo4j Marks Another Year of Product, Customer and Community Momentum" | 11/14/2023 | Jason Zagalsky* |
| 15 | (*Sealed Document*) Excel Spreadsheet - 2022-11-14 Neo4j Monthly Closed Won Report as of 2022-11-14 | 11/14/2023 | Kelly Zawalski* Steven Boyles |
| 16 | (*Sealed Document*) 2017-10-01 Neo4j USA Price List, Effective Oct 1, 2017 (Confidential - AEO) | 11/14/2023 | Jason Zagalsky* |
| 17 | (*Sealed Document*) 2019-04-01 Neo4j USA Price List, Effective April 1, 2019 (Confidential - AEO) | 11/14/2023 | Jason Zagalsky* |
| 18 | (*Sealed Document*) 2020-04-01 Neo4j USA Price List, Effective April 1, 2020 (Confidential - AEO) | 11/14/2023 | Jason Zagalsky* |
| 19 | (*Sealed Document*) 2021-07-01 Neo4j USA Price List, Effective July 1, 2021 (Confidential - AEO) | 11/14/2023 | Jason Zagalsky* |
| 34 | 2016-09-23 IRS Order for Supplies or Services, Order No. TIRNO-16-P-00202, to PureThink for implementation of Neo4j Government Edition for $229,000 | 11/28/2023 | John Mark Suhy* |
| 51 | 07/12/17 Email exchange between John Mark Suhy and Michael Dunn of the IRS regarding PureThink continuing to fulfill its contractual obligations | 11/28/2023 | Pursuant to Stipulation |

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1
ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 52 | 07/27/17 Email from Daniels Vivan to John Mark Suhy enclosing RFQ and SOW to John Mark Suhy for CKGE support contract | 11/28/2023 | Pursuant to Stipulation |
| 57 | 2018-02-15 Letter from the Department of Treasurer to John Mark Suhy enclosing Neo4j, Inc.'s September 19, 2017 Agency-Level Protest of the IRS's sole-source award to iGov | 11/14/2023 | Jason Zagalsky* |
| 58 | 2018-03-26 Suhy Email to Nussbaum re graphstack.io – avoid trademark issues | 11/28/2023 | John Mark Suhy* |
| 59 | 2018 May 19-21 Rathle/Suhy Email String re Touching base, and attachment – purethink Mail – IRS breakdown.pdf; April-2016-eail-number5-agreement.pdf | 11/28/2023 | John Mark Suhy* |
| 60 | 2018-05-21 Suhy Email to Nussbaum re Quick notes on fork | 11/28/2023 | John Mark Suhy* |
| 61 | 05/22/18 Email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License | 11/28/2023 | Pursuant to Stipulation |
| 62 | 06/20/18 Email exchange between John Mark Suhy and Donald Robertson FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License | 11/28/2023 | Pursuant to Stipulation |
| 65 | 08/21/18 Continued email exchange between John Mark Suhy and Donald Robertson of FSF regarding the removal of the Commons Clause from the Neo4j Sweden Software License | 11/28/2023 | Pursuant to Stipulation |
| 66 | 2018-08-10 Suhy email to Rodrigue re Checkin In | 11/28/2023 | John Mark Suhy* |
| 69 | 08/22/18 Email from John Mark Suhy to Lee Smales at the Department of the Air Force where Suhy points him to ONgDB via the GFI website and confirms IRS is using ONgDB | 11/28/2023 | Pursuant to Stipulation |
| 83 | 07/10/20 Letter from John Mark Suhy to Traci Brinkley enclosing Agency-Level Delivery Order Protest Objection Solicitation 2032H5-20-F-00394 | 11/28/2023 | John Mark Suhy* |
| 86 | 2017-11-01 archive of PureThink LLC's webpage, http://purethink.com/ from Wayback Machine, which states that iGov was formed by the "principle behind PureThink" | 11/14/2023 | Jason Zagalsky* |

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

4856-3278-8638.1

- 2 -

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 87 | 2018-01-13 Printout of iGov's webpage, https://igovsol.com/about.html, which states that iGov was formed by the "principle behind PureThink" | 11/14/2023 | Jason Zagalsky* |
| 88 | 2018-01-13 Copy of printout of iGov's webpage, https://igovsol.com/neo4j.html, showing use of Neo4j Mark in "Government Development Packages for Neo4j" | 11/14/2023 | Jason Zagalsky* |
| 89 | 2018-12-04 archive of iGov's webpage, https://igovsol.com/neo4j.html, from Wayback Machine showing infringement of Neo4j Mark and encouraging download of ONgDB from GFI | 11/14/2023 | Jason Zagalsky* John Mark Suhy |
| 91 | 2019-10-01 capture of iGov's webpage, https://igovsol.com/index.html, encouraging users to adopt ONgDB for free over Neo4j EE | 11/14/2023 | Jason Zagalsky* |
| 103 | 2018-06-14 Email from Jason Zagalsky to Michael Smolyak re commercial license needed for certain enterprise-only features | 11/14/2023 | Jason Zagalsky* |
| 104 | 10/01/18 Email from Dian Griffith to Seth Cooper and Shahak Nagiel of Next Century, referencing links to iGov's website regarding its packages for Neo4j and pricing | 11/28/2023 | Pursuant to Stipulation |
| 105 | 10/17/18 Email from Diane Griffith to Shahak Nagiel discussing iGov's representations regarding the iGov/Graphstack free version of Neo4j Enterprise having the same enterprise-only features as commercially licensed Neo4j EE | 11/28/2023 | Pursuant to Stipulation |
| 106 | 10/22/18 Email exchange between John Mark Suhy and Shahak Nagiel of Next Century Corp where Suhy points him to ONgDB 3.4 via the GFI github repository and confirms IRS is using ONgDB | 11/28/2023 | Pursuant to Stipulation |
| 107 | 10/26/18 Email from John Mark Suhy to Shahak Nagiel confirming that iGov-packaged Neo4j enterprise distributions and ONgDB include the enterprise-only multi-data centers feature | 11/28/2023 | Pursuant to Stipulation |
| 108 | 01/04/19 Email from John Mark Suhy to Shahak Nagiel regarding working on and anticipated release of ONgDB 3.5.1 | 11/28/2023 | Pursuant to Stipulation |
| 109 | 02/01/19 Email from Shahak Nagiel to Jim Weyant re Neo4j PoC Status re going with open source alternative (ONgDB) to Neo4j EE | 11/28/2023 | Pursuant to Stipulation |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

4856-3278-8638.1

- 3 -

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 110 | 2019-02-05 Email from Shahak Nagiel to Jason Zagalsky Re: Neo4j licensing informing him that open-sourced builds from the Neo4j source code provided the needed clustering and security requirements | 11/14/2023 | Jason Zagalsky* |
| 111 | 02/19/19 Email from Ben Nussbaum to John Mark Suhy re NextCentury questions re licensing of ONgDB | 11/28/2023 | Pursuant to Stipulation |
| 112 | 02/19/19 Email from Ben Nussbaum to Shahak Nagel after intro from John Mark Suhy discussing ONgDB v.3.5 | 11/28/2023 | Pursuant to Stipulation |
| 113 | Oct 22, 2018-Feb 19, 2019 Nagiel/Nussbaum/Suhy Email String re Neo4j licensing | 11/28/2023 | John Mark Suhy* |
| 114 | 02/21/19 Email from Shahak Nagiel to multiple recipients at Next Century instructing to only use ONgDB and delete all Neo4j EE binaries/containers | 11/28/2023 | Pursuant to Stipulation |
| 115 | 03/05/19 Email from Shahak Nagiel to Marco de Palma, Todd Hughes and Jim Weyant regarding how to address use of ONgDB over Neo4j EE in public forums | 11/28/2023 | Pursuant to Stipulation |
| 116 | 2019-04-01 Email exchange between Jason Zagalsky and Shahak Nagiel confirming required specifications for a Neo4j EE proposal and scheduling meeting with NextCentury and MPO re same | 11/14/2023 | Jason Zagalsky* |
| 117 | 2019-04-01 Email exchange between Jason Zagalsky and Shahak Nagiel confirming Next Century would continue to use ONgDB instead of Neo4j EE | 11/14/2023 | Jason Zagalsky* |
| 118 | (*Sealed Document*) 04/29/19 Email from Shahak Nagiel to Jason Zagalsky confirming that NextCentury shared Neo4j USA's proposal with MPO and confirming that NextCentury continued to use ONgDB, and attachment: Prepared Proposal for Maryland Procurement Office KMS Project (OCEO) | 11/14/2023 | Jason Zagalsky* Steven Boyles |
| 119 | 2019-04-29 Email from Shahak Nagiel to Jason Zagalsky confirming that NextCentury shared Neo4j USA's proposal with MPO and confirming that NextCentury continued to use ONgDB | 11/14/2023 | Jason Zagalsky* |

Hopkins & Carley
Attorneys At Law
San Jose ◆ Palo Alto

4856-3278-8638.1

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 120 | 07/21/19 Email from Shahak Nagiel to Jason Zagalsky (copying Jim Weyant) confirming that the MPO was not interested in paying for a commercial license for Neo4j EE | 11/28/2023 | Pursuant to Stipulation |
| 121 | 01/23/20 Email exchange between Brad Nussbaum and Michael Smolyak confirming that MPO still using ONgDB and interested in version 4.0 | 11/28/2023 | Pursuant to Stipulation |
| 122 | 10/27/20 Email from Michael Smolyak to Tammy Turpin regarding moving ONgDB into production at MPO | 11/28/2023 | Pursuant to Stipulation |
| 123 | 03/29/17 Email from Michael Dunn to John Mark Suhy regarding meeting with Jason Zagalsky and John Broad of Neo4j USA and need for 12-core enterprise license in production | 11/28/2023 | Pursuant to Stipulation |
| 124 | 10/04/17 Email exchange between Michael Dunn and John Mark Suhy regarding iGov and eGovernment Solutions supporting the CKGE platform | 11/28/2023 | Pursuant to Stipulation |
| 125 | 2018-05-22 Suhy Email to Dunn re Neo4j latest happenings, and attachment – fsf-agpl-confirmation.pdf | 11/28/2023 | John Mark Suhy* |
| 126 | 05/22/18 Email from Jason Zagalsky to Michael Dunn regarding sole-source order with eGov Sol for consulting and support of CKGE | 11/14/2023 | Jason Zagalsky* |
| 127 | 05/22/18 Email from John Mark Suhy to Michael Dunn regarding Neo4j Sweden adding Commons Clause to AGPL in Neo4j EE 3.4 | 11/28/2023 | Pursuant to Stipulation |
| 128 | 2018-05-31 Email exchange between Lisa Rosenmerkel and Jason Zagalsky regarding scheduling a meeting regarding the IRS's needs relating to Neo4j software | 11/14/2023 | Jason Zagalsky* |
| 129 | 06/15/18 Email exchange between Michael Dunn and John Mark Suhy regarding the IRS switching from Neo4j EE 3.2 to Neo4j CE 3.4 in light of change to licensing in Neo4j EE 3.4 | 11/28/2023 | Pursuant to Stipulation |
| 130 | 2018-06-29 Suhy Email to Dunn re Final Project Name:  Open Native Graph DB | 11/28/2023 | John Mark Suhy* |
| 131 | 2018-07-27 Email exchange between Lisa Rosenmerkel and Jason Zegalsky regarding proposal for Neo4j EE subscription bundle for CKGE environment | 11/14/2023 | Jason Zagalsky* |

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1

- 5 -

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 132 | 2018/08/13 Suhy/Dunn Email String re transition risk question from our ckge neo4j 3.3.2 to ONgdb | 11/28/2023 | John Mark Suhy* |
| 133 | 08/14/18 Email from Michael Dunn to John Mark Suhy instructing him to integrate ONgDB into the CKGE framework | 11/28/2023 | Pursuant to Stipulation |
| 134 | 08/14/18 Email from Michael C. Dunn to John Mark Suhy confirming he will proceed with ONgDB and also inviting Raul Tikekar to discuss using ONgDB in YK1 platform | 11/28/2023 | Pursuant to Stipulation |
| 137 | 12/11/18 Email exchange between John Mark Suhy and Patrick Martin discussing hardware requirements for CKGE and YK1 | 11/28/2023 | Pursuant to Stipulation |
| 138 | 03/11/19 Email exchange between Martin Patrick and John Mark Suhy regarding ONgDB sever instances in CKGE | 11/28/2023 | Pursuant to Stipulation |
| 139 | 04/24/19 Email exchange between Martin Patrick and John Mark Suhy with Suhy providing download link for ONgDB Enterprise 3.5.3 on IRS repository | 11/28/2023 | Pursuant to Stipulation |
| 141 | 09/10/19 Cancellation of Meeting from Michael Dunn to Patrick Martin, Michael Young, John Mark Suhy, Joshua Porter, Jonathan Edelson and Joseph Ansaldi re disc of BETA, STAGE, PROD domains | 11/28/2023 | Pursuant to Stipulation |
| 143 | 09/17/19 Email exchange between Joshua Porter at the IRS and John Mark Suhy regarding updating ONgDB at the IRS from version 3.5.3 to version 3.5.9 | 11/28/2023 | Pursuant to Stipulation |
| 144 | 09/20/19 Email from Michael Dunn to a number of individuals with the IRS, including John Mark Suhy, Michael Stavrianos and Brian Bird regarding new ONgDB libraries available on internal IRS repository | 11/28/2023 | Pursuant to Stipulation |
| 145 | 11/12/19 Email exchange between Hai Huynh and John Mark Suhy regarding downloading ONgDB 3.5.11 from internal IRS repository and running on IRS laptop | 11/28/2023 | Pursuant to Stipulation |
| 146 | 09/28/20 Order for Supplies or Services Contract No. 2032H5-19-A-00011 to ASR Analytics for Corporate Graph Database | 11/28/2023 | Pursuant to Stipulation |
| 147 | 11/17/20 Suhy Email to donald@fsf.org, craigt@fsf.org, and licensing@fsf.org re Nov 13th 2020 Court opinion on AGPL - may need FSF involvement | 11/28/2023 | John Mark Suhy* |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1

- 6 -

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 150 | 2021-02-16 Stipulated Judgment and Permanent Injunction Order, ECF No. 110 | 11/28/2023 | John Mark Suhy* |
| 154 | 10/01/18 Subcontract Agreement between ASR Analytics, LLC and iGov, Inc. for prime contract #2032H8-18-C-00037 to Tylor Data Services, LLC for consulting services including technical guidance and deployment support related to the CKGE | 11/28/2023 | Pursuant to Stipulation |
| 155 | 11/07/18 Master Subcontract Agreement between ASR Analytics and iGov, Inc. for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) | 11/28/2023 | Pursuant to Stipulation |
| 158 | 03/29/19 Email from John mark Suhy to Michael Stavrianos enclosing resume for Cyber RFQ (KG-API engagement) | 11/28/2023 | Pursuant to Stipulation |
| 160 | 6/6/2019 Invoice #212 sent by iGov to ASR for work on Tylor Data Services, LLC:IRS RAAS Graph Analytics in the amount of $1,750 | 11/28/2023 | Pursuant to Stipulation |
| 161 | 12/06/19 Email from Deborah Tylor to John Mark Suhy, Alexander Seo Sook, Michael Stavrianos and Lauren Szczerbisnski re KGAPI milestones | 11/28/2023 | Pursuant to Stipulation |
| 162 | 07/27/20 Volume 1 - Technical Proposal (RFQ-20-U0016) - ASR Analytics for RAAS Data Analytics and Innovation Support (DAIS) made under Blanket Purchase Agreement for KG-API | 11/28/2023 | Pursuant to Stipulation |
| 163 | 06/04/20 Modification 001 to Master Subcontract Agreement for iGov's work at IRS on RAAS Data Analytics and Innovation Support (DAIS) | 11/28/2023 | Pursuant to Stipulation |
| 164 | 10/05/20 Subcontractor Task Order Number 0001 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $29,538.00 | 11/28/2023 | Pursuant to Stipulation |
| 165 | 10/07/20 Subcontractor Task Order Number 0002 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $25,993.44 | 11/28/2023 | Pursuant to Stipulation |
| 166 | 11/09/21 Subcontractor Task Order Number 0001 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Emerging Compliance Issues totaling $35,470.90 | 11/28/2023 | Pursuant to Stipulation |
| 167 | 11/09/21 Subcontractor Task Order Number 0002 - Modification 01 under ASR-RAAS_DAIS-iGov-0001 for Support for Support for Corporate Graph Database totaling $21,131.60 | 11/28/2023 | Pursuant to Stipulation |

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1
ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 168 | 3/5/2021 Invoice #267 sent by iGov to ASR for work on TIRS:DAIS BPA (lOT Innovation, Knowledge Graph, Corporate Graph, Emerging Compliance Issues) in the amount of $14,474.12 | 11/28/2023 | Pursuant to Stipulation |
| 169 | 7/7/2022 Invoice #303 sent by iGov to ASR for work on IRS:DAIS BPA (IDT, KG, CG, ECI) in the amount of $6,490.42 | 11/28/2023 | Pursuant to Stipulation |
| 170 | 07/07/22 Master Subcontract Agreement between ASR Analytics and Greystones Consulting Group, LLC for Contract No. GS10F0062R / 2032-H5-19-A-00011 for RAAS Data Analytics and Innovation Support (DAIS) | 11/28/2023 | Pursuant to Stipulation |
| 171 | 10/04/22 Subcontractor Task Order Number 0001_MOD 01 under ASR-RAAS_DAIS-Greystones-0001 for Emerging Compliance Issues, replacing Subcontract Agreement with iGov Inc. | 11/28/2023 | Pursuant to Stipulation |
| 172 | 11/01/22 Subcontractor Task Order Number 0002_MOD 01 under ASR_RAAS_DAIS-Greystones-0001 for Support for Corporate Graph Database, replacing Subcontract Agreement with iGov Inc. | 11/28/2023 | Pursuant to Stipulation |
| 173 | 11/02/22 ASR Analytics LLC Transaction List by Vendor 1/1/2015 - 07/27/2022 for payments made to iGov totaling 246,082.55, which the parties stipulated accurately reflected amounts ASR paid iGov through 07/27/2022 | 11/28/2023 | Pursuant to Stipulation |
| 180 | 12/31/18 Stock Purchase Agreement between John Mark Suhy and Ashwani Mayur and Nikhil Budhiraja where Suhy sells his shares in eGov Sol to other shareholders for $20,000 and the proceeds from the CKGE Contract with the IRS | 11/28/2023 | Pursuant to Stipulation |
| 181 | 04/06/18 eGovernment Solutions Inc.'s quote for CKGE Contract prepared by John Mark Suhy | 11/28/2023 | Pursuant to Stipulation |
| 182 | 2018-05-24 Order for Supplies or Services Order No. 2032H8-18-P-00151, 1st year of CKGE Contract for $300,000 | 11/28/2023 | John Mark Suhy* and Pursuant to Stipulation |
| 183 | 05/31/18 Amendment of Solicitation/Modification of Contract to correct Order No. 2032H8-18-P-00151 to 2032H8-18-P-00168 for CKGE Contract | 11/28/2023 | Pursuant to Stipulation |

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

4856-3278-8638.1

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 184 | 05/24/19 Amendment of Solicitation/Modification of Contract to exercise option year 1 in the amount of $200,000.00 with a period of performance is 5/24/2019 - 5/23/2020 for CKGE Contract | 11/28/2023 | Pursuant to Stipulation |
| 185 | 09/26/19 Amendment of Solicitation/Modification of Contract to modify funding for option year 1 by $216,000 for CKGE Contract | 11/28/2023 | Pursuant to Stipulation |
| 186 | 05/24/20 Amendment of Solicitation/Modification of Contract to exercise option year 2 in the amount of $200,000 for a period of performance of 5/24/2020 to 5/23/2021 for CKGE Contract | 11/28/2023 | Pursuant to Stipulation |
| 187 | 05/24/21 Amendment of Solicitation/Modification of Contract to exercise option year 3 in the amount of $200,000 for a period of performance of 5/24/2021 to 5/23/2022 for CKGE Contract | 11/28/2023 | Pursuant to Stipulation |
| 188 | 05/24/22 Amendment of Solicitation/Modification of Contract to exercise option year 4 in the amount of $200,000 for a period of performance of 5/24/2022 to 5/23/2023 for CKGE Contract | 11/28/2023 | Pursuant to Stipulation |
| 189 | 2018-2022 Ex 110 - Combined Invoicing Docs (Nos. 817, 827, 901, 955, 960, 912) for CKGE Contract totaling $1,316,000 | 11/28/2023 | Pursuant to Stipulation |
| 190 | 2018 E-Gov Solutions 1099 to iGov (2018) for $285,700.00 | 11/28/2023 | Pursuant to Stipulation |
| 191 | 2019 E-Gov Solutions 1099 to iGov (2019) for $199,850.00 | 11/28/2023 | Pursuant to Stipulation |
| 192 | 2020 E-Gov Solutions 1099 to iGov (2020) for $193,000.00 | 11/28/2023 | Pursuant to Stipulation |
| 193 | 2021 E-Gov Solutions 1099 to iGov (2021) for $197,000.00 | 11/28/2023 | Pursuant to Stipulation |
| 194 | 2018-2022 Combined Wells Fargo Bank Statements for eGovernment Solutions account where IRS deposits and payments to iGov were made | 11/28/2023 | Pursuant to Stipulation |
| 195 | 10/25/22 LinkedIn profile for Richard Starr - Attorney - Irving Starr Esq., P.C., counsel of record for Defendants | 11/28/2023 | Pursuant to Stipulation |
| 197 | Wells Fargo Statements for eGovernment Solutions Account No. 5581518783 | 11/28/2023 | Pursuant to Stipulation |
| 198 | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy | 11/28/2023 | Pursuant to Stipulation |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1
ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 199 | Various checks from Wells Fargo Account No. 5581518783 signed by John Mark Suhy | 11/28/2023 | Pursuant to Stipulation |
| 200 | 2014 PureThink LLC Profit & Loss Statement, January through December 2014 | 11/28/2023 | Pursuant to Stipulation |
| 201 | 2015 PureThink LLC's Profit and Loss Statement for 2015 | 11/28/2023 | Pursuant to Stipulation |
| 202 | 2016 Purethink LLC's Profit and Loss Statement for 2016 | 11/28/2023 | Pursuant to Stipulation |
| 203 | 2018 iGov Inc. Profit and Loss Statement for 2018 | 11/28/2023 | Pursuant to Stipulation |
| 204 | 2019 iGov Inc Profit and Loss Statement for 2019 | 11/28/2023 | Pursuant to Stipulation |
| 205 | 2020 iGov Inc Profit and Loss Statement for 2020 | 11/28/2023 | Pursuant to Stipulation |
| 206 | 2021 iGov Inc Profit and Loss Statement for 2021 | 11/28/2023 | Pursuant to Stipulation |
| 209 | (*Sealed Document*) 2022-12-22 Expert Report of Steven B. Boyles | 11/28/2023 | Steven Boyles* |
| 210 | 2017-05-24 Suhy Email to Brown re Opinion | 11/28/2023 | John Mark Suhy* |
| 211 | 2020-06-24 iGov Protest Letter to US GAO re Delivery Order Protest of iGov, Inc. Under Solicitation No. 05GA0A20F0012 | 11/28/2023 | John Mark Suhy* |
| 212 | 2021-05-09 iGov Letter to National Institutes of Health re Sole source intention protest: iGov Inc. Under Notice #: NOI-RML-2072678, National Institutes of Health, Department of Health and Human Services | 11/28/2023 | John Mark Suhy* |
| 213 | (*Sealed Document*) 2015-10-01 Neo Tech Price List (USD) | 11/28/2023 | John Mark Suhy* |
| 1002 | Dec-19 AGPL LICENSE.txt files for the ONgDB v3.4 source code branch | 11/28/2023 | John Mark Suhy* |
| 1010 | 2019-03-01 Commit from the GitHub.com web browser, by Mr. Suhy | 11/28/2023 | John Mark Suhy* |
| 1011 | Statement of Work for the CKGE contract with IRS | 11/28/2023 | John Mark Suhy* |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

4856-3278-8638.1

- 10 -

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1012 | 2019 Feb 19-22 Nagiel/Nussbaum Email String re Neo4j Licensing | 11/28/2023 | John Mark Suhy* |
| 1027 | 2019-05-22 Emails between Zagalsky and Dunn on Commons Clause | 11/14/2023 | Jason Zagalsky* |
| 1043 | 2016 August 12-15 Nordwall/Suhy Email String re Checking In - Updates | 11/28/2023 | John Mark Suhy* |
| 1044 | 2016-04-28 Broad/Suhy Email String re For IRS - Idea | 11/28/2023 | John Mark Suhy* |
| 1064 | 2017-08-08 Email from Michael Dunn to Jason Zagalsky re: License | 11/14/2023 | Jason Zagalsky* |
| 1097 | Webpage: https://igovsol.com/downloads.html, dated 10/2/2019 | 11/28/2023 | John Mark Suhy* |
| 1098 | Webpage: https://web.archive.org/web/20171102094315/http://purethink.com:80/, dated 11/8/2018 | 11/28/2023 | John Mark Suhy* |
| 1101 | Oct 22, 2018-Feb 19, 2019 Nagiel/Nussbaum/Suhy Email String re Neo4j licensing | 11/28/2023 | John Mark Suhy* |

Dated:  January 26, 2024

HOPKINS & CARLEY
A Law Corporation

By: /s/ Jeffrey M. Ratinoff
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and
Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated:  January 26, 2024

/s/ Adron W. Beene
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and
JOHN MARK SUHY

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4856-3278-8638.1

- 11 -

ADMITTED TRIAL EXHIBIT LIST AND JOINT CERTIFICATION
OF ADMITTED TRIAL EXHIBITS

CASE NO. 5:18-CV-07182-EJD

1

## ATTESTATION OF E-FILED SIGNATURE

2

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3

the filing of this document from all signatories for whom a signature is indicated by a

4

"conformed" signature (/s/) within this electronically filed document and I have on file records to

5

support this concurrence for subsequent production to the Court if so ordered or for inspection

6

upon request.

7

Dated:  January 26, 2024                              HOPKINS & CARLEY
                                                     A Law Corporation

8

9

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III

10

    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and

11

    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28