**TRIAL EXHIBIT 172**



Witness:
Turin Pollard 30(b)
**EX 251**
12/1/2022 C. Denlinger



9466 GEORGIA AVE # 2025        SILVER SPRING, MD 20910        PHONE: (301) 738-9502        FAX: (301) 738-9503

---

**Subcontractor Task Order Number 0002_MOD 01**
Subcontract Agreement: **ASR_RAAS_DAIS-Greystones-0001**
Prime Contract Number: **GS-10F-0062R / 2032H5-19-A-00011**

This subcontract agreement replaces and terminates
Subcontract Agreement ASR_RAAS_DAIS-iGov-0001_TO-0002 with iGov Inc.,
which is hereby reassigned to Greystones Consulting Group, LLC.

| PRIME | | SUBCONTRACTOR | |
|---|---|---|---|
| ASR Analytics, LLC<br>9466 Georgia Ave # 2025<br>Silver Spring, MD 20910 | | Greystones Consulting Group, LLC<br>300 M St SE, Suite 325<br>Washington, DC 20003 | |
| ASR Project Manager | Michael Stavrianos | Subcontractor Technical POC | Turin Pollard |
| Title | Founding Principal | Title | Vice President |
| Phone | 301-758-0371 | Phone | 202-644-8998 |
| Fax | 301-735-9503 | Fax | |
| Email | michael.stavrianos@gcomsoft.com | Email | tpollard@greystonesgroup.com |
| ASR Contractual POC | Gina Anderson | Subcontractor Contractual POC | Tira Myers |
| Title | Contracts Administrator | Title | |
| Phone | 301-788-7996 | Phone | 202-644-8998 |
| Fax | 301-738-9503 | Fax | |
| Email | gina.anderson@gcomsoft.com | Email | tmyers@greystonesgroup.com |

Purpose of Modification:
- Exercise Option Year 2: 9/28/2022-9/27/2023
- Increase authorized personnel hourly rates for Option Year 2.

Period of Performance:
September 28, 2020 – September 27, 2021 (Base Year), with an option to extend based on available funding, mutual agreement between the parties and Option Years exercised by the client.
Base Year: 9/28/2020 - 9/27/2021 (Exercised)
Option Year 1: 9/28/2021 - 9/27/2022 (Exercised)
Option Year 2: 9/28/2022 - 9/27/2023 (Exercised)

Purpose of Task Order/Description of Work:
**2032H8-20-F-00163 | Support for Corporate Graph Database**
This engagement involves Subcontractor support to ASR for Corporate Graph Database modules. Specifically, the Subcontractor will support ASR to provide analytical support to the IRS Office of Research, Applied Analytics and Statistics (RAAS) Data Exploration and Testing Division (DET), which works closely with business partners across IRS to identify, implement, and evaluate data driven solutions to enhance tax administration in coordination with RAAS' Data Management Division (DMD).

---



9466 Georgia Ave # 2025        Silver Spring, MD 20910        Phone: (301) 738-9502        Fax: (301) 738-9503

RAAS is the center of enterprise analytics in the IRS.  Demand for data and analytical services continues to increase across all IRS business units, including requests for new data sources that are needed for analytics and artificial intelligence.  RAAS is increasingly creating graph data models to facilitate fast, efficient queries and visualization of complex relationships between people, places, and things.  The recent adoption of graph database technology by the IRS has rapidly led to new insights and is now used by over 4,000 employees in Examination, Collection, Criminal Investigation, and even cybersecurity functions.  Understanding graph data models, graph storage layers, and processes for loading and updating graph data is needed for this effort.  RAAS graph data models are accessible by employees through a web-based user interface (UI) that provides authentication, query, visualization, datasheet views, and other functionality.  Many of these services are messaged through GraphGrid, a microservices-based application programming interface (API) that includes ONgDB.

The scope for the corporate graph module will include operations and maintenance of the current corporate graph infrastructure to ensure availability and utility, modelling of additional data sources for the existing corporate graph database, inclusion of that data into test environment and subsequent inclusion into the production environment.  The scope will also include user driven enhancements including additional data sources and user interface features to facilitate understanding of large corporate structures.

The Subcontractor shall support ASR to review all data sources for accuracy and determine the optimal structure for analytics and reporting.  Data shall be analyzed for duplication, formatting errors, and other anomalies to ensure quality for measures and official reporting to external customers and/or stakeholders.  The Subcontractor shall support ASR to recommend or make any changes and/or corrections to data to maintain high levels of data quality, and document those changes in a format consistent with the guidelines to be provided by the Government.

The Subcontractor shall support ASR to provide project and program documentation, consistent with guidelines to be furnished by the Government, for this effort.  Written artifacts shall cover current state processes, recommended changes to improve the timeliness or quality of data releases, and a monthly status report.  The Subcontractor shall support ASR to work on a team that includes Government employees and other contractors to perform this work.

Contract Type: Time & Materials

Authorized Personnel, Labor Categories, Base Year Fully Loaded Hourly Rates, Base Year Hours:
John Mark Suhy         Modeling & Simulation Specialist, Senior        $147.69            176 hours

Authorized Personnel, Labor Categories, Option Year 1 Fully Loaded Hourly Rates, Option Year 1 Hours:
John Mark Suhy         Modeling & Simulation Specialist, Senior        $150.94            140 hours

Authorized Personnel, Labor Categories, Option Year 2 Fully-Loaded Hourly Rates, Option Year 2 Hours:
John Mark Suhy         Modeling & Simulation Specialist, Senior        $154.26            140 hours

**TASK ORDER CEILING LEVEL (including Unexercised Option Periods)**

ASR_RAAS_DAIS-Greystones-0001_TO-0002_MOD01                                                         Page 2

CONFIDENTIAL                                                                                       ASR 02029



9466 GEORGIA AVE # 2025      SILVER SPRING, MD 20910      PHONE: (301) 738-9502      FAX: (301) 738-9503

|  | Award | Modification | Total |
|---|---|---|---|
| T&M Labor | $47,125.04 | $21,596.40 | $68,721.44 |
| ODCs / Travel | $0 | $0 | $0 |
| Total | $47,125.04 | $21,596.40 | $68,721.44 |
| **TASK ORDER AUTHORIZED FUNDING (NOT TO EXCEED PRICE)** | | | |
|  | Award | Modification | Total |
| T&M Labor | $47,125.04 | $21,596.40 | $68,721.44 |
| ODCs / Travel | $0 | $0 | $0 |
| Total | $47,125.04 | $21,596.40 | $68,721.44 |

<u>Travel:</u> None anticipated.

<u>Timekeeping & Invoicing:</u>  All assigned Subcontractor personnel will report their time incurred within ASR's timekeeping system (SpringAhead) daily and submit hours weekly. An ASR supervisor will be assigned to Subcontractor personnel and will review and approve or reject (with explanation) submitted timesheets. Subcontractor will promptly correct any rejected timesheets. Subcontractor will submit invoices to ASR monthly, derived directly from the hours reported on the approved timesheets. Subcontractor invoice shall be submitted to ASR no later than five (5) business days following each month end. Invoices shall be submitted to zoya.gleizer@gcomsoft.com; michael.stavrianos@gcomsoft.com; lauren.szczerbinski@gcomsoft.com; with a copy to gina.anderson@gcomsoft.com and jill.long@gcomsoft.com. ASR will pay Subcontractor invoices with payment terms of Net 30 days. Subcontractor will be required to provide Accounts Payable details including a W-9 Form and ACH details for paperless payment processing via direct deposit.

Delayed submission and/or errors in the invoice information may result in a delayed payment to Subcontractor.

**ALL OTHER TERMS AND CONDITIONS OF THIS TASK ORDER REMAIN UNCHANGED AND IN FULL FORCE AND EFFECT, EXCEPT AS MODIFIED HEREIN.**

| | **ASR Analytics, LLC** | | **Greystones Consulting Group, LLC** |
|---|---|---|---|
| Name | Michael Stavrianos | Name | Turin Pollard |
| Title | Principal | Title | VP of Business Development |
| Signature | *(signed)* | Signature | *(signed)* |
| Date | 11/1/2022 | Date | 10/31/2022 |

CONFIDENTIAL                                                                                                                            ASR 02030