**TRIAL EXHIBIT 173**

Witness:
Michael Stavrianos
**EX 145**
11/7/2022 B. Gerald

**ASR Analytics LLC**  0.422222222
**Transaction List by Vendor**  11/02/2022
**January 1, 2015 through November 2, 2022**

| | Type | Date | Debit | Credit | Hours |
|---|---|---|---|---|---|
| **iGov, Inc.** | | | | | |
| | Bill Pmt -Check | 06/28/2019 | | 2,023.14 | 14.00 |
| | Bill Pmt -Check | 08/15/2019 | | 1,481.22 | 10.25 |
| | Bill Pmt -Check | 09/13/2019 | | 794.80 | 5.50 |
| | Bill Pmt -Check | 09/30/2019 | | 393.07 | 2.72 |
| | Bill Pmt -Check | 10/31/2019 | | 433.53 | 3.00 |
| | Bill Pmt -Check | 12/13/2019 | | 705.21 | 4.88 |
| | Bill Pmt -Check | 01/15/2020 | | 2,264.47 | 15.67 |
| | Bill Pmt -Check | 02/14/2020 | | 5,527.50 | 38.25 |
| | Bill Pmt -Check | 03/31/2020 | | 17,095.53 | 118.30 |
| | Bill Pmt -Check | 06/26/2020 | | 15,939.46 | 110.30 |
| | Bill Pmt -Check | 07/31/2020 | | 4,487.07 | 31.05 |
| | Bill Pmt -Check | 10/15/2020 | | 15,978.47 | 110.57 |
| | Bill Pmt -Check | 11/30/2020 | | 9,154.72 | 63.35 |
| | Bill Pmt -Check | 01/28/2021 | | 23,719.87 | 164.14 |
| | Bill Pmt -Check | 03/29/2021 | | 28,719.91 | 198.74 |
| | Bill Pmt -Check | 04/28/2021 | | 9,007.30 | 62.33 |
| | Bill Pmt -Check | 05/26/2021 | | 8,959.62 | 62.00 |
| | Bill Pmt -Check | 06/28/2021 | | 10,224.08 | 70.75 |
| | Bill Pmt -Check | 07/28/2021 | | 9,634.48 | 66.67 |
| | Bill Pmt -Check | 08/30/2021 | | 4,913.34 | 34.00 |
| | Bill Pmt -Check | 09/29/2021 | | 9,537.66 | 66.00 |
| | Bill Pmt -Check | 10/29/2021 | | 10,110.57 | 69.14 |
| | Bill Pmt -Check | 11/26/2021 | | 1,208.20 | 8.00 |
| | Bill Pmt -Check | 12/30/2021 | | 11,622.37 | 77.00 |
| | Bill Pmt -Check | 02/25/2022 | | 11,808.03 | 78.23 |
| | Bill Pmt -Check | 03/29/2022 | | 5,358.37 | 35.50 |
| | Bill Pmt -Check | 04/27/2022 | | 8,679.05 | 57.50 |
| | Bill Pmt -Check | 05/27/2022 | | 3,811.23 | 25.25 |
| | Bill Pmt -Check | 06/30/2022 | | 5,999.86 | 39.75 |
| | Bill Pmt -Check | 07/27/2022 | | 6,490.42 | 43.00 |
| | | | $ | **246,082.55** TOTAL Payments to iGov | |

**Plaintiffs'
Trial Exhibit
173**

ASR 01999