**TRIAL EXHIBIT 180**

Witness: PMQ
Ashwani Mayur
**EX 100**
10/25/2022 K. Buchanan

# Stock Purchase Agreement

Between John Mark Suhy (The "Seller") with his residence located at:
4202 Adrienne Dr, Alexandria VA 22309

AND

ASHWANI Mayur (the "Purchaser") an individual with his main address located at 41958 Greenlook Lane, Ashburn, VA 20148

Nikhil BUDHIRAJA (the "Purchaser") an individual with his main address located at 42037 MISTFLOWER CIR, ASHBURN, VA 20148

eGovernment Solutions Inc a corporation with its main address located at 7686 Richmond Highway, Suite 101 Alexandria, Virginia 22306

It is agreed as follows:

## 1. Subject-Matter

1.1 The purchasers agree to buy and the seller agrees to sell to the purchaser ⅓ shares (33.⅓% of the total shares) owned by the seller in eGovernment Solutions Inc (the "Shares"). The purchasers each currently own ⅓ of the company, respectively and there are currently no other shares outstanding.

## 2. Purchase Price

2.1 The purchase price payable for the shares is the total of the amounts allocated among the shares as follows:

(a) For 33-⅓% of the equity shares of eGovernment Solutions Inc - $20,000 (Twenty thousand dollars).

## 3. Terms of Payment

3.1 The seller acknowledges receiving a check(s) for $20,000 (Twenty Thousand Dollars) from the purchaser on execution of this agreement.

4. John Mark Suhy will continue to act as an Facility Security Officer (FSO), or assistant Facility Security Officer (AFSO) for eGovernment Solutions Inc.

**Plaintiffs'
Trial Exhibit
180**

5. Re: Treasury contract 2032H8-18-P-00151 (aka CKGE Knowledge Environment contract) dated 05/24/2018.

5.1 eGovernment Solutions Inc hereby hires John Mark Suhy as an Independent Contractor for all option years that are exercised on the CKGE contract. His compensation will be $200,000 per year paid when eGovernment Solutions gets paid. eGovernment Solutions will not be liable to pay John Mark Suhy for any work done on this contract in the event they donot get paid from the client. If the payment for the project is received all at once, then John Mark Suhy will also be paid his total salary for the option year up front, otherwise salary will be paid as eGovernment Solutions Inc get paid by the Treasury.

5.2 eGovernment Solutions Inc will give John Mark Suhy the authority to drive the direction of the project (Section 5) and is given the authority to enter into agreements on behalf of eGovernment Solutions Inc relating to this project as long as the agreements are in line with government contracting laws and hubzone regulations.

5.3 The option years that may be exercised by Treasury are listed below. The salary would correspond to these dates.
All option years are for: CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment

Option Year 1 5/24/2019 – 5/23/2020

Option Year 2 5/24/2020 – 5/23/2021

Option Year 3 5/24/2021 – 5/23/2022

Option Year 4 5/24/2022 – 5/23/2023

6. Profit on any future contracts with Department of Treasury the CACI Army contract (prime award, teaming, or sub-contracts) shall be subject to a ⅓ commission on Net-Profit to John Mark Suhy, payable when such funds are received.

**7. ACCEPTANCE**

7.1 This agreement executed on behalf of the Purchaser constitutes an offer to purchase which can only be accepted by the Seller by return of at least one originally accepted copy of agreement to the Purchaser on or before December 31st 2018 failing which the offer becomes null and void. If this offer becomes null and void or is validly revoked before acceptance or this agreement is not completed by the Purchaser for any valid reason, any deposit tendered with it on behalf of the Purchaser shall be returned without penalty or interest.



# Stock Purchase Agreement

Between John Mark Suhy (The "Seller") with his residence located at:
4202 Adrienne Dr, Alexandria VA 22309

AND

ASHWANI Mayur (the "Purchaser") an individual with his main address located at 41958 Greenlook Lane, Ashburn, VA 20148

Nikhil BUDHIRAJA (the "Purchaser") an individual with his main address located at 42037 MISTFLOWER CIR, ASHBURN, VA 20148

eGovernment Solutions Inc a corporation with its main address located at 7686 Richmond Highway, Suite 101 Alexandria, Virginia 22306

It is agreed as follows:

**1. Subject-Matter**
1.1 The purchasers agree to buy and the seller agrees to sell to the purchaser ⅓ shares (33.⅓% of the total shares) owned by the seller in eGovernment Solutions Inc (the "Shares"). The purchasers each currently own ⅓ of the company, respectively and there are currently no other shares outstanding.

**2. Purchase Price**

2.1 The purchase price payable for the shares is the total of the amounts allocated among the shares as follows:

    (a) For 33-⅓% of the equity shares of eGovernment Solutions Inc - $20,000 (Twenty thousand dollars).

**3. Terms of Payment**

3.1 The seller acknowledges receiving a check(s) for $20,000 (Twenty Thousand Dollars) from the purchaser on execution of this agreement.

4. John Mark Suhy will continue to act as an Facility Security Officer (FSO) , or assistant Facility Security Officer (AFSO) for eGovernment Solutions Inc.

JMS

5. Re: Treasury contract 2032H8-18-P-00151 (aka CKGE Knowledge Environment contract) dated 05/24/2018.

5.1 eGovernment Solutions Inc hereby hires John Mark Suhy as an Independent Contractor for all option years that are exercised on the CKGE contract. His compensation will be $200,000 per year paid when eGovernment Solutions gets paid. eGovernment Solutions will not be liable to pay John Mark Suhy for any work done on this contract in the event they donot get paid from the client. If the payment for the project is received all at once, then John Mark Suhy will also be paid his total salary for the option year up front, otherwise salary will be paid as eGovernment Solutions Inc get paid by the Treasury.

5.2 eGovernment Solutions Inc will give John Mark Suhy the authority to drive the direction of the project (Section 5) and is given the authority to enter into agreements on behalf of eGovernment Solutions Inc relating to this project as long as the agreements are in line with government contracting laws and hubzone regulations.

5.3 The option years that may be exercised by Treasury are listed below. The salary would correspond to these dates.
All option years are for: CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment

Option Year 1 5/24/2019 – 5/23/2020

Option Year 2 5/24/2020 – 5/23/2021

Option Year 3 5/24/2021 – 5/23/2022

Option Year 4 5/24/2022 – 5/23/2023

6. Profit on any future contracts with Department of Treasury the CACI Army contract (prime award, teaming, or sub-contracts) shall be subject to a ⅓ commission on Net-Profit to John Mark Suhy, payable when such funds are received.

7. ACCEPTANCE

7.1 This agreement executed on behalf of the Purchaser constitutes an offer to purchase which can only be accepted by the Seller by return of at least one originally accepted copy of agreement to the Purchaser on or before December 31st 2018 failing which the offer becomes null and void. If this offer becomes null and void or is validly revoked before acceptance or this agreement is not completed by the Purchaser for any valid reason, any deposit tendered with it on behalf of the Purchaser shall be returned without penalty or interest.



Signed, Sealed and Delivered in the Presence of:

| Seller | Purchaser #1 |
|---|---|
| *[signature]* | |
| Authorized Signature | Authorized Signature |
| John Mark Suhy | Ashwani Mayur |
| Print Name and Title | Print Name and Title for eGovernment Solutions Inc |
| **Purchaser #2** | **eGovernment Solutions Inc** |
| *[signature]* | |
| Authorized Signature | Authorized Signature |
| Nikhil Budhiraja | Ashwani Mayur |
| Print Name and Title for eGovernment Solutions Inc | Print Name and Title |





*For value received,* _____*hereby sells, assigns and transfers unto*
_____*Shares represented by the within certificate, and do hereby irrevocably*
*constitute and appoint*_____
*Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.*

Dated, 12/26/2018

"Diluted & reissue"

_____
(signature)

*In presence of*

_____

Notice: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.

| NUMBER | | SHARES |
|---|---|---|
| 11 | | 1-1/3 |

## E-Government Solutions INC

The Corporation is authorized To Issue 5,000 Shares of Common Stock with Par Value $1.00

Incorporated Under the Laws of the State of Virginia

This Certifies that ____John Mark Suhy_____ is the registered holder of ___1-1/3 (One and One third)_____ Shares transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

This __26th__ day of __December A.D 2018.__

SECRETARY

*For value received,* _____*hereby sells, assigns and transfers unto*
_____*Shares represented by the within certificate, and do hereby irrevocably*
constitute and appoint_____
*Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.*

Dated, 12/31/2018

_____/s/_____
(signature)

*In presence of*

_____/s/_____

Notice: *The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.*

| NUMBER | | SHARES |
|---|---|---|
| 8 | | 33-1/3 |

## E-Government Solutions INC

The Corporation is authorized To Issue 5,000 Shares of Common Stock with Par Value $1.00

Incorporated Under the Laws of the State of Virginia

This Certifies that _____John Mark Suhy_____ is the registered holder of ___33-1/3 (Thirty Three and One third)_____ Shares transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

This 31st day of December A.D 2013.

_____

SECRETARY

*For value received,* _____ *hereby sells, assigns and transfers unto*
_____ *Shares represented by the within certificate, and do hereby irrevocably constitute and appoint* _____
*Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.*

Dated, 12/26/2018

*Diluted & reissue*

_____
(signature)

*In presence of*

_____

Notice: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.

# STOCK LEDGER
# eGOVERNMENT SOLUTIONS INC.

| Cert. No. | No. of shares allotted | Issued to: | Date Issued | Transfer Date | cert. No. | No. of shares Sold | Balance |
|---|---|---|---|---|---|---|---|
| | | **Addition** | | **Transferred Certificates** | | | **Balance** |
| 1 | 100 | Benjamin Siegler | 1/29/2009 | 12/31/2013 | 1 | 100 | 0 |
| 2 | 100 | John Mark Suhy | 1/29/2009 | 12/26/2018 | | | |
| 4 | 100 | Ashwani Mayur | 8/1/2013 | 12/26/2018 | | | |
| 5 | 100 | Nikhil Budhiraja | 8/1/2013 | 12/26/2018 | | | |
| 6 | 33-1/3 | Nikhil Budhiraja | 12/31/2013 | 12/26/2018 | | New Share certificate issued as part of Dilutions - Every 100 shares will received 1 share | |
| 7 | 33-1/3 | Ashwani Mayur | 12/31/2013 | 12/26/2018 | | | |
| 8 | 33-1/3 | John Mark Suhy | 12/31/2013 | 12/26/2018 | | | |
| 9 | 1-1/3 | Nikhil Budhiraja | 12/26/2018 | | | | |
| 10 | 1-1/3 | Ashwani Mayur | 12/26/2018 | | | | |
| 11 | 1-1/3 | John Mark Suhy | 12/26/2018 | 12/31/2018 | 11 | 1-1/3 | 0 |
| 12 | 2/3 | Nikhil Budhiraja | 12/31/2018 | | | | |
| 13 | 2/3 | Ashwani Mayur | 12/31/2018 | | | | |

_John Mark Suhy_  _Ashwani Mayur_

_Nikhil Budhiraja_


PLEASE SIGN & DATE

# BOARD OF DIRECTORS - MEETING MINUTES
# eGOVERNMENT SOLUTIONS INC.

**Opening:**

This an urgent meeting of eGOVERNMENT SOLUTIONS INC. duly called and held on 30th September 2018 at 7686 Richmond Highway, Suite 111 Alexandria, VA 22306-2800, commencing at 9:00 AM.

**Present were:**
NIKHIL BUDHIRAJA
ASHWANI MAYUR
JOHN MARK SUHY

With the approval of the present board members ASHWANI MAYUR, acted as Chairman of the meeting and recorded the minutes.

1. **Approval of Agenda**

   The agenda was unanimously approved as distributed.

2. **Approval of Minutes**

   The minutes of the previous meeting were unanimously approved as distributed.

3. **Declarations – Dilution of the Shares**

   Directors proposed to dilute the no of issued share capital. Currently company has 5000/- authorized share capital and 400 shares has issued to shareholders. As proposed all 100 shares will convert to 1 share and after dilution total issued share capital will be 4 shares. Special shareholder meeting will be schedule for shareholder approval.

4. **Open Issues**

   There are no open issues.

5. **New Business**

   There is no new business is planned...

6. **Agenda for Next Meeting**

   Agenda for next meeting will be distributed before the meeting.

**Adjournment:**

Meeting was adjourned at [11 AM] by [NIKHIL BUDHIRAJA]. The next general meeting will be at [9:00 AM] on [3rd January. 2019] in 7686 Richmond Highway, Suite 111 Alexandria, VA 22306-2800.

Minutes submitted by: NIKHIL BUDHIRAJA        Approved by: JOHN MARK SUHY / ASHWANI MAYUR


PLEASE SIGN & DATE

# eGOVERNMENT SOLUTIONS INC.

## Minutes of Special Shareholders Meeting

Pursuant to special notice, dated 5th November 2018 the meeting of shareholders of eGOVERNMENT SOLUTIONS INC., was held at 7686 Richmond Highway, Suite 111 Alexandria, VA 22306-2800, on 26th day of December 2018 at registered office of eGOVERNMENT SOLUTIONS INC.

The following directors were presents at the meeting:

NIKHIL BUDHIRAJA
ASHWANI MAYUR
JOHN MARK SUHY

A quorum of shareholders attended, the meeting was called to order by the meeting's chairman, NIKHIL BUDHIRAJA

The following action were taken at this meeting.

The Directors proposed to dilute the no of issued share capital. Currently company has 5000/- authorized share capital and 400 shares has issued to shareholders. As proposed all 100 shares will convert to 1 share and after dilution total issued share capital will be 4 shares.

The shareholder has unanimously approved the above proposal.

No dividend is declared per share,

There being no further business to come before the meeting the same was adjourned.

Dated: ___12/26/2018_____

_____
Secretary: Ashwani Mayur

_____
Attest: President – John Mark Suhy