**TRIAL EXHIBIT 181**

# IRS Price Quotation Sheet

Please complete the information listed below and the attached quotation sheet and return to the buyer vivian.d.daniels@irs.gov. Questions are to be emailed.

Quotation must be **Received by: 4/6/18 @ 12:00 pm**.

Solicitation Number **5000007221**

Witness: PMQ Ashwani Mayur
EX 102
10/25/2022 K. Buchanan

Vendor's Name: **eGovernment Solutions Inc.**
Attn: John Suhy
Address: 7686 Richmond Highway, Suite 111
City/State/Zip: Alexandria, VA, 22306-2800
Phone Number: (703)376-8002

* Is your company a Corporation? Yes  X   No _____
* Is your company a Partnership, Sole proprietorship, Individual Estate, Trust, or Joint Venture?
* Yes ___ No  X  If Yes, Which of the above? _____
* Is your company registered in SAM? Yes, X  No_____ If No, you must register at http://www.sam.gov prior to award, if selected.

Federal Tax ID #: 26-435-1689   Duns #: 831040907   Cage Code: 5RN96

**Please check all size standards that apply (For Assistance See Definitions –at the end of package.)**
Size of Business:
Large _____
Small  X
Small Disadvantaged  X     (We are HubZone certified)
Women-Owned Small Business ____
8(a) Business ____
Veteran-Owned Small Business ____
Service Disabled Veteran-Owned Small Business _____

Number of Delivery Days Payments Terms: Net/10_____ Net/20_____ Net/30  X

FBO: GSA Schedule#: _____ Destination____ Origin ___ Open Market: Yes ___ No ___
FOB Shipping Cost _____

Business Size as listed on GSA schedule (If different from above): _____; Provide copies of relevant pages of your GSA schedule.

Accept the Government Bank Card/Master Card? Yes  X   No _____

Is item Proprietary? Yes_____ No  X  (If yes, please provide separate statement explaining why items are proprietary in nature)

Are proposed products section 508 compliant? Yes  X  No_____ (If yes, submit valid certification with quote).

Plaintiffs' Trial Exhibit 181

EGOVS_000001

## Statement of Work

Introduction/Overview

This contract will facilitate the continued development and operations & maintenance support needs of Research, Applied Analytics, and Statistics/Data Management Division (RAAS/DMD) CDW Knowledge Graph Environment (CKGE).  CKGE provides critical graph research and analytics resources for investigators and research analysts. This contract will provide necessary consulting and professional services to maintain an existing environment, develop additional analytical features, and help IRS staff become more knowledgeable and skilled in the capabilities of the CKGE.

Background

The CKGE is the result of a collaboration between DMD and Data Exploration & Testing (DET) divisions of RAAS.  CKGE has successfully helped evolve the analytical capabilities of related entities using a framework of open-source software capabilities to strive for cost-effectiveness and enhance expanded benefits from flexibility to integrated several different linked-data sources.

RAAS plans to continue to leverage the CKGE's linked-data and graph related capabilities for use by the IRS research & analytics community, which currently focuses on fraud related case work by Exam and Collection during filing and post-filing seasons.  Prior work using the CKGE has shown benefits for investigators in a variety of units, such as Fraud Operations, EITC (Earned Income Tax Credit) preparer compliance, Exam, Collection, CI (Criminal Investigation), and RICS (Return Integrity and Compliance Services).  Principally, the environment will continue to facilitate a range of investigator and research graph-type analyses. As of October 2017, the CKGE is utilized by more than 300 employees throughout the IRS, with dozens of new users onboarding monthly.

The CKGE framework includes a graph database; elastic search capabilities; java-script based, user-interface; and micro-services components.  These enable useful for supporting graph- related research.
RAAS does not intend to alter this framework.

CKGE includes two specially designed features that require maintenance and expansion as the CKGE functionality continues to grow.  The first is a Federal Information Security Modernization Act (FISMA) related module existing within the framework, which has been specially designed and requires maintenance and enhancements.  The second is functionality to support Section 508 compliance which ensures accessibility to the CKGE data and features.

CKGE relies on large and varied amounts of data extracted from DMD's Compliance Data Warehouse (CDW), which represents a diverse set of tax administration data sets. Existing extracts, transform and load processes must be evaluated and updated to leverage

a variety of available tools that exist within the CKGE and peripheral technologies such as a Hadoop/Spark cluster.

DMD also manages another legacy graph environment, yK1, that is scheduled to be integrated into the CKGE. yK1 has existing Oracle data storage, extract transform and load procedures, and a user-Interface that will be part of the integration into the CKGE.

Scope of Work & Description of Tasks

1. Orientation and Ramp-Up Knowledge Transfer: The vendor shall acquire and review the necessary documentation, information, and processes related to any work in progress. This task includes meeting with the IRS subject matter experts frequently to gather any tacit knowledge related to the CKGE, as well as relevant tasks or programs in development. The Government estimates this task will take approximately one month to complete after the Task Order is awarded.

2. Operations & Maintenance: The vendor shall conduct all operations and maintenances duties for all components of the CKGE framework, including the following:
    a. FISMA and 508 compliance reporting, testing, and modifications
    b. Account activation and use monitoring for management
    c. Monitoring of CKGE performance
    d. Provisioning of new data
    e. Mentoring and knowledge transfer
    f. Provide troubleshooting of issues and bugs reported via email by RAAS or CKGE users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time.

3. CKGE Development: The vendor will make any required modifications to the user interface and overall environment.

    These modifications may include but are not limited to the expansion of data elements, improvements to ETL process, adjustments to the search functionality and rendering features, and improved interface for naïve, pattern-based use using Java or Cypher.

    The following are the modifications already slated for FY 2018:

    a. Conduct legacy and new account enrollment transition and enhance any FISMA module features in support of enhancements to existing auditing features.
    b. Enhance UI and supporting elements, as needed, with search and graph rendering changes based on user feedback at least twice.
    c. Reduce CKGE 'time to graph'; including but not limited to collaboration with RAAS DBAs and analysts to test Spark/Hadoop for ETL changes that involved modification to the existing CKGE framework elements.
    d. Collaborate with IRS to plan the expansion of existing elastic search capabilities to achieve performance improvements.

3

> All existing FISMA and 508-compliance features must be modified to include any additional functionality.
>
> The vendor is responsible for ensuring any open source products within the CKGE conform to their license-terms. Any modification to the existing infrastructure's open-source programs have to adhere to licensing allowances.

4. yK1 Conversion (Base Year Only): The vendor will collaborate with IRS staff and contractor teams to complete the transition of all yK1 components from the existing environment into the CKGE that addresses the ETL processes, data storage, and provide search functionality and a user-interface compatible with the CKGE framework. The transition should include a review and redesign of data loading strategies for the yK1 database to leverage the CKGE application's data loads Upon completion of the transition, yK1 should include the CKGE FISMA and 508-Compliance features.

    4.1  The vendor shall provide a detailed implementation plan for the transition of yK1 into CKGE, including time frames for completion of each stage. This includes the enhancement of the Build Out Tool (BOT) analysis capabilities, which capability produces a pruned tree of a partnership graph representing amounts and one of four optimization parameters.

    4.2  Upon Government acceptance of said plan, the vendor shall implement the plan to complete the transition, collaborate with IRS staff and contractor teams to complete yK1 integration tasks that results in minimally sufficient, viable alpha version operating solely within the CKGE.

    4.3  The vendor shall incorporate feedback from alpha tests to sufficiently release a beta version

    4.4  The vendor shall consult with IRS staff and contractor teams to support the evaluation of feasibility and considerations for permanent capability

5. Continuous Knowledge Sharing: Conduct knowledge sharing sessions to enable IRS staff to independently adjust and update user-interface features, identify and fix bugs, configure improvements, provide efficient FISMA reporting, and maintain and troubleshoot the CKGE. Knowledge sharing should include documentation, demonstrations, and periodic meetings.

6. Monthly Meetings: Participate in monthly status meetings to help answer any questions regarding feasibility of platform and considerations for moving forward as a permanent capability

7. Transition to Support: Upon completion of the contract the vendor shall complete knowledge transfer of technical skills and lessons learned to IRS staff upon completion of deliverables and work products. Provide complete documentation for all delivered functionality. Deliverables shall be in softcopy

and hardcopy format and shall be the sole property of the Federal Government. The format of deliverables will be provided in a format which will allow the Project Office to modify and update when/if necessary. Knowledge transfer also includes configurable data including user names and passwords and application settings.

8. Option years will focus on continued similar professional services as the base year and be reduced to approximately half of the "Base Year" scope, and be conducted as a time and material type arrangement.

<u>Skill Requirements</u>

The vendor will need to work with the following components: React, Angularjs, Neo4j, JAVA, micro-services architecture, and Hadoop/Spark, Elastic Search, Kafta, Agile methodology, GitLab, and Plottable.

<u>Evaluation Criteria</u>

These criteria will be used in the evaluation to assess and document the basis for deciding whether a proposal meets, fails to meet, or usefully exceeds the minimum requirements outlined in "Scope of Work & Description of Tasks."   The following factors will be considered to evaluate the proposal.

1. Description of factors and sub factors:  The major factors and sub factors listed below are in descending order of importance and will be gauged based on the overall response of the vendor to the solicitation.

    Factor 1:  Technical Evaluation

    The offerors' proposal will be evaluated on their ability to provide and demonstrate a clear understanding of the statement of work (SOW) the ability to accomplish the deliverables and work products, and the ability to perform all the tasks identified in the SOW.

    Factor 2:  Experience

    The offeror demonstrates experience with similar environments to the CKGE, including experience related to the tasks described in this SOW.

    Factor 3: Past Performance

    The offeror provides documentation of previous project completion that is similar in nature, complexity, and scope to that outlined in this SOW.

    Factor 4: Key Personnel

    The offeror demonstrates the availability of staff whom have knowledge, skills, and abilities to execute to perform all tasks outlined in the SOW.

    Factor 5: Management Approach

    The offerors proposal will be evaluated on their ability to provide the personnel who

5

demonstrate knowledge, expertise, and experience of all personnel (including subcontractors) proposed to accomplish requirements of the SOW. Specifically, the Government will evaluate the capabilities and system expertise to troubleshoot and provide the technical support as identified in the SOW. Also, the Government will evaluate the staffing plan to determine if the contractor proposed a staffing element that will be conducive to meet the needs of the acquisition. The Government will also assess the offerors level of innovation in its approach to recruit as well as retain skilled workforce. In addition, the offerors contingency plan detailing how unaccepted or plan absences of staff will be handled to maintain the level of coverage required for this acquisition will be evaluated.

The offeror shall describe its quality control plan which illustrates a planned systematic approach to checking the technical and contractual requirements against the resulting products or services produced during performance.

Factor 6: Price

1) The Government will evaluate the offeror's proposal using price analysis to assess the completeness of the proposal.  A separate determination of fair and reasonable pricing or consideration of small business pricing may not be necessary because  the GSA Schedule Program Agency has already determined the prices of items under GSA schedules to be fair and reasonable.

2) Travel Costs: Travel will not be reimbursed

3) An Offeror's proposed price will be determined by adding up the proposed price for each Contract Line Item (CLIN) to confirm the extended amount for the base and option year(s).  Price evaluation will document the completeness of the proposed total evaluated price.

Options: The Government may determine that the offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options should not obligate the Government to exercise the option(s).

2. Ratings: Each proposal sub factor will be assigned a rating, which will not be rolled up to an overall rating for the factor. Technical ratings focus on the strengths and weaknesses of the Offeror's proposal. Technical rating shall be evaluated using the following ratings.

| Rating | Definition |
| --- | --- |
| Exceptional | Exceeds minimum performance or capability requirements for acceptable contract performance |
| Acceptable | Meets specified minimum performance or capability requirements necessary for acceptable contract performance |
| Marginal | Does not clearly meet some specified minimum performance or capability requirements necessary for acceptable contract performance, but any proposal inadequacies are correctable |
| Unacceptable | Fails to meet specified minimum performance capability requirements. Proposals with an unacceptable rating are not awardable |

Place of Performance

☐ 77 K Street NE; Washington, DC 20002

☐ Other as approved by the Government

Period of Performance

Base Year: Date of Award – 12 months
Option Year 1: 03/12/2019 – 03/11/2020
Option Year 2: 03/12/2020 – 03/11/2021
Option Year 3: 03/12/2021 – 03/11/2022
Option Year 4: 03/12/2022 – 03/11/2023

Government Furnished Property (GFP)

GFP (to include material, equipment, and/or information) may be provided in the performance of this task order. The following GFP will be provided to the vendor:

☐ Government Issued Smart ID
☐ IRS laptop with software and network access reasonable to performing tasks
☐ On-site workstation at 77K Street NE location
☐ At least one Linux OS Server with at least 16 cores and 1TeraByte of RAM and available hard drive space as needed and feasible by IRS

Security

The vendor must adhere to relevant security and safe protocols and training necessary for execution of task, and vendor must be able to obtain an IRS clearance to use sensitive but unclassified information.

# Internal Revenue Service Price Quotation Sheet

# Provide Quote in accordance to Statement of Work:

| Item | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Base Date of award – 12 months | See SOW | 1 Year | EA | $300,000 |
| Option 1 03/12/2019-03/11/2020 | See SOW | 1 Year | EA | $200,000 |
| Option 2 03/12/2020-03/11/2021 | See SOW | 1 Year | EA | $200,000 |
| Option 3 03/12/2021-03/11/2022 | See SOW | 1 Year | EA | $200,000 |
| Option 4 03/12/2022-03/11/2023 | See SOW | 1 Year | EA | $200,000 |

# Complete Tax Compliance Clauses Marked in Red & Sign Wet or Adobe Signature.

**52.209-5 Certification Regarding Responsibility Matters. (Apr 2010)**

As prescribed in 9.104-7(a), insert the following clause:

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that

(i) The Offeror and/or any of its Principals

**(Fill In) (A)** Are [ ] are not [X] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

**(Fill In) (B)** Have [ ] have not [X] within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks have, the offeror shall also see 52.209-7, if included in this solicitation);

**(Fill In) (C)** Are [ ] are not [X] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

**(Fill In) (D)** Have [ ] have not [X] within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains

8

EGOVS_000008

unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. # 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. # 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. # 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

**(Fill In)** **(ii)** The Offeror has [ ] has not [X] within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(a) Principal, for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions). This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to

Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offerors responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror non-responsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default. (End of provision)

**DTAR 1052.209-71 Representation By Corporations Regarding An Unpaid Federal Tax Liability Or Conviction Of A Felony Criminal Violation Under Federal Law (Deviation 2015-00002) (Jan 2015)**

(a) In accordance with Sections 744 and 745 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Public Law 113-235) none of the funds made available by this or any other Act may be used to enter into a contract with any corporation that-

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination  that this further action is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-

1

**(Fill In)  (1)** It is [  ] is not [X] a corporation that has any unpaid Federal tax liability that has been assessed, for

which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

**(Fill In) (2)** It is [ ] is not [X] a corporation that was convicted of a felony criminal violation under any Federal law within the preceding 24 months. (End of provision)

**IR1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION**

(a) Definitions. As used in this provision- "Authorized representative(s) of the offeror" means the person(s) identified to the Internal Revenue Service (IRS) within the consent to disclose by the offeror as authorized to represent the offeror in disclosure matters pertaining to the offer. "Delinquent Federal tax liability" means any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability. "Tax check" means an IRS process that accesses and uses taxpayer return information to support the Government`s determination of an offeror`s eligibility to receive an award, including but not limited to implementation of the statutory prohibition of making an award to corporations that have an unpaid Federal tax liability (see FAR 9.104-5(b)). (b) Notice. Pursuant to 26 U.S.C. 6103(a) taxpayer return information, with few exceptions, is confidential. Under the authority of 26 U.S.C. 6103(h)(1), officers and employees of the Department of the Treasury, including the IRS, may have access to taxpayer return information as necessary for purposes of tax administration. The Department of the Treasury, Internal Revenue Service, may disclose the results of the tax check conducted in connection with the offeror's response to this solicitation, including taxpayer return information as necessary to resolve any matters pertaining to the results of the tax check, to the authorized representatives of

**Insert Offeror Name:** ___eGovernment Solutions Inc___ on this offer. I am aware that in the absence of this authorization, the taxpayers return information of

**Insert Offeror Name**: ___eGovernment Solutions Inc___ is confidential and may not be disclosed, which subsequently may remove the offer from eligibility to receive an award under this solicitation. I consent to disclosure of taxpayer return information to the following person(s):

**Insert Person(s) Name and Contact Information:** ___John Mark Suhy Jr / jmsuhy@egovsol.com / 703-862-7780___  I certify that I have the authority to execute this consent on behalf of:

**Insert Offeror Name:** ___eGovernment Solutions Inc___

1

**Insert** Offeror Taxpayer Identification Number: __26-435-1689__

**Insert** Offeror Address: __7686 Richmond Highway, Suite 111 Alexandria, Virginia 22306__

**Insert** Name of Individual Executing Consent: __John Mark Suhy Jr__

**Insert** Title of Individual Executing Consent: __Partner__

**Insert** Print Name: __John Mark Suhy Jr__

**Insert** Signature: __[signature]__

**Insert** Date: __04/03/2018__ (End of provision)

1

NOTE TO VENDORS:

(1) If you would like to receive more quotations from federal government agencies, you must be registered in the System for Award Management (SAM). Registration in SAM is required by all federal agencies in order to receive an award. SAM allows the federal agency payment offices to disburse payments electronically directly to your banking account. It also serves as the "official" socioeconomic status for your company in that information detailed in your SAM profile is ported into the Federal Procurement Data system for every award made to your company. In addition, all small businesses (you must check the small business block under Business Type) in the SAM database, are automatically included in the Small Business Administration's (SBA) Dynamic Small Business Search database, which recently merged with SAM. Please go to http://www.sam.gov and click on Start New Registration. Complete all of the required and optional information listed there. Under Business Type, ensure you list all of the socioeconomic categories in which your company qualifies.

(2) To receive electronic notification of upcoming procurement opportunities, you should be registered in Federal Business Opportunities (FedBizOpps). Please go to http://www.fedbizopps.gov and click on register. You will then receive notification of any upcoming opportunities that are in your area of expertise.

(3) Definitions of Small Business Types:

   a. Small Business Concern: A concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on government contracts, and qualified as a small business under the criteria and size standards in 13 CFR part 121 (i.e., the North American Industry Classification System (NAICS Codes)).

   b. HUBZone Small Business Concern: A small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration. See FAR 19.13 and http://www.sba.gov/hubzone for qualification requirements, application, etc.

   c. Small Disadvantaged Business Concern: A small business concern that is at least 51 percent unconditionally owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business that has at least 51 percent of its stock unconditionally owned by one or more socially and economically disadvantaged individuals and that has its management and daily business controlled by one or more such individuals.

d.  Women-Owned Small Business Concern: A small business concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more such individuals.

e.  8(a) Business Concern: A small disadvantaged business that has been approved by the Small Business Administration (SBA) and included in the listing of SBA's approved 8(a) vendors. The 8(a) business participates in a nine-year development program.

f.  Veteran-Owned Small Business Concern: A small business concern which is at least 51 percent owned by one or more veterans; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more veterans; and whose management and daily business operations are controlled by one or more veterans.

g.  Service Disabled Veteran-Owned Small Business Concern: A veteran- owned small business with a service-connected disability as defined by the Veteran's Administration.

1