**TRIAL EXHIBIT 183**

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 1 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| A00001 | 05/31/2018 | 5000007221 | |

**6. ISSUED BY** CODE 2050
Vivian Daniels
Internal Revenue Procurement 5000 Ellin Road, New Carrollton MD 20706

**7. ADMINISTERED BY** (If other than Item 6.) CODE
SEE BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (Number, street, county, State and ZIP Code)

EGOVERNMENT SOLUTIONS INC.
7686 RICHMOND HIGHWAY
ALEXANDRIA, VA 22306 US
Tel: 8008774833 Email:

(X) [ ] 9A. AMENDMENT OF SOLICITATION NUMBER
9B. DATED (SEE ITEM 11) 05/24/2018
[X] 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 2032H8-18-P-00168
10B. DATED (SEE ITEM 13) 05/24/2018

CODE    FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [X] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [ ] | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [X] is not [ ] is required to sign this document and return ____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to correct OF 347 block 3 order number Smart ID from 2032H8-18-P-00151 to 2032H8-18-P-00168.

There are no funds associated with this action.

All other terms and conditions remain unchanged.

Direct all contractual questions or concerns to Vivian Daniels 240-613-7385

Witness: PMQ Ashwani Mayur
**EX 104**
10/25/2022 K. Buchanan

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Holly Donawa    Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | Holly N. Donawa  Digitally signed by Holly N. Donawa Date: 2018.05.31 07:54:12 -04'00' (Signature of Contracting Officer) | 05/31/2018 |

Previous edition unusable

Plaintiffs' Trial Exhibit **183**

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000021