**TRIAL EXHIBIT 185**

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00010 | 09/26/2019 | 2000097863 / 5000076404 | |

| 6. ISSUED BY | CODE 2050 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| IRS Procurement - Building Operations Branch<br>5000 Ellin Rd<br>Lanham-Seabrook, MD 20706-1348<br>Attn: Vivian Daniels<br>T:240-613-7385  E:vivian.d.daniels@irs.gov | | Internal Revenue Service - Building Operations Branch<br>5000 Ellin Rd<br>Lanham-Seabrook, MD 20706-1348<br>Attn: Vivian Daniels<br>Email: Vivian.D.Daniels@irs.gov | |

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code)

eGovernment Solutions Inc
Attn: John Suhy T:703-376-8002 E:jmsuhy@egovsol.com
7686 Richmond Highway
Alexandria, VA 22306

(X) [ ] 9A. AMENDMENT OF SOLICITATION NUMBER
9B. DATED (SEE ITEM 11) 05/24/2018
[X] 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 2032H8-18-P-00168
10B. DATED (SEE ITEM 13) 05/24/2018

CODE                FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| [ ] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [ ] | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. | OTHER (Specify type of modification and authority)<br>Bi-lateral Modification per FAR 43.103(a)(1) |

E. IMPORTANT: Contractor [ ] is not  [X] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose for this modification is to increase the funding for option year 1 by $216,000.00 and revise the Statement of Work. The total obligated on the order is changed from $500,000.00 by $216,000.00 to $716,000.00.

**Plaintiffs' Trial Exhibit 185**

CONTINUE

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| **John Mark Suhy FSO / ICTO** | Holly Donawa                      Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | **09/26/2019** | Holly N. Donawa  Digitally signed by Holly N. Donawa Date: 2019.09.26 14:44:31 -04'00'<br>*(Signature of Contracting Officer)* | |

Witness: PMQ Ashwani Mayur
**EX 106**
10/25/2022 K. Buchanan

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000034

The modification will require the Contractor to perform the following:

- Identify data elements and relevant nodes, relationship, and property attributes for a corporate graph structure;

- Enhance ETL process for extracting corporate data from Computer Data Warehouse (CDW) into a corporate graph structure;

- Integrate corporate graph data into CKCE environment for testing with enhancements to user interface as needed;

- Make environment available for end user testing; and

- Review user feedback and make enhancements for 1st operational release.

IR 1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION

1052.232-7003 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS FOR THE INVOICE PROCESSING PLATFORM (IPP) (AUG 2012)

Contractual Point of Contact: Vivian Daniels 240-613-7385

All terms and conditions remain unchanged and in full effect.