**TRIAL EXHIBIT 190**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>EGOVERNMENT SOLUTIONS INC<br>4202 ADRIENE DR<br>ALEXANDRIA VA 22309 | **1** Rents<br>$ | OMB No. 1545-0115<br><br>2018<br><br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | **2** Royalties<br>$ | | **Copy B**<br>**For Recipient** |
| | **3** Other income<br>$ | **4** Federal income tax withheld<br>$ | |
| PAYER'S TIN<br><br>26-4351689 | RECIPIENT'S TIN<br><br>82-1972324 | **5** Fishing boat proceeds<br><br>$ | **6** Medical and health care payments<br><br>$ | |
| RECIPIENT'S name<br><br>IGOV INC | | **7** Nonemployee compensation<br><br>$       285,700.00 | **8** Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br><br>7686 RICHMOND HIGHWAY STE 101 | | **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶  ☐ | **10** Crop insurance proceeds<br><br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>ALEXANDRIA VA 22306 | | **11** | **12** | |
| Account number (see instructions) | FATCA filing requirement ☐ | **13** Excess golden parachute payments<br>$ | **14** Gross proceeds paid to an attorney<br>$ | |
| **15a** Section 409A deferrals<br>$ | **15b** Section 409A income<br>$ | **16** State tax withheld<br>$<br>$ | **17** State/Payer's state no. | **18** State income<br>$<br>$ |

Form **1099-MISC**        (keep for your records)        www.irs.gov/Form1099MISC        Department of the Treasury - Internal Revenue Service

**Plaintiffs' Trial Exhibit 190**

Witness: PMQ Ashwani Mayur
**EX 111**
10/25/2022 K. Buchanan

EGOVS_000140