**TRIAL EXHIBIT 191**

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>EGOVERNMENT SOLUTIONS INC<br>4202 ADRIENE DR<br>ALEXANDRIA VA 22309 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2019<br><br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy 1**<br>**For State Tax Department** |
| PAYER'S TIN<br><br>26-4351689 | RECIPIENT'S TIN<br><br>82-1972324 | 5 Fishing boat proceeds<br><br>$ | 6 Medical and health care payments<br><br>$ | |
| RECIPIENT'S name<br><br>IGOV INC | | 7 Nonemployee compensation<br><br>$         $199,850.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Street address (including apt. no.)<br><br>7686 RICHMOND HIGHWAY | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶  ☐ | 10 Crop insurance proceeds<br><br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>ALEXANDRIA VA 22306 | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**        www.irs.gov/Form1099MISC        Department of the Treasury - Internal Revenue Service

**Plaintiffs' Trial Exhibit 191**

Witness: PMQ Ashwani Mayur
**EX 112**
10/25/2022 K. Buchanan

EGOVS_000141