**TRIAL EXHIBIT 192**

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0116 **2020** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|
| EGOVERNMENT SOLUTIONS INC<br>4202 ADRIENE DR<br>ALEXANDRIA VA 22309 | | |

| | | 1 Nonemployee compensation<br>$ 193,000.00 | **Copy 1**<br>**For State Tax Department** |
|---|---|---|---|
| PAYER'S TIN<br>26-4351689 | RECIPIENT'S TIN<br>26-4351689 | 2 | |
| RECIPIENT'S name<br>IGOV INC | | 3 | |
| Street address (including apt. no.)<br>7686 RICHMOND HIGHWAY STE 101 | | 4 Federal income tax withheld<br>$ 0 | |
| City or town, state or province, country, and ZIP or foreign postal code<br>ALEXANDRIA VA 22306 | | | |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | 5 State tax withheld<br>$ 0<br>$ | 6 State/Payer's state no.<br>7 State income<br>$<br>$ |

Form **1099-NEC**                             www.irs.gov/Form1099NEC                Department of the Treasury - Internal Revenue Service

**Plaintiffs' Trial Exhibit 192**

Witness: PMQ Ashwani Mayur
**EX 113**
10/25/2022 K. Buchanan

EGOVS_000142