**TRIAL EXHIBIT 193**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|
| EGOVERNMENT SOLUTIONS INC<br>4202 ADRIENE DR<br>ALEXANDRIA              VA 22309<br>(703) 880-8412   VIKAS GARG | **2021**<br>Form **1099-NEC**   FDEA2002  09/17/21 | |

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation<br>$                    197000.00 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| 26-4351689 | 82-1972324 | | |

| RECIPIENT'S name | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| IGOV INC | **3** | |
| Street address (including apt. no.)<br>7686 RICHMOND HIGHWAY STE 101 | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>ALEXANDRIA            VA 22306 | **4** Federal income tax withheld<br>$                          0.00 | |
| Account number (see instructions) | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>VA<br>VA | **7** State income<br>$<br>$ |

Form **1099-NEC**          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury — Internal Revenue Service

## Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on schedule 1 (Form 1040).

**Recipient's taxpayer identification number (TIN).** For your protection this form may show only the last four digits of your TIN(social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)).
However the issuer has reported your complete TIN to the IRS.

**Account number**. May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis.
Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099NEC*

**Free File.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.



**Plaintiffs' Trial Exhibit 193**

Witness: PMQ Ashwani Mayur
**EX 114**
10/25/2022 K. Buchanan

EGOVS_000143