**TRIAL EXHIBIT 195**

Richard Starr - Attorney Irving Starr Esq. | LinkedIn

 



**Richard Starr**

Attorney at Irving Starr Esq., P.C.

New Alexandria, Virginia, United States

12 followers · 11 connections

Sign in to connect

Irving Starr Esq., P.C.

## Experience



**Attorney**

Irving Starr Esq., P.C.

### View Richard's full profile

See who you know in common

Get introduced

Contact Richard directly

Sign in to view full profile



## People also viewed

**Karen Yaeger**

Office Manager at Construction Company

Coraopolis, PA

**Debbie Nicholson**

Alan Tye & Associates

Fairfax, VA





United Kingdom

**Juliet Coleman**

Marketing Communications, EMEA at simplehuman (UK) Ltd

Goring

**Sam Critchley**

Co-Founder and CTO at Spaaza - Incentive Superpowers for Modern Commerce

Amsterdam

**Maya Thomas**

Paralegal

Laurel, MD

**Yvonne Irving**

Vice President, Business Development & Community Outreach, KCT Credit Union

Elgin, IL

**Brittany Pederson**

Medical Student at Des Moines University

Des Moines, IA

**Brittany Pederson**

Community Relations Coordinator at Prince Rupert Port Authority

Prince Rupert, BC

**Fred Crespo**

State Representative at Illinois House of Representative

Hoffman Estates, IL

Show more profiles

## Articles you may like

### How to Grow your Audience on Instagram to Become an Influencer
Get Ahead by LinkedIn News  ·  2mo

### How To Create a 5-year Plan for Your Career
Get Ahead by LinkedIn News  ·  1mo

### How To Overcome The "Sunday Scaries"
Get Ahead by LinkedIn News  ·  3mo

### What Is a Fortune 500 Company?
Get Hired by LinkedIn News  ·  2mo

### How to Recover From Making Mistakes at Work
Get Ahead by LinkedIn News  ·  4mo

### What is Business Intelligence?
Get Ahead by LinkedIn News  ·  2mo




**Attrition Definition and Meaning**
Get Ahead by LinkedIn News · 2mo

**7 Small Business Marketing Strategies**
Get Ahead by LinkedIn News · 3mo

**10 Tips For Effective Workplace Communication**
Marc-André Lanciault · 7y

**Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Others named **Richard Starr**

**Richard Starr**
Partner at Charles Douglas Solicitors LLP
United Kingdom

**Richard Starr**
Managing Director at Acorn2Oak Property
London

**Richard Starr**
VP, Controller at Barstool Sports
New York, NY

**Richard Starr**
Architect
New South Wales, Australia

216 others named Richard Starr are on LinkedIn

See others named **Richard Starr**

## Richard's public profile badge

Include this LinkedIn profile on other websites

**Richard Starr**
Attorney at Irving Starr Esq., P.C.

Attorney at Irving Starr Esq., P.C.

View profile

View profile badges



| | |
|---|---|
| Accessibility | User Agreement |
| Privacy Policy | Cookie Policy |
| Copyright Policy | Brand Policy |
| Guest Controls | Community Guidelines |
| Language | |