**TRIAL EXHIBIT 198**

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|-----------|-----------|--------|---------|--------|----------------|
| 5140054 | 8528217617 | 06252019 | $125000.00 | 5581518783 | 1003 | 00007624 |

## WELLS FARGO BANK          1003

MOUNT VERNON  7706 RICHMOND HWY  ALEXANDRIA, VA 22306

DATE 06/25/2019          68-54/514

PAY TO THE ORDER OF  iGov Inc          $ 125,000

one hundred twenty five thousand dollars 00/100 DOLLARS

JOHN M SUHY JR
4202 ADRIENNE DR
ALEXANDRIA   VA 22309-2612

Invoice #215
Consulting Bucket

⑈051400549⑈ 5581518783⑈ 1003

NAVY FCU 256074974 0001 0319 6/25/2019 9 22 4
12 1947223

CHECK HERE IF MOBILE DEPOSIT

**Plaintiffs'
Trial Exhibit
198**

**Witness:
John Mark Suhy
EX 218**
11/29/2022 K. Buchanan

EGOVS_000150

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|-----------|-----------|--------|---------|--------|----------------|
| 5140054 | 3787802749 | 01312020 | $5000.00 | 5581518783 | 800 | 00010061 |

**WELLS FARGO BANK** 0800

MOUNT VERNON  7706 RICHMOND HWY  ALEXANDRIA, VA 22306

68-54/514

DATE 01/24/2020

PAY TO THE ORDER OF *Irving Starr Esq. P.C*   $ 5000.00

*five thousand dollars and %100* ———— DOLLARS

EGOVERNMENT SOLUTIONS
4202 ADRIENNE DR
ALEXANDRIA  VA 22309-2612

*Legal Trust /Services*

⑆051400549⑆ 5581518783⑈ 0800

3787802749

CHECK HERE IF MOBILE DEPOSIT

EGOVS_000151

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|-----------|-----------|--------|---------|--------|----------------|
| 5140054 | 3881387794 | 02052020 | $25835.00 | 5581518783 | 801 | 00010061 |

**WELLS FARGO BANK**   0801

MOUNT VERNON  7706 RICHMOND HWY  ALEXANDRIA, VA 22306

68-54/514

DATE 02/05/2020

PAY TO THE ORDER OF  Irving Stam Esq., P.C.   $ 25,835

twenty five thousand eight hundred thirty five dollars   DOLLARS

EGOVERNMENT SOLUTIONS
4202 ADRIENNE DR
ALEXANDRIA , VA 22309-2612

Legal Services Es.

⑈051400549⑈5581518783⑈0801

EGOVS_000152