**TRIAL EXHIBIT 199**

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 5140054 | 8826319333 | 08012018 | $10000.00 | 5581518783 | 2203 | 00007227 |

**WELLS FARGO BANK**  2203
OAK HARBOR   361 SE PIONEER WAY   OAK HARBOR, WA 98277
68-54/514

DATE July 14th 2018

PAY TO THE ORDER OF  Atom Rain Inc       $ 10,000—

ten-thousand dollars and 0/100 —    DOLLARS

EGOVERNMENT SOLUTIONS
JOHN M SUHY JR
4202 ADRIENNE DR
ALEXANDRIA   VA 22309-2612

For: See Agreement
2008 IRS RAAS Contract Support/Soft

⑆051400549⑆ 5581518783⑈ 2203

CREDITED TO ACCOUNT OF WITHIN NAMED PAYEE FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

Plaintiffs' Trial Exhibit 199

Witness: John Mark Suhy
EX 219
11/29/2022 K. Buchanan

EGOVS_000144

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 5140054 | 8425082235 | 08032018 | $139000.00 | 5581518783 | 2202 | 00007624 |

**WELLS FARGO BANK**     2202

OAK HARBOR 361 SE PIONEER WAY OAK HARBOR, WA 98277    68-54/514

DATE 08/03/2018

PAY TO THE ORDER OF iGov Inc.     $ 139,000

one hundred thirty nine thousand dollars 00/100   DOLLARS

EGOVERNMENT SOLUTIONS
JOHN M SUHY JR
4202 ADRIENNE DR
ALEXANDRIA  VA 22309-2612

IRS sub-contract service, & license/supplies 2018-2019

⑆051400549⑆ 5581518783⑈ 2202

NAVY FCU 256074974 0001 0319 8/3/2018 8 252 1
02:4242059

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 5140054 | 7746228225 | 08102020 | $25000.00 | 5581518783 | 1000 | 00010061 |

**WELLS FARGO BANK**    1000
7706 RICHMOND HWY ALEXANDRIA, VA 22306    68-54/514

DATE 08/10/2020

PAY TO THE ORDER OF  Irving Starr Esq P.C.    $ 25,000

twenty five thousand dollars 00/100 — DOLLARS

EGOVERNMENT SOLUTIONS
4202 ADRIENNE DR
ALEXANDRIA VA 22309-2612

Legal Escrow

⑈051400549⑈: 5581518783⑈ 1000

7746228225
7746228224

ENDORSE HERE:

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 008793

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

AU 008793

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 5140054 | 8528217618 | 06252019 | $74850.00 | 5581518783 | 1002 | 00007624 |

**WELLS FARGO BANK**  1002
MOUNT VERNON 7706 RICHMOND HWY ALEXANDRIA, VA 22306
68-54/514
DATE 06/25/2019

PAY TO THE ORDER OF  iGov Inc   $ 74,850

Seventy four thousand eight hundred fifty dollars 00/100  DOLLARS

JOHN M SUHY JR
4202 ADRIENNE DR
ALEXANDRIA  VA 22309-2612

Invoice #214
IRS CKGE work

⑈051400549⑈ 5581518783⑈ 1002

NAVY FCU 256074974 0001 0319 6/25/2019 9 22 5
12:1947223

EGOVS_000147

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 5140054 | 3789709987 | 04202020 | $20000.00 | 5581518783 | 802 | 00010061 |

**WELLS FARGO BANK**  0802
MOUNT VERNON  7706 RICHMOND HWY  ALEXANDRIA, VA 22306
68-54/514

DATE 04/01/2020

PAY TO THE ORDER OF  Irving Starr Esq.    $ 20,000

twenty thousand dollars and 00/100 — DOLLARS

EGOVERNMENT SOLUTIONS
4202 ADRIENNE DR
ALEXANDRIA  VA 22309-2612

For: Legal Services Escrow

⑈051400549⑈ 5581518783⑈ 0802

EGOVS_000148

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 5140054 | 8721679840 | 08242020 | $125000.00 | 5581518783 | 1001 | 00007624 |

**WELLS FARGO BANK**     1001
7706 RICHMOND HWY ALEXANDRIA, VA 22306     68-54/514
703-862-7780    DATE 08/25/2020

PAY TO THE ORDER OF   iGov Inc     $ 125,000

one hundred and twenty five thousand dollars 00/100    DOLLARS

EGOVERNMENT SOLUTIONS
4202 ADRIENNE DR
ALEXANDRIA VA 22309-2612

Consulting, Misc, See Acct.

⑆051400549⑆ 5581518783⑈ 1001

NAVY FCU 256074974 0001 0319 8/24/2020 4 99 1
04:0645995

EGOVS_000149