**TRIAL EXHIBIT 200**

1:57 PM  
09/10/19  
Accrual Basis

# PureThink LLC
## Profit & Loss
### January through December 2014

|  | Jan - Dec 14 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Consulting Income | 5,000.00 |
|     Sales - Software | 229,000.00 |
| **Total Income** | 234,000.00 |
| **Gross Profit** | 234,000.00 |
| **Expense** | |
|     Advertising and Promotion | 206.09 |
|     Bank Service Charges | 14.00 |
|     Business Services | 14.00 |
|     Communications | 2,344.91 |
|     Dues and Subscriptions | 1,995.00 |
|     Meals and Entertainment | 150.30 |
|     Miscellaneous Expense | 822.48 |
|     Office Supplies | 1,202.40 |
|     Professional Fees | 3,240.58 |
|     Software Reseller License Costs | 171,750.00 |
|     Travel Expense | 1,882.28 |
|     Utilities | 358.82 |
| **Total Expense** | 183,980.86 |
| **Net Ordinary Income** | 50,019.14 |
| **Net Income** | 50,019.14 |

Plaintiffs' Trial Exhibit **200**

Witness: John Mark Suhy  
**EX 197**  
11/29/2022 K. Buchanan

IGOV0001569059.001