**TRIAL EXHIBIT 201**

1:57 PM
09/10/19
Accrual Basis

# PureThink LLC
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales - Software | 320,987.50 |
| **Total Income** | 320,987.50 |
| **Gross Profit** | 320,987.50 |
| **Expense** | |
| Advertising and Promotion | 178.86 |
| Bank Service Charges | 42.45 |
| Business Services | 2,429.99 |
| Communications | 656.61 |
| Computer and Internet Expenses | 1,967.54 |
| Insurance Expense | 326.12 |
| Meals and Entertainment | 219.08 |
| Miscellaneous Expense | 213.05 |
| Office Supplies | 2,361.18 |
| Software Reseller License Costs | 242,715.52 |
| Travel Expense | 3,644.97 |
| **Total Expense** | 254,755.37 |
| **Net Ordinary Income** | 66,232.13 |
| **Net Income** | **66,232.13** |



Plaintiffs' Trial Exhibit
**201**

Witness: John Mark Suhy
**EX 198**
11/29/2022 K. Buchanan

IGOV0001569058.001