**TRIAL EXHIBIT 202**

1:57 PM
09/10/19
Accrual Basis

# PureThink LLC
# Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Sales - Software | 229,000.00 |
| **Total Income** | 229,000.00 |
| **Gross Profit** | 229,000.00 |
| **Expense** | |
|     Bank Service Charges | 6.13 |
|     Business Licenses and Permits | 524.67 |
|     Business Services | 2,892.92 |
|     Communications | 2,733.13 |
|     Meals and Entertainment | 221.89 |
|     Miscellaneous Expense | 211.85 |
|     Office Supplies | 1,735.22 |
|     Travel Expense | 883.73 |
| **Total Expense** | 9,209.54 |
| **Net Ordinary Income** | 219,790.46 |
| **Net Income** | 219,790.46 |



Plaintiffs' Trial Exhibit **202**

Witness: John Mark Suhy
**EX 199**
11/29/2022 K. Buchanan

IGOV0001569057.001