**TRIAL EXHIBIT 203**

# Profit and Loss

**iGov Inc**

Date Range: Jan 01, 2018 to Dec 31, 2018

| ACCOUNTS | Jan 01, 2018 to Dec 31, 2018 |
|---|---:|
| Income | $285,792.49 |
| Cost of Goods Sold | $0.00 |
| **Gross Profit** <br> As a percentage of Total Income | **$285,792.49** <br> **100.00%** |
| Operating Expenses | $38,809.42 |
| **Net Profit** <br> As a percentage of Total Income | **$246,983.07** <br> **86.42%** |

Profit and Loss - iGov Inc
Date Range: Jan 01, 2018 to Dec 31, 2018

Created on Sep 04, 2019
Page 1 / 1



Plaintiffs' Trial Exhibit **203**

Witness: John Mark Suhy
Exhibit 33
10/22/2020  B Gerald