**TRIAL EXHIBIT 204**



# Profit and Loss

**iGov Inc**

Date Range: Jan 01, 2019 to Dec 31, 2019

| ACCOUNTS | Jan 01, 2019 to Dec 31, 2019 |
|---|---:|
| Income | $203,810.39 |
| Cost of Goods Sold | $0.00 |
| **Gross Profit** <br> As a percentage of Total Income | **$203,810.39** <br> 100.00% |
| Operating Expenses | $85,657.47 |
| **Net Profit** <br> As a percentage of Total Income | **$118,152.92** <br> 57.97% |

**Plaintiffs' Trial Exhibit 204**