**TRIAL EXHIBIT 205**

# Profit and Loss

**iGov Inc**

Date Range: Jan 01, 2020 to Dec 31, 2020

Witness:
John Mark Suhy
**EX 225**
11/29/2022 K. Buchanan

| ACCOUNTS | Jan 01, 2020 to Dec 31, 2020 |
|---|---:|
| Income | $263,492.94 |
| Cost of Goods Sold | $0.00 |
| **Gross Profit** <br> As a percentage of Total Income | **$263,492.94** <br> **100.00%** |
| Operating Expenses | $29,286.30 |
| **Net Profit** <br> As a percentage of Total Income | **$234,206.64** <br> **88.89%** |

**Plaintiffs' Trial Exhibit**
**205**