**TRIAL EXHIBIT 206**

# Profit and Loss

## iGov Inc

Date Range: Jan 01, 2021 to Dec 31, 2021

**Plaintiffs'
Trial Exhibit
206**

Witness:
John Mark Suhy
**EX 227**
11/29/2022 K. Buchanan


| ACCOUNTS | Jan 01, 2021 to Dec 31, 2021 |
|---|---:|
| **Income** | |
| Consulting Income | $324,657.40 |
| Uncategorized Income | $679.49 |
| **Total Income** | **$325,336.89** |
| | |
| **Total Cost of Goods Sold** | **$0.00** |
| | |
| **Gross Profit** | **$325,336.89** |
| As a percentage of Total Income | 100.00% |
| | |
| **Operating Expenses** | |
| Computer – Hardware | $1,570.41 |
| Computer – Hosting | $56.93 |
| Computer – Internet | $311.37 |
| Computer – Software | $450.30 |
| Domain Registration/Renewal | $101.64 |
| Dues & Subscriptions | $717.92 |
| Education & Training | $29.90 |
| Legal Fees | $103,115.21 |
| Meals and Entertainment | $13.65 |
| Office Supplies | $528.94 |
| Professional Fees | $3,231.37 |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| Operating Expenses | |
| --- | --- |
| Telephone – Land Line | $211.78 |
| Telephone – Wireless | $953.01 |
| Uncategorized Expense | $3,729.92 |
| Vehicle – Fuel | $33.60 |
| **Total Operating Expenses** | **$115,055.95** |

| **Net Profit** | **$210,280.94** |
| As a percentage of Total Income | 64.63% |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**