**TRIAL EXHIBIT 210**

**Plaintiffs' Trial Exhibit 210**

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Tim Brown tbrownjr@gmail.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Opinion |
| **Sent:** | 05/24/2017 07:36:56 PM -0700 (PST) |
| **Attachments:** | |

They could do that - but that would be retarded on their part as I can just shutdown the company and start another the next day - they would lose huge in gov space if agencies knew that Enterprise is available free especially during development periods.

The smart move on their part would be to treat us fair and as partners - we will see. I have backup plans incase of lawsuit that would let me continue Neo4j solution dev under egov.

But I welcome them to sue us - if they think that is money better spent than just working with us.  I don't think they want to cause problems as they plan on an IPO sometime in next year or following.  But it could come to that.

On Wed, May 24, 2017, 22:28 Tim Brown <tbrownjr@gmail.com> wrote:
> I'm just saying if you start telling customers that they should stop paying for licenses and it gets back to them then they will take it personally...that is their revenue stream you are threatening.  When companies take things personally they generally use the court system as their recourse.  They could say, "let's bankrupt him in court" just to teach you a lesson.  They earn enough money off of one enterprise license sale to pay their legal team to do it too.
>
> On May 24, 2017 10:16 PM, "John Mark Suhy" <jmsuhy@purethink.com> wrote:
>> It will piss them off - but technically we are still partners , I am just doing what is best or us. If they still have support from us that still keeps door open for professional services is all.  Not doing it with malice - FBI said they would have ended if we did development for the price - and I didn't want to go against Neo and offer this before - probably bad move. Anyway - if someone wants to pay big$$ for a support contract we get 25% of it to essentially do nothing, and project using neo fail unless they have smart team.  Treasury is first agency to pay for developing package - they actually told me that after next year it will be hard to justify 229 for support only - so they may ask us to support them for far less meaning it has to be the open source license we support.
>>
>> Will see how that goes ....
>>
>> John Mark Suhy
>> PureThink
>> jmsuhy@purethink.com
>> 703-862-7780
>> https://purethink.com
>>
>> On May 24, 2017 21:59, "John Mark Suhy" <jmsuhy@purethink.com> wrote:
>>> We aren't doing anything wrong  - we are giving them our support and they would use Neo4j Enterprise under open source license that they didn't know even existed.  Neo fucked us when I wouldn't come work for them but there is actually no illegal or contractual issues between neo and us on this deal.   This was my backup business model - basically we are only company in federal space with Neo4j support past performance - so this was the plan if they ever stepped on our toes.
>>>
>>> But that is the kicker - Neo4j Enterprise is free if you don't want official Neo backed support under open source license.  Commercial subscription at 229k$ a year still comes through us for first level support and then if we can't figure it out neo helps us which never happened once in 5 years.
>>>
>>> In a nutshell - Neo hired new gov guy and when I didn't take job with them they started trying to keep us out of everything.  Not sure how that will work as I've already had DHS contact me to procure Neo4j and I know that is one they left me out of.  I couldn't ever offer this without getting past performance to support us supporting Neo4j over some other vendor.

IGOV0001570628.001

On Wed, May 24, 2017, 21:31 Tim Brown <tbrownjr@gmail.com> wrote:
> I think you are risking Neo suing you. Is the bridge burned between you and them at this point?
>
> On May 24, 2017 9:12 PM, "John Mark Suhy" <jmsuhy@purethink.com> wrote:
>> We are extending support for procurement for NSA until 2018 - we know they wanted to buy another subscription through grapevine and want to make sure they know they don't need to. Neo went around us. Who would I send this to besides the original procurement contacts??
>>
>> THANKS!
>>
>>
>> I wanted to let you know that your Neo4j Enterprise Support you purchased in procurement XYZ is still active through us until Sept 2018. You can use Neo4j Enterprise in any environment, department and team and still receive support from our team.
>>
>> We wanted to make sure that the appropriate teams and departments were aware that they do not need to spend additional funds for licenses and support you already have.
>>
>>   I was not sure how to communicate that to teams outside the original team who procured Neo4j from us.
>>
>> Feel free to email or call me anytime if you need any details, documentation or have any questions.
>>
>>
>> Regards,
>>
>> John Mark Suhy
>>
>>
>> John Mark Suhy
>> PureThink
>> jmsuhy@purethink.com
>> 703-862-7780
>> https://purethink.com