**TRIAL EXHIBIT 211**



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

June 24th, 2020

**AGENCY-LEVEL DELIVERY ORDER PROTEST OBJECTION TO FULL AND OPEN COMPETITION, BRAND NAME JUSTIFICATION AND DELIVERY ORDER AWARD; REQUEST FOR INDEPENDENT REVIEW AWARD STAY REQUIRED**

**BY ELECTRONIC MAIL:**
TO: **PORTERHICKMANC@GAO.GOV**
CC: **BOOKERT@GAO.GOV**

Cassandra Porter-Hickman and Terresa Booker

**Re: Delivery Order Protest of iGov, Inc.
Under Solicitation No. 05GA0A20F0012
US GAO ACQUISITION MANAGEMENT**

Dear Ms. Porter-Hickman,

iGov Inc. (**"iGov"**) located at 7686 Richmond Highway Suite 101-B Alexandria, VA, 22306, telephone number 703-862-7780, and e-mail address jmsuhy@igovsol.com, hereby files this delivery order protest challenging the delivery order award by the US GAO (**"Agency"** or **"GAO"**) of a contract and/or purchase/delivery order to AFFIGENT, LLC under Solicitation No. **05GA0A20F0012 ("Solicitation**") through which the Agency intends to obtain Neo4j software and/or support services.

By this Protest (defined below), iGov also objects to the Agency's lack of providing for full and open competition, brand name justification and the Agency's intended award.

Competition is the required means by which the U.S. Government acquires products and services, subject to only very limited exceptions. [1] iGov files this bid protest in response to the Agency's award for the delivery order referenced in Solicitation No. **05GA0A20F0012** [2]

---

[1] *See* FAR 1.102-2(a)(5) ("It is the policy of the System to promote competition in the acquisition process.").

[2] https://beta.sam.gov/awards/90644204%2BAWARD?keywords=neo4j&sort=-modifiedDate&index=&is_active=true&page=1

**Plaintiffs' Trial Exhibit
211**

IGOV0002956118.001



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

This solicitation and award is improper because of several factors.

The solicitation indicates that a full and open competition after the exclusion of sources took place, however a full and open competition is impossible because of the reasons given in this protest.

Neo4j Inc has internal partner agreements, which prevent a full and open competition. Neo4j Inc has internal processes aimed at allowing partners to 'register' or 'claim' a deal such as the solicitation this protest in response to. This prevents full and open competition because this internal agreement effectively prevents other partners from competing for the project making this Neo4j Enterprise procurement a sole source award.

Once a company registered a potential deal, it would have been impossible for your agency to identify sources, competitive pricing and ensure this solicitation was full and open competition.

Furthermore, the partner agreement, which Neo4j partners sign, forbids partners such as AFFIGENT, LLC, from promoting, marketing or supporting the free and open Neo4j distributions and forks such as ONgDB.

The Internal Revenue Service, for instance, has qualified vendors supporting large open source ONgDB (Fork of Neo4j) enterprise distribution in production environments.

As mentioned above, procuring Neo4j, without allowing for the competing open source enterprise distributions effectively, means your agency has sole sourced the award to the awardee. Not only is this improper, but the GAO may be spending money it does not need to, as there are no license costs for the open source distributions.

FAR 6.301(d), states "When not providing for full and open competition, the contracting officer shall solicit offers from as many potential sources as is practicable under the circumstances."

Furthermore, a brand name justification for Neo4j Enterprise was not found to be posted. Brand name justifications for Neo4j Enterprise are extremely hard to justify because of the unique dual license nature of Neo4j. (Open source and proprietary). Unlike software which is 100% closed source, like Oracle database, Neo4j core is open source and can be forked. These forks become competitors to Neo4j Enterprise commercial packages and must be considered for proper brand name justification.

This is a unique situation specific to open source software such as Neo4j, which can be publicly forked by any person or company and made into a competing offering.

The Open Native Graph Database (ONgDB) is a free and open, competing enterprise graph platform to Neo4j Enterprise. ONgDB takes Neo4j core and ads enterprise



features which directly compete with Neo4j Enterprise. Not only is ONgDB 100% free and open, it has no limitations on cluster size or number of cores.  It would have been highly unlikely that a brand name justification for Neo4j Enterprise could have been supported because of these facts. As a reference, ONgDB is used in large production deployments inside the IRS utilizing its competing enterprise features.

The procurement states that the requirement is "NEO4J IS A GRAPH DATABASE PLATFORM THAT ALLOWS FOR MAPPING OF RELATIONSHIPS ACROSS COMPLEX DATASETS." Neo4j core (open source license), and ONgDB Enterprise (open source license) would both meet this requirement.  Neo4j partners can only support paid enterprise licenses, while everyone else can support the open source licenses.  The core features are all the same as they share the same core code base.

iGov requests an independent review of this protest at a level above the Contracting Officer, pursuant to FAR 33.103(d)(4).

Since, there is no proper justification for the GAO for the reasons stated herein, the GAO should sustain this protest and cancel the delivery order.

In addition, sustainment of this protest would not have a negative effect on GAO, as they can use the free and open source ONgDB forked distribution with no limitations on usage in the meantime.  Because ONgDB is an up to date fork of Neo4j core – the knowledge, data, and software developed will work without modifications. This is a unique situation specific to procuring products that are open source and have competing forks like Neo4j.

*See* FAR 1.102-2(a) (5) ("It is the policy of the System to promote competition in the acquisition process.").

See https://graphfoundation.org/ongdb/

See https://blog.igovsol.com/2020/01/09/Thinking-about-becoming-a-Neo4j-partner-You-may-want-to-read-this.html


I. **IGOV IS AN INTERESTED PARTY, THE PROTEST IS TIMELY, AND THE COMPETITION IN CONTRACTING ACT REQUIRES A STAY OF AWARD.**

**A. Interested Party**

iGov is an interested party whose economic interests are directly affected by the GAO's intent to make this award to AFFIGENT, LLC. iGov is a prospective offeror for the services that the GAO is acquiring from AFFIGENT, LLC. Exclusion of sources and the decision to use a specific contracting vehicle could not have been proper because GAO did not have the relevant facts and information, as well as the information listed above.



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

Had the solicitation been made in a full and open competition way and the solicitation was still placed on SEWP contract vehicle, iGov could have bid on this solicitation was a teaming partner.

Also, the solicitation was effectively sole sourced because of the internal Neo4j partner agreements as described herein and a great deal of potential sources and teaming partners were cut out because the solicitation did not take into consideration the unique open source nature of Neo4j and its competing forks. By specifying the Neo4j Enterprise brand name without a valid justification – it cut out all vendors and teaming partners who were not Neo4j partners, and thus who could have offered competing support offers at a dramatic discount because of the lack of licensing costs for the open source distributions.

*See* FAR 33.101. The GAO maintains authority to resolve this protest pursuant to FAR Part 33.

All the information leading to the decisions leading to the procurement, contract vehicle, and other procurement decisions would have been tainted from the start because of a Neo4j brand name justification and other reasons discussed herein.

## B. Timeliness

The regulations governing agency-level protests provide that protests based on alleged apparent improprieties in a solicitation shall be filed before bid opening or the closing date for receipt of proposals. In all other cases, protests shall be filed no later than 10 days after the basis of protest is known or should have been known, whichever is earlier. The agency, for good cause shown, or where it determines that a protest raises issues significant to the agency's acquisition system, may consider the merits of any protest which is not timely filed. FAR 33.103(e).

A notice of a delivery order award for the Solicitation, published in Federal Business Opportunities was public on June 15th, 2020.

iGov files this protest **("Protest")** prior to the 10-day deadline defined in FAR 33.103(e). This Protest, therefore, is timely. *(Id.)* By this Protest, iGov also objects to the Agency's brand name justification , the effective sole source award, Agency's statement that a full and open competition was performed, and the Agency ' s intended award.

## C. Stay of Award

Upon receipt of a protest , a purchase order and/or contract may not be awarded , pending agency resolution of the protest. FAR 33.103(f). Therefore, the Agency must stay the award to AFFIGENT, LLC.



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

## II. BRIEF FACTUAL BACKGROUND

### A. Procurement Background

As noted above, on June 15th, 2020 the FAO provided notice of a delivery order award for Neo4j Software.

The solicitation was made using the SEWP contract vehicle.

The following statements were made in the solicitation posting.

The description of the requirement does not specifically indicate that Neo4j Enterprise is needed. From the description, Neo4j Core or ONgDB could both fill the requirement.

**Description of Requirement**
NEO4J IS A GRAPH DATABASE PLATFORM THAT ALLOWS FOR MAPPING OF RELATIONSHIPS ACROSS COMPLEX DATASETS.

**Extent Competed for Referenced IDV**
FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES

**Extent Competed**
FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES

**Fair Opportunity/Limited Sources**
FAIR OPPORTUNITY GIVEN


See: https://beta.sam.gov/awards/90644204%2BAWARD?keywords=neo4j&sort=-modifiedDate&index=&is_active=true&page=1



### B. Business Background

**iGov** is a software development company focusing on support of open source graph analytics. iGov provides enterprise level support for the Open Native Graph Database (ONgDB) fork of Neo4j. Because iGov is not a partner of Neo4j Inc, it does not have



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

contract clauses that limit it in promoting, marketing and supporting Neo4j open source distributions. This is something Neo4j partners are forbidden from doing.

The CTO of iGov Inc, John Mark Suhy, was the developer of the Neo4j Government Edition while CTO of PureThink LLC, a Neo4j partner and exclusive provider of the Neo4j Government Edition to the US Government.  Mr. Suhy also brings his Neo4j development experience as a committer and involved community member for the Graph Foundation and its ONgDB enterprise fork of Neo4j.

**Neo4j** is an open source graph database, whose source code is available on GitHub. [3]

Neo4j Inc is a venture funded for-profit startup company who maintains the Neo4j project.

Neo4j (the database) has 2 distributions.  1. Neo4j Community Edition and 2. Neo4j Enterprise Edition.

The Graph Foundation is a non-profit organization who maintains the Open Native Graph Database (ONgDB) fork of Neo4j. The underlying core source code is synced daily with Neo4j's repository.  [4]

Unlike Neo4j,  the Graph Foundation is a non-for-profit company aimed at ensuring Neo4j remains open source forever through its ONgDB fork.

ONgDB provides the enterprise edition since there is usually no reason to use the community edition when the enterprise edition is also free and open.

ONgDB is used in large production environments in the federal government. The Internal Revenue Service uses it and gets support from a range of vendors.

Neo4j Partners are forbidden from supporting open source distributions of Neo4j such as ONgDB.

Neo4j Inc has an internal process that allows its partners to 'register' deals such as the solicitation this protest is focusing on.  This not only prevents the ability for full and open competition, it effectively causes procurements to be sole sourced indirectly to a single vendor who registered the deal.

Neo4j Inc has contract clauses in the partner agreement which prevents their partners from marketing/promoting, developing, and supporting the free and open source graph distributions of Neo4j or forks of Neo4j such as ONgDB.

---

[3] https://github.com/neo4j/neo4j/
[4] https://github.com/graphfoundation/ongdb/



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

See Partner agreement:

> **4.3.2 During the term of this Agreement and up until thirty six (36) months after the termination or expiration of this Agreement,**
> **Partner may not develop, market, distribute or offer any services related to any Neo Technology Community Edition Products,**
> **derivative works of such products, or any Partner software code made to work with Neo Technology Community Edition Products**
> **(including, without limitation, hosting services, training, technical support, configuration and customization services, etc.).**

Open source distributions and forks of Neo4j support government open source initiatives.

ONgDB and other open source forks of Neo4j should be considered because of the US government's open source initiatives.

See: https://sourcecode.cio.gov/

See: https://www.whitehouse.gov/sites/whitehouse.gov/files/omb/memoranda/2016/m_16_21.pdf

III. **GROUNDS OF PROTEST**

**A. Not full and open competition and improper brand name justification leading to procurement and/or posting to use Neo4j Enterprise.**

Full and open competition was impossible because of Neo4j Partner agreements and the internal process of registering deals essentially only allow one company to provide the services. This procurement was effectively sole source procurement because of these agreements and partner clauses.



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

There is no brand name justification justifying the Neo4j Enterprise requirement, which could have been protested itself so that full and open competition could be realized.

A brand name justification would be very hard to support because of the fact that Neo4j is open source, and free and open enterprise forks of Neo4j. This is in contract to a closed product such as Oracle which does not have an open source base to compete with itself.

The actual requirement posted states: "NEO4J IS A GRAPH DATABASE PLATFORM THAT ALLOWS FOR MAPPING OF RELATIONSHIPS ACROSS COMPLEX DATASETS."  All open source Neo4j distributions and forks such as ONgDB satisfy this requirement.

Had GAO allowed for bids of open source enterprise distributions or forks of Neo4j, then the solicitation would have been full and open as vendors who have not signed the Neo4j partner agreement are free to compete with open source licensed package options. Neo4j Enterprise packages have an additional license cost which the open source support packages would not have had to consider.

For instance, the following vendors are able to provide support services for open source distributions, and which are already supporting federal agencies for open source licensed distribution in large production environments. This is just a small section of companies who are not Neo4j partners and therefore can support open source distributions and forks of Neo4j. Since they are not under Neo4j partner agreement terms, they are free to bid on any procurement of this sort.

AtomRain Inc.: https://atomrain.com

ASR Analytics:  https://www.asranalytics.com/

Deloitte Inc.: https://www2.deloitte.com/us/en.html

Analytica: https://www.analytica.net/

Because of the unique nature of Neo4j being open source and proprietary with the ability to be forked and re-branded – Neo4j Inc is NOT the only company that possesses the deep level of knowledge and expertise of Neo4j and its forks. This is a situation that does not occur with products what are 100% proprietary such as with proprietary Oracle database software.



**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

Each fork of Neo4j, such as ONgDB, and packages around them much be considered a competing product to Neo4j in the context of brand name justification.

Because of the Neo4j partner terms and processes mentioned herein, the U.S. Government must closely scrutinizes sole source procurements conducted under any exceptions to the mandate for full and open competition authorized by 10 U.S.C. § 2304( c)(I ), which permits an agency to award a sole-source contract where it properly determines that only one responsible source can meet its requirements. Because of the unique circumstances mentioned above – a full and open competition was impossible.

*WorldWideLanguage Resources, Inc.,·* SOS

*International Ltd .,* B-296993 et al., Nov . 14, 2005, 2005 CPD ,i 206. When an agency uses noncompetitive procedures under section 2304(c)(l), it must execute a written J&A with sufficient facts and rationale to support the use of the specific authority, FAR §§ 6.302-l(c), 6.303, 6.304, and publish a notice in FBO to permit potential competitors to challenge the agency's intent to procure without full and open competition. 10 U.S.C. § 2304([). *(Id.)* GA O's review of an agency's decision to conduct a sole-source procurement focuses on the adequacy of the rationale and conclusions set forth in the J&A. *(Id.)* Where the record shows that the agency has failed to adequately justify its sole source award decision , GAO will sustain the protest.

The U.S. Government will sustain a protest challenging a sole source award based on the agency's determination that only one source is available, where the record establishes that alternative sources do in fact exist. *National Aerospace Group, Inc .,* B-282843, Aug . 30, 1999, 99-2 CPD ,i 43 (agency's justification for sole source procurement inadequate where the documentation did not reasonably show that only the proposed awardee's exact product would satisfy the agency's needs); *Jervis B. Webb Company; Eaton-Kenway, Inc.,* B-211724, B- 211724.2, Jan. 14, 1985, 85-1 CPD ,i 35 (sole source award of contract on total-package basis unjustified where agency took little or no action to identify and to evaluate possible alternatives).

iGov is prepared to compete for the requirements which the GAO seeks to procure. Additionally, there is no valid basis under the FAR's exceptions to competition to make a sole source award to AFFIGENT, LLC, which is the case of this procurement due to the reasons mentioned herein. *Marconi Dynamics, Inc.,* B-252318, June 21, 1993, 93-1 CPD, 475 (proposed sole source award not reasonably based where agency claims-- that the unavailability of proprietary data and of certain equipment and facilities (both government furnished and otherwise), combined with the short term of performance and low contract value mean that only the sole source can provide the services--were effectively refuted by the protester who demonstrated that the findings were not supported by fact).

**B. The Agency Did Not Describe Any Special or Unique Features in Neo4j Enterprise Database That Would Support a Brand Name Justification.**



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

The solicitation requirement states: "NEO4J IS A GRAPH DATABASE PLATFORM THAT ALLOWS FOR MAPPING OF RELATIONSHIPS ACROSS COMPLEX DATASETS." All open source Neo4j distributions and forks such as ONgDB satisfy this requirement.  Because Neo4j is an open source project with forks which compete with the commercial licenses,  procurement offices must realize that stating only trademark name  "Neo4j"  is effectively stating that only "Neo4j" commercial packages are accepted which would require brand name justification.

The solicitation could have countered this effect by stating "Neo4j open source or commercial packages and Neo4j forks including ONgDB are acceptable".

Again, this is a unique situation because of the open source nature of Neo4j and the fact that organizations such as, Graph Foundation, can create forks which are in sync with the core code base, but compete with Neo4j Inc.

*****

Accordingly, for the reasons stated above, it was improper for GAO to make the award to AFFIGENT, LLC  to provide Neo4j-related graph database subscriptions, software or services.

## IV. THE AGENCY'S ACTIONS RELATED TO THE AWARD PREJUDICED iGov

Prejudice is an essential element of a protest, including those made directly to an agency. *In re Colonial Storage Co.-Reconsideration, B-253501, B-253501.8, May 31, 1994 CPD ~ 335.* As in any GAO protest, an agency must sustain a Protest where a reasonable possibility of prejudice is shown or evident. *Id.* at 1. If an agency clearly violates procurement requirements, GAO, and the agency must resolve doubts concerning prejudice in favor of the protester. *See United Int'l Eng'g, Inc.; Morrison Knudsen-Dynamics Research; PRC Inc.; Science Applications Int'l Corp., B-245448 et al., Jan. 29, 1992, 92-1 CPD ~ 122; see also Dismas Charities, Inc., B-292091, Jun. 25, 2003, 2003 CPD ~ 125* (rejecting agency's argument that protester was not prejudiced in light of the multiple procurement errors); *Mechanical Contractors, SA, B-277916, Oct. 27, 1997, 97-2 CPD~ 121* ("While the PCC argues that the errors which occurred would not have affected its source selection, we conclude, particularly in light of the multiple errors explained above, that the protester was prejudiced by the agency's actions").

The Agency's errors in the solicitation and failure to do due diligence to obtain all the facts have clearly prejudiced iGov.  But for the issues cited above, there is more than a reasonable possibility that iGov Inc, would have had an opportunity to compete for the services in support of requirement either directly or through a teaming relationship. *United Int'l Eng'g, Inc., supra. Therefore,* the Agency should sustain iGov Inc's Protest and cancel the solicitation for the GAO requirement.

## V. CONCLUSION AND RELIEF REQUESTED



John M. Suhy
+1 703.862.7780 | jmsuhy@igovsol.com

For the foregoing reasons stated in this protest, iGov is substantially and unfairly prejudiced by the Agency's award to AFFIGENT, LLC.  Because of these actions, iGov and many other qualified vendors would have had an opportunity to compete for the services required.

Accordingly, for the reasons stated above, iGov respectfully requests that the Agency sustain its Protest and cancel the delivery order award for Neo4j software and/or support to AFFIGENT, LLC.

(6)(4)

## VI. SERVICE OF PROTEST

iGov Inc. officially files this protest for the procurement and respectfully requests that this protest be subject to an independent review, at a level above the Contracting Officer, pursuant to FAR 33.103(d)(4).

Respectfully,

By: *[signature]*

John M Suhy
CTO iGov Inc.
703-862-7780
jmsuhy@igovsol.com
https://igovsol.com

7686 Richmond Highway Suite 101-B
Alexandria, VA 22306