**TRIAL EXHIBIT 212**

iGov Inc.

**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

**May 9th, 2021**


**AGENCY-LEVEL SOLE SOURCE INTENTION PROTEST OBJECTION TO SOLE SOURCE REQUIREMENT 41 U.S.C. 1901 (a); REQUEST FOR INDEPENDENT REVIEW AWARD STAY REQUIRED**


**BY ELECTRONIC MAIL:** jesse.weidow@nih.gov


Jesse Weidow
National Institutes of Health
Department of Health and Human Services
BG 9 RM 9201
903 S 4TH ST
HAMILTON MT 59840

**Re: Sole source intention protest : iGov Inc.**
**Under Notice #: NOI-RML-2072678**
**National Institutes of Health , Department of Health and Human Services**

Dear Mr. Weidow:

iGov Inc located at 7686 Richmond Highway Suite 101-B Alexandria, VA 22306 , telephone number 703-862-7780, and e-mail info@igovsol.com, hereby files this sole source intention protest challenging the intended award by
the National Institutes of Health , Department of Health and Human Services  (**"Agency**" or **"NIH"**) of a negotiation, contract and/or purchase/delivery order to Neo4j Inc or Neo4j Inc Partners under Notice No. **NOI-RML-2072678** (**"Solicitation"**) through which the Agency intends to obtain Neo4j Aura support and/or related services.

By this Protest (defined below), iGov Inc also objects to the Agency's use of the statutory authority for this sole source requirement (41 U.S.C. 1901 (a) (1) as implemented by FAR 13.106-1 only one responsible source and no other supply of service will satisfy agency requirements).

Competition is not only the preferred, [1] but also the required means by which the U.S. Government acquires products and services, subject to only very limited exceptions. iGov Inc files this protest in response to the Agency's intent to negotiate on an other than full and open competition basis with Neo4j, Inc., San Mateo, CA to procure Aura Enterprise Annual Credits.

This course of action is improper because for several reasons listed below.

**Plaintiffs' Trial Exhibit**
**212**

IGOV0002998326.001

iGov Inc.                                                                                    **John M. Suhy**
                                                           +1 703.862.7780 | jmsuhy@igovsol.com

Neo4j is open source, and there are competing free and open source enterprise forks of Neo4j already in use within the US government.  There are also competing managed services using these forks,  and these competing managed services may be much less costly that Neo4j Aura as they leverage existing cloud infrastructure including Microsoft Azure and Amazon AWS.  Furthermore, vendors providing services using Neo4j Core or the open source forks of Neo4j have no licensing costs, in which the savings are passed to end-users.

Because of the open source nature of Neo4j and the fact that there are competing forks with matching functionality already in use in the US government,  using the statutory authority 41 U.S.C. 1901 (a) (1) as implemented by FAR 13.106-1  is improper.

Neo4j Inc has already tried to deceive other government agencies it has dealt with in the past.  This deception may possibly lead to procurement related charges as more information comes out in an ongoing lawsuit.  (See federal case no: 5:18-cv-07182-EJD on pacer.gov).

Because of this past behavior, any procurements related to Neo4j Inc products and services could come under more scrutiny.  It is critical that the government ensures fair an open competition and is aware of past accusations of deception on behalf of Neo4j Inc.

Furthermore and equally problematic,  is that Neo4j Inc has internal partner agreements which prevent a full and open competition in the open and within government wide acquisition contracts.

This is because of the partner agreement partners sign and/or the fact that partners are not allowed to support and even market open source distributions.

Neo4j Inc also had a process for allowing partners to register a deal so that they are the ones who would be awarded internally. This means that it would be hard for NIH to verify they are making a procurement full and open competition if only allowing for Neo4j branded commercial subscriptions while ignoring Neo4j open source and forked distributions and managed services based on them.   Any justification that only one vendor is capable of delivering the required support would be invalid  had this information been known byNIH.

FAR 6.301(d), states that when not providing for full and open competition, the contracting officer shall solicit offers from as many potential sources as is practicable under the circumstances.

iGov Inc requests an independent review of this protest at a level above the Contracting Officer, pursuant to FAR 33.103(d)(4).

Because there is no proper justification for NIH to make a sole source award to Neo4j Inc / or its partners and for the other reasons stated herein, the NIH should sustain this protest and cancel the intent to sole source Neo4j products and support.

Furthermore, because the open source fork of Neo4j is free and open, and can be used at no cost while evaluating other options a sustainment of this protest would not hurt NIH, as they can use the open source GraphStack GDB, or ONgDB forked distributions with no limitations on usage in the meantime.

IGOV0002998326.002

iGov Inc.                                                                                               **John M. Suhy**
                                                                                 +1 703.862.7780 | jmsuhy@igovsol.com

[1] *See* FAR 1.102-2(a)(5) ("It is the policy of the System to promote competition in the acquisition process.").

## I. IGOV IS AN INTERESTED PARTY, THE PROTEST IS TIMELY, AND THE COMPETITION IN CONTRACTING ACT REQUIRES A STAY OF AWARD.

### A. Interested Party

iGov Inc, is an interested party whose direct economic interests are affected by the NIH's intent to make a sole source award to Neo4j Inc. iGov Inc is a prospective offeror for the services that NIH seeks to acquire from Neo4j Inc.

*See* FAR 33.101. The NIH maintains authority to resolve this protest pursuant to FAR Part 33.

All the information leading to the decisions leading to the procurement, contract vehicle, etc would have been tainted from the start because of a Neo4j sole source justification and other reasons listed below.

### B. Timeliness

The regulations governing agency-level protests provide that protests based on alleged apparent improprieties in a solicitation shall be filed before bid opening or the closing date for receipt of proposals. In all other cases, protests shall be filed no later than 10 days after the basis of protest is known or should have been known, whichever is earlier. The agency, for good cause shown, or where it determines that a protest raises issues significant to the agency's acquisition system, may consider the merits of any protest which is not timely filed.. FAR 33.103(e).

A notice of a delivery order award for the Solicitation, published in Beta.sam.gov on April 30th, 2021, this protest is within the window of time given.

IGOV files this protest (**"Protest"**) prior to the 10 day deadline defined in FAR 33.103(e). This Protest, therefore, is timely. *(Id.)* By this Protest, IGOV also objects to the Agency's brand name justification and the Agency 's intended award.

### C. Stay of Award

Upon receipt of a protest before award, a purchase order and/or contract may not be awarded , pending agency resolution of the protest. FAR 33.103(f). Therefore , the Agency must stay the part of the intended award to Neo4j Inc or partners relating to Neo4j Aura managed service credits.

[2] *See*
https://beta.sam.gov/opp/a08fe9c9b3d74046bf18f9e952a274d5/view

## II. BRIEF FACTUAL BACKGROUND

IGOV0002998326.003

iGov Inc.

**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

## A. Procurement Background

As noted above, on April 30th, 2021  the NIH provided notice of the intent to

## B. Business Background

**iGov Inc** is a SAM registered company focusing on providing US government agencies with bespoken software solutions, manged services, and support contracts relating to Graph Database, Machine learning and Blockchain technologies.

**Neo4j** is an open source graph database. Neo4j Inc is the company who maintains the Neo4j project on github.  https://github.com/neo4j/neo4j/

Neo4j has 2 distributions.  One is called Neo4j Community Edition and the other is called the Neo4j Enterprise Edition.

iGov Inc maintains the GraphStack GDB fork of Neo4j.

The Graph Foundation is a non profit organization who maintains another fork of Neo4j called ONgDB.

The same queries, experience, and knowledge can be used across both Neo4j , GraphStack GDB and ONgDB because of the fact that that these are maintained forks of Neo4j.

A **graph database** is an online database management system with create, read, update and delete (CRUD) operations working on a graph data model. Unlike other databases, relationships take first priority in graph databases. This means applications that leverage the graph database do not have to infer data connections using things like foreign keys or out-of- band processing, such as MapReduce. The data model for a graph database is also significantly simpler and more expressive than those of relational or other NoSQL databases. Graph databases are built for use with transactional (OLTP) systems and are engineered with transactional integrity and operational availability in mind.

In the past , Neo4j Inc has told IRS that it could not use Neo4j Enterprise open source distributions in production in an attempt to get a paid contract from IRS.  This was false, and ended up getting IRS's corporate counsel involved to identify if the claim was correct.

Neo4j Partners are forbidden from supporting open source distributions of Neo4j such as ONgDB.

IGOV0002998326.004

iGov Inc.

**John M. Suhy**
+1 703.862.7780 | jmsuhy@igovsol.com

Neo4j Partners have had internal agreements with Neo4j Inc which are found in the partner agreement which prevents them from supporting the free and open source graph distributions of Neo4j or forks of Neo4j such as ONgDB.   Furthermore partners are forbidden from marketing, developing anything around Neo4j open source licensed

See Partner agreement:

> **4.3.2 During the term of this Agreement and up until thirty six (36) months after the termination or expiration of this Agreement,**
> **Partner may not develop, market, distribute or offer any services related to any Neo Technology Community Edition Products,**
> **derivative works of such products, or any Partner software code made to work with Neo Technology Community Edition Products**
> **(including, without limitation, hosting services, training, technical support, configuration and customization services, etc.).**

Gov open source initiative:

https://sourcecode.cio.gov/

## III. GROUNDS OF PROTEST

### A. Improper use of the statutory authority for a sole source requirement : 41 U.S.C. 1901 (a) (1) as implemented by FAR 13.106-1 only one responsible source and no other supply of service will satisfy agency requirements

There is not a justification that only one responsible source of this service exists.

Furthermore, there is no brand name justification justifying Neo4j Aura.

A brand name justification would be very hard to support because of the fact that Neo4j is open source, and free and open enterprise forks of Neo4j. This effects any managed services depending on this type of justification.   This is in contrast to  closed product such as Oracle which does not have an open source base to compete with itself.

IGOV0002998326.005

iGov Inc.                                                                                            **John M. Suhy**
                                                                        +1 703.862.7780 | jmsuhy@igovsol.com

**B. The Agency Did Not Describe Any Special or Unique Features in Neo4j Aura Database That Would Support a Brand Name Justification.**

Because of the unique nature of Neo4j being open source, and having forks such as GraphStack GDB and ONgDB which have all the features as Neo4j core, and adds in similar features as Enterprise (clustering, security, etc). It would be very hard to justify a branch name justification.  As such, the Agency lacks the requisite justification or basis under FAR l6.505(b)(2)(i)(B) to grant a sole source award to purchase the Neo4j Aura services.

*****

Accordingly, for the reasons stated above, it was improper for NIH to issue a notice of an intent to award a sole source award for Neo4j Inc to provide Neo4j/Aura related graph database software or services.

**IV. CONCLUSION AND RELIEF REQUESTED**

For the foregoing reasons, IGOV is substantially and unfairly prejudiced by the Agency's intended sole source award to Neo4j Inc. But for those actions, IGOV and others would have had an opportunity to compete for the services required.

Accordingly, for the reasons stated above, IGOV respectfully requests that the Agency sustain its Protest and cancel the intention to negotiate for Neo4j Aura credits.

(6)(4)

**VI. SERVICE OF PROTEST**

IGOV files this protest for the procurement and respectfully requests that the protest be subject to an independent review, at a level above the Contracting Officer, pursuant to FAR 33.103(d)(4).

Respectfully submitted,

By:

John M Suhy

7686 Richmond Highway Suite 101-B Alexandria, VA 22306

IGOV0002998326.006