**TRIAL EXHIBIT 213**

**EXHIBIT FILED UNDER SEAL**