**TRIAL EXHIBIT 1011**

**Statement of Work**

Defendants' Trial Exhibit
**1011**

**Introduction/Overview**

**This contract will facilitate the continued development and operations & maintenance support needs of Research, Applied Analytics, and Statistics/Data Management Division (RAAS/DMD) CDW Knowledge Graph Environment (CKGE). CKGE provides critical graph research and analytics resources for investigators and research analysts. This contract will provide necessary consulting and professional services to maintain an existing environment, develop additional analytical features, and help IRS staff become more knowledgeable and skilled in the capabilities of the CKGE.**

**Background**

**The CKGE is the result of a collaboration between t DMD and Data Exploration & Testing (DET) divisions of RAAS. CKGE has successfully helped evolve the analytical capabilities of related entities using a framework of open-source software capabilities to strive for costeffectiveness and enhance expanded benefits from flexibility to integrated several different linked-data sources.**

**RAAS plans to continue to leverage the CKGE's linked-data and graph related capabilities for use by the IRS research & analytics community, which currently focuses on fraud related case work by Exam and Collection during filing and post-filing seasons. Prior work using the CKGE has shown benefits for investigators in a variety of units, such as Fraud Operations, EITC (Earned Income Tax Credit) preparer compliance, Exam, Collection, CI
(Criminal**

**Investigation), and RICS (Return Integrity and Compliance Services). Principally, the environment will continue to facilitate a range of investigator and research graph-type analyses. As of October 2017, the**

1

**CKGE is utilized by more than 300 employees throughout the IRS, with dozens of new users onboarding monthly.**

**The CKGE framework includes a graph database:**

**elastic search capabilities; java-script based, user-interface; and microservices components. These enable useful for supporting graph-related research.**
**RAAS does not intend to alter this framework.**

**CKGE includes two specially designed features that require maintenance and expansion as the CKGE functionality continues to grow. The first is a Federal Information Security Modernization Act (FISMA) related module existing within the framework, which has been specially designed and requires maintenance and enhancements. The second is functionality to support Section 508 compliance which ensures accessibility to the CKGE data and features.**

**CKGE relies on large and varied amounts of data extracted from DMD's Compliance Data Warehouse (CDW), which represents a diverse set of tax administration data sets. Existing extracts, transform and load processes must be evaluated and updated to leverage a variety of available tools that exist within the CKGE and peripheral technologies such as a Hadoop/Spark cluster.**

**DMD also manages another legacy graph environment, yK1, that is scheduled to be integrated into the CKGE. yK1 has existing Oracle data storage, extract transform and load procedures, and a user-Interface that will be part of the integration into the CKGE.**

**<u>Scope of Work & Description of Tasks</u>**

1. **Orientation and Ramp-Up Knowledge Transfer: The vendor shall acquire and review the necessary documentation, information, and processes related to any work in progress. This task includes meeting with the IRS subject matter experts frequently to gather any tacit knowledge related to the CKGE, as well as relevant tasks or programs**

2

in development. The Government estimates this task will take approximately one month to complete after the Task Order is awarded.

2. **Operations & Maintenance:** The vendor shall conduct all operations and maintenances duties for all components of the CKGE framework, including the following:
    a. **FISMA and 508 compliance reporting, testing, and modifications**
    b. **Account activation and use monitoring for management**
    c. **Monitoring of CKGE performance**
    d. **Provisioning of new data**
    e. **Mentoring and knowledge transfer**
    f. **Provide troubleshooting of issues and bugs reported via email by RAAS or CKGE users, minimally Monday - Friday and between 7:00am-5:00pm Eastern Time.**

3. **CKGE Development:** The vendor will make any required modifications to the user interface and overall environment.

    These modifications may include but are not limited to the expansion of data elements, improvements to ETL process, adjustments to the search functionality and rendering features, and improved interface for naïve, pattern-based use using Java or Cypher.

    The following are the modifications already slated for FY 2018:

    a. **Conduct legacy and new account enrollment transition and enhance any FISMA module features in support of enhancements to existing auditing features.**
    b. **Enhance UI and supporting elements, as needed, with search and graph rendering changes based on user feedback at least twice.**
    c. **Reduce CKGE 'time to graph'; including but not limited to collaboration with RAAS DBAs and analysts to test Spark/Hadoop for ETL changes that involved modification to the existing CKGE framework elements.**
    d. **Collaborate with IRS to plan the expansion of existing elastic search capabilities to achieve performance improvements.**

3

**All existing FISMA and 508-compliance features must be modified to include any additional functionality.**

**The vendor is responsible for ensuring any open source products within the CKGE conform to their license-terms. Any modification to the existing infrastructure's open-source programs must adhere to licensing allowances.**

**yK1 Conversion (Base Year Only): The vendor will collaborate with IRS staff and contractor teams to complete the transition of all yK1 components from the existing environment into the CKGE that addresses the ETL**

4. **processes, data storage, and provide search functionality and a userinterface compatible with the CKGE framework. The transition should include a review and redesign of data loading strategies for the yK1 database to leverage the CKGE application's data loads Upon completion of the transition, yK1 should include the CKGE FISMA and 508-Compliance features.**

| | |
|---|---|
| 4.1 | **The vendor shall provide a detailed implementation plan for the transition of yK1 into CKGE, including time frames for completion of each stage. This includes the enhancement of the Build Out Tool (BOT) analysis capabilities, which capability produces a pruned tree of a partnership graph representing amounts and one of four optimization parameters.** |
| 4.2 | **Upon Government acceptance of said plan, the vendor shall implement the plan to complete the transition, collaborate with IRS staff and contractor teams to complete yK1 integration tasks that results in minimally sufficient, viable alpha version operating solely within the CKGE.** |
| 4.3 | **The vendor shall incorporate feedback from alpha tests to sufficiently release a beta version** |
| 4.4 | **The vendor shall consult with IRS staff and contractor teams to support the evaluation of feasibility and considerations for permanent capability** |

4

5. **Continuous Knowledge Sharing:** Conduct knowledge sharing sessions to enable IRS staff to independently adjust and update user-interface features, identify and fix bugs, configure improvements, provide efficient FISMA reporting, and maintain and troubleshoot the CKGE. Knowledge sharing should include documentation, demonstrations, and periodic meetings.

6. **Monthly Meetings:** Participate in monthly status meetings to help answer any questions regarding feasibility of platform and considerations for moving forward as a permanent capability

7. **Transition to Support:** Upon completion of the contract the vendor shall complete knowledge transfer of technical skills and lessons learned to IRS staff upon completion of deliverables and work products. Provide complete documentation for all delivered functionality. Deliverables shall be in softcopy and hardcopy format and shall be the sole property of the Federal Government. The format of deliverables will be provided in a format which will allow the Project Office to modify and update when/if necessary. Knowledge transfer also includes configurable data including user names and passwords and application settings.

8. Option years will focus on continued similar professional services as the base year and be reduced to approximately half of the "Base Year" scope, and be conducted as a time and material type arrangement.

<u>**Skill Requirements**</u>

The vendor will need to work with the following components: React, Angularjs, Neo4j, JAVA, micro-services architecture, and Hadoop/Spark, Elastic Search, Kafta, Agile methodology, GitLab, and Plottable.

<u>**Place of Performance**</u>

- ✦ 77 K Street NE; Washington, DC 20002
- ✦ Other as approved by the Government

5

**Period of Performance**

  Base Year:       5/24/2018 - 5/23/2019
  Option Year 1:  5/24/2019 –  5/23/2020
  Option Year 2:  5/24/2020 –   5/23/2021
  Option Year 3:  5/24/2021 –   5/23/2022
  Option Year 4:   5/24/2022 –   5/23/2023

**Government Furnished Property (GFP)**

GFP (to include material, equipment, and/or information) may be provided in the performance of this task order. The following GFP will be provided to the vendor:

- **Government Issued Smart ID**
- **IRS laptop with software and network access reasonable to performing tasks**
- **On-site workstation at 77K Street NE location**
- **At least one Linux OS Server with at least 16 cores and 1TeraByte of RAM and available hard drive space as needed and feasible by IRS**

**Security**

The vendor must adhere to relevant security and safe protocols and training necessary for execution of task, and vendor must be able to obtain an IRS clearance to use sensitive but unclassified information.