**TRIAL EXHIBIT 1012**

**From:** "Shahak Nagiel" <shahak.nagiel@nextcentury.com>
**To:** "Brad Nussbaum" <brad@graphfoundation.org>
**Cc:** "Diane Griffith" <diane.griffith@nextcentury.com>; "John Mark Suhy" <jmsuhy@igovsol.com>
**Subject:** Re: Neo4j licensing

Brad-

Thanks again, much appreciated.  We have a conference call scheduled Monday with our counsel.

Have a good weekend.

-Shahak

Get Outlook for Android

---

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Friday, February 22, 2019 3:20:16 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

We have been advised by The Free Software Foundation in a non-legal capacity and have verified with our legal counsel independently that the Commons Clause is a "further restriction" to AGPLv3 and may be removed according to this clause of AGPLv3

> All other non-permissive additional terms are considered "further
> restrictions" within the meaning of section 10.  If the Program as you
> received it, or any part of it, contains a notice stating that it is
> governed by this License along with a term that is a further restriction,
> you may remove that term.

and in Section 10:

> You may not impose any further restrictions on the exercise of the
> rights granted or affirmed under this License.

We cannot give legal advise on this matter and you should seek legal counsel.

Best,
Brad

> On Feb 20, 2019, at 08:56, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
>
> Sorry, my language may have been unclear.  For (b), I meant a federal *contractor* developing custom software incorporating ONgdB as part of the solution for the agency.  In such a case, the "sell" part of the Commons Clause may be triggered...although if the solution itself is delivered as open-source, then maybe that's mitigated?  (Forgive the ramblings of a non-lawyer...)
>
> One thing I observe is that the ONgDB site does not seem to explicitly spell out what the license terms are?  There are a few lines in the README file on the github project, though even there it's potentially ambiguous, as it mentions AGPL for the enterprise features but does not mention the Commons Clause.
>
> **Shahak Nagiel**
> Principal Engineer
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com
>
> 2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Wednesday, February 20, 2019 8:41 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

There is no difference between (a) and (b). Both are acceptable.

Best,
Brad

> On Feb 19, 2019, at 17:07, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
>
> Thanks, Brad.  This is very helpful.  We've got an internal meeting to discuss this in the next couple of days, and I will be referencing this thread and your offer.  I will also raise the possibility of Next Century offering to sponsor or support some of ONgDB's efforts, though obviously I can't make any commitments in that regard.
>
> And, not to put too fine a point on it, but is there a difference between:
> (a) a government agency *using* the ONgDB distributions (presuming it developed it directly without contractors), and
> (b) a company (like Next Century or iGov) *developing a software system around ONgDB* ?
>
> Regards,
> Shahak
>
> **Shahak Nagiel**
> Principal Engineer
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com
>
> 2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

**Defendants' Trial Exhibit 1012**

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure u nder applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum < brad@graphfoundation.org >
**Sent:** Tuesday, February 19, 2019 3:57 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

It was an internal review so there isn't a document that can be distributed. We are conducting a similar process with other agencies. If you connect us with parties heading up your evaluation then we can go through a similar process with them.

Best,
Brad

> On Feb 19, 2019, at 15:04, Shahak Nagiel < shahak.nagiel@nextcentury.com > wrote:
>
> Aha!
>
> Any chance I could get a copy of that?  (Or, any chance we could get our govies to request it through more official channels?)
>
> **Shahak Nagiel**
> Principal Engineer
> w (240) 297-5089 | c (413) 274-2425
> shahak.nagiel@nextcentury.com
>
> 2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
> main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure u nder applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum < brad@graphfoundation.org >
**Sent:** Tuesday, February 19, 2019 3:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

ONgDB is currently in use at US Treasury (IRS). Their legal counsel conducted a thorough evaluation of the licensing situation and arrived at the conclusion that Graph Foundation distributions of ONgDB could be used without needing a Neo4j, Inc. license.

Best,
Brad

> On Feb 19, 2019, at 11:37, Shahak Nagiel < shahak.nagiel@nextcentury.com > wrote:
>
> perspective, which defends their use of both AGPL and the Commons Clause).  Are there any other sources of information / guidance in this respect?  e.g. have any independent or gove