**TRIAL EXHIBIT 1043**

**From:**      Lars Nordwall(lars.nordwall@neotechnology.com)
**To:**        John Mark Suhy
**CC:**
**BCC:**
**Subject:**   Re: Checking In - Updates
**Sent:**      08/15/2016 07:30:57 AM -0700 (PST)
**Attachments:**

---

Hi John. Excellent observation and recommendation. I fully agree, we should apply the same approach elsewhere. This is a no-brainer.

Btw, I will be in DC for an event on Sep 14. Perhaps we can meet up on Sep 13 or 15?


> On Aug 12, 2016, at 18:43, John Mark Suhy <jmsuhy@purethink.com> wrote:
>
> Hello Lars,
>
> Hope all is well.  How is everything with you?
>
> I just wanted to pass on an idea that sprung up from an IRS deal that
> was about to fall through but came back to life specifically because
> of the concept below.   Maybe it could be a useful test for your sales
> team to handle deals that have fallen through or seem to be falling
> through.
>
> Here is a quick overview of how this came about.
>
> IRS has been using Neo4j Community edition for quite some time now in
> an R&D environment.
> Their hope is that the project they are developing will be the core of
> their financial crimes division for years to come.  (Many years
> reoccurring revenue)
>
> They have been discussing  purchasing a subscription for almost 2
> years and started getting more serious over the past year.   That deal
> was about to fall through simply because the subscription price ate up
> their entire R&D budget and left no money for the development.
>
> They were prepared to stay with Neo4j Community and use their budget
> to pay an integrator (not a Neo Technology partner) to build out the
> prototype.  If their project got off the ground - they would get an
> enterprise subscription for the FISMA support when needed.
> Unfortunately their goto integrator on their internal vehicle quoted
> them for much more than their total budget - and didn't have any Neo4j
> experience.
>
> At the last moment when IRS said it doesn't look like they could move
> forward, we asked for a debrief and based on the information we tried
> a new tactic (with your team's permission).
>
> We offered the professional services to build out their prototype
> system as part of the first year's subscription bundle price.  That
> seemed to kickstart everything back up again.  And it could be many

**Defendants'
Trial Exhibit
1043**

> years of reoccurring revenue if successful.
>
> I just wanted to bring this idea to your attention incase you are
> experiencing deals that are falling through that have the following
> characteristics.
>
>     0) Limited total project budget where the Neo4j Subscription Cost
> eats into their development budget. (But not production / operations
> budget going forward)
>
>     1) New Development or R&D that are part of a bigger long term
> initiative. (Planning long term usage of project if it is completed
> and works as needed.)
>
>
> I am guessing that in the commercial world you could offer this option
> if they agreed to a X year subscription contract.
>
> Obviously there are specific logistic issues but letting partners take
> on the risk for future reward may let you pass off a lot of the risk.
>
> I would guess that having Neo4j experts (partners and your own team)
> helping also ensures quality and fully leveraging Neo4j, otherwise you
> get into situations like FBI who I don't believe their team has the
> right qualifications to build what they are building around Neo4j.
>
> I attached the latest doc we sent to IRS to get an idea of what the
> end-result was in this specific scenario.  Please keep this quote
> internal to Neo Technology as it has SOW details.
>
> Hope this is useful information.
>
> Have a good weekend,
>
> John Mark
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com
> <SF18-adobe-signed.pdf>

CONFIDENTIAL

N4J_006826