**TRIAL EXHIBIT 1044**

**From:** John Broad(john.broad@neotechnology.com)
**To:** John Mark Suhy
**CC:** Matthew Fredrickson
**BCC:**
**Subject:** Re: For IRS - Idea
**Sent:** 04/28/2016 09:42:56 AM -0700 (PST)
**Attachments:**

Thank you, John Mark. That is in line with our thinking. The opportunity to secure a subscription from IRS and to stay/get more deeply engaged with them is critical to long term success.

We are committed to making a joint investment, the details of which we expect to be able to work out with you in the coming days/weeks as necessary.

Please give whatever word to IRS that you need to in order to move this opportunity forward.

John

John A. Broad | Director, Channels & Alliances | Neo Technology
mobile: +1.925.788.2347 | skype: john.a.broad | [www.neo4j.com](www.neo4j.com)

On Thu, Apr 28, 2016 at 9:28 AM, John Mark Suhy <[jmsuhy@purethink.com](jmsuhy@purethink.com)> wrote:

> I just realized that we don't need to have 100% agreement on price and approach internally to give IRS an updated quote, we only need to agree that it is the option we are taking and that cost to build by whoever does it will come out of subscription cost of first year. We can work out details internally once we get the wording in place with IRS for their expectations.
>
> That should make it easier so we can pick option for quite and move forward.
>
> John Mark Suhy
> PureThink
> 703-862-7780
> [jmsuhy@purethink.com](jmsuhy@purethink.com)
> [https://purethink.com](https://purethink.com)

**Defendants' Trial Exhibit 1044**

CONFIDENTIAL                                                                 N4J_005415