**TRIAL EXHIBIT 1064**

| | |
|---|---|
| **From:** | Dunn Michael C(Michael.C.Dunn@irs.gov) |
| **To:** | Jason Zagalsky |
| **CC:** | Goss Renee Y; 'jmsuhy@purethink.com'; Daniels Vivian D |
| **BCC:** | |
| **Subject:** | RE: Neo4j licensing forecasting |
| **Sent:** | 08/08/2017 03:28:15 AM -0700 (PST) |
| **Attachments:** | |

Hello,

I'm looping in Renee Goss, Vivian, and John Mark to make sure we're all on the same page. In terms of this current contract with Purethink, my understanding is we're operating under AGPL as you and Purethink have been having issues with your partnership. In terms of the next contract, we have submitted paperwork to Procurement for a new contract, and that effort is still in process. For the new contract, we don't anticipate dealing with a commercial Neo4j license. We could change our minds in a later contract for a commercial license depending on circumstances.

_____
Mike Dunn
Data Management Division/Business Systems Planning
Research, Applied Analytics, & Statistics
(o) 202.803.9009

From: Jason Zagalsky [mailto:jason@neo4j.com]
Sent: August-07-17 5:03 PM
To: Dunn Michael C <Michael.C.Dunn@irs.gov>
Subject: Neo4j licensing forecasting

Hi Mike,

I am updating my Q3 forecast and marking your subscription purchases I have had in there for past 10 months for both FY17 and FY18 as lost opportunities and just looking to confirm with you that is the right thing to do?

For FY17, I understand that you have no intention of pursuing the commercial Neo4j licensing for which you contracted with Purethink and was never delivered as John Mark has convinced you that you are fine with Enterprise Edition under AGPL which is what he delivered to you despite the original intent of your contract with him.

And for FY18, during our phone conversation last month, you explained that going forward you don't intend to purchase a commercial license for Neo4j and that you intend to continue with open source. This year, although you had intended to have vendor support through the commercial license that you thought you had purchased, you have found no need for vendor support. Thus you are proceeding with renewing your contract with John Mark for Neo4j Enterprise Edition support for FY18.

Please confirm.

Thanks,
Jason

**Jason Zagalsky**

Defendants' Trial Exhibit 1064

CONFIDENTIAL                                                                                     N4J_011051

**Federal Technical Account Manager | Neo4j, Inc.**
410-280-9697 | jason@neo4j.com

CONFIDENTIAL

N4J_011052