**TRIAL EXHIBIT 1097**

10/2/2019                                          iGov : Innovative Government Solutions

 (index.html)                                                            

> If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :  Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |

Defendants' Trial Exhibit 1097

N4J_013004

| | |
|---|---|
| Docker | ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) (index.html) <br><br>```<br>docker run \<br>    --publish=7474:7474 --publish=7687:7687 \<br>    --volume=$HOME/neo4j/data:/data \<br>    graphfoundation/ongdb:3.5<br><br>Go to:  http://localhost:7474<br>``` |

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) <br><br>```<br>docker run \<br>    --publish=7474:7474 --publish=7687:7687 \<br>    --volume=$HOME/neo4j/data:/data \<br>    graphfoundation/ongdb:3.4<br><br>Go to:  http://localhost:7474<br>``` |



N4J_013005



# Neo4j Enterprise Open Source Frequently Asked (index.html)

☰

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

## Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

## What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your

## Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-

N4J_013006



### Where can I get the sourcecode for Neo4j Enterprise? (index.html)

Neo4j Enterprise source code at the official Neo4j GitHub Repositories

### What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

### Can I use Neo4j Enterprise open source licenses in production?

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in

### Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-

### What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our



N4J_013007



# Neo4j Enterprise Commercial & Open Source Comparisons

(index.html)

> There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
> The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | **YES** | **YES** |
| Can I use this with any amount of cores without incurring additional costs? | **YES** | **NO** |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | colspan | **YES** for both. *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_013008

Case 5:18-cv-07182-EJD    Document 242-43    Filed 01/26/24    Page 7 of 7

**CONTACT US**

  (index.html)

(mailto:info@igovsol.com)

7686 Richmond Highway Suite 101-B Alexandria, VA 22306





(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_013009