1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:      (408) 286-9800
8  Facsimile:      (408) 998-4790

9  Attorneys for Plaintiffs and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13  NEO4J, INC., a Delaware corporation, and         CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN AB, a Swedish
14  corporation,                                     [PROPOSED] ORDER RE PLAINTIFFS'
                                                     ADMINISTRATIVE MOTION TO FILE
15                      Plaintiffs,                  CERTAIN ADMITTED TRIAL EXHIBITS
                                                     UNDER SEAL
16        v.                                         *AS MODIFIED*
                                                     Judge:      Hon. Edward J. Davila
17  PURETHINK LLC, a Delaware limited
    liability company, IGOV INC., a Virginia
18  corporation, and JOHN MARK SUHY, an
    individual,
19
                        Defendants.
20

21  AND RELATED COUNTERCLAIMS.

22

23

24

25

26

27

28

4856-8960-2207.1

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN
ADMITTED TRIAL EXHIBITS UNDER SEAL                                    5:18-CV-07182-EJD

Now before the Court is Plaintiffs' and Counter-Defendants' ("Plaintiffs") Administrative Motion to File Certain Admitted Trial Exhibits Under Seal ("Administrative Motion").  Having considered the Administrative Motion and all papers in support of the Administrative Motion submitted by Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and good cause appearing, the Court finds that:

1.      There exists a compelling overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and there is therefore good cause to file the documents under seal:

| Identification of Materials to be Sealed | Designating Party Information |
|---|---|
| Trial Exhibit 15 Excel Spreadsheet is 2022-11-14 Neo4j Monthly Closed Won Report as of 2022-11-14 is a highly confidential report of government customer wins inside and outside of the United States. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Trial Exhibit 16 is a 2017-10-01 Neo4j USA Price List, effective Oct. 1, 2017 containing confidential and proprietary pricing information. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Trial Exhibit 17 is a 2019 04 01 Neo4j USA Price List, effective April 1, 2019 containing confidential and proprietary pricing information. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Trial Exhibit 18 is a 2020-04-01 Neo4j USA Price List, effective April 1, 2020 containing confidential and proprietary pricing information. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Trial Exhibit 19 is a 2021-07-01 Neo4j USA Price List, effective July 1, 2021 containing confidential and proprietary pricing information. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Trial Exhibit 118 is a 2019-04-19 Email from Jason Zagalsky to Shakan Nagiel thanking him for setting up meeting with MPO and attaching Neo4j USA's commercial licensing proposal containing confidential and proprietary pricing information. | Plaintiffs' private, confidential, and commercially sensitive business information |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4856-8960-2207.1

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN
ADMITTED TRIAL EXHIBITS UNDER SEAL                                          5:18-CV-07182-EJD

| | |
|---|---|
| ~~Trial Exhibit 209 is the 2022-12-22 Expert Report of Steven B. Boyles.~~ | ~~Plaintiffs' private, confidential, and commercially sensitive business information drawn from Trial Exhibits 15-19 and 118.~~ |
| Trial Exhibit 213 is the 2015-10-01 Neo Tech Price List (USD) containing confidential and proprietary pricing information. | Plaintiffs' private, confidential, and commercially sensitive business information |

2.     A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

3.     The proposed sealing is narrowly tailored; and

4.     No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is GRANTED with respect to the documents set forth above and they HEREBY BE FILED UNDER SEAL.

IT IS SO ORDERED.

**Plaintiffs' Administrative Motion is DENIED IN PART with respect to TX209 without prejudice.  The Court finds that the proposed sealing of the entire expert report is not narrowly tailored.**

**Plaintiffs are directed to re-file TX209 on the public docket or file a new motion to seal with more tailored redactions in conformity with this Order by February 14, 2024.**

Dated: ___February 7___ , 2024

_____
Honorable Edward J. Davila

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4856-8960-2207.1
[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN
ADMITTED TRIAL EXHIBITS UNDER SEAL

5:18-CV-07182-EJD