John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:18-cv-07182-EJD<br><br>[PROPOSED] **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF TRIAL EXHIBIT 209 UNDER SEAL**<br><br>Judge:       Hon. Edward J. Davila |

4866-2492-9189.1

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF TRIAL EXHIBIT 209 UNDER SEAL;
5:18-CV-07182-EJD

Now before the Court is Plaintiffs' and Counter-Defendants' ("Plaintiffs") Administrative Motion to File Portions of Trial Exhibit 209 Under Seal ("Administrative Motion"). Having considered the Administrative Motion and all papers in support of the Administrative Motion submitted by Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and good cause appearing, the Court finds that:

1. There exists a compelling overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and there is therefore good cause to file the documents under seal:

| Identification of Materials to be Sealed | Designating Party Information |
|---|---|
| The redacted portions of Trial Exhibit 209 of the 2022-12-22 Expert Report of Steven B. Boyles. | Plaintiffs' private, confidential, and commercially sensitive business information drawn from Trial Exhibits 15-19 and 118, for which good cause warranting the sealing of this information has already been determined. *See* Dkt. No. 243. |

2. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed redactions and sealing are narrowly tailored; and

4. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is GRANTED with respect to the document set forth above and it HEREBY BE FILED UNDER SEAL.

IT IS SO ORDERED.

Dated: February 21, 2024

_____
Honorable Edward J. Davila

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4866-2492-9189.1

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF TRIAL EXHIBIT 209 UNDER SEAL; 5:18-CV-07182-EJD