1

**SPENCER FANE LLP**
John V. Picone III, CA Bar No. 187226

2

jpicone@spencerfane.com
Jeffrey M. Ratinoff, CA Bar No. 197241

3

jratinoff@spencerfane.com
225 West Santa Clara Street

4

Suite 1500
San Jose, California 95113

5

Telephone:    408.286.5100
Facsimile:    408.286.5722

6

7

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB,

Case No. 5:18-cv-07182-EJD

11

Plaintiffs,

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR JOHN V. PICONE III**

12

13

v.

14

PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an

15

individual,

16

Defendants.

17

AND RELATED COUNTERCLAIMS.

18

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that John V. Picone III, counsel of record for Plaintiffs and

2  Counter Defendants Neo4j, Inc. and Neo4j Sweden AB in the above-entitled matter has changed

3  law firm and address from Hopkins & Carley, ALC to:

4                                    John V. Picone III
                                     Spencer Fane LLP
5                         225 W. Santa Clara St., Suite 1500
                                   San Jose, CA  95113
6                                 Tel. No. (408) 286-5100
                                jpicone@spencerfane.com
7

8  and requests that the Court and counsel for all parties change their address for service of any

9  pleadings, notices, correspondence, orders, letter briefs, and all other documents and notices

10  relating to the above-captioned case not otherwise filed through the Court's electronic filing system

11  to the new firm, and address set forth above, effective as of the date hereof.

12  Dated:  March 21, 2024                        HOPKINS & CARLEY
                                                  A Law Corporation
13

14                                                By: */s/ John V. Picone III*
                                                     John V. Picone III
15                                                   Jeffrey M. Ratinoff
                                                     Attorneys for Plaintiffs and
16                                                   Counter-Defendants
                                                     NEO4J, INC. and NEO4J SWEDEN AB
17

18

19

20

21

22

23

24

25

26

27

28

4868-8412-5855.2                           - 1 -
NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR JOHN V. PICONE III; CASE NO. 5:18-CV-07182-EJD