| | |
|---|---|
| 1 | **SPENCER FANE LLP** |
| | John V. Picone III, CA Bar No. 187226 |
| 2 | jpicone@spencerfane.com |
| | Jeffrey M. Ratinoff, CA Bar No. 197241 |
| 3 | jratinoff@spencerfane.com |
| | 225 West Santa Clara Street |
| 4 | Suite 1500 |
| | San Jose, California 95113 |
| 5 | Telephone:   408.286.5100 |
| | Facsimile:   408.286.5722 |

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, NEO4J SWEDEN, AB, | Case No. 5:18-cv-07182-EJD |
| Plaintiffs, | **NOTICE OF CHANGE OF LAW FIRM AND ADDRESS FOR JEFFREY M. RATINOFF** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

PLEASE TAKE NOTICE that Jeffrey M. Ratinoff, counsel of record for Plaintiffs and Counter Defendants Neo4j, Inc. and Neo4j Sweden AB in the above-entitled matter has changed law firm and address from Hopkins & Carley, ALC to:

> Jeffrey M. Ratinoff
> Spencer Fane LLP
> 225 W. Santa Clara St., Suite 1500
> San Jose, CA  95113
> Tel. No. (408) 286-5100
> jratinoff@spencerfane.com

and requests that the Court and counsel for all parties change their address for service of any pleadings, notices, correspondence, orders, letter briefs, and all other documents and notices relating to the above-captioned case not otherwise filed through the Court's electronic filing system to the new firm, and address set forth above, effective as of the date hereof.

Dated:  March 21, 2024

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs and
    Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB