| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:

( ) Patents     or     ( X) Trademarks

| DOCKET NO:<br>5:18-cv-07182-EJD | DATE FILED:<br>November 28, 2018 | UNITED STATES DISCTRICT COURT<br>Northern District of California<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 |
|---|---|---|
| PLAINTIFF:<br>Neo4j, Inc. | | DEFENDANT:<br>PureThink, LLC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | *** please see attached *** |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED     INCLUDED BY:
( ) Amendment          ( ) Answer          ( ) Cross Bill          ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

Judgment  Entered 8/15/2024

*[Signature: Mark B. Busby]*
Mark B. Busby, Clerk

*[Signature: Kim Means]*     8/16/2024
(by) Deputy Clerk, Kim Means

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy