| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐     No ☐ |
|---|---|---|

| 1. CASE NAME Neo4j, Inc. and Neo4j Sweden, AB v. PureThink LLC, iGov Inc. and John Mark Suhy | 2. CASE NUMBER 5:18-cv-07182-EJD | 3. DATE JUDGMENT ENTERED August 15, 2024 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED PureThink LLC, iGov Inc. and John Mark Suhy |
|---|---|---|---|

| 5. NAME OF CLAIMING PARTY Plaintiffs Neo4j, Inc. and Neo4j Sweden AB | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Jeffrey M. Ratinoff, Spencer Fane LLP | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |
|---|---|---|

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400.00 | Ratinoff Decl., Ex. 1 to ECF No. 1 (Receipt Number 0971- 12880258)  Ratinoff Decl., Ex. 2: 2018 11 28 Payment Confirmation | | | |
| Service of Process, Civil LR 54-3(a)(2) | $160.00 | Ratinoff Decl., Ex. 3: Statement from Same Day Process Service, Inc. (Invoice Nos. 105359 and 105360) | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $2606.30 | Ratinoff Decl., Ex. 4: Invoice for 2023 11 14 and 2023 11 28 Trial Transcripts | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $3,553.50 | Ratinoff Decl., Ex. 5: Inv. No. 116245 from Bell & Meyers - Deposition of John Mark Suhy (Pt 1) transcript | | | |
| | $860.00 | Ratinoff Decl., Ex. 6: Inv. No. 116306 from Bell & Meyers - Deposition of John Mark Suhy (Pt 1) video invoice | | | |
| | $1,434.50 | Ratinoff Decl., Ex. 7: Inv. No. 202028 from Bell & Meyers - Deposition of Jim Weyant | | | |
| | $1,603.50 | Ratinoff Decl., Ex. 8: Inv. No. 202095 from | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Bell & Meyers - Deposition of Mariano Pelliza | | | |
| | $2,680.75 | Ratinoff Decl., Ex. 9: Inv. No. 202144 from Bell & Meyers - Deposition of Ashwani Mayur | | | |
| | $3,304.10 | Ratinoff Decl., Ex. 10: Inv. No. 202181 from Bell & Meyers - Deposition of Michael Stavrianos | | | |
| | $4,633.75 | Ratinoff Decl., Ex. 11: Inv. No. 202224 from Bell & Meyers - Deposition of Michael C. Dunn | | | |
| | $3,924.70 | Ratinoff Decl., Ex. 12: Inv. No. 202239 from Bell & Meyers - Deposition of Turin Pollard | | | |
| | $4,915.50 | Ratinoff Decl., Ex. 13: Inv. No. 202245 from Bell & Meyers - Deposition of John Mark Suhy (Pt 2) | | | |
| | | *See also* Ratinoff Decl., Ex. 26 for calculations of each invoice by category under Civil LR 54-3(c) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $540.55 | Ratinoff Decl., Ex. 5: Inv. No. 116245 from Bell & Meyers - Deposition of John Mark Suhy (Pt 1) transcript | | | |
| | $57.80 | Ratinoff Decl., Ex. 7: Inv. No. 202028 from Bell & Meyers - Deposition of Jim Weyant | | | |
| | $343.00 | Ratinoff Decl., Ex. 8: Inv. No. 202095 from Bell & Meyers - Deposition of Mariano Pelliza | | | |
| | $128.10 | Ratinoff Decl., Ex. 9: Inv. No. 202144 from Bell & Meyers - Deposition of Ashwani Mayur | | | |
| | $233.95 | Ratinoff Decl., Ex. 10: Inv. No. 202181 from Bell & Meyers - Deposition of Michael Stavrianos | | | |
| | $194.60 | Ratinoff Decl., Ex. 11: Inv. No. 202224 from Bell & Meyers - Deposition of Michael C. Dunn | | | |
| | $341.00 | Ratinoff Decl., Ex. 12: Inv. No. 202239 from Bell & Meyers - Deposition of Turin Pollard | | | |
| | $185.15 | Ratinoff Decl., Ex. 13: Inv. No. 202245 from Bell & Meyers - Deposition of John Mark Suhy (Pt 2) | | | |
| | | *See also* Ratinoff Decl., Ex. 26 for calculations of each invoice by category under Civil LR 54-3(c) | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $487.50 | Ratinoff Decl., Ex. 5: Inv. No. 116245 from Bell & Meyers - Deposition of John Mark Suhy | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | (Pt 1) transcript |  |  |  |
|  | $1,225.00 | Ratinoff Decl., Ex. 6: Inv. No. 116306 from Bell & Meyers - Deposition of John Mark Suhy (Pt 1) video invoice |  |  |  |
|  | $1,371.50 | Ratinoff Decl., Ex. 7: Inv. No. 202028 from Bell & Meyers - Deposition of Jim Weyant |  |  |  |
|  | $1,244.00 | Ratinoff Decl., Ex. 8: Inv. No. 202095 from Bell & Meyers - Deposition of Mariano Pelliza |  |  |  |
|  | $1,281.50 | Ratinoff Decl., Ex. 9: Inv. No. 202144 from Bell & Meyers - Deposition of Ashwani Mayur |  |  |  |
|  | $1,779.00 | Ratinoff Decl., Ex. 10: Inv. No. 202181 from Bell & Meyers - Deposition of Michael Stavrianos |  |  |  |
|  | $2,024.00 | Ratinoff Decl., Ex. 11: Inv. No. 202224 from Bell & Meyers - Deposition of Michael C. Dunn |  |  |  |
|  | $2,054.00 | Ratinoff Decl.,  Ex. 12: Inv. No. 202239 from Bell & Meyers - Deposition of Turin Pollard |  |  |  |
|  | $2,564.00 | Ratinoff Decl., Ex. 13: Inv. No. 202245 from Bell & Meyers - Deposition of John Mark Suhy (Pt 2) |  |  |  |
|  |  | *See also* Ratinoff Decl., Ex. 26 for calculations of each invoice by category under Civil LR 54-3(c) |  |  |  |
| **d. REPRODUCTION, EXEMPLIFICATION** |  |  |  |  |  |
| Government records, Civil LR 54-3(d)(1) |  |  |  |  |  |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $10,321.13 | Ratinoff Decl., Ex. 14 - 2019 07 31 Catalyst Inv 1197590 for eDiscovery and Document Processing |  |  |  |
|  | $3,837.50 | Ratinoff Decl., Ex. 15 - 2019 08 15 Catalyst Inv 1198365 for eDiscovery and Document Processing |  |  |  |
|  | $975.00 | Ratinoff Decl., Ex. 16 - 2022 06 09 OpenText Inv 9003191469 for eDiscovery and Document Processing |  |  |  |
|  | $3,687.50 | Ratinoff Decl., Ex. 17 - 2022 09 21 OpenText Inv 9003347797 for eDiscovery and Document Processing |  |  |  |
|  | $1,750.00 | Ratinoff Decl., Ex. 18 - 2022 10 20 OpenText Inv 9003397301 for eDiscovery and Document Processing |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | $2,562.50 | Ratinoff Decl., Ex. 19 - 2022 11 10 OpenText Inv 9003511136 for eDiscovery and Document Processing | | | |
| | $7,435.00 | Ratinoff Decl., Ex. 20 - 2022 12 13 OpenText Inv 9003625708 for eDiscovery and Document Processing | | | |
| | $6,875.00 | Ratinoff Decl., Ex. 21 - 2023 01 13 OpenText Inv 9003698572 for eDiscovery and Document Processing | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $14,973.97 | Ratinoff Decl., Ex. 22: [ECF No. 180] ORDER For Modification of Case Schedule after Trial Setting Conference at 3:26-4:3. Ratinoff Decl., Ex. 23: Court's Request for Trial Exhibit and Witness Binders Ratinoff Decl., Ex. 24: 2023 11 20 Array Inv No X84103 for Trial Exhibit and Witness Binders Ratinoff Decl., Ex. 25: 2023 11 30 Array Inv No X84609 for Additional Witness Binders | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | **$98,548.85** | | $ | $ | |

| 9. ADDITIONAL COMMENTS, NOTES, ETC: | |
|---|---|
| **10. AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party**:  Jeffrey M. Ratinoff/Plaintiffs Neo4j, Inc. and Neo4j Sweden AB | 11. Costs are taxed in the amount of                          and included in the judgment.<br><br>Mark B. Busby<br>Clerk of Court |
| SIGNATURE:                          DATE: 08/29/2024 | BY:                          Deputy Clerk          DATE: |

SJ 2098537.1

| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | 1 | | | | | | |
| | 1 | | | | | | |
| | 1 | | | | | | |
| | 1 | | | | | | |
| | 1 | | | | | | |
| | 1 | | | | | | |
| TOTAL WITNESS FEES/EXPENSES | | | | | | | $  0.00 |