1  **SPENCER FANE LLP**
   John V. Picone III, CA Bar No. 187226
2  jpicone@spencerfane.com
   Jeffrey M. Ratinoff, CA Bar No. 197241
3  jratinoff@spencerfane.com
   225 West Santa Clara Street
4  Suite 1500
   San Jose, California 95113
5  Telephone:     408.286.5100
   Facsimile:     408.286.5722
6
   Attorneys for Plaintiffs and Counter-Defendants
7  NEO4J, INC. and NEO4J SWEDEN AB

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 NEO4J, INC., a Delaware corporation;            Case No. 5:18-cv-07182-EJD
   NEO4J SWEDEN, AB,
11                                                 **DECLARATION OF JEFFREY M.**
                  *Plaintiffs*,                    **RATINOFF IN SUPPORT OF**
12                                                 **PLAINTIFFS' BILL OF COSTS**
           v.
13
   PURETHINK LLC, a Delaware limited
14 liability company; IGOV INC., a Virginia
   corporation; and JOHN MARK SUHY, an
15 individual,

16                *Defendants*.

17
   AND RELATED COUNTERCLAIMS.
18

19

20

21

22

23

24

25

26

27

28

I, Jeffrey M. Ratinoff, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all courts of the State of California, and am a partner of Spencer Fane LLP, attorneys of record for Plaintiff Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned matter.  I make this declaration in support of Plaintiffs' Bill of Costs.

2.      The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the email confirmation of the filing of the Complaint (ECF No. 1) and payment of the initial filing fee of $400 in the above-entitled action.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of a November 28, 2018 email confirming Plaintiffs' payment of the initial filing fee of $400 in the above-entitled Action.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an invoice for the costs incurred in serving the Complaint and the Summons issued in the above-entitled Action, which was paid by Plaintiffs.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the invoice to Plaintiffs for transcripts of the trial proceedings held on November 14, 2023 and November 28, 2023, which was subsequently paid by Plaintiffs.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of Invoice No. 116245 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of John Mark Suhy (court reporter and deposition transcript), dated November 24, 2020 and subsequently paid by Plaintiffs.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Invoice No. 116306 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of John Mark Suhy (videographer and video deposition), dated November 24, 2020 and subsequently paid by Plaintiffs.

/ / /

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Invoice No. 202028 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of Jim Weyant, dated October 3, 2022 and subsequently paid by Plaintiffs.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of Invoice No. 202095 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of Mariano Lopez Pelliza, dated October 24, 2022 and subsequently paid by Plaintiffs.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of Invoice No. 202144 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of Ashwani Mayur, dated November 4, 2022 and subsequently paid by Plaintiffs.

12.      Attached hereto as **Exhibit 10** is a true and correct copy of Invoice No. 202181 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of Michael Stavrianos, dated November 17, 2022 and subsequently paid by Plaintiffs.

13.      Attached hereto as **Exhibit 11** is a true and correct copy of Invoice No. 202224 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of Michael C. Dunn, dated December 6, 2022 and subsequently paid by Plaintiffs.

14.      Attached hereto as **Exhibit 12** is a true and correct copy of Invoice No. 202239 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of Turin Pollard, dated December 14, 2022 and subsequently paid by Plaintiffs.

15.      Attached hereto as **Exhibit 13** is a true and correct copy of Invoice No. 202245 from Bell & Myers Court Reporters and Legal Videographers for the Deposition of John Mark Suhy, dated December 12, 2022 and subsequently paid by Plaintiffs.

16.      Attached hereto as **Exhibit 14** is a true and correct copy of Invoice No. 1197590 from Catalyst Repository Systems for eDiscovery collection, OCR processing and copying services, dated July 31, 2019 and subsequently paid by Plaintiffs.

17.      Attached hereto as **Exhibit 15** is a true and correct copy of Invoice No. 1198365 from Catalyst Repository Systems for eDiscovery OCR and other processing services, dated August 31, 2019 and subsequently paid by Plaintiffs.

/ / /

DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' BILL OF COSTS
Case No. 5:18-cv-07182-EJD

18.     Attached hereto as **Exhibit 16** is a true and correct copy of Invoice No. 9003191469 from OpenText Inc. for eDiscovery collection services, dated June 9, 2022 and subsequently paid by Plaintiffs.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of Invoice No. 9003347797 from OpenText Inc. for eDiscovery collection, uploading, OCR processing and copying services, dated September 21, 2022 and subsequently paid by Plaintiffs.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of Invoice No. 9003397301 from OpenText Inc. for eDiscovery collection, uploading, OCR processing and production services, dated October 20, 2022 and subsequently paid by Plaintiffs.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of Invoice No. 9003511136 from OpenText Inc. for eDiscovery collection, uploading, OCR processing and production services, dated November 10, 2022 and subsequently paid by Plaintiffs.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of Invoice No. 9003625708 from OpenText Inc. for eDiscovery collection, uploading, OCR processing and production services, dated December 13, 2022 and subsequently paid by Plaintiffs.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of Invoice No. 9003698572 from OpenText Inc. for eDiscovery collection, uploading, OCR processing and production services, dated January 13, 2023 and subsequently paid by Plaintiffs

24.     Attached hereto as **Exhibit 22** is a true and correct copy of the Stipulation and Order for Modification of Case Schedule after Trial Setting Conference, ECF No. 180, which was issued by the Court on April 6, 2023.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of an email from the Court's Deputy Clerk, Chere Robinson, to the parties' respective counsel concerning the number of trial exhibit and witness binders required by the Court, which was sent on November 7, 2023.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of Invoice No. X84103 from Array for the copying and assembly of trial exhibit and witness binders required by the Court, dated November 20, 2023 and subsequently paid by Plaintiffs.

/ / /

3

27.     Attached hereto as **Exhibit 25** is a true and correct copy of Invoice No. X84609 from Array for the copying and assembly of additional trial exhibit and witness binders required by the Court, dated November 30, 2023 and subsequently paid by Plaintiffs.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of a spread sheet reflecting calculations by category per Civil LR 54-3(c) of the charges reflected in Exhibit 5 through Exhibit 13 of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 29th day of August, 2024, at San Jose, California.

_____
Jeffrey M. Ratinoff

# EXHIBIT 1

## Complaints and Other Initiating Documents

5:18-cv-07182 Neo4j, Inc. v. PureThink, LLC et al

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered by Ratinoff, Jeffrey on 11/28/2018 at 11:35 AM PST and filed on 11/28/2018

**Case Name:**       Neo4j, Inc. v. PureThink, LLC et al
**Case Number:**     5:18-cv-07182
**Filer:**           Neo4j, Inc.
**Document Number:** 1

**Docket Text:**
**COMPLAINT *for (1) Trademark Infringement; (2) False Designation of Origin; (3) False Advertising; (4) Federal and State Unfair Competition; (5) Breach of Contract; and (6) Invasion of Privacy* against All Defendants ( Filing fee $ 400, receipt number 0971-12880258.). Filed byNeo4j, Inc.. (Attachments: # (1) Civil Cover Sheet)(Ratinoff, Jeffrey) (Filed on 11/28/2018)**

**5:18-cv-07182 Notice has been electronically mailed to:**

Jeffrey Michael Ratinoff     jratinoff@hopkinscarley.com, dhodges@hopkinscarley.com

**5:18-cv-07182 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Complaint for TM Infringement.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/28/2018] [FileNumber=15373473-0
] [0a22794f837f042a0bc415672368e2cd7885c4fe5f94519861f2053d940d46d3af4
a28417d82c61c0003489efd85bba3371dd683ae4b7f23c0b1810fb107fec1]]
**Document description:**Civil Cover Sheet
**Original filename:**C:\fakepath\Civil Case Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/28/2018] [FileNumber=15373473-1
] [3b40a68b7e634391deba0fda007caab10f67645fd8162f93f3dbf1f38ef514b297a
4e23d0e13983030457c746afe207bcf99eb51679255f1a2904f1e55dd66db]]

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:18-cv-07182 Neo4j, Inc. v. PureThink, LLC et al Complaint |
| **Date:** | Wednesday, November 28, 2018 11:36:27 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered by Ratinoff, Jeffrey on 11/28/2018 at 11:35 AM PST and filed on 11/28/2018

| | |
|---|---|
| **Case Name:** | Neo4j, Inc. v. PureThink, LLC et al |
| **Case Number:** | 5:18-cv-07182 |
| **Filer:** | Neo4j, Inc. |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT *for (1) Trademark Infringement; (2) False Designation of Origin; (3) False Advertising; (4) Federal and State Unfair Competition; (5) Breach of Contract; and (6) Invasion of Privacy* against All Defendants ( Filing fee $ 400, receipt number 0971-12880258.). Filed byNeo4j, Inc.. (Attachments: # (1) Civil Cover Sheet)(Ratinoff, Jeffrey) (Filed on 11/28/2018)**

**5:18-cv-07182 Notice has been electronically mailed to:**

Jeffrey Michael Ratinoff     jratinoff@hopkinscarley.com, dhodges@hopkinscarley.com

**5:18-cv-07182 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Complaint for TM Infringement.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/28/2018] [FileNumber=15373473-0
] [0a22794f837f042a0bc415672368e2cd7885c4fe5f94519861f2053d940d46d3af4
a28417d82c61c0003489efd85bba3371dd683ae4b7f23c0b1810fb107fec1]]

**Document description:**Civil Cover Sheet
**Original filename:**C:\fakepath\Civil Case Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/28/2018] [FileNumber=15373473-1
] [3b40a68b7e634391deba0fda007caab10f67645fd8162f93f3dbf1f38ef514b297a
4e23d0e13983030457c746afe207bcf99eb51679255f1a2904f1e55dd66db]]

# EXHIBIT 2

From:        notification@pay.gov
To:          Diana L. Hodges
Subject:     Pay.gov Payment Confirmation: CAND CM ECF
Date:        Wednesday, November 28, 2018 11:34:29 AM

Your payment has been submitted to Pay.gov and the details are below. If you have any
questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-
7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 26DPGOB9
Agency Tracking ID: 0971-12880258
Transaction Type: Sale
Transaction Date: Nov 28, 2018 2:34:24 PM

Account Holder Name: Diana Hodges
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************3516


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# EXHIBIT 3

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington, DC20005**
**Ph: 844-737-8331**
**Fx: 202-658-7925**
**Email at: billing@samedayprocess.com**

**Statement Date**
**01/04/2019**

**Tax I.D. Number**
**141937022**

Hopkins & Carley
PO Box 1469
San Jose, CA95109

408-286-9800

# STATEMENT (06/01/2017 to 12/31/2018)

---

| INVOICE#: **105360** | Date Invoiced: **11/30/2018** | Amount: $85.00 |
|---|---|---|

CASE: NEO4J, Inc., a Delaware corporation v. PureThink, LLC, a Delaware limited liabi

Our Job#: 235813 — Servee: PureThink, LLC, a Delaware limited liability company
Your Ref: Diana L. Hodges — Date Completed: 12/03/2018 at 1:20 PM - Manner: NON-SERVICE Bad Address
Ref:

| **Item:** | Process Serving Fee within 10 mi (Address is outside 495 Beltway but within 10 miles) | $85.00 |
|---|---|---|
| **BALANCE:** | | **$85.00** |

---

| INVOICE#: **105359** | Date Invoiced: **11/30/2018** | Amount: $75.00 |
|---|---|---|

CASE: NEO4J, Inc., a Delaware corporation v. PureThink, LLC, a Delaware limited liabi

Our Job#: 235812 — Servee: PureThink, LLC, a Delaware limited liability company
Your Ref: Diana L. Hodges — Date Completed: 11/29/2018 at 3:35 PM - Manner: NON-SERVICE Bad Address
Ref:

| **Item:** | Process Serving Fee within 10 mi (Address is outside 495 Beltway but within 10 miles) | $75.00 |
|---|---|---|
| **BALANCE:** | | **$75.00** |

---

CURRENT: **$160.00**

# Hopkins & Carley
### A Law Corporation

# CHECK REQUEST

Today's Date:     January 3, 2019                    Date Check Needed: _____

Payable to:     Same Day Process Service, Inc.          Amount:  $  160.00

Client:   Neo4j, Inc.                                    Code:   35942-002

Reason:  Service of Summons/Complaint, etc., on Defendants

Return Check To: _____     Mail: **XX**

          Indicate:       Firm Account:  **XX**              Trust Account:  _____

                                          Trust Account Balance:  _____

Authorization Signature:_____     Timekeeper No.  614

*Requests over $100.00 must be approved by a Shareholder.*

*Receipt(s) must be attached for processing.*

## ACCOUNTING DEPARTMENT USE ONLY

| | |
|---|---|
| | |
| | |
| | |
| | |

# EXHIBIT 4

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20233839

**MAKE CHECKS PAYABLE TO:**

Jeffrey Ratinoff
Hopkins & Carley
The Letitia Building
70 S. First Street
San Jose, CA 95113

IRENE L. RODRIGUEZ, CSR,RMR,CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113
Irene_Rodriguez@cand.uscourts.gov

| __ CRIMINAL | X CIVIL | DATE ORDERED: 11-15-2023 | DATE DELIVERED: 11-15-2023 |
|---|---|---|---|

**In the matter of:** CV-18-7182 EJD, Neo4J v PureThink

Transcript of Proceedings held on 11/14/2023 (186 PGS.) & 11/28/23 (203 pgs.), Original

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 389 | 6.70 | 2606.30 | | | | | | | 2606.30 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 2606.30 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 2606.30 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 11-29-2023 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# EXHIBIT 5

# I N V O I C E

Bell & Myers Court Reporters and Legal
Videographers
2055 Junction Avenue
Suite 200
San Jose, CA  95131
Phone:408-287-7500   Fax:408-294-1211

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116245 | 11/24/2020 | 51243 |
| **Job Date** | **Case No.** | |
| 10/22/2020 | 5:18-cv-07182-EJD | |
| **Case Name** | | |
| Neo4j, Inc., et al. v. Purethink, LLC, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeffrey M. Ratinoff, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA  95113

ORIGINAL AND ONE COPY OF THE VIDEO DEPOSITION OF:

| | | | |
|---|---|---|---|
| John Mark Suhy - PureThink 30(b)(6) | 300.00 | Pages | 1,650.00 |
| 5 Day Expedite | | | 990.00 |
| Hourly | 8.00 | Hours | 320.00 |
| After 5:00 hourly rate | 1.50 | | 112.50 |
| Exhibits copied/scanned | 599.00 | Pages | 419.30 |
| Exhibits - Color Laser Copies | 45.00 | | 56.25 |
| Certificate Fee O+1 | | | 30.00 |
| Realtime | 261.00 | | 456.75 |
| Rough ASCII | 261.00 | | 456.75 |
| Wit Letter (Code Compl) | | | 25.00 |
| Processing O+1 - P/H (oversized) | | | 65.00 |

| | | |
|---|---|---|
| **TOTAL DUE  >>>** | | **$4,581.55** |
| AFTER 12/24/2020  PAY | | $5,039.71 |

VIDEOGRAPHER CHARGES TO BE BILLED SEPARATELY AND SENT UNDER SEPARATE COVER.

We appreciate your business.  Thank you!

We accept Visa, Mastercard and AmericanExpress with a 3.5% processing fee.

**Tax ID:** 77-0322902                                     Phone: 408-286-9800   Fax:408-998-4790

*Please detach bottom portion and return with payment.*

Jeffrey M. Ratinoff, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA  95113

Job No.      :  51243            BU ID        : 1-SJ
Case No.     :  5:18-cv-07182-EJD
Case Name   :  Neo4j, Inc., et al. v. Purethink, LLC, et al.

Invoice No.  :  116245        Invoice Date  : 11/24/2020
**Total Due  :  $ 4,581.55**
AFTER 12/24/2020  PAY  $5,039.71

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Bell & Myers Court Reporters and Legal
Videographers
2055 Junction Avenue
Suite 200
San Jose, CA  95131**

# I N V O I C E

Bell & Myers Court Reporters and Legal
Videographers
2055 Junction Avenue
Suite 200
San Jose, CA  95131
Phone:408-287-7500   Fax:408-294-1211

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116245 | 11/24/2020 | 51243 |
| **Job Date** | **Case No.** | |
| 10/22/2020 | 5:18-cv-07182-EJD | |
| **Case Name** | | |
| Neo4j, Inc., et al. v. Purethink, LLC, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeffrey M. Ratinoff, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA  95113

**Tax ID:** 77-0322902

Phone: 408-286-9800   Fax:408-998-4790

*Please detach bottom portion and return with payment.*

Jeffrey M. Ratinoff, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA  95113

Job No.      :  51243          BU ID      : 1-SJ
Case No.     :  5:18-cv-07182-EJD
Case Name    :  Neo4j, Inc., et al. v. Purethink, LLC, et al.

Invoice No.  :  116245      Invoice Date  : 11/24/2020
**Total Due  :  $ 4,581.55**

AFTER 12/24/2020  PAY  $5,039.71

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                   Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Bell & Myers Court Reporters and Legal**
**Videographers**
**2055 Junction Avenue**
**Suite 200**
**San Jose, CA  95131**

# EXHIBIT 6

# I N V O I C E

Bell & Myers Legal Videography
2055 Junction Avenue
Suite 200
San Jose, CA  95131
Phone:408-287-7500  Fax:408-294-1211

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116306 | 11/24/2020 | 51244 |
| **Job Date** | **Case No.** | |
| 10/22/2020 | 5:18-cv-07182-EJD | |
| **Case Name** | | |
| Neo4j, Inc., et al. v. Purethink, LLC, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeffrey M. Ratinoff, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA  95113

VIDEOGRAPHER CHARGES FOR THE DEPOSITION OF:

John Mark Suhy - iGov Inc. 30(b)(6)

| | | |
|---|---|---|
| Videographer/3-Hour Minimum | | 500.00 |
| Videographer-Add'l hours | 5.00 | 500.00 |
| Videographer/After Hours | 1.50 | 225.00 |
| Orig DVD Masters/Storage | 4.00 | 160.00 |
| Synchronized DVD w/ trpt | 7.00 | 700.00 |
| **TOTAL DUE  >>>** | | **$2,085.00** |
| AFTER 12/24/2020 PAY | | $2,293.50 |

We appreciate your business.  Thank you!

We accept Visa, Mastercard and AmericanExpress with a 3.5% processing fee.

**Tax ID:** 77-0322902                                    Phone: 408-286-9800    Fax:408-998-4790

*Please detach bottom portion and return with payment.*

Jeffrey M. Ratinoff, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA  95113

Job No.      :  51244          BU ID        :3-VIDEO
Case No.     :  5:18-cv-07182-EJD
Case Name    :  Neo4j, Inc., et al. v. Purethink, LLC, et al.

Invoice No.  :  116306        Invoice Date  :11/24/2020
**Total Due  :  $ 2,085.00**
AFTER 12/24/2020 PAY  $2,293.50

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue
Suite 200
San Jose, CA  95131**

# EXHIBIT 7



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

| | |
|---|---|
| **Invoice Number:** | **202028** |
| Invoice Date: | 10/03/2022 |
| Job Number: | 301491 |

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
Case Number: 5:18-CV-07182-EJD
Attendance Date: 09/16/2022, 8:00 a.m.

| Qty | Description | Amount |
|---:|---|---:|
| | **Jim Weyant - 30(b)(6) for CACI International, Inc.** | |
| 160 | Original & 1 Certified Transcript | 960.00 |
| 139 | Video Surcharge | 69.50 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 1 | Before 9:00am hourly rate | 90.00 |
| 79 | Exhibits Copied/Scanned (B/W) | 55.30 |
| 2 | Exhibits Copied/Scanned (Color) | 2.50 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 1.25 | Videographer - Additional Hours | 187.50 |
| 2 | Original DVD Masters/Storage | 80.00 |
| 3.25 | Synchronized DVD with Transcript | 325.00 |

Invoice Total:   2938.80

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

---

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 202028 |
| Invoice Date: | 10/03/2022 |
| Amount Due: | **$2938.80** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**



Cardholder`s Name:

Card Number:

Exp. Date:          Phone:

Billing Address:

Zip:          Security Code:

Signature:

# EXHIBIT 8



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

| | |
|---|---|
| **Invoice Number:** | **202095** |
| Invoice Date: | 10/24/2022 |
| Job Number: | 301490 |

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
Case Number: 5:18-CV-07182-EJD
Attendance Date: 09/22/2022, 8:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Mariano Lopez Pelliza (Designee of Analytica)** | |
| 167 | Original & 1 Certified Transcript | 1002.00 |
| 143 | Video Surcharge | 71.50 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 232 | Exhibits Copied/Scanned (B/W) | 162.40 |
| 183 | Exhibits Copied/Scanned (Color) | 183.00 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 1 | Videographer - Additional Hours | 150.00 |
| 2 | Original DVD Masters/Storage | 80.00 |
| 4.5 | Synchronized DVD with Transcript | 450.00 |

Invoice Total:   3267.90

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 202095 |
| Invoice Date: | 10/24/2022 |
| Amount Due: | **$3267.90** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**



Cardholder`s Name:

Card Number:

Exp. Date:          Phone:

Billing Address:

Zip:          Security Code:

Signature:

# EXHIBIT 9



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

| | |
|---|---|
| **Invoice Number:** | **202144** |
| Invoice Date: | 11/04/2022 |
| Job Number: | 301703 |

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
   Case Number: 5:18-CV-07182-EJD
   Attendance Date: 10/25/2022, 8:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **Ashwani Mayur - PMK of eGovernment Solutions** | |
| 164 | Original & 1 Certified Transcript | 984.00 |
| 1 | Expedite - 3 Day | 691.20 |
| 144 | Video Surcharge | 72.00 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 158 | Exhibits Copied/Scanned (B/W) | 110.60 |
| 14 | Exhibits Copied/Scanned (Color) | 17.50 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 141 | Realtime | 282.00 |
| 141 | Rough ASCII | 246.75 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 1.25 | Videographer - Additional Hours | 187.50 |
| 2 | Original DVD Masters/Storage | 80.00 |
| 3.25 | Synchronized DVD with Transcript | 325.00 |

Invoice Total: 4165.55

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 202144 |
| Invoice Date: | 11/04/2022 |
| Amount Due: | **$4165.55** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

Cardholder`s Name: _____

Card Number: _____

Exp. Date: _____ Phone: _____

Billing Address: _____

Zip: _____ Security Code: _____

Signature: _____

# EXHIBIT 10



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

| | |
|---|---|
| **Invoice Number:** | **202181** |
| Invoice Date: | 11/17/2022 |
| Job Number: | 301489 |

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
Case Number: 5:18-CV-07182-EJD
Attendance Date: 11/07/2022, 10:30 a.m.

| Qty | Description | Amount |
|---:|---|---:|
| | **Michael Stavrianos - ASR Analytics, LLC** | |
| 256 | Original & 1 Certified Transcript | 1536.00 |
| 1 | Expedite - 4 Day | 936.60 |
| 223 | Video Surcharge | 111.50 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 1.5 | Before 9:00am hourly rate | 135.00 |
| 286 | Exhibits Copied/Scanned (B/W) | 200.20 |
| 27 | Exhibits Copied/Scanned (Color) | 33.75 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 2.5 | Videographer - Additional Hours | 375.00 |
| 1.5 | Videographer - After Hours | 225.00 |
| 3 | Original DVD Masters/Storage | 120.00 |
| 6 | Synchronized DVD with Transcript | 600.00 |

Invoice Total:    5442.05

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of
our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please detach bottom portion and return with payment*

| | | |
|---|---|---|
| Invoice Number: | 202181 | Cardholder`s Name: |
| Invoice Date: | 11/17/2022 | Card Number: |
| Amount Due: | **$5442.05** | Exp. Date:        Phone: |
| Amount Enclosed: | $_____ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | | Zip:        Security Code: |
| | | Signature: |

# EXHIBIT 11



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

| | |
|---|---|
| **Invoice Number:** | **202224** |
| Invoice Date: | 12/06/2022 |
| Job Number: | 301750 |

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
　　　　Case Number: 5:18-CV-07182-EJD
　　　　Attendance Date: 11/17/2022, 8:30 a.m.

| Qty | Description | Amount |
|---:|---|---:|
| | **Michael C. Dunn (Designee of IRS)** | |
| 338 | Original & 1 Certified Transcript | 2028.00 |
| 1 | Expedite - 5 Day Expedite | 1054.80 |
| 293 | Video Surcharge | 146.50 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 0.75 | After 5:00pm/before 9:00am hourly rate | 67.50 |
| 278 | Exhibits Copied/Scanned (B/W) | 194.60 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 283 | Rough ASCII | 495.25 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 5 | Videographer - Additional Hours | 750.00 |
| 0.75 | Videographer - After Hours | 112.50 |
| 4 | Original DVD Masters/Storage | 160.00 |
| 7.5 | Synchronized DVD with Transcript | 750.00 |

| | |
|---|---:|
| Invoice Total: | 6928.15 |

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Invoice Number: | 202224 |
| Invoice Date: | 12/06/2022 |
| Amount Due: | **$6928.15** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder`s Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Security Code: _____

Signature: _____

# EXHIBIT 12



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

| | |
|---|---|
| **Invoice Number:** | **202239** |
| Invoice Date: | 12/14/2022 |
| Job Number: | 301702 |

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
        Case Number: 5:18-CV-07182-EJD
        Attendance Date: 12/01/2022, 12:00 p.m.

| Qty | Description | Amount |
|---:|---|---:|
| | **Turin Pollard - 30(b)(6) for Greystones Consulting** | |
| 253 | Original & 1 Certified Transcript w/video surcharge | 1644.50 |
| 1 | Expedite - 3 Day | 1149.20 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 2.75 | After 5:00pm/before 9:00am hourly rate | 247.50 |
| 205 | Exhibits Copied/Scanned (B/W) | 143.50 |
| 142 | Exhibits Copied/Scanned (Color) | 177.50 |
| 1 | CD - Exhibit for orig. transcript | 20.00 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 218 | Rough ASCII | 436.00 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (O+1) (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 2 | Videographer - Additional Hours | 300.00 |
| 2.75 | Videographer - After Hours | 412.50 |
| 3 | Original DVD Masters/Storage | 120.00 |
| 5.75 | Synchronized DVD with Transcript | 575.00 |

Invoice Total:   6394.70

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

--------------------------------------------------------------------------------

| | |
|---|---|
| Invoice Number: | 202239 |
| Invoice Date: | 12/14/2022 |
| Amount Due: | **$6394.70** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

Cardholder`s Name: _____

Card Number: _____

Exp. Date: _____ Phone: _____

Billing Address: _____

Zip: _____ Security Code: _____

Signature: _____

# EXHIBIT 13



Bell & Myers Court Reporters and Legal Videographers
2055 Junction Avenue, Suite 200
San Jose, CA 95131
408-287-7500

# INVOICE

Hopkins & Carley
ATTN: Jeffrey M. Ratinoff, Esq.
70 South First Street
San Jose, CA  95113

**Invoice Number:** **202245**
Invoice Date:   12/12/2022
Job Number:      301763

In Re:   Neo4j, Inc., et al. v. Purethink, LLC, et al.
         Case Number: 5:18-CV-07182-EJD
         Attendance Date: 11/29/2022, 8:00 a.m.

| Qty | Description | Amount |
|---|---|---|
| | **John Mark Suhy** | |
| 467 | Original & 1 Certified Transcript w/video surcharge | 3035.50 |
| 1 | Appearance Fee (Over 2 hours) | 400.00 |
| 3 | After 5:00pm before 9:00am hourly rate | 270.00 |
| 227 | Exhibits Copied/Scanned (B/W) | 158.90 |
| 21 | Exhibits Copied/Scanned (Color) | 26.25 |
| 1 | Certificate Fee (O+1) | 44.00 |
| 410 | Rough ASCII | 820.00 |
| 1 | Litigation Support Pack (O+1) | |
| 1 | Witness Letter (Code Compliance) | 50.00 |
| 1 | Postage & Handling (Oversized) | 75.00 |
| | **O+1 Video** | |
| 1 | Videographer - 3 Hour Minimum | 600.00 |
| 5 | Videographer - Additional Hours | 750.00 |
| 3 | Videographer - After Hours | 450.00 |
| 4 | Original DVD Masters/Storage | 160.00 |
| 9 | Synchronized DVD with Transcript | 900.00 |

Invoice Total:    7739.65

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Include the Invoice Number on Your Check.**

A 10% late fee will be applied to all invoices after 30 days.

Tax ID: 77-0322902

Please Note: If you wish to pay by credit card, a 3.5% convenience fee will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 202245 |
| Invoice Date: | 12/12/2022 |
| Amount Due: | **$7739.65** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

Cardholder`s Name:

Card Number:

Exp. Date:          Phone:

Billing Address:

Zip:          Security Code:

Signature:

# EXHIBIT 14



# Invoice

| | |
|---|---|
| **Date** | 7/31/2019 |
| **Invoice #** | 1197590 |
| **Client Number** | 00519 : 00519.513 |
| | |
| **PO #** | |
| **Terms** | Net 30 Days |
| **Due Date** | 8/30/2019 |
| **Sales Rep** | |

Catalyst Repository Systems, Inc.
1860 Blake Street
Suite 700
Denver CO 80202

Catalyst Repository Tax ID ███████

**Bill To**
Hopkins Carley/NEO4J
70 South First Street
San Jose CA 95113

| Quantity | Description | Rate | Amount ($) |
|---|---|---|---|
| 568.46 | 07/01/19-07/31/19 Variable License Fee (per gb) - Insight | 0.00 | 0.00 |
| 1 | Catalyst Professional Consulting Services per attached details | | 1,618.75 |
| 11 | Collection of eleven (11) custodians Gmail and Google drive data | 500.00 | 5,500.00 |
| 11 | Working copies of evidence items | 285.00 | 3,135.00 |
| 1 | Consulting by third party | | 67.38 |

| | |
|---|---|
| **Total** | 10,321.13 |
| **Amount Due** | $10,321.13 |

For billing related questions or concerns please contact Linda Daniels @ ldaniels@Catalystsecure.com. Thank you!
For Accounts Receivable questions or concerns, please contact catalyst_ar@opentext.com



**Catalyst Repository Systems**
**1860 Blake Street**
**Suite 700**
**Denver, CO 80202**

Invoice submitted to:

Hopkins & Carley

| Invoice Date | **07/15/2019** |
|---|---|

| **Date** | **By** | **Service Summary** | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| | | **In Reference To:  NEO4J (Time)** | | |
| 07/01/2019 | PT | *CS110 - Project Management (L690, LA10)*<br>Site creation and setup; retrieve data from outside source. | 1.75 at $ 250.00/hr | $ 437.50 |
| 07/02/2019 | JW | *PP230 - Data Loading (L630, LA10)*<br>Technical services - data loading - including, but not limited to, the following activities: Media handling and intake including chain of custody; Staging media to servers for virus scanning and upload Preparation; Field Mapping; Verifying structural integrity of the data provided for loading; Uploading of provided records to the review platform; Overlaying data to original records in review platform. Ticket 1297013 | 0.50 at $ 175.00/hr | $ 87.50 |
| 07/02/2019 | PT | *CS110 - Project Management (L690, LA10)*<br>Communication regarding opposing data upload. | 0.75 at $ 250.00/hr | $ 187.50 |
| 07/03/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Parse out the source code data from the production data for data loading. Create a custom load file to track the folder, filename, and the Beg & End control numbers. Address the duplicate files and suffix the control numbers as needed. | 1.50 at $ 250.00/hr | $ 375.00 |
| 07/03/2019 | BB | *PP230 - Data Loading (L630, LA10)*<br>Technical services - data loading - including, but not limited to, the following activities: Media handling and intake including chain of custody; Staging media to servers for virus scanning and upload Preparation; Field Mapping; Verifying structural integrity of the data provided for loading; Uploading of provided records to the review platform; Overlaying data to original records in review platform. Ticket 1297013 | 1.25 at $ 175.00/hr | $ 218.75 |
| 07/05/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Verify the loaded data, kick off OCR jobs as needed, and provide detailed delivery notification. | 0.50 at $ 250.00/hr | $ 125.00 |
| 07/05/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Work with the team to create an updated overlay file with updated values. | 0.50 at $ 0.00/hr | No Charge |
| 07/08/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Address clients email and follow up with the requested details. Follow to client email with the processing instructions and provide details of the data. Follow up to clients email to hold off on processing the data and adjust accordingly. | 0.50 at $ 250.00/hr | $ 125.00 |



**Catalyst Repository Systems**
**1860 Blake Street**
**Suite 700**
**Denver, CO 80202**

Invoice submitted to:

Hopkins & Carley

| Invoice Date | **07/15/2019** |

| 07/11/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Communication with client to discuss the set or search terms to set up. | 0.25 at $ 250.00/hr | $ 62.50 |

*Total Time: $ 1,618.75*
**Total Invoice Amount: $ 1,618.75**

# EXHIBIT 15



# Invoice

| | |
|---|---|
| **Date** | 8/31/2019 |
| **Invoice #** | 1198365 |
| **Client Number** | 00519 : 00519.513 |
| | |
| **PO #** | |
| **Terms** | Net 30 Days |
| **Due Date** | 9/30/2019 |
| **Sales Rep** | Sullivan |

Catalyst Repository Systems, Inc.
1860 Blake Street
Suite 700
Denver CO 80202

Catalyst Repository Tax ID 

**Bill To**
Hopkins Carley/NEO4J
70 South First Street
San Jose CA 95113

| Quantity | Description | Rate | Amount ($) |
|---|---|---|---|
| 82.61 | 08/01/19-08/31/19 Variable License Fee (per gb) - Insight | 0.00 | 0.00 |
| 1 | Catalyst Professional Consulting Services per attached details | | 3,837.50 |

| | |
|---|---|
| **Total** | 3,837.50 |
| **Amount Due** | $3,837.50 |

For billing related questions or concerns please contact Linda Daniels @ ldaniels@Catalystsecure.com. Thank you!
For Accounts Receivable questions or concerns, please contact catalyst_ar@opentext.com



**Catalyst Repository Systems**
**1860 Blake Street**
**Suite 700**
**Denver, CO 80202**

Invoice submitted to:

Hopkins & Carley

| Invoice Date | 08/15/2019 |
|---|---|

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| **In Reference To:** | | **NEO4J (Time)** | | |
| 07/15/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Communication with client to confirm the production data that has been loaded to the site and to discuss setting up training. Look over the collection data and kick off the data staging. Follow up communication with the client to offer training days\times. | 0.75 at $ 250.00/hr | $ 187.50 |
| 07/16/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Analyze the extracted data, verify the 11 custodians, complete the processing workbook to include the 11 new custodians, and kick off the data processing. | 0.75 at $ 250.00/hr | $ 187.50 |
| 07/16/2019 | BB | *PP220 - Processing (L630, LA10)*<br>Technical services - processing - including, but not limited to, the following activities: Media handling and intake including chain of custody; Staging media to servers for virus scanning and processing Preparation; Field Mapping; Processing and uploading of provided media to review platform. Ticket 1301122 | 0.50 at $ 175.00/hr | $ 87.50 |
| 07/18/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Verify the loaded data and kick off OCR jobs where needed. Add the requested users and send follow up confirmation email. Back and forth communication with client to discuss questions about the data and to arrange site training. Complete the training worksheet and lock down the requested day and time. Look over the clients provided search terms and make the needed adjustments to optimize the terms. Test the results and make adjustments as needed to optimize the results. Verify the remaining loaded documents and kick off the last round of OCR batches to run over night. | 2.75 at $ 250.00/hr | $ 687.50 |
| 07/19/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Go through the processing report with the team to confirm the counts to verify against the site. Finalize the processing report for the delivery notification. Provide update with the search terms and provide detailed delivery notification. | 0.75 at $ 250.00/hr | $ 187.50 |



**Catalyst Repository Systems**
**1860 Blake Street**
**Suite 700**
**Denver, CO 80202**

Invoice submitted to:

Hopkins & Carley

| Invoice Date | **08/15/2019** |

| 07/22/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Add Raquel to the site to provide training to the team. Kick off the search reports to have ready for after the training. Follow up web meeting with client to go through the search results, folder the documents, go through additional searches on top of the results, & go through the opposing production data. Create the requested review project and batches. Send follow up email with call recap of the steps performed during the web meeting, provided itemized list of the opposing production issues, and break down the review projects with instructions. | 2.00 at $ 250.00/hr | $ 500.00 |
| 07/22/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Site Training through Raquel. | 1.25 at $ 0.00/hr | No Charge |
| 07/22/2019 | RG | *CS130 - Customer Training (L693, LA10)*<br>Review training for ▆▆▆▆▆▆ Hopkins & Carley. | 2.00 at $ 250.00/hr | $ 500.00 |
| 07/29/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Look into the clients email with the requested issue coding to be added. Provide a follow up email with the suggested shortened naming of the coding values. | 0.25 at $ 250.00/hr | $ 62.50 |
| 07/30/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Look into clients email with the updated issue field values. Add the requested values & confirm on the coding form. Provide follow up confirmation email. | 0.25 at $ 250.00/hr | $ 62.50 |
| 07/31/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Communication with client to discuss adding a new user and arranging training. Add the requested user and follow up to confirm. Communication with the new user and the training team to set up the requested training and lock down a day and time. | 1.00 at $ 250.00/hr | $ 250.00 |
| 08/01/2019 | RG | *CS130 - Customer Training (L693, LA10)*<br>Review training for ▆▆▆▆▆▆ Hopkins & Carley. | 1.75 at $ 250.00/hr | $ 437.50 |
| 08/07/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Look into clients email to set up a call to discuss hosting. Follow up to confirm the time and send out the meeting invite. Call with client to go through the document population on the site, reducing hosting cost, & upcoming production. Run the requested culling searches and folder the results. Follow up with detailed recap email and the additional requested details. | 1.25 at $ 250.00/hr | $ 312.50 |



**Catalyst Repository Systems**
**1860 Blake Street**
**Suite 700**
**Denver, CO 80202**

Invoice submitted to:

Hopkins & Carley

| Invoice Date | **08/15/2019** |

| | | | | |
|---|---|---|---|---|
| 08/08/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Look into client email about creating a review project. Send follow up email with questions to confirm. Based on the email response I called the client to help figure out what was needed. Based on the call I found out they user just needed to be added to the existing review project. Added the additional users to the review project and the review project setting based on the additional follow up email. Send follow up recap email to confirm the steps completed. | 1.00 at $ 250.00/hr | $ 250.00 |
| 08/09/2019 | MJ | *CS110 - Project Management (L690, LA10)*<br>Look into clients email about getting the next batch of documents to review. Look through the current checked out batch and update as needed. Release the remaining documents to clear the queue and provide follow up recap and instructions with how to proceed. | 0.50 at $ 250.00/hr | $ 125.00 |

*Total Time: $ 3,837.50*
**Total Invoice Amount: $ 3,837.50**

# EXHIBIT 16

# opentext™

www.opentext.com

**PS Invoice**

| | |
|---|---|
| Billing Doc. #: | 9003191469 |
| Invoice Date : | 2022-06-09 |
| Due Date: | 2022-07-09 |
| GST/HST #: | 803615467RT0001 |
| EIN# | ███████ |

**Invoice To:**
ATTN: Cindy Nguyen
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

---

**Ship To:**
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**End User Information:**
10497115
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

Customer ID:
10497115

PO Number:

Entitlement Group:
10497115

Terms:
OT Net 30 Days
Salesperson:
Shaun Sullivan
Organization Number:
N/A
Company US10

---

| Qty | Description | Ship Via | Unit Price | Subtotal | Tax : | Price |
|---|---|---|---|---|---|---|
| | NEO4J | | | | | |
| 1 | 1000050810 | Electronic | 975.0000 | 975.00 | 0.00 | 975.00 USD |
| | 2022-05-31 - LTFS: Collection 3P - Standard desktop/laptop computers | | | | | |
| | Product | | | | | |
| 167.030 | 1000050769 | Electronic | 0.0000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-05-31 - Insight Monthly Hosting - 05/01/22-05/31/22 | | | | | |

---

These commodities, technology, or software were exported from the UNITED STATES in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

Project: NEO4J (USA 2022 13026) - Hopkins & Carley - Insight Billing Services - May 2022

1 (2)

**opentext**™                www.opentext.com

| Billing Doc. #: | 9003191469 |
|---|---|

| | | |
|---|---|---|
| Subtotal | | 975.00  USD |
| Discounts: | | 0.00  USD |
| Tax Total: | | 0.00  USD |
| Total: | | 975.00  USD |

Please transfer invoice amount to the account mentioned below and state invoice number. If you have any questions please contact:

OpenText Inc.
c/o J.P. Morgan Lockbox
24685 Network Place
Chicago IL  60673-1246
USA

| | |
|---|---|
| AR Collection Specialist: | AR Collection Specialist |
| Tel: | 1-888-673-6839 |
| Payment Inquiries: | |
| Customers: | accounts.receivable@opentext.com |
| Fax: | |
| | **JPMORGAN CHASE BANK, N.A.** |
| Bank Account: | 802909309 |
| BIC/SWIFT: | CHASUS33XXX |
| IBAN: | |
| ACH | ABA 071000013 |
| Wire | ABA 021000021 |

Click here to pay Online via Credit Card (VISA, MasterCard or AMEX): https://epay.opentext.com/RR-I-USD-9003191469-97500

# EXHIBIT 17

**opentext**™          www.opentext.com

**PS Invoice**

| | |
|---|---|
| Billing Doc. #: | 9003347797 |
| Invoice Date : | 2022-09-21 |
| Due Date: | 2022-10-21 |
| GST/HST #: | 803615467RT0001 |
| EIN# | ▉▉▉▉▉▉ |

**Invoice To:**
ATTN: Cindy Nguyen
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA 95113-2406
USA

**Ship To:**
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA 95113-2406
USA

**End User Information:**
10497115
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA 95113-2406
USA

Customer ID:
10497115

PO Number:

Entitlement Group:
10497115

Terms:
OT Net 30 Days
Salesperson:
Shaun Sullivan
Organization Number:
N/A

Company US10

| Qty | Description | Ship Via | Unit Price | Subtotal | Tax : | Price |
|---|---|---|---|---|---|---|
| | NEO4J | | | | | |
| 6744 | 1000050781 | Electronic | 0.0000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-08-31  - Insight Image Productions - Page - --2022-08-22..Production..NEO4J..drosas..20220823_CACI001; PDF; Pages: 6744; Volume: 792 MB; (172 | | | | | |
| | Product | | | | | |
| 170.300 | 1000050769 | Electronic | 0.0000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-08-31 - Insight Monthly Hosting - 08/01/22-08/31/22 | | | | | |
| | Project Management (L690, LA10) -default | | | | | |
| 14.750 | 1000050761 | Electronic | 250.0000 | 3,687.50 | 0.00 | 3,687.50 USD |
| | - Global Services - Aug 2022 | | | | | |

These commodities, technology, or software were exported from the UNITED STATES in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

Project: NEO4J (USA 2023 17702) - Hopkins & Carley - Insight Billing Services - August 2022

**opentext**™          www.opentext.com          | Billing Doc. #:      9003347797 |

| Subtotal | 3,687.50  USD |
|---|---|
| Discounts: | 0.00  USD |
| Tax Total: | 0.00  USD |
| Total: | 3,687.50  USD |

Please transfer invoice amount to the account mentioned below and state
invoice number. If you have any questions please contact:

OpenText Inc.
c/o J.P. Morgan Lockbox
24685 Network Place
Chicago IL  60673-1246
USA

| AR Collection Specialist: | AR Collection Specialist |
|---|---|
| Tel: | 1-888-673-6839 |
| Payment Inquiries: | |
| Customers: | accounts.receivable@opentext.com |
| Fax: | |

**JPMORGAN CHASE BANK, N.A.**

| Bank Account: | 802909309 |
|---|---|
| BIC/SWIFT: | CHASUS33XXX |
| IBAN: | |
| ACH | ABA 071000013 |
| Wire | ABA 021000021 |

Click here to pay Online via Credit Card (VISA, MasterCard or AMEX): https://epay.opentext.com/RR-I-USD-9003347797-368750

OPENTEXT

| Reference#: | USA 2023 17702 |
|---|---|
| Report Date: | 12 Sep 22 |
| Billing Office: | US10 - Open Text Inc |
| Invoice Number: | |

| | |
|---|---|
| Customer: | Hopkins & Carley |
| Project Name: | NEO4J |
| Project Contact: | Michael Jones |
| Sales Person: | Sullivan, Shaun -- 01019178 |
| Description: | Hopkins & Carley - Insight Billing Services - August 2022 |

## Services

| Project | Task | Hours |
|---|---|---|
| NEO4J | Project Management (L690, LA10)  - default | 14.75 |

## Services Details

Project : NEO4J
Task : Project Management (L690, LA10)  - default

| Date | Service Summary | Hours |
|---|---|---|
| 2022-08-03 | Communication with Danny to assist with unknown file types. Access the third party FTP and download the zip to our data shares for prepping. Analyze the provided data and manually attempt to open each file. Investigate the different programs available to open the unknown file types. Follow up communication with Danny to discuss our findings and to confirm the processing specs.<br>Verify the provided zips and kick off the staging of the data. Analyze the extracted data, add the new custodian to the site, verify the site processing specs, update the media tracking log, and kick off the data processing | 2.25 |
| 2022-08-04 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 0.50 |
| 2022-08-08 | Communication with Danny to discuss 2 new data sets to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, verify the site processing specs, map the provided metadata fields to the site, update the media tracking log, and kick off the data sets for processing and loading. | 1.75 |
| 2022-08-09 | Run the final verifications on the loaded data sets, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 0.75 |
| 2022-08-11 | Communication with Danny to discuss the de-duplication workflows. Additional communication with Danny to discuss copying the duplicate documents to the new collection set. Run the requested updates. | 0.75 |
| 2022-08-19 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping.  Verify the provided zips and kick off the staging of the data. Analyze the extracted data, add the new custodian to the site, verify the site processing specs, update the media tracking log, and kick off the data processing. | 0.75 |
| 2022-08-22 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set.<br>Communication with Danny to discuss the upcoming production request. Look up the provided search criteria to identify the potential production population, folder the data set, and kick off image conversions as needed. Work with the client to go through the production request, run conflict sweeps on the potential production population, and update the production template. Follow up communication with client to provide pre-production details and to address conflict folders as needed. Verify the production template and kick off the production. | 2.25 |
| 2022-08-23 | Verify the production output. Complete the production verification, update the media tracking log, compress the data volume, access the clients 3rd party ftp, upload the production volume, and provide detailed delivery notification.<br>Kicking off the data upload of the latest production back to the site, to the produced subcollection. Kicking off the production overlay to link the produced documents back to the originals. Verify the loaded data against the site. Update the media tracking log. | 1.50 |
| 2022-08-25 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, map the provided metadata fields to the site, update the media tracking log, and kick off the data loading. | 0.75 |
| 2022-08-26 | Run the final verifications on the loaded data set, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set.<br>Call with Danny to assist in the best workflow for adding an additional branding to produced documents. | 0.75 |
| 2022-08-29 | Communication with Danny to assist in the re-branding of 2 previously produced documents. Work with the team to re-brand the 2 identified documents, access the 3rd party FTP and upload the replacement images. Follow up communication with Danny to confirm documents can be replaced in the production set. Manually replace the documents on the site. Additional communication with Danny to discuss an additional 2 documents that were missed for re-branding. Re-brand the two additional documents, replace the documents on the site, access the 3rd party FTP, upload the replacement images, and provide e-mail confirmation to Danny | 2.25 |

| 2022-08-30 | Call with Danny to confirm that no replacement load files will be needed with the replacement images. | 0.50 |

# EXHIBIT 18

**opentext**™

www.opentext.com

**PS Invoice**

| | |
|---|---|
| Billing Doc. #: | 9003397301 |
| Invoice Date : | 2022-10-20 |
| Due Date: | 2022-11-19 |
| GST/HST #: | 803615467RT0001 |
| EIN# | ▮▮▮▮▮▮▮ |

**Invoice To:**
ATTN: Cindy Nguyen
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**Ship To:**
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**End User Information:**
10497115
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

Customer ID:
10497115

PO Number:

Entitlement Group:
10497115

Terms:
OT Net 30 Days
Salesperson:
Shaun Sullivan
Organization Number:
N/A
 Company US10

| Qty | Description | Ship Via | Unit Price | Subtotal | Tax : | Price |
|---|---|---|---|---|---|---|
| | NEO4J | | | | | |
| 20 | 1000050781 | Electronic | 0.000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-09-30 - Insight Image Productions - Page - --2022-09-28..Production..NEO4J..drosas..IGOV_20220929; PDF; Pages: 20; Volume: 1 mb; (1738948) | | | | | |
| | Product | | | | | |
| 2 | 1000050781 | Electronic | 0.000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-09-30 - Insight Image Productions - Page - --2022-09-29..Production..NEO4J..drosas..IGOV_20220929_Supp; PDF; Pages: 2; Volume: 1 MB; (173903 | | | | | |
| | Product | | | | | |
| 170.710 | 1000050769 | Electronic | 0.00 | 0.00 | 0.00 | 0.00 USD |
| | 2022-09-30 - Insight Monthly Hosting - 09/01/22-09/30/22 | | | | | |
| | Project Management (L690, LA10) -default | | | | | |
| 7.0 | 1000050761 | Electronic | 250.000 | 1,750.00 | 0.00 | 1,750.00 USD |
| | - Global Services - Sep 2022 | | | | | |

These commodities, technology, or software were exported from the UNITED STATES in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

OPENTEXT

| Reference#: | USA 2023 19181 |
|---|---|
| Report Date: | 12 Oct 22 |
| Billing Office: | US10 - Open Text Inc |
| Invoice Number: | |

Customer:        Hopkins & Carley
Project Name:    NEO4J
Project Contact:  Michael Jones
Sales Person:    Sullivan, Shaun -- 01019178
Description:      Hopkins & Carley - Insight Billing Services - September 2022

## Services

| Project | Task | Hours |
|---|---|---|
| NEO4J | Project Management (L690, LA10)  - default | 7.00 |

## Services Details

Project : NEO4J
Task : Project Management (L690, LA10)  - default

| Date | Service Summary | Hours |
|---|---|---|
| 2022-09-12 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, verify the site processing specs, update the media tracking log, and kick off the data processing. Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 1.25 |
| 2022-09-19 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data and follow up with Danny to request a replacement DAT file. | 1.25 |
| 2022-09-21 | Communication with Danny to download the replacement load volume. Analyze the extracted data, map the provided metadata fields to the site, update the media tracking log, and kick off the data loading. | 0.50 |
| 2022-09-22 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 0.50 |
| 2022-09-27 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zip and kick off the staging of the data. Analyze the extracted data, verify the site processing specs, update the media tracking log, and kick off the data processing. Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 1.25 |
| 2022-09-28 | Call with Danny to discuss running a production per previous historical specs. Identify the production population, folder the data set, kick off image conversions, provide Danny with the pre-production details, update the production template, and kick off the production. | 0.75 |
| 2022-09-29 | Communication with Danny to run a supplemental production. Identify the production population, folder the data set, kick off image conversions, provide Danny with the pre-production details, update the production template, and kick off the production. Verify the production output for both productions, update the media tracking log, manually replace the production documents on the site, run the BegProd and EndProd overlay to the site, and provide detailed delivery notification. | 1.50 |

# EXHIBIT 19

**opentext™**                     www.opentext.com

| | | **PS Invoice** | |
|---|---|---|---|
| | | Billing Doc. #: | 9003511136 |
| | | Invoice Date : | 2022-11-10 |
| | | Due Date: | 2022-12-10 |
| | | GST/HST #: | 803615467RT0001 |
| | | EIN# | 4 ▮▮▮▮▮▮▮ |

**Invoice To:**
ATTN: Cindy Nguyen
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**Ship To:**
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**End User Information:**
10497115
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

Customer ID:
10497115

PO Number:

Entitlement Group:
10497115

Terms:
OT Net 30 Days
Salesperson:
Shaun Sullivan
Organization Number:
N/A
 Company  US10

| Qty | Description | Ship Via | Unit Price | Subtotal | Tax : | Price |
|---|---|---|---|---|---|---|
| | NEO4J | | | | | |
| 171.430 | 1000050769 | Electronic | 0.000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-10-31  - Insight Monthly Hosting - 10/01/22-10/31/22 | | | | | |
| | Project Management (L690, LA10) -default | | | | | |
| 10.250 | 1000050761 | Electronic | 250.000 | 2,562.50 | 0.00 | 2,562.50  USD |
| | - Global Services - Oct 2022 | | | | | |

These commodities, technology, or software were exported from the UNITED STATES in accordance with the export administration
regulations. Diversion contrary to U.S. law prohibited.
Project: NEO4J (USA 2023 20044) - Hopkins & Carley - Insight Billing Services - October 2022

1 (2)

**opentext**   www.opentext.com

| Billing Doc. #: | 9003511136 |
|---|---|

| Subtotal | 2,562.50  USD |
|---|---|
| Discounts: | 0.00  USD |
| Tax Total: | 0.00  USD |
| Total: | 2,562.50  USD |

Please transfer invoice amount to the account mentioned below and state invoice number. If you have any questions please contact:

OpenText Inc.
c/o J.P. Morgan Lockbox
24685 Network Place
Chicago IL  60673-1246
USA

| AR Collection Specialist: | AR Collection Specialist |
|---|---|
| Tel: | 1-888-673-6839 |
| Payment Inquiries: | |
| Customers: | accounts.receivable@opentext.com |
| Fax: | |

### JPMORGAN CHASE BANK, N.A.

| Bank Account: | 802909309 |
|---|---|
| BIC/SWIFT: | CHASUS33XXX |
| IBAN: | |
| ACH | ABA 071000013 |
| Wire | ABA 021000021 |

Click here to pay Online via Credit Card (VISA, MasterCard or AMEX): https://epay.opentext.com/RR-I-USD-9003511136-256250

OPENTEXT

| Reference#: | USA 2023 20044 |
|---|---|
| Report Date: | 09 Nov 22 |
| Billing Office: | US10 - Open Text Inc |
| Invoice Number: | |

| | |
|---|---|
| Customer: | Hopkins & Carley |
| Project Name: | NEO4J |
| Project Contact: | Michael Jones |
| Sales Person: | Sullivan, Shaun -- 01019178 |
| Description: | Hopkins & Carley - Insight Billing Services - October 2022 |

## Services

| Project | Task | Hours |
|---|---|---|
| NEO4J | Project Management (L690, LA10)  - default | 10.25 |

## Services Details

Project : NEO4J
Task : Project Management (L690, LA10)  - default

| Date | Service Summary | Hours |
|---|---|---|
| 2022-10-04 | Communication with Danny to discuss running a production on a specific set of documents. Identify the population, folder the data set, kick off image conversions, run conflict sweeps on the potential production population, and follow up with Danny to provide the pre-production details. Update the production template and kick off the production. | 0.75 |
| 2022-10-05 | Verify the production output. Complete the production verification, update the media tracking log, manually update the review images with the production images on the site, folder the updated population and follow up e-mail to provide confirmation. | 0.75 |
| 2022-10-12 | Communication with Danny to discuss new data to load. Download the provided zips to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, update the media tracking log, and kick off the data processing. Call with Danny to go over potential duplicate documents. Locate the provided examples on the site, compare the metadata between the two documents, and confirm that they are not exact duplicates. | 1.50 |
| 2022-10-14 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, update the media tracking log, and kick off the data processing. | 0.75 |
| 2022-10-17 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 0.50 |
| 2022-10-19 | Call with Danny to assist with the cancellation of 3 submitted deletion jobs. Work with the team to restore the deleted jobs and research the DocIDs and create folders of the results for Danny. Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, add the new custodian to the site, verify the site processing specs, update the media tracking log, and kick off the data processing. | 3.75 |
| 2022-10-20 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 0.50 |
| 2022-10-24 | Communication with Danny to discuss an upcoming production request. Identify the potential production population on the site, folder the population, run conflict sweeps, and provide Danny with the production breakdown. Back and forth communication with Danny to confirm the starting bates number. Verify the production template and kick off the production. Verify the production output, update the media tracking log, compress the data volume, access the clients 3rd party ftp, upload the production volume, and provide detailed delivery notification. | 1.75 |

# EXHIBIT 20

**opentext**™                    www.opentext.com

**Invoice To:**
ATTN: Cindy Nguyen
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**PS Invoice**

| | |
|---|---|
| Billing Doc. #: | 9003625708 |
| Invoice Date : | 2022-12-13 |
| Due Date: | 2023-01-12 |
| GST/HST #: | 803615467RT0001 |
| EIN# | ███████ |

---

**Ship To:**
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

**End User Information:**
10497115
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA  95113-2406
USA

Customer ID:
10497115

PO Number:

Entitlement Group:
10497115

Terms:
OT Net 30 Days
Salesperson:
Shaun Sullivan
Organization Number:
N/A
 Company  US10

| Qty | Description | Ship Via | Unit Price | Subtotal | Tax : | Price |
|---|---|---|---|---|---|---|
| | NEO4J | | | | | |
| 171.530 | 1000050769 | Electronic | 0.000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-11-30 - Insight Monthly Hosting - 11/01/22-11/30/22 | | | | | |
| | Forensic Collections (per hour) | | | | | |
| 7.1 | 1000050761 | Electronic | 300.000 | 2,130.00 | 0.00 | 2,130.00 USD |
| | - Global Services - Nov 2022 | | | | | |
| | Forensic Consulting | | | | | |
| 10.6 | 1000050761 | Electronic | 300.000 | 3,180.00 | 0.00 | 3,180.00 USD |
| | - Global Services - Nov 2022 | | | | | |
| | Project Management (L690, LA10) -default | | | | | |
| 8.5 | 1000050761 | Electronic | 250.000 | 2,125.00 | 0.00 | 2,125.00 USD |
| | - Global Services - Nov 2022 | | | | | |

**opentext**          www.opentext.com

| Billing Doc. #: | 9003625708 |
|---|---|

Project: NEO4J (USA 2023 21719) - Hopkins & Carley - Insight Billing Services - November 2022

| Subtotal | 7,435.00 USD |
|---|---|
| Discounts: | 0.00 USD |
| Tax Total: | 0.00 USD |
| Total: | 7,435.00 USD |

Please transfer invoice amount to the account mentioned below and state invoice number. If you have any questions please contact:

OpenText Inc.
c/o J.P. Morgan Lockbox
24685 Network Place
Chicago IL 60673-1246
USA

| | |
|---|---|
| AR Collection Specialist: | AR Collection Specialist |
| Tel: | 1-888-673-6839 |
| Payment Inquiries: | |
| Customers: | accounts.receivable@opentext.com |
| Fax: | |

JPMORGAN CHASE BANK, N.A.

| | |
|---|---|
| Bank Account: | 802909309 |
| BIC/SWIFT: | CHASUS33XXX |
| IBAN: | |
| ACH | ABA 071000013 |
| Wire | ABA 021000021 |

Click here to pay Online via Credit Card (VISA, MasterCard or AMEX): https://epay.opentext.com/RR-I-USD-9003625708-743500

2 (2)

OPENTEXT

| Reference#: | USA 2023 21719 |
|---|---|
| Report Date: | 08 Dec 22 |
| Billing Office: | US10 - Open Text Inc |
| Invoice Number: | |

| | |
|---|---|
| Customer: | Hopkins & Carley |
| Project Name: | NEO4J |
| Project Contact: | Michael Jones |
| Sales Person: | Sullivan, Shaun -- 01019178 |
| Description: | Hopkins & Carley - Insight Billing Services - November 2022 |

## Services

| Project | Task | Hours |
|---|---|---|
| NEO4J | Forensic Collections (per hour) | 7.10 |
| NEO4J | Forensic Consulting | 10.60 |
| NEO4J | Project Management (L690, LA10)  - default | 8.50 |

## Services Details

Project : NEO4J
Task : Forensic Collections (per hour)

| Date | Service Summary | Hours |
|---|---|---|
| 2022-11-14 | Multiple communications with client | 0.70 |
| 2022-11-17 | Forensic email data collection of emails and communication with the client. | 1.00 |
| 2022-11-18 | Forensic email data collection of emails and communication with the client. | 2.00 |
| 2022-11-21 | 1x email account collection through forensic tool, forensic validations and tracking. | 0.80 |
| 2022-11-23 | Finalizing email data collection.<br>Forensic tracking and validations.<br>Staging the data onto AWS platform.<br>Notifying processing team of the data. | 2.10 |
| 2022-11-24 | Further data staging for the project onto AWS environment. | 0.50 |

Project : NEO4J
Task : Forensic Consulting

| Date | Service Summary | Hours |
|---|---|---|
| 2022-11-16 | PROJECT EFFUSION :<br>Discussions regarding email collections | 0.30 |
| 2022-11-18 | PROJECT EFFUSION :<br>Update to the Hopkins Carley team on collections and confirmation that we are on a call.<br>Update regarding the email collection completed, and the claims being made by Mr Suhy.<br>Discussions regarding request for US staff to perform work. | 2.00 |
| 2022-11-19 | Discussions regarding potential options for work if US staff are required.<br>Pulling together correspondence and summarising as requested. | 2.30 |
| 2022-11-20 | Update to Hopkins Carley team regarding potential requirement for US staff and options available. Update on correspondence and response to claims from JMS.<br>Preparing response regarding claims from JMS. | 3.00 |
| 2022-11-21 | Work on response to Suhy claims. | 3.00 |

Project : NEO4J
Task : Project Management (L690, LA10)  - default

| Date | Service Summary | Hours |
|---|---|---|
| 2022-11-03 | Communication with Danny to discuss replacing production images on the site. Download the provided replacement documents, locate the documents on the site, manually replace the images, update the production fields with the new bates numbers, and follow up with Danny to provide completion notification.<br>Communication with Danny to discuss two new data sets to load. Access the third party FTP and download the zips to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, map the provided metadata fields to the site, update the media tracking log, and kick off the data loading. | 2.25 |
| 2022-11-04 | Run the final verifications on the two loaded data sets, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data sets. | 0.75 |
| 2022-11-09 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, add the new custodian to the site, create the new collection set, verify the site processing specs, update the media tracking log, and kick off the data processing. | 0.75 |

| 2022-11-10 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set. | 0.50 |
|---|---|---|
| 2022-11-15 | Communication with Danny to discuss an upcoming production request. Look up the provided search criteria to identify the potential production population, folder the data set, and kick off image conversions as needed. Run conflict sweeps on the potential production population, and update the production template. Follow up communication with client to provide pre-production details and to address conflict folders as needed. Verify the production template and kick off the production. Verify the production output, update the media tracking log, compress the data volume, access the clients 3rd party ftp, upload the production volume, and provide detailed delivery notification. | 2.25 |
| 2022-11-18 | Multiple calls with the Hopkins Team to address the collection adjustments needed for the Custodians requirements. Work with the team to provide updates and to look into the options we can provide to the updated collection requirements. | 0.75 |
| 2022-11-30 | Data transfer from Forensics, verify the provided data, and kick off the staging of the data. Analyze the provided data and follow up with Danny to request a meeting to discuss next steps. | 1.25 |

# EXHIBIT 21

**opentext**™                 www.opentext.com

| | | |
|---|---|---|
| **PS Invoice** | | |
| Billing Doc. #: | 9003698572 | |
| Invoice Date : | 2023-01-13 | |
| Due Date: | 2023-02-12 | |
| GST/HST #: | 803615467RT0001 | |
| EIN# | █████████ | |

**Invoice To:**
ATTN: Cindy Nguyen
Hopkins & Carley
Project: NEO4J
70 South First Street
San Jose CA 95113-2406
USA

| Ship To: | End User Information: | Customer ID: | Terms: |
|---|---|---|---|
| Hopkins & Carley | 10497115 | 10497115 | OT Net 30 Days |
| Project: NEO4J | Hopkins & Carley | | Salesperson: |
| 70 South First Street | Project: NEO4J | PO Number: | Shaun Sullivan |
| San Jose CA 95113-2406 | 70 South First Street | | Organization Number: |
| USA | San Jose CA 95113-2406 | | N/A |
| | USA | Entitlement Group: | Company US10 |
| | | 10497115 | |

| Qty | Description | Ship Via | Unit Price | Subtotal | Tax : | Price |
|---|---|---|---|---|---|---|
| | NEO4J | | | | | |
| 214.590 | 1000050769 | Electronic | 0.000 | 0.00 | 0.00 | 0.00 USD |
| | 2022-12-31 - Insight Monthly Hosting - 12/01/22-12/31/22 | | | | | |
| | Forensic Collections (per hour) | | | | | |
| 2.750 | 1000050761 | Electronic | 300.000 | 825.00 | 0.00 | 825.00 USD |
| | - Global Services - Dec 2022 | | | | | |
| | Forensic Consulting | | | | | |
| 3.5 | 1000050761 | Electronic | 300.000 | 1,050.00 | 0.00 | 1,050.00 USD |
| | - Global Services - Dec 2022 | | | | | |
| | Project Management (L690, LA10) -default | | | | | |
| 20.0 | 1000050761 | Electronic | 250.000 | 5,000.00 | 0.00 | 5,000.00 USD |
| | - Global Services - Dec 2022 | | | | | |

These commodities, technology, or software were exported from the UNITED STATES in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

1 (2)

**opentext**

www.opentext.com

| Billing Doc. #: | 9003698572 |
|---|---|

Project: NEO4J (USA 2023 23041) - Hopkins & Carley - Insight Billing Services - December 2022

| | |
|---|---|
| Subtotal | 6,875.00  USD |
| Discounts: | 0.00  USD |
| Tax Total: | 0.00  USD |
| Total: | 6,875.00  USD |

Please transfer invoice amount to the account mentioned below and state invoice number. If you have any questions please contact:

OpenText Inc.
c/o J.P. Morgan Lockbox
24685 Network Place
Chicago IL  60673-1246
USA

| | |
|---|---|
| AR Collection Specialist: | AR Collection Specialist |
| Tel: | 1-888-673-6839 |
| Payment Inquiries: | |
| Customers: | accounts.receivable@opentext.com |
| Fax: | |

**JPMORGAN CHASE BANK, N.A.**

| | |
|---|---|
| Bank Account: | 802909309 |
| BIC/SWIFT: | CHASUS33XXX |
| IBAN: | |
| ACH | ABA 071000013 |
| Wire | ABA 021000021 |

Click here to pay Online via Credit Card (VISA, MasterCard or AMEX): https://epay.opentext.com/RR-I-USD-9003698572-687500

OPENTEXT

| Reference#: | USA 2023 23041 |
|---|---|
| Report Date: | 11 Jan 23 |
| Billing Office: | US10 - Open Text Inc |
| Invoice Number: | |

| | |
|---|---|
| Customer: | Hopkins & Carley |
| Project Name: | NEO4J |
| Project Contact: | Michael Jones |
| Sales Person: | Sullivan, Shaun -- 01019178 |
| Description: | Hopkins & Carley - Insight Billing Services - December 2022 |

## Services

| Project | Task | Hours |
|---|---|---|
| NEO4J | Forensic Collections (per hour) | 2.75 |
| NEO4J | Forensic Consulting | 3.50 |
| NEO4J | Project Management (L690, LA10)  - default | 20.00 |

## Services Details

Project : NEO4J
Task : Forensic Collections (per hour)

| Date | Service Summary | Hours |
|---|---|---|
| 2022-12-16 | Forensic: Chain of Custody; Media Handling; Forensic Imaging; Forensic Processing; Forensic Analysis; Forensic Reporting; Quality Control processes; Evidential records and traceability. | 0.75 |
| 2022-12-20 | Support on email collection, preservation and validation | 2.00 |

Project : NEO4J
Task : Forensic Consulting

| Date | Service Summary | Hours |
|---|---|---|
| 2022-12-07 | Assisting with summary of actions regarding the final email account. Further communications and checking information on attempted collections. | 2.50 |
| 2022-12-23 | Forensic: Chain of Custody; Media Handling; Forensic Imaging; Forensic Processing; Forensic Analysis; Forensic Reporting; Quality Control processes; Evidential records and traceability. | 1.00 |

Project : NEO4J
Task : Project Management (L690, LA10)  - default

| Date | Service Summary | Hours |
|---|---|---|
| 2022-12-07 | Meeting with Danny to discuss next steps for the provided data from our Forensics Team. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, add the new custodian to the site, create the new collection set, verify the site processing specs, update the media tracking log, and kick off the data processing. | 1.25 |
| 2022-12-09 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set.<br>Modify the search syntax for loading into Insight. Run the two requested power searches on the newly loaded data. Create a new collection set, isolate the search hits, and load the hits plus family into the new created collection set. | 2.50 |
| 2022-12-15 | Call with Danny to discuss the process completed for specific search terms. Run multiple searches to identify additional privileged documents, folder the hits plus family, remove the identified documents from the collection set, and follow up to provide the completed details. Additional communication with Danny to discuss the different options for exporting out the privileged documents. | 1.25 |
| 2022-12-16 | Back and forth communication with Jeff Ratinoff of Hopkins & Carley to discuss another attempt of collecting the last e-mail box of Mr. Suhy.<br>Work with the Forensic team to perform the e-mail collection, recording, reporting, and client follow-ups. | 2.50 |
| 2022-12-19 | Communication with Danny to discuss running an export for a specific set of data. Locate the population on the site, folder the documents, and run the export. Download the export, locate the original PSTs, combine into one volume, and compress the volume.<br>Communication with Jeff to organize the email collection with the updated details provided. Attempt requested email collection and report back to Jeff with failed credentials details. | 4.25 |
| 2022-12-20 | Communication with Danny to discuss new data to load. Access the third party FTP and download the zip to our data shares for prepping. Verify the provided zips and kick off the staging of the data. Analyze the extracted data, create a custom load file for loading, map the provided metadata fields to the site, update the media tracking log, and kick off the data loading. Communication with Jeff to organize the additional email collection attempt. Proceed with email collection efforts now that the credentials have cleared, data logging, and verifications. | 4.50 |

| 2022-12-22 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set.<br>Communication with Forensics Team to discuss new data to load. Follow up communication with Danny to confirm we can proceed with processing. Analyze the extracted data, add the new custodian to the site, verify the site processing specs, update the media tracking log, and kick off the data processing. | 1.25 |
| --- | --- | --- |
| 2022-12-23 | Run the final verifications on the loaded data, kick off OCR jobs as needed, update the tracking log, and provide detailed delivery notification for the new data set.<br>Modify the search syntax for loading into Insight. Run the two requested power searches on the newly loaded data. Isolate the search hits, and load the hits plus family into a separate collection set. | 2.50 |

# EXHIBIT 22

1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406
    *mailing address:*
6   P.O. Box 1469
    San Jose, CA 95109-1469
7   Telephone:    (408) 286-9800
    Facsimile:     (408) 998-4790

8

9   Attorneys for Plaintiffs and Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

10  Adron W. Beene, Bar No. 129040
    adron@adronlaw.com
11  Adron G. Beene SB# 298088
    adronjr@adronlaw.com
12  Attorney at Law
    1754 Technology Drive, Suite 228
13  San Jose, CA 95110
    Tel: (408) 392-9233
14  Fax: (866) 329-0453

15  Attorneys for Defendants and Counterclaimants
    PURETHINK LLC, IGOV INC., and JOHN
16  MARK SUHY

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19  NEO4J, INC., a Delaware corporation,            CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN, AB,
20                                                  **STIPULATION AND [PROPOSED]
                  Plaintiffs,                       ORDER FOR MODIFICATION OF CASE
21                                                  SCHEDULE AFTER TRIAL SETTING
          v.                                        CONFERENCE**
22
    PURETHINK LLC, a Delaware limited
23  liability company, IGOV INC., a Virginia
    corporation, and JOHN MARK SUHY, an
24  individual,

25                Defendants.

26
    AND RELATED COUNTERCLAIMS.
27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-0337-2379.1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

## STIPULATION

This Stipulation is made between Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants and Counterclaimants PureThink LLC, iGov Inc. and John Mark Suhy (collectively, "Defendants") through their respective attorneys. Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate to modify the current case schedule for the above-entitled action for good cause showing as follows:

1. At the January 26 2023 Trial Setting Conference, the Court set trial in this action to commence on November 14, 2023. Dkt. No. 170.

2. After the January 26, 2023 Trial Setting Conference, the Court ordered the parties to modify the existing case schedule (Dkt. No. 147) based on the trial date and submit a proposed schedule based on the same. Dkt. No. 170.

3. Counsel for the Parties met and conferred regarding setting a case schedule through trial based on the Court's Standing Order for Civil Cases. Accordingly, the Parties have agreed to modify the case schedule as follows:

| Event | Current Deadline (Dkt. No. 147) | Proposed Deadline/Date |
|---|---|---|
| Deadline for Filing Dispositive and *Daubert* Motions | April 20, 2023 | No Change |
| Last Day to File Oppositions to *Daubert* Motions | May 18, 2023 | No Change |
| Last Day to File Replies to *Daubert* Motions | June 5, 2023 | No Change |
| Hearing on Dispositive and *Daubert* Motions | None | 9:00 a.m. on July 27, 2023 |
| Deadline to file and serve motions in limine. | None | September 8, 2023 |
| Deadline to file and serve oppositions to motions in limine. | None | September 21, 2023 |
| Deadline for lead counsel meet and confer on pretrial issues per the Court's Standing Order Section IV.D.1. | None | September 21, 2023 |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

4854-0337-2379.1
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

| Event | Current Deadline (Dkt. No. 147) | Proposed Deadline/Date |
|---|---|---|
| Deadline to file (a) Final Pretrial Conference Statement (b) Joint Witness List; and (c) Joint Exhibit List per the Court's Standing Order Sections IV.D.2 – IV.D.4. | None | September 28, 2023 |
| Deadline for the parties to exchange copies of all exhibits, summaries, and diagrams to be used at trial other than solely for impeachment or rebuttal per the Court's Standing Order Section IV.D.4. | None | September 28, 2023 |
| Deadline for the parties to file and serve any excerpts of deposition testimony or other discovery to be offered at trial, other than solely for impeachment or rebuttal per the Court's Standing Order Section IV.D.7. | None | September 28, 2023 |
| Deadline to for the parties to jointly file and serve:<br><br>• Proposed jury voir dire questions;<br><br>• Proposed jury instructions;<br><br>• Proposed jury verdict forms; and<br><br>• A short neutral statement of the case which the Court can read to prospective jurors<br><br>Per the Court's Standing Order Section IV.D.8.<br><br>If the parties waive a jury trial, deadline for each party to file and serve proposed Findings of Fact and Conclusions of Law per the Court's Standing Order Section IV.D.9. | None | October 2, 2023 |
| Final Pretrial Conference | None | 11:00 a.m. on October 12, 2023 |
| Deadline for the parties to file and serve any objections to and any counter-designations or deposition testimony per the Court's Standing Order Section IV.D.7. | None | November 3, 2023 |
| Deadline for parties to deliver three sets of all pre marked exhibits organized in three-ring binders to the Courtroom Deputy per the | None | November 7, 2023 |

Hopkins & Carley
Attorneys At Law
San Jose • Palo Alto

4854-0337-2379.1

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE
CASE NO. 5:18-CV-07182-EJD

| Event | Current Deadline (Dkt. No. 147) | Proposed Deadline/Date |
|-------|----------------------------------|------------------------|
| Court's Standing Order Section IV.D.5. | | |
| Trial | November 14-17, 2023; November 21-22, 2023; November 28, 2023; and December 1, 2023 | No Change |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 5, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

Dated: April 5, 2023

*/s/ Adron W. Beene*
Adron W. Beene
Adron G. Beene
Attorneys for Defendants and Counter-Claimants
PURETHINK LLC, IGOV INC., and JOHN MARK SUHY

**IT IS SO ORDERED.**

Dated: April 6, 2023

EDWARD J. DAVILA
United States District Court Judge

- 4 -

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

# EXHIBIT 23

**Ratinoff, Jeff**

| | |
|---|---|
| **From:** | Chere Robinson <Chere_Robinson@cand.uscourts.gov> |
| **Sent:** | Tuesday, November 7, 2023 3:36 PM |
| **To:** | adronjr@adronlaw.com; adron@adronlaw.com; jpicone@hopkinscarley.com; dhodges@hopkinscarley.com; jratinoff@hopkinscarley.com; veronica.ramirez@neotechnology.com; arothrock@hopkinscarley.com; ngonzalez@hopkinscarley.com; Pacer@RStarr.biz |
| **Subject:** | [External] 5:18-cv-07182-EJD Neo4j, Inc. v. PureThink, LLC et al |
| **Attachments:** | Trial Exhibit List.docx |

**EXTERNAL EMAIL: Use caution with links and attachments.**

Good afternoon –

I see there is filed an amended exhibit list.  Would you please update my attached exhibit list to capture the changes?

Additionally – with respect to exhibits, the Court would like to sets of exhibits, and for each testifying or video witness, the Court would like 3 three witness binders with the specific exhibits that will be addressed during their testimony.  The witness binders for us can be given to me at the time you call your witness.  Additionally, you should have a similar binder for the witness and for opposing counsel.  I will hand one witness binder back to you at the end of the day after the witness is excused, and return one full set of exhibits and witness binders to you at the conclusion of the trial.

If you have any questions, please let me know.

Thanks!



**Cheré Robinson**
Deputy Clerk
Courtroom Deputy to the Honorable Edward J. Davila
United States District Court for the Northern District of California
San Jose Division
280 South First Street
San Jose, CA 95113
(408) 535-5356
chere_robinson@cand.uscourts.gov
http://www.cand.uscourts.gov

# EXHIBIT 24



# Invoice

**Payable to:  Array**
**Mail to:  2995 Dawn Dr. Suite 106**
**Georgetown, TX  78628**
**Phone:  (512) 861-6435**
**\*\*Please include invoice number with payment**

| Date | Invoice # |
|------|-----------|
| 11/20/2023 | X84103 |

| Tax ID -  85-0748969 ||

| Bill To |
|---------|
| Hopkins & Carley<br>70 S. 1st St.<br>San Jose, CA 95113<br>Attn: Danny Zepeda |

| Ship To |
|---------|
| Hopkins & Carley<br>70 S. 1st St.<br>San Jose, CA 95113 |

| Job Number | Array-SJ026754 |
|------------|----------------|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|-------|----------|-----------|-----|------------|----------------|--------------|
| Net 30 | 12/20/2023 | 11/10/2023 | DE SJ | NA | Danny Zepeda | NA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| | NA | | |
| 1,383 | Blowback printing - Selective TIFF / PDF (per page) | 0.12 | 165.96T |
| 658 | Index Tabs | 0.30 | 197.40T |
| 9,659 | Blowback Printing - Color 8.5 x 11 | 0.89 | 8,596.51T |
| 35 | 1.5" View D Ring Binder | 9.00 | 315.00T |
| 7 | 2" View D Ring Binder | 10.00 | 70.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $9,344.87 |
| **Sales Tax  (9.0%)** | $841.04 |
| **Payments/Credits** | $0.00 |
| **Balance** | $10,185.91 |

# EXHIBIT 25



# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2023 | X84609 |

| Tax ID -  85-0748969 | |

**Payable to:  Array**
**Mail to:  2995 Dawn Dr. Suite 106**
**Georgetown, TX  78628**
**Phone:  (512) 861-6435**
**\*\*Please include invoice number with payment**

| Bill To |
|---|
| Hopkins & Carley<br>70 S. 1st St.<br>San Jose, CA 95113<br>Attn: Danny Zepeda |

| Ship To |
|---|
| Hopkins & Carley<br>70 S. 1st St.<br>San Jose, CA 95113 |

| Job Number | Array-SJ026780 |
|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 12/30/2023 | 11/27/2023 | DE SJ | Steven Boyles | Danny Zepeda | NA |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | Steven Boyles | | |
| 492 | Blowback printing - Selective TIFF / PDF (per page) | 0.12 | 59.04T |
| 228 | Index Tabs | 0.30 | 68.40T |
| 2,082 | Blowback Printing - Color 8.5 x 11 | 0.89 | 1,852.98T |
| 6 | 2" View D Ring Binder | 10.00 | 60.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $2,040.42 |
| **Sales Tax  (9.0%)** | $183.64 |
| **Payments/Credits** | $0.00 |
| **Balance** | $2,224.06 |

# EXHIBIT 26

| Exhibit | Invoice No. | Date | Deposition transcript/video recording, Civil LR 54-3(c)(1) | Deposition exhibits, Civil LR 54-3(c)(3) | Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) |
|---|---|---|---|---|---|
| 5 | 116245 | 2020-11-24 | $1,650.00 | $419.30 | $320.00 |
| | | | $990.00 | $56.25 | $112.50 |
| | | | $456.75 | $65.00 | $30.00 |
| | | | 456.75 | | $25.00 |
| | | **TOTAL** | **$3,553.50** | **$540.55** | **$487.50** |
| 6 | 116306 | 2020-11-24 | $160.00 | | $500.00 |
| | | | $700.00 | | $500.00 |
| | | | | | $225.00 |
| | | **TOTAL** | **$860.00** | | **$1,225.00** |
| 7 | 202028 | 2022-10-03 | $960.00 | $55.30 | $400.00 |
| | | | $69.50 | $2.50 | $90.00 |
| | | | $80.00 | | $44.00 |
| | | | $325.00 | | $50.00 |
| | | | | | $600.00 |
| | | | | | $187.50 |
| | | **TOTAL** | **$1,434.50** | **$57.80** | **$1,371.50** |
| 8 | 202095 | 2022-10-24 | $1,002.00 | $160.00 | $400.00 |
| | | | $71.50 | $183.00 | $44.00 |
| | | | $80.00 | | $50.00 |
| | | | $450.00 | | $600.00 |
| | | | | | $150.00 |
| | | **TOTAL** | **$1,603.50** | **$343.00** | **$1,244.00** |
| 9 | 202144 | 2022-11-04 | $984.00 | $110.60 | $400.00 |
| | | | $691.00 | $17.50 | $44.00 |
| | | | $72.00 | | $50.00 |
| | | | $282.00 | | $600.00 |
| | | | $246.75 | | $187.50 |
| | | | $80.00 | | |
| | | | $325.00 | | |
| | | **TOTAL** | **$2,680.75** | **$128.10** | **$1,281.50** |
| 10 | 202181 | 2022-11-17 | $1,536.00 | $200.20 | $400.00 |
| | | | $936.60 | $33.75 | $135.00 |

| # | Invoice | Date | Amount A | Amount B | Amount C |
|---|---------|------|----------|----------|----------|
| | | | $111.50 | | $44.00 |
| | | | $120.00 | | $600.00 |
| | | | $600.00 | | $375.00 |
| | | | | | $225.00 |
| | TOTAL | | $3,304.10 | $233.95 | $1,779.00 |
| 11 | 202224 | 2022-12-06 | $2,028.00 | $194.60 | $400.00 |
| | | | $1,054.00 | | $67.50 |
| | | | $146.50 | | $44.00 |
| | | | $495.25 | | $50.00 |
| | | | $160.00 | | $600.00 |
| | | | $750.00 | | $750.00 |
| | | | | | $112.50 |
| | TOTAL | | $4,633.75 | $194.60 | $2,024.00 |
| 12 | 202239 | 2022-12-14 | $1,644.50 | $143.50 | $400.00 |
| | | | $1,149.20 | $177.50 | $247.50 |
| | | | $436.00 | $20.00 | $44.00 |
| | | | $120.00 | | $50.00 |
| | | | $575.00 | | $600.00 |
| | | | | | $300.00 |
| | | | | | $412.50 |
| | TOTAL | | $3,924.70 | $341.00 | $2,054.00 |
| 13 | 202245 | 2022-12-12 | $3,035.50 | $158.90 | $400.00 |
| | | | $820.00 | $26.25 | $270.00 |
| | | | $160.00 | | $44.00 |
| | | | $900.00 | | $50.00 |
| | | | | | $600.00 |
| | | | | | $750.00 |
| | | | | | $450.00 |
| | TOTAL | | $4,915.50 | $185.15 | $2,564.00 |