✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

NEO4J, INC., et al., Plaintiff(s),

V.

PURETHINK, LLC, et al., Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:18-cv-07182-EJD

Notice is hereby given that, subject to approval by the court, __John Mark Suhy__ substitutes
(Party (s) Name)

__John Mark Suhy__, State Bar No. __Pro Se__ as counsel of record in
(Name of New Attorney)

place of __Adron W. Beene, Adron G. Beene__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: John Mark Suhy
Address: 8814 Danewood Drive, Alexandria, VA 22308
Telephone: (703) 862-7780      Facsimile  N/A
E-Mail (Optional): jmsuhy@gmail.com

I consent to the above substitution.
Date: 9/6/2024

John Mark Suhy
(Signature of Party (s))

I consent to being substituted.
Date: 9/6/2024

Adron W. Beene
Adron G. Beene
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/6/2024

John Mark Suhy
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]