1  Adron W. Beene SB# 129040
   Adron G. Beene SB# 298088
2  Attorney at Law
   1754 Technology Drive, Suite 228
3  San Jose, CA 95110
   Tel: (408) 392-9233
4  adron@adronlaw.com

5
   Attorneys for defendants:
6  PURETHINK LLC, a Delaware limited
   liability company, IGOV INC., a Virginia
7  corporation, and JOHN MARK SUHY

8

9  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

10

11 | NEO4J, INC., a Delaware corporation, | CASE NO. 5:18-CV-7182 EJD
   | and NEO4J SWEDEN AB, a Swedish
12 | corporation,                        | **ADRON W. BEENE AND ADRON G. BEENE'S NOTICE OF MOTION WITHOUT HEARING AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOHN MARK SUHY; DECLARATION OF JOHN MARK SUHY; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**
   | Plaintiffs,
13 | v.
14 | PURETHINK LLC, a Delaware
15 | limited
   | liability company, IGOV INC., a
16 | Virginia corporation, and JOHN
   | MARK SUHY, an individual,
17 | Defendants.

18
   AND RELATED COUNTERCLAIMS
19

20

21

22                    **NOTICE OF MOTION**

23     **PLEASE TAKE NOTICE** that, Adron W. Beene and Adron G. Beene shall

24 and hereby do respectfully seek leave of this Court, pursuant to L.R. 11-5 and in

25 compliance with CAL. R. Prof. Conduct 3-700, to withdraw as counsel for Defendant

MOTION TO WITHDRAW
CASE NO. 5:18-cv-7182 EJD                                                    1

John Mark Suhy. Pursuant to L.R. 7-1(b), counsel requests this motion be made without an oral hearing, as this motion is made with consent of the client and therefore there are no disputed issues.

## MOTION TO WITHDRAW

### I. Introduction

Defendant John Mark Suhy has discharged his current counsel and seeks represent himself on a Pro-se basis. This motion is brought to effectuate the client's wishes.

### II. Good Cause Exists to Permit the Withdrawal

Leave of court is required for an attorney to withdraw from representation. L.R. 11-5(a). Notice is to be provided to client and all other parties, reasonable in advance, who have appeared in the case. L.R. 11-5(a). Where a party stipulates to appear pro-se, the withdraw does not need to be conditioned. L.R. 11-5(b).

CAL. R. Prof. Conduct 1.16(A)(4) requires withdrawal where the client discharges the lawyer.

The notice above has been provided in reasonably in advance, and served to counsel for all other parties through ECF. Mr. Suhy's has acknowledge receipt of this motion in the below declaration providing his consent, therefore no separate proof of service for him is required. The below declaration providing consent shows that a withdraw needs to be granted to allow counsel to comply with their professional conduct obligations, the wishes of the client, and that no conditions are necessary on the withdrawal.

For all of the foregoing reasons, and the below delaration of consent, this motion for withdraw should be granted.

Dated: September 25, 2024

                                     */s/ Adron W. Beene*
                                     Adron W. Beene SB# 129040
                                     Adron G. Beene SB# 298088
                                     Attorney At Law
                                     Attorney for Defendants
                                     PURETHINK LLC,
                                     IGOV INC., and JOHN MARK SUHY

## DECLARATION OF JOHN MARK SUHY

I, John Mark Suhy, declare as follows:

1. I have discharged Adron W. Beene and Adron G. Beene as my attorneys for all purposes.

2. I seek to represent myself in this action, including any appeal, on a Pro-se basis.

3. I consent to the withdrawal of Adron W. Beene and Adron G. Beene as my attorneys for all purposes.

4. I have received and read the foregoing motion for withdraw and understand its contents.

5. My contact information for service of documents, until such time as I am granted access to ECF, is:

> John Mark Suhy
> 8814 Danewood Drive
> Alexandria, VA 22308
> Tel: (703) 862-7780
> Email: jmsuhy@gmail.com

I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

Executed on September 25, 2024 in the Commonwealth of Virginia, County Of Fairfax

_____
John Mark Suhy

MOTION TO WITHDRAW
CASE NO. 5:18-cv-7182 EJD                                                                                    3

1  Adron W. Beene SB# 129040
2  Adron G. Beene SB# 298088
   Attorney at Law
3  1754 Technology Drive, Suite 228
   San Jose, CA 95110
4  Tel: (408) 392-9233
   adron@adronlaw.com
5
6  Attorneys for defendants:
   PURETHINK LLC, a Delaware limited
7  liability company, IGOV INC., a Virginia
   corporation, and JOHN MARK SUHY

8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited<br>liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

20   Adron W. Beene and Adron G. Beene, seek to withdraw as counsel for

21 defendant John Mark Suhy in the above-captioned litigation pursuant to L.R. 11-5

22 and CAL. R. Prof. Conduct 3-700. This court finds that, as the withdraw is based on

23 the consent of the client, and the granting of this motion will not cause substantial

24 prejudice or delay to any party,

25

IT IS HEREBY ORDERED THAT Adron W. Beene and Adron G. Beene's Motion to Withdraw as Counsel for defendant John Mark Suhy is GRANTED. Adron W. Beene and Adron G. Beene's representation of John Mark Suhy is hereby terminated in this proceeding.

DATED:_____     By:_____

**FILER'S ATTESTATION**

I, Adron G. Beene, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: September 27, 2024

*/s/ Adron G. Beene*
Adron G. Beene SB# 298088