```
1    Adron W. Beene SB# 129040
     Adron G. Beene SB# 298088
2    Attorney at Law
     1754 Technology Drive, Suite 228
3    San Jose, CA 95110
     Tel: (408) 392-9233
4    adron@adronlaw.com

5
     Attorneys for defendants:
6    PURETHINK LLC, a Delaware limited
     liability company, IGOV INC., a Virginia
7    corporation, and JOHN MARK SUHY
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited<br>liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW** |

Adron W. Beene and Adron G. Beene, seek to withdraw as counsel for defendant John Mark Suhy in the above-captioned litigation pursuant to L.R. 11-5 and CAL. R. Prof. Conduct 3-700. This court finds that, as the withdraw is based on the consent of the client, and the granting of this motion will not cause substantial prejudice or delay to any party,

1   IT IS HEREBY ORDERED THAT Adron W. Beene and Adron G. Beene's
2  Motion to Withdraw as Counsel for defendant John Mark Suhy is GRANTED.
3  Adron W. Beene and Adron G. Beene's representation of John Mark Suhy is hereby
4  terminated in this proceeding.

6  DATED: October 21, 2024

_____
EDWARD J. DAVILA
United States District Judge