Richard E. Starr, VSB# 32319
Attorney at Law
2503 Childs Lane
Alexandria, VA 22308
Tel: (703) 780-3330
Pacer@RStarr.Biz

Attorney for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**RICHARD E. STARR'S NOTICE OF MOTION WITHOUT HEARING AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOHN MARK SUHY; DECLARATION OF JOHN MARK SUHY; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, Richard E. Starr shall and hereby respectfully seeks leave of this Court, pursuant to L.R. 11-5 and in compliance with CAL. R. Prof. Conduct 3-700, to withdraw as counsel for Defendant John Mark Suhy. Pursuant to L.R. 7-1(b), counsel requests this motion be made without an oral

hearing, as this motion is made with consent of the client and therefore there are no disputed issues.

## MOTION TO WITHDRAW

### I.  Introduction

Defendant John Mark Suhy has discharged his current counsel and seeks represent himself on a Pro-se basis. This motion is brought to effectuate the client's wishes.

### II.  Good Cause Exists to Permit the Withdrawal

Leave of court is required for an attorney to withdraw from representation. L.R. 11-5(a). Notice is to be provided to client and all other parties, reasonable in advance, who have appeared in the case. L.R. 11-5(a). Where a party stipulates to appear pro-se, the withdraw does not need to be conditioned. L.R. 11-5(b).

CAL. R. Prof. Conduct 1.16(A)(4) requires withdrawal where the client discharges the lawyer.

The notice above has been provided in reasonably in advance, and served to counsel for all other parties through ECF. Mr. Suhy's has acknowledge receipt of this motion in the below declaration providing his consent, therefore no separate proof of service for him is required. The below declaration providing consent shows that a withdraw needs to be granted to allow counsel to comply with their professional conduct obligations, the wishes of the client, and that no conditions are necessary on the withdrawal.

| | |
|---|---|
| 1 | For all of the foregoing reasons, and the below delaration of consent, this |
| 2 | motion for withdraw should be granted. |

Dated: October 23, 2024

                                     _/s/ Richard E. Starr_
Richard E. Starr VSB# 32319
Attorney At Law
Attorney for Defendants
PURETHINK LLC,
IGOV INC., and JOHN MARK SUHY

| | |
|---|---|
| 1 | **DECLARATION OF JOHN MARK SUHY** |
| 2 | I, John Mark Suhy, declare as follows: |
| 3 |     1. I have discharged Richard E. Starr as my attorney for all purposes. |
| 4 |     2. I seek to represent myself in this action, including any appeal, on a Pro-se |
| 5 | basis. |
| 6 |     3. I consent to the withdrawal of Richard E. Starr as my attorney for all |
| 7 | purposes. |
| 8 |     4. I have received and read the foregoing motion for withdraw and |
| 9 | understand its contents. |
| 10 |     5. My contact information for service of documents, until such time as I am |
| 11 | granted access to ECF, is: |
| 12 |     John Mark Suhy |
| 13 |     8814 Danewood Drive<br>    Alexandria, VA 22308 |
| 14 |     Tel: (703) 862-7780<br>    Email: jmsuhy@gmail.com |
| 15 | |
| 16 | I declare under penalty of perjury under the Laws of the State of California that the |
| 17 | foregoing is true and correct. |
| 18 | |
| 19 | Executed on October 23, 2024 in the Commonwealth of Virginia, County Of Fairfax |
| 20 | |
| 21 | _____<br>John Mark Suhy |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Richard E. Starr, VSB# 32319
Attorney at Law
2503 Childs Lane
Alexandria, VA 22308
Tel: (703) 780-3330
Pacer@RStarr.Biz

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited<br>liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants. | CASE NO. 5:18-CV-7182 EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| AND RELATED COUNTERCLAIMS | |

  Richard E. Starr seeks to withdraw as counsel for defendant John Mark Suhy in the above-captioned litigation pursuant to L.R. 11-5 and CAL. R. Prof. Conduct 3-700. This court finds that, as the withdraw is based on the consent of the client, and the granting of this motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED THAT Richard E. Starr's Motion to Withdraw as Counsel for defendant John Mark Suhy is GRANTED. Richard E. Starr's representation of John Mark Suhy is hereby terminated in this proceeding.

DATED:_____      By:_____

**FILER'S ATTESTATION**

I, Adron G. Beene, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: October 23, 2024

                                            */s/ Adron G. Beene*
                                        Adron G. Beene SB# 298088