Richard E. Starr, VSB# 32319
Attorney at Law
2503 Childs Lane
Alexandria, VA 22308
Tel: (703) 780-3330
Pacer@RStarr.Biz

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited<br>liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

Richard E. Starr seeks to withdraw as counsel for defendant John Mark Suhy in the above-captioned litigation pursuant to L.R. 11-5 and CAL. R. Prof. Conduct 3-700. This court finds that, as the withdraw is based on the consent of the client, and the granting of this motion will not cause substantial prejudice or delay to any party,

4

IT IS HEREBY ORDERED THAT Richard E. Starr's Motion to Withdraw as Counsel for defendant John Mark Suhy is GRANTED. Richard E. Starr's representation of John Mark Suhy is hereby terminated in this proceeding.

DATED: October 25, 2024

_____
EDWARD J. DAVILA
United States District Judge