# EXHIBIT D

Notice of Appeal, Northern District of California, Case No. 5:18-cv-07182-EJD

Date: September 8, 2024

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorneys-at-Law
7960 Soquel Drive, Ste B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for defendants:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., et al.,<br>Plaintiffs,<br>v.<br>PURETHINK LLC, et al.,<br>Defendants. | CASE NO. 5:18-CV-7182 EJD<br><br>**DEFENDANT JOHN MARK SUHY'S NOTICE OF APPEAL (with Circuit Rule 3-2 Representation Statement attached)** |

Defendant JOHN MARK SUHY appeals to the United States Court of Appeals for the Ninth Circuit from the "Judgment Re: Dkt. Nos. 118, 216, 248" Dkt. No. 251, filed on August 15, 2024, attached hereto as Exhibit A. This notice of appeal is intended to encompass all rulings, decisions, findings, and orders that are appealable and adverse to John Mark Suhy.

Dated: September 8, 2024

                                                 */s/ Adron G. Beene*
                                           Adron W. Beene SB# 129040
                                           Adron G. Beene SB# 298088
                                           Attorneys-at-Law
                                           7960 Soquel Drive, Ste B #296
                                           Aptos, CA 95003
                                           Tel: (408) 392-9233
                                           adron@adronlaw.com

1 **CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

2 **Appellants:**

3  JOHN MARK SUHY, Defendant

 **Represented By:**

4  **Trial Counsel**
  **Adron W. Beene**
5  adron@adronlaw.com
  **Adron G. Beene**
6  adronjr@adronlaw.com
  Attorneys-at-Law
7  7960 Soquel Drive, Ste B #296
  Aptos, CA 95003
8  408-392-9233

9  **For Appellate Purposes**
  **John Mark Suhy**
10  jmsuhy@gmail.com
  Pro se
11  8814 Danewood Drive
  Alexandria, VA 22308
12  Tel: (703) 862-7780

13 **Appellees:**

14  NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, Plaintiffs

15  **Represented By:**

16  **John V. Picone , III**
  jpicone@spencerfane.com
17  **Jeffrey Michael Ratinoff**
  jratinoff@spencerfane.com
18  SPENCER FANE LLP
  225 West Santa Clara Street
19  Suite 1500
  San Jose, California 95113
20  Telephone: 408.286.5100
  Facsimile: 408.286.5722

21 Dated: September 8, 2024

22                    ____/s/ Adron G. Beene_____
   Adron W. Beene SB# 129040
23   Adron G. Beene SB# 298088
   Attorneys-at-Law
24   7960 Soquel Drive, Ste B #296
   Aptos, CA 95003
25   Tel: (408) 392-9233
   adron@adronlaw.com

DEFENDANT JOHN MARK SUHY'S NOTICE OF APPEAL
CASE NO. 5:18-cv-7182 EJD                                    2

# EXHIBIT A

Case 5:18-cv-07182-EJD Document 254 Filed 09/06/24 Page 5 of 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURETHINK, LLC, et al.,<br><br>    Defendants. | Case No. 5:18-cv-07182-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 118, 216, 248 |

In accordance with the Court's Orders at ECF Nos. 118, 216, and 248, the Court ENTERS Judgment as follows:

1. Judgment is entered in favor of Plaintiff Neo4j, Inc., on its First Cause of Action for Trademark Infringement, 15 U.S.C. § 1114, against Defendants for their infringement of the NEO4J Mark. ECF No. 118.

2. Judgment is entered in favor of Plaintiff Neo4j, Inc., on its Second Cause of Action for False Designation of Origin and False Advertising, 15 U.S.C. § 1125(a), against all Defendants. ECF No. 118.

3. Judgment is entered in favor of Plaintiff Neo4j, Inc., on its Third Cause of Action for Unfair Competition, 15 U.S.C. § 1125(a), against all Defendants for their infringement of the NEO4J Mark. ECF No. 118.

4. Judgment is entered in favor of Plaintiff Neo4j, Inc., on its Fourth Cause of Action for Unfair Competition, Cal. Bus. Prof. Code §§ 17200, et seq., against all Defendants. ECF No. 118.

5. Judgment is entered in favor of Plaintiffs on their Eighth Cause of Action for Unauthorized Distribution of Altered Copyright Management Information, 17 U.S.C. § 1202(b)(1) and 17 U.S.C. § 1202(b)(3), against all Defendants. ECF No. 216.

1  6. Plaintiffs are HEREBY AWARDED $597,000 in actual damages plus $57,288 in
2  prejudgment interest, less the stipulated $26,000 deduction, and a permanent injunction as
3  described in ECF No. 248. Defendants are jointly and severally liable for the payment of all such
4  amounts. Each Party shall bear its own attorneys' fees and costs.
5  The Clerk of Court shall close the file in this matter.
6  **IT IS SO ORDERED.**
7  Dated: August 15, 2024

_____
EDWARD J. DAVILA
United States District Judge

2