# EXHIBIT E

Declaration of John Mark Suhy in Support of Motion to Stay Enforcement

of Judgment

Date: December 2, 2024

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MARK SUHY<br><br>Defendant. | CASE NO. 5:18-CV-7182 EJD |

**DECLARATION OF JOHN MARK SUHY**

I, John Mark Suhy, declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia that the following is true and correct to the best of my knowledge:

1. I am the Defendant in the above-referenced case.

2. I am an open-source advocate and developer who created the competing free and open source forks of Neo4j software called ONgDB and DozerDB.

3. Following the Free Software Foundation's issuance of the cease-and-desist letter, Neo4j, Inc. complied by removing all infringing content, including tags, branches, files, and source code from their public repository that contained the Commons Clause within the AGPL license.

4. I am the primary breadwinner for my family, while my wife works part-time, and my salary is essential for covering our family's living expenses. The garnishment of my wages would significantly impact our ability to meet those obligations, and it is highly likely that I will be forced into bankruptcy if the garnishment proceeds. This would not only harm me, my family, and other creditors, including Neo4j, but also jeopardize my government security clearances, which are vital to my employment.

5. The Free Software Foundation (FSF) and the Free Software Conservancy have communicated their intent to file amicus briefs in my appeal before the 9th Circuit Court.

6. Attached as Exhibit A is a true and accurate copy of the cease-and-desist letter sent by the Free Software Foundation to Neo4j, Inc. on November 13, 2023. This letter was provided to me by the Free Software Foundation.

7. Attached as Exhibit B is a true and accurate copy of the Findings of Fact and Conclusions of Law from the United States District Court for the Northern District of California, Case No. 5:18-cv-07182-EJD, dated July 22, 2024.

8. Attached as Exhibit C is a true and accurate copy of the Judgment from the United States District Court for the Northern District of California, Case No. 5:18-cv-07182-EJD, dated August 15, 2024.

9. Attached as Exhibit D is a true and accurate copy of the Notice of Appeal filed in the United States District Court for the Northern District of California, Case No. 5:18-cv-07182-EJD, dated September 8, 2024.

10. Attached as Exhibit F is a true and correct copy of the AGPLv3 license as it appeared in the Neo4j official repository before Neo4j removed it following the Free Software Foundation's cease-and-desist letter, dated November 13, 2023.

11. Attached as Exhibit G is the wage garnishment summons issued by Fairfax County circuit court against Defendants' employer.   It shows the return date as being Dec 13th, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of December 2024.

---

**/s/ John Mark Suhy**

John Mark Suhy
8814 Danewood Dr
Alexandria, VA 22308
(703) 862-7780
jmsuhy@gmail.com