# EXHIBIT F

AGPLv3 License from Neo4j's Official Repository
Retrieved prior to its removal following the Free Software Foundation's
cease-and-desist letter on November 13, 2023

Case 5:19-cv-06226-EJD   Document 109-14   Filed 02/16/21   Page 106 of 240



neo4j / **neo4j**

- **Code**
- Issues 214
- Pull requests 2
- Actions
- Projects
- Wiki
- Security

⌥ 3.4 ▾

neo4j / enterprise / neo4j-enterprise / **LICENSE.txt**

digitalstain Updates enterprise LICENSE.txt and NOTICE.txt …    ⓘ History

3 contributors

Raw   Blame

693 lines (568 sloc) │ 35.1 KB

```
 1  NOTICE
 2  This package contains software licensed under different
 3  licenses, please refer to the NOTICE.txt file for further
 4  information and LICENSES.txt for full license texts.
 5
 6  Neo4j Enterprise object code can be licensed independently from
 7  the source under separate commercial terms. Email inquiries can be
 8  directed to: licensing@neo4j.com. More information is also
 9  available at:https://neo4j.com/licensing/
10
11  The software ("Software") is developed and owned by Neo4j Sweden AB
12  (referred to in this notice as "Neo4j") and is subject to the terms
13  of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
14
15
16
17                   GNU AFFERO GENERAL PUBLIC LICENSE
18                      Version 3, 19 November 2007
19
20   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21   Everyone is permitted to copy and distribute verbatim copies
22   of this license document, but changing it is not allowed.
23
24                              Preamble
25
26    The GNU Affero General Public License is a free, copyleft license
27  for software and other kinds of works, specifically designed to ensure
```

```
28    cooperation with the community in the case of network server software.
29
30      The licenses for most software and other practical works are
31    designed to take away your freedom to share and change the works.  By
32    contrast, our General Public Licenses are intended to guarantee your
33    freedom to share and change all versions of a program--to make sure it
34    remains free software for all its users.
35
36      When we speak of free software, we are referring to freedom, not
37    price.  Our General Public Licenses are designed to make sure that you
38    have the freedom to distribute copies of free software (and charge for
39    them if you wish), that you receive source code or can get it if you
40    want it, that you can change the software or use pieces of it in new
41    free programs, and that you know you can do these things.
42
43      Developers that use our General Public Licenses protect your rights
44    with two steps: (1) assert copyright on the software, and (2) offer
45    you this License which gives you legal permission to copy, distribute
46    and/or modify the software.
47
48      A secondary benefit of defending all users' freedom is that
49    improvements made in alternate versions of the program, if they
50    receive widespread use, become available for other developers to
51    incorporate.  Many developers of free software are heartened and
52    encouraged by the resulting cooperation.  However, in the case of
53    software used on network servers, this result may fail to come about.
54    The GNU General Public License permits making a modified version and
55    letting the public access it on a server without ever releasing its
56    source code to the public.
57
58      The GNU Affero General Public License is designed specifically to
59    ensure that, in such cases, the modified source code becomes available
60    to the community.  It requires the operator of a network server to
61    provide the source code of the modified version running there to the
62    users of that server.  Therefore, public use of a modified version, on
63    a publicly accessible server, gives the public access to the source
64    code of the modified version.
65
66      An older license, called the Affero General Public License and
67    published by Affero, was designed to accomplish similar goals.  This is
68    a different license, not a version of the Affero GPL, but Affero has
69    released a new version of the Affero GPL which permits relicensing under
70    this license.
71
72      The precise terms and conditions for copying, distribution and
73    modification follow.
74
75                         TERMS AND CONDITIONS
```

2/9/2021
Case 5:18-cv-07182-EJD   Document 263-6   Filed 12/02/24   Page 4 of 16
Case 5:18-cv-07182-EJD   Document 109-1   Filed 02/16/21   Page 128 of 240

```
 76
 77    0. Definitions.
 78
 79    "This License" refers to version 3 of the GNU Affero General Public
 80  License.
 81
 82    "Copyright" also means copyright-like laws that apply to other kinds
 83  of works, such as semiconductor masks.
 84
 85    "The Program" refers to any copyrightable work licensed under this
 86  License.  Each licensee is addressed as "you".  "Licensees" and
 87  "recipients" may be individuals or organizations.
 88
 89    To "modify" a work means to copy from or adapt all or part of the work
 90  in a fashion requiring copyright permission, other than the making of an
 91  exact copy.  The resulting work is called a "modified version" of the
 92  earlier work or a work "based on" the earlier work.
 93
 94    A "covered work" means either the unmodified Program or a work based
 95  on the Program.
 96
 97    To "propagate" a work means to do anything with it that, without
 98  permission, would make you directly or secondarily liable for
 99  infringement under applicable copyright law, except executing it on a
100  computer or modifying a private copy.  Propagation includes copying,
101  distribution (with or without modification), making available to the
102  public, and in some countries other activities as well.
103
104    To "convey" a work means any kind of propagation that enables other
105  parties to make or receive copies.  Mere interaction with a user through
106  a computer network, with no transfer of a copy, is not conveying.
107
108    An interactive user interface displays "Appropriate Legal Notices"
109  to the extent that it includes a convenient and prominently visible
110  feature that (1) displays an appropriate copyright notice, and (2)
111  tells the user that there is no warranty for the work (except to the
112  extent that warranties are provided), that licensees may convey the
113  work under this License, and how to view a copy of this License.  If
114  the interface presents a list of user commands or options, such as a
115  menu, a prominent item in the list meets this criterion.
116
117    1. Source Code.
118
119    The "source code" for a work means the preferred form of the work
120  for making modifications to it.  "Object code" means any non-source
121  form of a work.
122
123    A "Standard Interface" means an interface that either is an official
```

```
124     standard defined by a recognized standards body, or, in the case of
125     interfaces specified for a particular programming language, one that
126     is widely used among developers working in that language.
127
128       The "System Libraries" of an executable work include anything, other
129     than the work as a whole, that (a) is included in the normal form of
130     packaging a Major Component, but which is not part of that Major
131     Component, and (b) serves only to enable use of the work with that
132     Major Component, or to implement a Standard Interface for which an
133     implementation is available to the public in source code form.  A
134     "Major Component", in this context, means a major essential component
135     (kernel, window system, and so on) of the specific operating system
136     (if any) on which the executable work runs, or a compiler used to
137     produce the work, or an object code interpreter used to run it.
138
139       The "Corresponding Source" for a work in object code form means all
140     the source code needed to generate, install, and (for an executable
141     work) run the object code and to modify the work, including scripts to
142     control those activities.  However, it does not include the work's
143     System Libraries, or general-purpose tools or generally available free
144     programs which are used unmodified in performing those activities but
145     which are not part of the work.  For example, Corresponding Source
146     includes interface definition files associated with source files for
147     the work, and the source code for shared libraries and dynamically
148     linked subprograms that the work is specifically designed to require,
149     such as by intimate data communication or control flow between those
150     subprograms and other parts of the work.
151
152       The Corresponding Source need not include anything that users
153     can regenerate automatically from other parts of the Corresponding
154     Source.
155
156       The Corresponding Source for a work in source code form is that
157     same work.
158
159       2. Basic Permissions.
160
161       All rights granted under this License are granted for the term of
162     copyright on the Program, and are irrevocable provided the stated
163     conditions are met.  This License explicitly affirms your unlimited
164     permission to run the unmodified Program.  The output from running a
165     covered work is covered by this License only if the output, given its
166     content, constitutes a covered work.  This License acknowledges your
167     rights of fair use or other equivalent, as provided by copyright law.
168
169       You may make, run and propagate covered works that you do not
170     convey, without conditions so long as your license otherwise remains
171     in force.  You may convey covered works to others for the sole purpose
```

Case 5:18-cv-07182-EJD   Document 263-6   Filed 12/02/24   Page 6 of 16
2/9/2021
Case 5:18-cv-07182-EJD   Document 109-4   Filed 02/16/21   Page 140 of 280

```
172          of having them make modifications exclusively for you, or provide you
173          with facilities for running those works, provided that you comply with
174          the terms of this License in conveying all material for which you do
175          not control copyright.  Those thus making or running the covered works
176          for you must do so exclusively on your behalf, under your direction
177          and control, on terms that prohibit them from making any copies of
178          your copyrighted material outside their relationship with you.
179
180            Conveying under any other circumstances is permitted solely under
181          the conditions stated below.  Sublicensing is not allowed; section 10
182          makes it unnecessary.
183
184            3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185
186            No covered work shall be deemed part of an effective technological
187          measure under any applicable law fulfilling obligations under article
188          11 of the WIPO copyright treaty adopted on 20 December 1996, or
189          similar laws prohibiting or restricting circumvention of such
190          measures.
191
192            When you convey a covered work, you waive any legal power to forbid
193          circumvention of technological measures to the extent such circumvention
194          is effected by exercising rights under this License with respect to
195          the covered work, and you disclaim any intention to limit operation or
196          modification of the work as a means of enforcing, against the work's
197          users, your or third parties' legal rights to forbid circumvention of
198          technological measures.
199
200            4. Conveying Verbatim Copies.
201
202            You may convey verbatim copies of the Program's source code as you
203          receive it, in any medium, provided that you conspicuously and
204          appropriately publish on each copy an appropriate copyright notice;
205          keep intact all notices stating that this License and any
206          non-permissive terms added in accord with section 7 apply to the code;
207          keep intact all notices of the absence of any warranty; and give all
208          recipients a copy of this License along with the Program.
209
210            You may charge any price or no price for each copy that you convey,
211          and you may offer support or warranty protection for a fee.
212
213            5. Conveying Modified Source Versions.
214
215            You may convey a work based on the Program, or the modifications to
216          produce it from the Program, in the form of source code under the
217          terms of section 4, provided that you also meet all of these conditions:
218
219              a) The work must carry prominent notices stating that you modified
```

```
220        it, and giving a relevant date.
221
222        b) The work must carry prominent notices stating that it is
223        released under this License and any conditions added under section
224        7.  This requirement modifies the requirement in section 4 to
225        "keep intact all notices".
226
227        c) You must license the entire work, as a whole, under this
228        License to anyone who comes into possession of a copy.  This
229        License will therefore apply, along with any applicable section 7
230        additional terms, to the whole of the work, and all its parts,
231        regardless of how they are packaged.  This License gives no
232        permission to license the work in any other way, but it does not
233        invalidate such permission if you have separately received it.
234
235        d) If the work has interactive user interfaces, each must display
236        Appropriate Legal Notices; however, if the Program has interactive
237        interfaces that do not display Appropriate Legal Notices, your
238        work need not make them do so.
239
240      A compilation of a covered work with other separate and independent
241    works, which are not by their nature extensions of the covered work,
242    and which are not combined with it such as to form a larger program,
243    in or on a volume of a storage or distribution medium, is called an
244    "aggregate" if the compilation and its resulting copyright are not
245    used to limit the access or legal rights of the compilation's users
246    beyond what the individual works permit.  Inclusion of a covered work
247    in an aggregate does not cause this License to apply to the other
248    parts of the aggregate.
249
250      6. Conveying Non-Source Forms.
251
252      You may convey a covered work in object code form under the terms
253    of sections 4 and 5, provided that you also convey the
254    machine-readable Corresponding Source under the terms of this License,
255    in one of these ways:
256
257        a) Convey the object code in, or embodied in, a physical product
258        (including a physical distribution medium), accompanied by the
259        Corresponding Source fixed on a durable physical medium
260        customarily used for software interchange.
261
262        b) Convey the object code in, or embodied in, a physical product
263        (including a physical distribution medium), accompanied by a
264        written offer, valid for at least three years and valid for as
265        long as you offer spare parts or customer support for that product
266        model, to give anyone who possesses the object code either (1) a
267        copy of the Corresponding Source for all the software in the
```

```
268          product that is covered by this License, on a durable physical
269          medium customarily used for software interchange, for a price no
270          more than your reasonable cost of physically performing this
271          conveying of source, or (2) access to copy the
272          Corresponding Source from a network server at no charge.
273
274          c) Convey individual copies of the object code with a copy of the
275          written offer to provide the Corresponding Source.  This
276          alternative is allowed only occasionally and noncommercially, and
277          only if you received the object code with such an offer, in accord
278          with subsection 6b.
279
280          d) Convey the object code by offering access from a designated
281          place (gratis or for a charge), and offer equivalent access to the
282          Corresponding Source in the same way through the same place at no
283          further charge.  You need not require recipients to copy the
284          Corresponding Source along with the object code.  If the place to
285          copy the object code is a network server, the Corresponding Source
286          may be on a different server (operated by you or a third party)
287          that supports equivalent copying facilities, provided you maintain
288          clear directions next to the object code saying where to find the
289          Corresponding Source.  Regardless of what server hosts the
290          Corresponding Source, you remain obligated to ensure that it is
291          available for as long as needed to satisfy these requirements.
292
293          e) Convey the object code using peer-to-peer transmission, provided
294          you inform other peers where the object code and Corresponding
295          Source of the work are being offered to the general public at no
296          charge under subsection 6d.
297
298        A separable portion of the object code, whose source code is excluded
299      from the Corresponding Source as a System Library, need not be
300      included in conveying the object code work.
301
302        A "User Product" is either (1) a "consumer product", which means any
303      tangible personal property which is normally used for personal, family,
304      or household purposes, or (2) anything designed or sold for incorporation
305      into a dwelling.  In determining whether a product is a consumer product,
306      doubtful cases shall be resolved in favor of coverage.  For a particular
307      product received by a particular user, "normally used" refers to a
308      typical or common use of that class of product, regardless of the status
309      of the particular user or of the way in which the particular user
310      actually uses, or expects or is expected to use, the product.  A product
311      is a consumer product regardless of whether the product has substantial
312      commercial, industrial or non-consumer uses, unless such uses represent
313      the only significant mode of use of the product.
314
315        "Installation Information" for a User Product means any methods,
```

2/9/2021
Case 5:18-cv-07182-EJD   Document 263-6   Filed 12/02/24   Page 9 of 16
Case 5:18-cv-07182-EJD   Document 109-1   Filed 02/16/21   Page 173 of 240

```
316    procedures, authorization keys, or other information required to install
317    and execute modified versions of a covered work in that User Product from
318    a modified version of its Corresponding Source.  The information must
319    suffice to ensure that the continued functioning of the modified object
320    code is in no case prevented or interfered with solely because
321    modification has been made.
322
323      If you convey an object code work under this section in, or with, or
324    specifically for use in, a User Product, and the conveying occurs as
325    part of a transaction in which the right of possession and use of the
326    User Product is transferred to the recipient in perpetuity or for a
327    fixed term (regardless of how the transaction is characterized), the
328    Corresponding Source conveyed under this section must be accompanied
329    by the Installation Information.  But this requirement does not apply
330    if neither you nor any third party retains the ability to install
331    modified object code on the User Product (for example, the work has
332    been installed in ROM).
333
334      The requirement to provide Installation Information does not include a
335    requirement to continue to provide support service, warranty, or updates
336    for a work that has been modified or installed by the recipient, or for
337    the User Product in which it has been modified or installed.  Access to a
338    network may be denied when the modification itself materially and
339    adversely affects the operation of the network or violates the rules and
340    protocols for communication across the network.
341
342      Corresponding Source conveyed, and Installation Information provided,
343    in accord with this section must be in a format that is publicly
344    documented (and with an implementation available to the public in
345    source code form), and must require no special password or key for
346    unpacking, reading or copying.
347
348      7. Additional Terms.
349
350      "Additional permissions" are terms that supplement the terms of this
351    License by making exceptions from one or more of its conditions.
352    Additional permissions that are applicable to the entire Program shall
353    be treated as though they were included in this License, to the extent
354    that they are valid under applicable law.  If additional permissions
355    apply only to part of the Program, that part may be used separately
356    under those permissions, but the entire Program remains governed by
357    this License without regard to the additional permissions.
358
359      When you convey a copy of a covered work, you may at your option
360    remove any additional permissions from that copy, or from any part of
361    it.  (Additional permissions may be written to require their own
362    removal in certain cases when you modify the work.)  You may place
363    additional permissions on material, added by you to a covered work,
```

```
364       for which you have or can give appropriate copyright permission.
365
366         Notwithstanding any other provision of this License, for material you
367       add to a covered work, you may (if authorized by the copyright holders of
368       that material) supplement the terms of this License with terms:
369
370           a) Disclaiming warranty or limiting liability differently from the
371           terms of sections 15 and 16 of this License; or
372
373           b) Requiring preservation of specified reasonable legal notices or
374           author attributions in that material or in the Appropriate Legal
375           Notices displayed by works containing it; or
376
377           c) Prohibiting misrepresentation of the origin of that material, or
378           requiring that modified versions of such material be marked in
379           reasonable ways as different from the original version; or
380
381           d) Limiting the use for publicity purposes of names of licensors or
382           authors of the material; or
383
384           e) Declining to grant rights under trademark law for use of some
385           trade names, trademarks, or service marks; or
386
387           f) Requiring indemnification of licensors and authors of that
388           material by anyone who conveys the material (or modified versions of
389           it) with contractual assumptions of liability to the recipient, for
390           any liability that these contractual assumptions directly impose on
391           those licensors and authors.
392
393         All other non-permissive additional terms are considered "further
394       restrictions" within the meaning of section 10.  If the Program as you
395       received it, or any part of it, contains a notice stating that it is
396       governed by this License along with a term that is a further restriction,
397       you may remove that term.  If a license document contains a further
398       restriction but permits relicensing or conveying under this License, you
399       may add to a covered work material governed by the terms of that license
400       document, provided that the further restriction does not survive such
401       relicensing or conveying.
402
403         If you add terms to a covered work in accord with this section, you
404       must place, in the relevant source files, a statement of the
405       additional terms that apply to those files, or a notice indicating
406       where to find the applicable terms.
407
408         Additional terms, permissive or non-permissive, may be stated in the
409       form of a separately written license, or stated as exceptions;
410       the above requirements apply either way.
411
```

```
412       8. Termination.
413
414     You may not propagate or modify a covered work except as expressly
415   provided under this License.  Any attempt otherwise to propagate or
416   modify it is void, and will automatically terminate your rights under
417   this License (including any patent licenses granted under the third
418   paragraph of section 11).
419
420     However, if you cease all violation of this License, then your
421   license from a particular copyright holder is reinstated (a)
422   provisionally, unless and until the copyright holder explicitly and
423   finally terminates your license, and (b) permanently, if the copyright
424   holder fails to notify you of the violation by some reasonable means
425   prior to 60 days after the cessation.
426
427     Moreover, your license from a particular copyright holder is
428   reinstated permanently if the copyright holder notifies you of the
429   violation by some reasonable means, this is the first time you have
430   received notice of violation of this License (for any work) from that
431   copyright holder, and you cure the violation prior to 30 days after
432   your receipt of the notice.
433
434     Termination of your rights under this section does not terminate the
435   licenses of parties who have received copies or rights from you under
436   this License.  If your rights have been terminated and not permanently
437   reinstated, you do not qualify to receive new licenses for the same
438   material under section 10.
439
440       9. Acceptance Not Required for Having Copies.
441
442     You are not required to accept this License in order to receive or
443   run a copy of the Program.  Ancillary propagation of a covered work
444   occurring solely as a consequence of using peer-to-peer transmission
445   to receive a copy likewise does not require acceptance.  However,
446   nothing other than this License grants you permission to propagate or
447   modify any covered work.  These actions infringe copyright if you do
448   not accept this License.  Therefore, by modifying or propagating a
449   covered work, you indicate your acceptance of this License to do so.
450
451       10. Automatic Licensing of Downstream Recipients.
452
453     Each time you convey a covered work, the recipient automatically
454   receives a license from the original licensors, to run, modify and
455   propagate that work, subject to this License.  You are not responsible
456   for enforcing compliance by third parties with this License.
457
458     An "entity transaction" is a transaction transferring control of an
459   organization, or substantially all assets of one, or subdividing an
```

```
460    organization, or merging organizations.  If propagation of a covered
461    work results from an entity transaction, each party to that
462    transaction who receives a copy of the work also receives whatever
463    licenses to the work the party's predecessor in interest had or could
464    give under the previous paragraph, plus a right to possession of the
465    Corresponding Source of the work from the predecessor in interest, if
466    the predecessor has it or can get it with reasonable efforts.
467
468      You may not impose any further restrictions on the exercise of the
469    rights granted or affirmed under this License.  For example, you may
470    not impose a license fee, royalty, or other charge for exercise of
471    rights granted under this License, and you may not initiate litigation
472    (including a cross-claim or counterclaim in a lawsuit) alleging that
473    any patent claim is infringed by making, using, selling, offering for
474    sale, or importing the Program or any portion of it.
475
476      11. Patents.
477
478      A "contributor" is a copyright holder who authorizes use under this
479    License of the Program or a work on which the Program is based.  The
480    work thus licensed is called the contributor's "contributor version".
481
482      A contributor's "essential patent claims" are all patent claims
483    owned or controlled by the contributor, whether already acquired or
484    hereafter acquired, that would be infringed by some manner, permitted
485    by this License, of making, using, or selling its contributor version,
486    but do not include claims that would be infringed only as a
487    consequence of further modification of the contributor version.  For
488    purposes of this definition, "control" includes the right to grant
489    patent sublicenses in a manner consistent with the requirements of
490    this License.
491
492      Each contributor grants you a non-exclusive, worldwide, royalty-free
493    patent license under the contributor's essential patent claims, to
494    make, use, sell, offer for sale, import and otherwise run, modify and
495    propagate the contents of its contributor version.
496
497      In the following three paragraphs, a "patent license" is any express
498    agreement or commitment, however denominated, not to enforce a patent
499    (such as an express permission to practice a patent or covenant not to
500    sue for patent infringement).  To "grant" such a patent license to a
501    party means to make such an agreement or commitment not to enforce a
502    patent against the party.
503
504      If you convey a covered work, knowingly relying on a patent license,
505    and the Corresponding Source of the work is not available for anyone
506    to copy, free of charge and under the terms of this License, through a
507    publicly available network server or other readily accessible means,
```

2/9/2021

Case 5:18-cv-07182-EJD   Document 263-6   Filed 12/02/24   Page 13 of 16
Case 5:18-cv-07182-EJD   Document 109-14   Filed 02/16/21   Page 217 of 240

```
508      then you must either (1) cause the Corresponding Source to be so
509      available, or (2) arrange to deprive yourself of the benefit of the
510      patent license for this particular work, or (3) arrange, in a manner
511      consistent with the requirements of this License, to extend the patent
512      license to downstream recipients.  "Knowingly relying" means you have
513      actual knowledge that, but for the patent license, your conveying the
514      covered work in a country, or your recipient's use of the covered work
515      in a country, would infringe one or more identifiable patents in that
516      country that you have reason to believe are valid.
517
518        If, pursuant to or in connection with a single transaction or
519      arrangement, you convey, or propagate by procuring conveyance of, a
520      covered work, and grant a patent license to some of the parties
521      receiving the covered work authorizing them to use, propagate, modify
522      or convey a specific copy of the covered work, then the patent license
523      you grant is automatically extended to all recipients of the covered
524      work and works based on it.
525
526        A patent license is "discriminatory" if it does not include within
527      the scope of its coverage, prohibits the exercise of, or is
528      conditioned on the non-exercise of one or more of the rights that are
529      specifically granted under this License.  You may not convey a covered
530      work if you are a party to an arrangement with a third party that is
531      in the business of distributing software, under which you make payment
532      to the third party based on the extent of your activity of conveying
533      the work, and under which the third party grants, to any of the
534      parties who would receive the covered work from you, a discriminatory
535      patent license (a) in connection with copies of the covered work
536      conveyed by you (or copies made from those copies), or (b) primarily
537      for and in connection with specific products or compilations that
538      contain the covered work, unless you entered into that arrangement,
539      or that patent license was granted, prior to 28 March 2007.
540
541        Nothing in this License shall be construed as excluding or limiting
542      any implied license or other defenses to infringement that may
543      otherwise be available to you under applicable patent law.
544
545        12. No Surrender of Others' Freedom.
546
547        If conditions are imposed on you (whether by court order, agreement or
548      otherwise) that contradict the conditions of this License, they do not
549      excuse you from the conditions of this License.  If you cannot convey a
550      covered work so as to satisfy simultaneously your obligations under this
551      License and any other pertinent obligations, then as a consequence you may
552      not convey it at all.  For example, if you agree to terms that obligate you
553      to collect a royalty for further conveying from those to whom you convey
554      the Program, the only way you could satisfy both those terms and this
555      License would be to refrain entirely from conveying the Program.
```

```
556
557      13. Remote Network Interaction; Use with the GNU General Public License.
558
559      Notwithstanding any other provision of this License, if you modify the
560    Program, your modified version must prominently offer all users
561    interacting with it remotely through a computer network (if your version
562    supports such interaction) an opportunity to receive the Corresponding
563    Source of your version by providing access to the Corresponding Source
564    from a network server at no charge, through some standard or customary
565    means of facilitating copying of software.  This Corresponding Source
566    shall include the Corresponding Source for any work covered by version 3
567    of the GNU General Public License that is incorporated pursuant to the
568    following paragraph.
569
570      Notwithstanding any other provision of this License, you have permission
571    to link or combine any covered work with a work licensed under version 3
572    of the GNU General Public License into a single combined work, and to
573    convey the resulting work.  The terms of this License will continue to
574    apply to the part which is the covered work, but the work with which it is
575    combined will remain governed by version 3 of the GNU General Public
576    License.
577
578      14. Revised Versions of this License.
579
580      The Free Software Foundation may publish revised and/or new versions of
581    the GNU Affero General Public License from time to time.  Such new
582    versions will be similar in spirit to the present version, but may differ
583    in detail to address new problems or concerns.
584
585      Each version is given a distinguishing version number.  If the
586    Program specifies that a certain numbered version of the GNU Affero
587    General Public License "or any later version" applies to it, you have
588    the option of following the terms and conditions either of that
589    numbered version or of any later version published by the Free
590    Software Foundation.  If the Program does not specify a version number
591    of the GNU Affero General Public License, you may choose any version
592    ever published by the Free Software Foundation.
593
594      If the Program specifies that a proxy can decide which future
595    versions of the GNU Affero General Public License can be used, that
596    proxy's public statement of acceptance of a version permanently
597    authorizes you to choose that version for the Program.
598
599      Later license versions may give you additional or different
600    permissions.  However, no additional obligations are imposed on any
601    author or copyright holder as a result of your choosing to follow a
602    later version.
603
```

```
604      15. Disclaimer of Warranty.
605
606      THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
610    THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
611    PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
612    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614
615      16. Limitation of Liability.
616
617      IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
621    USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
622    DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
623    PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
624    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625    SUCH DAMAGES.
626
627      17. Interpretation of Sections 15 and 16.
628
629      If the disclaimer of warranty and limitation of liability provided
630    above cannot be given local legal effect according to their terms,
631    reviewing courts shall apply local law that most closely approximates
632    an absolute waiver of all civil liability in connection with the
633    Program, unless a warranty or assumption of liability accompanies a
634    copy of the Program in return for a fee.
635
636                         END OF TERMS AND CONDITIONS
637
638                How to Apply These Terms to Your New Programs
639
640      If you develop a new program, and you want it to be of the greatest
641    possible use to the public, the best way to achieve this is to make it
642    free software which everyone can redistribute and change under these terms.
643
644      To do so, attach the following notices to the program.  It is safest
645    to attach them to the start of each source file to most effectively
646    state the exclusion of warranty; and each file should have at least
647    the "copyright" line and a pointer to where the full notice is found.
648
649        <one line to give the program's name and a brief idea of what it does.>
650        Copyright (C) <year>  <name of author>
651
```

2/9/2021
Case 5:18-cv-07182-EJD   Document 263-6   Filed 12/02/24   Page 16 of 16
Case 5:18-cv-07182-EJD   Document 190-14   Filed 02/16/21   Page 240 of 240

```
652	    This program is free software: you can redistribute it and/or modify
653	    it under the terms of the GNU Affero General Public License as
654	    published by the Free Software Foundation, either version 3 of the
655	    License, or (at your option) any later version.
656	
657	    This program is distributed in the hope that it will be useful,
658	    but WITHOUT ANY WARRANTY; without even the implied warranty of
659	    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660	    GNU Affero General Public License for more details.
661	
662	    You should have received a copy of the GNU Affero General Public License
663	    along with this program.  If not, see <http://www.gnu.org/licenses/>.
664	
665	Also add information on how to contact you by electronic and paper mail.
666	
667	  If your software can interact with users remotely through a computer
668	network, you should also make sure that it provides a way for users to
669	get its source.  For example, if your program is a web application, its
670	interface could display a "Source" link that leads users to an archive
671	of the code.  There are many ways you could offer source, and different
672	solutions will be better for different programs; see section 13 for the
673	specific requirements.
674	
675	  You should also get your employer (if you work as a programmer) or school,
676	if any, to sign a "copyright disclaimer" for the program, if necessary.
677	For more information on this, and how to apply and follow the GNU AGPL, see
678	<http://www.gnu.org/licenses/>.
679	
680	
681	"Commons Clause" License Condition
682	
683	The Software is provided to you by the Licensor under the License, as
684	defined below, subject to the following condition. Without limiting
685	other conditions in the License, the grant of rights under the License
686	will not include, and the License does not grant to you, the right to
687	Sell the Software.  For purposes of the foregoing, "Sell" means
688	practicing any or all of the rights granted to you under the License
689	to provide to third parties, for a fee or other consideration,
690	a product or service that consists, entirely or substantially,
691	of the Software or the functionality of the Software. Any license
692	notice or attribution required by the License must also include
693	this Commons Cause License Condition notice.
```