**SPENCER FANE LLP**
John V. Picone III, CA Bar No. 187226
jpicone@spencerfane.com
Jeffrey M. Ratinoff, CA Bar No. 197241
jratinoff@spencerfane.com
225 West Santa Clara Street
Suite 1500
San Jose, California 95113
Telephone:    408.286.5100
Facsimile:    408.286.5722

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation; NEO4J SWEDEN, AB, <br><br> *Plaintiffs*, <br><br> v. <br><br> PURETHINK LLC, a Delaware limited liability company; IGOV INC., a Virginia corporation; and JOHN MARK SUHY, an individual, <br><br> *Defendants*. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 5:18-cv-07182-EJD <br><br> **DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT JOHN MARK SUHY'S EMERGENCY MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL WITHOUT BOND** |

I, Jeffrey M. Ratinoff, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and admitted to this Court, and am a partner of Spencer Fane LLP, attorneys of record for Plaintiffs Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") in the above-captioned matter. I make this declaration in support of Plaintiffs' Opposition to Defendant John Mark Suhy's Emergency Motion to Stay Enforcement of Judgment Pending Appeal Without Bond.

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Motion to Stay Enforcement of Judgment Without a Bond, filed by Defendant John Mark Suhy ("Suhy") in the Circuit Court of Fairfax County, Virginia on or about October 23, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an Order by the Circuit Court of Fairfax County, Virginia denying Suhy's Motion to Stay Enforcement of Judgment Without a Bond, entered on or about November 8, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a November 6, 2024 Order Setting Assessment Conference, filed in *Neo4j, Inc., et al. v. Suhy, et al.*, Case No. 24-5538 - 011.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email notice of November 27, 2024 Release from Mediation, which was filed in *Neo4j, Inc., et al. v. Suhy, et al.*, Case No. 24-5538 - 011.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a title/transaction history report generated by DataTree for the property located at 4202 Adrienne Dr, Alexandria, VA 22309-2612, generated on December 4, 2024 and with the relevant information highlighted in yellow.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a title/transaction history report generated by DataTree for the property located at 8814 Danewood Dr, Alexandria, VA 22308-2824, generated on December 4, 2024 and with the relevant information highlighted in yellow.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a property detail report generated by DataTree for the property located at 8814 Danewood Dr, Alexandria, VA 22308-2824, generated on December 4, 2024 and with the relevant information highlighted in yellow.

10. Attached hereto as **Exhibit 8** is a true and correct copy of relevant pages from the transcript for the Deposition of John Mark Suhy in his individual capacity and as Rule 30(b)(6) designee for PureThink LLC and iGov Inc. taken on November 29, 2022.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the entity status for PureThink LLC, downloaded from the Virginia Secretary of State's website for business entity information on December 4, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 9th day of December, 2024, at San Jose, California.

                               */s/ Jeffrey M. Ratinoff*
                               Jeffrey M. Ratinoff