# EXHIBIT 2

VIRGINIA:
          IN THE CIRCUIT COURT OF FAIRFAX COUNTY

NEO4J, INC., et al.      )
                                      )
v.                                    )       Case No. CL2024-14686
                                      )
PURETHINK, LLC, et al.      )

## ORDER

**THIS MATTER** came before the Circuit Court of Fairfax County on the Motion of the Judgment Debtor John Mark Suhy to Stay Enforcement of Judgment without a Bond and the Motion of the Judgment Creditors for Sanctions.

**UPON CONSIDERATION WHEREOF** and after review of the pleadings and oppositions filed herein and after hearing the arguments of counsel for the Judgment Creditors and the arguments of the Judgment Debtor John Mark Suhy, *pro se*; it is hereby

**ORDERED** that the Motion to Stay Enforcement of Judgment without a Bond is DENIED; and it is further

**ORDERED** that the Motion for Sanctions is *deemed withdrawn* and it is further

**ORDERED** that _____

~~_____~~

~~_____~~

ENTERED THIS __8th__ DAY OF NOVEMBER, 2024.

                                                                       *Richard E. Jardine*
                                                                       Judge
                                                            FAIRFAX COUNTY CIRCUIT COURT

&lt;endorsements on following page&gt;
PAGE ONE OF TWO

*[margin notation: cc: Tratty 11/8/24]*

**I ASK FOR THIS:**

*[signature]*

Jeffrey S. Romanick, VA Bar # 34761
A. Charles Dean, VA Bar #74814
GROSS, ROMANICK, DEAN & DESIMONE, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
(703) 273-1400 (telephone)
(703) 385-9652 (facsimile)
*Counsel for Judgment Creditors*

SEEN & _____ :

*[signature]*

John Mark Suhy
Judgment Debtor, *Pro Se*

PAGE TWO OF TWO

A COPY TESTE:
CHRISTOPHER J. FALCON, CLERK
BY: *[signature]*
Deputy Clerk
Date: _____
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia
CHRISTOPHER J. FALCON, CLERK