# EXHIBIT 4

# Ratinoff, Jeff

| | |
|---|---|
| **From:** | ACMS@ca9.fedcourts.us |
| **Sent:** | Wednesday, November 27, 2024 8:36 AM |
| **To:** | Ratinoff, Jeff |
| **Subject:** | [EXTERNAL] Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 011 - Order - Mediation Released |

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

### Notice of Docket Activity

The following transaction was entered on 11/27/2024 8:33:55 AM PST and filed on 11/27/2024

**Case Name:** Neo4j, Inc., et al. v. Suhy, et al.

**Case Number:** [24-5538](#)

**Docket Text:**

**RELEASED FROM MEDIATION (text only).** This case is released from the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions. [Entered: 11/27/2024 08:34 AM]

**Notice will be electronically mailed to:**

Jeremy Moseley ; kkern@spencerfane.com, jmoseley@spencerfane.com
John Mark Suhy ; jmsuhy@gmail.com
John V Picone : Trial Attorney; mgarcia@spencerfane.com, jpicone@spencerfane.com
Jeffrey M. Ratinoff Esquire: Counsel; kbustos@spencerfane.com, jratinoff@spencerfane.com

**Case participants listed below will not receive this electronic notice:**