# EXHIBIT 5

# Transaction History Report

**4202 Adrienne Dr, Alexandria, VA 22309-2612**
APN: 1101-11-0024

Reference ID: 5516923-0003
Fairfax County Data as of: 11/20/2024

## Current Owner: Garcia Paul / Garcia Amanda
Vesting: Married Couple / Tenant By Entirety
2023 - Present

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 07/18/2023 | Trust Deed/Mortgage | | $617,625 | Garcia Paul / Garcia Amanda | Rocket Mortgage LLC | Veterans Affairs | Est / 30 Years | 6.790 | 3.2023.32553 |

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|---|---|---|---|---|---|---|---|---|
| 07/17/2023 | 07/18/2023 | | $820,000 | Confirmed | First American Title | Garcia Paul / Garcia Amanda | Arndt Tara Joelle | 1.2023.32553 |

## Prior Owner: Arndt Tara Joelle / Arndt George William III
2020 - 2023

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 05/29/2020 | Trust Deed/Mortgage | | $613,800 | Arndt Tara Joelle / Arndt George William III | McLean Mortgage Corp | Veterans Affairs | Est / 30 Years | 3.300 | 26263.1304 |
| ⌃ 08/07/2023 | Release | | | | | | | | 6.2023.36310 |

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|---|---|---|---|---|---|---|---|---|
| ==05/28/2020== | ==05/29/2020== | | ==$600,000== | | ==Mbh Settlement Group L C== | ==Arndt Tara Joelle / Arndt George William III== | ==Suhy JR John Mark== | ==2020049275.001== |

## Prior Owner: Suhy Dorothee S / Suhy John M JR
2007 - 2020

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/2010 | Trust Deed/Mortgage | | $401,000 | Suhy Dorothee S / Suhy John H JR | Navy FCU | Conventional | Fix / | | 2010049041.002 |
| ⌃ 07/07/2020 | Release | | | | | | | | 2020066666.001 |
| 02/01/2007 | Release | | | | | | | | 2007003099.004 |
| 01/17/2007 | Trust Deed/Mortgage | ✓ | $417,000 | Suhy Dorothee S / Suhy John M JR | Navy FCU | Conventional | Fix / | | 2007001410.005 |
| ⌃ 01/25/2011 | Release | | | | | | | | 2011003405.001 |

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|---|---|---|---|---|---|---|---|---|
| 01/11/2007 | 01/17/2007 | ✓ | $475,000 | Confirmed | Attorney Only | Suhy Dorothee S / Suhy John M JR | Ali, Tuba F | 2007001410.004 |



© 2024 First American Financial Corporation and/or its affiliates. All rights reserved. NYSE: FAF

PAGE 1 OF 2

### Prior Owner: Ali, Tuba F
Unknown - 2007

| LIENS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
| 10/19/2005 | Trust Deed/Mortgage | | $41,950 | Ali Tuba F | Pentagon FCU | Conventional | Fix / | | 2005042428.001 |
| ⌃ 03/22/2007 | Release | | | | | | | | 2007008230.016 |


© 2024 First American Financial Corporation and/or its affiliates. All rights reserved. NYSE: FAF

PAGE 2 OF 2