# EXHIBIT 6

# Transaction History Report

**8814 Danewood Dr, Alexandria, VA 22308-2824**  
APN: 1111-17040002

Reference ID: 5516923-0003  
Fairfax County Data as of: 11/20/2024

## Current Owner: Suhy Dorothee Salagnac / Suhy John
Vesting: Husband And Wife / Tenant By Entirety  
2020 - Present

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | Trust Deed/Mortgage | | $510,400 | Suhy Dorothee Salagnac / Suhy John | Weichert Financial Services | Conventional | Est / 30 Years | 3.740 | 26078.2059 |

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | 02/10/2020 | | $644,000 | | Commonwealth Land Ttl Ins Co | Suhy Dorothee Salagnac / Suhy John | Jarvis Paul F Beth J | 2020011056.001 |

## Prior Owner: Jarvis Paul F Beth J
Unknown - 2020

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 01/03/2013 | Subordination | | | Jarvis Paul F & Beth J | Access Cap Mtg | | | | 2013000352.008 |
| 01/03/2013 | Trust Deed/Mortgage | | $417,000 | Jarvis Paul F / Jarvis Beth J | Access Cap Mtg | Conventional | / 30 Years | 3.1250 | 2013000352.007 |
| ⌃ 03/10/2020 | Release | | | | | | | | 2020019911.001 |
| ⌃ 03/24/2020 | Release | | | | | | | | 2020024330.001 |
| 11/14/2011 | Trust Deed/Mortgage | | $31,000 | Jarvis Beth J / Jarvis Paul F | US Bank NA ND | Conventional | Var / | | 2011044934.006 |
| ⌃ 02/26/2020 | Release | | | | | | | | 2020015767.001 |
| 11/14/2011 | Trust Deed/Mortgage | | $408,000 | Jarvis Beth J / Jarvis Paul F | Access Capital Mortgage Inc | Conventional | Fix / | | 2011044934.005 |
| ⌃ 03/27/2013 | Release | | | | | | | | 2013013843.013 |
| 12/14/2010 | Trust Deed/Mortgage | | $408,000 | Jarvis Beth J / Jarvis Paul F | Access Capital Mortgage Inc | Conventional | Fix / | | 2010048316.003 |
| ⌃ 02/03/2012 | Release | | | | | | | | 2012005450.017 |
| 04/08/2009 | Trust Deed/Mortgage | | $416,048 | Jarvis Beth J / Jarvis Paul F | Wells Fargo Bank | Conventional | Fix / | | 2009010094.005 |
| ⌃ 01/18/2011 | Release | | | | | | | | 2011002073.002 |
| 03/17/2008 | Release | | | | | | | | 2008006646.004 |
| 02/25/2008 | Trust Deed/Mortgage | | $417,000 | Jarvis Beth J / Jarvis Paul F | Wells Fargo Bank | Conventional | Fix / | | 2008004326.001 |
| ⌃ 04/29/2009 | Release | | | | | | | | 2009012761.019 |
| 10/19/2006 | Trust Deed/Mortgage | | $103,000 | Jarvis Beth H / Jarvis Paul F | Wells Fargo Bank | Conventional | Fix / | | 2006032603.004 |



© 2024 First American Financial Corporation and/or its affiliates. All rights reserved. NYSE: FAF

PAGE 1 OF 2

| | | | | | | |
|---|---|---|---|---|---|---|
| ⌃ 04/02/2008 | Release | | | | | 2008008591.010 |
| 09/06/2005 | Trust Deed/Mortgage | $10,000 | Jarvis Beth J / Jarvis Paul F | Pentagon FCU | Conventional  Fix / | 2005036473.005 |
| ⌃ 01/08/2009 | Release | | | | | 2009000393.010 |

