# EXHIBIT 7

# Property Detail Report

**8814 Danewood Dr, Alexandria, VA 22308-2824**
APN: 1111-17040002

Reference ID: 1000000-1
Fairfax County Data as of: 11/20/2024

## Owner Information
| | |
|---|---|
| Owner Name: | Suhy Dorothee Salagnac / Suhy John |
| Vesting: | Husband And Wife / Tenant By Entirety |
| Mailing Address: | 8814 Danewood Dr, Alexandria, VA 22308-2824 |
| Occupancy: | Owner Occupied |

## Location Information
| | | | | | |
|---|---|---|---|---|---|
| Legal Description: | Fort Hunt Estates Lt 2 Sec 4 | | | County: | Fairfax, VA |
| APN: | 1111-17040002 | Alternate APN: | | Census Tract / Block: | 415800 / 1000 |
| Munic / Twnshp: | Mt Vernon Dist #1 | Twnshp-Rng-Sec: | | Legal Lot / Block: | 2 / 1 |
| Subdivision: | Fort Hunt Estates | Tract #: | | Legal Book / Page: | |
| Neighborhood: | Stratford On The P... | School District: | Fairfax County Public Schools | | |
| Elementary School: | Fort Hunt Elementa... | Middle School: | Sandburg Middle Sc... | High School: | West Potomac High... |
| Latitude: | 38.71813 | Longitude: | -77.0633 | | |

## Last Transfer / Conveyance - Current Owner
| | | | | | |
|---|---|---|---|---|---|
| Transfer / Rec Date: | 01/28/2020 / 02/10/2020 | Price: | $644,000 | Transfer Doc #: | 2020011056.001 |
| Buyer Name: | Suhy Dorothee Salagnac / Suhy John | Seller Name: | Jarvis Paul F Beth J | Deed Type: | Deed |

## Last Market Sale
| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | 01/28/2020 / 02/10/2020 | Sale Price / Type: | $644,000 / | Deed Type: | Deed |
| Multi / Split Sale: | | Price / Sq. Ft.: | $420 | New Construction: | |
| 1st Mtg Amt / Type: | $510,400 / Conventional | 1st Mtg Rate / Type: | 3.74 / Estimated | 1st Mtg Doc #: | 26078.2059 |
| 2nd Mtg Amt / Type: | | 2nd Mtg Rate / Type: | | Sale Doc #: | 2020011056.001 |
| Seller Name: | Jarvis Paul F Beth J | | | | |
| Lender: | Weichert Financial Services | | | Title Company: | Commonwealth Land... |

## Prior Sale Information
| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | | Sale Price / Type: | | Prior Deed Type: | |
| 1st Mtg Amt / Type: | | 1st Mtg Rate / Type: | | Prior Sale Doc #: | N/A |
| Prior Lender: | | | | | |

## Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Living Area: | 2,033 Sq. Ft. | Total Rooms: | 8 | Year Built / Eff: | 1980 |
| Living Area: | 1,534 Sq. Ft. | Bedrooms: | 4 | Stories: | 1 |
| Total Adj. Area: | | Baths (F / H): | 3 / | Parking Type: | Basement Garage |
| Above Grade: | 1,534 Sq. Ft. | Pool: | | Garage #: | |
| Basement Area: | 499 Sq. Ft. | Fireplace: | 1 | Garage Area: | |
| Style: | Split Foyer | Cooling: | Central | Porch Type: | Open Porch |
| Foundation: | | Heating: | Heat Pump | Patio Type: | Wood Deck |
| Quality: | | Exterior Wall: | Aluminum/Brick | Roof Type: | |
| Condition: | | Construction Type: | Frame | Roof Material: | Composition Shingle |

## Site Information
| | | | | | |
|---|---|---|---|---|---|
| Land Use: | SFR | Lot Area: | 10,501 Sq. Ft. | Zoning: | 130 |
| State Use: | | Lot Width / Depth: | | # of Buildings: | 1 |
| County Use: | 011 - Single-Family, Detached | Usable Lot: | | Res / Comm Units: | 1 / |
| Site Influence: | Buildable | Acres: | 0.241 | Water / Sewer Type: | Public / Public |
| Flood Zone Code: | X | Flood Map #: | 24033C0305E | Flood Map Date: | 09/16/2016 |
| Community Name: | Fairfax County | Flood Panel #: | 0305E | Inside SFHA: | False |

## Tax Information
| | | | | | |
|---|---|---|---|---|---|
| **Assessed Year:** | **2024** | **Assessed Value:** | **$798,150** | **Market Total Value:** | **$798,150** |
| Tax Year: | 2024 | Land Value: | $325,000 | Market Land Value: | $325,000 |
| Tax Area: | 60100 | Improvement Value: | $473,150 | Market Imprv Value: | $473,150 |
| Property Tax: | $9,801.57 | Improved %: | 59.28% | Market Imprv %: | 59.28% |
| Exemption: | | Delinquent Year: | | | |

