# EXHIBIT 9

# Entity Information

## Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | PureThink, LLC | Entity ID: | T0213480 |
| Entity Type: | Limited Liability Company | Entity Status: | **Inactive** |
| Series LLC: | No | Reason for Status: | Automatically Canceled - Registration Fee - Can Reinstate |
| Formation Date: | N/A | Status Date: | 01/31/2021 |
| VA Qualification Date: | 10/25/2002 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | DE | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Individual | Locality: | FAIRFAX COUNTY |
| RA Qualification: | Member or Manager of the Limited Liability Company | | |
| Name: | JOHN MARK SUHY | Registered Office Address: | 1902 CAMPUS COMMONS DRIVE, SUITE 101, RESTON, VA, 20191 - 0000, USA |

Principal Office Address

Address: 1902 CAMPUS COMMONS DRIVE, SUITE 101, RESTON, VA, 20191 - 0000, USA

Filing History    RA History    Name History    Previous Registrations    Protected Series

Garnishment Designees    Image Request

Back    Return to Search    Return to Results    Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)