**FILED**

JAN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation and NEO4J SWEDEN AB,<br><br>    Plaintiff-ctr-defendants - Appellees,<br><br> v.<br><br>JOHN MARK SUHY,<br><br>    Defendant-ctr-claimant - Appellant,<br><br>and<br><br>PURETHINK, LLC, a Delaware limited liability company and IGOV, INC., a Virginia corporation,<br><br>    Defendants. | No. 24-5538<br><br>D.C. No. 5:18-cv-07182-EJD<br>Northern District of California, San Jose<br><br>ORDER |

Before: PAEZ and BYBEE, Circuit Judges.

The emergency motion to stay (Docket Entry No. 22) is denied.

The existing briefing schedule remains in effect.