UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEO4J, INC., a Delaware corporation and NEO4J SWEDEN AB,<br><br>    Plaintiff-ctr-defendants - Appellees,<br><br> v.<br><br>JOHN MARK SUHY,<br><br>    Defendant-ctr-claimant - Appellant,<br><br>and<br><br>PURETHINK, LLC, a Delaware limited liability company and IGOV, INC., a Virginia corporation,<br><br>    Defendants. | No. 24-5538<br><br>D.C. No. 5:18-cv-07182-EJD<br>Northern District of California, San Jose<br><br>ORDER |

The stipulated motion (Docket Entry No. 76) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed. All pending motions are denied as moot.

This order serves as the mandate of the court.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT